UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al                          :
                                                :
              Plaintiffs,                       :
                                                :        04 CV 397(GBD)
       v.                                       :
                                                :
THE PALESTINE LIBERATION                        :
ORGANIZATION, et al.                            :
                                                :
              Defendants.                       :
_____:

DEFENDANTS MOTION FOR AN ENLARGEMENT
OF THE TIME FOR THEIR RESPONSE TO THE
FIRST AMENDED COMPLAINT


       Defendants Palestinian Authority and Palestine Liberation Organization respectfully move

for an enlargement of their time to respond to the First Amended Complaint to and including July

31, 2005, and in support of this motion state as follows.

       1.   This is an action under the Anti-Terrorism Act of 1991, 18 U.S.C. §2331, et seq., to

recover damages against defendants Palestinian Authority and Palestine Liberation Organization

for deaths and injuries alleged to have occurred in the course of the Israeli-Palestinian conflict.

       2.   The original complaint was filed on January 16, 2004.  Before defendants filed a

response, plaintiffs announced their intention to amend the complaint.  The defendants

accordingly waited for the amended complaint to be filed and did not file a response to the

original complaint.

       3.   The case was then inactive for an extraordinary length of time, until plaintiffs filed the

First Amended Complaint on May 23, 2005.

1

4.   The First Amended Complaint is an expanded omnibus pleading.  There are now more than 40 plaintiffs asserting claims for damages based on at least seven separate alleged incidents of violence in 2001, 2002 and 2004 in or near Jerusalem.

5.   Plaintiffs have refused to agree to the additional time defendants are requesting for their response.  However in view of plaintiffs lengthy delay in amending their complaint and the complaint's expanded omnibus nature, encompassing many seemingly unrelated plaintiffs and claims, plaintiffs cannot plausibly assert there is any urgency to their case or that the time being requested by defendants for their response to the First Amended Complaint will be prejudicial.

6.   The time defendants are requesting for their response to plaintiffs omnibus complaint is reasonably necessary.  Defendants motion for an enlargement of their time to respond to the First Amended Complaint to July 31, 2005 should be granted.

Dated: June 29, 2005                                   Respectfully submitted,


Ramsey Clark (RC-8261)
Lawrence W. Schilling (LWS-4835)
37 West 12th Street
New York, NY 10010
212-989-6613
212-979-1583-FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK I. SOKOLOW, et al | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 04 CV 397(GBD) |
| v. | : | |
| | : | |
| THE PALESTINE LIBERATION | : | |
| ORGANIZATION, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

CERTIFICATE OF SERVICE

I certify that defendants motion for an enlargement of the time for their response to the

First Amended Complaint was mailed by first class mail and faxed on June 29, 2005, to plaintiffs

attorneys as follows:

Lee Squitieri
32 East 57th Street
12th Floor
New York, NY 10022
Fax No. (212) 421-6553

David Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, Rhode Island 02903
Fax No. (401) 331-6095

_____
Ben Chaney