USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 06 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK I. SOKOLOW, et al.,

                            Plaintiffs,              04 Civ. 397 (GBD)

    -against-                                          ORDER

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                            Defendants.
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      Defendants' motion for an enlargement of time to respond to the First Amended Complaint to July 31, 2005 is granted. Plaintiffs' motion for default judgment is denied.

Dated: July 5, 2005
       New York, New York

                                                        SO ORDERED:

                                                   _____
                                                   GEORGE B. DANIELS
                                                  United States District Judge