UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK I. SOKOLOW, et al.,

                Plaintiff,

   -against-                                   ORDER
                                                  04cv397 (GBD)

THE PALESTINE LIBERATION ORG., et al.,

                Defendant.
------------------------------------------------------------X
GEORGE B. DANIELS, District Judge:

      The Court having granted defendant's motion for an enlargement of time to respond to the first amended complaint, the Clerk of the Court is hereby ordered to remove this motion from the Court's docket.

Dated: July 14, 2005
       New York, New York

                                                         SO ORDERED:

                                                _____
                                                GEORGE B. DANIELS
                                               United States District Judge