UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

       v.                                  1:04-cv-00397-GBD

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

The Plaintiffs' Motion for the Admission of David J. Strachman *pro hac vice* is hereby granted.

_____
United States District Judge
HON. GEORGE B. DANIELS

Dated: 9/13/05, 2005