UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW ET AL.,

                                       Plaintiffs,                  04 Civ. 397 (GBD)

        -against-                                        ORDER

PALESTINIAN LIBERATION ORG., ET AL.,
                                    Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

    This Court issued an order granting defendants a further enlargement of time to respond to the first amended complaint in the above captioned case.

    Accordingly, the clerk of the court is directed to remove the defendants' motion for a further enlargement of time to respond to the amended complaint, document # 14, from the Court's docket.

Dated: December 6, 2005
       New York, New York

                                                          SO ORDERED:

                                                          GEORGE B. DANIELS
                                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW ET AL.,

                               Plaintiffs,                04 Civ. 397 (GBD)

    -against-                                   ORDER

PALESTINIAN LIBERATION ORG., ET AL.,
                              Defendants.
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Defendants' time to respond to the amended complaint is enlarged to January 6, 2006.

Dated: December 6, 2005
       New York, New York

                                             SO ORDERED:

                                             _____
                                             GEORGE B. DANIELS
                                             United States District Judge