UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW ET AL.,

                             Plaintiffs,                    04 Civ. 397 (GBD)

       -against-                                ORDER

PALESTINIAN LIBERATION ORG., ET AL.,
                             Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

       Defendants' answer in the above captioned case was initially due on June 7, 2005. On July 5, 2005 this Court issued an order granting the defendants' motion for an enlargement of time to respond to the First Amended complaint to July 31, 2005 and denied plaintiffs' motion for default judgment. On August 30, 2005 this Court granted defendants' request for a further enlargement of time to respond to the First Amended complaint to September 15, 2005. This Court granted defendants' request for a further enlargement of time to respond to the First Amended complaint to January 6, 2006.

       Defendants' have made no further application for an enlargement of time, nor have they filed a response to the plaintiffs' First Amended complaint. Plaintiffs now seek a default judgment. Plaintiffs may file a formal motion for default judgment with the Court.

Dated: January 26, 2006
       New York, New York

                                                  SO ORDERED:

                                                  *George B. Daniels* (signature)
                                                  GEORGE B. DANIELS
                                                  United States District Judge