AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Sokolow

v.

Palestine Liberation Organization

**APPEARANCE**

Case Number: 04-cv-00397

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

January 24, 2006
Date

Signature

David J. Strachman    xxxxxx
Print Name            Bar Number

321 South Main St., Ste. 400
Address

Providence, RI 02903
City            State            Zip Code

(401) 351-7700          (401) 331-6095
Phone Number            Fax Number