UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW ET AL.,

                            Plaintiffs,                  04 Civ. 397 (GBD)

-against-                                        ORDER

PALESTINIAN LIBERATION ORG., ET AL,
                                  Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

      Defendants' time to respond to plaintiffs' motion for a default judgment is extended to June 30, 2006.

      This Court will consider plaintiffs' motion for a default judgment without response if defendants do not respond by June 30, 2006.

Dated: New York, New York
       April 27, 2006

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge