UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

MARK I. SOKOLOW, et al.

       Plaintiffs

       v.

                                                                                       04 cv 397(GBD)

THE PALESTINE LIBERATION ORGANIZATION, et al.

       Defendants
_____x

### JOINT APPLICATION FOR A REVISED BRIEFING SCHEDULE
### AND RESCHEDULING OF ORAL ARGUMENT

WHEREAS on March 7, 2007, defendants filed their Memorandum in Reply to Plaintiffs' Supplemental Memorandum regarding subject-matter jurisdiction ("Defendants' Brief"). Docket # 35; and

WHEREAS Defendants' Brief seeks dismissal of this action for lack of subject-matter jurisdiction; and

WHEREAS defendants seek to file within 10 days additional exhibits in support of dismissal of this action for lack of subject-matter jurisdiction; and

WHEREAS oral argument on the issue of subject-matter jurisdiction is currently scheduled for April 11, 2007; and

WHEREAS the parties believe that it would be inefficient and wasteful for the Court to hold oral argument on the issue of subject-matter jurisdiction, until defendants have completed their briefing and plaintiffs have had an opportunity to respond thereto

THEREFORE the parties stipulate to, and request that the Court endorse, the following

schedule:

    1.    Defendants shall file and serve their additional exhibits in support of dismissal of this action for lack of jurisdiction, supplementing their Exhibits 1-25 previously filed, within 10 days after the date of approval of this application;

    2.    Plaintiffs shall file their memorandum in opposition to dismissal and in further support of this Court's jurisdiction within 60 days after defendants' additional exhibits are filed and served;

    3.    Defendants shall file their reply to plaintiffs' memorandum in opposition within 30 days after plaintiffs' opposition is filed and served; and

    4.    Oral argument will be rescheduled from its present date of April 11, 2007, to a date following completion of the foregoing briefing.

| FOR THE PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| /s/David J. Strachman | /s/ Lawrence W. Schilling |
| DAVID J. STRACHMAN | RAMSEY CLARK |
| MCINTYRE, TATE & LYNCH | LAWRENCE W. SCHILLING |
| 321 South Main Street, Ste. 400 | 37 West 12th Street, 2B |
| Providence, RI 02903 | New York, NY 10011 |
| (401) 351-7700 | (212) 989-6613 |
| (401) 331-6095 (fax) | (212) 979-1583 (fax) |

Dated: April 1, 2007