IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARK I. SOKOLOW, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04cv397 (GBD) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**EXHIBITS TO
THE PALESTINIAN NATIONAL AUTHORITY'S AND THE PALESTINE
LIBERATION ORGANIZATION'S SUPPLEMENTAL MEMORANDUM
REGARDING SUBJECT MATTER JURISDICTION**

A.  Hearing Before the Subcomm. on Courts and Administrative Practice of the Comm. on the Judiciary, 101st Cong., S. Hrg. 101-1193 at 12 (July 25, 1990)

B.  Hearing Before the Subcomm. on Intellectual Property and Judicial Administration of the Comm. on the Judiciary, 102nd Cong. 8 (Sept. 18, 1992)

C.  Factual Summary of the Incidents in Sokolow v. Palestine Liberation Organization

D.  *Palestine Authority v. Dayan et al.*, July 17, 2007, Decision by Supreme Court of Israel

E.  *Elon Moreh Seminary Society v. State of Israel,* No. 4049/02 (April 23, 2006)

F.  History and Creation of the PNA

G.  Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Oct. 21, 1950)

H.  Convention (IV) Respecting the Laws and Customs of War on Land and its Annex: Regulations Concerning the Laws and Customs of War on Land, The Hague, Oct. 18, 1907

I..  United Nations Dep't of Pub. Info., *The Question of Palestine & The United Nations*, U.N. Doc. DPI/2276 (2003)

J.      Declaration of Principles on Interim Self-Government Arrangements, Sept. 19, 1993, Isr.-P.L.O, 31 I.L.M. 1525