# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>THE PALESTINE LIBERATION )<br>ORGANIZATION, *et al.*, )<br> )<br>Defendants. )<br> ) | Civil Action No. 04cv397 (GBD) |

## **ORDER**

Having considered Defendants Palestine Liberation Organization's and Palestinian National Authority's Motion to Dismiss, and any Opposition and Reply thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED and it is

FURTHER ORDERED that Defendants The Palestine Liberation Organization and Palestinian National Authority are DISMISSED without prejudice from this matter.

Dated:_____        _____
                             George B. Daniels
                             United States District Court Judge

775302.1