UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK I. SOKOLOW, et als,

                Plaintiffs,                04 Civ. 00397- (GBD)

      -against-

                                      **NOTICE OF MOTION**

THE PALESTINE LIBERATION ORGANIZATION et als,

                Defendants.

-------------------------------------------------------------------X

**C O U N S E L**

      **PLEASE TAKE NOTICE** that upon the annexed memorandum of law dated September 21, 2007, and upon all the pleadings and proceedings heretofore herein, Plaintiffs will move this Court at the courthouse located at 500 Pearl Street, New York, New York 10007, before Hon. Judge George B. Daniels, United States District Judge, at a time and date to be determined by the Court, for an order:

      a)      GRANTING Plaintiff's request for summary denial of Defendants' motion to dismiss for lack of personal jurisdiction,

      b)      ALTERNATELY granting Plaintiffs' request for jurisdictional discovery, directing the parties to file a joint discovery plan, and adjourning Defendants' motion to dismiss until (1) 30 days after the completion of jurisdictional discovery, or (2) if the Court denies Plaintiffs' request for jurisdictional discovery, 60 after the entry of the order denying jurisdictional discovery.

c) GRANTING Plaintiffs such other and further relief as is just and proper under the circumstances.

        Plaintiffs, by their Attorneys,

/s/David J. Strachman
David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Lee Squitieri
Squitieri & Fearon
32 East 57th Street, 12th Floor
New York, NY 10022
(212) 421-6492
(212) 421-6553 (fax)

I here by certify that this pleading was sent via ECF on September 21, 2007 to the following counsel of record:

Richard A. Hibey
Mark J. Rochon
Charles F. B. McAleer, Jr.
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701

        /s/David J. Strachman