

# MILLER CHEVALIER

Mark J. Rochon
Member
(202) 626-5819
mrochon@milchev.com

November 18, 2008

*/ 19 2008*

CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

VIA OVERNIGHT MAIL

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-08

Re: *Sokolow v. PLO*, No. 04-cv-397 (GBD) (RLE) (SDNY)

Dear Magistrate Judge Ellis:

On September 30, 2008, Judge Daniels denied Defendants' motion to dismiss for lack of personal jurisdiction without prejudice to renew. Dkt. No. 58 at 13. At the same time, the Court granted Plaintiffs leave to conduct "limited personal jurisdiction discovery" and referred the matter to you "for the purpose of supervising jurisdictional discovery." *Id.* Late last month, we received a call from your chambers asking the parties to confer on a discovery schedule and report back to the Court.

The parties have conferred, and propose the following schedule: Plaintiffs will serve discovery requests on the Defendants (including any deposition notices) no later than December 1, 2008. No later than 45 days from the service of the requests, Defendants will produce the discovery and witnesses sought, and/or file any objections. If any discovery disputes cannot be resolved during an informal conference with the Court as required by Local Rule 37.2, Plaintiffs may file a motion to compel no later than 30 days after Defendants' discovery responses, with the opposition brief due 14 days later, and the reply brief due 7 days later.

Plaintiffs have indicated they may also seek some discovery from third-parties holding documents or information relevant to the jurisdictional issue. If any disputes arise in respect to such discovery the parties will alert the Court.



Hon. Ronald L. Ellis
November 18, 2008
Page 2

Plaintiffs have reviewed this letter and authorized the undersigned to state that it reflects the agreement of the parties.

Respectfully submitted,

*Mark J. Rochon*

Mark J. Rochon

cc:  David J. Strachman, Esq. (by facsimile)
Olimpio Squitieri, Esq. (by facsimile)

**SO ORDERED**  11-20-08

MAGISTRATE JUDGE RONALD L. ELLIS