```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

      - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a request from the Defendants for an extension of the January 15, 2009, deadline for the completion of jurisdictional discovery,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** complete discovery no later than **January 29, 2009**.

**SO ORDERED this 22nd day of January 2009**
**New York, New York**

*(signature)*
The Honorable Ronald L. Ellis
United States Magistrate Judge