```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

       Plaintiffs,

  - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On September 30, 2008, The Honorable George B. Daniels referred this case to the undersigned for the purpose of supervising jurisdictional discovery. (Docket No. 58.) During a telephone conference with the Court on April 1, 2009, the Parties requested the Court's intervention to resolve discovery disputes relating to Plaintiffs' Interrogatories and Requests for Production of Documents and Defendants' Objections and Responses thereto. The Parties submitted to the Court their correspondence to one another regarding Plaintiffs' allegations of deficiencies in Defendants' interrogatory responses and document production.

Having reviewed the Parties' submissions, the Court finds insufficient basis for ordering Defendants to produce further answers or documents in response to Plaintiffs' requests. In the absence of a formal motion, the Court will take no further action regarding the disputes presented for review. Moreover,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** complete personal jurisdiction discovery in this case no later than **May 29, 2009.**

**SO ORDERED this 9th day of April 2009**
**New York, New York**

*[signature]*

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**