UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

    -against-

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.
------------------------------------------------------------------x

<u>ORDER</u>
04 CV 397 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiffs' and defendants' letter requests, for clarification of this Court's September 30, 2008 Order and for further related relief, are both denied.

Dated: New York, New York
       April 22, 2009

SO ORDERED:

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge