# EXHIBIT 6

Rights and Duties of States, and 3362 (S-VII) of 16 September 1975 on development and international economic co-operation,

*Recalling* its resolution 34/150 of 17 December 1979, entitled "Consolidation and progressive development of the principles and norms of international economic law relating in particular to the legal aspects of the new international economic order",

*Noting* the report of the Secretary-General[38] and the views submitted by some Governments in response to resolution 34/150,

*Recognizing* the urgent need for a systematic and progressive development of the principles and norms of international law relating to the new international economic order,

1. *Requests* the United Nations Institute for Training and Research:

   (*a*) To prepare a list of the existing and evolving principles and norms of international law relating to the new international economic order concerning the economic relations among States, international organizations and other entities of public international law, and the activities of transnational corporations, as contained, *inter alia*, in the following texts:

   (i) Declaration on Principles of International Law concerning Friendly Relations and Co-operation among States in accordance with the Charter of the United Nations;[39]

   (ii) Declaration and Programme of Action on the Establishment of a New International Economic Order;[40]

   (iii) Charter of Economic Rights and Duties of States;[41]

   (iv) General Assembly resolution 3362 (S-VII) of 16 September 1975 on development and international economic co-operation;

   (v) International Development Strategy for the Third United Nations Development Decade;[42]

   (vi) Set of Multilaterally Agreed Equitable Principles and Rules for the Control of Restrictive Business Practices;[43]

   (vii) Final Acts of the United Nations Conference on Trade and Development[44] and declarations adopted by all United Nations conferences relevant to the new international economic order;

   (*b*) To prepare an analytical study, on the basis of the list referred to in subparagraph (*a*) above, on the progressive development of the principles and norms of international law relating to the new international economic order;

   (*c*) To complete the study referred to in subparagraphs (*a*) and (*b*) above in time for the Secretary-General to submit it to the General Assembly at its thirty-sixth session;

2. *Urges* Member States to submit relevant information with respect to the study not later than 31 July 1981;

3. *Requests* the United Nations Commission on International Trade Law, the United Nations Conference on Trade and Development, the United Nations Industrial Development Organization, the regional commissions, the United Nations Centre on Transnational Corporations and other relevant intergovernmental and non-governmental organizations active in this field, as determined by the United Nations Institute for Training and Research, to submit relevant information and to co-operate fully with the Institute in the implementation of the present resolution;

4. *Requests* the Secretary-General to submit to the General Assembly at its thirty-sixth session a report on the study made by the United Nations Institute for Training and Research for its consideration on a priority basis, under an item entitled "Progressive development of the principles and norms of international law relating to the new international economic order" to be included in the provisional agenda of that session.

*95th plenary meeting*
*15 December 1980*

**35/167.   Observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States**

*The General Assembly,*

*Bearing in mind* the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,[45]

*Noting* that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character[46] regulates only the representation of States in their relations with international organizations,

*Taking into account* the current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conferences held under the auspices of such international organizations,

*Convinced* that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and co-operation,

*Desirous* of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

---

[38] A/35/466.
[39] Resolution 2625 (XXV), annex.
[40] Resolutions 3201 (S-VI) and 3202 (S-VI).
[41] Resolution 3281 (XXIX).
[42] See sect. V, resolution 35/56, annex.
[43] TD/RBP/CONF/10.
[44] *Proceedings of the United Nations Conference on Trade and Development*, vol. I, *Final Act and Report* (United Nations publication, Sales No. 64.II.B.11); ibid., *Second Session*, vol. I and Corr.1 and 3 and Add.1 and 2, *Report and Annexes* (United Nations publication, Sales No. E.68.II.D.14); ibid., *Third Session*, vol. I, *Report and Annexes* (United Nations publication, Sales No. E.73.II.D.4); ibid., *Fourth Session*, vol. I, *Report and Annexes* (United Nations publication, Sales No. E.76.II.D.10 and corrigendum); and ibid., *Fifth Session*, vol. I, *Report and Annexes* (United Nations publication, Sales No. E.79.II.D.14).

[45] See *Official Records of the United Nations Conference on the Representation of States in Their Relations with International Organizations, Vienna, 4 February–14 March 1975*, vol. II (United Nations publication, Sales No. E.75.V.12), p. 201, document A/CONF.67/15, annex.
[46] Ibid., p. 207, document A/CONF.67/16.

1. *Invites* all States which have not done so, in particular those which are hosts to international organizations or to conferences convened by, or held under the auspices of, international organizations of a universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. *Calls upon* the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States, and which are accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. *Requests* the Secretary-General to report to the General Assembly at its thirty-seventh session on the implementation of the present resolution.

*95th plenary meeting*
*15 December 1980*

### 35/168. Consideration of effective measures to enhance the protection, security and safety of diplomatic and consular missions and representatives

*The General Assembly*,

*Having considered* the item entitled "Consideration of effective measures to enhance the protection, security and safety of diplomatic and consular missions and representatives",

*Recalling* its resolution 33/140 of 19 December 1978,

*Taking note* of the comments made by the Secretary-General in section VII of his report on the work of the Organization,[47]

*Conscious* of its duty to develop and strengthen friendly relations and co-operation among States,

*Convinced* that respect for the principles and rules of international law governing diplomatic and consular relations, in particular those aimed at ensuring the inviolability of diplomatic and consular missions and representatives, is a basic prerequisite for the normal conduct of relations among States and for the fulfilment of the purposes and principles of the Charter of the United Nations,

*Recognizing* that for the same reason it is also necessary to ensure respect for the principles and rules of international law aimed at protecting missions and representatives to international intergovernmental organizations,

*Aware* that respect for the principles and rules of international law concerning the status of officials of international intergovernmental organizations contributes to the promotion of international co-operation and understanding and that non-observance of those principles and rules is a matter of serious concern to the international community,

*Recognizing* that acts of violence against diplomatic and consular missions and representatives may seriously affect the maintenance of friendly relations and co-operation among States,

*Deeply concerned* at the increasing number of violations of, or failures to observe, the relevant principles and rules of international law pertaining to the inviolability of diplomatic and consular missions and representatives,

*Expressing its sympathy* for the victims of illegal acts against diplomatic and consular missions and representatives,

*Recalling* that the principles and rules of international law governing diplomatic and consular relations also contain an obligation, without prejudice to their respective privileges and immunities under international law, for all persons enjoying such privileges and immunities to respect the laws and regulations of the receiving State and not to interfere in the internal affairs of that State,

*Emphasizing* the need for strict observance by all States of the principles and rules of international law in order to ensure the conduct of normal diplomatic and consular relations,

1. *Deplores* all violations of the principles and rules of international law governing diplomatic and consular relations;

2. *Strongly condemns* in particular all acts of violence against diplomatic and consular missions and representatives;

3. *Urges* all States to observe and to implement the principles and rules of international law governing diplomatic and consular relations;

4. *Urges* in particular all States to take all necessary measures with a view to effectively ensuring, in conformity with their international obligations, the protection, security and safety of diplomatic and consular missions and representatives in territory under their jurisdiction, including practicable measures to prohibit in their territories illegal activities of persons, groups and organizations that encourage, instigate, organize or engage in the perpetration of acts against the security and safety of such missions and representatives;

5. *Calls upon* all States which have not yet done so to consider becoming parties to the relevant conventions concerning the inviolability of diplomatic and consular missions and representatives;

6. *Calls upon* all States, in cases where a dispute arises in connexion with violation of the principles and rules of international law concerning the inviolability of diplomatic and consular missions and representatives, to make use of the means for peaceful settlement of disputes, including the good offices of the Secretary-General;

7. *Invites* all States to report to the Secretary-General serious violations of the protection, security and safety of diplomatic and consular missions and representatives, and invites the State in which the violations took place to report also on measures taken to bring to justice the offenders and to prevent a repetition of such violations and eventually to communicate, in accordance with its laws, the final outcome of the proceedings against the offenders;

8. *Requests* the Secretary-General to circulate to all States, upon receipt, the reports received by him under the terms of paragraph 7 above, unless requested otherwise by the reporting State;

9. *Requests* the Secretary-General to invite all States to inform him of their views with respect to any measures

---
[47] *Official Records of the General Assembly, Thirty-fifth Session, Supplement No. 1* (A/35/1).

United Nations  A/RES/37/104

# General Assembly

Distr. GENERAL

16 December 1982

ORIGINAL: ENGLISH

A/RES/37/104
16 December 1982

Observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States

The General Assembly,

Recalling its resolution 35/167 of 15 December 1980,

Taking note of the report of the Secretary-General,

Bearing in mind the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,

Noting that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character regulates only the representation of States in their relations with international organizations,

Taking into account the current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conferences held under the auspices of such international organizations,

Convinced that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and co-operation,

Desirous of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

1.   Invites all States that have not done so, in particular those which are hosts to international organizations or to conferences convened by, or held under the auspices of, international organizations of a

universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. Calls once more upon the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States, and which are accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. Requests the Secretary-General to report to the General Assembly at its thirty-ninth session on the implementation of the present resolution.

United Nations



## General Assembly

A/RES/39/76

Distr. GENERAL

18 December 1984

ORIGINAL: ENGLISH

A/RES/39/76
18 December 1984
Meeting no. 99

Observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States

The General Assembly,

Recalling its resolutions 35/167 of 15 December 1980 and 37/104 of 16 December 1982,

Recalling also its resolutions 3237 (XXIX) of 22 November 1974, 3280 (XXIX) of 10 December 1974 and 31/152 of 20 December 1976,

Taking note of the report of Secretary-General,

Bearing in mind the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,

Noting that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character, of 14 March 1975, regulates only the representation of States in their relations with international organizations,

Taking into account the continued and uninterrupted current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conferences held under the auspices of such international organizations,

Convinced that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and co-operation,

Desirous of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

1. Urges all States that have not done so, in particular those which are hosts to international organizations or to conferences convened by, or held under the auspices of, international organizations of a universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. Calls once more upon the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States, and accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. Requests the Secretary-General to report to the General Assembly at its forty-first session on the implementation of the present resolution.

United Nations                                              A/RES/41/71



## General Assembly

Distr. GENERAL

3 December 1986

ORIGINAL:
ENGLISH

```
                                              A/RES/41/71
                                              3 December 1986
                                              95th plenary meeting
```

Observer status of national liberation movements
recognized by the Organization of African Unity
and/or by the League of Arab States

The General Assembly,

Recalling its resolutions 35/167 of 15 December 1980, 37/104 of 16 December 1982 and 39/76 of 13 December 1984,

Recalling also its resolutions 3237 (XXIX) of 22 November 1974, 3280 (XXIX) of 10 December 1974 and 31/152 of 20 December 1976,

Taking note of the report of the Secretary-General,

Bearing in mind the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,

Noting that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character, of 14 March 1975, regulates only the representation of States in their relations with international organizations,

Taking into account the current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conferences held under the auspices of such international organizations,

Convinced that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and co-operation,

Desirous of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

Noting that many States have recognized those national liberation movements and have granted them facilities, privileges and immunities in their countries,

1. Urges all States that have not done so, in particular those which are hosts to international organizations or to conferences convened by, or held under the auspices of, international organizations of a universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. Calls once more upon the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States, and accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. Requests the Secretary-General to report to the General Assembly at its forty-third session on the implementation of the present resolution.

United Nations  **General Assembly**

A/RES/45/37

Distr. GENERAL

28 November 1990

ORIGINAL: ENGLISH

```
                                          A/RES/45/37
                                          48th plenary meeting
                                          28 November 1990
```

Observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States

The General Assembly,

Recalling its resolutions 35/167 of 15 December 1980, 37/104 of 16 December 1982, 39/76 of 13 December 1984, 41/71 of 3 December 1986 and 43/160 B of 9 December 1988,

Recalling also its resolutions 3237 (XXIX) of 22 November 1974 and 3280 (XXIX) of 10 December 1974,

Taking note of the report of the Secretary-General,

Bearing in mind the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,

Noting that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character, of 14 March 1975, regulates only the representation of States in their relations with international organizations,

Taking into account the current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conferences held under the auspices of such international organizations,

Convinced that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and co-operation,

Desirous of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

Noting that many States have recognized those national liberation movements and have granted them facilities, privileges and immunities in their countries,

1. Urges all States that have not done so, in particular those which are host to international organizations or to conferences convened by, or held under the auspices of, international organizations of a universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. Calls once more upon the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States and accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions, in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. Requests the Secretary-General to report to the General Assembly at its forty-seventh session on the implementation of the present resolution.

United Nations



General Assembly

A/RES/47/29

Distr. GENERAL

25 November 1992

ORIGINAL: ENGLISH

A/RES/47/29
73rd plenary meeting
25 November 1992

Observer status of national liberation movements
recognized by the Organization of African Unity
and/or by the League of Arab States

The General Assembly,

Recalling its resolutions 35/167 of 15 December 1980, 37/104 of 16 December 1982, 39/76 of 13 December 1984, 41/71 of 3 December 1986, 43/160 B of 9 December 1988 and 45/37 of 28 November 1990,

Recalling also its resolutions 3237 (XXIX) of 22 November 1974 and 3280 (XXIX) of 10 December 1974,

Taking note of the report of the Secretary-General,

Bearing in mind the resolution of the United Nations Conference on the Representation of States in Their Relations with International Organizations relating to the observer status of national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States,

Noting that the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character, of 14 March 1975, regulates only the representation of States in their relations with international organizations,

Taking into account the current practice of inviting the above-mentioned national liberation movements to participate as observers in the sessions of the General Assembly, specialized agencies and other organizations of the United Nations system and in the work of the conference held under the auspices of such international organizations,

Convinced that the participation of the national liberation movements referred to above in the work of international organizations helps to strengthen international peace and cooperation,

Desirous of ensuring the effective participation of the above-mentioned national liberation movements as observers in the work of international organizations and of regulating, to that end, their status and the facilities, privileges and immunities necessary for the performance of their functions,

Noting that many States have recognized those national liberation movements and have granted them facilities, privileges and immunities in their countries,

1. Calls upon all States that have not done so, in particular those which are host to international organizations or to conferences convened by, or held under the auspices of, international organizations of a universal character, to consider as soon as possible the question of ratifying, or acceding to, the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

2. Urges the States concerned to accord to the delegations of the national liberation movements recognized by the Organization of African Unity and/or by the League of Arab States and accorded observer status by international organizations, the facilities, privileges and immunities necessary for the performance of their functions, in accordance with the provisions of the Vienna Convention on the Representation of States in Their Relations with International Organizations of a Universal Character;

3. Requests the Secretary-General to report to the General Assembly at its forty-ninth session on the implementation of the present resolution.