# EXHIBIT 3

798192.1

| | |
|---|---|
| **From:** | Ferguson, Laura G. |
| **Sent:** | Monday, June 08, 2009 12:04 PM |
| **To:** | 'David J. Strachman' |
| **Cc:** | Rochon, Mark; McAleer, Chas |
| **Subject:** | Sokolow |

Dave,

I received your letter of this morning asking for a response by noon today regarding Doc. No. 02:000568. I have just returned from being out of town for a week, Chas had a meeting out of the office this morning and Mark is in trial. We cannot respond by noon but will respond later today.

Laura

Laura G. Ferguson
Miller & Chevalier Chartered
(202) 626-5567

\* \* \*

This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

\* \* \*

31 CFR Part 10, Section 10.35, requires us to notify you that any tax advice in this electronic message was not intended or written to be used, and cannot be used, for the purpose of avoiding penalties.