UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Mark I. Sokolow, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 04cv397 (GBD) (RLE) |
| | ) | |
| The Palestine Liberation Organization, *et al.*, | ) | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| | ) | |
| Defendants. | ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Amy Rothstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Laura G. Ferguson, Esq.
Miller & Chevalier Chartered
655 15th Street, N.W.  Suite 900
Washington, D.C. 20005-5701
Telephone:   (202) 626-5800
Fax:   (202) 626-5801
Email address: lferguson@milchev.com

Laura G. Ferguson, Esq. is a member in good standing of the District of Columbia Court of Appeals.

There are no disciplinary proceedings against Ms. Ferguson in any State or Federal court.

Dated:  June 12, 2009
        New York, New York

Respectfully submitted,

Amy Rothstein
Doar Rieck Kaley & Mack

858526.1

217 Broadway Suite 707
New York, New York 10007
Telephone: 212-619-3730
Fax: 212-962-5037
Email address: arothstein@doarlaw.com

858526 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Mark I. Sokolow, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 04cv397 (GBD) (RLE) |
| | ) | |
| The Palestine Liberation Organization, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

State of New York  )
                   )  ss:
County of New York )

## AFFIDAVIT IN SUPPORT OF MOTION TO
## ADMIT LAURA G. FERGUSON, *PRO HAC VICE*

Amy Rothstein, being duly sworn, states as follows:

1. I am counsel for Defendants The Palestinian Authority and The Palestine Liberation Organization in litigation in Supreme Court, New York County. I have some familiarity with the proceedings in the captioned case. I make this affidavit in support of the application of The Palestinian Authority and The Palestine Liberation Organization for the *pro hac vice* admission in the captioned case of Laura G. Ferguson, a member of the Washington D.C. law firm of Miller & Chevalier, Chartered.

2. I make this affidavit based on personal knowledge, except as to those facts set forth on the basis of information and belief.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the First Department in January, 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I became acquainted with Laura Ferguson during the course of telephone conversations during November of 2007, about various litigated matters. I met Ms. Ferguson at the offices of Miller & Chevalier, of which she is a member, in Washington, D.C. in January of 2008. I have also read legal memoranda and correspondence that I believe Ms. Ferguson prepared or had prepared under her supervision. During the past year and a half, I have had

numerous telephone conversations and countless e-mail exchanges with Ms. Ferguson concerning cases on which we both are working.

4.   I have found Ms. Ferguson to be a highly skilled attorney and a person of integrity. I believe that Ms. Ferguson is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure. She is a member in good standing of the District of Columbia Court of Appeals, which is the highest court for the District of Columbia. A true and genuine copy of a Certificate of Good Standing of Laura G. Ferguson dated May 18, 2009, issued by the District of Columbia Court of Appeals, is attached hereto as Exhibit 1.

6.   Accordingly, I am pleased to move the admission of Laura G. Ferguson, *pro hac vice*.

7.   I respectfully submit a proposed order granting admission of Laura G. Ferguson, , *pro hac vice*, attached to the accompanying motion.

WHEREFORE, I respectfully request that the motion to admit Laura G. Ferguson, *pro hac vice*, to represent Defendants The Palestine Liberation Organization and The Palestinian Authority in the above-captioned matter, be granted.

Dated: June 12, 2009
New York, New York

_____
Amy Rothstein

Sworn to before me this 12th day of June, 2009.

_____
Notary Public

My Commission Expires: _____

DAVID RIVERA
Notary Public State of New York
No. 02RI4962659
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES 2/26/2010

2

858522.1

# Exhibit 1



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAURA G. FERGUSON

was on the 10TH day of JULY, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 18, 2009.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Mark I. Sokolow, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>The Palestine Liberation<br>Organization, *et al.*,<br><br>                    Defendants. | 04cv397 (GBD) (RLE)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Amy Rothstein, Esq., a member in good standing of the bar of this Court,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Laura G. Ferguson, Esq.
Miller & Chevalier Chartered
655 15th Street, N.W. Suite 900
Washington, D.C. 20005-5701
Telephone:    (202) 626-5800
Fax:    (202) 626-5801
Email address:  lferguson@milchev.com

is admitted to practice *pro hac vice* as counsel for Defendants The Palestinian Authority and The

Palestine Liberation Organization in the above-captioned case in the United States District Court

for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this

action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

858526.1

for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the

Clerk of the Court.


Dated:  June __, 2009
        New York, New York


                                                    _____
                                                    United States District/Magistrate Judge

858526 1

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2009, I served a true and genuine copy of the foregoing Motion to Admit Counsel *Pro Hac Vice*, supporting sponsor's affidavit and exhibit (certificate of good standing) by causing them to be deposited in a United States Postal Service mailbox, to the following counsel of record at the following addresses:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI 02903

> Olimpio Lee Squitieri
> Squitieri & Fearon, LLP
> 32 East 57th Street, 12th Floor
> New York, NY 10022

*Attorneys for Plaintiffs*

Amy Rothstein