MCINTYRE, TATE,
   & LYNCH LLP

COUNSELLORS AT LAW

June 11, 2009



JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN *
ROBERT S. PARKER *
ROBERT J. SGROI †

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

**VIA FEDERAL EXPRESS**

The Honorable Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 1970
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-16-09
```

JUN 1 2 2009

Re:   Sokolow, et al. v. The Palestine Liberation Organization, et al.
      No. 04-CV-00397(GBD)

      Plaintiffs' Request for Enlargement Until Tuesday, June 16, 2009 for to file reply brief

Dear Judge Ellis:

We represent the Plaintiffs in this matter.

On June 8, 2009, Plaintiffs filed a motion to compel production. Dkt. #68.[1]

Defendants filed their response yesterday, June 10, 2009 at 5:14 p.m. Defendants detailed 7 page response raises several issues which demands a thorough reply. Dkt. #70.

Pursuant to Local Rule 6.1(a), Plaintiffs' reply memorandum "shall be served within one business day after service of the answering papers." Adding three additional days for mailing under the rules, the Plaintiffs' reply is due Monday, June 15, 2009.

Due to previously scheduled family commitments and professional obligations (including court appearances), Plaintiffs are in need of an enlargement until June 16, 2009 to file their reply.

Plaintiffs respectfully suggest that a slight enlargement of time should not inconvenience the Court or the Defendants. In light of the narrowing of the discovery issues contained in the stipulation approved by the Court on May 13, 2009 (Dkt. #65), few discovery issues remain outstanding and a small enlargement will not affect any other scheduled dates.

**SO ORDERED** 6-16-09
/s/ Ronald Ellis   6/12/09

MAGISTRATE JUDGE RONALD L. ELLIS

---

[1] Counsel was notified by the Clerk's office to refile the docket entry reflecting service upon the docket of each and every Plaintiff. Accordingly, the identical motion was refiled on June 9, 2009 as Dkt. #69.

SUITE 400    321 SOUTH MAIN STREET    PROVIDENCE, RI    02903
401-351-7700    FAX 401-331-6095