```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

       Plaintiffs,

  - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

ORDER

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence from the Parties,

 **IT IS HEREBY ORDERED THAT** the Parties **SHALL** appear for a telephonic conference before the Court on **September 11, 2009, at 3:00 p.m.**

**SO ORDERED** this 2nd day of September 2009
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge