**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
                                        )
Mark I. Sokolow, et al.,                )
                                        )
                        Plaintiffs,     )
                                        )
v.                                      )       04cv397 (GBD) (RLE)
                                        )
The Palestine Liberation                )       ORDER FOR ADMISSION
Organization, et al.,                   )       PRO HAC VICE
                                        )       ON WRITTEN MOTION
                        Defendants.     )
                                        )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 FEB 2010

Upon the motion of Amy Rothstein, Esq., a member in good standing of the bar of this Court,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Laura G. Ferguson, Esq.
Miller & Chevalier Chartered
655 15th Street, N.W. Suite 900
Washington, D.C. 20005-5701
Telephone:   (202) 626-5800
Fax:   (202) 626-5801
Email address:  lferguson@milchev.com

is admitted to practice *pro hac vice* as counsel for Defendants The Palestinian Authority and The

Palestine Liberation Organization in the above-captioned case in the United States District Court

for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this

action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   0 2 FEB 2010
New York, New York

_____
United States D**HON. GEORGE B. DANIELS**

858526 1