```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                  **Plaintiffs,**

      - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                  **Defendants.**

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On June 16, 2009, Plaintiffs filed a reply in support of their motion to compel (Doc. No. 72) in which they indicated that they wished to withdraw their initial motion (Doc. No. 69, June 9, 2009) because the dispute had been resolved.

**IT IS HEREBY ORDERED THAT** the Clerk of the Court is directed to indicate on the docket Plaintiffs' withdrawal of their Motion to Compel Production (Doc. No. 69, June 9, 2009).

**SO ORDERED this 4th day of March 2010**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge