USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11 MAR 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW, *et al.*,

                 Plaintiffs,

     -against-

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                 Defendants.
------------------------------------------------------------x

ORDER

04 CV 397 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendants' motion to dismiss for lack of personal jurisdiction (Doc. No. 66) is denied without prejudice to renew after the completion of jurisdictional discovery.

    Defendants may supplement and/or re-file their motion to dismiss no later than thirty (30) days after Magistrate Judge Ellis indicates that all jurisdictional discovery is complete. Opposition papers shall be due within thirty (30) days of the refiling of the motion, and any reply papers shall be due within twenty (20) days thereafter.

Dated: New York, New York
        March 11, 2010

                                  SO ORDERED:

                                  *[signature]*
                                GEORGE B. DANIELS
                                United States District Judge