```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-16-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                         **Plaintiffs,**

        - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                         **Defendants.**

ORDER

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

After considering Defendants declaration (Doc. No.78.) stating their compliance with the Court's September 11, 2009 order,

**IT IS HEREBY ORDERED THAT** personal jurisdiction discovery in this case is complete.

**SO ORDERED this 11th day of March 2010**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge