IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | Civil Action No. 04cv397 (GBD) |

## RENEWED MOTION TO DISMISS

COMES NOW Defendants the Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO"), by and through counsel, and pursuant to Fed. R. Civ. P. 12(b)(2), and respectfully request that the Court dismiss this action for lack of personal jurisdiction. In support of such motion, Defendants state as follows:

1. Neither the PA nor the PLO had continuous and systematic, non-exempt contacts with the United States during the relevant time period to warrant the Court's exercise of personal jurisdiction.

2. Even if Defendants' contacts with the United States are found to be sufficient for establishing jurisdiction, any exercise of personal jurisdiction over the Defendants in this case would not comport with traditional notions of fair play and substantial justice.

1040487.1

For these reasons, and those set forth in the accompanying Memorandum of Law in Support, the Court should GRANT Defendants motion and dismiss this action.

Respectfully Submitted,

April 15, 2010

/s/ Mark J. Rochon
Mark J. Rochon
Richard A. Hibey
Laura G. Ferguson
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C. 20005-6701
Ph. (202) 626-5800
Fax: (202)626-5801
Email: mrochon@milchev.com

*Attorneys for Defendants the Palestinian Authority and the Palestine Liberation Organization*

2

1040487.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of April 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to the following counsel of record:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI 02903
>Phone: (401) 351-7700
>Fax: (401) 331-6095
>Email: djs@mtlhlaw.com
>
>Olimpio Lee Squitieri
>Squitieri & Fearon, LLP
>32 East 57th Street, 12th Floor
>New York, NY 10022
>Phone: (212) 421-6492
>Fax: (212) 421-6553
>Email: lee@sfclasslaw.com
>
>*Attorneys for Plaintiffs*
>
>/s/ Mark J. Rochon

1040487.1