# EXHIBIT 2

# UNITED NATIONS





## General Assembly

A/RES/3237 (XXIX)
22 November 1974

**3237 (XXIX). Observer status for the Palestine Liberation Organization**

*The General Assembly,*

*Having considered* the question of Palestine,

*Taking into consideration* the universality of the United Nations prescribed in the Charter,

*Recalling* its resolution 3102 (XXVIII) of 12 December 1973,

*Taking into account* Economic and Social Council resolutions 1835 (LVI) of 14 May 1974 and 1840 (LVI) of 15 May 1974,

*Noting* that the Diplomatic Conference on the Reaffirmation and Development of International Humanitarian Law Applicable in Armed Conflicts, the World [Pop]ulation Conference and the World Food Conference have in effect invited the [Pa]lestine Liberation Organization to participate in their respective deliberations,

*Noting also* that the Third United Nations Conference on the Law of the Sea has invited the Palestine Liberation Organization to participate in its deliberations as an observer,

1. *Invites* the Palestine Liberation Organization to participate in the sessions and the work of the General Assembly in the capacity of observer;

2. *Invites* the Palestine Liberation Organization to participate in the sessions and the work of all international conferences convened under the auspices of the General Assembly in the capacity of observer;

3. *Considers* that the Palestine Liberation Organization is entitled to participate as an observer in the sessions and the work of all international conferences convened under the auspices of other organs of the United Nations;

4. *Requests* the Secretary-General to take the necessary steps for the implementation of the present resolution.