# EXHIBIT 5

**U.S. Department of Justice**
Washington, DC 20530

Exhibit A
To Registration Statement
Pursuant to the Foreign Agents Registration Act of 1938, as amended

OMB NO. 1105-0003

**Privacy Act Statement.** Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, D.C. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the Administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public. Finally, the Attorney General intends, at the earliest possible opportunity, to make these public documents available on the Internet on the Department of Justice World Wide Web site.

**Public Reporting Burden.** Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Criminal Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

*Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently.*

---

1. Name and address of registrant

   **Palestine Liberation Organization Office**
   **1730 K Street, N.W. Suite 1004**
   **Washington, D.C. 20006**

2. Registration No.

   5244
   ~~5074~~

3. Name of foreign principal

   **Palestine Liberation Organization**

4. Principal address of foreign principal

   **Gaza City, Gaza**

5. Indicate whether your foreign principal is one of the following:

   ☒ Foreign government

   ☒ Foreign political party

   ☐ Foreign or domestic organization: If either, check one of the following:
   ☐ Partnership   ☐ Committee
   ☐ Corporation   ☐ Voluntary group
   ☐ Association   ☐ Other *(specify)* _____

   ☐ Individual-State nationality _____

   *[Stamp: 1998 MAR 18 PM 1:33 CRM/ISS REGISTRATION]*

6. If the foreign principal is a foreign government, state:

   a) Branch or agency represented by the registrant.   **PLO Headquarter, Gaza**

   b) Name and title of official with whom registrant deals.   **President Yasser Arafat**

7. If the foreign principal is a foreign political party, state:

   a) Principal address.   **Gaza City, Gaza**

   b) Name and title of official with whom registrant deals.   **President Yasser Arafat**

   c) Principal aim   **Peace in the Middle East**

Formerly OBD-67

FORM CRM-157
SEP. 1996

02:000391

8. If the foreign principal is not a foreign government or a foreign political party,

   a) State the nature of the business or activity of this foreign principal

   **To promote peace in the Middle East**

   b) Is this foreign principal

| | | |
|---|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

   **N/A**

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

    **Palestine Liberation Organization**

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| March 10, 1998 | Hasan Abdel Rahman<br>Chief PLO Representative | *[signature]* |

02:000392

**U.S. Department of Justice**
Washington, DC 20530

Exhibit B
To Registration Statement
Pursuant to the Foreign Agents Registration Act of 1938, an amended

OMB No. 1105-0007

INSTRUCTIONS: A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. One original and two legible photocopies of this form shall be filed for each foreign principal named in the registration statement and must be signed by or on behalf of the registrant.

Privacy Act Statement. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, D.C. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the Administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public. Finally, the Attorney General intends, at the earliest possible opportunity, to make these public documents available on the Internet on the Department of Justice World Wide Web site.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Criminal Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant<br><br>PLO Washington Office | 2. Registration No.<br><br>~~5074~~ 5244 | 1998 MAR 18 PM 1:34 REGISTRATION CRM/USE |
|---|---|---|
| 3. Name of Foreign Principal<br><br>PLO Headquarters, Gaza | | |

<u>Check Appropriate Boxes:</u>

4. ☐ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☒ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

```
    The PLO offices in Washington, D.C. shall represent the PLO and the
    Palestinian Authority in the United States and will promote peace and development
    with Israel.  The PLO and the Palestinian Authority will pay for the expenses of
    the office and the salaries of its employees.
```
7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Formerly OBD-65

FORM CRM-155
SEP. 1996

02:000393

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

    1 - Speak on behalf of the Foreign Principles. Lectures, media appearences and interviews.

    2 - Conduct discussions with U.S. Governmental Agencies and departments on behalf of the Foreign Principles.

9. Will the activities on behalf of he above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?     Yes ☒   No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

    Same as above in No. 5

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| March 10, 1998 | Hasan Abdel Rahman<br>Chief PLO Representative | [signed] |

Footnote: Political activity as defined in Section 1(o) of the Act means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political interests, policies, or relations of a government of a foreign country or a foreign political party.

02:000394