IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | Civil Action No. 04cv397 (GBD) |

## ORDER

Having considered Defendants the Palestinian Authority's and the Palestine Liberation Organization's Renewed Motion to Dismiss, and any Opposition and Reply thereto, and good cause appearing:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED;

AND IT IS FURTHER ORDERED that this action is hereby DISMISSED with prejudice.

This is a final order.

SO ORDERED, this ____ day of _____, 2010.

Dated:_____

_____
George B. Daniels
United States District Court Judge