# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

V.

CASE NUMBER: 04-CV-00397 (GBD)

THE PALESTINE LIBERATION
ORGANIZATION, et al.

## AFFIDAVIT

I, Sisc Stella Louise Dare Johnson, having been duly authorized to make service of the following document: **SUMMONS IN A CIVIL CASE**, in the above-entitled case, hereby depose and say,

That my business address is: Miller Consulting Group, Inc.
118-B East Broad Street
Falls Church, VA 22046
(703) 241-4911

That I am over the age of 18 years, I have no interest in the matter between the parties in this case, and that on **May 26, 2004, at 7:23 a.m.**, I personally served a copy of the above document to **HASSAN ABDEL RAHMAN at his residence, located at: 1357 Woodside Drive, McLean Virginia 22102.**

_____
SISC STELLA LOUISE DARE JOHNSON, Private Process Server

STATE OF: COMMONWEALTH OF VIRGINIA, at Large
CITY OF: FALLS CHURCH, to-wit

Subscribed and sworn to before me this 26th day of May, 2004

_____
HOWARD L. MILLER, JR., Notary Public
My Commission Expires: March 31, 2005

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE May 26, 2004 7:23 AM |
|---|---|
| NAME OF SERVER (PRINT) SISC Stella Louise Dare Johnson | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1357 Woodside Drive, McLean VA 22102 @ 7:23 a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $150.00 | TOTAL $150.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/26/04
Date

Signature of Server: SISC Stella Louise Dare Johnson

Address of Server: 118 B East Broad Street, Falls Church VA 22046

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FAX 

Miller Consulting Group, Inc.
Northern Virginia Security Academy
Virginia Institute of Criminal Justice
118B East Broad Street
DCJS # 88-1232 , 11-2572
Falls Church, Virginia 22046
http://www.millerserve.com

Date: May 26, 2004
Number of pages including cover sheet: 4

TO: **David J. Strachman, Esq.**

Case No.: **04-CV-00397**

| | |
|---|---|
| Phone | 401-351-7700 |
| Fax | 401-331-6095 |
| CC: | |

| From: | Sisc S. Johnson |
|---|---|
| | sjohnson@millerserve.com |
| Private Inv & Security Svcs | VA License # 11-2572 |
| DCJS # | 99-055619 |
| Investigator & Security Training | Virginia License # 88-1232 |
| Phone | 703-241-4911 |
| Fax | 703-536-2757 |

**REMARKS:**

☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please comment

Dear Mr. Strachman:

Enclosed will follow: Return of Service, Affidavit and our Invoice. I personally served Mr. Rahman this morning at his home.

Please call me if you have any questions or concerns. The hard copies will follow in the mail today.

Thank you,
Sisc (Sissy) Johnson