# FAX

**AIPAC** — AMERICA'S PRO-ISRAEL LOBBY

To: Mr. Dave Stachman

Fax: 401-331-6095

Re: PLO business cards

Date: 3/15/04

From: Leah Odinec

Fax:

Phone: 202-639-5303

Pages(including cover): [Type number of pages]

---

Dear Mr. Stachman:

Below are the business cards you requested. I will get back to you regarding the other issue we discussed.

Sincerely,

Leah Odinec



PALESTINE LIBERATION ORGANIZATION
PALESTINE NATIONAL AUTHORITY

**HASAN A. RAHMAN**
*Chief Representative*

1717 K St., NW
Suite 407
Washington, DC 20036

Tel: (202) 785-8394
Fax: (202) 887-5337
palwash1@aol.com