

United States Department of State
Office of Foreign Missions
Washington, D.C. 20520

July 16, 2002

Mr. Hasan Abdel Rahman
Chief Representative
 PLO & PNA
1717 K Street, N.W., Suite 407
Washington, D.C. 20036

Dear Mr. Rahman:

Pursuant to your letter dated July 15, 2002, the Office of Foreign Missions has no objection to the lease of the fourth floor in the building located at 1320 18th Street, N.W., Washington, D.C., for office use.

If you have any questions regarding this matter, please contact Kate McHugh at 202-647-3986.

Sincerely,

Richard C. Massey
Office Director
Real Estate