U.S. Department of Justice
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

APR 2 8 2000

For Six Month Period Ending _____
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

Bannerman and Associates, Inc.

(b) Registration No.

3964

(c) Business Address(es) of Registrant

888 16th St. NW
Washington, DC 20006

2. Has there been a change in the information previously furnished in connection with the following:

| | | | | |
|---|---|---|---|---|
| (a) | If an individual: | | | |
| | (1) Residence address | Yes ☐ | No ☐ | |
| | (2) Citizenship | Yes ☐ | No ☐ | |
| | (3) Occupation | Yes ☐ | No ☐ | |
| (b) | If an organization: | | | |
| | (1) Name | Yes ☐ | No ☒ | |
| | (2) Ownership or control | Yes ☐ | No ☒ | |
| | (3) Branch offices | Yes ☐ | No ☒ | |

(c)    Explain fully all changes, if any, indicated in items (a) and (b) above.

IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

Yes ☐      No ☒

If yes, have you filed an amendment to the Exhibit C?      Yes ☐      No ☐

If no, please attach the required amendment.

CRM/ISS
REGISTRATION UNIT
2000 MAY 26 PM 3 50

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

Formerly OBD-64

Form CRM-154
JUNE 1998

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?                                 Yes ☐                      No ☒

    If yes, furnish the following information:

Name                                    Position                                              Date Connection Ended

        N/A

    (b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
                                    Yes ☐              No ☒

    If yes, furnish the following information:

Name                     Residence                  Citizenship                  Position                    Date
                         Address                                                                             Assumed

---

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
                                    Yes ☐              No ☐

    If yes, identify each such person and describe his service.

        N/A

    (b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?                         Yes ☐              No ☒

    If yes, furnish the following information:

Name                                            Position or connection                               Date terminated
        N/A

    (c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?                 Yes ☒              No ☐

    If yes, furnish the following information:

Name                     Residence                  Citizenship                  Position                    Date
                         Address                                                                             Assumed

        See Attachment #1

---

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?                 Yes ☒              No ☐

    If no, list names of persons who have not filed the required statement.                 8

        N/A

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

Yes ☒          No ☐

If yes, furnish the following information:

*Name of foreign principal*

United Arab Emirates

*Date of termination*

December 31, 1999

---

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

Yes ☒          No ☐

If yes, furnish following information:

*Name and address of foreign principal*

Palestinian Authority

*Date acquired*

November 26, 1999

---

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

Government of Egypt
Embassy of El Salvador

---

10. **EXHIBITS A AND B**

(a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:

Exhibit A[3]          Yes ☒          No ☐
Exhibit B[4]          Yes ☒          No ☐

If no, please attach the required exhibit.

(b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?          Yes ☐          No ☒

If yes, have you filed an amendment to these exhibits?          Yes ☐          No ☒

If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a)(9))  A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?    Yes ☒    No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

    Employees of Bannerman and Associates, Inc. have held meetings with Members of Congress, Congressional Staff, and the Executive Branch, in order to educate them on the needs and concerns of our clients.  Any issues affecting foreign policy or the relationship of the United States to our clients is of potential interest, including, but not limited to, defense, trade, foreign assistance, and international visits of government officials.

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?    Yes ☒    No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

    See Attachement #2

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?    Yes ☐    No ☒

If yes, describe fully.

    N/A

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government aforeign country or a foreign political party.

## IV - FINANCIAL INFORMATION

**14. (a)  RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?     Yes ☒          No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
| See Attachment #3 | | | |

|  | $603,723 |
|--|----------|
|  | Total |

**(b)  RECEIPTS - FUND RASING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?          Yes ☐          No ☒

If yes, have you filed an Exhibit D to your registration?          Yes ☐          No ☐

If yes, indicate the date the Exhibit D was filed.     Date _____.

**(c)  RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?          Yes ☐          No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|
| N/A | | | |

---

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign.  (See Rule 201(e).)

8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal

9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a)  **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1)  disbursed or expended monies in connection with activity on behalf of any foreign named in Items 7, 8, and 9 of this statement?            Yes ☒            No ☐

(2)  transmitted monies to any such foreign principal?            Yes ☐            No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment #4

$354.79

Total

**(b)  DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| N/A | | | | |

**(c)  DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| See Attachment #5 | | | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?

Yes ☐          No ☒

IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

N/A

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?          Yes ☐          No ☐

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

N/A

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts              ☐ Magazine or newspaper articles              ☐ Motion picture films              ☐ Letters or telegrams

☐ Advertising campaigns              ☐ Press releases              ☐ Pamphlets or other publications              ☐ Lectures or speeches

☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

☐ Public Officials              ☐ Newspapers              ☐ Libraries
☐ Legislators              ☐ Editors              ☐ Educational institutions
☐ Government agencies              ☐ Civic groups or associations              ☐ Nationality groups

☐ Other (specify) _____

21. What language was used in the informational materials:
☐ English          ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?          Yes ☐          No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?

Yes ☐          No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI—EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                        (Type or print name under each signature[13])

May 26, 2000

                                                           M. Graeme Bannerman

---

13  This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C.  20530

## NOTICE

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.      Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____ or NO___xx_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.      Do you disseminate any material in connection with your registration:

YES_____ or NO___xx_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_M. J Bann_____          May 28, 2000
**Signature**                   _____
                                  **Date**

_M. Graeme Bannerman___
**Please type or print name of
signatory on the line above**

_President_____
**Title**

## **Attachment #1**

In response to question #5c, the following persons have been hired during the last six months as employees to render services to the registrant directly in furtherance of the interests of foreign principals.

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
| Edward Abington | 1705 Upshur St. NW Washington, DC 20011 | United States | Consultant | 01/03/00 |
| Curt Silvers | 5915 Quintana Ct. Burke, VA 22015 | United States | Consultant | 01/03/00 |
| Mark Habeeb | 5623 26th St. N. Arlington, VA 22207 | United States | Consultant | 01/03/00 |
| Tammy Sittnick | 6614 10th St. Apt J-1 Alexandria, VA 22307 | United States | Administrative Assistant | 01/03/00 |

CRM/ISS REGISTRATION UNIT
2000 MAY 26 PM 3 50

## ATTACHMENT #2

### Summary of Political Activities

In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

**ATTACHMENT #2 FOR EGYPT OCTOBER 29, 1999 – APRIL 28, 2000**

| Date | Person | Title/Office | Place of Meeting |
|------|--------|--------------|------------------|
| 11/03/99 | Colonel Tim Carey | OASD/NESA/Egy | Office |
| 11/04/99 | Garrett Grisgsby | Senate Foreign Relations Committee | Lunch |
| 11/11/99 | Al Cummins | Senate Intelligence Committee | Lunch |
| 11/13/99 | Edward Ayoob | Office of Senator Reid | Office |
| 11/22/99 | Beth Tritter | Office of Congresswoman Lowey | Lunch |
| 11/29/99 | Chris Madison | Office of Senator Biden | Lunch |
| 11/30/99 | John Berger | Office of Senator Reed | Lunch |
| 11/30/99 | Jonathan Katz | Office of Congressman Wexler | Lunch |
| 12/01/99 | Colonel Tim Carey | OASD/NESA/Egy | Office |
| 12/03/99 | Ron Schlicher | State Department | Office |
| 12/06/99 | Curt Silvers | Office of Senator Thompson | Office |
| 12/07/99 | Craig Albright | Office of Congressman Knollenberg | Lunch |
| 12/07/99 | Julianne Gade | Office of Congressman Knollenberg | Lunch |
| 12/07/99 | Raj Bahrwani | Office of Congressman Petri | Lunch |
| 12/14/99 | Howard Heckler | Office of Congressman Deutch | Lunch |
| 12/15/99 | Randy Groves | Office of Congressman Condit | Lunch |
| 12/21/99 | Art Hotop | DSCA | Office |
| 01/07/00 | Dan Gowen | USAID | Office |
| 01/12/00 | Brian Jackson | Office of Congressman Kasich | Office |
| 01/12/00 | Craig Albright | Office of Congressman Knollenberg | Office |
| 01/12/00 | David Dumke | Office of Congressman Dingell | Office |
| 01/12/00 | Doug Campbell | Office of Congressman Berman | Office |

| Date | Person | Title/Office | Place of Meeting |
|------|--------|--------------|------------------|
| 01/12/00 | Eric Johnson | Office of Congressman Wexler | Office |
| 01/12/00 | Justin Stiefel | Office of Senator Stevens | Office |
| 01/12/00 | Kay King | Office of Congressman Lantos | Office |
| 01/12/00 | Nancy Tippins | Office of Congressman Callahan | Office |
| 01/12/00 | Peter Erdman | Office of Congressman Oxley | Office |
| 01/12/00 | Randy Groves | Office of Congressman Condit | Office |
| 01/27/00 | Tom Sams | Commerce Department | Office |
| 01/28/00 | Dani Pletka | Senate Foreign Relations Committee | Lunch |
| 01/28/00 | Howard Diamond | Office of Congressman Ackerman | Lunch |
| 01/31/00 | Jon Berger | Office of Senator Reed | Lunch |
| 02/03/00 | Rob Bradner | Office of Congressman Porter | Office |
| 02/04/00 | Dave Scott | State/NEA/ENA/Egypt Pol-Mil | Office |
| 02/09/00 | Christina Rocca | Office of Senator Brownback | Office |
| 02/09/00 | Deborah Bodlander | House International Relations Committee | Office |
| 02/11/00 | Michael Schiffer | Office of Senator Feinstein | Office |
| 02/15/00 | Justin Stiefel | Office of Senator Stevens | Office |
| 02/15/00 | Minta Bergstrom | Office of Senator Stevens | Office |
| 02/15/00 | Jason Matthews | Office of Senator Landrieu | Office |
| 02/15/00 | Jonah Blank | Senate Foreign Relations Committee | Office |
| 02/17/00 | Tim Reiser | Senate Foreign Relations Committee | Office |
| 02/18/00 | John Miller | Office of Senator Thurmond | Lunch |
| 02/18/00 | Colonel David Anthony | DESINT | Lunch |
| 02/22/00 | Chuck Downs | House Republican Policy Committee | Office |
| 02/29/00 | Charlie Flickner | House Appropriations Subcommittee on Foreign Operations | Office |

| Date | Person | Title/Office | Place of Meeting |
|------|--------|--------------|------------------|
| 03/1/00 | LTC Tim Carey | OASD/ISA/NESA/Egypt | Office |
| 03/02/00 | Paul Reagan | Office of Congressman Moran | Office |
| 03/03/00 | John Shank | House Appropriations Committee | Office |
| 03/03/00 | Robin Cleveland | Senate Foreign Operations Appropriations Subcommittee | Office |
| 03/07/00 | Mike Ennis | House International Relations Committee | Office |
| 03/15/00 | Steve Biegin | Senate Foreign Relations Committee | Office |
| 03/18/00 | David Dumke | Office of Congressman Dingell | Lunch |
| 03/18/00 | Peter Erdman | Office of Congressman Oxley | Lunch |
| 03/18/00 | Randy Groves | Congressman Condit's office | Lunch |
| 03/22/00 | Christian Westermann | State NP/CBM | Office |
| 03/27/00 | Ken Pollack | Staff NSC (NESA) | Office |
| 03/28/00 | Amos Hochstein | House International Relations Committee | Office |
| 03/30/00 | Thomas Duffy | State Department Office of the U.S. Representative to the United Nations | Office |
| 03/31/00 | Alice Grant | Senate Budget Committee | Office |
| 04/06/00 | Dave Scott | State/NEA/ENA/Egypt Pol-Mil | Office |
| 04/07/00 | Danielle Pletka | Senate Foreign Relations Committee | Lunch |
| 04/18/00 | Brad Ayers | Office of Congressman Wicker | Office |
| 04/18/00 | Randy Groves | Office of Congressman Conduit | Lunch |
| 04/18/00 | David Dumke; | Office of Congressman Dingell | Lunch |
| 04/18/00 | Peter Erdman | Office of Congressman Oxley | Lunch |
| 04/19/00 | Gary Shiffman | Office of Senator Mack | Lunch |

| Date | Person | Title/Office | Place of Meeting |
|---|---|---|---|
| 04/19/00 | Raj Bharwani | Office of Congressman Petri | Lunch |
| 04/26/00 | Tom Sams | Commerce Department Middle East | Office |
| 04/26/0 | Walker Roberts | House International Relations Committee | Office |
| 04/28/00 | Adam Sullivan | Office of Congressman Kingston | Office (phone call) |

**ATTACHMENT #2 FOR THE PALESTINIAN AUTHORITY**
**OCTOBER 29, 2000 – APRIL 28, 2000**

| Date | Person | Title/Office | Place of Meeting |
|------|--------|--------------|------------------|
| 01/13/00 | Edward Ayoob | Office of Senator Reid | Office |
| 01/14/00 | Dobie McArthur | Office of Senator Spector | Office |
| 01/18/00 | Jonah Blank | Senate Foreign Relations Committee | Office |
| 02/01/00 | Dobie McArthur | Office of Senator Specter | Office |
| 02/03/00 | Danielle Pletka | Senate Foreign Relations Committee | Lunch |
| 02/03/00 | Debbie Bodlander | House International Relations Committee | Office |
| 02/08/00 | Randa Fahmy | Office of Senator Abraham | Lunch |
| 02/09/00 | Congresswoman Carolyn Maloney | U.S. House of Representatives | Office |
| 02/11/00 | Jake Wallace | State Department | Office |
| 02/11/00 | Christina Rocca | Office of Senator Brownback | Office |
| 02/11/00 | Howard Diamond | Office of Congressman Ackerman | Office |
| 02/11/00 | Jodi Keyserling | Office of Congressman Price | Office |
| 02/14/00 | Beth Tritter | Office of Congresswoman Lowey | Office |
| 02/14/00 | Steve Moffitt | Office of Senator Nickles | Office |
| 02/15/00 | Jonah Blank | Senate Foreign Relations Committee | Lunch |
| 02/16/00 | Toni Verstandig | State Department | Office |
| 02/17/00 | Tim Reiser | Senate Appropriations Subcommittee on Foreign Operations | Office |
| 02/18/00 | Will Painter | Office of Congressman Obey | Office |
| 03/09/00 | George Uribe | Office of Congressman Radanovich | Office |
| 03/14/00 | Congressman Berman | U.S. House of Representatives | Office |
| 03/14/00 | Congressman Rahall | U.S. House of Representatives | Office |
| 03/14/00 | Congresswoman Kaptur | U.S. House of Representatives | Office |
| 03/15/00 | Rowdy Yeates | Office of Senator Bennett | Lunch |
| 03/17/00 | Molly Williamson | Department of Commerce | Office |

| Date | Person | Title/Office | Place of Meeting |
|------|--------|--------------|------------------|
| 03/30/00 | Tom Duffy | State Department | Office |
| 04/04/00 | Congressman Berman | U.S. House of Representatives | Office |
| 04/05/00 | Congressman Lantos | U.S. House of Representatives | Office |
| 04/05/00 | Senator Brownback | U.S. Senate | Office |
| 04/05/00 | Congressman Sam Gejdenson and Amos Hohstein | U.S. House of Representatives | Office |
| 04/05/00 | Ned Walker | Department of State | Office |
| 04/05/00 | Senator Dianne Feinstein, Michael Shiffer, and Gray Maxwell | U.S. Senate | Office |
| 04/05/00 | Senator Joe Lieberman and Fred Downey | U.S. Senate | Office |
| 04/17/00 | Wayne Southwell | Office of Congressman Dickey | Lunch |
| 04/18/00 | John McMickel | Senate Judiciary Committee | Lunch |
| 04/25/00 | Kevin Fogarty | Office of Congressman King | Lunch |
| 04/27/00 | Roger Szemraj | Office of Congresswoman Kaptur | Lunch |

**ATTACHMENT #2 FOR EL SALVADOR**
**OCTOBER 29, 1999 – APRIL 28, 2000**

No persons were contacted on behalf of El Salvador during the current filing period.

## ATTACHMENT #3

### Summary of Receipts

Pursuant to question #14(a), the following information is provided as a summary of compensation and funds received from the foreign principals for the period of time between October 29, 1999 to April 28, 2000.

| Date | Payee | Purpose | Amount ($) |
|------|-------|---------|------------|
| | **Embassy of El Salvador** | | |
| 11/22/99 | Embassy of El Salvador | retainer | $ 8,000.00 |
| 01/03/00 | Embassy of El Salvador | retainer | $ 4,000.00 |
| 03/01/00 | Embassy of El Salvador | retainer | $ 8,000.00 |
| 03/13/00 | Embassy of El Salvador | retainer | $ 4,000.00 |
| | | | $24,000.00 |
| | **Government of Egypt** | | |
| 03/08/00 | Government of Egypt | retainer | $204,750.00 |
| | **Palestinian Authority** | | |
| 11/27/99 | Palestinian Authority | retainer | $374,973.00 |

## ATTACHMENT #4

### Summary of Disbursed Moneys

In response to question #15 (a), the following pages include a compilation of expended monies as a result of activities on behalf of the foreign principals.

**Attachment #4 for Egypt**
**October 29, 1999 – April 28, 2000**

| Date | Description | | Place | Amount($) |
|------|-------------|---|-------|-----------|
| 11/04/99 | Garrett Grigsby | Senate Foreign Relations Committee | Lunch | $13.53 |
| 11/11/99 | Al Cummins | Senate Intelligence Committee | Lunch | $25.45 |
| 11/22/99 | Beth Tritter | Office of Congresswoman Lowey | Lunch | $10.00 |
| 11/29 /99 | Chris Madison | Office of Senator Biden | Lunch | $15.92 |
| 12/07/99 | Craig Albright | Office of Congressman Knollenberg | Lunch | $10.00 |
| 12/07/99 | Julianne Gade | Office of Congressman Knollenberg | Lunch | $10.00 |
| 12/07/99 | Raj Bahrwani | Office of Congressman Petri | Lunch | $10.00 |
| 12/14/99 | Howard Heckler | Office of Congressman Deutch | Lunch | $5.00 |
| 12/15/99 | Randy Groves | Office of Congressman Condit | Lunch | $10.00 |
| 01/28/00 | Howard Diamond | Office of Congressman Ackerman | Lunch | $10.00 |
| 01/28/00 | Dani Pletka | Senate Foreign Relations Committee | Lunch | $14.99 |
| 01/31/00 | Jon Berger | Office of Senator Reed | Lunch | $10.00 |
| 02/18/00 | John Miller | Office of Senator Thurmond | Lunch | $14.53 |
| 02/18/00 | Colonel David Anthony | DESINT | Lunch | $14.53 |
| 04/07/00 | Dani Pletka | Senate Foreign Relations Committee | Lunch | $16.35 |
| 04/18/00 | Randy Groves | Office of Congressman Condit | Lunch | $10.00 |

| Date | Description | | Place | Amount($) |
|------|-------------|---|-------|-----------|
| 04/18/00 | David Dumke | Office of Congressman Dingell | Lunch | $10.00 |
| 04/18/00 | Peter Erdman | Office of Congressman Oxley | Lunch | $10.00 |
| 04/19/00 | Gary Shiffman | Office of Senator Mack | Lunch | $33.26 |
| 04/19/00 | Raj Bharwani | Office of Congressman Petri | Lunch | $10.00 |
| | | | | $263.56 |

**Attachment #4 for the Palestinian Authority**
**October 29, 1999 – April 28, 2000**

| Date | Description | | Place | Amount |
|------|------|------|------|------|
| 02/03/00 | Debbie Bodlander | House International Relations Committee | Coffee | $3.00 |
| 02/08/00 | Randa Fahmy Hudome | Office of Senator Abraham | Lunch | $20.20 |
| 02/11/00 | Howard Diamond | Office of Congressman Ackerman | Coffee | $3.00 |
| 03/15/00 | Rowdy Yeates | Office of Senator Bennett | Lunch | $18.18 |
| 04/17/00 | Wayne Southwell | Office of Congressman Dickey | Lunch | $11.07 |
| 04/18/00 | John McMickel | Senate Judiciary Committee | Lunch | $22.90 |
| 04/27/00 | Roger Szemraj | Office of Congresswoman Kaptur | Lunch | $12.88 |
| | | | | $91.23 |

**Attachment #4 for El Salvador**
**10/29/99 - 4/28/00**

| Date | Description | Place | Amount ($) |
|------|-------------|-------|------------|
| none | | | |

## ATTACHMENT #5

### Disbursements -- Political Contributions

In response to question 15(c), the following is a list of contributions of money or other things of value made in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office.

| Date | Amount | Name of Political Organization | Candidate |
|------|--------|-------------------------------|-----------|
| November 1999-April 2000 | $60.00 | Virginia State Democratic Party | general |
| December 2000 | $100.00 | Virginia State Republican Party | general |
| February 2000 | $100.00 | Robb for Senate | Charles Robb |
| February 2000 | $50.00 | Virginia State Democratic Party | general |