**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending    OCT 2 8 2001
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant          (b) Registration No.

   Bannerman and Associates, Inc.      3964

   (c) Business Address(es) of Registrant

   388 16th Street, NW
   Washington, DC 20006

2. Has there been a change in the information previously furnished in connection with the following:

   (a)    If an individual:
          (1) Residence address          Yes ☐          No ☐
          (2) Citizenship                Yes ☐          No ☐
          (3) Occupation                 Yes ☐          No ☐

   (b)    If an organization:

          (1) Name                       Yes ☐          No ☒
          (2) Ownership or control       Yes ☐          No ☒
          (3) Branch offices             Yes ☐          No ☒

   (c)    Explain fully all changes, if any, indicated in items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐          No ☒

   If yes, have you filed an amendment to the Exhibit C?          Yes ☐          No ☐

   If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

Form CRM-154
JUNE 1998

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|------|----------|----------------------|

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | x | Position | Date Assumed |
|------|-------------------|-------------|---|----------|--------------|

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?     Yes ☐     No ☒

If yes, identify each such person and describe his service.

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?     Yes ☒     (No ☒)

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|------|------------------------|-----------------|

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
| Sarah Higdon | 226 9th St. NE Washington, D.C. 20002 | USA | Staff Assistant | May 29, 2001 |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?     Yes ☒     No ☐

If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

    Yes ☐        No ☒

    If yes, furnish the following information:

    *Name of foreign principal*                                              *Date of termination*

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

    Yes ☒        No ☐

    If yes, furnish following information:

    *Name and address of foreign principal*                                  *Date acquired*

    Government of the Philippines                                            July 2001
    Embassy of the Philippines
    1600 Massachusetts Ave., NW  Washington, D.C. 20036

    Government of Kazakhstan                                                 October 2001

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

    Government of Egypt
    Embassy of El Salvador
    Palestinian Authority

10.    **EXHIBITS A AND B**

    (a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:

        Exhibit A[3]                Yes ☒        No ☐
        Exhibit B[4]                Yes ☒        No ☐

        If no, please attach the required exhibit.

    (b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?                Yes ☐        No ☒

        If yes, have you filed an amendment to these exhibits?        Yes ☐        No ☒

        If no, please attach the required amendment.

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on Form CRM-197 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

APR-22-2002 15:30 FROM:BANNERMAN ANDASSOCIA 2022966614          TO:202 514 2836   ___   P.003

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☒          No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

     Bannerman and Associates, Inc. employees have held meetings with Members of Congress, Congressional Staff, and the Executive Branch, in order to educate them on the needs and concerns of our clients. Any issues affecting foreign policy or the relationship of the United States to our clients is of potential interest, including, but not limited to, defense, trade, foreign assistance, and international visits of government officials.

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[3] as defined below?          Yes ☒          No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

               See Attachment #1

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?          Yes ☐          No ☒

If yes, describe fully.

---

[3] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income, or money either as compensation or otherwise?    Yes ☒    No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|

See Attachment #2

$310,236.46

Total

(b) **RECEIPTS - FUND RAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?    Yes ☐    No ☒

If yes, have you filed an Exhibit D to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?    Yes ☐    No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|

---

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

APR-22-2002 15:30 FROM:BANNERMAN ANDASSOCIA 2022966614        TO:202 514 2936        P.004

(PAGE 6)

15. (a)  **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1)  disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?        Yes ☒        No ☐

(2)  transmitted monies to any such foreign principal?        Yes ☐        No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.


If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment #3

$5,287.45
Total

(b)  **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c)  **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | See Attachment #4 | | |

---

10, 11 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

APR-22-2002 15:30 FROM:BANNERMAN ANDASSOCIA 2022966614          TO:202 514 2836          P.005

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?
Yes ☐          No ☒

IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?          Yes ☐          No ☐

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts          ☐ Magazine or newspaper articles          ☐ Motion picture films          ☐ Letters or telegrams

☐ Advertising campaigns          ☐ Press releases          ☐ Pamphlets or other publications          ☐ Lectures or speeches

☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

☐ Public Officials          ☐ Newspapers          ☐ Libraries
☐ Legislators          ☐ Editors          ☐ Educational institutions
☐ Government agencies          ☐ Civic groups or associations          ☐ Nationality groups

☐ Other (specify) _____

21. What language was used in the informational materials:
☐ English          ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?          Yes ☐          No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
Yes ☐          No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                      (Type or print name under each signature[13])

_November 28, 2001_                                      M. Graeme Bannerman

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C. 20530

## NOTICE

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.    Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____ or NO_____xx_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.    Do you disseminate any material in connection with your registration:

YES_____ or NO_____xx_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_____          ____November 28, 2001
**Signature**                                    **Date**


_M. Graeme Bannerman_____
**Please type or print name of**
**signatory on the line above**


_President_____
**Title**

# ATTACHMENT #1

## Summary of Political Activities

In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

# ATTACHMENT #1 FOR EGYPT – APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 05-11-01 | John Shank | House Approps. Cmt. | Office |
| 05-15-01 | Robert Maggi | Office Director, PM State | Office |
| 05-17-01 | Mike Morgan | Capt. USN State PM Arms Transfers | Office |
| 05-21-01 | Justin Stiefl | | Office |
| 05-21-01 | | LA Senator Stevens | Office |
| 05-21-01 | Marc Crossman | Under Secretary of State | Office |
| 05-22-01 | Peter Erdman | Congressman Oxley | Office |
| 05-23-01 | Larry Velte | | Office |
| | LTC Schultz | OJCS/J-5/MEAF | |
| | LTC Carey | OASD/ISA/NESA | |
| 05-29-01 | Tom Sams | Commerce Department | Office |
| 05-29-01 | John Miller | LA Senator Thurmond | Office |
| 05-31-01 | Nancy Tippins | Congressman Callahan | Office |
| 06-05-01 | Steve Pike | State Department Egypt Desk | Office |
| 06-07-01 | Danny Pletka | Senate Foreign Relations Committee | Office |
| 06-08-01 | Dave Dumke | Congressman Dingel | Lunch |
| 06-11-01 | Puneet Talwar | Senate Foreign Relations Comm. | Office |
| 06-12-01 | Eric Womble | LD Senator Lott | Office |
| 06-12-01 | Larry Velte | OJCS/J-5/MEAF | Office |
| 06-15-01 | Dave Lestrange | LA Congressman Lewis | Office |

| | | | |
|---|---|---|---|
| 06-18-01 | Randy Dentel | Navy IPO/Deputy Director NESA OPS | Office |
| 06-18-01 | Lincoln Bloomfield | Asst. Sec. Of State / PM | Office |
| 06-22-01 | Adam Sullivan<br>John Steele | Congressman Kingston | Office |
| 06-29-01 | LTC Frazier | Darling, USMC<br>OASD/ISA/NESA | Office |
| 06-29-01 | Brian Knapp | DSCA / Legis. Affairs | Office |
| 07-02-01 | Dave Dumke | Congressman Dingell | Office |
| 07-02-01 | LCDR Hesham Islam | ISN N-521 | Office |
| 07-09-01 | David Dumke | Office of Congressman Dingel | Office |
| 07-10-01 | Congressman Callahan<br>Nancy Tippins | Member of Congress<br>Office of Congressman Callahan | Office |
| 07-10-01 | Congressman Cooksey<br>Baird Webel | Member of Congress<br>Office of Congressman Cooksey | Office |
| 07-12-01 | Congresswoman Barbara Lee | Member of Congress | Office |
| 07-12-01 | Congresswoman Susan Davis | Member of Congress | Office |
| 07-12-01 | John Shank | House Appropriations Committee | Office |
| 07-13-01 | Ken Katzman<br>Hillel Wienberg<br>Tom Parker | House International Relations Committee Staff | Office |
| 07-17-01 | Congressman Joel Hefley | Member of Congress | Office |

| Date | Name | Title / Organization | Location |
|---|---|---|---|
| 07-17-01 | Congressman Bernard Sanders | Member of Congress | Office |
| 07-17-01 | Dirk Maurer | Office of Senator Bunning | Office |
| 07-18-01 | Congressman Howard Berman | Member of Congress | Office |
| 07-19-01 | Congressman Mark Kirk | Member of Congress | Office |
| 07-19-01 | Senator Bennett | United States Senator | Office |
| 07-23-01 | Jon Berger | Office of Senator Reed | Office |
| 07-27-01 | Alan Makofsky | House International Relations Committee | Lunch |
| 07-31-01 | John Richards | Office of Congressman Bonilla | Office |
| 08-01-01 | Danielle Pletka | Senate Foreign Relations Committee | Office |
| 08-02-01 | Christian Westerman | State PM/Non-Proliferation | Lunch |
| 08-02-01 | David Welch | U.S. Ambassador to Egypt | Office |
| 08-02-01 | Steve Bondy | U.S. Embassy Cairo | Office |
| 08-06-01 | Will Painter | Office of Congressman Obey | Office |
| 08-07-01 | Michael Schiffer | Office of Senator Feinstein | Lunch |
| 08-10-01 | Bill Stanton | Department of State | Lunch |
| 08-14-01 | John Shank | House Appropriations Committee | Lunch |
| 08-15-01 | Karen Finkler | Office of Congressman Pitts | Lunch |
| 08-16-01 | John Larocca | Deputy Assistant Secretary of State | Lunch |
| 08-17-01 | Ed Fox | U.S. AID | Office |
| 08-20-01 | Flynt Leveret | Department of State | Lunch |
| 08-26-01 | Steve Bondy | U.S. Embassy Cairo, State Department Political Affairs | Lunch |
| 08-27-01 | Anne Aarnes / Steve Brent | Deputy Missions Director, AID Cairo/ AID Missions Cairo | Office |
| 08-28-01 | Gene Kretz | U.S. Embassy Cairo, State Department Political Affairs | Office |
| 08-29-01 | General Wilson | OMC, Cairo | Office |

| Date | Name | Organization | Type |
|------|------|--------------|------|
| 08-29-01 | Pat Michaelson | Defense Attaché | Office |
| 08-29-01 | David Welch | U.S. Ambassador to Egypt | Office |
| 09-04-01 | Tom Sams | Department of Commerce | Office |
| 09-05-01 | Pascal Caputo | Office of Senator Shelby | Office |
| 09-05-01 | Jim Richards | Office of Representative Bonilla (R-Texas) | Office |
| 09-06-01 | Jeremy Hekhuis | Office of Senator Levin | Office |
| 09-07-01 | Craig Albright | Office of Congressman Knollenberg | Office |
| 09-07-01 | Howard Diamond | Office of Congressman Ackerman | Office |
| 09-11-01 | Bill Pearson | USAID Mission Director Cairo | Office |
| 09-12-01 | Lori Schultz-Heim | Office of Senator Jeffords | Lunch |
| 09-15-01 | Jim Richards | Office of Congressman Bonilla | Lunch |
| 10-09-01 | David Satterfield | Dept. Asst. Sec. State, NEA | Office |
| 10-10-01 | Bill Stanton | Dept. of State, NEA, Egypt | Lunch |
| 10-11-01 | Dave Dunke | Office of Congressman Dingel | Lunch |
| 10-15-01 | CDR Matt Klunder | USN (State PM) | Lunch |
| | Peter Evans | State/NEA/EGY | Office |
| 10-19-01 | Christian Westerman | State PM/Non-Proliferation | Office |
| 10-23-01 | Bill Ellis | LTC, USA Ret, DSCA Ops Egypt/ | Office |
| | Randy Howard | MAJ USAF SA/IA/EGY | |

# ATTACHMENT #1 FOR EL SALVADOR – APRIL 28, 2001 – OCTOBER 28, 2001

No persons were contacted on behalf of El Salvador during this filing period

**ATTACHMENT #1 FOR KAZAKHSTAN –APRIL 28, 2001 – OCTOBER 28, 2001**

No persons were contacted on behalf of Kazakhstan during this filing period

# ATTACHMENT #1 FOR THE PALESTINIAN AUTHORITY - APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 05-17-01 | Jacob Walles | State NEA | |
| 05-22-01 | Mark Esper<br>Jayson Roehl | Senate Governmental Affairs Committee | Lunch |
| 05-23-01 | Souheila Al-Jadda<br>Howard Diamond<br>Barak Palatchi<br>Amanda Keonigsknecht<br>Anna Akbar<br>Jameel Johnson<br>Lena Fatun<br>Alan Makovsky | Office of Congressman Kucinich<br>Office of Congressman Ackerman<br>Office of Congressman Engel<br>Office of Congressman Dingell<br>Office of Congressman Bonior<br>Office of Congressman Meeks<br>Office of Congressman Bonior<br>House International Relations Committee | Office |
| 05-25-01 | Dan Shapiro<br>Michael Schiffer | Office of Senator Bill Nelson (FL)<br>Office of Senator Feinstein | Office |
| 05-25-01 | LTC Chris Bolen<br>CAPT Bill Luti | USA<br>USN Office of the VP | Office |
| 06-06-01 | Jacob Walles | State NEA | Office |
| 06-07-01 | Bruce Reidel | NSC | Office |
| 06-15-01 | Will Painter | Office of Congressman Obey | Office |
| 06-18-01 | Marty Gensler | Office of Senator Wellstone | Office |
| 06-19-01 | Charlotte Oldham-Moore<br>Senator Dianne Feinstein | U.S. Senator | Office |

| Date | Name | Organization | Type |
|---|---|---|---|
| 06-19-01 | Charles Dujon<br>Lynnette Farhadian<br>Jared Hautamaki<br>Ian Campbell (D-Illinois)<br>Michael Wallace | Office of Congressman Jackson<br>Office of Congresswoman Lee<br>Office of Congressman Conyers<br>Office of Congresswoman Rush<br>Office of Congresswoman Julia Carson | Office |
| 06-20-01 | Congressman Gary Ackerman | U.S. Congressman | Office |
| 06-20-01 | Stuart Seldowitz | State NEA/IPA | Office |
| 06-21-01 | Puneet Talwar<br>Dan Shapiro<br>Pete Contostavlos<br>John Q. Adams | Senate Foreign Relations Comm.<br>Office of Senator Bill Nelson<br>Office of Senator Bill Nelson<br>Office of Senator Wellstone | Office |
| 06-21-01 | Congressman Darrell Issa | Member of Congress | Office |
| 06-21-01 | Congressman John Dingell | Member of Congress | Office |
| 06-21-01 | Connie Mayer | State INR | Office |
| 06-25-01 | Stuart Seldowitz | State NEA/IPA | Office |
| 07-05-01 | David Satterfield | State NEA | Office |
| 07-10-01 | Jacob Walles | State NEA | Office |
| 07-18-01 | David Satterfield | State NEA | Office |
| 07-25-01 | Ron Schlicker | Consul General Jerusalem | Lunch |
| 08-09-01 | Allison Sugarman | Office of Congressman Leach | Lunch |
| 08-17-01 | Charles Dujon | Office of Congressman Jackson | Lunch |
| 08-17-01 | Michael Ratney | Department of State | Office |
| 08-20-01 | Dave Dumke | Office of Congressman Dingell | Lunch |
| 09-10-01 | Jared Hautemaki | Office of Congressman Conyers | Office |
| 09-24-01 | Hillel Wienberg<br>Tom Parker<br>Howard Diamond<br>Matthew Zweig | House Int'l Relations Committee<br>House Int'l Relations Committee<br>Office of Senator Ackerman<br>House Int'l Relations Committee | Office |

| 09-24-01 | Sandra Wagner | Office of Congressman Issa | Office |
|----------|---------------|----------------------------|--------|
| 09-26-01 | Dave Dumke | Office of Congressman Dingell | Office |
| 09-27-01 | Maya Berry | Office of Congressman Bonior | Office |
| 09-27-01 | Brett O'Brien | Office of House Minority Leader | Office |
| 09-28-01 | Jeremy Hekhuis | Office of Senator Levin | Office |
| | Jerry Fierstein | | Office |
| 10-01-01 | Michael Schiffer | Office of Senator Feinstein | |
| | Dan Shapiro | Office of Senator Bill Nelson | Office |
| 10-01-01 | Marty Gensler | Office of Senator Wellstone | Office |

## ATTACHMENT #1 FOR THE PHILIPPINES - APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 08-17-01 | Jamie McCormick | House International Relations Committee | Office |
| 08-29-01 | Stephanie Henning | Office of Senator Thompson | Lunch |
| 09-05-01 | Garrett Grigsby | Senate Foreign Relations Committee | Lunch |
| 09-10-01 | Jim Doran | Senate Foreign Relations Committee | Lunch |
| 09-26-01 | Chris Castro Calista Downey | Department of State USAID | Office |

## ATTACHMENT #2

### Summary of Receipts

Pursuant to question#14(a), the following information is provided as a summary of compensation and funds received from the foreign principals for the period of time between April 28, 2000 to October 28, 2001.

| Date | Purpose | Amount ($) |
|------|---------|------------|
| **Embassy of El Salvador** | | |
| 05-09-01 | Retainer | $8,000.00 |
| 06-01-01 | Retainer | $4,000.00 |
| 07-16-01 | Retainer | $4,000.00 |
| 08-03-01 | Retainer | $4,000.00 |
| 09-30-01 | Retainer | $4,000.00 |
| | | $ 24,000.00 |
| **Government of Egypt** | | |
| 09-22-01 | Retainer | $214,750.00 |
| **Government of the Philippines** | | |
| 07-16-01 | Retainer | $20,000.00 |
| 09-13-01 | Expenses | $570.00 |
| 10-16-01 | Expenses | $916.46 |
| | | $21,486.46 |
| **CCC Construction** | | |
| **In the interest of the Government of Kazakhstan** | | |
| 10-20-01 | Retainer | $50,000.00 |
| **TOTAL** | | $ 310,236.46 |

Palestinian Authority

FINANCES:   None Received

# ATTACHMENT #3

## Summary of Disbursed Monies

In response to question #15 (a), the following pages include a compilation of expended monies as a result of activities on behalf of foreign principles.

# ATTACHMENT #3 FOR EGYPT – APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|---|---|---|---|---|
| 06-07-01 | Danielle Pletka | Senate Foreign Relations Committee | Lunch | $15.18 |
| 07-23-01 | Jon Berger | Office of Senator Reed | Lunch | $18.79 |
| 08-01-01 | Danielle Pletka | Senate Foreign Relations Committee | Lunch | $20.85 |
| 08-06-01 | Will Painter | Office of Congressman Obey | Lunch | $10.00 |
| 08-07-01 | Michael Schiffer | Office of Senator Feinstein | Lunch | $15.10 |
| 08-10-01 | Bill Stanton | Department of State | Lunch | $24.45 |
| 08-14-01 | John Shank | House Appropriations Committee | Lunch | $25.18 |
| 08-15-01 | Karen Finkler | Office of Congressman Pitts | Lunch | $12.65 |
| 08-17-01 | Ed Fox | U.S. AID | Lunch | $13.94 |
| 08-20-01 | Flynt Leveret | Department of State | Lunch | $24.95 |
| 09-12-01 | Lori Schultz-Heim | Office of Senator Jeffords | Lunch | $14.25 |
| 09-15-01 | Jim Richards | Office of Congressman Bonilla | Lunch | $20.25 |
| 10-10-01 | Bill Stanton | Dept. of State, NEA, Egypt | Lunch | $14.06 |
| 10-11-01 | Dave Dumke | Office of Congressman Dingel | Lunch | $13.80 |

TOTAL                                                    $243.45

**ATTACHMENT #3 FOR EL SALVADOR– APRIL 28, 2001 – OCTOBER 28, 2001**

No monies were expended as a result of activities on behalf of El Salvador during this filing period

# ATTACHMENT #3 FOR KAZAKHSTAN – APRIL 28, 2001 – OCTOBER 28, 2001

No monies were expended as a result of activities on behalf of Kazakhstan during this filing period

# ATTACHMENT #3 FOR THE PALESTINIAN AUTHORITY – APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|---|---|---|---|---|
| 05-17-01 | Jacob Walles | State NEA | Lunch | $28.00 |
| 07-25-01 | Ron Schlicker | Consul General Jerusalem | Lunch | $24.98 |
| 08-09-01 | Allison Sugarman | Office of Congressman Leach | Lunch | $11.54 |
| 08-17-01 | Charles Dujon | Office of Congressman Jackson | Lunch | $16.80 |
| 08-20-01 | Dave Dumke | Office of Congressman Dingell | Lunch | $14.13 |

TOTAL                                                              $95.45

## ATTACHMENT #3 FOR THE PHILIPPINES – APRIL 28, 2001 – OCTOBER 28, 2001

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|------|--------|--------------|------------------|---------------------------------|
| 08-29-01 | Stephanie Henning | Office of Senator Thompson | Lunch | $14.46 |
| 09-05-01 | Garrett Grigsby | Senate Foreign Relations Committee | Lunch | $16.63 |
| 09-10-01 | Jim Doran | Senate Foreign Relations Committee | Lunch | $17.46 |

TOTAL     $48.55

## ATTACHMENT #4

### Disbursements – Political Contributions

In response to question 15(c), the following is a list of contributions of money or other things of value made in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office.

| Amount | Name of Political Organization | Candidate |
|--------|-------------------------------|-----------|
| $50.00 | Mark Warner for Governor Campaign | Mark Warner |
| $50.00 | Democratic Party of Virginia | General |
| $500.00 | Hayes Campaign Debt Relief | Congressman Hayes (R-North Carolina) |