**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

APR 28 2002

For Six Month Period Ending _____
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   Bannerman and Associates, Inc.

   (b) Registration No.

   3964

   (c) Business Address(es) of Registrant

   888 16th St. NW Suite 250
   Washington, D.C. 20006

2. Has there been a change in the information previously furnished in connection with the following:

   (a) If an individual:
   | | Yes | No |
   |---|---|---|
   | (1) Residence address | Yes ☐ | No ☐ |
   | (2) Citizenship | Yes ☐ | No ☐ |
   | (3) Occupation | Yes ☐ | No ☐ |

   (b) If an organization:
   | | Yes | No |
   |---|---|---|
   | (1) Name | Yes ☐ | No ☒ |
   | (2) Ownership or control | Yes ☐ | No ☒ |
   | (3) Branch offices | Yes ☐ | No ☒ |

   (c) Explain fully all changes, if any, indicated in items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C¹, state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐    No ☒

   If yes, have you filed an amendment to the Exhibit C?    Yes ☐    No ☐

   If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?       Yes ☐       No ☒

If yes, furnish the following information:

Name                          Position                                    Date Connection Ended

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
        Yes ☐       No ☒

If yes, furnish the following information:

Name              Residence              Citizenship              Position              Date
                  Address                                                               Assumed

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
        Yes ☐       No ☒

If yes, identify each such person and describe his service.

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?       Yes ☒       No ☐

If yes, furnish the following information:

Name                          Position or connection                    Date terminated

Anne Hingeley                 Employee                                   March 29,2002

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?       Yes ☐       No ☒

If yes, furnish the following information:

Name              Residence              Citizenship              Position              Date
                  Address                                                               Assumed

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?       Yes ☐       No ☐

If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

Yes ☒        No ☐

If yes, furnish the following information:

*Name of foreign principal*                                                                *Date of termination*

Government of Kazakhstan

December 31, 2001

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

Yes ☐        No ☒

If yes, furnish following information:

*Name and address of foreign principal*                                           *Date acquired*

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

Arab Republic of Egypt
Embassy of El Salvador
Government of the Philippines
Palestinian Authority

10.    **EXHIBITS A AND B**

(a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:

Exhibit A[3]        Yes ☐        No ☐
Exhibit B[4]        Yes ☐        No ☐

If no, please attach the required exhibit.

(b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?        Yes ☐        No ☒

If yes, have you filed an amendment to these exhibits?        Yes ☐        No ☐

If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?        Yes ☑        No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

```
Bannerman and Associates, Inc. employees have held meetings with
Members of Congress, COngressional Staff, and th Executive Branch
in order to educate them on the needs and concerns of our clients.
Any issues affecting foreign policy or the relationship of the U.S.
to our clients is of potential interest, including, but not limited
to defense, trade, foreign assistance, and international visits of
government officials.
```

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?        Yes ☑        No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

See Attachment #1

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?        Yes ☐        No ☑

If yes, describe fully.

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a)    RECEIPTS-MONIES

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☒    No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|

See Attachment #2

$683,191.67
Total

(b)    RECEIPTS - FUND RAISING CAMPAIGN

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?    Yes ☐    No ☒

If yes, have you filed an Exhibit D to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____.

(c)    RECEIPTS-THINGS OF VALUE

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?    Yes ☐    No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|

---

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a)  **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1)  disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☒          No ☐

(2)  transmitted monies to any such foreign principal?          Yes ☐          No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment #3

|  |  |  | $367.54 |
|--|--|--|---------|
|  |  |  | Total |

(b)  **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c)  **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | | | |

See Attachment #4

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?
                                         Yes ☐         No ☒

    IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?        Yes ☐        No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

| | | | |
|---|---|---|---|
| ☐ Radio or TV broadcasts | ☐ Magazine or newspaper articles | ☐ Motion picture films | ☐ Letters or telegrams |
| ☐ Advertising campaigns | ☐ Press releases | ☐ Pamphlets or other publications | ☐ Lectures or speeches |

    ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

| | | |
|---|---|---|
| ☐ Public Officials | ☐ Newspapers | ☐ Libraries |
| ☐ Legislators | ☐ Editors | ☐ Educational institutions |
| ☐ Government agencies | ☐ Civic groups or associations | ☐ Nationality groups |

    ☐ Other (specify) _____

21. What language was used in the informational materials:
        ☐ English            ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?      Yes ☐      No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
                            Yes ☐      No ☐

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI—EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                      (Type or print name under each signature[13])

May 28, 2002                                             M. Graeme Bannerman

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
## FARA REGISTRATION UNIT
## CRIMINAL DIVISION
## WASHINGTON, D.C. 20530

**NOTICE**

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.    Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____ or NO_____XX_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.    Do you disseminate any material in connection with your registration:

YES_____ or NO_____XX_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)


_M. Draeme Benn_____          _May 28, 2002_
*Signature*                                           *Date*


M. Graeme Bannerman____
**Please type or print name of
signatory on the line above**


_____President_____
*Title*

# ATTACHMENT #1

## Summary of Political Activities

      In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

# ATTACHMENT #1 FOR EL SALVADOR – OCTOBER 28, 2001 – APRIL 28, 2002

No persons were contacted on behalf of El Salvador during this filing period.

# ATTACHMENT #1 FOR EGYPT – OCTOBER 28, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|-------------|------------------|
| 10/28/01 | Joe McBride | Department of State | Lunch |
| 11/01/01 | Michael Schiffer | Office of Senator Feinstein | Office |
| 11/08/01 | CAPT Paul Hulley | Acting Office Director  OASD/ISA/NESA | Office |
| 11/08/01 | Larry Hanaur | Special Assistant for Israel OASD/ISA/NESA | Office |
| 11/09/01 | CDR Matt Klunder | State, PM | Office |
| 11/13/01 | David Tebbe | Office of Congressman Issa | Office |
| 11/13/01 | Michael Zarin | Department of State | Lunch |
| 11/20/01 | Jeremy Hekhuis | Senate Armed Services Committee | Office |
| 11/28/01 | Tom Sams | Commerce Department | Lunch |
| 12/05/01 | General Wilson | OMC Cairo | Lunch |
| 12/10/01 | Nancy Tippins | Legislative Director, Office of Congressman Callahan | Lunch |
| 12/13/01 | David Ettinger | Office of Congressman Levin | Office |

| | | | |
|---|---|---|---|
| 12/13/01 | Danielle Pletka | Senate Foreign Relations Committee | Lunch |
| 12/14/01 | John Shank | House Appropriations Committee | Lunch |
| 12/17/01 | Steve Pike | State Department, Egypt Desk Officer | Office |
| 01/08/02 | Howard Diamond | Office of Congressman Ackerman | Office |
| 01/08/02 | Nicole Venable-Smith | Office of Congressman Jefferson | Office |
| 1/08/02 | David Dumke | Office of Congressman Dingle | Lunch |
| 01/09/02 | Roger Szemraj | Office of Congresswoman Kaptur | Office |
| 01/09/02 | Stephanie Lester | House Ways and Means Subcommittee on Trade | Office |
| 01/09/02 | David Tebbe | Office of Congressman Issa | Lunch |
| 01/14/02 | General Bob Wilson | CENTCOM, US Embassy, Egypt | Office |
| 01/14/02 | Pat Michaelson | Defense Department, U.S. Embassy, Egypt | Office |
| 01/14/02 | Steve Bondy | State Department Commercial Affairs, U.S. Embassy, Egypt | Office |
| 01/16/02 | Ambassador David Welch | U.S. Embassy, Egypt | Office |
| 01/17/02 | Gene Cretz Richard Albright | Political Military Affairs Section, U.S. Embassy, Egypt | Office |
| 01/25/02 | John Miller | Legislative Director, Office of Senator Brownback | Office |
| 01/25/02 | Sarah Hessenflow | Legislative Assistant, Foreign Affairs, Office of Senator Brownback | Office |

2

| | | | |
|---|---|---|---|
| 01/24/02 | Jeremy Hekhuis | Senate Armed Services Committee | Office |
| | Jerry Feierstein | State Department Fellow in the Office of Senator Levin | |
| 01/28/02 | Nancy Stetson | Senate Foreign Relations Committee | Lunch |
| 01/28/02 | J Keenan | Office of Senator Sanbanes | Office |
| 01/28/02 | Bill Stanton | Department of State | Office |
| | | NEA/ANE | |
| 01/29/02 | Christian Westermann | Department of State/Policy Planning | Lunch |
| 01/30/02 | CDR Matt Klunder | Department of State, PM | Office |
| 02/01/02 | Howard Diamond | Office of Congressman Ackerman | Lunch |
| 02/01/02 | Frank Barca | Legislative Assistant, Foreign Affairs/Military, Office of Senator Gregg | Office |
| 02/05/02 | James Dean | Office of Senator Campbell | Lunch |
| 02/06/02 | Jason Greer | Legislative Affairs/Department of State PM | Office |
| 02/06/02 | David Satterfield | Department of State | Office |
| | | NEA | |
| 02/07/02 | Mary Beth McDivitt | Special Assistant for Egypt, OASD/ISA/NESA | Office |
| 02/07/02 | Matt Klunder | Department of State/PM | Office |
| 02/07/02 | Peter Evans | Department of State/NEA/ENA | Office |

3

| 02/07/02 | Greg Schultz | OJCS/J-5/MEAF/Egypt | Office |
|----------|--------------|---------------------|--------|
| 02/11/02 | Marc Grossman | Department of State | Office |
| 02/15/02 | Robert Wilkie | Legislative Assistant, Office of Senator Lott | Lunch |
| 02/19/02 | Howard Diamond | Office of Congressman Ackerman | Lunch |
| 02/20/02 | Matt Klunder | Department of State/PM | Lunch |
| 02/20/02 | Peter Evans | Department of State/NEA/ENA | Lunch |
| 02/21/02 | Jeremy Hekhuis | Professional Staff, Senate Armed Services Committee | Lunch |
| 02/28/02 | Congressman Kolbe | U.S. House of Representatives | Office |
| 03/06/02 | Paul Hulley | Office Director, OASD/ISA/NESA | Lunch |
| 03/07/02 | Craig Albright | Office of Congressman Knollenberg | Office |
| 03/08/02 | Khaled Elgindy | House International Relations Committee | Lunch |
| 03/11/02 | Neil Sefring | Legislative Assistant, Office of Congressman LaHood | Lunch |
| 03/12/02 | John Shank | House Appropriations Committee | Lunch |
| 03/15/02 | Steve Pike | State Department, Egypt Desk Officer | Office |
| 03/20/02 | Andrew Parasiliti | Office of Senator Hagel | Office |
| 03/20/02 | Congressman Knollenberg | U.S. House of Representatives | Office |

4

| 03/22/02 | Matt Klunder | Department of State/PM | Office |
| 03/25/02 | Chip Yost | Chief of Staff Office of Senator Bennett | Lunch |
| 03/26/02 | Nancy Tippins | Legislative Director, Office of Congressman Callahan | Lunch |
| 04/04/02 | Jason Steinbaum | Office of Congressman Engel | Office |
| 04/11/02 | Matt Klunder | Department of State/PM | Lunch |
| 04/11/02 | Peter Evans | Department of State/NEA/ENA | Lunch |
| 04/16/02 | Jim Dyer | House Appropriations Committee | Office |

5

# ATTACHMENT #1 FOR THE PHILIPPINES – OCTOBER 28, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 01/02/02 | Stephanie Henning | Office of Senator Thompson | Lunch |
| 01/10/02 | LTC Leon Yates | Special Assistant for Philippines, Defense Security Cooperations Agency (DSCA) | Office |
| 01/10/02 | Brad Ayers | Office of Congressman Tiahrt | Lunch |
| 01/15/02 | Jamie McCormick | House International Relations Subcommittee on East Asia | Office |
| 02/11/02 | Ambassador Riccardone | Department of State | Office |
| 03/06/02 | Wendy Gnehm | Office of Senator Enzi | Lunch |
| 04/09/02 | JoAnne Butler | House Ways and Means Committee | Office |

| | | | |
|---|---|---|---|
| 04/15/02 | Sue Hardesty | Office of Senator Durban | Office |
| 04/25/02 | John Bradshaw | Office of Senator Torricelli | Office |
| 04/26/02 | Joanne Berry | Office of Senator Sarbanes | Office |
| 04/26/02 | Laurie Schultz-Heim | Office of Senator Jeffords | Office |

2

# ATTACHMENT #1 FOR THE PALESTINIANS – OCTOBER 28, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|-------------|------------------|
| 11/07/01 | Congressman Ackerman | U.S. House of Representatives | Office |
| 11/07/01 | Congressman Wexler | U.S. House of Representatives | Office |
| 11/07/01 | Congressman Berman | U.S. House of Representatives | Office |
| 11/08/01 | Andrew Natsios | Administrator, AID | Office |
| 11/08/01 | Senator Dianne Feinstein | U.S. Senate | Office |
| 11/09/01 | Senator Fred Thompson | U.S. Senate | Office |
| 11/20/01 | David Satterfield | NEA | Office |
| 11/29/01 | David Hale | NEA/IAP | Office |
| 01/10/02 | David Hale | NEA/IAP | Office |
| 01/17/02 | David Satterfiled | NEA, Department of State | Office |
| 02/04/02 | Lara Alameh | House International Relations Committee | Office |
| 02/13/02 | Jonathan Schwartz | Deputy Legal Advisor | Office |
| 02/13/02 | David Hale | Director, NEA/IAP | Office |

| | | |
|---|---|---|
| 02/13/02 | Flint Leverett | NSC Staff | Office |
| 02/13/02 | David Tebbe | Office of Congressman Issa | Office |
| 02/14/02 | Aaron Miller | Department of State, NEA | Lunch |
| 02/14/02 | David Satterfield | Department of State, NEA | Office |
| 02/14/02 | Robert Danin | Policy Planning | Office |
| 02/14/02 | Charlotte Oldham-Moore | Office of Senator Wellstone | Office |
| 02/15/02 | Senate Foreign Relations Staff | | Office |
| 02/15/02 | House International Relations Committee Staff Briefing | | Office |
| 02/28/02 | David Satterfield | Department of State, NEA | Office |
| 04/09/02 | Charlotte Oldham-Moore | Office of Senator Wellstone | Office |
| 04/10/02 | David Tebbe | Office of Congressman Issa | Office |
| 04/10/02 | Michael Schiffer | Office of Senator Feinstein | Office |

2

| | | | |
|---|---|---|---|
| 04/12/02 | Khaled Elgindy | House International Relations Subcommittee on Human Rights | Office |
| 04/17/02 | Senator Wellstone | U.S. Senator | Office |
| 04/19/02 | Howard Diamond | Office of Congressman Ackerman | Office |
| 04/24/02 | David Satterfield | Department of State, NEA | Office |

3

# ATTACHMENT #1 FOR KAZAKHSTAN – OCTOBER 28, 2001 – APRIL 28, 2002

No persons were contacted on behalf of Kazakhstan during this filing period.

## ATTACHMENT #2
### Summary of Receipts

Pursuant to question #14 (a), the following information is provided as a summary of compensation and funds received from the foreign principals for the period of time between October 28, 2001, and April 28, 2002.

| Date | Purpose | Amount ($) |
|------|---------|-----------|
| **Embassy of El Salvador** | | |
| 11/02/01 | Retainer | $4,000.00 |
| 01/02/01 | Retainer | $8,000.00 |
| 02/18/02 | Retainer | $8,000.00 |
| 03/17/02 | Retainer | $4,000.00 |
| 04/22/02 | Retainer | $4,000.00 |
| | | **$28,000.00** |
| **Government of Egypt** | | |
| 03/18/02 | Retainer | **$214,750.00** |
| **Government of the Philippines** | | |
| 11/16/01 | Retainer | $20,000.00 |
| 11/16/01 | Expenses | $1,302.25 |
| 01/23/02 | Retainer | $20,000.00 |
| 01/23/02 | Expenses | $968.23 |
| 03/17/02 | Expenses | $552.98 |
| 04/19/02 | Retainer | $20,000.00 |
| 04/19/02 | Expenses | $2,634.21 |
| | | **$65,457.67** |
| **Palestinian Authority** | | |
| 11/19/01 | Retainer | **$374,984.00** |

**Kazakhstan**
*No compensation or funds were received from Kazakhstan.

## TOTAL.............................................$683,191.67

# ATTACHMENT #3

## Summary of Disbursed Monies

In response to question #15 (a), the following pages include a compilation of expended monies as a result of activities on behalf of foreign principles.

# ATTACHMENT #3 FOR EL SALVADOR– OCTOBER 28, 2001 – APRIL 28, 2002

No monies were expended as a result of the activities on behalf of El Salvador during this filing period.

## ATTACHMENT #3 FOR EGYPT – OCTOBER 28, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|------|--------|--------------|------------------|-----------------|
| 10/28/01 | Joe McBride | Department of State | Lunch | $12.37 |
| 11/13/01 | Michael Zarin | Department of State | Lunch | $10.56 |
| 12/05/01 | General Wilson | OMC Cairo | Lunch | $8.64 |
| 12/10/01 | Nancy Tippins | Legislative Director, Office of Congressman Callahan | Lunch | $15.60 |
| 12/13/01 | Danielle Pletka | Senate Foreign Relations Committee | Lunch | $7.55 |
| 12/14/01 | John Shank | House Appropriations Committee | Lunch | $13.20 |
| 1/08/02 | David Dumke | Office of Congressman Dingle | Lunch | $22.50 |
| 01/09/02 | David Tebbe | Office of Congressman Issa | Lunch | $29.20 |
| 01/28/02 | Nancy Stetson | Senate Foreign Relations Committee | Lunch | $14.55 |
| 02/01/02 | Howard Diamond | Office of Congressman Ackerman | Lunch | $10.00 |
| 02/05/02 | James Dean | Office of Senator Campbell | Lunch | $10.00 |
| 02/19/02 | Howard Diamond | Office of Congressman Ackerman | Lunch | $12.61 |

| 03/08/02 | Khaled Elgindy | House International Relations Committee | Lunch | $6.50 |
| 03/11/02 | Neil Sefring | LA, Office of Cong LaHood | Lunch | $12.84 |
| 03/12/02 | John Shank | House Appropriations Committee | Lunch | $5.20 |
| 03/25/02 | Chip Yost | Chief of Staff Office of Senator Bennett | Lunch | $15.51 |
| 03/26/02 | Nancy Tippins | Legislative Director, Office of Congressman Callahan | Lunch | $23.72 |
| 02/15/02 | Robert Wilkie | Legislative Assistant, Office of Senator Lott | Lunh | $31.75 |

TOTAL............................................................................$262.30

2

# ATTACHMENT #3 FOR THE PHILIPPINES – OCTOBER 8, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|------|--------|--------------|------------------|-----------------|
| 01/02/02 | Stephanie Henning | Office of Senator Thompson | Lunch | $25.70 |
| 01/10/02 | Brad Ayers | Office of Congressman Tiahrt | Lunch | $26.66 |
| 03/06/02 | Wendy Gnehm | Office of Senator Enzi | Lunch | $26.88 |

TOTAL..................................................................................$79.24

# ATTACHMENT #3 FOR THE PALESTINIAN AUTHORITY – OCTOBER 28, 2001 – APRIL 28, 2002

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|------|--------|--------------|------------------|---------------------------------|
| 02/14/02 | Aaron Miller | NEA , State Dept | Lunch | $ 35.00 |

TOTAL...................................................$35.00

# ATTACHMENT #3 FOR KAZAKHSTAN – OCTOBER 28, 2001 – APRIL 28, 2002

No monies were expended as a result of the activities on behalf of Kazakhstan during this filing period.

# ATTACHMENT #4

## Disbursements – Political Contributions

In response to question 15 (c), the following is a list of contributions of money or other things of value made in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office.

| Amount | Name of Political Organization | Candidate |
|--------|-------------------------------|-----------|
| $25.00 | Democratic Party of Virginia | General |

THIS FORM IS TO BE AN OFFICIAL ATTACHMENT TO YOUR CURRENT
SUPPLEMENTAL STATEMENT - PLEASE EXECUTE IN DUPLICATE

## SHORT-FORM REGISTRATION INFORMATION SHEET

### SECTION A

The Department records list active short form registration
statements for the following persons of your organization filed
on the date indicated by each name.  Please show below whether
each person is still functioning in the same capacity directly on
behalf of the foreign principal.  If not, show date of termination.

| | ACTIVE? | | IF YES - ANY MAJOR CHANGES? | | IF NO DATE ENDED |
|---|---|---|---|---|---|
| | Yes? | No? | Yes? | No? | |
| Abington, Edward G. | X | | | X | |
| Bannerman, M. Graeme | X | | | X | |
| Habeeb, William Mark | | X | | | 9-30-01 |
| Higdon, Sarah | X | | | X | |
| Hingeley, Anne | | X | | | 3-29-02 |
| Miner, William A. | X | | | X | |
| Perugino, Roxanne | | X | | | 8-15-97 |
| Schultz, Valerie Anne | X | | | X | |
| Silvers, Curtis M. | X | | | X | |
| Sittnick, Tammy M. | X | | | X | |

N/A for Bannerman and Associates, Inc.

### SECTION B

In addition to those persons listed in Section A, list below all current employees rendering services directly on behalf of the foreign principal(s) who have not as yet filed short-form registration statements. (Do not list clerks, secretaries, typists or employees in a similar or related capacity. If there is some question as to whether an employee has an obligation to file a short-form, please address a letter to us describing the activities and connection with the foreign principal.)

| Name | Function | Date Hired |
|------|----------|-----------|
|      |          |           |
|      |          |           |
|      |          |           |
|      |          |           |
|      |          |           |
|      |          |           |
|      |          |           |

Signature: _____    Date: _____

Title: _____