**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending **OCT 28 2002**

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   Bannerman & Associates, Inc.

   (b) Registration No.

   3964

   (c) Business Address(es) of Registrant
   888 Sixteenth St NW Suite 250
   Washington, D.C. 20006

2. Has there been a change in the information previously furnished in connection with the following:

   (a)  If an individual:
   - (1) Residence address        Yes ☐        No ☐
   - (2) Citizenship              Yes ☐        No ☐
   - (3) Occupation               Yes ☐        No ☐

   (b)  If an organization:
   - (1) Name                     Yes ☐        No ☒X
   - (2) Ownership or control     Yes ☐        No ☒X
   - (3) Branch offices           Yes ☐        No ☒X

   xx

   (c)  Explain fully all changes, if any, indicated in items (a) and (b) above.

   2002 NOV 26 PM 12: 21
   CRM/ISS/REGISTRATION UNIT

---

IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐        No ☒X

   If yes, have you filed an amendment to the Exhibit C?        Yes ☐        No ☐

   If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

Formerly OBD-64

Form CRM-154
JUNE 1998

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?                    Yes ☐                    No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|------|----------|----------------------|

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
Yes ☐                    No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
Yes ☐                    No ☒

If yes, identify each such person and describe his service.

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?                    Yes ☐                    No ☒

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|------|------------------------|-----------------|

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?                    Yes ☒                    No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
| Katherine Strode | 140B 12th ST SE Washington, DC 20003 | U.S. | Employee | May 15, 2002 |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?                    Yes ☒                    No ☐

If no, list names of persons who have not filed the required statement.                    9

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

    Yes ☐          No ☒x

    If yes, furnish the following information:

    *Name of foreign principal*                                    *Date of termination*

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

    Yes ☐          No ☒x

    If yes, furnish following information:

    *Name and address of foreign principal*                        *Date acquired*

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

    ```
    The Arab Republic of Egypt
    Embassy of El Salvador
    Government of the Philippines
    Palestinian Authority
    ```

10.    **EXHIBITS A AND B**
    (a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:
            N/A
            Exhibit A[3]          Yes ☐          No ☐
            Exhibit B[4]          Yes ☐          No ☐

            If no, please attach the required exhibit.

    (b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
            represented during this six month period?                      Yes ☐          No ☐

            If yes, have you filed an amendment to these exhibits?          Yes ☐          No ☐

            If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?        Yes ☒k        No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

```
Bannerman & Associates, Inc. employees have held meetings with Members
of Congress, Congressional Staff, and the Executive Branch in order to
educate them on the needs and concerns of our clients.  Any issues
affecting foreign policy or the relationship of the U.S. to our clients
is of potential interest, including, but not limited to defense, trade
foreign assistance, and international visits of government officials.
```

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?        Yes ☒k        No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

```
        See Attachment #1
```

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?        Yes ☐        No ☒

If yes, describe fully.

---

5 The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

**14. (a)  RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?          Yes ☒ X          No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
|      | See Attachment #2 |   |   |

$614,288.96
Total

**(b)  RECEIPTS - FUND RAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?          Yes ☐          No ☒ X

If yes, have you filed an Exhibit D to your registration?          Yes ☐          No ☐

If yes, indicate the date the Exhibit D was filed.          Date _____.

**(c)  RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?          Yes ☐          No ☒ X

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|
|                           |               |                               |         |

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(d).)
8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you

(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?　　Yes ☒　　No ☐

(2) transmitted monies to any such foreign principal?　　　　Yes ☐　　　　No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment #3

| | | | $512.93 |
|---|---|---|---|
| | | | Total |

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☐          No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?          Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| 07/15/02 | $50.00 | VA Republican Party | |
| 07/15/02 | $100.00 | VA Democratic Party | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?

    Yes ☒    No ☐

    IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

    `Government of the Philippines`

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☐ Radio or TV        ☐ Magazine or        ☐ Motion picture films    ☐ Letters or telegrams
      broadcasts            newspaper
                           articles

    ☐ Advertising        ☐ Press releases     ☐ Pamphlets or other      ☐ Lectures or speeches
      campaigns                                 publications

    ☒ Other (specify) `Information`

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public Officials       ☐ Newspapers               ☐ Libraries
    ☒ Legislators            ☐ Editors                  ☐ Educational institutions
    ☐ Government agencies    ☐ Civic groups or associations    ☐ Nationality groups

    ☐ Other (specify) _____

21. What language was used in the informational materials:
    ☒ English    ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☒    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?

    Yes ☒    No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                    (Type or print name under each signature[13])

_11 | 25 | 02_                                         _M. Graeme Bannerman_

November 25, 2002                                      M. Graeme Bannerman

2002 NOV 26  PM 12: 21
CRM/ISS/REGISTRATION UNIT

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C.  20530

## NOTICE

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.    Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____xx_____ or NO_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.    Do you disseminate any material in connection with your registration:

YES_____or NO_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_Katrine Strode_
**Signature**

_11/25/02_
**Date**

Katherine H. Strode
**Please type or print name of**
**signatory on the line above**

Employee
**Title**

THIS FORM IS TO BE AN OFFICIAL ATTACHMENT TO YOUR CURRENT
SUPPLEMENTAL STATEMENT - PLEASE EXECUTE IN TRIPLICATE

SHORT-FORM REGISTRATION INFORMATION SHEET

SECTION A

The Department records list active short-form registration
statements for the following persons of your organization filed
on the date indicated by each name.  If a person is not still
functioning in the same capacity directly on behalf of the
foreign principal, please show the date of termination.

Short Form List For Registrant: Bannerman & Associates, Inc.

| Last Name | First Name and Other Names | Registration Date | Termination Date | Role |
|-----------|----------------------------|-------------------|------------------|------|
| Abington | Edward G. | 1/7/00 | | |
| Bannerman | M. Graeme | 4/28/87 | | |
| Higdon | Sarah | 5/29/01 | | |
| Miner | William A. | 3/12/92 | | |
| Schultz | Valerie Anne | 7/31/96 | | |
| Silvers | Curtis M. | 1/7/00 | | |
| Sittnick | Tammy M. | 1/7/00 | | |

## SECTION B

In addition to those persons listed in Section A, list below all current employees rendering services directly on behalf of the foreign principal(s) who have not as yet filed short-form registration statements. (Do not list clerks, secretaries, typists or employees in a similar or related capacity. If there is some question as to whether an employee has an obligation to file a short-form, please address a letter to us describing the activities and connection with the foreign principal.)

| Name | Function | Date Hired |
|------|----------|-----------|
| Katherine H. Strode | Employee | May 15, 2002 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature: _Katherine Strode_

Date: November 25, 2002

Title: Employee

# ATTACHEMENT #1
## APRIL 29, 2002 – OCTOBER 28, 2002

## Summary Of Political Activities

In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

# ATTACHEMENT #1 FOR El SALVADOR
## APRIL 29, 2002 – OCTOBER 28, 2002

No persons were contacted on behalf of El Salvador during this filing period.

# ATTACHEMENT #1 FOR EGYPT
## APRIL 29, 2002 – OCTOBER 28, 2002

| Date | Person | Title -Office | Place Of Meeting |
|---|---|---|---|
| 04/29/02 | Senator Stevens<br>Steve Cortese | Senator<br>Staff Director, Senate Approproiations Committee | Senate Dining room |
| 04/29/02 | Senator Lott<br>Eric Womble | Senator<br>Legislative Assistant for Military Affairs | Office |
| 04/29/02 | Carlton Hoskins | Office of Senator Specter | Office |
| 04/29/02 | Senator Chuck Hagel<br>Andrew Parasiliti | Senator<br>Legislative Assistant for Foreign Affairs | Office |
| 04/30/02 | Rep Henry Waxman | Congressman | Office |
| 04/30/02 | Rep Tom Lantos<br>Kay King<br>Alan Makovsky | Congressman<br>Prof Staff, HIRC<br>Prof Staff, HIRC | Office |
| 04/30/02 | Kenny Kraft | Office of Rep. David Hobson | Office |
| 05/01/02 | Eric Womble | Office of Senator Trent Lott | Office |
| 05/01/02 | Senator Dianne Feinstein<br>Michael Schiffer | Senator<br>Legislative Director for Foreign and Military affairs | Office |
| 05/01/02 | David Tebbe | Office of Rep Issa | Office |
| 05/01/02 | Rep Steven Rothman | Congressman | Office |
| 05/01/02 | Rep Jack Kingston | Congressman | Office |
| 05/01/02 | Rep John Cooksey | Congressman | Office |
| 05/01/02 | Rep Jim Moran | Congressman | Office |
| 05/02/02 | Dick Grimmett<br>Clyde Mark<br>Al Prados<br>Ken Katzman | Staff for Middle East Issues<br>Congressional Research Service | Library of Congress |

| Date | Name | Title/Organization | Location |
|---|---|---|---|
| 05/02/02 | Senator Ben Nighthorse Campbell | Senator | Office |
| | James Dean | Legislative Assistant for Foreign Affairs | |
| 05/02/02 | John Shank | House Appropriations Subcommittee | Office |
| | Doug Gregory | Office of Rep Bill Young | |
| 05/02/02 | Mike Haltzel | Senate Foreign Relations Committee | Monocle |
| 05/03/02 | Christine Gleichert | Office of Rep Nick Rahall | Office |
| 05/03/02 | Robert Wilkie | Office of Senator Lott | Café Berlin |
| 05/06/02 | Harold Boyd | Office of Rep Carolyn Cheeks Kilpatrick | Office |
| 05/06/02 | G Feinstein | Office of Senator Levin | Café Berlin |
| 05/13/02 | Hillel Weinberg | House International Relations Committee Staff | Office |
| 05/17/02 | Liz Cheney | State Department | Office |
| 05/20/02 | Nancy Tippins | Office of Rep Callahan | Office |
| 05/23/02 | C. Westeman | State INR | Art Gallery Grill |
| 06/06/02 | Rowdy Yates | Office of Senator Bennett | Senate |
| | Chip Yost | | |
| 06/06/02 | Archie Galloway | Office of Senator Sessions | Senate |
| 06/07/02 | CDR Matt Klunder | Office of Asst Sec of State PM | State Dept |
| | Amy Coletta | Office of Asst Sec of State PM | |
| | Peter Evans | Office of Asst Sec of State NEA ENA | |
| 06/11/02 | Todd Rosenblum | Office of Senator Bayh | Office |
| 06/14/02 | Nancy Tippins | Office of Rep Callahan | Il Raddichio |
| 06/17/02 | Nancy Tippins | Office of Rep Sonny Callahan | Tortilla Coast |
| 06/17/02 | Neil Sefring | Office of Rep Ray LaHood | B&A |
| 06/26/02 | Christine Gleichert | Office of Rep Nick Rahall | Office |
| 06/28/02 | BGen Guy Bourn | Chief of OMC Cairo | L&N Seafood |
| | Peter Evans | Office of Asst Sec of State NEA Office of Asst Sec of | |
| | CDR Matt Klunder | State PM | |
| 07/03/02 | B Stanton | State Department | The Garden Café |
| 07/03/02 | Hillel Weinberg | House International Relations Committee | Office |
| 07/10/02 | Deborah Bodlander | House International Relations Committee | Talay Thai |
| 07/16/02 | Jeremy Hekius | Senate Armed Services Committee | Capitol Brewery |

| | | |
|---|---|---|
| 07/17/02 | Jim Hensler<br>Matt Pollard | Deputy Staff Director<br>Professional Staff<br>Senate Select Committee on Intelligence | Senate Hart |
| 07/17/02 | Rep Roscoe Bartlett | Congressman | 2412 Rayburn |
| 07/17/02 | John Shank | House Foreign Operations | LaBrassiere |
| 07/18/02 | Rep Saxby Chambliss<br>Krister Holladay | Congressman<br>Chief of Staff | Office |
| 07/18/02 | Rep Gregory Meeks & Marc Mealy | Congressman<br>LA Foreign Policy | Office |
| 07/18/02 | Rep Curt Weldon<br>Ethan Cooper | Congressman<br>LD/LA Military Affairs | Office |
| 07/18/02 | Rep Tom Tancredo | Congressman | 418 Cannon |
| 07/19/02 | Dirk Mauer | Office of Senator Bunning | Office |
| 07/19/02 | John Bradshaw | Office of Senator Toricelli | Office |
| 07/19/02 | Todd Rosenblum | Office of Senator Bayh | Office |
| 07/23/02 | Rep Rick Larsen | Congressman | Office |
| 07/23/02 | Howard Diamond<br>David Adams | Office of Rep Gary Ackerman | Office |
| 07/23/02 | Deborah Bodlander<br>Alan Makovsky | House International Relations Committee Staff | Office |
| 07/23/02 | Rep Darrell Issa<br>David Tebbe | Congressman<br>Legislative Assistant | Office |
| 07/23/02 | Rep Jim Davis<br>JJ Piscadlo | Congressman<br>Legislative Assistant Foreign Affairs | Office |
| 07/23/02 | Rep Jeff Miller<br>Marcus Dunn | Office of Rep Jeff Miller | Office |
| 07/24/02 | Rep Bill Young<br>Rep Jerry Lewis<br>John Shank<br>Doug Gregory | Congressman<br>Congressman<br>House Appropriations Subcommittee<br>LD for Rep Bill Young | Office |
| 07/24/02 | Lance Landry | USAF Legislative Fellow<br>Office of Senator Wayne Allard | Office |

| Date | Name | Title/Role | Location |
|---|---|---|---|
| 07/24/02 | Lisa Sherman | Chief of Staff Office of Rep Susan Davis | Office |
| 07/25/02 | Rep Ken Calvert | Congressman | Office |
| 07/25/02 | Rep Jo Ann Davis | Congresswoman | Office |
| 07/25/02 | Senator Robert Bennett | Senator | Office |
| 07/25/02 | Dick Grimmett<br>Clyde Mark<br>Al Prados<br>Ken Katzman | Staff for Middle East Issues<br>Congressional Research Service | Library of Congress |
| 08/07/02 | Will Painter | Office of Rep Obey | Hunan Dynasty |
| 08/09/02 | Spencer Freebairn | Office of Rep Jerry Lewis | Office |
| 08/12/02 | Charlie Flickner | House Appropriations Committee | Art Gallery Grill |
| 08/14/02 | Chris Bolen | Middle East Staff Analyst Office of the Vice President | Art Gallery Grill |
| 08/14/02 | Allison Sugarman | Office of Rep Leach | Lunch |
| 08/15/02 | Flynt Leverett | NSC | Office |
| 08/21/02 | Ambassador Welch | U.S. Ambassador to Egypt | U.S. Embassy Cairo |
| 08/21/02 | Steve Bondy | U.S. Embassy, Cairo | U.S. Embassy Cairo |
| 08/21/02 | General Guy Bourne | Commander, Office of Military Cooperation | U.S. Embassy Cairo |
| 08/21/02 | Col Patrick Michaelson | Defense Attache | U.S. Embassy Cairo |
| 08/27/02 | Mary Beth McDivitt | OASD/ISA/NESA Egypt Desk Officer | Pentagon |
| 08/29/02 | Nancy Tippins | Office of Rep Sonny Callahan | Office |
| 09/05/02 | CDR Matt Klunder | Office of Asst Sec of State PM | State Dept |
| 09/05/02 | Peter Evans | Office of Asst Sec of State NEA | State Dept |
| 09/06/02 | Jeremy Hekius | Senate Armed Services Committee | Senate |
| 09/10/02 | Steve Grumman | State Department | The Garden Café |
| 09/11/02 | Craig Albright | Office of Rep Knollenberg | Office |
| 09/12/02 | Michael Zarin | State Department | Primi Piatti |
| 09/23/02 | Nancy Tippins | Office of Rep Sonny Callahan | Art Gallery Grill |
| 09/25/02 | Larry Hanauer | Office of Rep Crowley | Art Gallery Grill |
| 10/02/02 | Rep Gary Ackerman<br>Howard Diamond | Office of Rep Ackerman | Office |
| 10/02/02 | Rep Chares Rangel | Congressman | Office |

| | | | |
|---|---|---|---|
| 10/02/02 | Rep Benjamin Cardin<br>Christopher Lynch | Office of Rep Cardin | Office |
| 10/02/02 | Senator Craig Thomas | Senator | 109 Hart |
| 10/03/02 | Rep Crane<br>Stephanie Lester | Office of Rep Crane | Office |
| 10/17/02 | Larry Hanauer | Office of Rep Crowley | Art Gallery Grill |
| 10/22/02 | Peter Rodman<br>Mary Beth McDivitt<br>Larry Velte<br>BGen Scott Gration<br>Col David MacLean | Assistant Secretary of Defense<br>Egypt Desk Officer OASD/ISA<br>Egypt Desk Officer OJCS/J5<br>Dir Regional Affairs SAF/IA<br>CCJ5 Dep Chief Engagement | Ritz Carelton<br>Pentagon City |
| 10/23/02 | General Guy Bourne<br>Col Patrick Michalelson | Commander, OMC Cairo<br>US Defense Attache (Egypt) | Ritz Carelton<br>Pentagon City |
| 10/31/02 | Nancy Tippins | Office of Rep Sonny Callahan | Jaleo |

# ATTACHEMENT #1 FOR PALESTINIANS

## APRIL 29, 2002 – OCTOBER 28, 2002

| Date | Person | Title -Office | Place Of Meeting |
|------|--------|---------------|------------------|
| 05/02/02 | David Dumke | Office of Rep Dingell | 2328 Rayburn |
| 05/02/02 | Jeremy Rabinovitz | Office of Rep Capps | 1118 Longworth |
| 05/02/02 | Charles Dujon | Office of Rep Jesse Jackson, Jr. | 313 Cannon |
| 05/03/02 | Andrew Parasiliti | Office of Senator Hagel | 248 Russell |
| 05/03/02 | Tim Rieser | Senate Foreign Operations Appropriations Subcommittee | 125 Dirksen |
| 05/03/02 | HIRC Staff | House International Relations Committee Staff Briefing | 2200 Rayburn |
| 05/08/02 | David Hale | Director, NEA/IAP | State Dept |
| 05/09/02 | Flynt Leverett | Middle East Director, NSC | NSC |
| 05/15/02. | Elizabeth Cheney | NEA DAS | State Dept |
| 05/28/02 | David Satterfield | NEA DAS | State Dept |
| 06/05/02 | Aaron Miller | NEA Advisor | State Dept |
| 06/07/02 | Robert Danin | Policy Planning Staff | State Dept |
| 07/09/02 | Flynt Leverett | Middle East Director, NSC | NSC |
| 07/10/02 | David Satterfield | NEA/DAS | State |
| 07/12/02 | Lara Alameh | HIRC staff | 2103 Rayburn |
| 07/18/02 | Elizabeth Cheney | NEA/DAS | Office |
| 08/08/02 | Aaron Miller | NEA Advisor | Ritz Carlton |
| 08/08/02 | Punit Talwar, Andrew Parasiliti, Skip Fisher | SFRC staff | Ritz Carlton |
| 09/13/02 | David Hale | Director, NEA/IAP | State |
| 09/23/02 | Flynt Leverett | Middle East Director, NSC | NSC |
| 09/24/02 | Travis Sullivan | Office of Senator Cantwell | 717 Hart |
| 09/26/02 | Bill Burns | Assistant Secretary, NEA | State |

| Date | Name | Title/Office | Location |
|---|---|---|---|
| 09/27/02 | David Dumke<br>Charles Dujon<br>Christine Gleichert<br>Maya Berry | Cong. Dingell<br>Cong Jackson Jr<br>Cong Rahall<br>Cong Bonior | Hunan Dynasty |
| 09/27/02 | David Satterfield<br>David Hale | NEA DAS<br>Director NEA/IAP | State |
| 10/08/02 | Rep Henry Hyde | Congressman | 2170 Rayburn |
| 10/09/02 | Tim Rieser<br>Paul Grove | Senate Foreign Operations Appropriations Subcommittee | 125 Dirksen |
| 10/09/02 | Rep Gary Ackerman<br>Rep Delahunt | Congressmen | 2243 Rayburn |
| 10/09/02 | Rep Jim Kolbe | Congressman | 2266 Rayburn |
| 10/09/02 | Senator Dianne Feinstein | Senator | 331 Hart |
| 10/23/02 | Michael Schiffer | Office of Senator Feinstein | 331 Hart |
| 11/01/02 | Howard Diamond | Office of Rep Ackerman | 2243 Rayburn |
| 11/01/02 | Michael Schiffer | Office of Senator Feinstein | 331 Hart |
| 11/05/02 | Christine Gleichert | Office of Rep Rahall | Talay Thai |
| 11/06/02 | Wendy Gnehm | Office of Rep Enzi | La Colline |
| 11/07/02 | Bryn Stewart | Office of Senator Craig Thomas | La Loma |
| 11/08/02 | Travis Sullivan | Office of Senator Cantwell | East Street Café |
| 11/08/02 | Simon Brandlar | Office of Senator Corzine | 502 Hart |

# ATTACHEMENT #1 FOR THE PHILIPPINES
### APRIL 29, 2002 – OCTOBER 28, 2002

| Date | Person | Title –Office | Place Of Meeting |
|------|--------|---------------|------------------|
| 04/29/02 | Laurie Schultz-Heim | Office of Senator Jeffords | Faxed information |
| 04/29/02 | Andrew Parasiliti | Office of Senator Hagel | Faxed information |
| 04/29/02 | Stephanie Lester | House Ways and Means Committee | Faxed information |
| 04/29/02 | Ken Myers | Office of Senator Lugar | Faxed information |
| 04/29/02 | John Bradshaw | Office of Senator Torricelli | Faxed information |
| 04/29/02 | Stephanie Henning | Office of Senator Thompson | Faxed information |
| 04/29/02 | Joanne Berry | Office of Senator Sarbanes | Faxed information |
| 05/03/02 | Theresa McNeil | State Department | Office |
| 05/07/02 | Myron Nordquist | Office of Senator Burns | Office call |
| 05/07/02 | Neal Martin | Office of Senator Cleland | Office call |
| 05/07/02 | Dok Satcher | Office of Senator Stabenow | Office |
| 05/08/02 | Dennis Ward | Senate Governmental Affairs Committee | Faxed information |
| 05/08/02 | Wendy Gnehm | Office of Senator Enzi | Faxed information |
| 05/08/02 | Jill Hickson | Office of Senator Wellstone | Faxed information |
| 05/08/02 | Michael Bopp | Office of Senator Collins | Faxed information |
| 05/08/02 | John Seggerman | Office of Senator Chafee | Faxed information |
| 05/08/02 | Patricia McNerney | Senate Foreign Relations Committee | Faxed information |
| 05/08/02 | Ambassador Riccardone | State Department | Office |
| 05/09/02 | Yvonne Bartoli | Republican Policy Committee | Faxed information |
| 05/13/02 | Jim Doran | Office of Senator Kyl | Faxed information |
| 05/15/02 | Jon Berger | Office of Senator Reed | Office call |
| 05/16/02 | Keith Luse | Senate Agriculture Committee | Senate Dining Room |
| 05/30/02 | K.A. Eads | Office of Senator Stevens | Office |

| 06/21/02 | Rep Boozman<br>Matt Sagley<br>Carrie Thume | U.S. House of Representatives | 1421 Longworth |
|----------|-----------|-----------|----------|
| 07/01/02 | Joe Mousimelli | State Department | The Garden Café |
| 07/12/02 | Kim Ruleman | Office of Cong. Jerry Moran | 1519 Longworth |
| 07/23/02 | M Broadbeny | House Ways and Means Committee | Office |
| 07/26/02 | Rowdy Yeates | Office of Senator Bennett | Office |
| 09/06/02 | Sharon Schultz | Office of Rep Filner | Talay Thai |
| 09/09/02 | Brad Ayers | Office of Rep Tiahrt | La Colline |
| 09/23/02 | Jamie McCormick | House International Relations Committee | B358 Rayburn |

# ATTACHMENT #2
## Summary of Receipts

Pursuant to question #14 (a), the following information is provided as a summary of compensation and funds received from the foreign principals for the period of time between October 28, 2001, and April 28, 2002.

| Date | Purpose | Amount ($) |
|------|---------|-----------|
| **Embassy of El Salvador** | | |
| 05/10/02 | Retainer | $4,000.00 |
| 06/13/02 | Retainer | $4,000.00 |
| 07/03/02 | Retainer | $4,000.00 |
| 08/05/02 | Retainer | $4,000.00 |
| 09/16/02 | Retainer | $4,000.00 |
| 10/09/02 | Retainer | $4,000.00 |
| | | **$24,000.00** |
| **Government of Egypt** | | |
| 09/12/02 | Retainer | **$214,750.00** |
| **Government of the Philippines** | | |
| 08/30/02 | Retainer | **$554.96** |
| **Palestinian Authority** | | |
| 08/12/02 | Retainer | **$374,984.00** |

**TOTAL**...................................................**$614,288.96**

# ATTACHEMENT #3

## Summary of Disbursed Monies

In response to question #15 (a), the following pages include a compilation of expended monies as a result of activities on behalf of foreign principles.

# ATTACHEMENT #3 FOR EL SALVADOR
## APRIL 29, 2002 – OCTOBER 28, 2002

No monies were expended as a result of activities on behalf of El Salvador during this filing period.

# ATTACHEMENT #3 FOR EGYPT
## APRIL 29, 2002 – OCTOBER 28, 2002

| Date | Person | Title -Office | Place Of Meeting | Amount Spent |
|---|---|---|---|---|
| 05/02/02 | Mike Haltzel | Senate Foreign Relations Committee | Monocle | 26.38 |
| 05/03/02 | Robert Wilkie | Office of Senator Lott | Café Berlin | 31.75 |
| 05/06/02 | G Fierstein | Office of Senator Levin | Café Berlin | 25.15 |
| 06/06/02 | Chip Yost | Office of Senator Bennett | Senate Dining Room | 11.75 |
| 06/14/02 | Nancy Tippins | Office of Rep Callahan | Il Raddichio | 14.45 |
| 06/17/02 | Nancy Tippins | Office of Rep Callahan | Tortilla Coast | 6.00 |
| 06/28/02 | General Bourn | DOD | L&N Seafood | 21.05 |
| 07/03/02 | B Stanton | State Department | The Garden Café | 21.40 |
| 07/10/02 | Deborah Bodlander | House International Relations Committee | Talay Thai | 18.02 |
| 07/17/02 | John Shank | House Foreign Operations | LaBrassiere | 29.42 |
| 07/26/02 | Charles Dujon | Office of Rep Jackson Jr. | Talay Thai | 22.62 |
| 08/07/02 | Will Painter | Office of Rep Obey | Hunan Dynasty | 12.75 |
| 08/12/02 | Charlie Flickner | House Appropriations Committee | Art Gallery Grill | 18.82 |
| 08/14/02 | Allison Sugarman | Office of Rep Leach | Lunch | 11.37 |
| 09/10/02 | Steve Grumman | State Department | The Garden Café | 15.66 |
| 09/12/02 | Michael Zarin | State Department | Primi Piatti | 31.98 |
| 10/31/02 | Nancy Tippins | Office of Rep Callahan | Jaleo | 24.00 |

TOTAL.........................................................$342.57

# ATTACHEMENT #3 FOR PALESTINIANS

### APRIL 29, 2002 – OCTOBER 28, 2002

| Date | Person | Title -Office | Place Of Meeting | Amount Spent |
|---|---|---|---|---|
| 11/01/02 | Howard Diamond | Office of Rep Ackerman | 2243 Rayburn | 3.65 |
| 11/05/02 | Christine Gleichert | Office of Rep Rahall | Talay Thai | 14.94 |
| 11/06/02 | Wendy Gnehm | Office of Rep Enzi | La Colline | 28.86 |
| 11/07/02 | Bryn Stewart | Office of Senator Craig Thomas | La Loma | 20.53 |
| 11/08/02 | Travis Sullivan | Office of Senator Cantwell | East Street Café | 20.87 |

TOTAL...............................................................$88.85

# ATTACHEMENT #14 FOR THE PHILIPPINES
## APRIL 29, 2002 - SEPTEMBER 24, 2002

| Date | Person | Title -Office | Place Of Meeting | Amount Spent |
|------|--------|---------------|------------------|--------------|
| 05/16/02 | Keith Luse | Senate Agriculture Committee | Senate Dining Room | 13.25 |
| 07/01/02 | Joe Mousimelli | State Department | The Garden Café | 22.04 |
| 09/06/02 | Sharon Schultz | Office of Rep Filner | Talay Thai | 14.02 |
| 09/09/02 | Brad Ayers | Office of Rep Tiahrt | La Colline | 32.20 |

TOTAL...................................................................................$81.51

GRAND TOTAL (Egypt, Palestinians, Philippines).................................$512.93