**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending ___APR 2 8 2003___

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   Bannerman & Associates, Inc.

   (b) Registration No.

   3964

   (c) Business Address(es) of Registrant

   888 Sixteenth St. NW Suite 250
   Washington, D.C. 20006

2. Has there been a change in the information previously furnished in connection with the following:

   (a)  If an individual:
   - (1) Residence address    Yes ☐    No ☐
   - (2) Citizenship    Yes ☐    No ☐
   - (3) Occupation    Yes ☐    No ☐

   (b)  If an organization:
   - (1) Name    Yes ☐    No ☒
   - (2) Ownership or control    Yes ☐    No ☒
   - (3) Branch offices    Yes ☐    No ☒

   (c)  Explain fully all changes, if any, indicated in items (a) and (b) above.

CRM/ISS
REGISTRATION UNIT
2003 MAY 28 PM 3: 59

---

IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐    No ☒

   If yes, have you filed an amendment to the Exhibit C?    Yes ☐    No ☐

   If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month
reporting period?                          Yes ☐                No ☒x

If yes, furnish the following information:

Name                          Position                              Date Connection Ended


(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
                  Yes ☒x              No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|------------------|-------------|----------|--------------|
| Ed Abington | 3529 16th St NW Washington, DC 20010 | USA | Vice-President | April 11, 2003 |

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
                  Yes ☒x              No ☐

If yes, identify each such person and describe his service.  Ed Abington holds meetings with members
of Congress, Congressional Staff, and the executive branch in order to
educate them on the needs of Bannerman & Associates' clients.

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or
connection with the registrant during this 6 month reporting?                Yes ☐                No ☒x

If yes, furnish the following information:

Name                          Position or connection                    Date terminated


(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who
rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other
than a clerical or secretarial, or in a related or similar capacity?        Yes ☐        No ☒x

If yes, furnish the following information:

Name          Residence Address          Citizenship          Position          Date Assumed


6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental
statement?                  Yes ☒x              No ☐

If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

   Yes ☐          No ☒

   If yes, furnish the following information:

   *Name of foreign principal*                                    *Date of termination*

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

   Yes ☐          No ☐ xx

   If yes, furnish following information:

   *Name and address of foreign principal*                        *Date acquired*

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

   ```
   The Arab Republic of Egypt
   Embassy of El Salvador
   Government of the Philippines
   Palestinian Authority
   ```

10.  **EXHIBITS A AND B**

   (a)  Have you filed for each of the newly acquired foreign principals in Item 8 the following:

        Exhibit A[3]          Yes ☐          No ☐
        Exhibit B[4]          Yes ☐          No ☐

        If no, please attach the required exhibit.

   (b)  Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?          Yes ☐          No ☐ xx

        If yes, have you filed an amendment to these exhibits?          Yes ☐          No ☐

        If no, please attach the required amendment.

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?      Yes ☒      No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:
```
Bannerman & Associates, Inc. employees have held meetings with members
of Congress, congressional staff, and the executive branch in order to
educate them on the needs and concerns of our clients.  Any issue
affecting foreign policy or the relationship of the U.S. to our clients
is of potential interest, including, but not limited to defense,
trade, foreign assistance, and international visits of government
officials.
```

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?      Yes ☒      No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

```
See Attachment 1.
```

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?      Yes ☐      No ☒

If yes, describe fully.

---

5 The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☒x    No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|

See Attachment 2.

$673,732.00
Total

(b) **RECEIPTS - FUND RASING CAMPAIGN**
During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?    Yes ☐    No ☒x

If yes, have you filed an Exhibit D to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____

(c) **RECEIPTS-THINGS OF VALUE**
During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐    No ☒x

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a)  **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1)  disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☒ x          No ☐

(2)  transmitted monies to any such foreign principal?          Yes ☐          No ☒ x

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment 3.

$1,142.07
Total

(b)  **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐     No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c)  **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?    Yes ☒     No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | | | |

See Attachment 4.

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?

Yes ☒    No ☐

IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

The Arab Republic of Egypt

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts          ☐ Magazine or newspaper articles          ☐ Motion picture films          ☐ Letters or telegrams

☐ Advertising campaigns          ☐ Press releases          ☐ Pamphlets or other publications          ☐ Lectures or speeches

☒ Other (specify) __Information__

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

☐ Public Officials          ☐ Newspapers          ☐ Libraries
☒ Legislators          ☐ Editors          ☐ Educational institutions
☐ Government agencies          ☐ Civic groups or associations          ☐ Nationality groups

☒ Other (specify) __Congressional Staff__

21. What language was used in the informational materials:
☒ English          ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☒    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
Yes ☒    No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                    (Type or print name under each signature[13])

5/28/63

May 28, 2003                                           M. Graeme Bannerman

CRM/ISS
REGISTRATION UNIT
2003 MAY 28 PM 3: 59

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
## FARA REGISTRATION UNIT
## CRIMINAL DIVISION
## WASHINGTON, D.C.  20530

### NOTICE

      Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.     Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

     YES_____YES_____ or NO_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.     Do you disseminate any material in connection with your registration:

     YES_____ or NO_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)


_____        5/28/03
*Signature*                          *Date*
Katherine H. Strode         May 28, 2003


_____
**Please type or print name of
signatory on the line above**


_____
*Title*

## Attachment 1 – Question 12
### October 29, 2002 – April 28, 2003

12.    *During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity as defined below?*

In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

No persons were contacted of behalf of El Salvador.

CRM/ISS
REGISTRATION UNIT
2003 MAY 28 PM 3: 59

**EGYPT**

# Attachment 1 -- Question 12
## October 29, 2002 -- April 28, 2003

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 10/20/02 | Steve Brophy, Phil Russell | Office of Senator Frist | America |
| 10/30/02 | Allison Sugarman | Office of Congressman Leach | Bullfeathers |
| 10/31/02 | Nancy Tippins | Office of Congressman Callahan | Jaleo |
| 11/4/02 | Debbie Bodlander | House International Relations Committee | Office |
| 11/6/02 | Wendy Gnehm | Office of Congressman Enzi | La Colline |
| 11/7/02 | Bryn Stewart | Office of Senator Thomas | La Loma |
| 11/7/02 | Will Painter | Office of Congressman Obey | Office |
| 11/7/02 | Matt Klunder, Peter Evans, Alice Wells, Dave Huggins | State Department Office for Political-Military Affairs and Bureau for Near Eastern Affairs | Office |
| 11/8/02 | Travis Sullivan | Office of Senator Cantwell | East St. Café |
| 11/8/02 | Simon Branler | Office of Senator Corzine | Office |
| 11/20/02 | Erica Striebel | Office of Congressman Crenshaw | Talay Thai |
| 11/20/02 | Jeremy Hekhuis | Senate Armed Services Committee | Office |
| 11/21/02 | John Swering | U.S. Navy International Programs Office | Office |
| 11/22/02 | Matt Klunder | State Department Office for Political-Military Affairs | Kinkeads |
| 11/25/02 | Eric Kjonnerod | National Defense University | Banana Café |
| 12/6/02 | Dan Shapiro | Office of Senator Nelson | Senate Dining Room |
| 12/9/02 | Tom Sams | State Department | Office |
| 12/9/02 | Matt Klunder, Peter Evans | State Department Office for Political-Military Affairs and Bureau for Near East Affairs | Office |
| 12/11/02 | Patti McNerney | Senate Foreign Relations Committee | La Colline |
| 12/12/02 | Steve Moffitt | Office of Senator Nickles | Café Berlin |
| 12/17/02 | Joan Mitchell | Office of Congressman Lahood | Talay Thai |
| 12/18/02 | Charlie Flickner | House Committee on Foreign Operations | Office |
| 12/18/02 | Christian Westerman | State Department Office for Political-Military Affairs | Iron Gate |
| 12/19/02 | Allison Sugarman | Office of Congressman Leach | Tortilla Coast |
| 12/19/02 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna |
| 1/7/03 | Christine Gleichert | Office of Congressman Rahall | Talay Thai |
| 1/8/03 | Joanne Berry | Office of Senator Sarbanes | Office |
| 1/9/03 | Matt Klunder, Amy Coletta, Peter Evans | State Department Office for Political-Military Affairs and Bureau for Near East Affairs | Office |
| 1/13/03 | Mike Hacker | Office of Congressman Dingell | Barolo |
| 1/15/03 | Matt Reynolds | Office of Congressman Dreier | Talay Thai |
| 1/16/03 | Mike Hacker | Office of Congressman Dingell | Office |
| 1/16/03 | Karen Walker, Amy Schedlbauer | State Department Bureau of Near Eastern Affairs | Office |
| 1/23/03 | John Mulligan | Office of Congressman Smith | Office |

**EGYPT**

## Attachment 1 -- Question 12
### October 29, 2002 -- April 28, 2003

| | | | |
|---|---|---|---|
| 1/23/03 | Hillel Weinberg | House International Relations Committee | Office |
| 1/28/03 | Stephanie Lester | Office of Congressman Crane | Talay Thai |
| 1/29/03 | Debbie Bodlander | House International Relations Committee | Office |
| 1/30/03 | Janette Windom | Office of Congressman Kirk | Bullfeathers |
| 1/30/03 | Paul Hulley | Office of Assistant Secretary of Defense | Office |
| 1/31/03 | Yalena Vayenberg | Office of Congresswoman Dunn | Office |
| 2/3/03 | Ur Jaddou | Office of Congresswoman Lofgren | Tortilla Coast |
| 2/3/03 | Larry Velte | Office of the Joint Chiefs of Staff | Art Gallery Grill |
| 2/3/03 | Major General Guy Bourn | Office of Military Cooperation Cairo | Office |
| 2/5/03 | Garrett Grigsby | USAID | Jordan's |
| 2/5/03 | Congressman Levin | U.S. House of Representatives | Office |
| 2/6/03 | Senator Feinstein, Michael Schiffer | Office of Senator Feinstein, U.S. Senate | Office |
| 2/7/03 | Dafna | Office of Senator Lautenberg | Office |
| 2/7/03 | Andrew Parasalitti | Office of Senator Hagel | Senate Dining Room |
| 2/7/03 | Lauren Briggerman | Office of Senator Sarbanes | Office |
| 2/11/03 | Garrett Grigsby | AID | Les Halles |
| 2/12/03 | Tom Mason | Office of Senator Coleman | Office |
| 2/24/03 | Gregg Willhauck | Office of Senator Sununu | Office |
| 2/24/03 | Joanne Berry, Lauren Briggerman | Office of Senator Sarbanes | Office |
| 2/24/03 | Rowdy Yeates | Office of Senator Bennett | Office |
| 2/25/03 | Alice Wells | State Department | Office |
| 2/25/03 | Charles Dujon | Office of Congressman Jackson | Office |
| 2/25/03 | Erin Reif | Office of Congressman LaHood | Office |
| 2/27/03 | Will Painter | Office of Congressman Obey | Office |
| 3/7/03 | Lori Elder | Office of Senator Sarbanes | Tortilla Coast |
| 3/13/03 | Bernadette Kilroy | Office of Senator Alexander | Café Berlin |
| 3/17/03 | Wendy Chamberlin | USAID | Les Halles |
| 3/20/03 | L. Helm | Office of Senator Jeffords | Café Berlin |
| 3/20/03 | Matt Klunder, Amy Coletta | State Department | Office |
| 3/20/03 | Jeremy Hekius | Senate Armed Services Committee | Office |
| 3/20/03 | Mike Walsh | Office of Assistant Secretary of Defense | Office |
| 3/25/03 | Ryan Fisher | Office of Congressman Pence | Office |
| 3/27/03 | Tom Sams | State Department | Garden Café |
| 3/31/03 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna |
| 4/1/03 | Eric Kjonnerod | National Defense University | Starfish Café |
| 4/2/03 | Alice Wells | State Department | Office |
| 4/9/03 | Marcy Kaptur | U.S. House of Representatives | Office |
| 4/15/03 | Beth Tritter | Office of Congresswoman Lowey | Office |
| 4/17/03 | Gregg Willhauck | Office of Senator Sununu | Office |
| 4/21/03 | Todd Houchins | Office of Senator Dayton | Art Gallery Grill |

**EGYPT**

## Attachment 1 -- Question 12
### October 29, 2002 -- April 28, 2003

| | | | |
|---|---|---|---|
| 4/22/03 | Christine Gleichert | Office of Congressman Rahall | Washington Hilton |
| 4/23/03 | Alicia O'donnell | Office of Congressman Bereuter | Office |
| 4/23/03 | Arch Galloway | Office of Senator Sessions | Office |
| 4/23/03 | Mike Swansburg, Gary Woodward | Office of Congressman Linder, Office of Congresswoman Majetter | Tortilla Coast |
| 4/24/03 | Peter Evans | State Department | Froggy Bottom |
| 4/24/03 | Wendy Gnehm | Office of Senator Enzi | Office |
| 4/25/03 | Steve Brophy | Office of Congresswoman Blackburn | Bullfeathers |
| 4/25/03 | Craig Albright | Office of Congressman Knollenberg | Talay Thai |
| 4/25/03 | Amy Coletta | State Department | Office |
| 4/28/03 | Tyson Redpath | Office of Congressman Boehner | Office |
| 4/28/03 | Brian Miller | Office of Congressman Bradley | Office |
| 4/28/03 | Gary Palmquist | Office of Congressman Cardoza | Office |
| 4/28/03 | Rich Dunn | Office of Congressman Chocola | Office |
| 4/28/03 | Benjamin Humphries | Office of Congresswoman DeGetter | Office |
| 4/28/03 | Steve Wilson | Office of Congressman Frelinghuysen | Office |

**PALESTINIANS**

## Attachment 1 -- Question 12
### October 29, 2002 -- April 28, 2003

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 11/1/02 | Flynt Leveret | NSC | Office |
| 11/5/02 | Christine Gleichert | Office of Congressman Rahall | Talay Thai |
| 11/5/02 | David Hale | State Department | Office |
| 11/6/02 | Michell Dunn | NSC | Art Gallery Grill |
| 12/4/02 | David Satterfield | State Department | Office |
| 12/5/02 | Flynt Leveret | NSC | Office |
| 1/6/03 | Travis Sullivan | Office of Senator Cantwell | Office |
| 1/7/03 | Flynt Leveret | NSC | Office |
| 1/7/03 | David Satterfield | State Department | Office |
| 1/8/03 | David Hale | State Department | Office |
| 1/10/03 | Travis Sullivan | Office of Senator Cantwell | Office |
| 1/31/03 | Flynt Leveret | NSC | Office |
| 2/3/03 | John Seggerman | Office of Senator Chafee | Office |
| 2/4/03 | Connie Mayer | State Department | Aroma |
| 2/13/03 | Mike Hacker, Marc Mealy, Craig Albright, David Tebbe | Office of Congressman Dingell, Office of Congressman Meeks, Office of Congressman Knollenberg, Office of Congressman Issa | Hunan Dynasty |
| 2/14/03 | John Seggerman, Andrew Parasiliti | Office of Senator Chafee, Office of Senator Hagel | Office |
| 2/27/03 | David Satterfield | State Department | Office |
| 3/5/03 | Derek Miller | Office of Congressman Balance | Office |
| 3/7/03 | Jeremey Hekhuis | Office of Senator Levin | Office |
| 3/19/03 | David Satterfield | State Department | Office |
| 3/25/03 | Howard Diamond | Office of Congressman Ackerman | Office |
| 3/25/03 | David Hale | Sate Department | Aroma |
| 3/26/03 | Rob Danin | NSC | Office |
| 4/1/03 | David Satterfield | State Department | Office |
| 4/3/03 | Rich Harper | Office of Senator Feinstein | Office |
| 4/3/03 | Michael Shutteloffel | Office of Congressman Janklow | Office |
| 4/10/03 | Rob Danin | NSC | Office |
| 4/15/03 | Chris Bolen | Office of the Vice President | Art Gallery Grill |
| 4/15/03 | David Satterfield | State Department | Office |
| 4/16/03 | Neil Selfring | Office of Representative Wolf | Bullfeathers |
| 4/22/03 | Lynn Rusten | Office of Senator Warner | Office |
| 4/23/03 | Dave Hatcher | State Department | Au Bon Pain |
| 4/23/03 | David Satterfield | State Department | Office |

CRM/ISS REGISTRATION UNIT 2003 MAY 28 PM 3: 59

**PHILIPPINES**

## Attachment 1 -- Question 12
## October 29, 2002 -- April 28, 2003

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 11/7/02 | David Tebbe | Office of Congressman Issa | Talay Thai |
| 11/15/02 | Keith Luse | Senate Foreign Relations Committee | Café Berlin |
| 11/22/02 | Josh Stull, Mike Oscar | Office of Congressman Sherwood and, Office of Senator Specter | Tortilla Coast |
| 1/6/03 | David Tebbe | Office of Congressman Issa | Talay Thai |
| 1/9/03 | Lori Elder | Office of Congressman Hoeffel | Office |
| 1/22/03 | Marcus Dunn | Office of Congressman Miller | Tortilla Coast |
| 1/27/03 | Marc Grossman | State Department | Kinkeads |
| 2/4/03 | Matt Sagely | Office of Congressman Boozman | Subway |
| 3/6/03 | John Shank | House Committee on Foreign Operations | Monmartre |
| 3/25/03 | Stephanie Henning | Senate Foreign Relations Committee | America |
| 3/28/03 | David Tebbe, Amata Radawagen | Office of Congressman Issa, Office of Speaker Hastart | Talay Thai |
| 4/1/03 | Angela Dickey | State Department | Garden Café |
| 4/17/03 | Keith Luse | Senate Foreign Relations Committee | Café Berlin |
| 4/22/03 | Mandy Bowers | Office of Congressman Camp | Longworth Cafeteria |
| 4/22/03 | Michael Schuttloffel | Office of congressman Janklow | Office |
| 4/24/03 | Jeremey Hekhuis | Office of Senator Levin | Office |
| 4/25/03 | Ivan Kaplan | Office of Congressman Baird | Bullfeathers |
| 4/25/03 | Nancy Tippins | Office of Congressman Bonner | Jaleo |

## Attachment 2 – Question 14
### October 29, 2002 – April 28, 2003

*14. (a) During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?*

*If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.*

| Date | Purpose | Amount ($) |
|---|---|---|
| **Embassy of El Salvador** | | |
| 11/18/02 | Retainer | $4,000.00 |
| 12/16/02 | Retainer | 4,000.00 |
| 03/03/03 | Retainer | 8,000.00 |
| 03/20/03 | Retainer | 4,000.00 |
| 04/15/03 | Retainer | 4,000.00 |
| | | **$24,000.00** |
| **Government of Egypt** | | |
| 03/26/03 | Retainer | **$214,750.00** |
| **Government of the Philippines** | | |
| 03/20/03 | Retainer | **$60,000.00** |
| **Palestinian Authority** | | |
| 02/19/03 | Retainer | **$374,982.00** |

**TOTAL.........................................................$673,732.00**

**Attachment 3 – Question 15**
**October 29, 2002 – April 28, 2003**

15.    *Disbursements -- Monies*
       *If yes, set forth below in the required detail and separately for each foreign*
       *principal an account of such monies, including monies transmitted, if any, to each*
       *foreign principal.*


       In response to question 15 the following pages detail monies
       expended as a result of activities on behalf of foreign principals.

       No money was disbursed for El Salvador.

**EGYPT**                    **Attachment 3 -- Question 15**
                            **October 29, 2002 -- April 28, 2003**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|------|--------|-------------|------------------|-------------------------------|
| 10/20/02 | Steve Brophy, Phil Russell | Office of Senator Frist | America | 26.31 |
| 10/30/02 | Allison Sugarman | Office of Congressman Leach | Bullfeathers | 13.07 |
| 10/31/02 | Nancy Tippins | Office of Congressman Callahan | Jaleo | 24.00 |
| 11/6/02 | Wendy Gnehm | Office of Congressman Enzi | La Colline | 28.86 |
| 11/7/02 | Bryn Stewart | Office of Senator Thomas | La Loma | 20.53 |
| 11/8/02 | Travis Sullivan | Office of Senator Cantwell | East St. Café | 20.87 |
| 11/20/02 | Erica Striebel | Office of Congressman Crenshaw | Talay Thai | 15.06 |
| 12/6/02 | Dan Shapiro | Office of Senator Nelson | Senate Dining Room | 13.92 |
| 12/11/02 | Patti McNerney | Senate Foreign Relations Committee | La Colline | 34.56 |
| 12/12/02 | Steve Moffitt | Office of Senator Nickles | Café Berlin | 23.11 |
| 12/17/02 | Joan Mitchell | Office of Congressman Lahood | Talay Thai | 14.52 |
| 12/18/02 | Christian Westerman | State Department Office for Political-Military Affairs | Iron Gate | 15.00 |
| 12/19/02 | Allison Sugarman | Office of Congressman Leach | Tortilla Coast | 11.50 |
| 12/19/02 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna | 16.20 |
| 1/7/03 | Christine Gleichert | Office of Congressman Rahall | Talay Thai | 12.93 |
| 1/13/03 | Mike Hacker | Office of Congressman Dingell | Barolo | 33.00 |
| 1/15/03 | Matt Reynolds | Office of Congressman Dreier | Talay Thai | 17.41 |
| 1/28/03 | Stephanie Lester | Office of Congressman Crane | Talay Thai | 15.35 |
| 1/30/03 | Janette Windom | Office of Congressman Kirk | Bullfeathers | 12.37 |
| 2/3/03 | Ur Jaddou | Office of Congresswoman Lofgren | Tortilla Coast | 12.00 |
| 2/5/03 | Garrett Grigsby | USAID | Jordan's | 16.42 |
| 2/7/03 | Andrew Parasalitti | Office of Senator Hagel | Senate Dining Room | 14.75 |
| 3/7/03 | Lori Elder | Office of Senator Sarbanes | Tortilla Coast | 13.92 |
| 3/13/03 | Bernadette Kilroy | Office of Senator Alexander | Café Berlin | 18.49 |
| 3/17/03 | Wendy Chamberlin | USAID | Les Halles | 62.31 |
| 3/20/03 | L. Heim | Office of Senator Jeffords | Café Berlin | 12.83 |
| 3/27/03 | Tom Sams | State Department | Garden Café | 17.21 |
| 3/31/03 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna | 17.66 |
| 4/1/03 | Eric Kjonnerod | National Defenes University | Starfish Café | 40.00 |
| 4/21/03 | Todd Houchins | Office of Senator Dayton | Art Gallery Grill | 19.92 |
| 4/22/03 | Christine Gleichert | Office of Congressman Rahall | Washington Hilton | 10.83 |
| 4/23/03 | Mike Swansburg, Gary Woodward | Office of Congressman Linder, Office of Congresswoman Majetter | Tortilla Coast | 24.00 |
| 4/24/03 | Peter Evans | State Department | Froggy Bottom | 10.00 |
| 4/25/03 | Craig Albright | Office of Congressman Knollenberg | Talay Thai | 11.85 |
| 4/25/03 | Steve Brophy | Office of Congresswoman Blackburn | Bullfeathers | 12.50 |

TOTAL            **$683.26**

Page 1

**PALESTINIANS**

## Attachment 3 – Question 15
## October 29, 2002 -- April 28, 2003

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|------|--------|--------------|------------------|----------------------------------|
| 11/5/02 | Christine Gleichert | Office of Congressman Rahall | Talay Thai | 14.94 |
| 11/6/02 | Michell Dunn | NSC | Art Gallery Grill | 16.45 |
| 2/4/03 | Connie Mayer | State Department | Aroma | 21.75 |
| 2/13/03 | Mike Hacker, Marc Mealy, Craig Albright, David Tebbe | Office of Congressman Dingell, Office of Congressman Meeks, Office of Congressman Knollenberg, Office of Congressman Issa | Hunan Dynasty | 54.45 |
| 3/25/03 | David Hale | Sate Department | Aroma | 22.73 |
| 4/15/03 | Chris Bolen | Office of the Vice President | Art Gallery Grill | 19.25 |
| 4/16/03 | Neil Selfring | Office of Representative Wolf | Bullfeathers | 13.50 |
| 4/23/03 | Dave Hatcher | State Department | Au Bon Pain | 10.00 |

Total          $173.07

**PHILIPPINES**

## Attachment 3 -- Question 15
## October 29, 2002 -- April 28, 2003

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED (if applicable) |
|---|---|---|---|---|
| 11/7/02 | David Tebbe | Office of Congressman Issa | Talay Thai | 16.45 |
| 11/15/02 | Keith Luse | Senate Foreign Relations Committee | Café Berlin | 14.77 |
| 11/22/02 | Josh Stull, Mike Oscar | Office of Congressman Sherwood and, Office of Senator Specter | Tortilla Coast | 34.00 |
| 1/6/03 | David Tebbe | Office of Congressman Issa | Talay Thai | 19.75 |
| 1/22/03 | Marcus Dunn | Office of Congressman Miller | Tortilla Coast | 12.00 |
| 1/27/03 | Marc Grossman | State Department | Kinkeads | 31.43 |
| 2/4/03 | Matt Sagely | Office of Congressman Boozman | Subway | 6.50 |
| 3/6/03 | John Shank | House Committee on Foreign Operations | Monmartre | 45.69 |
| 3/25/03 | Stephanie Henning | Senate Foreign Relations Committee | America | 13.89 |
| 3/28/03 | David Tebbe, Amata Radawagen | Office of Congressman Issa, Office of Speaker Hastart | Talay Thai | 20.46 |
| 4/1/03 | Angela Dickey | State Department | Garden Café | 24.46 |
| 4/17/03 | Keith Luse | Senate Foreign Relations Committee | Café Berlin | 14.99 |
| 4/22/03 | Mandy Bowers | Office of Congressman Camp | Longworth Cafeteria | 1.35 |
| 4/25/03 | Ivan Kaplan | Office of Congressman Baird | Bullfeathers | 14.00 |
| 4/25/03 | Nancy Tippins | Office of Congressman Bonner | Jaleo | 16.00 |

TOTAL            $285.74

## Attachment 4 – Question 15(c)
### October 29, 2002 – April 28, 2003

15. (c) *During this 6 month reporting period, have from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?*

*If yes, furnish the following information:*

| Amount | Name of Political Organization | Candidate |
|--------|-------------------------------|-----------|
| $50.00 | Democratic Party of Virginia | General |
| $25.00 | Democratic Party of Virginia | General |