**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

OCT 2 8 2003

For Six Month Period Ending _____
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

    **Bannerman & Associates, Inc**

    (b) Registration No.

    **3964**

    (c) Business Address(es) of Registrant

    **888 Sixteenth Street, NW Suite 250
    Washington, D.C. 20006**

2. Has there been a change in the information previously furnished in connection with the following:

    (a)    If an individual:

    |  |  |  |
    |---|---|---|
    | (1) Residence address | Yes ☐ | No ☐ |
    | (2) Citizenship | Yes ☐ | No ☐ |
    | (3) Occupation | Yes ☐ | No ☐ |

    (b)    If an organization:

    |  |  |  |
    |---|---|---|
    | (1) Name | Yes ☐ | No ☒ |
    | (2) Ownership or control | Yes ☐ | No ☒ |
    | (3) Branch offices | Yes ☐ | No ☒ |

    (c)    Explain fully all changes, if any, indicated in items (a) and (b) above.

2003 NOV 26  AM 10: 43
CRIMES/REGISTRATION UNIT

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

    Yes ☐     No ☒

    If yes, have you filed an amendment to the Exhibit C?     Yes ☐     No ☐

    If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?          Yes ☐          No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|------|----------|----------------------|
|      |          |                      |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?          Yes ☐          No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
|      |                   |             |          |              |

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?          Yes ☐          No ☒

If yes, identify each such person and describe his service.

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?          Yes ☒          No ☐

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|------|------------------------|-----------------|
| Tammy M. Sittnick | Employee | 08/01/03 |

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?          Yes ☒          No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
| Jasmin S. Navarro | 1411 North Rolfe St Apt 4 Arlington, VA 22209 | U.S.A | Employee | 11/20/03 |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?          Yes ☒          No ☐

If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

Yes ☐    No ☒

If yes, furnish the following information:

*Name of foreign principal*                                          *Date of termination*

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

Yes ☐    No ☒

If yes, furnish following information:

*Name and address of foreign principal*                              *Date acquired*

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

```
The Arab Republic of Egypt
Embassy of El Salvador
Government of the Philippines
Palestinian Authority
```

10.    **EXHIBITS A AND B**

(a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:

Exhibit A[3]        Yes ☐        No ☒
Exhibit B[4]        Yes ☐        No ☒

If no, please attach the required exhibit.

(b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?        Yes ☐        No ☒

If yes, have you filed an amendment to these exhibits?        Yes ☐        No ☐

If no, please attach the required amendment.

---

2  The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3  The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.

4  The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?    Yes ☒    No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

```
Bannerman & Associates, Inc. employees have held meeting with
members of Congress, congressional staff, and the executive
branch in order to educate them on the needs and concerns of our
clients.  Any issue affecting foreign policy or the relationship
of the U.S. to our clients is of potential interest, including,
but not limited to defense, trade, foreign assistance, and
international visits of government officials.
```

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?    Yes ☒    No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

```
See Attachement 1.
```

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?    Yes ☐    No ☒

If yes, describe fully.

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government aforeign country or a foreign political party.

## IV – FINANCIAL INFORMATION

14. (a)  RECEIPTS-MONIES
During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☒    No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|

See Attachment 2.

$858,696.00
Total

(b)  RECEIPTS - FUND RASING CAMPAIGN
During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?    Yes ☐    No ☒

If yes, have you filed an Exhibit D to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____

(c)  RECEIPTS-THINGS OF VALUE
During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐    No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal
9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a)  **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you
(1)  disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☒          No ☐

(2)  transmitted monies to any such foreign principal?          Yes ☐          No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment 3.

$665.61
Total

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐    No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒    No ☐

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | | | |

See Attachment 4.

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?

  Yes ☐    No ☒

  IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

  If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

| | | | |
|---|---|---|---|
| ☐ Radio or TV broadcasts | ☐ Magazine or newspaper articles | ☐ Motion picture films | ☐ Letters or telegrams |
| ☐ Advertising campaigns | ☐ Press releases | ☐ Pamphlets or other publications | ☐ Lectures or speeches |
| ☐ Internet | ☐ Other (specify) _____ | | |

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

| | | |
|---|---|---|
| ☐ Public Officials | ☐ Newspapers | ☐ Libraries |
| ☐ Legislators | ☐ Editors | ☐ Educational institutions |
| ☐ Government agencies | ☐ Civic groups or associations | ☐ Nationality groups |
| ☐ Other (specify) _____ | | |

21. What language was used in the informational materials:
  ☐ English    ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☐    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
  Yes ☐    No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)

11/25/03

(Type or print name under each signature[13])

*M. D. Banne*

M. Graeme Bannerman

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C. 20530

## NOTICE

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.     Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____ or NO_____X_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.     Do you disseminate any material in connection with your registration:

YES_____or NO_____X_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_____
*Signature*

11/25/03
_____
*Date*

Jasmin S. Navarro
_____
**Please type or print name of
signatory on the line above**

_____
Employee
*Title*

CRM/ISS/REGISTRATION UNIT   2013 NOV 26  AM 10: 44

THIS FORM IS TO BE AN OFFICIAL ATTACHMENT TO YOUR CURRENT
SUPPLEMENTAL STATEMENT - PLEASE EXECUTE IN TRIPLICATE

SHORT-FORM REGISTRATION INFORMATION SHEET

SECTION A

The Department records list active short-form registration
tatements for the following persons of your organization filed
n the date indicated by each name.  If a person is not still
unctioning in the same capacity directly on behalf of the
oreign principal, please show the date of termination.

**Short Form List For Registrant:  Bannerman & Associates, Inc.**

| Last Name | First Name and Other Names | Registration Date | Termination Date | Role |
|-----------|---------------------------|-------------------|------------------|------|
| Abington  | Edward G.                 | 01/07/2000        |                  |      |
| Bannerman | M. Graeme                 | 04/28/1987        |                  |      |
| Higdon    | Sarah                     | 05/29/2001        |                  |      |
| Miner     | William A.                | 03/12/1992        |                  |      |
| Schultz   | Valerie Anne              | 07/31/1996        |                  |      |
| Silvers   | Curtis M.                 | 01/07/2000        |                  |      |
| Strode    | Katherine                 | 11/26/2002        |                  |      |

2003 NOV 26 AM 10: 44
CRM/ISS/REGISTRATION UNIT

*1 Of 1*          *22-Sep-03*

## SECTION B

In addition to those persons listed in Section A, list below
all current employees rendering services directly on behalf of the
foreign principal(s) who have not as yet filed short-form registration
statements.  (Do not list clerks, secretaries, typists or employees
in a similar or related capacity.  If there is some question as to
whether an employee has an obligation to file a short-form, please
address a letter to us describing the activities and connection with
the foreign principal.)

| Name | Function | Date Hired |
|------|----------|------------|
| Jasmin S. Navarro | Government Relations Consultant | 11/20/03 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Signature: *Jasmin S Navarro*                    Date: 11/26/03

Title: Employee

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

12.    *During this 6 month reporting period, have you on behalf of any foreign principal*
*engaged in political activity as defined below?*

In response to question #12, the following persons were contacted
for the purpose of discussing how the relationship between the foreign
principal and the United States could be expanded, and how that expanded
relationship could better serve the interests of the United States and the
foreign principal.    Discussions focused on all facets of the bilateral
relationship including, but not limited to, defense, trade, foreign
assistance, and the international visits of government officials.

No persons were contacted on behalf of El Salvador.

2003 NOV 26  AM 10: 43
CRM/ISS/REGISTRATION UNIT

## Attachment 1 – Question 12
### April 29, 2003 – October 28, 2003

**Philippines**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|-------------|------------------|
| 04/29 | Brad Ayers | Office of Congressman Tiahrt | La Colline |
| 05/05 | Lance Walker | Office of Congressman Jeff Flake | Office |
| 05/09 | Simon Brandler | Office of Senator Jon Corzine | Office |
| 05/14 | Derek Albro | Office of Senator Nickles | Café Berlin |
| 05/28 | Anthony Gostanian | Office of Congressman Calvert | Talay Tai |
| 05/28 | Brent Perry | Office of Senator Allen | Office |
| 05/29 | Travis Sullivan | Office of Senator Cantwell | La Loma |
| 06/04 | David Tebbe | Office of Senator Issa | Office |
| 06/27 | Richard Hertling | Office of Senator Alexander | Café Berlin |
| 07/08 | Jon Desrocher | Department of State | Office |
| 07/11 | Rachel Jones | Senate Budget Committee | La Brasserie |
| 07/14 | Jack Bartling | Office of Senator Bond | East Street Café |
| 09/03 | Brent Perry | Office of Senator Allen | Senate Buffet |
| 09/15 | Andy Olson | Office of Senator Frist | Café Berlin |
| 09/29 | Erica Streibel | Office of Congressman Crenshaw | Bullfeathers |
| 10/07 | Stephanie Henning | House Ways and Means Committee | Barolo |

2003 NOV 26 AM 10: 43
CRM/ISS/REGISTRATION UNIT

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

**Palestinians**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 04/30 | David Hale | NEA/IPA Department of State | Office |
| 05/08 | Paul Sutphin | NEA/RA Department of State | Office |
| 05/12 | David Satterfield | NEA Department of State | Office |
| 05/13 | Ron Schlicher | NEA Department of State | Office |
| 06/02 | Andrew Paraselitti | Office of Senator Hagel | Office |
| 06/04 | Robert Danin | National Security Council | Office |
| 06/04 | Jeremy Hekhius | Office of Senator Levin | Office |
| 06/05 | David Satterfield | NEA Department of State | Office |
| 06/06 | David Hale | NEA/IPA Department of State | Office |
| 06/10 | John Wolf | Department of State | Office |
| 06/11 | Ron Schlicher | NEA Department of State | Aroma Restaurant |
| 06/16 | Jeremy Rabinovitz | Office of Congresswoman Capps | Office |
| 06/16 | Charles Dujon<br>Spencer Freebairn<br>David Tebbe<br>Anthony Gostanian<br>Tom Rice<br>Lars Berger | Office of Congressman Jackson<br>Office of Congressman J. Lewis<br>Office of Congressman Issa<br>Office of Congressman Calvert<br>Office of Congressman Price<br>Office of Congressman McDermott | Hunan Dynasty |
| 06/17 | Rich Harper | Office of Senator Feinstein | Office |
| 06/18 | Congressman John Conyers | U.S. House of Representatives | Office |
| 06/19 | Congressman Barney Frank | U.S. House of Representatives | Office |
| 06/19 | William Burns | NEA Department of State | Office |
| 06/19 | Congressman Brian Baird | U.S. House of Representatives | Office |
| 06/19 | Michael Schuttloffel | Office of Congressman Janklow | Office |
| 06/19 | Congressman Nick Rahall<br>Christine Gliechert | Office of Congressman Rahall | Office |
| 06/19 | Congressman<br>Bob Filner | U.S. House of Representatives | Office |

1

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

## Palestinians

| | | | |
|---|---|---|---|
| 06/20 | Alicia O'Donnell | Office of Congressman Bereuter | Office |
| 06/20 | John Seggerman<br>Rowdy Yeates<br>James Dean<br>Jeremy Hekhius | Office of Senator Chafee<br>Office of Senator Bennett<br>Office of Senator Campbell<br>Senate Armed Service<br>Committee | La Brasserie |
| 06/27 | David Satterfield | NEA Department of State | Office |
| 07/2 | Sharon Waxman | Office of Senator Kennedy | Office |
| 07/08 | Rick Olson | NEA/IPA Department of State | Office |
| 07/16 | Newsha Moraveji<br><br>Jeremy Rabinovitz | Office of Congresswoman<br>Kaptur<br>Office of Congresswoman<br>Capps | Office |
| 07/16 | Robert Danin | National Security Council | Office |
| 07/18 | John Seggerman<br>Kim Savit<br><br>Peter Contostavlos | Office of Senator Chafee<br>Senate Foreign Relations<br>Committee<br>Office of Senator Bill Nelson | Office |
| 07/21 | Anthony Gostanian<br>Jeff Boyd<br>May Chiang<br><br>Nashla Salas<br><br>Laura St. Martin<br>Sinan Kalayoglu<br>David Tebbe<br>Lars Berger | Office of Congressman Calvert<br>Office of Congressman Calvert<br>Office of Congressmen<br>Menendez<br>Office of Congressman<br>Menendez<br>Office of Congressman Gallegly<br>Office of Congressman Lantos<br>Office of Congressman Issa<br>Office of Congressman<br>McDermott | Office |
| 07/21 | Alan Makovsky | House International Relations<br>Committee | Office |
| 07/22 | Jeremy Hekhius | Senate Armed Services<br>Committee | Office |
| 07/23 | Lara Alameh<br><br>Anat Binur<br>Talia Falk<br>Matt Horowitz<br><br>Doug Campbell | House International Relations<br>Committee<br>Office of Congressman Engel<br>Office of Congressman Crowley<br>Office of Congresswoman<br>Berkley<br>Office of Congressman Berman | Office |

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

## Palestinians

| | | | |
|---|---|---|---|
| 08/1 | David Satterfield | NEA Department of State | Office |
| 08/4 | Molly Williamson | Department of Commerce | Office |
| 08/18 | Charles Dunne | INR Department of State | Office |
| 08/18 | David Satterfield | NEA Department of State | Office |
| 08/19 | Lara Alameh | House International Relations Committee | Tortilla Coast |
| 08/22 | Christine Gleichert | Office of Congressman Rahall | Talay Tai |
| 08/25 | David Satterfield | NEA Department of State | Office |
| 08/26 | Jeremy Rabinovitz | Office of Congresswoman Capps | Office |
| 09/09 | David Pearce | US Consul General, Jerusalem | Office |
| 09/11 | Charles Dunne | Department of State | Office |
| 09/15 | John Mulligan | Office Congressman Adam Smith | Office |
| 09/23 | Jennifer Goedke<br><br>Anthony Gostanian | Office of Congresswoman Kaptur<br>Office of Congressman Calvert | Office |
| 09/26 | Lara Alameh<br><br>David Tebbe | House International Relations Committee<br>Office of Congressman Issa | Office |
| 09/26 | John Seggerman<br>Perry Cammack | Office of Senator Chafee<br>Senate Foreign Relations Committee | Office |
| 10/2 | Bill Burns | NEA Department of State | Office |
| 10/8 | Robert Danin | National Security Council | Office |
| 10/09 | Jeremy Hekhius | Senate Armed Services Committee | Office |

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

## Egypt

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 04/30 | Chip Yost | Office of Senator Bennett | America |
| 05/03 | Kim Savit | Senate Foreign Relations Committee | Office |
| 05/05 | Sarah Anderson | Office of Congressman Chocola | Office |
| 05/08 | John Miller | Office of Senator Brownback | Office |
| 05/08 | Dan Shapiro | Office of Senator Nelson | Office |
| 05/09 | Matt Klunder Amy Coletta | PM Department of State NEA Department of State | Office |
| 05/14 | Barry Lasala | Office of Senator Kerry | Office |
| 05/15 | Mel Spence | Office of Congressman Jefferson | McCormick & Schmick |
| 05/19 | Puneet Talwar | Senate Foreign Relations Committee | Monacle |
| 06/10 | Jim Dyer | House Appropriations Committee | Office |
| 06/12 | Chip Yost | Office of Senator Bennet | America |
| 06/19 | Christian Westermann | INR Department of State | Uncommon Market |
| 06/19 | Matt Klunder Amy Coletta | PM Department of State NEA Department of State | Office |
| 06/20 | Senator Jeffords | Office of Senator Jeffords | Office |
| 06/25 | Ron Schlicher | NEA Department of State | Office |
| 06/25 | David Johanson Rob Eplin Derek Albro | Senate Finance Committee Office of Senator Gordon Smith Office of Senator Nickles | Office |
| 07/03 | Jeremy Hekhius | Senate Armed Services Committee | Office |
| 07/09 | Joel Rubin | NEA Department of State | Office |
| 07/21 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna |
| 07/22 | Shannon Smith | Office of Congresswoman Lee | Office |
| 07/22 | Congressman Tim Bishop | U.S. House of Representatives | Office |

2003 NOV 26  AM 10: 44
CRM/MS/REGISTRATION UNIT

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

**Egypt**

| | | | |
|---|---|---|---|
| 07/22 | Congressman Ray LaHood Erin Reif | Office of Congressman LaHood Office of Congressman LaHood | Office |
| 07/22 | Ambassador Welch | Department of State | Office |
| 07/23 | James Bullock | Department of State | Office |
| 07/23 | MacArthur Zimmerman | Office of Congressman Tancredo | Office |
| 07/23 | Congressman Mark Kirk | U.S. House of Representatives | Office |
| 07/24 | Congressman Gregory Meeks | U.S. House of Representatives | Office |
| 07/24 | Congressman Soloman Ortiz | U.S. House of Representatives | Office |
| 07/24 | James Richardson | Office of Congressman Jim Ryun | Office |
| 08/1 | David Tebbe | Office of Congressman Issa | Talay Thai |
| 08/13 | Allison Sugarman | Office of Congressman Jim Leach | Tortilla Coast |
| 08/25 | Lincoln Bloomfield Amy Coletta | PM Department of State | Office |
| 08/26 | Peter Rodman Paul Hulley | ISA Department of Defense | Office |
| 08/29 | Colonel Pat Michaelson, USA | DAT US Embassy in Cairo | Marriott Cairo |
| 08/29 | Paul Desrocher | OMC US Embassy in Cairo | Marriott Cairo |
| 08/29 | Major General Guy Bourn | Senate Armed Services Committee | Marriott Cairo |
| 08/29 | Ambassador David Welch | US Embassy in Cairo | Marriott Cairo |
| 09/01 | Ambassador David Welch | US Embassy in Cairo | Embassy Cairo |
| 09/01 | Ken Ellis | USAID US Embassy in Cairo | Embassy Cairo |
| 09/10 | Steve Grummon | Department of State | Café Asia |
| 09/15 | John Mulligan | Office Congressman Adam Smith | Office |
| 09/15 | Cory Alexander | Office of Senator Hoyer | Office |
| 09/16 | Amy Coletta | PM Department of State | Office |

2

**Attachment 1 – Question 12**
**April 29, 2003 – October 28, 2003**

**Egypt**

| 09/23 | Barry Lasala | Office of Senator Kerry | America |
|-------|-------------|------------------------|---------|
| 09/29 | Ron Schlicher | NEA Department of State | Kinkeads |
| 10/07 | Hillel Weinberg | House International Relations Committee | Office |
| 10/09 | Jeremy Hekhius | Senate Armed Services Committee | Office |
| 10/15 | Mark Helmke | Senate Foreign Relations Committee | Café Berlin |
| 10/15 | Joel Rubin | NEA Department of State | Office |

2003 NOV 26  AM 10: 44
CRM/ISS/REGISTRATION UNIT

## Attachment 2 – Question 14
### April 29, 2003 – October 28, 2003

14. (a) *During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?*

*If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.*

| Date | Purpose | Amount ($) |
|------|---------|------------|
| | **Embassy of El Salvador** | |
| 06/02/03 | Retainer | $4,000.00 |
| 06/17/03 | Retainer | 4,000.00 |
| 07/116/03 | Retainer | 4,000.00 |
| 08/08/03 | Retainer | 4,000.00 |
| 08/08/03 | Retainer | 8,000.00 |
| | | **$24,000.00** |
| | **Government of Egypt** | |
| 09/11/03 | Retainer | **$214,750.00** |
| | **Government of the Philippines** | |
| 06/18/03 | Retainer | **$20,000.00** |
| | **Palestinian Authority** | |
| 05/27/03 | Retainer | $299,964.00 |
| 06/17/03 | Retainer | $299,982.00 |
| | | **$599,946.00** |

**TOTAL……………………………………………..$858,696.00**

**Attachment 3 – Question 15**
**April 29, 2003 – October 28, 2003**

15.    *Disbursements – Monies*

*If yes, set forth below in the required detail and separately for each foreign principal an account of each monies, including monies transmitted, if any, to each foreign principal.*

In response to question 15 the following pages detail monies expended as a result of activities on behalf of foreign principals.

No money was disbursed for El Salvador.

**Attachment 3 – Question 15**
**April 29, 2003 – October 28, 2003**

<u>Palestinians</u>

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|---|---|---|---|---|
| 06/11 | Ron Schlicher | NEA Department of State | Aroma Restaurant | 30.00 |
| 06/16 | Chalres Dujon<br>Spencer Freebairn<br>David Tebbe<br>Anthony Gostanian<br>Tom Rice<br>Lars Berger | Office of Congressman Jackson<br>Office of Congressman J. Lewis<br>Office of Congressman Issa<br>Office of Congressman Calvert<br>Office of Congressman Price<br>Office of Congressman McDermott | Hunan Dynasty | $71.16 |
| 06/20 | James Dean<br>Rowdy Yates<br>John Seggerman | Office of Senator Campbell<br>Office of Senator Bennett<br>Office of Senator Chafee | La Brasserie | $97.98 |
| 08/19 | Lara Alameh | House International Relations Committee | Tortilla Coast | $14.76 |
| 08/22 | Christine Gleichert | Office of Congressman Rahall | Talay Tai | $12.92 |

**Total:**  **$226.82**

2003 NOV 26  AM 10: 44
CRM/ISS/REGISTRATION UNIT

**Attachment 3 – Question 15**
**April 29, 2003 – October 28, 2003**

**Egypt**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|---|---|---|---|---|
| 04/30 | Chip Yost | Office of Senator Bennett | America | $21.50 |
| 05/15 | Mel Spence | Office of Congressman Jefferson | McCormick & Schmick | $28.57 |
| 05/19 | Puneet Talwar | Senate Foreign Relations Committee | Monacle | $24.19 |
| 06/12 | Chip Yost | Office of Senator Bennett | America | $17.40 |
| 06/19 | Christian Westermann | Department of State | Uncommon Market | $15.53 |
| 07/21 | Craig Albright | Office of Congressman Knollenberg | Greek Taverna | $15.24 |
| 08/1 | David Tebbe | Office of Congressman Issa | Talay Thai | $13.40 |
| 08/13 | Allison Sugarman | Office of Congressman Jim Leach | Tortilla Coast | $11.60 |
| 09/10 | Steve Grummon | Department of State | Café Asia | $18.40 |
| 09/23 | Barry Lasala | Office of Senator Kerry | America | $18.00 |
| 09/29 | Ron Schlicher | NEA Department of State | Kinkeads | $23.65 |
| 10/15 | Mark Helmke | Senate Foreign Relations Committee | Café Berlin | $12.43 |

**Total:**         **$219.91**

2003 FEB 26 AM 10: 44
CRM/ISS/REGISTRATION UNIT

1

**Attachment 3 – Question 15**
**April 29, 2003 – October 28, 2003**

**Philippines**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|------|--------|--------------|------------------|-----------------|
| 04/29 | Brad Ayers | Office of Congressman Tiahrt | La Colline | $34.83 |
| 05/14 | Derek Albro | Office of Senator Nickles | Café Berlin | $9.45 |
| 05/28 | Anthony Gostanian | Office of Congressman Calvert | Talay Tai | $12.77 |
| 05/29 | Travis Sullivan | Office of Senator Cantwell | La Loma | $13.50 |
| 06/27 | Richard Hertling | Office of Senator Alexander | Café Berlin | $23.22 |
| 07/11 | Rachel Jones | Senate Budget Committee | La Brasserie | $27.70 |
| 07/14 | Jack Bartling | Office of Senator Bond | East Street Café | $13.94 |
| 09/03 | Brent Perry | Office of Senator Allen | Senate Buffet | $12.25 |
| 09/15 | Andy Olson | Office of Senator Frist | Café Berlin | $28.31 |
| 09/29 | Erica Streibel | Office of Congressman Crenshaw | Bullfeathers | $13.19 |
| 10/07 | Stephanie Henning | House Ways and Means Committee | Barolo | $29.72 |

**Total:**          **$218.88**

**Attachment 4 – Question 15(c)**
**April 29, 2003 – October 28, 2003**

15. (c) *During this 6 month reporting period, have from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?*

*If yes, furnish the following information:*

| Amount | Name of Political Organization | Candidate |
|--------|-------------------------------|-----------|
| $50.00 | Democratic Party of Virginia | General |
| $25.00 | Republican Party of Virginia | General |
| $100.00 | Democratic Presidential Nominee | Howard Dean |

2003 NOV 26 AM 10: 44
CRM/ISS/REGISTRATION UNIT