**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending **APR 2 8 2004**

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   Bannerman & Associates, Inc

   (b) Registration No.

   3964

   (c) Business Address(es) of Registrant

   888 Sixteenth Street, NW Suite 250
   Washington, D.C. 20006

2. Has there been a change in the information previously furnished in connection with the following:

   (a) If an individual:
   |  |  |  |
   |---|---|---|
   | (1) Residence address | Yes ☐ | No ☐ |
   | (2) Citizenship | Yes ☐ | No ☐ |
   | (3) Occupation | Yes ☐ | No ☐ |

   (b) If an organization:
   |  |  |  |
   |---|---|---|
   | (1) Name | Yes ☐ | No ☒ |
   | (2) Ownership or control | Yes ☐ | No ☒ |
   | (3) Branch offices | Yes ☐ | No ☒ |

   (c) Explain fully all changes, if any, indicated in items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐      No ☒

   If yes, have you filed an amendment to the Exhibit C?      Yes ☐      No ☐

   If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?     Yes ☐     No ☒

If yes, furnish the following information:

Name                          Position                              Date Connection Ended


(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|


5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interest~ ~ny foreign principal?
     Yes ☐     No ☒

If yes, identify each such person and describe his service.


(b) Have any employee or individuals, who have filed a short form registration statement, term~ ~d their employment or connection with the registrant during this 6 month reporting?     Yes ☒          ☐

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|---|---|---|
| Valerie Schultz | Employee | 04/30/04 |

(c) During ~ is six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendere~ or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|
| Christel Poelman<br>919 Highland Drive<br>Silver Spring, MD 20910 | | U.S. | Employee | 01/02/04 |


6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?     Yes ☒     No ☐

If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

    Yes ☐         No ☒

If yes, furnish the following information:

*Name of foreign principal*                                              *Date of termination*


8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

    Yes ☒         No ☐

If yes, furnish following information:

*Name and address of foreign principal*                                  *Date acquired*

```
Kestral Trading Company                                11/01/03
Suit # 8, Ground Floor
Sir Agha Khan Road
F-5/1, Islamabad, Pakistan
```

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

```
The Arab Republic of Egypt
Embassy of El Salvador
Government of the Philippines
Palestinian Authority
```

10.    **EXHIBITS A AND B**

    (a)    Have you filed for each of the newly acquired foreign principals in Item 8 the following:

           Exhibit A[3]          Yes ☒          No ☐
           Exhibit B[4]          Yes ☐          No ☐

           If no, please attach the required exhibit.

    (b)    Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?          Yes ☐          No ☐

           If yes, have you filed an amendment to these exhibits?          Yes ☐          No ☐

           If no, please attach the required amendment.

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)).  A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?          Yes ☒          No ☐

If yes, identify each such foreign principal and describe in full detail your activities and services:

```
Bannerman & associates, Inc employees have held meetings with
members of Congress, congressional staff, and the executive
branch in order to educate them on the needs and concerns of
our clients.  Any issue affecting foreign policy or the relation-
ship of the U.S. to our clients is of potential interest,
including, but not limited to defense, trade, foreign assistance,
and international visits of government officials.
```

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?          Yes ☒          No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

```
See attachment 1.
```

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?          Yes ☐          No ☒

If yes, describe fully.

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government aforeign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☐    No ☐

If no, explain why.

```
See Attachment 2.
```

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
|      |           |         |        |
|      |           |         | $571,020.00 |
|      |           |         | Total |

(b) **RECEIPTS - FUND RAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?    Yes ☐    No ☒

If yes, have you filed an Exhibit D to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____.

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐    No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---------------------------|---------------|-------------------------------|---------|
|                           |               |                               |         |

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

**15. (a)  DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1)  disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?　　　　Yes ☒　　　　No ☐

(2)  transmitted monies to any such foreign principal?　　　　Yes ☐　　　　No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.


If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|

See Attachment 3.

|  |
|--|
| $559.32 |

Total

(b)  **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes ☐   No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | | | |

(c)  **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?
    Yes ☐    No ☒

    IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☐ Radio or TV broadcasts        ☐ Magazine or newspaper articles        ☐ Motion picture films        ☐ Letters or telegrams

    ☐ Advertising campaigns        ☐ Press releases        ☐ Pamphlets or other publications        ☐ Lectures or speeches

    ☐ Internet        ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public Officials        ☐ Newspapers        ☐ Libraries
    ☐ Legislators        ☐ Editors        ☐ Educational institutions
    ☐ Government agencies        ☐ Civic groups or associations        ☐ Nationality groups

    ☐ Other (specify) _____

21. What language was used in the informational materials:
    ☐ English        ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☐    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☐    No ☐

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI—EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)

(Type or print name under each signature[13])

05/21/04

M. Graeme Bannerman

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C. 20530

**NOTICE**

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1.    Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

YES_____ or NO_____X_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2.    Do you disseminate any material in connection with your registration:

YES_____ or NO_____X_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)


_Jasmin Navarro_
**Signature**

05/26/04
**Date**


Jasmin Navarro
**Please type or print name of
signatory on the line above**


_government relations consultant_
**Title**

THIS FORM IS TO BE AN OFFICIAL ATTACHMENT TO YOUR CURRENT
SUPPLEMENTAL STATEMENT - PLEASE EXECUTE IN TRIPLICATE

<u>SHORT-FORM REGISTRATION INFORMATION SHEET</u>

<u>SECTION A</u>

The Department records list active short-form registration
statements for the following persons of your organization filed
on the date indicated by each name.  If a person is not still
functioning in the same capacity directly on behalf of the
foreign principal, please show the date of termination.

Short Form List For Registrant: Bannerman & Associates, Inc.

| Last Name | First Name and Other Names | Registration Date | Termination Date | Role |
|-----------|---------------------------|-------------------|------------------|------|
| Abington | Edward G. | 1/7/00 | | |
| Bannerman | M. Graeme | 4/28/87 | | |
| Higdon | Sarah | 5/29/01 | | |
| Miner | William A. | 3/12/92 | | |
| Navarro | Jasmin S. | 12/19/03 | | |
| Schultz | Valerie Anne | 7/31/96 | | |
| Silvers | Curtis M. | 1/7/00 | | |

04/30/04

## SECTION B

In addition to those persons listed in Section A, list below all current employees rendering services directly on behalf of the foreign principal(s) who have not as yet filed short-form registration statements.  (Do **not** list clerks, secretaries, typists or employees in a similar or related capacity.  If there is some question as to whether an employee has an obligation to file a short-form, please address a letter to us describing the activities and connection with the foreign principal.)

| Name | Function | Date Hired |
|------|----------|-----------|
| Christel Poelman | Government Relations Consultant | 05/18/04 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Signature: _Jamin Nauss_                              Date: 05/26/04

Title: Government Relations Consultant

**Attachment 1 – Question 12**
**October 28, 2003 – April 28, 2004**

12.   *During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity as defined below?*

In response to question #12, the following persons were contacted for the purpose of discussing how the relationship between the foreign principal and the United States could be expanded, and how that expanded relationship could better serve the interests of the United States and the foreign principal. Discussions focused on all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and the international visits of government officials.

No persons were contacted on the behalf of El Salvador.

## Attachment 1 – Question 12
## October 28, 2003 – April 28, 2004

<u>Egypt</u>

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|---|---|---|---|
| 10/30/03 | General Guy Bourne | OMC | Lunch |
| 11/3/03 | Ben Zogby | Office of Congressman Rahall | Lunch |
| 11/04/03 | John Mulligan | Office of Adam Smith | Office |
| 11/05/03 | Paul Hulley | OSD/ISA/NESA Assistant Office Director | Office |
| 11/07/03 | Christian Westermann | Analyst INR, Department of State | Lunch |
| 11/13/03 | Tricia Geringer | Office of Congressman Radanovich | Lunch |
| 11/14/03 | David Satterfield | Department of State | Office |
| 11/19/03 | Tom Sams | Department of State | Office |
| 12/12/03 | Paul Thanos | Office of Senator Cantwell | Lunch |
| 12/15/03 | Jeremy Heckius | Senate Armed Services Committee | Office |
| 01/06/04 | Joel Rubin Tom Sams | NEA, Department of State | Office |
| 01/08/04 | Peter Erdman | House Financial Services Committe | Lunch |
| 01/08/04 | Adam Peterman<br><br>Alan Tennille<br><br>Kimberly Nelson<br><br>Jill Kosch<br>Eric Bergren<br><br>Tom Rice<br><br>Mischa Thompson<br><br>Matthew Sonnesyn<br><br>Anthony Reed<br><br>Youshea Berry | Office of Congressman Ramstad<br>Office of Conrgressman Weller<br>Office of Senator Cochran<br>Office of Senator Hagel<br>Office of Congressman Lewis<br>Office of Congressman Cramer<br>Office of Congressman Meeks<br>Office of Senator Alexander<br>Office of Congressman Hastert<br>Office of Congressman Rangel | Office |

| | | | |
|---|---|---|---|
| 01/14/04 | General Guy Bourn, USA Col Pat Michaelson, USA | Director, OMC Cairo Defense Attache | U.S. Embassy Cairo, Egypt |
| 01/15/04 | Kenneth Ellis | AID Director, Cairo | U.S. AID Office, Cario, Egypt |
| 01/15/04 | John Desrocher | Department of State | Office |
| 02/04/04 | CDR Hesham Islam | N-521 Director, Department of State | Office |
| 02/06/04 | Sean Mulvaney | Office Congressman Kolbe | Lunch |
| 02/13/04 | Christian Westermann | Analyst, Department of State INR | Lunch |
| 02/17/04 | Ken Edmonds | Office Congressman Jackson, Jr | Lunch |
| 02/17/04 | Craig Albright | Office Congressman Knollenberg | Office |
| 02/18/04 | Will Painter | Office Congressman Obey | Lunch |
| 02/20/04 | Frank Ruggiero | PM, Department of State | Lunch |
| 02/25/04 | Barry Lasala | Senate Committee on Small Business | Office |
| 03/01/04 | RearAdmiral Mark Milikan | Director, Navy IPO | Office |
| 03/16/04 | Jim Dyer | House Appropriations Committee | Lunch |
| 3/17/04 | Jill Kosch | Office of Senator Hagel | Lunch |
| 3/18/04 | Nate Graham | Office of Senator Bennett | Office |
| 3/18/04 | Josh Tzucker | Office of Congressman Dingell | Lunch |
| 03/22/04 | Greg Wilhauck | Office Senator Sununu | Office |
| 03/23/04 | Michael Schiffer | Office Senator Feinstein | Office |
| 03/24/04 | Charlie Flickner | House Appropriations Committee | Office |
| 3/25/04 | Eric Bergren | Office of Congressman Lewis | Lunch |
| 03/26/04 | Chrysten Alston Eads | Office Senator Inouye | Office |
| 03/31/04 | Bill Schuerch | Treasury Department | Lunch |
| 03/31/04 | Dan Shapiro | Office Senator Nelson | Lunch |
| 04/14/04 | Christian Westermann | Analyst INR, Department of State | Office |
| 04/15/04 | Craig Albright | Office Congressman Knollenberg | Lunch |
| 04/16/04 | Wendy Gnehm | Office of Senator Enzi | Lunch |
| 04/26/04 | Col Michael Shalak | OJCS/J-5/MEAF | Office |

**Attachment 1 – Question 12**
**October 28, 2003 – April 28, 2004**

**Palestinians**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 10/29/03 | Robert Danin | Near East Director National Security Council | Office |
| 10/31/03 | Richard Olson | Director, NEA/IPA, Department of State | Office |
| 11/19/03 | Charles Dunne | Policy Planning, Department of State | Lunch |
| 11/20/03 | David Satterfield | Deputy AS, NEA, Department of State | Office |
| 12/04/03 | Charlotte Oldhan Moore | Office of Senator Boxer | Office |
| 12/05/03 | David Satterfield | Deputy AS, NEA, Department of State | Office |
| 12/29/03 | Connie Mayer | Analyst ME, Department of State | Office |
| 01/06/04 | Robert Danin | Near East Director, National Security Council | Office |
| 01/09/04 | Congresswoman Capps | U.S. House of Representatives | Office |
| 01/15/04 | David Satterfield | NEA, Department of State | Office |
| 01/21/04 | Don Bloom | NEA/IPA, Department of State | Office |
| 01/23/04 | Sean Moore | Office of Senator Boxer | Office |
| 02/09/04 | Congressman Waxman | U.S. House of Represenatives | Office |
| 02/10/04 | David Satterfield | Department of State | Office |
| 02/11/04 | Congressman McCollum | U.S. House of Represenatatives | Office |
| 02/11/04 | Congressman Wexler | U.S. House of Representative | Office |
| 02/11/04 | Congressman Berman | U.S. House of Representatives | Office |
| 2/12/04 | Congressman Barney Frank | U.S. House of Representatives | Office |
| 2/12/04 | Congressman Houghton | U.S. House of Representatives | Office |

| 2/12/04 | Congressman Price | U.S. House of Representatives | Office |
|---------|-------------------|------------------------------|--------|
| 2/12/04 | Congresswoman Schakowsky | U.S. House of Representatives | Office |
| 2/12/04 | Senator Chafee | U.S. House of Representatives | Office |
| 02/19/04 | Robert Danin | National Security Council | Office |
| 03/01/04 | Dan Shapiro | Office of Senator Nelson | Office |
| 03/01/04 | Dan Shapiro | Office of Senator Nelson | Office |
| 03/02/04 | Don Bloom | NEA/IPA, Department of State | Office |
| 03/17/04 | David Satterfield | NEA, Department od State | Office |
| 03/19/04 | Matt Sonnesyn | Office of Senator Alexander | Lunch |
| 03/23/04 | Kimberly Nelson | Office of Senator Cochran | Lunch |
| 03/24/04 | Jack Bartling | Office of Senator Bond | Lunch |
| 03/26/04 | David Satterfield | NEA, Department of State | Office |
| 03/28/04 | David Bloom | NEA/IPA, Department of State | Office |
| 04/14/04 | Steve Brophy | Office of Congresswoman Blackburn | Lunch |

**Attachment 1 – Question 12**
**October 28, 2003 – April 28, 2004**

<u>Philippines</u>

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 11/04/03 | Stephanie Lester | House Ways and Means Committee | Lunch |
| 11/19/03 | Congressman Darrell Issa | U.S. House of Represenatives | Office |
| 12/19/03 | Keith Luse | Senate Foreign Relations Committee | Lunch |
| 01/21/04 | Keith Luse | Senate Foreign Relations Committee | Office |
| 01/27/07 | David Tebbe | Office of Congressman Darryl Issa | Lunch |
| 02/25/04 | Paul Wickberg | Department of State | Office |
| 03/03/04 | Joe Musamelli | Department of State | Office |
| 04/13/04 | Stephanie Henning | House Ways and Means Committee | Lunch |
| 04/14/04 | Charles Dujon | Office Congressman Jesse Jackson, Jr. | Lunch |
| 04/14/04 | Steve Brophy | Office of Congresswoman Blackburn | Lunch |
| 04/26/04 | Andy Olson | Office of Senator Frist | Lunch |

**Attachment 1 – Question 12**
**October 28, 2003 – April 28, 2004**

<u>**Kestral Trading Company**</u>

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING |
|------|--------|--------------|------------------|
| 12/11/03 | DCR Doug Allen | Pakistan Desk Officer, Navy IPO | Office |
| 03/01/04 | Mark Millikan | Director, Navy IPO | Lunch |

## Attachment 2 – Question 14
### October 28, 2003 –April 28, 2004

14. (a) *During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?*

*If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.*

| Date | Purpose | Amount ($) |
|------|---------|-----------|
| **Embassy of El Salvador** | | |
| 11/20/03 | Retainer | $4,000.00 |
| 01/03/04 | Retainer | 4,000.00 |
| 02/09/04 | Retainer | 4,000.00 |
| 02/15/04 | Retainer | 4,000.00 |
| 03/12/04 | Retainer | 4,000.00 |
| 04/15/04 | Retainer | 4,000.00 |
| 05/11/04 | Retainer | 4,000.00 |
| | | **$ 28,000.00** |
| **Government of Egypt** | | |
| 03/15/04 | Retainer | **$ 214,750.00** |
| | | **$ 214,750.00** |
| **Government of the Philippines** | | |
| **No Payment** | | |
| **Palestinian Authority** | | |
| 04/26/04 | Retainer | **$299,982.00** |
| | | **$299,982.00** |
| **Kestral Trading Company** | | |
| 01/16/04 | Retainer | $9,985.00 |
| 03/09/04 | Retainer | 9,985.00 |
| 04/30/04 | Retainer | 8,318.00 |
| | | **$28,288.00** |

**TOTAL....................................................$ 571,020.00**

**Attachment 3 – Question 15**
**October 28, 2003 – April 28, 2004**

15.    *Disbursements – Monies*

*If yes, set forth below in the required detail and separately for each foreign principal an account of each monies, including monies transmitted, if any, to each foreign principal.*

In response to question 15 the following pages detail monies expended as a result of activities on behalf of foreign principals.

No money was disbursed for El Salvador.

**Attachment 3 – Question 15**
**October 28, 2003 – April 28, 2004**

**Egypt**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|---|---|---|---|---|
| 10/30/03 | General Guy Bourne | OMC | Lunch | $19.13 |
| 11/3/03 | Ben Zogby | Office of Congressman Rahall | Lunch | $14.90 |
| 11/04/03 | John Mulligan | Office of Adam Smith | Lunch | $14.25 |
| 11/13/03 | Tricia Geringer | Office of Congressman Radanovich | Lunch | $20.25 |
| 12/12/03 | Paul Thanos | Office of Senator Cantwell | Lunch | $13.31 |
| 01/08/04 | Peter Erdman | House Financial Services Committee | Lunch | $15.72 |
| 02/06/04 | Sean Mulvaney | Office of Congressman Kolbe | Lunch | $15.70 |
| 02/13/04 | Christian Westermann | Analyst INR, Department of State | Lunch | $15.57 |
| 02/17/04 | Ken Edmonds | Office Congressman Jackson, Jr | Lunch | $12.85 |
| 02/18/04 | Will Painter | Office Congressman Obey | Lunch | $15.40 |
| 02/20/04 | Frank Ruggiero | PM, Department of State | Lunch | $18.79 |
| 03/16/04 | Jim Dyer | House Appropriations Committee | Lunch | $25.65 |
| 3/17/04 | Jill Kosch | Office of Senator Hagel | Lunch | $7.60 |
| 03/18/04 | Josh Tzucker | Congressman Dingell | Lunch | $12.75 |
| 03/23/04 | Michael Schiffer | Office Senator Feinstein | Lunch | $11.95 |
| 03/24/04 | Charlie Flickner | House Appropriations Committee | Lunch | $18.78 |
| 3/25/04 | Eric Bergren | Office of Congressman Lewis | Lunch | $15.57 |
| 03/26/04 | Chrysten Alston Eads | Office Senator Inouye | Lunch | $19.36 |
| 03/31/04 | Bill Schuerch | Treasury Department | Lunch | $21.15 |
| 03/31/04 | Dan Shapiro | Office Senator Nelson | Lunch | $21.90 |
| 04/15/04 | Craig Albright | Office Congressman Knollenberg | Lunch | $15.98 |
| 04/16/04 | Wendy Gnehm | Office of Senator Enzi | Lunch | $21.28 |

**Total:**    **$367.84**

**Attachment 3 – Question 15**
**October 28, 2003 – April 28, 2004**

**Palestinians**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|------|--------|-------------|------------------|-----------------|
| 11/19/03 | Charles Dunne | Policy Planning, Department of State | Lunch | $15.50 |
| 03/19/04 | Matt Sonnesyn | Office of Senator Alexander | Lunch | $18.35 |
| 03/23/04 | Kimberly Nelson | Office of Senator Cochran | Lunch | $12.16 |
| 03/24/04 | Jack Bartling | Office of Senator Bond | Lunch | $14.24 |
| 04/14/04 | Steve Brophy | Office of Congresswoman Blackburn | Lunch | $17.27 |

**Total: $77.52**

**Attachment 3 – Question 15**
**October 28, 2003 – April 28, 2004**

**Philippines**

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | AMOUNT EXPENDED |
|---|---|---|---|---|
| 11/04/03 | Stephanie Lester | House Ways and Means Committee | Lunch | $16.20 |
| 12/19/03 | Keith Luse | Senate Foreign Relations Committee | Lunch | $17.08 |
| 01/27/07 | David Tebbe | Office of Congressman Issa | Lunch | $18.15 |
| 04/13/04 | Stephanie Henning | House Ways and Means Committee | Lunch | $1.25 |
| 04/14/04 | Charles Dujon | Office Congressman Jackson, Jr. | Lunch | $16.42 |
| 04/14/04 | Steve Brophy | Office of Congresswoman Blackburn | Lunch | $17.27 |
| 04/26/04 | Andy Olson | Office of Senator Frist | Lunch | $13.60 |

**Total:  $99.96**

**Attachment 3 – Question 15**
**October 28, 2003 – April 28, 2004**

<u>Kestral Trading Company</u>

| DATE | PERSON | TITLE/OFFICE | PLACE OF MEETING | Amount Expended |
|------|--------|--------------|------------------|-----------------|
| 12/11/03 | DCR Doug Allen | Pakistan Desk Officer, Navy IPO | Lunch | $14.00 |

**Total: $14.00**

**Attachment 4 – Question 15(c)**
**October 28, 2003 – April 28, 2004**

15. (c) *During this 6 month reporting period, have from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?*

*If yes, furnish the following information:*

| Amount | Name of Political Organization | Candidate |
|--------|-------------------------------|-----------|
| $50.00 | Democratic Party of Virginia | General |
| $1000.00 | Friends of Dick Lugar | General |
| $100.00 | Democratic Presidential Nominee | Howard Dean |