UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

                Plaintiffs,
v.                                                      Civ. No. 04-00397-GBD

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

## DECLARATION OF DAVID J. STRACHMAN

I, David J. Strachman, declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am counsel for the plaintiffs in the above-captioned case.

    2.    I was counsel for the plaintiffs in *Ungar v. Palestinian Authority*, Civ. No. 00-105L (D.R.I.). Attached hereto as Exhibit 1 are all the documents evidencing the jurisdictional contacts of the PA and PLO that were submitted to the Ungar court and relied upon and referred to in *Ungar v. Palestinian Authority*, 325 F.Supp. 2d 15 (D.R.I. 2004).

    3.    Exhibits C, D and E to Plaintiffs' Memorandum in Opposition to Defendants' Renewed Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2) ("Plaintiffs' Memo"), respectively, are copies of Hassan Abdel Rahman's business card identifying him as "Chief Representative" to the "Palestine Liberation Organization" and the "Palestine National Authority", a letter written by Hassan Abdel Rahman to Congressman Abercrombie in which he identifies himself as "Chief Representative of the PLO and PNA", and a letter sent to Hassan Abdel Rahman by Richard C. Massey of the United States Department of State identifying him as "Chief Representative PLO & PNA".

<mark>Case 1:04-cv-00397-GBD-RLE   Document 84   Filed 05/28/10   Page 2 of 10</mark>

4. Exhibit F to Plaintiffs' Memo is a copy of a contract between the PA and Bannerman Associates.

5. Exhibits G-L to Plaintiffs' Memo are copies of the relevant FARA reports Bannerman & Associates filed with the Department of Justice.

6. During the six-month period ending in September 1998, defendants' D.C. office received $226,936.674 from the PA's Ministry of Finance, spent $141,498.78 and engaged in 14 interviews, speeches and other public events, only two of which could be considered "government contacts." Exhibit 2.

7. During the six-month period ending in March 1999, defendants' D.C. office received $142,319.66 from the PA's Ministry of Finance, spent $199,247.66 and engaged in 13 interviews, speeches and other public events, only three of which could be considered "government contacts." Exhibit 3.

8. During the six-month period ending in September 1999, defendants' D.C. office received $352,894.79 from the PA's Ministry of Finance, spent $263,824.53 and engaged in 20 interviews, speeches and other public events, only one of which could be considered a "government contact." Exhibit 4.

9. During the six-month period ending in March 2000, defendants' D.C. office received $125,838.84 from the PA's Ministry of Finance, spent $215,846.53 and engaged in 15 interviews, speeches and other public events, only four or possibly five of which could be considered "government contacts." Exhibit 5.

10. During the six-month period ending in September 2000, defendants' D.C. office received $384,238.47 from the PA's Ministry of Finance, spent $300,698.66 and engaged in 19

<mark>2</mark>

interviews, speeches and other public events, none of which could be considered a "government contact." Exhibit 6.

11. During the six-month period ending in March 2001, defendants' D.C. office received $169,026.93 from the PA's Ministry of Finance, spent $250,816.95 and engaged in 27 interviews, speeches and other public events, only two of which could be considered "government contacts." Exhibit 7.

12. During the six-month period ending in September 2001, defendants' D.C. office received $211,381.60 from the PA's Ministry of Finance, spent $214,502.83 and engaged in 18 interviews, speeches and other public events, only two of which could be considered "government contacts." Exhibit 8.

13. For the six-month period ending in March 2002, defendants' D.C. office failed to report its income, expenditures or activities because its papers were in storage. Exhibit 9.

14. During the six-month period ending in September 2002, defendants' D.C. office received $201,655.91 from the PA's Ministry of Finance, spent $92,237.66 and engaged in 23 interviews, speeches and other public events, only two of which could be considered "government contacts." Exhibit 10.

15. During the six-month period ending in March 2003, defendants' D.C. office received $431,828.50 from the PA's Ministry of Finance, spent $296,128.60 and engaged in 10 interviews, speeches and other public events, only one of which could (possibly) be considered a "government contact." Exhibit 11.

16. During the six-month period ending in September 2003, defendants' D.C. office received $417,994.52 from the PA's Ministry of Finance, spent $418,666.34 and engaged in 21

interviews, speeches and other public events, only five or six of which could be considered "government contacts." Exhibit 12.

17. Exhibit K to Plaintiffs' Memo is a Nexis database transcript of a hearing before the Labor, Health and Human Services, Education and Related Agencies Subcommittee of the Senate Appropriations Committee on October 30, 2003.

18. A search of the Nexis database shows that between January 1998-January 2004 Hassan Abdel Rahman appeared in the following 158 broadcasts, reports and public events:

| Date | Event |
|---|---|
| October 15, 2003 | CNN "Paula Zahn Now" interview |
| September 13, 2003 | CNN "Morning News" interview |
| September 12, 2003 | Fox News Channel "Fox News Live" interview |
| June 14, 2003 | Fox News Channel "Fox & Friends Saturday" interview |
| June 11, 2003 | Fox News Channel "On the Record with Greta Van Susternen" interview |
| June 11, 2003 | Fox News Channel "On the Record with Greta Van Susternen" interview |
| June 2, 2003 | Syndicated Radio "Diane Rehm Show" interview |
| June 2, 2003 | Spoke at a meeting of the City Club of Cleveland |
| March 5, 2003 | "MSNBC Countdown: Iraq" guest appearance |
| May 30, 2003 | CNN "Live from the Headlines" interview |
| May 26, 2003 | MSNBC "Buchanan & Press" interview |
| May 26, 2003 | ABC "World News this Morning" interview |
| May 26, 2003 | CNN "Headline News" interview |
| May 25, 2003 | ABC "This Week" guest appearance |
| May 20, 2003 | Fox News Channel "Fox News Live" interview |
| May 19, 2003 | CNBC "Sp. Report with Maria Bartiromo" interview |
| May 18, 2003 | Fox "At Large with Geraldo Riveria" interview |
| March 5, 2003 | MSNBC "Countdown: Iraq" guest appearance |
| February 27, 2003 | CNBC "News with Brian Williams" guest appearance |
| December 17, 2002 | Fox News Channel "Fox News Live" interview |
| November 27, 2002 | CNN "Insight" interview |
| October 5, 2002 | CNN "CNN Saturday Night" interview |
| September 23, 2002 | MSNBC "Buchanan & Press" interview |
| September 22, 2002 | CNN "Sunday Morning" interview |
| September 19, 2002 | Fox News Channel "On The Record with Greta Van Susternen" interview |
| July 23, 2002 | Fox News Channel "Fox News Live" interview |
| July 14, 2002 | Associated Press interview from Washington, D.C. |

4

| Date | Event |
|---|---|
| June 27, 2002 | CNBC "Early Today" guest appearance |
| June 26, 2002 | NBC "Nightly News" guest appearance |
| June 25, 2002 | Fox "News Live" interview |
| June 24, 2002 | NPR "All Things Considered" interview |
| June 24, 2002 | CNN "Crossfire" guest appearance |
| June 24, 2002 | CNN "Insight" guest appearance |
| June 18, 2002 | Fox News Channel "Hannity & Colmes" guest appearance |
| June 18, 2002 | MSNBC "America At War" guest appearance |
| June 12, 2002 | Meeting with Editors of the *Washington Times* in Washington D.C. to discuss PLO matters |
| June 5, 2002 | Fox News Channel "Fox News Live" interview |
| June 5, 2002 | CNN "Newsnight Aaron Brown" interview |
| May 23, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |
| May 20, 2002 | Fox News Channel "Fox News Live" interview |
| May 19, 2002 | CNN "Breaking News" interview |
| May 13, 2002 | MSNBC "Region in Conflict" guest appearance |
| May 13, 2002 | *Cleveland Plain Dealer* interview |
| May 12, 2002 | CSPAN interview |
| May 11, 2002 | WKYC "Channel 3 News" interview |
| May 10, 2002 | WKYC "Channel 3 News" interview |
| May 10, 2002 | Met and spoke with reporters at National Press Club in Washington D.C. to discuss Yasser Arafat |
| May 9, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |
| May 9, 2002 | CNN "Live on Location" interview |
| May 9, 2002 | CSPAN interview |
| May 9, 2002 | Held news conference in Washington D.C. |
| May 9, 2002 | National Press Club speaker |
| May 8, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |
| May 8, 2002 | CNN "Wolf Blitzer Reports" guest appearance |
| May 7, 2002 | ABC News "Nightline" guest appearance |
| May 6, 2002 | Fox News Channel "Hannity & Colmes" guest appearance |
| May 4, 2002 | Channel 9, Washington D.C. "America's Black Forum" guest appearance |
| May 3, 2002 | Fox News Channel "On The Record with Great Van Susternen" guest appearance |
| May 2, 2002 | CNN "Live On Location" interview |
| May 2, 2002 | CNN "Q&A with Jim Clancy" guest appearance |
| May 2, 2002 | CNN "Crossfire" guest appearance |
| May 2, 2002 | Fox News Channel "Fox News Live" interview |
| May 1, 2002 | CNN "Paula Zahn" guest appearance |
| May 1, 2002 | MSNBC "Hardball with Chris Matthews" appearance |
| April 30, 2002 | Held a breakfast meeting with reporters in Washington D.C |
| April 30, 2002 | MSNBC "Region in Conflict" studio interview |
| April 29, 2002 | MSNBC "Alan Keyes is Making Sense" guest appearance |
| April 27, 2002 | CNN "Saturday CNN" guest appearance |
| April 26, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |

| | |
|---|---|
| April 25, 2002 | MSNBC "America at War" studio interview |
| April 22, 2002 | Fox News Channel "Fox News Live" studio interview |
| April 20, 2002 | Cable News Channel 8 Washington, D.C. "Weekend Late Night" interview |
| April 18, 2002 | CNN "Inside Politics" guest appearance |
| April 17, 2002 | Panelist at the Center for Contemporary Arab Studies (CCAS) at Georgetown University, in Washington D.C. |
| April 16, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| April 16, 2002 | Fox News Channel "Hannity and Colmes" guest appearance |
| April 16, 2002 | Associated Press in Washington D.C. interview |
| April 16, 2002 | CNN "Q&A with Jim Clancy" guest appearance |
| April 15, 2002 | Fox News Channel "On the Record with Greta van Susternen" guest appearance |
| April 15, 2002 | CNN "Moneyline" guest appearance |
| April 15, 2002 | NBC "Today" guest appearance |
| April 14, 2002 | CNN "Larry King Weekend" studio guest |
| April 14, 2002 | CNN "Breaking News" interview |
| April 14, 2002 | NBC "Morning News" interview |
| April 14, 2002 | Associated Press in Washington D.C. interview |
| April 13, 2002 | CNN "Breaking News" interview |
| April 12, 2002 | CNN "CNN: Wolf Blitzer Reports" interview |
| April 11, 2002 | Fox News Channel "On the Record with Greta van Susternen" guest appearance |
| April 11, 2002 | NBC "Today" guest appearance |
| April 10, 2002 | CNN "Live Event" interview |
| April 9, 2002 | MSNBC "Alan Keyes is Making Sense" studio guest |
| April 8, 2002 | Fox "Big Story" guest appearance |
| April 7, 2002 | NBC "Meet the Press" guest appearance |
| April 7, 2002 | CNN "Sunday News" interview |
| April 6, 2002 | CNN "Saturday Morning News" appearance |
| April 4, 2002 | CNN "CNN: Wolf Blitzer Reports" guest appearance |
| April 4, 2002 | U.S. Institute of Peace briefing and speech |
| April 4, 2002 | MSNBC "MSNBC News" appearance |
| April 4, 2002 | CNN "Insight" interview |
| April 4, 2002 | CSPAN appearance |
| April 3, 2002 | CNN "Daybreak" appearance |
| April 3, 2002 | Fox News Channel "On the Record" appearance |
| April 2, 2002 | CNN "Crossfire" guest appearance |
| April 1, 2002 | NBC "Today" interview |
| March 31, 2002 | CNN appearance |
| March 31, 2002 | NBC "Nightly News" appearance |
| March 31, 2002 | ABC "This Week" guest appearance |
| March 29, 2002 | PBS "News Hour with Jim Lehrer" guest appearance |
| March 29, 2002 | CNN "Larry King Live" appearance |
| March 28, 2002 | CNN "Q& A with Jim Clancy" guest appearance |

6

| | |
|---|---|
| March 28, 2002 | Fox News Channel "On the Record with Greta van Susternen" guest appearance |
| March 28, 2002 | MSNBC "America at War" guest appearance |
| March 27, 2002 | NPR "Talk of the Nation" guest appearance |
| March 25, 2002 | CNN "Crossfire" appearance |
| March 22, 2002 | CNBC "The News with Brian Williams" guest appearance |
| March 21, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| March 21, 2002 | CNN "Moneyline" appearance |
| March 21, 2002 | Fox News Channel "O'Reilly Factor" guest appearance |
| March 19, 2002 | CNN "Moneyline" guest appearance |
| March 18, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| March 13, 2002 | MSNBC appearance |
| March 12, 2002 | CNN appearance |
| March 12, 2002 | MSNBC appearance |
| March 7, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |
| March 4, 2002 | CNN "Hardball with Chris Matthews" guest appearance |
| March 3, 2002 | MSNBC "Hardball with Chris Matthews" guest appearance |
| February 27, 2002 | MSNBC "Hardball" guest appearance |
| February 26, 2002 | MSNBC guest appearance |
| February 25, 2002 | MSNBC guest appearance |
| February 22, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| February 19, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| February 14, 2002 | CNBC "Hardball with Chris Matthews" guest appearance |
| February 8, 2002 | CNN "Daybreak" guest appearance |
| February 7, 2002 | CNN "Crossfire" guest appearance |
| February 7, 2002 | CNN "Wolf Blitzer Reports" guest appearance |
| February 3 2002 | CNN "Sunday Night News: guest appearance |
| January 29, 2002 | CNN "Q&A: guest appearance |
| January 25, 2002 | CNN "Crossfire" guest appearance |
| December 9, 2001 | CNN "Wolf Blitzer" guest appearance |
| December 4, 2001 | Fox "O'Reilley Factor" guest appearance |
| December 3, 2001 | CNN "Larry King Live" guest appearance |
| December 2, 2001 | CNN "Sunday News" interview |
| December 1, 2001 | CNN "Breaking News" guest appearance |
| September 15, 2001 | Panelist in a discussion on nationalist organizations at the University of New Mexico in Albuquerque, NM. |
| September 06, 2001 | Associated Press in Washington D.C. interview |
| June 7, 2001 | CNN "Live Today" guest appearance |
| May 18, 2001 | Israel Policy Forum Discussion, The Israel Policy Forum (Washington) guest appearance |
| February 19, 2001 | CNN "International Insight" guest appearance |
| November 9, 2000 | Interview in Washington with Associated Press |
| October 20, 2000 | PBS "Newshour with Jim Lehrer" guest appearance |
| October 17, 2000 | CNN "Today" and "Early Edition" guest appearances |
| October 15, 2000 | CNN "Sunday Morning" guest appearance |
| October 14, 2000 | CNN "Worldview" guest appearance |

| | |
|---|---|
| October 12, 2000 | PBS "Newshour with Jim Lehrer" guest appearance |
| July 19, 2000 | *Washington Post* interview from Camp David |
| December 09, 1998 | *USA Today* interview |
| October 23, 1998 | Associated Press interview |
| October 14, 1998 | NPR "All Things Considered" guest appearance |
| May 5, 1998 | PBS "Newshour with Jim Lehrer" guest appearance |

19. The Nexis transcripts reflecting Hassan Abdel Rahman's above-listed activities are attached hereto as Exhibit 13.

20. A search of Nexis shows that between January 1998-January 2004 Nasser Al-Kidwa appeared in the following media broadcasts:

| **Date** | **Event** |
|---|---|
| December 1, 2003 | CNN guest appearance |
| October 26, 2003 | CNN "Live Sunday" interview |
| September 19, 2003 | CNN guest appearance |
| June 14, 2003 | CNN "People in the News" interview |
| June 14, 2003 | WBAC-TV Baltimore interview |
| June 13, 2003 | KFMB-TV (San Diego) interview |
| June 8, 2003 | WNBC-TV "News Forum" guest appearance |
| June 6, 2003 | CNN "Diplomatic License" guest appearance |
| June 5, 2003 | CNN "Q&A with Jim Clancy" guest appearance |
| June 2, 2003 | CNBC guest appearance |
| March 24, 2003 | CNN "Late Edition" guest interview |
| November 24, 2002 | CNN "Late Edition" guest appearance |
| October 8, 2002 | FOX News "Your World with Neil Cavuto" guest appearance |
| August 2, 2002 | WWL-TV (New Orleans, Louisiana) interview |
| July 27, 2002 | CNN "World News" interview |
| July 1, 2002 | CBS News interview |
| June 30, 2002 | NBC News "Meet the Press" guest appearance |
| June 29, 2002 | CNN interview |
| May 4, 2002 | CNN "Diplomatic License" interview |
| May 2, 2002 | WJRT-TV (Michigan) interview |
| May 1, 2002 | WKRN-TV (Nashville, Tennessee) interview |
| April 25, 2002 | CNN "Live Today" interview |
| April 24, 2002 | CNN "Daybreak" interview |
| April 24, 2002 | WWL-TV (New Orleans, Louisiana) interview |
| April 24, 2002 | WBAL-TV (Baltimore, Maryland) interview |
| April 24, 2002 | KTVT-TV (Texas) interview |
| April 23, 2002 | WWL-TV interview |

| | |
|---|---|
| April 22, 2002 | CNN "Live Today" interview |
| April 21, 2002 | WXYZ-TV (Michigan) interview |
| April 15, 2002 | CNN "American Morning" guest appearance |
| April 15, 2002 | WMAQ NBC interview |
| April 14, 2002 | NBC "Meet the Press" guest appearance |
| April 13, 2002 | CNN "Wolf Blitzer Reports" guest appearance |
| April 13, 2002 | CNN "People in the News" interview |
| April 12, 2002 | CNN "American Morning" guest appearance |
| April 11, 2002 | CNN-FN guest appearance |
| April 8, 2002 | CNN "American Morning" guest appearance |
| April 5, 2002 | CNBC "Hardball" guest appearance |
| April 4, 2002 | CNN "Live" guest appearance |
| April 3, 2002 | CNN "American Morning" guest appearance |
| April 2, 2002 | CNN "Wolf Blitzer Reports" guest appearance |
| March 31, 2002 | CNN "Live" guest appearance |
| March 21, 2002 | CNBC "Hardball" guest appearance |
| March 21, 2002 | MSNBC "Hardball" guest appearance |
| March 18, 2002 | MSNBC "News" guest appearance |
| March 16, 2002 | CNN "Diplomatic License" guest appearance |
| March 12, 2002 | MSNBC "Hardball" guest appearance |
| March 8, 2002 | CNN "Wolf Blitzer Reports" guest appearance |
| January 8, 2002 | CNN "Q&A with Jim Clancy" guest appearance |
| November 25, 2001 | CNN "Late Edition" guest appearance |
| September 7, 2001 | CNN "Live at Daybreak" interview |
| September 6, 2001 | CNN News interview |
| August 27, 2001 | PBS "Newshour" interview |
| August 20, 2001 | Fox News interview |
| June 4, 2001 | PBS "Charlie Rose Show" guest appearance |
| April 21, 2001 | CBS News interview |
| April 21, 2001 | CBS "Early Show" guest appearance |
| March 28, 2001 | CNN "Headline News" interview |
| February 15, 2001 | PBS "Charlie Rose Show" studio interview |
| January 14, 2001 | WNBC-TV "News Forum" guest appearance |
| January 12, 2001 | Texas Cable News interview |
| January 11, 2001 | WNBC-TV studio interview |
| January 7, 2001 | CNN "Worldview" studio interview |
| January 2, 2001 | PBS "Charlie Rose Show" studio interview |
| December 19, 2000 | WDAF-TV (Kansas City) interview |
| November 4, 2000 | CNN "Worldview" guest appearance |
| October 19, 2000 | WTTG "Morning News" Washington, DC interview |
| October 18, 2000 | Northeast Cable interview |
| October 16, 2000 | CNN interview |
| October 15, 2000 | CNN "Worldview" guest appearance |
| October 13, 2000 | Fox News Live interview |
| October 12, 2000 | MSNBC News interview |
| October 12, 2000 | CNN "Breaking News" guest appearance |

21. The Nexis transcripts reflecting Nasser Al-Kidwa's above-listed activities are attached hereto as Exhibit 14.

22. Exhibit N to Plaintiffs' Memo is the transcript of the deposition of Said M. Hamad taken in *Knox v. PLO*, Civ. No 03-4466 (S.D.N.Y.) on June 8, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 28, 2010

/s/ David J. Strachman
David J. Strachman