UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


vs.                                     C.A. No. 00 - 105L


THE PALESTINIAN AUTHORITY, et al.


**EXHIBITS TO PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF
THEIR MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO
FED.R.CIV.P.55(b)(2) AGAINST DEFENDANTS THE PALESTINIAN AUTHORITY
AND THE PALESTINE LIBERATION ORGANIZATION[1]**


E.    [2]Foreign Agents Registration Reports 1997 – 2002 (revised from exhibits to Memorandum).

Q.    Prepared Statement of Hasan Abdel Rahman, Chief Representative of the PLO and the PNA to the United States Before the Senate Appropriations Committee Subcommittee on Foreign Operations (March 25, 1999) (pp. 1 – 2).

R.    Senate Appropriations Subcommittee on Foreign Operations:  Hearing on Wye River Aid Package (March 25, 1999) (pp. 26 – 27).

S.    Interview with Hasan Abdel Raman, ABC, October 7, 2001 (pp. 24 – 25).

T.    Interview with Hasan Abdel Raman, CNBC, November 10, 2001 (pp. 1 – 2).

U.    Interview with Hasan Abdel Raman, CNN, December 2, 2001 (p. 1).

V.    Interview with Hasan Abdel Raman, CNN, November 6, 1998 (p. 1).

---

[1] Plaintiff's Reply Memorandum references the exhibits to the Motion for Judgment by Default and the additional documents provided herein.

[2] Exhibit E has been revised to include all eleven FARA reports submitted by the PA to the Department of Justice that are available on  its website at www.usdoj.gov/criminal/fara/index.html#farareports.

W.    Interview with Hasan Abdel Raman, FOX, December 4, 2001.

X.    Affidavit of Ronn D. Torossian.

Y.    Presidential Determination No. 94-13, "Lifting Restrictions on U.S. Relations With the Palestine Liberation Organization" 59 FR 4777, February 1, 1994, at I (A) (3).

Z.    Affidavit of David J. Strachman, Esq.

AA.   Nasser Al-Kidwa statements (summary) found on Nexus.

BB.   Abdel Rahman's interviews (summary) found on Nexus wherein he is identified as a Palestinian Authority official.

CC.   Remarks of Hasan Abdel Rahman, Palestinian National Authority, at the National Press Club, Washington, D.C.  May 9, 2000 at 10:00 a.m.

DD.   The Challenge of Strengthening the Peace, November 30 – December 2, 1999, list of participants, Project on Justice in Time of Transition International Advisory Board.

EE.   U.S. Conference of Catholic Bishops' letter to Rahman of December 4, 2001.

FF.   Middle East Forum – press release September 5, 2001, quoting from Mr. Rahman's biography (p. 2).

GG.   Marwan Jilani statements (summary) found on Nexus.

HH.   Affidavit of Michael Billow.

II.   Interview with Khalil Foutah, PBS March 24, 1997, pp. 3-6.

JJ.   Palestine Monetary Authority website materials  www.pma-palestine.org

<u>CERTIFICATION</u>

I hereby certify that on the 29th day of August, 2003 I delivered a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
    Via Federal Express

Deming E. Sherman
Annemarie Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
    Via Hand Delivery

T:\MISCELLANEOUS\Ungar\Exhibits to P's Reply Memo 8-28-03.doc

# EXHIBIT E

1



# United States Department of Justice

# Foreign Agents Registration Act

## Report to Congress for six months ended June 30, 1997

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDED JUNE 30, 1997

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials* disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1997.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 1997, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 7 of 58

their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

### STATISTICAL SUMMARY

During the 6-month period ending June 30, 1997, the Department received 42 new registration statements and terminated 30 registrations, leaving a total of 577 active registrations, representing 829 foreign principals on file as of June 30, 1997. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 249 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,783 as of June 30, 1997. There were 87 new agreements with foreign principals reported by agents under the Act during this period.

### LEGISLATIVE CHANGES

Congress enacted the Lobbying Disclosure Act of 1995 on December 19, 1995. That law, effective January 1, 1996, focuses the Foreign Agents Registration Act more on those who act as agents of foreign governments or foreign political parties, and requires more frequent reports by this office to the Congress on administration and enforcement of the Act.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. Some $265,872.00 in filing fees was received during the 6-month period ended June 30, 1997, and a total of $2,689,679.00 has been collected since the program was initiated through June 30, 1997.

*Respectfully submitted,*



*Janet Reno*

---

\* The term "political propaganda", which has appeared in previous reports on the administration of FARA, was deleted as a result of passage of the Lobbying Disclosure Act of 1995, and replaced by the new term, "informational materials". (cf. Meese v. Keene, 481 U.S. 465 (1987) )

---

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.
(t) Indicates foreign principal terminated during this six month reporting period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.


Country Listing
Registrant Listing
Short Form Listing

---

# PALESTINE



Return to the Country Listing

Larry C. Wallace & Associates, P.A., #5070
Palestine Arab Delegation, #1459
Palestine Liberation Organization, Washington, #5074
Stroock & Stroock & Lavan, #5141

Larry C. Wallace & Associates, P.A., #5070

      425 West Capitol
      Suite 3801
      Little Rock, AR 72201

      Palestinian National Authority Gaza

Palestine Arab Delegation, #1459

      Grand Central Station
      Post Office Box 608
      New York, NY 10163

      Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$23,000.00 for the six month period ending June 26, 1997

Palestine Liberation Organization, Washington, #5074

    1730 K Street N.W.
    Suite 1004
    Washington, DC 20006

    PLO HeadQuarters

The registrant prepared radio and television broadcasts and answered letters from members of Congress in an effort to advance the relations between the U.S. Government and the PLO.

$139,935.83 for the six month period ending May 31,1997

Stroock & Stroock & Lavan, #5141

    180 Maiden Lane
    New York, NY 10038 -4982

    Palestinian National Authority

The registrant provided legal services to the foreign principal regarding various financial, commercial, and development projects.

$55,975.00 for the six month period ending April 30,1997

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Larry C. Wallace & Associates, P.A.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

JAPAN: Embassy of Japan
PALESTINE: Palestinian National Authority Gaza

## Short Form Listing of Registrant's Foreign Agents

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

2



# United States Department of Justice

# Foreign Agents Registration Act

## Report to Congress for six months ended December 31, 1997

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDED DECEMBER 31, 1997

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials* disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 1997.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1997, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents

and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.


STATISTICAL SUMMARY


During the 6-month period ending December 31, 1997, the Department received 34 new registration statements and terminated 37 registrations, leaving a total of 581 active registrations, representing 843 foreign principals on file as of December 31, 1997. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 235 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,771 as of December 31, 1997. There were 91 new agreements with foreign principals reported by agents under the Act during this period.


LEGISLATIVE CHANGES


Congress enacted the Lobbying Disclosure Act of 1995 on December 19, 1995. That law, effective January 1, 1996, focuses the Foreign Agents Registration Act more on those who act as agents of foreign governments or foreign political parties, and requires more frequent reports by this office to the Congress on administration and enforcement of the Act.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. Some $278,440.50 in filing fees was received during the 6-month period ended December 31, 1997, and a total of $2,968,119.50 has been collected since the program was initiated through December 31, 1997.

Respectfully submitted,



Janet Reno

---

\* The term "political propaganda", which has appeared in previous reports on the administration of FARA, was deleted as a result of passage of the Lobbying Disclosure Act of 1995, and replaced by the new term, "informational materials". (cf. Meese v. Keene, 481 U.S. 465 (1987) )

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY
FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN
ACTIVE STATUS AT ANY TIME DURING
THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.
(t) Indicates foreign principal terminated during this six month reporting period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Larry C. Wallace & Associates, P.A., #5070
Palestine Arab Delegation, #1459
Palestine Liberation Organization, Washington, #5074
Stroock & Stroock & Lavan, #5141


Larry C. Wallace & Associates, P.A., #5070

     425 West Capitol
     Suite 3801
     Little Rock, AR 72201

     Palestinian National Authority Gaza


Palestine Arab Delegation, #1459

     Grand Central Station
     Post Office Box 608
     New York, NY 10163

     Arab Higher Committee for Palestine

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 18 of 58

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$23,000.00 for the six month period ending December 26,1997

Palestine Liberation Organization, Washington, #5074

    1730 K Street N.W.
    Suite 1004
    Washington, DC 20006

    PLO HeadQuarters

    The registrant worked to advance the relations and cooperation between the U.S. Government and the PLO. The registrant also sought to advance the relations and cooperation between the Palestinian people and the American people by participating in television and radio interviews and attending a debate, a workshop and conventions.

    $64,752.25 for the six month period ending November 30,1997

Stroock & Stroock & Lavan, #5141

    180 Maiden Lane
    New York, NY 10038 -4982

    Palestinian National Authority

    The registrant represented the foreign principal in negotiations with commercial projects and rendered legal advice as to matters of public law and treaty.

    $200,000.00 for the six month period ending October 31,1997

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 19 of 58

# Larry C. Wallace & Associates, P.A.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

JAPAN: Embassy of Japan
PALESTINE: Palestinian National Authority Gaza

## Short Form Listing of Registrant's Foreign Agents

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

3



# United States Department of Justice

# Foreign Agents Registration Act - 1998

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 1998

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1998.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 1998, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 1998, the Department received 37 new registration statements and terminated 29 registrations, leaving a total of 549 active registrations, representing 728 foreign principals on file as of June 30, 1998. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 228 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,472 as of June 30, 1998. There were 83 new agreements with foreign principals reported by agents under the Act during this period.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. $244,617.50 in filing fees was received during the 6-month period ended June 30, 1998. A total of $3,212,737.00 has been collected since the program was initiated through June 30, 1998.

Respectfully submitted,

*Janet Reno*

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 24 of 58

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Palestine Arab Delegation, #1459

> Grand Central Station
> Post Office Box 608
> New York, NY 10163
>
> Arab Higher Committee for Palestine
>
> The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.
>
> $24,000.00 for the six month period ending June 26,1998

Palestine Liberation Organization, #5244

> 1730 K Street, N.W.

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 26 of 58

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant will make appearences, conduct interviews give lectures, and contact the media on
behalf of the foreign principal. The registrant will also conduct discussions with U.S.
Governmental agencies and departments on behalf of the foreign principal.

$92,829.00 received prior to registration on March 18, 1998

Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant represented the foreign principal in negotiations with commercial projects and
rendered legal advice as to matters of public law and treaty.

Finances: None Reported

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 27 of 58

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

4



# United States Department of Justice

# Foreign Agents Registration Act - 1998

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 1998

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as
amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to
report every 6 months to the Congress concerning the administration of the Act, as well as the nature,
sources and content of informational materials disseminated and distributed by agents of foreign
principals registered under the Act. This report covers the administration and enforcement of the Foreign
Agents Registration Act for the 6 months ending December 31, 1998.

The text of this report lists, according to geographical area or nationality field, all agents who were
registered at any time during the second 6 months of 1998, or who reported for the first time in that
period activities, receipts or disbursements for the previous period. It includes the identities of the agents
and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a
description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending December 31, 1998, the Department received 33 new registration statements and terminated 14 registrations, leaving a total of 522 active registrations, representing 727 foreign principals on file as of December 31, 1998. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 214 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,409 as of December 31, 1998. There were 80 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $230,328.30 in filing fees was received during the 6-month period ending December 31, 1998. A total of $3,443,065.30 has been collected since the program was initiated through December 31, 1998.

*Respectfully submitted,*

Janet Reno

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$23,000.00 for the six month period ending December 26, 1998

Palestine Liberation Organization, #5244

1730 K Street, N.W.

Case 1:04-cv-00397-GBD-RLE     Document 84-5     Filed 05/28/10     Page 33 of 58

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Governmental agencies and departments on behalf of the foreign principal.

$290,541.86 for the six month period ending September 30,1998


Stroock & Stroock & Lavan, #5141


180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$335,015.25 for the six month period ending October 31,1998

--------------------------------------------------------------------------------

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

--------------------------------------------------------------------------------

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

5



# United States Department of Justice

# Foreign Agents Registration Act - 1999

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 1999

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1999.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1998, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 1999, the Department received 21 new registration statements and terminated 15 registrations, leaving a total of 502 active registrations, representing 691 foreign principals on file as of June 30, 1999. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 224 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,374 as of June 30, 1999. There were 82 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $253,077.50 in filing fees was received during the 6-month period ending June 30, 1999. A total of $3,696,142.80 has been collected since the program was initiated through June 30, 1999.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,1999

Palestine Liberation Organization, #5244

1730 K Street, N.W.

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Government agencies and departments on behalf of the foreign principal.

$200,132.74 for the six month period ending March 31,1999

Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$335,083.50 for the six month period ending April 30,1999

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 41 of 58

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

6



# United States Department of Justice

# Foreign Agents Registration Act - 1999

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 1999

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 1999.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1999, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

### STATISTICAL SUMMARY

During the 6-month period ending December 31, 1999, the Department received 34 new registration statements and terminated 17 registrations, leaving a total of 495 active registrations, representing 697 foreign principals on file as of
December 31, 1999. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 273 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,454 as of December 31, 1999. There were 94 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $226,490.50 in filing fees was received during the 6-month period ending December 31, 1999. A total of $3,922,633.30 has been collected since the program was initiated through
December 31, 1999.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD

## OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
## ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

      888 - 16th Street, N.W.
      7th Floor
      Washington, DC 20006

      Palestinian Authority

      The registrant agreed to contact members of Congress, congressional staffers, and U.S.
      Government officials in order to educate them on the concerns of the Palestinian Authority
      including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also
      agreed to arrange international visits of representatives of the Palestinian Authority.

      Finances: None Reported

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,1999


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the
foreign principal. The registrant also contacted various U.S. Government agencies and
departments on behalf of the foreign principal.

$352,894.79 for the six month period ending September 30,1999


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$693,305.00 for the six month period ending October 31,1999

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 49 of 58

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority
UNITED ARAB EMIRATES: Government of the United Arab Emirates (t

## Short Form Listing of Registrant's Foreign Agents

Bannerman, M. Graeme
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Woodrow, Lorianne

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K. (t)
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

7



# United States Department of Justice

# Foreign Agents Registration Act - 2000

---

Country Listing
Registrant Listing
Short Form Listing

---

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2000

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2000.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 2000, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 2000, the Department received 23 new registration statements and terminated 23 registrations, leaving a total of 484 active registrations, representing 640 foreign principals on file as of
June 30, 2000. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 176 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,330 as of June 30, 2000. There were 55 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $202,655.00 in filing fees was received during the 6-month period ending June 30, 2000. A total of $4,125,288.30 has been collected since the program was initiated through
June 30, 2000.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

Case 1:04-cv-00397-GBD-RLE   Document 84-5   Filed 05/28/10   Page 54 of 58

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-5    Filed 05/28/10    Page 55 of 58

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also arranged international visits for representatives of the Palestinian Authority.

$374,973.00 for the six month period ending April 28,2000

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,2000


Palestine Liberation Organization, #5244

     1717 K Street, N.W.
     Suite 407
     Washington, DC 20036

     Palestine Liberation Organizations Office

     The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Government agencies and departments on behalf of the foreign principal.

     $21,579,418.00 for the six month period ending March 31,2000


Stroock & Stroock & Lavan, #5141

     180 Maiden Lane
     New York, NY 10038 -4982

     Palestinian National Authority

     The registrant provided representation in various infrastructure projects and pension matters.

     $684,404.50 for the six month period ending April 30,2000

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.
Woodrow, Lorianne

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing