8

Case 1:04-cv-00397-GBD-RLE    Document 84-6    Filed 05/28/10    Page 2 of 36



# United States Department of Justice

# Foreign Agents Registration Act - 2000

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 2000

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 2000.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 2000, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending December 31, 2000, the Department received 27 new registration statements and terminated 18 registrations, leaving a total of 465 active registrations, representing 595 foreign principals on file as of
December 31, 2000. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 194 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,148 as of December 31, 2000. There were 47 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $190,627.00 in filing fees was received during the 6-month period ending December 31, 2000. A total of $4,315,915.30 has been collected since the program was initiated through
December 31, 2000.

Respectfully submitted,

Sheryl L. Walter
Acting Assistant Attorney General
Office of Legislative Affairs

---

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT

## ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



<u>Return to the Country Listing</u>

<u>Bannerman & Associates, Inc., #3964</u>
<u>Palestine Arab Delegation, #1459</u>
<u>Palestine Liberation Organization, #5244</u>
<u>Stroock & Stroock & Lavan, #5141</u>

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also discussed the Israeli-Palestinian Peace Process during T.V. and radio appearances on behalf of the foreign principal.

$499,984.00 for the six month period ending October 28,2000

Palestine Arab Delegation, #1459

Case 1:04-cv-00397-GBD-RLE    Document 84-6    Filed 05/28/10    Page 6 of 36

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending December 26,2000


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums
on behalf of the foreign principal.

$384,238.47 for the six month period ending September 30,2000


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various commercial infrastructure projects and pension
matters.

$180,511.15 for the six month period ending October 31,2000


Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.
Woodrow, Lorianne (t)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

<u>PALESTINE:</u> Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Masice, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

9



# United States Department of Justice

# Foreign Agents Registration Act - 2001

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2001

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2001.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 2001, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 2001, the Department received 40 new registration statements and terminated 22 registrations, leaving a total of 483 active registrations, representing 631 foreign principals on file as of
June 30, 2001. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 255 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,241 as of June 30, 2001. There were 84 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $222,035.00 in filing fees was received during the 6-month period ending June 30, 2001. A total of $4,537,950.30 has been collected since the program was initiated through
June 30, 2001.

Respectfully submitted,

Daniel J. Bryant
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

Case 1:04-cv-00397-GBD-RLE    Document 84-6    Filed 05/28/10    Page 13 of 36

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-6    Filed 05/28/10    Page 14 of 36

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government
officials in order to educate them on the concerns of the Palestinian Authority including issues
affecting foreign policy, foreign assistance, defense, and trade. The registrant also discussed the
Israeli-Palestinian Peace Process during T.V. and radio appearances on behalf of the foreign
principal.

$249,984.00 for the six month period ending April 28,2001

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,2001


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums on behalf of the foreign principal.

$169,026.93 for the six month period ending March 31,2001


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various legal matters, commercial infrastructure projects and pension matters.

$330,062.09 for the six month period ending April 30,2001

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

Case 1:04-cv-00397-GBD-RLE    Document 84-6    Filed 05/28/10    Page 17 of 36

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

**EGYPT:** Arab Republic of Egypt
**EL SALVADOR:** Embassy of El Salvador
**PALESTINE:** Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Higdon, Sarah
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan (T)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority (t

## Short Form Listing of Registrant's Foreign Agents

Masiee, Elise C.
Pozen, Walter (t)
Shockey, George R. , Jr. (t)
Tanenbaum, James R. (t)
Zagorin, Janet (t)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

10



# United States Department of Justice

# Foreign Agents Registration Act - 2001

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 2001

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents
Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires
the Attorney General to report every 6 months to the Congress concerning the administration of the Act,
as well as the nature, sources and content of informational materials disseminated and distributed by
agents of foreign principals registered under the Act. This report covers the administration and
enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 2001.

The text of this report lists, according to geographical area or nationality field, all agents who were
registered at any time during the second 6 months of 2001, or who reported for the first time in that
period activities, receipts or disbursements for the previous period. It includes the identities of the agents
and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a
description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending December 31, 2001, the Department received 24 new registration statements and terminated 16 registrations, leaving a total of 460 active registrations, representing 615 foreign principals on file as of
December 31, 2001. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 183 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,178 as of December 31, 2001. There were 61 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $139,877.50 in filing fees was received during the 6-month period ending December 31, 2001. A total of $4,677,827.80 has been collected since the program was initiated through
December 31, 2001.



## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
KAZAKHSTAN: Government of Kazakhstan (t
PALESTINE: Palestinian Authority
PHILIPPINES: Government of the Philippines

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark (t)
Higdon, Sarah
Hingeley, Anne
Miner, William A.
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Liberation Organization, #5244

Bannerman & Associates, Inc., #3964

      888 - 16th Street, N.W.
      Suite 250
      Washington, DC 20006

      Palestinian Authority

      The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade.

      Finances: None Reported

Palestine Liberation Organization, #5244

      1717 K Street, N.W.
      Suite 407
      Washington, DC 20036

      Palestine Liberation Organizations Office

      The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums on behalf of the foreign principal.

      $211,381.60 for the six month period ending September 30, 2001

Return to the FARA Home Page

Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

11



# United States Department of Justice

# Foreign Agents Registration Act - 2002

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2002

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2002.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 2002, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending June 30, 2002, the Department received 39 new registration statements and terminated 20 registrations, leaving a total of 468 active registrations, representing 589 foreign principals on file as of
June 30, 2002. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 265 new short-form registration statements under the Act, bringing the total of active short-form registrations to 1,956 as of June 30, 2002. There were 83 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $235,755.00 in filing fees was received during the 6-month period ending June 30, 2002. A total of $4,913,582.80 has been collected since the program was initiated through
June 30, 2002.

Respectfully submitted,

*[signature]*

Daniel J. Bryant
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Liberation Organization, #5244

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
Suite 250
Washington, DC 20006

Palestinian Authority

The registrant contacted members of Congress, congressional staffers, and U.S. Government officials to discuss all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and international visits of governmental officials.

$374,984.00 for the six month period ending April 28,2002

Palestine Liberation Organization, #5244

c/o 1100 17th Street, N.W.
Suite 602
Washington, DC 20036

Palestine Liberation Organizations Office

Activities: None Reported

Finances: None Reported

Return to the FARA Home Page
Return to the Registrant Listing

Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
KAZAKHSTAN: Government of Kazakhstan (t
PALESTINE: Palestinian Authority
PHILIPPINES: Government of the Philippines

**Short Form Listing of Registrant's Foreign Agents**

Abington, Edward G.
Bannerman, M. Graeme
Higdon, Sarah
Hingeley, Anne (t)
Miner, William A.
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# EXHIBIT Q

Copyright 1999 Federal News Service, Inc.
Federal News Service

MARCH 25, 1999, THURSDAY

**SECTION:** IN THE NEWS

**LENGTH:** 1210 words

**HEADLINE:** PREPARED STATEMENT OF
**HASAN ABDEL RAHMAN**
CHIEF REPRESENTATIVE OF THE PLO AND THE PNA
TO THE UNITED STATES
BEFORE THE SENATE APPROPRIATIONS COMMITTEE
SUBCOMMITTEE ON FOREIGN OPERATIONS

**BODY:**

Mr. Chairman,
I greatly appreciate the opportunity to appear before this distinguished committee of the United States Senate. The Palestinian people admire the American democracy and its fine institutions and hope to learn from them as we build our own political and economic systems. Both the **Palestinian Authority** and its public are very grateful for the leading role of the United States in the march for a just and comprehensive peace in the Middle East.
Allow me, Mr. Chairman, in these opening remarks to make a few important points about our policy toward peace in the Middle East and about our bilateral relations with the United States.
First, our decisions to seek a peaceful settlement with Israel and to reject violence as a means to political ends are final and irreversible. The Oslo Accords created an opportunity for mutual acceptance and coexistence that we intend to exploit until a full and permanent peace prevails between us. Israelis and Palestinians are fated to be neighbors forever, and we must both prepare our children for a life of peace, acceptance and mutual respect. We will not go back on this decision.
Second, our fight with terrorism is strategic and unending. We donot fight terrorism merely because it threatens other states, including Israel, but because terrorism threatens our own society and the kind of democratic institutions we intend to build. Our fight with terrorism is not contingent; it is an unending commitment. On this issue our interests and those of our neighbors are identical.
Third, the peace process has opened up common interests that are bigger than the differences. Today, there is a new division: Palestinians and Israelis united for peace challenging Palestinian and Israeli opponents of peace. To be sure, we have some serious differences with Israel and many important issues of contention in our arduous negotiations. But our aim is to resolve these issues through peaceful negotiations, knowing very well that majorities of Israelis and Palestinians remain solidly behind peace, even in the midst of crises.
Fourth, we consider our growing bilateral relations with the United States as a cornerstone of our peace policy. The United States has been an indispensable leader in every successful peace effort between Israel and its neighbors, and has been crucial in implementing the Oslo agreements and securing the Wye River Memorandum. The growing coordination and cooperation between us have led to an increasing levelof mutual trust that has enabled the **Palestinian Authority** to take risks for peace even in the face of public skepticism. The stronger this relationship, the higher the prospects of peace.
Fifth, our bilateral relations with the United States are Important for our efforts to build the kind of political, educational, economic and legal systems that our people desire and deserve. The Palestinian people admire the American democracy and the economy of free trade. Certainly, we have traditions and social institutions that we value and must take into account in constructing our system, but we have much to learn from the United States. The educational, economic and legal cooperation efforts increase the levels of expertise among our people and open our horizons to new, more successful ways. The stronger these efforts of cooperation, the better our chance at building modern accountable institutions. The stronger our democracy and our system of free trade, the better for the cause of a lasting peace.
Sixth, we do not view our relations with the U.S. as being competitive with anyone else. On the contrary, we view them as reinforcing U.S. relations with other partners in the peace process, since our interests in peace are mutual. In the same way that both U.S.-Egyptian relations and U.S.-Israeli relations were enhanced by their own peace, we believe that Palestinian-U.S.-Israeli relations would be similarly enhanced.
Mr. Chairman,

I am not here to score points or to point fingers about the current difficulties in the peace process. The **Palestinian Authority** is guided by the principles that I have outlined in its determination to see the Oslo Accords and the Wye River agreements implemented, and we believe we have complied with the terms of these agreements under very difficult circumstances.

I would be less than candid if I state to you today that we have so far been fully successful every step of the way in meeting the aspirations of our people and in implementing our agenda. Some of our failures have been honest mistakes of a people building new institutions under difficult circumstances. Some have to do with the absence of special skills and resources. But we ask our friends in Congress not to underestimate our external and internal dilemmas. Yes, we have neither a full democracy nor a fully modern free market economy yet. We recognize the shortcomings of our media and educational materials, among others. Butconsider this: We have no full control over our lives. Five years after our peace agreements with Israel, our impoverished people are still clustered in small and non- contiguous patches of land, separated by Israeli soldiers, and our access to the outside world remains out of our hands. No free economy can flourish in this environment.

We find ourselves at this delicate stage of the peace process having to address public skepticism, in the absence of a visible economic dividend, while having to fight our big enemy, terrorism. The resources and energies that are necessary for this effort have undermined our ability to spend on other important projects. Because the fight with terrorism is often harsh, our people fear that democracy is undermined. It is in this spirit that we recognize that ultimate progress in such arenas as the media and education must take place not through centralized decrees and police actions, but by engaging the specialists and the public and beginning a constructive dialogue. Because of the tough action we take on terrorism, we must especially be careful in other arenas -- lest we lose not only the confidence of our public, but also the opportunity to build the democracy we need.

Mr. Chairman,

We do not expect our friends in Congress to refrain from constructive criticism where appropriate; we must improve. We do not ask Congress to choose between us and other friends of the United States, since our interests are mutual. We do ask for fairness, for recognition of the pain of our people, and of the progress that we have made under strenuous circumstances. We have witnessed much criticism from this great institution of the American people, but little encouragement or acknowledgement of our efforts. To this date, even as we have become partners in peace, Congressional legislation treats us as terrorists. The aspirations of the Palestinian people are modest: an opportunity to determine their own future on their own land. We dream of our children having normal peaceful lives competing with their neighbors not over guns, but over computer skills and productivity. We believe that the United States is indispensable in securing this dream. We hope that the U.S. Senate will be a fair and constructive partner in our peaceful march. Thank you.

END


**LOAD-DATE:** March 27, 1999