# EXHIBIT DD

Case 1:04-cv-00397-GBD-RLE    Document 84-9    Filed 05/28/10    Page 2 of 34

**Project on**

# Justice in Times of

HARVARD UNIVERSITY

# Transition



---

RETURN HOME

GUATEMALA

CURRENT
PROGRAMS

LECTURES

PEOPLE

PUBLICATIONS


79 John F. Kennedy St.
Cambridge MA
02138

Tel: (617) 495-0544
Fax: (617) 496-1983

E-mail:

justice_project@harvard.edu

## THE CHALLENGE OF STRENGTHENING THE PEACE

November 30 - December 2, 1999
Guatemala City

### Participants

**Hasan Abdel Rahman, Palestine**
Hasan Abdel Rahman is Chief Representative of the Palestine Liberation Organization and the Palestinian National Authority in the United States. From 1992 to 1993 Abdel Rahman served as Chief of the Palestinian Mission in Canada. He also acted as Senior Political Advisor to the Palestinian Delegation to the Madrid Peace conference and the Washington peace talks between 1991 and 1993. In addition, Abdel Rahman was formerly the Deputy Permanent Representative of the PLO to the United Nations and represented the PLO on the Special Political Committee of the General Assembly and in the Security Council.

**Shulamit Aloni, Israel**
Shulamit Aloni was a Member of the Israeli Parliament from 1965 to 1996 and served as the Minister of Education and Culture from 1992 to 1996. She is the founder of the Israeli Civil Rights and Peace Movement and has advocated electoral reform, the separation of religion and state, and a Basic Law for Civil Rights. Aloni has worked as a teacher and a lawyer, as well as a radio producer of programs dealing with legislation and legal procedures. She was a columnist for *Yediot Ahronot*, the country's leading paper, and has written a number of books, including *A Citizen and His State* and *Children's Rights in Israel*.

**Mario Antonio Ardón Aguilar, Guatemala**
Mario Antonio Ardón Aguilar is an Infantry Colonel in the Guatemalan Army. He obtained his military degree in Honduras and received training in parachuting, infantry, as an expert in the jungle and in systems and telecommunications. He has been an instructor at the Adolfo V. Hall Military Academy and acted as Secretary of the Presidential General Staff of Guatemala. In 1994, Ardón Aguilar was Director of Adolfo V. Hall Military Academy in Quiché. He held the same position in the Military Academy of the North in 1996. Between 1977 and 1999 he has been awarded 18 military decorations.

**Jean Arnault, France**

Case 1:04-cv-00397-GBD-RLE   Document 84-9   Filed 05/28/10   Page 3 of 34

Jean Arnault is the Special Representative of the Secretary General and Chief of the United Nations Verification Mission in Guatemala (MINUGUA). He was appointed the United Nations Observer to the Guatemala peace negotiation in June 1992 and served as Moderator of the negotiations until the signing of the peace accord in December 1996. Since 1984 Arnault has held various posts at the United Nations, including Officer in Charge of the Secretary General´s Office in Afghanistan and Pakistan and Political Advisor to the Special Representative of the Secretary General for the Western Sahara. Arnault was also the Desk Officer for Central America at the Department of Political Affairs and worked with the United Nations Transition Assistance Group (UNTAG).

### Paul Arthur, Northern Ireland

Paul Arthur is a Professor of Politics and Course Director of the Master's Program in Peace and Conflict Studies at the University of Ulster, Northern Ireland. He is Ulster Television's analyst of all major political events and a frequent contributor to the *Irish Times*. Arthur is the author of several books and journal articles, including *Government and Politics of Northern Ireland* and *Northern Ireland Since 1968*. He has served on a number of public bodies, including the Northern Ireland Community Relations Council, the Cultural Traditions Group, and the Independent Commission to examine the report of the New Ireland Forum.

### Alvaro Arzú Irigoyen, Guatemala

Alvaro Arzú Irigoyen is the President of Guatemala as well as a businessman who has 18 years of experience in the public sector. He was appointed director of the Guatemalan Tourist Commission in 1978 and served for three years until he resigned to run for election as mayor of Guatemala City. Arzú won the election but a military coup d'état prevented him from taking office. In 1985 he was again elected mayor and served a five-year term during which time he was noted for his fight against corruption and efforts to improve the municipal infrastructure. A co-founder of the National Advancement Party (PAN), Arzú was the party's presidential candidate in 1990. His campaign was not successful but he was appointed Minister of Foreign Relations in 1991. Following his resignation from this post, Arzú served as General Secretary of the PAN when he was elected President of the Republic of Guatemala in January 1996. During his term of office, the Guatemalan peace accords were signed.

### John Biehl, Chile

John Biehl is the Secretary General of the Presidency of Chile and President of the Advisory Board of the National Commission on the Environment. He was formerly Chilean Ambassador to the United States and a political advisor to the Minister of the Interior and the President of the Senate during the presidency of Patricio Aylwin. Biehl served as Director of the United Nations Regional Program for Latin America and the Carribean which focused on governmental transformations in the Post-Cold War era. He has been a columnist for *HOV* magazine and an editorialist for the national paper *Epoca*, and has written articles related to economic development and the strengthening of the peace and democratic institutions for many Chilean and international publications.

### Jan Krzysztof Bielecki, Poland

Jan Krzysztof Bielecki has been active in political and economic affairs in Poland for over two decades, serving as Prime Minister, Minister for European Integration, and Member of Parliament. He was co-founder of the Liberal-Democratic Congress and the Freedom Union in Poland.

Since 1993 Bielecki has been Executive Director of the London-based European Bank for Reconstruction and Development. He is a board member of the Center for Economic Policy Research and the Institute of East-West Studies in New York and taught comparative politics at the University of Colorado–Boulder. Bielecki wrote *Histoire de l'Europe* and has published articles for numerous magazines, including the *Wall Street Journal*, *Rzeczpospolita*, and *Gazeta Wyborcza*.

### Carlos Chocoj, Guatemala

Carlos Chocoj works for the Rigoberta Menchú Foundation as Regional Coordinator of the Indigenous Institute for Education. He participated in community education programs during the peace accords and worked to promote an increase in citizen participation. Chocoj has worked with many groups to prevent conflict and represented the indigenous vision before the Commission for Historical Clarification (CEH). Chocoj is also a former high school philosophy teacher.

### Robert Conway, South Africa

Robert Conway is the Chair of the Peace and Reconstruction Foundation which works with communities throughout South Africa to establish peace committees. These peace committees bring together a facilitator with representatives of business and government in order to develop projects with tangible results at the community level. Trained as a lawyer, Conway has been a professional mediator in South Africa for nearly 20 years. He has been involved in reconstruction and development work in violence-torn areas and has focused on a range of issues, including policing and conflict resolution. Conway acted as the facilitator to the South African national peace accords and was instrumental in bridging the gap between the African National Congress and Inkatha.

### Lars Franklin, Sweden

Biographical information not available.

### Konstanty Gebert, Poland

Konstanty Gebert is the Editor-in-Chief of the Jewish monthly magazine *Midrasz* and an international reporter and commentator for the nation's leading daily newspaper, *Gazeta Wyborcza*. He is one of Poland's prominent social and political analysts who gained prominence as a dissident journalist during Poland's period of martial law in the 1980s, when he wrote from the underground as "Dawid Warsawsky." Gebert played a key role in the negotiations between the Solidarity movement and the Polish government which led to the movement's legalization and to Poland's democratic revolution. He wrote *A Piece of Furniture, A Break for Thinking,* and *The Defense of the Sarajevo Post Office,* as well as several other books and political essays.

### General Edgar Leonel Godoy Samayoa, Guatemala

Edgar Leonel Godoy Samayoa is an Infantry Brigadier General who graduated from the Polytechnic Military Academy of Guatemala in 1966. He completed courses on Arms, Intelligence, Command and General Staff, Business Administration and Strategic Studies. He was an instructor of Arms Applications of the Military Studies Center in 1984. Godoy Samayoa was previously the Commander of five military bases and the Director of a Military Studies Center. He is currently a General at the Mariscal Zavala Military Base and has received various military decorations.

### Linn Hammergren, United States

Linn Hammergren is a public sector specialist in the World Bank Latin America Regional Department, working in the areas of judicial reform and anti-corruption strategies. She spent 12 years managing Administration of Justice Projects for USAID in Peru, El Salvador, and Costa Rica. She also headed the agency's Regional Administration of Justice Project, and held a USAID Democracy Fellowship. Hammergren taught Latin American and Comparative Politics at Vanderbilt University and has published on local politics and decentralization, administrative reform, judicial politics and reform, and the politics of foreign assistance. She has written four manuals for practitioners on the lessons learned from Latin American judicial reform programs.

**Philip Heymann, United States**
Philip Heymann is a James Barr Ames Professor of Law at Harvard University. From his first job as clerk to US Supreme Court Justice John Harlan to his post as Deputy US Attorney General (1993-94), he has spent much of his career in the government. A former Fulbright Scholar with degrees from Yale University, Harvard Law School and the Sorbonne, he has been Assistant US Attorney General in charge of the criminal division and Assistant to the Solicitor General in the Justice Department, acting Administration of the State Department's Bureau of Security and Consular Affairs, Deputy Assistant of the Secretary of State for the Bureau of International Organizations and Executive Assistant to the Undersecretary of State. In addition, he was Associate Prosecutor and Consultant to the Watergate Special Force.

**Robert Hutchings, United States**
Robert Hutchings is Assistant Dean of the Woodrow Wilson School at Princeton University, where he teaches international politics. He was Fellow and Director of International Studies at the Woodrow Wilson International Center for Scholars in Washington, DC. Hutchings also served as Director for European Affairs with the National Security Council and Special Advisor to the Secretary of State, with the rank of Ambassador. He was formerly Deputy Director of Radio Free Europe and on the faculty of the University of Virginia. His most recent books are *At the End of the American Century* and *American Diplomacy and the End of the Cold War*. In 1998, the President of Poland awarded Hutchings the Order of Merit of the Republic of Poland for his contributions to Polish freedom.

**Branka Kaselj, Croatia**
Branka Kaselj is the Executive Director of the Centre for Peace, Non-Violence and Human Rights in Osijek, Croatia. She has been with the Centre in various capacities since 1993 and is responsible for a wide range of programs and activities. The Centre's programs include the promotion and protection of human rights, education for peace and psycho-social development, and peace-building and community development to facilitate rebuilding trust. Kaselj has focused much of her work around providing support to community leaders and disseminating information about the projects with which she works.

**James LeMoyne, United States**
James LeMoyne is the Chief Political Advisor for the United Nations Development Program - Latin America. He has 20 years of experience working in Latin America and extensive knowledge of the peace processes in El Salvador, Nicaragua, and Guatemala. LeMoyne was the Bureau Chief of the *New York Times* based in El Salvador from 1983 to 1990. He has written for several publications, including *Foreign Affairs, The New York Times Magazine,* and *The New Republic.*

**Fermina López, Guatemala**
Biographical statement not available.

**Héctor Mauricio López Bonilla, Guatemala**
Héctor Mauricio López Bonilla is a retired Lieutenant Colonel of the Guatemalan Army. López Bonilla is a Political Consultant and Executive Vice President of Interimage Latinomericana, a firm offering political, communication and public relations services. Additionally, he writes a column for *Prensa Libre*, the largest newspaper in Guatemala, and serves as a professor at the Institute of Political Studies of Francisco Marroquin University. From 1988 to 1990 he was a member of the official Government delegation before the Human Rights Commission of the United Nations and acted as liaison between the Minister of Defense and the Office of UNHRC. Between 1993 and 1996 he acted as liaison between the Minister of Defense and the general command of the URHG.

**Wendy Luers, United States**
Wendy Luers is the founder and President of the Foundation for a Civil Society and has been decorated by the Foreign Minister of the Czech Republic and the President of Slovakia for the Foundation's contribution to civil society. Luers is also the founder and President of the Friends of Art and Preservation in Embassies. She has been a presidential appointee to the National Council on the Arts and Chair of the White House Fellows New York Regional Selection Panel. She serves on numerous non-profit boards in Central Europe and is a Director of the Pimco Central Europe Value Fund and Galaxie-TV, Prague. She was Director of Special Projects for Amnesty International - USA from 1975 to 1979 and for Human Rights Watch from 1987 to 1989. She has been a journalist with *Time*, a commentator for KQED-TV, and the Assistant Editor of <u>San Francisco Magazine</u>.

**Beatriz Manz, United States**
Beatriz Manz is a Professor of Anthropology at the University of California, Berkeley. From 1992 to 1997 she was Director of the Center for Latin American Studies at Berkeley. She has also taught at Wellesley College in Massachusetts and Wayne State University in Detroit. Manz has written extensively on the political and social situation in Guatemala and her publications include: *Refugees of a Hidden War: The Aftermath of Counterinsurgency in Guatemala* and *Repatriation and Reintegration: An Arduous Process in Guatemala*. Manz has been the recipient of grants from numerous foundations including the Institute on Global Conflict and Cooperation and the MacArthur Foundation.

**Ana Guadalupe Martinez, El Salvador**
Ana Guadalupe Martinez is president of the Institute for a New El Salvador (INESA). From 1973 to 1992 she was a member of the guerrilla movement. She was one of the founders of the Farabundo Marti National Liberation Front (FMLN) and since 1994 she has been a member of its national directorate. She was the former Vice President of the Legislative Assembly and a member of the peace negotiating commission that signed the 1992 peace accords. She has also been a consultant on issues of health.

**Roelf Meyer, South Africa**
Roelf Meyer is a United Democratic Movement Member of Parliament who has played a key role in South Africa's post-apartheid transition. He was elected to Parliament in 1979 and subsequently acted as Minister of Constitutional Development, Justice, Communication, and Provincial

Affairs. He was the De Klerk Government's Chief Negotiator at the Multi Party Negotiating Forum which led to a national consensus on a new South African constitution and the historic elections of April 1994 which followed thereafter. Meyer is currently Deputy President of the United Democratic Movement .

### Luis Moreno Ocampo, Argentina

Luis Moreno Ocampo is a Professor of Law at the University of Buenos Aires, Argentina and President of the Latin America and Caribbean branch of Transparency International. He was District Attorney and Public Prosecutor of the military generals during the trials that followed the 1983 election of Raúl Alfonsín in Argentina. Ocampo is the co-founder of Poder Ciudadano, which has been instrumental in developing initiatives to fight corruption in Argentina. Ocampo has written many articles and publications, including *When Power Lost its Judgement* and *In His Own Defense*.

### Timothy Phillips, United States

Timothy Phillips is a founding co-chair of The Project on Justice in Times of Transition. He has served as a consultant to non-governmental and governmental organizations in the United States and abroad, including the US Agency for International Development (USAID) and the Council of Europe, on democratization, conflict resolution, and human rights initiatives. He is a co-founder of Energia Global, Ltd., a US company which develops and owns electricity generation and distribution companies in Central and South America. Phillips is a member of the Board of Directors of The Foundation for a Civil Society, the Institute for Central American Studies, the Northern Ireland Studies Group, the EPIIC Colloquium at Tufts University, and the International Rescue Committee.

### Gustavo Porras, Guatemala

Biographical statement not available.

### Susan Kaufman Purcell, United States

Susan Kaufman Purcell is Vice President of the Americas Society and the Council of the Americas in New York City. Between 1981 and 1988 she was a Senior Fellow and Director of the Latin American Project at the Council on Foreign Relations. She was also a member of the US State Department's Policy Planning Staff, with responsibility for Latin America and the Caribbean, between 1980 and 1981. She was previously a professor of political science at the University of California, Los Angeles and is a co-editor and co-author of *Mexico Under Zedillo), Brazil Under Cardoso), Europe and Latin America in the World Economy, Japan and Latin America in the New Global Order*, and co-author of *Latin America: US Policy After the Cold War*.

### Rigoberto Quemé, Guatemala

Biographical statement not available.

### Renzo Rosal, Guatemala

Biographical statement not available.

### Eduardo Stein, Guatemala

Eduardo Stein has been Minister of Foreign Affairs of Guatemala since January 1996. His background combines academia, multilateral affairs and development issues. Before his appointment he was Regional Project Advisor for Central America for the International Organization for Migration. Stein has experience in the coordination and promotion of

international cooperation among Latin American, European Community and Nordic Governments as a result of his decade-long involvement with CADESCA (Action Committee of Support of the Social and Economic Development of Central America). He has been a Professor of Political Science in Guatemala and El Salvador and has lectured at a number of universities.

### Silvia Rueda de Uranga, Argentina

Silvia Rueda de Uranga is President of the Conciencia Association in Argentina which focuses on civic education and the promotion of democratic ideals. She was previously Director of the Network Project and organized community seminars on negotiation, consensus project planning, and evaluation. Rueda de Uranga has been a board member of Rural Argentine Missions and designed a fundraising course manual for non-profit organizations and rural teachers. She has written *Education at the Crossroads* and *Interaction for a Project*.

### Lech Walesa, Poland

Lech Walesa is a Nobel Laureate and former President of Poland. As leader of the nation's independent trade union, Walesa spearheaded the Solidarity movement, which brought Communist rule to an end in Poland during the 1980s. He was awarded the Nobel Peace Prize in 1983, and in 1990 Walesa became the first democratically-elected president, a position which he held until 1995. Walesa has been awarded honorary degrees from many universities, as well as the Medal of Freedom, the Award of Free World, and the European Award of Human Rights. He is currently head of the Lech Walesa Institute, which aims "to advance the ideals of democracy and free market reform throughout Eastern Europe and the rest of the world".

### Raquel Zelaya, Guatemala

Raquel Zelaya is the Secretary of the Peace of the Republic of Guatemala and coordinator of the Commission of Accompaniment of the Peace Accords. She was a member of the Peace Commission and Executive Secretary of the Association of Investigation and Social Studies. She was also Minister of Public Finance and a member of the State Council as a representative of the womens' associations in Guatemala. She was a professor of economics at the School of Social Law at the University of Rafael Landivar. She has given various professional services to SIECA and worked for the Chamber of Commerce and Ministry of Public Finance in Guatemala.

RETURN TO TOP

# EXHIBIT EE



| Home | Topics | News | Departments | Bible | Catechism | Readings | Movies | Bookstore | Bishops | Dioceses |

## Social Development and World Peace

Search    (GO)

December 4, 2001

Mr. Hasan Abdel Rahman
Chief Representative of the Palestinian Liberation Organization
and the Palestinian National Authority
1717 K Street, N.W., St. 407
Washington, D.C. 20036

Dear Mr. Rahman:

I feel certain that you will agree that the terrorist attacks against innocent Israeli civilians this weekend were "moral obscenities, which deserve universal condemnation." I enclose a copy of my remarks concerning these attacks made at the Cathedral of the Holy Cross in Boston last Sunday.

In a major statement this past June, the full body of bishops was clear about the heavy moral responsibility of the Palestinian Authority for stopping terrorism. They said: "Palestinian leaders must clearly renounce violence and terrorist acts against innocent civilians, take effective steps to stop them, and bring to justice those responsible." I reiterate now what I have said in the past – that the failure of the Palestinian Authority to control Palestinian violence is "intolerable." Much more must be done to stop the violence without further delay.

As dim as prospects for peace now seem, we remain convinced that peace between Israelis and Palestinians is possible. There is no alternative to standing up to those who are determined to thwart the peace process. As I have noted in a letter to the Israeli Ambassador, I fear that the nature of the Israeli government's military response will only strengthen the opponents of peace. The Palestinian Authority and the Government of Israel must find a way out of the current violence and resume serious peace negotiations based on respect for the legitimate rights and aspirations of both Israelis and Palestinians.

Assuring you of my prayers for a just and peaceful resolution of the Israeli-Palestinian conflict I am,

Sincerely yours,


Bernard Cardinal Law
Chairman, Committee on International Policy
U.S. Conference of Catholic Bishops

enclosure

Office of Social Development & World Peace
United States Conference of Catholic Bishops
3211 4th Street, N.E., Washington, DC 20017-1194 (202) 541-3000

June 03, 2003 Copyright © by United States Conference of Catholic Bishops

EXHIBIT FF

< < < Date > > > | < < < Thread > > >

# Middle East Forum Involving Senior Israeli and Palestinian Government Officials

### by Peter Wirth

### 05 September 2001 13:05 UTC

For More Information Contact:
Peter Wirth 315-476-3396
pwirth@accucom.net

For Immediate Release

## Middle East Forum Involving Senior
## Israeli and Palestinian Government Officials

Tuesday, September 11 at 7:30 PM, the first public forum ever,  in the United States before a live audience involving high-level government representatives of Israel and Palestine to discuss the Middle East conflict will take place at St. Alban's Episcopal Church (located on the grounds of the Washington National Cathedral), corner of Wisconsin Ave. NW and Massachusetts Ave.

Moshe Fox, current Minister of Public Affairs at the Embassy of Israel in Washington, DC, will present the Israeli  perspective. Hasan Abdel Rahman, Chief Representative of the Palestinian Liberation Organization and the Palestinian National Authority, will present the Palestinian perspective.

Ambassador Walker, former U.S.  Ambassador to Israel and Egypt and President of the Middle East Institute, will serve as moderator.

Questions - developed by an Interfaith Task Force comprised of Christians, Jews and Muslims from the Middle East Committee of the Episcopal Diocese of Washington's Commission on Peace and Ambassador Walker - will cover three general issues:

> * **Occupation and settlements**
> * **Violence and its underlying causes**
> * **Future status of Jerusalem**

The specific questions will not be shared with the participants in advance.

Format:

The format will follow the presidential debate format with each speaker given 5 minutes for opening comments followed by specific questions from the moderator and either a similar question posed to or a brief response from the other speaker.

Episcopal Bishop Allen Bartlett will give opening remarks at 7:30 PM, followed by prayers for peace from a minister, rabbi, and imam. The panel discussion will start just before 8:00 PM and will end at 9:30PM.

The event is sponsored by the Commission on Peace of the Episcopal Diocese of Washington, DC and co-sponsored by the Inter-religious Council of Northwest  Washington and the United Religions Initiative of Greater Washington.

Biographical Material:

*Moshe Fox*: Current Minister of Public Affairs at the Israeli Embassy since August 2000. Born in Haifa in 1948, Mr. Fox is an historian and archivist by  training and a career diplomat.

Mr. Fox joined the Israeli Foreign Ministry after graduating from Hebrew University. In 1977 he was assigned to the Information Division of the Foreign Ministry and two years later worked for the late Moshe Dayan and Yitzhak Shamir. From 1981 to 1984 he served in the Israeli embassy in Washington until when he returned to Israel to serve as assistant director of the World Jewish Affairs Division.  In 1987 he returned to this country as Consul of Information. Upon his return to Israel in 1991, he served in a variety of positions: Deputy Director of the North American Division; Senior Member of the policy planning staff, and finally, Director of the North American Division until taking up his current position.

*Hasan Abdel Rahman*: Chief Representative of the Palestinian Liberation Organization and the Palestinian National Authority since 1994.

From 1974 to 1982, Mr. Rahman served as Deputy Permanent Representative of the PLO to the United Nations. From 1982 to 1988, he served as Director of the Palestinian Information Office in Washington, DC and from 1988 to 1992, he was Director of the Palestinian Affairs Center.

From 1992 to 1993, Mr. Rahman served as Chief of the Palestinian Mission to Canada and also served as Senior Political Advisor to the  Palestinian Delegation to the Madrid Peace Conference between October 1991  and September 1993.

He is fluent in Arabic, English, Spanish and Portugese.  He has a BA in  Political Science from Catholic University of Puerto Rico, a MA in Public  Administration from the University of Puerto Rico and was a doctoral candidate for two years in Comparative Politics at City University of New York.

*Edward Walker*: CEO and President of The Middle East Institute since May, 2000. Prior to

this, he was Assistant Secretary of State for Near Eastern Affairs for the US State Department.   A career service officer for 35 Years, Mr. Walker was Ambassador to Israel from 1997 to 1999 and
Ambassador to the Arab Republic of Egypt from 1994 to 97. In the course of his career he has had tours of service in Israel, Syria, Lebanon, Tunisia and Egypt. His DC assignments amongst others included two years as Special Assistant for the Middle East Peace Negotiations from 1979 to 81.

The event is open to the public. Members of the press will be given reserved seats if they call by no later than September 11th at noon. Reporters sitting in the reserved seating section will be given access to the speakers following the event. Please contact: **The Commission on Peace** at 202-537-6546 and leave your name and your news organization's name.

- 30 -

Peter Wirth
GW Associates
702 S. Beech
Syracuse, NY 13210
315-476-3396
603-590-8273 Fax
pwirth@accucom.net
http://come.to/public.interest.media

< < < Date > > > | < < < Thread > > > | Home

# EXHIBIT GG

FOCUS - 1 of 2 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** Eyewitness News

April 11, 2002, Thursday AM

**NETWORK:** KYW-TV

**MEDIUM:** Television

**TYPE:** Television

**LENGTH:** 97 words

**BODY:**
START: 35.54

Teased Segment - Middle East violence. Partial pullout by Israeli forces from West Bank.
Graphic - Palestinian and Israeli flags.
Visual - Israeli military activity.
Visual - Ariel Sharon touring Army camp.
Visual - Secretary of State Colin Powell, will meet Yasser Arafat.
Visual - LaSalle Univ forum on the Middle East last night.
Interview - Giora Becher, Israeli consul general, says aim of operation is terrorists.
Interview - Marwani **Jilani,** Palestinian diplomat, says situation calls for international intervention.
END: 37.11

**SEGMENT-ID:** 34

**PROGRAM-ID:** kyw05000411

**LOAD-DATE:** May 21, 2002

FOCUS - 2 of 2 DOCUMENTS

Copyright 2001 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** Channel 11 News at 10

October 12, 2001, Friday PM (ET)

**NETWORK:** WPIX-TV

**MEDIUM:** Television

**TYPE:** Television

**LENGTH:** 95 words

**BODY:**
START: 22.55
Mideast. Even though the Bush administration supports a Palestinian state, there
is still a lot of anti-American hatred among Palestinians.
Press Conference - Bush says he supports a Palestinian state as long as Israel
is recognized also.
Interview - Malcolm Hoelein, Major American Jewish Org. says we shouldn't
support terrorism.
Visual - Arafat.
Visual - Palestinian Mission in Manhattan.
Interview - Marwan **Jilani,** Palestinian Deputy Ambassador says he was happy that
Bush supports a Palestinian state. Pauline Liu Reporting.
END: 24.45

**SEGMENT-ID:** 18

**PROGRAM-ID:** wpix22001012

**LOAD-DATE:** November 17, 2001

# EXHIBIT HH

# AFFIDAVIT OF
# MICHAEL BILOW

Now comes Michael Bilow under oath and states as follows:

1.    My professional background is that I am co-founder, and, since its founding in 2000, Chief Engineer of Registration Technologies, Inc., an Internet domain registrar accredited by the Internet Corporation for Assigned Name and Numbers ("ICANN"). I have also been an independent computer consultant since 1977, with a number of Internet Service Providers ("ISPs") as clients.

2.    At the request of Plaintiffs in this matter, I conducted an investigation as to the Palestine Monetary Authority web site, www.pma-palestine.org.

3.    A web site "host" computer stores the text, image, and other files which make up the web site. When the maintainer of a web site wishes to change the contents of their web site, they do so by modifying these files stored on the host computer. When a user of a web browser program wishes to view the web site, they do so by requesting copies of the files to be sent to them from the web site host computer over the Internet.

4.    I was asked to determine the physical geographical location of the web server which "hosts" the web site WWW.PMA-PALESTINE.ORG. Two methods were used to answer this question, both of which produced results in agreement.

5.    Each Internet domain address, such as WWW.PMA-PALESTINE.ORG, must be translated to a numeric address called an Internet Protocol address ("IP address") in order to be reached on the physical network of computers which comprises the Internet. Each IP address uniquely identifies a particular computer (or closely cooperating set of computers) somewhere in the world.

6.    When an Internet domain, such as PMA-PALESTINE.ORG, is registered, the registrant designates "name server" computers which are responsible for performing the translation of domain addresses to IP addresses for that domain and for "sub-domains" based upon it such as WWW.PMA-PALESTINE.ORG.

7.    A user of a web browser program who wishes to view a particular web site at a particular domain address, such as WWW.PMA-PALESTINE.ORG, will cause their web browser, first, to determine the addresses of the designated name servers for the domain and, second, to ask these designated name servers for the IP address of the computer which "hosts" the web site. Although this process usually happens automatically for the user, it is possible to trace the process manually.

8.    In the case of PMA-PALESTINE.ORG, the designated authoritative name servers are NS1.ONWX.COM and NS2.ONWX.COM, according to Network Solutions, Inc., of Virginia, who is the registrar for this domain.

9.      Asking either of these two authoritative name servers produces the result that the IP address of WWW.PMA-PALESTINE.ORG is 64.246.58.108.

10.     The first method used to determine the location of the computer which hosts this IP address, and therefore this web site, was to look up the responsible organization to whom this IP address is allocated by the American Registry of Internet Numbers ("ARIN"). For reasons of technical efficiency, blocks of contiguously numbered IP addresses are allocated to the same organization and used by them in a limited number of locations. According to ARIN, all IP addresses between 64.246.0.0 and 64.246.63.255, a block which includes the IP address in question, are allocated to "Everyones Internet, Inc., 2600 Southwest Frwy., Suite 500, Houston, TX 77098," in the United States. See attached.

11.     Everyone's Internet states on its own web site -- http://www.ev1.net/english/about/aboutnew.asp -- it is in the business of, among other things, providing hosting services for web sites and web servers at its Houston facility: "Today, we've become the largest independent ISP in the United States with over 300,000 users on our service and are on solid financial ground turning profits every month. EV1 also owns one of the largest dedicated hosting firms in the United States, Rackshack.net."

12.     The second method used to determine the location of the computer which hosts the web site WWW.PMA-PALESTINE.ORG was to perform a "traceroute" to the host computer, compiling a list of intermediate routers along the path and using the reported information to determine their respective locations, which by convention are often coded into their hostnames by the telecommunications companies which operate them.

13.     Beginning from our own site at INTAP.NET in Providence, RI, the traceroute result was:

```
traceroute to www.pma-palestine.org (64.246.58.108), 30 hops max, 38 byte packets
 1  gw.intap.net (207.51.72.101)  0.949 ms  0.748 ms  0.704 ms
 2  209.19.31.1 (209.19.31.1)  8.451 ms  8.947 ms  8.629 ms
 3  a5-1-135.border1.eqx.iad.transedge.com (216.217.3.162)  17.493 ms  14.939 ms
16.293 ms
 4  WASHDC5LCE1.3.0.wcg.net (206.223.115.83)  15.998 ms  14.710 ms  15.993 ms
 5  hrndva1wcx3-oc48.wcg.net (64.200.95.117)  53.076 ms  52.896 ms  52.848 ms
 6  drvlga1wcx2-pos4-0.wcg.net (64.200.232.125)  54.951 ms  55.313 ms  54.028 ms
 7  drvlga1wcx1-oc48.wcg.net (64.200.127.49)  52.941 ms  52.933 ms  52.817 ms
 8  dllstx1wcx3-oc48.wcg.net (64.200.240.21)  53.443 ms  55.146 ms  54.001 ms
 9  dllstx1wcx2-pos9-0.wcg.net (64.200.110.129)  53.396 ms  53.292 ms  52.804 ms
10  hstntx1wce2-pos4-0.wcg.net (64.200.240.74)  54.356 ms  56.468 ms  56.422 ms
11  hstntx1wce2-everyonesinternet-gige.wcg.net (65.77.93.54)  57.296 ms  53.378 ms
62.416 ms
12  207.218.223.51 (207.218.223.51)  54.115 ms  51.965 ms  54.422 ms
13  rs-64-246-58-108.ev1.net (64.246.58.108)  57.393 ms  60.149 ms  66.482 ms
```

14.     The above traceroute shows a path through Washington, DC ("WASHDC…"), Herndon, VA ("hrndva…"), Georgia ("drvlga…"), Dallas, TX ("dllstx…"), and finally to Houston, TX ("hstntx…") where Everyone's Internet is physically located. The IP address in question, 64.246.58.108, appears to be a computer operated by Everyone's Internet with a host name "rs-64-246-58-108.ev1.net" and which is used as a web server to host a number of web sites including WWW.PMA-PALESTINE.ORG.

15.     Both the ARIN record for the IP address of the computer which hosts the WWW.PMA-PALESTINE.ORG web site and the traceroute to that same computer are consistent with the location of that computer in Houston, Texas.

16.     In other words, in non-technical terms, the computer files that collectively constitute the web site of the Palestine Monetary Authority are installed in a computer physically located in Houston, Texas. Whenever the Palestine Monetary Authority updates, removes, or otherwise changes its web site, it is in actuality manipulating files on said computer in Texas.

17.     Likewise, whenever other persons view the web site of the Palestine Monetary Authority they are in fact accessing the files that the Palestine Monetary Authority has installed on said computer in Houston, Texas.


_____
Michael Bilow

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE


        Subscribed and affirmed to before me on the 29th day of August, 2003 under the pains and penalties of perjury.


_____
NOTARY PUBLIC

My Commission Expires:  5/16/04

# Output from ARIN WHOIS

ARIN Home Page     ARIN Site Map     ARIN WHOIS Help     Tutorial on Querying ARIN's WHOIS

Search for :                              [ Submit Query ]

## Search results for: 64.246.58.108

```
OrgName:    Everyones Internet, Inc.
OrgID:      EVRY
Address:    2600 Southwest Frwy., Suite 500
City:       Houston
StateProv:  TX
PostalCode: 77098
Country:    US

NetRange:   64.246.0.0 - 64.246.63.255
CIDR:       64.246.0.0/18
NetName:    EVRY-BLK-9
NetHandle:  NET-64-246-0-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.EV1.NET
NameServer: NS2.EV1.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-10-05
Updated:    2003-03-31

TechHandle: RW172-ARIN
TechName:   Williams, Randy
TechPhone:  +1-713-400-5400
TechEmail:  admin@ev1.net

OrgTechHandle: RW172-ARIN
OrgTechName:   Williams, Randy
OrgTechPhone:  +1-713-400-5400
OrgTechEmail:  admin@ev1.net

# ARIN WHOIS database, last updated 2003-08-28 19:15
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

*If contact information is out of date or incorrect, please contact hostmaster@arin.net. Include all relevant information in your e-mail and ARIN will investigate the matter.*

EXHIBIT II




# ONLINE FOCUS



## PARTNERSHIP ENDING?

### MARCH 24, 1997

*TRANSCRIPT*

*The news from Israel over the past two weeks has been more reminiscent of the pre-peace accord days of the early nineties than what has been the norm of late. Palestinians are throwing rocks at Israeli soldiers, the soldiers reply with tear gas, suicide bombers in Tel Aviv and a chill in relations between Israel and Jordan. For more on this story, Margaret Warner talks to an Israeli diplomat and a Palestinian representative in Washington following a backgrounder.*

MARGARET WARNER: It has been a violent weekend in the Middle East. On Friday a suicide bomber set up a blast in a crowded Tel Aviv cafe, killing himself and three Israelis and wounding dozens of others. It was the kind of attack not seen in Israel for nearly a year. The Islamic group, Hamas, claimed responsibility. Throughout the weekend and again today hundreds of Palestinian demonstrators clashed with Israeli troops. In some places Palestinian police tried to help quell the demonstrations but with little success. Israeli Prime Minister Benjamin Netanyahu put the blame for Friday's suicide bombing and the subsequent unrest squarely on the shoulders of Yasser Arafat's Palestinian Authority.



BENJAMIN NETANYAHU, Prime Minister, Israel: Every time there's an impasse or the Palestinians have a grievance against us, they send terrorists -- in this case they were sent with a green light from the Palestinian Authority on what we have absolute information--and they blow up our people. That is not a peace process.



MARGARET WARNER: Specifically, Israeli officials fault Arafat for releasing known Islamic extremists from Palestinian jails, and they say he has quietly encouraged them to commit violent acts. Arafat publicly condemned

A RealAudio version of this NewsHour segment is available.
**Related NewsHour Stories**
*March 4, 1997:* Charles Krause talks about the unravelling middle-east development with Hanan Ashrawi, a senior Arafat advisor.
*February 13, 1997:* Charles Krause discusses the meeting between Clinton and Netanyahu with Dore Gold, foreign policy aide to Netanyahu.
*January 15, 1997:* Jim Lehrer leads a discussion of the Hebron deal.
*December 18, 1996:* Henry Kissinger and Zbigniew Brzezinski debate a letter sent by eight former U.S. foreign policy chiefs to Israel criticizing settlements in the West Bank. -

Case 1:04-cv-00397-GBD-RLE   Document 84-9   Filed 05/28/10   Page 26 of 34

them to commit violent acts. Arafat publicly condemned Friday's suicide bombing. And he and his lieutenant denied doing anything to encourage the violence. The Palestinians blame the unrest on Netanyahu's decision to launch a new Jewish housing project in Arab East Jerusalem. Ground-breaking for the project began last week.



HANAN ASHRAWI, Palestinian National Authority: I stand before you wracked by the knowledge that the Palestinian-Israeli peace process is in serious jeopardy; that violence is unleashed on our world claiming the lives of innocents on both sides; that the extremism of the Israeli government is feeding extremist elements among us.

MARGARET WARNER: The development, called the Har Homa by the Israelis and Jabal Abu Gheneim by the Arabs, will ultimately house some 30,000 Jewish residents. The Israeli decision stirred outrage among Palestinians when it was announced in late February. Since that time the Israeli-Palestinian peace process has suffered several setbacks. President Clinton expressed dismay over Israel's plans during a visit to Washington early this month by Palestinian Leader Arafat.



*October 15, 1996:*
**Warren Christopher** discusses the state of the peace process.
*October 2, 1996:*
A NewsHour interview with U.S. Ambassador to Israel **Martin Indyk**.
*October 1, 1996:*
A NewHour look at the emergency **White House Peace Summit** between Netanyahu and Arafat.
*May 31, 1996:*
**Israeli Election Forum** : Reporting from Jerusalem, the NewsHour's Charles Krause answered your questions about Netanyahu's victory.
*May 23, 1996:*
**Seeing the Future** : a look at the Israeli elections.
**Browse the NewsHour's coverage of the Middle-East.**



PRESIDENT CLINTON: I would prefer the decision not have been made because I don't think it builds confidence. I think it builds mistrust, and I wish that it had not been made.

MARGARET WARNER: Prime Minister Netanyahu refused to reconsider. He responded to Clinton's criticism on March 5th by ordering the closing of four Palestinian offices in East Jerusalem. In turn, on March 9th, Arafat rejected Israel's offer to withdraw from an additional 9 percent of the West Bank, saying it was too small. Palestinian authorities refuse to take charge of the territory. Heightened tensions prompted Jordan's King Hussein to rebuke Netanyahu in an angry and anguished personal letter which was leaked to the press on March 11th. The king's letter accused the Israeli prime minister of "continued deliberate humiliation of your so-called Palestinian partners" and warned of an abyss of bloodshed and disaster ahead. "How could I work with you as a partner and true friend," the king wrote, "when I sense an intent to destroy all I worked to build." Netanyahu responded with a letter of his own, saying he was baffled by the personal level of Hussein's attacks against him and urging the Jordanian king not to automatically adopt the Palestinian position. Then on March 13th, there was



bloodshed. A Jordanian soldier fired on a group of Israeli schoolgirls touring a scenic border outpost called the Island of Peace. Seven girls ages 12 and 13 were killed. Six more were wounded. There was one attempt at reconciliation in the days after the slain schoolgirls were buried. King Hussein, accompanied by Netanyahu, made emotional visits to the homes of all the victims' families. But in the days since


visits to the homes of all the victims' families. But in the days since then there's been little evidence of reconciliation anywhere in the region.

MARGARET WARNER: Now the Israeli and Palestinian perspectives on all this. They come from Shlomo Gur, the deputy chief of mission at the Israeli embassy, and Khalil Foutah, the deputy chief representative of the Palestinian Liberation Organization in Washington. Welcome, gentlemen. Mr. Gur, starting with you, the reports from the regions say that your government is calling for a crackdown on the Islamic militants. What specifically do you want Yasser Arafat to do now?

SHLOMO GUR, Israeli Embassy: We made it clear that actually for him to stand up to his commitment to fight terrorism, as we agreed upon in the Declaration of Principle that  was signed in 1993. Actually, one thing has to be clear; that terror and peace are incompatible. Once they took a decision, strategic decision, to embark on the path of peace, you have to pursue your goal next to the negotiating table. And you cannot resort neither to violence nor to terror. And to your question, we want very specific things: One is to increase the cooperation between the Palestinian security authorities and the Israeli security authorities. And actually, as you reported in your presentation earlier, Mohammed Anan, the head of the security in Gaza said he is not going to do that. The other thing that we have asked is to arrest, or to locate, to arrest, and prosecute terrorists.

MARGARET WARNER: Are you--are you asking for the re-arrest of this more than 100 Islamic extremists, or your government, that were in jail that Arafat has released?



SHLOMO GUR: What we are asking is that anyone who is involved in terror would be arrested and prosecuted. Everyone, every organization that we've engaged in terror has to be cracked down. That's why we are asking that an additional demand is to crack down on the terrorist organization and its infrastructure and to stop the policy of revolving doors, meaning to arrest somebody and the next day to release them because that is being understood by them as that famous green light that we were talking about, because if there's a meeting between Arafat and  the terrorist organization, that took place on the 9th of March in Gaza, they understood, the terrorists understood that terrorism would be tolerated, and if that happens, and the next move is to release thousands of--of Palestinians, and of people who engaged in terrorism, and one of them, if you want, came out and immediately so that the only way to achieve the goal is by Jihad, is by killing Israelis wherever they live, whether it is in Tel Aviv--that was before they attacked--or in Latin America. And it was not accidental that he used Latin America, because that was exactly five years to the terrorist attack on our embassy in Buenos Aires.

MARGARET WARNER: All right. Are these demands or proposals or requests something that the Palestinian Authority can meet?

KHALIL FOUTAH, Palestine Liberation Organization: Let me just say in answering your question and the comments that has been said, we are partners in peace, first of all, the two sides. Our relation with the Israelis, it's not relation on the security issues only. It's--it has economic, political, security issues. We are partners in peace. We are trying to achieve a comprehensive peace from settlement for the Arab-Israeli conflict. And I want to state here the opposition of the Palestinian National Authority under

Case 1:04-cv-00397-GBD-RLE   Document 84-9   Filed 05/28/10   Page 28 of 34

state here the opposition of the Palestinian National Authority under
President Arafat, that we are still committed to that peace process.
And we condemn terrorism. We've condemned what happened in
Tel Aviv, and terrorism is not our policy. And it's not going to be our policy at all
because we already choose the path of peace. And--

MARGARET WARNER: Do you think they're asking for the wrong thing?

KHALIL FOUTAH: Regarding what they're asking for, okay, regarding what they're
asking for, we have also demands, so we are partners, and the peace process can't really
go and succeed on one leg. It has to have two legs to move forward. And we ask also the
Israeli government to refrain from taking unilateral decisions regarding very sensitive
issues like the issue of Jerusalem and the settlement activities because this is--this is
what caused the whole violent situation that we witness right now.

MARGARET WARNER: All right. I want to get to that issue. But are you saying that
until Prime Minister Netanyahu agrees to say postpone that development, you're not
ready to respond to the demands about terror?

KHALIL FOUTAH: I'm saying that security is two-way street. It's not one-way street.
Security for the Palestinians and for Israelis and the whole peace
process in danger, what's going on right now is very dangerous and
it could derail the whole peace process. This is not our objective.
We want this peace process to succeed, and we want the Israelis to
be partners with us, but they have to reconsider their decisions and
to try to re-evaluate the whole situation.

MARGARET WARNER: And otherwise--

KHALIL FOUTAH: They tried before. They tried before, and we tried before. Violence
is not going to make any result and this is--we know it. We know it. We are in this peace
process for good, and hopefully it will succeed after we review this current situation.

MARGARET WARNER: All right. Let's look at the other leg of this, which is this
housing development. Why is the Israeli government--explain to people who don't
follow this every day why the Israeli government is so determined to go ahead with this
development.

SHLOMO GUR: Let me say one thing regarding what Khalil just said, and I fully agree
with him. The process stands on two legs, and therefore, we have to sit and negotiate all
the issues on the table, but the only way, the only way to resolve 
those problems is at the negotiating table, not in the street, and
definitely by not terror. And as long as terror is being even
considered as an option, there's no way that the peace process will
be successful, because, as Khalil knows very well, and we've
been--we've gone together a long way--this peace process has its
ups and its downs. And we had high points and low points, and at
the low point, it's only when we sat and tried really to find very creative ways to come
out of problems and creative ways to find solutions to the existing problems, that we
were able to move forward.

MARGARET WARNER: All right.

SHLOMO GUR: But never, never to resort to violence because once you resort to
violence, the process will--is deteriorating.

Case 1:04-cv-00397-GBD-RLE   Document 84-9   Filed 05/28/10   Page 29 of 34

MARGARET WARNER: All right. But you're both agreeing violence is terrible, yet it's occurring, so let me just ask you now, for instance, about this development and just explain why is it so important for the Israeli government to go ahead for it.

SHLOMO GUR: I think one thing has to be clear; that the question of Jerusalem was left, and intentionally so because it's one of the hottest problems, to the final status  negotiation. Nowhere in the agreement it says that until then the city will freeze and choke and there will be impossible to enable the people of Jerusalem to live and to develop. And that's exactly what happened. There is building in Jerusalem for Jews and for Arabs, and it will continue to be so until there will be a solution. It does not preempt any result of the negotiations. We have a very firm and a clear position on Jerusalem. And I know the Palestinians have a very clear position on Jerusalem. And that will be resolved at the negotiating table at the final status negotiations. Until then the city has to live. It will continue to live, and building in Jerusalem does not contradict the agreement, and, therefore, any arguments, any discussions with regard to that, will be found in solutions at the negotiating table, and once again, not in terror. And let me remind once again one important issue because now the reason for terror is being alleged to be the construction in the Har Homa. Exactly a year ago--and it's exactly a year ago that we had this terrible wave of terrorism--there was no the Har Homa at that time. There was no--there was no building in anywhere in Jerusalem or elsewhere. So the--the resort is to terrorism, has to be totally--totally abandoned.

KHALIL FOUTAH: Let me just, again, confirm here that tourism is not our policy, and we don't condone it. We condemn all kinds of terrorism. Okay. We are committed to the peace process. Jerusalem is--is supposed to be the final negotiation issue to discuss, and let me just also state here about the agreement. The agreement says in the Declaration of Principle, neither party should do any--create new facts on the ground that could preempt or abridge the results of the final status negotiations, which is Jerusalem and the settlement and the border and the security issues. So it is really very clear. This is not our reading of the agreement.  Our agreement of the agreement, Jerusalem should be for the final status negotiations. It is covered under the 242, the United Nations Resolution 242 and 338, and we should discuss it when we start talking about the final status negotiation. And we have our claim on Jerusalem. We have their claim. We'll settle it on the negotiating table peacefully.

 MARGARET WARNER: All right. The administration here is talking about perhaps sending special Mideast negotiator Dennis Ross back. My question is, very briefly, what does he have to work with? I mean, if the United States gets re-involved right at this stage, what can the United States do?

SHLOMO GUR: The United States played a very important role, and I think we both appreciate the role. I think what they have to do now is (a) to ensure that terrorism will cease completely and forever, and that 100 percent of the effort will be taken in order to eradicate it, and once that is being done to move forward with the many issues that we have on the table, the outstanding issues of the interim agreement and the results of the final status negotiations.

MARGARET WARNER: What do you think that the United States can do?

KHALIL FOUTAH: I think the United States should take a bigger role in this. This is

very serious, what's going on right now. It could derail the whole peace process, and they should really send somebody, a special envoy there, and try to get the parties to the negotiating table, and to ask the Israelis to reconsider their policies regarding their settlement policy and Jerusalem.

MARGARET WARNER: All right, gentlemen. We'll have to leave it there. Thank you both very much.



        

SEARCH    PAST        ESSAYS &    SHIELDS &    LETTERS    REAL      OFF        FORUM    HOME
          PROGRAMS    DIALOGUES    GIGOT                  AUDIO     CAMERA

# EXHIBIT JJ



**Welcome to the Official Website**
## PALESTINE MONETARY AUTHORITY

**Accomplishments**

Establishment
Objectives
Functions
PMA's Regulatory Framework
Press Releases
Annual Report
Statistical Bulletin
Accomplishments
Laws & Regulations
Banking Environment
Banks in Palestine
Activities
Balance of payments

# Establishment

The Palestinian leadership realized the immense importance of establishing a **Monetary Authority** responsible for regulating and supervising banking activities, while simultaneously establishing a safe and sound banking system that operates effectively and contributes in supporting of restructuring efforts in addition to establishment of an advanced Palestinian economy based on both private and public sectors.

The establishment of the PMA was based on **H.E President Yaser Arafat's** decision number 184 on 1/12/1994 which included the establishment of the PMA, assignment of **Dr. Amin Mohammed Haddad** as acting Governor and exerting all efforts to make the PMA functional.

# General Objective:

The Objective of the PMA is to secure the stability of the banking and monetary system and encourage economic growth in Palestine in accordance with general policy of the PNA.

**PMA Objectives:**

1. Regulating and managing the currency.
2. Holding and managing the PNA's gold and foreign currency reserves.
3. Consolidating and regulating the quantity and cost of credit in accordance with the requirements and necessities of the Palestinian economy.
4. Maintaining an efficient and developed banking system.



Welcome to the Official Website
## PALESTINE MONETARY AUTHORITY

Establishment
Objectives
Functions
PMA's Regulatory Framework
Press Releases
Annual Report
Statistical Bulletin
Accomplishments
Laws & Regulations
Banking Environment
Balance of payments
Banks in Palestine
Activities
Main Page

# PMA Establishment Decision

# Decision number (184) for 1994

The President

Executive Committee of the Palestine Liberation Organization

The Chairman, Palestinian National Authority

Based on the powers invested in US, and based on public interests,

Decides the following:

1. Establishing the Palestine Monetary Authority
2. Assigning Dr. Amin Mohammed Haddad as the General Director of the Palestine Monetary Authority (Deputy Minister)
3. The decision shall be effective as of the date below.

Gaza: December 1, 1994

## Yasir Arafat

## President Executive Committee of the PLO

## Chairman, PNA



Welcome to the Official Website

# PALESTINE MONETARY AUTHORITY

## Functions

The Monetary Authority aims at securing soundness of banking work, maintaining monetary stability and encouraging economic growth in Palestine in line with the general policies of the National Authority, To realize these objectives it shall perform the following, in accordance with the provisions of the law:

1. Exercise the privilege of issuing the national currency and coins in due course, in accordance with the terms and conditions to be determined by the law relative to the issuing of currency and securing the cash reserve necessary.
2. Organize banking activities, issue and cancel licenses of banks, control and supervise them, and impose penalties on them.
3. Prepare, organize and publish the balance of payments.
4. Provide cash flow to the banks within the legally established limits.
5. Work out, organize and implement monetary and credit policies as well as the policies of dealing in foreign currencies, in accordance with the provisions of the Currency and Credit law.
6. Keep and manage the National Authority reserve of gold and foreign currencies.
7. Render financial and economic advice to the National Authority, carry out economic and monetary analyses on regular basis and publish the results.
8. Serve as financial agent to the National Authority and Palestinian public institutions inside and outside Palestine.
9. Work out and implement the regulations, decisions and instructions which guarantee maintenance of an effective, secure and sound banking system.
10. Organize credit quantity, quality and cost in order to respond to the requirements of economic growth and monetary stability, in accordance with the provisions of the Currency and Credit Law.
11. Work as a bank for the licensed banks, specialized lending institutions and finance companies and control them in a way that guarantees soundness of their financial standing and protection of depositors' rights.
12. Organize activity of the exchange profession, finance companies, development and investment funds, as well as issue relevant licenses, and control and supervise them.

**Sidebar navigation:**
- Establishment
- Objectives
- Functions
- PMA's Regulatory Framework
- Press Releases
- Annual Report
- Statistical Bulletin
- Accomplishments
- Laws & Regulations
- Banking Environment
- Banks in Palestine
- Balance of payments
- Activities
- Main Page