U.S. Department of Justice  
Washington, DC 20530

Supplemental Statement  
Pursuant to Section 2 of the Foreign Agents Registration Act of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending __MAR 3 1 1999__  
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant _Palestine Liberation Organization_   (b) Registration No. _5244_  
   _SB_

   (c) Business Address(es) of Registrant

2. Has there been a change in the information previously furnished in connection with the following:

   (a) If an individual:
   | | Yes | No |
   |---|---|---|
   | (1) Residence address | ☐ | ☒ |
   | (2) Citizenship | ☐ | ☒ |
   | (3) Occupation | ☐ | ☒ |

   (b) If an organization:
   | | Yes | No |
   |---|---|---|
   | (1) Name | ☐ | ☐ |
   | (2) Ownership or control | ☐ | ☐ |
   | (3) Branch offices | ☐ | ☐ |

   (c) Explain fully all changes, if any, indicated in items (a) and (b) above.

   N/A

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C¹, state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐     No ☐

   If yes, have you filed an amendment to the Exhibit C?    Yes ☐     No ☐

   If no, please attach the required amendment.

   N/A

---

¹ The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

Formerly OBD-64

Form CRM-154  
JUNE 1998

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?   Yes ☐   No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|---|---|---|

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?   Yes ☐   No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

N/A

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?   Yes ☐   No ☐

If yes, identify each such person and describe his service.

N/A

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?   Yes ☐   No ☒

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|---|---|---|

N/A

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?   Yes ☐   No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?   Yes ☐   No ☒

N/A

If no, list names of persons who have not filed the required statement.

N/A

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?

   Yes ☐    No ☒

   If yes, furnish the following information:

   *Name of foreign principal*                                                                 *Date of termination*


8. Have you acquired any new foreign principal[2] during this 6 month reporting period?

   Yes ☐    No ☒

   If yes, furnish following information:

   *Name and address of foreign principal*                                                      *Date acquired*


9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

                                  Palestine Liberation Organization


10. **EXHIBITS A AND B**
    (a) Have you filed for each of the newly acquired foreign principals in Item 8 the following:

        Exhibit A[3]    Yes ☐    No ☐    N/A
        Exhibit B[4]    Yes ☐    No ☐

        If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?    Yes ☐    No ☐   N/A

        If yes, have you filed an amendment to these exhibits?    Yes ☐    No ☐   N/A

        If no, please attach the required amendment.                                N/A

---

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a)(9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.

4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?   Yes ☒   No ☐

    If yes, identify each such foreign principal and describe in full detail your activities and services:

    Palestine Liberation Organization

    (See schedule 3)

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?   Yes ☒   No ☐

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

    Palestine Liberation Organization

    We seek to advance the relations and cooperation between the U.S. Government and PLO. Also to advance the relations and cooperation between the Palestinian people and the American people.

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?   Yes ☐   No ☒

    If yes, describe fully.

    N/A

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
    During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?   Yes ☒   No ☐

    If no, explain why.

    If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

    | Date | From Whom | Purpose | Amount |
    |------|-----------|---------|--------|

    ( See schedule 1 )

    Total _____

(b) **RECEIPTS - FUND RASING CAMPAIGN**
    During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?   Yes ☐   No ☒

    If yes, have you filed an Exhibit D to your registration?   Yes ☐   No ☐

    If yes, indicate the date the Exhibit D was filed.   Date _____.  N/A

(c) **RECEIPTS-THINGS OF VALUE**
    During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
    Yes ☐   No ☒

    If yes, furnish the following information:

    | Name of foreign principal | Date received | Description of thing of value | Purpose |
    |---------------------------|---------------|-------------------------------|---------|

    N/A

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity on behalf of any foreign named in Items 7, 8, and 9 of this statement?   Yes ☒   No ☐

(2) transmitted monies to any such foreign principal?   Yes ☐   No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.


If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| | | ( See Schedule 2 ) | |
| | | | Total |

(b) **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?
                    Yes ☐        No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | N/A | | |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?        Yes ☐        No ☒

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | N/A | | |

---

10, 11 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?   Yes ☐   No ☒

    IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

    N/A

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?   Yes ☐   No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

    N/A

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☒ Radio or TV broadcasts    ☐ Magazine or newspaper articles    ☐ Motion picture films    ☐ Letters or telegrams

    ☐ Advertising campaigns    ☐ Press releases    ☐ Pamphlets or other publications    ☐ Lectures or speeches

    ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public Officials    ☐ Newspapers    ☐ Libraries
    ☐ Legislators    ☐ Editors    ☐ Educational institutions
    ☐ Government agencies    ☐ Civic groups or associations    ☐ Nationality groups

    ☐ Other (specify) N/A _____

21. What language was used in the informational materials:
    ☐ English    N/A    ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?   Yes ☐   No ☐
    N/A

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?   Yes ☐   No ☐
    N/A

---

[12] The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                (Type or print name under each signature[13])

_____May 11, 1999_____                             _____Hasan Abdel Rahman_____

---

[13] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C. 20530

**NOTICE**

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1. Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

    YES_____ or NO___No_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2. Do you disseminate any material in connection with your registration:

    YES_____ or NO___No_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_____          May 11, 1999
*Signature*                        *Date*

_____Hasan Abdel Rahman_____
Please type or print name of
signatory on the line above

____Chief Representative____
*Title*

## PLO Office

1730 K Street, N.W., Suite 1004
Washington, D.C. 20006

Tel: (202) 785-8394
Fax: (202) 887-5337



بعثة
منظمة التحرير الفلسطينية
واشنطن

هاتف: ٨٣٩٤-٧٨٥ (٢٠٢)
فاكس: ٥٣٣٧-٨٨٧ (٢٠٢)

Registration # 5244

Six months period ending March 31, 1999          ( Schedule # 1 )

|  |  |
|---|---|
| Previous Balance | $ 57,813.08 |
| From Ministry of Finance | 142,319.66 |
| Total | $200.132.74 |

### Expenses

|  |  |
|---|---|
| Salaries | $ 82,419.00 |
| Other expenses | 116,828.66 |
| Total | $199,247.66 |

|  |  |
|---|---|
| Income | $ 200,132.74 |
| Total Expenditure | 199,247.66 |
| Balance | $   885.08 |

## PLO Office

1730 K Street, N.W., Suite 1004
Washington, D.C. 20006

Tel: (202) 785-8394
Fax: (202) 887-5337



بعثة
منظمة التحرير الفلسطينية
واشنطن

هاتف: ٧٨٥-٨٣٩٤ (٢٠٢)
فاكس: ٨٨٧-٥٣٣٧ (٢٠٢)

Registration # 5244

Six months period ending March 31, 1999                ( Schedule # 2 )

| | |
|---|---:|
| Office Rent | $ 15,949.50 |
| Garage Parking | 4,023.00 |
| Rent resident | 24,002.31 |
| Rent Office machines | 2,328.17 |
| Water, Office | 45.40 |
| Transportation | 2,809.44 |
| Maintenance/Office machines | 873.30 |
| Mail/Fedex/DHL | 1,711.11 |
| Office telephones | 14,881.28 |
| Residence telephone | 2,342.38 |
| Stationary | 1,819.93 |
| Newspaper subscriptions | 1,217.94 |
| Health Insurance | 15,386.33 |
| Car Maintenance | 1,147.81 |
| Fuel | 1,404.41 |
| Hospitality/Hotels | 6,318.74 |
| car payments | 7,742.75 |
| Electricity for resident | 1,269.89 |
| gas for resident | 1,086.28 |
| Miscellaneous | 3,427.59 |
| Car insurance | 1,818.40 |
| Travel | 5,222.60 |
| Total | $116,828.66 |

**PLO Office**

1730 K Street, N.W., Suite 1004
Washington, D.C. 20006

Tel: (202) 785-8394
Fax: (202) 887-5337



بعثة
منظمـة التحريـر الفلسطينيــة
واشنطن

هاتف: ٨٣٩٤-٧٨٥ (٢٠٢)
فاكس: ٥٣٣٧-٨٨٧ (٢٠٢)

Six months period ending March 31, 1999
Registration # 5244                                    ( Schedule 3 )

| | |
|---|---|
| October 2, 1998 | Conference - M.E.-U.S. Policy<br>Dirkson Senate Office  room 50 |
| October 5, 1998 | Attended the Georgetown Univ. annual meeting, did not participate |
| October 15 to 20th, 1998 | Meetings at Wye River Plantation |
| October 23, 1998 | Attended the signing ceremony at the White House |
| November 3, 1998 | Interview, Voice of America<br>No transcript |
| December 2, 1998 | Interview, ANA/TV  Arabic Language<br>No transcript |
| December 7, 1998 | Voice of America Radio Interview<br>No transcript |
| December 8, 1998 | Addressed  -  Middle East Seminar<br>Harvard University<br>No transcript |
| January 8, 1999 | Interview, Al-Jazira-TV  in Arabic<br>No transcript |
| January 9, 1999 | Attended the activity of the Michigan State Univ.<br>" A community between two Worlds"<br>Did not participate |

2

| | |
|---|---|
| February 17, 1999 | Paticipated in a Forum on Middle East Peace<br>Delaware Chapter of People to People Internat.<br>Wilmington, DE   No transcript |
| March 4, 1999 | Addressed the American Jewish Committee<br>Greater Boston Chapter<br>" Middle East Peace Process "  No transcript |
| March 19, 1999 | Interview - Al-Jazira-TV<br>No transcriipt |