**U.S. Department of Justice**
Washington, DC 20530

Supplemental Statement
Pursuant to Section 2 of the Foreign Agents Registration Act
of 1938, as amended

OMB NO. 1105-0002

For Six Month Period Ending **MAR 3 1 2001**
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

    **Palestine Liberation Organization**

    (b) Registration No. **5244**

   (c) Business Address(es) of Registrant

    **1717 K Street, N.W.
    Suite 407
    Washington, D.C. 20036**

2. Has there been a change in the information previously furnished in connection with the following:

    (a) If an individual:         N/A
    (1) Residence address            Yes ☐   No ☐
    (2) Citizenship                  Yes ☐   No ☐
    (3) Occupation                   Yes ☐   No ☐

    (b) If an organization:
    (1) Name                         Yes ☐   No ☒
    (2) Ownership or control         Yes ☐   No ☒
    (3) Branch offices               Yes ☐   No ☒

    (c) Explain fully all changes, if any, indicated in items (a) and (b) above.

    N/A

    *[Stamp: REGISTRATION UNIT 2001 MAY -2 PM 12:00]*

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

    Yes ☐    No ☐

    If yes, have you filed an amendment to the Exhibit C?    Yes ☐    No ☐

    If no, please attach the required amendment.

    N/A

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (a waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, Criminal Division, Internal Security Section, U.S. Department of Justice, Washington, D.C. 20530.)

Formerly OBD-64

Form CRM-154
JUNE 1998

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|---|---|---|
| **Khalil Foutah** | **Assistant Director** | **October 31, 2000** |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

**N/A**

5. (a) Has any person named in item 4(b) rendered services directly in furtherance of the interests of any foreign principal?     Yes ☐     No ☐

If yes, identify each such person and describe his service.     **N/A**

(b) Have any employee or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Position or connection | Date terminated |
|---|---|---|
| **Khalil Foutah** | **Assistant Director** | **October 31, 2000** |

(c) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(c) of the supplemental statement?     Yes ☐     No ☐

If no, list names of persons who have not filed the required statement.     **N/A**

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?
   Yes ☐    No ☒

   If yes, furnish the following information:

   *Name of foreign principal*                                                      *Date of termination*

   **N/A**

8. Have you acquired any new foreign principal[2] during this 6 month reporting period?
   Yes ☐    No ☒

   If yes, furnish following information:

   *Name and address of foreign principal*                                          *Date acquired*

   **N/A**

9. In addition to those named in Items 7 and 8, if any, list foreign principals[2] whom you continued to represent during the 6 month reporting period.

   **Palestine Liberation Organization**

10. **EXHIBITS A AND B**
    (a) Have you filed for each of the newly acquired foreign principals in Item 8 the following:

        Exhibit A[3]    Yes ☐    No ☐
        Exhibit B[4]    Yes ☐    No ☐
                                               **N/A**

        If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?    Yes ☐    No ☐

        If yes, have you filed an amendment to these exhibits?    Yes ☐    No ☐

        If no, please attach the required amendment.
                                               **N/A**

---

2 The term "foreign principal" includes, in addition to those defined in section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on form CRM-157 (Formerly OBD-67) sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form CRM-155 (Formerly OBD-65) sets fourth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, and 9 of this statement?    Yes ☒    No ☐

    If yes, identify each such foreign principal and describe in full detail your activities and services:

    Palestine Liberation Organization

    (See schedule 3)

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?    Yes ☒    No ☐

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places, of delivery, names of speakers and subject matter.

    Palestine Liberation Organization

    **We seek to advance the relations and cooperation between the United States Government and the PLO. Also to advance the relations and cooperation between the Palestinian people and the American people. And to advance the Peace Process.**

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits any or all of your foreign principals?    Yes ☐    No ☒

    If yes, describe fully.

---

[5] The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?      Yes ☒      No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies[6]

| Date | From Whom | Purpose | Amount |
|---|---|---|---|
| | | (See schedule 1) | |
| | | | Total |

(b) **RECEIPTS - FUND RASING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fund raising campaign[7], any money on behalf of any foreign principal named in items 7, 8, and 9 of this statement?      Yes ☐      No ☒

If yes, have you filed an Exhibit D to your registration?      Yes ☐      No ☐

If yes, indicate the date the Exhibit D was filed.      Date _____.      **N/A**

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, and 9 of this statement, or from any other source, for or in the interests of any such foreign principal?      Yes ☐      No ☒

If yes, furnish the following information:

| Name of foreign principal | Date received | Description of thing of value | Purpose |
|---|---|---|---|

**N/A**

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, money, or other things of value for a foreign principal, as part of a fund raising campaign. (See Rule 201(e).)
8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fund raising campaign and transmitted for a foreign principal.
9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity on behalf of any foreign named in Items 7, 8, and 9 of this statement?   Yes ☒   No ☐

(2) transmitted monies to any such foreign principal?   Yes ☐   No ☐

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.


If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|

**(See schedule 2)**

Total

(b) **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?
                        Yes ☐        No ☒

If yes, furnish the following information:

| Date disposed | Name of person to whom given | On behalf of what foreign principal | Description of thing of value | Purpose |
|---|---|---|---|---|
| | | N/A | | |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?        Yes ☐        No ☒

If yes, furnish the following information:

| Date | Amount or thing of value | Name of political organization | Name of candidate |
|---|---|---|---|
| | | N/A | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks" and the like.

## V - INFORMATIONAL MATERIALS

16. During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials[12]?
    Yes ☐    No ☒

    IF YES, RESPOND TO THE REMAINING ITEMS IN SECTION V.

17. Identify each such foreign principal.

    **N/A**

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

    **N/A**

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☒ Radio or TV broadcasts    ☐ Magazine or newspaper articles    ☐ Motion picture films    ☐ Letters or telegrams

    ☐ Advertising campaigns    ☐ Press releases    ☐ Pamphlets or other publications    ☐ Lectures or speeches

    ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public Officials    ☐ Newspapers    ☐ Libraries
    ☒ Legislators    ☐ Editors    ☐ Educational institutions
    ☐ Government agencies    ☐ Civic groups or associations    ☐ Nationality groups

    ☐ Other (specify) _Same letter to all members of Congress and Senate_

21. What language was used in the informational materials:
    ☒ English    ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☒    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☐    No ☒

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                    (Type or print name under each signature[13])

_April 27, 2001_                                       _Hasan Abdel Rahman_

2001 MAY -2 PM 12: 00
REGISTRATION UNIT

---

[13] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# UNITED STATES DEPARTMENT OF JUSTICE
# FARA REGISTRATION UNIT
# CRIMINAL DIVISION
# WASHINGTON, D.C. 20530

**NOTICE**

Please answer the following questions and return this sheet in triplicate with your Supplemental Statement:

1. Is your answer to Item 16 of Section V (Informational Materials - page 8 of Form CRM-154, formerly Form OBD-64-Supplemental Statement):

    YES _____ or NO___No_____

(If your answer to question 1 is "yes" do not answer question 2 of this form.)

2. Do you disseminate any material in connection with your registration:

    YES _____ or NO___No_____

(If your answer to question 2 is "yes" please forward for our review copies of all material including: films, film catalogs, posters, brochures, press releases, etc. which you have disseminated during the past six months.)

_____                    April 27, 2001
*Signature*                                   *Date*


Hasan Abdel Rahman
_____
**Please type or print name of signatory on the line above**


Chief PLO Representative
_____
*Title*

PLO Mission to the United States
1717 K Street, N.W. Suite 407
Washington, D.C. 20036
Tel: (202)785-8394
Fax:(202) 887-5337



بعثـة
منظمـة التحريـر الفلسطينيـة
واشنطن
هاتف: ٧٨٥-٨٣٩٤ (٢٠٢)
فاكس: ٨٨٧-٥٣٣٧ (٢٠٢)

Registration No. 5244
Six month period ending March 31, 2001          (Schedule 1)

|  |  |
|---|---|
| Previous balance | $ 83,425.11 |
| From Finance Ministry | 169,026.93 |
| Total | $252,452.04 |

**Expenses**

| | |
|---|---|
| Salaries | $ 77,429.00 |
| Other expenses | 177,387.95 |
| Total | 250,816.95 |

| | |
|---|---|
| Balance | $252,452.04 |
| Total expenditure | 250,816.95 |
| Balance | 1,635.09 |

PLO Mission to the United States
1717 K Street, N.W. Suite 407
Washington, D.C. 20036
Tel: (202)785-8394
Fax:(202) 887-5337



بعثـة
منظمـة التحريـر الفلسطينيـة
واشنطن

هاتف: ٧٨٥-٨٣٩٤ (٢٠٢)
فاكس: ٨٨٧-٥٣٣٧ (٢٠٢)

Registration No. 5244
Six months period ending March 31, 2001

(Schedule 2)
U.S. Dollars

| | |
|---|---:|
| Office rent | 47,796.30 |
| Parking garage | 3,214.85 |
| Rent residence | 15,610.00 |
| Rent office machines | 6,928.73 |
| Transportation | 4,004.25 |
| Maintenance office machines | 1,007.05 |
| Mail/Fedex/DHL | 2,170.77 |
| Office Telephone | 26,303.96 |
| Stationary | 375.33 |
| Newspaper subscriptions | 1,078.02 |
| Health insurance | 23,331.00 |
| Car Maintenance | 1,569.29 |
| Fuel | 1,300.45 |
| Car insurance | 6,927.00 |
| Car payments | 8,177.59 |
| Electricity, residence | 995.31 |
| Gas, residence | 1,013.31 |
| Car tax | 185.00 |
| Miscellaneous | 1,448.65 |
| Bank interest | 1,276.00 |
| Hospitality/Hotels | 8,253.37 |
| Travel | 2,595.50 |
| Office furniture | 1,130.89 |
| Computers | 6,695.33 |
| Total | $ 173,387.95 |

PLO Mission to the United States
1717 K Street, N.W. Suite 407
Washington, D.C. 20036
Tel: (202)785-8394
Fax:(202) 887-5337



بعثـة
منظمـة التحريـر الفلسطينيـة
واشنطن

هاتف: ٧٨٠-٨٢٩٤ (٢٠٢)
فاكس: ٨٨٧-٠٢٢٧ (٢٠٢)

Registration No. 5244
Six months period ending March 31, 2001        (Schedule 3)   No transcripts

| | |
|---|---|
| October 11, 2000 | Interview - CNBC<br>400 N. Capitol Street |
| October 13, 2000 | Live Interview - ForoAmericano<br>330 Independence Ave., S.W. |
| October 13, 2000 | Fox News Chanel - Interview<br>400 N. Capitol St. |
| October 13, 2000 | Telemondo TV in Spanish<br>400 N. Capitol Street |
| October 14, 2000 | Interview CNN Domestic with<br>Keneset member |
| October 15, 2000 | CNN interview - Union Station<br>820 1st Street, N.E. |
| October 16, 2000 | Interview Fox News television<br>Host Linda Vester |
| October 17, 2000 | CNN - Domestic<br>820 First Street, N.E. |
| October 17, 2000 | Telephone interview - WQBA - Radio Miami |
| October 17, 2000 | Interview Fox News Chanel<br>400 N. Capitol St., N.W. |
| October 19, 2000 | Interview (Choque de Opinionis) Spanish TV<br>820 First Street, N.E. |

| Date | Event |
|---|---|
| October 19, 2000 | Addressed students from American University Prof. Piotrow's class |
| October 19, 2000 | NBC Nightly News Interview Chanel 4 |
| October 23, 2000 | Telephone Radio interview WBEZ - Chicago |
| October 26, 2000 | Addressed students of M.E. studies at U.S. John F. Kennedy Warfare Center |
| October 26, 2000 | Interview - Telemondo Spanish Television from Miami |
| November 3, 2000 | Participated in a panel discussion at the National Council on US-Arab relations |
| November 16, 2000 | Invited by Brookings Institution to address Newly-promoted US Navy Admirals on (the PLO Perspective and the Palestinian-Israeli situation and the Middle East) |
| December 5, 2000 | Attended a briefing by Mr. Pichering from the State Department with other Arab Ambassadors |
| January 17, 2001 | Interview - Global Exchange - Voice of America 330 Independence Ave., S.W. |
| February 7, 2001 | Addressed students and faculty of the National Defense Univ. National War College |
| March 20, 2001 | Interview, Spanish Television : Host Mr. Vincent |
| March 21, 2001 | Attended the briefing by Amb. Edward Walker at the State Department |
| March 23, 2001 | Telephone interview - WWTL Radio |

| | |
|---|---|
| March 26, 2001 | Addressed the Baltimore Council on Foreign Affairs followed by questions & answers on "Stability in the M.E. and the Peace Process" |
| March 27, 2001 | Interview - Voice of America in Arabic<br>330 Independence Ave., S.W. |
| March 30, 2001 | Addressed students at the American Studies Program<br>329 8th Street, N.E.  Arranged by Dr. Bret Kincaid |

**PLO Mission to the United States**
1717 K Street, N.W. Suite 407
Washington, D.C. 20036
Tel: (202)785-8394
Fax:(202) 887-5337



منظمة التحرير الفلسطينية
واشنطن
هاتف: (٢٠٢)٧٨٠-٨٣٩١
فاكس: (٢٠٢)٨٨٧-٥٣٣٧

November 20, 2000

The Honorable Neil Abercrombie
1502 Longworth House Office Building
U.S. House of Representatives
Washington, DC 20515

Dear Congressman Abercrombie:

As peace negotiations have been overtaken by violence and suffering in the Palestinian territories, Congress has received many reports blaming the deteriorating situation on the Palestinian leadership. Legislation has been proposed to support Israel and punish the Palestinians. Because much of the information Congress receives is inaccurate or biased, Congress is acting in a manner that is not consistent with the U.S. role as an honest broker, not in the long-term national interest, and not representative of American traditions or values. I write to you in order to provide a more even-handed understanding of the current situation.

The reason for the tragic situation in the occupied Palestinian territories is straightforward: For thirty-three years, Israel has done all in its substantial power to deny the Palestinian people their right to national sovereignty, political independence, dignity, economic and social development, and personal liberty. The protests of the Palestinian people are nothing other than an expression of extreme frustration at the fact that, despite seven years of negotiation, they do not see a light at the end of the tunnel because Israel continues to control nearly all aspects of Palestinian life.

Palestinians accepted the Oslo Accords because we believed this would lead to our long-sought freedom and independence. But seven years after Oslo, and more than a year after a Final Status Agreement was to have been concluded, Palestinians now believe that Israel has a far different interpretation of what the Oslo agreement is about. Instead of ending military occupation, Israel has built more settlements and confiscated more Palestinian lands. To many Palestinians it appears that Israel is merely using the Oslo process to legitimize and legalize its continued domination of the West Bank and Gaza – in effect, to make permanent Israeli apartheid in the Occupied Territories. The grinding and dehumanizing effects of thirty-three years of military occupation, coupled with increasing confiscations of Palestinian land which is then used to house extremist Jewish settlers in our midst, is simply too much for any people to bear.

"The new Intifada, which displays the characteristics of both a popular uprising and a quasi-military one, is a final attempt to thrust a mirror in the face of Israelis and to tell them: 'Take a good look at yourselves and see how racist you have become.'"

Palestinians want a permanent peace that is based on justice. We want a peace with which our children and Israeli children can live. We want a peace between equals, not an imposed peace by the "victors" over the "vanquished."

In order for peace to prevail, Israel must acknowledge that the control and domination of one people by another is an anachronism in the 21st century. Israelis need to end the mentality of the occupier; accept the compromises that creating a truly viable Palestine will require; and make the strategic choice to live as a neighbor, not as an oppressor.

The United States plays a central role in progressing toward this goal. America is Israel's best friend and largest financial supporter. No other nation is better able to convince Israel of the need to alter its mentality of domination and end its occupation of Palestinians. But the U.S. can play this unique role only if American officials, including the United States Congress, take a sincerely objective approach, and are driven by the pursuit of justice, not by the blind endorsement of Israeli policy. Legislation that holds only Palestinians responsible for honoring agreements and places sole blame on them for violence does not help the quest for peace. Such legislation tacitly excuses Israel's racial discrimination and military aggression, and will only encourage Israel to continue its current behavior. In addition, obviously biased legislation will further convince Palestinians that no hope exists for a peaceful solution to our quest for our national rights because our "honest broker" is not "honest."

As Congress considers future legislation relating to the Israeli-Palestinian conflict, I respectfully request that you keep the facts of Israeli occupation in mind. I urge you to structure any future legislation so that it will equally require both Israelis and Palestinians to honor our commitments to refrain from violence, to implement the terms of the Oslo Accords and interim agreements, and to move toward living as neighbors instead of as occupier and captive.

Sincerely,


Hassan A. Rahman
Chief Representative of the PLO and PNA

2