CNN
SHOW: PAULA ZAHN NOW 20:00
October 15, 2003 Wednesday
Transcript # 101500CN.V99
SECTION: News; International
LENGTH: 7357 words
HEADLINE: Rome Prepares to Celebrate Pope John Paul II; Bombshells in Kobe
Bryant Hearing
GUESTS: Theodore McCarrick, John Allen, Hasan Abdel Rahman, Stephen Cohen, Pat
Looney, Nancy Snyderman, Seal
BYLINE: Delia Gallagher, Larry Kobilinsky, Jeffrey Toobin, Soledad O'Brien,
Paula Zahn
HIGHLIGHT:
Over one billion Catholics around the world prepare to celebrate John Paul II's
25 years as pope. The judge in the Kobe Bryant case today decided to allow
testimony about the sexual history of the woman who is accusing Bryant of sexual
assault. How did one Cubs fans break the heart of millions?
BODY:
PAULA ZAHN, CNN ANCHOR: Good evening, everyone. Thanks so much for joining
us.

Tonight, we're in Rome, as one billion Catholics around the world prepare to
celebrate John Paul II's 25 years as pope. One of America's leading cardinals
will join us for a frank discussion of the sex abuse scandal that has plagued
the church.

And chasing away the evil spirits. We'll talk with the Vatican's chief
exorcist.

All that ahead from here tonight.

Page 2
PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday
But first, here's Soledad O'Brien back in New York.

SOLEDAD O'BRIEN, CNN ANCHOR: Thanks, Paula.

Ahead from here tonight, Kobe Bryant's preliminary hearing resumed today with
significant rulings by the judge allowing testimony about the sexual history of
the woman who accuses Bryant of sexual assault.

Also, a deadly attack in Gaza for the first time targeting Americans. Who
did it and how will it change the struggle for peace in the Mideast?

And the play that broke one million Cubs' fans hearts. What was that guy
thinking? We're going to talk to the Chicago firefighter who was right next to
him.

But first, here are some of the headlines you need to know right now.

At least 10 people are dead, dozens more hurt, after a ferry crash on New
York's Staten Island. Authorities say the boat slam into a pier while trying to
dock. A CNN producer on the scenes says large waves made it difficult for the
ship to navigate on an extremely windy day.

In Florida, doctors removed a feeding tube from a woman in a coma-like state
since 1990. Terri Schiavo is now expected to die within two weeks. Schiavo's
husband and legal guardian has said his wife would never have wanted to stay
alive in such a state. But her parents want the governor to order the feeding
tube reinserted.

And doctors in Dallas are bringing two Egyptian boys out of drug- induced
comas. The 2-year-old boys were surgically separated over the weekend. They
were born joined at the head. The comas should reduce the swelling of their
brains.

We could know as soon as Monday whether the sexual assault case against Kobe

Bryant will go to trial. The preliminary hearing ended today, but not before a few bombshells were dropped by the defense. The Kobe Bryant case is "In Focus" tonight.

And I'm joined now from San Francisco by CNN legal analyst Jeffrey Toobin; also this evening by Lawrence Kobilinsky. He's a forensics expert and John Jay College of criminal Justice here in New York.

Good evening, gentlemen. Thanks for joining us.

(CROSSTALK)

JEFFREY TOOBIN, CNN LEGAL ANALYST: Hi, Soledad.

O'BRIEN: Jeff, let's start with you. Give me a sense of what happened today. What were the bombshells?

TOOBIN: Well, today was the day the defense got to cross-examine for the full morning the detective who interviewed the accuser.

Page 3

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

And, in contrast to last week, this was an extremely effective and very professor cross-examination job by Pamela Mackey, where she brought out several important facts that will be very helpful to the defense when this case goes to trial; for example, that, in underwear provided to the government by the accuser, two pairs of underwear, there was unidentified semen that was not linked to Kobe Bryant.

There was none of Kobe Bryant's semen in there. There were pubic hairs, male Caucasian pubic hairs, obviously not from Kobe Bryant. And the accuser admitted that she had had sex with someone else three days before, raising the question of why there was no evidence, at least there, connecting the accuser and Kobe Bryant forensically.

Also, it was brought out that Kobe Bryant had no bruises on his body, no evidence of any sort of struggle. Much detail was brought out about how aggressively the accuser sought to be with Kobe Bryant that night, a very vivid scene of how she walked all the way around the back way to get to Kobe Bryant's room, so his bodyguards would not discover him.

Finally, and perhaps most importantly, apparently the first person who saw the accuser after her account with Kobe Bryant, an auditor of the hotel, she wrote a letter to the government saying she did not see anything wrong with the woman and did not indicate -- and she did not indicate that she was disheveled or angry or upset at all, a big contrast to earlier testimony, when a bellman who subsequently saw the accuser on the night of the event, he said that she was quite distraught, so all of those things very good for the defense brought out on cross-examination.

O'BRIEN: And lots for us to get to with our ex -- forensic expert is what I'm trying to say, Larry. Sorry there.

Let's begin with the semen from someone who is not Kobe Bryant on the underwear of the alleged victim in this case. Obviously, this is going to be a big problem for the defense. Give me a sense of the theories that they're going to have to sort of present in order to make their case.

LARRY KOBILINSKY, JOHN JAY COLLEGE OF CRIMINAL JUSTICE: Well, first of all, let's understand, there are two pairs of underwear, underpants, one the alleged victim was wearing the night of the rape. And the second were the clothing that she was wearing when she went to the hospital.

Now, what is generally done is, there are presumptive and then confirmatory tests for semen. And once it's established that semen is present on the underpants, then DNA testing is done. That DNA testing results in a genetic profile. Now, the fact that there is somebody else's DNA on the underpants I believe is a real assault on her credibility, because, No. 1, she's basically

saying that, although she had sex three days before, she used a condom. And therefore, the finding of semen, not Kobe Bryant's, and the fact that she used a condom, where did that come from? So the question is, is she promiscuous? Did that semen come from somebody else? Where did it come from? It leaves us questioning her credibility.

O'BRIEN: All right, let's talk about the physical injuries. As we heard from

Page 4

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

Jeffrey, no physical injuries appeared to be on Kobe Bryant. He is easily a foot taller than the woman who is accusing him of rape in this case. Do you think that is significant?

KOBILINSKY: Well, we have to be realistic. He is much larger than she is. She is bent over a chair. He allegedly has his hands around her neck. There is an injury. There is an injury to her left jaw. There is a bruise, which is consistent with the story that she is telling, that he grabbed her forcefully and pulled her head around. The fact that there is no injury on him simply means that she was not in a position to scratch or attack the victim, if you want to believe her story.

O'BRIEN: Early on and it is getting very nasty, as it was predicted, I think, all around.

Jeff Toobin, Lawrence Kobilinsky, thanks, gentlemen. Appreciate your time this evening.

TOOBIN: OK, Soledad.

Are Americans the new targets of the violent struggle between Palestinians and Israelis? A remote-control bomb struck a U.S. diplomatic convoy in the Gaza Strip today, killing three Americans, seriously injuring another. It is the first time that Americans officials have been killed in the three-year Palestinian uprising. No one has claimed responsibility yet, but it could signal a shift in strategy and further damage American peace efforts.

Joining us this evening, Hasan Abdel Rahman. He is the chief Palestinian representative to the United States. He joins us from Washington this evening. And in New York tonight, Middle East expert Stephen Cohen.

Gentlemen, good evening. Thanks for joining me.

(CROSSTALK)

O'BRIEN: Mr. Cohen, let's begin with you.

In your mind, do you see this attack as a major shift in what's going on in the Middle East, now that you have Americans as targets of Palestinian violence?

STEPHEN COHEN, MIDDLE EAST EXPERT: I think it's a critical indication that the Palestinian Authority no longer has very much authority.

We saw the problem of its decline as authoritative body over the last two years. But this shows that it does not have authority, even in the case where it invites American officials. And it's very important for the Palestinians to maintain a good relationship with the American people and with Americans who are trying to come to the West Bank and Gaza to do something positive, in the eyes of the Palestinians.

After all, these people were coming to find scholarship candidates among Palestinians to go to the United States. And these people were coming, as the Palestinians had wanted Americans to do, to spend more time.

Page 5

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

O'BRIEN: Let me stop you right there, because I want to ask Mr. Rahman. Do you think, then, that this is a clear indication that the Palestinian Authority cannot control the militants in the area that they patrol?

HASAN ABDEL RAHMAN, CHIEF PALESTINIAN REPRESENTATIVE TO U.S.: Well, I don't

think you can do that conclusion. I think terrorism can happen anywhere in the world. That does not mean that this is an indication that the Palestinian Authority does not have authority.

Having said that, of course, the Palestinian security institutions were weakened dramatically by the assault on them by Israel over the last three years, which conducted a systematic effort to destroy the Palestinian security capabilities. But also having said that, I'd like to extend our deepest condolences to those families of Americans and Palestinians.

Remember that Palestinians were killed also in this attack. We view this with a great deal of concern, because we know what kind of mission those people were on. And we feel that an attack on anyone, Americans or non-Americans, is a very dangerous situation.

O'BRIEN: Mr. Cohen -- and forgive me for interrupting there -- Mr. Cohen, Hamas, Islamic Jihad both said, it wasn't us. Does that surprise you? No one has stepped forward to claim responsibility in this attack.

COHEN: It doesn't surprise in the sense that, normally, there is some support in the Palestinian street for an attack in which Israelis are killed.

I don't think that anyone would believe that there is any political advantage to the Palestinians of killing innocent Americans. And, therefore, there is no credit to take. It's a strange thing to say that you can take credit for killing innocent Israelis, but that is the truth. In this situation, there is no one to take credit because there is no credit to take. No one believes that this is of any benefit to the Palestinian cause.

They know that it is damaging to the Palestinian cause, because the Palestinians, as I say, are anxious, are eager to have the United States spend more time in the West Bank and Gaza, to be present as a force that monitors what is happening and tries to prevent the further deterioration of the Palestinian situation.

O'BRIEN: Mr. Rahman, is this undermining completely the peace process now?

RAHMAN: Well, of course, again, as I said, it is very dangerous and regretful event, what happened today.

And the Palestinian Authority is determined to do all it can, with the support of the United States, of course, and even Israel, to investigate this event. We have to look at who really benefits from this. Definitively, it's not the Palestinian people. And it is not the Palestinian Authority. And, therefore, there is some party who would like to complicate relations between the Palestinians and the United States. We don't know who it is.

We hope that this will give us an incentive to double our effort to find a

Page 6

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

peaceful settlement. And that really requires the engagement of the United States at the highest level and others of the partners in the quartet in the road map to come together and bring the Palestinians and the Israelis, and trying to establish a simultaneous cease-fire between the two sides, and bring them back to the negotiating table.

(CROSSTALK)

O'BRIEN: We'll see if that happens. And forgive me for interrupting you there. We are out of time.

Gentlemen, both Hasan Abdel Rahman and Stephen Cohen, nice to have you. I appreciate it.

And we're going to take you to Paula Zahn at the Vatican to preview tomorrow's celebration of Pope John Paul II's 25th anniversary. And hear her interview with Washington Cardinal Theodore McCarrick, talking about the pope's health. Paula will also introduce us to the Vatican's chief exorcist. No,

they're not just in the movies.

And then back here: the fate of the too eager Cubs fan. A bad catch is the least of his problems.

(COMMERCIAL BREAK)

ZAHN: And welcome back to a very windy Rome.

Tomorrow marks the 25th anniversary of Pope John Paul II's election to the papacy. The entire Catholic Church will be praying for him, but special celebrations are planned at the Vatican.

For a preview of the festivities tomorrow, I'm joined by CNN Vatican analyst Delia Gallagher, and John Allen. He is the Vatican correspondent for "The National Catholic Reporter."

Good to see both of you.

JOHN ALLEN, "THE NATIONAL CATHOLIC REPORTER": Hi, Paula.

ZAHN: I'm going to start with you tonight, John.

What is the significance of the celebrations tomorrow, not only within the Catholic world, but the world at large?

ALLEN: Well, start with the fact that this doesn't happen very often. Depending on whether you count Saint Peter, who was, according to traditional, the first pope, this is either the third or fourth pope who has reigned a total of 25 years, who has reached a silver jubilee. So it is historically significant on that basis alone. But more than that, this is a pontificate that has cut across every one of the most important political, social, cultural, religious questions of our times.

So whether you're Catholic or not, John Paul has made a difference in your

Page 7

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

life. And so I think the eyes of the world, in a sense, will be upon Rome tomorrow.

What we'll be waiting for in the mass, I think, above all, is the pope's homily. That's the message he delivers after the Gospel reading, where we expect him to sort of, in a few minutes, synthesize the key themes of his pontificate. This, of course, is a peak moment which not only the world, but John Paul, in a way, has been building these 25 years.

ZAHN: Do you expect any surprises tomorrow?

ALLEN: Well, I think the surprise will be, first of all, what exactly does the pope pick out in terms of his key themes. I think that will be very interesting to see how he himself conceptualizes that. And then, obviously, we'll also be waiting to see how he does physically.

ZAHN: And that is a chief concern of a lot of the people we talked with at the Vatican today, how he is going to appear to the public.

Now, for those of you who cover him and get to see him on a daily basis, the decline is not as obvious, is it?

DELIA GALLAGHER, CNN VATICAN ANALYST: Yes, that's right.

I mean, you see the pope every day and we see this physical debilitation. And it is not such a surprise to those of us who watch him closely. But for the rest of the world, when they see him on television, in particular, all you can see is this physical decrepitness. But, really, when you see him up close, you can see that there is still that spirit. And he's able to talk to you and follow conversations.

So there is this dichotomy between what we see physically and his ailing body, and, yet, the mental willingness to continue, which, of course, is seen in the fact that he does continue to make these public appearances.

ZAHN: Do we know how involved the pope has been in creating this homily for tomorrow?

ALLEN: Well, I think the way these documents typically work is, there is a team of people who sort of provide the pope with drafts. But the pope also is infamous for the final version of it very much reflecting his own hand. And, usually, when you look at these homilies, you can find certain lines, if not sort of an entire paragraph, that very clearly reflect the pope's own thinking. I think that's another thing all of us will be waiting to hear tomorrow.

ZAHN: And a final thought about the number of pilgrims who have come here to Rome to enjoy the celebration tomorrow.

GALLAGHER: Oh, yes.

Already, we have seen in the streets some of Mother Teresa's sisters, for example, in their white habits, Indian sisters, that have come all the way from Page 8

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday India, to celebrate the pope's 25th and to celebrate the beatification of Mother Teresa, which will happen on Sunday. There are hundreds of thousands of pilgrims that have come to Rome and that come all the time, but in particular that are coming to celebrate with this pope.

ZAHN: Delia, John, thank you for both of your perspectives.

I guess this wind might have been something the planners had not counted on.

ALLEN: You could say the spirit is blowing, Paula.

ZAHN: It certainly is tonight. Thank you again.

The entire College of Cardinals have been invited to the Vatican for this week's celebration. Among them is Cardinal Theodore McCarrick of the Diocese of Washington, who made some time to talk with me this week.

(BEGIN VIDEOTAPE)

ZAHN: It's an honor to be with you this afternoon.

CARDINAL THEODORE MCCARRICK, DIOCESE OF WASHINGTON: I am delighted and honored myself to be here. Thanks, Paula.

ZAHN: What does this week mean to Catholics?

MCCARRICK: Oh, I think it means a lot of things to them.

I think the great affection that we all have for the holy father comes out at a time like this, and especially in his frailty now and in his illness now. We look at the holy father and say, make that 25. Get another record and enjoy and look at the world and say: Dear lord, you've been so good to me. I have been able to serve you in this way for 25 years.

But I think all Catholics, and me especially, we look to this as a great, happy week.

ZAHN: So you have talked about how meaningful this is to Catholics. What about to the rest of the world, to folks who don't practice Catholicism?

MCCARRICK: Well, I think that they have seen this man come on the stage of history 25 years ago. And they've seen the world change, perhaps in some part because of him and because of his bravery, because of his brilliance, because of his courage. I believe -- I travel a lot in so many parts of the world. I think they probably say, right on, holy father. That's great.

ZAHN: What is the level of concern about the pope's health right now?

MCCARRICK: I saw the holy father last week. He is obviously frail.

He had a cold, which made his poor life worse that day. And yet he had his script and he read it. And I think a lesser man would have said, OK, that's fine. We wish he were the same man that 25 years ago strode across that stage Page 9

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday of history athletic and full of vim and vigor and able to speak with such great power in so many different languages. The world doesn't go that way, we get

older.

ZAHN: Given the frailty of the pope's health, do you see any scenario where he would resign?

MCCARRICK: I don't. I don't.

I think that John Paul II believes that he's in the hands of God and that God will work it out. God will decide what happens and when it happens and how it happens. And I think he's perfectly peaceful with that.

ZAHN: Do you think the sex abuse chapter is closed?

MCCARRICK: I pray that it is. I believe that, since it is a societal problem, rather than a church problem, that there's always going to be sexual abuse in our society.

I think that's what we have to begin now to look at. I believe that in the Catholic Church, certainly in the United States, we have done everything that the experts have asked us to do, everything that our people have asked us to do. I think we have put an end to this. Will it ever happen again? I can't say that, of course. But now, in the church, the Catholic Church in the United States, more than in any other institution in our country, there are protections and safeguards for children and the safeguard that this will not happen again. I think that's important for us to realize.

ZAHN: There are critics of the Catholic Church who suggest, because of the church's refusal to promote safe sex and particularly the use of condoms, that the HIV/AIDS problem is out of control in Africa. What share of the blame or burden do you think should fall on the Catholic Church?

MCCARRICK: As you look at Africa, there are many areas which are not Catholic which have the same or worse problems.

Now, having said that...

ZAHN: Yes, what about the areas, though, where Catholics are?

MCCARRICK: Where Catholics are, absolutely.

In areas where there are a large number of Catholics, where the church is strong and where AIDS is strong, I think AIDS is the -- the causes of AIDS are so very diverse. But, certainly, the most important, fundamental way of preventing it is abstinence and fidelity in marriage.

ZAHN: Do you ever see a time where the Catholic Church might soften its position?

MCCARRICK: This holy father has said, be open to life, be open to life. And a contraceptive society is closed to life.

Page 10

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

Now, I deal with people who have all kind of problems. And my heart breaks for them. But a contraceptive society is closed to life. And if you're not open to life, you're not open to love, you're not open to beauty, you're not open to wonder. I want people to be open to wonder and open to life.

(END VIDEOTAPE)

ZAHN: Our coverage of the papal anniversary continues tonight.

But, also, that play during the Cubs game, the fan who intervened last night to keep them from advancing to the World Series. We're going to talk with somebody who was right there when it happened.

And the latest research suggests, size does matter when it comes to cholesterol. We'll explain.

(COMMERCIAL BREAK)

ZAHN: You might not know that the Vatican has a chief exorcist. We talked with him earlier about the ancient process of casting out demons. What he told us was as astonishing as what you may have seen on the screen at the movies.

(BEGIN VIDEOTAPE)

ZAHN (voice-over): And you thought it was just a movie.

FATHER GABRIEL AMORTH, VATICAN CHIEF EXORCIST (through translator): The demon is deeply rooted.

ZAHN: A subject the Vatican often doesn't discuss.

AMORTH (through translator): I use a long stone. I put one end of it on the shoulder of person to be exorcised. I do the whole exorcism with a stone.

ZAHN: It's a private and often secret ceremony, more of a struggle, actually, one shrouded in mystery based on ancient ritual.

AMORTH (through translator): Then I have a crucifix. Sometimes, during the exorcism, I put it on their head and the person gets furious.

ZAHN: It's believed to have been practiced by everyone, from Jesus Christ himself to Pope John Paul II.

AMORTH (through translator): Then I start blessing with holy water. This is a tube within it. I open it and water comes out.

ZAHN: The father Gabriel Amorth, the chief exorcist of the Vatican.

AMORTH (through translator): If it's blessed by holy water, it gets angry. It gets irritated, throwing itself on the floor. It can also pick up strange things. I think you know the movie "The Exorcist."

ZAHN: The unforgettable movie. The spinning head levitating off the bed, but was it real? Listen to this.

Page 11

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

MARCO TOSATTI, JOURNALIST: You have cases in which four dolls, four men, big strong men, cannot keep a 10 years child. And they can really do everything, fly or push very heavy furniture or roll like snakes or just spit nails and things like that.

ZAHN: Journalist Marco Tosatti writes for the Italian Daily "La Stampa." He's been covering the Vatican, religion and exorcism for 32 years.

(on camera): What happens physically in the process of exorcism?

TOSATTI: The spirit hates the sacred things. So just being touched by the shawl or by the cross, it provokes a reaction. Sometimes, it's a very strong one. I mean, you can have a very physical and even dangerous reaction.

ZAHN (voice-over): According to Tosatti, no lesser authority than the pope himself performed an exorcism in the Vatican two years ago.

(on camera): You are very well known for your investigation of the practice of exorcism. After all these years of research, do you believe in possession? Do you believe in the power of exorcism?

TOSATTI: Yes, I do, because, of course, I believe in the power of Jesus Christ to free us.

ZAHN (voice-over): So how about you? Are you still skeptical.

AMORTH (through translator): So you don't believe in the devil. You don't believe in exorcism. You have every right not to believe. The devil's regular activity is to turn man to evil. He does this to everyone, even to me, even to you.

ZAHN: Here in Rome, the Trevi Fountain is a must-see for tourists looking for good luck. But what about the small fortune found in its water? We'll take a look.

And what so many people are talking about back home tonight -- the curse of the goat strikes again. We'll talk with someone with someone who was sitting next to the world's most infamous Cubs fan last night.

(COMMERCIAL BREAK)

O'BRIEN: Here are some of the headlines you need to know right now. Lawyers in the D.C. sniper trial are slowly but surely filling a pool of jurors to hear the murder case against John Allen Muhammad. The prosecutor

predicts they'll have a jury picked in time to start opening statements on
Monday.

Military sources tell CNN there is no new evidence in the search for Navy
Captain Scott Speicher, whose plane crashed in the opening hours of the 1991
Gulf War. Officials say all reported sightings of Captain Speicher over the
last 12 years were without foundation.

An advisory committee of the Food and Drug Administration today conditionally
Page 12

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

recommended the government lift its ban on silicon (sic) breast implants. They
were taken off the market more than a decade ago due to fears that ruptured
implants caused health problems.

It's been years since baseball's playoffs generated this much buzz. First,
there was the Yankees-Red Sox rumble over the weekend. Now it looks as if the
biggest play of the Cubs-Marlins series was made by a fan.

Time to send in the truth squad.

(BEGIN VIDEOTAPE)

O'BRIEN (voice-over): It was five outs and counting last night at Wrigley
Field. The Cubs had a comfortable 3-0 lead over the Florida Marlins in the
eighth inning and were breathtakingly close to being in the World Series for the
first time in 58 years.

Then, they choked.

It began when a foul ball was sliced along the leftfield line. Cubs outfield
Moises Alou said he was poised to catch it for the second out, but a fan
snatched it first. Did that unleash the curse Cubs fans say have plagued their
team for almost six decades?

What is certain is that the Marlins then scored eight runs in the eighth
inning, which could cost the Cubs a trip to the World Series.

(END VIDEOTAPE)

O'BRIEN: Earlier we talked to Cubs fan Pat Looney. He was just about close
enough to catch the ball himself last night. Now he's a witness to a moment
that will live on in Cubs' infamy.

I asked him what happened.

(BEGIN VIDEOTAPE)

PAT LOONEY, CUBS FAN: Well, I was sitting right along the line, down the
third baseline, you know? The angle -- the angle of our seats and the seats,
you know, to the left of me and behind me -- everything is angled toward home
plate. So we're looking at home, the ball is coming, -- basically, it looks
like it was coming right at me at first. So I did go for the ball, just like,
you know, the individual, the guy that actually hit the ball. You know, and
everyone else in that section looked up and, you know, put their hands up
because the ball looked like it was coming right at us.

O'BRIEN: How close were you sitting to the guy who ended touching the ball?

LOONEY: The guy who hit the ball, I was sitting one row up and maybe one seat
over. But I ended up, you know, drifting -- we kind of drifted, we ended up in
the same -- you know, almost in the same spot.

O'BRIEN: Now, as you say, all of you are reaching for the ball here. And if
you look at the videotape, it's actually pretty clear that Moises Alou is also
Page 13

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

going for the ball. Why wouldn't you back off and let your team get the ball?

LOONEY: If I thought he had any chance in the play, we would have -- I would
have backed off. I mean, instinct, you know, shows the ball coming. We're not
looking -- because it's on an angle, if we were looking straight ahead, then we

would see him coming towards us. He came from behind us. So, in my instance, I can just say what I did. The ball was coming. I had my hands up and when I turned, then I seen the glove and I tried to stop. As soon as I seen him, I tried to stop like this.

The other guy there, he never saw Alou. And it's pretty high over there. I really thought -- until I saw the replay -- I really thought that there was no way he could reach it. We -- in my position, where I was sitting, it looked like we were out of play.

O'BRIEN: OK. So the guy who they're calling the fan touches the fan touches the fall. Give me a sense of what happens next. Did it get ugly immediately?

LOONEY: Yes. It was -- it was crazy, because, I mean -- what we were -- when we were coming, the ball -- it happened so fast, but you -- I realized instantly. I tried to stop, I seen his glove. I realized, Oh my God, he had a chance for that ball and I didn't know exactly who hit it. I knew I didn't hit it, but I was close by, and I was like, oh, no, you know? And everyone was like, you know, yelling and screaming and, you know, throwing beer and stuff like that.

Initially, it wasn't that bad and then, all of a sudden the next couple plays just went -- the very next pitch was a wild pitch and the guy walked and (UNINTELLIGIBLE).

O'BRIEN: Well, yes, things kind of fell apart for your Cubs across the board. And do you feel sometimes like this guy, who I know is being called in Chicago "the fan," is being a little unfairly blamed? I mean, you're talking about eight runs -- you know, by the eighth inning. Certainly, he wasn't responsible for each and every one of those, right?

LOONEY: Right. I mean, it was -- it was -- it happened at such a bad time. They say it was the key play that turned things around. But you can't blame a guy on a ball with one out. I just think, you know, they're -- people are looking for somebody to blame and they're blaming him.

O'BRIEN: How about blaming the curse? The curse of the billy goat, as lore has it, as you well know. Do you think there is any validity to that?

LOONEY: I don't...

(CROSSTALK)

LOONEY: No way. I don't buy into this curse thing. I think the fuel -- I think people -- we came from such a high to such a low so quick. I mean, in our minds, the game was over. It was 3-0, one out. You know, there was five outs left. We're like, This is it. Everyone was saying, We did it. We did it. And all of a sudden -- it just disappeared so quick. Everybody's emotion -- that's why -- that's why the emotion -- because it came from such a guaranteed win to a
Page 14
PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday
guaranteed loss like that -- that's why everyone took their frustrations out on this guy. And, you know, people are still mad about it.

O'BRIEN: If they win -- if Cubs win, people won't be mad about it any more, right?

LOONEY: No way.

O'BRIEN: Pat Looney, thanks for joining us tonight.

LOONEY: You're welcome.

O'BRIEN: Appreciate your time. Good luck to you tonight.

LOONEY: Take care.

(END VIDEOTAPE)

O'BRIEN: A true fan.

Well, the fan, Steve Bartman, has released a statement saying, in part, "Had I thought for one second that the ball was playable or had I seen Alou

approaching, I would have done whatever I could to get out of the way and given
Alou a chance to make the catch." That is from the man who is now sort of
notoriously called "the fan."
In that other playoff series today, the Red Sox forced a seventh game,
besting the Yankees, 9-6.
Well, that pesky issue of cholesterol and health is getting more complicated.
It's no longer just about good and bad cholesterol in the blood. Now it's big
and little cholesterol. We'll sort it all out for you just ahead.
And Grammy-winner Seal is back with his first CD release in five years.
He'll be joining us.
(COMMERCIAL BREAK)
O'BRIEN: For one of the few times in medicine we can say with confidence that
bigger is better. New research shows that if the particles carrying cholesterol
through your blood stream are bigger than normal, that may help you live longer.
Dr. Nancy Snyderman is Vice-President of Johnson and Johnson, who has 18 years
experience as a medical journalist joins us from San Francisco this evening to
talk about that. Dr. Snyderman good evening. Nice to see you.
DR. NANCY SNYDERMAN, VP JOHNSON AND JOHNSON: Hi, Soledad.
O'BRIEN: The study comes out of the "Journal of the American Medical
Association." Give me a sense of the importance of this study.
SNYDERMAN: The important sentence medicine keeps changing and the importance
is also that what we know about cholesterol may not necessarily be true. That
is, your absolute level of your good cholesterol or bad cholesterol may not be
everything.
Page 15
PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday
In fact, what you said, the size of the particles circulating in your blood
stream may have more to do with how long you live and whether you get heart
disease or a stroke or not. The smaller the particle the more the cholesterol
seems to get embedded in the wall of the blood vessel and collect more little
particles. The bigger ones plow their way through and they don't get embedded.
So, we're talking about gravel in your pipes versus stones that really can't get
in the pipes to begin with. And that seems to make a big difference.
O'BRIEN: Right now most of us are focused on the percentages of LDL and HDL
and keeping it all balanced. But you seem to be saying that it's actually more
important than the size. Is that more important than the good cholesterol or
bad cholesterol or is it too early to say that definitively?
SNYDERMAN: It's not more important, it's just another piece of the puzzle.
What the researchers in this article looked at were Jews, Oshkinazi Jews (ph), a
very interesting population to study. And they looked at people in their late
90s to 100. And they tried to figure out, was there a common denominator.
And they found a gene that caused particles of cholesterol to be large. And
they found that in those people who lived to be about a century old, they had a
gene to make the cholesterol particles large. And in fact, those same people
passed that gene on to their kids, so the kids can expect to live nice, long
lives. So it raises the question, if you have that gene, are you home free?
Well maybe, maybe not. But the flip side is, if you don't have that gene and
you know that big particles matter, can you get those particles to get larger?
O'BRIEN: Well, can you? Do you foresee a day, Dr. Snyderman, where one day
they'll be able to somehow manipulate these particles?
SNYDERMAN: It's the be all and end all, Soledad. It's what the
pharmaceutical industry is going start to looking at. Drug companies will start
to figure out, are there cholesterol lowering drugs that can make the particles
higher. And if so, should you be on them? And I think there's going to be a

race to develop that kind of drug.

And, also, if you exercise, it appears you can make the particles larger also. So you can't say, oh, well, I have the gene, I won't have trouble. On the other hand, I already obviously, don't have the gene, therefore, I'm going to die.

As in most things in medicine thank the parents who give you good genes and then you have to live a reasonable life to environmentally make those genes express themselves even further. So, it's another piece of the puzzle, but not the only piece that will allow you to live to be 100 Scott free.

O'BRIEN: And a complicated puzzle it is. If there is a screening test one day, that in itself, opens up a Pandora's box.

SNYDERMAN: Oh, I think it's going to be cool. I think that's exactly what's going to happen. You're going to be able to go in and have your HDL and your LDL, your good cholesterol and your bad cholesterol, and then you're going to get this soon, you're going to be able to have your particle size checked.

And if you have a particle size that puts you at risk, you may go on drugs to Page 16

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

make it bigger, you may do some environmental changes, that is, stop smoking and exercise.

But let me take you to the brave new world. I think the day is around the bend when we are going to be able to do fetal testing and say, you know what, your fetus is really at risk because you have the gene for low particles or, guess what, you're lucky you have the gene for big articles. And we'll be able to tinker, in utero, fixing fetuses before they take your first breath. That's the brave new world and it's not that far away.

O'BRIEN: The world not far away according to Dr. Snyderman. Nice to see you, as always. Have a great night.

SNYDERMAN: You, too, Soledad.

O'BRIEN: Well, his new album was five-years in the making. What took so long for Seal to get back in the game? We'll talk to the Grammy winner about his dry spell, his fans and his future.

And we'll go back to Rome and one of the most famous landmarks in the eternal city.

(COMMERCIAL BREAK)

O'BRIEN: Its been five years since singer/songwriter Seal released his last album, "Human Being." But the Grammy winner behind hit songs like "Kiss from a Rose," is back with a new effort. It's simply titled "Seal Four." And it features a song you just heard, "Waiting For You." Seal joins us now. Nice to see you.

SEAL, SINGER: Terribly original title don't you think.

O'BRIEN: I like that title.

SEAL: You do? I saw you bumping away there.

O'BRIEN: I love this song, it's very danceable and the critics are loving it, as well. But why such a long delay? Five years, your fans were sort of like, OK now.

SEAL: When I ask this question my response is that it is always very easy to write songs, it's a skill like anything else and also to make records, there's a method involved. But to actually, write songs that will have an effect on people whereby it will resonate with them. Is always the most difficult thing and most intangible thing.

O'BRIEN: After huge success, what's the pressure like now?

Because it seems sometimes that you have to just have wild success to match it, meet it, otherwise people say, well not as good as the past.

SEAL: You know, the hardest thing for me is to make a record that I'm proud of. To make a record that I believe in and at the end of the day I can listen to and go, I did my best. Therein lies the success. What will be will be. You Page 17

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

know, you can't really control what the critics say or, indeed, how the public respond to it, but you can, you can to some degree or a large degree control your effort. And your integrity and so, you know, it was a success as soon as I finished it.

O'BRIEN: I was surprised to read after the difficult childhood that you had and a father, by all accounts, was a terrible guy...

SEAL: No, no, no...

O'BRIEN: He was an abusive father and you talked about that in the past.

SEAL: He wasn't a terrible guy. He was somebody who was, he was blocked. And some people are just stuck.

O'BRIEN: You credit him with a lot -- for making you to some degree who you are today. That surprised me. You said he is...

SEAL: I think it's an accurate thing to say. I think he, he formed the kind of person that I am today. I mean, yes, there was a lot of adversity, but a lot of people go through that. And, yes, perhaps his methods in sort of bringing me up were questionable to say the least, but to be at the age that I am now at and look back on my childhood as being extremely dysfunctional and looking at my father as being a terrible man would kind of indicate that I'm holding on to something. And, really, I think that you have to show compassion were every possible. If you look at things in the grand scheme, it was actually quite functional because here I am today with the most incredible life.

O'BRIEN: And a very, very, very good fourth album, as well.

SEAL: Thank you very much.

O'BRIEN: Thank you for coming and talking to us about it.

SEAL: Was that it?

O'BRIEN: That's it. You can stay for the whole show, we'd love to have you.

SEAL: I was just getting started.

O'BRIEN: Well, than stick around. The commercial break we'll chat as well.

SEAL: OK.

O'BRIEN: Well, it has been immortalized on film and a must-see destination for tourists who are looking for luck. We are going to take a look at the Trevi Fountain. Paula Zahn is back in just a moment from Rome with a final thought.

(COMMERCIAL BREAK)

(BEGIN VIDEOTAPE)

ZAHN: It is one of the most popular sites in Rome, the Trevi fountain. Few tourists could resist tossing a coin under the fountain for luck. But what Page 18

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

happens to all the money at the bottom? The answer may surprise you.

UNIDENTIFIED MALE: If you throw a coin into the pool, you are supposed to get your wish.

UNIDENTIFIED MALE: A penny's worth of hope.

ZAHN (voice-over): It worked in Hollywood and now for almost every tourist on Roman holiday it is the fountain of dreams.

UNIDENTIFIED FEMALE: How often are you in Rome? You have to do things like this.

UNIDENTIFIED MALE: I'm just here for good luck.

ZAHN: But luck can cost you. There is an estimated $300,000 worth of coins thrown in here every year making it a place looking for people who are for a

fast fortune, well, maybe a fast Euro. The only catch how do you get the coins out.

UNIDENTIFIED MALE: Little guy using his finger at the end a magnet and he was throw it inside the fountain.

ZAHN: That's child's play for this Italian, Roberto Churchaleto (ph). Since 1968 he has made quite a living wading into the waters at dawn, some say netting over $1,000 a week at the height of tourist season. Then there is this man's sly technique. Not sly enough for our cameras to miss. A telescoping magnetic fishing rod, but according to his friend -- he only catches enough for a pack of cigarettes. And finally, this woman who we caught just yesterday dipping her magnetic wand into the waters. But as it happened many times before she got shoed away by police. But not for what you think. You see, it's not illegal to take the coins out of the fountain, it is illegal to touch the water when you do it.

UNIDENTIFIED MALE: The law says you can't put legs inside the fountain because you can damage and you can't climb on the fountain or enter using something that can damage it.

ZAHN: Police patrol on the ground, but get a boost from big brother above. He's always watching. Last summer city officials installed enclosed closed circuit cameras to watch the 18th century fountain 24/7. So the money ends up in the right hand, the Catholic charity that is supposed to get it. You see every day city workers everyday empty the fountain, vacuum up the coins and distribute them.

VITO GASPARETO, CHARITY WORKER (through translator): Before we had to depend on offerings in the church and now it's a lot of money that helps us help the poor.

ZAHN: Giving hope to charitable causes, all from the dream of people all around the world looking for a little luck, a little happiness at the foot of Rome's most famous sculpture.

Page 19

PAULA ZAHN NOW 20:00 October 15, 2003 Wednesday

(on camera): And be sure to stay with CNN tomorrow. We'll join you live from Rome with the special coverage of the 25th anniversary of Pope John Paul II's (UNINTELLIGIBLE).

And that wraps it up this evening. Thanks so much for being with us tonight. We will be back from Rome again tomorrow night.

In the meantime "LARRY KING LIVE" is next. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED

AT www.fdch.com

LOAD-DATE: October 16, 200

**SHOW:** CNN Saturday Morning
**September** 13, 2003, Saturday 07:00-08:00 ET
**NETWORK:** CNN
**MEDIUM:** Cable
**TYPE:** National Cable
**LENGTH:** 66 words
**BODY:**
START: 00:37:15

Teased Segment - Arafat.; High and low points on the path to peace and the possible removal of Arafat.
Visual - Arafat with Bill Clinton.
Visual - Interview with Arafat.
Studio Interview - Alon Pinkas, Israeli Consul General, talks about Arafat.
Studio Interview - **Hasan Abdel Rahman,** Chief Palestinian Rep. to the U.S., talks about Arafat. :LR
END: 00:48:13
**SEGMENT-ID:** 24
**PROGRAM-ID:** cnn07000913
**LOAD-DATE:** October 15, 2003

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

CNN

SHOW: CNN SATURDAY MORNING NEWS 07:00

September 13, 2003 Saturday

Transcript # 091301CN.V28

SECTION: News; International

LENGTH: 1466 words

HEADLINE: Interviews with Alon Pinkus, Hassan Abdel Rahman

GUESTS: Alon Pinkus, Hassan Abdel Rahman

BYLINE: Stephen Frazier

HIGHLIGHT:
Alon Pinkus responds to criticisms of the Israeli government's decision to expel Yasser Arafat.  In a separate interview, Rahman explains the Palestinian response to the decision.

BODY:

STEPHEN FRAZIER, CNN ANCHOR: We're going to look forward as that cycle of violence continues.  And the big question is whether Israel will remove Yasser Arafat.  Israel says he is an obstacle to peace. Palestinians do not agree.

Hassan Abdel Rahman is the chief Palestinian representative to the United States and we will get reaction from him in just a moment.

First, let's talk with Alon Pinkus, who is Israeli Consul General in New York.

Mr. Consul General, welcome.

ALON PINKUS, ISRAELI CONSUL GENERAL: Thank you.

Good morning, Stephen.

FRAZIER: Good morning to you, sir.

We are still interested in hearing the legal justification for this removal.  It sounds almost as though Israel is trying to chose Palestinian leaders.

Does it have that right?

PINKUS: No.  We don't have the right and we're not choosing Palestinian leaders.  And there -- but there is no legal justification.  The justification is moral, it's political, it is based on national security and when you have a walking one man weapon of mass destruction that has done nothing in the last 10 years but flirt with violence, incite violence, carry out violence, justify violence and glorify violence, then you have to do what you have to do.  And you know the cliche, if he walks like a terrorist, sounds like a terrorist, then maybe he is a terrorist.

FRAZIER: Are you comfortable with the idea that because Mr. Arafat's compound is surrounded that any attempt to remove him may lead to violence, possibly to his death?

PINKUS: No, I'm not happy about that at all and I hope we won't get to that and I truly do not believe, Stephen, that it will get to that.  But you have to, you know, you have to understand something

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

very simple.  We have given this man every opportunity in the world. The doors to the White House, the doors to Ten Downing, the doors to Moscow and Paris and Berlin and Rome were open to him. He was a frequent guest in Israel.  He visited the homes of prime ministers. We have negotiated with him.  I met him four times and I wasn't the prime minister.  We all met him, we all did stuff with him.

He betrayed our trust. He embezzled the funds of the Palestinian Authority.  He promised nothing to the Palestinians but more misery, more blood and more tragedy.

I think it is that first and foremost -- and, again, I'm going back to what you asked me, and I agree with you, it is not our job to determine the Palestinian leadership. But if you ask me candidly, this man, it should be in Palestinian interests to remove this man from the political scene.

FRAZIER: There's always the question of the devil you know and the devil you don't, and I'm speaking there as a devil's advocate, if you'll apologize for my use of this metaphor.  What would happen after his removal, in your estimation?

PINKUS: Well, I don't know that he's being removed imminently. But the problem -- see, one of the things that we demanded for a long time, for several years, and one of the things that President George W. Bush demanded last year was that the Palestinians undergo serious and deep political reform.  One of the outcomes, one of the positive outcomes, I might add, was the election or selection of Prime Minister Mahmoud Abbas, who just resigned 10 days ago.

We have warned ever since his election, and we have assessed that as long as Arafat remains with some powers, as long as he possesses residual executive powers, no Palestinian prime minister could succeed.

Now, there are 12, 12 separate security organs in the Palestinian Authority.  The U.S. has only the CIA and the FBI and local police departments.  The Palestinian Authority has 12 FBIs, 12 paramilitary organizations, 12 armed forces.  He controls most of them.  If he is removed, I mean seriously removed from any position of political power, then a new Palestinian leadership -- which I don't expect to be more pro-Israeli or more forthcoming in terms of my interests.  I expect them to be just as much Palestinian nationalists.  But a new, clean, candid, honest and fair Palestinian leadership will take over this power and the devil that we don't know could very well prove to be much, much better or a preferable alternative to this devil that we do know.

FRAZIER: Well, we are grateful for those insights, as we watch this very tense situation.

Alon Pinkus, Mr. Consul General, thank you for joining us this morning.

PINKUS: Thank you, Stephen.

FRAZIER: Now to Hassan Abdel Rahman, who is the Palestinian representative to the United States.

Mr. Rahman, thank you for joining us this morning.

HASSAN ABDEL RAHMAN, CHIEF PALESTINIAN REPRESENTATIVE TO THE U.S.: Thank you.

Good morning.

FRAZIER: I have to ask, is it possible that Mr. Arafat could be moved to another location but still retain his authority, as he did from Tunis for so many years?

RAHMAN: Well, first of all, I don't believe that Yasser Arafat is going to be removed.  He's not going to allow himself to be removed and the Palestinian people are not going to allow him to be removed.  Because his removal, first of all, is illegal, it is immoral and it is particularly counterproductive.

It is illegal because Yasser Arafat is a Palestinian citizen.  No power should be able or should have the right to remove the elected leader of another people.

Morally, I mean what the Israelis are doing in the Palestinian territories, they are an occupying force.  They do not expect the Palestinians to throw flowers at them.  They build settlements in our lands.  They

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

occupy our people. They use violence. They use the, what we call the terrorism of the tanks. Anyone who is watching the streets of the Palestinian territories will see tanks roaming around inside residential areas, bombarding Palestinians in their homes, in their towns.

So, when Mr. Pinkus speaks about terrorism, I become really amazed at the callousness of the Israeli speaker.

FRAZIER: We are looking at pictures from Ramallah right now as you speak, sharing the screen with you.

RAHMAN: Yes.

FRAZIER: And I have to ask what your role in the United States is during these very tense moments. Have you been speaking in your diplomatic capacity? Have you been asking the United States for a reaction?

RAHMAN: Yes, and the Americans have assured us that they disagree, like everyone else in the world, yesterday in the Security Council of the United Nations. There is a blanket of condemnation for Israeli action and the Israeli decision, because it's going to be counterproductive.

I personally believe that Mr. Sharon's policy has failed. He failed to posing or doing anything that will further the peace process, so instead of dealing with the issues, he is personalizing the conflict. He's personalizing the conflict by making Yasser Arafat look like as if he is the problem.

But if we look at the last three months and what happened since President Bush launched the road map in Sharm el-Sheikh and in Aqaba, we see that Israel continued building settlements in the Palestinian territories. They continued to build the wall. They continued the assassination not withstanding that we had 50 days of total cease-fire on the Palestinian side.

So...

FRAZIER: And since the president launched that initiative, as you cite, Mr. Rahman, he has been making several unflattering comments about Chairman Arafat. Certainly that is dismaying to you.

RAHMAN: Yes. But this is not new. What we have to look at what the administration have said about Israeli compliance with the road map. The Americans told the Israelis don't build the wall and Mr. Sharon defied President Bush in the White House and said I will build this wall on Palestinian territories. They told him to dismantle the illegal Jewish settlements in the Palestinian territories and he said we are not going to dismantle those Jewish settlements in the Palestinian land. He told him to stop building new settlements and Israel continued to build settlements. He told him to stop assassinating Palestinians and he continued to assassinate Palestinians.

So Mr. Sharon did not do anything that Mr. Bush asked him to do.

FRAZIER: Well, this is a...

RAHMAN: I am sure that President Bush is not happy with the behavior or Mr. Sharon. That defies him in the very White House when they were standing together. Mr. Sharon said, no, Mr. President, I'm not going to do this.

FRAZIER: Understood.

Well, we, again, are grateful for those insights. A very delicate time and we appreciate your helping us understand the dynamic now.

Hassan Abdel Rahman, thank you for joining us this morning.

RAHMAN: Thank you. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

LOAD-DATE: September 14, 2003

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

**SHOW:** Fox News Live
**September** 12, 2003, Friday 11:00-12:00 ET
**NETWORK:** Fox News Channel
**MEDIUM:** Cable
**TYPE:** National Cable
**LENGTH:** 77 words
**BODY:**
START: 00:43:02
Teased Segment - Mideast Turmoil; Palestinians came out to support their leader.
Studio Interview - **Hasan Abdel Rahman,** PLO Rep. to U.S., says that Arafat is an honest man. Forbes magazine lists Arafat as one of the richest men.
Studio Interview - Amb. Dore Gold, Sr. Adviser To PM Sharon, says that Arafat authorized and paid for suicide bombings against the people of Israel.
Graphic - Arafat's Compound. :LR
END: 00:49:35
**SEGMENT-ID:** 27
**PROGRAM-ID:** fnc11000912
**LOAD-DATE:** October 13, 2003
Page 22

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Copyright 2003 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Fox & Friends Saturday
**June** 14, 2003, Saturday 09:00-10:00 ET
**NETWORK:** Fox News Channel
**MEDIUM:** Television
**TYPE:** National Cable
**LENGTH:** 94 words
**BODY:**
START: 00:13:05
Teased Segment - Violence; There has been a lot of violence in the middle east lately.
Visual - Summit meeting.
Studio Interview - **Hasan Abdel Rahman,** PLO Representative to U.S., says that we need what the road map said would happen, Israel to stop their attacks on us. He says that we both have to do our part.
Visual - Violence.
Studio Interview - Herbert London, Hudson Institute President, says that he has released prisoners, has stop settlements. He says that the violence has to stop on their side first.
END: 00:17:06

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

**SEGMENT-ID:** 9
**PROGRAM-ID:** fnc09000614
**LOAD-DATE:** July 15, 2003
Page 49
6 of 111 DOCUMENTS

Content and Programming Copyright 2003 Fox News Network, Inc. ALL RIGHTS RESERVED. Transcription Copyright 2003 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, Inc.'s and FDCH e-Media, Inc.'s (f/k/a Federal Document Clearing House, Inc.) copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.

Fox News Network
**SHOW:** FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:15)
**June** 11, 2003 Wednesday
Transcript # 061102cb.260
**SECTION:** News; International
**LENGTH:** 938 words
**HEADLINE:** Interview With **Hasan Abdel Rahman**
**GUESTS:** **Hasan Abdel Rahman**
**BYLINE:** Greta Van Susteren
**BODY:**
(BEGIN VIDEO CLIP)
MAHMOUD ZAHAR, HAMAS SPOKESMAN: Everybody is a target. Children are targets, trees are targets. Houses are targets. So everybody is it. The target is all Palestine. We have no alternative except to defend ourself and to defend our land and to defend our holy places by all means.
(END VIDEO CLIP)
VAN SUSTEREN: The Hamas leader injured in yesterday's attack rejected calls for a cease-fire, saying, We will continue the resistance until we liberate this land, until Sharon realizes that this land is for Palestinians, for Muslims.
Join us with the reaction on the phone from Ramallah is **Hasan Abdel Rahman,** chief Palestinian authority representative to the United States.
Welcome, Hasan.
**HASAN ABDEL RAHMAN,** PALESTINIAN AUTHORITY CHIEF SPOKESPERSON: Thank you.
VAN SUSTEREN: All right, Hasan, I'm going to ask you the same question in reverse that I asked the ambassador to the United States from Israel, which is

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Page 50

Fox News June 11, 2003

this: What could the Palestinians do better? What aren't you doing right, that we have so much violence over there?

RAHMAN: Well, I believe that the violence is the product of the behavior of the Israelis in the Palestinian territories. You know, since we went to al Aqaba and to Sharm el Sheikh, there were 30 Palestinians killed at the hands of the Israelis. And this creates desperation and anger among many Palestinians. And it makes the job of the government of Mr. Abu Mazen -- Abbas -- extremely difficult. That's why President Bush urged Mr. Sharon to stop the assassination and the destruction of Palestinian homes and the destruction of Palestinian properties and give the Palestinian new government a chance so that it can...

VAN SUSTEREN: Hasan...

RAHMAN: Yes?

VAN SUSTEREN: You know what? I have now listened to both you and the ambassador from Israel to the United States, and it's sort of stunning. Both of you are apparently convinced that neither side -- I mean, you do not believe the Palestinians are at fault. He does not believe the Israelis are at fault. Meanwhile, civilians being blown up on buses.

RAHMAN: No, no, no. I am not saying that the Palestinians are not at fault. There are extremist Palestinians who do not believe in the road map. But the problem is that the Israeli government does not believe in the road map, either, because Mr. Sharon from the very beginning tried to sabotage the road map by presenting 15 or 20 or 50 conditions on the implementation of the road map. Each one of them would undermine and sabotage the road map.

He came to al Aqaba, and you could compare the speech of Mr. Abu Mazen and the speech of Sharon in al Aqaba.

VAN SUSTEREN: Let me -- Hasan, I mean, here's the problem...

RAHMAN: You know, when you have a government that is not convinced that this is the road to achieve peace, it is their problem.

VAN SUSTEREN: All right, Hasan, here's the other problem, is that there were eight Palestinian children that were injured today, in addition to many of the other deaths on both sides. It really is -- you know, it's extraordinary that both sides...

RAHMAN: Of course it is!

VAN SUSTEREN: ... have let it get to this.

RAHMAN: It is sad!

VAN SUSTEREN: All right, but here's -- here's the problem. On June 4, the president of the United States traveled all the way over to Jordan in an effort to help both sides. Within four days, there were four Israeli soldiers shot dead. So the first shot across...

RAHMAN: Before that, there were...

Page 51

Fox News June 11, 2003

VAN SUSTEREN: ... across the bow...

RAHMAN: ... there were three Palestinian civilians killed the day before!

VAN SUSTEREN: All right, well, but there are shots being shot across the bow both sides. In a sense...

RAHMAN: Right!

VAN SUSTEREN: ... it doesn't seem that either side really does have - - you know, both sides are so busy pointing fingers at each other and finding reasons to justify this.

RAHMAN: No, no. You cannot equate the position of the Palestinian authority with that of the government of Israel. Yes, you can equate the position of the

Israel with the extremist Palestinians, but the Palestinian government is caught in the middle. We are trying our best, and we are confronted by the government of Israel, that continues its practices...

VAN SUSTEREN: Will -- will you...

RAHMAN: ... and the extremist Palestinians.

VAN SUSTEREN: All right, I only have time for one more question. Will the new prime minister disarm the militant extremist Palestinians, Hamas?

RAHMAN: Listen, Greta, the new prime minister was engaged in dialogue to achieve that through discussion with the -- and we were very close. And then we -- here comes the attempt to assassinate one of their leaders.

VAN SUSTEREN: Well, of course -- but I mean, if you -- I mean, you can say that, but I can back you up to last Sunday. And if there was an Israeli representative here, he'd say, Well, you shot four of our soldiers last Sunday. I mean, you can play that game. We can go...

RAHMAN: Well, of course. But the -- listen, the assassination, the first assassination by anyone after the summit in al Aqaba was done by the Israelis in the town of Atliv (ph).

VAN SUSTEREN: All right, well, I'm sorry we're...

RAHMAN: So the day before, you had three Palestinians killed. The next day, retaliation was...

VAN SUSTEREN: All right, Hasan, I got...

RAHMAN: ... against the Israeli soldiers.

VAN SUSTEREN: Hasan, I got to cut you off. I got to go. Thank you for calling us. Thanks for joining us on the phone.

Up next: A furious president sends a message to the rest of the world just one week after he brokered a landmark peace initiative in the Middle East.

Page 52

Fox News June 11, 2003

**LOAD-DATE:** July 11, 2003

Page 53

7 of 111 DOCUMENTS

Copyright 2003 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** On The Record

**June** 11, 2003, Wednesday 22:00-23:00 ET

**NETWORK:** Fox News Channel

**MEDIUM:** Television

**TYPE:** National Cable

**LENGTH:** 58 words

**BODY:**

START: 00:14:34

Teased Segment - Middle East Violence; There has been more violence in the Middle East.

Sound Bites - Mahmoud Zahar, Hamas Spokesman, says they are defending their land.

Graphic - Rantisi.

Studio Interview - **Hasan Abdel Rahman,** Palestinian Authority Chief Spokesman, discusses the violence. :LR6 p

END: 00:19:51

**SEGMENT-ID:** 9

**PROGRAM-ID:** fnc22000611

**LOAD-DATE:** July 12, 2003

Page 54

8 of 111 DOCUMENTS

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Copyright 2003 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** The Diane Rehm Show
**June** 2, 2003, Monday 10:00-12:00 ET
**NETWORK:** Syndicated Radio
**MEDIUM:** Network
**TYPE:** Syndicated Radio
**LENGTH:** 242 words
**BODY:**
START: 06.28
Teased Segment - Middle East. The Palestinian prime minister said last week the time is right to make peace after meeting with Israeli Prime Minister Ariel Sharon. Both meet with President Bush this week as Middle East summits are held. Interview - **Hasan Abdel Rahman,** Palestinian representative to the US, says he agrees with his prime minister that there is a window of opportunity through the road map and the US administration and a good beginning can be made for a 2005 signing of a comprehensive peace. He says East Jerusalem would be the capital of the Palestinian state and West Jerusalem would be the capital of Israel. Rahman says there have been steps taken by both sides to create an environment to implement the peace road map, but Israel must cease hostilities, assassinations, destroying homes, and dismantle settlements in Palestinian areas. He says until their economy is built up, they need to continue to rely on jobs inside Israel. He says the Israelis would be better advised not to discuss right of return and the refugees created by the Israeli conflicts. He says the seriousness of Israel on peace depends on how it implements the road map. He says the security issue has been assumed by Israel as it continued practices such as confiscation of land. He says they want a mutual cease fire that includes Palestinian troops and then Israel will withdraw as they build their security forces.
END: 20.43
**SEGMENT-ID:** 5
**PROGRAM-ID:** rsynd1dr0602
**LOAD-DATE:** July 3, 2003
Page 55
9 of 111 DOCUMENTS
Content and programming Copyright 2003 Cable News Network Transcribed under license by FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). Formatting Copyright 2003 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to Cable News Network. This transcript may not be copied or resold in any media.
CNN

**SHOW:** LIVE FROM THE HEADLINES 19:00
**May** 30, 2003 Friday

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Transcript # 053002CN.V94
**SECTION:** News; Domestic
**LENGTH:** 1125 words
**HEADLINE:** Interview With Hasan Rahman, Mark Regev
**GUESTS:** Hasan Rahman, Mark Regev
**BYLINE:** Daryn Kagan
**HIGHLIGHT:**
Interview With Palestinian Authority representative to the United States Hasan
Rahman and Spokesman for the Israeli embassy in Washington Mark Regev.
**BODY:**
DARYN KAGAN, CNN ANCHOR: President Bush is heading to the Mideast next week.
We're going to look now at the prospects of peace for peace from both the
Palestinian and Israeli perspectives.
**Hasan Abdel Rahman** Palestinian Authority's representative to the United
States is right here with me in New York City. Mark Regev is the spokesman for
the Israeli embassy in Washington. Gentlemen, good evening to both of you.
We're going to start by playing off of Kelly Wallace's piece looking at the
different Palestinian groups. But, Mr. Rahman, I want to focus on Hamas. How
much power does Mahmoud Abbas really have to rein in a terror group like that?
**HASAN ABDEL RAHMAN,** PALESTINIAN REPRESENTATIVE TO U.S.: Well I think the
question is not how much power he has because the power now has been destroyed.
The official formal security agencies has been...
(CROSSTALK)
Page 56
LIVE FROM THE HEADLINES 19:00 May 30, 2003 Friday
RAHMAN: He can have the political power. You know, we have to go back to the
origins of all of this. There has been occupations going on for the last 35
years...
(CROSSTALK)
RAHMAN: If there is a feasible, credible, peace process that will end the
suffering of the Palestinian people that has lasted for 35 years, that will end
Israeli demolishing of homes, Jewish settlements on Palestinian territories,
assassination of Palestinian leaders, destruction of Palestinian homes, if
there's a credible process that eventually will give the Palestinian people
their right to self-determination and an independent state and we feel that the
road map can do that.
If Mr. Sharon adheres to the text and the spirit of this road map, I believe
Abu Mazen it will have the support of the Palestinian settlers.
KAGAN: I can see where this is going already. If someone else said something
first...
(CROSSTALK)
KAGAN: I want to bring Mr. Regev in and then kind of put him on the hot seat
here and say can Ariel Sharon rein in the settlers and change that situation?
MARK REGEV, ISRAELI EMBASSY SPOKESMAN: Most definitely. There's no question
about that whatsoever. Israel will do whatever we can to help President Bush's
trip to the region succeed, to make the peace plan succeed and to help Abu Mazen
and the Palestinian reformers succeed.
We want peace. We are willing for concessions. We are willing to come up to
the plate and hope this process works. We want this peace to work.
KAGAN: But, Mark, one of the things that the Palestinians are going to say,
and I don't mean to speak for you, Mr. Rahman, but they're going to say well
then, fine, go ahead, accept the whole road map just as the Palestinians have
done.
REGEV: Well we're accepted the steps in the road map and we've even said

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

something I think more important. We have said to the Palestinian leadership,
the new leadership of Abu Mazen, we have said we are willing to pull out. We
are willing to pull out of the cities of the West Bank. We are willing to
return to the lands before the violence and terrorism started. Just say where
you want us to move. Tell us where we can start pulling out where you can
already start to rein in...
(CROSSTALK)
RAHMAN: ... to go take your troops and your settlers into Israel instead of
having them on the West Bank in the Palestinian territories. Because...
(CROSSTALK)
RAHMAN: As much as the Jewish settlers are in the Palestinian territories and
Page 57
LIVE FROM THE HEADLINES 19:00 May 30, 2003 Friday
the Israeli soldiers are in the Palestinian towns, that is going to provoke
Palestinians.
The only way you can do that and have Palestinians quiet is to have those
tanks out of the Palestinian villages and towns and allow the Palestinians to be
a free people like you are.
(CROSSTALK)
KAGAN: I want (UNINTELLIGIBLE) steer this in another direction here because
we have seen some movement although it's been small. And I just want your
perspective from both of you on one single word that was uttered last week. And
that was Ariel Sharon using the word "occupation."
RAHMAN: I think that's important.
KAGAN: This man, I mean Ariel Sharon of all people saying, call it what you
want. Now he kind of back tracked afterwards. But he used the word
occupation...
(CROSSTALK)
RAHMAN: ... he has in his government, the most lunatic, extremist...
KAGAN: OK, before we go to naming names -- calling names...
RAHMAN: But that's exactly what...
KAGAN: But take a step back and talk to me about when you first heard him say
those words, how significant...
RAHMAN: I thought that was definitely a positive step by Mr. Sharon because
he finally, after 35 years, realized that this land is Palestinian land and the
Israelis (UNINTELLIGIBLE) occupied. And what happens to occupiers? They have
to leave.
Why he does not accept the full text of the road map and the steps in the
road map and the vision in the road map. We have done that. We have no problem
in accepting the right of Israel to exist, within the 1967 boundaries. But we
want Israel also to accept our right to have state on our territories in 1967
borders.
KAGAN: OK, Mark, let me bring you into this. I want to look forward to when
President Bush sits down in Jordan with the two prime ministers. How helpful,
how significant is it that President Bush is taking this step?
REGEV: Oh,it's very significant and we're supporting the president's trip and
we'll do everything, as I said, to make this a success. As I've said, Israel is
willing to do very tangible things on the ground to help empower the Palestinian
moderates.
The only reason we had to go into the Palestinian cities was because groups
like Hamas and Islamic Jihad were organizing those terrible, murderous suicide
bombings. Now if the Palestinians can take charge of their own affairs, if they
Page 58
LIVE FROM THE HEADLINES 19:00 May 30, 2003 Friday

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

can really bring an end to this, then many things become possible.

I hope that with Abu Mazen taking charge that we can move aggressively and quickly forward in our process of peace, that we can move to implement the steps in the road map. As President Bush said just today, everything will depend on the terrorist issue. If the Palestinians are serious, if Abu Mazen is good on his word. He said he wants to disarm Hamas and Islamic Jihad. He wants to stop terrorism. If he really is good on his word, and we'll do everything we can to help them, a new Middle East is really possible.

KAGAN: Well, we will see if this is indeed a new day.

I'm going to have to let Mr. Regev have the last word because he had the first word. OK?

Hasan Rahman, thank you so much for your time. Mark Regev, thank you for joining us from Washington. Appreciate it. Gentlemen, thank you so much. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

SHOW: BUCHANAN & PRESS 18:00

**May** 26, 2003 Monday

**TRANSCRIPT:** # 052602cb.463

**SECTION:** NEWS; INTERNATIONAL

**LENGTH:** 7617 words

**HEADLINE:** BUCHANAN & PRESS For May 26, 2003

**BYLINE:** Bill Press; Pat Buchanan; Joe Scarborough

**GUESTS: Hasan Abdel Rahman;** Tammy Bruce; Joe Madison; Jared Taylor; Julian Epstein

**HIGHLIGHT:**

Middle East road map goes forward. Interview with author Tammy Bruce.

**BODY:**

ANNOUNCER: The smartest hour on television, BUCHANAN & PRESS.

BILL PRESS, CO-HOST: Good evening, and welcome to this special Memorial Day

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

edition of BUCHANAN & PRESS -- Pat Buchanan and Bill Press. Sometimes on this day we get so busy with the barbecue or over at the beach we forget what Memorial Day is all about, But hard to forget this year right, upcoming so soon after the war in Iraq we all remember, and President Bush led the way this morning with a very moving service at the Tomb of the Unknowns in Arlington where he layed the wreath there and spoke to many of our veterans gathered there today.

There are services all over Washington today. This service we see here for Lori Piestewa, the first Native American woman killed in duty, she was killed in Iraq. And later this afternoon 500,0000 -- there they are - "Rolling Thunder" rolled into Washington to hold a big gathering at the Vietnam Memorial, remembering especially those POWs and MIAs from all of our recent wars. Pat, you know it's a day that we honor all those who gave their lives for this country from the Revolutionary War all the way up to the war in Iraq and all Americans today united, grateful for their service and their sacrifice.

PAT BUCHANAN, CO-HOST: Yes, Shelley's father and my grandfather are buried out there in Arlington. That's always the traditional service. And -- but it really is dramatic. Ever since 1988, this "Rolling Thunder", these fellows have come in on their motorcycles, 300,000 motorcycles in there, Harleys -- we had Page 60

MSNBC May 26, 2003 Monday

the fellows on this afternoon -- basically to pay homage to the men and women who have died in America's wars and also to witness to those who are still missing in action. Americans too often have forgotten them. These guys do a great job.

(CROSSTALK)

BUCHANAN: And it's a great day. It's a great weekend in Washington. It's too bad the weather wasn't all it ought to be.

PRESS: Well the sun -- the good news is the sun is finally shining now that the weekend is...

BUCHANAN: Right.

PRESS: ... almost over.

BUCHANAN: OK, but there is big news. Ariel Sharon appears...

PRESS: Yes.

BUCHANAN: ... to embraced -- have embraced the road map as requested by President Bush. We're going to take that up with a gentleman who may have some skepticism and that's the PLO's man in Washington, **Hasan Abdel Rahman.** We'll be back with him right after these messages -- with Christy also, Christy Musumeci and the MSNBC headlines.

(NEWSBREAK)

BUCHANAN: OK Christy, thanks very much. We do want to talk about that acceptance of the road map conditional by Ariel Sharon and the Israeli government with some dissent in that government, and our guest is **Hasan Abdel Rahman,** the chief PLO representative in Washington, D.C. Thanks very much for coming in Mr. Rahman...

**HASAN ABDEL RAHMAN,** CHIEF PLO REP. IN U.S.: Thank you.

BUCHANAN: ... and what -- do you take at face value Sharon's acceptance of the road map with conditions and reservations that they have. Do you think we are headed down the road toward a Palestinian state?

RAHMAN: I hope so. It depends on whether the president of the United States will keep his word to us that the road map is not going to be amended and that he would not accept an alteration of the road map and the road map will be implemented as it is.

BUCHANAN: Let me follow up on that. You tell me that the president of the

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

United States has told the PLO or you that the road map will not be amended. It will be advanced and pushed as it has been written and agreed upon, but Mr. Sharon and the Israelis clearly have reservations and they indicated that the United States has said we're going to take these very, very seriously.

RAHMAN: Yes, they will take it very seriously, but that does not mean that this will amend the road map. Because any amendment to the road map will open

Page 61

MSNBC May 26, 2003 Monday

this very balanced document and that it will undermine it. If Sharon wants to be selective about what he implements of the road map, it will not be a road map. That's why we were told by the American side that this does not mean an amendment of the road map and I believe that this view was also expressed by Mr. Colin Powell in Paris just a couple of days ago.

PRESS: But let me follow up on that too, because we were told that the Israelis have 14 problems or 14 -- they approved the road map with 14 conditions, 14 buts. You're saying the United States is just going to ignore all of those?

RAHMAN: Well, again, as I said, if they want to open it to amendments, then they will undermine it, and this is not an American document alone. This is an American document. There are parties to it, members of the...

PRESS: Right.

RAHMAN: ... European Union, Russia and the United Nations.

PRESS: Settlements -- how key are the settlements to a road map, to a deal?

RAHMAN: They are at the core of any peace agreement.

PRESS: All settlements?

RAHMAN: Absolutely. Because you cannot have Jewish settlements in a Palestinian state and have a viable Palestinian state.

BUCHANAN: All right. Mr. Rahman, there are since 1967 some 200,000 Israelis have moved into Gaza and the West Bank and there are close to 200,000 in Arab East Jerusalem and the Old City, which was outside of Israel before 1967. We're talking close to 400,000 Jewish Israelis on what you consider to be Arab land. Do you think any Israeli government can bring all those people out of there back to Israel and survive? In other words, is it unrealistic to think that all the settlements are going to be shut down?

RAHMAN: It is very realistic because if you want to have two states side by side and Israel wants to have peace with the Palestinian people, they cannot have their cake and eat it. They cannot have peace and take away Palestinian territory. We accepted the partitioning of historic Palestine into two parts. Twenty-two percent, which is the West Bank and Gaza and Israel over 78 percent of historic Palestine. This is the partition that was agreed to.

BUCHANAN: What about the right of return of Palestinians who are in Diaspora, who are in Lebanon, who are in Jordan, who are basically refugees of the grandchildren refugees. Can you really ask the Israelis and say, look, you've got to take these people back into pre 1967 Israel? I mean, that will destabilize Israel because it will alter the demographic balance and eventually it would cease to be a Jewish state.

RAHMAN: Well you know the road map stipulates that there has to be a fair and realistic solution to the refugee problem. We accept this formulation. We will sit down with the Israelis and negotiate what is fair and what is realistic. I am not going to sit down here and say what is this solution going to be. But

Page 62

MSNBC May 26, 2003 Monday

there has to be a solution to the refugee problem because that is part of the conflict between the Palestinians and the Israelis. How we solve that problem is

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

going to be negotiated on the basis of agreed United Nations resolutions. There
is one resolution, which was sponsored by the United States called Resolution
194 of...
PRESS: Right.
RAHMAN: ... the United Nations General Assembly. We are willing to accept a
solution for the refugee problem on the basis of this resolution.
PRESS: I need to -- we're almost out of time -- I need to ask you about the
other news from the Middle East, which is that there's talk of a summit -- looks
like it's going to happen right now between President Bush, the new prime
minister of the Palestinian Authority and Prime Minister Ariel Sharon. A couple
of questions -- why would Yasser Arafat accept a summit where he's not invited
and by doing so isn't he sort of admitting that his power is gone?
RAHMAN: Well, it is going to be the prime minister of Israel, not the
president of Israel and the prime minister of Palestine.
PRESS: Yes. But you know President Bush has never met with Yasser Arafat...
RAHMAN: Well...
PRESS: ... and now you're letting him get away with it...
RAHMAN: ... we are ready to facilitate the peace process. Yasser Arafat is
willing to concede that to his prime minister.
PRESS: OK, Hasan Rahman, thank you for joining us again. We'll be following
this. Hope to talk to you from the summit over there. When we...
RAHMAN: Thank you.
PRESS: ... come back folks, are we losing our sense of right and wrong in
this country? And are liberals like me to blame? We'll talk to author Tammy
Bruce when we come back on BUCHANAN & PRESS. There she is.
(COMMERCIAL BREAK)
PRESS: I'm Bill Press live Washington with Pat Buchanan. Is there a best left
wing conspiracy? Coming up, a gun toting lesbian feminist says yes there is.
Tammy Bruce up next with Bill and Pat, BUCHANAN & PRESS. Stay right there.
(COMMERCIAL BREAK)
PRESS: Welcome back to BUCHANAN & PRESS. So, you know, when we were growing
up we were all taught the difference -- to know the difference between right and
wrong and to act accordingly. But have we lost our way and are liberals
responsible? That's what one person says here. Her new book -- Tammy Bruce --
her new book is called "The Death of Right and Wrong". She joins us from Los
Angeles where Tammy and I both did radio on KFI Radio at one time...
Page 63
MSNBC May 26, 2003 Monday
TAMMY BRUCE, AUTHOR, "THE DEATH OF RIGHT AND WRONG": Indeed.
PRESS: ... together. Hi, Tammy. I...
BRUCE: Hey, it's nice to at least hear you again, Bill. Yes.
PRESS: Thank you. Let me say, looking through your book I was struck by right
up front one of the lines you say is sort of a theme of this book is that you've
noticed people lead one life in public and another in private. And when I read
that...
BRUCE: Well that was what -- yes.
PRESS: Yes. When I read that, I immediately thought of Bill Bennett. Here is
one man who was preaching morality in public, and yet sitting at the gambling
table blowing 500,000 in one night in private. And he's not from the left,
Tammy. So, doesn't this sort of disprove...
(CROSSTALK)
PRESS: ... your theory?
BRUCE: Not necessarily. Obviously Mr. Bennett talked about definitely limits
and issues of excess. What my book's about, Bill, is not about you or the

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

average liberal or good Democrats. It's about a left wing elite, which is
directing the cultural exchange we have in this country. It's things like Judith
Levine's book, "Harmful To Minors". There's a homosexual academic elite using
sexual freedom as a way to legitimize sex with children. It's about now support
of Andrea Yates.
My feminism and I know your feminism is not about letting women get away with
murder. And it's a very different dynamic when it comes to our side of politics,
which says that we want the best for everyone and our leadership is saying wait
a minute, moral relativism is the order of the day. We can't judge certain
people because they're part of our protected class...
PRESS: Well look -- Tammy...
BRUCE: ... and that certainly is not about classical liberalism.
PRESS: Tammy, I'm with you on the difference between right and wrong. But I
mean...
BRUCE: Sure you are.
PRESS: ... I do think you're wrong to suggest that all the moral relativism
is on the right. I give the example of Bill Bennett. Do you want the example...
BRUCE: I'm not saying...
PRESS: ... of Newt Gingrich?
BRUCE: ... that at all. Bill...
Page 64
MSNBC May 26, 2003 Monday
PRESS: Do you want the example of Dan Burton?
BRUCE: Bill...
PRESS: How many do you want?
BRUCE: Bill, you're coming from party politics. I'm...
PRESS: No I'm not.
BRUCE: ... saying that...
(CROSSTALK)
PRESS: ... moral relativism.
BRUCE: ... does affect all of us. I am saying that the left controls culture,
it affects all of us. But the average American does indeed know the difference
including the average gay person, feminist and liberal who need to start
rejecting the idea that as an example, black -- young black men are going to be
perpetually in victim hood and can't deal with life themselves or that gay men
should be allowed to spread the plague in the name of gay pride, that there's a
point, in fact, where we've got to stop and say, wait a minute, where have
things gone too far? On both the left and the right perpetuated, Bill, by those
who control culture and that's the left.
BUCHANAN: All right, there's no doubt Tammy Bruce that the left dominates and
controls the culture...
PRESS: I wish that were true.
BUCHANAN: Well, since the 1950 -- I mean 1960's clearly it dominates. But I
want to ask you a question. You...
BRUCE: Sure.
BUCHANAN: ... as I understand it you're openly gay. Is that correct?
BRUCE: That is correct, yes.
BUCHANAN: Well, by -- I mean, there is a code of morality -- objective code
of morality, which says that homosexual conduct is inherently immoral. Now
obviously you do not accept that. So what I want to ask you is...
BRUCE: Well, Pat...
BUCHANAN: ... what is -- no, wait a minute, I just want to ask you is what is
your...
BRUCE: Sure.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

BUCHANAN: ... objective code of morality against which you measure your own
life or do you make up your own code of morality?
Page 65
MSNBC May 26, 2003 Monday
BRUCE: The objective code you're speaking of is a religious code. And clearly
what I'm talking about is the fact...
BUCHANAN: Right.
BRUCE: ... that everyone regardless of sexual orientation or skin color or
whether you're a liberal or on the right wing is an issue of dignity and
decency. And I contend and I live my life and I know the majority of gay people
do as well with dignity. Now...
BUCHANAN: But wait a minute. Let me interrupt you right there Tammy...
BRUCE: ... I can also understand and respect a religious...
BUCHANAN: OK, OK, OK, OK, look...
BRUCE: ... a religious argument against homosexuality. But what I do in the
privacy of my own home, Americans and the American ideal have said that's your
business, but in...
BUCHANAN: OK, OK, let me look...
BRUCE: ... public let's behave with some decency.
BUCHANAN: But look, look, now I'm not...
BRUCE: Sure.
BUCHANAN: ... saying somebody -- we should send police into your home. I'm
talking about this...
BRUCE: Some people say that.
BUCHANAN: ... as your book says, "The Death of Right and Wrong". And you are
saying that in your judgment...
BRUCE: Pat...
BUCHANAN: ... you -- hold it, hold it...
BRUCE: ... in the most...
BUCHANAN: ... let me talk a little bit. You're saying that you...
BRUCE: I'd like to explain what I'm...
BUCHANAN: ... can do this behavior and it's right for you, but I'm asking
you, I mean, why can't someone else say well this is right for me and Tammy
doesn't like it, but I think it's right.
(CROSSTALK)
BUCHANAN: In other words, is there some objective standard?
Page 66
MSNBC May 26, 2003 Monday
BRUCE: Pat, yes, it is...
BUCHANAN: OK.
BRUCE: ... not brain surgery.
BUCHANAN: All right.
BRUCE: I use and I discuss in my book the dynamic of C.S. Lewis and also what
has made this nation the greatest nation on earth, which is, in fact, if we --
and we're talking let's say with sex with children as an example. What I do in
my privacy of my own home with a consenting adult has -- is not harming anyone.
But we can say that certain acts by some homosexuals, as an example, which
spread the plague or...
BUCHANAN: But you know with due respect, Tammy...
(CROSSTALK)
BUCHANAN: ... there are men...
BRUCE: It is common sense.
BUCHANAN: ... who honestly believe that sex with teenagers is a good thing
for the teenager and men.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

BRUCE: But this is where, Pat...
BUCHANAN: Who is to say that they are wrong?
BRUCE: ... I'm arguing in "The Death of Right and Wrong" common sense and what Americans have come to in a collective agreement -- where there is a consensus in this nation. This is not...
(CROSSTALK)
BRUCE: ... brain surgery.
(CROSSTALK)
BRUCE: This is the argument. There are some who want it to be -- I'm sorry?
PRESS: Let me get back in here, Tammy, if I can because I think here's the problem...
BRUCE: OK. Sure.
PRESS: ... here is the problem that I have. Is...
BRUCE: Sure.
PRESS: ... look, I know the difference, I hope...
BRUCE: I must be doing something right. You're both angry.
Page 67
MSNBC May 26, 2003 Monday
PRESS: ... between right and wrong...
BUCHANAN: No I'm not...
PRESS: No I'm not angry at all.
BUCHANAN: I'm just trying to get answers.
PRESS: But here's my problem. The question...
BRUCE: Sure. Absolutely.
PRESS: ... it seems to me that is unanswered in your book is who...
BRUCE: Sure.
PRESS: ... decides what's right and what's wrong? Now, I hate to keep on the gay issue, but let's talk about Rick Santorum. Rick Santorum says the Texas sodomy law is correct. So he's saying it's right for cops to bust into bedrooms where you have consenting adults behind closed doors...
(CROSSTALK)
PRESS: Now I think that is wrong, don't you? But he thinks it's right.
BRUCE: Also a -- here's -- and here's the difference. My latest column on NewsMax.com, if I may pitch that, deals with the Santorum dynamic. The reality is that Americans have come together. We have shown the nature of our character. It is about tolerance for individuals who lead different lives with a rejection of actions that are going to harm others, and that is not a standard. And this is where in the cultural argument it gets a little foggy. Is this really something difficult for us to understand?
BUCHANAN: All right. Well Tammy...
BRUCE: The understanding is things that don't harm other people.
BUCHANAN: All right, Tammy, you are saying that basically the majority decides right and wrong, the consensus. In Nazi Germany...
BRUCE: We already have.
BUCHANAN: ... the consensus said why don't we get the Jews out of our country because we don't want them here.
BRUCE: They already...
BUCHANAN: I mean, that's consensus.
BRUCE: Pat, we have already established the American character and we have not become Nazi Germany. We are the greatest nation on earth because the experiment worked. We've proven we have a good level of decency and dignity and tolerance. It's a good blending...
Page 68
MSNBC May 26, 2003 Monday

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

PRESS: Hey Tammy...

BRUCE: ... but we have to get back to it.

PRESS: Tammy, every time you speak out, every time you write, you stir up controversy, and we appreciate you...

(CROSSTALK)

PRESS: ... so again here tonight. Tammy Bruce...

BRUCE: Thank you gentlemen.

PRESS: ... the book is "The Death of Right and Wrong"...

BUCHANAN: Upcoming, we've got a debate...

(CROSSTALK)

BUCHANAN: ... folks. Should lawyer's fees be kept at 10 percent of awards? Isn't that a good idea? BUCHANAN & PRESS...

PRESS: No.

BUCHANAN: ... will debate it when we come back.

(COMMERCIAL BREAK)

BUCHANAN: OK, according to a lot of folks, people, out there, trial lawyers have quite a racket going. They get a personal injury case, they take it on contingency, they win $1 million judgment and then they put in their pocket 350,000 or $400,000. Bill, there's legislation in a number of states to cap that at 10 percent of these gigantic fees. It seems to me a good idea that the person who got hit by the hit and run driver ought to get 90 percent of it. The lawyer didn't get hit, he doesn't deserve 40 percent of it.

PRESS: You know, I'm always amazed at how you conservatives want more government in our lives, Pat. So, what are we going to do next? Are we going to -- the state is going to decide how much a plumber can charge, how much a doctor can charge, how much a mechanic can charge.

BUCHANAN: They do in Medicare.

PRESS: This is idiocy at its best. Look, these lawyers, it's the only way that most people can afford a lawyer, Pat. Do you know that? They're not rich like you. They take it on contingency. They agree. They make the deal. It's up to the client and the lawyer. If the client doesn't agree to it, the client doesn't have to file the lawsuit. Let the free market, work, Pat.

BUCHANAN: Well look, Bill...

PRESS: Isn't that what conservatives are all about?

BUCHANAN: Well, your party, Bill, is a wholly owned subsidiary.

Page 69

MSNBC May 26, 2003 Monday

PRESS: This has...

BUCHANAN: And the trial...

PRESS: ... nothing to do with politics or...

BUCHANAN: Hold it.

PRESS: ... politics Pat.

BUCHANAN: Let me speak. Your party is a wholly owned subsidiary of the trial lawyers and I respect the fact that you honor your employers, the trial lawyers. What this says in effect is these gigantic judgments, which are acts of theft by lawyers of 30, 40, even 50 percent of what -- taking it out of a person who was injured and sticking it in their pockets is theft. We limit doctors' fees and a lot of these Medicare things. You got minimum wages...

PRESS: Pat...

BUCHANAN: These rip-off artists, why are they objecting to 10 percent?

(CROSSTALK)

PRESS: This is pure...

BUCHANAN: Is that too much?

PRESS: This is pure hypocrisy. This is people who say they believe in less

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

government saying, I want big brother to decide how much a lawyer can earn. And
let me tell you something Pat.
BUCHANAN: No, they don't decide...
PRESS: I don't work for the Democratic Party or the Republican Party. Trial
lawyers don't pay my salary, but trial lawyers, you know they work hard for
these cases. Look, they take a case, they got to do the research for nothing.
They got to do all the...
BUCHANAN: Do you think...
PRESS: ... legwork for nothing.
BUCHANAN: Yes, yes...
PRESS: They -- whatever they get, whatever the client says they will pay
them, that's the way...
BUCHANAN: Let me ask you...
PRESS: ... the free market works.
(CROSSTALK)
PRESS: I got no problem with it.
Page 70
MSNBC May 26, 2003 Monday
BUCHANAN: Do you think the $9 billion fee those thieves got for the tobacco
settlement, a lot of them never...
PRESS: Yes, yes...
BUCHANAN: ... went to court...
PRESS: ... they got...
BUCHANAN: ... that is legitimate...
PRESS: ... Pat...
BUCHANAN: ... and that's fine...
PRESS: ... they got the nine billion against the criminals who stood up there
across the street and lied to members of Congress and were killing people for
years knowing they were killing people...
(CROSSTALK)
PRESS: ... and lied about nicotine in those cigarettes.
BUCHANAN: Why...
PRESS: You know what? Those lawyers deserve every penny they got...
(CROSSTALK)
PRESS: ... from those robber barren...
BUCHANAN: And where did the lawyer...
PRESS: Absolutely.
BUCHANAN: ... thieves get the money out of the cigarette profits, just like
government gets...
PRESS: Hey...
BUCHANAN: ... it out. Government and lawyers...
PRESS: They work...
BUCHANAN: ... are the racket.
(CROSSTALK)
BUCHANAN: You talk about organized crime...
PRESS: Keep government out of a business contract. When we...
BUCHANAN: Keep them out of your party's business...
Page 71
MSNBC May 26, 2003 Monday
PRESS: ... come back folks, from one debate to another, here's a hot one.
Back to separate proms and separate graduations for blacks and whites. Martin
Luther King must be rolling in his grave. Stay tuned. We'll debate it next.
(COMMERCIAL BREAK)
PRESS: Still to come on BUCHANAN & PRESS, segregated proms and graduations.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Are we rolling back the clock? That's tonight's red-hot debate.
BUCHANAN: And guess who's emerging as the red-hot Democratic nominee for
2004? That's our "election year buzz", but first let's get the latest headlines
from MSNBC's Christy Musumeci.
(NEWSBREAK)
BUCHANAN: Hey...
PRESS: Indeed, Christy we will take it from there. For tonight's hot debate,
folks, a surprising trend in this country has some major universities like --
including the University of Michigan, the University of Pennsylvania, separate
graduation ceremonies for minorities and white students. Down in Georgia in at
least two counties, separate proms for black students and white students. Is
this diversity or division?
Here to debate the issue, Jared Taylor's editor of the "American Renaissance"
and also Joe Madison, frequent guest here, a nationally syndicated radio talk
show host. Jared, let me start with you. I grew up not far from here in a little
town in Delaware and we had separate graduations because we also had separate
schools, separate churches, separate restaurants, separate places of business.
Why do we want to go back there?
JOE MADISON, RADIO TALK SHOW HOST: We don't want to go back there...
(CROSSTALK)
PRESS: Jared Taylor first...
JARED TAYLOR, EDITOR, "AMERICAN RENAISSANCE": Yes. It's because that's the
way human nature is. People prefer the company of people like themselves.
There's a huge amount of hypocrisy about this whole issue. The whole purchase of
a college education these days is to give people the right attitude towards
diversity, but the means to live as far away from it as possible. In their
private lives, people prefer the company of people like themselves and we should
recognize that, rather than trying to constantly force people to do something
that's artificial.
BUCHANAN: OK, Joe Madison, let me ask you this. The official segregation...
(CROSSTALK)
BUCHANAN: ... at all these universities, everybody is invited to, but the
black folks, at least half of them in Pennsylvania had a special black
graduation ceremony. There's black sororities. There's black fraternities.
There's black eating clubs. There's black housing units on campuses. And down in
Page 72
MSNBC May 26, 2003 Monday
Georgia, these junior high school -- or juniors in high school had a separate
prom for whites. It was not the official prom, but they had a separate one in
addition. What is wrong with this exercise of freedom of association in your
judgment?
MADISON: There's nothing wrong with freedom of association, but I am just
amazed at what I heard earlier today. There's a great publication called
"DiversityInc.", and in this months' publication they list the top 50
corporations that have an effective and very profitable business and Ford Motor
Company is number one in diversity. IBM is number two in diversity. I'll tell
you exactly why it's important we do not have division, but diversity and people
come together. It's because we live in this thing we now call a global economy
and it is very important...
BUCHANAN: With due respect, Joe, what's this got do...
MADISON: ... and I'm not finished -- I'm not finished because I'm sitting up
here the only one really representing diversity from a color standpoint. And
I'm...
(CROSSTALK)

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

MADISON: ... and let me make this point. These young children are the future leaders of the world and in order for them to do business and to lead this world, they're going to have to associate and understand people who don't look like them and who do not come from their culture.

PRESS: Jared, I think he makes an excellent point. I mean, so what we're doing is encouraging diversity and then letting them practice segregation.

TAYLOR: The idea that somehow hanging around people who are unlike you is going to make you good in world business is contradicted by the facts. We have a huge trade deficit with China, a hugely homogeneous country. The idea that somehow diversity of the kind, we are supposed to be celebrating is going to be a great help to the United States is an idea so stupid and so wrong only intelligent people could convince themselves that it's true.

MADISON: No...

BUCHANAN: Joe.

MADISON: ... what's really stupid and lacks intelligence is the fact that the United States has been trying to diversify the Chinese economy for decades. That is why Nixon visited. That is why we have corporations. That's why if you look at almost anything you've got on, it's made in China. The reality is that in this United States of America when we get up in the morning, most of us depend on half...

BUCHANAN: All right...

MADISON: ... of the country...

BUCHANAN: Joe...

Page 73

MSNBC May 26, 2003 Monday

MADISON: ... in order just to get going in the morning.

BUCHANAN: All right, Joe, let me -- Joe Madison, let me get in here and just ask you a simple question. Look, the official -- I mean the official ceremony prom down there at Taylor County or wherever it was, was obviously integrated. However, the white kids had a prom paid for by their parents, in which the white kids went, only the white kids. What is wrong with their exercise of freedom there and what would you do about it it to stop it?

MADISON: It was their attitude that was wrong. When one of the students was asked on a program, well, aren't you going to invite any blacks? Will there be any black students that you've gone to school with and been educated with there, they said oh no, the caterer will probably be black. It is an attitude of superiority that does not have any place in this world today and snobs who run around and suggesting that we can't learn from each other by virtue of being with each other and that different perspectives are as important as that of other perspectives, this is close to -- as close to...

PRESS: Jared...

MADISON: ... as close to segregation as one can get, except...

TAYLOR: No, no...

MADISON: ... segregation is legal.

TAYLOR: ... it's completely different. It's completely different.

PRESS: Go ahead Jared.

MADISON: No, it's not completely different...

(CROSSTALK)

MADISON: ... learned from me by virtue of me being on that campus at Washington University where Pat was, for example, and I would have learned from Pat.

PRESS: Let's get -- Jared, you want to say something. Go ahead Jared.

TAYLOR: Segregation is forcing people to be apart. Freedom of association is letting them be with the people they prefer to be with.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

(CROSSTALK)
TAYLOR: The point I make...
(CROSSTALK)
TAYLOR: ... let me finish if you...
MADISON: ... segregation.
TAYLOR: What's that?
Page 74
MSNBC May 26, 2003 Monday
MADISON: ... often leads to segregation...
(CROSSTALK)
MADISON: That's how come it becomes public policy.
BUCHANAN: Let Jared talk.
PRESS: Jared, finish your point please.
TAYLOR: No. My only point is it is...
MADISON: You don't have a point.
TAYLOR: ... perfectly natural for people to prefer people who are like
themselves, and blacks very frequently do the same. There are many people --
many blacks who refer to Washington, D.C. as "chocolate city". They like it
black. The idea of diversifying Washington, D.C. and...
(CROSSTALK)
TAYLOR: ... making blacks a minority, they would be upset by that, just as
they...
(CROSSTALK)
TAYLOR: ... would be upset...
MADISON: I live in Washington...
TAYLOR: Let me just make one more point.
MADISON: ... D.C. It is not a "chocolate city". Matter of fact, the mayor of
Washington, D.C. has asked for 100,000 residents to come into this city. One of
the reasons it's a black city is because of flight to white suburbs. So let's
get...
TAYLOR: Yes.
MADISON: ... real about this discussion. We are talking about the sharing of
power, resources and responsibility, and what people really don't want through
mixed association is the opportunity to have power, resources...
BUCHANAN: All right let Jared get a final word in here -- Jared.
TAYLOR: I think it's important to point out that blacks and Hispanics have a
different view of what diversity is from whites. Whites really do think it's
mixing things together, but for many blacks and Hispanics it's simply advancing
their own agenda.
MADISON: I happen to be black...
(CROSSTALK)
Page 75
MSNBC May 26, 2003 Monday
MADISON: Let me tell you what blacks think.
(CROSSTALK)
MADISON: (UNINTELLIGIBLE) do not think that that's the case and white folk
like you can't think or speak for black people.
TAYLOR: My favorite example of this...
MADISON: It's about mixing of power, it's about the mixing of resources...
TAYLOR: I have a good example of this for you.
MADISON: ... it is about the mixing of responsibility.
BUCHANAN: All right, what's your example Jared?
TAYLOR: My example is...
(CROSSTALK)

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

BUCHANAN: Quickly.
TAYLOR: ... Auburn University...
BUCHANAN: Hold it Joe.
TAYLOR: ... stamped out a Confederate Day parade that they'd had for 77
years. The leader of the Black Student Union said that will teach them to
appreciate diversity and tolerance.
MADISON: So you use one example?
TAYLOR: Well no, that's a perfect example...
MADISON: And that -- and wait a minute. So...
TAYLOR: For her, diversity means stamping out a white tradition.
(CROSSTALK)
MADISON: And I guess you...
PRESS: All right gentlemen...
MADISON: ... and I guess you speak for all white people?
PRESS: He doesn't speak for me. Thank you Joe. Thank you Jared Taylor.
BUCHANAN: Thank you Jared. Thank you Joe.
TAYLOR: My pleasure.
BUCHANAN: OK, upcoming our "Roundtable" with Joe Scarborough, and Julian
Page 76
MSNBC May 26, 2003 Monday
Epstein. We're going to take up the question of who is likely to be the
Democratic nominee in 2004? One man is emerging.
(COMMERCIAL BREAK)
PRESS: Bill Press here live in Washington with Pat Buchanan. Up next, is Iran
harboring al Qaeda terrorists and should the United States take a harder line
against that Iranian government? That's next. Stay tuned, BUCHANAN & PRESS.
(COMMERCIAL BREAK)
BUCHANAN: Welcome back. We're going to talk again a little bit about that
road map because it is so important. The president of the United States has
gotten his prestige behind it. That's the road map to peace in the Middle East,
and Ariel Sharon today or yesterday, folks, indicated that Israel accepts parts
of the road map, accepts the steps that need to be taken toward peace, but they
have reservations in Israel and there are some objections in the cabinet and it
was narrowly approved. So are we on the road to peace?
Bill Press is here with me. We're going to talk about it and we're going to
bring it up and talk about it with Julian Epstein, who's a Democratic
strategist. Julian, thanks for coming in on this holiday. Appreciate...
JULIAN EPSTEIN, DEMOCRATIC STRATEGIST: It's a pleasure to be with both of
you.
BUCHANAN: OK.
PRESS: Thank you.
BUCHANAN: Now, let me ask you, the -- I think a lot of people feel that or
felt that the president first would not push Ariel Sharon, secondly, that Sharon
is so committed as former housing minister. He built half of those settlements
or is responsible for them, that he really would never tear these down and that
along with stopping the terror are the indispensable elements of a peace. Are
you optimistic or skeptical at this point, Julian?
EPSTEIN: I've never been more optimistic, Pat, and I think both for President
Bush and for Ariel Sharon. Remember, Ariel Sharon, the general, Ariel Sharon,
the very conservative politician. This is a Nixon goes to China moment. Never
did we think that President Bush would get as engaged as he's getting now, never
did we think we would hear Ariel Sharon fighting off the conservatives saying
that you must recognize a Palestinian state, a two-state solution.
In fact, Ariel Sharon advocated that 10 years ago. Most people don't remember

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

that when the Israelis were going back into Gaza and to the occupied
territories. I think there's something that is very, very different from the
past efforts that's going on here and it's worth taking note of. Like President
Clinton, both Sharon and Bush are putting their prestige on the line.
I think they should have done this before. The reason why I'm more optimistic
now is because the sources of terror, both inside the Palestinian Authority,
inside places like Iraq, Iran, Syria, have been greatly neutralized. These are
the forces that every time a peace process got underway would attempt to
Page 77
MSNBC May 26, 2003 Monday
undermine that peace process by funding the radical Islamic terrorist groups
inside the Palestinian occupied territories. I think you're going to see them
neutralized a great deal in this instance.
BUCHANAN: OK, Bill.
PRESS: Pat, I just got to -- first of all, I see the Nixon/China analogy, but
I think it's a little too early to be handing out those rewards already.
Certainly, there are some serious issues have got to be decided like the
settlements we talked about earlier, like the right of return. But, I do have to
say that I didn't think we would see either Ariel Sharon or President Bush
coming this far this fast.
In this case I salute the president for his leadership. I think it's the
right thing to do. It's been a long time in coming, but it's no less welcome,
and if he keeps it up and keeps that pressure on, we might see the road map
implemented.
EPSTEIN: I just wish he had done it a little earlier. I don't know why...
PRESS: Yes.
EPSTEIN: ... he didn't do attempt to do this two and a half years earlier.
I'm glad...
(CROSSTALK)
EPSTEIN: I'm glad he's doing what he's doing now. Like Bill, I salute him. I
think it was silly, frankly, to avoid at two and a half years to do this, but
let's not quibble about that. Let's try to move forward now, and I think the
president is doing the right thing elsewhere in the Middle East by attempting to
reform...
BUCHANAN: All right...
EPSTEIN: ... what have been these kind of...
BUCHANAN: All right...
EPSTEIN: ... antiquated backward looking dictatorships towards a modern
democracy and I think that will help in a way with the Palestinian question as
well.
BUCHANAN: OK, let me say I am very skeptical. There's 400,000 Israeli
settlers in Jerusalem, if you consider that east Jerusalem as occupied territory
and on the West Bank. I don't believe anybody is going to move them off there. I
think -- I'm -- I think this is a very positive move, but I'm a skeptic also.
Hamas, one, two, three, 10 bombs -- I think they can blow this thing right off
the rails, and a lot of them...
(CROSSTALK)
BUCHANAN: ... have interest in doing it right now. But let me bring this up,
Julian, another issue is Iran. It appears that the United States is turning
Page 78
MSNBC May 26, 2003 Monday
toward Iran in the same fashion as we did toward Iraq. They've got al Qaeda.
They're working on weapons of mass destruction. Do you think we're headed down
the road to a confrontation with Iran either in 2004 or in Bush's second term,

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

if he wins one?

EPSTEIN: I don't think that we are right now, though I happen to think that what the administration is doing by engaging in a little bit of sable rattling with Iran is a good thing. I think we have seen a great deal of this kind of implied threats happening with both Iran, with Syria. There's been a great deal of pressure, I think, put on recently with Saudi Arabia. I'd like to see more. And we're seeing reformists in some of these places. I think that the foolishness of going into Iran right now would be that you're seeing the secularists begin to come into greater, greater power there, and I think the molars (ph) are kind of becoming descendant rather than ascendant.

(CROSSTALK)

EPSTEIN: So I think timing would be wrong now.

PRESS: Yes, Julian, hold that thought. And when we come back, Joe Scarborough is going to be joining us. We're going to take a look at "Decision 2004". Can anybody beat President Bush in 2004? Could it be this man, Dick Gephardt?

BUCHANAN & PRESS "Roundtable" coming back.

(COMMERCIAL BREAK)

PRESS: Welcome back to BUCHANAN & PRESS and our "Roundtable" where we debate the hot issues of the day. Joining us now, Joe Scarborough, host of MSNBC "SCARBOROUGH COUNTRY", of course, every night right here at 10:00 and Democratic strategist Julian Epstein.

Joe, I want to start with you. We are looking at 2004. We've debated many times whether or not President Bush is beatable in 2004. Let's move on, you can't beat him with nobody. Could that somebody be Dick Gephardt? More and more people are saying Gephardt looks like -- look, he's right on health care. He was right on the war, supported it from the beginning. He's right on the tax cuts for Democrats, at least opposing them. Gephardt is the man, Joe?

JOE SCARBOROUGH, HOST, "SCARBOROUGH COUNTRY": Well I've got to tell you, it's very, very important. I've got an echo by the way. But...

PRESS: I wish I could do something.

SCARBOROUGH: ... I think -- I'm going to take this out. I think it's very important for a Democrat who runs in 2004 to make sure that they are strong on defense, to make sure that, again, for the Democratic base. They've got to appeal to their Democratic base and you do that by talking about issues like health care instead of chasing George Bush around on issues of defense. Gephardt works because he was one of the first Democrats out there that actually supported the war in Iraq. So, he may not be the most exciting candidate in the world, but at the same time, I think he's the guy that at least shields the Democrats from their main vulnerability and that would be opposition to a very

Page 79

MSNBC May 26, 2003 Monday

popular war in Iraq.

PRESS: Yes, but Julian, the rap on Gephardt has always been that he's not charismatic, that he was out there before and failed and so why take another shot. What do you think?

EPSTEIN: I think that's right. I think what he's doing is every sense is mechanically correct. I think the health care proposal he was out there with at first it's very different from the '93 Clinton proposal and that it relies on the private sector. This is critical for him to get union support. He needs union support. His problem has been is that he doesn't have a lot of curb appeal, if you will. He doesn't generate that much excitement.

I would still say that Kerry and Edwards are the true front-runners. I say without a doubt the senator from Florida. Senator Graham in Joe's home state is the likely vice presidential nominee. But fundamentally I think Joe was correct.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

Democrats have to do two things, which they're not doing right now. They have to have a very strong message on national defense. They failed in that respect thus far in my opinion. I think secondly they have to study the campaigns of Reagan in 1980 and Clinton in '92, where it wasn't just about change, but it was change fundamentally rooted in optimism.

PRESS: All right, Julian, let me get Pat in here. Pat, you've always been a strong Gephardt supporter, which makes people a little nervous.

BUCHANAN: Well you know, they say he's not charismatic, but you know, compared to Joe Lieberman we got Marilyn Monroe out here. Look, I'm a great believer that Gephardt is moving -- he's moved slightly to the left obviously with that major health care thing. I think that is smart for him. I think if he can rally the left and he can do well in the early primaries, there's only going to be about two guys that come out of New Hampshire.

And if Gephardt wins Iowa, and he does fairly well in New Hampshire, he's going to be one of those guys coming out and the other guy, I think, is going to be Kerry and so I just don't see how Lieberman breaks through. Even with his national numbers, he's got no local numbers and Edwards -- I think Edwards is an attractive guy, I met him, and we had him on our show, but he has not gotten any traction. He had the greatest opportunity I've ever seen in year 2002, the press gave it to him, and I just don't know that he went anywhere with it.

PRESS: Joe, I hope we got your ear fixed, Joe. So I want to come back to you. The guy we haven't talked about so far is Howard Dean. Everybody thought that Dean would fade after the war was over and isn't the case. He's still wowing them in the crowds. He raised one million bucks on the Internet. Could he the sleeper this year?

SCARBOROUGH: Well I've got to tell you. Here's the disgrace of the way we elect presidents right now. A guy like Howard Dean, who is way to the left, and I don't -- I wouldn't support Dean if he were the last guy out there, but a guy like Dean can't win the way Jimmy Carter did in 1976, because this process is so front-loaded...

PRESS: Right on.

Page 80

MSNBC May 26, 2003 Monday

SCARBOROUGH: ... that the only people that can survive this campaign, we know right now John Kerry and John Edwards are the only two people because it's such a screwed up process. It's so front loaded that a guy like Howard Dean can't win on ideas. A guy like Dick Gephardt can't win on ideas and they can't do this because this process is broken.

PRESS: OK.

SCARBOROUGH: It's so front-loaded that you've got to have...

PRESS: Hey...

SCARBOROUGH: ... $200 million or you stay at home.

PRESS: Hey Julian, now you mention curb appeal, sex appeal, whatever, I mean, look at out in Iowa. OK, the people that are winning the sex appeal vote in Iowa, the debate last week, they did a poll afterwards of the people who where there. Guess who won? Dennis Kucinich. Guess who came in second? Al Sharpton. So maybe we shouldn't be going for the most exciting candidate.

EPSTEIN: Well, I'm not necessarily advocating that we should, but I'm saying that is, in fact, the case. I think that if you look at what is happening here -- and I think Joe is hinting at this -- is that this isn't a race for majority of the party. This is a race to find that sliver somewhere amongst the spectrum of the political views of the party so that you can get some level of some plurality so that you can move into the second round. It's not a particularly pretty process, but it's probably better than any other type of process.

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

PRESS: Real quick, Pat.

BUCHANAN: I think the one thing I would disagree with Joe on is this, if he does, if Gephardt does win Iowa big, you get about 25 million...

PRESS: OK...

BUCHANAN: ... worth of free publicity, which will really drive his campaign and will help him equalize his situation...

(CROSSTALK)

EPSTEIN: ... he's got to get union support...

PRESS: Hey Joe, before we say goodnight...

(CROSSTALK)

PRESS: ... Joe Scarborough, before we say good night, what do you got coming up later on the show, your show?

SCARBOROUGH: Coming up tonight we're going to be looking, of course, at Memorial Day, and we're also going to be following up on "The New York Times" cover story yesterday, the magazine cover story about those crazy whacky right wing conservatives on campus. They made them look like the Stepford kids. We're going to talk to one of the Stepford kids and see...

Page 81

MSNBC May 26, 2003 Monday

PRESS: OK...

SCARBOROUGH: ... if there's anything behind the robotic.

PRESS: ... Joe Scarborough, Julian Epstein, thanks for being with us and thank you all for joining us on Memorial Day. "HARDBALL" is next with Chris Matthews.

**LOAD-DATE:** July 9, 2003


**SHOW:** World News This Morning
**May** 26, 2003, Monday 04:30-05:00 ET
**NETWORK:** ABC
**MEDIUM:** Television
**TYPE:** Network
**LENGTH:** 149 words
**BODY:**
START: 00:00:27

Teased Segment - Mideast Peace.; President Bush may soon make his first trip to the Mideast now that peace efforts have reached a critical stage. The Israeli cabinet has endorsed the so-called roadmap to peace but the decision didn't come easily.

Visual - Prime Minister Ariel Sharon.

Interview - Tzipi Livni, Israeli Cabinet Minister, says it isn't an easy decision to a right-winged coalition.

Graphic - Road Map for Middle East Peace.

Visual - Clip from ABC's This Week.

Interview - Daniel Ayalon, Israeli Ambassador to U.S., says it can't leave Palestinian cities until Palestinian attacks stop.

Interview - **Hasan Abdel Rahman,** Chief Palestinian Representative to U.S., says we need Israel also to stop its actions that provoke the Palestinians and make the lives of the Palestinian people a living hell. John Yang reporting. :LRhe othe

END: 00:02:35

**SEGMENT-ID:** 2
**PROGRAM-ID:** abc04300526
**LOAD-DATE:** June 26, 2003

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

**SHOW:** CNN Headline News
**May** 26, 2003, Monday 07:00-07:30 ET
**NETWORK:** CNN Headline News
**MEDIUM:** Television
**TYPE:** National Cable
**LENGTH:** 82 words
**BODY:**
START: 00:03:49
Teased Segment - The Road To Peace; At the Israeli cabinet they have endorsed the US road map to peace.
Visual - Ariel Sharon.
Press Conference - Daniel Avalon, Israeli Ambassador to US, says we want to see some real action.
Press Conference - **Hasan Abdel Rahman,** Chief Palestinian Rep to US, says the soldiers need to get out.
Press Conference - Loe Lieberman, Connecticut, says he is glad they are getting involved. Dana Bash reporting. :LR
END: 00:06:05
**SEGMENT-ID:** 3
**PROGRAM-ID:** hdln07000526
**LOAD-DATE:** June 26, 2003
Page 84
13 of 111 DOCUMENTS
Copyright 2003 American Broadcasting Companies, Inc.
ABC News Transcripts

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

**SHOW:** THIS WEEK WITH GEORGE STEPHANOPOULOS (10:00 AM ET) - ABC
**May** 25, 2003 Sunday
**LENGTH:** 1969 words
**HEADLINE:** MIDDLE EAST PEACE INTERVIEW
**BODY:**
GEORGE STEPHANOPOULOS, ABC NEWS
(Off Camera) For more now, we're now joined by Israel's ambassador to the
United States, Daniel Ayalon, and **Hasan Abdel Rahman,** the chief Palestinian
representative to the United States. Welcome.
**HASAN ABDEL RAHMAN,**
CHIEF PALESTINIAN REPRESENTATIVE TO THE US
Thank you.
GEORGE STEPHANOPOULOS
(Off Camera) An historic day.
**HASAN ABDEL RAHMAN**
Yes, it is. I hope so, also.
GEORGE STEPHANOPOULOS
(Off Camera) You hope so?
**HASAN ABDEL RAHMAN**
Yes.
GEORGE STEPHANOPOULOS
(Off Camera) Let me, let me start out, right at the top of the road map. The
first requirement of the road map is that the Palestinians make an unequivocal
statement calling for a ceasefire and recognizes Israel's right to exist. And
that the Israelis make an unequivocal statement recognizing a Palestinian state
living side by side with Israel. Are each of you now prepared to make that
statement?
**HASAN ABDEL RAHMAN**
Page 85
ABC News Transcripts May 25, 2003 Sunday
From our side, we made that statement. We are ready to reiterate that
statement. We have no problem with any parts of the road map, as long as Israel
also abides by all the provisions of the road map.
GEORGE STEPHANOPOULOS
(Off Camera) Mr. Ambassador?

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

DANIEL AYALON, ISRAELI AMBASSADOR TO THE US

Yes, we have accepted this vision of the President for a 2-state solution.
In fact, George, we accepted it back in 2000 at Camp David and we were ready to
go a long way. But as you say, now, it's a matter of implementation, and as the
road map calls for, is a crackdown on the terrorist infrastructures. And what
we would like to see is not just the cosmetic changes but a real security
reform, whereby no ceasefire with Hamas, which is an al Qaeda-type operation, or
Jihad or (INAUDIBLE) or others, but complete dismantling of the infrastructure
of terrorism.

GEORGE STEPHANOPOULOS

(Off Camera) The Israeli cabinet also approved the road map only after being
assured that its reservations would be taken into account by the United States.
I want to press you on what that might mean exactly. Is it your understanding,
for example that Israel will not have to remove settlements or withdraw troops
from the West Bank until the Palestinians formally crack down on the various
terrorist groups and have an end to all violence? Does one follow the other or
do the operations move parallel?

DANIEL AYALON

We would very much like to move parallely (PH). We would like to, to move in
a very forceful way. In fact, we did. When Secretary Powell was in the region
just ten days ago, we were offering very meaningful and concrete steps on the
ground. Including, suggesting to withdraw our troops. We have no interest in
being there in Palestinian towns. The reason we're there is because terror is
attacking and they don't take any actions.

GEORGE STEPHANOPOULOS

(Off Camera) So you're ready to start withdrawing troops and removing
settlements immediately?

DANIEL AYALON

George, by, when Prime Minister Sharon met Mahmoud Abbas about ten days ago,
he offered him withdrawal from any area he would take responsibility. If he
would do that. The issue of the settlements is a political issue which cuts
down into the core, the issue which will be negotiated around the negotiating
table, direct negotiations and everything is on.

GEORGE STEPHANOPOULOS

(Off Camera) So withdrawal . . .

Page 86

ABC News Transcripts May 25, 2003 Sunday

**HASAN ABDEL RAHMAN**

I think we have to be very clear on this. There are requirements for Israel
and there are requirements for the Palestinians. Requirements for Israel, first
of all, to stop assassinating Palestinians, incursion into Palestinian
territory, demolishing of Palestinian homes, to release political prisoners, to
stop building Jewish settlements on Palestinian land, parallel to the commitment
that we made to implement the Palestinian law by, by all make, keeping weapons
only in the hands of the Palestinian authority, and reforming the Palestinian
security system. We are ready to do that. But, in order to achieve that,
Israel cannot continue. It is having illegal and provocative behavior in the
Palestinian territory.

GEORGE STEPHANOPOULOS

(Off Camera) Well he said . . .

**HASAN ABDEL RAHMAN**

The success of the Palestinian security plan depends on the behavior of
Israel too.

GEORGE STEPHANOPOULOS

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

(Off Camera) He said, he said Israel was willing to begin withdrawing troops.
What kind of reforms are you willing to put in place immediately?
**HASAN ABDEL RAHMAN**
I hope that that is the case, but I think we have to be very clear again.
There is requirement in the road map that Israel withdraws its troops to the pre
28th of September lines. I hope that that's what the ambassador is saying. Not
that they will remove certain troops from certain areas in Gaza, and only that.
GEORGE STEPHANOPOULOS
(Off Camera) Is that what you're saying?
DANIEL AYALON
It is exactly what we're saying. In fact, we were offering it all the time.
We would move tomorrow, George, if there was somebody to take responsible there,
and make sure that Israeli citizens are not being killed. This is actually what
we are looking for.
GEORGE STEPHANOPOULOS
(Off Camera) But do you believe that Prime Minister Abbas is that man
prepared to take that responsibility?
DANIEL AYALON
It remains to be seen, George. But we certainly give him the benefit of the
doubt. We are looking for a partner. We have been looking for a partner for so
Page 87
ABC News Transcripts May 25, 2003 Sunday
long, partner which is capable in fighting terror and also is committed to
peace. And hopefully, and we will see it very soon, if he dismantles the
terrorist organizations, if he stops the incitement and the vicious textbook
curriculum which calls for the destruction of Israel. If they are willing to
really accept Israel as a Jewish state, living side by side by a democratic
Palestinian country without any terror, then we are very . . .
GEORGE STEPHANOPOULOS
(Off Camera) When do you expect to see this? When must you see this?
DANIEL AYALON
As soon as possible. You know, we cannot have, you know, negotiation by day
and killing us at night.
**HASAN ABDEL RAHMAN**
But, again, I have to go back to what I said at the beginning. I think we
should emphasize that. I believe that Israeli actions in the Palestinian
territories and the presence of over 50,000 Israeli soldiers, plus 200,000
Jewish settlers who are armed, are an act of provocation. It creates an
atmosphere of hostility. Therefore, Israel really needs to change its attitudes
vis-...-vis the Palestinians.
GEORGE STEPHANOPOULOS
(Off Camera) So, but we're hearing that they're prepared to change their
attitudes. Are you saying that you . . .
**HASAN ABDEL RAHMAN**
But we need action, George.
GEORGE STEPHANOPOULOS
(Off Camera) And they're saying they need action, are you saying that you
will not be able to stop the suicide bombings until the troops are actually
gone?
**HASAN ABDEL RAHMAN**
No, we will do our utmost and everything within our power to do that. But in
order to succeed, we need Israel, also, to stop its actions that provoke the
Palestinians and make the lives of the Palestinian people living hell. You
know, when you have 165 army checkpoints, when you cannot take your child in the

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

morning to school, when you cannot go to the hospital, there were 16 Palestinian birth on checkpoints. Many people died on checkpoints. You can't, this kind of behavior provokes the Palestinians and leads some Palestinians to take desperate and obnoxious act. That's why we are saying, for us to succeed in what we want to do and that is really to end the violence, we need Israel to change its behavior.

GEORGE STEPHANOPOULOS

Page 88

ABC News Transcripts May 25, 2003 Sunday

(Off Camera) There are some in the United States government who fear that not all of the Palestinian leaders are prepared to crack down now on the violence and that perhaps Chairman Arafat is undermining the authority of Prime Minister Abbas. Are they right to be concerned?

**HASAN ABDEL RAHMAN**

Listen, there's a Palestinian government that put before the Palestinian legislative council its program. Its program was very clear, no tolerance for violence and no tolerance for the presence of weapons in the hands of anyone.

GEORGE STEPHANOPOULOS

(Off Camera) And that's backed by Chairman Arafat?

**HASAN ABDEL RAHMAN**

It is backed by the Palestinian legislative and it was said by the presence of Yasser Arafat and I'm sure that Yasser Arafat is committed to that, but . . .

GEORGE STEPHANOPOULOS

(Off Camera) Excuse me. Let me get Ambassador Ayalon's response. Do you have that concern?

DANIEL AYALON

Well, of course we do have this concern. You know, since Mahmoud Abbas was appointed there was an increase of 25 percent in the terror acts. And you know, only last week, we had six homicide bombings, you know, Israeli kids, women, buses are being exploded. We have not seen any terrorists arrested yet by the Palestinian authority. We have not seen even one illegal weapon confiscated. And we have to set the record straight. We do care for the Palestinian and we would like them to have normal life. Why are we there? We are there to stop the terror. This terror started first, and then in the absence of any action by them to stop it, we had to stop it like every democracy, has the right, the obligation, to defend ourselves. And also, George, something which is very important to remember, Camp David 2000, only 2" years ago there was an Israeli Prime Minister who offered everything to the Palestinians. Not only they rejected it, but they start attacking.

GEORGE STEPHANOPOULOS

(Off Camera) Now another President is in place, and he's prepared to move forward. He says that he's prepared to meet with both leaders if the time is right, perhaps as early as next, as next week. Are your leaders both prepared to meet with President Bush in the Middle East next week?

**HASAN ABDEL RAHMAN**

I mean, you know, I heard Mr. Ayalon speaking about Camp David 2000.

GEORGE STEPHANOPOULOS

Page 89

ABC News Transcripts May 25, 2003 Sunday

(Off Camera) Can you just answer the question first?

**HASAN ABDEL RAHMAN**

Yes, I will answer. We are ready to work with the President of the United States, with the Prime Minister of Israel, to implement the road map. We believe in the road map, it does not give us everything that we want but we want

NEWS QUIZ/TV UPDATES St. Louis Post-Dispatch (Missouri) May 25, 2003 Sunday Five Star Late Lift Edition

to do that. But what I was trying really to say is we cannot really move forward if we continue our propaganda on dwelling in the past. You know, Camp David, 2000, this was a myth. In Camp David, not everything that the Palestinians wanted was offered. We are looking forward, this is the road map, we adhere to it completely. We hope that our Israeli partners will adhere to it and not engage in an exercise in public relations by saying we accept and then do not implement.

GEORGE STEPHANOPOULOS

(Off Camera) Will Prime Minister Sharon meet in a 3-way meeting with President Bush?

DANIEL AYALON

Oh, he would willing do everything, to exhaust every possible way to move forward. And it's not a matter of words or propaganda or PR. It's a matter of lives. People are getting killed. And this is what we want to solve. Terror must end before we can move forward and this is the case here, right now.

GEORGE STEPHANOPOULOS

(Off Camera) Mr. Ambassador, Mr. Rahman, thank you very much.

**HASAN ABDEL RAHMAN**

Thank you.

DANIEL AYALON

Thank you.

GEORGE STEPHANOPOULOS

(Off Camera) We'll be right back.

ANNOUNCER

When "This Week" returns, are members of al Qaeda hiding out in Iran? We'll ask Iran's ambassador to the United Nations. Then, Annika Sorenstam shatters another barrier for women athletes. Reaction from tennis star Billie Jean King, boxer Laila Ali and race car driver Janet Guthrie. And later, our roundtable with George Will, Michel Martin, and Fareed Zakaria. "This Week with George Stephanopoulos," brought to you by . . .

commercial break

Page 90

ABC News Transcripts May 25, 2003 Sunday

Interviews with Alon Pinkus, Hassan Abdel Rahman CNN September 13, 2003 Saturday

**SHOW:** Fox News Live
**May** 20, 2003, Tuesday 10:00-11:00 ET
**NETWORK:** Fox News Channel
**MEDIUM:** Television
**TYPE:** National Cable
**LENGTH:** 77 words
**BODY:**
START: 00:22:31
Teased Segment - Middle East; The recent attacks in the Middle East have
resulted in the stalling of peace talks.
Studio Interview - Dan Gillerman, Israeli Ambassador to the UN, says these
attacks are against the whole world.
Visual - Footage of the Middle East.
Studio Interview - **Hasan Abdel Rahman,** PLO Representative to the US, says he is
shocked at Gillerman's condemnation of the Palestinian people. :LRlot
END: 00:29:05
**SEGMENT-ID:** 12
**PROGRAM-ID:** fnc10000520
**LOAD-DATE:** June 20, 2003
Page 92
15 of 111 DOCUMENTS
Copyright 2003 CNBC, Inc.
CNBC News Transcripts

**SHOW:** CNBC Special Report with Maria Bartiromo (9:00 PM ET) - CNBC
**May** 19, 2003 Monday
**LENGTH:** 1560 words
**HEADLINE: Hasan Abdel Rahman,** PLO representative to the US, discusses the prospects for peace in the Middle East
**ANCHORS:** MARIA BARTIROMO
**BODY:**
President GEORGE W. BUSH: Well, the road map still stands. The vision of two states existing side by side in peace is a real vision, and one that I will work toward, but we've got a--we've got a lot of work to do to convince all of us who care about peace to step up and fight off terror, to cut off the money and to find these people and bring them to justice.
MARIA BARTIROMO, host:
Well, the Palestinians have a new government led by Prime Minister Mahmoud Abbas. Just this weekend, he held his first Cabinet meeting in Gaza and met with Prime Minister Ariel Sharon for the first time in Jerusalem. But after this recent round of suicide bombings, many are wondering if this violence will undermine his new leadership role. Will the new prime minister be able to stop the violence and get the peace plan back on track?
I'm pleased to be joined now by **Hasan Abdel Rahman,** the PLO representative to the United States, coming to us tonight from Washington. Representative, thank you for being with us.
Mr. **HASAN ABDEL RAHMAN** (PLO Representative to the US): Thank you.
BARTIROMO: Did you hear our interview with Ambassador Ayalon from Israel?
Mr. RAHMAN: Yes, I did and...
BARTIROMO: How can you respond to what he has just sa--told us?
Mr. RAHMAN: First of all, many of the things that Ambassador Ayalon said that Israel's done is absolutely not true. Israel has not done any of those. Israel still keeps the siege of the Palestinian territories, still continues to demolish Palestinian homes, continues to build Jewish settlements on Palestinian lands, and Israel did not accept the road map. Mr. Abu Mazen, in his meeting with Prime Minister Sharon two days ago on Saturday night, told Mr. Sharon the following, 'Mr. Sharon, I have a security plan to implement. I cannot implement it unless you accept the road map, because the road map stipulates your responsibilities and my responsibilities. I am ready to implement my
Page 93
CNBC News Transcripts May 19, 2003 Monday
responsibilities and the road map if you do yours. And they have to be parallel.'
As far as the issue of violence is concerned, you know that in the last three

weeks alone, more than 51 Palestinian civilians were killed by the Israeli army.
So, I mean, both of us suffer as a result of the action of extremists. On the
Palestinian side, there are Palestinian extremists that we are determined to
bring under our control. But who will bring the Israeli army under ou--their
control? The Israeli army is involved in killing Palestinian civilians on a
daily basis. Today a 13 years old boy was shot by the Israeli army. So the
Israelis are responsible for the environment that generates this kind of
violence. That's what I like to tell Mr. Ayalon and the Israeli government. We
have a partner who is three weeks old who have come to Jerusalem to speak to Mr.
Sharon and tell him, 'Listen, Mr. Sharon, I am willing to be your partner in
peace if you accept the road map,' because this road map is not mine. It is an
international plan to reach peace. But I tell you that Mr. Sharon, as well as
his ambassador in Washington, did not accept the road map, and you listen to Mr.
Ayalon tonight. He was beating around the bush because he did not want to come
straightforward, and say, 'Yes, we accept the road map as the plan that would
lead us out of the situation we are in today.'
BARTIROMO: But, Representative, when does the vicious cycle end? The attacks
over the weekend, would you say they were a direct response to the
vitalization--revitalization of the peace plan?
Mr. RAHMAN: Well, there is no doubt in my mind that those who are responsible
for those acts are opposed to the road map in the same way that Sharon is
opposed to the road map. So that's exactly what I'm saying. We are ready. We
are willing. We are determined. That's what Abu Mazen told Mr. Sharon. To get
out of the situation, we will do our share when Mr. Sharon does. It is a
partnership. We cannot do it alone. You know, Mr. Ayalon is speaking about
security. Israel is in charge of security in Gaza and the West Bank. There are
50,000 Israeli soldiers. There are 1,000 tanks in the West Bank.
BARTIROMO: But how will your people take on these violent, violent terrorist
groups, the militant group Hamas, which...
Mr. RAHMAN: We are ready to do that. There is a law that has been enacted.
If you listen to the speech of Mr. Abu Mazen before the Palestinian parliament,
he said, 'No one should have any arms ou--outside of the agencies of the
Palestinian security,' meaning that we will collect the weapons. But how can we
do that if the Israeli army is shooting at the Palestinians? The Israeli army
is in the way of implementing those laws. If the Israeli army gets out of the
Palestinian towns and villages, if the Israeli army stops shooting Palestinians,
if the Israeli army stops destroying Palestinian homes and destroying
Palestinian crops, then we can do our job. But while they are there, shooting at
the Palestinians, it is extremely difficult for Abu Mazen or any Palestinian to
implement the Palestinian law.
BARTIROMO: But how do you negotiate with these people? Abbas is trying to
negotiate with Hamas...
Mr. RAHMAN: No, he is not.
Page 94
CNBC News Transcripts May 19, 2003 Monday
BARTIROMO: ...rather than using force.
Mr. RAHMAN: No, he's...
BARTIROMO: Isn't it time he aggressively take on Hamas, stop them from
operating in the occupied areas?
Mr. RAHMAN: Abu Maz--Abu Mazen will implement the law. That does--that does
not mean negotiation. It means that we will implement the law. But the Israeli
army is standing between us and those people. That's why we cannot implement
the law. You know, the Israeli army is controlling the Palestinian towns and
villages. It is not the Palestinian security. So we want the Israeli army to

get out of the way so we can implement our laws.

BARTIROMO: Look, let me ask you about--about Abbas' government. The Israe--the Israeli defense minister said today that 'We are convinced that, first and foremost, Arafat is the factor preventing this process from taking off.' Sharon has now said he will refuse to meet with leaders who meet with Arafat while visiting the region. Is Abbas' government still in the shadow of Arafat, who has wide public support among Palestinians?

Mr. RAHMAN: Maria, this is a pretext that Israel is using in order not to accept the road map. I'm telling you, Arafat is not an obstacle to the implementation of the road map. On the contrary, that is not the problem. But because Abu Mazen is negotiating, he is the head of the Palestinian government today and he went to Mr. Sharon and told him, 'I am your partner and I am responsible for implementing the road map. Accept it, Mr. Sharon.' Mr. Sharon refused because he is afraid that the extremist element in his government will leave his government, and his government will collapse, because his government is composed of the most extreme elements of the Israeli society. They are lunatics. They believe that--you listen to Mr. Ayalon saying this is the Jewish land. If he believes that the West Bank is the Jewish land, how can we negotiate an agreement to establish an independent Palestinian state? The...

BARTIROMO: OK. We--we--we were just--we were just--you just said that at the meeting over the weekend, they said that they are not agreeing to this--to this peace plan. Sharon is said to disagree with some 15 points on that road map.

Mr. RAHMAN: Right.

BARTIROMO: Fifteen points. In your view, is the road map open for amendment?

Mr. RAHMAN: No, it is not. Because the road map is the work of the international community and the closest ally of Israel. It is Mr. Bush road map, and I'm sure that Mr. Bush is not going to do anything against Israeli interests. That's why we have reservations of the road map, but we accept it as it is, because we are ready to move forward. We want to find a way to get u--us and the Israelis out of this quagmire. But as long as Mr. Sharon refuses the road map, and speak in generalities about peace, this is an abstract talk. There is a plan. If Mr. Sharon and the Israeli government is serious, let them accept it, and we move together to implement it under the supervision of the quartet, the United States, Europe, Russia and the United Nations.

BARTIROMO: Representative, we thank you for being with us.

Page 95

CNBC News Transcripts May 19, 2003 Monday

Mr. RAHMAN: Thank you very much.

BARTIROMO: I hope you come back, and we can discuss...

Mr. RAHMAN: Any time.

BARTIROMO: ...the peace plan properly.

Mr. RAHMAN: Any time. Thank you.

BARTIROMO: Good to have you with us.

Mr. RAHMAN: Thank you very much.

BARTIROMO: **Hasan Abdel Rahman,** PLO representative to the United States, coming to us tonight from Washington.

Coming up next, last week's suicide bombings in Riyadh appear to be the work of al-Qaida. Can Saudi Arabia control the threat from within their own country? Here's what the Saudi foreign policy advisers had to say yesterday.

Mr. ABDEL AL-JUBEIR (Saudi Foreign Policy Adviser): The terrorists have declared war on us. We can no longer afford to be quiet about it. We will take them on. We will rise to the challenge and we will crush them.

BARTIROMO: Straight ahead, we will get Saudi Prince Al-Waleed bin Talal's reaction and see what it means for US-Saudi relations. That's next live on

SPECIAL REPORT.
(Announcements)
**LOAD-DATE:** May 20, 2003
Page 96
16 of 111 DOCUMENTS
Copyright 2003 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** At Large With Geraldo Rivera
**May** 18, 2003, Sunday 22:00-23:00 ET
**NETWORK:** Fox News Channel

**MEDIUM:** Television
**TYPE:** National Cable
**LENGTH:** 45 words
**BODY:**
START: 00:02:36
Teased Segment - Israel. ; Suicide bombings in Israel.
Studio Interview - **Hasan Abdel Rahman,** Chief PLO Representative to the US.
Studio Interview - Ra'anan Gissin, Ariel Sharon's spokesman. Jennifer Griffin reporting. ox
END: 00:13:50
**SEGMENT-ID:** 2
**PROGRAM-ID:** fnc22000518
**LOAD-DATE:** June 18, 2003

Page

Page

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Copyright 2003 FDCHeMedia, Inc.
All Rights Reserved
Copyright 2003 MSNBC
All Rights Reserved
MSNBC
SHOW: COUNTDOWN: IRAQ 19:00

March 5, 2003 Wednesday

TRANSCRIPT: # 030500cb.468

SECTION: NEWS; DOMESTIC

LENGTH: 15675 words

HEADLINE: COUNTDOWN IRAQ For March 5, 2003

BYLINE: Lester Holt; Pat Buchanan; Bill Pres; Raghida Dergham; Kelly O'Donnell; George Lewis; Bob Arnot; Martin Fletcher; Ron Allen; Jim Avila; Kevin Tibbles; Andrea Mitchell; Don Teague; Kelly O'Donnell; Ron Allen; Jim Miklaszewski

GUESTS: Mark Regev; Hassan Abdel Rahman; James Yacovelli; Duncan Hunter; General Wayne Downing; Kay Bailey Hutchison; Robert McFarlane

HIGHLIGHT:
The first suicide bombing in two months kills 15 Israelis, mostly high school and college students.  Who's to blame: Israeli Prime Minister Sharon or the Palestinian authority?

BODY:

    ANNOUNCER: Tonight, a special edition of the COUNTDOWN. Endgame: Iraq -- the clock is ticking, just days from a showdown at the U.N. and possibly a few weeks away from a showdown with Iraq.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Tonight, COUNTDOWN correspondents in the Persian Gulf, Middle East and Europe explore what's at stake for each country.

Then, the COUNTDOWN looks at the gamble the U.S. is making on the outcome of the vote, with our guests General Wayne Downing and Texas Senator Kay Bailey Hutchison.

From Washington, the Persian Gulf, and around the world, this is a special edition of COUNTDOWN: IRAQ - The Endgame. Here is Lester Holt.

LESTER HOLT, HOST: Good evening everyone. Welcome to this special edition of COUNTDOWN: Iraq. Tonight it appears the endgame is in fact near. We're just two days away from a key D-day or deadline day, if you will. That's what Chief Weapons Inspector Hans Blix reports to the U.N. Security Council.

Next week, the U.S. will decide whether to seek a U.N. vote and shortly thereafter, the military showdown could begin. Here's the day's developments in your "COUNTDOWN: Rundown." (BEGIN VIDEOTAPE)

(BEGIN VIDEO CLIP)

DOMINIQUE DE VILLEPIN, FRENCH FOREIGN MINISTER (through translator): The Security Council will not vote for a second resolution that opens the door to the use of force.

HOLT (voice-over): War? No. France's Foreign Minister and his counterparts from Germany and Russia holding firm today in opposing the U.S.-backed resolution authorizing war against Iraq.

(END VIDEO CLIP)

(BEGIN VIDEO CLIP)

COLIN POWELL, U.S. SECRETARY OF STATE: Still hasn't made the strategic choice to comply and disarm.

HOLT: Powell Play -- the Secretary of State blasting Saddam and permanent members of the Security Council today for failing to back demands laid out in resolution 1441. He also announced new evidence of Iraq's deception of Inspectors.

GENERAL TOMMY FRANKS, U.S. ARMY: Our troops in the field are trained, they're ready, they are capable.

HOLT: And ready to roll -- the man in charge of any military action in Iraq, General Tommy Franks, saying today that the U.S. is in position to provide a military option to diplomacy if the president gives him the order.

(END VIDEO CLIP)

HOLT: More than 100 NBC correspondents and contributors are spread out in key locations covering the showdown.

Tonight's World Briefing comes from these hot spots -- at the State Department, Andrea Mitchell is tracking the game of diplomatic chicken; Secretary of State Colin Powell offering more evidence today of Iraqi deception.

From Qatar the COUNTDOWN's Kelly O'Donnell with Arab leaders in search of their own diplomatic endgame to the crisis. Don Teague in Kuwait watching the military massed by the thousands with no sign of a slowdown.

And inside Baghdad, Ron Allen on Iraqis living with the fear of knowing a powerful U.S. military is massing nearby and poised to strike. (END VIDEOTAPE) (on camera) Let's begin our coverage, however, with the story just developing at this it hour, NBC news has learned the United States has just requested the immediate departure of two Iraqi attaches allegedly engaged in activities outside their official functions deemed harmful.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Let's go to the State Department now and a report from Andrea Mitchell on today's diplomatic developments.

(BEGIN VIDEOTAPE)

ANDREA MITCHELL, NBC NEWS, WASHINGTON (voice-over): The U.N. today said Iraq not only destroyed nine more al-Samoud missiles that have ranges longer than permitted but also showed inspectors casting chambers that had been cut up making it impossible to produce a different kind of missile. The secretary of state said recent U.S. intelligence proves Iraq is lying.

POWELL: From recent intelligence, we know that the Iraqi Regime intends to declare and destroy only a portion of its banned al-Samoud inventory; and that it has in fact ordered the continued production of the missiles that you see being destroyed.

MITCHELL: And Powell said Iraq is still moving weapons of mass destruction around the country deceiving the Inspectors. Only an hour earlier, Chief Weapons Inspector Hans Blix had praised Iraq's destruction of the al-Samouds.

HANS BLIX, CHIEF U.N. WEAPONS INSPECTOR: Well clearly, the missiles are real disarmament. They are weapons that can be used in war and are destroyed in fairly large quantities.

MITCHELL: And today, Saddam Hussein told his Generals that the U.N. order to destroy the al-Samouds is a ploy to demoralize Iraq. He said the missile threatens no one, asking, is it supposed to be that an additional 10 or 12 kilometers would allow us to hit Israel?

But the U.S. plans to challenge Iraq's claims at the U.N. Friday, hoping to rattle European critics. Today the French, Russians and Germans all Security Council members escalated their campaign against the second U.N. resolution.

DE VILLEPIN: (SPEAKING IN FOREIGN LANGUAGE)

MITCHELL: The French minister said we will not allow a resolution to pass that authorizes force.

But will they use their veto?

ARI FLEISCHER, WHITE HOUSE PRESS SECRETARY: I urge you not to leap to the conclusion that this is a determined matter and that a veto will follow. This is part and parcel of diplomacy.

MITCHELL (on camera): All this will come to a head when Blix and Powell face off at the U.N. on Friday setting the stage for a possible vote on that new U.N. resolution next week -- Lester.

(END VIDEOTAPE)

HOLT: Andrea Mitchell of the State Department tonight.

The Bush administration making it clear today that Iraq has done nothing that would warrant giving Saddam Hussein more time. Tonight the military option remains front and center.

Let's go to the North Lawn of the White House now with the COUNTDOWN's Bob Kur is standing by live.

Bob, the president met with congressional leaders. He met with Tommy Franks. Is the only thing to decide right now the timing of war and not the decision of whether to launch it?

BOB KUR, NBC NEWS: Timing and tactics, Lester is what it has pretty much come down to. How soon and whether, for example, the administration does go to the United Nations and seek another vote. How soon can war really come, given the fact that Turkey so far is not letting the U.S. base troops and equipment in Turkey?

So how soon can the go-ahead actually come? That's something that the president discussed today with top military brass, including General Tommy Franks, the commander who will head the war effort over there -- also with Defense Secretary Donald Rumsfeld here at the White House today.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

The strong sense one gets here at the White House, Lester, is that whatever happens or does not happen, at the United Nations next week, this is a President that wants to move forward quickly; wants to get on with it. If the U.N. doesn't go well, wants to cut his diplomatic losses, whatever they are, and just give the go ahead.

HOLT: All right. NBC's Bob Kur at the White House tonight. Bob, thanks very much.

And behind the scenes at the White House, also keeping pressure on congressional leaders to maintain their support. joining us live from Washington now Republican Senator Kay Bailey Hutchison of Texas. Senator, thanks for joining us.

SEN. KAY BAILEY Hutchison (R), TEXAS: Thank you, Lester.

HOLT: What is your sense, right now, about the timing of war or any inevitability of war?

HUTCHISON: I think it is inevitable and I think it is close. The only thing that would stop this war is if Saddam Hussein was asked to leave and did leave with his family from Iraq. Otherwise, I think it is going to happen.

HOLT: If the White House-- if the administration walks away from the diplomatic table, doesn't get the go ahead it needs, should it just move straight ahead or do you envision a deadline being laid down for Saddam Hussein?

HUTCHISON: Well, I think that the deadlines have been laid out.

I think that we will probably hear, of course, on Friday from Hans Blix and then I think the question is whether there will be another resolution and I think after that we either go forward without that or we go through that process and we then go forward even if it doesn't pass with the required number.

HOLT: Senator, I'm sure by now many Americans fully expecting that war is a real possibility. At the same time, has the administration adequately prepared the American public for war in all that that could entail?

HUTCHISON: I do think President Bush has done that and I think he will continue to do that. He knows that this is a very tough decision and I know he doesn't want to go to war but he also knows that we must be prepared, we must let the -- let everyone know in the world that when America says they're going to do something, they're going to do it.

I think that the terrorists thought we had a short attention span. Well, we don't. We have a long attention span and we're going to win the war on terrorism and we're going to take weapons of mass destruction out of Iraq.

HOLT: Should the administration feel embarrassed? The president went to the U.N. in September, laid out an eloquent case, got a 15-0 vote in November only to bring it to this point, risking veto; can't seem to come up with the nine votes. How did it get here?

HUTCHISON: Well, I don't think it is an embarrassment for President Bush. I think that some of the countries that have allowed this to happen like Germany and France and Russia now, they've been talking a different game.

They have given Saddam Hussein an out. They have not spoken with a clear voice from the free world that you can't have weapons of mass destruction; you can't mess around with the U.N. The voice has not been united and I don't think it's an embarrassment for President Bush. I think he is trying to unite, he's doing everything possible but I think that these countries have sold some of these weapons and some of the paraphernalia to Iraq and they know that and I think they are concerned about it.

HOLT: Senator Kay Bailey Hutchison, thank you so much for joining us tonight.

Now, from politics to politics of diplomacy joining us live from Washington Robert McFarlane, national security adviser to President Ronald Reagan.

Mr. McFarlane, good evening to you and thanks for joining us.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

ROBERT MCFARLANE, FMR. NATIONAL SECURITY ADVISER: Thank you, Lester.

HOLT: What are the administration's options in your view right now?

MCFARLANE: I believe the President from the beginning looks at this issue based on common sense. Lester, in your block -- in your neighborhood if there was a maniac with an assault weapon you wouldn't go to the United Nations or even your city council. You would want him locked up right away and that is what has driven President Bush from the beginning and he intends to get results. He was willing and agreeable to trying to engender allies on our side, if they don't accept that same common sense that he has got to protect the American people.

(CROSSTALK)

HOLT: Are you suggesting then going to the U.N., drawing it out this long has been a mistake in this case?

MCFARLANE: Well, I think it was a sign of goodwill and the hope for persuasion of other allies, but there's a very different mindset driving Europeans and others and it has very little to do with Iraq. It is egocentrism on the part of President Chirac looking to his own future position of leadership in Europe and doesn't have much to do with Iraq. The president, however, is charged with protecting you and me, and that's what he intends to do, whatever the United Nations may say.

HOLT: Mr. McFarlane, a lot of people around the world have been focused looking for that proverbial smoking gun which hasn't been discovered yet. Do you think it will be found in war or immediately following a war and will all of the critics suddenly be applauding the President for going unilaterally?

MCFARLANE: Well, Lester, when the Iraqis create a military unit whose job is to deceive the Inspectors as they have, which was part of Secretary Powell's report, there's not much prospect that inspectors will ever do any good. And again, if the assault weapon on your block is a real danger, are you going to send an inspector after it? Come on, let's get serious here.

HOLT: But the flipside, what if nothing is found? Can the U.S. repair the damage?

MCFARLANE: Lester, I think we will find when we get there, quite a lot, and that evidence will be very compelling to any doubters today.

HOLT: Robert McFarlane, good to have you on tonight. Thank you.

MCFARLANE: A pleasure, Lester

HOLT: His music videos are playing from Kabul to Cairo on the COUNTDOWN At 45.

(BEGIN VIDEO CLIP)

(voice-over) An Iraqi pop star who's bringing a message of peace to America.

And next hour on the COUNTDOWN, Pat Buchanan and Bill Press talk to Congressman Duncan Hunter, chair of the House Armed Services Committee. That's ahead on the COUNTDOW next hour. ANNOUNCER (voice-over): Up next on the COUNTDOWN -- the Military Endgame. What are the options for the U.S. to disarm Iraq by force? A military briefing coming up next from Desert Storm Veteran General Wayne Downing.

Then, the Waiting Game -- how much longer can U.S. troops afford to wait for the President to give the green light for war? The COUNTDOWN's Don Teague reports on U.S. troops on standby in the Persian Gulf. (END VIDEO CLIP)

You're watching a special edition of COUNTDOWN: Iraq on MSNBC. (COMMERCIAL BREAK)

HOLT: Welcome back as we continue to look at the possible endgame with Iraq.

(BEGIN VIDEO CLIP)

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

(voice-over) Let's start this segment with a COUNTDOWN headcount. As of today word from the Pentagon is 228,000 U.S. troops are in the Gulf region and parts of Europe preparing for war with Iraq, that includes 13,000 soldiers from the 101st Airborne deployed to Kuwait today.

Within 10 days the remaining 3,200 from their division will follow. From the Pentagon the COUNTDOWN's Jim Miklaszewski with more on the latest military developments. (END VIDEO CLIP) (BEGIN VIDEOTAPE)

JIM MIKLASZEWSKI, NBC NEWS, THE PENTAGON (voice-over): From remote desert air strips and aircraft carriers in the Persian Gulf, American war planes took off today in a dress rehearsal for war. Flying nearly 700 separate missions over Southern Iraq; more than three times the normal number of flights. U.S. military officials report that within days, American war planes could launch major air strikes against Iraqi military targets in the southern no fly zone. Bigger than the last significant air attack two years ago to further weaken Iraqi air defenses.

At the White House today, General Tommy Franks who would lead the military campaign, laid out the latest war plans. It could be his last face-to-face meeting with the president before the start of a war.

FRANKS: If the president of the United States decides to undertake military operations, with the coalition mentioned by the Secretary, there is no doubt we will prevail.

MIKLASZEWSKI: Franks briefed the president on the latest backup plans if the Turkish government continues to deny U.S. troops the right to invade Northern Iraq through Turkey. Instead, the 101st Airborne, with their apache helicopters, would drop into several airfields in Northern Iraq. NBC News has learned that American troops already in Iraq are working frantically with Kurdish forces to improve at least two air strips near Suda Miniea (ph).

If there is a war, the U.S. could drop this brand new weapon, the MOAB, seen here in photos obtained exclusively by NBC news. Nicknamed "the mother of all bombs," it's the U.S. military's biggest conventional weapon, 21,000 pounds.

Like its predecessor, the Daisy Cutter, its blast would create a huge mushroom cloud and could be used for its shock value alone -- dropped well away from any populated areas. Despite the hang-ups with Turkey and the U.N., the U.S. military is fully preparing for a war that could begin within the next two to three weeks -- Lester.

(END VIDEOTAPE)

HOLT: Jim Miklaszewski.

Joining us now to talk about the possible military endgame is retired U.S. Army General Wayne Downing who served as commander in chief of special operations during Desert Storm.

General, thanks for coming on tonight. What about that two weeks? Do you think it is plausible now given what we know about the buildup? Are the right troops in the right places now?

GEN. WAYNE DOWNING, U.S. ARMY: Well, it sure seems two to three weeks looks like it might be right. This deal with the Turks not granting access, they're going to have to do some work arounds on that but they know how to do that.

HOLT: Does the Iraqi army have any comprehension of the kind of war the U.S. is ready to unleash?

DOWNING: Well I think they do. I think they're going to take what happened to them in 1991 and probably square that. They know they're going to get hammered badly and they also know that there is no way that they'll turn this back.

HOLT: General, there's a lot on the plate here. There is defending ally countries from scud missiles, there's seizing oil fields, there's regime change. What are the early objectives in the early hours of any war?

DOWNING: Well, I think there are going to be several.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

I mean, one they're going to want to take out the integrated air defense system and they are definitely want to get after the weapons of mass destruction, the storage sites, the missiles, the artillery units that might deliver that. And then you've got the regime change. If you're going to go after Saddam Hussein you're going to go after where he sleeps, where he hangs out. You're going to go after the command and control that he uses and you're also going to go after those units that protect him. And then you're going to just keep going after him and going after him until you get him.

Because this time, you know, the objective is not ejecting the Iraqi arm from Kuwait, this time it is regime change -- we've got to get this guy and we've got to get all of those key people around him. So I know they've got a plan for that.

HOLT: General, in recent history, Afghanistan -- the first goal for the U.S. suffered casualties; nothing clearly on the scale of what we saw in Vietnam and Korea. Is this war going to be different given the number of objectives we've talked about? It is not like trying to necessarily push the army out of Kuwait as happened 12 years ago.

DOWNING: Well, listen, we've been incredibly lucky in the last Gulf War and in Afghanistan, so we should not take those as norms. I mean, there's a very real possibility we're going to take more casualties this time, especially if this guy uses chemical weapons and biological weapons and I really think he's going to use some of these chemical weapons he has got with his artillery in his short-range missile units, so the front line troops are going to be subject to being slimed which is what they call a gas attack. Then we've got to worry about some of the rear areas.

HOLT: General Wayne Downing good to have you on. Thanks for coming on tonight.

DOWNING: Thanks, Lester.

HOLT (voice-over): Up next in this special edition of COUNTDOWN: Iraq the long wait for U.S. troops in the Gulf. How are they holding up? And tonight's COUNTDOWN Question -- Anti-war protests two weeks ago were the largest since: the Gulf War, the Kosovo Conflict, or the Vietnam War? The answer on your Showdown Lowdown.

HOLT: For U.S. troops overseas the crisis in Iraq has become a waiting game as diplomacy plays out its hand. In Kuwait the COUNTDOWN's Don Teague on the likely endgame for U.S. forces.

(BEGIN VIDEOTAPE)

DON TEAGUE, NBC NEWS: Here in Kuwait the buildup of American forces continues. There are now an estimated 120,000 U.S. troops in country with more arriving everyday. I've spoken with about a hundred Soldiers and Marines here over the last couple of months and individually their concerns fall into two major categories, both involving Saddam Hussein.

The first is that he will attack U.S. troops with chemical or biological weapons. The second is that his troops will pull back into populated areas, places like Baghdad, forcing the kind of street-to-street and building-to-building fighting that they would very much like to avoid. As for the hopes, well, they can be summed up in two words -- swift victory.

The soldiers and Marines I've spoken with are very confident in their technology and their training and they say if a war happens, they hope it will end quickly, either way, whether it's war or peace, when you talk to the individuals on the ground the men and women, they just say they want it over with so they can go home. Now back to you.

(END VIDEOTAPE)

HOLT: Don Teague in Kuwait City.

Coming up, next a deadly bombing in Israel raises new concerns. Can the Israelis protect themselves against suicide bombers and attacks from Iraq?

On the COUNTDOWN at 45: what's the endgame for the veto holding Security Council members.

Iraq's king of pop hoping to make it big now in America.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

And a special Showdown Lowdown on the peace movement, those trying to slow down war. (COMMERCIAL BREAK)

ANNOUNCER: Ahead on the COUNTDOWN next hour: money from America going to Osama bin Laden, charges that a Muslim cleric used a Brooklyn mosque to help funnel millions to al Qaeda. Should American mosques be shut down?

Pat Buchanan and Bill Press tackle the issue in the next hour of the COUNTDOWN.

HOLT: Welcome back to this special edition of the COUNTDOWN, as we focus on the possible end game in the showdown with Iraq.

Persian Gulf states have an important stake in the outcome. They are hoping to ensure stability in the region without U.S. intervention and perhaps without Saddam Hussein. Averting U.S. military intervention has been their first priority, keeping the peace among neighbors also a goal. Finally, some countries want to see Saddam Hussein step down.

We have two reports from the region, beginning with the COUNTDOWN's Kelly O'Donnell, who reports on a raucous meeting of Gulf states today in Qatar.

(BEGIN VIDEOTAPE)

KELLY O'DONNELL, NBC CORRESPONDENT: Good evening, Lester.

A summit called to talk about peace, but the most notable exchange today: a war of words, name-calling between Iraq and Kuwait. This was an emergency meeting of the 56-nation Islamic Conference. They represent Muslims from around the world: Asia, Africa and here in the Middle East.

When Iraq's deputy to Saddam Hussein was speaking, he grew angry when he thought Kuwait was interrupting. The Iraqi was talking about Kuwait's cooperation with the United States. In an angry outburst, in Arabic, the Iraqi representative said to Kuwait -- and we're quoting here -- "Shut up, you minion, you U.S. agent, you monkey. You are addressing Iraq. You are insolent. You are a traitor to the Islamic nation."

Well, Kuwait responded, they needed an apology, but Iraq fired back, "I curse your mustache." Mustache, in the Arab-speaking world, is apparently a reference to cursing the man's honor. They were tense moments. And when this meeting was over, there was no breakthrough development, the Islamic Conference saying they hope for peace and they urge Saddam Hussein to cooperate with U.N. inspectors.

I'm Kelly O'Donnell in Doha, now heading north to George Lewis in Turkey.

(END VIDEOTAPE)

(BEGIN VIDEOTAPE)

GEORGE LEWIS, NBC CORRESPONDENT: Kelly, the big concern for Turkey's leaders is what should be their level of participation in a war against Iraq. Nine out of 10 Turks oppose war. And, in line with that, the parliament here last Saturday voted to turn down the presence of up to 62,000 U.S. troops here for the purpose of opening up a northern front strike against Iraq.

But, today, the chief of staff of Turkey's military said perhaps the parliament ought to reconsider, noting that, if Turkey does go along with U.S. war plans, it would then receive the billions of dollars in U.S. aid expected to compensate Turkey for the damage caused by the war. According to chief of staff Hilmi Ozkok, the war will be shorter if a second front is opened from the north; pain will be diminished; there will be fewer unexpected developments and fewer people will lose their lives.

So, the hope here in Turkey is that, since war seems inevitable, that the war be a short one and it cause minimum disruption to this country's already volatile border regions.

(END VIDEOTAPE)

HOLT: George Lewis.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Behind the scenes at the U.N., many countries are expressing doubts about whether the showdown will end peacefully.

Joining us now to talk about the possible end game is Raghida Dergham, COUNTDOWN contributor and diplomatic senior correspondent for "Al-Hayat" newspaper.

Raghida, thanks for joining us tonight.

Map it out for us. Russia, France and Germany say they are not going to let this resolution go forward. What happens on this point?

RAGHIDA DERGHAM, NBC ANALYST: And the spin that is being really cultivated by American diplomats is that, well, this doesn't mean that they're going to use a veto, which I'll get back to in a few minutes.

But the battle for the nine votes in the Security Council continues. And there is talk about that 48 hours and the way that it will be after adopting a resolution. And that would amount to giving a chance to Saddam Hussein only to step down or for those in Iraq interested to launch their coup, and increased talk about evacuation plans for U.N. personnel in Baghdad and in Iraq. And, of course, there is always the talk in the corridors that, no matter what Hans Blix, the head of UNMOVIC, says on Friday, the Blix report has become almost irrelevant, because the gathering there is that, look, the United States is going to war.

HOLT: Well, what about France and Russia? They didn't use the veto word. The U.S. is holding out some hope there. Are we watching a bluffing game going on here?

DERGHAM: Well, the American officials' point of view, the ones I spoke to, is that, look, they say: Watch their words carefully. And remember what happened before adopting Resolution 1441.

By that, they mean that they said they will oppose the resolution that speaks about authority to use force and they point out that the draft resolution does not have such language. It is very brilliant, in their words, in the sense that it does not put anybody on the spot in terms of authority. Others feel, no, watch out. They are too serious and the writing is clear on the wall.

However, the confrontation, whether it is a confrontation, diplomatic confrontation, or the conciliation of some kind, that will start on Friday.

HOLT: Raghida Dergham, always, thanks very much.

DERGHAM: Thank you.

HOLT: Saudi Arabia has been caught in the middle of this showdown. A U.S. ally, it also wants to protect ties to Arab neighbors who oppose a war. Still, it's likely to offer America use of a key air base.

The COUNTDOWN's Bob Arnot with an exclusive report.

(BEGIN VIDEOTAPE)

BOB ARNOT, NBC CORRESPONDENT: This is the Prince Sultan Air Base in the kingdom of Saudi Arabia. And it may be the single most important air base anywhere here in the region.

You are the deputy operational commander. Now, what kinds of planes do you have here that makes this such an important base and gives you such tremendous capabilities?

UNIDENTIFIED FEMALE: We have JSTARS, which is a ground mapping radar airplane. We have tankers, the air refueling, that we can air refuel aircraft, heavy Spiders, Navy, Marine Corps, all the aircraft in the region. And we have Rivet Joint, which is an electronic collection device.

ARNOT: It really does eavesdropping. This airplane here, of course, is an AWACS, maybe the most famous of all of them, with that characteristic antenna up there.

There have been MiG incursions into the no-fly zone. What is the capability of this plane in terms of detecting those very fast, two-times-the-speed-of-sound fighter jets as they head toward American forces?

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

UNIDENTIFIED MALE: Our primary platform is the radar. And we use that. And we have other systems on board to help us with the identification and then additional systems to help us send that picture back to our headquarters.

ARNOT: Great. Thank you very much.

Now, Lester, the key out here is that these are amazingly important assets. You wouldn't want to go to war without them. But the million-dollar question has been, will the Saudis allow this air base to be used? We talk to the Saudis, who basically say, we've always been friends to America. We talk to a number of commanders out here who say that, of course, it's not known yet what the Saudis will do, but they have been terrific hosts and have always come to the aid of the United States when in need.

(END VIDEOTAPE)

HOLT: Bob Arnot in Saudi Arabia.

A quick reminder: You're getting more of the COUNTDOWN each night. Coming up in our second hour, MSNBC's Pat Buchanan and Bill Press join me. On the agenda tonight: Secretary Powell says Saddam Hussein is trying to divide the United Nations. Chairman of the House Armed Services Committee, Congressman Duncan Hunter, weighs in on whether the U.S. should go it alone.

A Colorado school district up in arms after a teacher wears an anti-Bush button. Pat and Bill debate whether teachers should keep their political beliefs to themselves.

Finally, the mosque money trail: Are some places of worship being used to fund terrorism?

It's all ahead in the next hour of the COUNTDOWN.

In Israel today: a violent reminder the Gulf region must still resolve another conflict, one that is also causing deep divisions around the world.

Here's the COUNTDOWN's Martin Fletcher.

(BEGIN VIDEOTAPE)

MARTIN FLETCHER, NBC CORRESPONDENT: Lester, with Israeli troops in the middle of a tough campaign to stop terrorism, nevertheless, a Palestinian suicide bomber managed to slip into the heart of Israel's third largest city.

(voice-over): 2:17 in the afternoon in Haifa, Northern Israel, bus No. 37 is packed with high school students. Suddenly, a huge blast blows off the roof of the bus. Body parts spray the sidewalk, windows shattered for hundreds of yards, the first suicide bomb in Israel in two months.

The Islamic militants Hamas claimed responsibility. Police said a Palestinian strapped a large bomb to his body filled with nails. He sat for 15 minutes on the bus before blowing himself up -- at least 15 dead, about 10 of them reportedly children aged 14 or 15.

CHEN LIEBERMAN, ISRAELI CITIZEN: There is nothing you can do to control the situation. It's not their fault. It's not our fault. But everyone is suffering. Everyone is dying. And we can't do anything about it.

FLETCHER: But the Israeli army today told the country there was something they could do about a possible gas attack from Iraq, warning everyone to prepare a safe room with gas masks and to seal windows with plastic sheeting. Israeli military sources stress, the real danger isn't from Iraq, but from Palestinian terrorists.

RA'ANAN GISSEN, SPOKESMAN FOR ARIEL SHARON: The level of terrorist activity is at an all-time high.

FLETCHER: The army has stopped two terrorist attacks a day for the last two months and in tough raids against Hamas strongholds, killing 60 Palestinians in almost three weeks.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

(on camera): Israeli helicopters and tanks attacked Gaza in a campaign that is now expected to get even tougher. And Israeli troops have arrested the suicide bomber's father and two brothers for allegedly being part of the plot -- Lester.

(END VIDEOTAPE)

HOLT: Martin Fletcher, thanks.

Concerns about Mideast peace also on the mind of the Vatican: Today, a papal envoy met with President Bush and communicated the pope's message that war could cause instability in that region.

Coming up on the COUNTDOWN@:45, we'll be looking at the end game for the other four permanent members of the Security Council. What is at stake for them as we head into what may be a final U.N. showdown?

Plus, an Iraqi pop singer who has taken the Arab world by storm, now he hopes to be an instrument of peace in America.

And tonight's COUNTDOWN question: Anti-war protests two weeks ago were the largest since the Gulf War, the Kosovo conflict, or the Vietnam War?

The answer on a special "Showdown Lowdown" -- right here on the COUNTDOWN.

(COMMERCIAL BREAK)

ANNOUNCER: Coming up on the COUNTDOWN@:45, the Iraqi end game for the big three, France, Germany and Russia. What do these countries stand to gain by blocking U.S. war plans?

He's Elvis and Sinatra rolled into one and has sold more than 30 million C.D.s worldwide. Now this Iraqi pop star is taking on America.

And the anti-war showdown -- tonight, the "Showdown Lowdown" on the global movement for peace -- some of the special stories we're saving for the COUNTDOWN@:45.

(COMMERCIAL BREAK)

ANNOUNCER: Ahead on the COUNTDOWN: an Iraqi pop star famous for his Arabic love songs. But today, this Iraqi singer is making a name for himself singing for peace. That's coming up.

Now here again is Lester Holt.

HOLT: Now some of the special stories we've been saving for the COUNTDOWN@:45, tonight, an axis of opposition, France, Russia and Germany, today all three vowing not to allow a U.S.-backed resolution to pass in the Security Council.

So, where do these countries and the other major players in the Security Council stand? And what do they stand to gain or lose depending on the end game? The only U.S. ally on the permanent Security Council, Britain, is under pressure. Tony Blair is pushing the second resolution, remaining firmly in the U.S. camp, despite a public backlash at home.

Blair says he expects the Security Council will unite behind a resolution. And it will help him immensely on the home front, if they do. According to a recent poll, 67 percent of Britons oppose a war if the U.N. isn't backing it.

Moving onto Germany, which is absolutely polarized to Britain, its position, no war at all, even if the U.N. sanctions a second resolution. Today, Chancellor Gerhard Schroeder acknowledged his peace bid might fail. But considering he was just very narrowly reelected on an anti-war stance, Schroeder seemingly cannot back down.

And France has allied itself along Germany, stating that it will use its position to block any second resolution. As a permanent council member, France could even use its veto. Today, the foreign minister laid out the French alternative plan, calling for intensified inspections. France has not ruled out the use of force at some point, but stresses, now is not the right time.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Another veto-wielding member, China, has been quieter on the situation. However, it does oppose a second resolution and is calling for more time for inspectors. About 60 percent of China's oil comes from the Middle East, so its economy would be vulnerable to price fluctuations during an Iraq war. But Beijing will probably not want to disrupt trade relations with the U.S. by vetoing the resolution, especially when France and Russia could exercise their vetoes instead.

And, finally, let's talk about Russia. Oil is one of its prime concerns because Saddam Hussein has agreed to let it help explore and develop Iraqi oil fields.

Here's more on that story now from our COUNTDOWN producer in Russia.

(BEGIN VIDEOTAPE)

UNIDENTIFIED MALE: I'm Thomas Vonnefield (ph) in Moscow, where Russia has considerable concerns over the way the situation in Iraq unfolds.

First, there are economic issues. Iraq owes Russia an estimated $8 billion in Soviet-era debt. Beyond that, Russia has signed billions of dollars in oil contracts that will go into effect once U.N. sanctions are lifted. The concern here is that, if the regime of Saddam Hussein is swept aside, the next regime may not honor those interests for Russia.

Then there is the situation tied to stability in the Middle East. Russia is concerned that a war in Iraq may destabilize the overall situation. And last but not least, their U.S.-Russian relations, which are quite good right now -- the last thing president Putin wants to see is those relations damaged because of the situation in Iraq.

So how would the Russians like to see the situation resolved? They've said it many times. They want to see it done peacefully and under the auspices of the United Nations. That means let the current inspection regime continue. They have said it again and again. They don't see any need for a new resolution right now, including the one that's being proposed by the United States. And they've also raised the specter in recent weeks of possibly vetoing any resolution that would lead to the use of force in Iraq -- Lester.

(END VIDEOTAPE)

HOLT: All right, Thomas, thank you.

As we talk about a diplomatic end game, of course, we acknowledge it's anything but a game. Nowhere should that be more obvious than on the streets of Baghdad, a city of five million people now bracing for an attack.

The COUNTDOWN's Ron Allen is there with more on the fears of the Iraqi people.

(BEGIN VIDEOTAPE)

RON ALLEN, NBC CORRESPONDENT: Lester, when you ask, what are the concerns of the Iraqi people, basically, it's the same as people around the world.

Families here want to raise their children in a safe environment. They want good schools. They want to feed their families good nutritious meals. They're tired of 12 years of sanctions and economic hardship. And, of course, they don't want war. They want peace. They continue to say that. They also say they have nothing against America. Their concerns are with America's administration.

The main thing, the main concern, of course, is the sanctions, which, during the past 12 years, have radically changed the society. There was a vibrant and prosperous middle class here before the sanctions took hold before the Gulf War and before the war with Iran during the early 1980s.

Since then, every measure that you could think of quality of life has fallen dramatically here sharply, really decimating the society. So, that's what people say they want most. They want an end to the sanctions. They want peace. And that is, of course, their main concern now, with war seeping more and more inevitable. Some people are taking steps to do what they can to buy a few extra provisions, but people don't have a lot of money to add huge stockpiles of food and water to their basements.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

They are basically taking it one day at a time, hoping that, through someone's intervention or through the good graces of the international community, something will stop America's clear intent to attack this country once again. And, of course, people see this as a continuing war against them that's been going on for some time.

Most of all, I would say here the greatest concern is that people want peace -- Lester, back to you.

(END VIDEOTAPE)

HOLT: All right, Ron Allen in Baghdad, thanks.

Kazem Al-Saher, is still hoping there is a chance for peace. This Iraqi singer, famous for his Arabic love songs, has made a name for himself in the Middle East. Now he is taking on the United States, singing for peace.

Here's Kevin Tibbles.

(BEGIN VIDEOTAPE)

KEVIN TIBBLES, NBC CORRESPONDENT (voice-over): He is Elvis and Sinatra rolled into one, young, handsome, charismatic. Already a cultural icon in the Arab world, Kazem Al-Saher has sold more than 30 million C.D.s worldwide.

UNIDENTIFIED MALE: They don't come much bigger than Kazem Saher.

TIBBLES: His music videos are played from Cairo to Kabul, but, these days, he's in the spotlight for another reason. This singing sensation is Iraq's biggest star. And now, as his homeland and the United States stand poised for war, he is crisscrossing America singing for peace.

UNIDENTIFIED MALE: The great Kazem Al-Saher.

TIBBLES: A poet and classically trained musician, Kazem is now playing to wildly enthusiastic crowds, hoping to unite two countries, two cultures through music.

Having lived through both the Iran-Iraq and Gulf wars, Kazem knows firsthand the devastation war brings. And while he refuses to speak about the regime of Saddam Hussein, he is anxious to talk about the Iraqi people.

"When the bombs hit, they don't differentiate between the good and the bad," he says. "So innocent people will be killed."

One of 10 children born in a small village north of Baghdad, he wrote his first song at 12, a ballad inspired by a girl. While he is still best known for his love songs, one of Kazem's most popular compositions is a song he wrote not for a woman this time, but for his true love, Baghdad. The song, "A Beauty and His Love," is in such demand, the audience calls on him to sing it two or three times a concert.

"The Iraq we see on television means war. Iraq means terrorism. Iraq means fear to the rest of the world. And this is wrong," says the singer.

Determined to change those perceptions, Kazem put a recording session on hold to tour five American cities. He travels with a 15-piece Middle Eastern orchestra made up entirely of Arab-Americans, all of them hoping their music will serve as an instrument of peace.

(END VIDEOTAPE)

HOLT: And I also had a chance to speak with Kazem Al-Saher and his translator recently and asked him what it's like for an Iraqi to be in the United States right now.

(BEGIN VIDEO CLIP)

KAZEM AL-SAHER, IRAQI POP STAR: I think it's the best time for me to come now to give concerts, just to show another face of Iraqi people.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

HOLT: Well, let me ask you, though about Baghdad, this place that you love and clearly have fond memories of. What do you think of when you think that it may be again the place of war?

AL-SAHER: I wish there is no war, because the people there, they are very nice. They have to live the good life, like everyone in the world. They deserve to live the good life.

(END VIDEO CLIP)

HOLT: Kazem Al-Saher, trying to bridge two countries through music.

While the Bush administration appears to be firmly on the road to war, protesters around the world are hoping for an end game that involves peace. That's the focus of tonight's "Showdown Lowdown."

(BEGIN VIDEOTAPE)

HOLT (voice-over): Praying for peace: Appearing before hundreds of the faithful on this Ash Wednesday, Pope John Paul II called for an international day of prayer and fasting against a war in Iraq.

Taking action: Hundreds of thousands of Egyptians took to their capital's streets in protest of the escalating crisis with Iraq. In Spain, one of the countries sponsoring the proposed war resolution, protesters united under the theme, not one hero, not one soldier, not one bullet for this war.

Studying peace: The world's youth want their voices heard on Iraq, too. Thousands of students in this country on up to 200 campuses walked out of class in what was billed as a books-not-bombs strike, while, in Australia, an estimated 15,000 high school protesters took to the streets in Sidney, Adelaide, and Perth.

Fashion statement: There were even protests in Upstate New York over a man's right to wear a pro-peace T-shirt at a local mall. Stephen Downs was arrested after allegedly refusing to take off a T-shirt saying, "Give Peace a Chance."

Now the answer to your COUNTDOWN question. Not since the Vietnam War have there been such massive worldwide protests as those that played out two weeks ago.

Not all of today's protests were anti-war. A group of conservative college students staged an anti-France rally, complete with a life-sized chicken, outside the French Embassy in Washington, D.C.

And that's your "Showdown Lowdown."

(END VIDEOTAPE)

HOLT: It has been a busy hour. There is a lot going on as we appear to be heading to the end game. And the COUNTDOWN is not over yet.

I hope you'll stay tuned for the next hour of COUNTDOWN: IRAQ, when I'll be joined by Pat Buchanan and Bill Press. Also, be sure to tune into the "HARDBALL College Tour" with Chris Matthews at 9:00 Eastern, 8:00 Central. He is at American University tonight. His guests include Democratic Senator Dianne Feinstein and Republican Senator Rick Santorum, a jampacked prime-time lineup only on MSNBC, NBC News on cable 24/7.

ANNOUNCER: Coming up next on COUNTDOWN: IRAQ, Buchanan and Press talk war with the chair of the House Armed Services Committee. And in a COUNTDOWN "Showdown," Bill and Pat take each other on over a teacher's right to push an anti-Bush message to students.

The COUNTDOWN will return in a moment.

(COMMERCIAL BREAK)

ANNOUNCER: Tonight: going it alone? Powell's plea for a larger coalition come as France and Russia flex their veto muscles. Will the U.S. get the U.N. on board? When could a war start? House Armed Services Chairman Duncan Hunter breaks it all down with Pat and Bill.

Bombed on the bus: a deadly attack and now a chilling warning from the Israeli government. Do events in the Middle East signal war on Iraq is imminent?

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Mosque money: A man suspected of bankrolling Osama's terror outfit and the New York mosque he used as a front. Should the war on terror start shaking down American mosques?

HOLT: Welcome back.

From new evidence to a triad of resistance, it's been a day packed with key developments in the showdown with Saddam Hussein. But we begin with developing news on the diplomatic front.

Two members of the Iraqi mission to the United Nations have been expelled from the U.S. for activities deemed harmful to America. The men must leave the country within 72 hours. They've been described as diplomats, but Iraq claims they are security guards.

Also today, Secretary of State Colin Powell warning that Saddam Hussein is trying to divide the international community with the illusion of compliance. Bottom line, Powell says Saddam is up to his old tricks and that the recent destruction of missiles is nothing more than a ruse.

(BEGIN VIDEO CLIP)

COLIN POWELL, SECRETARY OF STATE: From recent intelligence, we know that the Iraqi regime intends to declare and destroy only a portion of its banned Al Samoud inventory and that it has in fact ordered the continued production of the missiles that you see being destroyed.

(END VIDEO CLIP)

HOLT: Powell in total disagreement with Hans Blix, who came out and touted Iraq for its recent cooperation, the chief weapons inspector saying, though there are still biological weapons that haven't been accounted for, the Al Samouds are a start.

(BEGIN VIDEO CLIP)

HANS BLIX, CHIEF U.N. WEAPONS INSPECTOR: Clearly, the missile is real disarmament. Here, weapons that can be used in war are destroyed in fairly large quantities. There's a whole program and it is the various items that are related to that, like launchers, casting chambers, etcetera. These are being destroyed. Now, that is real disarmament.

(END VIDEO CLIP)

HOLT: And Blix isn't the only one who feels that way, a powerful threesome now vowing to thwart any resolution that would threaten war, France, Russia and Germany, forming a united front today in Paris, all this while General Tommy Franks briefs the president of the United States on plans for the first days of war. The strategy is said to be one of shock and awe that would include simultaneous ground and air strikes. In the opening days alone, the Pentagon plans to drop 10 times the number of bombs it did in the first Gulf War.

And today's developments came with a plea from the pope, President Bush meeting with a special papal envoy, Cardinal Pio Laghi delivering a message straight from the pope that war would be a defeat for humanity, the pope also spreading his message during Ash Wednesday mass in St. Peter's Square today, the pontiff urging followers to heed a day of prayer and fasting against war, many on hand chanting the phrase, "no war."

With the war talk now at a fever pitch, concerns are growing that the U.S. could face retaliation here at home. But just how prepared is the homeland to prevent an act of terror?

The COUNTDOWN's Jim Avila set out to find out.

(BEGIN VIDEOTAPE)

JIM AVILA, NBC NATIONAL CORRESPONDENT (voice-over): The Port of Los Angeles, 43 miles of waterfront, America's busiest. Should the U.S. attack Iraq and the domestic threat level rise dramatically, NBC News has learned the Coast Guard is now prepared to board each of the 15 container ships that enter that critical port every day.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

CAPT. JOHN HOLMES, U.S. COAST GUARD: We will increase our security efforts markedly. There will be certainly things like more ship boardings, more patrol boats on the water.

AVILA: U.S. sources tell NBC News there are even working plans to close the Port of New York by the first day of an American attack and new levels of security also ordered at ports in Boston and Norfolk.

In the air, the FAA has already extended the restricted airspace around Washington, D.C., now a 30-mile radius, Customs Service Black Hawks now patrolling capital skies, the airspace over New York also restricted. On the ground:

DR. DENISE SOCKWELL, VIRGINIA DEPARTMENT OF PUBLIC HEALTH: Four, two, eight, two.

AVILA: Denise Sockwell, an epidemiologist, now on the front lines.

SOCKWELL: We are now thrust into the role of being first-responders.

AVILA: A disease detective looking for traces of terrorism through a microscope, her pager on 24 hours a day, seven days a week as she searches for the first sign of a bioterror attack.

SOCKWELL: Our first clue would be when individuals show up to their private physicians or to the emergency department with unusual symptoms.

AVILA (on camera): Despite the dedication of first-responders, there is a serious gap in homeland security, a vulnerability local governments say puts firefighters and police and those in the medical field in danger.

(voice-over): Equipment shortages. In Illinois alone, of the 80,000 first-responders, the men and women assigned to contain a bio or chemical attack, only 2,000 are equipped with masks and protective suits.

JOHN DESTEFANO, MAYOR OF NEW HAVEN: But without the personal protective equipment that we need to supply, they do so at their risk.

AVILA: Americans finding that war means an increased threat, both in the Persian Gulf and on domestic shores.

Jim Avila, NBC News, Chicago.

(END VIDEOTAPE)

HOLT: And that's where we are right now with the headlines on the COUNTDOWN. I'll be back with the latest with the COUNTDOWN@:30.

But now we continue with Pat Buchanan and Bill Press -- fellows.

BILL PRESS, "BUCHANAN & PRESS": All right, good evening, Lester.

And welcome.

The Bush administration wants the U.N. to fall in line and support war, but events here and abroad threaten to distract even Americans from the president's message.

Here's your COUNTDOWN "Rundown" for tonight: a Colorado teacher feeling the heat tonight after wearing an anti-Bush and anti-war pin on a school field trip. Should teachers leave their politics at home, especially as we head off to war? Pat and I will square off on that one in our COUNTDOWN "Showdown."

PAT BUCHANAN, "BUCHANAN & PRESS": Then: A deadly suicide bombing jolts Israel, just as the Bush administration ratchets up the pressure on Iraq. Is it in America's vital interests to keep the lid on the Middle East conflict until war begins? We'll talk about that with a senior Israeli and Palestinian representative.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

PRESS: And on the COUNTDOWN@:45, the al Qaeda money trail leads all the way back to a New York mosque. Should the government crack down on religious organizations?

All that and a whole lot more tonight on the COUNTDOWN.

ANNOUNCER: Also ahead and up next on the COUNTDOWN: the chairman. House Armed Serves Chairman Duncan Hunter goes head-to-head with Pat and Bill on what war with Iraq could cost and how it might affect gas prices already climbing past $3.

And here's the COUNTDOWN question we want you to answer: Will America be at war with Iraq within two weeks? E-mail your thoughts to question@MSNBC.com. And Pat and Bill will read your e-mails later.

You're watching COUNTDOWN: IRAQ.

(COMMERCIAL BREAK)

ANNOUNCER: Coming up on the COUNTDOWN@:45, give peace a chance. A T-shirt promoting peace lands one mall shopper in hot water. Now it's a question of free speech.

And it's three strikes and you're out at the Supreme Court. The justices want to shut the revolving prison door for career criminals. But does the punishment fit all crimes?

Just some of the special stories we're saving for you as Bill and Pat face off on the COUNTDOWN@:45.

BUCHANAN: OK.

Right now, we have got Congressman Duncan Hunter, the chairman of the Armed Services Committee, joining us here, Republican.

Duncan, thanks for coming over, old friend.

We got this right off the wire. The British apparently are working on an amendment to that U.S.-backed resolution. It's going to give Iraq more time to disarm. They look like they're getting cold feet. If Duncan Hunter were advising the president, would you tell him to: Look, Mr. president, forget this U.N. game with Angola and Cameroon and give the order and march up to Baghdad and liberate Iraq?

REP. DUNCAN HUNTER (R-CA), ARMED SERVICES COMMITTEE CHAIRMAN: Well, I think the president is doing the right thing, in that he's gone through this entire exercise with the United Nations without appearing to flinch.

That's been important, because, when he shows weakness, people who are lining up and staking their political futures on his leadership are going to similarly start turning, start wavering. So the president has been doing the right thing. He's been going through the exercise, which he said he's going to go through, and he's going to try to accumulate as many allies as possible.

But if he doesn't accumulate them, he's going to act in America's interest. And he's been pretty clear on that, pretty consistent. I think he'll keep doing it.

BUCHANAN: Look, Congressman, is the exercise now over? The French and the Germans and the Russians, the first and third have vetoes. They're going to veto our resolution. The president is trying to buy the votes, understandably, of Cameroon and these little countries. He hasn't got his nine votes. The Brits want to delay it. He wants to get this done. We're losing support internationally.

Do you believe that, after next week, whether he gets the resolution or not, he ought to give the order to march to Baghdad?

HUNTER: I think she give the order when it's the right time to give it, when his troops are in the best position in that theater militarily.

But I think it's pretty clear now, Pat. This is really kind of a decision-making time, not for the president, because he's made his decision. He said, if Saddam doesn't disarm, we're going to disarm him.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

This is a positioning time and a decision-making time for the allies. And so, just like congressmen before a vote, when you know you're going to have to live with your vote for the next several years, you position yourself and you start deciding where you're going to come down on this thing.

And so all these people are making political decisions right now. Now, I think we're going to have some strong allies. I'm amazed that the British have stuck with us as long as they have. Tony Blair has dropped like a rock in the polls. He's hung tough. He's shown some good qualities. The president, though, I think has done exactly the right thing. He's been consistent, been strong. And, basically, it's a decision of the allies. It's not the president's decision at this point.

PRESS: All right, Congressman, the president might have decided what he's going to do if we go. But according to the Drudge Report -- Matt Drudge, who is pretty good about a lot of stuff, including when Pat and I might show up on this network -- Drudge is reporting tonight that this is the night, tonight -- Wednesday night is the night that President Bush is going to make the absolute go or no-go decision. And from then on, it's all the way to Baghdad.

He may not make it public now, right? We may not know it for 10 days. But tonight is the night he's going to decide. You're close to the White House. Can you confirm that?

HUNTER: No. I think the president is going to make this decision. Ultimately, the decision is a pretty lonely decision. But I think he's already made the decision that he is going to go, that either Saddam Hussein disarms or he's going. He hasn't wavered from that. And I think wavering the slightest bit would have been disastrous for what allies we do have on this operation.

PRESS: Well, let me ask you if you can confirm this.

HUNTER: So I can't confirm any tonight-is-the-night stuff that you're hearing.

PRESS: But do you think it's unrealistic or just out of the question that tonight could be the night which would lead us, let's say, in a week, March 13, 14, 15, to be on the way into Baghdad?

HUNTER: Well, we've got a lot of folks in theater. We've got a lot of airpower now in theater, lots of -- we've staged well. There may be some other things the president wants to do before he moves out.

PRESS: When are we going?

HUNTER: And that's going to be his decision.

PRESS: What's your best guess, when we will definitely be in that war?

HUNTER: I don't want to speculate on that. I think that there's a lot. You've got to bring this thing together. And when you do, you have to play your cards very close to your chest. And if the president was signaling to Congress or telegraphing to Congress at this point, I would be surprised.

BUCHANAN: Congressman, the United States is the knight in shining armor going in there. We're going to slay this dragon. We're going to disarm him. We're going to make the region safe. We're going to help democratize it.

And yet the Turks and the Saudis and all our friends aren't even helping us. What in heaven's name is wrong either with our diplomacy or with them that we have so little support? And, in Europe, the whole place is against us.

HUNTER: I think it could best be described, Pat, as, tears of gratitude dry very quickly.

And I talked with Saudi diplomats yesterday and said, how on earth, when you have these images of Saddam Hussein's tanks in third gear coming down on you and that thin red line of Americans gets in their way, called the 82nd Airborne, that your people have forgotten that so quickly and you've got a negative image of America?

But I think that's their problem.

BUCHANAN: It's their problem, but, look...

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

HUNTER: I don't think it's our problem.

BUCHANAN: But why are -- these are ungrateful allies. The United States has rescued them, defended them. The Turks have been in NATO. We bribe them with $30 billion or $15 billion. They won't help out. What is going on? And doesn't it argue, Duncan, that maybe what we ought to do is: Look, if you don't want our help, you guys solve this problem. We're going home.

HUNTER: Pat, real simple: self-interests, America's national security interests.

I've chaired eight hearings on Iraq now, three of them classified. My judgment is that this guy is about three years away from having a nuclear weapon. When we did go in, in '91, we were surprised. Remember, Sam Nunn and all the crew said: Don't go in. You have got to wait on the sanctions.

And we were surprised when we found out he was about six months away, according to the U.N. then, of having a nuke. I think that he has the inclination to use a nuclear system on Americans, on troops in theater, or, if he could get one into the country, in this country. And I think he's going to have one in about three years, from the information I've seen.

And because of that, all other things, all of our allies falling away, as they've fallen away -- or a lot of them having fallen away -- a lot of people being ungrateful, this is a new dangerous century. And I think the message is very clear to us. We're going to have to have a military that's strong enough to act in our own self-interests.

This president has rebuilt this military, to a large degree. We need to do a lot more. But this budget this year is $94 billion more than Clinton's last defense budget. So we're doing the right thing.

PRESS: Let me pick up there, if I can. Lot more questions on Iraq, but we only have so much time.

You mentioned the budget. We're looking at, according to administration, a $300 billion budget deficit. We have got a war. We don't know what it's going to cost, because the administration won't say what it is going to cost, $100 billion, $200 billion. And then the president has got a tax cut on top of that of $684 billion.

Congressman, that's fiscally irresponsible. There's not enough money on the table to pay for all of that. So what goes? The tax cut goes?

HUNTER: Listen, I'm a defense guy. When we're spending 3.4 percent, which is probably the lowest of the our GDP that we've spent on national defense since Pearl Harbor -- John Kennedy spent 9 percent of GDP on defense, 9 percent of this country's income. Ronald Reagan spent 6 percent. We're only spending about 3.4 percent of GDP on defense.

We've learned, after 9/11, if you don't have security, you are not going to have Social Security.

PRESS: But...

HUNTER: We need to spend what is right on national security and making this world right.

And let me just remind you, Bill, you had had the same arguments -- we had the same arguments in 1980 when Reagan rebuilt defense. Because he brought down the Soviet Union, we saved $1 trillion in the '90s.

PRESS: But, also, Congressman, with all due respect, Ronald Reagan also said, we need a balanced budget amendment. And people like were you out there on the steps of the Congress supporting it. And now the balanced budget is out the window. When did the Republican strategy change and you just spend all the money you want?

HUNTER: But when he was bringing down the Berlin Wall, he didn't have a balanced budget. And he said, there's one thing that's more important than a balanced budget right now. That's a strong defense. I think that same set of values applies right now.

PRESS: Deficits don't matter?

BUCHANAN: Congressman, what's the difference between Clinton and...

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

HUNTER: Not in a war.

BUCHANAN: What's the difference between Clinton and Bush on North Korea? They almost knocked our plane out of the sky and almost brought it down. We have sent the B-52s out there. But, quite clearly, they've been provoking us. And the response is Clintonian, is it not?

HUNTER: Well, I think I look at the North Koreans like an unstable guy in a house who has got a lot of hostages. Right now, those hostages...

PRESS: There he is.

HUNTER: ... are the folks in Seoul who are under that artillery fan of North Korea.

You don't give them everything that they want, but you don't stop talking to them. And right now, our focus is and should be on Iraq. And I think it is going to be a mistake if we let ourselves get distracted right now. I think we have got to move through, work the Iraq operation, try to work that unstable guy in the house called North Korea later.

PRESS: Congressman, we don't want to stop talking to you either, but we've got to. We're out of time.

Thanks so much for coming in.

HUNTER: Good to be with you.

PRESS: Congressman Duncan Hunter.

And it's Pat Buchanan and Bill Press. And you're watching the COUNTDOWN.

ANNOUNCER: Much more to come on the COUNTDOWN.

Button-pushing: An anti-Bush button on a schoolteacher's coat turns a Colorado community on its ear. Should schools keep their political opinions out of the classroom? Buchanan and Press go at it in the COUNTDOWN "Showdown."

And later: mosque money. A Muslim place of worship near ground zero is deflecting charges of funding al Qaeda. Should the war on terror increase its focus on American mosques?

Also: the COUNTDOWN question we want you to answer: Is America going to be at war with Iraq within two weeks? E-mail your thoughts to question@MSNBC.com and Pat and Bill will read your e-mails later.

You're watching COUNTDOWN: IRAQ.

(COMMERCIAL BREAK)

ANNOUNCER: Tonight's COUNTDOWN "Showdown": classroom controversy. An anti-Bush message on a schoolteacher's lapel upsets a Colorado community. Should teachers let their students in on their presidential politics?

Buchanan and Press go head-to-head right now on the COUNTDOWN "Showdown."

PRESS: Yes, that's funny, Pat. I thought the First Amendment applied to teachers, too. I guess not.

The truth is, if this teacher were wearing a button that said, "I love George Bush," there would have been not a peep out of any parents, Pat. My advice to the people of Conifer, Colorado, is, if you want to export democracy to Iraq, you ought to start practicing democracy right here at home first.

BUCHANAN: Well, look, these are little kids in a classroom. The teacher come in. On the lapel is an insult to the president of the United States. Some of those kids' dads are probably over there in the Gulf. She has got a captive audience of children, Bill.

You're the type of guy that says, look, the little kids can't say the Pledge of Allegiance to the flag of the United States, but this teacher can impose her dingbat views in a classroom with a captive audience. That is wrong. It is an abuse of power.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

PRESS: Well, first of all, you got your facts wrong. It was not in a classroom. It was on a field trip, OK, Pat. And have you ever been a teacher?

BUCHANAN: No, I have not, Bill.

PRESS: I have. I taught for four years.

And I have to say this, Pat. You know, the best thing for kids is to let their minds work, get their minds working. What this country needs is a debate on this war in every classroom in America. That's the best thing that could happen. And let the kids know where the teacher stands and let the kids make up their own minds.

BUCHANAN: That is an outrage. Look, that is dictatorial liberalism.

PRESS: What, to debate issues, to talk about issues is dictatorship?

BUCHANAN: You have got kids in grammar school. To come in there and impose your views on these kids who are 13 years old, they ought to get politics out of the classroom. These teachers aren't teaching the kids what they ought to know, reading, writing, arithmetic.

PRESS: Absolutely...

BUCHANAN: If you did that sort of thing, it was abuse of power.

PRESS: You know what?

BUCHANAN: And I'm not surprised they bounced you out of that seminary.

(LAUGHTER)

PRESS: I left the seminary on my own because I had other things in mind.

But, Pat, let me tell you something. The dictatorship would not allow the debate in the classroom, Pat.

BUCHANAN: Get it out of the classroom.

PRESS: Democracy doesn't start -- you don't start...

BUCHANAN: Why don't you invite...

PRESS: Let me make a point. You don't start thinking about issues when you're 21 and you vote. You start them in the sixth grade, in the seventh grade. These kids are ready for it. They read the papers. They watch us on television. They want to get involved.

BUCHANAN: You know what you do? You say, tomorrow, we're going to have a little debate in the classroom and you all kids can get up and give your views back and forth. That's fine. But when a teacher walks in with that -- do you know what happened? They told the teacher, you do it again and you're going to let a lot of free time because you're going to be out of a job. And that's exactly ought to happen to them.

PRESS: Actually, that's not true either. You don't have that fact right either. The teacher voluntarily took her pin off, Pat. People like you...

BUCHANAN: She was told she abused those kids.

PRESS: No, she had already taken it off. Check your facts.

BUCHANAN: But she was told she abused them.

PRESS: People like you want to treat kids like mushrooms. You feed them B.S. and you keep them in the dark. That's not the way teachers ought to do it.

BUCHANAN: She was feeding them. That's just what she was feeding them. Liberal B.S.

PRESS: All right, that's it for now, folks.

Still coming up on the COUNTDOWN, Lester Holt is going to be up next with the latest headlines on the COUNTDOWN@:30.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

And then, today, another horrific suicide bombing in Haifa; and another hot debate on the Middle East -- right here next on the COUNTDOWN.

(COMMERCIAL BREAK)

ANNOUNCER: Here's the COUNTDOWN question we want you to answer. Will the United States be at war with Iraq within two weeks? E-mail your thoughts to question@msnbc.com and Pat and Bill will read your e-mails later.

Now here's your "COUNTDOWN at 30."

HOLT: Welcome back. Buchanan and Press will be back in a moment. But first, here's your "COUNTDOWN at 30."

Secretary of State Colin Powell says Iraq is still deceiving inspectors by hiding some of those illegal Al Samoud missiles. Powell says Saddam will never fully disarm as long as the international community is split on its next step.

But France, Russia and Germany have thrown a major roadblock in the way. All three have come out in opposition to a second resolution, saying they still want more time for inspections.

If there is military action, Saddam's regime may respond with terrorist attacks, according to one report. It's "The LA Times," reporting Iraqi sleeper cells are in place, poised to strike in the event of war.

On the "COUNTDOWN at 45," Bill Press and Pat Buchanan take on an outspoken critic of Islam who says the U.S. should crack down on money collected at mosques.

Now the COUNTDOWN continues with Buchanan and Press.

BUCHANAN: OK. Suicide bombing today, folks, in Haifa, killed 15 and wounded 40 -- an atrocity. It is the first to occur in the last two months. And here to discuss it are Mark Regev, Israeli embassy spokesman and also an old friend of this program, Hassan Abdel Rahman, chief PLO U.S. representative.

Mark Regev, let me ask you, I want to put some numbers up on the chart. We've got 29 months of violence here, 2,160 Palestinians dead, 743 Israelis killed. Doesn't this indicate that Ariel Sharon's policy, basically, of a hard line, tough line, going into the West Bank, going into Gaza, 29 months, has failed?

MARK REGEV, ISRAELI EMBASSY SPOKESMAN: On the contrary. As much as today is terrible, with those 15 people killed, and it's very sad, of course -- I mean, a lot of them are high school kids, college students.

BUCHANAN: Right.

REGEV: One of them, an American. Terrible. But we used to have one of these a day. Now we haven't had one for two months. Our feeling is the strategy is working. And though there's no iron-clad solution to terrorism, there's no way to hermetically stop all terrorists, the feeling is that we have substantially stabilized the situation, that we are managing to be proactive, to make the terrorists play defense instead of us all the time wondering when the next suicide bombing is going to happen, and that we are winning this.

PRESS: Mr. Rahman, let me ask you -- these suicide bombings are inhumane. They are immoral. They clearly hurt the Palestinian cause. Why don't you just put out the word, once and for all, stop the suicide bombings? There hasn't been one, as Mark said, for two months, which proves you can control them when you want to. Why don't you just stop them altogether?

HASSAN ABDEL RAHMAN, CHIEF PLO REP. IN U.S.: First of all, I agree that it is inhumane, and we condemn any act of violence that is directed against civilians. But Mr. Regev did not tell you that in the last two months, 90 Palestinians were killed. Most of them are children and women.

You cannot control a population that is under constant attack, that its lives, its property has been destroyed by Israel. There has to be a reaction somehow. That's why we believe that the policies of Mr. Sharon are responsible for this outrageous action by some Palestinians. Mr. Regev says that they are

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

successful. Successful in doing what? In killing more Palestinians? In destroying more Palestinian homes? In making the Palestinians poor, dispossessed? That's what they succeeded in doing?

REGEV: Well, the primary job of any democratic government is to protect its own citizens. That's the job of the president here in the United States. That's the job of the prime minister in Israel.

RAHMAN: By killing others?

REGEV: I didn't interrupt you, sir.

RAHMAN: Yes. Go ahead.

REGEV: The (UNINTELLIGIBLE) thing is this. We have substantially stabilized the situation. It's very important to remember that what we're trying to do is protect Israelis from murderous gangs, whether it's Hamas or Islamic Jihad. I wish we didn't have to be proactive. I wish Arafat and his regime lived up to their responsibilities to the United States, to the world, to reign in these terror groups. Unfortunately, Pat, you'd said before that we had two months without terrorism. It's not because the terrorists weren't trying. They were trying every day. We, by our proactive strategy, were stopping them effectively.

BUCHANAN: Mark -- Mark, look, the terrorists' conduct...

(CROSSTALK)

RAHMAN: I would like to answer to that. First of all, I said that Israel controls three million Palestinians, turning their life into hell on a daily basis. Seventy percent of the Palestinians are unemployed. The average income of the Palestinians went down 70 percent. Israel has 50,000 soldiers and about 5,000 tanks in the West Bank and Gaza. It destroyed the whole Palestinian security infrastructure, and now is asking the Palestinians who have nothing to do -- nothing to fight with, to fight terrorism, when they have 50,000 soldiers, and they have destroyed so many Palestinians, and they cannot control it, and they want to us control it! [tilde]

You know how you control it? By getting the hell out of the Palestinian territories and let the Palestinians live free because you cannot have occupation and peace together.

REGEV: I would answer very simply. I know the Palestinian people suffer, and there's a human tragedy, an ongoing human tragedy. The question is why do the Palestinians suffer? And the answer is very clear...

RAHMAN: Because there is occupation.

REGEV: They have a corrupt, dictatorial regime.

RAHMAN: Because they have occupation!

(CROSSTALK)

RAHMAN: Yes, I know, but I'm telling you why.

REGEV: They have a regime t6hat is non-elected. They have a regime that is corrupt. They have a regime that is extreme...

BUCHANAN: Mark, what's the cost...

REGEV: ... that rejected every peace offer that was offered in the past...

RAHMAN: Well...

REGEV: ... a regime that, unfortunately, is hand in hand with terrorists like Hamas and the al Aqsa. You have a regime where the security services who are supposed to prevent terrorism are in bed with the terrorists.

BUCHANAN: Mark -- Mark, let me interrupt you. Terrible is horrible. Everybody here agrees.

RAHMAN: Me, too!

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

BUCHANAN: But what is the cause of the war? Is it not the Israeli occupation of lands that belong to the Palestinian people and continued encroachments, settlements moving further and further, moving further away any dream of a Palestinian homeland? Isn't that ultimately the cause of the war?

REGEV: The Israeli government is on record favoring a Palestinian state. It was only just two years ago that we talked about pulling out of most of the West Bank and Gaza. The point being is this. The current Palestinian leadership has proven itself to be incapable of a historic compromise, of a fair compromise.

And it's not I that says so. I think the Western world today, headed by President Bush, they say the current leadership of the Palestinian people has led their people down a dead alley. It's a leadership involved in terrorism. It's a corrupt leadership, where money that's donated to help all Palestinians is siphoned off, sent to Swiss bank accounts. I don't say so, the Arab people say so!

PRESS: Let me pick up there with a question to you...

RAHMAN: No amount of accusations to the Palestinian authority justifies what Israel is doing to the Palestinian people. No amount of talk about the corruption of the Palestinian authority justifies what Israel is doing to the Palestinian people. Nothing justifies occupation, my friend.

PRESS: But let me ask...

RAHMAN: Get out of the Palestinian territories, and nobody will attack you. But if you have...

REGEV: But if you did the 467...

RAHMAN: If you have army in the Palestinian villages, towns, controlling Palestinian lives, making Palestinian peoples' life hell, they are going to fight back.

PRESS: Well, let me just get a question here.

RAHMAN: Yes?

PRESS: Isn't it apparent that Yasir Arafat is totally infective today? Can't control his territory, can't control his people, can't get anything done even for the good of his cause, a cause, let's say, that we all believe in, a Palestinian state. Shouldn't he step down and let somebody else step up there who has more confidence of the world's leaders?

RAHMAN: I think you are mixing...

PRESS: And get something done.

RAHMAN: ... two things here. First of all, the issue of Yasir Arafat and his leadership is a Palestinian issue. Regardless -- what we think of Arafat and what we want to do with Arafat, that's our problem. But that does not give Israel...

PRESS: Then why don't you get somebody else in there?

RAHMAN: That does not give Israel a right to come and control our lives and build Jewish settlements in Palestinian territories. How can -- did you look at the program of your new government? Did you see it?

REGEV: Of course. We are...

RAHMAN: It calls for building new settlements, my friend!

REGEV: No, no, no.

RAHMAN: Any government that wants peace does not do this!

BUCHANAN: All right, Mark, I have a question for you. I've looked at the numbers. There are 4.4 million Palestinians west of the Jordan River and about 5.5 million Jewish Israelis west. In 2025, it will be 8 million Palestinian people and 6 million or 7 million Jewish Israelis by present birth rates. You're either going to cease to be democratic and have to repress these people, or you're going to cease to be

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

Jewish if you become totally democratic because they'll -- the Palestinians will out-vote you. Don't you have to get out? And if you've got to get out of the West Bank, why not sooner rather than later and stop these horrific things in Haifa and horrific things in Gaza?

REGEV: I agree with much of your analysis, Pat. And remember, the whole peace process that we've come to know was based on the principle of land for peace.

BUCHANAN: But you...

REGEV: And Israel gave back...

(CROSSTALK)

BUCHANAN: Sharon...

REGEV: We gave back 40...

BUCHANAN: Sharon has rejected Oslo! He rejects the Saudi plan. He rejects the Camp David plan!

REGEV: And he's been invited by president...

BUCHANAN: He rejects the Taba plan!

REGEV: ... Mubarak to Israel...

(CROSSTALK)

RAHMAN: ... continues to build settlements...

REGEV: Can I answer the question, please?

REGEV: ... in the Palestinian territories!

PRESS: All right, we're going to...

(CROSSTALK)

RAHMAN: How can you -- how can you build settlements...

BUCHANAN: Let him answer it. My apologies. Let him answer.

REGEV: My answer this way. In the framework of the peace process, Israel gave back some 40 percent of the West Bank and Gaza to the Palestinians, where 90 percent of the Palestinians live. We were willing for a much greater compromise. But territories handed over to the Palestinians for peace became bases of terror, where groups like Hamas, Islamic Jihad, al Aqsa Brigades conducted suicide operations. "Land for peace" became a bad joke. It became land for terrorism.

What motivation does any sane Israeli government have to pull out...

(CROSSTALK)

REGEV: ... to give more land to the Palestinians -- to give more land to the Palestinians when land already under their control is a base for terrorism? It's like Taliban territory!

PRESS: Hold. Hold, Mr. Rahman.

REGEV: These gangs work there without any interference!

PRESS: Mr. Rahman, 30 seconds.

RAHMAN: But you know, there's a state terrorism conducted by Israel. The Israeli army is involved in terrorism against Palestinian civilians. You have to look at "The Washington Post" today. A woman nine months pregnant with her nine children, the home is demolished over her and her family. Is this the act of a democratic, civilized army, Mr. Regev?

REGEV: Mr. Rahman...

RAHMAN: I would be ashamed to represent a government...

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

REGEV: On the contrary!

RAHMAN: ... that has an army that is occupying other people!

REGEV: Can I just answer that?

RAHMAN: I would be ashamed!

PRESS: I wish we had...

REGEV: I'd just like to answer that point very quickly. The Israel army...

PRESS: Very quickly.

REGEV: ... makes every effort not to hurt civilians. Unfortunately...

RAHMAN: Oh, but they do hurt!

REGEV: ... the Palestinian side...

(CROSSTALK)

REGEV: ... like the Iraqi side, uses human shields...

(CROSSTALK)

REGEV: Arafat uses his population...

PRESS: Gentlemen, thank you. Thank you.

REGEV: ... as a human shield!

RAHMAN: Come on!

PRESS: Thank you. I wish we should settle it all tonight, but we're not going to because we're out of time. Mark Regev, thank you so much for coming in.

REGEV: Thank you.

HOLT: Hassan Rahman, thank you for being here.

Buchanan and Press. You're watching the COUNTDOWN.

ANNOUNCER: Still coming your way on "he COUNTDOWN at 45": Give peace a chance. How wearing an anti-war T-shirt got one shopper arrested in a mall. And: Three strikes and you're out, says the Supreme Court, upholding a controversial California law. All that's coming your way on "the COUNTDOWN at 45."

(COMMERCIAL BREAK)

PRESS: We're back with Buchanan and Press on COUNTDOWN: IRAQ. Here now is your "COUNTDOWN at 45."

Today the U.S. Supreme court striking down a challenge to California's "Three strikes and you're out" law. The high court ruled 5-to-4 that 25 years to life is not too harsh for a three-time criminal. Today's ruling was based partly on the appeal of a small-time crook who shoplifted three golf clubs.

Pat, I thought one of the first things about justice was the punishment fits the crime.

BUCHANAN: OK.

PRESS: In California now, you could get as much time for stealing a slice of pizza or three golf clubs as you can get for murder or for hijacking a plane. This is nonsense!

BUCHANAN: You know how it came about? The voters of California voted in a referendum to make it law!

PRESS: They're always right?

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

BUCHANAN: Do you now want the Supreme Court to overturn your law?

PRESS: They're always right?

BUCHANAN: Why didn't your Democratic legislature and governor overturn it? And if you want to let the guy go...

PRESS: Hey...

BUCHANAN: ... that stole the golf clubs, get Gray Davis to pardon him...

PRESS: Yes?

BUCHANAN: ... just like your boy pardoned Marc Rich!

PRESS: Oh, how about medical marijuana? They voted for that, too. All right. And now...

BUCHANAN: Well, you were for that.

PRESS: ... here's another one. A big rally up at the Crossgates Mall outside of Albany, New York, today, about 100 people protesting the arrest of a guy who was arrested for wearing a "Give peace a chance" T-shirt in the mall. The mall "Walk for Peace" was organized after that 61-year-old lawyer charged with trespassing at the mall because he refused to take -- he refused to -- I can't believe this! He refused to take off his T-shirt that said "Give peace a chance."

You know what somebody ought to do? Somebody ought to go up there and paint a swastika on the side of that mall. This thing is run by Nazis! Don't they know what the freedom of speech is all about? You can't wear a damn T-shirt that says, "Give peace a chance?"

BUCHANAN: Let me tell you what happened. Let me give you the facts. These two mall rats went in there, they got these -- bought these T-shirts. They're provocative. They walked down the mall...

PRESS: What's provocative about "Give peace a chance"?

BUCHANAN: I's a private mall! It's a private mall, and the guy said, Look, this is not Sproull (ph) Plaza at Berkeley! Get outta here, fella! It's private property!

PRESS: Pat, they were sitting there, eating a sandwich. What's provocative about wearing a T-shirt and eating a sandwich that also says...

BUCHANAN: You found out!

PRESS: ... "Peace on earth"?

BUCHANAN: They're gone!

PRESS: Saint Luke. You can't even -- I guess you can't even read the New Testament in this place.

BUCHANAN: Private -- private property!

PRESS: All right, I'll tell you, Pat, some day. All right, now tonight, moving right along, serious questions about whether mosques in America are helping -- yes, helping Osama bin Laden. The FBI says businessmen who worshiped at this mosque in Brooklyn gave millions of bucks directly to al Qaeda.

BUCHANAN: Cleric from Yemen, Sheik Mohammed al Hasan al Moayad, was arrested in January during an FBI sting operation in Germany. The information on his arrest was only made public yesterday. Authorities say he boasted that he provided bin Laden with recruits, weapons and money collected at the Brooklyn mosque.

PRESS: So tonight we debate that issue. Should the government crack down on mosques here in America? Joining us is James Yacovelli of the Family Policy Network.

Mr. Yacovelli, thanks for being there. I want to ask you, first of all, there are some 1,200 mosques in the United States. Surely, you would have to agree that the great majority of them are just innocent places of worship, and the government ought to simply butt out.

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

JAMES YACOVELLI, FAMILY POLICY NETWORK: Well, I think what we've seen here, and as "The Post" reported in the news story -- initially, I was shocked when I read it because here is New Yorkers planning the attack and funding terrorists against fellow New Yorkers. I would agree with the number of mosques we have. Of course, not all of them are going to be terrorist cells. However, this is a shocking revelation. We now have the freedoms of this country, where we allow people of different faiths and nationalities to enjoy the freedoms that we all have enjoyed. But yet now it's starting to turn ugly. And I applaud the FBI for their unbelievable attention to detail and to pursue this all over. So...

BUCHANAN: Mr. Yacovelli...

YACOVELLI: Yes, sir?

BUCHANAN: ... so do I applaud the FBI. I think they did an excellent job here.

YACOVELLI: Absolutely.

BUCHANAN: And clearly, it looks like some terrorists were fiddling around in that mosque, and I'm glad we got them. But Bill mentioned 1,200 mosques. The president of the United States said Islam is a religion of peace. If you take a look at the Arabs and the Muslim people in the United States, they are a law-abiding people. 9/11 was done by outsiders who came in this country, Islamic terrorists, to commit murder. Isn't it unfair to brand the Islamic people in this country and the billion of them around the world as terrorists, when a tiny, tiny number are?

YACOVELLI: I don't think we can use a broad brush, like you were saying. Yes, we don't want to label everyone. But we have to go back to what the Quran teaches. And we have to go back to what we've seen in this country since 9/11. And we need to see, as you were speaking earlier about the troubles that still exist in the Holy Land, is that there's still that group that hold onto those teachings of Mohammed, who started out peacefully but later began to be extremely violent and said, Wherever you find the infidels, slay them. And...

BUCHANAN: But don't we have to hold onto our American teachings, which says, Let's run down the killers, let's run down the terrorists, let's kick out of the country...

YACOVELLI: Right.

BUCHANAN: ... the incendiaries, but you know, the vast majority are good people. And we got to be true to our own traditions here in the United States, which are tolerance, frankly, and friendship for folks of different faiths.

YACOVELLI: We don't need to be reactionary. What we need to do is be logical and go after those that commit atrocities and are -- the FBI has done -- I mean, it's just phenomenal, what they've done. And sure, they need to investigate this mosque, investigate these donors, find out who these businessmen are that had this kind of connections and are willing to do it.

But I would be very nervous if I was an Islamic American because I know that my neighbors will now look suspiciously on me. And we don't want to start a fear. But God help us if we ever have suicide bombers. But don't ever forget what Mohammed taught in the Quran and the Hadith and how his hate and vitriol roll towards Jews and Christians has never ended, and it continues to allow and to fuel this type of ideology and rhetoric and also action.

PRESS: Mr. Yacovelli, look, I condemn terrorists as fast as the next guy.

YACOVELLI: Right.

PRESS: But it just seems -- I mean, I don't remember anybody going after Catholic churches up in Boston when they were collecting money for the IRA. Where were you then? The last time I saw you, you were saying the kids down at the University of North Carolina couldn't read a book on Islam.

YACOVELLI: No, we said they could read a book...

PRESS: Isn't this -- isn't this just a...

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

YACOVELLI: ... but it needed to be voluntary.

PRESS: Isn't this just part of the drive to go after all Muslims, consider all Muslims terrorists after 9/11, and you're at the head of it?

YACOVELLI: Well, I -- I don't think I have that much power. If I did...

PRESS: Well, you're part of it, then.

YACOVELLI: What I'm trying to point out is that, no, we don't need to go after all Muslims, but we need to go after those that are -- as Pat said, that are involved in terrorism.

HOLT: But why are we just targeting mosques? There's other churches that are raising money around here for questionable organizations either in Latin America or in the Philippines or...

(CROSSTALK)

PRESS: ... Northern Ireland.

YACOVELLI: Are they directly responsible for terrorist organizations, or are you making a broad statement?

PRESS: I bet if you looked at it, you could find it.

YACOVELLI: Well, I don't want to make generalities based on that. We have to go with the facts and use logical, conclusive, deductive reasoning when it comes to these type of issues.

BUCHANAN: Mr. Yacovelli, do you agree with the evangelical leaders who said a little while ago that Mohammed himself was a terrorist and this is basically a wicked and murderous faith...

YACOVELLI: Well, I think...

BUCHANAN: ... Islam itself? And first, do you agree with that? And second, even if you believe something like, that do you think it is the politic thing to do in the present environment to be insulting the faith of a billion people?

YACOVELLI: Well, I think we're on very trepidations ground, I should say, the least, in terms of how we treat our Muslims Americans and our -- and Muslims all over the world. What we've seen since 9/11 is this Islamic pride within these cell groups, where they enjoy inflicting harm on those nations that either support Israel or are anti-Muslim.

Now, to go back to your first question, do I believe that Mohammed was a terrorist? Well, you have to go back and look historically at what he did and what he said. His last dying breath was -- his comment was, Find the infidel and slay him.

PRESS: All right, Mr...

YACOVELLI: So I contrast that with what Jesus says, as a Christian, who said on the cross, as he was dying, Forgive them for they know not what they do. So first in that. On the second point...

PRESS: All right, I'm afraid we're out of time, Mr. Yacovelli.

YACOVELLI: OK.

PRESS: Thank you so much for joining us.

(CROSSTALK)

PRESS: I think we've got your answer.

And now, folks, it's time for our COUNTDOWN question. We've been asking you all day if you think we'll be at war in two weeks' time. Pat, the first one's from Bobbi.

BUCHANAN: OK, Bobbi says, "I hope so. I've been ready to wipe out Saddam, along with the terrorists who plan to harm us. President Bush doesn't want to go to war, but knows we must go to

COUNTDOWN IRAQ For March 5, 2003 MSNBC March 5, 2003 Wednesday

preserve the American way of life, along with our safety. War has to occur, and I hope it will be by next week."

PRESS: And now here's Richard. "The way the rhetoric is building, it seems that war is not only inevitable but imminent. I would bet that it is March 15 or before."

Thanks for your e-mails, and that's it for tonight, folks. Thanks for watching.

Tomorrow on the COUNTDOWN: Tony Blair's going to try to bridge the generation gap by going on MTV, like Bill Clinton, to win support for the war. Do you think it's going to work? We'll find out tomorrow. But now here's Lester Holt with more of what's coming up tomorrow on COUNTDOWN: IRAQ.

HOLT: Bill and Pat, thanks. It's where things stand. Let's take a look at COUNTDOWN tomorrow, Thursday. A U.S. Army specialist wounded in an ambush of U.S. forces in Afghanistan last March. Now, one year after the attack, he's back in action. He's reenlisted for another tour of duty. We'll talk to him tomorrow on COUNTDOWN: IRAQ.

The COUNTDOWN'll continue after this.

(COMMERCIAL BREAK)

HOLT: We're back on the COUNTDOWN. Joining me now is MSNBC's Joe Scarborough, host of "MSNBC REPORTS."

Joe, what have you got coming up an hour from now?

JOE SCARBOROUGH, HOST: How're you doing, Lester? Starting at 10:00 PM Eastern, we're going to be following several stories for you. First of all, Secretary of State Powell unleashed the dogs on Saddam today, and it looks like the White House is gearing up for war. We're also going to be talking about a governor's Bible study classes off hours but in the statehouse. It's got some atheists up in arms. And of course, our "Capitol Offense," where we report about how Congress is wasting your tax dollars. And also, Lester, we're going to be breaking a story about a member of Congress who compares Osama bin Laden to George Washington. You won't want to miss that one. It's 10:00 PM Eastern on MSNBC REPORTS.

HOLT: Government wasting our dollars, our tax dollars?

SCARBOROUGH: Can you believe that, Lester? I mean, it's breaking news every night.

HOLT: All right, Joe. We'll catch you an hour from now.

Thanks, everybody, for watching COUNTDOWN: IRAQ. Up next, Chris Matthews and the "HARDBALL" college tour at American University with Senator Dianne Feinstein and Senator Rick Santorum.

Have a good night, everyone. We'll catch you tomorrow.

LOAD-DATE: July 9, 2003

**SHOW:** The News with Brian Williams (7:00 PM ET) - CNBC

**February** 27, 2003 Thursday

**LENGTH:** 1093 words

**HEADLINE: Hasan Abdel Rahman,** chief Palestinian representative in US, discusses Bush's argument that deposing Saddam Hussein would lead to Israeli-Palestinian peace

**ANCHORS:** JOHN SEIGENTHALER

**BODY:**

JOHN SEIGENTHALER, anchor:

And for more on this tonight, we're joined from Washington by **Hasan Abdel Rahman,** the chief Palestinian representative in the United States. And we should mention that we had hoped to have the Israel Embassy spokesperson Mark Regev, but apparently the weather has delayed him and he's been unable to be with us tonight.

So, Mr. Rahman, let me start with you. First of all, do you agree with President Bush's assertion--assertion that deposing Saddam Hussein will pave the way for peace in the Middle East?

Mr. **HASAN ABDEL RAHMAN** (Palestinian National Authority): I think the--the question is not deposing Saddam or not deposing Saddam. The question is what kind of peaceful process we need in order to achieve the democratization of Iraq and the region. Is war...

SEIGENTHALER: Let me just ask you before you move on to that, let me go back to my question and try it a different way. If Saddam Hussein is deposed, will it have any impact on the peace process in the Middle East?

Mr. RAHMAN: I think that this is an issue that should be left to the Iraqi people to decide. But I can tell you that war against Iraq will have a very devastating effect on the region and on the Palestinian-Israeli conflict. You just listened to the report coming from Israel. We have a war government in Israel today. Mr. Sharon...

SEIGENTHALER: So it won't help the peace process, it will hurt it?

Mr. RAHMAN: It depends on what President Bush is going to do. In itself, I believe that war is negative. War is destructive. War is pain. War is destruction. We--we cannot link...

SEIGENTHALER: But how does it bleed over to the Palestinian-Israeli situation?

Page 98

CNBC News Transcripts February 27, 2003 Thursday

Mr. RAHMAN: We--it should not be linked in any way or form. The is--Palestinian-Israeli peace stands on its own. Israelis need peace. Palestinians need peace. The international community needs peace. And the United States can do a lot to advance peace between the Palestinians and the Israelis. They...

SEIGENTHALER: But in some ways this is linked because the last time there was a Gulf War, Saddam Hussein launched missiles at Israel.

Mr. RAHMAN: But this is really a very twisted logic. How can you link advance on the Palestinian-Israeli peace process with having to wage a war against Iraq in order to achieve peace?

SEIGENTHALER: But isn't it about Israeli security as well?

Mr. RAHMAN: Well, Israeli security is not linked to war against Iraq. I hope it is not. Israeli security is linked very much and dependent on peace with the Palestinians because if Israel continues to occupy Palestinian territories, kill Palestinians, destroy their homes, Israel cannot have peace. Israel can have peace only when the Palestinian people have peace. Peace is not exclusive.

SEIGENTHALER: So how...

Mr. RAHMAN: Peace for the Palestinians is linked to the peace for the Israelis.

SEIGENTHALER: So how is the Arab world going to respond if the United States launches an attack on...

Mr. RAHMAN: You could--you could...

SEIGENTHALER: ...Iraq?

Mr. RAHMAN: ...see not only the Arab world how it is reacting, you could see how people in the United States, how people in Europe, how people in the Middle East. People are...

SEIGENTHALER: Well, how are--how is the Arab world going to react?

Mr. RAHMAN: They will be very angry because they will see thousands of Iraqis getting killed, that hundreds of billions of dollars will be spent in war and in destruction. This will destabilize the region in our views. It is unnecessary. The money that the United...

SEIGENTHALER: What do you think about the government of Saddam Hussein as a dictator?

Mr. RAHMAN: Well, you know, the...

SEIGENTHALER: You know, I mean, how--what's that doing to the people of Iraq?

Mr. RAHMAN: Listen, I--I can tell you of 100 states in the world that have dictatorships. I don't like dictators. I don't like dictatorships. I want democracy for our region. But in order to achieve democracy, you don't need to Page 99

CNBC News Transcripts February 27, 2003 Thursday

destroy the country of Iraq.

SEIGENTHALER: Are you concerned about weapons of mass destruction when it comes to Saddam Hussein?

Mr. RAHMAN: Of course, I want not only...

SEIGENTHALER: How do you rid--how do you rid him of weapons of mass destruction?

Mr. RAHMAN: Not only when it comes to Saddam Hussein, when it comes to Israel, when it comes to anybody. Why we should only focus on Saddam Hussein? I want Iraq to disarm, but I also want Israel to disarm its nuclear and biological and chemical arsenal.

SEIGENTHALER: Do you think if the United States launches an attack on Iraq, that the Arab world may in some way, there are--people in the Arab world may in some way retaliate against Americans?

Mr. RAHMAN: Well, I don't know, but I'm sure...

SEIGENTHALER: What do you think?

Mr. RAHMAN: I--I am sure that people will not be happy, and there are many people in the Middle East who have their own agenda and will use an attack against Iraq as a pretext to attack the United States. I'm sure there are many there in the Middle East who would use this as a pretext to agitate against the United States. That's why we believe war is not something that is desirable...

SEIGENTHALER: Mm-hmm.

Mr. RAHMAN: It should be opposed. The...

SEIGENTHALER: So--so back to President Bush just one more time, if I can, and his assertion that deposing Saddam Hussein will help the peace process in the Middle East. Is there anything about what President Bush said last night that makes you hopeful?

Mr. RAHMAN: Well, first of all, I don't really accept it for that. I don't accept the destruction of Iraq in exchange for peace on the Palestinian-Israeli front. We believe that president Bush should, and the United States, exert all efforts to help the Palestinians and the Israelis achieve peace because it is an objective in it--itself and should not be linked in any form or shape...

SEIGENTHALER: Mm-hmm.

Mr. RAHMAN: ...to attacking Iraq.

SEIGENTHALER: Mr. **Hasan Abdel Rahman,** as always, thank you very much for taking the time to talk with us this tonight.

Mr. RAHMAN: Thank you, sir. Thank you.

SEIGENTHALER: And we apologize we were unable to get Mr. Regev on with us. Page 100

CNBC News Transcripts February 27, 2003 Thursday

Again, we'd like to point out the idraesli--Israeli Embassy spokesperson, Mark Regev, was scheduled to represent the Israeli government point of view, but he was unavoidably delayed due to weather.

So coming up next, remembering Mr. Rogers with his real life neighbor.

(Clip from "Mister Rogers' Neighborhood")

(Announcements)

**LOAD-DATE:** June 27, 2003

Page 101

18 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** Fox News Live

**December** 17, 2002, Tuesday 11:00-12:00 ET

**NETWORK:** Fox News Channel
**MEDIUM:** Television
**TYPE:** National Cable
**LENGTH:** 119 words
**BODY:**
START: 11.00
Teased Segment - Peace Push. British Prime Minister Tony Blair is holding a
carrot, in a sense, in front of the Palestinians. He has invited them to London
for a new round of peace talks.
Sound Bites - Tony Blair, British Prime Minister, says everybody now recognizes
that ultimately the only solution in the Middle East is the two state solution.
Studio Interview - Mark Regev, Israeli Embassy Spokesman, says Blair talked
about inviting Palestinian leaders to discuss Palestinian reform and the whole
international community wants peace with Palestinians.
Studio Interview - **Hasan Abdel Rahman,** Palestinian National Authority, says we
want a good Palestinian government.
END: 15.56
**SEGMENT-ID:** 9
**PROGRAM-ID:** fnc11001217
**LOAD-DATE:** January 17, 2003
Page 102
19 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network
Transcribed under license by FDCH e-Media, Inc. (f/k/a
Federal Document Clearing House, Inc.). Formatting Copyright
2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing
House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.

CNN INTERNATIONAL
**SHOW:** INSIGHT 05:00 PM Eastern Standard Time
**November** 27, 2002 Wednesday
Transcript # 112701cb.k01
**SECTION:** NEWS; INTERNATIONAL
**LENGTH:** 3725 words

**HEADLINE:** INSIGHT
**GUESTS:** Ra'anan Gissin, **Hasan Abdel Rahman,** Philip Wilcox
**BYLINE:** Jonathan Mann, Matthew Chance
**HIGHLIGHT:**
A look at the growth of Hamas in Palestine.
**BODY:**
JONATHAN MANN, CNN ANCHOR: Hamas. Israeli and the Palestinians grapple in
their own different ways with the deadly force born of poverty, anger and Islam.
Hello and welcome.
The name itself says it all, twice. Hamas literally means zeal or courage in
English, but it's also an acronym for the Arabic title of the organization, the
Islamic resistance movement.
To many Palestinians, Hamas is a symbol of their struggle as a people against
Israel. To Israelis, it's a collection of killers, an organization that sends
suicide bombers out to murder innocent civilians. To both, it is an
organization that may have grown more powerful and relevant than the Palestinian
Authority.
On our program today, from the seeds of hatred, Hamas.
(NEWSBREAK)
Hamas works two ways, and in its own terms it succeeds at both. It helps
Palestinians, it kills Israelis. At a time when the Palestinian Authority is
Page 103
INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday
unable to do anything about the impoverishment of the Palestinian people or
offer any realistic prospect of change, Hamas seems different, able to help
people feed and care for their families, willing to fight the enemy they blame
for their fate.
As Matthew Chance reports from Gaza, Hamas may not threaten just Israel, but
the authority of Yasser Arafat as well.
(BEGIN VIDEOTAPE)
MATTHEW CHANCE, CNN CORRESPONDENT (voice-over): The flag of Palestine, still
flying over the ruins of Yasser Arafat's Gaza headquarters. These rooms long
since blown apart by Israeli rockets once welcomed visiting heads of state. The
red carpets now tattered, rolled out for Clinton, Blair and countless others.
But beyond the rubble of these destroyed symbols of Palestinian statehood,
another power is emerging: Hamas.
Supporters rally through the streets of Gaza in their thousands, this the
funeral of just one dead fighter.
Two years of intifada have swollen the ranks of those who demonstrate their
support for Hamas' armed struggle to end Israeli occupation, this for them the
only way. Never before has their radical and violent message appeared so
popular.
From his wheelchair, the paralyzed leader, a Muslim cleric who heads Hamas,
condones suicide attacks on Israelis, but he told me Hamas would consider
holding its fire if Israel does the same.
SHEIK AHMED YASSIN, HAMAS LEADER (through translator): Everyone wants to
achieve a decisive victory, but is Israel ready to compromise and give
Palestinians their rights and their independence? They have everything. They
have a state. They can decide if there is war or if there is peace.
CHANCE: The armed wing of Hamas has claimed hundreds of Israeli lives, it's
leaders are regularly assassinated by Israel. Yasser Arafat has been repeatedly
pressured to arrest these men and their leaders.
But now many Palestinians believe Hamas cannot be tamed, either by Israel or
either Yasser Arafat's decrees and that of security forces. On the streets,

these are the new heroes of Palestinian resistance.

(on camera): The fact is, Hamas is immensely popular here in Gaza and elsewhere across the Palestinian territories, and Yasser Arafat knows. Their shooting attacks and suicide bombings against Israelis, celebrated in graffiti across the city, are seen as necessary and legitimate resistance.

What's more, at least here in Gaza, Hamas has evolved into something much more than a militant group.

(voice-over): In Gaza's impoverished suburbs, those in need collect food handouts from centers setup by Islamic charities. Much of Hamas' power stems from this social system which stands in stark contrast to the reputation for

Page 104

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

inefficiency and corruption that plagues the Palestinian Authority.

"The government gives us nothing," this woman says. "We're lucky to have this place."

In the classrooms of Islamic kindergartens, the young are drilled in religious beliefs. Teachers say they don't preach hatred here, but that every child already knows that Israel is their enemy. Some have lost fathers in the fighting.

Hamas says this cradle to grave community involvement guarantees support.

ISMAIL ABU SHANABI, HAMAS POLITICAL SPOKESMAN: We have credibility, and this is good for us, and this is because of our credibility in the eyes of our people. This is because of our honest and strictness of our people in the eyes of the Palestinians. This is because also we are keeping the Palestinian interest as our top agenda.

CHANCE (on camera): Do you think that credibility will ultimately take Hamas to the leadership of the Palestinian people?

SHANABI: I hope so.

CHANCE (voice-over): There has been much talk in Israel of who or what might follow Yasser Arafat. Hamas insists it doesn't intend to challenge the Palestinian Authority. But few doubt this is a Palestinian force that can't be ignored nor easily suppressed.

Matthew Chance, CNN, Gaza.

(END VIDEOTAPE)

MANN: A short time ago, we spoke with Ra'anan Gissin, a senior spokesman for Israeli Prime Min. Ariel Sharon. He says there is cooperation between Hamas and several other militant groups, but not with the Palestinian Authority.

(BEGIN VIDEOTAPE)

RA'ANAN GISSIN, SR. SHARON SPOKESMAN: Well, at least in Gaza, we know that there is a very strong cooperation between Hamas, Islamic Jihad, the Tanzin, the Izzedine al Qassam Battalions which are the organization, you know, that carries out the suicide and homicide bombing for Hamas, is cooperating with the Al Aqsa Brigades, which is the organization that does the suicide bombing for the Tanzin, for Fatah.

So there is very strong cooperating on the, I would say, in the field between the various organizations, and in defiance, I would say, of the Palestinian Authority. And here in lies the real danger, because right now we're seeing a phenomena where they're able, the Hamas is able, through their highly developed industry of incitement and hatred, to recruit more suicide bombers and homicide bombers than they have explosive belts. In other words, they get more volunteers than the explosive belts themselves.

MANN: Let me ask you about that, because you say it's a factory of

Page 105

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

extremists. Hamas does other things, though, that you know well about. They provide social services. They provide charitable relief to a very poor and really frustrated population. Is that part of the appeal, that the Palestinian Authority is inefficient and corrupt, and Hamas is seen as effective and honest and helpful?

GISSIN: You're absolutely right, Jonathan.

You know, it's part of the appeal, but it's also part of the threat, part of the menace, because this is the silent killer.

You see, the money, and I just read a report that appeared in "De Velt" (ph), the German newspaper, that $100 million in the past two years of Saudi money found itself to charity organizations run by Hamas. But from these organizations, even if the money doesn't go directly to buy and to purchase suicide belts, which by the way it does, it goes to developing the industry of incitement and hatred, through textbooks, through the media, and recruiting those young innocent children to become suicide and homicide bombers. And that's the real threat.

MANN: Well, let me ask you if there's another threat. The Israel government has been pushing for elections in the Palestinian Authority. They were scheduled for January. It's unclear if they're really going to happen. But what would happen if Israel, pushing for these elections, witnessed Hamas winning them? That's a distinct possibility.

GISSIN: Well, you know, one of the things is that, you know, they're having negotiations now, Hamas is negotiating with the Fatah, with the Palestinian Authority, if you want, on conditions by which they will share in power.

And you know is the subject of the discussion? It is not on how to make peace, which is the subject of our elections right now. We differ on how to make peace. But where to kill Israelis. Should this be limited only to the territories, or should it encompass the whole of the state of Israel as well as the outside world.

And Hamas is leading, you know, unequivocally here, with the notion that there should be no compromise with Israel, no peace negotiation, and ultimately there has to be the complete destruction of what they call the Zionist entity.

So I doubt very much that these -- even if Hamas wins, that is going to benefit the Palestinians.

I think there are many Palestinians today who are quite wary of Hamas taking over, but that would require the Palestinian Authority to assume responsibility and to disarm Hamas, and I don't see that happening right now. And therefore, you know, the situation in which the Palestinian people find themselves today is really more violence, more terrorist activity, just because they are succumbing to Hamas and not trying to curb it.

MANN: One last question for you. Is part of the problem the destruction of the infrastructure, the destruction of the credibility of the Palestinian Authority? Palestinians were hoping Yasser Arafat would lead them to a better future. Whatever his own mistakes, Israel's marginalizing him can't help the Palestinian Authority. I'm wondering if, for all the wrong reasons, Israel --

Page 106

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

or for all the right reasons, with the best of intentions, if Israel has contributed to the rise in popularity of Hamas.

GISSIN: Yes, this has been an excuse all along, you know, and a way to say, look, we can't do anything because Israel has not -- but we -- has disarmed us, or Israel has destroyed our infrastructure.

But look, we left the infrastructure in Gaza intact. We didn't attack Gaza. And the preventive security forces were there to prevent terrorist activity.

But what we found in a recent raid in Gaza and other operations that we've conducted in the past few days, is that these forces are actually collaborating, providing help to Hamas.

Now that they can't produce by themselves those suicide belts, and can only produce the suicide bombers, then these organizations are providing them with the explosives, with the weapons, to conduct these activities.

So this whole story about destroying them, destroying their infrastructure, doesn't hold water. It's the fact that the Palestinian Authority failed to discharge its main responsibility, and that is to insure law and order and to prevent terrorist activity in the territory that is fully under their control.

And look, we withdrew from Bethlehem. We withdrew from Hebron, and we allowed the Palestinian Authority the opportunity to rebuild their infrastructure, to rebuild their forces, but what happened? They left the area open, so we had two terrorist attacks which took the lives of over 30 people, you know, by Hamas, from Bethlehem, from Hebron, from areas that we left.

So, you know, every time we try to give them an opportunity to do the right thing, what we get is more bloodshed and more killing.

MANN: Ra'anan Gissin, thank you so much for talking with us.

GISSIN: Thank you.

(END VIDEOTAPE)

MANN: We have to take a break. When we come back, the power struggle inside the Palestinian territories.

Stay with us.

(COMMERCIAL BREAK)

MANN: The Palestinian Authority took action against Hamas last December after a spate of bus bombings in Israel, but when police moved in to arrest spiritual leader Sheikh Ahmed Yassin, thousands of Hamas supporters came out to support him.

Welcome back.

The Authority would like to control or at least cooperate with Hamas, but so far, it's had very little success.

Page 107

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

Joining us now from Washington is the Palestinian representative to the United States, **Hasan Abdel Rahman.**

Thanks so much for being with us.

I know you heard much of what Ra'anan Gissin had to say, but let me ask you, quite apart from his remarks, whether the situation is simply this: that the Palestinian Authority looks like a failure to many of its people, and Hamas represents hope. Is that the simplist way to explain the change in perceptions among the Palestinians?

**HASAN ABDEL RAHMAN,** PALESTINIAN REP. TO THE US: No, I don't think so.

I think what is popular among the Palestinian people is really a resistance to Israel, because Israel has been so brutal in its dealings with the Palestinian people that anyone who stands up to Israel and fights against Israel is popular.

There is no peace option on the table, so what we have now is war and confrontation. And in war and confrontation, anyone who is willing to fight against Israel will become popular among the Palestinians.

MANN: Well, it's interesting that you would say that, because we have seen the results of a poll, a public opinion survey that was done by researchers at Berzet (ph) University among people living both in the West Bank and in Gaza, and what it found is the following, and I'll just repeat some of the numbers for you -- that 63 percent are dissatisfied with the way the intifada is proceeding;

54 percent in the West Bank feel that attacks on Israeli civilians essentially
do no good for Palestinians, though the number drops off to 31 percent who
oppose them in Gaza, where Hamas is strongest; 81 percent feel that reform of
the Palestinian Authority is a pressing matter.

What those numbers suggest is, as much as people may support violence against
Israel, they really support change at home. They want change within the
Palestinian Authority. It seems like the Palestinian Authority really is the
cause of this.

RAHMAN: By the way, even the Palestinian Authority realizes that it has to
reform itself, that's why the Palestinian Authority put forward a plan for
reforms. Those reforms were thwarted by Israeli actions in the Palestinian
towns and villages.

When Israel, as you asked Mr. Ra'anan Gissin and he did not answer you, has
been systematically engaged in a war against the infrastructure of the
Palestinian society and against the infrastructure of the Palestinian Authority,
then that is the results.

So what we have here is a desire by the Palestinian people, by the
Palestinian Authority, to move forward on reforms, build a good government, hold
elections -- but all of this is not possible because of the way Israel is
conducting its attacks against the Palestinian cities, towns, villages, refugee
camps. It is destroying the economy. It is destroying the infrastructure of
the education and health services, all the institutions of the Palestinian
Authority.

Page 108

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

So Israel is really like the person who kills both his parents and then goes
and asks for mercy because he is an orphan.

MANN: There is a cycle of violence that I think it's fair to say people of
goodwill on both sides would like to break, and part of the effort on the
Palestinian side seems to have been efforts, most recently at meetings in Cairo,
to forge some kind of united front between Hamas and the Palestinian Authority,
or Fatah, I guess we should say, and try to limit the kinds of attacks against
Israeli civilians.

What can you tell us about the meetings in Cairo and why apparently they
broke down?

RAHMAN: Well, first of all, we have always been engaged in dialogue with all
Palestinian parties, hoping to achieve some cease fire so we can really move
towards a political process. But each time we succeed in moving in that
direction, Israel conducts an operation.

Look at what happened when Israel attacked Salah Shehada, the military leader
of Hamas in his home using 1,000 kilogram of bomb that killed him, his wife and
nine other children plus seven other persons. That was the end of that
dialogue.

We want to move in the direction of ending the cycle of violence, as you
said, but each time we succeed in moving one each forward, then Mr. Sharon and
his government moves on and destroys that possibility. That's why Israel was
criticized by the United States. It continued to be criticized by the president
of the United States and by the international community for this brutal and to a
certain extent criminal behavior.

MANN: There is a shooting war going on between Palestinians and Israelis.
Many people say there's also a civil war going on inside Palestinian society,
pitting organizations like Hamas and Islamic jihad against the Palestinian
Authority.

How much -- how intense is that struggle right now, leaving Israel, which is

of course and enormously complicating factor in all of this -- how intense is
the purely internal Palestinian struggle right now?

RAHMAN: I think the source of all the ills is Israel's occupation of the
Palestinian territories.

You know, this has been going on for 35 years. The Palestinian people are
tired of this denial of their political and human rights. They are treated like
non-persons by Israel. It really controls their lives, it destroys their
existence as a nation. I mean, it is building Jewish settlements in Palestinian
territories. It's making the life of the Palestinian people so desperate that
it is unbearable by all standards. No human being will tolerate what the
Palestinian people have been enduring under Israel's occupation.

Now, as far as the divert within the Palestinian society, I am proud to say
we do not have a confrontation between the Palestinian different political
factions.

Page 109

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

MANN: OK.

RAHMAN: There has not been shoot-out between any Palestinian groups.

MANN: On that note, **Hasan Abdel Rahman,** Palestinian Authority representative
to the United States, thank you so much for talking with us.

RAHMAN: Thank you for having me.

MANN: We have to take another break. When we come back, the Hamas manifesto.
Would it ever accept peace with Israel?

Stay with us.

(COMMERCIAL BREAK)

MANN: Israel has made peace with Arab states. It still has the prospect of
peace with the Palestinian Authority. But Hamas says it will hold out. Its
manifesto's first principle of faith, it promises, and we are quoting here,
"holy war over Palestinian against the Jews until Allah's victory is achieved."
Sooner or later, given those kinds of comments, something is going to have to
give. Israel, the Palestinian Authority, and Hamas will not all be able to
survive altogether.

Joining us from Washington is Philip Wilcox of the Foundation for Middle East
Peace. He's a former United States counsel general in Jerusalem.

Thanks so much for being with us.

Let me ask you, first of all, about your sense of Hamas. You served in the
region. Are they smart? Are they homicidal? Are they winning?

PHILIP WILCOX, FDN. FOR MIDDLE EAST PEACE: They are smart. A very large part
of the Hamas movement are homicidal. I don't think they're winning.

They represent the diehard radical wing of the Palestinian national movement.
The majority of the Palestinians are still pragmatic. They are not fanatics,
and I believe they still seek a two state solution.

MANN: Is there evidence to your eyes of any kind of strategy here by Hamas to
actually supplant the Palestinian Authority to become the governing party of the
Palestinian people?

WILCOX: Yes, there certainly is. That is their historic ambition since they
emerged in the late-80's.

However, they are -- they're tacticians. They realize that they don't have
the support and the power to do that at the time, so they are biding their time
and looking for an opportunity to prevail.

I don't think, in the long run, they will prevail, but they are certainly a
menace and a threat to peace.

Page 110

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

MANN: What's the Palestinian Authority's strategy?

WILCOX: The Palestinian Authority's strategy is to make peace with Israel on the basis of a two-state solution. They have been unable to do that. They have, I believe, foolishly condoned violent resistance to Israel. That has been a failure for the Palestinians, and now the Palestinian leadership recognizes that, and they are looking for a way to redirect their struggle in a peaceful way.

MANN: Now, the final part of the triad here, the final angel in the triangle, and that's Israel. It's strategy seems, from the outside, to be a fairly muscular approach, to simply try to wipeout the military leadership of Hamas with targeted assassinations and other techniques. Is that working?

WILCOX: I think it's a mistake. The Israeli right is really the counterpart of the Hamas on the Palestinian side. Both of these extremes are pursuing a zero-sum game approach.

The right wing Israel elements seek a greater Israel while Hamas seeks a greater Islamic Palestinian. Neither can prevail, and both are pursuing policies supported by violence, which are deepening the conflict. The secret to peace.

MANN: I'm going to interrupt, because I'm sure phones are going to start ringing off the hook, both here and in our Jerusalem bureau. Do you mean to suggest that political leaders on the right in Israel are encouraging the kind of murder of civilians that Hamas specializes in?

WILCOX: Not encouraging that, but the ideological ambition of the Israeli right is to subordinate the Palestinians and to control the occupied territories, and they're doing this through a policy of relentless settlement and the use of military force.

That's not a policy that's supported by the majority of the Israelis, but that's very much the agenda of Prime Min. Sharon and the Israeli right.

MANN: How much more complicated are efforts for peace in the region going to be if the present trend continues, if Hamas continues to pick up support and the Palestinian Authority, for whatever reason, continues to be so crippled?

WILCOX: I think the prospects will diminish, and that is a challenge to the moderate center in Israel to try to reassert itself and for the Palestinian moderates in the center to do so as well.

These two elements need each other if there is to be peace. They've got to combat their respective extreme wings and come together to restore a political process that will bring about peace on the basis of two states.

MANN: Amb. Philip Wilcox of the Foundation for Middle East Peace, thanks so much for talking with us.

WILCOX: Thanks for inviting me.

MANN: That's INSIGHT for this. I'm Jonathan Mann. The news continues.

Page 111

INSIGHT 05:00 PM Eastern Standard Time November 27, 2002 Wednesday

TO ORDER VIDEOTAPES AND TRANSCRIPTS OF CNN INTERNATIONAL PROGRAMMING, PLEASE

CALL 800-CNN-NEWS OR USE THE SECURE ONLINE ORDER FROM LOCATED AT www.fdch.com

**LOAD-DATE:** September 15, 2003

Page 112

20 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network

Transcribed under license by FDCH e-Media, Inc. (f/k/a

Federal Document Clearing House, Inc.). Formatting Copyright

2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing

House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.
CNN

**SHOW:** CNN SATURDAY NIGHT 22:00
**October** 5, 2002 Saturday
Transcript # 100506CN.V88
**SECTION:** News; International
**LENGTH:** 1718 words
**HEADLINE:** Interviews With Daniel Ayalon, **Hasan Abdel Rahman**
**GUESTS:** Daniel Ayalon, **Hasan Abdel Rahman**
**BYLINE:** Carol Lin
**HIGHLIGHT:**
There was new violence in the West Bank today. Israeli troops clashed with
stone throwing Palestinians in Nablus. The Palestinian Red Crescent says one
young man was shot and killed. Last night, an Israeli soldier was shot and
killed by a Palestinian gunman, according to an Army spokesman.
**BODY:**
CAROL LIN, CNN ANCHOR: There was new violence in the West Bank today.
Israeli troops clashed with stone throwing Palestinians in Nablus. The
Palestinian Red Crescent says one young man was shot and killed. Now last
night, an Israeli soldier was shot and killed by a Palestinian gunman, according
to an Army spokesman.

This at a time Israel is watching the U.S. debate about war with Iraq. We
have two newsmakers tonight, Daniel Ayalon. He is the Israeli ambassador to the
United States.

The Palestinian representative will join me in just a moment, but let me
welcome you to Atlanta, Mr. Ambassador.

DANIEL AYALON, ISRAELI AMBASSADOR TO U.S.: Thank you very much, Carol. Nice
to be here.

Page 113

CNN SATURDAY NIGHT 22:00 October 5, 2002 Saturday

LIN: Thanks for joining us. Well, in anticipation of the upcoming meeting
between the prime minister and the president, what do you expect will be first
and foremost on the table? Will it be Iraq or will it be the Middle East peace
negotiations?

AYALON: Well, Carol, the prime minister and the president are very good
friends. So expect a very intimate and very thorough discussion on the mutual
interests and mutual concerns that we have.

I cannot, I don't have the liberty to really disclose the topics, but it's
going to be a very good discussion.

LIN: Can you confirm for us that Prime Minister Tony Blair, it's been reported, actually was about to issue a very impassioned call for the resumption of peace talks. But it was President Bush who intervened and stopped that announcement by the prime minister.

AYALON: Well, I cannot really relate to any exchange between Washington and London. And I wouldn't want to expand on that, but I would say that we are very much -- Israel is very much for resuming negotiations. We want peace, and we have proven it in the past.

When we had the great leaders, like Anwar Sadat of Egypt and King Hussein of Jordan, we made great concessions. We are looking for the same kind of trustworthy effective serious leaders committed to peace on the Palestinians, but they have not made good on their words. On the contrary, they joined forces with the Hamas with (UNINTELLIGIBLE) and other coalition of terror. And they are perpetrating all the attacks against us.

And I think the momentous speech of the president, and we do appreciate very much the leadership of the president. In his speech, 24th of June this year, he outlined a roadmap and a goal. We share his vision. We share his goal. We -- but it is sequential.

First of all, you have to have end of terror. The Palestinians have to end the terror. And they can do it. And then, they have to replace their leaders, leaders that are committed to peace. And then we can negotiate.

LIN: Are there negotiations going on right now between Palestinians and Israelis?

AYALON: Yes, we're trying every avenue that we can exhaust to calm down the area. And we have told the Palestinians, listen, we can -- we are ready to go on area by area. You know, Gaza first. Bethlehem first.

They're high on talks, but nothing is happening on the ground. And unfortunately, all the preemption, all the prevention of terror is our work. They have not done anything. And they can do it.

LIN: How can there be talks though? How can there be these back door negotiations or security talks while Israeli troops still, though pulled back from Yasser Arafat, what's left of Yasser Arafat's compound, but the man is still surrounded?

Page 114

CNN SATURDAY NIGHT 22:00 October 5, 2002 Saturday

AYALON: Well, we have pullback. And there is no substitute to our presence. In the absence of any action taken by them to prevent a terror. And it's very easy. Once you stop dispatchers, you have to stop the suicide bombing at the, you know, where they start, at the source.

You cannot wait until they come to your markets, and then look them up. It's very difficult.

They don't do it. So we have to do it. And we have tried so many times to pull back. We did pull back, and then terror just bounced back at us.

So we are there until they take responsibility. So this is the main, the crux of the discussions with them. Take responsibility and start performing what you should do, what you have been promising all to do along to stop the terror.

LIN: Mr. Ambassador, I just have another minute with you, but I do need to ask you, does Israel support a preemptive strike by the United States against Iraq?

AYALON: Iraq is not an Israeli problem. Iraq is a problem to the region. It's a menace to stability and peace globally. It's a menace to its own population. We are staying out of it.

What we do say is that we support the president. He has courageous

leadership and determination. And what we have said is we will support whatever course of action the U.S. takes. We will always remain a loyal ally and friend of the United States.

LIN: But what happens if there is a preemptive strike and Iraq attacks Israel? Israel said it will respond in kind. What does that do to the peace process with the Palestinians?

AYALON: Well, we have the right of self defense. Every democracy has the right for self defense. We hope that we will not involved.

LIN: But then the peace process goes to the back burner?

AYALON: Not necessarily. The peace process has been in the back room because of the Palestinian leadership opting for violence, terror and incitement.

LIN: Okay.

AYALON: So it has nothing to do with Iraq.

LIN: All right, thank you very much, Mr. Ambassador.

AYALON: Thank you.

LIN: Appreciate the time.

AYALON: It was nice being here. Thank you.

LIN: And we'll look forward to your next visit.

Page 115

CNN SATURDAY NIGHT 22:00 October 5, 2002 Saturday

AYALON: Thank you very much.

LIN: All right, joining me now from Washington to offer the Palestinian perspective is **Hasan Abdel Rahman,** the Palestinian representative to the United States.

Mr. Rahman, thank you very much for joining us.

**HASAN ABDEL RAHMAN,** PALESTINIAN REP. TO U.S.: Thank you for having me.

LIN: Well, as I understand it, the Israeli troops are still surrounding the compound of Yasser Arafat. What is the status of the peace negotiations with the Israelis. According to Ambassador Ayalon, there are talks continuing, despite the circumstances?

RAHMAN: Well, first of all, it's not only the compound of Yasser Arafat that is under siege. Every single Palestinian city and town in the West Bank and in Gaza is under siege.

The city of Nablus, a city of 200,000 people, has been under curfew. No man, woman or child can leave his home for over 100 days today. Every other city in the West Bank and Gaza is under siege.

Mr. Ayalon complains about Palestinians not doing their job. Israel has made its mission to destroy the Palestinian security forces that it's supposed to be in -- doing the security business.

How can Israel expect from the Palestinians to protect Israel, when Israel is destroying the infrastructure of the Palestinian security organizations?

LIN: So Mr. Rahman, can you describe the nature of what talks are, in fact, going on with the Israelis right now?

RAHMAN: Believe me, I'm not aware of any talks with Israel. There are talks by Israel. There's lip service that Israel is paying to the peace process. If you listen to Mr. Ayalon carefully, what we have heard from him is slogans, but we have not seen anything concrete.

How can we engage the Israelis in peace negotiations when Israel is occupying every little street in every little town in the West Bank and Gaza? If Israel was serious about peace, then Israel will move its forces and its troops from the heart of Palestinian cities and towns and acquiesce at least to the resolutions of the Security Council that has demanded from Israel that Israel withdraws its troops from the cities and towns.

You know, we have 80 percent unemployment in the West Bank and Gaza because

Israel imposes its curfew and siege on every Palestinian city and town.
Palestinian people are being starved by the Israelis. Palestinian -- the --
quarter of the international, missed the international made it clear. 270
Palestinian children were killed by the Israeli army, including one this
morning, who was 15-years old.

LIN: That's right, we recently saw that report. Mr. Rahman, I only have a
minute left with you and I do need to get your perspective on if the United

Page 116

CNN SATURDAY NIGHT 22:00 October 5, 2002 Saturday

States does issue a preemptive strike against Iraq, what would a war with Iraq
between the United States, how would that impact the possibility of a
Palestinian statehood?

RAHMAN: It's -- I believe that an American military attack against Iraq will
be a disaster for the whole region. We believe that disarmament of Iraq to
United Nations security resolutions can be achieved without a military action by
the United States.

We hope that diplomacy will prevail, but you have also to point out that Iraq
is not the only country in the region that may or may not have weapons of mass
destruction. Israel possesses nuclear weapons. We do not hear anything about
disarming Israel of its nuclear and mass destructive weapons. Why not?

LIN: Mr. Rahman, probably because Israel is an ally of the United States.

RAHMAN: Yes.

LIN: I'm afraid I'm going to have to leave that.

RAHMAN: Oh, so if we have a bad guy and he's our friend...

LIN: I'm going to have to leave that here.

RAHMAN: ...you know, our friend...

LIN: And I mean, you and I could go on and on...

RAHMAN: Yes.

LIN: ...about the U.N. resolutions...

RAHMAN: Oh, yes.

LIN: ...that are supposed to restrict Saddam Hussein in his development of
weapons of mass destruction.

RAHMAN: But remember that Israel...

LIN: But Mr. Rahman, I'm sorry, we are out of time.

RAHMAN: Yes, but remember that Israel only...

LIN: I appreciate your time tonight.

RAHMAN: ...the country that was almost nuclear weapons in 1973 and...

LIN: Mr. Rahman, I'm sorry, we don't have the forum to discuss that facet of
the story, but I appreciate your time.

RAHMAN: Yes, but you asked me the question and I thought...

LIN: And I appreciate your answer. Thank you very much.

Page 117

CNN SATURDAY NIGHT 22:00 October 5, 2002 Saturday

RAHMAN: Thank you.

LIN: **Hasan Abdel Rahman,** the Palestinian representative to the United States.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR
SECURE

ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

Page 118

21 of 111 DOCUMENTS

Content and programming copyright 2002 MSNBC.

ALL RIGHTS RESERVED.

Transcription Copyright 2002 FDCH e-Media

(f/k/a/ Federal Document Clearing House, Inc.)
ALL RIGHTS RESERVED.
MSNBC
SHOW: BUCHANAN & PRESS 14:00
**September** 23, 2002 Monday
**TRANSCRIPT:** # 092300cb.463
**SECTION:** NEWS; INTERNATIONAL
**LENGTH:** 10412 words
**HEADLINE:** BUCHANAN & PRESS for September 23, 2002
**BYLINE:** Pat Buchanan; Bill Press
**GUESTS:** Thomas Neumann; **Hasan Abdel Rahman;** Rajiv Chandrasekaran; Buster
Glosson; John Harwood
**HIGHLIGHT:**
What is Israel's role going to be if the U.S. goes to war with Iraq? Then, Al
Gore gives a speech on Iraq.
**BODY:**
PAT BUCHANAN, CO-HOST: It's BUCHANAN & PRESS, right here from Washington,
D.C., and I'm Pat Buchanan.
BILL PRESS, CO-HOST: And I'm Bill Press. Good afternoon, everybody. Thanks
for joining us.
Al Gore is going to give his big speech on Iraq, we'll carry it live. Plus,
the latest on Iraq and the Middle East.
BUCHANAN: Can you wait?
PRESS: Can't wait. We'll have to wait, though, an hour, right here over the
next two hours of BUCHANAN & PRESS.
Pat, I think we learned over the weekend, if there was ever any doubt, we're
going to war. I mean, the Republicans and the Democrats on the Sunday talk
shows, they all say the same thing. The president wants a resolution, he's going
to get it, it's only a matter of how soon we get there.
BUCHANAN: Well, the only one who can save Iraq right now is Saddam Hussein,
and the thing he did was he pulled back from wide open intrusive inspections.
He's got to make up his mind. You can keep your throne or your can keep your
weapons; you can't keep both. He's the only guy that can save his country right
Page 119
MSNBC September 23, 2002 Monday
now.
PRESS: What a sad state of affairs when the only opposition to the war is
Saddam Hussein. It all depends on his games.
BUCHANAN: It all depends on him right now. But let's go up to New York now
for the headlines.
(NEWSBREAK)
PRESS: All right, Christy, thanks very much. BUCHANAN & PRESS starting off
here this Monday and we begin with the war on Iraq and the role of Israel.
Yesterday, the "New York Times" reported that if Saddam Hussein lobs another
missile at Israel, unlike Desert Storm, this time Israel would respond.
That's a report that prime minister Ariel Sharon has now denied. What's
really going on, what is the role of Israel? What should the role of Israel be?
We thought we better check in with an expert, he joins us here, Mr. Thomas
Neumann, the executive director of the Jewish Institute for National Security
Affairs.
BUCHANAN: Mr. Neumann, thanks for coming over.
If Israel responded to an attack -- another SCUD attack from Iraq and a war,
a second Desert Storm, that would pretty much leave the United States with
Israel as its only ally in the region because the Arabs would immediately peel

off. That's the American fear.

Do you think the Israelis will hold back if they're hit?

THOMAS NEUMANN, EXECUTIVE DIRECTOR OF THE JEWISH INSTITUTE FOR NATIONAL SECURITY AFFAIRS: They may hold back up to a point, but they're not going to risk their national vitality and survival in this case. It depends what the nature of a hit means. But let me just remind you that in 1991, during the first Gulf War, the Syrians actually made a statement to the fact that they would understand that if Israel would retaliate, that it would be logical and it was in a statement that was largely ignored and put under the carpet because it jeopardized the thesis that we had that if Israel were to respond, that all the Arabs would peel off like you said.

The difference between this war and the last war is we have no illusions like we did in the last war. The last war we had illusions that Saudi Arabia was our friend, that Egypt was our friend, that perhaps Syria was a part of the coalition. Those illusions are sort of faded. You know, we hope that they may be coming along, but certainly we don't anticipate much support.

In fact, last time we didn't have much support from them anyway.

BUCHANAN: Well, we had troops from them, Syria as a matter of fact, in the desert.

But let me ask you about this other situation also. Look, you know, Benjamin Netanyahu refers to Arafat's stand and he's our bin Laden, and now he is all

Page 120

MSNBC September 23, 2002 Monday

bottled up and trapped in one room with a bunch of people over there. If Sharon believes that Arafat is a terrorist, why doesn't he arrest him or kill him?

NEUMANN: It's a little more complicated than that because there's a whole concept of martyrdom and things of that nature.

Killing has never been on the table of Arafat.

BUCHANAN: Sharon said he wanted to kill him in '82. He said he made a mistake not doing it.

NEUMANN: But he didn't do it.

BUCHANAN: I would say, OK, it's off the table.

NEUMANN: It's off the table. But the truth of the matter is that, you know, the question of arrest, there's certainly criminal war -- there's a criminal war record there for Arafat, being a planner and the orderer of killing of innocent civilians, children, men, women, which is very different than a military action. But the truth of the matter is I think Sharon said is best recently when he said Arafat is becoming quickly irrelevant to the whole process. His own following is not following him too quickly. They have become disillusioned and he seems -- the debate is, Does he or does he not have control over terrorism? If he does, he's not exercising it, and if he doesn't, then who the hell cares about him in the first place.

PRESS: But the White House said today, Press Secretary Ari Fleischer said that the president believes that what Prime Minister Ariel Sharon is now doing in destroying the compound and isolating Yasser Arafat in that one building, again, quoting Ari Fleischer that it is unhelpful to the peace process.

Even the United States is saying, and you've got no stronger ally, that this is over the line. Why doesn't Ariel Sharon see that?

NEUMANN: I'm not sure it's over the line. You have 20 terrorists in the compound, there's a commitment on the part of Arafat repeated time and time again, each time he makes a new deal that says that Arafat will personally arrest the terrorists. Instead, he's given them sanctuary. There has to be some accountability for that behavior.

PRESS: We know where this is coming from. It's coming from Hamas, it's coming

from Hezbollah. Israel knows where the leader of Hamas is. Israel knows where the leader of Hezbollah is. But instead, Ariel Sharon has this obsession with Yasser Arafat and instead of going after the head of the terrorist organizations, he keeps going after Arafat.

NEUMANN: Because Arafat is the person who has claimed responsibility for putting the terrorist organizations in place. That's part of the negotiation process. And if he fails to do so, you hold him accountable. You hold Hamas accountable as well, but Hamas has never made the claim that they were going to control terrorism.

BUCHANAN: But it seems to me that this is totally counterproductive from the Page 121

MSNBC September 23, 2002 Monday

standpoint -- you make a good point when you say Arafat either can't control it or won't. My view is he can't. Israel knows very well he's not making cell phone calls from that single room to terrorists. But what is this, as Bill says, this obsession with Arafat that Sharon goes in and remakes him the very martyr you're talking about?

NEUMANN: In that we agree. Remaking Arafat is something that I don't approve of. I don't agree that it should be done. Arafat should have been made irrelevant and kept irrelevant. But we have a tendency, both United States and Israel, to go back to, This is the person they negotiated with.

BUCHANAN: Is that the key to it, that he wants to -- not to negotiate with Arafat so you brand him the arch terrorist, and you therefore absolve yourself of any duty of negotiating with the head of the Palestinian authority and you can abandon the Oslo process?

NEUMANN: No, first, the Oslo process should be abandoned. But that's beside the point. But the point is that...

BUCHANAN: But, you know, a couple prime ministers got Nobel Prizes for that.

NEUMANN: Arafat got a Nobel prize too. It's an irony of life. I mean, a terrorist getting a Nobel Prize certainly is...

BUCHANAN: You don't believe in Oslo? You're like Sharon, you don't believe in Oslo. You don't believe in the Saudi plan. You don't believe in the American plan. You don't believe in the peace process.

NEUMANN: No, no, no of course I believe in the peace process, but peace process is a generic word. The Saudi plan is not a peace process, it's an old rehashed plan that they've trotted in year in, year out, and it's a public relations tool.

And the Oslo process has failed. I mean, it's not my believing it or not believing it. It's a matter of historical record. I mean, there's been 10 years of the Oslo process and where has it gotten us?

BUCHANAN: Well, I want to thank you for coming, Mr. Neumann. Appreciate it. Equal time now, we're going to have the representative of the P.L.O., **Hasan Abdel Rahman.** We'll be right here in the studio following Mr. Neumann. Catch it coming right here on BUCHANAN & PRESS, MSNBC, America's news channel.

(COMMERCIAL BREAK)

BUCHANAN: Welcome back. With Yasser Arafat hold up in Ramallah in a single room almost, with maybe 20 of his colleagues, we've got as our guest right now, the head of the P.L.O. office right here in Washington D.C., **Hasan Abdel Rahman.** I said Rahman earlier and I mispronounced it.

Welcome back, sir.

Page 122

MSNBC September 23, 2002 Monday

**HASAN ABDEL RAHMAN,** PLO REPRESENTATIVE IN U.S.: Thank you.

BUCHANAN: Bill, the first question is yours.

PRESS: Mr. Rahman, thanks for coming in. I want to say I agree with President Bush that what the Israeli forces are doing right now is not helpful, to use his phrase, to the peace process.

But let me ask you this: the Israelis are claiming that President Arafat has some 20 terrorists hold up in that building with him. He's been asked to release the names of those who are with him, he's refused to release the names. If the terrorists are not there, why doesn't he just release the names and get it over with?

RAHMAN: First of all, those are not terrorists. Those are officials of the Palestinian National Authority. Many of them are responsible people, who until maybe two weeks ago were in contact with the Israelis.

So we are surprised by this Israeli request, which we believe is intended to humiliate Yasser Arafat, make him appear helpless powerless before his people, with the idea of just no practical purpose for this.

Yasser Arafat is not going to succumb to the Israelis by handing to the Israelis his closest aides.

PRESS: Well, I want a quick follow-up if I can, the same question I asked Mr. Neumann. I've heard you say before that it's Hezbollah and Hamas who are responsible for the suicide bombings and the violence, not the Palestinian Authority. But Yasser Arafat knows who they are, he knows where they are, why doesn't he use his forces to round them up and arrest them?

RAHMAN: First of all, if you look at what Israel has been doing in the Palestinian territories for the last two years, is a systemic destruction of Yasser Arafat's and the Palestinian Authority's capabilities. In fact, out of the 11 buildings that were destroyed near the offices of Yasser Arafat, five belong to the Palestinian security agencies. So if Israel is destroying the security agency's headquarters, offices, vehicles, killing the personnel, then how can you expect those same people who are targeted by Israel for assassination to protect Israel?

BUCHANAN: All right. Mr. Rahman, do you believe the Bush administration is following an even-handed policy as between the Israelis and the Palestinians or do you think they have given a green light to Ariel Sharon to do everything to Arafat but kill him?

RAHMAN: Well, it's obvious that the United States does not have an even-handed policy. I think not even the administration claims to have an even-handed policy. They say that Israel is their strategic ally. Otherwise, how could it be explained that Israel is engaged in gangster like behavior in the Palestinian territories? Keeping 3.5 million people under curfew, under siege, starvation for almost six months now. The city of Nablus alone, with 250,000 people, is under curfew for 86 days. Seventy-five Palestinians killed by Israel in the last 45 days and not one single Israeli killed and we do not have condemnation from the American administration of this behavior.

Page 123

MSNBC September 23, 2002 Monday

BUCHANAN: I know the -- demonstrators in Ramallah, I think four of them violated the curfew and was shot to death.

RAHMAN: Yes, mostly children.

BUCHANAN: One was a 12-year-old running out to get cigarettes for his dad.

RAHMAN: And he was killed, yes.

BUCHANAN: Exactly. But as a practical matter, Sharon is not going to negotiate with Arafat -- Mr. Arafat, and Mr. Arafat's entire cabinet has been forced to resign basically at the request of the Palestinian people. He is now boxed up in a single room and he may be forced into exile. As a practical matter, is not President Arafat finished as a political force in the so-called

peace process?

RAHMAN: You know, Yasser Arafat is the leader of the Palestinian people. The change of leadership or maintaining the leadership is a Palestinian issue. It is not an Israel's issue. It is not an American issue. The Palestinians themselves are demanding reforms. We want good government. We want democracy. We want all the things that everyone wants. But what Mr. Sharon is doing today is really to destroy those capabilities. Mr. Sharon is...

BUCHANAN: Is he doing it deliberately? Because he doesn't want to negotiate with him?

RAHMAN: Oh, absolutely. Mr. Sharon wants to dismantle the peace process and the Palestinian Authority because he is opposed to the notion, to the concept of an independent Palestinian state.

PRESS: Let me go back to just a couple years ago when we had Camp David II, and almost everything was on the table and Yasser Arafat walked away from that, and --

RAHMAN: That's the Israelis' allegation, but that's not true. We should --

PRESS: But instead we have intifadah two. So I guess my question to you is: Wouldn't the nonviolent approach have been proven more successful for the Palestinian causes?

RAHMAN: If you want my personal opinion, yes. But how can you control the feelings and the emotions of a community, of a people, who are persecuted, who are killed, who are occupied for 36 years, who view every day new Jewish settlements built on their land, who see every day humiliation at the hands of the Israeli army. You cannot control everyone.

You know, the whole notion of suicide bombing is a new phenomena in our history. It is counter to our culture, it is counter to our religion, but people are pushed into that by the behavior of the Israelis.

PRESS: I'm sorry, we have to end it there. Thank you for coming in. You're kind with your time. We'll get you back.

And folks, when we come back President Bush just got back from New Jersey and Page 124

MSNBC September 23, 2002 Monday

a fund raiser for the Republican candidate for Senate. Will the future of the Senate be decided in the Garden State?

(COMMERCIAL BREAK)

BUCHANAN: Welcome back. Is the Torch toast? The ethically challenged senior senator from New Jersey, Robert Torricelli, is in the race of his life, with Republican Doug Forrester, who was the beneficiary today of a visit by the highly popular president of the United States.

PRESS: And I might add that Senator Torricelli was the beneficiary of a visit by the highly popular Senate Majority Leader Tom Daschle.

BUCHANAN: That's a poor second.

PRESS: I don't think it's a poor second at all.

BUCHANAN: Well, it is a very tight race. But I will say that Torricelli, I'm surprised, I thought he was down a little, he's up by a few points in the polls. So, this is no sure win for the Republicans. Torricelli is taking his beating because of his horrible performance at the ethics committee and his buddies in the penitentiary. But it looks like he's coming back.

PRESS: No, here's the problem. Here's the problem, Pat. This ought have been a walk. It should have been a walk for Torricelli and it's not because of his own dumb mistakes. I mean, dumb, dumb, dumb. I think in the end --

BUCHANAN: I think they might have been more than dumb, but go on.

PRESS: Well, nobody's proven that yet. But I think in the end, that he'll be OK because he's -- look, he's a senior senator, he's only been there one term

but he's got a lot of clout because he was in the Congress before.
BUCHANAN: Right.
PRESS: There's no doubt he's a power in the Senate. I think New Jersey will
appreciate that. But -- but the fact is the Democrats are going to have to put
all these resources in there to save a guy who should have been safe. Resources
they have to take away from other states like Texas or maybe South Dakota where
they need them.
BUCHANAN: Well, there's no doubt about it. But you know, Torricelli, this guy
that was associated with him -- he's in the penitentiary for bribery.
PRESS: I know. Yes.
BUCHANAN: And we have to figure out who he bribed. He admitted to bribing
somebody and we can't figure out yet who he bribed. But here's the thing, I
agree with you, it's a close race and in my view, I think Torricelli should be
rejected on the basis of that. This isn't a time -- and it hurts the Democratic
party because everybody's a little bit fed up with a lot of this corporate hanky
panky and people are just getting sick of it and sick of hearing about it.
PRESS: I know it, but I think what happens is, you stand up, you say you did
Page 125
MSNBC September 23, 2002 Monday
wrong , you make your apology, which Torricelli has done. I think the voters are
pretty forgiving, even the voters of New Jersey are pretty forgiving.
BUCHANAN: Have you forgiven Bill Simon?
PRESS: Bill Simon?
BUCHANAN: All he had was his civil suit overturned.
PRESS: If we want to talk about California, talk about California. The
problem with Bill Simon is he's a lousy candidate, Pat. It's not that he did
anything illegal. I think Torricelli is going to be OK, but you know what?
If he's not OK, it's his own fault. He has nobody to blame but himself.
BUCHANAN: Well, I certainly agree with that. We have a tremendous number of
hot races this year. We're going to be covering every one of them.
PRESS: Every one of them and New Jersey is just the start. We'll look at some
of them in the next hour. In fact, when we come back, were going to be talking
to General Buster Glosson. He is the general who commanded the first air war
against Saddam Hussein and he said he's ready for the next one.
We'll be right back, BUCHANAN & PRESS.
(COMMERICAL BREAK)
PRESS: We focus right now on Iraq and get a special report from Baghdad.
Today's "L.A. Times" says that Saddam's army would easily surrender if attacked.
But just how loyal are the Iraqi people to Saddam Hussein? Joining us on the
phone now from Baghdad is Rajiv Chandrasekaran, foreign correspondent for "The
Washington Post."
Rajiv, in yesterday's "Washington Post" you wrote that the Iraqi people,
you've discovered, are more loyal to Saddam Hussein than they might have been 10
years ago. Tell us about that. What signs have you seen?
RAJIV CHANDRASEKARAN, "WASHINGTON POST": Well, Bill, since the end of the
Gulf War, Saddam has made a conscious effort in reaching out to various
constituencies here. Shiite Muslims, who make up 55 percent of the population,
for instance, and who have staged a rebellion a few weeks after the Gulf War
ended in the south, his government has taken several steps to try to bring them
into the fold, and to improve the economic prospects in some parts of the south
-- to rebuild mosques that were destroyed in the fighting.
In other areas, he's trying to reach out to younger people by offering some
degree of Internet access, and even to people who are turning more toward Islam,
by encouraging a campaign of faith throughout the country. Now, whether this

actually translates into more support should a war occur is still an unknown question.

You know, there's some here who believe that it will, there's some who believe that it won't. But what is clear is that he has been trying to shore up support around key constituencies among his people.

Page 126
MSNBC September 23, 2002 Monday

BUCHANAN: Is it -- Rajiv, is it your sense that they -- again, that they are fatalistic, or do they think that they can fight? And have you talked to anybody? And have they told you exactly how and where they would resist if the United States attacks? And I gather they expect that.

CHANDRASEKARAN: Well, nobody is going into the details of battle plans, particularly not with foreign correspondents. But the public line -- and remember, when guys like me are out talking to people, we've got folks from the ministry of information with us, so we're generally hearing people who are speaking in very sort of bullish terms about the government. And the public line is, you know, look, we will fight.

There are diplomats here who believe a little differently. They think that there are going to be lots of people that will perhaps join the Americans, but they think there might be a fair number of people who will just sit it out at home. And remember, these are people who have lived with now almost 20 years of conflict, first with the Iran-Iraq war, the Gulf War, the ongoing sanctions. There isn't a whole lot of force here to engage in another battle.

As to where the fighting might take place, some suggest that this will largely be a battle of the cities. You know, the lesson learned from 1991 was that it's much tougher to protect your troops out in the middle of the desert...

BUCHANAN: Thanks, Rajiv.

(CROSSTALK)

CHANDRASEKARAN: So they might bring it in.

PRESS: Rajiv, sorry, we've got to move on. Thanks so much for joining us. We'll be back to you shortly. "Washington Post" correspondent Rajiv Chandrasekaran, of course, is among our team of reporters worldwide who's going to be bringing us live, continuing coverage on the very latest on the showdown with Saddam Hussein, right here on MSNBC, America's news channel -- Pat.

BUCHANAN: Now, how should the United States execute a possible attack on Iraq? And should we expect a repeat of the Gulf War? We're joined now by the man who's been called the architect of the Persian Gulf air war victory, Lieutenant General Buster Glosson.

General Glosson, good to have you with us, sir. If the president of the United States said to you, Buster, can you give me in 90 seconds what you think is the best way to win this war quickly, with minimal American casualties, and incidentally, with minimal civilian casualties among the Iraqis, what would you tell the president, sir?

LT. GEN. BUSTER GLOSSON, ARCHITECT OF GULF AIR WARS: Well, first of all, Pat, obviously I wouldn't share that on live TV. But to talk in some general terms, certainly the thing that we have to focus on most is minimizing our own casualties. That's priority one. Because the outcome of this effort is not in question.

You could do it several different ways and you'd still have the same outcome, but you would just lose more people. And the third most important thing, that we

Page 127
MSNBC September 23, 2002 Monday

seem to be losing sight of a little bit, is that we have to make sure that after the war is over, that post-Iraq, what it looks like as far as a threat to the

U.S., a threat to its neighbors, and not having weapons of mass destruction, is really the critical issue here. And I think that the people of Iraq themselves, and the leadership of the Republican Guards in particular, hold that card in their hand.

And, contrary to what your last interview said from Baghdad, I think that if you take those security police people out of those interviews, and when the time really comes, you're going to see that there's a high percentage of the Iraqi people that are going to vote for freedom with their actions, instead of under the tyranny of Saddam as we go forward.

BUCHANAN: General Glosson, what I do want to ask you, it appears the United States, I believe, has flown, along with the Brits, 40,000 air sorties in the last 11 years, I believe without losing a single plane to hostile fire. Is not Saddam's Iraq utterly defenseless against American aircraft, especially with the enormous number of smart weapons we're using now?

GLOSSON: Well, I don't want to use the term "utterly defenseless," but it's not far off. Certainly we could do whatever we want to do in whatever fashion we want to do it with air power. And the accuracy today, compared to the Gulf War, when -- is about 8-10-1.

So, where we were flying about 1,000 sorties a day during the Gulf War, if they fly a couple hundred, 300 max, with the B2, the F-18, the F-117, it will inflict more damage and be able to assist in overthrowing the regime a lot faster.

PRESS: General, we want to ask you to hold tight there. We have a lot more questions for you, but we're going to take a break here and go up to MSNBC's world headquarters, where we have some breaking news.

(BUCHANAN & PRESS INTERRUPTED BY BREAKING NEWS)

(COMMERCIAL BREAK)

PRESS: Welcome back to BUCHANAN & PRESS. We're talking military plans for war against Iraq with retired Air Force Lieutenant General Buster Glosson, who is one of the architects of Desert Storm and the leader of the first war against Iraq.

General, welcome back. He joins us, by the way, from Charlotte, North Carolina. General, as a retired Air Force general, let me ask you this. Could this war -- we're talking about possible or probable war against Iraq, the next one -- can it be won by air power alone? If not, would it require ground troops, and how many?

GLOSSON: Well, saying it could be won with air power alone, I think, really would be foolish. And the reason is because ultimately the regime has to be changed. That doesn't only mean Saddam, that means Saddam and the thugs around him.

But what air power can do is they can go in. They can basically isolate the
Page 128
MSNBC September 23, 2002 Monday
small town of Tikrit -- that's his power base -- in every way possible. It can certainly reduce significantly the size of his security force and the people that guard him. And you can give those people and the Republican Guard and the other government officials the opportunity to actually throw Saddam out themselves, which is the best of all worlds for us.

But you've got to use elements of the special forces, our CIA covert operations, elements of the Marine amphibious force, and also some elements of the -- selected elements of the airborne. This is a consolidated effort. It's a team, a joint effort, just as it should be. And there's no one service that should try to go it alone. It would absolutely be foolish.

But on the other hand, to put three or four divisions north and south of

Baghdad and go marching in like it was the Roman legion would be more foolish.
PRESS: Very quickly, General, before we take another break and then get back
to you, did we make a mistake the last time, not taking out Saddam Hussein when
we had a chance?
GLOSSON: Well, hindsight -- you know, 20/20 hindsight is always so great. I
can tell you from looking at the intelligence reports, just as the president was
at the end of the war, anybody that had the best interests of our country and
the surrounding area over there at stake would have made the same decision he
did at that time.
BUCHANAN: OK, General, we're going to take a quick break. And when we come
back, I'm going to ask General Glosson if he's concerned that the United States
military is too thinly spread all over the world today.
(COMMERCIAL BREAK)
BUCHANAN: Welcome back. Our guest is General Buster Glosson, the architect of
America's air war in Desert Storm I. General Glosson, if Saddam and the Iraqis
do hole up in the cities after initial American air strikes, and we've got to
fight in the cities, we haven't fought and captured a city I think since in the
Vietnam War in 1968, in a real street by street battle. How many American ground
troops do you think we ought to have over there, just to be sure we get it done?
GLOSSON: I think that the likelihood of the scenario you laid out is very
remote. However, it is a possibility. But the only way that can occur is if we
screw up something as we go forward. If we do things correctly, that will not
happen, mainly because the leadership of the Republican Guard and the Iraqi
people won't let that happen.
But, using your scenario, my opinion is we need somewhere between about
70,000 and 100,000 troops that can be readily moved into the area. But I think
it would be absolutely wrong to place them on the border of Kuwait and Iraq, or
on the Turkish border. That would be foolish.
PRESS: All right, General, let's look ahead. Let's assume we're successful,
under the theory that where we go we tend to stay. And history certainly proves
that, if you look at Korea and other places.
The Army Center of Military History was asked, how many troops would we have
Page 129
MSNBC September 23, 2002 Monday
to put in Iraq and Afghanistan to rebuild those countries after the war? Here's
what they say: 100,000 troops in Iraq and 300,000 troops in Afghanistan. Are we
committing to something we can't deliver on?
GLOSSON: Well, first of all, you and I both know that those two numbers defy
common sense. But other than that, in addition to that, I mean, the U.N. has got
to pick up more of the responsibility after the fighting occurs.
As a lead-in to what Pat said previously, are we getting spread too thin?
We're not spread too thin yet. But if the U.N. doesn't pick up more of the
responsibility to do all of the after or post-war or post-hostility activities,
yes, we're going to get spread too thin.
And that should be a U.N. responsibility, not a U.S. responsibility. And
we've got to ensure the U.N. does that.
PRESS: All right. Lieutenant General Buster Glosson, thanks very much for
joining us from Charlotte, North Carolina, sir. We want to have you back.
GLOSSON: Quite welcome.
PRESS: We are BUCHANAN & PRESS. Pat's commentary is coming up, and also the
big speech in San Francisco by Al Gore. He's finally going to speak out about
Iraq. We'll be listening to it and talking about it. BUCHANAN & PRESS, MSNBC,
America's news channel.
(COMMERCIAL BREAK)

PRESS: OK, we're BUCHANAN & PRESS. We are all ears for Pat. You've got 60.

BUCHANAN: OK, Bill. This is about some of your friends. For years, the hard left has used the term fascist and Nazis against conservatives and Republicans. It showed up again, way back in 1948, when Harry Truman said that Tom Dewey was a fascist.

It happened again in 1964, of course, when Barry Goldwater was running, and Dr. Martin Luther King and George Meany of the AFL-CIO both used the Nazi term. As did George McGovern, when he compared Nixon's war policy in 1972 with Hitler's.

It happened again in 1994, when Republicans won the Congress. Jesse Jackson repeatedly used the Nazi and fascist terminology, and did again in 2000.

Well, the demagoguery has begun to backfire, folks. Good news. A German justice minister who compared Mr. Bush's tactics with Hitler's is not going to be back as justice minister. And in the Maryland race, Kathleen Kennedy Townsend's adviser, who was going to paint Mr. Ehrlich as a Nazi, is out of a job. Some good things are happening in American politics -- the de-Nazification of the hard left.

PRESS: Pat, we thank you. And, folks, don't forget, big speech by Al Gore about Iraq coming up. But first, let's find out what's happening right now with MSNBC's Christy Musumeci.

Page 130

MSNBC September 23, 2002 Monday

(NEWSBREAK)

BUCHANAN: Thank you very much, Christy. And right now, we're waiting for Albert. Al Gore is expected to speak at any moment in the Commonwealth Club in San Francisco and waiting on his thoughts on the war in Iraq that's upcoming. Right now we want to talk and we got a guest here to wait to observe that speech with us, John Harwood, the political editor of the "Wall Street Journal" and while we're waiting for Al Gore, John, why don't you tell us whether you think first Al Gore, is he the man to beat and secondly, is he definitely running?

JOHN HARWOOD, "WALL STREET JOURNAL": He's definitely the man to beat if he is running. I think the odds are that he's gonna run, but we don't know for sure. We'll get a signal at the end of the campaign. But certainly the way that he has begun to engage the debate earlier this year, started this political action committee, raised some money, not a huge amount and tried to help other candidates leads you to think he's going to go.

BUCHANAN: Why are they putting out all the lines going out, well, he may not run? It seems to me he goes now or he goes never?

HARWOOD: Well, that's right, but...

PRESS: But once.

HARWOOD: But the window doesn't close until by consent of almost everybody by the end of the year or early next year.

PRESS: John, let me ask you, I guess maybe I want to lower expectations for the speech, even though I would like to see him come out and say this is a wrong policy. It's a wrong move at the wrong time. But Al Gore is pretty much a hard-liner on defense. He voted for the first Desert Storm, unlike a lot of his colleagues over there in the Senate, so wouldn't you expect him here in San Francisco to come out and say go get Saddam Hussein?

HARWOOD: Yes. This is the one Democrat who by himself can start a big-time argument with President Bush on his own but there's no indication that he wants to start that argument. He gave a speech in New York a few months ago at the Council on Foreign Relations where he endorsed the motion of a final reckoning with Saddam Hussein. He basically supported what the president had done in the war on terrorism and went after him on other issues. That is certainly what we'd

expect from the speech today. We'll see.

PRESS: Overall, I guess it raises the question of the Democratic strategy and the Republicans clearly wanted to change the subject, no wonder. You wouldn't want to run on the market the way it is, and they've successfully done so. Now the Democrats say, all right, I'm paraphrasing here, but we're not going to get trapped by that, we're just going to go along with the war so then we can turn and talk about the other issues. Does that work?

HARWOOD: Well, they want to try to get this out of the way as quickly as possible so then they have the campaign as you suggested on the issues they want.

PRESS: Prescription drugs and the economy and all that other stuff. Aren't

Page 131

MSNBC September 23, 2002 Monday

they kidding themselves?

HARWOOD: Well, I think it's going to be difficult. If we're talking about armed conflict that could begin as early as November, some time in that period November to March, it's very hard if you're talking about a couple of hundred thousand troops who may be involved to all of a sudden say well that's not an issue anymore because we've already had the vote. So it's a difficult strategy to pull off. They really don't have much choice. This is the topic A right now. There's no getting away from it.

PRESS: Pat, let me just point out that we're watching, this is the gold ball room in the Fairmount Hotel in San Francisco, I've been there many times for many events. I've spoken there myself and we're waiting for former Vice President Al Gore to come in and be addressing the Commonwealth Club of San Francisco, which is just about pardon me, as big and as prestige just a forum as you can find in the golden state of California, Pat wouldn't you have to agree?

BUCHANAN: I've spoken out there a number of times, so it can't be that prestigious.

PRESS: Well, they had me too so automatically it goes down.

BUCHANAN: John, let me ask you this, though. If you look at the rest of the field, the Democratic field, it is very splintered, and that's to Al Gore's advantage if he does run and you got the one fellow and then he's got the seven dwarfs splitting up the anti-Gore vote. And I've always felt, the only way you knock off a front runner, you got to have either a charismatic personality like a Jack Kennedy or really a cutting issue like a Goldwater with his movement and a McGovern anti-war and I just don't see any of them that have that or carving out the issue. Who, if you had to pick one or two that you thought would be the most likely to emerge from the field to be the non-Gore candidate, who do you think it would be?

HARWOOD: I think the likeliest challenger to Gore is Dick Gephardt, if he could somehow get that AFL-CIO endorsement. That's going to be difficult to do. He wasn't able to deny Gore the endorsement two years ago. Now that Gore is not part of the incumbent administration, it might be somewhat easier, but if he were to get the AFL endorsement, he could pose a very serious challenge to Al Gore.

BUCHANAN: I think he could do and he used to have an economic populism, which I think could be a very good message know but of course I don't know what he's been done on the latest NAFTA gaff (ph) stuff, but what would be his panoply of issues now? He's going to go along with Gore on the war, isn't he?

PRESS: He already has.

BUCHANAN: Where does he -- why me, not Gore, just the fact that I haven't run before?

HARWOOD: He would go at Gore on the whole set of domestic issues, health

care, the economy. He has a different approach to trade than Gore. That would be
useful and very relevant if he were running with labor's endorsement, and he
would have a base of support among members of the House, who have some political
Page 132
MSNBC September 23, 2002 Monday
influence around the country, so he's got things to run on.
BUCHANAN: Stick around. Al Gore hasn't shown up yet, right?
PRESS: He's coming. John Harwood is our guest, the political editor of the
"Wall Street Journal." We're waiting from that speech from Al Gore out in San
Francisco. There's some other big races, Senate races and governors races in the
country. We'll talk about as many as we have time with John Harwood when we come
back. BUCHANAN & PRESS, MSNBC, America's news channel.
(COMMERCIAL BREAK)
PRESS: And welcome back to BUCHANAN & PRESS this Monday afternoon. Thanks for
joining us, folks. There's former Vice President Al Gore who has now entered the
gold ballroom there at the Fairmount Hotel for what is expected to be a major
foreign policy speech, touching on both the proposed war against Iraq. He's
blowing a kiss to somebody. I don't know if it was to us or not while also
touching on the president's new proposed policy of strike first. We'll be
hearing the vice president's speech.
BUCHANAN: You got demonstrators in there Bill.
PRESS: I don't think so. They're friends Pat. Pat, I know it's hard for you
to believe, but these are people who are actually encouraging Al Gore to run.
When Democrats speak, there are friends in the audience, not protesters Pat.
He's about to be introduced here. John Harwood, you covered Al Gore in the year
2000. While we're waiting here, the one factor seems to be if he does run again,
is there any way to believe that he would be a stronger, more effective, better
candidate, looser candidate in 2004 than he was in 2000?
HARWOOD: Well, he's got a problem because any change that he makes, people
are going to ascribe to calculation. He came out the other day and said if I run
again, I'm not going to listen to my consultants quite as much. If he changes
now, they're going to say that's what the consultants told you. But certainly
anybody warns (ph) by the experience of running a national campaign. He got more
votes than the other guy, I think he has the potential to be a strong candidate,
especially if he runs with Joe Lieberman and tries to recreate the dynamic of
the end of the 2000 campaign.
PRESS: That's an interesting concept. Gore-Lieberman?
BUCHANAN: The thing is, he's running against a much stronger George Bush,
George W. is really in some cases almost a heroic figure, but I think a lot
depends on this war. And frankly, we'll be in Baghdad probably by March, but I
think after that, things turn bad for the war. I really do. I think -- I mean, I
don't know if he's relying on that, but that could turn bad and this economy
looks like a double dip recession. I wouldn't write him off, but he's -- mainly
because I think -- I think the country usually votes against an incumbent or
wants him out before it even takes a look at a new guy, but nobody is afraid of
Al Gore, I don't think.
PRESS: Interesting. While we're waiting again for former Vice President Gore
to speak about Iraq, the Democrats have been either totally supportive of the
president or largely silent on this issue.
Page 133
MSNBC September 23, 2002 Monday
HARWOOD: One exception, Howard Dean, (UNINTELLIGIBLE) who's come out...
PRESS: Good point. By the way, we keep forgetting that he's been on the show.
We keep forgetting to talk about him as one of the contenders. But he's

certainly an attractive man. If he were able to get out there, if he had the
money to get out there.
HARWOOD: And this is the issue that has the potential to brand him in a way,
in addition to health care, which is what he's been talking about...
BUCHANAN: Exactly, if he takes that other side of the war issue.
PRESS: I was going to mention one who spoke out today, former President Jimmy
Carter, criticized President Bush. He said that he's concerned that we're going
after Saddam Hussein without the support of our allies from the Persian Gulf war
and it may be, you know, a rash move. Jimmy Carter sort of telling our
Democrats, it's OK to be critical here.
HARWOOD: Well, there are some Democrats on the Hill who are in sympathy with
this position. I don't think you're going to hear anybody who is running for the
Democrat presidential nomination come out and join Jimmy Carter on that with the
possible exception of Dean.
BUCHANAN: (UNINTELLIGIBLE) the wary is popular. Bush is popular. They can't
stand up to him, even if they disagree with him.
HARWOOD: They see no reason to have an argument with George Bush on this
issue right now.
BUCHANAN: Can we talk about Florida for a second?
PRESS: First of all, let's just talk about some of the other races. We're
talking about president 2004. There are a lot of important elections in 2002. In
fact, we've singled out about 10 of them here that we want to keep a close eye
on on our BUCHANAN & PRESS show, folks. Maybe we could show you that map.
Important governors races or Senate races in Arkansas, Colorado, Florida,
Minnesota, Missouri, New Jersey, North Carolina, South Dakota, Tennessee and
Texas. And we could add a few states like Massachusetts, California, and some
others. But let's just start with looking at some of those with you, John.
BUCHANAN: The hottest ones, I mean, do you think that George Bush's brother,
Jeb Bush, against Bill McBride. He's a Marine, Bronze Star. You can't paint him
as a liberal, ultra liberal from Florida. Do you think he's got a chance to beat
Jeb Bush?
PRESS: Let me just interrupt to show you. Here's the latest poll, Jeb Bush,
49 percent, Bill McBride, this is the latest MSNBC Zogby poll which shows you...
BUCHANAN: "The New Republic" calls it the hottest race of the year.
HARWOOD: Yes, and there have been other polls showing it's so much closer.
Page 134
MSNBC September 23, 2002 Monday
BUCHANAN: Five points, yes.
HARWOOD: Bill McBride is the guy that Jeb Bush did not want to run against.
He's got a great resume. He's a guy who's pretty much a blank slate. He hasn't
cast a long list of votes as a legislator because he hasn't been a legislator.
BUCHANAN: Did Bush make a mistake running ads against McBride, playing right
into his theme that Jeb's afraid of me?
HARWOOD: Some Republicans think so and certainly the Democrats, this has
become a big point of pride for McBride. He tried to take me out, he couldn't do
it.
PRESS: Isn't it also true that for the Democrats, Jeb Bush is a surrogate for
his brother? I mean, this is get back at W. for what he did in Florida and Jeb
Bush just happens to be up this year, right?
HARWOOD: That's true, and the one big advantage that McBride has was in this
primary last week. All of a sudden you have this replay of what happened in the
election at a time when memories were fading about what happened in 2000.
Jeb is the surrogate for Scalia and Rehnquist and the other three. OK, we're
talking with John Harwood of the "Wall Street Journal." We're waiting for Al

Gore to get up in a very, very important speech folks where he's going to define himself we believe on the war and have great impact on American politics and the Democratic Party. All that when we're coming back with Al Gore.
(COMMERCIAL BREAK)
PRESS: We are BUCHANAN & PRESS, live from the nation's capital. Thanks for joining us folks. We're joined by John Harwood, who's political editor of the "Wall Street Journal" and out in San Francisco, Al Gore about to give a major speech. He's just begun. Actually, major speech, what's billed as a major speech on foreign policy. He's speaking to the Commonwealth Club of San Francisco at the Fairmount Hotel. He's expected to touch on the war on Iraq and also to touch on the strike first policy.
Of course, former vice president and former presidential candidate, if he does come out either for or against the war on Iraq, it's going to be big news and if he comes out for or against the strike first policy, it will be big news and may show the way for some other Democrats. We're listening along with you and then we'll be talking about it.
John Harwood, this is a big moment for him. This could be his re-entry into the presidential sweepstakes, do you think?
HARWOOD: He's had a few re-entries over the past year. He re-entered in Iowa at the end of the last year. He re-entered Nashville earlier this year. But every time he gets back on the stage, he has the ability to draw the attention of the political community. It's important.
BUCHANAN: He's the titular leader of the Democratic Party nationally, and he ran, he got more votes than the president of the United States got in the last election. So -- and he's the preemptive favorite for the nomination, so I think
Page 135
MSNBC September 23, 2002 Monday
-- and if he comes out here, frankly, and he's very strong behind Bush or behind the war, I think it's big, big news and it vaults him up there.
PRESS: We just heard the vice president say he wants to talk about the relationship between the war on terror and the war on Iraq. Let's listen in; then we'll talk about it afterwards.
AL GORE, FORMER VICE PRESIDENT OF THE UNITED STATES: ... to defend itself from the kind of focused, intense and evil attack that we suffered a year ago September 11. We ought to assume that the forces that are responsible for that attack are even now attempting to plan another attack against us.
I'm speaking today in an effort to recommend a specific course of action for our country, which I sincerely believe would be better for our country than the policy that is now being pursued by President Bush. Specifically, I am deeply concerned that the course of action that we are presently embarking upon with respect to Iraq has the potential to seriously damage our ability to win the war against terrorism and to weaken our ability to lead the world in this new century.
To begin with, to put first things first, I believe that we ought to be focusing our efforts first and foremost against those who attacked us on September 11th and who have thus far gotten away with it. The vast majority of those who sponsored, planned and implemented the cold-blooded murder of more than 3,000 Americans are still at large, still neither located nor apprehended, much less punished and neutralized. I do not believe that we should allow ourselves to be distracted from this urgent task simply because it is proving to be more difficult and lengthy than was predicted.
Great nations persevere and then prevail. They do not jump from one unfinished task to another. We should remain focused on the war against terrorism.

(APPLAUSE)

And, I believe that we are perfectly capable of staying the course in our war against Osama bin Laden and his terrorist network, while simultaneously taking those steps necessary to build an international coalition to join us in taking on Saddam Hussein in a timely fashion. If you're going after Jesse James, you ought to organize the posse first, especially if you're in the middle of a gunfight with somebody who's out after you.

I don't think we should allow anything to diminish our focus on the necessity for avenging the 3,000 Americans who were murdered and dismantling that network of terrorists that we know were responsible for it. The fact that we don't know where they are should not cause us to focus instead on some other enemy whose location may be easier to identify.

We have other enemies...

(APPLAUSE)

We have other enemies, but we should focus first and foremost as our top priority on winning the war against terrorism.

Page 136

MSNBC September 23, 2002 Monday

Nevertheless, President Bush is telling us that America's most urgent requirement of the moment right now is not to redouble our efforts against al Qaeda, not to stabilize the nation of Afghanistan after driving his host government from power, even as al Qaeda members slip back across the border to set up in Afghanistan again.

Rather, he is telling us that our most urgent task right now is to shift our focus and concentrate on immediately launching a new war against Saddam Hussein. And the president is proclaiming a new uniquely American right to preemptively attack whomsoever he may deem represents a potential future threat.

Moreover, President Bush is demanding, in this high political season, that Congress speedily affirm that he has the necessary authority to proceed immediately against Iraq and, for that matter, under the language of his resolution, against any other nation in the region regardless of subsequent developments or emerging circumstances.

Now, the timing of this sudden burst of urgency to immediately take up this new cause as America's new top priority, displacing our former top priority, the war against Osama bin Laden, was explained by -- innocently, I believe -- by the White House chief of staff in his now well-known statement, and I quote, "From an advertising point of view, you don't launch a new product line until after Labor Day," end quote.

Nevertheless, all Americans should acknowledge that Iraq does, indeed, pose a serious threat to the stability of the Persian Gulf region, and we should be about the business of organizing an international coalition to eliminate his access to weapons of mass destruction. Iraq's search for weapons of mass destruction has proven impossible to completely deter, and we should assume that it will continue for as long as Saddam is in power.

Now let's be clear: There's no international law that can prevent the United States from taking action to protect our vital interests when it is manifestly clear that there's a choice to be made between law and our survival. Indeed, international law itself recognizes that such choices stay within the purview of all nations.

I believe, however, that such a choice is not presented in the case of Iraq. Indeed, should we decide to proceed, our action can be justified within the framework of international law rather than requiring us to go outside the framework of international law.

In fact, even though a new United Nations resolution might be helpful in the

effort to forge an international consensus, I think it's abundantly clear that
the existing U.N. resolutions, passed 11 years ago, are completely sufficient
from a legal standpoint, so long as it is clear that Saddam Hussein is in breach
of the agreements made at the conclusion of the Persian Gulf War.

Now one of the simple points I want to make here today is that we have an
obligation to look at the relationship between our war against terrorism and
this proposed war against Iraq.

We have a goal of regime change in Iraq; we have had for a number of years.
We also have a clear goal of victory in the war against terror.

Page 137
MSNBC September 23, 2002 Monday

In the case of Iraq, it would be difficult to go it alone but it's
theoretically possible to achieve our goals in Iraq unilaterally.

GORE: Nevertheless, by contrast, the war against terrorism manifestly
requires a multilateral approach. It is impossible to succeed against terrorism
unless we have secured the continuing, sustained cooperation of many nations.
Now, our ability...

(APPLAUSE)

And here's one of my central points. Our ability to secure that kind of
multilateral cooperation in the war against terrorism can be severely damaged in
the way we go about undertaking unilateral action against Iraq.

Now, if the administration has reason to believe otherwise, it ought to share
those reasons with the Congress, since it is asking Congress to endorse action
that might well impair a much more urgent task; that is, continuing to disrupt
and destroy the international terror network.

Now, back in 1991, I was one of a handful of Democrats in the United States
Senate to vote in favor of the resolution endorsing the Persian Gulf War, and I
felt betrayed by the first Bush administration's hasty departure from the
battlefield even as Saddam began to renew his persecution of the Kurds in the
north and the Shiites in the south, groups that we had, after all, encouraged to
rise up against Saddam.

But look at the differences between the resolution that was voted on in 1991
and the one this administration is proposing that the Congress vote on in 2002.
The circumstances are really completely different.

Just to review a few of them briefly, in 1991, Iraq had crossed an
international border, invaded a neighboring sovereign nation and annexed its
territory.

Now, by contrast, in 2002, there has been no such invasion. We are proposing
to cross an international border. And, however justified it may be, we have to
recognize that this profound difference in the circumstances now compared to
what existed in 1991 has profound implications for the way the rest of the world
views what we are doing, and that in turn will have implications for our ability
to succeed in our war against terrorism.

What makes Saddam dangerous is his effort to acquire weapons of mass
destruction. What makes terrorists so much more dangerous than they have ever
been is the prospect that they may get access to weapons of mass destruction.
There isn't just one country that is attempting to get access, nor is there just
one terrorist group. We have to recognize that this is a whole new era, and the
advances in the technology of destruction require us to think anew.

As Abraham Lincoln famously said, "As our case is new, we must think anew and
then we will save our country."

Another difference: In 1991, there was a resolution that had been passed by
the United Nations. This time -- although I don't think we need one if he's in

Page 138

MSNBC September 23, 2002 Monday

breach, as he is -- we nevertheless went to the United Nations to ask for one, and thus far we have not been successful in getting it.

Next, in 1991, the first President Bush patiently and skillfully put together a broad international coalition. Now, his task was easier than the one that confronts this President Bush, in part, because Saddam had invaded another country.

But for whatever reason, back then, every Arab nation except Jordan -- of course, Jordan was in Iraq's shadow next door -- but every other Arab nation supported our military effort, was a part of the international coalition and some of them supplied troops. Our allies in Europe and Asia supported the coalition without exception.

This year, by contrast, many of our allies in Europe and Asia are thus far openly opposed to what President Bush is doing. And the few who do support us have conditioned their support, most of them, on the passage of a new U.N. resolution.

Fourth, the coalition that was assembled back in 1991 picked up all of the significant costs of the war, while this time the American taxpayers will be asked to shoulder hundreds of billions of dollars in costs on our own.

Fifth, back in 1991 President George H.W. Bush purposely waited until after the mid-term elections of 1990 in order to push for a vote at the beginning of the new Congress in January of 1991. President George W. Bush, by contrast, is pushing for a vote in this Congress immediately before the election.

Now, that in itself is not inherently wrong, but I believe that puts a burden on the shoulders of President Bush to dispel the doubts many have expressed about the role that politics might be playing in the calculations of some in the administration.

I have not raised those doubts, but many have. And because they have been raised, this has become a problem for our country's effort to build a national consensus and an international coalition.

Already, just to cite one example, the German-American relationship has faced a dire crisis because of the reprehensible comments of a minister in that government about President Bush's alleged motivations as she saw it.

Now, they've apologized and perhaps we can move on past that. But look at the entire German election campaign. It revealed a profound and troubling change in the attitude of the German electorate toward the United States.

We see our most loyal ally, Tony Blair, who I think's a fantastic leader, getting into what they describe as serious trouble with the British electorate because of similar doubts that have been raised.

Now, rather than making efforts...

PRESS: We've been listening to Vice President Al Gore giving a very powerful speech in San Francisco, in which he's expressing strong opposition to President Bush's proposed war on terrorism, saying if -- war on Iraq, saying it could

Page 139

MSNBC September 23, 2002 Monday

seriously damage our war on terror.

We're going to take a quick break, and we'll be back with the vice president and his speech on Iraq out in San Francisco. BUCHANAN & PRESS, MSNBC, America's news channel.

(COMMERCIAL BREAK)

BUCHANAN: Welcome back to BUCHANAN & PRESS with John Harwood, the political editor of "The Wall Street Journal." We have just heard, or are hearing still, it's going on, Bill, a very powerful speech by the vice president of the United States.

He is clearly breaking with President Bush. He says that the -- this urgency of Iraq is not there, that it could impede the war on terror, that the president has squandered all the goodwill that the country had after 9/11. The world is full of anxiety and he seems to be calling for a pause and reflection, and put this vote over on the resolution until after the election.

PRESS: I think clearly so. But he's also not just breaking with President Bush, Pat. I think he's breaking with the rest of the Democratic Party. So far, most of those, other than 18 brave members of Congress, the leadership of the party that have spoken out have all said, we have to do this and we're going to give the president what he wants.

John Harwood, does this mean Al Gore is back with his own platform, and basically telling the others, get out of the way, here I come?

HARWOOD: I don't know if he's saying that, but it's an important moment for two reasons. One is, he's providing an intellectual justification, more strongly than we've heard from any other Democrat -- that is, direct tradeoff between the war on terrorism and going into Iraq.

The second thing is, from Al Gore's point of view, this is going to send a surge of electricity through Democratic partisans, many of whom have been wondering about Democrats playing it safe in this debate. And by putting on the table this issue of political motivation, saying, I'm not raising it myself, others are raising it, it's become an issue, he has to deal with it -- this is really going to fire up Democrats around the country.

BUCHANAN: You know, also, there is a tremendous, I think, subrosa anti-war movement. Not demonstrations and all that, but a lot of tremendous skepticism -- among conservatives, I've talked to a bunch of them, why are we doing this. And I think Al Gore is going to tap into that entirely. He's just made himself the leader of that.

It is not a -- you know, he didn't say Saddam is a good fellow. He says, you know, in time we're going to have to deal with this thing. I think it is a very powerful, dramatic and effective speech. And I think he's taken this opportunity and he's really seized it, to make himself really the leader, intellectual leader, as you said, of this whole issue.

PRESS: John, one thing that struck me is, his starting point is -- and we heard him say, and he went back to it -- that the key thing he wanted to talk
Page 140
MSNBC September 23, 2002 Monday
about today is the relationship between the war on terror and the war on Iraq. And basically he's saying, if we go off in this direction, we're just going after an enemy that's easier to find, and we ought to continue to focus on al Qaeda. Isn't that what you read?

HARWOOD: Yes, it's a much safer place to have that argument. And he's really suggesting that the administration is turning in this direction, sort of out of frustration at their inability to get the top leadership of al Qaeda. It's not a bad argument.

BUCHANAN: The whole country is going to be talking about this tonight and tomorrow morning.

PRESS: John Harwood, political editor for the "Wall Street Journal," we'll continue to talk -- and Pat Buchanan, Bill Press, we'll continue to talk about the former vice president's speech, raisin serious questions about President Bush's plans for an invasion of Iraq. BUCHANAN & PRESS, America's news channel, MSNBC. We'll be right back.

(COMMERCIAL BREAK)

BUCHANAN: Welcome back to BUCHANAN AND PRESS. Our guest, John Harwood, political editor of "The Wall Street Journal." John, you've been listening, as

have we, on and off the air, to that speech. Is there any doubt in Harwood's mind that Al Gore is running for president of the United States stow now?

HARWOOD: I think it's a very good chance that he runs. I thought so going in. Even more so now.

PRESS: So the war against the war has begun?

HARWOOD: Well, the argument has begun and we'll see what happens. I still expect that Congress will end up passing a resolution somewhat along the lines of what the president wants. But this is likely to change the debate. Al Gore, more than any Democrat on Capitol Hill, has credibility, having served eight years as vice president, to make this argument.

PRESS: And certainly Vietnam. John Harwood, thanks so much for joining us.

BUCHANAN: Thanks.

PRESS: We're BUCHANAN & PRESS. We're going to take a break. Lots more coming up, including a live report from the U.N. on what we might expect, in terms of a resolution.

(COMMERCIAL BREAK)

BUCHANAN: Welcome back. Bill, an exciting day. That speech by Gore is going to be the talk of the town tonight and the talk of the nation tomorrow.

PRESS: All I can say, Pat, is, at last, a Democrat with backbone. Go, Al, go.

BUCHANAN: Now you're happier about Mr. Gore, aren't you?

Page 141

MSNBC September 23, 2002 Monday

PRESS: I'm feeling a lot better about him. Indeed I am. That's it for us today, folks. Thanks so much for joining us. We'll be back tomorrow, BUCHANAN & PRESS, at 2:00 p.m. Eastern. Meanwhile, our coverage continues right here on MSNBC, America's news channel, with Lester Holt.

**LOAD-DATE:** July 9, 2003

Page 142

22 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network Transcribed under license by FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). Formatting Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to Cable News Network. This transcript may not be copied or resold in any media.

CNN

**SHOW:** CNN SUNDAY MORNING 07:00
**September** 22, 2002 Sunday
Transcript # 092212CN.V46
**SECTION:** News; Domestic
**LENGTH:** 522 words
**HEADLINE:** Bush Administration Monitors Developments in Ramallah
**BYLINE:** Catherine Callaway, Suzanne Malveaux
**HIGHLIGHT:**
The Israeli siege on Yasser Arafat's compound in the West Bank town of Ramallah
has triggered a deadly reaction. Israeli soldiers got in a firefight with
Palestinian protesters. The Bush administration is closely monitoring the
developments in the region.
**BODY:**
CATHERINE CALLAWAY, CNN ANCHOR: The Israeli siege on Yasser Arafat's compound
in the West Bank town of Ramallah has triggered a deadly reaction. Israeli
soldiers got in a firefight with Palestinian protesters. For reaction to the
latest Middle East developments, we turn to White House correspondent Suzanne
Malveaux -- Suzanne.
SUZANNE MALVEAUX, CNN WHITE HOUSE CORRESPONDENT: Well, the White House is
keeping a close eye on these developments. Already we have seen Russia and
France come out publicly asking for the Israeli army to end the demolition of
Yasser Arafat's headquarters. Thousands of demonstrators have taken to the
streets.
Now, the Bush administration says, through a series of high-level phone calls
that have been going over the last 24 to 48 hours, they are quietly urging
Israel to exercise some restraint in this. The real concern among White House
aides is that again this throws the spotlight on Yasser Arafat. Again, makes
him the issue instead of the Middle East peace progress that has been going on

Page 143

CNN SUNDAY MORNING 07:00 September 22, 2002 Sunday

over the last six weeks, the relative calm in the area. Israeli officials have
been insisting that, no, they're going after terrorists, not Yasser Arafat, but
Palestinians seeing it a very different way, saying this is only inciting
violence.

(BEGIN VIDEO CLIP)

DANIEL AVALON, ISRAELI AMBASSADOR TO U.S.: Most people understand around the
world that he has betrayed the Palestinian cause and dreams and he is the one
who worst served their national interest. He cannot be managing a whole
apparatus of terror. He is really -- I would say directing a coalition of
terror.

(END VIDEO CLIP)

(BEGIN VIDEO CLIP)

**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REP. TO U.S.: Those are officials of
the Palestinian Authority. This whole thing about being terrorist is a
distortion of the facts. We never heard from Israel until yesterday that they
wanted any of those people. This is a pretense (ph) to humiliate Yasser Arafat
in the eyes of his people, by showing him handing his own officials to the
Israeli army.

(END VIDEO CLIP)

MALVEAUX: Now, the administration is really concerned that it is going to
undo much of the progress that has been made over the last two months, namely
the meeting that was held on Tuesday, the quartet, United States, United
Nations, European Union and Russia all coming up with a three-phased plan in the
three years for a Palestinian-Israeli states living side by side peacefully.
The administration keeping a close eye on this.

And of course, the other dimension to this, the other concern is that this is
taking the focus off of Iraq. Those other allies looking to this whole
situation seeming to blow up in the Middle East. They want those allies to
focus again on Iraq, on Saddam Hussein, to push through a tough U.N. resolution
calling for Saddam Hussein to comply to previous U.N. resolutions and to disarm
in Iraq -- Catherine.

CALLAWAY: All right, thank you. That's Suzanne Malveaux at the White House.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR
SECURE

ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

Page 144

23 of 111 DOCUMENTS

Content and Programming Copyright 2002 Fox News Network, Inc. ALL RIGHTS
RESERVED. Transcription Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal
Document Clearing House, Inc.), which takes sole responsibility for the accuracy
of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of
this material except for the user's personal or internal use and, in such case,
only one copy may be printed, nor shall user use any material for commercial
purposes or in any fashion that may infringe upon Fox News Network, Inc.'s and
FDCH e-Media, Inc.'s (f/k/a Federal Document Clearing House, Inc.) copyrights or
other proprietary rights or interests in the material. This is not a legal
transcript for purposes of litigation.

Fox News Network

**SHOW:** FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:00)
**September** 19, 2002 Thursday
Transcript # 091901cb.260
**SECTION:** News; International
**LENGTH:** 1446 words
**HEADLINE:** Interview With **Hasan Abdel Rahman**
**GUESTS: Hasan Abdel Rahman**
**BYLINE:** Greta Van Susteren, Greg Palkot
**BODY:**
GRETA VAN SUSTEREN, HOST: This is a Fox News alert. This is the scene live in
Ramallah, where Israeli tanks have surrounded Palestinian authority Yasser
Arafat's headquarters. They are demanding the surrender of about 20 Palestinians
the Israelis say are militants. So far, eight Palestinians have surrendered.
Witnesses say that both sides have exchanged gunfire. The latest word is that
Arafat has not been hurt in the shooting, but Palestinian officials say two
members of Arafat's security force were injured.
Good evening. I'm Greta Van Susteren, and this is ON THE RECORD. Another
deadly, bloody day in Israel. Fox News's Greg Palkot has this report.
(BEGIN VIDEOTAPE)
GREG PALKOT, FOX CORRESPONDENT (voice-over): Terror strikes in the heart of
Israel again, a busy neighborhood in Tel Aviv turned into a scene of death and
destruction today, a suicide bomber boarding a crowded bus at lunch hour,
setting off explosives and sending shrapnel flying, five Israelis and the bomber
killed, as many as 50 injured, nearly a dozen seriously. Those first at the
scene told us they had never seen anything like it.
YOSSI LANDAU, EMERGENCY WORKER: You couldn't see even bodies. You see only
pieces because it was a very, very powerful -- most probably was a powerful
Page 145
Fox News September 19, 2002
bomb.
PALKOT: In fact, terror has become commonplace in Israel. There was another
suicide bomb attack yesterday in northern Israel. But before that, there was a
six-week lull. Israeli officials, like defense minister Ben Eliezar, who toured
the scene today, say that tough security measures in the Palestinian territories
are the reason behind the recent pause.
MARK SOFER, ISRAELI GOVERNMENT SPOKESMAN: When will the Palestinian
leadership understand that this type of activity is getting them nowhere? They

just must crack down on these type of bestial creatures acting from within their
midst.
PALKOT: The Hamas group has claimed responsibility for the attack.
Palestinian authority has condemned it. The 87-year-old owner of this book shop
near the blast, who saw it all and has seen it all, says a political solution is
the only answer.
JACOB CHEN, EYEWITNESS: It is not going to stop unless they find a way to
stop it politically. So find a solution to the problem.
(END VIDEOTAPE)
PALKOT: And we could now be seeing the Israeli response to this attack,
Israeli tanks and troops entering the Ramallah West Bank compound of Palestinian
authority chairman Yasser Arafat. There was an exchange of gunfire. One
Palestinian was killed. The Israelis say they want extradited back to Israel 19
men in Arafat's headquarters they say are wanted for terrorism. So far, eight
have given themselves up.
In Tel Aviv, Greg Palkot, Fox News.
(END VIDEOTAPE)
VAN SUSTEREN: Joining us with the Palestinian perspective on today's events,
**Hasan Abdel Rahman,** chief Palestinian representative to the U.S.
Hello, Hasan.
**HASAN ABDEL RAHMAN,** PALESTINIAN REP. TO THE U.S.: Hi.
VAN SUSTEREN: Hasan, have you spoken to people over in...
RAHMAN: Yes, I did.
VAN SUSTEREN: What have they told you is going on today?
RAHMAN: Well, you know, the whole Palestinian, territories, the West Bank is
under total curfew. The Israeli army is closing on the compound of Yasser Arafat
using bulldozers to destroy the buildings and -- what's left of the buildings.
In Gaza, the Israeli Apache helicopters are shelling civilian targets, two
people killed, one woman and one retarded man. So it is more of Israeli criminal
behavior against the Palestinians in the West Bank and Gaza.
Page 146
Fox News September 19, 2002
VAN SUSTEREN: Hasan, is it ever, in your mind, justified to do suicide
bombing that hurts civilians?
RAHMAN: No. No justification for killing civilians, Palestinians or Israelis.
VAN SUSTEREN: Then why is it happening?
RAHMAN: Because the people are very, very angry. You know...
VAN SUSTEREN: Can't the Palestinian authority...
RAHMAN: ... for six weeks...
VAN SUSTEREN: ... control -- I mean...
RAHMAN: No, they can't.
VAN SUSTEREN: You think that -- so it's -- the public condemnation is the
best that you can do, of the Islamic Jihad and Hamas?
RAHMAN: You know, when you -- when Israel is involved in the destruction of
the very people who are supposed to be keeping peace and order, that's the
police force, when they are keeping the Palestinian population -- three million
and a half people -- under house arrest for months, depriving them of food,
medication, freedom of movement, when only in the last six weeks, no Israelis
killed but 75 Palestinians were massacred by the Israeli army. Most of them are
children and women. But that does not make...
VAN SUSTEREN: All right, we're...
RAHMAN: ... the news, obviously.
VAN SUSTEREN: Well, let me -- well, then, let me -- I mean, here's the thing
that I struggle with, is that two days ago, before this -- the bombing today and

the one yesterday, there was a Palestinian proposal for a truce...

RAHMAN: That's correct.

VAN SUSTEREN: ... that was rejected by the Israelis.

RAHMAN: Yes.

VAN SUSTEREN: And the reason they rejected it -- let me tell you -- I mean...

RAHMAN: Yes.

VAN SUSTEREN: ... for the benefit of our viewers, that what -- under the terms of the proposal, Arafat would call on Palestinians not to target Israeli civilians. First of all, it didn't -- I mean, that would -- that would enable them still to target Israeli soldiers, right? Just yes or no.

RAHMAN: But you know...

VAN SUSTEREN: Is that right? Is that right? Just yes or no.

Page 147

Fox News September 19, 2002

RAHMAN: Listen...

VAN SUSTEREN: Yes or no. I mean, just...

RAHMAN: I honestly don't know whether this would allow them to target civilians -- Israeli soldiers. But if Israeli soldiers are targeting Palestinian militants, as they say, then the Israeli soldiers...

VAN SUSTEREN: All right-

RAHMAN: ... can be -- listen, no army of occupation should be exempt from the resistance...

VAN SUSTEREN: All right, in terms of...

RAHMAN: ... of the population.

VAN SUSTEREN: Besides this...

RAHMAN: So are we talking about civilian population? Why the Israelis killing civilian Palestinians?

VAN SUSTEREN: Well, let -- let me ask you...

RAHMAN: They are targeting civilians.

VAN SUSTEREN: I will ask the ambassador...

RAHMAN: Yes!

VAN SUSTEREN: ... when he's on. He's going to be joining us in a second. But in terms of the truce -- the offer that was made by the Palestinians to the Israelis, explain to me if I'm wrong, but that the Palestinians consider that Israeli civilians living in settlement areas, for instance, are the same as Israeli soldiers. Right or wrong?

RAHMAN: Listen...

VAN SUSTEREN: So they could be targeted.

RAHMAN: I am not saying because the Palestinian authority is making an offer for a cease-fire -- the Israeli army has been targeting Palestinian civilians. It is easier to move from one stage to the other.

VAN SUSTEREN: But in order to have a truce, both of you have got to stop targeting...

RAHMAN: Of course!

VAN SUSTEREN: ... civilians and soldiers.

RAHMAN: But you know, when you have an army of occupation, the question has to be asked, why Israeli army is in the Palestinian territories?

Page 148

Fox News September 19, 2002

VAN SUSTEREN: But -- I saw you nod your head when, in that -- when in Greg Palkot's piece, when the many said, "We need a diplomatic solution"...

RAHMAN: Of course we (UNINTELLIGIBLE)

VAN SUSTEREN: We're not -- or a political solution. We're not going to get a political solution if people are blowing each other up.

RAHMAN: Well, you know, but you cannot have a political solution when you have tanks and soldiers controlling adult people's lives. And...

VAN SUSTEREN: But it's got to start someplace. I mean...

RAHMAN: Yes.

VAN SUSTEREN: ... we've got to stop having suicide bombings...

RAHMAN: Of course! Why -- it is -- you know, there was no suicide bombing for six weeks, and the Israeli army continued with its criminal behavior against the Palestinian population.

VAN SUSTEREN: All right.

RAHMAN: Why didn't the Israeli army stop? Why did it not move out?

VAN SUSTEREN: Hasan, thank you for joining us, as always. I appreciate it.

RAHMAN: Thank you.

ANNOUNCER: Up next: blood, body parts, more death and destruction, their citizens getting blown up in the street. Blood, body parts from Israel to Iraq, are the terrorists winning? Not if we have anything to say about it.

(BEGIN VIDEO CLIP)

DONALD RUMSFELD, DEFENSE SECRETARY: We should be just as concerned about the immediate threat from biological weapons. Iraq has these weapons. They're much simpler to deliver than nuclear weapons and even more readily transferred to terrorist networks who could allow Iraq to deliver them without Iraq's fingerprints on the attack.

(END VIDEO CLIP)

**LOAD-DATE:** July 10, 2003

Page 149

24 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** On the Record

**SHOW:** Fox News Live
**July** 23, 2002, Tuesday AM ET
**NETWORK:** Fox News Channel Cable Programming
**MEDIUM:** Cable
**LENGTH:** 114 words
**BODY:**
START: 06.21
Fox News Alert. Isreal has now confirmed that Salah Shehadeh was killed in the missile strike in the Gaza City. 10 others were also killed there in the attack. Israel has created a war crime against innocent Palestinian people.
Sound Bites - **Hasan Abdel Rahman,** Chief Palestinian US. Representative, says that there was no excuse for this attack on innocent people. Israel says this man was responsible for the deaths of hundreds of Israelis. He may have been responsible for the suicide bombings, and was condemned for this but that is not the point. This is a war crime that Ariel Sharon should be condemned for.
Visual - Scenes of injured people.
END: 09.17
**SEGMENT-ID:** 6
**PROGRAM-ID:** fnc09000723
**LOAD-DATE:** August 22, 2002

Page

Israel putting talks on hold Deseret News (Salt Lake City) July 14, 2002, Sunday

Copyright 2002 The Deseret News Publishing Co.
Deseret News (Salt Lake City)

July 14, 2002, Sunday

SECTION: WIRE; Pg. A04

LENGTH: 646 words

HEADLINE: Israel putting talks on hold

BYLINE: By Nicole Winfield Associated Press writer

BODY:

JERUSALEM -- Israeli officials postponed high-level talks with the Palestinians on Saturday, saying they needed more time to consult before discussing ways to improve the humanitarian situation in Palestinian areas.

Palestinian Cabinet Minister Saeb Erekat said the meeting Saturday night was to have covered political, economic and security issues -- a far broader agenda than in two rounds of talks last week, the first high-level meetings in months.

But an Israeli official said the meeting was only to have discussed improving humanitarian assistance to the Palestinians and finding a way to ensure that aid not be funneled toward attacks on Israelis.

Israel putting talks on hold Deseret News (Salt Lake City) July 14, 2002, Sunday

The official, speaking on condition of anonymity, said the meeting would be rescheduled after Prime Minister Ariel Sharon meets with Foreign Minister Shimon Peres and other key ministers, expected early this week.

Israel's Channel One television said the talks were scrapped because Sharon and the more moderate Peres disagreed on the terms.

The talks were launched in advance of a meeting planned for Tuesday in New York of the "Quartet" committee -- made up of the United States, Russia, European Union and United Nations -- which is trying to put an end to 21 months of fighting.

The group is to be joined Wednesday by the Jordanian and Egyptian foreign ministers.

At Egypt's invitation, Israeli Defense Minister Binyamin Ben-Eliezer planned to meet Monday with President Hosni Mubarak in the Egyptian port city of Alexandria, said Ben-Eliezer spokesman Yarden Vatikai.

The diplomatic activity came as Palestinian leader Yasser Arafat urged the United States to continue supporting his Palestinian Authority.

Arafat sent the Bush administration a letter outlining recent reforms and a 100-day program to implement them, said the PLO representative in Washington, Hassan Abdel Rahman.

In a telephone interview from Washington, Abdel Rahman said the new U.S. policy demanding a change of Palestinian leadership could produce more "tensions and aggression in the Palestinian territories."

In the West Bank on Saturday, Israeli forces detonated a car near the West Bank town of Qalqilya after finding four explosive devices inside, the army said. The passengers of the car, which had an Israeli license plate, had fled after Israeli soldiers fired warning shots.

In addition to the devices, three gas canisters containing flammable materials, and three canisters containing nails and sharp metal objects were found in the car, an army statement said.

Near the West Bank town of Jenin on Saturday, Israeli soldiers captured a Palestinian as he was on his way into Israel to carry out a suicide attack, the army said. The Palestinian, who was not immediately identified, had an explosives belt and weapons on him and shot at soldiers before he was caught, the army said.

Elsewhere in the West Bank, five Palestinians wanted by Israeli security forces were arrested north of Nablus, the army said. A sixth Palestinian suspected of plotting attacks was arrested in the same area.

And in east Jerusalem, Israeli police scuffled with a few dozen Palestinian and foreign demonstrators protesting the closure of the offices of Al Quds University's president and leading Palestinian moderate Sari Nusseibeh, the top PLO official in the city. One demonstrator was arrested.

Israeli police shut Nusseibeh's offices last week, saying the university was operating in violation of interim peace accords which ban Palestinian political activity in Jerusalem. The Palestinians want east Jerusalem as the capital of their future state.

Two mortar shells fell in the Jewish settlement of Kfar Darom in the Gaza Strip late Saturday, but no injuries were reported, the army said. Soon after three Israeli tanks entered a Palestinian controlled area nearby, firing machine guns. No injuries were immediately reported.

LOAD-DATE: July 14, 2002

Page

Page

**SHOW:** Early Today (4:30 AM ET) - CNBC
**June** 27, 2002 Thursday
**LENGTH:** 414 words
**HEADLINE:** Yasir Arafat saying he will seek re-election in January
**ANCHORS:** NANETTE HANSEN
**REPORTERS:** ANDREA MITCHELL
**BODY:**
NANETTE HANSEN, anchor:
Despite President Bush's call for a new Palestinian leader, Yasir Arafat says
he will seek re-election in January. This announcement comes as NBC News has
learned some of the details of a secret White House meeting which led to the
president's decision. NBC's Andrea Mitchell has more.
ANDREA MITCHELL reporting:
Israeli tanks bombarding PLO security headquarters in Hebron. NBC News has
learned the president decided Yasir Arafat had to be replaced after a secret
White House briefing last week from Israeli intelligence. Israel told the White
House Arafat had recently approved a $20,000 payment to a terror group, the
Al-Aqsa Brigade, the same group claiming responsibility for last Wednesday's
suicide bombing that killed seven people in Jerusalem. An Arafat aide denies
the charge.
Mr. **HASAN ABDEL RAHMAN** (Palestinian Representative To The United States): I
can say that Yasir Arafat did not and does not support suicide bombing.
MITCHELL: The US has not independently confirmed Israel's intelligence, but
it was enough to persuade the president Arafat had to go.
President GEORGE W. BUSH: I also made it plenty clear that if there's
leadership compromised by terror, we won't be on the path to peace.
MITCHELL: Senior Bush officials deliberately took an even harder line. They
signaled that Colin Powell will no longer even meet or talk to the Palestinian

leader. And one top official said there would be consequences if Arafat is re-elected, but a top Palestinian official says Arafat will run.

Mr. NABIL SHA'ATH (Palestinian Cabinet): My information is that he will run for elections again.

MITCHELL: Will isolating Arafat work? It could backfire against America...

Page 152

CNBC News Transcripts June 27, 2002 Thursday

Group: (In unison) Destroy George Bush. Destroy George Bush.

MITCHELL: ...and even prop up Arafat.

Mr. JAMES STEINBERG (The Brookings Institution): I think the danger here is that it looks like it's being imposed by the United States rather than coming from the ground up among Palestinians who themselves want a change.

MITCHELL: Having called for free elections, the administration cannot answer what it will do if Arafat ends up winning. Andrea Mitchell, NBC News at the State Department.

HANSEN: Just ahead on EARLY TODAY, an update of this morning's top stories for you.

Plus, big changes for the biggest tests most high schoolers ever take; the SATs are under revision.

And conjoined twins who've come to America hoping for a miracle.

**LOAD-DATE:** June 27, 2002

Page 153

27 of 111 DOCUMENTS

Copyright 2002 National Broadcasting Co. Inc.

NBC News Transcripts

**SHOW:** NBC Nightly News (6:30 PM ET) - NBC
**June** 26, 2002 Wednesday
**LENGTH:** 391 words
**HEADLINE:** Despite Bush's desires, Arafat says he's not taking orders from White House
**ANCHORS:** TOM BROKAW
**REPORTERS:** ANDREA MITCHELL
**BODY:**
TOM BROKAW, anchor:
NBC News IN DEPTH tonight. The US vs. a defiant Yasser Arafat. NBC News has learned details of a secret meeting that apparently convinced President Bush to say that Arafat has to go, without quite naming him. But Arafat today made it quite clear he is not taking orders from the White House. NBC's chief foreign affai--fa--foreign affairs correspondent is Andrea Mitchell, now IN DEPTH.
ANDREA MITCHELL reporting:
Israeli tanks today bombarding PLO security headquarters in Hebron. NBC News has learned the president decided Yasser Arafat had to be replaced after a secret White House briefing last week from Israeli intelligence. Israel told the White House Arafat had recently approved a $20,000 payment to a terror group, the Al Aqsa Brigade, the same group claiming responsibility for last Wednesday's suicide bombing that killed seven people in Jerusalem. An Arafat aide denies the charge.
Mr. **HASAN ABDEL RAHMAN** (Palestinian Representative to the US): I can say that Yasser Arafat did not and does not support suicide bombing.
MITCHELL: The US has not independently confirmed Israel's intelligence, but it was enough to persuade the president Arafat had to go.
President GEORGE W. BUSH: I also made it plenty clear that if there's leadership compromised by terror, we won't be on the path to peace.
MITCHELL: Today, senior Bush officials deliberately took an even harder line. They signalled that Colin Powell will no longer even meet or talk to the Palestinian leader. And one top official said there would be consequences if Arafat is re-elected. But a top Palestinian official says tonight Arafat will run.
Mr. NABIL SHA'ATH (Palestinian Cabinet): My information is that he will run
Page 154
NBC News Transcripts June 26, 2002 Wednesday

for elections again.

MITCHELL: Will isolating Arafat work? It could backfire against America...

Crowd: (In Unison) Destroy Jack Bush. Destroy Jack Bush.

MITCHELL: ...and even prop up Arafat.

Mr. JAMES STEINBERG (The Brookings Institution): I think the danger here is that it looks like it's being imposed by the United States rather than coming from the ground up among Palestinians who themselves want a change.

MITCHELL: Having called for free elections, the administration cannot answer what it will do if Arafat ends up winning. Andrea Mitchell, NBC News at the State Department.

**LOAD-DATE:** June 27, 2002

Page 155

28 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** Fox News Live

**June** 25, 2002, Tuesday 9:00

AM ET

**NETWORK:** Fox News Channel Cable Programming

**MEDIUM:** Cable

**LENGTH:** 52 words

**BODY:**

START: 16.00

Teased Segment - Bush's Vision. Pres Bush has a plan for peace in the Mideast.

Studio Interview - **Hasan Abdel Rahman,** Palestinian Rep to US, says the speech is very important, but it's not all they wanted.

Visual - Arafat. Rahman says we're committed to having elections.

END: 19.24

**SEGMENT-ID:** 11

**PROGRAM-ID:** fnc09000625

**LOAD-DATE:** July 25, 2002

Page 156

29 of 111 DOCUMENTS

Copyright 2002 National Public Radio (R). All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to National Public Radio. This transcript may not be reproduced in whole or in part without prior written permission. For further information, please contact NPR's Permissions Coordinator at (202) 513-2000.

National Public Radio (NPR)

**SHOW:** All Things Considered (9:00 PM ET) - NPR
**June** 24, 2002 Monday
**LENGTH:** 431 words
**HEADLINE: Hasan Abdel Rahman** discusses his thoughts on President Bush's Mideast policy speech
**ANCHORS:** ROBERT SIEGEL
**BODY:**
ROBERT SIEGEL, host:
**Hasan Abdel Rahman** is the chief representative to the United States for the Palestinian Authority. He's in Washington, and joins us by phone.
**Hasan Abdel Rahman,** President Bush is saying the Palestinian leadership should step down. But a statement issued on behalf of Yasser Arafat called this a 'serious contribution to pushing the peace process forward.' Is the Palestinian Authority actually pleased with his speech?
Mr. **HASAN ABDEL RAHMAN** (Palestinian Authority Representative): Well, what we are saying is the president started out by saying that the situation under which the Palestinian people live is untenable. In other words, that occupation must come to an end.
As far as the Palestinian leadership is concerned, we are committed to a free, democratic and open elections, and whoever is elected will be the government of the Palestinian people. And he also called on Israel to cease the stealing of Palestinian land and building Jewish settlements on Palestinian territory.
SIEGEL: But on the point of settlements, the way I heard the president, he was saying that if progress is shown by the Palestinian Authority on security and reforms, then Israel should stop work on the settlements. Even that didn't seem very burdensome on Israel.
Mr. RAHMAN: No, I don't think that's what we understood him saying. I think he challenged Israel to withdraw to the lines of September 28, 2000. In other words, that Israel must withdraw the Israeli troops from all the villages and towns that Israel occupies. And, second, that Israel must cease its building of settlements, because I know that the president knows that if you have the whole West Bank and Gaza under military occupation, there can be no election and there Page 157
National Public Radio (NPR) June 24, 2002 Monday
can be no stability.
SIEGEL: Yeah, I do think he said in terms of withdrawal to the lines of September 2000...
Mr. RAHMAN: Yeah.
SIEGEL: ...that, that would be in response to actions on security. But it sounds as though you are finding a silver lining in what sounded fairly cloudy for the Palestinian Authority on this.
Mr. RAHMAN: No, I'm only interpreting logically what he said. This is an important speech, we need to elaborate on many of the points in the speech, but

the president put his hand on the important issue, and that is occupation is untenable.

SIEGEL: **Hasan Abdel Rahman,** thank you very much for talking with us today.

Mr. RAHMAN: Thank you.

SIEGEL: **Hasan Abdel Rahman** is the chief representative to the United States of the Palestinian Authority. He spoke to us from Washington.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday



43 of 512 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved

CNN

SHOW: CNN CROSSFIRE 19:00

June 24, 2002 Monday

Transcript # 062400CN.V20

SECTION: News; International

LENGTH: 7242 words

HEADLINE: How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses?

GUESTS: Hassan Abdel Rahman, Robert Wexler, John Timoney, Christopher Byron, Dennis Kneale

BYLINE: Robert Novak, Dee Dee Myers, Connie Chung

HIGHLIGHT:
How will the Mideast respond to the speech Bush made today? Then, how can the crime rate be lowered, as the FBI concentrate on stopping terrorism? Finally, as her stock falls like a souffle, has Martha become a poster girl for CEO excesses?

BODY:
    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

    ANNOUNCER: CROSSFIRE.  On the left: James Carville and Paul Begala.  On the right: Robert Novak and Tucker Carlson.

    In the CROSSFIRE tonight: All he is saying is give peace a chance.

    (BEGIN VIDEO CLIP)

    GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: My vision is two states living side by side in peace.

    (END VIDEO CLIP)

    ANNOUNCER: Tonight: Will anybody listen?

    The crime rate is up.  And with the FBI chasing terrorists, who's going to catch the rest of the crooks?

    Her stock is like a fallen souffle.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: The vast majority of people who know the brand are consumers, not investors.

(END VIDEO CLIP)

ANNOUNCER: Why are do-gooders making Martha Stewart a poster girl for CEO excesses?

Ahead on CROSSFIRE.

From the George Washington University, sitting in on the left, Dee Dee Myers. And on the right, Robert Novak.

ROBERT NOVAK, CO-HOST: Welcome to CROSSFIRE.

Tonight, crime goes up and the fingers are pointing. Also, why are so many people picking on poor Martha Stewart?

But first, President Bush today came out in favor of a Palestinian state. But he conditioned it on several big ifs. The U.S. will back a Palestinian state if they renounce terrorism, if they adopt a constitution, a real parliament, a real course (ph), and perhaps the biggest if of all, if the Palestinians get rid of Yasser Arafat.

Is the Bush peace plan a realistic vision for the future, or mission impossible?

In the CROSSFIRE tonight, Democratic Congressman Robert Wexler of Florida, and Hassan Abdel Rahman, the chief PLO representative for the United States -- Dee Dee.

DEE DEE MYERS, CO-HOST: Well, I assume everybody saw the president's speech today. And let's take a look at one of the most important bites, I think the lead news bite from that speech right up there.

(BEGIN VIDEO CLIP)

BUSH: Peace requires a new and different Palestinian leadership, so that a Palestinian state can be born. I call on the Palestinian people to elect new leaders.

(END VIDEO CLIP)

MYERS: There it is Mr. Rahman, Yasser Arafat has to go. That's basically what the president said. It's the way it's being interpreted by the White House, by the Congress, by the media, by the Israelis.

How do Palestinian feel about that?

HASSAN ABDEL RAHMAN, CHIEF PLO REPRESENTATIVE TO U.S.: (UNINTELLIGIBLE) President Bush, he did not mention Yasser Arafat once.

MYERS: But that's what he meant.

RAHMAN: I don't know whether -- he could have said it...

MYERS: The White House is basically saying that's what he meant.

RAHMAN: What he is saying, that the Palestinians should have free democratic and open elections, and we are committed to that. We want a democratic election. I assume that President Bush will not also want to decide the outcome of those elections before they are conducted.

MYERS: But it sounds very much like if there were an election and Yasser Arafat, who's already been once elected by the Palestinian people, was to be elected again, that the United States would not do business with him.

RAHMAN: I don't know. I didn't hear President Bush saying that. We are committed to a democratic process. But President Bush was very clear about the situation of the Palestinian people and their occupation. He said it is untenable, it should end; and I believe that's what we need to focus on today.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

NOVAK: Congressman Wexler, you and many -- and your many colleagues on Capitol Hill who, like you, are unconditional supporters of Israel were very worried about this speech because you were afraid that the president was going to take a even-handed position.

Now I think you're absolutely delighted because he has set up so many hoops that Mr. Rahman's Palestinians have to jump through. They have to do this, they have to do that, they have to elect somebody other than Yasser Arafat. And I don't know if they'll do that; that it's very unlikely that even in your long congressional career, you're going to see a Palestinian state if those requirements hold. Isn't that correct?

REP. ROBERT WEXLER (D), FLORIDA: No, I hope not. I hope that what President Bush has done is he has presented a bold plan. He has laid out the case for why the Palestinian people deserve a state, but he's also laid out the case what they need to do in order to get it. And he has said unequivocally, you're not Palestinian people, going to get your state by the use of terrorism. You will get it by electing a leadership that is not tied to terrorism, a leadership that...

NOVAK: That means not Arafat.

WEXLER: That's right.

A leadership that is not -- that has a market economy so we can have a vibrant financial situation, a new constitution, a state the whole world can embrace. And I hope that what that means is a Palestinian state shorter rather than longer, but a demilitarized state, one that can be trusted.

NOVAK: Congressman, the Israeli position, which the president has embraced, is that you can't have a Palestinian state until terrorism ends. The people who are the terrorists are Hamas and other groups.

Hamas put out a statement today saying they're going to accelerate the suicide bombings. So that's a catch-22 that President Bush has bought into. He is saying that we can't have a state until they end terrorism, but the terrorists, the Hamas, they don't want a Palestinian state. They want the destruction of Israel, so they'll continue the terrorism. Isn't that correct?

WEXLER: Oh, Hamas definitely does want the destruction...

NOVAK: So how do you...

WEXLER: ... of Israel.

NOVAK: ... how do you stop...

WEXLER: The problem is that in the last 18 months it hasn't been just Hamas that has committed terrorist acts...

NOVAK: But what do you do about Hamas?

WEXLER: ... but it's also been al Aqsa Brigade. It's been the security forces of Arafat himself. Mr. Arafat has been indicted in the conspiracy of terrorism.

NOVAK: How do you stop Hamas?

(CROSSTALK)

WEXLER: The issue -- the issue is not just Hamas. The issue is the Palestinian Authority.

(CROSSTALK)

WEXLER: I'll tell you how you stop Hamas, Bob. You have a Palestinian Authority who's willing to take control of its own people and its own land. And until they do, that's what the Israelis have to do, and that's what President Bush recognized today, that Chairman Arafat can't be complicit with Hamas.

MYERS: Well, it's not ending terrorism, although I see that as a huge precondition. All of it is precondition on steps by the Palestinian people. This is not a parallel process the president outlined today.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

It's a first-things-first process, which is that the Palestinians confront terror, stop terror, confront corruption, build new institutions, new security arrangements, then we'll move forward with the provisional -- interim state.

RAHMAN: You know, with all due respect to President Bush and what he said, the problem is the Israeli occupation of the Palestinian territories.  You have...

MYERS: But that's not going to end until after...

(CROSSTALK)

RAHMAN: But this has been going on for 36 years, before even President Bush became governor of Texas.  He cannot come today to tell the Palestinian people what to do only without having to deal with a situation that has kept the Palestinian people for 36 years and the occupation and the Israeli official terrorism conducted by the Israeli army.

(CROSSTALK)

RAHMAN: I am listening to the congressman speaking about what the Palestinians need to do. But he's not talking about the hundreds of thousands of Jewish settlers who moved illegally into the Palestinian territories, where they were paid for by taxpayers' money that the congressman voted for in the Congress.

He needs to do things regardless of what President Bush say or he does not say.  There is a situation on the ground there that is grinding the Palestinian people, that is destroying the Palestinian people.  If they...

(CROSSTALK)

RAHMAN: ... were concerned about the Palestinian situation, why Israel would destroy the roads, the telephone system, the electricity, the schools?

(CROSSTALK)

WEXLER: The president was very clear in saying that there had to be stopped...

(CROSSTALK)

RAHMAN: Regardless of what the president...

(CROSSTALK)

WEXLER: ... there had to be...

RAHMAN: ... said I want your opinion, not the president's opinion.

WEXLER: Yes, the president was very clear in saying that Israeli settlements had to stop.  I agree with the president.

RAHMAN: OK.

(CROSSTALK)

RAHMAN: Are you going to vote in Congress against Jewish settlements in the Palestinian territories?

WEXLER: And what needs...

RAHMAN: Are you going to vote for that?

WEXLER: ... what...

(CROSSTALK)

WEXLER: That is American law that I support.

(CROSSTALK)

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

WEXLER: That is American law and I support it.

RAHMAN: I'm asking you, are you going to...

(CROSSTALK)

WEXLER: The issue is...

(CROSSTALK)

WEXLER: Mr. Rahman...

(CROSSTALK)

RAHMAN: Are you going to vote...

(CROSSTALK)

WEXLER: You asked -- you talked about the so-called occupation. The Israelis would like nothing more...

(CROSSTALK)

WEXLER: ... they would like...

(CROSSTALK)

WEXLER: ... they would like nothing more -- it's not an occupation when you removed yourself from it and you had to go back.

(CROSSTALK)

WEXLER: Why?

RAHMAN: No...

(CROSSTALK)

WEXLER: Because there was...

(CROSSTALK)

WEXLER: ... there was intense suicide...

(CROSSTALK)

WEXLER: ... attacks.

(CROSSTALK)

NOVAK: All right, all right, all right, let's calm down for a minute.

WEXLER: Yes.

NOVAK: Let's put up on the screen exactly what President Bush said as his condition on the Israelis. Let's listen.

(BEGIN VIDEO CLIP)

BUSH: As we make progress toward security, Israel forces need to withdraw fully to positions they held prior to September 28, 2000 and, consistent with the recommendations of the Mitchell Committee, Israeli settlement activities in the occupied territories must stop.

(END VIDEO CLIP)

NOVAK: Now Congressman Wexler, to have peace, wouldn't it be advisable -- I assume since you're supporting the president's position, you support what he said.

WEXLER: Yes.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

NOVAK: Wouldn't it be a good idea that the Israeli forces withdraw now to those positions and that they stop the settlements now so that you have a certain balance, the demands being put on both sides are equal.

They get rid of Arafat. They demand a new system, and here you have Sharon moving back. Why not do both? Why not have it simultaneous?

WEXLER: Bob, have you forgotten what happened last week? Have you forgotten all the children driving to school to only have their bus blown up? The Israelis reoccupied certain towns because the terrorism, the suicide bombings did not stop.

As soon as they stop -- as soon as the Palestinians reform their leadership, the Israelis will withdraw as the president stated today to those guidelines, and the president is being entirely reasonable. But to ask the Israelis to unilaterally put up their hands, which they have done many times and expect the nonexistent Yasser Arafat to stop terrorism, how many more Israelis have to die?

(CROSSTALK)

NOVAK: You have always struck me as a liberal humanitarian person. I'd like to get your reaction -- I know what your reaction is to the murder of Israeli children by these killers. What was your reaction to the murder of Palestinian children by the Israeli defense force a few hours after a Palestinian gunman killed an equal number of Israeli children?

WEXLER: It is horrifying when any civilians lose their life, any innocent civilians, whether they be Israelis, Palestinians or anyone else.

But there's a huge difference. The Palestinian suicide bomber purposely attacks civilians, purposely attacks children. The Israeli army does not purposely attack civilians.

(CROSSTALK)

WEXLER: A mistake was made...

(CROSSTALK)

WEXLER: Did the Israeli army say they made a mistake...

RAHMAN: Let me respond to that.

WEXLER: ... yes or no?

RAHMAN: Let me respond...

NOVAK: Go ahead.

RAHMAN: You have 450 Palestinian children school-age were killed by the Israeli army. Is this an accident? You have 3,000 Palestinian men and women killed. Is this an accident? You use Apache helicopter...

(CROSSTALK)

RAHMAN: Is this an accident? Come on congressman.

(CROSSTALK)

WEXLER: Are we, the United States...

(CROSSTALK)

RAHMAN: Let's be serious...

WEXLER: That's right...

RAHMAN: ... and let's have equality between the Palestinian life and the Israeli life.

WEXLER: And there -- and there is.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

RAHMAN: Don't make Israeli life...

WEXLER: Yes.

RAHMAN: ... worth more than Palestinian life...

WEXLER: And I would never...

RAHMAN: ... because then you lose...

MYERS: Mr. Rahman...

(CROSSTALK)

RAHMAN: ... the moral ground in which you are standing.

(CROSSTALK)

WEXLER: Agreed...

(CROSSTALK)

MYERS: But that's a good question...

(CROSSTALK)

MYERS: But the moral ground, what is the Palestinian Authority doing, and what have they done to end terrorism?  As the congressman pointed out...

RAHMAN: We are trying...

MYERS: ... the bombing has not stopped.

RAHMAN: ... our best, but we can...

MYERS: It's not good enough.

RAHMAN: ... not -- we cannot do much when our country is occupied, when the Israeli army is in control.

You know there are 50,000 Israeli soldiers today in the West Bank and Gaza.  There are hundreds of tanks...

MYERS: But what...

RAHMAN: ... and Israel -- and with all this army cannot protect Jerusalem.  You want Yasser Arafat, who is in prison in Ramallah, to protect Jerusalem for Israel.

Come on, let's be serious.

(CROSSTALK)

WEXLER: And just days ago...

(CROSSTALK)

RAHMAN: Let's be serious.

MYERS: We want him to take some action.

RAHMAN: He puts people in prison.  He -- but when his people are all in prison, when Yasser Arafat cannot leave his compound, he cannot...

MYERS: He didn't...

RAHMAN: ... save Tel Aviv.

(CROSSTALK)

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

RAHMAN: Tel Aviv can be saved when the Israelis move their troops and their settlers out of Palestinian territories.

(CROSSTALK)

WEXLER: And just -- and just days ago the Israelis found yet more suicide belts with explosives not out in the street, but in...

RAHMAN: And I assure you...

WEXLER: ... Yasser Arafat's offices.

RAHMAN: ... there will be more.  I assure you...

WEXLER: In his offices...

RAHMAN: ... there will be more.  If is continues its brutality against the Palestinians, you will have more.

WEXLER: So you're justifying...

RAHMAN: Because Israel...

WEXLER: ... suicide bombing.

RAHMAN: ... not justifying.  Israel, through its brutality, is creating anger and hostility from the Palestinians.

NOVAK: One more -- I have one...

RAHMAN: Come on.

NOVAK: ... more question.

WEXLER: Bob, you talk about people that are unfortunately killed in a military conquest.  We, the United States...

(CROSSTALK)

WEXLER: ... have every -- have every right to be in Afghanistan. Does that mean that every person who died in Afghanistan is a result of...

(CROSSTALK)

RAHMAN: There's a difference between Afghanistan and the West Bank.

NOVAK: I think you...

RAHMAN: America is not building American settlements in Afghanistan and is not stealing Afghani land, and it is not occupying Afghanistan.  Taliban was conducting an act of aggression against the United States.  Israel is occupying Palestinian territory.

WEXLER: And why did they occupy...

(CROSSTALK)

WEXLER: ... in '67?

(CROSSTALK)

WEXLER: Was Israel attacked in '67?

(CROSSTALK)

RAHMAN: By whom, by the Palestinians?

(CROSSTALK)

RAHMAN: Come on, let's not...

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

WEXLER: By actually several Arab countries.

(CROSSTALK)

RAHMAN: The country that attacked you made peace with, Egypt and Jordan.  What are you talking about?

(CROSSTALK)

NOVAK: We're out of time.

RAHMAN: Let's not turn history upside down.  Be honest to history.

WEXLER: Yes.

MYERS: All right...

(CROSSTALK)

WEXLER: You have an opportunity Mr. Rahman...

(CROSSTALK)

MYERS: ... we're -- that this debate is going on long beyond the segment, but we are out of time.  Thank you both for being with us.

Next in the CROSSFIRE, why are the bad guys winning?  We'll look at why the crime rate is up for the first time in a decade.

Later, Martha Stewart's recipe for trouble, or at least a lot about bad publicity.

And you don't have to wait until 8:00 for Connie Chung.  We'll welcome her to CROSSFIRE, and she'll tell us about her first guest in just a little bit.

(COMMERCIAL BREAK)

MYERS: Welcome back to CROSSFIRE.  CNN's Connie Chung will be joining us before the half hour.

But first, crime takes a bite out of us. The FBI reports the nation's overall crime rate is up for the first time in a decade, led by jumps in murder, robbery, burglary and car theft.  More bad news: It isn't just in the big cities; crime is up in the suburbs too.

To help us finger the culprit, please welcome Philadelphia Police Commissioner John Timoney to the CROSSFIRE.  He's now CEO of Beau Dietl & Associates.  He joins us from New York -- welcome.

JOHN TIMONEY, FORMER PHILADELPHIA POLICE COMMISSIONER: Good evening Dee Dee.  How are you?

MYERS: Good.

NOVAK: First, Mr. Timoney is the former police commissioner of Philadelphia.

TIMONEY: That's right.

NOVAK: Glad to have you with us, commissioner.  Commissioner, it is not -- it doesn't take a great investigator or a detective to find out why the crime rate is up.  Crime rates always go up in recession, don't they?

TIMONEY: That's true.  But the question is: Did it necessarily have to go up last year?  If you look, if that was the case, it would go up evenly across the board, and it didn't.

For example, it went over -- in the three regions, the South, the West and the Midwest -- it went up.  But the northeast driven largely by New York, Philadelphia and Baltimore, the crime went down, including the violent crime.

NOVAK: Why is that?

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

TIMONEY: Well I think, you know, there's a thing called the comp-stop (ph) process, where commanders are brought in on a weekly basis.  It was something we instituted in 1994 in New York.  It's since been instituted by me in Philadelphia and by Eddie Norris in Baltimore, where these weekly meetings are held and they go on for three or four or five hours where commanders are grilled.  They're held accountable for the crime in the area, and it's a day-to-day focus, hour-to-hour focus on crime.

And in those cities -- now look at New York, this is nine years in a row it's going down, while other cities saw it go down.  For example, Los Angeles in the last three years has been up for a whole variety of reasons.

MYERS: Now when -- to get political, what you always do here on CROSSFIRE, when Bill Clinton was president, he instituted...

TIMONEY: Right.

MYERS: ... a program to put 100,000 new police officers...

TIMONEY: Right.

MYERS: ... on the street and surprise, surprise, crime went down. Now the Bush administration wants to cut funding for that program by some 80 percent.  Won't that just make things worse?

TIMONEY: Well, there's a few things that'll make it worse.  That will, I think, in the long run.  But there's also the issue of terrorism.

The FBI is now getting out of the game of bank robberies, the drug interdictions, gunplay.  All that where the feds step out, the locals have got to pick up that in addition to picking up their responsibilities with terrorism.

And so, for example, I know in New York and Philadelphia, the big cities particularly on the East Coast, quite literally hundreds of police officers are being diverted away from regular patrol to deal with the issue of terrorism at central locations, signature buildings, a whole host of things.

MYERS: So what do you need?  I mean, what is it going to take to bring the crime rate back down, at least start it moving back in the...

TIMONEY: Yes.

MYERS: ... right direction?

TIMONEY: Well I think you need more...

MYERS: ... from the federal government?

TIMONEY: ... police officers.  You do need help from the federal government.  You know, I've said from day one, I testified before Congress about six or seven months ago that if you view local police as the first line of the homeland defense, that they need additional resources.  They need more money to hire more police officers, more training, more equipment and things of that nature.

And so myself and the 52 other major city chiefs argued before Congress for additional money, and now we have a situation where some of it may be actually cut back.  And I think right now that's short-sighted.

NOVAK: I was disappointed that, commissioner, that Dee Dee brought up something from her old boss Bill Clinton, of course...

MYERS: ... shocked.

NOVAK: ... of course, 100,000 cops were not put on the streets.

TIMONEY: Yes.

NOVAK: But this was supposed to be a temporary program to tide over a certain period.  You can't...

TIMONEY: Right.

Page

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

NOVAK: ... say that the increase in crime is due to discontinuing a program into the future that...

(CROSSTALK)

NOVAK: Go ahead.

TIMONEY: Right. You're absolutely right.

No, I was talking about is under horizon. There were some dark clouds on the horizon. So, for example, if you look at New York City, two years ago, a year-and-a-half ago, it had over 40,000 police officers.

I just looked at the numbers today. It's under 37,000 and dropping. Not only have they not hired, but they're having a difficult time getting people to come into the police service, not just New York, Philadelphia, Los Angeles, major cities across America because they don't pay police officers enough salaries, are having a real difficult time recruiting.

NOVAK: Isn't that really a local problem, though? I mean, police has always been local in the whole 200-year history of this -- of this program, this little tiny...

TIMONEY: Right.

NOVAK: ... amount that we're talking about by the federal government is a drop in the bucket. This is something that the local citizens are going to have to say...

TIMONEY: Right.

NOVAK: ... do we want to have policing or do we not?

TIMONEY: Right. And you're right, it is a local program. But even a guy you may have admired, I'm not sure, Richard Nixon, was probably the best president for law enforcement.

He created the LEAP (ph) program that sent people like myself through college where the federal government paid the college expenses. It was like the GI bill.

NOVAK: I have to -- I have to disillusion you, I'm not a Nixon...

TIMONEY: OK...

MYERS: Not now anyway. But you know -- but commissioner, I find it interesting that in the -- in the wake of 9/11, where a lot of police officers lost their lives, who were injured, and certainly the ones that were working -- worked many, many hours, but focused around the southern end of Manhattan -- and yet crime went down. There had to be less patrolling, longer response times to crimes in other parts of the city.

What happened? How did New York's crime rate go down under those horrible circumstances?

TIMONEY: I think a variety of reasons. I also think the city, if you'd been here at the time, was really in shock, from coming out, and so there was -- there was a bit of a lull, if you will, in a crime decline the first two or three weeks, but it quickly picked up the latter part of 2001.

As a result, they wound up redeploying additional officers back out to the neighborhoods. And by the way, there was an awful lot of overtime spent augmenting those patrols.

NOVAK: Commissioner...

TIMONEY: Yes.

NOVAK: ... there has been a lot of complaints by local police authorities for a long time that the FBI did not share information. They were the imperialists in Washington, and not dealing with the peasants.

Since 9/11, has that changed?

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

TIMONEY: Yes, I think you and I had this discussion shortly after 9/11.  And I think -- I think it really has changed.  They're trying their best.  I know Bob Mueller -- I've met with him on numerous occasions.  He's a serious man trying to do the right thing.

But you know, it's a cultural thing.  Not just the feds, but even local law enforcement. There's always a resistance to share information. You get these turf battles. But you know, after 9/11, all those -- all those things should have gone out the window and put the egos aside, leave them at the door, and share information.

But it really is -- it's still an extraordinary hurdle even though they've made progress.

MYERS: What can local law enforcement officials do to cooperate better with the FBI?  As you point out, the breach exists on both sides. Everyone is pointing their fingers at the FBI in this climate, but local law enforcement can do more too, right?

TIMONEY: They probably can, but you know, Ray Kelly (ph) has beefed up a whole intelligence division within the NYPD, bringing in former high-ranking officials from the CIA, General LaBooty (ph) from the Marine Corps. And so he's kind of committed in New York to getting that intelligence and sharing it with the FBI, the CIA and people like that.

However, there's still -- there's still a long way to go.  I can guarantee you the system isn't fixed yet, and you know, everybody needs a good kick in the rump to get their act together.

NOVAK: We don't have much time, and I want to ask you something about one...

TIMONEY: Yes.

NOVAK: ... federal program that I do like, and that is the Police Corps. It's a very...

TIMONEY: Yes.

NOVAK: ... small program.  They just have a horrible time getting a little money to establish scholarships for people in college.

Do you favor the Police Corps?

TIMONEY: Oh absolutely. It's been a successful program. People like Ray Kelly (ph) came out of the Police Corps. I came out of a variation of that.  But it's a great program, particularly in helping to recruit young minorities...

NOVAK: We're out -- we're out of time.

Commissioner, thank you very much.

TIMONEY: Bob, good seeing you. Dee Dee, thank you.

MYERS: Thank you...

NOVAK: Next, CNN's Connie Chung joins us with an update of the headlines.  She will tell us about the new name that has surfaced in the search for the missing Utah girl.

And in our political news alert, the real reason why Gary Condit's congressional staffers are so loyal to him.

(COMMERCIAL BREAK)

CONNIE CHUNG, CNN ANCHOR: Dee Dee and Bob, it's good to be joining you.

NOVAK: We're happy to have you with CNN, Connie.  We have known each other -- I won't say how many years.

CHUNG: You know what?  I think we should reveal this.  It's something like, I'm guessing, 35 years.  What do you think?

NOVAK: It was 1969.  So it's 33.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

CHUNG: Thirty-three?

NOVAK: Thirty-three years.

CHUNG: All right.

NOVAK: Connie, I understand you have the most beloved losers in America, the U.S. soccer team you're going to talk to. Is that right?

CHUNG: Exactly. Yes, yes. We're going to have a couple of them on and, of course, the coach.

Go ahead?

MYERS: I was just going to say congratulations, Connie. I thought you were done, I didn't mean to interrupt.

But you also have comedian Jon Stewart, who is going to do his take on the anchor wars. Don't you feel like you're kind of going to be in the middle of the routine? That's a dangerous place to start your new show.

CHUNG: I couldn't agree with you more. I have no idea of what he's going to say, you know, because he doesn't want us to pre- interview him. He just comes on, and it's a free for all.

Just like your program, Bob.

NOVAK: Congratulations, Connie, and we look forward to a long association with CNN. Thank you.

MYERS: Break a leg, Connie.

CHUNG: Thank you, Dee Dee.

NOVAK: OK, Next in the "CROSSFIRE Political Alert." An update on the University of Arkansas' Bill Clinton class. Guess what? You don't even have to be in Arkansas to take it.

And later, Martha Stewart and sour grapes.

(COMMERCIAL BREAK)

NOVAK: Now, it's time for those unusual and interesting political stories that you might not find anywhere but in our "CROSSFIRE Political Alert."

Ever wonder why Congressman Gary Condit's aides have been so loyal to him, despite their boss' sleazy behavior? The "Roll Call" newspaper went to the congressional payroll records and found out.

Condit's highest paid staffer, chief of staff Michael Lynch, earned $102,000 in 1999. This year he's on track for $138,000, just $7,000 less than Condit makes. Administrative assistant Mike Dayton's annual pay went from $82,000 in 1999 to $137,000 this year. Remember, Dayton was with Condit when he dumped in a North Virginia trash can a watch case containing a gift for the congressman's former female friend.

And then there's Jackie Mullen, who went to bat for Condit on "LARRY KING LIVE." Went from $43,000 to $105,000 in four years, making her one of the highest-paid secretaries on Capitol Hill.

If you want loyalty, the Condit aides will be available in a few months. But you may have to pay dearly for it.

MYERS: And they say you can't buy me love.

It looks like Senator Hillary Rodham Clinton will easily beat her husband to the book store. The "New York Times" reports the senator is making good progress on her $8 million memoir, such good progress that it's tentatively scheduled for publication in the late spring or early summer -- or early fall of next year.

Mrs. Clinton assembled a staff that includes a coordinator, a professional writer and a researcher.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

Meanwhile, the former president is writing his $12 million memoir, longhand. And according to the paper, he's barely started. His book, which the publisher was hoping to bring out next year, may slip until 2004, or even 2005. Gosh, that sounds familiar.

However, the "Times" says the former president denies he's foot- dragging so that he can read what Hillary says about him and then get the last word.

(CROSSTALK)

NOVAK: A few weeks ago I reported that the University of Arkansas at Little Rock will offer a new course on the Clinton presidency. Now I have more wonderful news. The course will be available to everybody over the Internet. No, there will not be instruction on how to hit on interns or how to lie to a grand jury and lose your law license and still retain the presidency.

It was announced there will be Clinton-related courses in journalism, speech communications, rhetoric, writing and -- get this -- health services administration. Not how to pass on a health bill, I bet you.

Even Internet students can pose questions to Clinton aides. Dee Dee, maybe I'll sign up for that.

MYERS: You can learn a thing or two, Bob.

All right, coming up, Martha's bad things: from a fallen stock price to questions about insider trading, should she have stuck with pastry and paint tips?

And later in the "Fireback," the hunt for Osama bin Laden and what President Bush does or doesn't have to say about it.

(COMMERCIAL BREAK)

MYERS: Martha Stewart investors got burned today even if they were nowhere near a stove. Her company stock closed down 21 percent, at $12.55 a share. Martha watchers, the kind who buy stocks rather than towels, are worried about how much she knew when she dumped her stock in the biotech firm ImClone last year.

It happened shortly after she chatted would ImClone CEO and just before ImClone's stock tanked. Martha denies trading on insider information.

But should her fans be feeling a sickly pale green, or perhaps a fiery, wrongly accused red?

Joining us from New York is Christopher Byron. He's the author of a book called "Martha Inc."

Also in New York is Dennis Kneale, the managing editor of "Forbes" magazine.

Thank you for joining us.

NOVAK: Mr. Byron, the reason I believe the tremendous drop in the Martha stock has been the incredible publicity that this accusation has had. Most insider trading accusations get in a very small type.

But isn't it a fact that she is being singled out because she's a millionaire, she's a celebrity, and she's a woman -- in fact a good- looking woman. Isn't that why she's been singled out?

CHRISTOPHER BYRON, AUTHOR, "MARTHA, INC.": No, I don't think so. I don't think she has been singled out at all, but I think she's getting a lot of negative publicity, really bad publicity right now because she's the CEO, and there's allegations loose in the press -- which I really should say, haven't been proved. There's no real support for them on a factual basis, just a lot of coincidences -- that she might have been involved in a felony crime. And that will get you in the papers any day of the week.

MYERS: And Mr. Kneale, isn't that a fair place to go? Investigators were investigating ImClone. Their investigation led them to Martha Stewart. She shouldn't be exempt because she's a billionaire. She should be treated like everybody else.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

DENNIS KNEALE, MANAGING EDITOR, "FORBES" MAGAZINE: Ms. Myers, let me just -- I think it is simply silly that Congress is investigating this whole incident at all. If you look back to the late '80s and the last real insider trader scandal we had, we had teams of financiers that were making raids on companies. They were parking stock illegally under hidden ownership. They were planting rumors. They were buying stock or selling stock with the intent of profiting.

Here, Martha Stewart hears from a pal, hey, the stock could be in trouble. She tries to avoid a loss; she sells. Who could resist that? The market, to be efficient, requires a person to act on information. She did, and now I think everyone is really overreacting. There might be $30,000 involved here. This is a tempest in a teapot.

BYRON: I'm not so sure it is. I think that there might be a lot more here in which Martha Stewart is just a bid player. First of all, this committee of Congress didn't begin, didn't start out investigating Martha Stewart at all. Her name just turned up on some documents when they were investigating some aspects of this ImClone company. Now the only reason they got involved in it was because the FDA might have leaked some information to somebody in ImClone that they were going to send the letter to them not letting them sell their big cancer drug.

Congress got involved in it on that basis. The name Martha Stewart just sort of turned up, and then they started looking at her. And maybe now, they will wind up looking at this fellow who was the broker at Merrill Lynch and start looking in his little black book and look at everybody else he might have put ImClone stock into, and then gave him a heads up to get out. That is probably very news worthy and very important if it leads to a large ring of insider traders.

KNEALE: There is no ring. And the idea that Martha Stewart is some kind of insider, when she has no executive post at this company, she's not on the board of directors. Somebody told her something, and then she decided I want to avoid a loss. She wasn't even trying to get rich. Now, go after the guy who told her the secrets he shouldn't have told her.

MYERS: They are going after the guy who told her the secrets, as well. But this is party a reaction to a culture where people who are wealthy and powerful share information with each other, protect each other from bad deals, makes huge profits, even when their company stockholders lose billions of dollars in value. And the party is over. Isn't this just a signal that the party is over? That the rich and powerful have to play by the same rules as the rest of us now?

KNEALE: I think this is a signal that the regulators and the politicians and those of us in the media are burned that we didn't catch Enron, we didn't catch any of this.

MYERS: The public is so interested in it.

KNEALE: And so now we're going to crucify Martha because it makes us all feel better about ourselves.

MYERS: No, enforce the rules. We're going to enforce the rules.

NOVAK: I think there's something else here. The other people, the people from Enron didn't get the kind of publicity in the New York tabloids and the magazines. I thought one of the most astute comments appeared in "The Wall Street Journal" by Jennifer Grossman. She wrote this. She said, "What stands on trial is Martha Stewart-ism, the striving, quintessentially middle-class American impulse to make life a little nicer, to take its lemons and, quite literally, turn them into lemonade." I don't want to criticize you, but you wrote a very critical book about Martha Stewart. You're a little turned off by niceness, aren't you?

BYRON: Let me say this, Bob. I don't agree with that quote at all. Martha Stewart-ism, whatever that is, is not on trial here. In fact, nobody is on trial yet. The question is whether this woman is a felon. That's appropriate inquiry by the media and anybody else. We're talking about her here tonight because everybody wants to know this. This is the main topic in the news, and it's appropriate material. And it's got nothing to do with whether this woman is the McGuyver of home decorating and can make a centerpiece out of garden hose.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

MYERS: It might not be about that, but, Mr. Kneale, isn't it a sign that sometimes having a company that is so dependent on the image of one is person can be a slightly dangerous business practice, irrespective of whether this is brouhaha is fair?

KNEALE: Sure. I think that, yes, that is exactly what we're seeing in the market. It's just that the investors are wrong. If you look at Steve Madden, the she designer, the guy gets indicted for fraud regarding his initial public stock offering. He gets a 41-month prison term recently. The stock has gone up since then because investors decided it was undervalued. Versace, he was murdered; the company lives on. Martha Stewart will live on. And the stock's a buy right now.

BYRON: Hold it.

MYERS: That's probably true. I'm sorry, but we're out of time at this point. Thank you both for joining us.

(COMMERCIAL BREAK)

NOVAK: This is "Round Six," where Dee Dee and I have it out with nobody else around.

The president of the United States has been telling Yasser Arafat for months, you have to get tough on terrorists. Yesterday, he arrested -- a very unpopular thing for him to do -- one of the leaders of Hamas. It did no good at all. The president says we won't have a peace process unless we get rid of Arafat. That's the Israeli line. Isn't the president just adopting the Israeli line hook, line and sinker?

MYERS: That's exactly what he's done. He has adopted the Israeli line and he set conditions for a Palestinian state. He has called for the creation of a Palestinian state, but set the conditions so high that it is going to be very difficult for the Palestinians to ...

NOVAK: You're supposed to disagree with me.

MYERS: Yes. Well, it is one of the rare times you and I agree. I will not disagree that President Bush has been inconsistent on this. He just simply has been.

NOVAK: I think he has been consistent. I think he's been consistently pro-Israeli. I think that is why the Israeli government has wanted to have the United States, the U.S. and Israel, against the entire world. I don't think it's a good position to be in.

(COMMERCIAL BREAK)

NOVAK: Time now for "Fireback," when the viewers "Fireback" at us.

Our first e-mail is from Ken of Canada: "The president has asked way too much of the Palestinians and nothing of Israel. The Palestinians can't change the leadership in their government. The only way is to kill Arafat. I don't support this, nor do I support USA's pro-Israeli stance in this 'Peace Process.' You are only putting yourself in harm's way."

I've been very tough on Canadians the last few weeks for some of the silly things they say, but Ken, you have it exactly right.

MYERS: Go, Ken.

Our next e-mail comes from John Geran from Atlanta, Georgia: "How come Bush hasn't mentioned bin Laden's name in over 100 days? Has he forgotten about his mass murderer? I feel like we are being spun down a political path that puts the focus of this 'War on ISM's' on everything but the main objective." That's a very good point. "No bin Laden equals no victory. No votes for GOP in November."

That sounds about right.

NOVAK: No way.

MYERS: No way.

NOVAK: Our first question from the audience.

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

UNIDENTIFIED MALE: My name is Pat McClane (ph) from California. My question is, even assuming there is a Palestinian Thomas Jefferson out there to replace Arafat, which is doubtful, what are the odds that a new Palestinian leader will have the power to stop terrorism?

NOVAK: President Mubarak had a meeting with President Bush a couple weeks ago.  President Mubarak of Egypt, he says what may follow Arafat may be even worse.

MYERS: There's absolutely no question that there's no obvious succession chain of leadership.  The situation is very difficult, but the president has made it very clear, the Palestinians go first.  If they don't do what he's laid out, then the process doesn't go forward.

NOVAK: Question.

UNIDENTIFIED MALE: I'm Jonathan Shole (ph) from Detroit, Michigan. Considering the terrorist attack of 9/11 and the increasing crime rates in the U.S., why would President Bush cut back the funding for the police force?

NOVAK: Why would he cut back what?

UNIDENTIFIED MALE: The funding for the police force.

NOVAK: He didn't cut back the funding for the police force. He hasn't taken off a single policeman.  He just said that the program is supposed to end in a couple of years, as it is scheduled.  Did you ever hear of a government program ending on time?

MYERS: It's still reducing funding 80 percent.  That funding funds cops.  On the street, there will be fewer cops. Thank you, President Bush.

NOVAK: Question.

UNIDENTIFIED MALE: Hi.  I'm Randall Jackson (ph) from Detroit, Michigan.  Isn't demanding democracy, but saying that the people can't elect Yasser Arafat sort of like demanding good chocolate with no calories?

MYERS: Isn't that the American way?

NOVAK: All the years in the Cold War, I don't remember the toughest anti-Communist saying we're not going to negotiate with the Soviet Union unless they get rid of Stalin or Khruschev or whoever was there.  Do you remember that?  I don't remember that.

MYERS: I think that it is important.  There isn't anybody in the leadership of our government, Democrat or Republican, who thinks that Yasser Arafat can lead the way to peace.  Finally, it has been said that he has to go.

From the left, I'm Dee Dee Myers.  Good night from CROSSFIRE.

NOVAK: From the right, I'm Robert Novak.  Join us again next time for another edition of CROSSFIRE.

"CONNIE CHUNG TONIGHT" begins right after a CNN News Alert. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

Page

How Will the Mideast Respond to Bush Speech?; How Can the Crime Rate be Lowered?; Is Martha Stewart an Example of CEO's Excesses? CNN June 24, 2002 Monday

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

**SHOW:** FOX HANNITY & COLMES (21:00)
**June** 18, 2002 Tuesday
Transcript # 061801cb.253
**SECTION:** News; International
**LENGTH:** 2556 words
**HEADLINE:** Interview With **Hasan Abdel Rahman,** Alon Pinkas
**GUESTS: Hasan Abdel Rahman,** Alon Pinkas
**BYLINE:** Sean Hannity, Alan Colmes
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
ALAN COLMES, CO-HOST: Welcome to HANNITY & COLMES. I'm Alan Colmes.
Coming up tonight, the latest on the search for Elizabeth Smart. The police
have released a new description of the suspect, and police say the kidnapper
didn't even know Elizabeth's sister caught sight of him. We'll get reaction from
a friend of the Smart family and Marc Klaas.
Also, should religion be excluded from the memorial at ground zero? Some
people are upset about the possibility of a steel cross. We'll debate that.
And what game on the playground's been banned by a California school because
it may hurt the self-esteem of some children? We'll tell you about it.
Which leads us to our question of the day: How many kids are hurt each year
while playing at school? We'll give you the answer later.
First, our top story today. A Palestinian man detonated a bomb filled with
nails on a Jerusalem bus this morning, killing himself and 19 passengers. The
Islamic militant group Hamas claimed responsibility for the attack, which was
Page 159
Fox News June 18, 2002
Jerusalem's deadliest in six years.
The Israeli Prime Minister Ariel Sharon vowed to respond to the attack, and,
tonight, Israel says it will head back into parts of the West Bank and stay
until the terror attacks end.
So has any hope of peace been shattered?
We're joined now by the chief representative of the PLO to the United States,
**Hasan Abdel Rahman.**
Mr. Rahman, welcome back to HANNITY & COLMES. Good to see you once again,
sir.
**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REPRESENTATIVE TO THE UNITED STATES:
Thank you.
COLMES: Why do these suicide attacks keep happening? Why are they doing it?
RAHMAN: Well, of course, the reason that is stated by those who commit them
is that Israeli brutality against the Palestinians. They are taking advantage...
COLMES: Do you condemn them?
RAHMAN: ... on the -- of course we did. We are against them because we think
that they serve the interests of Mr. Sharon, who wants to continue to occupy
Palestinian territories and to steal more land and bring more Jewish settlers
into the Palestinian lands.
COLMES: What control does the Palestinian Authority have to stop these
suicide attacks?
RAHMAN: Well, listen, if Israel with all its army -- and that is the fourth
largest army in the world -- and all its security agencies cannot stop them in
Jerusalem, do you think that we can?
COLMES: So you're saying you can't?

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

RAHMAN: I think...

COLMES: There's nothing you can do?

RAHMAN: Well, no. I think that the only way to really reduce the level of violence is to try something that has not been tried, and that is to withdraw its troops from the Palestinian territories, stop illegal occupation, stop illegal construction of Jewish settlements.

COLMES: And on that note, Hamas says that they are willing to stop the suicide attacks if Israel withdraws from the West Bank. Should we believe them?

RAHMAN: I think that we should try it. Why not? I mean, listen, Israel has used violence all along for 36 years, killing Palestinians, destroying their homes, destroying their crops, destroying their livelihood, and it did not work.

Page 160

Fox News June 18, 2002

COLMES: Why should we believe Hamas?

RAHMAN: There is more violence. More violence brought violence. Because until the recent intensification of Israeli assaults on the Palestinians, there were not -- no suicide bombing. This is a very recent phenomenon. It started after Sharon has come to power and started killing Palestinians indiscriminately. We don't like it.

COLMES: What assurance does -- what assurances should be given for Israeli security and safety?

RAHMAN: I assure you that Israel can be much more secure in a context of peace rather than when Israel is occupying the Palestinians. I am sure of that.

SEAN HANNITY, CO-HOST: Mr. Rahman, with all due respect, your condemnation is a joke -- of what happened. Let me tell you why it's a joke. You know, your leader, Yasser Arafat, invited Hamas, the very group responsible for 19 dead and 50 injured -- he invited them to join his cabinet.

And let's go to the videotape here because we have a tape here. This is a chilling three-and-a-half-hour videotape obtained by Fox News which is basically Hamas Bomb Making 101 for Palestinian militants, the same people, the same members of Hamas that Yasser Arafat, your leader, invites to be a part of his cabinet.

You know what? It's -- your words mean nothing, Mr. Rahman.

RAHMAN: First of all, I -- Mr. Hannity, you and I have talked in the past, and you and I agree that, when we talk to each other, we should be respectful of each other. You don't vilify my -- what I say, and I don't do that with you. I never said that what you are saying is a joke because I have respect for you. So I hope that you will have the same respect for me.

HANNITY: You can lecture me all you want.

RAHMAN: Having said...

HANNITY: The fact is -- the fact remains that the very...

RAHMAN: Let me...

HANNITY: The very...

RAHMAN: Let me...

HANNITY: Wait a minute, sir. The very people...

RAHMAN: No, you wait. You wait.

HANNITY: ... that you want in the cabinet, you are teaching how to build bombs, and I have the videotape.

RAHMAN: Listen, listen, listen. Your shouting does not make you more right. So please let me finish what I'm saying.

Page 161

Fox News June 18, 2002

HANNITY: You can't address the issue.

RAHMAN: Yeah, I will address it. Listen, those people are claiming that they

Page

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

are defending themselves from Israel's illegal occupation. When you have a foreign army in your country, you use whatever means are available to you to fight back.

HANNITY: Oh, you're going to justify...

RAHMAN: Of course. Yes.

HANNITY: ... this murder and this mayhem.

RAHMAN: Listen...

HANNITY: Now you're going to rationalize and excuse it.

RAHMAN: No, not just -- listen, don't put words in my mouth. I am explaining because, if you do not listen to what people say, you are perpetrating...

HANNITY: I don't need lectures from you.

RAHMAN: ... and you need...

HANNITY: I'm not listening, Mr. Rahman. I've got the videotape.

RAHMAN: Well, I think -- I think you need it. I think you need it. So please listen to me because you invited me here to speak.

HANNITY: You've had plenty of time to speak.

RAHMAN: Yes. So let me finish what I'm saying.

HANNITY: So get to the point. I got your lecture. Get to the point.

RAHMAN: I am saying -- I am saying that, instead of condemning this situation, which we condemn, what we need is to look for the causes, and we need the causes because those are symptoms. The cause for this violence is an illegal occupation that has...

HANNITY: Fine. You...

RAHMAN: ... been going for 36 years.

HANNITY: You are -- what you're doing...

RAHMAN: The Israeli army -- let me finish. When the Israeli army...

HANNITY: No, Mr. Rahman. I don't want a lecture.

RAHMAN: When the Israeli army brutalizes the Palestinians on a daily basis, you don't want to see that.

HANNITY: Mr. Rahman, you blame Israel for what is happening here, but you --

Page 162

Fox News June 18, 2002

the one question you can't answer...

RAHMAN: Of course I do.

HANNITY: ... is why your leader is asking members of those bomb makers to join his cabinet because he's supporting terror.

RAHMAN: I'll tell you why. Because, in Israel, there are members of Sharon's cabinet who are calling for ethnic cleansing. We can -- in order to have people contained -- people may be pacified -- you bring them into the political process.

COLMES: We have to go, Mr. Rahman. We appreciate you being on the show tonight. We'll get the Israeli response to today's attack when we come back.

RAHMAN: Thank you.

COLMES: And still to come tonight -- Thank you, sir -- are police finally zeroing in on a suspect in the disappearance of Elizabeth Smart? Major developments today. We'll bring you the latest from Salt Lake City. And should the memorial at ground zero be free of any religious affiliation? Some people are upset about the possibility of a cross being part of the plans. We'll debate it.

(COMMERCIAL BREAK)

HANNITY: Also coming up tonight, police are giving new details about the night that Elizabeth Smart was kidnapped. We're going to have the very latest tonight.

Right now, we continue our look at today's deadly suicide bombing. It left at

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

least 19 Israelis dead, over 50 injured.

Right now, joining us is the Israeli consul general to the -- to New York, is Ambassador Alon Pinkas.

I want to go back -- I want to get a look at this video, and I want you to look at it in the context -- this is infuriating to me.

Here is this guy. This is part of a video, a three-and-a-half-hour how to construct explosive video of Hamas, the same Hamas Yasser Arafat asked to join the cabinet with.

Now at what point does the United States and the rest of the world identify this man as the terrorist that he is that cannot be negotiated with? Do you know when?

ALON PINKAS, ISRAEL'S CONSUL GENERAL: The sooner, the better. That's up to you. That's up to the free world. That's up to the United States of America.

HANNITY: But George Bush was about to anoint pretty much -- you know, today -- he was supposed to have a speech either today or this week. It's going to be, quote, "an interim Palestinian state." Arafat is the dictator. I mean, it's

Page 163

Fox News June 18, 2002

just...

PINKAS: Well, I don't know what's going to be in that speech. I can only assume that it will provide a vision that the United States of America and, indeed, the president has for...

HANNITY: A Palestinian state. That's what he's...

PINKAS: A Palestinian state is something that we were ready to agree, that we were ready to provide the Palestinians with as recently as Camp David in July of 2000, a contiguous state. Now the state is not the issue.

Who's going to govern that state? What kind of people are going to govern that state? Are they trustworthy? Are they credible? That is the issue, and the answer is a resounding no.

HANNITY: No. Mr. Pinkas, look, I think this president has identified for the entire world, laid out the way we ought to deal with terror. We have this guy Arafat. He's asking these people that are building bombs to join his cabinet. Can you explain to me why the United States of America and why the State Department would want to do business when they say you're either with us or with the terrorists? How does -- isn't that inconsistent in your mind?

Isn't it about time Israel say that "that's inconsistent, Mr. President. Why don't you follow your own doctrine?"

PINKAS: We've been saying it ever since 9/11, ever since the president with the moral clarity which we believe...

HANNITY: The president hasn't been consistent, has he?

PINKAS: I think he has been consistent. I think that you have to -- look...

HANNITY: You're playing a politician here.

PINKAS: I get a -- well, first of all, A, I am. B, I get paid a fortune to defend my government, so, as a bonus, I'll defend your president. I truly think that he is consistent. I really do. Now...

HANNITY: Is Arafat the terrorist that I say he is?

PINKAS: Yes, he is.

HANNITY: Is Hamas a terrorist organization? So how can any plan exist where this man is a part of the equation and that not...

PINKAS: Who said he's part of the...

HANNITY: ... and that be consistent with "You're with us or against us."

PINKAS: Sean, he's not part of the equation.

HANNITY: He is. Absolutely, Alon.

Page 164

Page

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

Fox News June 18, 2002

(CROSSTALK)

COLMES: ... to defend President Bush, who I think has been consistent and has done an excellent -- and now he's talking about working around Arafat, according to "The New York Times" lead editorial today, because Arafat really is and ultimately will be irrelevant to the peace process, and he's doing the right thing.

Now Israel says it's going to retake parts of the West Bank. This is breaking news tonight. Israel is now saying it's going to do that. You have Hamas saying, "We're going to keep doing suicide bombs as long as Israel goes into the West Bank."

So isn't Sharon continuing the cycle of violence...

PINKAS: Oh, no.

COLMES: ... if he's saying, "We're going to continue going into the West Bank."

PINKAS: Oh, no. No.

COLMES: That's exactly the wrong thing to do.

PINKAS: No, this -- Alan, this is not a cycle of violence. Hamas, Hezbollah, Islamic Jihad, al Qaeda, and other sister organizations all being funded by and mentored by the patron saint of terrorism, which is Iran, are not going to disappear if we do not retaliate.

COLMES: Sharon continuing incursions into the West Bank -- what is that going to accomplish?

PINKAS: I'll tell you what. This is an ongoing -- same reason that you're in Afghanistan. Same reason the British went into Ulster. Same reason that the Russians went into -- at some points, into Chechnya.

COLMES: There has to be a settlement. There has to be division of the territory.

PINKAS: Of course. Of course.

COLMES: And Israel -- Israel's going in the opposite direction and making the matter worse.

PINKAS: No, no. We're combating terrorism. This is not deciding the political fortunes or the political prospects of this. We have no doubt that the land will be partitioned politically. There are Palestinians out there that we wish not to control, that we have no benefit in controlling, no we have anything in common with them.

COLMES: Israel is reportedly building an electric security fence on the West Bank, interpreted as a unilateral declaration of a border. They've been urged by this administration not to do that. They knew that that is an obtrusive, certainly an obstacle to peace. Why are they doing that?

Page 165

Fox News June 18, 2002

PINKAS: Well, first of all, the obstacle to peace is Yasser Arafat. The obstacle to peace is a corrupt -- morally, politically, ideologically...

' COLMES: Building a wall before they know what the boundary's going to be, before there's a negotiation?

PINKAS: There's nothing wrong with a fence. If the difference between having a fence and not having a fence is having children die or not die on their way to school, then a fence is good, a China wall is good...

COLMES: Do you...

PINKAS: ... a Berlin wall is good.

COLMES: Do you think it will stop suicide bombing?

COLMES: Do you think that's going to stop suicide bombing?

PINKAS: I think it will -- I think it will significantly decrease or reduce

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

the number of terror activity -- of terror attacks and terror activity.
Now let's put this thing in order. The fence that we're building, the
ditches, the obstacles are not political. They are defense oriented.
There are ideas out there for unilateral disengagement based on political
boundaries. We have not reached that point yet, nor does the Israeli government
agree to that yet.
HANNITY: You know, Mr. -- you know, they compared that fence to the Berlin
wall with one big mistake. This fence keeps terrorists out. It's not keeping
people in. This is mind boggling.
Good to see. Thanks for being with us.
PINKAS: Thank you.
HANNITY: Coming up next, all right, how much closer are Salt Lake Police to
finding Elizabeth Smart? We have a lot of breaking news and some details that
will help, hopefully, with the search.
Then why is one group upset that a certain part of the World Trade Center
rubble may become a memorial and they may have a cross there? Well, atheists are
complaining. You'll meet one straight ahead.
**LOAD-DATE:** July 10, 2003
Page 166
31 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** America At War
**June** 18, 2002, Tuesday AM ET
**NETWORK:** MSNBC Cable Programming
**MEDIUM:** Cable
**LENGTH:** 131 words
**BODY:**
START: 18.01
Teased Segment - Mideast Crisis. A lot of questions are surrounding the crisis
in the Mideast. There are now more questions following a bombing that killed 19
people.
Graphic - Turner on Mideast Terror/ Ted Turner, Vice Chairman AOL Time Warner.
Studio Interview - Gideon Meir, Israeli Ministry of Foreign Affairs, says no one
can justify the killing of innocent people. He says people were killed on their
way to school and work this morning.
Visual - Bombing Sight, Jerusalem.
Sound Bites - On the Phone, **Hasan Abdel Rahman,** Palestinian Authority, says it
is wrong to kill innocent Palestinians. He says this has been going on for years
and years. Meir says Israel is defending themselves from the suicide bombings.
Visual - Yassar Arafat.
END: 23.12
**SEGMENT-ID:** 18
**PROGRAM-ID:** msnbc1000.0618.18
**LOAD-DATE:** July 18, 2002

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

43 of 427 DOCUMENTS

Copyright 2002 The Washington Times LLC
All Rights Reserved
The Washington Times

June 12, 2002, Wednesday, Final Edition

SECTION: OPED; Pg. A19

LENGTH: 885 words

HEADLINE: Middle East reality check;
Before negotiations, suicide bombers must be silenced

BYLINE: By Helle Dale, THE WASHINGTON TIMES

BODY:

For all the talk of inevitable momentum toward a Palestinian state, President Bush and Israeli Prime Minister Ariel Sharon this week poured cold water on an accelerated timetable. In doing so, they introduced a much-needed reality check into the proceedings. Much as everybody wants the Middle East to calm down and cool off, premature politicking will only make matters worse. The Israeli prime minister is adamant that no peace negations can take place while the killings of Israeli civilians continue, and he found solid support for that position in Washington this week. Sources say Mr. Sharon has been burnt too often trying to rely of Palestinian leader Yasser Arafat to contain the terrorist attacks and will not allow himself to be taken advantage of again.

Over the weekend, at Camp David, President Hosni Mubarak of Egypt tried his best to convince the American president otherwise. Egypt wants to emerge as the regional peacemaker, taking over the role coveted by Saudi Arabia, and Mr. Mubarak was arguing strongly for a regional peace conference this summer - and for a timetable for the establishment of a Palestinian state.

Mr. Bush yesterday poured cold water on the idea. "The conditions aren't there yet," Mr. Bush said after his meeting with Mr. Sharon in the Oval Office, stating what ought to be obvious. "That's because no one has confidence in the emerging Palestinian government."

It's absolutely true. While Mr. Arafat huddles in his Ramallah compound with Israeli shells flying around his ears, Arab leaders, including Mr. Murabak himself, speak disparagingly of his command of the situation. Israel and the United States long since made it clear that Mr. Arafat is not worth anything as a negotiating partner, and even Palestinians, according to news reports, feel that his time has past.

Meanwhile Mr. Sharon reminded the world on Sunday, in an op-ed article in the New York Times, that planning a peace conference before the suicide bombings have stopped makes no sense for Israel - particularly in light of the fact that much of the financing of the campaign has been traced to Mr. Arafat's personal financial adviser, Fuad Shubaki. The current leadership of the Palestinian Authority is clearly involved.

"First Israel must defeat terrorism," Mr. Sharon wrote about the way forward. "It cannot negotiate under fire. . . . This elementary commitment to permanently renouncing violence in the resolution of political differences has unfortunately not been kept by the present Palestinian leadership.

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

"Secondly, when Israel and the Palestinians eventually re-engage in negotiations, diplomacy must be based on realism. The race to a permanent-status agreement at Camp David and in talks at Taba, Egypt, in January 2001 failed because the gaps between the parties were too wide."

It should be noted here that Mr. Sharon says "when" not "if" talks between Israel and the Palestinians resume. High-level Israeli officials speak of Mr. Sharon's genuine desire to make peace, his last remaining political ambition, but not at the expense of the security of the Israeli people. An end to the violence and movements towards genuine Palestinian reform are non-negotiable preconditions. To negotiate you have to have a partner, and currently Mr. Sharon does not believe he has one. It is hard not to agree. The idea of a Palestinian state, or even a peace conference this summer make little sense if bilateral negotiations with a trust-worthy partner cannot take place.

The failure of the Clinton administration's negotiating tactics at Camp David in July 2000, during President Clinton's last desperate sprint in the race for a Nobel Peace Prize, has to serve as a cautionary lesson. It is often noted that Mr. Arafat walked away from a deal, better than any he could have dreamed of and better than was politically wise for then-Israeli Prime Minister Ehud Barak. Afterward, Mr. Clinton reportedly berated Mr. Arafat bitterly for having blotted his page in the history books - the Clinton page, that is.

And no doubt, the Palestinian leader should have pursued the deal - as opposed to returning home in a huff and starting the second Intifada, as Mr. Arafat chose to do. Still, as the story was told by Hassan Abdel Rahman, a representative of the Palestine Liberation Organization, at a meeting with editors of The Washington Times on May 8, the Palestinian leadership had told the White House before Camp David that they were not ready for a summit in the United States.

For this, they got a visit from then-Secretary of State Madeleine Albright, who announced that a meeting would indeed take place - whether they liked it or not. During the Camp David negotiations, no face-to-face meeting ever took place between the Palestinian and Israeli delegations, and all negotiations were verbally communicated by American go-betweens.

In other words, both parties were pushed too far by a U.S. administration acting for the wrong reasons. That must not happen again. The consequences on both sides have been too awful. Fortunately, Mr. Bush is not likely to try to do that - nor would Mr. Sharon accept it.

* Helle Dale is editorial page editor of The Washington Times. Her column appears on Wednesdays. E-mail: hdale@washingtontimes.com

GRAPHIC: [Photo by AP]

LOAD-DATE: June 12, 2002

Page



53 of 512 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved

CNN

SHOW: CNN NEWSNIGHT AARON BROWN 22:00

June 5, 2002 Wednesday

Transcript # 060500CN.V84

SECTION: News; Domestic

LENGTH: 7452 words

HEADLINE: Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case

GUESTS: Robin Wright, Ido Aharoni, Hassan Abdel Rahman, Jean AbiNader, David Ray

BYLINE: Aaron Brown, Jim Bittermann, John King, Kelli Arena, Thelma Gutierrez

HIGHLIGHT:
Israeli forces have entered Ramallah after another suicide bomber injured Israeli citizens.  Plus, the trial of the man allegedly involved in the disappearance and death of Danielle van Dam got underway today.

BODY:
    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

    AARON BROWN, HOST: And good evening again, everyone.

    A week that was supposed to be about moving towards something like peace in the Middle East has quickly turned into something else. There was a suicide bombing, and now tonight the Israelis have moved back into Ramallah, back to the Arafat compound.  And the cycle, which never really seems to end, is on again.

    All of this leads us to what we really wanted to talk about here tonight, the story of two men, both with grievances, whose impact and tactics could not have been more different.

    We saw the impact of one of them today, or perhaps the aftermath is a better word.  A young Palestinian whose anger at Israel was so overwhelming, so blinding, that he drove alongside a bus, exploded his car, and killed 17 people.  Witnesses at the scene say a man and a woman embraced as they died, trapped inside that burning bus.

    And then there is this young man, 13 years ago today, the hand raised in defiance, an image beamed around the world that, in a flash, humiliated the Chinese government and how it treats its own people.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

It is tragic to think that Hamsa Simoodi (ph), the bomber named by the Islamic Jihad, believed he would become a hero by becoming a killer, that he would live on in the memory of his people.  Perhaps he even will.  That's even more troubling.

The tank man, however, will live on in the memory of the entire world, the conscience of the whole world, every man, woman, and child who understands real courage and values freedom.

And to this day, we do not know his name.  Nor do we have to.

On we go tonight to the whip, and it begins, as we're sure you've figured out, in Jerusalem, Jim Bittermann is there on a very busy morning.

Jim, the headline from you.

JIM BITTERMANN, CNN CORRESPONDENT: Aaron, Yasser Arafat is under siege again, his compound stormed by Israeli troops early this morning.  One person is dead, according to reports, and at least 20 seriously injured.

Aaron?

BROWN: Jim, back to you in a flash.  This -- the Mideast was on the agenda at the White House, but not like this.

The reaction from our senior White House correspondent.  John, a headline from you.

JOHN KING, CNN SENIOR WHITE HOUSE CORRESPONDENT: Aaron, profound frustration.  They are still here at the White House scrambling tonight to try to get a sense from Israel just what the mission is as those troops go back into the Arafat compound in Ramallah.  But they say they do know this, already difficult diplomacy planned for this weekend now much more difficult for the president yet again.

BROWN: John, thank you.  And we are back with you in a moment as well.

A dramatic day in the trial of the man accused of killing 7-year- old Danielle van Dam in San Diego.  Thelma Gutierrez is out West covering that for us.

Thelma, your headline tonight.

THELMA GUTIERREZ, CNN CORRESPONDENT: Aaron, it was a very long, tough, and emotional day for Damon Van Dam.  He was the father of 7- year-old Danielle van Dam, who was kidnapped and murdered, Aaron.

BROWN: Thank you, Thelma.  Back with all of you shortly.

Also coming up in the hour ahead, we'll try and give you as many voices on the possible situation in Israel.  We'll get some perspective from Robin Wright, the chief diplomatic correspondent for "The Los Angeles Times." We'll also hear from a spokesman from the Israeli consulate and the chief Palestinian representative in the United States as well.

Even if the Israelis were not storming his compound, the question is vital to answer.  Who will eventually succeed Yasser Arafat? We'll take a look at some possible successors tonight.

And at the end of the program, we'll all need something lighter, and tonight we'll meet a modern-day Jesse James, literally.  This one's a lot more law-abiding than the old one. And he is on the rise.

All of that in the hour ahead, not exactly the program we thought we were going to do late this afternoon.  The world has a way of changing things.

We begin with the crisis in Israel, which followed a horrifying and, let's admit it, a predictable path today.  The suicide bombing this morning, the Israeli response tonight.

The suicide attack was on a bus, the dead mostly soldiers.  The response, the Israelis moved into Ramallah, and again, it seems, to the Yasser Arafat compound.  It is very early in this.  The implications are not yet clear.  The Israeli intentions are not yet known.  But the ante has clearly been raised yet again.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

So we begin our coverage with Jim Bittermann back in Jerusalem.

Jim, good evening to you.

BITTERMANN: Good evening, Aaron.

Just as you mention, in fact, there is no clear intention that one can determine by what's happened tonight.  In fact, the heavy shooting has -- the heavy firing has only stopped about 15 minutes ago.  There's still some small-arms fire being heard around the Arafat compound.

At about 2:00 this morning, 30, more -- the more tanks and APCs surrounded the compound and started going in.  As they went in, they fired some people said as many as 30 artillery rounds into the compound itself.  A number of buildings were damaged, a sky bridge connecting two of Arafat's offices were damaged.  One building, or the third floor above Arafat's office, apparently was completely destroyed. Also, we understand, bullets struck his office and his bedroom.

Now, Saeb Erakat, who is the chief negotiator for the Palestinians, said all of this was a dangerous escalation in the Middle East events.  He said that he had fears for Arafat's safety. Gideon Meir, however, the Israeli government spokesman, said that Arafat is not the target.

Still, all day long, you know, many people here, including government ministers, have mentioned the possibility that the Israeli government might try to expel Arafat to some other country.  I asked Saeb Erakat earlier this evening, the PLO chief negotiator, what kind of impact that would have, an expulsion of Yasser Arafat.

(BEGIN VIDEO CLIP)

SAEB ERAKAT, CHIEF PALESTINIAN NEGOTIATOR (on phone): I think this will be the most strategic mistake Israel will ever commit.  This will be the most stupidest mistake, actually, that Israel will commit, because, you know, they can say whatever they want to say about President Arafat, he is the elected leader of the Palestinian people.

He as the elected leader of the Palestinian people have made the agreement with the Israelis to have recognized the state of Israel. And I think if the Israelis will move to kill President Arafat or to deport President Arafat or to harm President Arafat, I think this will be the greatest mistake Israel will ever commit.

(END VIDEO CLIP)

BITTERMANN: Now, Gideon Meier, the government spokesman, said later this evening that, in fact, the response in Ramallah is the minimum Israelis can do as an active self-defense after the massive, vicious terrorist attacks on civilians in Israel.  And in part, he must have been referring to the attack that occurred earlier today in northern Israel, when a suicide bomber drove his car alongside of a loaded bus headed from Tel Aviv to points north in Israel and blew himself and the bus up.

Seventeen people were killed, more than three dozen were injured, some of them seriously.  Among the 17, there were 13 soldiers.

The rescue workers at the scene said they had rarely seen such an intense blast and such an intense fire following the blast, it -- that occurred in northern Israel.

So that was what the cause was for the reaction tonight.  Ariel Sharon says that he's going to postpone his departure from Israel by one day. He's supposed to fly to Washington to see President George Bush on Monday. He's postponing his departure now until Saturday, but he'll still see President Bush on Monday.

Aaron?

BROWN: All right, Jim, quickly, Gideon Meier says Arafat not the target.  Does he say what is the target?

BITTERMANN: Totally not clear.  One of the things that's a bit confusing about this action tonight is that a number of bulldozers have been brought along with the tanks and APCs that attacked the compound this evening, and those bulldozers have already started heaping up earth around the compound.

So it may not be that they're looking to evacuate Arafat or expel him to some other location but it may be that they're trying to put him under siege once again.  He has only been out of siege about five weeks.  He got out of his siege, thanks to American government help, on May 2.

So he's only been a free man for about five weeks, and now he is under siege again tonight.

Aaron?

BROWN: Jim, thank you.  Jim Bittermann in Jerusalem.

Today's suicide attack comes after the director of the CIA visited with Arafat and ahead of visits to the United States by Prime Minister Sharon, as Jim just mentioned, and also by Egypt's President Hosni Mubarak.  Perhaps those small steps towards peace motivated the planners of the suicide bombing.  That is possible, it's happened before.  And of course it is a reminder that whatever the plan or process the White House envisions for the Middle East, someone or some group can and probably will try and stop it.

We go back to our senior White House correspondent, John King.

John, it must be a little bit frantic there tonight.

KING: Exactly right, Aaron.  Breaking news for us, but in many ways a recurrent nightmare for the president of the United States.

Mr. Bush was in casual clothes tonight.  It was the 7:00 hour. He was just about to go out and give a brief pep talk to a congressional picnic, an annual affair here at the White House, previously scheduled for September 11, rescheduled for today.

Just before the president went outside, his deputy national security adviser, Steve Hadley, knocked on the door and told him the Israeli troops were rolling once again into Ramallah.  Until just a short time ago, the national security adviser, Condoleezza Rice, working the phones here at the White House, late at night, trying to get a sense from Israel as to just what is the mission, just how long will those troops be there.

As Jim Bittermann said, is the target Yasser Arafat?  White House officials saying they are still trying to gather more answers, but they say it is without question that this will complicate the president's planned weekend of Middle East diplomacy.

President Mubarak, as you noted, is here in Washington, staying across the street from the White House tonight.  He sees the vice president tomorrow, the president over the weekend.  Prime Minister Sharon due here on Monday.  U.S. officials even before the military response tonight saying it was the president's view that it was not time, still too many disagreements between the parties, for Mr. Bush to put a new American plan on the table.

Instead, plans for just more consultations.  Now, of course, consultations amid more violence.  And even again, even before the troops rolled into Ramallah, this administration escalating its already biting criticism of the Palestinian leader, Yasser Arafat, the press secretary, Ari Fleischer, saying the president has never considered Mr. Arafat someone who had played a role of someone who can be trusted or effective.  Mr. Fleischer making clear the administration was looking to find a new generation of Palestinian leadership.

(BEGIN VIDEO CLIP)

ARI FLEISCHER, WHITE HOUSE PRESS SECRETARY: From the president's point of view, it's not the business of the United States to pick the leaders of the Palestinian people.  Chairman Arafat is the leader of the Palestinian Authority.  What the president is interested in is results, from whatever corner they may come from.  If that's Chairman Arafat, that's fine with the president.  If it's others, that's fine with the president.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

(END VIDEO CLIP)

KING: Still, despite that new criticism of Arafat, senior White House officials stressing to us tonight, they believe it would be dramatically counterproductive if the goal of this Israeli military operation now under way was to send Mr. Arafat, expel him from the territories.

Aaron?

BROWN: John, thank you. We'll let you break away and do some reporting. If you come up with anything, let us know.

We turn now to Robin Wright, who's the chief diplomatic correspondent for "The Los Angeles Times," and obviously spent a lot of time working this lately.

Robin, it's nice to see you.

What do you make of this tonight?

ROBIN WRIGHT, CHIEF DIPLOMATIC CORRESPONDENT, "THE LOS ANGELES TIMES": Well, I think the administration is really under the gun. This -- these two events, the bombing in Megiddo and the counterstrike by the Israelis in Ramallah really come at the worst possible time.

The administration has been trying since April 4 to jump-start the peace process, to get things moving, Powell's -- Secretary of State Powell's trip to the region, more recent negotiations in Washington with an array of Middle East leaders. And this comes at what was supposed to be the tail end of those consultations with the Egyptian president and the Israeli prime minister.

The administration hoping to get some kind of conference, international conference, organized for the beginning or some part of July, and of course rather than being -- looking forward, the administration now is just trying to prevent the situation from escalating into another round of raging tit-for-tat violence.

BROWN: You think that the -- that international meeting, whatever it was supposed to ultimately be, is still a live concept tonight?

WRIGHT: I think that you will find over the next four days, as the administration hosts the Israeli and Egyptian leaders, that the administration will emphasize that it is still trying to get everyone together.

They believe that actually the cards have never been better. You have the Arab world for the first time talking about recognizing Israel, formal ties and trade, the Palestinians pledging to do -- the -- take steps against extremists.

The problem is, you know, Yasser Arafat hasn't followed through, or hasn't been able to follow through, whichever is the case. And...

BROWN: The other -- I'm sorry. The other problem, it's always seemed to me, is that in that deck of cards, as good as they may be, there's always a joker or two who can, in a moment's notice, upset the whole hand.

WRIGHT: The rule of thumb in the Middle East for the 30 years that I've covered it is that events on the ground always overtake diplomacy, and this administration is discovering just how true that is once again.

BROWN: Is Mubarak going to pressure the president pretty hard on setting some sort of date certain to establish a Palestinian state?

WRIGHT: The Egyptians have a very strong message to President Bush about both a timetable to get -- to offer some kind of prospect of hope to the Palestinians so that this can pull the rug out from underneath the extremists who are launching these attacks. They want some sense that the administration will have something tangible.

The Israelis, on the other hand, want to say, Let's take one step at a time, let's not look -- talk about the last step before we talk about the first one. So that there's a real difference, not only in the substance of what both sides want, but also the process in getting there.

BROWN: Six weeks ago, I would have said to you that I think the administration now believes they need to marry security and politics, and a political solution into one package. I'm not so sure tonight that that's where the administration is. Is it still there?

WRIGHT: The administration is trying to cater to both needs, the political aspirations of the Palestinians married with Israel's security concerns. And I think that will continue to be the focus, that they will continue to argue that this is, you know, unavoidable. You cannot do one without the other, whatever the insistence or whatever the actions of either party.

BROWN: Last question, half a minute, is the administration on the same page in this? The administration is not always, depending on if you were at the Pentagon or the State Department, vice president's office, agreed on what American policy ought to be. Where are they today?

WRIGHT: I think that probably the area of biggest disagreement is about Arafat himself, the White House sending out very stark words about Yasser Arafat and talking about approaching a new generation of leaders.

The State Department, much more attuned to the concerns of the Arab world and the fact that Arafat was selected by the Palestinian people, has emphasized that the United States can't be in the position of deciding who leads the Palestinians.

BROWN: Robin, thank you. Robin Wright, the chief diplomatic correspondent for "The Los Angeles Times," joining us from Washington. Nice to talk to you, thank you.

WRIGHT: Thank you.

BROWN: We're going to take a break. When we come back, later in the program, by the way, we'll take a look at this question of who succeeds Arafat, when and if that day comes. Well, it will come eventually, won't it?

Next on NEWSNIGHT, the Israeli and the Palestinian side on today's events and where it takes us.

This is NEWSNIGHT on CNN.

(COMMERCIAL BREAK)

BROWN: Both the Israeli and the Palestinian perspective in this segment on what has happened, what led up to it, where it all leads.

Ido Aharoni is the spokesman for the consulate here in New York, the Israeli consulate in New York. And we begin with you. Nice to see you.

What -- have you talked to your government? Do you know what its intention is here in Ramallah?

IDO AHARONI, SPOKESMAN, ISRAELI CONSULATE: Well, we don't have the entire situational picture at hand right now. But we do know that the military objective, which is limited in nature, is to keep them on the run, all the time, to make sure that the people who are interested in carrying out more acts of terrorism and violence do not have the ability, to deny them from that ability to take the time out, to regroup, and try to carry out more attacks.

BROWN: Are you going after Arafat?

AHARONI: Well, Arafat was never the target, not before, and I believe that he's not the target now.

BROWN: Are you going to hold him in that compound, as you did before?

AHARONI: Well, the military objective, as I said, in general, is to fight terrorism, to dismantle terrorism infrastructure emanating from his own turf. None of this would have happened if Yasser Arafat would have done what he was supposed to be doing under the agreement.

BROWN: I understand that, and I mean this respectfully. It's a -- that's a pretty direct question. Do you know if the plan is to hold him in that compound again?

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

AHARONI: Well, as I said before, the military objective in general is to dismantle terrorism infrastructure. Yasser Arafat provided us so far with nothing but nice statements. We judge Yasser Arafat ultimately by his deeds and not by his words. Yasser Arafat talked about implementing a comprehensive reform. We've seen nothing. Yasser Arafat talked about dismantling terrorism infrastructure. We've seen nothing. Yasser Arafat talked about stopping incitement, stopping educating their children to hate Israelis and Jews. We've seen nothing so far.

BROWN: You know, if I were making the Palestinian argument, I don't need to here, Mr. Rahman will shortly, one of the things I might say is, you guys, the Israelis, pretty much took out the Palestinian security forces, and it had only been five weeks, and how much can the guy do? Is your expectation reasonable, or are you just setting him up? He's a good and convenient bad guy. And is -- every -- no matter what happens, you're going to blame him.

AHARONI: Two answers to your question.

BROWN: Sure.

AHARONI: The first is, in early 1996, Yasser Arafat did crack down on terrorism infrastructure. In fact, he was so effective and efficient doing so that they didn't recover for months, and Islamic Jihad until late 1997. The second answer is, that Yasser Arafat controls directly some 50,000 armed people, while Hamas and Islamic Jihad all together at best, we're looking at a few hundred.

So Yasser Arafat and his people have the ability, they just don't have the desire.

BROWN: It's nice to see you, thank you. I appreciate how difficult it is to get information in moments like this, and thanks for coming in on short notice.

AHARONI: Thank you.

BROWN: Thank you.

To Washington now, the other side, Hassan Abdel Rahman, a frequent -- I want to say guest on the program, the chief Palestinian representative in the United States. Nice to see you, sir.

HASSAN ABDEL RAHMAN, CHIEF PLO REPRESENTATIVE IN THE UNITED STATES: Thank you.

BROWN: Quick take on what is happening there. What do you think is going on?

RAHMAN: I think the objective of the Israeli government is really to delay the diplomatic efforts and to sabotage all this international work that has been done in the last few weeks to put things back on track. Mr. Sharon is opposed to it. He finds a pretext in the operation that was directed together against mostly Israeli soldiers by a fringe Palestinian organization.

Yasser Arafat is not responsible. He was the first to condemn it. But Israel, of course, does not want to hear the fact. Israel want to find a pretext in order to undo and damage whatever political process is being put back on track.

BROWN: Mr. Rahman, in fairness, what has happened over the last several weeks, it seems to me sitting here, is this. There's been a series of attacks. There've been a number of people, some of them military, but most of them civilian, who have been killed in these attacks. The Palestinian leadership, every time that happens, comes running out and says, We oppose this, we oppose this, this is terrible. But the fact is, the attacks go on.

And the Israeli government position is, Stop the attacks. We don't care what you say, we care what you do.

RAHMAN: Yes, but Mr. Brown, had anyone watched or counted how many Palestinians have been killed in the last three weeks? We have 80 Palestinians killed at the hands of the Israeli army. Israel never left the West Bank and Gaza. Israel arrested over 6,000 people in the last five weeks alone.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

So what are we talking about here?  So it was not, quiet on one side and not-quiet on the other side. Israel continues its criminal behavior against the Palestinians in the territories.  And there are some Palestinians who want to avenge the killing of Palestinians.

So Jihad Islami (ph) is doing that.  We are telling Mr. Sharon, let's break this cycle of violence.  Stop your invasion of Palestinian towns and villages.  Move out of your army.  Stop building Jewish settlements in the Palestinian territories, and let's go back to the negotiating table.

Israel cannot have their cake and eat it.  They cannot continue to kill Palestinians and expect no reaction from Palestinians. We don't like it, we oppose it, we think it is damaging to our cause. But this should not be used as a pretext by the Israeli government to sabotage Mr. Barak's effort, Mr. Tenet's effort, the Saudis effort, the (UNINTELLIGIBLE) effort.

We are hopeful that the diplomatic effort will put us back on track. Mr. Sharon does not like it.  He wants to undo it.  And I believe that he is using this event as a pretext to do that exactly.

BROWN: OK, Mr. Rahman, that's the Palestinian side.  We've heard from both sides.  Good to see you again, thanks for joining us.

RAHMAN: Thank you, sir.

BROWN: It always amazes me that almost no matter what happens, the conversations always in some respects feel quite the same.

Anyway, we keep an eye on that as we move on.

What next after Arafat, should that happen?  We'll take a look at some of the possibilities as NEWSNIGHT continues on CNN.

(COMMERCIAL BREAK)

BROWN: Well, given where we've already been tonight, I suppose some of this is a little redundant. But it's been clear for months that one of the Israeli objectives is to get rid of Yasser Arafat. And while no one doubts the Israelis could get rid of him, exile or worse, neither the United States nor the international community would be very happy, at least not publicly.

But removing Arafat is a goal, and there are men, younger men in waiting, who may or may not be better for the Israelis to deal with should somehow Arafat leave the stage.

(BEGIN VIDEOTAPE)

(voice-over): At best, Yasser Arafat is an old man.  At worst, he is a man who is losing his grip on power, power that has been virtually unchallenged for more than a quarter of a century.

JIBRIL RAJOUB, WEST BANK SECURITY CHIEF: When the Israelis destroyed the hope of the Palestinian people, when the Israelis stopped the progress in the peace process, I think that frustration, disappointment, led to the reaction, not in Jenin but everywhere.

BROWN: And this man is just one of several who might someday, perhaps even soon, replace him. He's Jibril Rajoub, Palestinian security chief in the West Bank.

Or perhaps it will be this man, the rival security chief in the Gaza strip, Mohammed Dahlan, the one with the largest number of Palestinian fighters under his control.

Or you might be wise to place your bet on this man.  His credentials, from the Palestinian point of view, are impeccable.  He's Marwan Barghouti, and he has been in an Israeli jail for the past several weeks.

HENRY SIGMAN, SENIOR FELLOW, COUNCIL ON FOREIGN RELATIONS: He is seen as a product of the people, and he also sat in Israeli jails, which is where he learned Hebrew.  And therefore he has an easy rapport with, oddly enough, with Israeli leaders, more so than the older generation, because he can talk to them in Hebrew.  He has a deep appreciation, as most younger-generation Palestinians do, of Israeli democracy.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

BROWN: This talk of the future is being fueled by a reality of the present. Yasser Arafat is no longer as popular as he once was. His political support among Palestinians sits at about 35 percent for a variety of different reasons.

SIGMAN: They're deeply frustrated because the goals that they assumed were set by his government for the Palestinian people, namely, ending the occupation, establishing a Palestinian state, but also having a truly democratic and participatory government, none of these goals have been achieved.

BROWN: But, Yasser Arafat didn't survive this long without knowing how to navigate the often insidious and dangerous politics of Palestine. Just recently, some of his own followers tried to reduce his role.

SIGMAN: They came there to demand reform and, more specifically, that he assumed the position of president in a more symbolic manner, and allow a new executive, a prime minister, to take over by changing the government into a parliamentary system. He, essentially, threw them out of his office.

BROWN: Which is a reminder that the old man is, above all, a survivor and well may survive this crisis, too.

(END VIDEOTAPE)

(on camera): And this crisis too now includes being under siege in his compound in Ramallah. Our coverage of the Middle East tonight.

Later on the program, Danielle van Dam's father testifies about the night she disappeared in San Diego. And up next, should the U.S. government be fingerprinting some foreign visitors. The Bush administration plan, we'll give you the details on that and talk about it some as NEWSNIGHT continues from New York.

(COMMERCIAL BREAK)

BROWN: Not sure what is going to happen now.

More than 200 years ago, the president of the time, John Adams, signed the Alien Sedition Act which allowed the federal government to report aliens dangerous to the peace and safety of the United States. It wouldn't be the last time the threat of war caused extreme measures to be taken against aliens living in this country, and each one of them has been extremely controversial.

The latest comes today. The attorney general, John Ashcroft, announcing a plan to fingerprint thousands of foreign visitors to the United States. Not every foreign visitor, just some. And therein lies the rub. Here's CNN's Kelli Arena.

(BEGIN VIDEOTAPE)

KELLI ARENA, CNN JUSTICE CORRESPONDENT (voice-over): The controversial new regulations are aimed at fingerprinting, photographing and otherwise tracking what the attorney general calls "high-risk visitors who might be terrorists."

JOHN ASHCROFT, ATTORNEY GENERAL: This system will expand substantially America's scrutiny of those foreign visitors who may pose a national security concern and enter our country. And it will provide a vital line of defense in the war against terrorism.

ARENA: It's expected that 100,000 visitors would be checked in the first year alone from countries that the U.S. says sponsor state terrorism. And others, but Ashcroft refused to name them.

Sources say the regulations will focus on young men from Middle Eastern countries, which could include Saudi Arabia, Yemen, Pakistan and Somalia.

And that has Muslim-American groups seething.

NIHAD AWAD, COUNCIL ON AMERICAN ISLAMIC RELATIONS: Richard Reid will not fit the profile. John Walker will not fit the profile. And that tells us that terrorism comes in all colors and races, and you should not just focus on one ethnicity and one race. It is pure form of racism.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

ARENA: New arrivals will be processed at U.S. ports of entry and be required to register with the INS after 30 days in the United States to make sure they're not lying about why they came.

Skeptics say the plan simply will not work.

JEANNE BUTTERFIELD, AMERICAN IMMIGRATION LAWYERS ASSOCIATION: People who really intend to come to do us harm are not going to be deterred by a voluntary requirement that you report after 30 days. They're simply not going to show up.

ARENA: What's more, immigration lawyers warn the regulations will cause a bureaucratic nightmare, causing backlogs at air and seaports.

Supporters, though, say it's worth it.

REP. MARK FOLEY (R), FLORIDA: We know the countries that terrorists are spawned from.  And I think to tighten, if you will, the security and ensure the safety of Americans is going to require some inconvenience.

ARENA (on camera): As for people who meet the guidelines who are already in the United States, anti-terror teams will help immigration officials track them down and register them.  Those in violation will face a variety of penalties, including fines and possible deportation.

Kelli Arena, CNN, Washington.

(END VIDEOTAPE)

BROWN: Joining us now to talk about this new plan, David Ray of the Federation for American Immigration Reform, the group supporting the proposal; and Jean AbiNader of the Arab American Institute, who among other things, believe racial profiling won't help security. They join us from Washington tonight.  Nice to see both of you.

Jean, I have the feeling that, actually, you wouldn't mind if this happened if it happened overseas before these young men, and I think they're going to be young men, get to the country.

JEAN ABINADER, MANAGING DIRECTOR, ARAB AMERICAN INSTITUTE: Yes. I think the premise of pulling people aside in lines when they enter the United States really smacks of not the kind of impression we want to make on people when they come to this country.

I think, you know, visas are issued at consulates and embassies overseas.  And this is where we can do really good background checks. This is where the information resides.  We have got to invest money in our embassies overseas to have the right kind of people there, where these fingerprinting exercises and photographic exercises can be done in the countries.  And that makes a heck of a lot more sense and makes it seem not that you're signaling out certain groups because of their ethnicity or their origin.

BROWN: That's the other side of your argument, is that it is going to be a humiliating experience, right?

ABINADER: It doesn't have to be a humiliating experience.  You know, we've gone through lots since September 11th.  And in general, I think most people in the law enforcement services and the airlines have tried to do a pretty good job.  But just as the lawsuits that came out yesterday showed, there have been a lot of breakdowns.

And this is a very critical area, this area of saying, we've got to tighten up law enforcement without really showing that this is going to be an effective law enforcement tool.

BROWN: David, let me turn next to you then.  Does it make you at all uncomfortable that in a world of people who harbor bad feelings about the United States, to be honest, that we've selected -- the countries selected one group and not everyone to keep track of in this way?

DAVID RAY, FEDERATION FOR AMERICAN IMMIGRATION REFORM: Well, it's important to note that the attorney general's program is the first step in a program that by 2005 will require all foreign visitors coming to the United States to voluntarily submit to having their fingerprints taken and so that the

United States government can focus on who's coming into the country, why they're coming here, how long they stay and making sure that they leave. If we don't have some sort of entry/exit control, then we're going to have no border security whatsoever and...

BROWN: David, I don't mean to interrupt, though clearly I am. I'm not sure how this helps ensure that people who are on short-term visas leave the country. Maybe it raises a red flag if they don't leave, but it doesn't help find them.

RAY: Well, that's the second part, the follow-up step that the INS really needs to take. We, first of all, have to establish the entry-exit system to see whether people are leaving or not. And then the attorney general alluded today to a program whereby state and local officials, if they come across people who haven't left -- who have overstayed their visas and are illegally in the United States for whatever reason -- if they're pulled over by state and local law enforcement officials, then the immigration service could take charge at that point.

It's just good common sense law enforcement. And it's a good step in the right direction if we're ever going to get control of our immigration problem in this country.

BROWN: And would you just address, please, the point Jean made. I assume you would have no problem at all if this fingerprinting and photographing and all the rest was done in embassies and consulates overseas. You just want it done, right?

RAY: We just want it done, and it should be applied to everyone. Unfortunately, you know, the INS is a beleaguered organization. It's strapped. And so the attorney general is trying to take one step in the right direction.

But, you know, the underlying truth is that this is a completely voluntary process for people who are currently in the United States. We're asking them to come forth and submit to fingerprinting. If they don't want to, staying in the United States or leaving is their own option.

But it's necessary to prevent another September 11 attack to have some sort of handle on who it is who's coming into the United States, why they're here and when they're going home.

BROWN: Well, that's the source of some, I think, disagreement, too. Jean, do you believe, whatever you may think of the form this takes, that this will, in fact, make the country more secure?

ABINADER: There's no basis on which to make that claim. I wish it were true. But we know, for example, in the late '70s we registered 300,000 Iranians in this country. It didn't prevent all of the experiences -- the bad experiences we had in Iran. But it certainly proved that the people who were here from Iran in this country turned out to be good citizens and good visitors to this country.

And I think we're going to find the same thing out about the Arabs and Muslim people who are here. They're here because they want to be in the United States because this is a country that's attractive to them. And by erecting these barriers, what we're doing is we're creating obstacles to good relations with these people, and creating suspicion in the minds of regular Americans as to why they're being targeted by the U.S. government.

BROWN: Well, I mean the truth is, Jean, everybody knows why they're being targeted: because 3,000 people died at the 11th of September, and the perpetrators were from the Arab world.

ABINADER: Yes, but we both know that the profiles that have been developed are much more complex and much more rich than that.

Unfortunately, this kind of tends to simplify it in the way it's being presented.

BROWN: Thank you. Fair point, both of you. Nice job tonight; thank you both.

We'll take a break. When we come back, the trial of Danielle van Dam -- or the killer of this young child. This is NEWSNIGHT on CNN.

(COMMERCIAL BREAK)

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

BROWN: Tough day in court today for the father of Danielle van Dam.  Not only did he have to testify about the night his daughter disappeared, he had to talk about, in the most intimate way, his lifestyle.

He's CNN's Thelma Gutierrez.

(BEGIN VIDEOTAPE)

THELMA GUTIERREZ, CNN CORRESPONDENT (voice-over): More than four hours on the stand for the father of a murdered little girl.

DAMON VAN DAM, DANIELLE'S FATHER: And after the police let us back into the house, I asked the room -- I asked the room not be cleaned.  So we put one of the dog gates up and put a do not enter sign on the door.

UNIDENTIFIED JUDGE: Do you need a moment, or are you able to continue?

VAN DAM: I'll try.  I'll try.

GUTIERREZ: And sometimes you got the impression he was the one on trial.

STEVEN FELDMAN, DEFENSE ATTORNEY: Now does that mean you, in fact, did agree with Brenda to withhold information from the police?

VAN DAM: I do not recall.

GUTIERREZ: Damon van Dam, the father of 7-year-old Danielle van Dam.  Taken from her bed, then murdered, then dumped.

JEFF DUSEK, PROSECUTOR: The evidence in this case that we will present will focus on David Westerfield.

GUTIERREZ: The prosecution says they have physical evidence: Danielle's blood, hair, and fingerprints to prove David Westerfield is the killer.

FELDMAN: And you lied to the police, isn't that true?

VAN DAM: Moments before being told the gravity of the situation and how important it was, yes, I did.

GUTIERREZ: But defense attorney Steven Feldman says many people could have had access to Danielle because of her parents' lifestyle. Details, he says, they didn't reveal to police at first.

VAN DAM: Many details were left out of what I told the first officer.

FELDMAN: Among the details that you left out, were your marijuana use the night preceding, isn't that true?

VAN DAM: Yes.

FELDMAN: The fact that Barbara Easton had gotten into bed with you the night before.  That's true, isn't it?

VAN DAM: Yes.

GUTIERREZ: Barbara Easton and Denise Kemel (ph) are two of the women who went out with Brenda van Dam the last night Danielle was seen alive.

Damon testified on other occasions he had been intimately involved with both.

FELDMAN: With regard to Denise Kemel, when did you have sexual relations with Denise Kemel?

VAN DAM: October, 2000, I believe.

FELDMAN: And since then?

VAN DAM: None.

FELDMAN: With regard to Barbara Easton, I think you told us you only have sexual relations with her on one time. Was that your testimony, sir?

VAN DAM: Yes.

GUTIERREZ: But are these sordid details important to the case? Some legal analysts say, absolutely.

JUSTIN BROOKS, LEGAL ANALYST: It's a legitimate inquiry as to the lifestyle surrounding the parents, because it's relevant to the control over the child.

GUTIERREZ: As his testimony wrapped up, van Dam denied obstructing the investigation in any way, and said he is a grieving father.

VAN DAM: I have opened my private life up and given every detail possible to try and get my daughter back, and now to get justice for her.

(END VIDEOTAPE)

GUTIERREZ: Brenda van Dam is expected to take the stand perhaps as early as tomorrow. If she does testify, she will likely be asked the same tough and very personal questions about her life.

Aaron, back to you.

BROWN: Tell me, as you watched this testimony and this -- these intimate revelations, does the jury react at all?

GUTIERREZ: That's a great question, Aaron. But I've got to tell you that we have not been in the courtroom for most of that time, although some of the people who have been observing the jurors, they said that the jurors squirmed a few times and that, at one point, when autopsy photographs came out, that people tended to look away.

But I would imagine that it would make one squirm.

BROWN: I would too. Thank you Thelma, very much. Thelma Gutierrez in San Diego tonight.

Next on NEWSNIGHT: "On the Rise," an occasional series of ours. Tonight, a man making his mark making motorcycles. This is NEWSNIGHT.

(COMMERCIAL BREAK)

BROWN: Finally from us tonight, "On The Rise," our occasional series looking at trailblazing entrepreneurs. Tonight, Jesse James. No, not that Jesse James, for goodness sakes. Though this Jesse James is a descendent, he is no outlaw, but he does have a wild west spirit and the wheels to prove it.

(BEGIN VIDEOTAPE)

JESSE JAMES, WEST COAST CHOPPERS: My name is Jesse James. This is West Coast Choppers.

I build motorcycles. I kind of build them, every one of them, like I'm building it for myself. It's hard for me to let them go, which means that I'm pouring a lot into it, you know. I'm doing everything just the way I like it. And I guess, you know, people think that's cool.

We make our own chassis, tanks, fenders, front end, exhaust, wheels. You know, everything but the motor and transmission we make right in the shop here. This is where I work up here. This is like kind of where I do my thing. This is like a blank sheet of canvas where I start.

I used to be a bodyguard. You know, one day came home and said, you know what? I really want to do something I love. And I never thought this would ever pay my bills. I rented a little corner of a friend of mine's shop, which was about the half the size of a garage. And I remember like two days after I was there, two of my friends came in, Jim and Fast Eddie (ph), and I remember exactly what they said. He'll be out of business in a month.

Suicide Bomber Strikes Israel Again; Trial Underway in Danielle van Dam Case CNN June 5, 2002 Wednesday

My first clients were a lot of just friends and acquaintances until like people I've never met or seen face-to-face would like send me a check. Did a bike for Shaq, Keanu Reeves, Goldberg, Tony Martin from the Falcons and then just a bunch of other people with lots of money.

Kid Rock and I have actually went back and forth for about a year and we've never really hooked up until finally, you know, a few weeks ago when he came down to see the shop. When someone that walks in here that's never been here and doesn't really know what to expect, it's like Willy Wonka and the motorcycle factory.

KID ROCK, MUSICIAN: Every time you see a bad-ass chopper pull up, everyone is going, is that a Jesse James? Is that a Jesse James? His name just is getting out there. It's all over, man. Guy's like a mini rock star at this point.

JAMES: I get like 20 people a day come in asking how much it is to build them a bike. Have to say they average between three, if I really like you, to like 125 grand.

UNIDENTIFIED MALE: You can buy a brand new Harley for $16,000. That's a down payment on one of these.

JAMES: Bill Harley and Willy (ph) Davidson aren't actually out there making the gas tanks for their bikes or they're not actually out there bending pipes and designing wheels and stuff like that. It's just a name. You know, if someone walks in that door with 100 grand tomorrow and wants a Jesse James bike, Jesse James is actually going to be making it.

It takes a few weeks, but that's so fulfilling. And then what even takes it a step further is when you could jump on it, and I'm going down the freeway and I feel the acceleration and the way the bike works and then I could look down and see my reflection in something that I made. How many people can say that?

(END VIDEOTAPE)

BROWN: Just one, Jesse.

That's the report for tonight. We'll see you all tomorrow night at 10:00 Eastern time. Good night from all of us at NEWSNIGHT. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

LOAD-DATE: July 11, 2003

**SHOW:** Fox News Live
**June** 5, 2002, Wednesday AM ET
**NETWORK:** Fox News Channel Cable Programming
**MEDIUM:** Cable
**LENGTH:** 114 words
**BODY:**
START: 00.22
Suicide Bombing. The suicide bomber that blew up next to a bus this morning came from Jenin & not long after the bombing Israel sent tanks into Jenin.
Studio Interview - Unidentified man, says this explosion represents a trend. Jennifer Griffin reporting. Dore Gold gave his reaction to the bombing earlier this morning.
Studio Interview - Dore Gold, Former UN Ambassador, says this explosion represents a trend & the attacks are getting more lethal.
Visual - Bombing scene.
Studio Interview - **Hasan Abdel-Rahman,** Palestinian Rep. To US., says there is a cycle of violence between both sides.
Visual - Yassur Arafat.
Visual - War scene.
END: 08.55
**SEGMENT-ID:** 3
**PROGRAM-ID:** fnc10000605
**LOAD-DATE:** July 11, 2002
Page 168
33 of 111 DOCUMENTS
Copyright 2002 CNBC, Inc.
CNBC News Transcripts
**SHOW:** Hardball with Chris Matthews (9:00 PM ET) - CNBC
**May** 23, 2002 Thursday
**LENGTH:** 1667 words
**HEADLINE:** PLO Chief Representative Hasan Abdel Rahmand and Israeli Consul General Alon Pinkas discuss Hamas' statement calling for reform in the Palestinian Authority
**ANCHORS:** CHRIS MATTHEWS
**BODY:**
CHRIS MATTHEWS, host:
Palestinian President Yasser Arafat told Reuters in an interview today he would hold presidential and legislative elections for the Palestinian Authority by early next year. Also today, a a leader of the Palestinian radial group Hamas had this to say to Reuters. 'If we want to reform, let's start with the leadership. Most of the leaders in the PA--and that s the Palestinian Authority--need to be changed. These people, with their swollen pockets, who have lived on the suffering of the Palestinian people, are not fit to reform.'
**Hasan Abdel Rahman** is the chief PLO representative to the United States, and Alon Pinkas is an Israeli--is the Israeli consul general up in New York. Let me start with Mr. Rahman.
Isn't it odd that Hamas, who's a rival group of the Palestinian--Palestinian Authority, why they would be giving instructions to the PA about how to reform themselves?
Mr. **HASAN ABDEL RAHMAN** (Palestinian Liberation Organization Chief Representative to US): Well, we have diversity of views within the Palestinian society, and Hamas has the right to express its position on the Palestinian

Authority. Having said that, we believe that we need to reform our institutions, to rebuild them after they were destroyed by the Israeli attacks, and have democratic elections. And we hope that all of those will respond to the needs of the Palestinian society.

MATTHEWS: Well, you're being very diplomatic. The--the spokesman for Hamas was not being very diplomatic. He said that the reforms that are contemplated by Mr. Arafat are, in fact, selling out--or sellouts to Israel, that you're doing what the Israelis want you to do, in the manner that the South Lebanese Army was doing what Israeli wanted them to do--the Israelis wanted them to do.

Mr. RAHMAN: Again, that's his views, which we disagree with. I said that there's a great deal of debate that's taking place within the different sectors of the Palestinian society as to how to build better institutions, good

Page 169

CNBC News Transcripts May 23, 2002 Thursday

governance, democratic institutions, and I hope we will be able to achieve all of this because our society needs it, and they deserve it.

MATTHEWS: Why do you--why do you speak so cautiously and diplomatically about Hamas? Hamas has a totally different--I understood from your remarks so many times that they have a different point of view. They want to destroy Israel, and you folks want your own state, but you don't want to destroy Israel. Isn't there a big difference between your points of view?

Mr. RAHMAN: I am talking about Hamas positions under reforms. I'm not speaking about my agreement or disagreement with what Hamas stands for. Of course, we have ideological differences. We have political differences. We have style differences. We want a Palestinian state on the West Bank in Gaza next to Israel. I believe Hamas and the Israeli government are both opposed to a Palestinian state.

MATTHEWS: OK, let me go to Alon Pinkas, the consul general in New York. Mr. Ambassador, it seems to me that--that the standards are being set pretty clearly by your government. You want a reformed Palestinian Authority. You want Arafat to stop the bombing, oppose the suicide bombing, do everything in terms of leadership of ending the violence, but also you want a first-rate government as your neighbor.

Mr. ALON PINKAS (Israeli Consul General): That's--that's--that's not too much to ask for. The--the diversity that Mr. Rahman was eluding between the Palestinian Authority and the Hamas is the same diversity that exists between Iraq and Iran. The Palestinian Authority is supported by Iraq and supports Iraq, and the Hamas supports Iran and is supported by Iran. Nevertheless, Ab--Mr. Abdel Rahman was absolutely right. It is time to rebuild Palestinian institutions that is replete--that are replete with corruption, with inefficiency, that lack transparency, and--and in order to--to make any substantial and--and solid progress in a pe--in the political process, or a peace process, we need to see these reforms taking place, the sooner the better. And we will, incidentally, support any reform that the Palestinian Authority decides on. Whatever is that they...

MATTHEWS: Are--are--are you--are you impressed by the fact that the leader of Hamas said that he was crtici--made a critical comment of Arafat, saying Arafat's out there telling people not to commit suicide, not to be involved in suicide attacks on Israel. That shows he's in bed with Israel. What do you think of that? How do you put that together with what you know?

Mr. PINKAS: Well, that's domestic Palestinian politics. Obviously, Hamas for its own political reasons is trying to portray Arafat and the Palestinian Authority as if they are cooperating, collaborating with Israel. Everyone knows that is not the case. The Hamas are the--the embodiment of evil. They are

everything that we're fighting against. Everything that the Hamas represents is
everything that the United States and Israel and the free world, and indeed,
most of the Palestinians need to fight against. They represent extremism,
fundamentalism, terrorism, murderous acts, an ideology that is absolutely
uncompromising, that sees the murder of innocents as--as one of its basic
tenets. So whatever...
Page 170
CNBC News Transcripts May 23, 2002 Thursday
MATTHEWS: I--I have to ask Mr. Rahman. We don't have so time here,
Ambassador.
Mr. Rahman, will there be elections this year, as discussed by the--by the
PLO--by the--Mr. Arafat, with or without a--a complete pullout by the Israelis?
Mr. RAHMAN: Well, first of all, when Mr. Pinkas fails to deal with the
issues, he starts his tradition of name calling and pointing fingers at others.
I want him to tell me what is the responsibility of Israel vis-a-vis the peace
process, why Israel is committing all those crimes against the Palestinian
people, why Israeli is giving pretext to Hamas by killing Palestinians and
building more Jewish settlements in the Palestinian territories? If you are...
MATTHEWS: When you ask him, let me answer the question.
Mr. RAHMAN: Yes, I will answer...
MATTHEWS: Let him answer the question. Go ahead.
Mr. RAHMAN: Yes, I will answer your question.
MATTHEWS: No, I wanted you to--OK.
Mr. RAHMAN: We want to rebuild our institutions because we need to have good
institutions, not because Israel wants that. We believe that Israel need--needs
to look at its own policies...
MATTHEWS: Right.
Mr. RAHMAN: ...instead of pointing fingers.
MATTHEWS: Well--well, let me just ask you. I'm not pointing fingers here.
Are you going to hold an election or not? Are you going to hold an election for
president or not?
Mr. RAHMAN: Of course we will hold elections for municipalities. We will
hold elections for legislative body, and hold elections for
president--presidential elections. But Israel should withdraw its troops and
lift its siege of the Palestinian territories...
MATTHEWS: Right.
Mr. RAHMAN: ...so that it would allow Palestinians to move from one city to
the other. Israel cannot continue its killing of Palestinians. In the last
week alone...
MATTHEWS: OK.
Mr. RAHMAN: 50 Palestinians were killed.
MATTHEWS: OK.
Mr. RAHMAN: Therefore, Israel has to do its share.
Page 171
CNBC News Transcripts May 23, 2002 Thursday
MATTHEWS: Come back--Mr. Rahman, we'll be right back with you. We're coming
back with you and Ambassador Pinkas, both coming back. You're watching
HARDBALL.
(Announcements)
MATTHEWS: We're back with Alon Pinkas, the Israeli consul general in New
York, and Abdel--**Hasan Abdel Rahman.**
Gentlemen, I have an unusual question for both of you who like to--have to
debate because of your countries you represent. I'm going over to your part of
the world this weekend. I want to start with Mr. Rahman.

I'm going to be in the territories for a couple of days. What should I look for as an American visitor to see your point of view vividly?

Mr. RAHMAN: I don't think you will--you have to look too hard to see the devastating effects of the Israeli crimes on the Palestinian territories. You will see how many Jewish settlements have been built in the Palestinian territories. You will see the--how the Israeli army is impacting on the life of the Palestinians, how making it so difficult. You will see the siege. I'm sure that you will be stopped at many checkpoints...

MATTHEWS: Yeah.

Mr. RAHMAN: ...by the Israeli army...

MATTHEWS: OK.

Mr. RAHMAN: ...going from one area to the other.

MATTHEWS: Thank you, you were very helpful. Let me go to Mr. Alon. Mr. Ambassador, what do think I should I look for in your country?

Mr. PINKAS: Well, first of all, Chris, I doubt hat you will be stopped at checkpoints, because I doubt you're going to commit suicide in a pizza parlor...

MATTHEWS: Hmm.

Mr. PINKAS: ...as if this is Georgetown or Yankee Stadium, as--as--as is the case with the Palestinians.

MATTHEWS: Mm-hmm.

Mr. PINKAS: What you're going to find in Israel is a country that is a democracy, that believes in freedom and--and liberty and the pursuit of happiness, a country which has been devastated by Palestinian terrorism, a country which is also confused, to an extent, because here we were a year and a half ago, offering the world to the Palestinians under the auspices of Bill Clinton being rejected, which is...

MATTHEWS: Hmm.

Page 172

CNBC News Transcripts May 23, 2002 Thursday

Mr. PINKAS: ...which is fair in politics...

MATTHEWS: Right.

Mr. PINKAS: ...but what is unfair...

MATTHEWS: I think you're right.

Mr. PINKAS: ...is to get reciprocated by waves of terrorism.

MATTHEWS: in your own way. Thank you, Abdel. I'll have both of you on when I get back to talk about our notes from when we're over there.

Mr. RAHMAN: Yes, I hope so. And you when you come back, we will talk, Chris. You will see what I'm talking about.

MATTHEWS: Anyway. OK. OK, Mr. Rahman. Mr. Rahman, I appreciate that. Alon Pinkas, Ambassador, thank you very much, sir.

I'll be right back with WHAT I REALLY THINK. You're watching HARDBALL. (Announcements)

**LOAD-DATE:** May 24, 2002

Page 173

34 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** Fox News Live

**May** 20, 2002, Monday AM ET

**NETWORK:** Fox News Channel Cable Programming

**MEDIUM:** Cable

**LENGTH:** 151 words

**BODY:**

START: 06.13

Mideast Turmoil. Recap of Suicide bomber story from above.
Visual - Scenes. What will lead to peace in the Middle East ?
Studio Interview - **Hasan Abdel Rahman,** PLO Representative to US., says there was
no warning in these attacks. He believes these attacks are giving them the
distractions they need to attack in other areas.
Visual - Scenes of bombings and injured. They have a lot of problems in this
area already some are poverty, health care, food. They have made terrific gains
no matter the obstructions. They are exploited by the Israeli leaders and need
to get out from their occupation and be independent. He says the people have
been imprisoned for 36 years and you can't expect them to love someone that has
imprisoned them for so long. People will not listen to Arafat if their family is
killed by them. People want to be free and have their freedom.
END: 12.19
**SEGMENT-ID:** 10
**PROGRAM-ID:** fnc09300520
**LOAD-DATE:** June 21, 2002
Page 174
35 of 111 DOCUMENTS
Content and programming Copyright 2002 Cable News Network
Transcribed under license by FDCH e-Media, Inc. (f/k/a
Federal Document Clearing House, Inc.). Formatting Copyright
2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing
House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.
CNN
**SHOW:** CNN BREAKING NEWS 10:02
**May** 19, 2002 Sunday
Transcript # 051901CN.V00
**SECTION:** News; International
**LENGTH:** 3241 words
**HEADLINE:** Suicide Bomber Strikes Netanya
**GUESTS: Hasan Abdel Rahman,** Mike Brooks, Dore Gold, Saeb Erakat
**BYLINE:** Miles O'brien, Jerrold Kessel
**HIGHLIGHT:**
A suicide bomber has struck in Netanya killing at least one and injuring at
least 20.
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
MILES O'BRIEN, CNN ANCHOR: A suicide bomber has struck once again, this time
in Netanya injuring up to 20 people, killing at least one person. That number
might relate to the suicide bomber himself. The -- many of the injured are in
serious condition. Our Jerrold Kessel is following this from his perch in
Jerusalem. He joins us now with the latest -- Jerrold.
JERROLD KESSEL, CNN CORRESPONDENT: Miles, yes, there is some confusion about
the number of fatalities. It does seem certain that one person is dead. That
may just be the bomber, but there are reports from the medical relief services
and from the Israeli police speaking of two people dead. This has not been yet
confirmed. One of whom would be the bomber.
Twenty-eight people have been taken to hospital for treatment. At least seven
are reported in serious condition from this attack, which the police are
definitely saying was the work of a suicide bomber. He walked into -- here you

see some of the wounded being taken away, rushed into hospitals in Netanya,
Page 175
CNN BREAKING NEWS 10:02 May 19, 2002 Sunday
there are hospitals there in the city and also down to other hospitals outside
-- this is a big coastal town between Tel Aviv and Haifa, on Israel's
Mediterranean Coast, not far away from the West Bank, indeed, no more than 15
miles or so, perhaps even, in some places, less than that, from the West Bank
border.
Indeed, there were reports we've been telling you about a little while ago
that the Israeli police got an alert just before the bomber struck, the police
are now clarifying there was an alert, indeed, there was something untoward
coming out of the town of Tulkarem, the closest West Bank town right on the
border between Israel and the West Bank, and very close to Netanya, that they
were suspecting someone was coming out of there, and they got word of that. But
they're saying they don't believe this the same man who struck in Netanya.
There's a big major alert of the Israeli police in that area in the central part
of the country, around the town of Tulkarem and around central Israel.
The man who did strike went into the open-air fruit and vegetable market,
household appliances, mainly small stalls, vendors on duty -- quite a busy
shopping time, Sunday afternoon. This, of course, a working day in Israel. And
the bomber struck at just about 50 minutes ago, just after 4:15 local time.
It's now 5 after 5:00 in the afternoon. The medical relief services were
quickly on the spot, carrying the wounded away to hospital, trying to make sure
there were indeed, no other bombers around the area, or no other bombs placed in
the area. This has been the work of the police over the last 45 minutes.
It's, of course, important to point out, the town of Netanya, which has been
struck several times over the last couple of years, and indeed before that by
Palestinian attackers, suicide bombers, or attackers, was also the scene where a
suicide bomber struck on the 29th of March, killing 29 Israelis, and triggering
Israel's major strike offensive against Palestinian terror in the West Bank,
which was just completed, you could say, that offensive against Palestinian
towns last week -- Miles.
O'BRIEN: CNN's Jerrold Kessel joining us live from Jerusalem. We thank you
very much.
On the line with us from Chicago is Abdel Rahman, who is the Palestinian
representative to the United States. Mr. Rahman what do you know? Do you have
any further information to offer?
**HASAN ABDEL RAHMAN,** PALESTINIAN REPRESENTATIVE TO U.S.: The reports I've seen
no one claimed responsibility so far. But regardless, we are against any
attacks directed against civilians by anyone, whether those civilians are
Israelis or Palestinians. If it is a Palestinian, and we don't know who is
responsible yet, again, we are totally opposed to it. We believe it is
destructive. It is not helpful. It does not serve the Palestinian cause or the
cause of peace.
O'BRIEN: Let me ask you this, Mr. Rahman. Is Yasser Arafat doing enough to
try to stop the suicide bombings?
RAHMAN: Yasser Arafat is trying his best. We have to remember that Israel has
destroyed the Palestinian police and the police and the security infrastructure
of the Palestinian security forces. And not only that but after two months
Page 176
CNN BREAKING NEWS 10:02 May 19, 2002 Sunday
almost of the Israeli invasion of the West Bank -- and settlement of Gaza,
Israel still is imposing a very (UNINTELLIGIBLE) on the Palestinians and
continue to kill Palestinians on daily basis. Yesterday alone, a boy of 9 years

old, his father, another woman, another man, were killed by Israel. And since...

O'BRIEN: Let's go back, sir, if we can get back to the issue of the statement that you made that the Palestinian police forces, been dismantled, if you will...

RAHMAN: Yes.

O'BRIEN: The criticism on the part of the Israelis has been that the Palestinian judicial system, such as it is, if you can call it that has simply been a revolving door, which has done nothing to try to restrain the motives, and to undermine this effort on the part of the suicide bombers, people get arrested, they go in one door, they're out the other door. What sort of police force was there in the first place?

RAHMAN: First of all, that is totally inaccurate. Israel bombarded all the prisons even, not only the police security force infrastructure. There's not one single building that's was left undamaged. The vehicles of the police were destroyed. Adding to that that over 18 years, Israel was engaged in the brutal killing of Palestinians. There were 3,000 Palestinians killed. There are 40,000 wounded. Israel is engaged in a war against the Palestinians.

O'BRIEN: Mr. Rahman...

RAHMAN: Let me finish please. Under this kind of environment, it is extremely difficult to hold Palestinian anger and frustration. And, as I said, this is continuing on daily basis by Israel...

O'BRIEN: Surely...

RAHMAN: And if Israel wants...

O'BRIEN: Surely this latest attack invites Israeli reprisals, does it not, and what do you expect will happen?

RAHMAN: The people who probably conducted this are saying the same thing, we are revenging the killing of a boy yesterday and his mother, and the day before, and the day before. There has to be an end to this. And end to this is through a political process. A political process of the United States have initiated, the world community has supported, the Arab world is engaged in, and the Palestinian people wants it.

O'BRIEN: Yes, but is Yasser Arafat really serious about political reform?

RAHMAN: Yes, of course. It is not because Israel wants it, because we need it. The Palestinian people need a good government. The Palestinian people need official institutions. Not because Israel wants it. Israel wants a totally different reform. We want a reform that responds to the need of the Palestinian people. And we have to do it.

Page 177

CNN BREAKING NEWS 10:02 May 19, 2002 Sunday

O'BRIEN: Mr. Rahman, just allow you the opportunity to say this as clearly as you can, about how you personally feel about this terrorism...

RAHMAN: Oh, I am against it, I am appalled by it, I am appalled by Israeli killing Palestinians on a daily basis also. And we want both the Israeli government and Israeli army to stop terrorizing the Palestinians. And we want Palestinians to stop killing Israeli civilians.

O'BRIEN: **Hasan Abdel Rahman,** who is the Palestinian representative of the United States, thank you for joining us on the line in Chicago, Illinois. We'll be, obviously, monitoring this thing closely.

And among the people watching this, with interest is Mike Brooks, who is one of our terrorism analysts.

Mike, it's so familiar. It's kind of haunting, in a way, how we go through this whole ritual, if you will. First, the goal of these suicide bombers is to create a Palestinian state, to send back the Israelis, to remove the

settlements. It seems as if they're not getting far in their goal.

MIKE BROOKS, TERRORISM EXPERT: No it doesn't. The Palestinians say Israelis are perpetrating terrorism against them with missiles, with jets and that their only weapon is the suicide bomber. That's how they look at it, from that point of view. Whether that's true or not, that remains to be seen. Whether we'll ever see peace in the Middle East -- but the suicide bomb is their main weapon.

O'BRIEN: Now, we talk often about Yasser Arafat's ability -- or how much control he might or might not have over this. He's made, recently at least, some strong condemnations against terrorism, and this brand of terrorism. Heretofore, though, there's been almost a wink and a nod. Is he changing his mind? Or is he -- is he truly had a change of heart, because of pressure? What's going on?

BROOKS: I think overall he does want peace. There are so many different factional groups within the Palestinian community. The PFL general command, were talking about possibly having responsibility for this particular blast. You have Hamas. There are so many different factions. On the Israeli side it is the same thing. You have a group of Israelis that want peace, and a group of them that want to undermine the peace process. So I think you've got different factions on both sides that are constantly at battle with each other within their own political parties.

O'BRIEN: The Israeli goal, the incursion, which we talked so much about for so many weeks, was to root out the source of terrorism, the bomb-making facilities, people who might be inclined to do that. Was it a failure?

BROOKS: I don't know if it was a failure. A lot of people thought they went too far. And some of the towns they said they came in and were there human rights violations, that was looked at by Human Rights Watch said there were no particular human rights violations but they were a little bit heavy handed. That will remain to be seen. It will also be up to negotiators going back to the peace table on both sides and the United States' involvement in that. I don't know how much they gain from that. Right now it doesn't look like

Page 178

CNN BREAKING NEWS 10:02 May 19, 2002 Sunday

they have gained much at all from going in. But again they have a very in-depth intelligence network there and I think there was some intelligence gained. They came out with papers not too long ago that showed -- that they say showed Yasser Arafat's link and direct involvement with terrorism. That still remains to be seen.

O'BRIEN: Let's bring in another guest. Dore Gold is on the line with us, the former Israeli ambassador to the United Nations. Mr. Gold, can you hear me?

DORE GOLD, FMR. ISRAELI AMB., U.N.: Yes, good morning.

O'BRIEN: Do you have any additional information to bring us about what's unfolding in Netanya?

BROOKS: GOLD: We're still accumulating information about the terrorists, about what organization he might be affiliated with, what city he used as a launching point for moving into Netanya. As we get this picture, which is something you can't obtain instantaneously, we'll be able to know what has to be done.

O'BRIEN: What can you tell us, though?

GOLD: Well, I can tell you that, you know, Yasser Arafat just the other day gave a major speech to the Palestinian Legislative Council. Some people thought it was a positive speech because he spoke about the fact that the terrorist attacks don't serve the Palestinian interest.

But, in the same speech, he also referred to the treaty of Hudoobie (ph) , which is a 7th century Islamic truce, which wasn't maintained for 10 years as

originally planned, and was actually violated after two years. So the mixture
of both signaling an end to attack, at the same time winking to the Palestinian
organizations by referring to that treaty of Hudoobie, probably sent the kind of
mixed message that yields these kinds of results.

O'BRIEN: So you would suggest the winks and the nods continue?

GOLD: Yes, I don't think there is a clear-cut message to the Palestinian
organization to stop the attacks against Israel. In fact, prior to the attack
in Netanya, we were receiving warnings of constant attacks at all our cities and
it has only been the ability of the Israeli army to intercept these attacks
which prevented other bombings from occurring.

What is true is that since Israeli's operations in the Palestinian cities and
the West Bank, the number of these attempted attacks has been reduced so that
the threat is much more manageable. But, still, they can get through and they
got through in Netanya.

O'BRIEN: I don't know if you're able to hear **Hasan Abdel Rahman.** Were you,
sir?

GOLD: Was he the previous speaker?

O'BRIEN: No, the previous before that. You may not have heard him.

Page 179

CNN BREAKING NEWS 10:02 May 19, 2002 Sunday

GOLD: No, I did not hear him.

O'BRIEN: He's the Palestinian representative to the U.S., I don't need to
tell you that, but just to remind our viewers. And he said that he personally
deplores these types of attacks. I gave him the opportunity to state that
clearly. He did say that but then quickly shifted the focus to what he termed
were Israeli atrocities. I am -- I'm curious if those sorts of statements in and
of themselves are mixed messages, or if that's enough in the way of condemnation
of terrorism on the part of the Palestinian authority?

GOLD: The problem is, what are the actions taken by the Palestinian security
services? That ultimately is the litmus test of whether they're serious or not
serious at all. Up until now, we found conclusive evidence of collusion between
the Palestinian security services as currently constituted and the Palestinian
terrorist organizations.

We even found Palestinian intelligence documents in Palestinian cities like
Tulkarem that point to how Islamic Jihad is connected to the organization of
Colonel Telsik Furowi (ph) , one of the many Palestinian security services. So
until this is really cleaned up, until there's a unified security service that
is serious about fighting terrorism, which is now the consensus of the entire
world community, we're going to have these problems occurring. We're going to
have to act at different times in defense of ourselves. Because no nation can
possibly tolerate constant bombing attacks in the hearts of the cities.

O'BRIEN: Mr. Gold, we're looking at some live pictures of the scene in
Netanya, just to reiterated for the viewers who might just be joining us, at
least 20 injured, one dead, maybe two dead. Certainly, one of them being the
suicide bomber, in the wake of this powerful explosion in Netanya. Mr. Gold if
you can tell us what's in store right now for the Ariel Sharon government? Has
a meeting been called? What are the options on the table right now?

GOLD: It's a little bit early to say. The military is now accumulating an
intelligence picture of what precisely went on. Where the bomber come from?
Where did he get his explosive materials? Who has been furnishing money for the
bombing? Are they external countries involved in signaling this type of attack?
When the entire picture is ready that is presented to the Israeli cabinet, our
civilian echelon, which on the basis of military information will accept one of
the recommendations that the military will make.

Again, it's too early to say what will be the nature of that response, what will be a response that will occur immediately, will it be a response that will occur in the future? I think it's too preliminary. What's clear to us though, is that the message that went out to the Palestinian organizations was not clear cut, it was not a clear-cut condemnation of terrorism, it was a mixed message, and the results you have today, but you've actually had them all this past week when other attempts were made, but didn't get through.

O'BRIEN: Dore Gold, speaking on behalf of the Sharon government thank you very much for being with us.

Let's turn our attention now to Saeb Erakat, the chief Palestinian negotiator. On the line with us from Jericho, Mr. Erakat, were you able to hear Mr. Gold?

Page 180

CNN BREAKING NEWS 10:02 May 19, 2002 Sunday

SAEB ERAKAT, CHIEF PALESTINIAN NEGOTIATOR: Not all that he said, but I just want -- I just spoke to President Arafat now...

O'BRIEN: Yes?

ERAKAT: On behalf of President Arafat and Palestinian authority, to condemn this attack and condemn any attempt at killing civilians, whether Israelis or Palestinians. I actively reject the Israeli accusations, in blaming us all the time for such attacks.

Miles, you know the situation on the ground in the West Bank, in Gaza. There is hardly anybody that can move from a town to town, or village to a village, or a village to a town. Our people are under total, constant, siege enclosure. We are having on the average three to four Palestinians killed every day, and maybe only and only maybe the answer to this mess, to this mess, to these killing fields out there is not more insurgents, not more tanks, not more settlements, not more siege and closures.

The answer is a high ground of resuming a meaningful peace process by both parties. The shortest way to peace and security, to us and to the Israelis is to end the Israeli occupation and to establish a Palestinian state, next to the state of Israel. I believe this is the only way out. Last week we've seen the Likud Party saying no to the Palestinian state.

Today, the housing minister in Israel announced 957 housing units added to the existing settlements, plus 34 new settlements being build this year by Sharon's government. This must stop, we must revive hope in the minds of Palestinians. We must tell Israelis and Palestinians that peace is doable. And now to stand and starting to assign blame on Arafat and the Palestinian authority, they know very much that in the last seven weeks (AUDIO GAP)

O'BRIEN: Mr. Erakat? Mr. Erekat? I believe we've lost our phone link with Mr. Erakat. I have a lot of questions for him. Hopefully we'll get him back, we'll bring him to you as soon as we re- establish connection.

Mike Brooks has been standing by. He looks at terrorism issues for us. It's interesting -- earlier this morning we had the remarkable moment where Ailon Pinkas (ph), the Israeli representative, the consul general in Israel, actually said he agreed with much of what Hannan Ashwari said, a Palestinian and you had the sense that the tone was shifting somewhat. It doesn't take much to send it right back to where it was. And I guess that leaves the questions now of where -- what next, and we always come to this point of what the Israeli reprisal will be.

Mr. Gold was not specific about it, but what was interesting to me is, what would the response be, not if there would be a response.

BROOKS: Again, I think it's early to say. They'll take a look at what group was involved in this, what kind of bomb was used, where the explosives come

from, did they come from another -- did they come from refugee camps? Where
exactly did they come from? And then I think they'll take a calculated response
and most likely there will be a retaliation for this.
Page 181
CNN BREAKING NEWS 10:02 May 19, 2002 Sunday
O'BRIEN: All right. Mike Brooks, we are going to have to leave it at that
for just a moment. We are going to take a break. We'll be back with more of
our continuing coverage of this latest bombing. This one in Netanya, in Israel,
after some brief messages. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL
800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com
**LOAD-DATE:** July 11, 2003
Page 182
36 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Region In Conflict
**May** 13, 2002, Monday PM ET
**NETWORK:** MSNBC Cable Programming
**MEDIUM:** Cable
**LENGTH:** 67 words
**BODY:**
START: 05.34
Discussion. We are joined by our guests.
Studio Interview - Mark Regev, Israeli Embassy spokesman says this is more of a
symbolic act and doesn't tie Sharon's hands.
Visual - Regev.
Studio Interview - **Hasan Abdel Rahman,** Chief DC Rep. Palestinian Authority says
Mr. Sharon voted against the peace process from the very beginning.
Visual - Rahman, Ariel Sharon.
END: 14.32
**SEGMENT-ID:** 6
**PROGRAM-ID:** msnbc2100.0513.6
**LOAD-DATE:** June 19, 2002



45 of 427 DOCUMENTS

Copyright 2002 Plain Dealer Publishing Co.
Plain Dealer (Cleveland, Ohio)

May 13, 2002 Monday, Final / All

SECTION: FORUM; Pg. B7

LENGTH: 698 words

HEADLINE: It's not terrorism vs. occupation; it's hogwash

BYLINE: Elizabeth Sullivan, Plain Dealer Foreign Affairs Correspondent

BODY:

It is not so simple as terrorism vs. occupation. If only it were.

The Palestinians could uproot their deepening "infrastructure of terror" that reaches from bomb labs in refugee camps to arms-smuggling tunnels under towns. Israel contends that documents it found after recent military thrusts into the West Bank show that virtually every top Palestinian from Yasser Arafat down has had a hand in encouraging terrorist acts, including subsidies to suicide bombers.

For there to be peace, the Palestinian side must give up on terrorism.

The Israelis could pull their troops and settlers out of the West Bank and Gaza Strip, land that the rest of the world calls "occupied." The presence of thousands of settlers has had a corrosive effect, persuading average Palestinians that Israel will never give them their own country.

For there to be peace, Israel must realize that the best prospect for its security lies in ending a presence that degrades and humiliates Palestinians and has contributed to the corruption of Palestinian society and the rise of terror.

With an end to these most basic and bitter grievances, the violence would be over. Alas, it is not to be.

It is not be, not because it cannot be, but because the Palestinians and Israelis do not want it to be. Both are determined to hold onto their suicide bombers and their settlers as bargaining chips for the political deal that remains unattainable as long as they do.

Instead of making the necessary moves for peace, their spokesmen play the chicken-and-egg game. Which provocation must end first? Whose grievance is most acute and pressing?

Will Yasser Arafat finally get real about curbing the terrorist attacks that have claimed 200 lives since September 2000? The prospects aren't good.

Hassan Abdel Rahman, chief of the Palestine Liberation Organization office in Washington, D.C., said Friday in Cleveland that Arafat cannot end the terror because the bombers won't listen to him. They are too engorged with their anger and revenge, Rahman contends, and Arafat can't impose his will, either, because the Israelis have moved in with their tanks and bulldozers.

This is hogwash. The papers seized by Israeli troops show clearly how terrorism has been encouraged from the top.

It's not terrorism vs. occupation; it's hogwash Plain Dealer (Cleveland, Ohio) May 13, 2002 Monday, Final / All

Will Ariel Sharon freeze Jewish settlements until the violence settles and the political process restarts? Will his army show restraint in the face of obvious terrorist provocations? Hundreds of Palestinian civilians have died already.

During a recent visit to Cleveland, Sharon spokesman Raanan Gissin said the Israeli government has frozen settlements, but only their territorial expansion, not what he calls "natural growth" within current boundaries. He says anything else would be impossible, as people need to add rooms and garages.

This is also hogwash. Sharon's history is that of a brilliant and daring field commander, but one who sees peace strategically, as a time to prepare for the next war. So he has long supported settlements that dilute the ability of Israel's enemies to attack it by denying those enemies key terrain.

Ironically, it was just two years ago that Palestinians' belief they'd soon have a country had reduced suicide bombings to virtually nil. Israel publicly credited Arafat's forces with foiling several attacks.

The 107-page dossier the Israeli government just released, supposedly tying Arafat to terror, is revealing more for what it says about corruption and security breaches within the Palestinian Authority than for what it says about Arafat. What the dossier underscores is how the breakdown in the peace process has renewed the campaign of blood.

In the absence of Israeli pledges to withdraw and give Palestinians a viable state, Palestinians will continue to be prey to the allure of the bombers.

Sharon must find the courage to view the future strategically, as a place where security is redefined as part of a political bargain. Arafat must find the courage to reject those who would define every Israeli teenager as a murder target, rather than encouraging them with winks, nods and occasional subsidies.

Contact Elizabeth Sullivan at:

bsullivan@plaind.com, 216-999-6153

LOAD-DATE: May 19, 2002

**SHOW:** CSPAN-1 Daily Schedules
**May** 12, 2002, Sunday 12:00
PM ET
**NETWORK:** CSPAN-1 Cable Programming
**MEDIUM:** Cable
**LENGTH:** 51 words
**BODY:**
START: 1.15.26
Middle East Peace Efforts.
Sound Bites - Malcolm Gillis, Rice University, President, James Baker, Rice
University Baker Institute for Public Policy-Honorary Chair, King Abdullah of
Jordan, **Hasan Abdel Rahman,** Palestinian National Authority, Chief US
Representative.
END: 2.38.27
**SEGMENT-ID:** 4
**PROGRAM-ID:** cspn00030512
**LOAD-DATE:** June 19, 2002
Page 184
38 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Channel 3 News Saturday Morning
**May** 11, 2002, Saturday 9:00
AM
**NETWORK:** WKYC-TV
**MEDIUM:** Television
**TYPE:** Television
**LENGTH:** 128 words
**BODY:**
START: 1.01.05
Teased Segment - Yasir Arafat's Assistant. Report by Dick Russ.
Visual - Security was tight at the City Club for the PLO's top man in the US.
Sound Bites - **Hasan Abdel Rahman,** PLO Representative, says I believe we are at a
cliff.
Interview - Rahman, says we have to show the American public the situation in
which this man or woman is living that turns him into a suicide bomber.
Interview - Shirley Goodman, Cleveland, says if the PLO really wants peace they
would have accepted the Barak offer in 2000.
Interview - Mazen Antoun, Cleveland, says I was disheartened to see so many
young Israeli children so polarized against Palestinians.
Visual - 90 Cleveland area high school students met with Rahman. .
END: 1.03.29
**SEGMENT-ID:** 50
**PROGRAM-ID:** wkyc09000511
**LOAD-DATE:** June 18, 2002
Page 185
39 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Channel 3 News At Seven
**May** 10, 2002, Friday PM
**NETWORK:** WKYC-TV

**MEDIUM:** Television
**TYPE:** Television
**LENGTH:** 39 words
**BODY:**
START: 03.50
Arafat. Yasir Arafat right hand man Hasan Abddfel Rahman, (sp) in Cleveland.
Visual - Sherton City Center sign.
Interview - **Hasan Abdel Rahman,** PLO Representative tells they are seeking
freedom
END: 04.39
**SEGMENT-ID:** 6
**PROGRAM-ID:** wkyc19000510
**LOAD-DATE:** June 18, 2002

Case 1:04-cv-00397-GBD-RLE    Document 84-22    Filed 05/28/10    Page 199 of 405

Page
Israel Alone Sets Attack Response, Bush Contends; U.S. Officials Say Sharon Urged To Weigh Need to Protect Peace The Washington Post May 10, 2002 Friday



47 of 427 DOCUMENTS

Copyright 2002 The Washington Post

The Washington Post

washingtonpost.com

The Washington Post

May 10, 2002 Friday
Final Edition

SECTION: A SECTION; Pg. A21

LENGTH: 683 words

HEADLINE: Israel Alone Sets Attack Response, Bush Contends;
U.S. Officials Say Sharon Urged To Weigh Need to Protect Peace

BYLINE: Karen DeYoung, Washington Post Staff Writer

BODY:

As Israeli military forces massed outside the Gaza Strip, the Bush administration insisted that the response to Tuesday's suicide bombing was Israel's decision to make but recalled that President Bush had urged Prime Minister Ariel Sharon not to lose sight of larger peace objectives.

"Israel is a sovereign nation," White House spokesman Ari Fleischer said. "But at all times America's message to Israel is we are all in this together, and Israel has to be very mindful of its responsibilities to protect peace in the region."

Fleischer said that Bush had given Sharon neither a red nor a green light for a military response: "Israel does not ask the United States for lights of any shade or color, and the United States does not give Israel any lights."

The administration appeared determined to treat the bombing, which killed 16 people in a pool hall outside Tel Aviv, as a lamentable but only temporary setback in peace efforts. "No one here needs to be reminded that the path to lasting peace is difficult," national security adviser Condoleezza Rice said in a speech prepared for delivery to the American Jewish Committee last night. "Indeed, it requires us to see through our pain again and again. This journey can only be navigated with determination."

In his own brief comments to reporters, Bush acknowledged that Palestinian security forces had arrested some members of the Islamic Resistance Movement, or Hamas, which reportedly claimed responsibility for the bombing, and warned Palestinian leader Yasser Arafat to "keep them in jail."

But in an apparent effort to counterbalance yesterday's description of Arafat's bombing condemnation as an "incredibly positive sign," Bush continued: "What is an accurate reflection of my opinion is that Mr. Arafat has let the Palestinian people down. He hasn't led. And as a result, the Palestinians suffer and my heart breaks for the Palestinian moms and dads who wonder whether or not their children are going to be able to get a good education and whether or not there's going to be a job available for their children."

Israel Alone Sets Attack Response, Bush Contends; U.S. Officials Say Sharon Urged To Weigh Need to Protect Peace The Washington Post May 10, 2002 Friday

Following on statements his aides made Wednesday, Bush said Sharon's contention that Bush had agreed that Middle East peace talks should be postponed until Arafat was removed from power were "not an accurate reflection of what went on in the Oval Office" when the two leaders met Tuesday.

Bush referred to his conversations with Sharon and Arab leaders on the need to reform Palestinian institutions, including what he described as "a single command security force that can be held accountable for arresting terrorists."

Meanwhile, the Palestinian Authority's U.S. representative, Hassan Abdel Rahman, said that all the Palestinian officials knew about the much-discussed reforms was what they had read in the newspapers. "We were not approached by anyone to ask us for that," said Rahman, who spoke to reporters at the National Press Club.

The Palestinians themselves want "good governance and democracy and . . . efficient institutions," he said, "and we do not need advice from abroad on our need for that."

But, he said, "we will use technical assistance from anyone who offers it to us." Rahman said CIA Director George J. Tenet, whom Bush has said he would send to help organize a new Palestinian security force, would be welcome.

Despite Sharon's reported comments on the substance of his meeting with Bush, "the message we get from the administration [is] that Yasser Arafat is essential for the peace process," Rahman said. "His role is important, being the elected leader of the Palestinian people. We have not been told by the Americans any other position."

But stopping the terrorist bombings "does not depend on Yasser Arafat alone," Rahman said. "It depends also on the way the Israeli government and the Israeli army behave towards the Palestinian people. You cannot tell every Palestinian whose mother or father or children are killed not to react. . . . If they cannot walk, if they cannot go to their businesses, if they are humiliated on a daily basis . . . they are not going to listen to you."

LOAD-DATE: May 10, 2002

Page

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY
REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS
CLUB, WASHINGTON, D.C. Federal News Service M



62 of 512 DOCUMENTS

Copyright 2002 Federal News Service, Inc.
Federal News Service

May 9, 2002 Thursday

SECTION: MAJOR LEADERS SPECIAL TRANSCRIPTS

LENGTH: 4652 words

HEADLINE: NATIONAL PRESS CLUB MORNING NEWSMAKER

SPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES
HASSAN ABDEL RAHMAN

LOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C.

BODY:

MR. RAHMAN: Good morning, and thank you for coming.

I was invited here today to share with you our perspective on the situation in the Middle East and discuss with you where we go from here. All of you are aware of probably the intentions of Mr. Sharon when he waged his latest invasion of the Palestinian territories. His main objective was obvious. He wanted to change the political landscape in the region, undo the Oslo peace process and construct a new situation in the Palestinian territories that are -- that is suitable to his own political and ideological positions.

He inflicted a great deal of damage to the Palestinian Authority infrastructure and to the Palestinian society as a whole. The damage that was inflicted was very extensive on the institutions of the Palestinian National Authority, on the economy, on the Palestinian people, and on the infrastructure of the Palestinian people -- the roads, the electricity, the water. Nothing escaped the destruction of the Israeli army.

The number of casualties was very high. It was in the hundreds. And the wounded are in the thousands. Adding to the number that was already very high since the beginning of September the year 2000. So far we have almost about 3,000 Palestinians killed.

We have about 38,000 Palestinian wounded. The number of houses destroyed are in the thousands. Even the crops, trees and -- were not spared the Israeli destruction.

Mr. Sharon was here in Washington last week -- in fact, two days ago -- and he made his plans very clear. Mr. Sharon is not interested in making peace with the Palestinians. He's interested in dictating to the Palestinians the terms of surrender. That was very clear from the statements he made before and after meeting with President Bush. When he was asked about the Palestinian state, he said it was premature to discuss the Palestinian state, thus putting himself against the international consensus that includes also the United States. So we have Mr. Sharon on one side and the rest of the world on the other side.

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

The issue of Jewish settlements in the Palestinian territories -- Mr. Sharon refused to discuss the issue of the continuation of building Jewish settlements in the Palestinian territories.

One month after the United Nations Security Council adopted Resolution 1402 and 1403, still the Israeli Army has not withdrawn from the Palestinian cities and towns. Every single Palestinian city is encircled by the Israeli Army.

So the situation in the Palestinian territories continue(s) to deteriorate as a result of the Israeli policies. Mr. Sharon is intent on undermining the international efforts that are being made at the moment to move the region from the brink of total war into the path of peace.

I take this opportunity to thank President Bush and the European leaders and the secretary-general of the United Nations for the efforts they are exerting to move the region back into the political path, because without a vision for peace and without a plan to achieve that peace, the region can only go into further confrontation and further bloodshed.

The terms of the political settlement as we see it are very -- were made very clear by the Arab summit conference in Beirut. The adoption of the Saudi peace initiative, Prince Abdullah, which calls for Israel's withdrawal from the Arab territories that were occupied in 1967, in exchange for the establishment of full diplomatic and normal relations with Israel, are the foundations for any peace process.

We cannot, the Palestinian people, accept again to become involved in interim arrangements. Interim arrangements are a formula for the continuation of Israel's occupation; consequently, they are a formula for confrontation because the Israeli occupation, in our views, is really the infrastructure of terrorism in our region, because occupation is a system of terror and it is also a systematic terrorism against the Palestinian people. So, occupation generates resistance. And if we're to deal with the whole situation of violence in the region, occupation must end, with all that it entails, including, of course, the construction of illegal Jewish settlements in the Palestinian territories.

Our position on this is very clear because we have seen the statements made by Sharon and by his advisers and by the spokesmen and a spokeswomen of Israeli government that he wants long-term interim arrangements, after which a discussion on final status can take place. We cannot accept that.

We will accept a process that the conclusion of which is very clear to us. There is an internationally accepted solution, and that is the establishment of an independent Palestinian state along the lines of 1967 boundaries. This endgame has to be clear from the beginning, and any process must be a plan to achieve that objective and not to negotiate about negotiations or interim arrangements.

This is what I have to say this morning. If you have any questions, I would be more than happy to answer. Thank you very much.

MR. HICKMAN: (Off mike) -- give your name and affiliation. And keep your hands up long enough for me to see you with all these lights in my eyes. One, two, three, four, five, six, seven. Try to remember the order. Please use the floor mikes. Just line up -- I forgot about the floor mikes. Just line up -- (off mike).

MR. RAHMAN: Yes?

Q Good morning. I'm Jonathan Wright from Reuters. Hassan, I wondered if you could give your interpretation to us of this sudden interest that there seems to be in reform of the Palestinian Authority. What's your interpretation? How do you explain this sudden interest and how do you intend to deal with it?

MR. RAHMAN: We heard about it in the papers, of course. We were not approached by anyone to ask us for that. However, we feel that good governance and democracy and the construction of and building of efficient institutions of the Palestinian Authority are Palestinian demands; those are Palestinian objectives. We want to have an efficient government for the Palestinian people. We want a democratic government, and we do not need advice from abroad on our need for that. We will do it ourselves and we will do it to serve the interests of the Palestinian people.

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

Our security institutions, of course, will be in charge of maintaining law and order in the Palestinian territories. Their main interest and main function will be to preserve the Palestinian security, security for the Palestinian people. But also, it will protect any agreement that we sign with anyone, with Israel or with anybody else. So we are very ready to engage in reconstruction of our national institutions and institutions of the Palestinian National Authority.

MR. HICKMAN: First question over here. Those of you on this side of the room who have questions, you might want to line up behind the mike over there, please. (Off mike.) Yes, sir?

Q Good morning. Brad Wright with CNN. It's been suggested that the Israeli response to the latest suicide bombing probably will come in Gaza. Do you believe that's the case? What do you think the proportion of this will be?

MR. RAHMAN: Well, if Mr. Sharon was looking for a pretext to destroy Gaza, he can have a pretext -- I mean, this tragic event of the day before yesterday or any other event.

We hope that there will be enough pressure on Mr. Sharon, you know, not -- in order not to become involved in such an aggression, because each Israeli incursion in the Palestinian territories, each killing of a Palestinian by Israel, any destruction of Palestinian property by Israel would only lead to the generation of more defiance and more hostility towards Israel. The Israeli tanks and bulldozers do not bulldoze only Palestinian roads, but they also bulldoze the foundations of possibilities of peace with Israel.

So what we need, really, is instead of violence and counterviolence, is a path outside of this vicious circle. We need to look at the causes of this conflict and deal with them, rather than dealing with the symptoms.

MR. HICKMAN: Question over here.

Q I'm Jim Harriot (sp), Worldnet TV division of the Voice of America. There's a front-page story in the New York Post today that indicates President Bush -- I'm paraphrasing -- in effect is saying that nothing can go forward until Chairman Arafat goes. Are you aware of the story, and your response?

MR. HICKMAN: No, I am not aware of this particular story. I am aware of what is being said on behalf of Mr. Bush by everybody except Mr. Bush himself. So Mr. Bush had not told us that, and I -- from the statements that I hear from members of the administration, that's not the case. Mr. Bush and Colin Powell both believe that President Arafat is essential for any progress to be made on the Palestinian-Israeli track, and that his role is very, very important to move the process forward.

Q So if I may follow, you're saying that Chairman Arafat stays and Mr. Bush has, in effect, been misquoted?

MR. RAHMAN: I didn't see that quote by Mr. Bush, but what I'm saying is that this is the message we get from the administration -- that Yasser Arafat is essential for the peace process; his role is important, being the elected leader of the Palestinian people. We have not been told by the Americans any other position.

MR. HICKMAN: If that is the position --

MR. RAHMAN: I'm not going really to --

MR. HICKMAN: Hypothetical.

MR. RAHMAN: No. I'm not going to deal with hypothetical questions, no.

MR. HICKMAN: All right.

Q Matt Berger (sp) with JTA.

Do you believe that Chairman Arafat's comments yesterday in Arabic was a significant step? And do you think that it will have an effect on quelling the violence?

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY
REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS
CLUB, WASHINGTON, D.C. Federal News Service M

MR. RAHMAN: Well, I think they are reiteration of previously stated positions. If you look at the
speech of Yasser Arafat on December 16th in Arabic, it contained exactly the same substance. If you look
at the speech of Yasser Arafat that was made to the Arab Summit conference on March 28th, it included
exactly the same thing. Probably he used stronger language yesterday, but it is the same substance.

And our position has been always very clear: We are against any action against Israeli civilians --
that's directed against Israeli civilians in the same manner that we condemn and oppose and ask others to
do the same when Israel directs its attacks against Palestinian civilians. So that -- we wanted to have
Palestinian and Israeli civilians out of this conflict. So this is a very, very principled position of the
Palestinian Authority.

Q But if he's made these comments before and suicide bombings have not stopped, does that say
something about his leadership in the Palestinian Authority?

MR. RAHMAN: No, it does not. It says something about the circumstances. You see, Yasser Arafat
will make all the statements necessary, and he will exert all the efforts that are necessary, but whether he
succeeds or not does not depend on Yasser Arafat alone. It depends also on the way the Israeli government
and the Israeli army behave towards the Palestinian people. You cannot tell every Palestinian whose
mother or father or children are killed not to react. It's impossible. You cannot stop the Palestinians who
live under siege, under miserable situation -- 60 percent of them are unemployed. People have to carry
their children to school because they're not allowed to drive their cars. If they cannot walk, if they cannot
go to their businesses, if they are humiliated on a daily basis, you can't tell them "Don't react." They --
even if you tell them "Don't react," they are not going to listen to you. That's why we believe in order for
us to succeed in our effort, we need two conditions.

One is the incentive to the Palestinian public. We have to tell the Palestinian public there is light at the
end of the tunnel, your situation is changing. But if all that we are promised is more Jewish settlements
and more Israeli oppression, then it is -- the second is you need the instruments to achieve that, and that is
the Palestinian security forces, which has been battered and destroyed by the Israeli troops.

So, yes, Arafat will use his moral authority, he would use his political authority, but in order to
achieve that objective, much more is needed.

MR. HICKMAN: A question over here?

Q That's close to what I wanted to discuss. My name's Ron Baejents (ph), Kuwait News Agency.

MR. RAHMAN: Yes?

Q If no one can influence Mr. Sharon, and to date there's no indication that anyone can, and then if
Mr. Arafat cannot control Hamas, I question -- and I would like you to discuss -- how would Mr. Tenet's
visit and this idea of reconstituting the Palestinian security -- let's assume that some time passes and it is
reconstituted -- how would this influence Hamas, Islamic Jihad? Is this also not futile?

MR. RAHMAN: First of all, let me deal with the first part of your question, and that is, no one can
influence Sharon. I believe that Sharon can be influenced.

Q By --

MR. RAHMAN: I mean, listen, Sharon cannot defy the whole international community.

Q He has to date.

MR. RAHMAN: Well, he has to date because there was acquiescence and tolerance to his positions
from the United States. But if the United States -- look at what happened in the United Nations over the
question of the international commission of inquiry into the war crimes in Jenin. I mean, you have 14
positive votes and only one negative vote. If the United States did not provide that protection for Sharon,
I assure you that Sharon may be indicted for war crimes. So the United States can and has the possibilities
to pressure Sharon. Sharon cannot defy the whole international community, cannot -- peace in the region
is not so irrelevant that it can be left to Sharon to decide, because the impact of peace and war in the

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY
REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS
CLUB, WASHINGTON, D.C. Federal News Service M

region has repercussions for the Israelis, for the Palestinians, for the Arabs, for the United States, for everyone. So you cannot let Mr. Sharon free-handed, because we know how Mr. Sharon operates.

Now, as far as Hamas is concerned, we, as I said, will do everything within our means to achieve control of those elements who want to carry on actions against Israeli civilians.

But whether we will succeed 100 percent or not is going to depend on Israeli behavior in the Palestinian territories also, because if Israel behaves in such a way to provoke the Palestinian people, it is difficult to have full control and full success. That's what I'm trying to say.

But as far as efforts are concerned, we are willing to exert our efforts. Now results is going to depend also on the Israelis and their behavior in the Palestinian territories.

Q I'm Lori Kinney (sp) with Hearst-Argyle Television. Are you concerned at all that in addition to the military response that the Israeli cabinet has apparently authorized, that the Israelis will take this opportunity to go that one step further and perhaps arrest and exile Mr. Arafat? Has -- it has been suggested before. And if that were to happen, what would the result be and the results for the Palestinian leadership?

MR. RAHMAN: Well, I hope they will not, because if they take such a very drastic and irresponsible and dangerous step, I think they will open the gates of the conflict wide open, that it becomes very, very difficult to bring it -- to bring the genie back into the bottle.

Q Are you concerned that it's a real possibility?

MR. RAHMAN: I mean, I cannot trust Mr. Sharon -- and his chief of staff, of course.

MR. HICKMAN: Question over here?

Q Ed Epstein from the San Francisco Chronicle. To follow up on these questions about the calls for reforming the Palestinian Authority and possibly removing Chairman Arafat, at the White House on Tuesday, Condoleezza Rice was asked repeatedly if Israel should negotiate with Arafat, and she just never said yes.

MR. RAHMAN: But did she say no?

Q She kept saying that he's the elected head of the authority, but she never would say yes. And also, I believe the president and Condi Rice said that -- called for new leadership, said so far the leadership of the authority has failed the Palestinian people terribly. So I think that's where these stories came from, plus this call for reform was seen as a kind of a code word to bring new leadership to the authority. Is that the way you read it?

MR. RAHMAN: Well, I -- I honestly don't feel like getting involved in a dispute with the president over his assessment of the performance of the Palestinian Authority. I am interested in one thing, and that is, does the United States recognize Yasser Arafat as the elected leader of the Palestinian people or not? If President Bush is asking Yasser Arafat to lead better, then he believes that he is the leader and, therefore, that's his opinion.

Now, on the question of the legitimacy of the leadership of Yasser Arafat, I don't think it is anyone's business to decide who is the leader of the Palestinian people except the Palestinians themselves. In the same way we think that Sharon is a war criminal, but the Israeli people elected him. If you ask 90 percent of the Arab world, they think that Sharon is a war criminal, and he's a bully, and he's a murderer. But that's not our business, that's the Israeli people who elected him and put him there.

We are interested not in the person, we are interested in solving the issues. And so let's deal with the issues, because focusing on the person, in my views, is a pretext for not dealing with the issues. Sharon is focusing on Yasser Arafat not because what he thinks is right or wrong, because he really does not want to deal with the issues of occupation, of building illegal Jewish settlements in the Palestinian territories. He does not want to deal with any of those so he focuses on Yasser Arafat.

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

Q What do you make of President Bush's continual refusal to talk to Arafat?

MR. RAHMAN: Well, I mean, the American administration deals with Yasser Arafat. That's why you have the secretary of State dealing with him, talking to him almost weekly. The time will come when President Bush will deal with Yasser Arafat. For the time being, we deal with the secretary of State.

MR. HICKMAN: Let me go to somebody who hasn't had a question yet.

Q Carl Osgood with Executive Intelligence Review. I'd like you to comment on the timing of this latest, most recent bombing, since it came just as Sharon was meeting with Bush in the White House. Even Richard Cohen, in the Washington Post this morning, suggests that the only person who benefits from this is Sharon himself because it serves his political and ideological purposes.

MR. RAHMAN: I don't believe in conspiracy mentalities. I think that the practical effect of this tragic incident is very damaging to the Palestinian cause. And therefore, we are opposed to it, and we are against it. And I think President Arafat made it clear that he will take action against the -- look for the perpetrators and take action against them.

Q Miles Pomper (sp) from Congressional Quarterly.

Two questions: One is, on this question of political reform, it's been suggested that perhaps Mr. Arafat would move to more of a ceremonial role, and there'd be some sort of prime minister -- or a constitutional change, who would do more of the day-to-day government of the Authority. I wanted your reaction to that. And secondly, wanted your reaction to -- there's a bill by Senator McConnell and Senator Feinstein on the Hill to cut ties with the Authority and what effect that would have if it became law.

MR. RAHMAN: Well, you know, I watched those members of Congress in action, and I've seen their positions made public on television. And lastly I'm very, very disappointed by what I see, because those positions are neither based on legality nor on morality.

And they don't even serve the political interest of the United States. You have the Senate of the United States and the Congress acting against the president of the United States in support of a foreign power. In my views, this is even nationally irresponsible, because once -- when the whole world is moving in one direction, and the Congress of the United States is trying to gear things in a totally opposite direction -- I am totally disappointed when I see the Congress of the United States that is supposed to be the bastion of law and order, of rule of law and democracy, endorsing an action by a government that was condemned by everyone in the world, including the United States of America. So this tells something about the motives and the reasons behind those positions.

It is not that the whole world is wrong and Dianne Feinstein is right. So again, if it is illegal and if it is immoral, I don't think it's going to have any relevance to what happens in our region.

MR. HICKMAN: Barry, and then Hilary.

Q Oh, sure. Barry Schweid, AP. Could you elaborate, please, a little bit on the Palestinian Authority's willingness to engage in reconstituting security forces? I mean, do you see particular things down the road? Talks? Also, and a small point, I'm a little confused because your -- the Palestinian position has been that these forces were decimated by the Israelis, so how much work has to be done?

MR. RAHMAN: Well, I mean, not every one single Palestinian who is a member of the security was killed. I'm not saying that. What was decimated is the infrastructure; namely, the buildings, the automobiles, the cars, the (files ?), et cetera, et cetera So you have to reconstitute those. Now, the reconstitution of the Palestinian security forces will be in accordance with the perceived needs of the Palestinian people. That's what I'm trying to say. And definitely we have to reconstruct those. We will use technical assistance from anyone who offers it to us. We will discuss among ourselves how to build -- rebuild it in a more efficient way. But again, the guidance for that are the interests of the Palestinian people and the maintenance of the law and order in the Palestinian society, and, of course, to safeguard any commitments that we make with our neighbors, including Israel.

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

Q But, I mean, are there meetings with Americans --

MR. RAHMAN: We have not had any Americans visiting. We heard that Mr. George Tenet will come to the region, and we welcome him.

Q Hilary Mackenzie with Southam News. The suicide bombings, as you have said, give Sharon the excuse, the figleaf, not to deal with the settlements and the underlying issue of the occupation. How do you impress upon Bush and others that that is indeed the case and try and change that? I've just come back from there, and the Israeli people, the Jewish people, many of whom were indeed in the peace camp in '95, '96, are now firmly behind Sharon because they don't feel that they've got any -- you know, that they can escape the suicide bombings.

So how do you -- you know, how do you break that --

MR. RAHMAN: Well, we realize that the peace camp in Israel has been damaged, and we are very concerned about that because those are our partners in the peace process, and for any future peace between the Palestinians and the Israelis, the overwhelming majority of the Israeli society must join the peace camp; we are very aware of that -- otherwise, we cannot make peace with Israel, because you may reach an agreement with the Israelis, unless the public supports it, it is not going to work.

On the same way on the Palestinian side. If you looked at the Palestinians also, we had 75 percent or more for the peace process. Today maybe this number is much, much less. But there is something very interesting about the polls in Israel and in the Palestinian -- on the Palestinian side. While you may have 80 percent of the Israelis support Sharon, yet you have a majority that supports the peace process, if and when it can be achieved. On the Palestinian side, the same thing; you may have 82 percent of the Palestinians who are supporting violence against Israel, but 70 percent will support a peace agreement with Israel based on the accepted fundaments (sic) of a peace process. In other words, when there is confrontation, it is always the right wing, the extremists will be in the majority. When there is a process on the table, I believe it would be supported by the overwhelming majority of both sides -- Palestinians and Israelis alike.

So, even President Bush, in the presence of Sharon the other day, said, "Hopelessness creates suicide bombers." I think he was addressing himself to Mr. Sharon; that the conditions of the Palestinian people have really to improve considerably so we can succeed in our effort to stop the suicide bombing, not -- I am opposed -- I want to make it clear; I am opposed to the suicide bombing not because of what it does to Israel only, but because of what it does to our society. I don't want to see Palestinian youth wanting to die and kill others in the process. We want a Palestinian youth that loves life; that's -- because that's the way I was brought up, and that's how may generation was brought up. And I blame Israeli brutality for brutalizing the Palestinian society, turning a very peaceful society into a violent society, because the system of violence imposed on the Palestinians turned many, many Palestinians into violence.

If you look at our society before 1967 and after 1967, any sociological study of this Palestinian society behavior before 1967, even before the Likud came to power in Israel, will find out that violence was very, very minimum. In fact, it was unknown as I was growing up in Palestine. And today it has become the norm as a result of the occupation and it what has done to the Palestinian society.

And I hope that we can reverse this process -- we can go back, because even if you look at the eight years of peaceful negotiations with Israel, you will have the curve going down. In the year 2000, until September, there was not one single suicide bombing. And now it is going up because the number of Palestinian casualties, the pain inflicted on the Palestinians is so huge that it is turning people who would have otherwise not been even involved politically into -- involved into becoming involved in resistance and violence.

Q If I may just go back to the question: You don't appear to be able, or you're not succeeding in getting that point across, whereas the Israelis and Sharon have managed very successfully with their spin machine to turn this into a September 11th and a war on terrorism, whereas the fundamental point of occupation and of the settlements is not being addressed.

NATIONAL PRESS CLUB MORNING NEWSMAKERSPEAKER: PALESTINE NATIONAL AUTHORITY REPRESENTATIVE TO THE UNITED STATES HASSAN ABDEL RAHMANLOCATION: NATIONAL PRESS CLUB, WASHINGTON, D.C. Federal News Service M

MR. RAHMAN: That's absolutely true. And that is not only due to our failure in reaching the American public and the Israeli public, but also to the overwhelming propaganda machine that is working day and night to perpetuate those distortions. You know, you look around, and you see that is the business of the pro-Israeli think tanks in this city, the media, the -- who support Israel, the right-wingers in this city and around the country. But I mean, haven't you noticed that there's a difference between American public's perception and the rest of the world's perception of what's going on? Even in Israel, there's much more debate within the Israeli Knesset over Sharon's policy than in the American Congress.

There's much more debate within the Israeli press over Israeli policies than in the American press. But that's not the case outside of the United States, because here it seems that anyone who is engaged in criticism of Sharon's policies is intimidated by either being called an -- anti-Semites or anti-Israel or -- so people are really -- or for any other reason. But that's not the case elsewhere.

MR. HICKMAN: Any more questions? (Off mike.)

MR. RAHMAN: Well --

MR. HICKMAN: If not, please don't forget to add your name to the sign-in sheet.

MR. RAHMAN: Thank you very much. Thank you. (Applause.)

END

LOAD-DATE: May 10, 2002

Page

Page

Page

Page

Page



54 of 427 DOCUMENTS

Copyright 2002 Bulletin Broadfaxing Network, Inc.
The White House Bulletin

May 9, 2002 Thursday

SECTION: IN THE WHITE HOUSE AND AROUND TOWN

LENGTH: 503 words

HEADLINE: White House Adopts Wait-And-See Stance Toward Palestinian Arrests Of Hamas Terrorists.

BODY:

The White House said today a key test of the Palestinian Authority's intensions will be whether 16 members of Hamas that were reportedly arrested in connection with a recent suicide bombing will remain in custody. Press Secretary Ari Fleischer said, "The President views this again as a very key test of whether the Palestinian Authority is dedicated to what they promised at Oslo, which is justice and is what the world should expect of a group of people who want to be leaders of a state that focuses on stability. If people are engaged in murder, they should be held accountable and a good government would arrest them and take it seriously and keep them locked up." The White House reaction came following reports Palestinian police in Gaza had arrested Hamas members in connection with the suicide bombing last week that killed 15 people in Tel Aviv, an attack for which Hamas had claimed responsibility.

PLO Official Pleads With Bush To Pressure Sharon.

Hassan Abdel Rahman, who heads the PLO's Washington offices, held a news conference today in which he called on the Bush Administration to pressure Israeli Prime Minister Ariel Sharon to refrain from retaliating for the bombing. Rahman said such a response "will only lead to more defiance and hostility to Israel." He also promised the Palestinians "will do everything that we can" to deter attacks on Israelis by Hamas. Rahman said the Palestinian Authority is ready to rebuild its security structure in response to an appeal by President Bush, and he also said the Palestinians "want a democratic government," but he added that the first he had heard of Bush's reform recommendations was in the newspapers.

Israelis Approve Military Reprisals; Tanks Move Toward Gaza.

The Israeli Security Cabinet today approved military reprisals for the Tel Aviv bombing. As of this morning, no strikes had taken place but tanks were reported moving toward Gaza. Whatever Israel's military plans are, Foreign Minister Shimon Peres suggested a large-scale operation is not planned. Said Peres, "We are going to strike at the nests of terrorism, whether in Gaza or elsewhere. The intention is to reach only those places where the isolated concentrations of suicide terrorists are located."

Talks Over Bethlehem Church Standoff Break Down.

Also today, talks on resolving the five-week standoff at the Church of the Nativity broke off after the Palestinians demanded to allow a European monitor into the church to safeguard 13 suspected militants who were to remain there until deportation.

Bomb Explodes Outside Restaurants In Lebanon.

Page

White House Adopts Wait-And-See Stance Toward Palestinian Arrests Of Hamas Terrorists. The White House
Bulletin May 9, 2002 Thursday

A bomb exploded outside two American-based fast food restaurants in Lebanon early today, causing extensive damage but no injuries, according to police. Authorities said TNT was used in the explosion outside the Kentucky Fried Chicken and Hardees restaurants in Tripoli. Police said they were investigating a possible link between the bombing and a campaign to boycott US products in retaliation for US support of Israel.

LOAD-DATE: May 9, 2002

Page

Page

Page

White House Adopts Wait-And-See Stance Toward Palestinian Arrests Of Hamas Terrorists. The White House
Bulletin May 9, 2002 Thursday



54 of 427 DOCUMENTS

Copyright 2002 Bulletin Broadfaxing Network, Inc.
The White House Bulletin

May 9, 2002 Thursday

SECTION: IN THE WHITE HOUSE AND AROUND TOWN

LENGTH: 503 words

HEADLINE: White House Adopts Wait-And-See Stance Toward Palestinian Arrests Of Hamas Terrorists.

BODY:

The White House said today a key test of the Palestinian Authority's intensions will be whether 16 members of Hamas that were reportedly arrested in connection with a recent suicide bombing will remain in custody. Press Secretary Ari Fleischer said, "The President views this again as a very key test of whether the Palestinian Authority is dedicated to what they promised at Oslo, which is justice and is what the world should expect of a group of people who want to be leaders of a state that focuses on stability. If people are engaged in murder, they should be held accountable and a good government would arrest them and take it seriously and keep them locked up." The White House reaction came following reports Palestinian police in Gaza had arrested Hamas members in connection with the suicide bombing last week that killed 15 people in Tel Aviv, an attack for which Hamas had claimed responsibility.

PLO Official Pleads With Bush To Pressure Sharon.

Hassan Abdel Rahman, who heads the PLO's Washington offices, held a news conference today in which he called on the Bush Administration to pressure Israeli Prime Minister Ariel Sharon to refrain from retaliating for the bombing. Rahman said such a response "will only lead to more defiance and hostility to Israel." He also promised the Palestinians "will do everything that we can" to deter attacks on Israelis by Hamas. Rahman said the Palestinian Authority is ready to rebuild its security structure in response to an appeal by President Bush, and he also said the Palestinians "want a democratic government," but he added that the first he had heard of Bush's reform recommendations was in the newspapers.

Israelis Approve Military Reprisals; Tanks Move Toward Gaza.

The Israeli Security Cabinet today approved military reprisals for the Tel Aviv bombing. As of this morning, no strikes had taken place but tanks were reported moving toward Gaza. Whatever Israel's military plans are, Foreign Minister Shimon Peres suggested a large-scale operation is not planned. Said Peres, "We are going to strike at the nests of terrorism, whether in Gaza or elsewhere. The intention is to reach only those places where the isolated concentrations of suicide terrorists are located."

Talks Over Bethlehem Church Standoff Break Down.

Also today, talks on resolving the five-week standoff at the Church of the Nativity broke off after the Palestinians demanded to allow a European monitor into the church to safeguard 13 suspected militants who were to remain there until deportation.

Bomb Explodes Outside Restaurants In Lebanon.

Page

White House Adopts Wait-And-See Stance Toward Palestinian Arrests Of Hamas Terrorists. The White House
Bulletin May 9, 2002 Thursday

A bomb exploded outside two American-based fast food restaurants in Lebanon early today, causing extensive damage but no injuries, according to police. Authorities said TNT was used in the explosion outside the Kentucky Fried Chicken and Hardees restaurants in Tripoli. Police said they were investigating a possible link between the bombing and a campaign to boycott US products in retaliation for US support of Israel.

LOAD-DATE: May 9, 2002

**SHOW:** Hardball with Chris Matthews (9:00 PM ET) - CNBC
**May** 9, 2002 Thursday
**LENGTH:** 1631 words
**HEADLINE:** Author John Wallach and Daniel Pipes, Middle East Forum, on whether
Yasser Arafat will try to stop suicide bombings
**ANCHORS:** CHRIS MATTHEWS
**BODY:**
CHRIS MATTHEWS, host:
Here it is, THE BIG STORY tonight. Are the Palestinians serious about
cracking down on Hamas and other terrorist groups. In a televised address
yesterday, Yasser Arafat issued his second condemnation of terrorism in less
than 12 hours. He said, quote, "I gave my orders and directions to all the
Palestinian security forces to confront and prevent all terror attacks against
Israeli civilians from any Palestinian side or parties and at the same time to
confront any aggression or attack on Palestinian civilians, whether by Israeli
soldiers or settlers, which we all condemn." But yesterday, Arafat's chief
representative in the United States, **Hasan Abdel Rahman,** told me right here on
HARDBALL that it wasn't the job of Arafat to prevent terror attacks on Israelis.
Here's what he said.
Mr. **HASAN ABDEL RAHMAN** (Palestinian Chief Representative to US): His function
is to achieve liberty and freedom for this people and not to become a policeman
for Israel.
MATTHEWS: Not to police his own people?
Mr. RAHMAN: Not the policeman for Israel. He is in charge of security for
the Palestinian people and not for Israel.
MATTHEWS: Well, John Wallach is founder of Seeds of Peace and author of the
book, "Arafat: In the Eyes of the Beholder." And Daniel Pipes is the director of
the Middle East Forum.
John, I have to tell you that this--this is one of the--one of the wonderful
times I love doing this show when we catch somebody in a complete 180. Arafat's
saying he's going to crack down on his--on the--on the Palestinian attacks on
Israel. And his chief spokesman in the United States says it's not the job of
Arafat to protect Israelis, to be their policeman but to look out for the
liberty and freedom of Palestinians. A pretty clear 180 here.
Mr. JOHN WALLACH ("Arafat: In the Eyes of the Beholder"): Yeah, I think,
Chris, the problem here is that Arafat has got to realize that he cannot achieve
Page 187
CNBC News Transcripts May 9, 2002 Thursday
liberty and freedom for his people unless--and he put it--you can put it as
crudely as you want--he becomes Israel's policeman. I mean, the fact is that
without cracking down on--on Hamas and doing what he's never been willing to do
before, at least, not for several years, there isn't going to be any security.
Consequently, there isn't going to be any liberty and freedom for the
Palestinian people. That's the--that's the dilemma that he--that he confronts.
Unfortunately, Hassan Rahman is wrong. He's a good friend, but he's wrong. You
simply cannot achieve Palestinian nationhood, independence, freedom without
the--the Palestinian Authority and Yasser Arafat becoming much tougher on
terrorism than he's ever been willing to. And that doesn't mean simply
speeches, even in Arabic, to the--to his own people.
MATTHEWS: Right. Well, just imagine if Ari Fleischer, in this country, said
that the president of the United States job is not the chief law enforcement
official of the country and the president said the same day, 'My job is to be
the chief law enforcement official of the country.' Ari wouldn't be there very

long.

Mr. WALLACH: Well, I--I--you know, I don't think that--that Yasser Arafat likes to think of himself as Israel's policeman. But in fact, what Israel has done over the course of the last several weeks, as horrible as it has been, in terms of the human tragedy, the human toll, has actually made Yasser Arafat's job somewhat easier. Now you know, whether one says that publicly or not, that's the truth. And the fact is that he's not got one last opportunity, one last chance. George Tenet's coming out there next week to try to put back together this Humpty-Dumpty of a Palestinian security apparatus. He's got one last chance to show that he really means it, and it's got to go beyond the rhetoric.

MATTHEWS: Or else.

Mr. WALLACH: Well, or else he does--he become irrelevant. And I--I suspect that--that' Ariel Sharon is not looking forward to George Tenet's mission out there which is basically to rebuild the Palestinian Authority. That's why I think in a sense it's--it's almost like going after Saddam Hussein in--in Iraq. If the guy regains his credibility and regains his--his governing capability, it's going to shorten--it's going to lengthen the time that Arafat has in office.

MATTHEWS: Daniel Pipes, your thoughts on the 180 yesterday between what--what Rahman said here that Arafat doesn't intend to protect Israelis from his--his--from Palestinian terrorists and--and Arafat's own statement to the press that he intends to do--do just that.

Mr. DAVID PIPES (Middle East Forum): Chris, my reaction is that this is a surreal conversation that the Palestinians are having. There is no chance whatsoever that there'll be a crackdown. This talk of one more chance is meaningless. Let me just remind...

MATTHEWS: What about the arrest today?

Mr. PIPES: Oh, meaningless. We've had arrests like this before, in one door, out the other a few days later. Let me remind your viewers that back in December, Arafat had one more chance after a major series of bombings and he was Page 188

CNBC News Transcripts May 9, 2002 Thursday

really cutting back and was all very serious. And then we found out in January that the captain of the ship that was bringing 50 tons of weapons from Iran...

MATTHEWS: Right.

Mr. PIPES: ...to the PA was expecting to be told, 'Hold off. Return. This is over.' But in fact, he got no such orders. This is purely for public consumption. It's not to be...

MATTHEWS: What do you make about...

Mr. PIPES: ...taken seriously.

MATTHEWS: What about the facts of the case? Do you think the United States, George Bush, is going to drop Arafat in the next couple of weeks? Or the Israelis are going to kill him or dump him other way?

Mr. PIPES: I don't think the Israelis are going to kill him so long as the US government tells them not to.

MATTHEWS: But how long is that?

Mr. PIPES: Well, you know, I don't understand exactly what the US government--our government is doing, giving--what--what the government is saying--what George Bush is saying to Arafat is, 'Nasty. Nasty. You're doing very bad things. We won't stand for this. We don't want this.'

MATTHEWS: Yeah.

Mr. PIPES: But there's never an 'or else.' There's never--what you just asked John Wallach, there's never, you know, a--a day of--of reckoning. So as long as

we don't give him a day of reckoning...

MATTHEWS: Yeah.

Mr. PIPES: ...he will go on and behave badly.

MATTHEWS: Well--and the vice president's office wanted to dump him about two months ago but...

Mr. WALLACH: That--that's right. But I think the problem that Bush faces is that you've--you've--at the moment, you've only got one man who can deliver the Palestinian people, who can sign a--a peace treaty. And that's Yasser Arafat. He remains very widely popular among the Palestinian people. To--to toss him overboard and to face Hamas might be the dream of Ariel Sharon. But it'll only spell more tragedy--tragedy...

MATTHEWS: Well, let me ask you that, John.

Mr. WALLACH: ...tragedy for both them.

MATTHEWS: I think that is the dream of Ariel Sharon. He wants a...

Mr. WALLACH: Absolutely. But...

Page 189

CNBC News Transcripts May 9, 2002 Thursday

MATTHEWS: He wants a gunfight at the OK Coral. But the--but the--leader of Hamas yesterday said the suicide bombings will continue. So--so are we--are we going to have this gunfight at the OK--OK Coral?

Mr. WALLACH: Well, I mean, we're going to find out when--when and if the Palestinians are able to get a security apparatus back in place that works because either they're going to be ordered to shoot against Palestinian terrorists and to prevent acts of terrorism or not. And if they don't, as Daniel Pipes suggests is the case, then I think--I--I would agree Arafat's...

MATTHEWS: Right.

Mr. WALLACH: ...days are numbered.

MATTHEWS: Let me ask you about that op--that--that cowboy reference. Is a gunfight an all-out war between Hamas, which really seems to be controlling the situation and the Israeli government and the IDF. Is that good for Israel or good for America either way? An all-out fight, just have it out now, forget Arafat, ignore him, go for the real killers.

Mr. PIPES: There's no real difference between Arafat and Hamas in terms of fighting Israel. Both of them want the same thing. They both want to destroy Israel. The difference is that Hamas makes no pretense of diplomacy.

MATTHEWS: Right.

Mr. PIPES: ...whereas Arafat does. There's no big difference.

Mr. WALLACH: You know, I--I would disagree. Well, I don't think that..

Mr. PIPES: Arafat's not going to sign a peace treaty. He wants to destroy Israel.

MATTHEWS: Well, why would he...

Mr. WALLACH: I don't think he wants to destroy Israel.

MATTHEWS: Why would he say something he totally disagrees with? What--what would be the advantage in that, Daniel?

Mr. PIPES: Well, he--when he--when his back is up against the wall, over and over again, what he has done is say, 'OK. OK. I'll do what you want.' And he does it for a few days, a few weeks. But the ultimate goal is very clear...

MATTHEWS: By the way, that--that MO also fits...

Mr. PIPES: ...and been clear for 40 years.

MATTHEWS: That MO also fits Sharon.

Mr. PIPES: He wants to destroy Israel.

MATTHEWS: What you just said also fits Sharon. Anyway, thank you very much. Daniel Pipes and John Wallach.

Page 190

CNBC News Transcripts May 9, 2002 Thursday

Mr. PIPES: Thank you.

MATTHEWS: Up next, the HARDBALL DEBATE. Tonight, a big one, a hot one. The University of California at Berkeley is offering a class that teaches--catch this--the Palestinians are dead right in their fight against Israel. Is that what America's universities should be teaching and taxpayers paying for it? We're going to hear from the teacher who teaches the class next. You're watching HARDBALL.

**LOAD-DATE:** May 10, 2002

Page 191

41 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network Transcribed under license by FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). Formatting Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to Cable News Network. This transcript may not be copied or resold in any media.

CNN

**SHOW:** LIVE ON LOCATION 20:00

**May** 9, 2002 Thursday

Transcript # 050900CN.V85

**SECTION:** News; International

**LENGTH:** 6490 words

**HEADLINE:** Jerusalem: Palestinians Prepare for Israeli Strike

**GUESTS:** Nabil Sha'ath, Dore Gold

**BYLINE:** Wolf Blitzer, Matthew Chance, Walter Rodgers, Jason Bellini, John King, Jerrold Kessel, Carol Lin

**HIGHLIGHT:**

The Palestinians are preparing for an Israeli military strike in the Gaza Strip following a suicide bombing in Tel Aviv.

**BODY:**

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

ANNOUNCER: In the center of the bullseye and expecting much worse, from Gaza, Matthew Chance watches Palestinians prepare to meet Israel's military.

(BEGIN VIDEO CLIP)

MATTHEW CHANCE, CNN CORRESPONDENT: Everyone who has a weapon will use it to defend those who have not, she says. Guns, knives or anything else.

(END VIDEO CLIP)

ANNOUNCER: Celebrating a victory that many are too young to remember. Is Jerusalem forever indivisible? Israelis look back. As President Bush looks ahead, is it time for Yasser Arafat to go?

(BEGIN VIDEO CLIP)

Page 192

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: Mr. Arafat has let the Palestinian people down. He hasn't led.

(END VIDEO CLIP)

ANNOUNCER: At the scene of a standoff, waiting on the edge of hope. And in a land of distrust, daring to dream.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: I want it to be a peaceful world. I hope it would be.

(END VIDEO CLIP)

ANNOUNCER: LIVE FROM JERUSALEM, "Israel Takes Aim." Now, CNN's Wolf Blitzer.

WOLF BLITZER, CNN ANCHOR: It's just after 3:00 a.m. here in Jerusalem, and just like last night, all eyes are on Bethlehem. We're standing by awaiting developments perhaps at the Church of the Nativity in Manger Square. Once again, it looks like we are close to a breakthrough in the efforts to end the five-week standoff at that church. Around 120 Palestinians remain inside. But reports say a British military plane is on the way from Cyprus to pick up 13 of the Palestinians now holed up inside the church. Those 13 whom the Israelis call senior terrorists will be taken into exile in European countries. CNN Walter Rodgers once again is standing by at the church. We'll be going to him shortly.

But also, there's another major development we're following tonight, and that involves the situation in Gaza, where the Israelis appear to be taking aim.

(BEGIN VIDEOTAPE)

(voice-over): Israeli army troops moved briefly into the Rafa (ph) area of Gaza, searching for weapons and explosives. It was a relatively modest operation, widely seen by Israelis and Palestinians alike as a prelude to a much larger strike.

Prime Minister Ariel Sharon and Defense Minister Binyamin Ben- Eliezer received authorization from the Israeli cabinet to take any military action they deem necessary to fight terror. This in the aftermath of Tuesday night's suicide bombing just south of Tel Aviv that left 15 Israelis dead. Palestinians were bracing for the worst.

YASSER ABED RABBO, PALESTINIAN INFORMATION MINISTER: It's clear that Sharon intends to continue the war against the Palestinian people.

BLITZER: Just as it did in advance of its most recent military operation on the West Bank, the Israeli army has now begun mobilizing reserve units. Israeli military sources suggest some sort of combined air and ground assault against selected Palestinian targets is in the works. It would come even as Palestinian leader Yasser Arafat has called on all Palestinians to end terror strikes against Israeli civilians. Palestinian Authority security forces have
Page 193
LIVE ON LOCATION 20:00 May 9, 2002 Thursday
also rounded up more than a dozen Hamas and other militants in Gaza. Still, Israelis are skeptical.

DAVID HOROWITZ, ISRAELI POLITICAL ANALYST: I think the Israeli public shares the government's dilemma about Yasser Arafat. I think there's no doubt that almost all Israelis have given up any hope of reaching a deal with him. They think he's lying when he talks about cracking down on terrorism. They believe very much that he's inciting and financing terrorism, but they don't know what to do.

BLITZER: In Washington, President Bush was clearly more receptive to what Arafat has said and done.

BUSH: I said I was pleased that Chairman Arafat spoke in Arabic against terrorism. That's good, that's a positive development. Now it's up to Chairman Arafat to perform, to keep them in jail, arrest them and keep them in jail.

BLITZER: Prime Minister Sharon, meanwhile, spent this day, like so many other Israelis, celebrating what they call Jerusalem Day, marking the 35th anniversary of Israel's unification of Jerusalem.

ARIEL SHARON, ISRAELI PRIME MINISTER (through translator): As the prime minister of Israel and in the name of the state of Israel, I swear to defend and protect Jerusalem from every guardpost for the Jewish people.

(END VIDEOTAPE)

BLITZER (on camera): About an hour's drive from Jerusalem, Israeli troops are bracing, preparing perhaps for another military assault against Palestinian targets in Gaza. This follows the Israeli cabinet's decision last night to retaliate for Tuesday night's suicide bombing just south of Tel Aviv. CNN's Matthew Chance is in Gaza. He tells us that Palestinians there are bracing for another Israeli incursion.

(BEGIN VIDEOTAPE)

CHANCE (voice-over): Into the Shatar (ph) refugee camp in Gaza, impoverished, overcrowded and the center of Palestinian militancy. We drove through these streets to find residents preparing for a fight.

As Israel ponders its next move, there are sandbags on street corners here, makeshift defenses placed in case the troops are sent in. They can't stop the Israeli army, only make their advance more painful and more difficult. "They won't prevent tanks coming here, Nimma (ph) says, "but at least these bags will protect our doorways from bullets, we hope."

Mounds of earth tipped across the roads are set in places to be landmined with homemade devices to slow any Israeli advance. Inside her kitchen, Nimma's (ph) mother shows me how she's trying to horde whatever little food she can. Stores have drawn out sieges in Ramallah and Bethlehem and in Jenin have taught these people to expect acute shortages when the Israelis are in town. But she says every Palestinian living here is willing to fight.

UNIDENTIFIED FEMALE: We would resist.

Page 194

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

CHANCE: "Everyone who has a weapon will use it to defend those who have not," she says. "Gun, knifes or anything else." It may be that Israel's forces will again enter Gaza to dismantle what it says is a terrorist infrastructure here. In places like Shata, it could mean a terrible battle in which lives on both sides are lost.

(on camera): Already, members of Hamas have been detained by the Palestinians, their leaders have gone into hiding and been instructed not to talk to the press. The Palestinian Authority says it is now cracking down on militant groups here, but will it be enough to stop more suicide attacks or a heavy Israeli response?

Matthew Chance, CNN, Gaza.

(END VIDEOTAPE)

BLITZER: In Bethlehem, once again it could, it could be a situation where a breakthrough is imminent, just as was the case last night, but that deal fell apart. And once again, our CNN senior international correspondent, Walter Rodgers, he's on the scene in Bethlehem just outside Manger Square. Walter, what's the state of play right now?

WALTER RODGERS, CNN SENIOR INTERNATIONAL CORRESPONDENT: Hello, Wolf. Well, once again, the Israelis are behaving as if they believe they see an end to the five-week long standoff between themselves and the Palestinians at the Church of the Nativity, the traditional site of Jesus' birth.

Most significantly, the Israelis have summoned all journalists not already in Bethlehem interested in covering this story to a checkpoint just outside this small Palestinian town. That indicates the Israelis want news coverage and they're expecting something to cover here later in the day.

Additionally, within the last hour or so, we have seen negotiators coming in and out of the Church of the Nativity. They are, of course, escorted by the custodians of the church, Roman Catholic Franciscan order priests and also the Greek Orthodox priest.

Additionally, there is information that a British military plane has left an

RIF base in Cyprus northwest of Israel in the Mediterranean, a large British military base there. That base -- that airplane said to be headed for Israel to pick up the 13 deportees, that is to say the hardcore Palestinians still inside the Church of the Nativity. They would be returned to Cyprus, according to every indication we're getting. Cyprus would then be a processing center for the 13 Palestinians that the Israelis insisted had to be deported from this part of the world. And then, according to the latest reports we're getting from Europe, those 13 deportees would be accepted in various countries around Europe, including Italy and Spain and a number of others.

Still, here in Manger Square at this hour, and it's a little after 3:00 in the morning here, the military is in tight control of the square outside the Church of the Nativity. There's a large Merck of a tank there, and its gun is pointed in the direction of the church. That is not so much an indication of hostile action as an attempt to intimidate the Palestinians inside. That tank, incidentally, has been a bellwether, a kind of weather vane. When we thought

Page 195

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

yesterday the people inside the church would be evacuated, the Israelis moved that tank out of the square because they didn't want to be putting on too much of a military show. They then moved buses in. There are no buses here yet to evacuate the 123 people inside the Church of the Nativity, but all that could change very quickly as the morning progresses -- Wolf.

BLITZER: And briefly, Walter, remind our viewers, when we spoke 24 hours ago exactly, we thought a deal was imminent within a matter of minutes, perhaps an hour or so. What was the snag that killed that deal last night?

RODGERS: Well, the Israelis say the snag was that after they had signed an agreement with the Palestinians ipso facto, the Palestinians suddenly made a new demand. The Palestinians did not deny that. The Palestinians inside the church suddenly asked for a representative from the European Union or a British diplomat to come inside the church and stay with them as a kind of insurance policy, such that when the other more than 100 people evacuated the church and the 13 hardcore Palestinians stayed behind, they had an insurance policy, an ace in the hole, fearing -- the Palestinians fearing the Israelis might come in and try and get them -- Wolf.

BLITZER: Walter Rodgers in Bethlehem. We'll of course be back to you if any developments occur during the course of this program. Thank you very much, Walter.

Up next, point/counterpoint. We'll speak with a top Palestinian and a top Israeli official about all of the major developments here in the Middle East today. We're back in one minute.

ANNOUNCER: Also ahead, dealing with death. How do families that lost loved ones in terror attacks carry on?

Plus, Israelis celebrate a past victory and worry about an uncertain future. We'll get the mood from the streets of Jerusalem.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: We want to have the whole of Jerusalem and peace. And if we will show that we're right, everybody is going to be with us. We just have to be strong.

(END VIDEO CLIP)

ANNOUNCER: President Bush puts pressure on the Palestinian leader.

(BEGIN VIDEO CLIP)

BUSH: Now it's up to Chairman Arafat to perform.

(END VIDEO CLIP)

ANNOUNCER: But can the White House get what it wants from Yasser Arafat? And

later...
(BEGIN VIDEO CLIP)
Page 196
LIVE ON LOCATION 20:00 May 9, 2002 Thursday
UNIDENTIFIED FEMALE: Just a little bit excited, a little bit tense.
UNIDENTIFIED FEMALE: What do you mean?
UNIDENTIFIED FEMALE: You have to go there every day so that the people do
recognize that you're an Arab woman going into an Arab territory.
(END VIDEO CLIP)
ANNOUNCER: We'll cross the line and take a dangerous journey coming up on
LIVE FROM JERUSALEM.
(COMMERCIAL BREAK)
ANNOUNCER: One thousand, three hundred forty-five Palestinians and 473
Israelis have been killed since the latest round of violence broke out more than
a year and a half ago.
BLITZER: This is an incredibly tense night in Gaza because Israeli forces are
reported to be massing along the border with Gaza. A few hours ago, I had a
chance to speak with a top Palestinian official who's in Gaza. Nabil Sha'ath is
a senior cabinet member. He's the Palestinian Authority's minister for planning
and international cooperation. He's also a member of the Fatah central
committee. We spoke just a little while ago.
(BEGIN VIDEOTAPE)
Nabil Sha'ath, thanks as usual for joining us. We're hearing reports that
the Palestinian security services in Gaza have begun rounding up certain
militants, Hamas members, perhaps others. What can you tell us about that?
NABIL SHA'ATH, PALESTINIAN CABINET MEMBER: Well, it's true. I mean, whatever
it's possible for the Palestinian security forces, they have been carrying out
orders of President Arafat, and they have in fact arrested some of the Hamas
leaders and some of their operatives as well. There is quite a hunt for people
who may be involved in this last suicidal bombing in Rishon Letzion.
BLITZER: Some Israelis are saying this is simply symbolic, a revolving door,
kind of round up the usual suspects, that the Palestinian Authority really
doesn't mean it. What do you say to that criticism that I'm hearing from some
Israelis?
SHA'ATH: Well, if we want to live by Israeli propaganda, we're not going to
get any way forward. I think there is a duty for both Israelis and the
Palestinians. If we want to get a real cease-fire, each party has to do its
job. The Israelis need to be seen pulling out of the Palestinian territory
rather than bracing for yet another offensive. And I'm sure the Palestinian
Authority needs to do all it can to stop once and for all attempts by any party
to do any killing of Israeli civilians.
BLITZER: I want to get to that bracing for an Israeli military action in a
moment. But as you know, the CIA director, George Tenet, is expected to be
coming here next week to discuss unifying the entire Palestinian security
service operation. Can he do that working together with your various police and
Page 197
LIVE ON LOCATION 20:00 May 9, 2002 Thursday
paramilitary forces?
SHA'ATH: Well, I don't like the word unifying. I much prefer the word
developing, helping, supporting, giving the security organization a chance to
rebuild after it has been really decimated by the Israeli forces.
The essence is to really give our security forces a chance after they have
been hit so hard by the Israelis rather than assuming that the problem is just
question of unification or reunification. I think there's a need for equipment.

There's a need for training. There is a need for support on all accounts.
BLITZER: As we speak right now, Nabil Sha'ath, there's widespread
anticipation that the Israeli military might be preparing for a strike against
various targets where you are in Gaza. There's reports of Israeli troops being
mobilized, reserve units. What can you say at this point to try to dissuade,
discourage the Israeli government from undertaking that kind of an operation?
SHA'ATH: Well, first of all, the grave and very serious results of this
onslaught will be absolutely devastating. The refugee camp in Jenin had 13,000
Palestinians. The refugee camp here in Jabalya here has 120,000 Palestinians
packed almost in the same area. Shooting in the air would probably kill people
even without aiming. It's going to be a horrible situation if they do.
If they don't, I think we have a much better chance of heading forward to a
serious attempt at regaining this peace process and ending this deadly conflict.
I think the opportunity for moving ahead, if they don't, is so much better than
the tragedy that will ensue if they do.
(END VIDEOTAPE)
BLITZER: Let's get the Israeli perspective. Now joining me now is Dore Gold.
He's a former Israeli ambassador to the United Nations, a senior adviser to the
Israeli prime minister, Ariel Sharon. Ambassador Gold, thanks for joining us.
DORE GOLD, SHARON SENIOR ADVISER: My pleasure.
BLITZER: In effect, the Palestinians are doing what you want them to do.
Arafat did issue the statement. They're rounding up militants. Will this
convince your government not to launch military strikes against targets, let's
say, in Gaza?
GOLD: Well, the initial reports are that the number of people being rounded
up and the level of the individuals involved is not particularly impressive, but
Israel has to take measures to defend itself. Hamas has created in Gaza a vast
infrastructure of terrorism, which is being used, was just recently used south
of Tel Aviv in Rishon Letzion, where we lost 16 Israelis and nearly 60 were
wounded.
How many more of these events are supposed to repeat themselves before the
world realizes that Israel has a right to defend itself against this kind of
terrorism, against these kinds of attacks?
BLITZER: So are you saying that the Israeli military is now poised to strike
in Gaza?
Page 198
LIVE ON LOCATION 20:00 May 9, 2002 Thursday
GOLD: I'm saying Israel obviously has created an option for itself with
certain forces in the area. We have no interest in reoccupying the Gaza Strip.
But we do have a need to root out those centers of terrorism that have existed
in Gaza that were not handled by the last military operation and which still
threaten Israel.
For example, people see all the time these terrible attacks that occur in
Israel, these suicide bombings. Many times, you do not see every night the
numbers of attempts to infiltrate Israel by terrorists from the Gaza Strip.
There is a vast infrastructure. It must be dealt with. The prime minister and
defense minister will decide what will be the necessary and appropriate military
response.
BLITZER: But Gaza has a million Palestinians packed into a tiny little area
surrounded by a fence. If you go in there with a military assault, air strikes
or ground assault, a lot of civilians are going to be killed.
GOLD: You know, in the last operations we had in the West Bank, particularly
in Jenin, it was demonstrated that Israel, while we have enormous firepower, we
have air power, we could call in air strikes, which most militaries would do, we

decided to take a different approach.

We risked the lives of Israeli soldiers in very dangerous house- to-house combat so that we could minimize the risk to Palestinians. Israelis died so that Palestinian civilians would not have to be risked, would not have to die. I'm not saying what kind of military response Israel will decide upon ultimately in the Gaza area. But whatever we do, it will meet the standards of morality that we have used in warfare in the past.

BLITZER: But you are saying, without getting into details, there will be some military action in Gaza against Hamas targets?

GOLD: All I can is that the cabinet has authorized the prime minister and the defense minister to take the necessary measures, if they deem it is necessary, and that is an authority they have. And that is certainly a possibility given the vast infrastructure of the Hamas organization, a recognized international terrorist organization that exists in the Gaza Strip.

Let me just add one other point. In the documentation that we found in Yasser Arafat's headquarters and in other Palestinian cities, we found strong evidence of collusion between Palestinian security services and the Hamas organization. We are hopeful that that kind of collusion, that pattern of collusion, will finally end. But clearly, it doesn't at this point give us much confidence in the ability of the Palestinian security forces to deal with the Hamas threat.

BLITZER: But do you agree with President Bush, who yesterday called Chairman Arafat's statement in his words incredibly positive? And today, he sort of repeated that as well, saying it's positive, also welcoming the rounding up of some of these Hamas suspects.

GOLD: Well, it's good always to be optimistic, and optimism is always helpful in the Middle East. But at the same time, the people of Israel have gone through a terrible experience of constant terrorism attacks, and therefore, no Page 199

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

one is really holding their breath to expect that Yasser Arafat is going to fundamentally change.

BLITZER: Well, on that point, last night, the Israeli cabinet met in emergency session near Ben Gurion Airport for almost four hours. Some cabinet members did raise the possibility of exiling Yasser Arafat, although there was no formal vote on that issue. That was deferred. Is that in the cards?

GOLD: Again, the documentation we found in the West Bank towns, in Ramallah and in Tulkarem, indicate a deep collusion between Yasser Arafat and the various terrorist organizations that we've been facing. We actually have Yasser Arafat's signature on orders to pay various operatives of the Tanzim, who were involved in attacks on Israeli civilians. So there is a connection there. There is a concern about Yasser Arafat.

What's the best way to deal with this problem is something that the various security services of Israel have raised before the Israeli cabinet. And therefore, our actions reflect the recommendations of our security services, our security organizations and our international political concerns.

BLITZER: Ambassador Dore Gold, thanks for staying up and coming into this program. Appreciate it very much.

GOLD: My pleasure.

BLITZER: Thank you very much.

We have much more on our special LIVE FROM JERUSALEM. We'll be back in a moment.

ANNOUNCER: Terror's other victims. Next, carrying on despite losing family moments and friends.

And later, an unusual friendship that gives hope for the future.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: I talk with her just English, and it's working.

(END VIDEO CLIP)

ANNOUNCER: LIVE FROM JERUSALEM, "Israel Takes Aim" returns in a moment. But first, time for your opinion. Should Yasser Arafat step aside to promote the Mideast peace process? To take the quick vote, head to cnn.com. The AOL key word is CNN.

(COMMERCIAL BREAK)

ANNOUNCER: Go in-depth on the crisis in the Middle East at cnn.com. For a closer look at the issues, the players, a historical timeline and interactive segments, check out our special report, "Mideast: Centuries Of Conflict." For AOL users, the key word is CNN.

Page 200

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

BLITZER: The whole world is watching the crisis in the Middle East, especially here in the Middle East. But you might find it hard to believe that there are some families, especially in and around the Tel Aviv area, who have not necessarily been following every diplomatic and military move. Their world unfortunately changed for the worse with an enormous amount of pain following Tuesday night's suicide bombing. Here's CNN's Jason Bellini.

(BEGIN VIDEOTAPE)

JASON BELLINI, CNN CORRESPONDENT (voice over): Time to say goodbye to a life cut short by being in the wrong place at the wrong time. The rabbi consoles the son of a bombing victim, as he says the Kaddish, the Jewish prayer tradition dictates you say for his mother.

Edna Cohen (ph) was celebrating her 44th anniversary with her husband when she became another Israeli victim of suicide attack. Time hasn't had much time to heal wounds. Forty-one hours before, this was a self described happy family, not wealthy, but tight, and Edna was the glue that held this family together. The entire world should see the picture of a wonderful mother and her four children and a wonderful grandmother to her 11 grandchildren (UNINTELLIGIBLE). Her husband who was holding her hand when the bomb detonated, does not yet know she's not alive. He's at the hospital in critical condition. His doctors say now isn't the right time to tell him. Edna's sister-in-law was with her and her husband for their anniversary celebration. She escaped unharmed.

"I waited for my sister-in-law for three hours" she says. "Finally someone told me, lady all the injured ones we've taken away." Signs posted around her neighborhood listed the time when the buses would leave for Edna's funeral. Our dead Edna Cohen was murdered.

Most Israelis felt after three weeks without one, it was only a matter of time before there would be another bombing attack. Soldiers like her son were preparing for their orders or retaliation. At the time as these soldiers offer their colleague a shoulder to cry on, others in the Israeli Defense Force are gearing up for combat and both Palestinians and Israelis pray for a time when this vicious cycle will come to an end.

Jason Bellini, CNN, Tel Aviv, Israel.

(END VIDEOTAPE)

BLITZER: And in Bethlehem, they appear to be getting close to an agreement at the Church of the Nativity. Diplomats are standing by to receive those 123 individuals inside, especially those 13 Palestinian gunmen described by Israelis as senior Palestinian terrorists. We're monitoring the situation at the Church of the Nativity.

Once there is a development, once we see individuals walk out into those

awaiting buses, we'll of course, be there live. We'll be right back.

ANNOUNCER: Still to come, shaping the Israeli-Palestinian future.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: In order for there to be

Page 201

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

peace, there must be, we must root out terror.

ANNOUNCER: We'll look at what's being done at the White House and in the streets and schools of the Middle East. LIVE FROM JERUSALEM, "Israel Takes Aim" continues in a minute.

(COMMERCIAL BREAK)

ANNOUNCER: No country receives more American aid than Israel. U.S. economic and military aid to Israel totals approximately $3 billion a year.

BLITZER: For the second day in a row, President Bush had something nice to say about Yasser Arafat, but he said he wants the Palestinian Leader to back up his words with action. Let's take a closer look at the U.S. attitude towards the Palestinians. Here's CNN's Senior White House Correspondent John King.

(BEGIN VIDEOTAPE)

JOHN KING, CNN SENIOR WHITE HOUSE CORRESPONDENT: In the short term, the administration believes it has no choice but to deal directly with Yasser Arafat, but there is a great deal of discussions about eventually creating a new Palestinian power structure under which Mr. Arafat would move into a largely symbolic role and day-to- day decision making authority would be put in the hands of others.

KING (voice over): Now this subject came up this week in Mr. Bush's conversations with the Israeli Prime Minister Ariel Sharon and Mr. Sharon left those discussions and told reporters that he and Mr. Bush agreed that Yasser Arafat should be pushed aside now. The President says that is not an accurate description of those conversations, but he does say the Palestinian Authority needs a new constitution and needs to be much more accountable.

BUSH: What is an accurate reflection of my opinion is that Mr. Arafat has let the Palestinian people down. He hasn't led, and one of the things that we did talk about was how to put institutions in place so that a potential Palestinian state can be a peaceful neighbor with Israel.

KING: Administration sources tell CNN the President's discussions with Jordan's King Abdullah and other Arab leaders include talk of creating a position equivalent to that of prime minister and other top policy posts. Under such a scenario, Mr. Arafat would remain the president but that would be a more symbolic job and he would not have the central day-to-day decision making power that he has now, but the U.S. has not discussed such a dramatic change with Mr. Arafat himself, and the Palestinian representative here in Washington says the United States and Israel should have no say in the matter.

**HASAN ABDEL RAHMAN,** CHIEF PLO REPRESENTATIVE: I don't think it is anyone's business to decide who is the leader of the Palestinian people except the Palestinians themselves.

KING: One senior U.S. official called these discussions "a project in its infancy" and it is the view of the White House that Arab pressure is key to selling Mr. Arafat on any package of reform. It is also the view here at the White House that this is very much a long-term proposition and that Mr. Arafat

Page 202

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

will remain a central figure of the Palestinian Authority for some time to come. Because of that, it is the President's view, the Secretary of State's view, and the position this administration takes in conversations with Israel, that the United States and Israel have no choice but to deal with Mr. Arafat for now.

John King, CNN, the White House.
(END VIDEOTAPE)
BLITZER: And this footnote from Capitol Hill in Washington, Tuesday's suicide
bombing here in Israel generated some additional funds from Israel from a House
Appropriations Committee. The panel approved some $200 million in extra military
assistance for Israel. That's on top of the $2.8 billion that Israel receives
annually from the United States. In a gesture to the White House, the panel
also approved $50 million in humanitarian assistance to the Palestinians.
Up next, Israelis celebrate their unity. It's been Jerusalem Day here in
Jerusalem. We'll tell you all about it when LIVE FROM JERUSALEM continues.
(COMMERCIAL BREAK)
ANNOUNCER: Israelis on Thursday celebrated the reunification of Jerusalem,
but Israel actually recaptured east Jerusalem during the June 1967 Six Day War.
Confused? Here's why. Israel follows the Hebrew lunar calendar, making today
the 35th anniversary of Jerusalem's reunification.
BLITZER: Despite its physical reunification during the 1967 Six Day War,
there are still many divisions here in Jerusalem. There certainly are divisions
between the Israelis and the Palestinians.
But even among Israel's Jewish population, there are divisions as well and
every conceivable mood was on display today as Israelis celebrated what they've
come to call Jerusalem Day.
There were young people who weren't even born when Israel captured east
Jerusalem in 1967, and there were veterans of the war itself, one of them Prime
Minister Ariel Sharon, promised to defend and protect the city and never give up
any part of it.
Late into the night, a huge crowd thronged to the Western Wall, the only
remnant of Jerusalem's ancient temple. The joyful noise of celebration mixed
with the solemn chanting of prayer. Also today, there was time for Jerusalem
residents to reflect on their city and their Palestinian neighbors.
(BEGIN VIDEOTAPE)
UNIDENTIFIED FEMALE: OK, we're celebrating the unity of Jerusalem, and we're
celebrating about Jerusalem being one city and not divided up into two. I'm
really part of my nation and I'm proud of all the thousands of people that came
here today to celebrate with us to show that we're strong and we're happy and
we're going to be strong because that we believe that this state is our state
and Jerusalem is ours forever.
JERROLD KESSEL, CNN CORRESPONDENT: Any difference of this Jerusalem Day
Page 203
LIVE ON LOCATION 20:00 May 9, 2002 Thursday
compared to previous Jerusalem Days?
UNIDENTIFIED FEMALE: Today, we are even stronger because we know what the
truth is. We know that the Jewish nation belongs to Israel and belongs to this
land and people feel the obligation to come and show their solidarity with
Jerusalem.
KESSEL: What do you say there are least 100,000 and more Palestinians,
150,000 people for whom Jerusalem is their home, what do you say to those who
live in Jerusalem?
UNIDENTIFIED FEMALE: I can tell you that the Palestinians, the Arabs that
live in Jerusalem are very happy to be part of Israel. You can go and ask them.
I know that Arabs that live in Jerusalem are happy to live with us and for sure
it's better for them than Arafat or them being in Jordan.
KESSEL: If it was a choice between having peace with the Palestinians and the
whole Arab world or having the whole of Jerusalem exclusively Israel, what would
you choose?

UNIDENTIFIED FEMALE: We want to have the whole of Jerusalem and peace, and if we will show that we are right, everybody's going to be with us. We just have to be strong and to show that the world that we have to live in one Jerusalem. (END VIDEOTAPE)

BLITZER: Up next, a unique look at the possibility for better relations between Israelis and Palestinians. We'll take a look at two generations when we come back.

(COMMERCIAL BREAK)

BLITZER: When we cover the Middle East, we always tend to focus in on military leaders or political leaders, but it's the families in this part of the world that matter most, Israeli families, Palestinian families, whether they can live together in harmony or live apart in fear. Our Carol Lin took a closer look at some of the families in this part of the world.

(BEGIN VIDEOTAPE)

REEM (ph) NASSER: I'm just a little bit excited, a little bit tense.

CAROL LIN, CNN CORRESPONDENT (voice over): What do you mean?

R. NASSER: You have to go there every day. The people do recognize that you're an Arab woman going into another territory.

LIN: It's the first time Reem Nasser has tried to cross through the Arab and Jewish neighborhoods of Jerusalem since the worst of the violence.

R. NASSER: I keep on thinking maybe they'll think I'm a Jew, a Jewish woman passing the territory, and they might throw a rock at me.

LIN: But Reem's life has been about navigating on certain roads. Born to Arab

Page 204

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

parents in Tulkarem, she was only a baby when Israel occupied the West Bank in 1967. Palestinian families were torn apart. She and her mother joined thousands of Palestinian refugees drifting between Jordan and Saudi Arabia until the Israeli government allowed some families to reunite. It had been ten years since she had seen her brothers, who were still in the West Bank.

Reem wants her ten-year-old daughter Nadine to live a very different life, away from conflict and today, Nadine hardly knows the family still in the West Bank, just 20 miles away. You're a world away, aren't you?

NADINE NASSER, NEVE SHALOM STUDENT: Yes because they live like in war and I was scared (UNINTELLIGIBLE).

LIN (on camera): But when you see those images on television out of the West Bank, does it feel personal to you?

N. NASSER: No, it doesn't.

LIN (voice over): Her mother enrolled her in a small alternative school outside of Jerusalem, where Arab and Jewish children live together and learn together in Hebrew and Arabic. Half the teachers at Neve Shalom are Arab, half are Jewish.

LIN (on camera): Neve Shalom did have an unusual start. It was the idealistic dream of a Dominican monk who was born Jewish in Egypt, converted to Christianity in France and then he came to Israel. After the 1967 war, he wanted to build a peace center to answer the question for himself, can Arabs and Jews live together?

LIN (voice over): And in this surreal world, Nadine met her best friend. Gal is Jewish, two different little girls, who giggle and find middle ground.

GAL MISTRO, NEVE SHALOM STUDENT: I joke with her (UNINTELLIGIBLE).

LIN: When Israeli tanks moved into the West Bank this last month, all the troubles there, do you guys talk about it?

MISTRO: I think of her. I think of her family and I think of family (UNINTELLIGIBLE).

N. NASSER: Ourselves, we think about it but we don't talk about it to each other. We were Jews and Arabs in one class and then they said that we had rather like die or something and others said that they have relatives in the West Bank.

LIN: And then what did they tell you? What do your teachers tell you then?

N. NASSER: They didn't say anything.

LIN: The Israeli and Arab school principals say educators can not offer solutions, but they can open children's minds.

DIANE SHALUFI RIZEK, CO-PRINCIPAL: They are in the certain age that they decided what they want to think about what. They're still searching and seeking

Page 205

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

on their own.

LIN: Nadine will graduate from Neve Shalom to start again at an all Arab secondary school. Gal too leaves for an all Hebrew school. Neve Shalom which means Oasis of Peace may be only that in these girls' lives. Nadine's mother still hopes for more.

R. NASSER: I want it to be a peaceful world where I hope it would be.

LIN: Carol Lin, CNN, Jerusalem.

(END VIDEOTAPE)

BLITZER: Let's see if that can work out. Once again, let's check in with CNN's Walter Rodgers. He's over at the Church of the Nativity in Bethlehem. Walter, any movement, any update since we spoke earlier?

RODGERS: Yes, Wolf, the Palestinian -- the Bethlehem police chief here is now saying he expects the 13 hardcore militants inside the Church of the Nativity, that is those whom the Israelis most want deported, to be leaving here about daybreak; also, the same coming from a Palestinian negotiator.

We can't confirm that, however, and I spoke with Abdullah Daoud (ph) one of the people inside the church, one of the 13, within the last 30 minutes. He was unaware of the fact that they will be moving, as I say as daybreak. I think probably that deadline will slide as everyone has here.

He has said that the 13 deportees inside the church are figuratively and literally in the dark. He said they did believe that they would be evacuated yesterday, but that didn't happen, and again they know very -- they know less than we know out here that is those inside the church.

I asked him if by chance he knew which European country he would be going to because the AP wire has now added Austria, Greece and Luxembourg to Italy and Spain as possible destinations for inside the church. Again, he said he had no idea, this Abdullah Daoud, with whom I spoke by phone inside the Church of the Nativity. He said none of the 13 know where they are going at this point. They're just waiting to be told and again, they missed a deadline yesterday, so they're not too particularly optimistic at this point.

I asked him about his conditions inside the church, and he said well, it's been 38 days now, in his words, without electricity and without much food and water, and he says he really needs a bath. Also I asked him, are you a terrorist as the Israelis say you are? The view of the Palestinian militants inside that church say no the terrorists are the Israeli occupiers. They call themselves freedom fighters. Wolf.

BLITZER: Walter Rodgers on the scene in Bethlehem and he'll remain there, of course, if there are developments. We do anticipate there will be developments over the course of the next few hours. CNN, of course, will bring you all that information live as we always do. That's all the time we have for this special report LIVE FROM JERUSALEM. Thanks very much for watching. I'm here. I'll be remaining in Jerusalem to cover, to continue our coverage.

Page 206

LIVE ON LOCATION 20:00 May 9, 2002 Thursday

We're bracing not only for developments in Bethlehem, but potentially also in Gaza. We'll have all of those developments as well. I'll be back tomorrow.

Until then, thanks very much for watching. I'm Wolf Blitzer in Jerusalem. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

Page 207

42 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** CSPAN-1 Daily Schedules

**May** 9, 2002, Thursday PM ET

**NETWORK:** CSPAN-1 Cable Programming

**MEDIUM:** Cable

**LENGTH:** 26 words

**BODY:**

START: 4.03.58

Situation In The Middle East.

Sound Bites - **Hasan Abdel Rahman,** Palestinian National Authority Chief US Representative.

END: 4.44.00

**SEGMENT-ID:** 12

**PROGRAM-ID:** cspn00020509

**LOAD-DATE:** June 18, 2002



74 of 512 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved

CNN

SHOW: CNN WOLF BLITZER REPORTS 17:00

May 8, 2002 Wednesday

Transcript # 050800CN.V67

SECTION: News; International

LENGTH: 6771 words

HEADLINE: Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed

GUESTS: Hassan Abdel Rahman, Richard Blow

BYLINE: Wolf Blitzer, Walter Rodgers, John Mccain Daryn Kagan, Martin Savidge, Jason Carroll, Michael Okwu,

HIGHLIGHT:
Will Israel strike back even harder after the suicide bombing in Rishon Letzion?  Is the church stand off nearing an end?  Richard Blow discusses his book about John F. Kennedy Jr.

BODY:

    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

    WOLF BLITZER, CNN ANCHOR: Now on this special edition of WOLF BLITZER REPORTS: Live From Jerusalem: After a devastating bombing, will Israel strike back harder than ever?  Does Yasser Arafat face exile?  I will speak with Israeli foreign minister Shimon Peres, senator John McCain.

    The church stand-off nearing an end?  I will take you on the back roads to Bethlehem, through the blockade, and into another world.

    A cardinal is forced to answer questions in court.  Did he turn a blind eye to sex abuse in the church?

    And he cracked down on staffers who talked to the media about JFK, Jr.  Now, he tells all to readers and to us.

    Israeli Prime Minister Ariel Sharon is now back here in Israel. He is meeting at this hour in an emergency session with his senior cabinet members.  Hello, I'm Wolf Blitzer reporting live from Jerusalem.  We'll get to several developments in the Middle East, including the cabinet meeting, but there are other developments as well, and that tops our News Alert.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

Negotiators are trying to nail down a new deal to end the standoff at Bethlehem's church of the Nativity.  It would let most of the 123 Palestinians inside leave, while 13 alleged terrorists would remain until some nation agrees to take them.  Italy, which torpedoed an earlier deal, is still refusing to admit the 13.

Yasser Arafat has responded to the suicide bombing 24 hours ago with a strong statement, declaring that he is part of the war against terror and instructing his security forces to confront and prevent terror attacks against Israeli civilians by any Palestinian faction.

There was a failed suicide bombing today at a bus stop in northern Israel.  Until a robot was deployed, police believed the bomber was killed.  He is now in a hospital.  The latest attack came 12 hours after the bombing at a packed billiard hall in Rishon Letzion, which killed 15 Israelis and injured dozens more, several of them critically.  The suicide bombing was the first in Israel in nearly a month.

The FBI says Luke John Helder has confessed to planting pipe bombs in rural mailboxes in five states.  Helder is to be arraigned next hour in Nevada.  Charges were filed against him today in Iowa, Illinois and Nebraska.  The 21-year-old art student was arrested in Nevada after a tip from his father put authorities on his trail.

Boston Cardinal Bernard Law was in court today, answering questions in a civil suit stemming from the case of a defrocked priest.  Dozens of people have sued the archdiocese, alleging sex abuse by John Geoghan, who is now in prison.  Cardinal Law is accused of turning a blind eye, moving Geoghan from parish to parish.

In the grim aftermath of yesterday's suicide bombing, which killed at least 15 Israelis, everyone here is asking, what's next?

(BEGIN VIDEOTAPE)

(voice-over): In accordance with Jewish custom, they started burying the dead right away.  And as the funerals began, Israelis and Palestinians alike were bracing for the next shoe to drop, in the aftermath of the pool hall bombing near Tel Aviv. Prime Minister Ariel Sharon, immediately after returning to Israel from his abbreviated U.S. visit, met with his cabinet to plot Israel's next move.

Earlier in the day, Palestinian Authority President Yasser Arafat went on Palestinian television to condemn the Rishon Letzion bombing and to warn against further terror strikes against Israelis.

YASSER ARAFAT, CHAIRMAN, PALESTINIAN AUTHORITY (through translator): I have issued my orders to the Palestinian national security forces to confront and prevent any terror attacks on Israeli civilians no matter which Palestinian factions stand behind them.

BLITZER: But, Israeli officials say words won't be enough.  They are demanding strong action from Arafat.  Some within Sharon's cabinet are already calling for the exile of the Palestinian leader and his top lieutenants from the West Bank and Gaza.

Other options, officials say, include a resumed military strike against targets in the West Bank, but expanding that operation this time to include Gaza as well.  Israeli police say they did manage to thwart a second suicide attack when this Palestinian man's explosives went off prematurely.  He survived the explosion, was removed by a robotic arm and is in serious condition.

Two Israeli passersby were slightly injured.  Israeli police believe his target was a crowded bus station in Afula, just southeast of Haifa.  Meanwhile, there was movement again at the Church of the Nativity in Bethlehem, where Israeli and Palestinian negotiators are attempting to end the five-week standoff.  But, a critical issue remains unresolved: Where 13 suspected Palestinian terrorists will be exiled.  It seems no country is currently prepared to accept them.

(END VIDEOTAPE)

Is the end to the standoff at the Church of the Nativity in Bethlehem?  Let's go live to CNN senior international correspondent, Walter Rodgers.  He is on the scene for us tonight in Bethlehem -- Walter.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

WALTER RODGERS, CNN CORRESPONDENT: Hello, Wolf.  We are waiting for diplomatic representatives to enter the Church of the Nativity. Their mission, to assure the Palestinians inside of safe conduct when they emerge from the church.  The Palestinians are said to be reluctant to leave the church, be seen leaving the church, and simply surrendering to the Israelis outside.

The Palestinians have asked that diplomatic representatives of third countries be involved in this surrender.  They particularly asked for the Americans and the British.  Not all the Palestinians will be emerging from the church; 13 will be staying inside.  These are the 13 hard core Palestinian fighters whom the Israelis say are "senior terrorists."

The Israelis allege that these are men who have made suicide bombs, that they have dispatched suicide bombers or shot and killed Israeli soldiers and civilians.  Back to you, Wolf.

BLITZER: Walter Rodgers in Bethlehem.  Of course if there are further developments we'll go right back to Walter at a moment's notice.  Thank you very much.

The world is now bracing for some sort of Israeli response to the suicide bombing 24 hours ago.  Just before he went into the Israeli cabinet meeting I spoke with Israel's foreign minister Shimon Peres.

(BEGIN VIDEOTAPE)

Foreign Minister Peres, thanks so much for joining us.  Now that Yasser Arafat has issued a statement in Arabic on Palestinian television calling on Palestinians to stop these kinds of suicide bombings, will this stop the Israeli government from reacting militarily in the light of what happened in Rishon Letzion?

SHIMON PERES, ISRAELI FOREIGN MINISTER: We would like to see Arafat giving orders to his troops, he has under his command something like 30,000 policemen, really to try and prevent further acts of terror.

BLITZER: So what you're saying is the statement that he issued is not enough by itself?

PERES: The statement issued should be accompanied by order to the policemen that are under his control.  We said that we shall judge him by his efforts not necessarily to trust by the end results, and one of the efforts and this is part of his statement should be accompanied to the statement is a call to his troops to take acts against the continuation of suicide bombers and terror.

BLITZER: As we speak, foreign minister, you're preparing to go into a meeting with the cabinet, the inner cabinet involving Prime Minister Sharon. Some of your colleagues already including in education minister -- including the education minister are already raising the possible of exile for Yasser Arafat and his key lieutenants.  Will you oppose that?

PERES: Yes, not only me.  I think the majority are against it because when we reached an agreement about Ramallah, we agreed that what will be -- there will not be any expulsion of Arafat.

BLITZER: You're still hopeful that you can reach a deal with Yasser Arafat?

PERES: I really don't know, but we're now in a new situation because in addition to Arafat there is the quartet, four nations that got themselves involved very seriously, and I think they can impress Arafat with the need to abandon all the foolish ways of violence and terror and to turn to the main road of peace.

BLITZER: Finally Foreign Minister, do you think that despite what happened in Rishon Letzion, what happened later in Afula with the second incident that there's still a possibility that Israel, the Palestinians and others can go to this regional peace conference in the early part of the summer?

PERES: None of us has a better alternative.  Even when we have those terrible days and terrible experiences, our aim remains a peace achieved by political means and not by military might.  And I think this is our aim and this is also, I believe, the only alternative available to the Palestinians.

BLITZER: Foreign Minister Peres, thanks so much for joining us.

PERES: Thank you.

(END VIDEOTAPE)

Page

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

BLITZER: So, Yasser Arafat has ordered his security services to prevent all Palestinians from engaging in terror attacks against Israeli civilians. But is it too late? Let's get some Palestinian perspective. Joining us, the chief PLO representative to the United States, Hassan Abdel Rahman. Ambassador Rahman, thanks for joining us.

HASSAN ABDEL RAHMAN, CHIEF PLO REPRESENTATIVE: Thank you.

BLITZER: I guess a lot of people are asking why has it taken so long?

RAHMAN: Well, it has not taken so long. Yasser Arafat has in the past called on the Palestinian people on more than one occasion, on the 16th of December, in March 28 and before not to hurt Israeli civilians. And in the same way, he called on Israel also not to hurt Palestinian civilians. So that's not a new position by Yasser Arafat.

BLITZER: There's some speculation now in the West Bank and in Gaza that Palestinian security forces are rounding up members of Hamas, Islamic Jihad, other suspected Palestinians involved in potential terror strikes. Can you tell us if that's true?

RAHMAN: I believe it's true. There are suspected elements who have been arrested as far as I'm concerned.

BLITZER: What will the Palestinian leader do now to prove not only to those like Shimon Peres and the Israeli government, but also to President Bush and to Secretary Powell, that it's not just words, but it's actions that he's going to do whatever he can to prevent what happened in Rishon Letzion yesterday?

RAHMAN: I think Yasser Arafat like in the past has indicated readiness to do what he can in order to prevent attack against Israeli civilians. But there's a problem that we face here. You have a situation in the Palestinian territories, Wolf, that is untenable. Palestinian people are under siege. They are being killed on a daily basis. Many civilians -- the economic situation, the Israeli troops did not withdraw.

There is an environment in the Palestinian territories resulting from Israel's presence there that's conducive to hopelessness. And like President Bush said yesterday, hopelessness generates suicide bombing. Therefore, if Israel and the world wants Yasser Arafat and the Palestinian Authority to succeed, they need to force Israel to change its behavior towards the Palestinians and show the Palestinian people that the 36 years of brutal military occupation is coming to an end at some point and that there is light at the end of the tunnel for them.

Otherwise, regardless of what Yasser Arafat says or anybody else, we will have Palestinians that will react to Israel.

BLITZER: Ambassador Hassan Abdel Rahman, the chief PLO representative to the United States, thank you very much for joining us.

RAHMAN: Thank you.

President Bush, meanwhile, is scheduled to meet within an hour or so with a key player in this entire Middle East situation. Jordan's King Abdullah is expected to tell the president that the Palestinian leader Yasser Arafat must, must, remain part of the peace process.

Despite yesterday's bombing in Israel, the Bush administration still plans to send the CIA director, George Tenet, back to the region as early as next week. Congress, both Houses, the House and the Senate, last week expressed strong support for Israel, a development that obviously has to be taken into consideration as the president moves forward.

Joining us now in Washington, Senator John McCain. He's a key member of the U.S. Senate. Senator McCain, always good to talk with you. Thank you very much. Do you think it is too late for Yasser Arafat to now play a more constructive role in the peace process?

SEN. JOHN MCCAIN (R), ARIZONA: I believe that increasingly, the burden of proof lies on Mr. Arafat to prove that he is either capable or willing to stop these murderous attacks and he seems to be flunking that test.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

BLITZER: So, what do you say? Is there an alternative though to Yasser Arafat as the leader of the Palestinian people?

MCCAIN: You know, I don't know the answer to that. I know that there's never a vacuum of power anywhere, particularly in the Middle East. And I happen to be reminded, 1991, many people believed that we had to leave Saddam Hussein in power because we were afraid of what might come after. And there's no one now that believes we should have left Saddam Hussein in power. And I think there's a certain parallel there.

But, you know, you can't believe that it was a coincidence that this latest or next to latest bombing took place while Prime Minister Sharon was meeting with President Bush. What could be a clearer signal of the defiance or lack of effort on the part of the Palestinian Authority to stop these bombings?

BLITZER: Do you believe, as Prime Minister Sharon and members of his government believes, Senator McCain, that Yasser Arafat directly and his Palestinian Authority must be held accountable for the suicide bombing attack yesterday, even though the Hamas organization did claim responsibility for it?

MCCAIN: Well, if not responsible, it's a demonstration on Yasser Arafat's part that he cannot control elements within the authority of the Palestinian government. So it still ends up in the murder of innocent people. Whether he is either unwilling or incapable is almost a semantic question.

BLITZER: As we speak right now, Senator McCain, Prime Minister Sharon has convened an emergency meeting of his cabinet. They're meeting at Ben Gurion Airport. He just got off the plane. Everyone is bracing for some sort of Israeli military response. Pointedly, earlier today, Secretary of State Powell did not call on the Israeli government to exercise restraint. Do you think the Israelis should exercise restraint?

MCCAIN: No more than if someone came across the border into Tucson or Phoenix, Arizona and set themselves off in a bomb in a billiard parlor in one of those cities. Would my fellow citizens of Arizona expect us not to respond to an act of terror? And, yes, I expect them to respond, and, yes, it's an act of violence that I don't see how you cannot respond to it and maintain credibility as the governing power in your own country.

BLITZER: George Tenet, the CIA director, is expected to come back here next week, but it might be a case, if the Israelis do respond in some sort of massive way, it might be a case of too little, too late. One question about Tenet's role. It is appropriate for the CIA director to play that kind of role in trying to help the Palestinians have a unified security structure?

MCCAIN: Well, I think that Mr. Tenet is going for a variety of reasons, including trying to bring about some kind of at least pause in these acts of terror. I respect the judgment of the president in sending George Tenet. He's a very capable individual. So, it's hard for me to second guess. But if these terrorist attacks continue, I don't know how Mr. Tenet could possibly have much of a prospect of success.

BLITZER: Senator McCain, while I have you, let me switch to a domestic issue, namely your political future. Why, all of a sudden, is there so much speculation that you might bolt from the Republican party and become an Independent, formally become an independent or perhaps even a Democrat? What's behind that and is there any truth to it?

MCCAIN: No. There's been a heat wave here in Washington in the last couple weeks, as you know. It may have affected some people's judgment. And, you know, I've been accused of wanting to be everything except a vegetarian. And so, I'm a Theodore Roosevelt Republican. I continue to believe in a strong national defense, free trade, deregulation. I'm pro-life. There are many, many issues that I feel would make it very difficult for Democrats to embrace me.

BLITZER: So can we hear a Shermanesque statement from you, Senator McCain, that you will never leave the Republican party?

MCCAIN: I envision no scenario in which I would leave the Republican party.

BLITZER: OK. Senator John McCain of Arizona, thanks so much for joining us.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

MCCAIN: Thank you, Wolf.

BLITZER: Even though I'm in Jerusalem, you're in Washington, usually I'm right next to you. Appreciate it very much.

And our Web question of the day is this: Do you think exiling the Palestinian leader, Yasser Arafat, would make the situation better or worse in the Middle East? You can vote. Go to my Web page, cnn.com/wolf. While you're there, let me know what you are thinking. There's a "click here" icon right on the left side of the page. Send me your comments. I'll try to read some of them on the air each day at the end of this program. That's also, by the way, where you can read my daily online column, cnn.com/wolf.

How far did the Catholic church go today to try to cover up sexual abuse in the church? We'll have the transcripts from Cardinal Bernard Law's forced deposition.

Plus, the confessed pipe bomber. How many chances did the police have to get him? Wait until you hear about the missed opportunities.

Also, sleazy exploitation or truth telling? The new book on JFK Jr. tells all. Author Richard Blow joins us live to answer the tough questions about his motives. But first, with more on the Middle East, here is our "News Quiz."

How many of Israel's 11 prime ministers were raised in the United States: one, two, three or four? The answer coming up.

(COMMERCIAL BREAK)

BLITZER: Welcome back.

I'll be back here in Jerusalem shortly with more developments in the Middle East. I'll also tell you how I snuck into Bethlehem yesterday. We'll have a report on that. But there's other major news going on elsewhere. For that, let's turn to my colleague Daryn Kagan. She joins us from the CNN Center in Atlanta -- Daryn.

DARYN KAGAN, CNN ANCHOR: Wolf, a pleasure to stay late just for the chance to work alongside of you.

Let's start with our look in the U.S. In Nevada, that is where a 21-year-old college student is scheduled to appear in a courtroom less than an hour from right now. He will be arraigned on charges linked to a series of pipe bombs discovered in mailboxes across the nation's heartland. We find our Martin Savidge in Reno with the latest on the case against Luke Helder. Marty, hello.

MARTIN SAVIDGE, CNN CORRESPONDENT: Hello, Daryn. Luke Helder goes before a federal magistrate, as you say, in about 35 minutes. It is described as his initial court appearance following his arrest about 50 miles northeast of Reno last night. That after a high-speed chase. He was held overnight at the county detention facility. He was brought there following his arrest. He was smiling. He was described by the sheriff as courteous, polite and downright cooperative, but he was not in any way showing any signs of remorse. And now he's been transported to the federal courthouse here.

The FBI releasing, in the meantime, two, not one, but two affidavits outlining the case against him and they seem to have some fairly strong evidence. A lot of it based upon communication he had with family members and friends back in his home of Minnesota. They also claim that they have a verbal, not a written, but a verbal confession from Helder outlining exactly where he placed the bombs, even pointing out on a map.

In the first affidavit though, some very interesting reading there. When they talk about the FBI, three what could be missed opportunities in which they might have apprehended the 21-year-old suspect. And these were all circumstances that occurred on the fourth and fifth. He was stopped not once, but three times by law officers in three different states. The first time, on May 4, he was speeding in Nebraska. When he was pulled over, the officer, as he approached the car, said that Helder said, hey, I didn't mean to hurt anybody. The officer didn't know what he meant. He said I'm only stop stopping you for speeding. All three times Helder was allowed to continue on his way -- Daryn.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

KAGAN: Amazing. Martin Savidge in Reno, Nevada. We'll hear more after that court hearing.

We move east now to Boston, where Cardinal Bernard Law defended his policies today, as he gave a deposition in response to a lawsuit accusing him of covering up child sexual abuse. Our Jason Carroll is in Boston and he continues his coverage of the story. Jason, hello.

JASON CARROLL, CNN CORRESPONDENT: Well, hello to you, Daryn. The attorney representing the plaintiffs in this civil case said that Cardinal Law suffered from a case of selective amnesia during the deposition today. Cardinal Law questioned for several hours about defrocked priest John Geoghan.

The attorney for the alleged victims suggested that as early as 1984, Law was told about allegations that Geoghan had sexually abused young boys. The attorney referred to a letter written to Law in 1984 by a woman claiming Geoghan had molested her children. Law initialed the letter but said during his deposition he didn't remember receiving it. But later, Law did admit that in 1984, he knew Geoghan had a history of, quote, "homosexual involvement with young boys." Law was asked, quote, "in 1984, you knew, did you not, that it would have been wrong for a priest to have sexually molested boys? Is that correct? Answer, "oh, absolutely." Question: "OK. And that's something you would have tried to stop from happening again?" Answer: "That's correct."

(BEGIN VIDEO CLIP)

MITCHELL GARABEDIAN, PLANTIFFS' ATTORNEY: He's towing a line. I think he's hiding something and I think he's going to continue to try to hide it. I think when it was convenient, he was honest, and as Mark said, he had selective amnesia. And I think he's not going admit anything that he thinks may hurt him.

(END VIDEO CLIP)

CARROLL: Law was moved -- Law moved Geoghan from parish to parish over a period of time, but Law says that he relied on medical advice given to him before he ever reassigned Geoghan. The next time that Law is scheduled to be deposed is this Friday -- Daryn.

KAGAN: Jason Carroll is Boston. Jason, thank you so much.

And a reminder for our viewers that our Miles O'Brien will have much more on the church abuse scandal when he is LIVE FROM BOSTON. That is this evening at 8:00 p.m. Eastern, 5:00 p.m. Pacific.

That's all for right now from CNN Center in Atlanta. Now back to Wolf in Jerusalem.

BLITZER: Thank you very much, Daryn. Thanks for staying late. We'll be back to you later this hour with more news.

I'm going to tell you also how together, with my crew, we snuck into Bethlehem. We'll show you pictures. You're not going to see any place else. Stay with us.

But when we come back, destruction and beauty: An ancient city under siege.

John F. Kennedy, Jr. exposed and tales about Caroline. Did the author of the new Kennedy biography cross the line?

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: I think Richard Blow did what, to be honest, what any of us would certainly think about doing and what many of us would do.

(END VIDEO CLIP)

BLITZER: An insider turned tell-all. Richard Blow joins us live when we return. Stay with us.

(COMMERCIAL BREAK)

BLITZER: As the traditional birthplace of Jesus, Bethlehem has been a destination for pilgrims from all over the world, but few pilgrims visit Bethlehem these days. As our producer, Linda Roth (ph), our photographer Scott McWhinnie (ph) and our driver, Samir Bozboz (ph) and I found out on Tuesday,

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

traveling to Bethlehem has become a difficult and time consuming ordeal even when the trip is just a few miles.

(BEGIN VIDEOTAPE)

(voice-over): During normal times, the drive from Jerusalem to Bethlehem should take less than 15 minutes.  But, these are not normal times.

(on camera): We are at the Rachel's Tomb checkpoint and are waiting to see if we can get into Bethlehem.

(voice-over): I make an effort to sweet-talk the soldier with my rough Hebrew.

(voice-over): No luck, so on to plan B.  If we get into Bethlehem, Samir, will it be a problem getting out?

UNIDENTIFIED MALE: The same way you have to go back.

BLITZER: We will go back the same way.

(voice-over): At least there are some spectacular views from this circuitous route through the Arab village of Beit Jala.  But once again, no luck at this second checkpoint.  Finally, plan C, also crossing an Israeli military checkpoint, but getting onto a dirt road.

(on camera): As you can see, when we say we are taking a back road into Bethlehem, we are clearly taking a back road.  Look at this.  Samir, you know all the ways to get around.

(voice-over): Eventually, we make it in.

(on camera): We are in Bethlehem.  The place is pretty much empty.  People are reluctant to go out.  There is a nominal curfew. Some individuals are walking around.  We haven't seen many folks.  The place looks pretty deserted.  People are inside their homes.  We are going to get ready and go over to the Church of the Nativity. There seems to be some movement going on, but they have been saying that for 24-36 hours.  We will see if the standoff is about to end.

(voice-over): We park our car and continue on foot.  There are constant reminders of the fighting.

(on camera): It's hard to believe this was once a car.  This was once a car.  That's one of the things you notice as you walk down these allies and all these streets; everyplace you go you see these little posters of these martyrs, so-called martyrs.

(voice-over): As we get close to the church, we see a huge crowd of journalists and TV crews from all over the world.  And we connect with our CNN team on the scene, including Walter Rodgers.

RODGERS: We've got lots of shots.  We've got lots of altitude. I'll show you the shots. Come on.

BLITZER: We wind our way to an even better vantage point.

(on camera): You are looking at a picture of the Church of the Nativity.  You see there, the so-called "Door of Humility" behind those four posters over there. That is where, eventually, the individuals inside the church -- more than 100 -- will walk out.

Some of them will immediately go around, they will be going through those metal detectors that you can see over there.  First a couple of busses will be there.  Some of them will be free to go: the monks, priests, nuns and civilians, innocent people that happened to be caught up in this five-week standoff.

Some of the Palestinian suspects will be sent to Gaza, where they will be under the authority of the Palestinians -- a handful of others will be exiled.

(voice-over): The walk around the church area is depressing, especially for those of us who have visited Bethlehem under earlier, more pleasant circumstances.

(on camera): We are only a few hundred yards from the Church of the Nativity. But look at this, barbed wire, garbage that has not been picked up in weeks, flies all over the place. It is sort of disgusting. What you can't tell right now is the smell; the smell is really, really bad.

(voice-over): I meet one Palestinian who says his cousin, supposedly a member of the military wing of Yasser Arafat's Fatah movement, the Tanzim, is inside the church. I meet another Palestinian who teaches at a local university, 44-year-old Khader Shokeh (ph). Here is a coincidence: He was a graduate student years ago in my hometown of Buffalo, New York.

UNIDENTIFIED MALE: All we want is our independence. We have to feel that we are like other people; we have to have our own state. Is that a lot? Is that a lot?

BLITZER: We begin our drive out of Bethlehem, but that is easier said then done.

(on camera): All right, we have to back up. If you think it was hard getting into Bethlehem. Guess what? It's hard getting out of Bethlehem, too.

First checkpoint -- obviously a failure.

(voice-over): Second checkpoint, after some haggling, success, and we are back on the road to Jerusalem.

(END VIDEOTAPE)

Please stay with CNN for all the late-breaking developments tonight, 8:30 p.m. Eastern, 5:30 p.m. on the West Coast, I will anchoring a special LIVE FROM JERUSALEM. We will have all the late-breaking developments. Please join me then, 8:30 p.m. Eastern.

And when we come back, John F. Kennedy, behind closed doors. What has got the Kennedy family upset right now -- indeed, outraged? You are going to hear about it, next. But first, the answer to our news quiz.

Earlier we asked how many of Israel's 11 prime ministers were raised in the United States. The answer, two. Israel's only female prime minister Golda Mair (ph) spent her childhood in Milwaukee, Wisconsin and Benjamin Netanyahu went to high school in the United States while his father worked as a history professor in the United States.

(COMMERCIAL BREAK)

BLITZER: I'll have more from Jerusalem coming up, but as promised once again, let's go to CNN's Daryn Kagan. She is at the CNN center in Atlanta with a look at a very, very controversial book -- Daryn.

KAGAN: This is a big talker, Wolf. Thank you very much. "American Son" is name of the book. It is about the late John F. Kennedy, Jr. It is written by the former editor of Kennedy's magazine, "George." And now as CNN's Michael Okwu tells us, the identity of the author is part of the controversy.

(BEGIN VIDEOTAPE)

MICHAEL OKWU, CNN CORRESPONDENT (voice-over): Days after John F. Kennedy, Jr.'s plane went down off the coast of Martha's Vineyard, the editor of Kennedy's magazine, "George," banned his staffers from talking to the media. Months later, those magazine staffers were shocked to hear that editor Richard Blow had cut a book deal.

(on camera): Former "George" staffers say that there was an unspoken pact to protect Kennedy from the media, but it turns out Blow had been keeping a detailed journal all along.

SASHA ISSENBERG, FORMER "GEORGE" WRITER: I don't think people were surprised that somebody realized that they can make a lot of money off of writing a book, a sort of sleazy tell-all about John Kennedy. But, it takes a while for the vultures to fly in, and I think we were surprised that one was waiting in the office next door.

OKWU: Sasha Issenberg started as an intern at "George" and became a writer. He said Richard Blow even fired one staffer who gave a flattering quote about Kennedy to "New York Magazine."

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

At this gathering last week, former "George" employees wished the book a safe passage into obscurity. "American Son" describes JFK, Jr. As a hard-working, if imperfect, editor, a sensitive, often generous man, his affection towards his wife Carolyn, private observations, like the fact that Kennedy spent the night before his crash alone in a hotel room.

The truth was, John had fraught with Carolyn, Blow writes. "That didn't mean they were headed for divorce, as would be reported in the tabloids, just that the two had had a fight hurtful enough for John to sleep elsewhere. If you had ever seen John's temper or Carolyn's determination, you know that wasn't so unthinkable.

Blow and other staffers had signed nondisclosure agreements, promising to keep professional and private dealings with Kennedy strictly confidential, but there now may be limited appetite to enforce the agreement. And in a telephone interview, Blow's publisher said, "the magazine is gone. Alas, JFK Jr. is gone. I am sure there are few people who care about the internal politics of the magazine. I think there are far more people who care about John F. Kennedy, Jr."

MICHAEL WOLFF, FORMER "GEORGE" EDITOR: I think Richard Blow did what, to be honest, what any of us would certainly think of doing and what many us would do. I think in the light of day, most people have come to realize, well, this is what happens here. You can't -- you can't own the myth.

OKWU: Less than a week after its release, :American Son" is number 19 on the Amazon list. It is now being adapted into a television movie. Michael Okwu, CNN, New York.

(END VIDEOTAPE)

KAGAN: So what does Richard Blow have to say for himself and what exactly is in the book? He will have a chance to speak for himself. He will join us live right after this break.

(COMMERCIAL BREAK)

KAGAN: The book is called "American Son, Portrait of John F. Kennedy, Jr." The author, Richard Blow, joins us now from our New York bureau. Richard, hello. Good to have you with us.

RICHARD BLOW, AUTHOR, "AMERICAN SON, PORTRAIT OF JOHN F. KENNEDY, JR.": Daryn, thanks for having me on.

KAGAN: You have taken a lot of criticism. So let's hear it up front. Why, why would you write this book given you know how private the Kennedys are?

BLOW: First of all, let me just say one thing. If I was the person that you actually just described in that lead in, then I think I would be a pretty bad guy, too. You made a few mistakes in there. I certainly never ordered people not to talk to the press, and I certainly never fired any "George" staffers for talking to the press.

KAGAN: Wasn't the understanding at "George" magazine that you were there to be part of the magazine and not to tell tales of John F. Kennedy, Jr.?

BLOW: Certainly that is true, but the thing is, you know, the former intern whom your reporter spoke with described this book as a tell all, and frankly that is news to me. This is really an homage to a person whom I admired and respected very much.

KAGAN: We are going to get to that in just a second. You had to know, you had to know, you are a smart guy, that there was going to be some scathing criticism you would get for even attempting a project like this. The one I know you've heard it before, but out of "Newsweek," this quote, "Nothing says friendship like dancing on your buddy's grave for profit." -- ouch!

BLOW: A couple of things, first I just have a feeling that person who wrote that hadn't actually read the book. We live in a time when unfortunate, you are writing a book about a famous person whom you know, people assume it's some form of exploration into his personal life, because those things often sell a lot of books. This is kind of a different kind of book.

KAGAN: There are personal insights in this book, Richard.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

BLOW: Of course there are personal insights. You have to use personal insights to tell a story. John Kennedy knew that. He was a magazine editor. The fact is that I think people who have read this book get a very different picture than people who are just commenting on it before they have read it."

KAGAN: Well, I have got to say, in the interesting of full confession, when my "Vanity Fair" came in the mailbox, it was the first piece that I turned to read it. So there is interest out there. I realize that. I want to get in one of the tidbits that is at least within the excerpt and I'm sure is in the book, talking what you said was John's fascination with the tabloids. Different than what some people might not think. You wrote, "John had a different attitude toward gossip columns, a sort of bemused fascination as if they were covering a stranger who happened to share his name. John would kick back and laugh. Part of him admired that tabloid's creativity, part of him was flattered by the attention."

BLOW: Right, you know what's funny. People had this idea that John hated the press, he was completely anti-media. Sometimes it's true, he was upset and bothered by paparazzi, but in general, John was quite reasonable about this sort of thing. For example he gave a lot of interviews, he did a lot of interviews for "George" magazine.

When he would read these things in the tabloids, he knew that this was nothing he should take seriously. It was kind of entertaining for him.

KAGAN: So maybe you could make the argument, he was born as a public figure and grew up that way, but even he had a problem with how the media treated his wife Carolyn, and this is kind of where you lose me, where you talk about personal and private stuff, about what this poor woman, who had a tragic ending to her life, not to mention her sister, private things. Here's one the quotes on Carolyn from your book, "From the time she started being photographed with John, she felt a pressure to look the part of his physical peer."

And then you talk about how she used Botox, and how she straightened and colored her hair. I've got to tell you, Richard, as a girl, alive or not, I don't want that stuff in a book.

BLOW: Well, you know in fact, Carolyn was certainly public about that stuff beforehand. People knew she colored her hair, she said she colored her hair. What I was trying to get at, by describing those things was to say it was not easy to be the wife of John Kennedy. Carolyn felt a lot of pressure to be in that situation.

"Newsweek" put her on the cover as the new style icon of America. That wasn't me doing that. That was other people putting that kind of pressure on Carolyn.

KAGAN: Well, because our time is short, we'll have to leave it out there for our viewers and your potential readers to decide for themselves. Richard Blow, thanks for coming on and talking with us today. We appreciate it.

I'm going to go to a different type of unbelievable picture. What do royal watchers, a streaker and Queen Elizabeth all have in common? You'll have to watch the videotape to see it, coming up next.

(COMMERCIAL BREAK)

KAGAN: And now for a look on what's coming on "MONEYLINE" with Lou Dobbs, let's go to New York and hear from Lou. Lou, hello.

LOU DOBBS, CNN ANCHOR: Daryn, thank you very much.

Coming up, diplomacy taking a back seat to violence in the Middle East. Israel now considering responses to yesterday's deadly terrorist attack while the United States is warning about the future of peace talks. We'll have reaction from the White House. I'll be talking with Israeli Prime Minister Ariel Sharon's foreign policy adviser, Danny Ayalon.

And on Wall Street, Cisco Systems inspired a rally that was nothing short of sensational, the best day, in fact, for the Nasdaq in more than a year. We'll have complete market coverage. Jan Hopkins will be here.

Will Israel Strike Back?; Nativity Standoff Nearly Over; Law Deposed CNN May 8, 2002 Wednesday

And the SEC proposing new rules for Wall Street analysts, and two editorials today criticizing the chairman of the SEC, Harvey Pitt. Harvey Pitt is our guest tonight.  Please join us for that and lot more coming up at the top of the hour.  Now back to Daryn Kagan.

KAGAN: Lou, thank you very much.

It was a bit of a surprise guest for the queen.  We'll have those pictures for you just after this.

(COMMERCIAL BREAK)

BLITZER: And finally, this note about Britain's Queen Elizabeth. She had quite an eyeful yesterday on her Jubilee tour.  Look at this. A naked man ran in front of the Rolls-Royce carrying the queen and Prince Philip to an official engagement. The incident happened in northern England.  The man, who had the words "Rude Britannica" scrawled across his back, was apprehended.  As it turns out, he is a civil servant.  A court ordered him to keep his distance from the monarch. OK, those things happen in Britain.

That is all the time we have today. Thanks very much for watching.  I'll be back at 8:30 with a special LIVE FROM JERUSALEM. And this note: Tomorrow, I'll have a special interview with the former vice president of the United States, Dan Quayle.  We'll speak on the Middle East.

For Daryn Kagan at the CNN Center in Atlanta and me, thanks very much for watching.  I'm Wolf Blitzer in Jerusalem.  "LOU DOBBS MONEYLINE" begins right now. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

LOAD-DATE: July 11, 2003

**SHOW:** Hardball with Chris Matthews (9:00 PM ET) - CNBC
**May** 8, 2002 Wednesday
**LENGTH:** 1952 words
**HEADLINE: Hasan Abdel Rahman,** Palestinian chief rep. to US, and Israeli Consul General Alon Pinkas debate whether Arafat can bring peace
**ANCHORS:** CHRIS MATTHEWS
**BODY:**
CHRIS MATTHEWS, host:
Welcome back to HARDBALL. This half-hour, former George magazine editor Rich Blow with his profile of the late John F. Kennedy Jr.
But first the HARDBALL DEBATE tonight: Ariel Sharon's next move. Should Israel dismantle Yasser Arafat's Palestinian authority? Sharon used some of the toughest language of his life we've heard as he responded to yesterday's suicide bombing.
Mr. ARIEL SHARON (Israeli Prime Minister): The attacks continues and will continue until all those who believe that they can make gains through the use of terror will cease to exist, will cease to exist. He who rises up to kill us, we will pre-empt it and kill him first. As we have proven, there is no and there never will be any shelter for terrorists, their abettors or dispatchers and all those who are engaged in terrorism. There is no and there never will be any shelter for evil.
MATTHEWS: Sharon also vowed that Israel will fight for the values of freedom, liberty and democracy. Here's more.
Mr. SHARON: Israel will fight anyone who tries to threaten these values. Israel will fight anyone who tries sui--suicide terrorism to solve fear. Israel will fight. Israel will triumph and when victory prevails, Israel will make peace.
MATTHEWS: Alon Pinkas is Israel's consul general up in New York and **Hasan Abdel Rahman** is the chief Palestinian representative in the United States. Mr. Rahman, I have to ask you: What was your reaction when you heard of yesterday's attack in Tel Aviv? More people killed. Fifteen more people killed.
Mr. **HASAN ABDEL RAHMAN** (Palestinian Chief Representative to United States): I was saddened and I was appalled by it. I didn't like it.
Page 209
CNBC News Transcripts May 8, 2002 Wednesday
MATTHEWS: When you heard that Hamas had taken credit for it, what was your reaction?
Mr. RAHMAN: Whoever, Hamas or non-Hamas. You know, I've said it once and over again, we are--and I'm personally--opposed to killing civilians, whether they are Palestinians or Israelis. Killing civilians is immoral, it is illegal and the fact that it is done by Palestinians doesn't make it right and the fact that it is made by the Israelis, it is not right.
MATTHEWS: Why doesn't your leader, Yasser Arafat, say that to the families of the person who commits these atrocities and say, 'You'll have to leave Palestine now because any family that's responsible for one of these killings has to go.' Wouldn't that send a signal to all these so-called martyrs, that if they do this again, their family has to leave the region?
Mr. RAHMAN: Chris...
MATTHEWS: Why doesn't he do that?
Mr. RAHMAN: Listen, if you want everyone who killed a civilian to leave that region, that region will be left without any people because there are so many...

MATTHEWS: Well, at least it would be a strong statement.

Mr. RAHMAN: No, we--it isn't a strong statement. You don't impose collective punishment on anybody. We have, as I said, people who are engaged in acts of violence that we disapprove of. But, you cannot look at this...

MATTHEWS: Why do you give collective benefits to families of people who commit suicide to kill other people? You've got lots of Arabs in the region giving money to families as a reward for their kid having killed 20 or so Israelis. That's--that's collective benefit.

Mr. RAHMAN: It is not.

MATTHEWS: What is it?

Mr. RAHMAN: It is not a collective benefit. We will have a family that is unemployed, without income, do you put them to starve? Listen, and you have--you cannot look at this independent form--the conditions under which those people live. I am--I know what you're going to say but listen to me, it is important what I want to do. What Israelis are doing to the Palestinian people generates violence. That's what President Bush said yesterday to Sharon in his eyes. He told him, 'Listen, hopelessness makes suicide bombers.'

MATTHEWS: I understand that.

Mr. RAHMAN: That's what he said--that--and what Sharon is doing to the Palestinians creates suicide bombers.

MATTHEWS: And--and these suicide bombings have destroyed the Israeli political middle so that your cause has no support in Israel now. That's what you've accomplished.

Page 210

CNBC News Transcripts May 8, 2002 Wednesday

Mr. RAHMAN: But, you know, revenge generates revenge. If the Israelis...

MATTHEWS: Let me--I know that these suicides have killed the chance for peace. Let me go--let me go...

Mr. RAHMAN: Are you telling me that--that Israelis killing Palestinians is kosher?

MATTHEWS: I did not defend it. Let me--let me go to Mr...

Mr. RAHMAN: Well, OK. So condemn it.

MATTHEWS: Ambassador--Mr. Ambassador, let me ask you this: What are the options on the table for your government now after this latest atrocity near--near Tel Aviv? What are the options in terms of dealing with or getting rid of, in effect, Yasser Arafat?

Mr. ALON PINKAS (Israeli Consul General): Well, getting rid of Mr. Arafat is not going to solve anything. Changing and profoundly transforming the Palestinian authority or whatever is left of it, whatever these group of corrupt politicians left of it is--is a different story. And we think that through reform, true--through transparency, hopefully new leadership will emerge that is not as corrupt, undemocratic...

MATTHEWS: OK. What about--excuse me, I've got to move forward--but what about Mr.--Mr. Ambassador, the idea that was breached by the--the Prime Minister Sharon the other day to several newspaper reporters from this country--you've obviously read it--that he would like to treat Arafat as almost like an Emeritus figure, as sort of a grand old man, a eminence grise, as we say in law firms here, put him aside, treat him like he's still sort of there but begin to negotiate with somebody else, a prime minister, anybody that you can find as a negotiating partner besides Arafat? Is that Israeli policy now?

Mr. PINKAS: It's not Israeli policy it--but it's a damn good idea, because if--if we had a retirement plan for dictators, then we wouldn't have to deal with Arafat. He could go to--to Cuba, to Jamaica, to Italy, I don't care where, and retire. If he is the--the Emeritus CEO of the Palestinian cause and the

executive powers are given to people with which we could negotiate, people will believe in all those things that Arafat and Mr. Rahman and the other lieutenants don't believe: life, liberty, pursuit of happiness, due diligence, supremacy of law, democracy, civil rights, elections, all these alien concepts and terms, then we can reach peace, because--because a political process and a peace process is imperative. There's no other way here.

MATTHEWS: Let me ask you about this--about Yasser Arafat one more time. What is the plan to deal with Yasser Arafat with your government right now?

Mr. PINKAS: I don't know, because I--I can't answer that definitively, Chris, because the cabinet meeting with--which dealt with the issue ended just a few hours ago. I think that the issue of Arafat is not an issue and I think it's also wrong to focus and concentrate on him as if he is the epitome or he is the--the problem itself.

MATTHEWS: The only reason I say that, Mr. Ambassador, is just a moment ago we Page 211

CNBC News Transcripts May 8, 2002 Wednesday

saw some tape of Prime Minister Sharon in the strongest language we've heard in a long time saying he's going to make that entity cease to exist. Now, what's he talking about when he talks about people ceasing to exist?

Mr. PINKAS: I think he's talking about the entity that--that breeds terrorism, the entity that--that makes violence happen, the entity that calls for shaheeds to march on Jerusalem.

MATTHEWS: Right.

Mr. PINKAS: The entity that produces hatred, incitement and--and homicide bombers.

MATTHEWS: Yeah, I I think it's on the table--I think it's on the table for your government to try to eliminate the leadership of the PLO, the PLO and the PA.

Mr. PINKAS: Oh, poli--you're right. Politically we do.

MATTHEWS: And, let me ask you--let me ask Mr. Rahman. It seems to me that you have a problem in your leadership. Your government--but the most sympathetic pro-Pale--PLO person in this country would say, 'Arafat's problem is that he probably represents a majority of Palestinians, in fact, he's the most popular figure in the country. But a good chunk of the country is violent and they're separate from him in their political purposes and their purposes are to destroy Israel,' and that's Hamas and Jihad and others. How can your--your leader claim to be true leader of your country when he can't control such a large renegade block of people like Hamas who took credit for what happened yesterday?

Mr. RAHMAN: But I wish first to allow...

MATTHEWS: Does he take--does he claim to be leader to them?

Mr. RAHMAN: I wish--I wish first you allow me to respond to some of the distortions that were made and interrupted by Mr. Pinkas, such as that Israel pursues happiness life while it is making the Palestinian people unhappy, that is destroying the Palestinian peoples' lives, that is making democracy for the Palestinians impossible and that is stealing Palestinian land and Palestinian livelihood. That what--is, I call, the infrastructure of terrorism. Occupation is the infrastructure of terrorism, and if Mr. Pinkas and his government are true to what they preach, they have to dismantle the occupation...

MATTHEWS: OK. OK.

Mr. RAHMAN: ...otherwise we will have violent because occupation is the systematic violence and a system of violence.

MATTHEWS: I have a feeling we're going to have violence no matter what you say, Mr. Rahman, because I don't think your leader controls Hamas or Jihad and

you know that.

Mr. RAHMAN: In Ga--but let me tell you, Yasser Arafat is the leader of the Palestinian people. His function is to achieve liberty and freedom for his

Page 212

CNBC News Transcripts May 8, 2002 Wednesday

people...

MATTHEWS: Right.

Mr. RAHMAN: ...and not to become a policeman for Israel.

MATTHEWS: Not to police his own people?

Mr. RAHMAN: Not the policeman for Israel. He is in charge of the security for the Palestinian people and not for Israel...

MATTHEWS: OK.

Mr. RAHMAN: ...because Israel is behaving like a terrorist state.

MATTHEWS: I got you. You're being very clever. It's not his job to stop terrorism, in other words?

Mr. RAHMAN: No. But he is--we are engaged in the Saudi defense against the terror of Israel.

MATTHEWS: But it's not his job to stop Palestinian terrorism against Israel?

Mr. RAHMAN: Do you consi--do you consider occupation an act of terror or not?

MATTHEWS: I am--I am completely against occupation but you've just said it's not Arafat's job to stop violence.

Mr. RAHMAN: No. No, no. I said...

MATTHEWS: OK. We've got to go. We got to go.

Last thought. Last word, Mr. Ambassador.

Mr. PINKAS: Look, I--I think there is treatment for lost political cases like Mr. Rahman who live in denial for 55 years now. Assume responsibility for your own fate. You never showed up at Camp David, you scream all day, 'Lies and distortions!'

Mr. RAHMAN: He is lying about this. He lies every time...(unintelligible)...

MATTHEWS: OK. I think we left of--please, I respect your government, but this is really--we have to draw the line here.

Mr. RAHMAN: You weren't at Camp David, Mr. Pinkas. I was at Camp David. I was. You were not.

MATTHEWS: We are out of time. Mr. Ambassador, thank you. Mr. Rahman, thank you.

Up next, the POLITICAL BUZZ here at home. Tonight, a close-up look at one of the great figures of our time in terms of iconic value, John F. Kennedy, Jr. Former George magazine editor Richard Blow has a new book out. He's going to join us to talk about his book about that fellow right there, John F. Kennedy

Page 213

CNBC News Transcripts May 8, 2002 Wednesday

Jr. Back with HARDBALL.

(Announcements)

**LOAD-DATE:** May 9, 2002

Page



75 of 512 DOCUMENTS

Copyright 2002 American Broadcasting Companies, Inc.
ABC News

SHOW: ABC News: Nightline (11:35 PM AM ET) - ABC

May 7, 2002 Tuesday

TYPE: Profile

LENGTH: 3416 words

HEADLINE: Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home

ANCHORS: TED KOPPEL

REPORTERS: GILLIAN FINDLAY; JOHN DONVAN; JOHN YANG

BODY:

   Announcer: May 7th, 2002.

   TED KOPPEL, host:

   Another deadly suicide bombing in Israel as President Bush tries to jump-start Mideast talks.

   President GEORGE W. BUSH: I'll reiterate.  I have been disappointed in Chairman Arafat.  I think he's let the Palestinian people down.

   KOPPEL: Israel says it will not negotiate with Arafat, citing evidence that he supports terrorism.

   Colonel MIRIAM EISIN (Israeli Intelligence Officer): For the first time, we had the chance to show pure intelligence data, or what we call hard evidence, and show it to the world.

   Mr. EDWARD ABINGTON: You have to look at the agenda of Sharon in producing this document, and that's to discredit Arafat and delegitimize him.

   KOPPEL: Tonight: Pushing Peace Amid the Carnage: It's a Tough Sell.

   Announcer: From ABC News, this is NIGHTLINE.  Reporting from Washington, Ted Koppel.

   KOPPEL: There was a moment during our NIGHTLINE town meeting in Jerusalem last Friday when Israeli Foreign Minister Peres turned to Saeb Erekat, one of the chief Palestinian negotiators, and said, 'You cost me the election.' Peres didn't mean Erekat personally.  He was talking about the violence and yes, the suicide bombings, which in all likelihood denied the doveish Peres a third term as prime minister, and led ultimately to the election of the hawkish Ariel Sharon.  As Prime Minister Sharon sat inside the White House this afternoon meeting with President Bush, there was another suicide bombing, this time in Rishon Letzion, near Tel-Aviv.  If there had been any chance of bridging the differences between Bush and Sharon this afternoon, it probably evaporated in this latest bombing.

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home ABC News May 7, 2002 Tuesday

Things have been relatively quiet inside Israel these last few weeks since Israeli troops moved against Palestinian targets throughout much of the West Bank, but it was precisely the string of lethal suicide bombings that came before which undercut more moderate politicians in Israel, and which have produced enormous domestic support for Prime Minister Sharon's iron-fisted response.

This was a day when it appeared that the standoff between Israeli troops and Palestinian gunmen inside the Church of the Nativity compound might end. It didn't. It was a day when the US president and the Israeli prime minister might have reached a meeting of the minds. They didn't. It was a day when a suicide bomber once again dominated the news. ABC's Gillian Findlay joins us now from Jerusalem.

Gillian, what are the details of the bombing?

GILLIAN FINDLAY reporting:

Well, Ted, I can tell you at this point that at least 15 Israelis have been killed tonight, apparently as many as 60 have been injured. We understand it was a suicide bomber. We understand that he walked into a pool hall in the city of Rishon Letzion and exploded himself. There was no security at the pool hall, we're told. There was pandemonium, as you--as you can understand, and a short while later, Al Manar television in Lebanon reported that the Islamic group Hamas had claimed responsibility. We were able to get through to a Hamas spokesman in Gaza who told us that this is a message to Israelis, that the Palestinian will to resist has not been broken.

KOPPEL: So much from Hamas. What about the Palestinian authority? What about Chairman Arafat? Anything from--from him or them?

FINDLAY: In the last few minutes we have received by fax a statement from the Palestinian leadership, not in the name of Mr. Arafat personally, but they have in a very strongly worded statement condemned what they call this 'aggressive operation against civilians.' "We reject and condemn," the statement says. And it says it considers any group that was responsible for this as working against the interests of the Palestinian people. It also goes on to say that "Whoever was responsible is playing into Mr. Sharon's hands by lending support to his claims that it is impossible to achieve peace with the Palestinian people and, therefore, that it's OK to continue his war against us."

KOPPEL: Now, you have much more experience with these kinds of reactions from the Palestinian authority than I do. To my ear it sounds like a very tough kind of statement, tougher than anything I've heard before.

FINDLAY: I think it is quite tough. Certainly by comparison to some that--that we have seen before. In the past, the Palestinian authority has said, 'We condemn any act of aggression against civilians whether they be Palestinian or Israeli.' This is much more specific. This says that it will take action against those responsible. Now, we have heard that in the past and we also are--are well acquainted with the fact that action is not always taken. I think it's clear that the Palestinian authority feels that it had to say something stronger this time, given the circumstances.

KOPPEL: Gillian Findlay, thanks very much.

Calculating the Arafat factor in a moment.

Announcer: This is ABC NEWS: NIGHTLINE, brought to you by...

(Commercial break)

KOPPEL: A suicide bombing in Israel precisely as that country's leader meets with President Bush in the Oval Office. The timing was more than curious. How do you sell the notion of peace talks between an Israeli prime minister and a Palestinian leader who is said to be tied to the kind of terror visited upon Israel today? Here's NIGHTLINE's John Donvan.

JOHN DONVAN reporting:

(VO) This was late this afternoon. Israel's Prime Minister Ariel Sharon was headed to a meeting with President Bush at the White House.

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home ABC News May 7, 2002 Tuesday

Pres. BUSH: (From CNN "Breaking News") People in Israel who long for security and peace.

DONVAN: (VO) And this was just over an hour later.  As the cable networks began rolling tape of the two men talking with reporters, the suicide bombing had just happened.  And the way CNN framed it onscreen, the bomber got bigger play than the leaders.  It was the same on Fox News and on MSNBC.  Violence stole the moment, not for first time.

Terrorism, Sharon came to argue, is why Israel refuses to deal with Yasser Arafat and why the US should not either, a point he argued by delivering to the president a book put together by Israeli military intelligence purported to carry evidence that senior Palestinians from Yasser Arafat on down have known about, financed, and offered moral encouragement for acts of terrorism against Israelis.

Col. EISEN: For first time we had the chance to show pure intelligence data or what we call hard evidence and show it to the world.

DONVAN: (VO) The Israelis said they discovered much of this material after they forced their way into Palestinian government offices last month and captured weapons, bombmaking equipment and lots of documents.

(OC) What percentage of everything that you took is in--in these books?

Col. EISEN: We actually think that we may at these stage be at 5 percent.

DONVAN: (VO) It is the documents that make up most of the book.  For example, this memo-- reportedly addressed to Arafat--quote, "the fighting president"--seeking a $2500 payment for one Ziad Muhammad Da'as, among others. Israelis say it was approved by Arafat--this is described as his signature and his handwriting--only the note says to make the amount $600.

Ziad Muhammad Da'as, say the Israelis, masterminded this act of terror. It was a young girl's bar mitzvah party.  A Palestinian off-camera entered and opened fire.

(OC) At first, some high ranking Palestinians claimed that the documents that the Israelis are showing the world are fakes, that the Israelis forged them. That claim has now been toned down somewhat, and the Israelis are unflinching. They say the stuff is real and that it includes requests for equipment that could be used to make weapons, and a memo that warns Palestinians that they are on an Israeli wanted list and should take precautions.  Some of this appears on Palestinian Authority letterhead.  But one thing seems to be missing.

What's not there is the smoking gun showing Yasser Arafat signed a paper saying, 'Carry out this operation and do it now and here's the money.'

Col. EISEN: I think that one of the terror myths is that at the end you need Yasser Arafat to say, 'Go commit suicide at the heart of Tel-Aviv on the 19th of March at 8 PM.'

DONVAN: Because that's not there.

Col. EISEN: We will never find that, and we don't expect to find that, but that does not mean he's not directly involved in terrorism.

Mr. ABINGTON: I think you have to look at the agenda of Sharon in producing this document, and that's to discredit Arafat and delegitimize him.  He's been trying to do this ever since he's been prime minister.

DONVAN: (VO) Edward Abington, a former US diplomat who served in Jerusalem, is now a paid consultant to the Palestinian Authority.  And Ariel Sharon, himself, would probably agree with Abington's assessment of Sharon's goals. Sharon made it clear weeks ago what he thinks of Arafat.

Mr. ARIEL SHARON: We regard Chairman Arafat as an enemy.

DONVAN: (VO) And if Sharon is trying to convince President Bush that Arafat is unreliable, he is preaching to the choir.  The president has often identified Arafat as the problem.  He did so again today.

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home ABC News May 7, 2002 Tuesday

Pres. BUSH: And I'll reiterate.  I have been disappointed in Chairman Arafat. I think he's let the Palestinian people down.  I think he's had an opportunity to lead to peace and he hasn't done so.

DONVAN: (VO) That is not fair, Abington says, no matter what's in that book the Israelis put together.

Mr. ABINGTON: If you want to look at this problem between Israelis and Palestinians, Sharon wants to say terrorism is the disease.  It's not. Israeli occupation is the disease and terrorism is the symptom.  If you want to cure the disease, you have to end occupation.  And that's the way that you end this kind of violence, this kind of terrorism.

DONVAN: Does this mean that you are willing to give the use of terrorism a pass?

Mr. ABINGTON: Absolutely not. Absolutely not.  As I said, suicide bombing and terrorism has been a disaster for the Palestinian people.  On the other hand...

DONVAN: Is it also--is it also morally wrong and does it discredit them?

Mr. ABINGTON: It does.  But on the other hand, the Israelis have shifted the focus away from occupation, and any resistance to occupation by Palestinians is branded by the Israeli government as terrorism, whether it is picking up and throwing a stone or whatever.

DONVAN: (VO) Privately, White House sources say they are not all that interested in the evidence that Sharon brought, preferring to emphasize the need for reform in the Palestinian Authority, reform that might eventually bring alternative leaders to the fore.

Pres. BUSH: That's what we discussed about, how quickly can we begin the reform process.  That also is what we'll discuss with the Arab leaders who've got an interest in the area about how to get reforms going.

DONVAN: (VO) Until then, the White House argues, Israelis have to put up with Arafat, like it or not.  A recent ABC News poll shows that most Americans share that view.  Three-quarters of people polled say they think Yasser Arafat is responsible for terrorist attacks, but 66 percent hold that Israel has to deal with Arafat directly.

POLL Margin of Error 3.0%

Is Arafat responsible for terrorist attack?

Yes 76% No 15%

Should Israel negotiate directly with Arafat?

Yes 66% No 28%

DONVAN: (OC) What does that say to you?

Col. EISEN: That we have a problem.  What we're trying differentiate also is between Yasser Arafat and the PA, and the Palestinian people, maybe try and look for another voice.

DONVAN: (VO) But tonight the voice they heard was an Israeli's, Ariel Sharon reacting just a short time ago to this evening's terrorist attack.

Mr. SHARON: Today in the face of all our sincere efforts to move forward on the political path, we received another proof of the true intentions of the person leading the Palestinian Authority.  Israel will not surrender to blackmail.  He who rises up to kill us, we will preempt it and kill him first.

DONVAN: Only this afternoon Sharon told reporters he thought there was a chance to move forward. Tonight, however, he has cut short his US visit and he's heading for home and, from the way he was talking this evening, it sounds as though what's coming next is more war.  I'm John Donvan for NIGHTLINE in Washington.

KOPPEL: Reaction to this day's events from a Palestinian official in a moment.

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home ABC News May 7, 2002 Tuesday

(Commercial break)

KOPPEL: And joining me now here in Washington, the Palestine Liberation Organization's chief representative to the United States, Hassan Abdel Rahman.

Mr. Rahman, what can Hamas, which has claimed responsibility for this afternoon's bombing, what can they possibly have thought it would do other than strengthen Prime Minister Sharon's hand?

Mr. HASSAN ABDEL RAHMAN (Chief Palestine Liberation Organization Representative to the United States): Well, I don't think they even thought that far. I think what motivated them is probably revenge more than anything else. I don't think they have the grand policy behind this operation.

KOPPEL: So you think it was just coincidence just as it was coincidence a couple of weeks ago when Secretary of State Powell was in Israel and there was another suicide bombing?

Mr. RAHMAN: Well, it could be. I mean, I have no way really to tell whether it is coincidental or not. But what I'm trying to say, I don't think they are thinking in the terms of undermining the meeting between Sharon or Bush. I cannot speculate on that. But I believe that they are looking to take revenge on Israel, because of what Israel is doing to--to Palestinians. They think that this is the only way to show the Israeli public that when Israel inflicts pain on the Palestinians, the Palestinians are capable of inflicting pain on Israel. Of course, no man or woman in their right mind will accept this kind of logic that is directed against Israeli civilians or what the Israelis done yesterday when the army killed a woman and her two children. This is tragic, and leads us nowhere.

KOPPEL: You probably heard or--or maybe you have not yet heard the president once again--I'm talking about our president now--expressing his disappointment in--in Chairman Arafat. And I wonder whether you feel it is either politically possible or even practically possible for President Arafat to do or say anything that would change the minds of the bombers?

Mr. RAHMAN: I would like first really to know what makes President Bush make these statements because he knows the conditions under which Yasser Arafat is operating, and he knows, I assume, the conditions in the Palestinian territories. Why he is disappointed, honestly, I don't know. Whether he feels compelled to make those statements also, I don't know. Now Yasser Arafat cannot do much today, Mr. Koppel, as you know. His country is destroyed. His security services are destroyed. And they have been targeted by Israel from day one. So you--you cannot destroy his capabilities both political and security and expect from him to perform.

KOPPEL: The dilemma, Mr. Rahman, always remains the same. And it is this: Either Yasser Arafat is clearly the leader of Palestinians and as the leader can exercise some control over the violence of some of these groups which are presumably under his control, or he cannot, and therefore is not a particularly useful negotiating partner toward peace because he can't guarantee peace?

Mr. RAHMAN: In--in the perfect world, you may be right, but this is not a perfect world. Yasser Arafat is the leader of an authority that is under foreign military occupation. In other words, you have the Israeli oc--occupation that is in control of the territories. It is provoking the Palestinians on a daily basis by building exclusive Jewish settlements in the Palestinian territories. This makes it difficult for Yasser Arafat to persuade his public. Yasser Arafat has two ways of dealing with issues. One is political by giving an incentive to the Palestinian people which he cannot because of the conditions under which the Palestinian people live--deprivation, humiliation, economic hardships, etc.--and the other is by using the stick, namely the Palestinian police force, and he does not have that either. So Yasser Arafat, even if he wants to lead under the present circumstances in the words of President Bush, he cannot do it.

KOPPEL: Is the United States, in your view, still the one indispensable intermediary, or do you think perhaps now it's come to a point where you need to move elsewhere?

Mr. RAHMAN: No, I believe that the United States is indispensable, and will remain indispensable for many, many years to come. But it depends on the United States, also. Is President Bush going to take what needs to be taken in terms of steps to really push the peace process forward?

KOPPEL: And what is your impression?

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns home ABC News May 7, 2002 Tuesday

Mr. RAHMAN: I think he's trying, but I believe peace in our region is so important that it cannot be left for Mr. Sharon alone to decide on it.

KOPPEL: Mr. Rahman, I thank you. It was good of to you come in.

Mr. RAHMAN: Thank you, sir.

KOPPEL: In a moment, the latest on the standoff at the Church of the Nativity.

(Commercial break)

KOPPEL: For more than a month now, Israeli troops have been on the outside, Palestinian gunmen on the inside. Late last night, there appeared to be a deal to end the standoff at Bethlehem's Church of the Nativity, but like so much in the Middle East, nothing is easy. ABC News correspondent John Yang reports.

JOHN YANG reporting:

(VO) The day began with word of a deal. The 36-day siege was coming to an end. Israeli soldiers took down the crane with a parabolic microphone that let them hear conversations in the compound. They unplugged loudspeakers that blasted the Palestinians holed up inside with high-pitched tones, psychological warfare. And they pulled down the blimp with the spy camera that tracked every movement around the church.

Lieutenant Colonel OLIVER RAFOWICZ (Israeli Army Spokesman): There have been very serious political developments in the last hours.

YANG: (VO) The soldiers set up metal detectors that would screen the Palestinians as they left. Thirteen of them, militants and intelligence officers, whom Israel calls 'senior terrorists,' would be flown to exile in Italy. Twenty-six other Palestinians would be driven to Gaza, and about 100 civilians would be free to go after being questioned by security officers. At army barricades families of those inside gathered, making last-minute phone calls to relatives inside the church.

These two women are cousins of Anan Muhammed Hamis, a member of Tanzim, the militant wing of Yasser Arafat's political party. He is on the Israeli military's most wanted list.

Unidentified Palestinian Woman: (Through translator) The Israelis won this battle, but they cannot break their spirits.

YANG: (VO) Israel considers Ibrahim Abyat one of the dangerous men in the church. Iman Abyat (ph) is his sister.

Ms. IMAN ABYAT: (Through translator) I told him, 'Why did you agree with this solution? You refused it before.' He said, 'There is no other solution and what Sharon says has to be done.' He said, 'The whole nation is suffering.'

YANG: (VO) But by late afternoon, there were signs the deal was faltering. The blimp was back in the air. The biggest problem was that Italy said it was not ready to receive the exiled Palestinians.

Lt. Col. RAFOWICZ: The implementation is being delayed because there is no country willing to accept the terrorists.

YANG: (VO) It became clear that a resolution would not come for at least another day. Mohammed Ali Hassan knows many of the men in the church. He says none of them should be exiled or jailed.

Mr. MOHAMMED ALI HASSAN: (Through translator) Israel came in, so they ran into the church because they only have guns which cannot resist a tank, nor a cannon nor fighter jets. They are only guarding their own country.

YANG: Which is just what Israel said it was doing when it moved troops and tanks into Bethlehem. Bringing an end to the standoff that followed will only be complicated by tonight's suicide bombing, further eroding whatever trust may exist on both sides. This is John Yang for NIGHTLINE in Bethlehem.

Pushing Peace Amid the Carnage: It's a Tough Sell; Suicide bombing puts end to peace process; Sharon returns
home ABC News May 7, 2002 Tuesday

KOPPEL: And that's our report for tonight.  I'm Ted Koppel in Washington. For all of us here at ABC
News, good night.

LANGUAGE: ENGLISH

LOAD-DATE: May 8, 2002

SUNDAY The Washington Post May 4, 2002 Saturday

**SHOW:** FOX HANNITY & COLMES (21:00)
**May** 6, 2002 Monday
Transcript # 050601cb.253
**SECTION:** News; International
**LENGTH:** 3119 words
**HEADLINE:** Interview With **Hasan Abdel Rahman** and Rep. Eliot Engel
**GUESTS: Hasan Abdel Rahman,** Eliot Engel
**BYLINE:** Sean Hannity, Alan Colmes, Rita Cosby
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
ALAN COLMES, FOX CO-HOST: Welcome to HANNITY & COLMES. I'm Alan Colmes.
Coming up, should the government go back to giving welfare to legal
immigrants? We'll debate it.
And some say Reverend Al Sharpton has his eye on the White House. We'll ask
him, and he'll join us a little bit later on.
And we'll show you Rita Cosby's exclusive interview with former world
heavyweight champion Mike Tyson.
(BEGIN VIDEO CLIP)
RITA COSBY, FOX NEWS CORRESPONDENT: Are you an animal?
MIKE TYSON, FORMER HEAVYWEIGHT CHAMPION: Am I an animal? If necessary. It
depends on what situation am I in, what situation am I in to be an animal?
(END VIDEO CLIP)
Page 215
Fox News May 6, 2002
COLMES: You're not going to believe the things he said in this interview.
And that brings us to the HANNITY & COLMES question of the day. How many days
has Mike Tyson been the heavyweight champion of the world?
First, Israeli Prime Minister Ariel Sharon met with President Bush's top
advisers today with what he says is proof that Yasser Arafat is a terrorist.
Tomorrow, the Israeli leader will meet with President Bush, who would like to
see Sharon and Arafat become partners in peace, but, in recent interviews,
Sharon said he doesn't want to negotiate with Arafat and called the Palestinian
leader irrelevant.
So how can the president make any headway toward peace given these
circumstances?
Joining us is **Hasan Abdel Rahman,** the Palestinian representative to the U.S.,
and, from Washington, New York Congressman Eliot Engel.
Good to see you both, once again.
**HASAN ABDEL RAHMAN,** PALESTINIAN REPRESENTATIVE TO THE UNITED STATES: Thank
you.
REP. ELIOT ENGEL (D), NEW YORK: Thank you.
COLMES: Congressman Engel, if we're going to get hung up on who's a
terrorist, who's not a terrorist, we're not going to move forward, and -- is it
for us to say who should be our negotiating partner? Isn't that up to the
Palestinians and the Palestinian Authority?
ENGEL: Well, I think you have to judge people by their actions, and I think
that the United States is going halfway around the world, rightly so, to fight
terrorism in Afghanistan, and I think that the Israelis have an absolute right
to fight it in their own backyard.
I'm very disappointed in Mr. Arafat. I had hoped that he would rise above his
past to be a forward-looking leader of his people. But, instead, I'm convinced

SUNDAY The Washington Post May 4, 2002 Saturday

that he uses terrorism as a negotiating tool, and, therefore, I don't believe he's a fitting partner for peace.

COLMES: All right. Mr. Rahman -- Ambassador, you are close to Arafat. You've known him for 25 years. He's not a very popular man in these parts. What insight do you have to him that maybe the rest of the world doesn't acknowledge or understand?

RAHMAN: Well, first of all, Yasser Arafat is the leader of his people. His people are living under illegal military occupation for the last 36 years.

COLMES: But they say he doesn't want peace, that he...

RAHMAN: But he is -- we have to put it -- all of this in context. The Palestinian people have been denied their very basic political and human rights for 36 years. They live as refugees. They live under foreign military

Page 216

Fox News May 6, 2002

occupation. If any people, if any country comes under foreign military occupation, people have to fight.

Now -- listen, the British called George Washington a terrorist. The French called Ben Bella a terrorist. The white South African called Nelson Mandela a terrorist. I don't care what the Israelis call us. We want our freedom from the Israelis.

SEAN HANNITY, FOX CO-HOST: All right. We've got to...

RAHMAN: That's all we want.

HANNITY: By the way, Washington never targeted innocent men, women, and children in suicide murders, and there's a great distinction. I'm going to get back to this...

RAHMAN: This is the matter of the freedom, the right to be free.

HANNITY: I'm going to get to this issue of Arafat in just a minute and this idea that we have to -- we're hung up on him being a terrorist is a crucial question.

Before I do that, there have been charges of a massacre at Jenin. Now we know there are only 56 dead Palestinians that were fighting Israeli soldiers and 33 dead Israeli soldiers.

This is -- the Israeli government released this tape. It's a surveillance tape of a drone flying -- this is a mock funeral to create the impression for the world -- as you can see there, the person that's supposedly be carried in a coffin literally stands up and gets back in the coffin on his own. This is all -- this is a propaganda video.

RAHMAN: Don't you know maybe those are Israelis, that the Israelis might have manufactured this?

HANNITY: Is that what you think?

RAHMAN: Yes. Maybe.

HANNITY: Do you believe...

RAHMAN: Maybe.

HANNITY: Maybe or that's it?

RAHMAN: Why do you have to...

HANNITY: Maybe they're Palestinians.

RAHMAN: Why -- do you have their ID cards?

HANNITY: Would you like me to go get them? I'll go climb into the video.

RAHMAN: But you know you believe the Israelis even in...

Page 217

Fox News May 6, 2002

HANNITY: Yeah, I do.

RAHMAN: You do. That's your problem.

HANNITY: I do.

SUNDAY The Washington Post May 4, 2002 Saturday

RAHMAN: It's not my -- I don't believe the Israelis, but let me answer your question. I never said it was a massacre. Maybe it is a massacre because 55 people is a massacre. I have always said that Israel committed...
HANNITY: It's called a war.
RAHMAN: ... committed war crimes, Mr...
HANNITY: Hannity.
RAHMAN: ... Hannity.
HANNITY: Yes.
RAHMAN: They have committed war crimes. They did not allow humanitarian aid to reach the people -- civilians for 14 years.
HANNITY: All right. Here's what I want to do.
RAHMAN: Why don't you want to listen to me?
HANNITY: No. I'm listening to you. But wait a minute.
RAHMAN: You make an allegation, and you don't wait for me to answer it.
HANNITY: I got your -- I got your point.
RAHMAN: No.
HANNITY: You're saying allegations to me.
RAHMAN: I did not -- no. Those are war crimes that were committed and the Human Rights Watch said that.
HANNITY: OK.
RAHMAN: They said in their report...
HANNITY: But now...
RAHMAN: ... that Israel committed war crimes.
HANNITY: I got your point. I got your point.
RAHMAN: OK.
HANNITY: I disagree, but I got your point.
Page 218
Fox News May 6, 2002
RAHMAN: All right.
HANNITY: All right. Ariel Sharon is bringing with him 110 pages of documents chronicling that Yasser Arafat, your friend, is a terrorist.
Now Alan mentioned you shouldn't get hung up on this issue, but I think it's critical to the discussion because there's a fundamental principle at stake here. Should the United States pressure Israel to negotiate with a terrorist? They even have tapes of Arafat starting terror, and they have documents proving that he paid for terror. Is he a terror -- you won't admit he's a terrorist, though.
RAHMAN: No. I have 500 pages documenting Sharon's life from day one...
HANNITY: Bring it on the show.
RAHMAN: Why I can -- when he was involved in killing 2,000 Palestinians in Sabra and Shatilla and he was involved in...
COLMES: He let the Christian Phalange do that.
RAHMAN: Yes. And -- under his supervision.
COLMES: Under supervision. Let me...
RAHMAN: He commanded Unit 101, which massacred many Palestinians.
COLMES: I'd like to get our other guest in, Ambassador.
RAHMAN: I am willing to get into that. I am willing to get into that. But the issue is not Arafat...
COLMES: All right. Congressman Engel...
RAHMAN: The issue is the right of the Palestinian people to live as a free...
COLMES: Hold on. Ambassador, just one second. I want to get the other guest in.
I want to show you a little tape from the Sunday morning shows. There seems to be some division in this administration about how to talk to Sharon and where

SUNDAY The Washington Post May 4, 2002 Saturday

they're going in terms of the settlements, and let me show you what we saw over
the weekend.
Let's take a look.
(BEGIN VIDEO CLIP)
COLIN POWELL, SECRETARY OF STATE: Something has to be done about the problem
of settlements. The settlements continue to grow. They continue to expand.
(END VIDEO CLIP)
Page 219
Fox News May 6, 2002
(BEGIN VIDEO CLIP)
CONDOLEEZZA RICE, NATIONAL SECURITY ADVISER: Settlements will eventually be
an issue, but I think we have to get the context right here. We need to end the
terror, create a situation in which there is better security and no violence.
(END VIDEO CLIP)
COLMES: Congressman Engel, are we getting mixed messages about the priorities
of this administration.
ENGEL: Well, I think the administration is clearly showing that we need to
fight the war on terror.
And, by the way, let me say this. Twenty months ago, the Palestinians had an
offer of a state of their own, billions of dollars of foreign aid, and most of
the settlements would be dismantled, and the Israelis would leave. Ninety-seven
percent of the land in the West Bank, 100 percent of the land in Gaza. The
Israelis accepted it.
The Palestinians said no. Yasser Arafat walked away, didn't offer a
counterproposal, and unleashed the intifada. So I think...
COLMES: Congressman...
ENGEL: ... that if we're talking about the Palestinians are entitled to not
have occupation and all that silliness...
COLMES: My point is right now, sir, that we are seeing two different
messages, one from Colin Powell, which is get rid -- get out of the settlements,
one from Condoleezza Rice, saying it's -- not so fast, we have to do other
things first. So what's the message here?
ENGEL: Well, I think the message, first of all, is that terrorism has to
stop. I think the message is the president today said he was very disappointed
in Yasser Arafat.
I'm beyond that. I was disappointed in Yasser Arafat 20 months ago. I think
that the Palestinians, frankly, need new leadership, and their need leadership
would do more for their people than Yasser Arafat's old leadership of terrorism.
You know, when you talk about a terrorist, if you look at the suicide
bombings that happened in Israel during the past year, three-quarters of them
come from groups that are within the Fatah umbrella, which is Yasser Arafat's
own organization.
COLMES: All right. We're going to...
ENGEL: ... Al Aqsa Bridge...
COLMES: We'll...
ENGEL: Yasser Arafat is a terrorist.
Page 220
Fox News May 6, 2002
COLMES: We'll pick it up there in just a moment. More after the break.
And coming up later, should immigrants that enter our country legally be
allowed to collect welfare? One Bush Cabinet member thinks it may not be such a
bad idea. Is he out of line for saying that?
And later, could the Reverend Al Sharpton be your next president? We'll ask
him on HANNITY & COLMES.

SUNDAY The Washington Post May 4, 2002 Saturday

(COMMERCIAL BREAK)

HANNITY: Still to come tonight, our own Rita Cosby. She's going to show us highlights of her exclusive explosive interview with Mike Tyson. We're playing some of that for you coming in just a minute.

All right. Mr. Rahman. Let me go back to -- you and I will are never going to agree on Arafat. We might as well just get that off the table. You keep talking about, quote, "Occupation. Occupation." You talk a lot about the '67 borders.

RAHMAN: Yes.

HANNITY: If we go back to the '67 borders, where does the West Bank go? Where does Gaza goes? It goes...

RAHMAN: Those are...

HANNITY: ... to Jordan and Egypt.

RAHMAN: Why?

HANNITY: Well, if it doesn't go to...

RAHMAN: They are the property of the Palestinian people. It is us. My family lived in that area for 600 years.

HANNITY: That's Jordan and Egypt prior -- if we go to the '67 borders.

RAHMAN: Come on. That's how you define the right of (UNINTELLIGIBLE) nation, my friend?

HANNITY: Absolutely.

RAHMAN: No! The right to (UNINTELLIGIBLE) nation is in the people who lived in the land.

HANNITY: Wait a minute.

RAHMAN: It is not who owned the land.

HANNITY: Let me ask this question.

RAHMAN: According to...

HANNITY: Wait, wait, wait. Let me ask this important question.

Page 221

Fox News May 6, 2002

RAHMAN: ... your definition, no state should be independent.

HANNITY: Wait a minute. Because...

RAHMAN: We'd go down to the British.

HANNITY: If we go back...

RAHMAN: We...

HANNITY: Wait a minute. If we go back to the '67 borders, the West Bank goes to Jordan, Gaza goes to Egypt, and...

RAHMAN: Why?

HANNITY: Wait a minute. But in the -- after '67...

RAHMAN: And Israel goes to whom?

HANNITY: In the...

RAHMAN: Because Israel was born after I was born.

HANNITY: In the 19...

RAHMAN: When I was born...

HANNITY: Can I finish?

RAHMAN: ... in 1948, there was no Israel.

HANNITY: In the 1970s, the king of Jordan kicked out a hundred thousand Palestinians and more, and there were a lot of casualties, and I don't see the animosity or the antipathy towards Jordan or the -- King Hussein's son because of what they did after '67.

RAHMAN: You know, your knowledge of history is very selective...

HANNITY: No, it's not selective. It's true.

RAHMAN: ... and to the best of my knowledge...

HANNITY: It's true.

RAHMAN: It is not true, and I suggest that you read...

SUNDAY The Washington Post May 4, 2002 Saturday

HANNITY: Sir, you're wrong.
RAHMAN: ... more books about the Palestinians.
HANNITY: Sir...
RAHMAN: If you...
Page 222
Fox News May 6, 2002
HANNITY: King Hussein kicked them out because he's -- his throne was in
jeopardy by the Palestinian people.
RAHMAN: That's -- oh, listen, that's inaccurate.
HANNITY: It's factually correct.
RAHMAN: You all have been listening to the BiBi Netanyahu, and that's not the
way to get...
COLMES: By the way, Congressman...
RAHMAN: ... your information about --
COLMES: Congressman Engel, I guess the Native-Americans really belong on the
land we're on because, you know, we came here, and we took over from them. So,
using that theory, shouldn't the Native-Americans really be the ones who own the
land here in the United States?
ENGEL: Well, that's why it's so silly to talk about occupied territories.
You know, if you look at a -- Palestinian schoolchildren's schoolbooks today,
there's no state of Israel. You have Palestine right across where Israel is
today.
From 1948 when the state of Israel was founded, there was an offer to have a
Palestinian state. The Arabs rejected it and, instead, attacked Israel, and from
1948...
HANNITY: The next day.
ENGEL: ... to 1967 when the Arabs did control that land, they never put
together a Palestinian state. Sean is quite right.
COLMES: I want to...
ENGEL: So this nonsense that if somehow Israel would only just pick up and go
away, everything would be wonderful is really not true. Israel wants peace.
Israel accepted peace 20 months ago.
COLMES: So do the Palestinians, Eliot.
ENGEL: The Palestinians did not.
COLMES: The Palestinians want peace, too, and I think that's not often
recognized...
ENGEL: Well...
COLMES: ... and that we're so busy trying to call Arafat a terrorist and
demonize Palestinians, we don't acknowledge that they want peace as much as
Israelis.
ENGEL: I don't -- no, I don't...
Page 223
Fox News May 6, 2002
RAHMAN: I'd like to say something...
ENGEL: ... demonize Palestinians. I think that Yasser Arafat --
RAHMAN: Congressman...
ENGEL: Let me just finish, please.
COLMES: Let him finish, and I'll give you a chance to respond.
ENGEL: I think that Yasser Arafat did his own people a tremendous disservice
by not taking that deal 20 months ago, which would have given his people a
state, which would have given them billions of dollars of aid...
COLMES: All right. Let the ambassador respond to that.
ENGEL: ... and which would have gotten the Israelis out of 97 percent of the
territories.

SUNDAY The Washington Post May 4, 2002 Saturday

COLMES: Ambassador Rahman.

ENGEL: Israel said yes. The Palestinians said no.

RAHMAN: First of all, what you are saying is totally inaccurate, and let me...

ENGEL: Oh, no, it isn't.

RAHMAN: Because you were not there. I was there, and I know what happened in...

ENGEL: It's not inaccurate.

RAHMAN: So let me finish.
Second, I'm surprised that a congressman in the Congress of the United States, the land of Jefferson and Washington, is advocating occupation by saying that -- what is occupation? Occupation, Mr. Engel, is the denial of people of their rights.

ENGEL: I don't advocate...

RAHMAN: Let me finish.

ENGEL: I don't advocate...

RAHMAN: Why won't you...

ENGEL: But you're saying that I'm advocating something that I'm not.

COLMES: Congressman...

RAHMAN: Mr. Congressman, let me finish. And you vote for assistance to Israel, to bring Jewish settlers...

Page 224

Fox News May 6, 2002

ENGEL: Proudly.

RAHMAN: ... ... from -- Jewish settlers from Russia and from Brooklyn, New York, to settle in the Palestinian territories. I challenge you to say here tonight that you do not support Jewish settlement in the Palestinian territories. I challenge you here tonight to say that you support the rights of the Palestinian people to a state of their own on the West Bank and Gaza.

ENGEL: I...

RAHMAN: And I challenge you to convince Mr. Sharon to accept that in exchange for recognizing the right of Israel to live in...

ENGEL: And I challenge you to be critical of Palestinians who were dancing in the street when the World Trade Center went down.

RAHMAN: I am...

ENGEL: I challenge you...

RAHMAN: I was very critical of them.

ENGEL: I challenge you -- let me finish. Let me finish.

RAHMAN: I was critical of them.

ENGEL: Let me finish.

RAHMAN: I was critical...

ENGEL: I challenge you...

RAHMAN: But you have not answered my question.

ENGEL: Just a second. I challenge...

RAHMAN: You have not answered my question.

ENGEL: You challenged me.

RAHMAN: He did not answer my question.

ENGEL: I am now challenging you, and then I'll be happy to answer your question. I challenge you to change those Palestinian textbooks that 52 years after the foundation of a state of Israel still do not recognize Israel's right to exist. And I challenge you to condemn terrorism.

RAHMAN: I condemn terrorist.

ENGEL: You want to talk about massacre?

RAHMAN: Listen, I condemn it.

SUNDAY The Washington Post May 4, 2002 Saturday

ENGEL: When 28 people are killed at a Passover...
Page 225
Fox News May 6, 2002
RAHMAN: I am willing to do so. I'm willing...
ENGEL: ... Seder by a terrorist bomb -- by a Palestinian terrorist bomb,
that's massacre.
RAHMAN: But you have not answered my question because you support Israel...
ENGEL: I support them...
RAHMAN: ... right or wrong.
ENGEL: No.
RAHMAN: Right or wrong.
ENGEL: I support the right of Israel to live in peace and security.
RAHMAN: That's the problem. You don't...
HANNITY: And coming right up...
RAHMAN: You don't take a position of principle on anything.
HANNITY: ... should legal immigrants get their share of welfare money? We're
going to debate some proposed changes.
And later, well, he may not have won his bid for mayor of New York, but
that's not stopping him from considering a run for the highest office in the
land. Reverend Al Sharpton wants to be president, and he'll explain why.
And then later on, the explosive Mike Tyson interview coming up.
**LOAD-DATE:** July 10, 2003
Page 226



60 of 427 DOCUMENTS

Copyright 2002 The Washington Post



The Washington Post

May 4, 2002 Saturday
Final Edition

SECTION: STYLE; Pg. C07

LENGTH: 871 words

HEADLINE: SUNDAY

BODY:

    NBA Playoffs (CC). Three back-to-back conference semifinal games, to be announced (Channel 4,
12:30).

    Baseball. Kansas City at Baltimore (Channel 50, 1:30); Chicago Cubs at Los Angeles (ESPN at 8).

SUNDAY The Washington Post May 4, 2002 Saturday

Golf (CC). Final round of the PGA Compaq Classic (Channel 7 at 3).

NHL Playoffs (CC). Conference semifinals: Montreal at Carolina (ESPN2, 7:30).

WUSA Soccer. Washington at San Diego (CSN at 8).

Fox News Sunday (CC) interviews national security adviser Condoleezza Rice on the Middle East and Sen. Bob Graham (D-Fla.) on the terrorism threat (Channel 5 at 9 a.m.).

Sunday Morning (CC) profiles Gladys Knight and pays tribute to retiring CBS cameraman Izzy Bleckman (Channel 9 at 9 a.m.).

Meet the Press (CC) interviews Secretary of State Colin Powell on the Middle East and the war, plus Sen. John Edwards (D-N.C.) analyzes domestic and foreign policy agendas (Channel 4, 10:30 a.m.).

Face the Nation (CC). Sen. John McCain (R-Ariz.) discusses the Middle East and Iraq, and a debate on cloning with Sens. Arlen Specter (R-Pa.) and Mary Landrieu (D-La.) (Channel 9, 10:30 a.m.).

Lead Story. Del. Eleanor Holmes Norton (D-D.C.) talks about arming airline pilots in the cockpit; plus a discussion of black-owned businesses with Hector Barreto of the Small Business Administration (BET at 11 a.m. and 12:30 p.m.).

This Week With Sam Donaldson & Cokie Roberts (CC). Secretary of State Colin Powell addresses the Middle East; Sen. Orrin Hatch (R-Utah) discusses the cloning controversy (Channel 7, 11:30 a.m.).

Late Edition With Wolf Blitzer (CC) interviews national security adviser Condoleezza Rice on the Middle East; Sens. Dick Durbin (D-Ill.) and Fred Thompson (R-Tenn.) debate homeland security; airline pilot Linda Pauwels and former Northwest Airlines security director Douglas Laird discuss guns in the cockpit; Hussein Ibish of the American-Arab Anti-Discrimination Committee, Time magazine's Michael Weisskopf and Rep. Darrell Issa (R-Calif.) assess anti-Arab sentiment; and a discussion about the midterm elections with GOP Chairman Marc Racicot and Democratic National Committee Chairman Terry McAuliffe (CNN at noon).

Capital Sunday With Kathleen Matthews. Transportation Secretary Norman Mineta assesses airline security and summer travel (Channel 7, 12:30).

Religion & Ethics Newsweekly (CC) looks at Protestant Christianity through the eyes of three families (Channel 26, 12:30).

White House Chronicle. Guests include UPI Editor in Chief John O'Sullivan (Channel 32, 4:30).

Booknotes interviews Sarah Brady on her memoir "A Good Fight" (C-SPAN at 8 and 11).

John McLaughlin's One on One seeks the opinions of authors Norman Mailer and Lawrence Schiller on the Robert Hanssen spy case (NewsChannel 8 at 9).

America's Black Forum. The topic is the Middle East crisis; with the Palestinian Authority's chief U.S. representative, Hassan Abdel Rahman; Ariel Cohen of the Heritage Foundation; and Reuters' Carol Giacomo (Channel 9, 1:35 a.m.).

NBC's 75th Anniversary Special (CC) (Channel 4 at 8) is previewed by Tom Shales on Page C1.

Blue Planet: Seas of Life. The eight-part series concludes with more new footage of the sea and its inhabitants. Four hours (Discovery Channel at 7).

The American Experience: Ulysses S. Grant (CC). This two-part profile traces Grant's life from his days as a Civil War general to his rocky presidency. Two hours (Channels 22 and 26 at 9; concludes next Sunday).

Stuart Little (1999) (CC). Michael J. Fox supplies the voice of the scrappy mouse whose enemies include a bitter human brother (Jonathan Lipnicki), a jealous house cat (Nathan Lane) and a nasty alley cat (Chazz Palminteri). Two hours (Channel 7 at 7).

SUNDAY The Washington Post May 4, 2002 Saturday

The Mummy (1999) (CC). Brendan Fraser leads a group of treasure-seeking explorers, and guess what they find? 2 1/2 hours (Channel 50 at 8).

Little John (2002) (CC). A family court judge (Gloria Reuben) learns that a child she had given up for adoption 12 years earlier is being raised by her estranged father (Ving Rhames). Two hours (Channel 9 at 9).

60 Minutes (CC) reports on Israeli soldiers who are unwilling to fight in their country's occupied territories, and on New York lawyer Lynne Stewart, who was indicted on terrorism charges; plus, women aggressively treating breast tumors that may not be life-threatening (Channel 9 at 7).

National Geographic Explorer: Into the Tornado (CC) follows scientists who track deadly twisters for a living (MSNBC at 8).

America Undercover: Blue Vinyl (CC) chronicles one family's decision to put vinyl siding on their home (HBO at 10).

King of the Hill (CC). Hank dreams of grilling food with a naked Nancy (Channel 5 at 7).

The Simpsons (CC). Sweet, gentle Apu cheats on his wife (Channel 5 at 8).

Malcolm in the Middle (CC). The Krelboynes cause chaos when they are forced to mingle with the school's general population (Channel 5, 8:30).

The X-Files (CC). An FBI profile trainee connects a recent group of killings with the murder of Doggett's son (Channel 5 at 9).

Alias (CC). Will is about to get a nasty surprise when he's sent on a mission to find the person responsible for leaking information about SD-6 (Channel 7 at 9).

The Practice (CC). Bobby defends a schizophrenic who thinks he's Hannibal Lecter (Channel 7 at 10).

LOAD-DATE: May 4, 2002

Page

45 of 111 DOCUMENTS

Content and Programming Copyright 2002 Fox News Network, Inc. ALL RIGHTS
RESERVED. Transcription Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal
Document Clearing House, Inc.), which takes sole responsibility for the accuracy
of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of
this material except for the user's personal or internal use and, in such case,
only one copy may be printed, nor shall user use any material for commercial
purposes or in any fashion that may infringe upon Fox News Network, Inc.'s and
FDCH e-Media, Inc.'s (f/k/a Federal Document Clearing House, Inc.) copyrights or
other proprietary rights or interests in the material. This is not a legal
transcript for purposes of litigation.

Fox News Network

**SHOW:** FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:41)

**May** 3, 2002 Friday

Transcript # 050305cb.260

**SECTION:** News; International

**LENGTH:** 1342 words

**HEADLINE:** Interview With **Hasan Abdel Rahman** and Alon Pinkas

**GUESTS: Hasan Abdel Rahman,** Alon Pinkas

**BYLINE:** Greta Van Susteren

**BODY:**

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.

VAN SUSTEREN: The White House says the upcoming international Middle East
peace conference is a chance to build momentum, but did yesterday's U.S. Senate
vote in support of Israel stall the momentum before it had a chance?

Joining me in Washington is the chief Palestinian representative to the
United States, **Hasan Abdel Rahman.** Nice to see you, Hasan.

**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REP.: Thank you.

VAN SUSTEREN: What do you make of this vote in support of Israel? Does that
hurt the president's chance of --

RAHMAN: I believe it is irresponsible, it is illegal, and it is immoral.

VAN SUSTEREN: Why do you think they did it, then? Why do you think the House
and the Senate --

RAHMAN: It was a very cheap way of raising funds from the American- Jewish
community. Believe me, there is no other reason.

Page 227

Fox News May 3, 2002

VAN SUSTEREN: You think it's for money?

RAHMAN: Absolutely.

VAN SUSTEREN: No doubt about it?

RAHMAN: I have no doubt about it.

VAN SUSTEREN: Do Palestinians contribute to any of these.

RAHMAN: No. We don't have the money to contribute.

But you know what amazes me and amazes many people like myself, is the fact
that those people are acting against the national interests of the United
States. They are defying the policy of.

VAN SUSTEREN: Why? Why is it against the national interest? Is that a threat?

RAHMAN: Of course it is.

VAN SUSTEREN: A threat to the United States?

RAHMAN: What they do, it threatens the United States.

What message are those people sending to the rest of the world?

VAN SUSTEREN: Well, let me ask you this. When you say threat, of course, that raises my antenna. Does that mean it's going to cause harm to the United States?

RAHMAN: I am saying that when the Arab world watches the Congress of the United States behaving in this way, what message are they sending to the Arab world, by siding with Sharon, Sharon who is committing war crimes against the Palestinians.

VAN SUSTEREN: Well, you mention Sharon. Let me ask you a question. Sharon's office has released information that Marwan Barghouti, who is a Palestinian in Israeli custody, has said that Arafat personally approved weapons funding for attacks against Israelis. True or false?

RAHMAN: I don't know. But let me tell you what, if I were Arafat, I would support the right of the Palestinians to defend themselves against Israel's occupation. Who in the world would not fight an invading army?

VAN SUSTEREN: What about supporting.

RAHMAN: Would you not fight against an invading army of the United States?

VAN SUSTEREN: Would you support -- do you think Arafat should support suicide bombers that hurt civilians?

RAHMAN: No. That's a totally different story.

I am saying you have an army that is invading your country, that's killing your people, destroying your home, taking over your land, and bringing Jews from

Page 228

Fox News May 3, 2002

Russia, from Brooklyn, new york, to settle in your own back yard.

VAN SUSTEREN: In the last 20 seconds, any chance we're going to have peace soon?

RAHMAN: Absolutely. The day the Israelis accept to withdraw their army from the Palestinian territories and take away their Taliban Jewish settlers from the Palestinian territories, we will have peace.

But if they continue to occupy us, violent our God-given right to be free people and bring Jewish settlers to live in our villages.

VAN SUSTEREN: Hasan, I've got to stop you right there, because I've got to go on the other side of debate now.

For the other side, Israeli Counsel General Alon Pinkas joins us in New York. Thank you for joining us, sir.

ALON PINKAS, ISRAEL COUNSEL GENERAL: Thank you. Good evening, Greta.

VAN SUSTEREN: Let's talk first about the settlements that Hasan has raised. Even the Sect. of State Colin Powell has said those settlements have got to stop, and we've got to do something about the ones that are there. Your reaction to that?

PINKAS: Of course they've got to stop. And they stopped a few years ago. We haven't built new settlements for a few years now.

VAN SUSTEREN: What about the ones that have been built in the last 10 years, because the Palestinians say that's an encroachment on their property?

PINKAS: Whether they're right or their wrong is immaterial.

VAN SUSTEREN: Well, it's not to them.

PINKAS: No, no, no, no, no. Let me continue.

At Camp David, in July of 2000, under the auspices of Bill Clinton, we were ready to delineate a political border that would consider only 80 percent of the settlers to be part of Israel and the rest would have been in due time dismantled. The Palestinians refused to do that.

Bill Clinton was then supported by United States Congress, which, of course, according to Mr. Abdel Rahman, is irresponsibly acting against the better interest of the United States of America.

I've got it tell you, it's very refreshing to listen to Mr. Abdel Rahman, a

representative of a repressive dictatorship, accuse the United States Congress of acting irresponsibly against the interest of the United States of America. That's ridiculous.

VAN SUSTEREN: I think one of the thoughts, Alon, is that the thinking is that the president is trying to resolve this dispute or trying to help resolve the

Page 229

Fox News May 3, 2002

dispute in the Middle East and he's gotten to where he doesn't want to sort of pick sides, and the problem that he has is that the U.S. Congress -- the House and the Senate has now supported Israel, which makes it politically difficult for him to sort of be the mediator to try to resolve this problem that has haunted he world for decades.

PINKAS: There is a bigger picture out there, Greta, and that is that the United States Congress has expressed a friendship to a sister democracy. This is not about the peace program. This is not about Sharon or Ehud Barak before him, or Shimon Peres before him or Yitzhak Rabin before him. It's not even about Arafat, believe it or not.

This is about the representatives of the people of the United States expressing their support to a democracy that shares values.

VAN SUSTEREN: Alon, we have supported Israel. We have been good friends. I don't think that it's necessarily true that we have to take a vote to demonstrate that. I think the United States has demonstrated that it has been a friend to Israel.

But I think where the greatest friend to Israel if we don't handicap our president as he tries to help resolve this problem.

PINKAS: You're absolutely right.

VAN SUSTEREN: I think that's the criticism.

PINKAS: You're absolutely right, and I don't think that Congress is handicapping the president. I don't think Congress handicapped Bill Clinton before President Bush. And I don't think that George Bush-41 was handicapped by Congress.

All these presidents have done their best to facilitate some kind of political process in the Middle East.

The impediment to the political process in the Middle East, the impediment to any peace agreement in the Middle East, is not the United States Congress. That is the most ludicrous thing that I have heard today. The impediment is in one word Arafat and in two words Yasser Arafat.

That is the only thing that is standing between a viable political process between Israel and the Palestinian people. The Palestinian people are not our enemies. We were at Camp David, and in subsequent negotiations, this close to getting to some understanding on the contours of a political process.

VAN SUSTEREN: I hope that we can get even a little bit farther than just this close, as the president tries, once again the United States tries to solve this problem for the Middle East.

Alon Pinkas, appreciate you joining me this evening.

PINKAS: Thank you.

VAN SUSTEREN: Up next, the Osbournes tell MTV we'll be back.

Page 230

Fox News May 3, 2002

What does Ozzy and his wife think about the success? Well, stick around, and wait until you hear how much money they're getting.

And later, we gave you the case last night. And today the judge ruled. Will Mr. Softy get put on ice? We have the verdict, and we have your e-mail.

**LOAD-DATE:** July 10, 2003

Page 231
46 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network
Transcribed under license by FDCH e-Media, Inc. (f/k/a
Federal Document Clearing House, Inc.). Formatting Copyright
2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing
House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.

CNN

**SHOW:** LIVE ON LOCATION 20:00
**May** 2, 2002 Thursday
Transcript # 050200CN.V85
**SECTION:** News; International
**LENGTH:** 6438 words
**HEADLINE:** Ramallah: Arafat's Next Step
**GUESTS:** Gideon Meir, Yasser Abed Rabbo
**BYLINE:** Mike Hanna, John King, Rula Amin, Matthew Chance, Jason Bellini, Walter
Rodgers, Jerrold Kessel, Bill Schneider
**HIGHLIGHT:**
Now that Palestinian leader Yasser Arafat has been freed from his Ramallah
compound, what will his next step in the Middle East be?
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
ANNOUNCER: A new push for Mideast peace. An international peace conference
is in the works.
(BEGIN VIDEO CLIP)
COLIN POWELL, SECRETARY OF STATE: This is the time for prompt action, to take
advantage of this new window of opportunity that has been presented to us, and
we intend to do just that.
(END VIDEO CLIP)
ANNOUNCER: Stepping out and taking sides. A smiling Yasser Arafat emerges
from his compound, and surveys the scene in war-torn Ramallah. He's no longer
surrounded by Israeli tanks, but how far can Yasser Arafat go?
Page 232
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
(BEGIN VIDEO CLIP)
MIKE HANNA, CNN CORRESPONDENT: The end of a long siege, Arafat is now free to
travel where he wishes. The question is yet unanswered by the Israelis, if
Arafat leaves the Palestinian territories, will he be allowed to return?
(END VIDEO CLIP)
ANNOUNCER: Battle in Bethlehem. A war of words over the fire and firefight
at the Church of the Nativity.
(BEGIN VIDEO CLIP)
UNIDENTIFIED MALE: The Palestinians have planted bombs, and we know that some
doors have been booby trapped by the Palestinians in the church.
(END VIDEO CLIP)
(BEGIN VIDEO CLIP)
UNIDENTIFIED MALE: How can Palestinians do that to the church while they're
inside?
(END VIDEO CLIP)
ANNOUNCER: LIVE FROM RAMALLAH: Arafat's next step. Now here's Mike Hanna.

MIKE HANNA, CNN CORRESPONDENT: For the first time in five months, Yasser Arafat is able to leave this West Bank city of Ramallah and travel wherever he will. And perhaps his travels will take him to a newly announced international peace conference on the Middle East. The date, the place, and the agenda are still to be worked out, but in announcing the conference a few hours ago U.S. Secretary of State Colin Powell appeared to indicate that the West is able to work with Yasser Arafat one more time.

From Washington, I'm joined by senior White House correspondent John King -- John.

JOHN KING, CNN SR. WHITE HOUSE CORRESPONDENT: And, Mike, the improving situation where you are in Ramallah. One of the reasons Secretary Powell says there is now a window of opportunity. Others might dispute that. Still a stand off in Bethlehem, still no cease- fire. A war of words between the Israeli government and the Palestinian leadership. Yet one tool of diplomacy is to hold out the prospect for progress, that with the administration, working with the United Nations, the Russians and Europeans doing today and announcing it plans for its conference -- the hope for dramatic progress between the Israelis and the Palestinians early this summer.

(BEGIN VIDEOTAPE)

(voice-over): The president huddled with European leaders to discuss the next steps in Middle East diplomacy. A summer peace conference is one part of the puzzle, positive thinking another.

Page 233

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: In this world there are people who think the glass is either half-empty or half- full. I tend to look at it as half-full. I'm optimistic we're making good progress.

KING: Palestinian leader Yasser Arafat is now free to roam the Palestinian territories. And one White House worry is that his labeling the Israelis as racist and barbarians will encourage violence.

BUSH: He has been disappointing, he's disappointed. He's had some chance to grab the peace and hasn't done so in the past. And therefore, he's let down the Palestinian people. Now's a chance to show he can lead.

KING: Secretary of State Powell called Mr. Arafat late Wednesday, and told him his words and actions over the next several days will be closely watched in Washington.

POWELL: Mr. Arafat, I hope, will understand that he doesn't have many more chances to seize this kind of an opportunity.

KING: A message to Israel, as well. Mr. Bush called for a negotiated end to the occupation of Palestinian lands. And the White House said that the Palestinian leader wants to travel to Arab capitals, Israel must guarantee that he can return home.

ARI FLEISCHER, WHITE HOUSE PRESS SECRETARY: Yasser Arafat is now free to travel, and that includes to return to Ramallah, or to the Gaza Strip, as part of the agreement.

KING: Israeli Prime Minister Ariel Sharon and Jordan's King Abdullah come calling on the White House next week. A key goal of those talks is to make sure a peace conference, most likely at the foreign minister level, is worth having.

(END VIDEOTAPE)

And the target for that peace conference would be in early June, we are told, most likely in Europe. The agenda would include security issues, as well as economic and humanitarian aid to the region, especially the Palestinians. But the main goal would be to discuss an accelerated timetable for negotiations, to put to the test whether, after nearly two years of deadly violence, the Israelis

and the Palestinians are ready, once again, to sit at the same table and talk peace -- Mike.

HANNA: John, there appears to be a real desire to seize on the momentum that appears to have been created by Arafat's release from confinement. Is that very much the sense that you feel in Washington?

KING: It is the sense to seize on what little momentum there has been, remember, still the big issues to be resolved. But the hope here is by holding out the prospect of a conference, economic aid, humanitarian aid, security cooperation and perhaps the grand bargain, peace negotiations, that that will serve as an incentive to the parties to simply behave, if you will.

The White House is worried what Arafat says and does in the days ahead. Mr. Sharon is coming here next week. The president wants concessions from him, Page 234

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

including a lifting of the economic restrictions on the Palestinians. By holding out the prospect of this major international gathering they hope it serves as a stick, encouraging the parties to make more progress, and certainly not to do anything that would encourage setbacks -- Mike.

HANNA: John King in Washington, thank you very much.

Well, here in Ramallah, Arafat's release from confinement is the result of intricate negotiations that were sparked off by a proposal from the U.S. president. Six Palestinians wanted by Israel, who Arafat had refused to hand over, were transported to a prison in Jericho where they are being guarded by U.S. and British security officials.

The Israeli troops withdrew from around this compound, and within hours Yasser Arafat was once again walking the streets of Ramallah. Here's CNN's Rula Amin.

(BEGIN VIDEOTAPE)

RULA AMIN, CNN CORRESPONDENT (voice-over): Yasser Arafat emerged from his confinement with a victory sign, surrounded by bodyguards and many others who were able to get close to him by pushing their way through the crowd. His first stop: Ramallah Hospital. Among the wounded were some of his bodyguards, injured during the standoff around his compound. At the hospital he all paid his respects at what's called the martyr's grave. Palestinians who were killed during Israel's latest incursion and couldn't be buried at the cemetery because of the curfew, so they were buried at this mass grave.

At the Education Ministry, Palestinian school children met him there. They chanted, "we will sacrifice our souls and blood for you." He responded, "We sacrifice it for Palestine." They repeated after him. The main focus for the Palestinian leader was to assess the damage from Israel's incursion and start the rebuilding process.

YASSER ARAFAT, PRESIDENT, PALESTINIAN AUTHORITY: My message for the whole international community. They have to come and to see the big crimes, which have been done every place, all over Palestine.

AMIN: The most significant stop of the day was here, where Yasser Arafat came face to face with the damage to his power structure. This is the headquarters of the Palestinian Preventive Security Division, built with millions of dollars financed by Europe and the U.S. with the CIA help. Very badly damaged during an Israeli siege on it last month.

(on camera): Conflicting pressure mounting on Yasser Arafat. On the one hand, the U.S. and the Europeans expect the Palestinian leader to crack down harder now on Palestinian militants to end attacks against Israelis. On the other hand, one of his most effective tools against such attacks had been severely damaged.

(voice-over): The chief of security speaks of the limitations.
JIBRIL RAJOUB, WEST BANK SECURITY CHIEF: I don't think that the security
institutions could prevent anything because blood drags blood.
Page 235
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
AMIN: Rula Amin, CNN, Ramallah.
(END VIDEOTAPE)
HANNA: Everywhere he went Thursday, Yasser Arafat was surrounded by well
wishers. But beyond the fringes of the crowd, parts of Ramallah and certainly
this compound itself were left in shambles.
CNN's Matthew Chance took a look around.
(BEGIN VIDEOTAPE)
MATTHEW CHANCE, CNN CORRESPONDENT (voice-over): The day after, at Yasser
Arafat's battered compound.
The extent of damage sustained here, staggering to the hundreds who have come
to see.
(on camera): Let's take a look at the devastation left behind, now that this
siege of the presidential compound has come to an end.
This, the building Yasser Arafat was holed up inside for more than a month,
with several hundred others. Conditions inside pretty appalling.
The clear up operation is under way here. Here we can see a couple of
members of the Palestinian Security Forces clearing away what looks like an
armored shield which they stood up or used as protection against the Israeli
military.
Behind that, an indication of the ferocity of the fighting that took place in
this compound. Scorched buildings. Bullet holes in the wall. Inside, the
clear up operation is underway.
(voice-over): We gained access to the buildings in the hours after the siege
came to an end.
Palestinian guards, holed up with Yasser Arafat in these destroyed quarters,
showed us how Israeli troops, in their words, have ransacked the offices inside.
SAEB ERAKAT, CHIEF PALESTINIAN NEGOTIATOR: I don't think we have command
centers anymore. I don't have a communication center anymore. I don't have
vehicles for the Security Forces anymore. I don't think we have buildings or
headquarters -- it's totally destroyed. Total devastation. Anyone tells you
otherwise, he doesn't know what he's talking about.
CHANCE (on camera): Israel's intention may have been to isolate Yasser Arafat
and to make him irrelevant.
But many ordinary Palestinians have come here to see for themselves how much
damage has been sustained, and what their leader has had to endure. And that
has made a man, who to many was an ineffectual politician, turn back once again
into the hero of the Palestinian cause.
Matthew Chance, CNN, at the presidential compound in Ramallah.
Page 236
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
(END VIDEOTAPE)
HANNA: No doubt we'll see the pictures of Yasser Arafat flashing a V for
victory sign time and time again. But he's been through a very long ordeal
here, much longer than the weeks that he spent pent inside the compound itself.
(BEGIN VIDEO CLIP)
UNIDENTIFIED FEMALE: I didn't know he was free.
UNIDENTIFIED MALE: First time we're hearing about it.
JASON BELLINI, CNN CORRESPONDENT (on camera): I work for CNN. I'm doing a
story about Arafat being released today.

UNIDENTIFIED FEMALE: Arafat what? OK, (UNINTELLIGIBLE). For now, it's not the issue, it's not the real issue, to say (UNINTELLIGIBLE) children play.
(END VIDEO CLIP)
(BEGIN VIDEOTAPE)
HANNA (voice-over): Palestinians take to the streets of Ramallah, celebrating an end to the Israeli restrictions on the movement of Yasser Arafat, restrictions which have effectively confined the Palestinian leader to the West Bank city for the past five months.
The restrictions initially imposed by Israel in the most direct of ways. On the 3rd of December, Israeli helicopters launched a missile attack on Arafat's headquarters in Gaza City, destroying beyond repair his Russian-made helicopters, which had been his primary mode of transport in the region. This just one in a series of Israeli military strikes launched in the wake of Palestinian attacks against Israeli civilians.
In a 12-hour period, 25 Israelis have been killed and some 300 injured in two separate suicide bomb attacks in Israeli cities. Arafat was stranded in his Ramallah headquarters; Israeli forces blockading the city preventing the Palestinian leader from traveling by land.
On the 16th of December, Arafat made his strongest public call yet for a cease-fire, insisting that Palestinians end all attacks against Israeli civilians, but still no end to his confinement.
The assassination of an Israeli government minister weeks before now being linked for the first time to the restrictions on Arafat's movement. Rehavam Zeevi has been gunned down in an East Jerusalem hotel at the end of October, and Israeli Prime Minister Ariel Sharon publicly announced that Arafat would not be allowed to leave Ramallah as long as Zeevi's killers remained at large.
Christmas arrived, and Arafat was not even allowed to make the short journey to Bethlehem to attend the traditional midnight mass at the Church of the Nativity.
Then a new explosion of violence. A group of Israeli soldiers were killed in
Page 237
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
a Palestinian attack. A senior Palestinian militant leader was killed in a bomb blast. His followers insisted it was an Israeli assassination. And a few days later, a Palestinian gunman killed six Israelis celebrating a bat mitzvah, a Jewish coming-of-age ritual for a young girl.
On January the 18th, Israeli tanks moved to the very edge of Arafat's Ramallah compound, narrowing the area in which he could move to the few hundred square yards of the compound itself.
Some international visitors came and went. Among them, U.S. envoy Anthony Zinni. But while at one stage the Israelis withdrew back to the edges of Ramallah, Arafat remained confined to the city even as an Arab summit took place in Beirut on March the 26th. Then on March the 27th, the bloodiest Palestinian attack in 19 months of conflict -- 28 Israelis celebrating the beginning of the Jewish Passover holiday in Netanya hotel were killed in a suicide bombing.
(on camera): The tanks moved back in, this time not stopping outside the compound but battering down the walls as Israeli forces seized control of a large part of Arafat's headquarters.
(voice-over): The Palestinian leader, now restricted to a single office wing in the compound, was declared an enemy by the Israeli cabinet.
Holed up along with Arafat, six men that Israel said were wanted terrorists. Among them, the killers of the Rehavam Zeevi.
Last week, the four involved in Zeevi's killing were sentenced to various terms of imprisonment by a makeshift tribunal in Arafat's besieged office. The

bizarre legal proceeding dismissed out of hand by Israel, which in recent weeks has been demanding not only that the men be put on trial, but also that they be put on trial in an Israeli court.

The siege of Arafat's compound ending only after these four, along with another two wanted by Israel, were placed in a jail in Jericho, under U.S. and British supervision.

(END VIDEOTAPE)

HANNA: If, as we saw earlier, Yasser Arafat is again a hero among the Palestinian people, what have recent events done to his image among Israeli citizens? CNN's Jason Bellini went looking for answers on a Tel Aviv beach.

(BEGIN VIDEOTAPE)

UNIDENTIFIED FEMALE: I didn't know he was free. Arafat.

UNIDENTIFIED MALE: This is the first time we're hearing about it.

BELLINI (on camera): I work for CNN. I'm doing a story about Arafat being released today.

UNIDENTIFIED FEMALE: Arafat what? OK. (UNINTELLIGIBLE) for now it's not the issue; it's not the real issue to say that is he free or not, because it's like to play -- children play, to release him, not to release him. They close his

Page 238

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

house, they didn't close it. You know, it's not the real thing.

UNIDENTIFIED FEMALE: Maybe this gesture will bring the conclusion that there's no other way but for him to really dialogue with us.

UNIDENTIFIED MALE: What I think? Well, I am not sure it's right idea, you know, to let him go, you know? It's going to be the same as it was before. You know?

BELLINI: Same as before. What do you mean?

UNIDENTIFIED MALE: Yeah, I mean, terrorism acts in Tel Aviv, in Israel, you know, all around the country. It's going to be the same.

UNIDENTIFIED MALE: We can't put the blame of all what's happening on one man.

UNIDENTIFIED FEMALE: Crazy man. Very crazy man.

UNIDENTIFIED MALE: You can't use him like the symbol of evil.

BELLINI: I have come here to the Tel Aviv beach front, because here you'd expect to find -- and you do find -- some of the more moderate Israelis and a real diversity of views. Even some close friends I have met disagree with one another on the question of whether Arafat should be free.

UNIDENTIFIED FEMALE: Everyone is right. And everyone is wrong.

UNIDENTIFIED FEMALE: But that's not the question he's asking -- if to release him. I mean, he is not the one that we should negotiate with him. He's not. That's for sure. I can't trust him. No way.

UNIDENTIFIED FEMALE: But what leader, you want to speak with whom?

UNIDENTIFIED FEMALE: I don't know. Somebody else.

UNIDENTIFIED FEMALE: But there is none. I don't know. It's very complicated.

UNIDENTIFIED MALE: Let him go, and just, you know, keep an eye on him or something. But that's it.

BELLINI: What do you think?

UNIDENTIFIED FEMALE: I don't agree.

BELLINI: You don't agree with your boyfriend, or whoever he is?

UNIDENTIFIED FEMALE: No, I don't agree.

BELLINI (voice-over): Jason Bellini, CNN, Tel Aviv, Israel.

(END VIDEOTAPE)

ANNOUNCER: Next, we'll speak with Israeli and Palestinian officials about

Page 239

LIVE ON LOCATION 20:00 May 2, 2002 Thursday
today's major developments in the Mideast.
Plus, the confrontation and finger-pointing on holy ground. The latest from
the Church of the Nativity.
And later, Yasser Arafat's nemesis. Can Ariel Sharon go from confrontation
to peacemaking?
(BEGIN VIDEO CLIP)
UNIDENTIFIED MALE: It is the time to make concessions when you are on top.
And we are on top.
(END VIDEO CLIP)
ANNOUNCER: We're back in a moment.
(COMMERCIAL BREAK)
HANNA: Welcome back to "LIVE FROM RAMALLAH."
Within the last few minutes, U.N. Secretary General Kofi Annan has formally
disbanded the U.N. fact-finding commission on Jenin. The commission had been
formed to investigate what happened in the West Bank town when Israeli forces
moved in. However, ever since its announcement of its formation, there has been
an ongoing dispute with Israel as to its composition and as to the work it was
going to do -- the dispute now ended, with the U.N. Secretary General formally
announcing that that some 20-member commission has been disbanded.
Well, now, for the point of view from inside Israel on the prospect of peace,
dealing with Arafat from here on, and the upcoming meeting between Prime
Minister Ariel Sharon and President Bush, I'm joined from Jerusalem by a senior
Israeli Foreign Ministry official, Gideon Meir.
Thank you very much for joining us, Mr. Meir.
GIDEON MEIR, SENIOR ISRAELI GOVERNMENT OFFICIAL: My pleasure.
HANNA: Firstly, we have a situation here where now this U.N. committee has
been disbanded. Your comment on that? Do you think Israel has got a victory
here?
MEIR: I will not talk in terms of victory. Israel was very much concerned
that we will be the only one who will be blamed for something which we never
committed.
Everyone knows now there was no massacre. So, there is no reason for a
fact-finding mission, unless, really, the fact-finding team would like also to
check: What was the cause that had Israel to go into Jenin? We know, yes, there
was devastation in 10 percent of the camp; 130 builds were destroyed,
unfortunately. But, you know, to destroy buildings is much better than to kill
people.
There were very little casualties there, almost no civilians. And this is
Page 240
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
what is important. So, if the secretary decided to abandon the team, I think
it's something which Israel will be blessed here, because the committee wanted
to check only on Israel, on what Israel's performance in Jenin. I think this
was wrong. I think the composition of the team was wrong, because we were
expecting that there were experts on infantry in urban areas, experts of terror,
because there was a reason why Israel went into Jenin. And it's not just enough
to check the result. It was very, very important that also the cause will be
checked.
HANNA: Mr. Meir, we've heard the U.S. secretary of state announce an
international peace conference. What is Israel's reaction to this announcement?
MEIR: I don't know at this moment, because the announcement was only a couple
of hours ago. And we didn't have time yet. It's very early morning here in
Israel. And we didn't have time yet to check this proposal. And I don't know

what the details are.

I assume the details will be talked between President Bush and Prime Minister Sharon in their meeting this coming Monday. There is a proposal by the Israeli prime minister to have a regional peace conference. And, as I said, both will be discussed between the president of the United States of America and Prime Minister Sharon.

HANNA: A last question, Mr. Meir. And that is, now that Yasser Arafat has been released from confinement, what is Israel looking to him to do?

MEIR: Now that Arafat is free, he is free to fight terror. And, actually, Israel made it easy for him, because we had to fight terror. We had to crack down on terrorist organizations. We arrested many of the terrorists. Some of them were killed. Some of them were arrested.

So, actually, it's much easier for him right now to fight terror. And if Yasser Arafat will make the necessary strategic change, I really think it is a window of opportunity. I think we might start to see the light at the end of the tunnel. Even though it's a very small light, I think maybe this opening and that he will start to fight terror will bring us, both parties, together in order to start to implement the Mitchell report, and finally to stop the suffering of the Palestinian people, as well as us here in Israel from the vicious terror attacks which we experienced.

It's a new opportunity. It's a new window. It's a new light at the end of the tunnel.

HANNA: Gideon Meir, senior Foreign Ministry official, thank you very much, indeed, for joining us.

In a moment, we'll talk to the Palestinian minister of information.

(COMMERCIAL BREAK)

ANNOUNCER: Ramallah is one of the largest cities in the West Bank. More than 220,000 people call the city and the surrounding area home. Ramallah was once a popular resort destination and cultural center.

Page 241

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

HANNA: Here at the compound, Palestinian leaders have been meeting throughout the day to discuss what happens next, and a few hours ago I heard from the Palestinian Minister of Information that there are calls for international help in rebuilding this wrecked area. However, I also put to him that the U.S. administration in particular is expecting things from Yasser Arafat, and I asked him is Yasser Arafat going to clamp down on terror.

(BEGIN VIDEOTAPE)

YASSER ABED RABBO, PALESTINIAN INFORMATION MINISTER: We need, in fact, and this is what we had told the Americans, the Europeans and others, we need the presence of international forces, at least at the beginning of the presence of international observers in order to monitor the situation.

We can not here start building once again our security services and the whole city as all other Palestinian cities are under siege. The Israeli tanks are a few hundred yards away from here, and any Palestinian policeman, even if he is a tourist policeman you see, is threatened to be attacked by these Israeli tanks. So we need the international protection at this moment.

HANNA (voice over): You mention an international monitoring force. The deal whereby this has come about was the fact that Palestinians have been put under guard by U.S. and British security officials. Do you see this as the first step to that kind of international participation that you are demanding?

RABBO: We hope so, in fact, and we feel that there is an understanding for this demand in all the talks we had whether with American officials or with other European and international officials, and they know that in the present

circumstances without the interference of a fair party, not only as diplomats but even as observers on the ground, the situation might deteriorate more and more and then the whole area will be affected and international peace as well will be in danger.

HANNA: Given at present the lack of Palestinian effective services, given the lack of full international monitoring, given the activities of the Israeli army as you point out, leaving all that aside, what is the Palestinian Authority itself going to do in order to insure that a peaceful situation remains to allow that kind of political process to begin again?

RABBO: Well, in fact, as some Americans pointed in the past few weeks, they discovered that pure security measure will not help in bringing security and peace to this region. There is a need for a quick political process, and that's why there are talks now about international conference.

We believe that this should be a priority, side by side with the presence of international monitors, because with the international presence, with the international conference here, this will give hope for the people.

This will show them that there is some light at the end of the tunnel, and this will enable us and help us to convince everybody here that we should give a chance for this peaceful attempt once again.

(END VIDEOTAPE)

Page 242

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

HANNA (on camera): That was Palestinian Minister of Information Yasser Abed Rabbo speaking to me a few hours ago. There will be more in LIVE FROM RAMALLAH coming up right after this.

ANNOUNCER: Our next stop, Bethlehem, assessing the damage at the Church of the Nativity.

(BEGIN VIDEO CLIP)

MAYOR HANNAN NASSER, BETHLEHEM, WEST BANK: There are some damages, but of course we can not now submit how much the damage is unless we go inside and see that.

(END VIDEO CLIP)

ANNOUNCER: And later, a Middle East specialty, the war of words.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Arafat is a terrorist.

UNIDENTIFIED MALE: There is nothing more terrorist than taking people's hope.

(END VIDEO CLIP)

ANNOUNCER: We're back in a moment.

(COMMERCIAL BREAK)

ANNOUNCER: Bethlehem's Church of the Nativity is the oldest church in the Holy Land. Construction ordered by the Byzantine Emperor Constantine started in 323. The church was rebuilt in the mid 500s on orders of the Emperor Justinian.

HANNA: The lengthy siege of Yasser Arafat's compound has ended, but some 20 miles away another dangerous standoff is still to be resolved. Israeli forces there surround another compound, that of the Church of the Nativity as they have for the past month, and in the early hours of the morning, Manger Square once again echoed with the sound of gunfire.

Throughout the day, Israelis and Palestinians have traded accusations about who was responsible for fires set around the compound. Here's CNN's Senior International Correspondent Walter Rodgers.

(BEGIN VIDEOTAPE)

WALTER RODGERS, CNN SENIOR INTERNATIONAL CORRESPONDENT (voice over): It was these explosions in Manger Square triggered by the Israeli army, which Palestinians cite to back up their claim Israel was responsible for the two

fires in Bethlehem's Church of the Nativity, except look in the lower left corner. The main fire in the Franciscan's priory is already burning, lending plausibility to the Israeli claim Palestinians deliberately started the fires.

COLONEL OLIVIER RAFOWICZ, IDF SPOKESMAN: We know for sure that the fire is a result of the Palestinian action in the church.

Page 243

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

RODGERS: Still, Palestinians are ever willing to believe the worst about the Israelis.

NASSER: Those bombs, lightning bombs that have been thrown into the sky of the Church of the Nativity, these bombs have caused the burning of the dormitory of the Greek Orthodox and the reception hall at the Franciscan side.

RODGERS: Israel did fire three different flares near the Church of the Nativity, but a check of CNN videotapes indicates they fell away from where the fires were ignited. An examination of these Israeli-supplied photos of the fire damage reveals no evidence of any flares, nor other ordinance hitting the church roof. Indeed, the Israelis claim the glass chards lying outside the building reinforces their claim the fires were started within. Palestinians reject the photographs.

ZIAD AL BANDAK, BETHLEHEM DEPUTY MAYOR: They are experts in giving the fact its opposite side.

RODGERS: Still, one Israeli charge against the Palestinians, if true, has chilling implications for the church built over the traditional site of Jesus' birth.

RAFOWICZ: They planted, the Palestinians planted bombs and we know that some entrant doors have been booby-trapped by the Palestinians in the church.

RODGERS: In Manger Square outside the church, there was little external evidence of major fire damage, but the human toll from this standoff rose again as two more Palestinians in the church compound were felled by Israeli snipers. Since the standoff began a month ago, the Israelis have been steadily revising downward the number of people they say remain inside the Church of the Nativity. Now they say it's in the neighborhood of dozens. Eighty people have been freed, released and the Israelis say their snipers have killed five Palestinian gunmen inside the church.

The numbers inside the church jumped again later, however, when more than half a dozen peace activists, sympathetic to the Palestinians' plight rushed the door to join those inside, leaving more than a few embarrassed Israeli soldiers who let them slip by. Walter Rodgers, CNN, Bethlehem.

(END VIDEOTAPE)

HANNA: In a moment, an old military commander of Ariel Sharon's says what he thinks the prime minister should do next.

(COMMERCIAL BREAK)

HANNA: In Jerusalem Thursday, Israeli Prime Minister Ariel Sharon says he'll present a new peace plan to U.S. President George W. Bush, one that includes a critical buffer between Israelis and Palestinians.

Mr. Sharon travels to Washington next week, but some in the region may wonder if the prime minister is truly ready to trade confrontation for peace making. CNN's Jerrold Kessel takes a look at whether there are any hints in Mr. Sharon's

Page 244

LIVE ON LOCATION 20:00 May 2, 2002 Thursday

past.

(BEGIN VIDEOTAPE)

JERROLD KESSEL, CNN CORRESPONDENT (voice over): This is the (UNINTELLIGIBLE) enclave Israel's border with the West Bank. In the middle of the valley lies

this old British built fort, now an Israeli war memorial, but an unusual
memorial. In the 1948 Arab-Israel war, this valley was the site of a rare
hammering that the forces of the fledgling Jewish state took from Arab forces.
ASHER LEVY, SHARON'S WAR COMPANY COMMANDER: We lost this battle and we lost
four more battles, trying to capture this same fort.
KESSEL: Businessman Asher Levy, a retired brigadier general was a company
commander in that failed assault, a formative battle in the evolving psyche of
the new state, under Levy's command, a 19-year-old who was wounded in the
battle, Second Lieutenant Ariel Sharon.
Fifty-four years later, a reunion of the two war veterans on Israel's
National Memorial Day at the National War Cemetery. He has my company commander,
Asher Levy" says Prime Minister Sharon.
For many Israelis, there's a link between that last battle to the modern
bitter confrontation with the Palestinians, a battle now under the supreme
command of Prime Minister Ariel Sharon. Sharon's former commander has his own
clear-cut views of where Israel should be going.
LEVY: After we showed the world and the Palestinians that we can crush them,
that we can win the battle, now I think is the time to make the concessions. It
is the time to make concessions when you are on top, and we are on top.
RODGERS: But is Ariel Sharon the kind of man who can be magnanimous when he's
winning' There may be some clues in a conversation we had with the Prime
Minister during a recent visit to his home ranch in southern Israel. Mr. Sharon
points to family photographs on the wall of his farmhouse.
(BEGIN VIDEOTAPE)
ARIEL SHARON, PRIME MINISTER, ISRAEL: Our parents were stronger than
ourselves, I'll say.
RODGERS: Which was were they stronger?
SHARON: They never had any doubt whatsoever. Never had any doubt.
RODGERS: And you think having doubts is a sign of weakness?
SHARON: No. No. No, but not having - no. No. No. I don't regard myself as
a weak man, but they were so determined. They were so determined.
(END VIDEOTAPE)
RODGERS: Sharon too has determination a plenty says his former commander, but
he adds that Sharon's career demonstrates that being constant is not the only
Page 245
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
way to show strength.
LEVY: He was always a leader of people. He was courageous. He was very
stubborn, but he was also unconventional in his military operations.
KESSEL: And that's what you hope he will build on?
LEVY: And I hope that even today he's going to do the unconventional thing,
which is expected of him and be our De Gaulle.
KESSEL: Usher Levy's reference to France's President Charles De Gaulle who
against expectations gave up France's colonial claim to Algeria. Translated
into the current Middle East idiom, that would mean, he says, Israel giving up
almost all the West Bank to the neighboring Palestinian State.
LEVY: Even though he was extreme in his deed and so forth, he always had
somebody above him that would make the final decision. At this time, there's
nobody above him. He has to make the decision. It's not easy. It's not easy to
change, but if he is a leader, and I think he is a leader, then he has to take
the steps that maybe not accepted from him but will change the destiny of the
people.
RODGERS: Intriguing it was in a speech made at this very memorial that Mr.
Sharon last year evoked his vision of an Israel- Palestinian peace, including

for the first time acceptance of an independent Palestinian State.
Through his long military and political career, Ariel Sharon's reputation or
notoriety has often been built on the fact that he did things his way, though
some called it a tendency towards insubordination.
KESSEL (on camera): Now as Ariel Sharon prepares to grapple with a new range
of diplomatic ideas in the international arena about how finally to resolve the
Arab-Israeli conflict, some in Israel are questioning, some like Asher Levy,
whether this might not be perhaps the moment of change for Ariel Sharon, a
moment when in effect Ariel Sharon proves insubordinate to himself, reversing
his whole long public record and career. Jerrold Kessel, CNN, Latrone (ph),
Israel.
(END VIDEOTAPE)
(COMMERCIAL BREAK)
HANNA: Language is much more than a form of communication. Words can be used
to bend opinion or defend a cause. Nowhere is this more evidenced than in the
Middle East where meaning depends on who says what. CNN's Senior Political
Analyst Bill Schneider explains.
(BEGIN VIDEOTAPE)
BILL SCHNEIDER, CNN SENIOR POLITICAL ANALYST: In the Middle East, fighting
words are just that. People kill each other over words. Here are some verbal
battle lines.
SCHNEIDER (voice over): Terrorism is the intentional killing of unarmed
Page 246
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
civilians. That's straightforward, right? Not in the Middle East. To Israelis,
Palestinian militants who blow themselves up to kill Israeli civilians are
terrorists, along with those who Israelis say sponsor such attacks.
UNIDENTIFIED MALE: Arafat is a terrorist.
SCHNEIDER: To Palestinians, Israeli soldiers who fire on military targets but
kill unarmed Palestinian civilians are terrorists.
SAEB ERAKAT, CHIEF PALESTINIAN NEGOTIATOR: There is nothing more terrorist
than taking people hope, taking people's lives, and that's what the Israelis
have been doing.
SCHNEIDER: But the Israelis say those deaths are not intentional. To
Palestinians, ending Israeli occupation is a top priority.
**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REPRESENTATIVE TO THE U.S. We are the
only people in the world who live under foreign military occupation today, and
Israel is the only colonial power that is occupying our people.
SCHNEIDER: But there's disagreement on what land is occupied. To some
Palestinian groups, the issue is the Israeli occupation of the West Bank, the
Gaza Strip, and East Jerusalem. More radical factions say the entire State of
Israel is occupied territory, and the Jews must be expelled. To the Israelis,
the word occupation is misleading.
SHARON: Keep speaking about occupation. We never occupied any Palestinian
land.
SCHNEIDER: They claim Jews can live anywhere in historic Palestine, but the
Israeli government acknowledges that Palestinians also "entertain legitimate
claims in the West Bank and the Gaza Strip." To Israelis, Jerusalem is one city,
the capitol of Israel. Ahud Omert is the mayor. Not to Palestinians.
RAHMAN: He is not the mayor of all of Jerusalem. He's the mayor of half of
Jerusalem because the other half is occupied illegally.
SCHNEIDER: The other half, east Jerusalem is seen by Palestinians as their
future capitol. To Palestinians, a ceasefire without political concessions
means surrender. To Israelis political concessions without a ceasefire means

negotiating under the threat of terrorism. The United States has an answer, just
don't use the word.
COLIN POWELL, SECRETARY OF STATE: And so cease-fire is not a relevant term at
the moment.
SCHNEIDER (on camera): We?re told President Bush hates nuance. Don't nuance
this to death, Bush Administration officials caution reporters. But in the
Middle East, nuance can be everything. Bill Schneider, CNN, Washington.
(END VIDEOTAPE)
HANNA: To repair the damage all around here will take months, if not years.
The sad truth though is that to repair the trust between Israelis and
Page 247
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
Palestinians will take far, far longer. That's it for LIVE FROM RAMALLAH. I'm
Mike Hanna. Good night. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL
800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com
**LOAD-DATE:** July 11, 2003
Page 248
47 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Fox News Live
**May** 2, 2002, Thursday PM ET
**NETWORK:** Fox News Channel Cable Programming
**MEDIUM:** Cable
**LENGTH:** 75 words
**BODY:**
START: 08.01
Blame Game. Yasser Arafat is a free man in Ramallah, but the violence at the
Church of the Nativity continues. Both sides are accusing the other of starting
fires at the holy site.
Studio Interview - **Hasan Abdel Rahman,** PLO Spokesman, says the Israelis have
been shooting at the church since the beginning so they started the fire.
Visual - Church of the Nativity in Bethlehem.
Visual - Arafat.
Visual - Sharon.
END: 13.40
**SEGMENT-ID:** 4
**PROGRAM-ID:** fnc12300502
**LOAD-DATE:** June 6, 2002

Page

Page



78 of 512 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved
CNN INTERNATIONAL

SHOW: Q&A WITH JIM CLANCY 03:30 PM Eastern Standard Time

May 2, 2002 Thursday

Transcript # 050201cb.k18

SECTION: NEWS; INTERNATIONAL

LENGTH: 3818 words

HEADLINE: U.N. Disbands Jenin Investigative Team

GUESTS: Chris Patten, Shashi Tharoor, Alon Pinkas, Hassan Abdel Rahman

BYLINE: Jim Clancy

HIGHLIGHT:
A discussion around the U.N. decision to disband a fact-finding mission that was scheduled to investigate the Jenin refugee camp.

BODY:

   THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

   (BEGIN VIDEO CLIP)

   KOFI ANNAN, U.N. SECT. GEN.: Given the teams inability to proceed and the difficulties we've had, that I was inclined to disband the team.

   JIM CLANCY, CNN ANCHOR (voice-over): The United Nations disbands its fact-finding mission to the Middle East.  It was intended to investigate what happened in the Jenin refugee camp after Palestinian claims of a massacre.

   Israel denies that and refused to cooperate with the U.N. Israelis say with good reason.

   BENJAMIN NETANYAHU, FMR. ISRAELI PRIME MIN.: The U.N. is a rigged court.  It's a kangaroo court.  It's a rigged game. Whatever happens, it will play against us.  The only experience we've had with the U.N. is that they've called us a racist country, and this comes from such philanthropic and human rights observing countries like the Sudan, Libya, Iran, who are sitting on these commissions.

   UNIDENTIFIED MALE: We know already that war crimes were committed in Jenin (AUDIO GAP). You read the (UNINTELLIGIBLE) convention, check the definition of war crime, and the conclusion is very clear.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

What is left to be known is the scope of the willful killing of civilians which took place and the amount of destruction.

CLANCY: In the wake of the cancellation, the major powers of Russia, the United States, the European Union and the United Nations hold court in Washington, to decide their next steps.

On this edition of Q&A, should the mission to the Jenin refugee camp have been canceled? And how will it effect future attempts at finding the facts?

(END VIDEO CLIP)

(on camera): Hello and welcome, once again, to Q&A. I'm Jim Clancy.

In a letter, U.N. Sect. Gen. Kofi Annan said he intends to call off that mission to the refugee camp of Jenin, where Palestinians charge and Israel denies there was a massacre of civilians.

At the U.N., the Security Council convened to consider a response to the decision, while in Washington the United States, the U.N., Russia and the European Union are considering, among other things, developments in the Middle East.

Earlier, we talked with one of the attendees, European Union External Affairs Commissioner Chris Patten, asking him first about the European Union statement that the disbanding of the team to Jenin was regrettable. That's diplomatic-speak, we noted. What does it really mean?

CHRIS PATTEN, EU EXTERNAL AFFAIRS COMM.: It really means that there are so many charges and countercharges winging about over Jenin, that I think it would have been in everybody's interest, but particularly Israel's interest, to allow in a U.N. team made up of extremely distinguished people of unimpeachable integrity, like Martti Ahtisaari, the former president of Finland, who's done a terrific job helping the peace process forward in Northern Ireland.

And I just that it would have helped to remove some of the bitterness that surrounds different accounts of what happened in Jenin. I think it was very short-sighted of Mr. Sharon to keep the team out.

CLANCY: P.M. Sharon and other Israeli officials said there was fear that the U.N. was too biased to conduct this investigation. Were those fears justified?

PATTEN: No, I don't think they were justified, and I think those remarks represent a wholly unfair criticism of people like Mr. Atissaari and Mrs. Algata (ph), the former head of U.N.H.C.R. You couldn't have put together a more distinguished group of people to do that job.

And I repeat, that I think that it is very unfortunate that they haven't been allowed in. When we were meeting Mr. Peres last week, with other European foreign ministers, I think the impression we all had was that the team would go in and would be welcomed and would be able to do their job, and I think it's sad that it's not happening.

Charges have been made, and those charges should be dealt with. And it will be unfortunately if they're allowed to linger and turn into folklore or myth.

CLANCY: We have heard reports -- to your knowledge, was there any sign of a deal between Washington and Israel to trade Yasser Arafat's freedom for this commission on Jenin?

PATTEN: I've only read about that in the papers. I have no knowledge of whether there was a deal or wasn't.

What I do know is that the deal involving Ramallah and allowing Chairman Arafat to get out of the bunker, was a sensible one, and I think it would also have been sensible, I repeat, if the U.N. mission had been allowed into the Palestinian territories.

CLANCY: What does the Quartet see as the way forward in the Middle East?

PATTEN: The first thing to say, which I think is immensely important, is that the Quartet exists.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

A couple of weeks ago, slightly more than that, just before Mr. Powell's mission to the Middle East, the Russian Federation, the United Nations, the United States and the European Union came together to support Sect. Powell's extremely difficult but important mission.

And what we're trying to do is to work together, to work together pursuing similar objectives, an end to the violence, the withdrawal of Israeli defense forces, and a two-state solution, with an Israel secure behind its borders and with a viable Palestinian state.

The way back includes implementing the Mitchell recommendations, includes implementing the Tenet proposals, includes, I think, also implementing what the Saudi Arabians have been proposing, with Arab support.

CLANCY: What is to be the European contribution at this stage?

PATTEN: The European contribution is both diplomatic and political. We've provided, as you know, one of the member states is providing people to look after the prisoners released from -- or released into custody from Arafat's bunker, and we're providing a huge amount of assistance, humanitarian and for, in due course, reconstructing a Palestinian Authority, though I hope that the work we do in that respect will produce a better and more open and transparent Palestinian Authority.

CLANCY: The European Union is hesitant to go back in.  It has seen the millions, hundreds of millions of dollars, perhaps, that it invested in the Palestinian Authority destroyed.  What kind of guarantees does it want before it reinvests in them?

PATTEN: Well, I don't think anybody thinks it would be a good idea for us to plow money into buildings or infrastructure and then see it destroyed again, almost immediately.

What we actually want to see if the process of building a political solution, going along hand-in-hand with the process of rebuilding decent services in the Palestinian territories.

There's a real problem we have here.  If you allow a security vacuum, if you allow a political and governmental vacuum, then inevitably the extremists and the organizations which trade in violence are going to move in and fill that vacuum.

So what we want to have is getting people back to school.  We want to see people able to use health services again.  We want to see water flowing.  We want to see people living in decent accommodation, and we want to see the provision of security services which are genuinely committed to law and order and don't get tangled up in any way in confrontations with the Israeli Defense Forces, which are unnecessary.

CLANCY: Do you think that the United States is showing a new commitment in the Middle East?

PATTEN: I think the whole international community is showing a tremendous commitment on the Middle East, with the United States, for reasons of history, because you're the only super power in the world, taking a lead.  And that's entirely as it should be.

But it is important for us to get across the message to our friends in the Middle East, wherever they are, that there is no decent alternative but to get back to negotiation. This isn't going to be settled by violence. The only alternative to a political settlement is blood and mayhem.

CLANCY: We're turning now to the commission on Jenin.  Has Israel's refusal set a precedent for other nations that may fear the outcome of any U.N. probe?

PATTEN: I fear that some people may take that message.  That was why, incidentally, it was very important that the secretary general of the United Nations didn't simply doctor the work of the mission to whatever the liquid party's political requirements were.

It's very important that these sort of operations by the United Nations should have the maximum integrity, and I repeat that I think the people who will most suffer from the fact that this mission isn't taking place are the Israeli government and I think that's sad.

(END VIDEOTAPE)

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

CLANCY: All right. That was Chris Patten, with the view of the Europeans there.

Now, standing by, in just a few minutes, we're going to be talking with Palestinian representative Hassan Abdel Rahman and Israeli Counsel General to the United States in New York, Alon Pinkas. We'll be joining them in a moment.

But first, to the United Nations, where debate about the cancellation about the Jenin mission ran into the early hours. Security Council members unable to agree on an Arab-backed resolution that would have demanded Israel's acceptance of that Jenin team.

Why was the mission canceled? Well, to answer that we have Shashi Tharoor. He is the head of the U.N. Information Dept. What was the secretary general's decision taken and why?

SHASHI THAROOR, U.N. PUBLIC INFO. DEPT.: Well, basically, this was something which we wanted very much to do, and I endorse every word that Mr. Patten has spoken. It's something we felt would have been in the interest on both sides.

The Israelis sought a number of verifications, raised a number of objections. We tried to address them in a patient process, over a week of cooperation with them. However, at the end of this process, the Israelis found themselves unable to agree to receive the team.

Now, it didn't seem to us realistic for the team to actually find any facts about Jenin without the practical cooperation of the Israeli authorities on the ground. We weren't going to be able to have access, both to the site and to individuals who might have witnessed what had happened, people who might have been participating in the events in Jenin.

And so we felt at that point, the secretary general came very reluctantly to the conclusion in trying to continue with the process without those assurances of cooperation.

CLANCY: This seems to have left everything up in the air, not only in Jenin, but in future investigations that the international community charges the United Nations to conduct. Can states simply say to you don't come, we don't want to hear it?

THAROOR: Well, frankly, we don't particularly welcome states acting that way, and I'm pleased to say that in the vast majority of cases, states do cooperate very much with the U.N. and there are also council resolutions taken under chapter 7, where states don't have a choice.

In this particular instance, I think the resolution was passed by a unanimous vote of all 50 members of the council, in the full expectation that Israel would cooperate. And indeed, many of those involved in the council discussions, as well as the secretary general himself, believed we had assurances from the Israeli government that Israel would cooperate.

So the Israeli non-cooperation is a surprise to all of us, and certainly a great disappointment.

CLANCY: Is it the U.N.'s own fault -- the criticisms that have been leveled at the United Nations about bias towards Israel. You've seen the resolutions that are passed, backed by various Arab states or Muslim blocks, critical of Israel, time and time again. Was this commission a reflection of that?

THAROOR: Absolutely not. Obviously, member states have the right to pass resolutions in which they reflect the preponderance of their political views.

That is not the case with any activity taken by the secretary general or the secretariat, which remains resolutely impartial, and the secretary general picked for his fact-finding commission three individuals of utmost integrity, reputation and fair-mindedness.

He wanted a thorough, fair and balanced report. This was never going to be a kangaroo court or a witch hunt or any of the other sorts of language that have been inappropriately used. We had people who have never expressed political opinions that are critical of Israel, and they were backed up by people with the kind of expertise that Israel wanted to see on the mission, people with counter-terrorism expertise, for example, for advising the mission, both military and police advisers.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

So we are astonished that there would be any comments made about the integrity of this mission. These were three individuals of complete impartiality, reporting to a secretary general who functions with impartiality, on the basis of a Security Council resolution that was moved by the United States.  It has nothing whatsoever to do with any previous resolutions passed by a majority of members critical of Israel, because that and this have nothing to do with each other.

CLANCY: All right.  The view from the U.N. there, Shashi Tharoor. Thanks to you for being with us on Q&A.

We're going to take a short break.  When we come back, a firsthand look at Israeli and Palestinian reaction to the latest developments now at the United Nations and beyond.

(COMMERCIAL BREAK)

CLANCY: Welcome back.

As the so-called Quartet -- the United States, Europe, the U.N. and Russia -- are holding talks in Washington, the focus is decidedly on the next move in the Middle East.  How has the disbanding of the Jenin mission effected the ability to make progress in the Middle East?

With us from Washington Hassan Abdel Rahman.  He's the chief Palestinian representative to the United States.  Also, from New York, the Israeli Council General, Alon Pinkas.

Alon, I know that you have something to say about what you heard coming from Chris Patten and from the U.N. spokesman.

ALON PINKAS, ISRAELI COUNSEL GEN.: Look, the issue, Jim -- I totally endorse what Chris Patten said.  I've know his word for many words.  He's a friend of Israel.  He's a friend of the peace process, or whatever has been left of it.

The issue is not the impartiality or the credentials of the three individuals that Sect. Annan has appointed.  The issue is (a) their expertise in understanding what exactly happened in Jenin, the setting, the context, their familiarity or lack of familiarity with urban warfare, number one.

Number two, we had a serious profound problem that was not addressed by the U.N. unfortunately, with the terms of reference of that committee. We were apprehensive about, and we had fears, that this was a politically- motivated indictment-oriented kind of a mission that is set to question soldiers and field commanders on an issue that is far broader, far larger and far transcends the issue of what exactly happened in Jenin.

Now, one last remark on Jenin.  There was no massacre.

(CROSSTALK)

CLANCY: Well, everybody seems to agree on that now.  What people aren't agreeing on -- and let me toss it over to Hassan Abdel Rahman -- I mean, what people aren't agreeing on here is why didn't Israel let them in. And people are saying it didn't want to see the outcome.

HASSAN ABDEL RAHMAN, CHIEF PALESTINIAN REP. TO THE U.S.: You're asking me?

CLANCY: Yes.

RAHMAN: Well, obviously Israel wants to hide the war crimes that were committed.

There were war crimes committed in four areas.  One, the use of helicopters firing missiles at a refugee camp where 15,000 civilians lived.

Second, Israel demolished homes over its inhabitants.  We pulled 16 people alive from under the rubble.

Third, Israel did not allow the medical aide to reach to the wounded for 11 days.

Fourth, Israel did not allow international humanitarian aid.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

Those four areas are war crimes under the four Geneva convention and international law.

Of course, Israel is using the attack against the United Nations as a pretext to cover up for its crimes in Jenin.

CLANCY: Well, as Chris Patten said, this now degenerates into claims, counter-claims, on all sides, without an official U.N. investigation. But we are seeing reports coming in from groups like Human Rights Watch and others, that, Alon Pinkas, they're tending to agree with what we heard from Hassan Abdel Rahman.

PINKAS: It's a lot of nonsense, what I just heard from Mr. Abdel Rahman.

Let me describe to you what happened in Jenin. Houses were booby- trapped with families on the second story. Alleys were soaked with oil and gasoline. Gas tanks were booby-trapped and rigged with hand grenades. That's phase one.

Phase two...

CLANCY: Well, if those are the facts, who's going to ever know it now?

PINKAS: Wait. I'll tell you in a second, Jim.

They have been moving, believe it or not, I'm sorry for the gory or graphic details, they have been moving bodies of donkeys, cats and dogs to create the scent of odor of death in that camp.

Now, you have to understand, you look at the scene, it is devastation. That's what war looks like. I'm sorry. You cannot dismantle terrorism by using pink Volkswagen Beetles. That is not effective.

You're talking about an area that is no larger than 10 percent of the Jenin refugee camp, that is no larger than a New York city block. Now, there were journalists allowed in. There was humanitarian aid allowed in...

CLANCY: After some delay.

PINKAS: After some delay, and I admit to you, I will concede to you, Jim, that there was a disagreement in Israel on whether or not to allow journalists inside. Perhaps they should have been allowed inside earlier.

But the fact of the matter is the Palestinians began this, and I really don't want to engage in this counter-arguments and tit for tat, but the Palestinians began this narrative with 3,000 civilians murdered summarily by Israelis. Then it went down to 1,500. Then 500. Then 200.

I regret the death of every civilian, we all do. But the fact of the matter is that...

CLANCY: OK. Let me move in here and let Hassan Abdel Rahman get in a word. But, Hassan Abdel Rahman, the Palestinian numbers of 56, what, Israeli numbers of 54, I mean, there's not much difference here between it.

One of our viewers asking the question, "How about an apology to Israel for the wildly exaggerated reports? Would that not be fair? How about describing it as the massacre that never was"?

This was specifically aimed at the media, but it could also be asked of the Palestinians, like yourself, that went on television, and charged massacre?

RAHMAN: Yes. First of all, let me express my astonishment at the capacity of Mr. Pinkas to lie.

He is saying that we brought donkeys and animals, dead, and put them in the refugee to create -- he knows, and everyone in this world knows, that the refugee camp was closed to Palestinians and non-Palestinians for 12 days by the Israeli army. I wonder how the Palestinians had the time or the opportunity to bring animals. That's absolute nonsense.

Second, we never said that 3,000 were killed. If you recall, we said there were 3,000 missing, and we did not know how many of those were killed. Even today, no one knows the exact number of people who were killed, and we will not know unless we have a full inquiry into the number of people who are dead.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

The question of massacre is, how many people do you need to kill in order to call it a massacre? Israel calls the killing of 27 people a massacre, and they are right. I call the killing of 20 Palestinians a massacre also. And I am right.

The problem is not the number. I am talking here about the methods. The methods that were used by Israel in the refugee camp and elsewhere. The wanton killing, the wanton destruction by Israel, of the civilian life of the Palestinians, starting from Bethlehem down to Jenin, the looting, the destruction of homes, the destruction of property, the destruction of the infrastructure of the Palestinian society.

Even the Israeli press is appalled by what the army has done...

CLANCY: All right. Another viewer wrote in -- and let me give this one to Alon Pinkas. It's been answered in large measure, but I'm going to put it to him anyway.

"If Israel had nothing to hide, as claimed by the Israeli government, then why did they not wish to have the U.N. in Jenin"?

Perhaps more to the point, Alon Pinkas, this is a public relations nightmare.

PINKAS: I beg to differ, Jim. There is a broader picture here. There is a democracy that is fighting terrorism. There is a democracy, that is in self-defense, trying to dismantle an entire hotbed of terrorism that Mr. Abdel Rahman denies ever existed.

There is a democracy here -- people who have been attacked in pizza parlors, in cafes, in holiday dinners, in malls and discotheques. The fact of the matter is, that there is a U.N. fact-finding commission that already has predisposed conclusions about that.

Now all we ask the U.N. is, do you understand the context? Do you understand that from this refugee camp, against and in violation of both the U.N. charter and every peace agreement that we signed with the Palestinians, every interim agreement that we signed with the Palestinians, there are terrorist and armed militias in those camps, holding innocent Palestinians hostages to their own extreme and maniacal political interest.

CLANCY: OK. Enough with he past. I do want to get this in.

President Bush today said Israel must negotiate an end to its occupation. Very briefly, is Israel ready to do that? This government?

PINKAS: Absolutely. Absolutely, Jim.

(CROSSTALK)

CLANCY: Hassan Abdel Rahman, President Bush also said the Palestinians need to get a government together based not on terrorism or corruption. Are they ready?

RAHMAN: We are ready to move in a political process that will end Palestinian nightmare living under the 36 years of the most brutal, the most inhumane...

CLANCY: Is that a yes?

RAHMAN: ... military occupation. Of course it is yes. We want Israel to get out of our lives and we will...

PINKAS: We were ready to get out. You refused.

RAHMAN: ... and end the building of Jewish settlements in the Palestinian territories.

(CROSSTALK)

CLANCY: All right, gentlemen, we have to leave it right there.

Alon Pinkas, Hassan Abdel Rahman, as always, gentlemen, it's very difficult at times. I thank you both for supporting your own views and sharing those views with all of our audience, here on Q&A.

That has to be our report for this day. I'm Jim Clancy. The news continues now, on CNN.

U.N. Disbands Jenin Investigative Team CNN INTERNATIONAL May 2, 2002 Thursday

   TO ORDER VIDEOTAPES AND TRANSCRIPTS OF CNN INTERNATIONAL PROGRAMMING, PLEASE CALL 800-CNN-NEWS OR USE THE SECURE ONLINE ORDER FROM LOCATED AT www.fdch.com

LOAD-DATE: September 15, 2003

Page

Page



79 of 512 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved

CNN

SHOW: CNN CROSSFIRE 19:00

May 2, 2002 Thursday

Transcript # 050200CN.V20

SECTION: News; Domestic

LENGTH: 7867 words

HEADLINE: What Will Sharpton Do?; Was Bush's Credibility Compromised by House?

GUESTS: Hassan Abdel Rahman, Ed Gillespie, Al Sharpton

BYLINE: James Carville, Tucker Carlson

HIGHLIGHT:
Will Al Sharpton run for president?  Then, Hassan Abdel Rahman discusses the current developments in the Middle East.

BODY:
    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

    ANNOUNCER: CROSSFIRE: on the left, James Carville and Paul Begala.  On the right, Robert Novak and Tucker Carlson.

    Tonight, do votes in the U.S. Congress to isolate Yasser Arafat and support Israel compromise President Bush's ability to broker a peace deal?  (UNINTELLIGIBLE)

    Reverend Al Sharpton may be a man on the run for president.  This charismatic New Yorker tells us what's on his agenda in the months ahead.

    It's Thursday, time for the CROSSFIRE police blotter.  If you serve the public and are looking at serving time, this is the place for you.

    Ahead on CROSSFIRE.

    ANNOUNCER: From the George Washington University, James Carville and Tucker Carlson.

    JAMES CARVILLE, CO-HOST: Good evening and welcome to CROSSFIRE. We're coming to you live from the George Washington University in downtown Washington, D.C. Tonight the reverend Al

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

Sharpton, the fire brand activist from New York has his eyes on the White House.  We will ask him if he is going to run in 2004?

And the politics of President Bush: We will cover all the bases with top White House insider.

But first, the inferno in the Middle East.  Is Congress with President Bush's blessing fanning the flames to isolate Yasser Arafat? We'll talk about that and get the Palestinian reaction to last night's fighting in Bethlehem.  Last night on "CROSSFIRE" we heard from the Israeli side.  Tonight, we will get the Palestinian perspective. Please welcome our guest, Hassan Abdel Rahman, chief Palestinian representative to the United States.

Welcome, Mr. Rahman.  Thank you, sir.

TUCKER CARLSON, CO-HOST: Mr. Rahman, as you know, late this afternoon Congress passed two resolutions supporting Israel.  Here's the text, part of the text of what the House of Representatives said: "resolve that the House of Representatives remains committed to Israel's right to self-defense and supports additional U.S. assistance to help Israel defend itself."

This is really news from nowhere.  This has essentially been the American position toward Israel, one of almost unqualified support since 1948. Don't you think it's important that the Palestinians begin the conversation understanding that? That the United States supports Israel.  It's our closest ally in the region?

HASSAN ABDEL RAHMAN, CHIEF PALESTINIAN NEGOTIATOR: We have no problem with the United States supporting the existence of Israel within the 1967 boundaries.  What we find immoral and indecent about this resolution is the findings that precede this resolution.  Because what they are saying here is that Israel has the right to exist and they are not paying any attention whatsoever to the suffering of the Palestinian people, and the rights of the Palestinian people to live as a free nation in their own homeland.

CARLSON: Wait a second.  Mr. Rahman, everybody in the United States, in Congress, virtually everyone, agrees with the idea that the Palestinians ought to be free, that they ought to have their own state.  But there's an impediment to that.  I want to show you that impediment.  Here he is, this is the prime impediment to peace.

(BEGIN VIDEO CLIP)

YASSER ARAFAT, CHAIRMAN, PALESTINIAN AUTHORITY: This is a holy (UNINTELLIGIBLE) not only for the Christians, for (UNINTELLIGIBLE) and for (UNINTELLIGIBLE)

(END VIDEO CLIP)

CARLSON: Mr. Rahman, I want you to look at the tape, you have obviously seen it before, and tell me that's world leader.  Isn't it time for the Palestinians to pick a new leader?  Because this man is discredited?

RAHMAN: That is not the point in the Congress.  The Congress is saying that Israel has the right to exist and they are not referring to the Palestinian...

CARLSON: Mr. Rahman, please answer my question.  Isn't it time to replace Yasser Arafat?  I mean with outbursts like...

RAHMAN: That is for Palestinian problem, it is not the Congress of the United States' problem.  The Congress of the United States, when they make allegations that are unfounded, they are selling themselves out to the Israeli pro-Israeli lobby in the United States. They are not reflecting the decent Americans who do not believe in what Israel is doing to the Palestinians.  The American people believe in justice.

CARVILLE: I'm getting ready to throw you a softball.  Are you ready?  I am getting ready to give you one to tee up here.  Ready?

RAHMAN: Please, go ahead.

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

CARVILLE: OK.  One of the great buffoons to ever serve in the United States Congress is Republican majority leader Dick Armey, who suggested today that the Palestinians just up and leave, and go somewhere else.  Is that a realistic proposal?

RAHMAN: I am sure that George Washington and Jefferson are rolling in their graves to hear a member of the United States Congress advocating ethnic cleansing.

CARVILLE: He was...

RAHMAN: He is advocating ethnic cleansing.

CARVILLE: To defend this buffoon, he was not -- he was saying ethnic removal.

RAHMAN: No.  He is saying, he is saying, kick the Palestinians out who have been living there for thousands of years and bring Russian Jews and American Jews and Argentinian Jews to take their place and the American taxpayer will pay for them.

CARVILLE: Mr. Rahman, I couldn't help but bring that up, because he is the majority leader.  But I want to ask you a more serious question.

RAHMAN: He should be ashamed.

CARLSON: It's a comment he made on a cable show.  He didn't break the law.

RAHMAN: He should be ashamed of himself.

CARVILLE: I agree, should be...

RAHMAN: That's a man -- that a man of his stature would present the American public would advocate in the 21st century ethnic cleansing.

CARVILLE: I think he should be ashamed of himself.  I -- let me ask you -- I want to get -- I want to ask you another question.  You have -- you have a point.  The Palestinians want their state, whatever, you have grievances.  I won't say whether they're right or wrong, but I do say you have grievances.  As a strategist, you've had suicide bombings, intefadas, this and that.  Why don't you try a different strategy? Non-violence.

RAHMAN: We will.

CARVILLE: When?

RAHMAN: And we will do.  We negotiated with Israel from 1993 'til the year 2000, Jim.  And I'm not saying that everything we do is correct.  I'm not saying that.  But at the same time, not everything that Israel is does is correct.

CARVILLE: I understand.  I'm saying, I'm talking to you right now like -- no.  I'm saying, what you've done is, you have not, the actions by Arafat, by the Palestinian leadership, they ain't working. You got to try something else.  Why don't you try what worked in India, what worked in the American south. Why don't you try non- violence?

RAHMAN: Maybe we need to do that, but what I'm trying to say, and we have to understand, that there is a system of violence in place, and that is the occupation.

CARLSON: OK.

RAHMAN: Maybe that wouldn't work and I personally will advocate that.  I am saying on American television.  I will advocate non- violence.  I have no problem.  But that does not excuse what is happening in...

(CROSSTALK)

CARLSON: Mr. Rahman, we are a long way from the Palestinians embracing non-violence.  And there are a few things that strike me that you and the Palestinian Authority need to repent of, and one of

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

them is storming the Church of the Nativity.  Now, you claim, many Palestinians do, that Israel started firing last night without provocation.

RAHMAN: No, that is not the issue...

CARLSON: Hold on, let me ask my question.  The issue is, if Israeli soldiers, armed with guns, ran into a mosque seeking cover, you would be outraged by the fact that they desecrated a holy place. You have Palestinian gunmen running into a church.  Isn't that itself wrong?

RAHMAN: But Tucker, this is a Palestinian church, it is a Palestinian city...

CARLSON: But they are not going into worship.  You are missing the point.

(CROSSTALK)

RAHMAN: You are not listening to me.  This is a Palestinian church.  This is a Palestinian city. Bethlehem is not Tel Aviv. What is the Israeli army doing there?  Instead of asking us not to hide to protect ourselves in our own church, ask the Israelis to get the hell out of our city.

CARVILLE: What I am saying, let's go back here.  Because I have an office in Israeli.  I have may friends there.  But I want people to live in peace and I want your people to.  Instead of shooting out of the church, why didn't you send some people out there praying in front of the church and then Israeli says well, gee, we shot because they shot back.  The point I am trying to make to you sir, is your strategy, or not maybe yours, but the strategy that you are being called on to defend, that is being implemented ain't working worth a damn.

RAHMAN: I am glad you raised this issue.  You know that all the religious people in Jerusalem and Bethlehem marched to the Church of the Nativity last week and they were stopped by the Israeli army and they were not allowed in.  They were led by Michel Sabakh (ph), who is the...

(CROSSTALK)

RAHMAN: The Israeli army stopped them!  You have an army that's acting as a...

(CROSSTALK)

CARVILLE: The army is defending, is defending...

RAHMAN: Defending what?

CARVILLE: ... people in Israel.  Look, the people there...

RAHMAN: But they are not on the borders of Israel!  Why are they in our city?

(CROSSTALK)

CARLSON: We have got to stop the cycle of violence.

RAHMAN: They are protecting the Jewish settlers.  They are not protecting Israel.  You know that.

CARVILLE: There is a way to deal with this...

RAHMAN: They are protecting the Jews they (UNINTELLIGIBLE) from the Palestinians and lived in our country!

CARVILLE: ... settler problem other than blowing them up.

RAHMAN: They are protecting their Jewish settlers. They are not protecting Israel.

CARLSON: I think we are very close, Mr. Rahman, I think we're this close to solving the crisis in the Middle East...

RAHMAN: OK.

CARLSON: ... but unfortunately it is going to have to wait for our next show.  Thank you for joining us.  Appreciate it.

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

Thank you very much.

Coming up next, just about everything you need to know about President Bush and his politics. One of the country's best Republican strategists.

And what's that funny smell? It's not a Grateful Dead show; it's Capitol Hill. Find out why some Washington pages are heading home on tonight's CROSSFIRE "Police Blotter." Be right back.

(COMMERCIAL BREAK)

CARLSON: Welcome back to CROSSFIRE. Good news for President Bush. He soars in the latest CNN "USA Today" Gallup poll, this despite charges from Democrats that he has poisoned the water and from some Republicans that he's been too hard on Israel. Good news for the president, but will the numbers last? What exactly is this administration's foreign policy? Please welcome a man with a red phone direct to the White House, Republican strategist Ed Gillespie.

(APPLAUSE)

CARVILLE: Welcome to CROSSFIRE.

ED GILLESPIE, REPUBLICAN STRATEGIST: Thank you.

CARVILLE: Let's turn around and go to the board here and look at some of these poll numbers here. CROSSFIRE, post them up there, baby! Got'em. OK. Approve, 77, disapprove, 20. Impressive. Next. Vote for Congress. Wait, something's wrong; Democratic, 48, Republican, 44. Interesting.

Ed, as we go into Matthew Dowd, the president's post, and everybody predicts that the president's numbers will come down.

GILLESPIE: That's right.

CARVILLE: Well, how many seats do you think the Democrats are going to pick up this time?

GILLESPIE: Minus four to 10.

CARVILLE: Minus four to 10. But why -- if the incumbent party at the beginning of April is four points down, in political consulting 101, that ain't good.

GILLESPIE: Actually, James, you know, because you're better than 101 in political consulting -- in 1994, when Republicans swept the House, picked up a record 52 seats and won the majority for the first time in 40 years. Remember those days? We were in that same poll at 47-44 the week of the election. Republicans historically underperform in the congressional generic ballot.

CARVILLE: No, no. In 1998, the Democrats picked up five. We picked up four Senate seats in 2000. We've won every congressional election. They have traditionally, but not here.

My point is a little bit larger here. The president's popularity is not driving the congressional vote. And if that doesn't change, will history kick in?

GILLESPIE: I don't necessarily disagree with that, James. I don't think that we should count on as Republicans the president's popularity, which will settle. It has to come down. It cannot be at 72 percent in November, but I do think it creates a positive environment in which Republicans can run. I think, though, that these congressional races are going to be by and large determined district by district, but I think when you look district by district, the Republicans' chances look very good for a net gain in both the House and the Senate.

CARLSON: I think the president's approval rating's already below 77 percent on Capitol Hill. Here you had this week, the president -- Colin Powell, actually, even calling members of Congress and saying, "don't pass these resolutions to support Israel, they'll complicate our efforts of foreign policy, the executive ought to be in charge of that." And yet Republicans in the Senate, to a senator, to a Republican senator, the only two dissenting votes were from Democrats, voted against the president and this administration's wishes. Isn't this more evidence that there is a divide between..?

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

GILLESPIE: Well, there was some change in that process, Tucker, because, as you know, there's a big difference between a binding resolution and a non-binding resolution.

CARLSON: Right.

GILLESPIE: And where the congressional members were initially going was to pass a binding resolution, which would have tied the administration's hands.

CARLSON: Of course, the administration didn't want any of them.

GILLESPIE: Look, Congress has a right -- members of Congress -- most voters don't generally get very interested or excited about foreign affairs, with the exception of the Middle East. Voters are very interested in what happens in Israel and relative to the Palestinian situation, and members of Congress feel compelled to let their voters back home know where they are. So they passed a non- binding resolution, putting themselves on record in favor of Israel.

CARLSON: You know, but Ed, I mean, I guess the point is, as you know, there is daylight between Republicans on the Hill and this administration. I mean, if you talk to them, and you do, you hear them complaining. The president isn't campaigning, he's not raising enough money for Republicans, he's triangulating against them, positing himself as a moderate against the right-wing mania, et cetera, et cetera. I mean, isn't this a problem if he's lost support amongst some conservatives on the Hill?

GILLESPIE: Tucker, there are institutional strains between Congress and the president. But believe me, there is not an ounce of daylight between this president and Republican rank and file members, both in Congress and at the grassroots level. And the fact is that these members are going to benefit, as I said, from the environment the president sets. They shouldn't count on it to carry them in reelection.

CARVILLE: Ed, today the Democratic National Committee released a list that is too long and accurate to go in through of President Bush's broken promises and inaction, but let's talk about one in terms of his proposal, that I assume that the Republicans are solid behind, to let people invest part of their Social Security taxes in the Nasdaq. Do you expect that this will be brought up between now and election, where the president will tap in another $1 trillion out of the Social Security fund to...?

GILLESPIE: A couple of points, James, if I might. First of all, the -- what the Democrats came out with today...

CARVILLE: But the president did propose that during the campaign?

GILLESPIE: The president said -- suggested that we should allow for individuals to direct a portion of their Social Security payroll taxes, if they choose, and to direct it in investment. You might -- just like, by the way, federal government employee do...

(CROSSTALK)

GILLESPIE: I think you'll hear a lot of discussion about it between now and election, but I don't believe it's...

CARVILLE: We can discuss it right now. It's a promise he made. The man just put it on the table between now and November and let them just air it out...

(CROSSTALK)

CARLSON: ... or we can talk about the Democratic plan to save Social Security, which is -- oh, sorry, there isn't one!

(CROSSTALK)

GILLESPIE: It's in the mail. It's in the mail, Tucker.

CARVILLE: ... $2 trillion...

(CROSSTALK)

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

GILLESPIE: I got to say, by the way, you know, Tiger Woods got his green jacket for winning the Masters in golf.  I'm assuming you got yours for winning the masters in demagoguery on Social Security.

CARVILLE: Is it demagoguery to say, are you -- you made a promise in the campaign.  Do you have any plans of bringing this up before the Congress?  You may call that demagoguery.  I call that a man who means what he says and says what he means.  Is that demagoguery?

GILLESPIE: He is a man who says what he means and means what he says.

CARVILLE: He said he was going to bring it up.

GILLESPIE: James, this is a debate that is going to require a lot more time between now and the next five months to work through. And it should also be done, by the way, in a bipartisan manner.

(CROSSTALK)

CARLSON: But I want to ask you a question that a lot of the president's allies, and I'm obviously among them, are asking.  That is a number of weeks ago, the president asked and then essentially demanded that the IDF, that the Israelis pull out from the West Bank. They didn't.  So the question really becomes, did the president kind of make this up as he was speaking and sort of decided, well, that's a good idea, they ought to withdraw, you must withdraw, or, as I think is more likely, there was an arrangement with Sharon that they would withdraw and then the Israelis went back on that arrangement?  So which is it?  Did the president make it up as he went along or did the Israelis double-crossed him?

GILLESPIE: Tucker, the fact is the Israelis have withdrawn from Ramallah...

CARLSON: Ed, come on.

GILLESPIE: And we now have -- Arafat is free to move...

(CROSSTALK)

CARLSON: Let's be honest. He said, I want you to get out, but they didn't.

GILLESPIE: I am being honest.

CARLSON: No, but they didn't get out.

GILLESPIE: There was a lag, but the fact is...

CARLSON: A lag?

GILLESPIE: ... it happened, so.

CARVILLE: I think the Japanese got out of the Philippines!

(CROSSTALK)

CARLSON: But do you think it's possible...

GILLESPIE: We're making progress here, and that's the important thing.  We'd all like to make progress a lot faster.  It's the role of government to encourage...

CARVILLE: Are you saying this administration has made progress in the Middle East?

GILLESPIE: I'd say we made some progress in the Middle East in the past few days, anyway.

CARVILLE: Oh!  The past few days, geez!

CARLSON: James, we have.  Come on.

GILLESPIE: Progress is relative.  I mean, it's a terrible situation.  We need to keep pushing for it.

CARLSON: As we know, Bill Clinton solved this problem a long time ago.

Ed Gillespie, thank you for joining us and thanks for pointing out the inconsistencies with this administration, we particularly appreciate that.

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

(CROSSTALK)

CARLSON: When we return, more outrage over convicted Congressman Jim Traficant. Now that he prepares to don an orange jumpsuit, what happens to his congressional pension? That's part of the CNN "Police Blotter."

And the CROSSFIRE quote of the day. Here is a hint. Went from relative obscurity two years ago -- some say he's biting the hand that made him famous. Who is it? We'll tell you when we return.

(COMMERCIAL BREAK)

CARVILLE: Welcome back. It's time for our Thursday night "Police Blotter." When public figures intersect with law enforcement, CROSSFIRE is there!

We can all now breathe a little easier knowing that 11 high school pages of the House of Representatives were sent packing his week. They were nabbed with marijuana in their Capitol Hill dorm. These pages, all nominated by Republican members, were kicked out under zero tolerance policy by the board that oversees the page program. A roommate of one of the pages turned him in. Snitch!

CARLSON: And Raymond Leopard used to be known as "The Winston Man." In the late 1970s, he appeared in magazine ads, reminding people that Winston tastes good like a cigarette should. He has changed his mind. Leopard, which apparently is his real name, is suing the R&J tobacco company for $65 million. Little Rock, Arkansas man doesn't have lung cancer or emphysema. In fact, he never smoked Winstons. Leopard is suing on the grounds of, quote, "emotional distress," caused by the unpleasant nature of his job. Here's Leopard's argument: 25 years ago, he helped convince other people to buy a product that made them sick. For his role in making them sick, he now believes he's entitled to tens of millions of dollars in compensation. As the lawsuit puts it, quote, "his reputation has been forever tarnished and his personal credibility diminished." It is now.

CARVILLE: Congressman James Traficant, the Democrat who always voted with the Republicans, convicted last month on federal bribery and tax evasion charges won't have to worry about earning $1 an hour making license plates. The National Taxpayers Union says despite his conviction, Traficant will receive an annual pension to the tune of $38,000. Regardless of the outcome of his appeals, he'll get to keep every cent. I can't believe the U.S. Congress won't stand up and vote away this man's pension. If you steal from your employer, you shouldn't be able to keep your pension. Here's my idea. If Congress won't do the right thing, the judge ought to just fine him an extra $38,000 a year plus another $10,000 punitive damages for that hair!

We don't like a lot of hair.

CARLSON: No! Even if it's not real.

And finally tonight, the price of fame. When actor Robert Blake was arrested last month in the death of his wife, TV crews across America searched frantically for people who had known the murdered women, Bonnie Lee Bakley. Before long, they found Joseph E. Bakley, her brother. You may have seen him on television. Unfortunately for him, so have the police.

Joseph Bakley, it turns out, was not only a newsworthy guest, he's also a wanted felon. Police in Florida say they've been looking for Bakley for nine years since he violated his parole after convictions for cocaine possession and grand theft auto. Cops finally caught up with the 36-year-old man at a homeless shelter in San Diego, but not before he'd appeared repeatedly on radio and television. The moral of the story, if you want to find a fugitive, ask a producer.

CARVILLE: Who do you think turned those pages in? Was it a Republican page?

(CROSSTALK)

CARLSON: I'm not endorsing dope smoking, but you'll notice that when pages go out and get zany, is it the Democrats? No, they're home working to fix Social Security -- it's the Republicans.

CARVILLE: Oh, so you're saying it's a good thing that Republicans smoke pot?

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

CARLSON: I'm not saying that at all.

(CROSSTALK)

CARLSON: It's a bad thing.

(CROSSTALK)

CARLSON: OK. When we return, a CNN news alert, and then Al Sharpton, who may declare his candidacy for president right here on CROSSFIRE. I think he will, but you'll have to stick around to see.

Also, our quote of the day, and here's our final hint. Can you really have no opinion about running for president? That's what the person behind our quote of the day says. We're not certain we believe him. We'll be right back.

(COMMERCIAL BREAK)

CARLSON: Now the CROSSFIRE quote of the day. He lost the last time, but that hasn't dulled Joe Lieberman's appetite for higher office. Senator Lieberman would like to run for president. Only problem. He's promised not to run if Al Gore seeks the nomination. Will Gore seek it? Here is Senator Lieberman's take as told to "The New York Times." It's our quote of the day. "It's a very big personal decision for him, so he's got to make it. I don't have an opinion on it," which I say, busted. You're lying. Mr. Rectitude telling a lie. This is like catching the head of PETA having lunch at the Palm. This is a big deal. Joe Lieberman lying in public to "The New York Times"?

CARVILLE: Well, first of all -- he didn't lose. He won.

CARLSON: I know he did.

CARVILLE: I understand.

CARLSON: Is he vice president now?

CARVILLE: Secondly, the important thing is, when you run for national office, I say it's like sex. It's just an itch that don't go away with one scratch.

CARLSON: I agree with that.

CARVILLE: OK?

CARLSON: And he can keep scratching.

CARVILLE: And he may very well. And I agree with you. I think...

CARLSON: Well, then why not just say, I want to scratch. I'm not going to lie about it. Here I am scratching a little bit?

CARVILLE: You know, I think -- it's not like Bush saying he's going to do something about Social Security and then walking away from it. I mean, let's put it in the kind of realm of things. Bush tells really big lies, not little lies!

CARLSON: Speaking of hypocrisy...

CARVILLE: Like saying he's a big environmentalist president (UNINTELLIGIBLE).

CARLSON: James, you disagree with what he said he was going to do.

CARVILLE: I think, no...

CARLSON: You disagree with...

CARVILLE: No, ne not only -- not only do I disagree with it, he didn't tell the truth.

CARLSON: Speaking of hypocrisy.

CARVILLE: No hypocrisy? Tell a trillion dollar lie. Let me finish.

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

CARLSON: How do we get on to Bush's environmental record?

(CROSS TALK)

CARVILLE: But continuing what I was saying, he's in a kind of political thing. And your guy pilfers away $2 trillion out of Social Security trust fund and you decide to keep him in there. And you're acting like there's something terrible about this.

CARLSON: I've heard this argument before. None of the other guys do it. They do it worse. They're bad, too.

CARVILLE: You're right. Joe Lieberman would like to run for president. Absolutely.

CARLSON: I hope he does. Good luck, Joe.

Coming up later, Bill Clinton. Could he be the next Oprah Winfrey? Should he? We'll debate that in "round six."

But next up, could this man really be president? He seems to think so. Al Sharpton next, in the crossfire. We'll be right back.

(COMMERCIAL BREAK)

CARLSON: Welcome back to CROSSFIRE. Al Sharpton, the best known unelected politician in New York. A long time media savvy agitator, now he's showing all the symptoms of a presidential candidate. Will he run? If so, as what? And with whom? And for what cause? Some of our questions. Please welcome Al Sharpton.

(APPLAUSE)

AL SHARPTON, REV., NATIONAL ACTION NETWORK: It's been one scratch that won't go away.

CARVILLE: There you go, huh?

Well let's -- let me just start out with the big question here, right here. We're on CROSSFIRE. We're here at the George Washington University. We're here in power city. Tell us, sir, are you running for president in 2004 or not?

SHARPTON: I've not decided.

CARVILLE: Al, come on.

SHARPTON: I've not decided. I really am looking at it. We have an exploratory committee. I'm committed to the idea. If...

CARVILLE: You're sounding like every other politician. Just tell us if you're going it run or not. Come on. Speak up when -- you'll speak against the tide.

SHARPTON: Yes, and I will if that's what I decide to do. I really haven't decided. I think that there needs to be a challenge. There needs to be someone that raises a lot of the issues that are not being raised. And -- but there also needs to be a feasible strategy that could lean toward...

CARVILLE: (UNINTELLIGIBLE) one of these things. Here are some things that people are going to call on you to do. Are you going to do it? Or are you going to release all your tax returns and financial statements, health records?

SHARPTON: Absolutely. In fact, every time I've run, I've done that. And I will do that if I decide to run.

CARVILLE: Well, I hope you do decide, Al Sharpton, because you look great, by the way. I hope you run as a Democrat, I look forward to covering you. I look forward to covering your speeches. And I hope you give speeches like. This is a speech you gave in 1992 early at Keane University in New Jersey. This is one of my favorite Al Sharpton quotes. "White folks was in the cave when we built empires. We

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

taught philosophy and astrology and mathematics before Socrates and then Greeks homos ever got around to it." If you run, speeches like that?

SHARPTON: Well first of all, if I made the speech, first of all...

CARLSON: If you made the speech?  You did you make the speech.

SHARPTON: Well, you're reading your card.  Doesn't mean...

CARLSON: That was in "The New York -- did you not say that?

SHARPTON: Am I allowed to respond?

CARLSON: Yes, sir.

SHARPTON: Tonight?  All right.  Thank you, sir.  So...

CARLSON: Tell me about them Greek homos.

SHARPTON: Well, first of all, I think that clearly, if you look at my record with the gay and lesbian communities, you can never try to accuse me of dealing in any homophobic...

CARLSON: And I'm just quoting you.  "Them Greek homos..."

SHARPTON: Well, first of all, I don't know that you're quoting me properly or not.  But let's talk about the issue of homosexuality. Let's talk about how many Republicans are not dealing with the problems that we're even facing today with fellow churchmen of mine, who are trying to act as if homosexuals are the cause, rather than pedophiles are the cause.

So clearly, I would support gay and lesbian rights.  I've marched with them.  And will continue to march with them.

CARLSON: OK.

SHARPTON: So my speeches would be, since you've uncovered them, that we need to stop the homophobia on the right, give people equal opportunity no matter what their lifestyle is.  My speeches would be that we need to stop a nation that tries to...

CARLSON: OK.  But how about...

SHARPTON: He wants to talk about...

CARLSON: No, no, I want to quote you.

SHARPTON: You want to quote your card!

CARLSON: Hold on, I'm the resident Al Sharpton expert here.

SHARPTON: No, your the resident card reader.  That doesn't make you the resident Al Sharpton.

CARLSON: Mr. Sharpton, as you know...

SHARPTON: I don't know who wrote your card.  Why don't you ask me what I said?  I'm sitting here.

CARLSON: OK, I will.  In 1995, there was a store called Freddie's on 125th Street, covered every day in "The New York Times," actually your protests outside.

SHARPTON: Well, that's not true. Because I did not -- I went to one protest.

CARLSON: Let me just give you this quote.  Well at that protest...

SHARPTON: No, but again, you are misleading the public.

CARLSON: At that protest, you were taped.  And this was on television. This was also in "The New York Times," referring to the owner of that store, who was Jewish, as "a white interloper."

SHARPTON: All right, now let me make a wager with you.

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

CARLSON: Did you not say that?

SHARPTON: If you can produce a tape of me at a protest saying that, did...

CARLSON: Did you not refer to him as a white interloper?

SHARPTON Actually, what I said in a radio broadcast, five months before, is, as I called them an "interloper" because I didn't agree with some of his -- the day I went to the protest I went in, attempted to meet with him and the other side to mediate.

CARLSON: That was before.  And his store was burned down by your supporters.

SHARPTON: Well, wait a minute.  I support the state of Israel. Am I responsible for the aggression going on in Israel?

CARLSON: No, I was just saying.

CARVILLE: Reverend Sharpton?

SHARPTON: So what is my support of the president have to do with the store be...

CARLSON: They burned the store down.

[ringing bell]

SHARPTON: You guys on the right.

CARLSON: That's true.

CARVILLE: Fellows!

SHARPTON: Why don't you guys on the right win fair?

CARVILLE: Gentlemen, gentlemen!  Reverend...

CARLSON: Why don't you run for president.  I can't wait, Al Sharpton.  Run for president.  Run, Al, run!

SHARPTON: Well, let me answer.  I probably...

CARVILLE: What can you say, man?

SHARPTON: I probably will make that decision, but what I'm trying to say is in these areas, you guys need to play fair!

CARLSON: I'm just quoting you.

CARVILLE: I want to play fair.

CARLSON: And I enjoy it.

CARVILLE: I probably -- you said you should run for president. You said I probably will make that decision.

SHARPTON: You tried to announce me...

CARVILLE: You probably will make the decision to run.  Is that what you were saying?

SHARPTON: I said I probably will make a decision to run?  Yes.

CARVILLE: To run?

SHARPTON: No.  I'll probably make a decision whether I'm going to run.

CARVILLE: Well, you're not going to probably make a decision. We know that.  OK, right?

SHARPTON: Well, yes, I'm just having fun with him with his cards.

CARVILLE: I understand.

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

SHARPTON: I have a card for you.  You said George Bush won the election.  Did you?

CARLSON: Yes, I did.

CARVILLE: He knows that.  Let me -- so you're saying, we know you're -- you said you're going to probably run for president?

SHARPTON: I said I'm inclined to do it.  I've not made the final -- you run these campaigns.  You know that you...

CARVILLE: I don't have any hair to split, so I'm not going to split hairs with you.  OK.  Let me ask you, there are two kinds of people that run for president.  Those that run for president to make a point, and those that run for president to be president.

SHARPTON: And the third is those that want to be president to make a point.  If I run, I would be in the third category.  I would run for president to make a point.  A point that our seniors would not be in the position they are, where you have trillions of dollars now being played with out of Social Security.

CARVILLE: If you run for president...

SHARPTON: Yes.

CARVILLE: ...do you really expect you'll be elected?

SHARPTON: Well, first of all, if anybody runs, they can't guarantee they'll be elected.

CARVILLE: I'm just asking.

SHARPTON: I would not run if I was not running to win.  I will not run just to run.

CARLSON: Well I'll tell you who will be elected if you run.  And that, of course, is George W. Bush.  One of the reasons...

SHARPTON: Well, that'll be the first time he was elected.

CARLSON: One of the reasons I want to see you run...

SHARPTON: I would like to see him get elected one time, if that's what he's going to be, as president.

CARLSON: I think that's a fantastic campaign slogan, Al Sharpton.  But don't you think -- I mean, since you've never been elected to anything before, don't you think you ought to find, say, a congressional district or maybe an assembly seat?

SHARPTON: Well first of all...

CARLSON: I mean, don't get me wrong.  I want you to run.

SHARPTON: Well, that was the advice someone gave Dwight Eisenhower, he wouldn't have been president twice.

CARLSON: No.  That's an excellent point, but...

(CROSS TALK)

CARLSON: But you didn't lead allied forces in World War II.

SHARPTON: Oh, now -- no, but I have led in the arena of social justice and civil rights, which is public service.

CARLSON: That's kind of like the Normandy...

SHARPTON: Well, yes, there are a lot of people.  Well, it's according to the way you want to go with that, but...

CARLSON: Come on, Al.

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

CARLSON: But Mr. Tucker, I think that we should no longer limit public service to just elected -- there are people that make tremendous contributions.

(CROSS TALK)

CARVILLE: This is a fair point.

SHARPTON: And I'm sure you didn't take that position when Pat Robertson ran for office.

CARLSON: Actually, but what is -- you saw Bill Clinton last week.

SHARPTON: No, no, we're talking Pat Robertson.

CARLSON: I didn't support his presidential.

SHARPTON: No, but you didn't say that he should run, because they wouldn't have let you...

CARLSON: You were with the president, the former president...

(CROSS TALK)

CARVILLLE: Can a shooting partner get in this poker game? You haven't stopped talking! Can I ask a question?

CARLSON: You saw the president -- former president President Clinton last week. He and Michael Jackson were together, did you talk to them about your presidential run?

SHARPTON: No. And I didn't see where Michael Jackson -- I did a voter registration campaign with him. And no, I did not talk to him about my campaign, no.

CARVILLE: Wait. Let's go back. When you say because you hadn't run in public service. I agree with that. Being president of the United States is a little bit more public service than as see from the guy in here who's having such -- and is so confused. It is a pretty hard job.

SHARPTON: Yes, but at the same time, James...

CARVILLE: I mean, he don't know what...

SHARPTON: Many people that are talking about running have been senators, which is a much different job than president. Or have been in any number of roles. I don't think that you can use one to compare the other. I think anyone that wins for president has to select a cabinet of people that will help run government based on their vision.

CARLSON: Name one member of your cabinet if you were to become president?

SHARPTON: Well that is very premature.

CARLSON: Well, go ahead!

CARVILLE: Let me ask you a simple question. If you...

SHARPTON: You've have to send me a resume. And I'll get back to you.

CARVILLE: Let me ask you something, if you were president, would you insist that your Secretary of State and Secretary of Defense be of the same mindset on important strategic objectives?

SHARPTON: Oh, absolute, I think...

CARVILLE: In other words, you wouldn't have this thing that we got now?

SHARPTON: I think is the fact that you have...

CARLSON: Wait, you're saying Al Sharpton's a better president than Bush?

CARVILLE: Let the man finish.

SHARPTON: Am I not allowed to answer a question?

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

CARLSON: Yes, go crazy.

CARVILLE: Thank you, sir.

SHARPTON: I think the fact that we're sitting up here now with an open split before the world, at this time that we need to be united as a nation, fighting terrorism. And you have an open split in the Bush administration. I think it's very unfortunate.

CARVILLE: Amazing. You have a much better grasp of the president than (UNINTELLIGIBLE).

CARLSON: And for a different reason, I hope you run. Al Sharpton, thanks for joining us. I appreciate it. Al Sharpton, 2004.

Coming up later, your chance to fire back at us. But first, talk show talk about the man who never stops talking. Round six, coming up.

(COMMERCIAL BREAK)

CARLSON: Welcome back. Time now for "round six." The guests have gone home. It's just James and me, and of course, Bill Clinton.

According to "The L.A. Times", the former president is talking to NBC about his own daytime talk show and asking for $50 million a year. Troubled teens, unfaithful marriages, 10 tips to shed those extra holiday pounds. Is America ready for the Bill Clinton show? Should Oprah be worried? You know what, James. This is not that different from his presidency, which from my point of view, is an extended episode of "The Sally Jesse Rafael Show." And this is, you know, I predicted this five years ago as a joke. You know, become a talk show host. But like most pictures you make about Clinton as a joke, they tend out to be true. You cannot go lower than the reality basically.

CARVILLE: Well, you're right. In some ways, it's not a lot to do with this president because you got the same mullets in the media. I read this out of "The Los Angeles Times." What it doesn't have is a quote from President Clinton or a quote from any of President Clinton's spokesperson because it is the duty of the media as opposed to reporting what happened to entertain people on cable TV. Now I talked to...

CARLSON: Actually, there was a quote.

CARVILLE: I talked to -- let me finish. After the story, I talked to today, to four United States networks have talked to President Clinton about doing something. as have just about literally every major international network. President Clinton has no intention of doing this. He sits down, he's a courteous man. He talks to people. And if "The Los Angeles Times" and these people in journalism understood before you write something, you would be a lot better off you should called people for comment, as opposed to trying to get yourself quoted and cable TV, you'd be a lot better.

CARLSON: May I ask you a question? Well, no, stop. Let me ask you a question then. My -- look, I don't think Clinton's going to get a talk show, although like Al Sharpton's candidacy, I hope it happens. But let me just put it this way. When he left office, he made a number of grandiose promises about curing AIDS in Africa, solving world hunger, solving poverty, all these high-minded things he was going strive for. And yet now undeniably, he is in talks, I don't think he's going to it, but you agree, he is in talks for a daytime television.

CARVILLE: You know...

CARLSON: How low can you get?

CARVILLE: He works tirelessly. I know Sandy Thurman, who's very involved in this. President Clinton does.

CARLSON: Raising money for himself.

CARVILLE: But AIDS, you don't know what you're talking about. He was in India. I know how much money he raised for AIDS. I know the things that he does. The problem...

CARLSON: James, he's talking about doing a daytime talk show. That's undeniable.

What Will Sharpton Do?; Was Bush's Credibility Compromised by House? CNN May 2, 2002 Thursday

CARVILLE: They're talking to him about it. They called him.

CARLSON: Yes, he wanted $50 million as a number.

CARVILLE: Who quoted it?

CARLSON: He -- Julia Payne has (UNINTELLIGIBLE) was asked. And her quote was, "We did not demand a talk show, but we were in talks.

CARVILLE: Again, four networks in the United States -- straight ahead -- your chance to fire back at us.

(COMMERCIAL BREAK)

CARLSON: Welcome back. CROSSFIRE's almost over tonight. I won. James Carville lost, but one more segment. It's time for our "Fireback" segment. To e-mail.

First up, Paul Morelli from Clinton, Connecticut. Chortle, chortle, smirk, smirk. "Please don't stoop to the level of Begala by calling guests and commentators 'creeps'. You have too much class for that. Just state the facts and you'll be all right."

Well, Paul Morelli, I agree with you. I call David Brock a creep the other night. Actually, that was just stating the facts. But in general, I'm against name-calling.

CARVILLE: "I just had the my daily dose of CROSSFIRE. The best argument I can think of against cloning. Can you imagine having two James Carvilles walking around? Leonard Denney, Wimberley, Texas. No, Leonard, I can't. My own wife claims I look like the product from the love scene in the film "Deliverance." So who wants two of me, anyway?

CARLSON: OK, from Scott. "The U.K. bans Farrakhan. The U.S. should do the same with Tucker. Is there an adult haircut fund I can send to the contribution to for the man? P.S. do I get a T-shirt if you use this on TV? No, Scott, you don't get a T-shirt! I won't get a haircut. Thanks to you.

CARVILLE: All right. "James, you better be careful, y'all might start a revolution up there. Keep it up. I haven't had this much fun since my honeymoon." Oh, wow! Don't let anybody stop this. Dottie Carter, Fayettville, West Virginia.

CARLSON: Since my honeymoon? Somebody needs to get out a lot more often!

CARVILLE: These people are just dying to call. And there's a lot to be said for this. And Dottie, you keep watching and we'll just keep slapping this around.

CARLSON: Dottie, that's a poignant commentary on your home life. Sorry. Sir, you have a question?

UNIDENTIFIED MALE: Yes, I do, Mr. Carville.

CARLSON: There he is.

UNIDENTIFIED MALE: As an old friend of the Clintons, would you ever consider campaigning for Mrs. Clinton if she ever decided to run for president?

CARVILLE: I would be honored to. She one of the greatest people I know. I am so delighted she won by a large margin in the New York race. And you know the best thing about her is she irritates those right wingers. And I love that, too.

CARLSON: You know what?

CARVILLE: She is a great lady.

CARLSON: Let me correct you. I say Hillary Clinton, Al Sharpton, 2004. It's quite a ticket. Sir, you have question.

SCOTT WILSON: I do. My name's Scott Wilson. I'm from Cincinnati. I'm just wondering, why does the U.S. support Israel when it receives virtually nothing in return at the same time, and enrages every Arab country in the region?

What Will Sharpton Do?; Was Bush's Credibility Compromized by House? CNN May 2, 2002 Thursday

CARVILLE: Well, let me -- well, I'll start because I worked (UNINTELLIGIBLE).  The first thing is, Israel is democracy.  And people has its charter from the United States, from the United Nations.  It actually has a birth certificate, if you will.  And I think that Israel is a wonderful just place.  I do think the Palestinians are entitled to their own state.  And I think the United States needs to be more creative in its policy.  I don't think that all of the actions that's being taken, that are being taken by this Congress and this government are necessarily in the best interest of Israel as well, meaning as some of these people may be.

CARLSON: OK, next question. Sir?

TERRY GOLDEN: I'm Terry Golden from Alexandria, Virginia. Tucker, do you think that Orrin Hatch's recent stand on human cloning is a betrayal of his long-held pro-life position?

CARLSON: I'm not sure that it's a betrayal of his own position. I think it's the wrong position.  I think it'll be used by proponents of cloning.  It'll be sort of the poster child for the conservative who came out for their side.

CARVILLE: Oh, Tucker, that's all we got time for.  From the left, I'm James Carville.  Good-night from CROSSFIRE.

CARLSON: And from the right, I'm Tucker Carlson.  Join us again tomorrow night for yet another edition of CROSSFIRE.  See you then. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

LOAD-DATE: July 11, 2003

**SHOW:** Hardball with Chris Matthews (9:00 PM ET) - CNBC
**May** 1, 2002 Wednesday
**LENGTH:** 885 words
**HEADLINE: Hasan Abdel Rahman,** PLO Representative to US, accuses Israel of committing war crimes in Jenin refugee camp
**ANCHORS:** CHRIS MATTHEWS
**BODY:**
CHRIS MATTHEWS, host:
For weeks Palestinians have alleged a massacre took place during the fighting in the Jenin refugee camp and America has been the only country to back up Israel's version in the events. On MSNBC's Allen Keys' show, Palestinian representative **Hasan Abdel Rahman** said, quote, "Sharon is a terrorist and he leads an Army that is engaged in Nazi-like behavior because what's happening in Jenin today is similar to what's happened in the Warsaw ghetto when the Nazis invaded the Jewish quarters."
Today Kadoura Mousa Kadoura, the director of Yasser Arafat's own Fatah organization in the northern West Bank, reports on the Palestinian investigation into what happened in Jenin. The result: a death toll of 56 Palestinians, 33 Israeli soldiers were also killed in that Jenin fighting. Kadoura now says that what happened in Jenin was not a massacre but a great battle. Quote, "Here the Israelis, who tried to break the Palestinian willpower, have been taught a lesson."
Late this afternoon the UN announced it will disband its investigation. **Hasan Abdel Rahman** joins us now.
Do you want to correct what you said before about the degree of the massacre earlier?
Mr. **HASAN ABDEL RAHMAN** (Chief Palestinian Liberation Organization Representative to United States): No, I don't. I stand by what I said. I said...
MATTHEWS: How many people were killed there?
Mr. RAHMAN: I--so far we have counted 54 bodies, but that's not the end of it because there could be people under the rubble. When I spoke of the--when I made the comparison, I made the comparison in terms of methods. Israel used helicopters, firing missiles against civilian quarters. Israel bulldozed homes over its inhabitants. We pulled 16 people from under the rubble. Israel did not allow humanitarian aid to reach the people food and water and supplies. Israel
Page 250
CNBC News Transcripts May 1, 2002 Wednesday
did not allow medical aid for the wounded. All of those under international law are war crimes.
MATTHEWS: But the Fatah representative who did go through the area of Jenin and that determined that there was a low number of casualties has yet to--has anyone, I should correct myself and ask you the question, are any Palestinian authorities or any groups going through the rubble now?
Mr. RAHMAN: First of all, I don't know who is Kadoura. There is people going in there. If you look at the report of Physicians for Human Rights, they are issuing their own report also.
MATTHEWS: To what effect?
Mr. RAHMAN: To the effect that war crimes were committed by Israel in the Jenin camp. Let's not get fixed on the issue of the numbers. What makes a massacre?
MATTHEWS: Because the reason, Sir, with all respect, many people were saying

thousands of people were killed there.

Mr. RAHMAN: What--what makes--no, we never said thousands. The--I say it is the methods that's used by Israel, it's uncivilized, inhuman and in violation of international law. And if Israel did not have anything to hide, Israel should have allowed and must allow this commission of inquiry to expose the facts. But I believe that the Israelis made it clear that they did not want the commission to come because they were afraid that their commanders and their soldiers will be tried for war crimes. This was very obvious from what they said.

MATTHEWS: Let me ask you about this positioning of US and British wardens to watch these six prisoners who were going to be in Jericho in prison because of their apparent involvement, in fact, they were convicted of it, most of them, for their involvement of the assassination of an Israeli tourist minister. Do you think this argues for a larger US role in terms of monitors on the border, on the green line between Israel and Palestine?

Mr. RAHMAN: We have always called for a third party to stand between us and the Israelis. We want people to monitor the situation on the ground because we have witnessed, and the world as a whole, maybe some in Washington, do not want to see it.

MATTHEWS: Right. Why do Israelis oppose this?

Mr. RAHMAN: That Israel--that Israel looted the soldiers.

MATTHEWS: Right.

Mr. RAHMAN: They destroyed civilian properties. They destroyed homes. They--Israel is acting as a bully and as a--a...

MATTHEWS: OK. I accept your call there for--for--for some kind of peace keeper or some kind of referees, if you will...

Mr. RAHMAN: Yes.

Page 251

CNBC News Transcripts May 1, 2002 Wednesday

MATTHEWS: ...but can they stop the suicide bombers, those referees? Could they do it?

Mr. RAHMAN: Well, of course. If Israel--if Israel--you know, you cannot look at the suicide bombing out of the context of what's happening there. Those people are desperate people because of the occupation...

MATTHEWS: I understand.

Mr. RAHMAN: ...and because they do not have F-16s that Israel uses...

MATTHEWS: You can--I'm going to ask you this because I want solution and I'm an optimist.

Mr. RAHMAN: Yeah?

MATTHEWS: Are you telling me that if you ask the Israelis to withdraw behind the green lines, their tanks, that the suicide bombing would stop?

Mr. RAHMAN: I believe that if we have an international force, an effective international force that provides the Palestinians with protection, the suicide bombing and any attacks on Israel would stop.

MATTHEWS: Well, that's optimistic. Thank you, **Hasan Abdel Rahman.**

**LOAD-DATE:** May 2, 2002

Page 252

49 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network Transcribed under license by FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). Formatting Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to Cable News Network. This transcript may not

be copied or resold in any media.
CNN
**SHOW:** AMERICAN MORNING WITH PAULA ZAHN 07:00
**May** 1, 2002 Wednesday
Transcript # 050117CN.V74
**SECTION:** News; International
**LENGTH:** 1354 words
**HEADLINE:** Israeli Ambassador, Palestinian Representative Discuss Middle East
**GUESTS:** Yehuda Lancry, **Hasan Abdel Rahman**
**BYLINE:** Paula Zahn, Richard Roth
**HIGHLIGHT:**
Yehuda Lancry, Israeli ambassador to the United Nations, and **Hasan Abdel Rahman,**
chief Palestinian representative to the United States, discuss developments in
Israel.
**BODY:**
9:09> THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND
MAY BE UPDATED.
PAULA ZAHN, CNN ANCHOR: Well, we're going to turn out attention back to the
Middle East right now. We just heard about the breakthrough in Ramallah that
there is no breakthrough in the stalemate over the United Nations mission to
investigate allegations of an Israeli massacre in Jenin. "The Washington Times"
is reporting this morning that Palestinian officials have lowered their death
toll estimate from about 500 to 56.
CNN's Richard Roth is at the UN.
(BEGIN VIDEOTAPE)
RICHARD ROTH, CNN CORRESPONDENT (voice-over): The UN mission to Jenin may be
aborted before takeoff. UN Secretary General Kofi Annan told the Security
Council he is leaning heavily towards disbanding the mission after Israel
rejected the latest proposal.
Page 253
AMERICAN MORNING WITH PAULA ZAHN 07:00 May 1, 2002 Wednesday
KOFI ANNAN, UN SECRETARY-GENERAL: In these circumstances, I cannot keep these
gentlemen and women sitting in Geneva and we will have to draw the consequences
and take action.
ROTH: But after four postponements, meetings, telephone calls and letters,
Israel still questioned the fairness of the probe. At first, Israel agreed to a
UN representative, saying it had nothing to hide. Then every day the list of
Israeli grievances with the team grew. Of prime concern, it's soldiers might
face questioning or prosecution.
SHIMON PERES, ISRAELI FOREIGN MINISTER: We don't want that every soldier will
move with their lawyer. No army -- I spoke with some American generals, they
would never agree that the committee will come. Do you know any precedent about
it? It never happened.
ROTH: Jenin is the latest bump in a lengthy acrimonious history between
Israel and the United Nations. Secretary General Annan said he is very aware of
Israel's anxieties and concerns. But many UN countries feel Israel is making a
mockery of the UN system.
UNIDENTIFIED MALE: The Israelis are playing games. They are procrastinating.
(END VIDEOTAPE)
ROTH: Last night, Kofi Annan said there are a lot of rumors, a lot of
accusations -- we just don't know what is really true. Now, Annan, the
architect of this team, needs the Security Council's help in guidance. He's
waiting for their reaction. They have a meeting scheduled for later this
afternoon -- Paula.

ZAHN: All right, Richard Roth, thanks so much.

And joining us now to talk about both UN and the Middle East mission and the breakthrough in Ramallah, from New York, Yehuda Lancry is Israeli ambassador to the UN, and from Washington this morning, **Hasan Abdel Rahman,** Chief Palestinian representative to the United States.

Welcome back, gentlemen. Nice to see both of you.

YEHUDA LANCRY, ISRAEL AMBASSADOR TO UNITED NATIONS: Thank you.

**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REPRESENTATIVE TO THE UNITED STATES: Good morning.

ZAHN: Mr. Rahman, what do you make of the news that Yasser Arafat could be released sometime within the next hour from house arrest?

RAHMAN: Well, we hope that this will constitute a step towards the lifting of the siege from all the Palestinian cities and towns and to implement those illusions of the Security Council, which is long overdue.

ZAHN: Ambassador Lancry, do you hope the same thing will happen? We should make clear that in exchange for the letting Yasser Arafat out from under house arrest, six Palestinian, what the Israeli described as terrorist, will be handed

Page 254

AMERICAN MORNING WITH PAULA ZAHN 07:00 May 1, 2002 Wednesday

over to, we are told, CIA officers as they are transferred to yet another prison.

LANCRY: Yes, you may recall from the very beginning Israel told that we're not going to reoccupy the Palestinian territories or cities. Now that we have reached reasonable agreement with the Palestinians about the six suspected men so the Chairman Arafat can, of course, enjoy a renewed freedom of movement.

ZAHN: Let's move on to the conflict over this potential UN fact-finding mission to Jenin. Mr. Rahman, we heard a number of Palestinian representatives earlier today saying all Israel is doing here is buying time. But do you understand Israel's concern about the perception that this mission would be stacked against them?

RAHMAN: Well, the behavior of Israel is unacceptable. It's defiance of the international legality. It's obvious that Israel committed war crimes in Jenin and in other places. If Israel, as it says, has nothing to hide why does not Israel allow the international community to come and investigate as they said in the beginning? The behavior of Israel will create anarchy in the international system because if every state that does not like resolution of the Security Council justifies it, then this will lead anarchy in international system.

ZAHN: Ambassador Lancry, respond to the charges that Mr. Rahman just had that Israel has committed "obvious war crimes" here in Jenin.

LANCRY: Frankly, I do not expect that Ambassador Rahman will really understand the Israeli's concerns. From the very beginning, the Palestinians sound extremely alarmist, and in fact, it is symptomatic of the hyperbolic Palestinian discourse. They talk about thousands of deaths and robberies of the Jenin camp. Then went down to some hundreds, and today they have to face the evidence of only 47 Palestinian gunmen killed in the fierce battle where Israel also lost 23 people.

Of course, we deplore the death of seven innocent people but there was no massacre. There are no atrocities in this camp and Israeli intended to cooperate with the international community but based upon a fair fact-finding inquiry and not judgmental conclusions that is a derivation from the fact-finding ruins.

ZAHN: OK.

LANCRY: And we do not accept this.

ZAHN: Ambassador Rahman, what about the charge, on Ambassador's Lancry's

part, that the Palestinians have exaggerated the death toll here? You just heard the numbers he used, which square with the "Washington Times" number, the numbers have gone down from thousands now to 56 dead and Ambassador Lancry describing 47 of them as Palestinian gunmen. Where is the obvious evidence of this war crimes, you know, absent of any fact-finding team going in there?

RAHMAN: First, it is not the numbers that count. It is the methods used by Israel in dealing with a civilian population. To use Apache helicopters to fire missiles at civilian quarters, that's in violation of international law. To destroy homes over its inhabitance, that's a violation of international law.

Page 255

AMERICAN MORNING WITH PAULA ZAHN 07:00 May 1, 2002 Wednesday

Not to allow humanitarian aid for 14 days to arrive to wounded people, that is a violation of international humanitarian law. All of those constitute war crimes under the Geneva Convention.

ZAHN: OK. Ambassador Rahman, how would you compare that to the toll the Israeli have taken with the suicide bombings?

RAHMAN: Well, we have condemned what happened to Israeli civilians at the hands of the suicide bombing. But we have to distinguish between actions committed by individuals or groups and the actions committed by occupying power the state. Now we call our -- the Palestinian action against Israel terrorist. We did not hesitate to do that. But when a state becomes involved in terroristic action, that is violation of international law. That's why...

ZAHN: Ambassador Lancry, unfortunately we'll lose satellite here. We just got about have 15 seconds for your closing reactions from Ambassador Rahman.

LANCRY: I just to say -- just to say Paula, that the individuals and groups which are leading terrorist activities are doing so under the complete support and the complete guidance of the Palestinian authority. So instead of accusing the Israel of terrorism, it would be better for the Palestinian authority to crackdown on terrorist and to try to agree to a ceasefire and to renew negotiations with Israel.

ZAHN: All right, gentlemen, we're going to have to leave it there. Ambassadors Rahman and Lancry, good to have you on "American Morning".

LANCRY: Thank you.

ZAHN: Appreciate your time. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

Page 256

50 of 111 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.

Video Monitoring Services of America

**SHOW:** Region In Conflict

**April** 30, 2002, Tuesday PM ET

**NETWORK:** MSNBC Cable Programming

**MEDIUM:** Cable

**LENGTH:** 129 words

**BODY:**

START: 32.53

Teased Segment - Bethelehem. The Palestinians says that a 2 yr old was killed in shelling today. There was a big surrender in the standoff in the Church of the Nativity.

Visual - People. 200 other people are in the church. The seige of Ramallah is almost over.

Visual - Tanks. The UN fact finding mission was again rebuffed.

Interview - Shimon Peres, foreign minister, saying that they are still working.

Charles Sabine reporting. Now for more on what is going on in the region.

Studio Interview - **Hasan Abdel Rahman,** chief PLO representative in DC, saying that the number of people do not matter and what is going on in the region.

Sound Bites - Shimon Peres, Israeli foreign minister, saying that hundreds have been killed.

END: 41.59

**SEGMENT-ID:** 16

**PROGRAM-ID:** msnbc2100.0430.16

**LOAD-DATE:** June 6, 2002



61 of 427 DOCUMENTS

Copyright 2002 Associated Press
All Rights Reserved
The Associated Press

These materials may not be republished without the express written consent of The Associated Press.

April 30, 2002 Tuesday

SECTION: WASHINGTON DATELINE

LENGTH: 842 words

HEADLINE: PLO envoy says Palestinians won't reduce demands for territory lost in 1967

BYLINE: BARRY SCHWEID, AP Diplomatic Writer

DATELINE: WASHINGTON

BODY:

A senior Palestinian official said Tuesday that pressuring Yasser Arafat to accept anything less than all of the West Bank, Gaza and part of Jerusalem will not work.

But if Israel gives up the territory, which the Arabs lost in the 1967 Mideast war, Israel still would have 78 percent of historic Palestine and yet that would be acceptable to the Palestinians, Hassan Abdel Rahman said.

In a breakfast meeting with reporters, the Palestine Liberation Organization's top representative in the United States joined with a half-dozen Arab diplomats in urging the Bush administration not to relent in looking for a settlement.

"It has to be a sustained process," Egyptian Ambassador Nabil Fahmy said. "It has to include security and political issues. It cannot be interim steps."

But the ambassador of Lebanon, Farid Abboud, said Israeli Prime Minister Ariel Sharon does not want to reach an agreement with Arafat.

"He's procrastinating," Abboud said. "He wants to keep the West Bank. He wants to build Eretz Israel (Biblical Israel)."

Sharon has proposed a series of peacemaking steps, leading to a Palestinian state if violence subsides and other conditions are met.

But Fahmy said "there is no interim solution. The choice is either we have peace or we have violence."

Sharon is due to meet with President Bush at the White House next week. Bush has invited some Arab leaders to meet with him, as well, but has not had Arafat to the White House.

Rahman said this is an unbalanced approach, but a decision that is up to the president.

PLO envoy says Palestinians won't reduce demands for territory lost in 1967 The Associated Press April 30, 2002 Tuesday

The Palestinian official also criticized what he described as an attempt to put the onus for ending violence entirely on Arafat.

"Israel bears a great deal of responsibility for what has happened," Rahman said.

On Monday, Secretary of State Colin Powell said an agreement to end Israel's siege in Bethlehem is likely soon.

While difficult discussions remain, all the elements of an accord are in place, Powell said at a news conference Monday.

A breakthrough on Bethlehem, following the one Sunday that freed Yasser Arafat from confinement in Ramallah, would give U.S. diplomacy in the Middle East its biggest boost in months.

"I think there is a solution," Powell said, providing no details. U.S. and Israeli officials said privately it probably would be based on Israel's proposal to offer the terror suspects holed up in the Church of the Nativity a choice of exile or trial in Israel.

"I think it will be resolved in the near future," Powell said.

The Palestinians, however, were more cautious. Early Tuesday, a Palestinian negotiator said neither side had yet altered its position on the core dispute over what to do with the militiamen inside the church. The Palestinians are seeking their safe return to the Gaza Strip, where accusations against them would be handled in the Palestinian legal system.

"We haven't reached a deal yet," the negotiator said, speaking only on condition of anonymity.

The other agreement, on Ramallah, should be completed within 48 hours, Powell said, with terror suspects at Arafat's headquarters to be placed under joint U.S.-British supervision.

In exchange, Arafat would be free to travel wherever he wanted to go, although State Department spokesman Richard Boucher said he would do best trying to curb terror from the West Bank.

President Bush, traveling Monday in New Mexico and California, did not address the details of ongoing talks, but told Republican contributors in Los Angeles: "My dream is for the world to be peaceful in parts, in regions where people have lost hope for peace. I believe we can achieve peace in the Middle East."

German Foreign Minister Joschka Fischer, who met with Powell, renewed his government's support for the Bush administration's attempt to end the violence and move toward peacemaking.

Fischer said Germany's large Muslim minority enhances the Berlin government's interest in a settlement of the Arab-Israeli conflict.

Arafat has been confined to Ramallah since December and to his battered headquarters in the West Bank city for a month.

"He's free to go whenever and wherever he wants to go," State Department spokesman Richard Boucher said.

At the same time, Boucher urged U.N. officials to consider Israel's complaints about the composition of a fact-finding delegation to a Palestinian refugee camp in Jenin. "The United Nations should work with the parties involved, the Israelis and Palestinians, to try to coordinate on this mission," Boucher said.

"We look forward to a thorough and impartial assessment from this team to the secretary-general (Kofi Annan) of the recent events in Jenin," the U.S. official said.

Israel, fearing a smear campaign, has sought to revise composition of the delegation. It has denied allegations that Israeli forces massacred scores of civilians while hunting down terror suspects and blocked the inspection.

Powell has tried to broker a compromise. He told the Senate last week that Assistant Secretary of State William Burns had found no sign of a massacre during a 3 1/2-hour inspection of the camp.

Page

PLO envoy says Palestinians won't reduce demands for territory lost in 1967 The Associated Press April 30, 2002 Tuesday

LOAD-DATE: May 1, 2002

**April** 29, 2002 Monday
**SECTION:** STATE DEPARTMENT BRIEFING
**LENGTH:** 5285 words
**HEADLINE:** REMARKS BY **HASAN ABDEL RAHMAN,** PALESTINIAN REPRESENTATIVE TO THE
UNITED STATES TO THE COUNCIL FOR THE NATIONAL INTEREST FOUNDATION
LOCATION: WASHINGTON (D.C.) CONVENTION CENTER
**BODY:**
MR. RAHMAN: Good afternoon. I'm really honored and delighted to be here this afternoon to share with you our perspective on what's happening. I'm sure that many of you probably know much more about the issues than I do. And that is the challenge I'm facing now -- to tell you something that you don't know.
I was sitting with Mrs. Quigley, and she asked me the question -- she said, "How things are (sic) going to change in the United States?" And I said, "When there's a leader in the United States who will stand up and speak about the national interest of America. And not only -- (applause) -- about their personal interest." The problem with the policy of the United States is that leaders -- whether they are in Congress, whether they are in the media, whether they are in public life in general -- they are concerned about their own interest and not about the national interest.
And that's why members of Congress find it profitable for them to be anti-Palestinian -- not legal, not moral, but profitable. It's easy to raise funds in the United States if you are anti-Palestinian, and it is not costly for many people to be anti-Palestinian, because they do it with impunity. And it has also become the same thing for Israel and the United Nations. Literally, Israel is getting away with murder, because of the protection that Israel is afforded at the United Nations by the veto power of the United States.
Look at what's happening today, as we are sitting here, on the issue of the commission -- the fact-finding commission that the Security Council approved in a resolution of the Security Council that the United States sponsored and was voted for by every member of the Security Council to establish a simple fact-finding mission to go and investigate what happened at Jenin refugee camp. The Israeli government at the beginning said they had nothing to hide, and today we hear that the Israelis are opposing the commission on the following grounds:
First of all, the composition of the commission, which is made of three very prominent international leaders: the former president of Finland, the former president of the International Red Cross, and the former president of the High Commission for Refugees.
Page 258
Federal News Service April 29, 2002 Monday
Second, Israel is demanding from the Security Council that -- first of all, to change the composition of the commission. Second, they want to decide the mandate of the commission.
Third, that nothing of the findings of the commission should be published. (Laughter.)
Fourth, the findings of the commission cannot be grounds for trial of Israeli commanders who may be involved in war crimes.
So here the -- Israel is trying to dictate to the Security Council not only the composition of the commission, but also they want to write the report of the commission. And this is not unexpected from Israel. But I have heard American officials who represented the United States at the United Nations, like Bill

Richardson, who is running for the governor of New Mexico, supporting the Israeli position. I heard lawyers who happen to be members of the Jewish community also opposing the Security Council. There are so many people who declare themselves experts on the Middle East, who are justifying the position of Israel, which goes counter to international law and to the international legality.

When it comes to any other state, they are asked to abide by the provisions of the Security Council.

Is -- the United States is preparing to invade Iraq because allegedly Iraq is not implementing the resolutions of the Security Council, yet Israel has not once respected one single resolution of the General Assembly or the Security Council. I spent 10 years of my life at the United Nations, and I have been involved with the United Nations business on the Middle East for the last 28 years, and I have not seen Israel respecting once any of the resolutions of the Security Council. On the contrary, Israel has violated every single one of them, and yet by American officials, Israel is called the only democracy in the Middle East. It is above the law, it is over the law, it is beyond the law, yet it is described by many people as the only democracy in the Middle East.

Israel, of course, is not a democracy. Israel is a -- the only theocracy, in fact, in the Middle East. Because democracies do not oppress other people. Democracies do not steal the land of other people. Democracies do not kill people indiscriminately. What happened in Jenin is not the number of Palestinians that were killed, it is the methods by which Israel killed those Palestinians. Because people are engaged in semantics, whether is there a massacre or there is not a massacre. What makes a massacre? Five people? Ten people should be killed? Twenty? A thousand? Two thousand? Or is it the method by which you kill people?

Israel used illegal methods that can be considered under international law as war crimes, including demolishing homes over its inhabitants. We pulled 16 people out of the rubble of Jenin after two weeks -- alive. There are many Palestinians who are still buried under the rubble of their modest homes in Jenin. Israel used Apache helicopters to fire over 100 missiles into the residences of Jenin.

Israel prevented humanitarian aid from reaching the wounded and the hungry, and it prevented international press from arriving to the refugee camp.

Page 259

Federal News Service April 29, 2002 Monday

But Jenin was not the only place. Nablus, the old city of Nablus was destroyed also. (Al-Akbar ?) in old Nablus, which is the home of so much human patrimony in terms of old antiquities, in terms of places that were built in the 10th and 11th century, they were demolished by the only democracy that we have in the Middle East, and with impunity. And we hear people in Washington and elsewhere describing Israel as a democracy, and Sharon as a man of peace. That was President Bush, unfortunately, how he described Sharon.

And there's also this distortion of facts about what led us to where we are today. I appeared on no less than a hundred television shows in the last month alone, and in each one of those talk shows, the question is focusing on Palestinian violence, but no one asked the question to the Israelis about their occupation of Palestinian territories. So the media in this country and the politicians adopted not only the policy to support Israel, but Israel -- also they adopted Israel's terminology to describe the situation.

No one -- and I have a hell of a hard time, I have become like a broken record trying to tell people, Listen, the original sin is the occupation. For 35 years the Palestinian people have endured one of the most brutal colonial

occupations in modern history. How many people know that the Palestinian people are the only people today who live under foreign military occupation? This is really longer than the occupation of Japan, of Korea, at the beginning of the last century.

And this is not an occupation like any other occupation, because this is not only a military occupation, this is a subtle colonial occupation.

They steal the land, they humiliate the people, and they make three generations of Palestinians who were born under occupation, denied their very basic human and political rights. And so this occupation, which is a system of violence and system of terror imposed on the Palestinians, is accepted. But when a Palestinian tries to change this situation, well, then he's called -- or she -- is a terrorist.

That is what has been implanted in the minds of the American public, and that is the challenge we are facing today, in order to change those perceptions -- because I am sure that if the American public understand what happening, they will not tolerate it -- because the average American man or woman are decent, fair-minded people. But the distortion that has taken place in the last not only 35 years but since the foundation of Islam.

No one even thinks that Israel was the first state in our region to engage in ethnic cleansing. No one dares to speak about it -- because when Israel expelled over 1 million Palestinian refugees in 1948 to make place for Jews who were coming from Europe and from the United States and from South America, to build an exclusive Jewish state -- a state for the Jews -- and those who are not Jews can go somewhere else -- isn't this what we mean by ethnic cleansing? Even today, without -- shamelessly, people speak that Israel must have a Jewish majority. Imagine if any other state in the world said that "We have to have a Christian majority."

So if people who are not Jews have more children, should we kill them so Israel will remain a Jewish majority? This is the most ridiculous and the most anti-democratic and anti-human position. That's what they are -- (applause) -- Page 260

Federal News Service April 29, 2002 Monday

honestly. I mean, it makes me so mad even to think that decent people, fair-minded people will adopt those positions without -- uncritically. Because imagine -- yesterday, for example, Saudi Arabia is sponsoring a campaign of advertisements to explain the relationship between Saudi Arabia and the United States.

Today all the American networks are questioning, "Why Saudi Arabia is doing this?" Yet Israel and the pro-Israelis have been spending tens of millions of dollars on advertisement in America, where America is pro-Israel, and no one is questioning that. The United States is building a television network for $235 million to reach the minds and the hearts of the youth in the Arab world, and Saudi Arabia cannot and should not, according to some, even use what is legal in the United States to explain our position. This is what we call one-sided, biased position of many in Washington.

Take, for example, the whole issue of what happened in Camp David and the blame that is laid on the Palestinians that we have rejected the most generous offer that the Israelis made to the Palestinians, and we did not want a state, and we want to destroy the state of Israel. This is absolutely nonsense, because what was offered to us in Camp David was no more than 75 percent of the 22 percent that is ours.

I mean, when I was born, there was no Israel, so my generation of Palestinians were born as Palestinians. And we saw our country dismembered. We saw our society uprooted. We saw our culture and heritage destroyed by the

Israelis. And we came back for the sake of peace many years later, and we said, "Okay, we will accept 20 percent of historic Palestine to build a Palestinian state and live in peace with Israel."

And when we came to negotiate after we signed the Oslo accords, which were supposed to incrementally lead to the ending of Israel's occupation of the Palestinian territories, we came -- instead of Israel shrinking and diminishing its occupation of the Palestinian territories, between 1993 and the year 2000, 100,000 Jewish settlers were brought into the West Bank -- while we were negotiating an end of the occupation.

The policies of Israel on the ground and the harassment of Palestinians and the occupation continued. They continued. The checkpoints continued. The harassment of people continued. The indiscriminate and random shooting of some Palestinians continued.

So the -- while we were negotiating an agreement, a peace agreement, here in Washington and in Oslo and in Cairo with our counterpart, the Israelis, the Israeli army and the Israeli policies on the ground continued as policies of occupation. So there was a discrepancy between what we were doing and what the Israelis were implementing on the ground.

And so even the people who wanted to support the peace process were alienated because of the this discrepancy. We reached agreements that were never implemented.

And people became extremely angry. But we kept the Palestinian people under control, because we told them, "There is light at the end of the tunnel. We are going to reach an agreement with the Israelis, and this agreement will give you

Page 261

Federal News Service April 29, 2002 Monday

a state on the West Bank and Gaza."

And we came to Camp David, and in Camp David we discovered that the Israelis came in fact not to negotiate, but to impose and dictate a settlement on us -- a settlement that would -- with our acquiescence, would have taken away no less than 25 percent of the West Bank, that will -- kept Israeli military control in the Jordan Valley. They would have continued to control the borders with Jordan. They'd control the skies of the West Bank for their own air force. And they will have control over the two aquifers of water in the north and the south of the West Bank. So -- and those three pieces of land will be literally either reservations or Bantustans.

And the question of refugees, while we have 4 million Palestinian refugees who are -- who have homes, who have properties, businesses, families in Palestine, in what is now Israel, the Israeli delegate to the negotiations said Israel bears no legal or moral responsibility on the issue of the refugees. I said, "What do you mean? Those people became refugees as a result of an earthquake, or because you expel them? You are claiming compensation for Jews who left Czechoslovakia and Hungary 55 years later. Why can you have the right to claim compensation for the rights of Jews who left Czechoslovakia before you became a state, and we cannot claim the same rights of our people?"

I mean, it does not -- we cannot -- if you want to have a peace that will last between the Palestinians and the Israelis, we need to close this file also, the file of the refugees, because this is -- 50 percent of the conflict between the Palestinians and the Israelis is the question of refugees. And we are bound by an agreement that we will solve the question of the refugees fairly and realistically. We do not pretend to create another Palestinian state in Israel. So let's -- they refused.

So what was offered to us really is something that we could not accept. We told Israel and the Israelis and President Clinton: "Listen, there are the

borders of 1967. Let's agree on those borders, and then we will negotiate all other issues. Settlements, Jewish settlements. We can also negotiate the water rights, we can negotiate the security issues, but we have to establish that all those issues cannot be dealt with territorially. We have -- like you did with Egypt, you made security arrangements with Egypt in the Sinai, but you did not take Egyptian territories. In our case, it is the same thing. We are willing to negotiate security arrangements that are for the benefits of both sides, Palestinians as well as Israelis, but we cannot concede territory because the borders of 1967 are the minimum acceptable to the Palestinians. And if there are any minor adjustments on the borders, they have to be mutual and reciprocal in terms of value and in terms of size. But we cannot -- of this 22 percent that's left to us from historic Palestine, we cannot make more concessions on the issue of territory." Of course, we did not reach any agreement.

Next day, President Clinton, although we agreed with him that no blame should be assigned to anyone and let's consider this summit in Camp David one step towards further summits and further negotiations, the next day President Clinton, unfortunately, together with Barak, went on American television and blamed Yasser Arafat for the failure of the Camp David agreement. And of course he had promised President Clinton, in my presence -- he said, "I will not blame you for the failure of Camp David if we do not succeed in the agreement in Camp David."

Page 262

Federal News Service April 29, 2002 Monday

But of course at that time Hillary Clinton was running for the Senate in New York. And Al Gore was running for president of the United States. So it is easy to sell the Palestinians to the electorate in exchange for money and support. And now Mrs. Clinton, who historically supported the right of the Palestinian people to a state of their own today, unfortunately, after she became a senator of the United States from New York, she has changed her policies and her positions. And she has become one of the advocates not of the Labor Party policies of Israel but the Likud policies of Israel. And again, because it is not the national interest that drives those people; it is really their personal political interest.

And that's why we need to reach the American public. We need to explain to the American public why it is in their interest to have a fair and balanced agreement between the Palestinians and the Israelis -- because Sharon, if he is left to his devices, he will take the region once again to many, many years of confrontation and war; because Sharon's ideology does not include a place for a Palestinian entity in the historic Palestine. That's why Sharon's invasion was not really to destroy the infrastructure of the so-called terrorism in the West Bank. But he -- his campaign was intended to destroy the infrastructure of the Palestinian society.

I cannot understand how destroying telephone poles would serve the security of Israel; how destroying the roads that were built in Ramallah and in Jenin and Nablus with money donated by the European community --bulldozing those roads served Israel's security; how destroying the water pipes; how not letting the Palestinians bury their dead can serve the interest of the -- Israel.

You know, all of you, that the third day after the occupation of Ramallah, there were 29 corpses, bodies in the hospital of Ramallah that were not allowed to bury. And they had to dig a mass grave for them in the yard of the hospital and bury them. And women told their little children to watch their parents being buried by the officials of the hospital, because they were not allowed to bury their dead.

Israel yesterday alone, they took the tanks and destroyed the cars that

Yasser Arafat uses for his travel. I don't know how a car belonging to a
Palestinian official affects Israel's security.

I mean, it is the most absurd and the most criminal behavior. When we try to
compare this with what happened during the Second World War in Europe, people
become upset, because those same people who were the victims of the Holocaust,
an appalling crime that was committed against the Jews of Europe, are doing to
the Palestinian similar actions. And I know it is (fair ?) to say that, because
when you -- when a commander of the Israel instructs his soldiers to "put a
bullet in every window" of every house in Jenin, what does that mean? I'm not --
I'm quoting an Israeli reservist that was interviewed in the Washington Post. He
said, "We were instructed to put a bullet in every window," meaning that
anything the moves has to be fired at.

There were so many people who were killed in the West Bank, over 300, not
counting Jenin, in the last two weeks. And every day, if you look at the
newspapers, you will see, it has become -- people have become so numb to
Palestinian suffering and to Palestinian death. You know, two Palestinians
killed in (Rafah ?); three in Ramallah; five in Jenin; two in Nablus. They
Page 263
Federal News Service April 29, 2002 Monday
become figures, numbers. But when there is an Israeli killed, his name is "Moshe
Haim (ph); he was born; he loved music," so he becomes very, very personal.
They have attempted to dehumanize the Palestinians, depersonalize the
suffering of the Palestinians, so it becomes something natural, something -- and
that's why we have to make sure that the American public understand that we love
life as much anyone else.

We don't like to see our children committing suicide and killing others in
the process. I personally oppose it. I'm against it, not because of what it does
to Israel, but because of what it does to our society and our children. I
condemn and I blame Sharon for turning our children into suicide bombers. Those
were not born as suicide bombers. Those were left to desperation and to
hopelessness, because when a child is born in a refugee camp, and he sees his
mother and father and sister humiliated on a daily basis, he sees no horizon.
And he sees an Israeli soldiers carrying a gun every day and the Jewish settler
carrying a gun also next to him. Those are situations that lead people to
becoming violent and committing violent actions.

We love life, and we enjoy life, and we want our children to live and produce
and constitute the promise and the future of our society. But what Israel is
doing to our people is really criminal.

And that's why we need the occupation to end. We have all to stand up and
say, "The occupation must end," not only for the sake of the Palestinian, but
also for the sake of the Israelis, because if we do not have peace, they will
not have peace. And if we do not have security, they are not going to have
security, regardless, because anyone who believes, in Israel or anywhere else in
the world, that the Palestinians people will give their right -- will give up
their right to live as a free nation, they are absolutely mistaken, because I
always say that we learn from Americans -- "Give me liberty or give me death."
(Applause.) And we value freedom as much as everybody else does.

And so I say once again, for the sake of future generations of Palestinians
and Israelis, for the sake of peace of our region and for the sake of the
interests of the United States, we need to end this occupation and allow
Palestinians and Israelis to live as neighbors in two independent, secure states
next to each other. That's the only way. (Applause.)

Thank you very much.

MODERATOR: The ambassador's agreed to take a few questions. Keep them short.

Make them pungent, and make them informative about the future of
U.S.-Palestinian and U.S.-Israeli relations. Thank you. Is there anybody out
there who wants to --

Q Yeah, Ambassador, thank you for being on a hundred television programs in
the last couple of weeks.

I saw you at a very important time for me from a hotel in Jerusalem a couple
of weeks ago. And I want to commend you for your ability to be passionate and
yet measured when you're dealing with inane comments by Netanyahu here in
Washington, D.C., that day. And I forget some of the things I've seen you do,
but I'm --

Page 264

Federal News Service April 29, 2002 Monday

I think if there is one reason for why we're hearing maybe the tide is
turning, you might be it, because you're so good at speaking on national
programs.

MR. RAHMAN: Thank you. (Applause.)

Q I just wanted to ask you briefly if you -- we've learned after the fact
that our CIA and even more covert North American operations in Nicaragua, El
Salvador -- I heard it said in Ramallah that -- or in Jericho that -- a person
said, "Sharon is a guy that needs to keep things a basic level, a very black and
white." And so all of these things help his cause.

Do you think there's any -- do you have any personal knowledge or thoughts
you're willing to share on what role, if any, Israel might have played in any of
these homicide bombings?

MR. RAHMAN: I honestly don't know, and -- because -- and I don't want to
speculate. But let me say this: Some Palestinians again are very, very
frustrated by what they see. Remember that this -- those suicide bombers are
very, very recent phenomenon. I mean, they are not old in terms of tactics; they
just have become common as the situation become (sic) more desperate. And some
of the people who are involved that I had the opportunity to look at their
background -- I found that really there are -- many of them; not all of them --
some of them, of course, are ideologically motivated, but others are really just
regular people who have had it and said "Enough is enough" and they become --
they lose -- they -- there's a blurring between life and death.

I will never forget this young woman who was from Colombia refugee camp who
said -- who was working with the Palestine Red Crescent for two years. And said
that she had seen so many body parts over two years of young Palestinian kids
destroyed by the Israelis that she became so angry, because she had -- she was
working with the Palestine Red Crescent, and she was collecting legs and arms
and heads of young Palestinian kids who were killed by Israeli helicopters. And
she said, when she wrote her letter to her family before going, and they found
it later on -- she said that she couldn't take it anymore, and she wanted to
bring revenge on Israel.

So what I'm trying to say is, people are not born, really, as suicide
bombers. And I don't know; maybe -- I cannot say, honestly, because I don't
know. And I don't want to speculate, and I'm a responsible person. And I cannot
really make accusations that I cannot support. (Applause.)

Q I also would like to commend you and praise you for what you've been doing.
I've watched you for a number of -- on a number of shows. I don't get up and
talk very often, but I over the years have been -- last almost 20 years --
contributing to these organizations. I was one of the original contributors to
this organization and many others. I've been involved in the Middle East for
over 40 years.

I happened to stay in Israel in 1961 with one of the original Zionists there

from Los Angeles, and I learned -- I went there very pro-Israel and left very anti-Israel My feeling was that these individuals on this particular kibbutzim -- he started the second oldest one. He moved there in 1922, started the kibbutzim in 1926. And he said he was Begin's right-hand man during the '48 war, Page 265

Federal News Service April 29, 2002 Monday

and in 1961 he was involved in the ones planning the '67 war. And he would go twice a week to Tel Aviv to meet with a group that were planning the war. The kibbutz was right below the Golan Heights. And he would stand with me outside the building and say, "Someday that's going to be ours. We're going to take -- start a war, make the world believe that the Arabs started the war, and we're going to take more land."

And I can tell you, it happened. And in 1967, I was so depressed I couldn't believe it. But I'm a person, in fact, that is quite ashamed of our government supporting Israel, and it just makes me angry. (Applause.)

So it really isn't a question, but I just want to thank you for what you're doing.

MR. RAHMAN: Thank you.

Q It may be a broken record, but keep it up. (Applause.)

MR. RAHMAN: Thank you. I will.

Q Mr. Ambassador, I would like to ask you what you think of the prospects of the Saudi plan, and what is your assessment of the current U.S. government position behind the Saudi plan.

Thank you.

MR. RAHMAN: Yeah. Well, I think the Saudi plan -- initiative is -- in my view, is a very -- and the views of all the Arab countries -- it's not the Saudi plan anymore, it is an Arab plan, because after it was endorsed by the 22 Arab countries at the summit in Beirut, it has become an Arab plan. And it's a very balanced plan because it is consistent with resolutions of the Security Council and with international consensus. It calls for Israel to withdraw from the West Bank and Gaza and the Golan Heights and the parts of Lebanon that are still occupied, and the Arab world will establish a normal peace with Israel.

I mean, this is really the bottom line, and this is the formula that, whether it is today or 20 years from now, is going to be the formula to achieve peace. Without these basic principles, we are not going to go anywhere.

The problem is that in Israel we have a government that is not and will not take yes for an answer. The Israelis have been saying for many years that they do not have a counterpart in the Arab world. Now we have the counterpart. Not only one country, but all the Arab countries.

I've come to the conclusion again that -- not today, many years ago, that the United States, which is the only superpower that's left, the United States, which gave Israel no less than $100 billion since its foundation, and the country that provides Israel with the political and diplomatic and economic and military support -- if the United States takes a strong action and a strong position on this issue, I assure you no one in Israel is going to say no to the United States, no prime minister of Israel.

In fact, it is reported today in the Washington Post, somebody in Israel is Page 266

Federal News Service April 29, 2002 Monday

saying, "Listen, every prime minister who opposed the United States lost the election in Israel."

So the United States cannot deal with Israel in the same way it deals with any other nation, because really Israel owes it life and its existence to the United States, because the day -- I assure you, if the United States just

withdraws its protection of Israel, at the United Nations, you will have Israel
as an outlaw state.

So we feel that there is acquiescence in the United States. There is not
enough seriousness to pressure Israel into accepting what is in the interest of
everyone, including the United States.

We have no problem in fact with the United States supporting the right of
Israel to exist. Our quarrel with the United States is to support the
expansionist policies of Israel. So within the boundaries of the state of
Israel, which is the boundaries of 1967, we have no problem. Our problem with
Israel and with the United States comes when the United States started
supporting the abuses and the violation of Israel -- by Israel of the
Palestinians and the Arabs beyond the 1967 boundaries. That's what is
endangering the prospects for peace.

So, to go back to your question, the Saudi plan is a very important plan. It
sets -- lays the foundations for a comprehensive and lasting peace. Maybe it's
not a just peace, but it's an acceptable peace. (Applause.)

Q Mr. Ambassador, as someone whose brother was killed on the USS Liberty, I
grieve with you on your 35th anniversary of this war of aggression not only
against the Palestinians, but also against the Americans. And I have some
questions, if you -- I don't know if you can answer. We are still -- we are the
survivors of -- and the -- my family members are trying to find out why Israel
did this to us. We know that it was on purpose.

We also want to know, in 1982 (sic), when they -- these Marines were killed
in their barracks in Lebanon, why. Do you have any proof -- I -- we know that --
we're pretty sure that the Israelis knew about it and didn't tell us.

So we're wondering if, all along, with the blowing up of the installations in
Egypt, the Liberty, the Jonathan Pollard -- by the way, Pollard's information
was in Soviet hands in 24 hours -- the blowing up of the Marines in the barracks
-- if there was something that the Israelis knew, didn't tell us because they
want to draw us into their war as big brother to fight all their neighbors. Do
you know anything about that?

MR. RAHMAN: No. Again, I confess ignorance on those issues, because,
honestly, I don't know. And I, again -- in my position, I cannot even speculate,
because when you speculate -- you know.

Q Yeah, exactly. Well, the other question I have is, the solution for all of
this would be, then, for the Israelis to remove themselves from the settlements
in the West Bank and Gaza --

MR. RAHMAN: (Inaudible.)

Page 267

Federal News Service April 29, 2002 Monday

Q -- and then how do they deal with their security?

MR. RAHMAN: Well, we are ready to accept as part of any agreement an
international peacekeeping force, like in every other situation. If the
bilateral arrangements are not sufficient for Israel, we are willing to accept
also an international peacekeeping force. We are willing to consider
demilitarized zones. We are consider -- we are willing to accept any arrangement
short of conceding territory, because that's what we cannot do. Anyway, I --

Q Thank you.

MR. RAHMAN: Thank you very much. It was really a great pleasure for me to be
here this afternoon. I wish you good luck, and you are the conscience of
America, because you are defending the national interest of the United States.
Thank you. (Applause.)

END

**LOAD-DATE:** April 30, 2002

Page 268

Content and programming copyright 2002 MSNBC.
ALL RIGHTS RESERVED.
Transcription Copyright 2002 FDCH e-Media
(f/k/a/ Federal Document Clearing House, Inc.)
ALL RIGHTS RESERVED.

MSNBC

SHOW: ALAN KEYES IS MAKING SENSE 22:00

**April** 29, 2002 Monday

**TRANSCRIPT:** # 042900cb.462

**SECTION:** NEWS; INTERNATIONAL

**LENGTH:** 7480 words

**HEADLINE:** Making Sense of Deals Being Made Between Israel and the Palestinians

**BYLINE:** Alan Keyes

**GUESTS:** J. Michael Waller; Nancy Soderberg; **Hasan Abdel Rahman;** Mark Regev; Dick Morris

**HIGHLIGHT:**

On Friday, Israeli forces reentered the town of Qalqilya. and President Bush repeated a call for Israel to halt its incursions into Palestinian territory. Israel and the Palestinians agreed to a deal, which would allow Yasser Arafat to move freely, following the establishment of British and U.S. troops guarding six Palestinian prisoners suspecting in an assassination plot.

**BODY:**

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOTBE IN ITS FINAL FORM AND MAY BE UPDATED.

ALAN KEYES, MSNBC HOST: Welcome to MAKING SENSE. I'm Alan Keyes. Up front tonight, deal making among Israelis, the Palestinians, and the United States. We're going to take a look at that today. A little later, we'll hear from the Palestinian representative to the United States and the spokesman for the Israeli embassy in Washington.

First, though, let's go over what has happened during the past several days. On Friday, Israeli forces reentered the town of Qalqilya. And President Bush repeated a call for Israel to halt its incursions into Palestinian territory.

Then on Saturday, Palestinian terrorists disguised as Israeli soldiers entered the West Bank settlement of Adora, going door to door, killing four people, including a 5-year-old girl.

That same day on the diplomatic front, President Bush spoke to Israeli Prime Minister Sharon several times to broker an end to the month-long Israeli blockade around Yasser Arafat's compound in Ramallah. Bush offered to have

Page 269

MSNBC April 29, 2002 Monday

American and British troops guard six Palestinian prisoners wanted by Israel in connection with the assassination of an Israeli cabinet minister.

Then on Sunday, the Israeli cabinet and Arafat agreed to the U.S. plan. And while President Bush applauded the decision to allow Arafat to move freely, he said that Arafat hasn't done enough.

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: One of the things that Chairman Arafat must do is condemn and thwart terrorist activities. And it's important he do so.

(END VIDEO CLIP)

KEYES: While they agreed to compromise in Ramallah, on Sunday the Israeli cabinet voted to continue blocking a U.N. fact-finding team from going into the

Jenin refugee camp, saying the composition of the U.N. team is biased against
Israel. And early today, Israeli tanks entered the city of Hebron in search of
militants. They killed nine Palestinians, that incursion, they said, in response
to the bloody attack that took place over the weekend.

Now, of course, that bloody attack punctuates, I believe, the difficulties
that one faces in looking at the face of diplomacy and the results that were
achieved over the weekend. Yasser Arafat, freed from his confinement, and yet
that kind of bloody terrorism continues unabated, not only exacerbating the
conflict as Israel responds to try to get at those who are responsible for such
actions, but also raising once again the specter that this is diplomacy that
flies into the teeth of terrorism and that therefore makes terrorism a winning
strategy.

This continues to be, I think, the problem that bedevils American diplomacy
as we deal with a part of the world in which one of the parties is making
systematic use of terrorism and yet at the same time still sitting down at an
acceptable interlocker and some kind of so-called negotiating process. Does
this, in fact, undermine the general tenor of the approach that we have taken
against terrorism?

We're going to be talking about that in the course of this half-hour, looking
at these events over the weekend to ask whether they, in fact, make a
contribution to ending the conflict or if they exacerbate it by encouraging the
terroristic approach.

Joining us now is J. Michael Waller, vice president for the Center for
Security Policy, and Nancy Soderberg, a former U.S. ambassador to the United
Nations Security Council and also a member of President Clinton's National
Security Council. Welcome, both of you, to MAKING SENSE.

J. MICHAEL WALLER, VICE PRESIDENT, CENTER FOR SECURITY POLICY: Hi, Alan.

NANCY SODERBERG, FORMER U.S. AMBASSADOR TO UNITED NATIONS SECURITY
COUNCIL:

Evening.

KEYES: Now, I would like to start by asking Nancy Soderberg to think about
Page 270
MSNBC April 29, 2002 Monday
what has happened over the weekend. Tell us what you think. But I want you to
reflect on what Defense Secretary Douglas Feith, a member of the same Bush
administration that helped to broker this deal, had to say about the threats
that are faced from terrorism. Here's what Defense Undersecretary Douglas Feith
is quoted as saying in a column today by Abe Rosenthal (ph): "We must ensure,"
he says, "that terrorism is not seen as a winning strategy."

I look at the results that were achieved over the weekend, Nancy, and I say
to myself, well, one part of the Bush administration is saying that terrorism
shouldn't be allowed to be seen as a winning strategy, and another part seems to
be offering to one of those who is quite evidently manipulating terrorism, seems
to be offering fruits of that terrorism. Isn't this a problem?

SODERBERG: There's no question that there are mixed messages coming from
Washington. The right hand and the far right hand don't seem to know what each
other are doing.

On the one hand, you have President Bush calling for Israel to withdrawal
from Ramallah. And the next day, President Bush gives Sharon a blank check. One
day he's going to negotiate with Arafat. The next he's not. It's really time
that the Bush administration, and particularly President Bush, put down a vision
and stick to it and direct his administration to follow it. They have no vision.
They have no plan. And it's time they got one.

KEYES: But one of the visions that has been pretty clearly articulated is the

vision of our war against terrorism, the consequence of the fateful attack that came against us on September 11th. I think everybody agrees that President Bush was clear and forceful and responsible in his response to that, and in the way he outlined what our response would be. And I think that clarity is reflected in something else Douglas Feith said. He said: "Terrorism is not politics or even war. It is deranged ideology in action. At stake is not just the fate of particular countries, but of all open societies."

If that kind of a statement is true, isn't it a grave error to treat terrorism against Israel and terrorism used by the Palestinians as if it were somehow part of some negotiating process that must be taken account of in the Middle East? Isn't that the loss of vision that we're seeing here?

SODERBERG: Well, I don't think there's any question that President Bush has fought the war on terrorism brilliantly. He's done the war in Afghanistan with courage and vision.

But the world is not black and white as much as one would wish it were. And the fact is that the war on terrorism has to be fought worldwide. But in the Middle East, it's a question of, how do you end the terrorism?

And to end the terrorism, you need to put a vision for a Middle East peace process on the table, push for it, and end these mixed messages. Only then will you stop the terrorism.

KEYES: Michael Waller, that sounds, when it is said I think, as if there is some logic to it. But there's one problem I always see with that. One can't end terrorism until terrorists stop practicing it. And if terrorists believe they're getting something out of it, aren't they just going continue to practice it? If

Page 271

MSNBC April 29, 2002 Monday

we have a Mid-East diplomacy that seems to reward this terroristic approach, aren't we undermining any hope that we'll see an end to terrorism as a tactic, Michael Waller?

WALLER: That's exactly what we're doing. As long as we reward terrorists, as long as we have them in our grasp and then let them go, they're going continue to wage attacks against us and our people.

KEYES: Now, I think we're supposed to react to the president's statement that Arafat must come forward and condemn and act to thwart terrorism as if it were a serious, tough statement. I have a problem, though.

And listen to this. This is again what Douglas Feith -- he's over at the Defense Department as part of the administration -- and he said the following about a serious approach to terrorism. He said: "We must take seriously the incitement to hatred that creates the intellectual atmosphere in which terrorism can flourish. If we seek the root cause of terrorism, this is where we will find it."

Isn't it true, Michael Waller, that Yasser Arafat represents an approach that has been in the schools and in the culture and the education and the formation of so many of the Palestinian young people and so forth? I mean to say that one episode of condemnation will undo all those years of careful preparation of the culture of terror, isn't that an absurdity?

WALLER: It is, especially if you take it beyond the Palestinian context. Yasser Arafat and his Fatah faction are really the embodiment of modern terrorism as we know it. The whole international terror network that sprang up since the 1960s and 1970s came from Arafat's forces, from Fatah, from the Palestine Liberation Organization.

And he has lived on that. He has capitalized on it. And the western countries have allowed him to wage this campaign.

I'll give you an example. There's no stat statute of limitations on murder,

but we have it from the National Security Agencies intercepts from 1973 when Arafat personally gave the order to assassinate the American ambassador to Sudan, Cleo Noel (ph), and his charge d'affairs, George Curtis Moore (ph). And both men were assassinated in cold blood.

We have those intercepts. In fact, the National Security Agency officer who intercepted the PLO communications from Beirut has come forward. And he's been trying to get these documents declassified so that we can talk about them. But Arafat murdered a United States ambassador and a senior American diplomat. And we've done nothing about it. We've just let him gain and gain and gain by continuing his campaign of murder.

And he's murdered a lot of Americans in the past several -- nearly a decade since this most recent peace process began. He's murdered dozens of American citizens in the Middle East.

KEYES: But, Nancy Soderberg, aside from direct involvement in terrorism, isn't there also an extent to which the terrorist network is kind of fundable? I was reading a story today in the "Washington Times" about an IRA terrorist who Page 272

MSNBC April 29, 2002 Monday

is over there training Colombian terrorists to do their work better. And, of course, there's been cross-fertilization between the elements of the PLO and other terroristic elements in the world.

It sounds to me when I listen to some of the folks who are talking in terms of this diplomacy, as you just said, as if they want us to believe that the Palestinian terrorism can be set aside, seen only in the context in the Middle East, and we're to forget about its role as part of the larger network of terror. Can we seriously do this?

SODERBERG: Absolutely not. And it's important to remember that Yasser Arafat has used terrorism in the past. He's endorsed it. He's renounced it. He's used it back and forth. And what we're trying to do is get him as the leader of the Palestinians -- like it or not, he's the one we have to deal with -- to move the process forward, make the 100 percent effort that Senator Mitchell called for, and move the process forward.

But the whole conversation is not going to ever end. You're going to have terrorism continuing. You're going to have Israeli incursions continuing until the Bush administration has a consistent policy to lead and put a peace plan on the table. And until they realize that and decide to lead -- and they're still debating it in Washington -- this unending cycle of violence is unfortunately going to continue.

KEYES: I'm sorry. I listen to you say that, and it seems to me that it's basically begging a question here. The people who are out there killing and going into houses and murdering 5-year-olds, this is part of the problem I have right now. I feel a gulf developing myself and many of the folks on the Palestinian side who seem to be able to regard with indifference this kind of chilling, cold-blooded slaughter of the innocent.

I can understand if in the midst of the battle you're shooting at a soldier and a 5-year-old runs into the line of fire. You can't stop in time. You're shooting at a building and the bullet goes through a window and kills a 5-year-old you don't see. But you go into a house you see a 5-year-old child, and in cold blood you have the ability to pull the trigger on that child, and you and I don't live in the same universe. We don't share the same moral sensibility. There is an abyss between us.

And it seems to me that you're talking as if Arafat has used terrorism yesterday. He's using it right now.

SODERBERG: No question about it.

KEYES: He seems to be getting what he wants for it. Can we let this go on?

SODERBERG: No, we cannot let it go on. The question is, how do you stop it? There's no question that Arafat is supporting suicide bombers, which is primarily children going out and blowing up innocent civilians. The Arab world is supporting these suicide bombers. They have a whole campaign to try to have suicide bombers inflict this horrible crime and terrorism against the Israeli people.

It's been strongly condemned. It's been strongly, horrifically condemned by

Page 273

MSNBC April 29, 2002 Monday

everyone as a horrific crime. The question is, what do you do about it? We all agree it's a horrible thing and it ought to be stopped. The question is, how do you move it forward? How do you stop it? And there's no question that Arafat could do much, much more to stop it.

With the release of him this weekend, he's going to be put to the test. Can he stop it? Can he bring about an end to this terrorism and move forward? What I'm saying is that none of that can happen in a vacuum.

KEYES: But, if I can, Nancy, Michael Waller, I listen to what Nancy is saying, "Oh, if he's released he's going get this chance." Didn't he have a chance even before this whole mess started? Wasn't he pretty much in control of Palestinian Authority? Weren't the Israelis, in fact, working in cooperation with his so-called security forces and so forth and so on? It seems that a lot of them were caching arms and building factories to commit acts of terrorism. They weren't fighting against it. Why should we believe that under present circumstances it's going to be different?

WALLER: We shouldn't believe it. Arafat has a track record going back to the early 1960s where he just murders his way into the power even among the Palestinian community. One reason we don't have good civilized Palestinians to work with on this is because Arafat assassinated them all and intimidated the rest of them out of taking part in the process.

So, I think we have got to look beyond Arafat. He certainly is not -- the Palestinian people don't sink or swim with him. In fact, when he did have power over the Palestinian Authority, he squandered it. He wasted huge amounts of money in aid. Corruption and incompetence characterized it. And his people were just as bad off then as they were when they were under foreign control so.

So, he really hasn't stood up for the Palestinian people. He stood up for himself and the cult of terror that he's addicted to.

KEYES: Now, we're right at the end of it, but I have one more question, Nancy, because I think it was raised just now in a way by Michael Waller. We keep saying Yasser Arafat, he's the leader, he's all we've got. Isn't he all we've got in part because we keep rebuilding him so he can be in a position to murder more moderate leaders and kill more people inside his own community with his practice of terrorism? Aren't we setting up the next generation of people who might want to end this sick dedication to terrorism for more murder, not the murder of Israelis, but the murder of Palestinian who is might offer a different voice? Why do we keep legitimizing the leadership that has killed off the moral heart of the Palestinian people every chance it gets?

SODERBERG: Well, unfortunately we can't choose the leaders that we'd like to negotiate with. As Prime Minister Rabin said at the White House lawn in 1993, "You don't make peace with your friends, you make peace with your enemies." And I think we have to keep putting forward a vision and hope that leaders will stand forward. There's no question that we have to end this horrible cycle of violence and strongly condemn it.

The question is...

Page 274
MSNBC April 29, 2002 Monday
KEYES: That raises a question, though. I want to thank you both. I really
appreciate you coming on, as always, to offer some lucid and clear points of
view, which we appreciate very much.
But I think one of the points of the matter is begged, Douglas Feith was
pretty clear and I think correct when he said that terrorism is not war. A
terrorist isn't just your enemy. And you don't sit down and negotiate with him,
either, because they have crossed the line in such a way that if you reward them
with negotiation you may very well be encouraging their deadly craft.
Next, the "Heart of the Matter," where we'll address these questions on
MAKING SENSE. Given the weekend's bloody terrorist attacks, was the release of
Arafat a dangerous concession to terrorism? Will this deepen the conflict or
help to end it?
You're watching America's news channel, MSNBC.
(COMMERCIAL BREAK)
KEYES: More than 200 people are protesting tonight outside the Century Plaza
Hotel in Los Angeles, the protesters mostly carrying anti-Sharon pro-Palestinian
signs. Inside, the president is speaking at a Republican fundraiser for Bill
Simon, the party's nominee for governor of California. The party is expected to
raise $2.5 million.
Coming up in our next half-hour, political adviser and commentator Dick
Morris on how President Bush is faring with the war on terror and the Mid-East
crisis, among other things.
A reminder that the chat room is open for business tonight. Trey says: "With
war, you can manipulate the economy and scare citizens into following blindly."
You can add your opinion right now at chat.msnbc.com.
But first, let us get back to our analysis of the events of the
weekend and the deal that led to the ending of the siege against Yasser Arafat
and the question of whether or not this is going to contribute to conflict or to
an end to the conflict in the Middle East.
Joining us to get to the "Heart of the Matter," Mark Regev, spokesman for the
Israeli embassy to the United States, and **Hasan Abdel Rahman,** chief PLO
representative to the United States.
I want to start this evening with Mr. Rahman because, obviously, this is in
one sense a victory, I think, for Yasser Arafat, an achievement in terms of
ending this siege. But at the same time, it came as a result of diplomacy by the
president of the United States who has stated quite clearly that he thinks that
it's Yasser Arafat's responsibility now to act against terror, not only to
condemn it, but to move to thwart terrorist activities. Do you think we're going
to see a vigorous effort in that regard now?
**HASAN ABDEL RAHMAN,** CHIEF REPRESENTATIVE TO THE U.S., PALESTINIAN
LIBERATION
ORGANIZATION: Let me first make one remark about what I have heard so far by you
and one of your guests at least, which amounts to Palestinian bashing and
selective account of history. Remember, Mr. Keyes, that Israel was created
Page 275
MSNBC April 29, 2002 Monday
through terrorism. Two of the first prime ministers of Israel were on the wanted
list for committing acts of terror -- Begin for blowing up the King David Hotel
and massacring 257 Palestinians in (UNINTELLIGIBLE), and Shamil (ph) for killing
the envoy of the United Nations, Conbernadote (ph).
Remember also that Israel, in order to create the state of Israel, there was
ethnic cleansing of one million Palestinians who are refugees today. So when you

speak about terrorism, I hope you take into consideration the terrorism that the
Palestinian people were subjected to and continues to be subjected to.
I don't believe there's any difference between one man killing people,
shooting at some civilians, or the Israeli army killing Palestinian civilians,
unless there's a difference in value of life that the Palestinian life is not
equal to Jewish life. Having said that...
KEYES: But wait, wait, wait, I want to discuss this for a minute because, I
really have a problem, Mr. Rahman. And I don't think you're showing enough
understanding of the natural reaction of folks like myself all over America.
(CROSSTALK)
KEYES: Let me finish. Let me finish. I haven't finished. Did I interrupt you?
I sat and listened patiently to you, OK?
RAHMAN: Go ahead, yes.
KEYES: But my problem is, Mr. Rahman, that I hear a report of a gunman going
into somebody's house, finding a 5-year-old girl, and shooting her dead. And I'm
trying to understand how anybody can pull the trigger on a 5-year-old. You're
comparing this and that act in the past with this and that. I want you to
address how right now I'm supposed to have sympathy for folks who are going into
homes killing 5-year-old children.
RAHMAN: No, no...
KEYES: ... not as accidents, not as -- can I finish, please? -- not as a
corollary of some attack, not as a bomb that went off accidentally killing some
civilians, but as a cold-blooded conscious act of murder. You tell me how you
understand that because I don't understand it at all.
RAHMAN: Well, I'm going to tell you. I, first of all, condemn the killing of
the 5 years old girl as well as any Israeli civilians. But what I'm trying to
tell you, which you have not answered me, is are you aware of what I spoke of,
the Israeli terrorism against the Palestinians, which was directed against
Palestinian civilians? Why you never on your show, Mr. Keyes, criticize Israel?
Is Israel above criticism? Does Israel exist above the law? Why I have never
heard you saying one thing about Israel?
KEYES: Because, frankly, Mr. Rahman, at the moment, I don't feel any
particular burden to be criticizing folks who are defending themselves against
bloodthirsty murderers of the innocent who do not have an excuse for that murder
at the moment because there's a better way to handle this situation.
RAHMAN: Well, Mr. Keyes...
Page 276
MSNBC April 29, 2002 Monday
KEYES: And, frankly, you keep coming...
RAHMAN: ... believe me, believe me...
KEYES: ... as if somebody is supposed to make apologies to you for the
revulsion that we feel against terror after we suffered thousands of deaths...
RAHMAN: ... (UNINTELLIGIBLE)...
KEYES: ... by just that mentality. It's not going to happen here.
RAHMAN: ... supposed to be informing the American public. You are misleading
the American public by this kind of presentation because you are not telling the
American public the truth. You're telling them your one-sided view of the
conflict in the Middle East.
KEYES: Quite the contrary.
RAHMAN: Yes, it is.
KEYES: Let me finish.
(CROSSTALK)
KEYES: Quite the contrary, Mr. Rahman. I seem to be one of the few people
right now willing to tell the American people the truth. And I'll tell you...

(CROSSTALK)

KEYES: ... let me go for a moment to Mr. Regev. And, Mr. Regev, I look at the situation over the weekend, I guess I can understand why the Israeli government kind of gave in to the pressure that came from the United States. But, quite honestly, do you think that releasing Yasser Arafat and his ongoing negotiations will make a positive contribution to ending the conflict, to ending the terrorism that has led to this cycle of violence?

MARK REGEV, SPOKESMAN, ISRAELI EMBASSY: Honestly, Alan, I just don't know. We agreed to this deal that President Bush has asked us to do. It's in many ways a personal request by the president to Prime Minister Sharon.

I hope, I pray that now we'll be able to pull out of Ramallah and a deal in Bethlehem will allow us to pull out of there, that with the Israeli pullout, the Palestinian leadership will take serious steps against terrorism. But I have to tell you I'm very cautious. We are very, very cynical about Mr. Arafat. We've seen his name on document where he's directly funded terrorist organizations, where he's directly been allocating money for suicide bombers.

We have a very, very tragic situation where the national movement of the Palestinian people has been hijacked by terrorists. And it's a problem. We don't see the Palestinians as enemies. But they have a leadership which is supporting groups like Hamas and Hezbollah and Islamic Jihad. They're conducting terrorist operations and continue to do so.

And we will pull out. And we're concerned that instead of picking up the

Page 277

MSNBC April 29, 2002 Monday

political bull that the president has passed to the Palestinians that they will, in fact, continue their terrorist operations. And we will, frankly, Alan, if they do continue terrorism, we'll have to respond.

KEYES: But what do you say to Mr. Rahman when he says that, well, Israel was founded by terrorists, and how is the terrorism that is going on now any different than what was practiced then? What is your response?

REGEV: Well, it's just factually incorrect, Alan. And I think everyone knows that. The Israeli underground when we were fighting for independence, we never targeted deliberately innocent civilians. There were no Jewish suicide bombers. There were no Jewish homicide bombers. We didn't deliberately target women and children. It's just not true. It's just not true.

Israelis, we have very strict moral rules in the current conflict. The chief of staff of the Israeli army give a personal order to every soldier to avoid as much as possible innocent civilian casualties. We were trying surgically to deal with the terrorists. The terrorists are our enemies, not the Palestinian people.

KEYES: One of the questions I've often had, there's an accusation that Israel has been disregarding the lives of innocent civilians. But wouldn't it have been much more effective and efficient in some respects when you met with the kind of resistance you met with in Jenin to simply call in air strikes and get it over with?

REGEV: If we weren't so concerned about civilian casualties, that's exactly what we would have done. It's much easier to bomb from the air, indiscriminately shell from afar, Alan. But we went house to house in terrible fighting, terrible fighting, in which we lost some two dozen of our soldiers in house to house fighting with armed terrorist fanatics, people who were willing to die for their cause -- Islamic Jihad, Hamas, other extremists -- and it was difficult, difficult fighting.

KEYES: Well, I would like to give Mr. Rahman a chance to address that question, though, because it does seem to me that the Israelis have other means

available. If they were interested in just whole sail slaughter and destruction, they could have done it much more efficiently than they did. What makes you think they would take the hard way if their aim was simply to kill innocent people?

RAHMAN: But this is inaccurate because they used Apache helicopters. And they fired over 200 missiles.

REGEV: Not against civilians, sir.

RAHMAN: Let me finish. You did attack the refugee camp with 200 missiles. You did find it more efficient to bulldoze the homes of the Palestinians over their heads. We pulled 16 people from under the rubble. You found it much more convenient to let people bleed to death without allowing ambulances to arrive there.

REGEV: Can I bring up the issue of ambulances, please? This isn't fair.

RAHMAN: There were crimes of war committed by Israel. And if Israel does not

Page 278

MSNBC April 29, 2002 Monday

have anything to hide, why don't they let the international community to send the commission to investigate? Why you are delaying that commission?

KEYES: Now, Mr. Rahman, hold on. Mr. Rahman, let him answer your question. You asked it quite extensively. Let him answer it. Go ahead.

REGEV: First of all, about the ambulances, first of all, we unfortunately have to search and hold up ambulances because we've had continual cases where the Palestinian Red Crescent Society...

RAHMAN: For two weeks, you do not allow one (UNINTELLIGIBLE)...

REGEV: ... the Palestinian Red Crescent Society has used the ambulances to traffic in arms and even suicide bombers.

RAHMAN: Absolutely not...

KEYES: Mr. Rahman, let him finish his answer, please.

REGEV: The International Committee of the Red Cross has documented this, has made an official complaint to the Palestinian Red Crescent Society. So don't believe the Israeli government. Believe the International Committee of the Red Cross, who has condemned the Palestinian Authority for using Palestinian ambulances for weapons, for carrying suicide bombers, for smuggling terrorists, and so forth.

RAHMAN: That is inaccurate because...

REGEV: I can show you the press release from the International Committee...

(CROSSTALK)

KEYES: Gentlemen, thank you very much. We're going to have to go. We've come up against our hard break.

I want to thank you both. As always, I think events will certainly justify us in continuing this discussion and trying to contribute to a better understanding of the views on both sides. Thanks for coming.

Next, we're going to have longtime political adviser Dick Morris talking to us about President Bush and how and whether his statesmanship measures up to the standards of modern history.

You're watching America's news channel, MSNBC.

(COMMERCIAL BREAK)

KEYES: Welcome back to MAKING SENSE. I'm Alan Keyes.

Joining us now, Dick Morris, political adviser and author of the new book, "Power Plays -- Win or Lose, How History's Great Political Leaders Play the Game."

Welcome to MAKING SENSE.

Page 279

MSNBC April 29, 2002 Monday

DICK MORRIS, POLITICAL ADVISER: Hey, Alan. It's good to be here. I have great respect for you and for the way you ran for president and stood on principle when you did.

KEYES: Well, one of the things...

MORRIS: I just wish you'd succeeded with...

KEYES: One of the things I might have learned from your book is how to do that successfully and when and so forth.

And that's a question I have. We've come out of a discussion right now of the Middle East, and it seems to me that this is an area very much in line with the theme of parts of your book, about how the great political leaders deal with the problem of trying to adhere to principle.

Now President Bush was very clear on the principle when the whole war on terror started in the wake of September 11th. He had, in fact, great clarity in the statements that he did make.

MORRIS: He sure did.

KEYES: And then we've found in the recent statements coming out of the Middle East a lot less clarity, as this Middle East policy develops. What do you make of Bush's statesmanship in the context of the Middle East and of the need to maintain some kind of a coherent sense of integrity in the war on terror?

MORRIS: Well, I see it just the way you do, Alan, as a bifurcated process. In the beginning, Bush was terrific. I mean, my book -- I have a chapter on mobilizing the nation in a time of crisis and show that Bush is acting just like Churchill and Roosevelt did and not like Lyndon Johnson did in Vietnam in that he's telling the American people the truth, keeping them posted, keeping them informed, and never being prematurely optimistic.

But I think that, in the last three or four weeks, he's lost his focus. He's a compass needle that is not always pointing north, and he's missing the message that men and women who stand on principle have.

I evaluated Reagan, DeGaulle, Lincoln, and Churchill, and what I found is that they're the compass needle that always points north, and, eventually, people want to go north, and when they want to go north, they vote for them. When they don't want to go north, they don't.

And Bush has a country that wants to go north, that wants to follow him against Iraq, that wants to follow him against Iran and North Korea and go down that whole axis of evil list, and, all of a sudden, he's talking about Headstart training for teachers and volunteerism and charitable donations and cloning, and he's mired in the tar pits of the Middle East. There are bones of secretaries of state in those tar pits, and I just worry that Bush is getting mired in those.

KEYES: Well, let me ask you a question and illustrate it a little bit because -- first, I want to play for you one of President Bush's statements about America's own war on terror. Here's what he said.

Page 280

MSNBC April 29, 2002 Monday

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: Anybody who harbors terrorists needs to fear the United States and the rest of the free world. Anybody who houses a terrorist, encourages terrorism will be held accountable.

(END VIDEO CLIP)

KEYES: Now here's what he said when Israeli troops invaded Palestinian territory following terror attacks in Israel.

(BEGIN VIDEO CLIP)

BUSH: It's not helpful, what the Israelis have recently done, in order to create conditions for peace. I understand someone trying to defend themselves and to fight terror, but the recent actions aren't helpful.

I meant what I said to the prime minister of Israel. I expect there to be withdrawal without delay.

(END VIDEO CLIP)

KEYES: Now common sense would suggest that the Israelis were doing exactly what the president said.

MORRIS: Yeah.

KEYES: They were going after where the terrorists were housed, going after their material, going after their infrastructure, as well as the terrorists themselves.

If that is, in fact, a way in which one approaches the war on terror, shouldn't one treat the Middle East right now in the context of the war, not the war in the context of the Middle East?

MORRIS: Absolutely. And I think that Bush is being misled by three factors. The first is the western Europeans and the moderate Arab leaders who've sold him a bill of goods, which is "You've got to be tough on Israel to win global support."

We don't need global support to go after Iraq. We have aircraft carriers. We could have bases in Northern Iraq. We have Turkey, and we probably can count on Kuwait.

Secondly, his economic advisers have deceived him into believing he needs to worry about an oil boycott. Those Arab countries are desperate for the oil revenue. There's no way they're going to have a boycott.

And finally, he's gotten deceived into the notion that he needs to be evenhanded in order to perpetuate a global unity, which is the same trap his father fell into. And the message of people that stand on principle is they follow Ralph Waldo Emerson's quote, which is, "If a man take a stand upon his instincts and there abide, this great huge world comes around to him." And it

Page 281

MSNBC April 29, 2002 Monday

was working for Bush until he got off his instincts.

KEYES: Well, what do you think explains that, though? When you look at G.W. Bush, compare him to a Reagan or a Lincoln or one of the earlier presidents, what explains the susceptibility to that deviation from more consistent action on principle? Or is there one?

MORRIS: Well, Reagan had the happy facility of being partially deaf. So he would stop listening to people when they were selling him a bill of goods.

(LAUGHTER)

MORRIS: Bush, unfortunately, has good hearing, and he sits there with advisers.

Alan, you can't believe it. You've never worked right with a president. Everybody around him tries to control him. They try to structure him. They say, "Watch out. He's loose. Watch out. You're not controlling him," and the diplomats are saying, "You need western Europe."

The State Department, which has always been anti-Israel, says, "You need the Arabs." The economic advisers say, "Be wary of the oil weapon." The military advisers say, "Oh, there are going to be heavy casualties," and it is very hard to persevere and not to listen to them.

And the glory of a Winston Churchill or a Charles DeGaulle or a Ronald Reagan or an Abraham Lincoln is they were either too persuaded or too arrogant and self-involved to listen to other advisers.

But everybody in the White House -- the word that is used in the White House more than any other word is the word "can't." "You can want do this. You can't do that. You mustn't do this. You don't dare to that." For the most powerful man in the world.

And George Bush just needs to sweep those guys aside and say, "I'm going to fight terror wherever it is, and I'm going to start in Iraq."

KEYES: But one of the things that seems to have characterized the figures that you discuss in your book is that they grew in terms of their own sense of their identity in periods of their life when they were seeing clearly what they thought was right and sticking to it, even when the world said no, and, in a certain sense, they're used to having people say, "No, that's not right"...

MORRIS: That's right.

KEYES: ... and thinking it through to the point where they realize, "Yes, it is right, and I'm going to stick to it."

MORRIS: Exactly.

KEYES: Isn't that one of the characteristics they have?

MORRIS: They almost live off the fuel of rejection.

Page 282

MSNBC April 29, 2002 Monday

But one of the things that I found that was fascinating, Alan -- and you'll love this because it's your politics, stand on principle -- that those four folks -- Reagan, Lincoln, Churchill, and DeGaulle -- all had the same experience.

They all ran for office. They all lost -- Reagan to Ford, Lincoln to Douglas, DeGaulle was kicked out, Churchill lost his seat. They came back, ran again and won, and, when they won, it was because their principles stayed in tact, but they presented them in a way where they were accessible to everybody. Lincoln was no longer just an abolitionist, he was a supporter of union. Reagan was no longer just a conservative, he was an optimist for morning again in America. Churchill was no longer an advocate of British imperialism, he was defending civilization against Hitler.

And that pivot from a narrow ideology to a broad ecumenical patriotic nationalistic appeal is what George Bush did in the events after 9/11, and I cannot for the life of me understand why this guy seems to have lost his instincts.

It's almost as if his compass got jammed. It's almost as if it no longer points north, and I hope and pray that he's listening tonight and he's been watching some of the news that's been going on and that he will rediscover his center of gravity.

KEYES: We're going to talk more with you right after this break. And I want you to be thinking about the question of whether or not G.W. Bush didn't start in a different place, though.

He started from the "Let's-please-everybody-approach-to-politics" and is groping his way towards a principled approach, which seems to be the opposite of the folks you talked about.

Give it some thought, and we will get into it.

MORRIS: That's a brilliant insight, Alan.

KEYES: And later, my outrage of the day. Cardinal Law, through his lawyer, blaming the victims of child molestation. Can you believe this?

But, first, does this make sense?

Saudi Crown Prince Abdullah allegedly requested that no women be allowed to engage in air traffic control duties affecting his flights to and from Texas last week. It's been reported that representatives of Prince Abdullah made a request of the airport manager that no women be allowed on the ramp and that they also not talk to pilots.

Now the Saudis have denied this very strenuously. But these are the same folks who imposed degrading requirements on America's female military people when they were over in Saudi Arabia, the same people who don't let women have

driver's licenses, the same people who in every way seem to be willing to push aside the dignity of women in their own approach.

Page 283

MSNBC April 29, 2002 Monday

So, when the Saudis deny it, we are, of course, supposed to believe that it's just as farfetched as it can be that they would ever make such a demand. Does that make sense?

(COMMERCIAL BREAK)

KEYES: We're back with political adviser Dick Morris, author of the new book "Power Plays."

And we left sort of on a note, Dick, of talking about how one journeys to the point where you have this --

MORRIS: Brilliant insight on your part, Alan.

KEYES: Well...

MORRIS: There's a difference between talk-show hosts and people who know what they're talking about, and you just showed that.

The -- when I worked for Clinton in '96, our strategy was triangulation, which I talk about in the book, which was basically solve the problems that animate the other side -- welfare, crime, budget deficit. "Solve those problems," I said to Clinton, "and the Republicans will go home and stop bothering you."

When Bush ran for president, he applied the mirror image of that strategy -- solve the problems that get the Democrats hot and bothered -- education, compassionate conservative, no child behind, the party of Lincoln needs to espouse the ideals of Lincoln -- and the Democrats will leave you alone and will stop uniting behind Gore. It worked well.

But then on 9/11, Bush had to make the transition from a man who was triangulating to win a majority to someone who was actually standing on his principles, and the amazing thing about it is that this guy, for whom good and evil were the major touchstones of his political ideology, terms which are not helpful in figuring out how to stimulate the economy or how to solve health care but are tailor made for the issue of terrorism -- all of a sudden, this guy had his bearings back in a way that Clinton never would have had, and he kept his bearings for six and seven and eight months.

What I think is happening to him now is phony pragmatic arguments that we need other nations to help us do this against Iraq when we don't, that we need to fear an Arab oil boycott when we don't, that we need to worry that the American people will never accept casualties, which they will, and those arguments are dawning in on him, are pushing him into a Mideast involvement with even -- so-called evenhandedness between the guilty and the innocent.

And I think what's happening is he's eroding the moral basis of his leadership, and his poll numbers are dropping, and a president whose poll numbers are in the 50s can't mobilize the nation for war. A guy who's in the 80s can, and Bush, in squandering his popularity, is undermining this country's biggest asset in the war.

KEYES: Well, one of the differences I see there, though, just to quickly

Page 284

MSNBC April 29, 2002 Monday

outline it, is that there are two approaches to principle. One can see it as kind of a master that you serve at the expense of effectiveness, or you can see it ultimately as a source of effectiveness if you know how to apply it properly.

MORRIS: As an empowerment.

KEYES: Exactly, and I think that the -- President Bush needs to get to that point where he stops listening...

MORRIS: He does.

KEYES: ... to people who see principle as an obstacle...

MORRIS: He does. One of the...

KEYES: ... and start seeing it as an opportunity on the basis of which he mobilizes strength.

MORRIS: One of the chapters in my book that you'll love, Alan, is on Truman and how, when the communists left him and supported Henry Wallace and the racists left him and supported Strom Thurmond and he was shed of the impurities in the Democratic Party, he was able to be a pure advocate for civil rights, a pure opponent of Stalin, Berlin airlift, NATO, Marshall Plan, and he was empowered by the defections.

And what George Bush needs to do is get rid of those some apostles of the conventional wisdom, have some self-confidence, and strike out boldly, and deal with America's problems in Iraq and let Israel have a free hand to deal with its problems on the West Bank.

KEYES: Dick, I want to thank you very much for coming. And...

MORRIS: Alan, this was -- that question you asked about Bush's migration, I mean, just shows the difference between talk-show host and someone who plays the game.

KEYES: Well, I appreciate it, and I appreciate you for coming on. And I want to encourage folks to read your book, "Power Plays," and go out and get a copy and take a look. It's worth the reading.

Next, we're going to be back with my outrage of the day. I have heard a report about Cardinal Law's lawyer is treating things. Now I know they're going to say, "It's just his lawyer. It's not him." But, you know, a decent man ought to keep his lawyer in line.

We'll be right back.

(COMMERCIAL BREAK)

KEYES: And now for my outrage of the day in the context of developments up in Boston in the case involving Cardinal Bernard Law.

Well, his legal response to a lawsuit filed by an alleged priest sex abuse victim says in part that the family's negligence contributed to the abuse. In

Page 285

MSNBC April 29, 2002 Monday

response to the lawsuit by Gregory Ford and his parents, Cardinal Law said, quote, "The defendant says that the plaintiffs were not in the exercise of due care but rather the negligence of the plaintiffs contributed to cause the injury or damage of plaintiff."

Now I want to tell you I think that, when you stand accused, you still have a moral responsibility for the kind of defense you conduct, and trying to conduct a defense based on blaming a 6-year-old child for being complicit in the seduction and destruction of his moral self -- I think Cardinal Law should nix that, or his judgment will again be in question.

That's my sense of it. Thanks. "THE NEWS WITH BRIAN WILLIAMS" is up next. See you tomorrow.

**LOAD-DATE:** July 9, 2003

Page 286

53 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network Transcribed under license by FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). Formatting Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.). All rights reserved. No quotes from the materials contained herein may be used in any media without

attribution to Cable News Network. This transcript may not
be copied or resold in any media.
CNN
**SHOW:** CNN SATURDAY 12:00
**April** 27, 2002 Saturday
Transcript # 042717CN.V27
**SECTION:** News; International
**LENGTH:** 1826 words
**HEADLINE:** Interview with **Hasan Abdel Rahman,** Alon Pinkas
**GUESTS: Hasan Abdel Rahman,** Alon Pinkas
**BYLINE:** Catherine Callaway
**HIGHLIGHT:**
**Hasan Abdel Rahman** and Alon Pinkas discuss the Middle East.
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
CATHERINE CALLAWAY, CNN ANCHOR: For weeks, we've been talking about the
Middle East, showing you the violence and the destruction there. And today,
more violence. Israelis say the Palestinian gunmen took aim at a Jewish
settlement near Hebron, killing four people, including a five-year old girl.
And a United Nations team is heading to what is left of the Jenin refugee camp.
Joining me now to begin our discussion, **Hasan Abdel Rahman,** who is of course,
the chief Palestinian representative to the United States.
Mr. Rahman, thank you for being with us tonight.
**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REP. TO THE UNITED STATES: Thank you
for having me.
CALLAWAY: There's been another delay in the U.N. mission. Now another 18
delay -- 18 hour delay. Will these delays really make a difference in what the
U.N. group eventually finds?
Page 287
CNN SATURDAY 12:00 April 27, 2002 Saturday
RAHMAN: Well, it's obvious that Israelis trying to undermine the work of the
commission before the starts. We have heard reports that Israelis asking that
reports should not be made public, that it should not provide any grounds for
prosecution of Israeli commandos. If they found -- engaged in war crimes, then
what kind of report --
CALLAWAY: But let me interrupt you here.
RAHMAN: Yes.
CALLAWAY: What Israel was actually asking for was that they wanted more
military forensic, more counterterrorism experts on this team, as opposed to
more humanitarian representatives. What is wrong with that requests? What --
why do you oppose that type of request?
RAHMAN: Well, we did not oppose it. This was a commission that was formed by
the Secretary General of the United Nation upon a mandate that was given to him
by the Security Council. Israel should not interfere with the work of the
Security Council. If Israel wants to appoint the commission, they might want to
also to report the report for the commission.
CALLAWAY: But do you really think that they're going to have influence on
what the U.N. committee eventually finds?
RAHMAN: Well, I hope they don't, but if they are exerting pressure like they
are doing today, and some U.S. senators like Schumer are writing to the
Secretary General, asking him that the report of the commission should not be
made public, and that it should not be grounds for conviction of Israeli
commandos if they are found engaged in war crimes. Then what kind of report and

what kind of work this commission is going to be doing?

CALLAWAY: If the committee indeed finds war crimes, it would be made public. Let me go back to what Colin Powell said in testimony earlier this week, congressional testimony. He said that so far, he's seeing no evidence of mass graves, that he's seeing no evidence that would suggest that a massacre took place. Granted this is before the U.N. investigation, but your response to Colin Powell's comments?

RAHMAN: Well, I refer him to the -- to his assistant, Mr. William Burns, who visited the refugee camp and said what he saw was beyond belief. Let me point to something...

CALLAWAY: But he said the destruction was beyond belief, but he did not...

RAHMAN: Yes, but also this destruction was made by helicopters and by tanks and by bulldozers, bulldozing homes over inhabitants. We've pulled out of the rubble 16 people alive, two weeks after they were buried, and the others of their homes. So what we are talking here about -- I'm not going to get involved in semantics, whether that is a massacre or not because I don't know what makes a massacre. If you kill five people, 50, 100, 2,000?

CALLAWAY: Well, let me ask you this...

RAHMAN: Or the method...

Page 288

CNN SATURDAY 12:00 April 27, 2002 Saturday

CALLAWAY: What changes in the U.N. mission would you make, so that this would be what you consider a fair investigation?

RAHMAN: No, we are not objecting to the commission. We trust the Secretary General of the United Nations. And we want the commission to do its work as soon as possible and make its report public. And no restrictions should be made on the commission. We are aware of what happened. There are reports from the international Red Cross, from Israeli Human Rights Organizations that really Israel was engaged in war crimes by not allowing humanitarian aid to the wounded, by attacking indiscriminately civilian targets.

There was a report yesterday by a reservist, an Israeli in "The Washington Post," who said we had instructions to put a bullet in every window. In other words, not to look at the identity of the people we shoot at. That is indiscriminate shooting.

CALLAWAY: Well, let me ask you one final question here because we're running out of time.

RAHMAN: Yes?

CALLAWAY: But have you recently been in contact with Yasser Arafat? And if so, what has he said?

RAHMAN: I had contact this afternoon, in fact, with the director of his office. Yasser Arafat is under siege, he and his colleagues. He's surrounded by the Israeli army. He's harassed. The situation is horrific in the compound where Arafat is kept under siege.

This is illegal. There are two resolutions of the Security Council, demanding from Israel to lift the siege. Israel is defying the will of the international community. Israel is in violation of international law.

CALLAWAY: Mr. **Hasan Abdel Rahman,** I hate to cut you off. We're running out of time, but thank you very much for joining us.

RAHMAN: Thank you for having me.

CALLAWAY: And giving your reaction tonight. Thank you for being with us. And some insight now from the Israelis. We welcome Alon Pinkas. He's of course the counsul general to Israel. He's joining us from New York. Thanks for being with us this evening.

ALON PINKAS, ISRAELI CONSUL GENERAL: Thank you. Hello, Catherine.

CALLAWAY: Hello. I want to start with you about the situation with the U.N. fact-finding mission. I know that the president of Syria has said that peace talks with Israel should not even occur until these so-called, what he called war crimes have been investigated. And if Israel's overall goal here is for peace in that region, why not complete openness in this Jenin case?

PINKAS: Well, first of all, I'm happy that you mentioned the president of

Page 289

CNN SATURDAY 12:00 April 27, 2002 Saturday

Syria, a moral compass to all the peoples of the world, of course. The man who's father murdered 20,000 Syrian residents in the city of Hama (ph) in 1982, but that's really besides the point.

Jenin, there was no massacre. There was no -- there were no atrocities. There were less than 50 people killed. Mr. Abdel Rahman, whom you just interviewed on this very network, claimed that there was a massacre and that 1,500 people and then 1,000 and then 500 were actually massacred. Massacre is about intent. Massacre is when you indiscriminately kill civilians or unarmed people. Of those bodies that have been claimed, 50, 47 have been armed and uniformed. As for Jenin, we have nothing to hide. We welcome the fact-finding commission.

CALLAWAY: All right.

PINKAS: The problem that we had, Catherine, just let me complete the sentence, the problem that we had with this commission was that its terms of reference or absence thereof of any terms of reference made it very peculiar to us that this is not about investigating what really went on in Jenin in the refugee camp, where refugees, Palestinians, were held hostage by their own militias. Rather, it meant to indict on a political basis, the Israeli military commanders on the field, on the ground.

CALLAWAY: Let me move on here to the meeting that's planned later on with Mr. Sharon meeting with his top security advisers. In light of what has happened now in the Jewish settlement, is that going to have any effect on the meeting on what is done? And also, will there be any reprisals?

PINKAS: Of course, it's going to have an effect. This shows why we could not have completed this operation as soon as the world expected us to. When someone goes into a room, and looks a five-year old girl in the face and then shoots her with 17 bullets, that's something that's not going to go unretaliated. What exactly it is that we're going to do, I don't know. It depends on the local military commanders, and of course, the orders they get from the cabinet. This is what we're up against. This is why we've initiated this military operation three weeks ago.

CALLAWAY: Right.

PINKAS: This is something that Arafat could have prevented, had he stood up, as Secretary of State Powell asked him to, and said lay down your weapons. I will not accept violence. You don't need to live in the plaza in New York. You could live in the compound in Ramallah and still say it.

CALLAWAY: The meeting that's scheduled between the Palestinians and the Israelis tomorrow, concerning the situation the Church of the Nativity, what exactly does Israel want to end this long standoff?

PINKAS: It's unfortunate that it's gotten to this point. Hopefully, these -- this -- tomorrow's round of talks will yield some kind of fruit. There are 30 people who are wanted, who found refuge in the Church of Nativity. They are holding nuns, priests, and teenagers hostages. We have offered them a way out

Page 290

CNN SATURDAY 12:00 April 27, 2002 Saturday

to Gaza, and a way out from the entire region, provided they lay down their

weapons. They could be escorted out through the U.N. or whomever. They have refused to do so. And the standoff is only a result of our restraint and conscious decision not to do anything that would even scathe the corner of the building of the Church of Nativity.

This is a building that means too much to too many people around the world for us to play games around.

CALLAWAY: There had been an offer, apparently, by Hezbollah leaders to trade prisoners. Some Israelis soldiers reportedly captured in 2000 in exchange for the Palestinians. Is this even a proposal that Israel cabinet would consider?

PINKAS: No, I don't think so. Hezbollah has been known to cynically abuse and manipulate public opinion by making these ridiculous claims for many years. They have never allowed access to the Israelis. They have kidnapped the Israeli civilian, three Israeli soldiers. They have never provided evidence that they are alive. Every second week, they come up with an idea to exchange something for something. This is a terror organization that defies the government of Lebanon, that is being supported heavily by the same president of Syria that you mentioned in the beginning, Catherine.

CALLAWAY: Right.

PINKAS: And heavily funded by the Iranians. Nothing they say should be taken seriously.

CALLAWAY: I have to give equal time to both sides, sir. I have to end it there. Alon Pinkas, thank you very much for joining us tonight and giving us your thoughts.

PINKAS: Thank you, Catherine. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** July 11, 2003

Page 291

54 of 111 DOCUMENTS

Content and programming copyright 2002 MSNBC.

ALL RIGHTS RESERVED.

Transcription Copyright 2002 FDCH e-Media

(f/k/a/ Federal Document Clearing House, Inc.)

ALL RIGHTS RESERVED.

MSNBC

SHOW: HARDBALL 19:00

**April** 26, 2002 Friday

**TRANSCRIPT:** # 042600cb.461

**SECTION:** NEWS; INTERNATIONAL

**LENGTH:** 8761 words

**HEADLINE:** White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?

**BYLINE:** Chris Matthews; Horta Katby; Bob Arnot; Lawrence O'Donnell

**GUESTS:** Lincoln Diaz-Balart Anne Bayefsky; Andrew Cockburn; Jerrold Post; Charles Duelfer; Alon Pinkas; **Hasan Abdel Rahman;** Janet Parshall

**HIGHLIGHT:**

House Republicans want to pass a resolution in all-out support of Israel. Why does the White House want to stop them? What do ordinary Iraqis think about us, America?

**BODY:**

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOTBE IN ITS FINAL FORM AND MAY BE UPDATED.

CHRIS MATTHEWS, HOST, HARDBALL: House Republicans want to pass a resolution in all-out support of Israel. Why does the White House want to stop them?

Saddam Hussein celebrates his 50, 65th birthday. We'll take an in-depth look
at the Iraqi leader himself.

And can the U.N. be trusted as an impartial observer in the Mideast?
I'm Chris Matthews. Let's play HARDBALL.

Here's what's happening tonight. The White House is clashing with House
Republicans who want Congress to pass a resolution that takes Israel's side in
the war with Palestinians.

The standoff continues over who will investigate what happened at the battle
of Jenin. Why does Israel believe the U.N. can't be trusted?

And a report from inside Iraq. What do ordinary Iraqis think about us,
Page 292

MSNBC April 26, 2002 Friday

America?

Those headlines, plus the big story tonight, Saddam Hussein celebrates his
65th birthday on Sunday. We're going to take an in-depth look at the Iraqi
leader. Is he crazy? Evil? Or maybe both?

And the HARDBALL debate tonight, should America stand with Israel against the
Arab world, much of Europe, and the U.N.? Ambassador Alon Pinkas makes the case
for why America should stick with Israel, and PLO representative Hassan Abdel
Rahman will be here to take the other side.

First, a dramatic split between the White House and its Republican allies on
Capitol Hill. A group of conservative Republicans led by House majority whip Tom
DeLay have sponsored a resolution in all-out support of Israel. The resolution
expresses, quote, "solidarity with Israel in its fight against terrorism" and
says the Congress is, quote, "gravely concerned that Arafat's actions are not
those of a viable partner for peace."

The Bush administration opposes the resolution, with one official telling
"The Washington Post," quote, "Nobody doubts our support for Israel. But putting
it in neon lights and throwing it in the face of moderate Arab states is not
helpful."

U.S. Congressman Lincoln Diaz-Balart is a Florida Republican who backs the
pro-Israeli resolution.

Congressman, the White House does not want you to pass this resolution giving
all-out support to Israel. Why are you doing it anyway?

REP. LINCOLN DIAZ-BALART (R), FLORIDA: Well, I wasn't in the room, Chris,
when supposedly there was a discussion as to when this resolution's going to be
heard. I'm a co-sponsor. This resolution would pass if it's on the floor
overwhelmingly with Republicans, liberals, conservatives, Democrats supporting
it. And I don't think anybody should be concerned about this resolution. It
simply says that we stand with Israel. Israel is our friend...

MATTHEWS: Right, but who needs to hear that?

DIAZ-BALART: ... (UNINTELLIGIBLE) fighting against terrorism.

MATTHEWS: Congressman, everybody in Europe knows that we're pro-Israeli,
everybody in the Arab world knows we're pro-Israeli, everybody in Israel knows
we're pro-Israeli, everybody in this country knows it. Who are you talking to
with this resolution?

DIAZ-BALART: Oh, no. No, no. There's -- there is the equivalent of 9,000
deaths that Israel, the people of Israel have suffered since September, if you
take into consideration Israel's size and, and, and, and they would have
suffered three times as much. They've suffered three times as much as we have
because of September 11.

If there's ever been a time when we should be saying to Israel, We're with
you, and of course you make your own sovereign decisions, we're not going to
make Israeli decisions for Israel, but we're going to stand with Israel, and if

Page 293

MSNBC April 26, 2002 Friday

there's ever been a time to say it, it's now.

MATTHEWS: Why would the Arabs not find this offensive? Wouldn't they find it as more evidence that the United States is tilting, is tilting to Israel and against their interests?

DIAZ-BALART: Well, first of all, we have great friends in the Arab world. We're going to continue to have great friends in the Arab world. For example, I saw last week, I had the privilege of seeing the king of Morocco, perhaps our best friend in the Arab world, Morocco, and President Bush very wisely, according to the European press today, has supported autonomy for the western Sahara, which is an issue of great importance to Morocco.

And so the president is dealing very wisely with the issue of the Middle East, with the issue of Northern Africa. And the fact is that we're with Israel. Why should we hide the fact that we're with Israel? That shouldn't offend anybody. Our Arab friends know we're with Israel, but now is the time to tell the Israeli people that we're with Israel. And so...

MATTHEWS: Do you have any, do you have any...

(CROSSTALK)

DIAZ-BALART: ... Chris, I've never believed in the theory that when things get tough for friends, well, you start trying to hide it. Or hide your friendship.

MATTHEWS: Well, let me ask you this. Let me ask you, as a Cuban-American who lost his country, do you have any sympathy for the Palestinians who have lost theirs?

DIAZ-BALART: I have sympathy for all people who are suffering...

MATTHEWS: How about Palestinians?

DIAZ-BALART: ... but I'll tell you this...

MATTHEWS: How about Palestinians? Do you have...

DIAZ-BALART: Well, I...

MATTHEWS: ... any sympathy for them?

DIAZ-BALART: I have sympathy, I would like them to have a state, as long as they accept the right of Israel to exist. And the reality of the matter is, we have not seen from the leadership of the -- from the PLO a firm and clear policy of willingness to accept the state of Israel.

And so once, I think one, we get -- once we get to a situation where we see that Israel can know, can feel confident that its neighbors accept its existence, then things will move...

MATTHEWS: Why, how (UNINTELLIGIBLE)...

Page 294

MSNBC April 26, 2002 Friday

DIAZ-BALART: ... forward. But the reality...

MATTHEWS: ... (UNINTELLIGIBLE)...

DIAZ-BALART: ... of the matter -- but the reality of the matter is that now, when there's pressure...

MATTHEWS: Are you done?

DIAZ-BALART: ... on Israel, now is when we have to stand firmer than (UNINTELLIGIBLE)...

MATTHEWS: I just want to ask you a question. How does this move us further diplomatically? How does this win the hearts and minds of the suspicious Arab people and the Palest -- in Palestine particularly to our side if we're once again taking Israel's side against theirs, how's this help us move them into the peace process?

DIAZ-BALART: Well, I don't know how you say that we're taking sides here.

We're with Israel. Anybody who doubts that doesn't know the fact that we've been
with Israel since 1948. Now, why is it...

MATTHEWS: That was my point, but...

DIAZ-BALART: ... taking, why, why is it, why is it wrong, why is it wrong
that we are with Israel, that we're going to continue to be with Israel, that we
are unconditionally with Israel? I mean, that's not wrong, and that shouldn't
offend anybody. We have friends in the Arab world. We, we, we want their -- the
friendship, of, of, the, the, the, the, the, good governments, the pro-American
governments, I don't...

MATTHEWS: Do your Arab, do your Arab...

DIAZ-BALART: ... (UNINTELLIGIBLE)...

MATTHEWS: ... American, congressman...

DIAZ-BALART: ... I don't know what that means.

MATTHEWS: ... do your Arab-American constituents down in Miami take offense
at this resolution?

DIAZ-BALART: (UNINTELLIGIBLE) -- look, Chris, I -- do you think that I worry
about who is going to take offense every time I do something in Congress? I
mean, the reality of the matter is that every time I vote on an issue, every
time I do something, there's -- somebody is not going to agree. But I mean, I do
based on my conscience and based on the best (UNINTELLIGIBLE) representation...

MATTHEWS: OK.

DIAZ-BALART: ... that I carry forward for this country and for my state and
my district. This is this time, if there's ever been a time...

MATTHEWS: OK.

Page 295

MSNBC April 26, 2002 Friday

DIAZ-BALART: ... where the whole world to know that we're with Israel. And
we're going to continue being with Israel.

MATTHEWS: I hear you. Thank you very much, U.S. Congressman Lincoln
Diaz-Balart of, of Florida. Thank you for joining us.

Late today, U.N. Secretary General Kofi Annan announced a one-day delay in
the arrival of a U.N. team to probe what happened at that battle of Jenin.
Negotiations continue over who will serve on that team. Writing in the Canadian
newspaper "The Globe and Mail" today, Anne Bayefsky, a visiting law professor at
Columbia University in New York, explains why Israel doesn't trust the U.N.
She points out that when it comes to human rights, quotes, quote, "There
never has been a single resolution on countries such as Syria or China in the
past. Five years alone, complaints to the U.N. of a pattern of gross and
reliably attested human rights violations against Syria, Saudi Arabia, Lebanon,
the United Arab Emirates, and Yemen have all been dropped. In practice, human
rights at the U.N. is a highly selective term attached only to victims deemed
worthy for political ends."

Bayefsky joins us right now.

Professor, thanks for joining us. Just lay this out for me. Why are the
Israelis worried about a U.N. probe?

ANNE BAYEFSKY, U.N. WATCH: They're worried about a U.N. probe, and I think
all fair-minded people should be as well, because the United States has been a
platform for the delegitimization of the state of Israel for decades. It's
selective, it only deals with Israel in terms of its human rights violations in
a way which ignores the Palestinian human rights abuses.

And this has been going on for a very long time.

MATTHEWS: Is this just third world ganging up on Israel? You take a bunch of
Arab votes, Israel's only got one vote on the General Assembly, there must be
dozens of Arab votes, Northern African, Arab, Islamic countries.

Do all those votes simply gang up every time the word "Israel" is mentioned?
BAYEFSKY: Well, that's exactly what happens. But more than that, we're talking about the uses of human rights nomenclature to really undercut the legitimacy of the state of Israel. Only today in the Human Rights Commission in Geneva, they closed their session by an -- creating another investigative mechanism for investigating what's happening in the West Bank and Gaza without even -- with deliberately omitting Palestinian human rights violations.
The U.N. is replete with human rights investigative mechanisms. They have a special committee, they have a -- which has been operating since '68. They have a committee on the inalienable rights of the Palestinian people, created the same day the "Zionism is racism" resolution was created in '75. It still issues annual reports. There's a special rapporteur (ph) to investigate Israeli practices.
All of these human rights machinery created by the U.N. only concentrate on
Page 296
MSNBC April 26, 2002 Friday
Israel. They don't deal with the Palestinians.
MATTHEWS: Well, you know what, professor, even a broken clock is right twice a day. Could it be that this, in this instance, Israeli military behavior in Jenin went over the top, and we saw a report in "The Washington Post" today where they found a Israeli IDF trooper who said that he was ordered to shoot at every open window in hopes of getting somebody, not being very clear about who, as a target? Is it possible that in this instance, the U.N. would be right to condemn Israel?
BAYEFSKY: The U.N. simply is not capable at the moment, at least as the moment as the investigative team is set out to find out what facts took place. They can't do that without adding to this group of fact-finders, counterterrorism experts, people who understand how a war against terrorism needs to be waged in the self-defense of the state of Israel. These people are not as so far on the team as equal partners.
Furthermore, let's look at the U.N.'s human rights record. They don't deal with Iran. Only this week, the special rapporteur to investigate human rights abuses in Iran was wiped out of the off the face of the U.N. map. Contrary, even though you, the Iranians have refused to cooperate with him for the last six years.
Who's sitting in judgment on the U.N.'s human rights commission? You have Syria, you have Sudan, you have, you have Libya, Cuba, four of the seven states which the U.S. State Department...
MATTHEWS: So professor, just to bottom line this...
BAYEFSKY: ... (UNINTELLIGIBLE) terrorism.
MATTHEWS: ... we're out of time, but I want to ask you, even if Israel gets the composition of the probing team that they want, which would include some military people, some anti-terrorism people, would you go along with it if you were Israeli?
BAYEFSKY: Look, what's happening here is, this is the classic, well, way of making sure that we don't deal with the real issues, namely, who's sponsoring terrorism? What is the U.N.'s role? How do they turn a blind eye in these refugee camps to terrorist breeding grounds? If the U.N. is prepared to actually take responsibility, for the school books, for the refugee camps as, as, as ways of sponsoring terrorism, then maybe we'll see a new day.
We don't see any evidence of that happening.
MATTHEWS: OK, thank you very much, Professor Anne Bayefsky of Columbia University.
Now for an exclusive look inside Iraq. NBC News' Tom Brokaw spoke to ordinary

Iraqis about their views of us, America. Here's what he found out.
(BEGIN VIDEOTAPE)
UNIDENTIFIED IRAQI STUDENT: It's a great honor to fight for our principles
Page 297
MSNBC April 26, 2002 Friday
and (UNINTELLIGIBLE).
TOM BROKAW, NBC NEWS: Against? Who do you want to fight against?
UNIDENTIFIED IRAQI STUDENT: Against the United States.
BROKAW: Against the United States.
UNIDENTIFIED IRAQI STUDENT: (UNINTELLIGIBLE).
BROKAW: Not the people.
UNIDENTIFIED IRAQI STUDENT: (UNINTELLIGIBLE) people are our friends.
BROKAW (voice-over): It's a complicated dichotomy. They hate the American
government but love its culture.
(on camera): You listen to American music?
UNIDENTIFIED IRAQI STUDENT: Yes.
BROKAW: Do you like it?
UNIDENTIFIED IRAQI STUDENT: So much! I always (UNINTELLIGIBLE) in American
music or something like this, like (UNINTELLIGIBLE) or Whitney Houston or
something like this.
BROKAW (voice-over): But these students also believe America is a bully,
controlled by Israel, and had it coming on September 11.
UNIDENTIFIED IRAQI STUDENT: It's a natural result about what America did.
Just count how many people just died in 11th of September, something so small,
if you want, according to the people that died in Iraq and so many countries.
BROKAW (voice-over): NBC News correspondent Horta Katby (ph) found that
first-hand visiting recently with some students in Pakistan, many who hope one
day to study in America.
HORTA KATBY, NBC CORRESPONDENT: A lot of these kids that we talked to are
speaking the king's English. They are very well educated. They are well on their
way to come to the United States for an Ivy League school education, they're
that bright. And at the same time they have this deep and intense hatred for
U.S. policy.
(BEGIN VIDEO CLIP)
You'd like to attend American universities, yet you're talking about fighting
the Americans. How can you have both?
UNIDENTIFIED PAKISTANI STUDENT: If I have to choose between going to Harvard
and going to jihad, I'd surely go to jihad.
KATBY: What was your reaction when you learned about the World Trade Center
bombing, when you saw those horrible images on TV?
Page 298
MSNBC April 26, 2002 Friday
UNIDENTIFIED PAKISTANI STUDENT: I was kind of a bit happy that someone at
least had done something to America.
(END VIDEO CLIP)
BROKAW: Earlier this week, NBC News correspondent Bob Arnot heard echoes of
those convictions in a Saudi Arabian school. The local government was not happy
about it.
BOB ARNOT, NBC CORRESPONDENT: I walked off the airplane to greet a crowd of
approximately 40 men, two-thirds of them in the more traditional Saudi garb,
one-third of them in police uniforms. And they said, "We want your videotapes.
Hand them over right now."
BROKAW: Arnot did manage to sneak out one cassette.
(BEGIN VIDEO CLIP)

ARNOT: Why do you think that American channels are not showing the whole story?

UNIDENTIFIED SAUDI STUDENT: The bond is so strong that whatever Israel says, America does. There is no fairness, actually. I mean, both sides are killing each other, both sides are hiding. But they're only saying that the Palestinians are the terrorists.

(END VIDEO CLIP)

BROKAW: Back in Baghdad, these students used the language of the White House against the United States.

(on camera): Well, do you think the United States is Iraq's enemy?

UNIDENTIFIED IRAQI STUDENT: Yes, yes, of course.

(CROSSTALK)

UNIDENTIFIED IRAQI STUDENT: ... the axis of the evil.

(END VIDEOTAPE)

MATTHEWS: Those are the headlines tonight. But the big story coming back, Saddam Hussein celebrates, catch this, his 65th birthday on Sunday. We'll take an in-depth look at this character. Is he crazy, evil, or both?

And the HARDBALL debate tonight, should America stand with Israel against the Arab world, much of Europe, and the U.N.? Ambassador Alon Pinkas makes the case for why America should stick with Israel, and PLO representative Hassan Abdel Rahman will be here to take, obviously, the other side.

You're watching HARDBALL.

(COMMERCIAL BREAK)

Page 299

MSNBC April 26, 2002 Friday

MATTHEWS: The big story tonight, Saddam Hussein turns 65. The Iraqi dictator has turned his birthday into a national holiday in his country, and he celebrates it this Sunday.

For better insight into what drives this character, we're joined by Andrew Cockburn. He's author of the book "Out of the Ashes: The Resurrection of Saddam Hussein." Dr. Jerrold Post has been with us before. He's a terrorist profile who psychologically profiled Saddam Hussein. And Charles Duelfer, who spent a good amount of time in Iraq, is deputy chief of the U.N. weapons inspection team, also has a good anecdotal look at this character.

Andrew Cockburn, thanks for joining us. Tell us how this character, he's 65 years old this Sunday, as we say in the mob, made his bones.

ANDREW COCKBURN, SADDAM HUSSEIN BIOGRAPHER: Well, his first -- the first paid employment that we know of, he was an assassin, the hit man for...

MATTHEWS: Who was his target?

COCKBURN: ... (UNINTELLIGIBLE) -- Well, the target was a local official, actually, of the Communist Party in his hometown. It was a rival party to his gang or his outfit.

Then later on, he sort of made his name by an attempt on the life of the guy who ran Iraq at that time, who was called General Kassim (ph). The attempt failed, Saddam was wounded, and, you know, he's made movies about that ever since. There's a famous film that everyone in Iraq has had to watch called "The Long Days" about his failed attempt to kill the ruler.

So he...

MATTHEWS: And he loves "The Godfather," the movie, too, as well, right?

COCKBURN: Yes, he loves "The Godfather," he loves -- you know, he's a very -- if you know "The Godfather," you know a lot about Saddam Hussein. You know, he's into terrifying people, but he's also likes to be nice too, you know, he likes to sort of make nice. He's very good with children, oddly enough, he likes children, except when, you know, he kills them. But...

MATTHEWS: Well, let me ask you about the character, the way he handled his health minister. He asked his cabinet for advice at one point during a tricky period, and one of them recommended that he lie low for a period of time and take a leave of absence. It was his health minister. What did he do to him?

COCKBURN: He said, "Come with me, I want to talk to you in private." And he took him into the next room and shot him.

MATTHEWS: Personally, personally did that.

COCKBURN: Personally did that, bang, right there and then.

MATTHEWS: And then he -- didn't he send his -- the body parts of that cabinet minister to the guy's wife when she asked for his release?

Page 300

MSNBC April 26, 2002 Friday

COCKBURN: Yes, he's done that, he's -- you know, this is a pretty fearsome guy who doesn't mind doing things like that. I mean, that's personal. He's also, you know, as is well known, he gassed, you know, thousands of his own subjects, the Kurds, back in the late (UNINTELLIGIBLE) 1980s, to bring them into line. He said to one -- he said to a visiting American after the Iran-Iraq war, they said, "God, I've heard you -- you know, you've killed lots of your own officers for incompetence." And he said, "No, just a couple of generals." He said, "This is normal in war." You know, he, he, he...

MATTHEWS: So he's a psychopath.

COCKBURN: Well, yes, but he's a psychopath most of the time under control. He does it for a specific purpose, which is to terrify people. You know, he makes those stories get around. He wants you to know...

MATTHEWS: No, I understand the PR value. Let's go to Darrel, Dr. Jerrold Post. Is he crazy?

DR. JERROLD POST, SADDAM HUSSEIN PROFILER: He is absolutely not crazy. He's a rational calculator. But he often miscalculates, for two reasons. One, he's very ethnocentric and doesn't fully understand or hadn't fully understood the U.S. point of view, and...

MATTHEWS: Well, he's never been out of the country, has he? He went to Paris...

POST: Well, what...

MATTHEWS: ... once, he went to Moscow once.

POST: Right. But more importantly, he's surrounded by a group of sycophants who, for good reason, are really afraid to criticize him...

MATTHEWS: I'd be a sycophant if the (UNINTELLIGIBLE), yes, (UNINTELLIGIBLE)...

POST: (UNINTELLIGIBLE)

MATTHEWS: ... you give him health advice and he kills you.

POST: Absolutely.

MATTHEWS: Let me ask you, Charles, you've been work, you've worked with him on weapons inspection, which is obviously a ticklish issue. Is he crazy? Is he ruthless?

CHARLES DUELFER, FORMER U.N. CHIEF WEAPONS NEGOTIATOR: No, he's ruthless, but he's not crazy. He's very calculating. He knows how humans operate at the basest level, and he knows how to reward and he knows how to punish them, and that's how he drives people.

MATTHEWS: If he's threatened, what does he do?

Page 301

MSNBC April 26, 2002 Friday

DUELFER: He'll take out everybody around him.

COCKBURN: Yes, but he'll roll with the punches, too. I mean, he -- when he was -- in '90 -- March -- after the Gulf War, when he'd lost control of most of

his country, the whole place was in flames, he'd, you know, the, his industry, his -- the economy, and smashed up by the bombing, and, you know, he didn't lose his nerve. I mean, he, you know, he played with the cards he had, and, you know, there he is, you see where he is today.

MATTHEWS: Let's talk the next five or 10 years. He's 65, he doesn't have that many years to rule the country, maybe 10 at the most. Dr. Post, this guy, if he's circled by us, if we go in there, because that's the opening question, we go in there, we're going to try to take him out with a couple hundred thousand troops, and we get close to grabbing him in his office or whatever, what's he do?

POST: This man is not about to retire with his Medicare card. He is going to be in there, he's going to be taking out...

MATTHEWS: What's his end game?

POST: ... (UNINTELLIGIBLE)...

MATTHEWS: If we go in after him? Does he shoot every (UNINTELLIGIBLE) Scud he's got at Israel? Does he unleash his chemical and biological and perhaps primitive nuclear devices on the terrorists and have them send them over here?

POST: When he's -- when his back is to the wall, he's very dangerous and could really lash out, as he did at the end of the Gulf war, when he -- you recall he lit a fire, all of those -- all of the oil wells.

MATTHEWS: OK, let's talk about the United States' policy toward this man you've all profiled, and you want to give me some anecdotal as we go along here, Charles. We have two choices with this guy. We can either go in there sometime after his 65th birthday and try to get him to go along with weapons inspection to see that at least try to intimidate him out of using them or having them or developing them further. Or we can basically say, The hell with that, this guy's a creep, we're going to have to go in there and kill him.

What, what, knowing that those are our options, what's he going to do now, Dr. Post?

POST: Well...

MATTHEWS: He knows those are our options right now as well as I just spoke them.

POST: We have to be continually firm and relentless in our firmness. He respects strength, and the one thing he's really very adroit at doing is finding weak spots in our armor, and persuading Russia, France, China, Arab neighbors to be siding with him. It's a very difficult...

MATTHEWS: Do you think he was...

Page 302

MSNBC April 26, 2002 Friday

POST: ... (UNINTELLIGIBLE)...

MATTHEWS: ... smart enough to instigate the war on the West Bank in the last several months (UNINTELLIGIBLE) that has made it very difficult for us to come at him?

POST: No, but he's tied himself to it. What a generous gesture, he now has increased the earlier bonus of $10,000...

MATTHEWS: To 25.

POST: ... to $25,000, absolutely.

MATTHEWS: He's giving money. The -- (UNINTELLIGIBLE).

DUELFER: Well, he's going to shroud himself in the Palestinian cause and the Arab cause. He sees himself as the leader of the Arab world, the legitimate leader of the Arab world. You know, there's a, there's a palace down in Babul (ph), and at this palace there's pictures of all the great Iraqi leaders, Hammurabai, you know, these various characters, and the last of which is Saddam. He sees himself as of that, of that ilk, a great leader.

And if everything else is sacrificed, so long as he survives...
MATTHEWS: Well, is authentic...
DUELFER: ... it's OK.
MATTHEWS: ... is he authentic claimant to that? Like Mussolini wasn't. He thought he was one of the last, the last Roman emperor. He was a joke.
DUELFER: Well...
MATTHEWS: A strutting fool.
DUELFER: Well...
MATTHEWS: But is this guy a strutting fool, or has he really got the clout he claims?
DUELFER: He, he can...
MATTHEWS: With his people, for example?
DUELFER: ... he can control people, but what has he built? He's destroyed Iraq for the last two decades. He's wasted humans, he's wasted oil resources, that's the tragedy.
MATTHEWS: But he wants to replace it. Let me go to Andrew Cockburn. He wants to replace Nasser as the, as the clear leader of the Arab world. Mubarak's not threatening him in that regard. The Saudis have the money, but they don't have the charisma. Does this guy have a legitimate chance in the next year or so to grab the leadership of the Arab world in the back, against the backdrop of what's happening on the West Bank?
Page 303
MSNBC April 26, 2002 Friday
COCKBURN: No, because the rest of the Arabs know him, and certainly the Arab leaders do. And, you know, he thought during the Gulf War that the Arab masses would rise up and, you know, and overthrow their leaders where in protest at their support for the American war on him.
He's really -- the rest of the Arab people, they sympathize with the people of Iraq and what they've suffered under sanctions and under Saddam too. The -- you won't find affection for Saddam in the rest of the Arab world, I don't think. I mean, there may be a few isolated individuals, but it's not a general thing. He...
MATTHEWS: So what, what is that, how does that stymie him psychologically? You've studied this guy. If he realizes at some point that his, his grandeur is a delusion, what does he do to try to put himself at the top?
COCKBURN: Well, he may think if he gets the right weapons, he can terrify people into bending to his will. I mean, that's why he started building his nuclear weapon 20 years ago, or just over 20 years ago. You know, he said, in fact his brother said to a friend of mine, "We need a long arm to maintain our -- to (UNINTELLIGIBLE) -- to exercise our control in the Middle East"...
MATTHEWS: OK. Let's compare him to...
COCKBURN: ... (UNINTELLIGIBLE)...
MATTHEWS: ... Hitler for a bit here now. Hitler was, did you think Hitler was crazy, Dr. Post?
POST: I didn't think Hitler was crazy. But a much better comparison is to Stalin...
MATTHEWS: Stalin, who made (UNINTELLIGIBLE), he died...
POST: ... he has a -- he has a...
MATTHEWS: ... in his bed.
POST: (UNINTELLIGIBLE) well, but he has a similar fix in terms that he's ready to be betrayed, he has total control over his pop -- of his population and is highly totalitarian.
MATTHEWS: And you think that this guy will kill anybody that gets near him, anybody, including us, who will go at him?

POST: Oh, absolutely, he...

MATTHEWS: But he's stupid enough, like Hitler, to invade Russia.

POST: No, this is a very pragmatic person, and he really is the consummate survivalist. And he will survive, but...

MATTHEWS: OK, here, let's all, let's a, let's bottom line this, gentlemen, I want you all to guess how long this guy stays in power in Iraq. You first, Andrew. How long? He's 65 now. Does he make it to 75?

Page 304

MSNBC April 26, 2002 Friday

COCKBURN: I'd say he might make it to 75, but there are some vaguely credible rumors that he's got a kind of cancer, but I wouldn't be at all surprised to see him...

MATTHEWS: (UNINTELLIGIBLE) Bush grandson in office...

COCKBURN: ... 10 years (UNINTELLIGIBLE)...

MATTHEWS: ... by then. Let me ask you, Dr. Post, 75, does he make it? I felt like a tobacco auctioneer here.

POST: He is -- he may be taken out by one of his people once. He's certainly never going to leave voluntarily, that's for sure.

MATTHEWS: Bet. Will he be around in 75?

POST: Possibly.

MATTHEWS: Oh, come on, professor...

(CROSSTALK)

POST: ... he'll be there at 75.

DUELFER: The nature of his security organization is actually fragile. It depends on him. Once he starts showing weakness...

MATTHEWS: We got Fidel still around after all these years, 40-some years here.

DUELFER: Once he shows weakness, once the rest of them realize the U.S. is serious, he's gone, I bet he make -- he's gone in two years.

MATTHEWS: How so?

DUELFER: How so?

MATTHEWS: How's it happen? Give me the scenario.

DUELFER: Once they see the United States is serious, once the Iraqis see in their head this guy they -- is, is going to be gone, then they'll take care of the problem for us.

POST: Let me add...

MATTHEWS: Dr. Post.

POST: ... let me add to that. This has been a major problem in the last few years, the cracking of his domestic face. And what he does is, he creates an international crisis to, to, to, to abate that. But he does not have that inner strength that he used to have.

MATTHEWS: Did, did you see all those clear-eyed young Baghdaders talking to Tom Brokaw? They didn't look like they were repressed people to me. Are they,

Page 305

MSNBC April 26, 2002 Friday

Andrew? Are the people of Baghdad...

COCKBURN: Yes, you got to remember...

MATTHEWS: ... (UNINTELLIGIBLE) Saddam?

COCKBURN: ... Tom Brokaw, Tom Brokaw-...

MATTHEWS: Or (UNINTELLIGIBLE)?

COCKBURN: ... was not wandering, could not, would not be allowed to wander the streets on his own, there would be a minder, there'd be many people from the secret police standing just behind the camera taking very careful note of what the people were saying. I mean...

MATTHEWS: So these are all stooges, these kids.

COCKBURN: Well, they weren't stooges, they were just being sensible. They didn't want to have, you know, end up with their tongues torn out or worse.

MATTHEWS: A reasonable conclusion. Thank you very much, Charles Duelfer, thank you, Andrew Cockburn, thanks for joining the show tonight. As always, Dr. Jerrold Post, thanks for joining us.

Up next, the HARDBALL debate. That was a debate. Should the U.S. stand behind Israel? Israel consul general, our friend Alon Pinkas, will be here, along with Palestinian representative Hassan Abdel Rahman, another friend.

You're watching HARDBALL.

(COMMERCIAL BREAK)

MATTHEWS: Welcome back to HARDBALL.

This half hour: Lawrence O'Donnell and Janet Parshall on the fight inside the White House over how to handle the Mideast.

But first, the "HARDBALL Debate" tonight: Should America stand steadfast behind Israel? President Bush has been under increasing pressure to temper his support for the Israelis. Saudi Arabia, the United Nations, and even our allies in Western Europe all want America to do more to stop Israel's incursion into Palestinian territory. Is America right to continue to back Israel?

Alon Pinkas is Israel's consul general in New York. And **Hasan Abdel Rahman** is the Palestinian representative to the United States.

Well, you take the affirmative, Mr. Ambassador. Should the United States be firmly on the side of Israel in its fight with the Palestinian side?

ALON PINKAS, ISRAELI CONSUL GENERAL: Well, the United States and Israel have had a long and forged a very deep relationship that is unique and that is special and that relies or is predicated on both countries being sister democracies, sharing the same values, mostly sharing the same interests, although not in all occasions or every time.

Page 306

MSNBC April 26, 2002 Friday

And I think that this relationship is sound and is really based on the U.S.' manifest destiny, if you look at American history, and Israel's manifest destiny. And we both look for the same thing. We both have the same moral clarity, as President Bush has put it.

MATTHEWS: Well, let me ask you, why do you think -- as a student of diplomacy and someone who has studied in the United States, why do you find the United States as the only person in the world that supports Israel besides Israel?

PINKAS: Oh, no, no, no, no, that's not the case.

First of all, the U.S. is the only superpower in the world. It's been called the super-duper power or the indispensable nation. And, therefore, its friendship is the most important thing. But it's not the only friend Israel has. Germany is a staunch friend to Israel. Turkey is. Britain is. Japan is. India is. There are many other countries.

Obviously, obviously, I can understand other Europeans or other countries demanding that the U.S. change its policy or at least balance it more. But I think that stems from a gross misunderstanding of the nature of the Israeli-American relationship.

MATTHEWS: Let me ask Mr. Rahman, if, at this point in the year 2002, the United States were to retilt, recalibrate its situation and say, "Wait a minute; we've been too pro-Israeli; it's time to come down the middle or move slightly pro-Arab," what good would that do us as a country?

**HASAN ABDEL RAHMAN,** PLO REPRESENTATIVE TO THE UNITED STATES: Well, first of all, the United States is losing a great deal of its prestige and respect in the Arab world and in the world at large because it is siding with Israel.

Israel is behaving like a bully. It is the only colonial power occupying
other people. Its army behaved like gangsters in the West Bank and Gaza,
destroying Palestinian infrastructure. According to "The Washington Post" today,
the commanders of the Israeli army told the reservists to put a bullet in every
window in Jenin. The leadership of Israel are and were
(CROSSTALK)
MATTHEWS: What about the Palestinian bombmaker who told "The Jerusalem Post"
that, "We had 50 houses booby-trapped," the Palestinian who talked about
booby-trapping all around the camp of Jenin. "We chose old and empty buildings
in the houses of men who were wanted by Israel because we knew the soldiers
would search for them," setting up booby traps. A lot of that demolition that
went on in Jenin was done by the Palestinians, apparently.
RAHMAN: Chris, you and I agreed at the beginning of this show that you will
be even-handed. And you let me finish what I was saying.
MATTHEWS: OK. I just want you to complete all the news reporting that you're
-- if you're going to report the news, report both stories.
RAHMAN: I understand.
Page 307
MSNBC April 26, 2002 Friday
I didn't -- I mean, again, I don't want to get into a fight with you, because
I like you.
(LAUGHTER)
MATTHEWS: So, you did not interrupt Mr. Pinkas. I hope you will treat me with
the same respect.
MATTHEWS: OK, well, I treat you with the same respect.
RAHMAN: So, let me finish, OK?
The Israeli army behaved like a gangster army, killing and destroying
civilian life. The world at large, including Germany and India and Britain and
France, condemned Israel. And I assure you, if it was not for the United States
and the Security Council, today, the Security Council will adopt a resolution
putting Sharon in the same seat where Milosevic of Yugoslavia is sitting as a
war criminal, believe me.
And that's why it is very, very hard for many in America and in the world to
understand why you are taking the side of people like Sharon.
MATTHEWS: The America people see two things on television they don't like.
They don't like the sight of young teenage kids and 20-year-olds committing
suicide in a war against civilians, killing lots of civilians at pizza parlors.
RAHMAN: I don't like it myself. I don't like it.
MATTHEWS: Well, how do we stop it? How do we stop it?
RAHMAN: We try to stop it. But, because Israel makes life so miserable for
the Palestinians, because Israel destroys the possibilities for Palestinians,
because it pushes Palestinians into desperation, some of our youth does that.
But that's not what we want for our people.
(CROSSTALK)
MATTHEWS: Why doesn't Yasser Arafat, probably the most well-known man in the
whole Middle East, why doesn't he go out on the streets of Jerusalem tomorrow --
ask permission from the Israeli government to go on to the streets -- to Jaffa
Street and say -- speak to the people of Arabia and say, "Stop coming to this
country to commit suicide; it's not in the Arab cause"? Why doesn't he do that?
RAHMAN: I think the point that we have to focus on, Chris, is that you have a
country -- and that is Israel -- that is occupying illegally the Palestinian
people for 36 years and turning the Palestinians into enemies of Israel. Many
Palestinians want to take revenge on Israel because of the atrocities committed
by Israel against the Palestinians.

PINKAS: So, you're not condemning it?
MATTHEWS: So, you're justifying it?
Page 308
MSNBC April 26, 2002 Friday
RAHMAN: No, I did not.
PINKAS: Of course he's justifying it.
RAHMAN: No, I'm explaining it. Don't put words in my mouth. I am condemning Israel for turning our youth into violent people.
MATTHEWS: Are the kids, young people who commit suicide in this murderous act of going into Israel and blowing up civilians, are they martyrs?
RAHMAN: I am not going to decide whether...
MATTHEWS: No, are they martyrs? Just tell me.
RAHMAN: What do you mean by martyrs?
MATTHEWS: We know what the word means. Are they martyrs?
I am not going to decide whether they are martyrs.
MATTHEWS: Why not? You're here.
RAHMAN: Only God decides who is a martyr.
MATTHEWS: Well, take a crack at it.
RAHMAN: Let me tell you what.
MATTHEWS: Why can't you say that they're not martyrs?
RAHMAN: But let me tell you.
Why? Because I don't know whether they are martyrs or not. But I disagree with the way they conduct themselves, period.
MATTHEWS: OK, Mr. Pinkas, last word.
PINKAS: Look, the problem that we have is not with the- 13 or 15- or 17- or 19-year-olds suicide bombers or homicide bombers. The problem that we have is with the Palestinian leadership, represented by Mr. Rahman here, who have done nothing but incite them. This is not about...
RAHMAN: This man does not lie like you.
(CROSSTALK)
MATTHEWS: OK, thank you, gentlemen. This is Friday night. Have a nice weekend.
PINKAS: Chris, you caught me. Let me just say...
MATTHEWS: One word.
PINKAS: One word.
Page 309
MSNBC April 26, 2002 Friday
(CROSSTALK)
MATTHEWS: Mr. Rahman, you accused him of interrupting. You're interrupting.
PINKAS: Mr. Rahman, be civil. By calling me a liar every evening, you're not going to change your own...
RAHMAN: Because you lie every evening.
PINKAS: Yes, yes, yes, right.
RAHMAN: Of course.
(CROSSTALK)
MATTHEWS: Can we let Mr. Alon Pinkas answer the question? Then we'll
(CROSSTALK)
PINKAS: Mr. Rahman, because you don't understand democracy, because you don't understand media, because you don't understand civil behavior, you keep on interrupting me. Listen to one sentence.
RAHMAN: Well, you interrupted me first.
PINKAS: No, I did not.
MATTHEWS: One sentence. Mr. Ambassador, one sentence, please.
PINKAS: One simple sentence.

Mr. Rahman, I am looking at you right in the eye and I am telling you
something very simple: The Palestinian people are not -- are not -- our enemies.
Our enemies are a small minority of terrorists, unfortunately, led by the
Palestinian Authority. The sooner you realize...
(CROSSTALK)
PINKAS: Let me finish.
RAHMAN: Because of the way they behave toward us.
PINKAS: Mr. Rahman, you did the same under the prime ministership of Barak,
of Peres, of Rabin. They were friends of the Palestinian cause -- quote,
unquote.
RAHMAN: For seven years, we managed to have peace.
PINKAS: No, you did not.
RAHMAN: We are against your occupation.
PINKAS: No, no, no, no.
Page 310
MSNBC April 26, 2002 Friday
RAHMAN: Get out of our country. Take your settlers away and we will have
peace.
MATTHEWS: Thank you very much, Mr. Ambassador, Alon Pinkas. Thank you for
joining us. Mr. **Hasan Abdel Rahman,** thank you for joining us.
Up next: House Republicans clash with the White House over a pro-Israel
resolution they hope to pass in Congress. Lawrence O'Donnell and radio talk show
host Janet Parshall are going to here to argue over that and the rest of the
day's "Political Buzz."
You're watching HARDBALL. (COMMERCIAL BREAK)
MATTHEWS: After pressure from the White House today, Majority Leader Tom
DeLay agreed to postpone a vote on a resolution he had authored expressing
solidarity for Israel's war against terrorism. Earlier this week, DeLay
expressed support for Israel at the American Israel Public Affairs Committee
conference.
Here he is.
(BEGIN VIDEO CLIP)
REP. TOM DELAY (R-TEXAS), MAJORITY WHIP: I've been to Masada. I've toured the
Judea/Samaria. I've walked the streets of Jerusalem.
(APPLAUSE)
DELAY: I've stood on the Golan Heights. I didn't see any occupied territory.
I saw Israel.
(CHEERING)
(END VIDEO CLIP)
MATTHEWS: Janet Parshall is a radio talk show host. And Lawrence O'Donnell is
a senior MSNBC political analyst.
The sharp focus of the debate tonight, which I expect will now begin, is
whether Congress should come out with one of these resolutions saying three
cheers for Israel, whether that does any good in the world or not.
But I have to ask you about, what did you think of what you just heard,
Janet? That was Tom DeLay of Texas talking. What about the lingo he was using
there? Explicate it for us.
JANET PARSHALL, RADIO TALK SHOW HOST: Well, he's right on, first of all. He
talked not ever seeing any occupied territory. That's a term that has been
ginned in the Western press.
MATTHEWS: When you're in the West Bank of the Jordan River and you're going
through what he called Judea and Samaria, where are you, actually?
PARSHALL: In the Western part of Israel.
Page 311

MSNBC April 26, 2002 Friday
MATTHEWS: Oh, that's Israel?
PARSHALL: Right.
MATTHEWS: So, you claim that should be annexed by Israel?
PARSHALL: Absolutely.
MATTHEWS: And what do you do with the Arabs?
PARSHALL: You move them over to Jordan, which is already 70 percent
Palestinian.
MATTHEWS: At least you're honest. That's what I think a lot of people
believe. And you're saying it.
Lawrence, this woman is talking about deporting the Arabs from their
homeland.
LAWRENCE O'DONNELL, NBC POLITICAL ANALYST: Chris, that's not even what Israel
tells you when you take that tour.
When I worked in the Senate, I took that same tour that Tom DeLay took.
You've taken that tour. Those settlements are indeed settlements. Some of them
are major cities, by Middle Eastern standards, because they've been there for so
long and they now have such a large population in them.
But the Israeli government position is not that those places are Israel. To
hear Tom DeLay say that is a perfect illustration of why foreign policy is
rightly left to the executive branch and left to the secretary of state and the
president to work out.
MATTHEWS: He was in pretty high pander, wasn't he?
(CROSSTALK)
O'DONNELL: It was beyond pander, Chris. It was downright wrong. And you
wouldn't get people from that organization speaking into that microphone saying
(CROSSTALK)
MATTHEWS: Well, I want to ask you, Janet, U.S. policy under this
administration is that the Green Line is real. That is all to be negotiated, of
course, especially the future disposition of Jerusalem, even. But you say it
doesn't have to be a debate as far as you're concerned. Israel owns the whole
West Bank. They own Gaza. They own everything. And just kick the Arabs out, is
the answer.
PARSHALL: It isn't a matter of kicking the Arabs out.
MATTHEWS: What is it?
Page 312
MSNBC April 26, 2002 Friday
PARSHALL: In fact Israel says: "What we want to see is two nations side by
side."
(CROSSTALK)
MATTHEWS: But that's not what you said.
PARSHALL: Yes, it is what I said.
MATTHEWS: But you said get them off the West Bank.
PARSHALL: And put them on the eastern side of the Jordan. To the West of the
Jordan, you have Israel.
MATTHEWS: Just put them in the country of Jordan.
PARSHALL: Right, because it's 70 percent Palestinian already.
Do you know what the average American thinks, Chris? They look at that little
map that you are showing up there. And you see Israel. On the west, you have the
Mediterranean. To the north, to the east and to the west, it's all Arab nations.
And the average American watching right now thinks: "Why don't you just take
them in?"
MATTHEWS: Well, let me ask you a question. When you watch this program and
your program, and you have people on with very strong Arabic accents, like Mr.

Rahman...

PARSHALL: Right.

MATTHEWS: And then you have fellows on who may grow up in the -- and I'm not against Zionism, but it is kind of difficult to argue that a guy who comes with an Indiana Hoosier accent, and he shows up and he works for "The Jerusalem Post," and he is telling some guy with an oxtongue Arab accent to get the hell out of Dodge, you have got to wonder whose country he is talking about. How can you tell somebody born in a country to get out of it?

PARSHALL: Well, first of all...

MATTHEWS: Answer the question.

(CROSSTALK)

MATTHEWS: No, I want you to answer that question. Why can you tell Palestinians to get out of their country?

PARSHALL: Because it is not their country. Your premise is wrong. It is not their country.

MATTHEWS: That's a revolting development, but explain it to me.

Page 313

MSNBC April 26, 2002 Friday

(LAUGHTER)

PARSHALL: The reality is, there weren't even -- if you looked at a tour guide of Jerusalem in 1906, there weren't even Muslims there. This is a brand new idea. Arafat has something known as the plan of phases. What he wants to do is what he has declared in his charter, which, by the way, has never changed.

MATTHEWS: You're changing the subject.

Do you accept the right of the Palestinians to live on the territory they were born on?

PARSHALL: I believe that they have the right to a state, but I think it should be located...

MATTHEWS: Do you believe that Palestinians are entitled to live on the land they're born on, yes or no?

PARSHALL: Yes.

MATTHEWS: Well, what happens when Israel takes over the West Bank? Are you going to let them all vote?

PARSHALL: They're welcome to live there, but that's

(CROSSTALK)

MATTHEWS: You're going all those Arabs in the West Bank vote in Israel?

PARSHALL: You know what interesting? Let me answer your question. You know what's interesting? The Knesset has Arab representation.

MATTHEWS: Oh, I know all that.

PARSHALL: So, the point is, they're allowed to vote.

MATTHEWS: Thanks for educating me.

But, Janet, would you let all the Arabs of the West Bank become Israelis and vote? Israel would become an Arabic state in about 20 years.

PARSHALL: No way. On that land? That's as small as can be. First of all, you're talking about an entire country the size of New Jersey.

MATTHEWS: Lawrence, your position. The United States policy has been to respect the Green Line until there's a final agreement between the Arabs and Israelis over what to do over the West Bank. Is this president right in insisting that Congress not pass one of these resolutions saying: "Three cheers for Israel; we're against the Arabs"?

O'DONNELL: Well, the first reason why you wouldn't normally want to do this is that, when Congress passes a resolution of support, it would imply an absence of support prior to the resolution. It would imply that there's something less than full American support for Israel in the Congress and in the White House.

Page 314
MSNBC April 26, 2002 Friday
And that is not the case.
MATTHEWS: Well, how is this anything different than National Firemen Week or
National Police Enforcement Week? What's wrong with just saying three cheers for
the Israelis since we like them already?
O'DONNELL: Well, the point of it now is that we are engaged in a negotiation,
a difficult one, a frustrating one, that has a lot of dead ends that Colin
Powell is trying to manage. And to have the Congress come in and very strongly
make a statement, it's an uncontrollable statement. It can be amended in the
Senate. It can be changed a lot of ways.
MATTHEWS: OK, thank you. Lawrence, sorry to break in.
We'll be right back with you and Janet Parshall -- more HARDBALL coming back.
(COMMERCIAL BREAK)
MATTHEWS: We're back with the "Political Buzz" with radio talk show host
Janet Parshall and MSNBC screenwriter/genius Lawrence O'Donnell.
Thank you for joining us.
I want to make it clear -- because I get to be such a wise guy on this show
-- when I talk about guys who are on this show who have this perfect American
English and I talk about them being Israeli or not, that's their right. That's
Zionism. That's fine. But a lot of Israelis are obviously born in that country.
They have got many generations going back. So, I don't want to play that card
too viciously. But I do have a little fun with it when somebody says, "Get out
of town and I just got here."
Let me ask you this here. Let me ask you about Colin Powell. I'm a Colin
Powell nut. I'll admit it. Is this guy getting undercut from behind by people in
the vice president's office and people in the Pentagon all the time, who meet
with Bibi when he's over there meeting with Arafat, that kind of thing?
PARSHALL: Well, sometimes I think he goes out on the branch and then saws it
himself from behind.
MATTHEWS: How so?
PARSHALL: Well, first of all, remember when he made that statement on MTV
about condoms? You know that wasn't in keeping with the president. Then he makes
a statement about believing in the establishment of a Palestinian state, but he
doesn't finish the sentence, because Bush does the next day and says only if the
Palestinian Authority believes in the establishment of the nation of Israel.
MATTHEWS: That's a good deal.
PARSHALL: So the problem is, sometimes I think Colin Powell acts as an
independent. And the name of the game here is: This is an ensemble, not a solo.
MATTHEWS: But Cheney does the same thing, doesn't he? Cheney goes over there
and plays his own cards.
Page 315
MSNBC April 26, 2002 Friday
Lawrence, what do you think of Colin Powell, his stewardship, his ministry of
the State Department?
O'DONNELL: I think he's doing as good a job as anyone who has had the job,
Chris. And this is a normal crosscurrent of opinion and disagreement that occurs
in every administration. And Colin Powell is doing no better or worse at trying
to achieve peace in the Middle East than Henry Kissinger did before him under
President Nixon. Everyone preceding Colin Powell in this job has failed at the
mission of peace in the Middle East. That's the scorecard so far.
MATTHEWS: But do you think he is being undercut by the neocons back in the
Pentagon?
O'DONNELL: No, I think they have a differing view than he does on the

day-to-day position that the administration should take. That's understandable.
There has always been disagreements in every administration on the day-to-day
position that should be taken on the Middle East.
MATTHEWS: Thanks, Lawrence. Thanks, Lawrence O'Donnell. Thank you, Janet
Parshall.
I'll be right back with what I really think. You're watching it, HARDBALL.
(COMMERCIAL BREAK)
MATTHEWS: Now let me tell you what I really think.
Last November on HARDBALL, I was searching for parallel between Islamic
belief and terrorism in the name of Islam. I said there are those in this
country who oppose abortion, for example, and those -- quote -- who go out and
blow up abortion clinics. When I mentioned the name of Randall Terry in that
regard, I should have distinguished his in-your-face tactics to discourage
abortions with those whose avowed respect for life has led them to take it. I
was wrong not to make that distinction.
That's all the time we have. Join me Monday for more HARDBALL. See you then.
**LOAD-DATE:** July 9, 2003

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday



85 of 512 DOCUMENTS

Copyright 2002 FDCHeMedia, Inc.
All Rights Reserved
Copyright 2002 MSNBC
All Rights Reserved
MSNBC
SHOW: HARDBALL 19:00

April 26, 2002 Friday

TRANSCRIPT: # 042600cb.461

SECTION: NEWS; INTERNATIONAL

LENGTH: 8761 words

HEADLINE: White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?

BYLINE: Chris Matthews; Horta Katby; Bob Arnot; Lawrence O'Donnell

GUESTS: Lincoln Diaz-Balart Anne Bayefsky; Andrew Cockburn; Jerrold Post; Charles Duelfer; Alon Pinkas; Hasan Abdel Rahman; Janet Parshall

HIGHLIGHT:
House Republicans want to pass a resolution in all-out support of Israel. Why does the White House want to stop them?  What do ordinary Iraqis think about us, America?

BODY:

    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOTBE IN ITS FINAL FORM AND MAY BE UPDATED.

    CHRIS MATTHEWS, HOST, HARDBALL: House Republicans want to pass a resolution in all-out support of Israel. Why does the White House want to stop them?

    Saddam Hussein celebrates his 50, 65th birthday. We'll take an in-depth look at the Iraqi leader himself.

    And can the U.N. be trusted as an impartial observer in the Mideast?

    I'm Chris Matthews. Let's play HARDBALL.

    Here's what's happening tonight. The White House is clashing with House Republicans who want Congress to pass a resolution that takes Israel's side in the war with Palestinians.

    The standoff continues over who will investigate what happened at the battle of Jenin. Why does Israel believe the U.N. can't be trusted?

    And a report from inside Iraq. What do ordinary Iraqis think about us, America?

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Those headlines, plus the big story tonight, Saddam Hussein celebrates his 65th birthday on Sunday. We're going to take an in-depth look at the Iraqi leader. Is he crazy? Evil? Or maybe both?

And the HARDBALL debate tonight, should America stand with Israel against the Arab world, much of Europe, and the U.N.? Ambassador Alon Pinkas makes the case for why America should stick with Israel, and PLO representative Hassan Abdel Rahman will be here to take the other side.

First, a dramatic split between the White House and its Republican allies on Capitol Hill. A group of conservative Republicans led by House majority whip Tom DeLay have sponsored a resolution in all-out support of Israel. The resolution expresses, quote, "solidarity with Israel in its fight against terrorism" and says the Congress is, quote, "gravely concerned that Arafat's actions are not those of a viable partner for peace."

The Bush administration opposes the resolution, with one official telling "The Washington Post," quote, "Nobody doubts our support for Israel. But putting it in neon lights and throwing it in the face of moderate Arab states is not helpful."

U.S. Congressman Lincoln Diaz-Balart is a Florida Republican who backs the pro-Israeli resolution.

Congressman, the White House does not want you to pass this resolution giving all-out support to Israel. Why are you doing it anyway?

REP. LINCOLN DIAZ-BALART (R), FLORIDA: Well, I wasn't in the room, Chris, when supposedly there was a discussion as to when this resolution's going to be heard. I'm a co-sponsor. This resolution would pass if it's on the floor overwhelmingly with Republicans, liberals, conservatives, Democrats supporting it. And I don't think anybody should be concerned about this resolution. It simply says that we stand with Israel. Israel is our friend...

MATTHEWS: Right, but who needs to hear that?

DIAZ-BALART: ... (UNINTELLIGIBLE) fighting against terrorism.

MATTHEWS: Congressman, everybody in Europe knows that we're pro-Israeli, everybody in the Arab world knows we're pro-Israeli, everybody in Israel knows we're pro-Israeli, everybody in this country knows it. Who are you talking to with this resolution?

DIAZ-BALART: Oh, no. No, no. There's -- there is the equivalent of 9,000 deaths that Israel, the people of Israel have suffered since September, if you take into consideration Israel's size and, and, and, and they would have suffered three times as much. They've suffered three times as much as we have because of September 11.

If there's ever been a time when we should be saying to Israel, We're with you, and of course you make your own sovereign decisions, we're not going to make Israeli decisions for Israel, but we're going to stand with Israel, and if there's ever been a time to say it, it's now.

MATTHEWS: Why would the Arabs not find this offensive? Wouldn't they find it as more evidence that the United States is tilting, is tilting to Israel and against their interests?

DIAZ-BALART: Well, first of all, we have great friends in the Arab world. We're going to continue to have great friends in the Arab world. For example, I saw last week, I had the privilege of seeing the king of Morocco, perhaps our best friend in the Arab world, Morocco, and President Bush very wisely, according to the European press today, has supported autonomy for the western Sahara, which is an issue of great importance to Morocco.

And so the president is dealing very wisely with the issue of the Middle East, with the issue of Northern Africa. And the fact is that we're with Israel. Why should we hide the fact that we're with Israel? That shouldn't offend anybody. Our Arab friends know we're with Israel, but now is the time to tell the Israeli people that we're with Israel. And so...

MATTHEWS: Do you have any, do you have any...

(CROSSTALK)

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

DIAZ-BALART: ... Chris, I've never believed in the theory that when things get tough for friends, well, you start trying to hide it. Or hide your friendship.

MATTHEWS: Well, let me ask you this. Let me ask you, as a Cuban-American who lost his country, do you have any sympathy for the Palestinians who have lost theirs?

DIAZ-BALART: I have sympathy for all people who are suffering...

MATTHEWS: How about Palestinians?

DIAZ-BALART: ... but I'll tell you this...

MATTHEWS: How about Palestinians? Do you have...

DIAZ-BALART: Well, I...

MATTHEWS: ... any sympathy for them?

DIAZ-BALART: I have sympathy, I would like them to have a state, as long as they accept the right of Israel to exist. And the reality of the matter is, we have not seen from the leadership of the -- from the PLO a firm and clear policy of willingness to accept the state of Israel.

And so once, I think one, we get -- once we get to a situation where we see that Israel can know, can feel confident that its neighbors accept its existence, then things will move...

MATTHEWS: Why, how (UNINTELLIGIBLE)...

DIAZ-BALART: ... forward. But the reality...

MATTHEWS: ... (UNINTELLIGIBLE)...

DIAZ-BALART: ... of the matter -- but the reality of the matter is that now, when there's pressure...

MATTHEWS: Are you done?

DIAZ-BALART: ... on Israel, now is when we have to stand firmer than (UNINTELLIGIBLE)...

MATTHEWS: I just want to ask you a question. How does this move us further diplomatically? How does this win the hearts and minds of the suspicious Arab people and the Palest -- in Palestine particularly to our side if we're once again taking Israel's side against theirs, how's this help us move them into the peace process?

DIAZ-BALART: Well, I don't know how you say that we're taking sides here. We're with Israel. Anybody who doubts that doesn't know the fact that we've been with Israel since 1948. Now, why is it...

MATTHEWS: That was my point, but...

DIAZ-BALART: ... taking, why, why, why is it, why is it wrong, why is it wrong that we are with Israel, that we're going to continue to be with Israel, that we are unconditionally with Israel? I mean, that's not wrong, and that shouldn't offend anybody. We have friends in the Arab world. We, we, we want their -- the friendship of, of, the, the, the, the, the good governments, the pro-American governments, I don't...

MATTHEWS: Do your Arab, do your Arab...

DIAZ-BALART: ... (UNINTELLIGIBLE)...

MATTHEWS: ... American, congressman...

DIAZ-BALART: ... I don't know what that means.

MATTHEWS: ... do your Arab-American constituents down in Miami take offense at this resolution?

DIAZ-BALART: (UNINTELLIGIBLE) -- look, Chris, I -- do you think that I worry about who is going to take offense every time I do something in Congress? I mean, the reality of the matter is that every time I vote on an issue, every time I do something, there's -- somebody is not going to agree. But I mean, I do based on my conscience and based on the best (UNINTELLIGIBLE) representation...

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

MATTHEWS: OK.

DIAZ-BALART: ... that I carry forward for this country and for my state and my district. This is this time, if there's ever been a time...

MATTHEWS: OK.

DIAZ-BALART: ... where the whole world to know that we're with Israel. And we're going to continue being with Israel.

MATTHEWS: I hear you. Thank you very much, U.S. Congressman Lincoln Diaz-Balart of, of Florida. Thank you for joining us.

Late today, U.N. Secretary General Kofi Annan announced a one-day delay in the arrival of a U.N. team to probe what happened at that battle of Jenin. Negotiations continue over who will serve on that team. Writing in the Canadian newspaper "The Globe and Mail" today, Anne Bayefsky, a visiting law professor at Columbia University in New York, explains why Israel doesn't trust the U.N.

She points out that when it comes to human rights, quotes, quote, "There never has been a single resolution on countries such as Syria or China in the past. Five years alone, complaints to the U.N. of a pattern of gross and reliably attested human rights violations against Syria, Saudi Arabia, Lebanon, the United Arab Emirates, and Yemen have all been dropped. In practice, human rights at the U.N. is a highly selective term attached only to victims deemed worthy for political ends."

Bayefsky joins us right now.

Professor, thanks for joining us. Just lay this out for me. Why are the Israelis worried about a U.N. probe?

ANNE BAYEFSKY, U.N. WATCH: They're worried about a U.N. probe, and I think all fair-minded people should be as well, because the United States has been a platform for the delegitimization of the state of Israel for decades. It's selective, it only deals with Israel in terms of its human rights violations in a way which ignores the Palestinian human rights abuses.

And this has been going on for a very long time.

MATTHEWS: Is this just third world ganging up on Israel? You take a bunch of Arab votes, Israel's only got one vote on the General Assembly, there must be dozens of Arab votes, Northern African, Arab, Islamic countries.

Do all those votes simply gang up every time the word "Israel" is mentioned?

BAYEFSKY: Well, that's exactly what happens. But more than that, we're talking about the uses of human rights nomenclature to really undercut the legitimacy of the state of Israel. Only today in the Human Rights Commission in Geneva, they closed their session by an -- creating another investigative mechanism for investigating what's happening in the West Bank and Gaza without even -- with deliberately omitting Palestinian human rights violations.

The U.N. is replete with human rights investigative mechanisms. They have a special committee, they have a -- which has been operating since '68. They have a committee on the inalienable rights of the Palestinian people, created the same day the "Zionism is racism" resolution was created in '75. It still issues annual reports. There's a special rapporteur (ph) to investigate Israeli practices.

All of these human rights machinery created by the U.N. only concentrate on Israel. They don't deal with the Palestinians.

MATTHEWS: Well, you know what, professor, even a broken clock is right twice a day. Could it be that this, in this instance, Israeli military behavior in Jenin went over the top, and we saw a report in "The Washington Post" today where they found a Israeli IDF trooper who said that he was ordered to shoot at every open window in hopes of getting somebody, not being very clear about who, as a target? Is it possible that in this instance, the U.N. would be right to condemn Israel?

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

BAYEFSKY: The U.N. simply is not capable at the moment, at least as the moment as the investigative team is set out to find out what facts took place. They can't do that without adding to this group of fact-finders, counterterrorism experts, people who understand how a war against terrorism needs to be waged in the self-defense of the state of Israel. These people are not as so far on the team as equal partners.

Furthermore, let's look at the U.N.'s human rights record. They don't deal with Iran. Only this week, the special rapporteur to investigate human rights abuses in Iran was wiped out of the off the face of the U.N. map. Contrary, even though you, the Iranians have refused to cooperate with him for the last six years.

Who's sitting in judgment on the U.N.'s human rights commission? You have Syria, you have Sudan, you have, you have Libya, Cuba, four of the seven states which the U.S. State Department...

MATTHEWS: So professor, just to bottom line this...

BAYEFSKY: ... (UNINTELLIGIBLE) terrorism.

MATTHEWS: ... we're out of time, but I want to ask you, even if Israel gets the composition of the probing team that they want, which would include some military people, some anti-terrorism people, would you go along with it if you were Israeli?

BAYEFSKY: Look, what's happening here is, this is the classic, well, way of making sure that we don't deal with the real issues, namely, who's sponsoring terrorism? What is the U.N.'s role? How do they turn a blind eye in these refugee camps to terrorist breeding grounds? If the U.N. is prepared to actually take responsibility for the school books, for the refugee camps as, as, as ways of sponsoring terrorism, then maybe we'll see a new day.

We don't see any evidence of that happening.

MATTHEWS: OK, thank you very much, Professor Anne Bayefsky of Columbia University.

Now for an exclusive look inside Iraq. NBC News' Tom Brokaw spoke to ordinary Iraqis about their views of us, America. Here's what he found out.

(BEGIN VIDEOTAPE)

UNIDENTIFIED IRAQI STUDENT: It's a great honor to fight for our principles and (UNINTELLIGIBLE).

TOM BROKAW, NBC NEWS: Against? Who do you want to fight against?

UNIDENTIFIED IRAQI STUDENT: Against the United States.

BROKAW: Against the United States.

UNIDENTIFIED IRAQI STUDENT: (UNINTELLIGIBLE).

BROKAW: Not the people.

UNIDENTIFIED IRAQI STUDENT: (UNINTELLIGIBLE) people are our friends.

BROKAW (voice-over): It's a complicated dichotomy. They hate the American government but love its culture.

(on camera): You listen to American music?

UNIDENTIFIED IRAQI STUDENT: Yes.

BROKAW: Do you like it?

UNIDENTIFIED IRAQI STUDENT: So much! I always (UNINTELLIGIBLE) in American music or something like this, like (UNINTELLIGIBLE) or Whitney Houston or something like this.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

BROKAW (voice-over): But these students also believe America is a bully, controlled by Israel, and had it coming on September 11.

UNIDENTIFIED IRAQI STUDENT: It's a natural result about what America did. Just count how many people just died in 11th of September, something so small, if you want, according to the people that died in Iraq and so many countries.

BROKAW (voice-over): NBC News correspondent Horta Katby (ph) found that first-hand visiting recently with some students in Pakistan, many who hope one day to study in America.

HORTA KATBY, NBC CORRESPONDENT: A lot of these kids that we talked to are speaking the king's English. They are very well educated. They are well on their way to come to the United States for an Ivy League school education, they're that bright. And at the same time they have this deep and intense hatred for U.S. policy.

(BEGIN VIDEO CLIP)

You'd like to attend American universities, yet you're talking about fighting the Americans. How can you have both?

UNIDENTIFIED PAKISTANI STUDENT: If I have to choose between going to Harvard and going to jihad, I'd surely go to jihad.

KATBY: What was your reaction when you learned about the World Trade Center bombing, when you saw those horrible images on TV?

UNIDENTIFIED PAKISTANI STUDENT: I was kind of a bit happy that someone at least had done something to America.

(END VIDEO CLIP)

BROKAW: Earlier this week, NBC News correspondent Bob Arnot heard echoes of those convictions in a Saudi Arabian school. The local government was not happy about it.

BOB ARNOT, NBC NEWS CORRESPONDENT: I walked off the airplane to greet a crowd of approximately 40 men, two-thirds of them in the more traditional Saudi garb, one-third of them in police uniforms. And they said, "We want your videotapes. Hand them over right now."

BROKAW: Arnot did manage to sneak out one cassette.

(BEGIN VIDEO CLIP)

ARNOT: Why do you think that American channels are not showing the whole story?

UNIDENTIFIED SAUDI STUDENT: The bond is so strong that whatever Israel says, America does. There is no fairness, actually. I mean, both sides are killing each other, both sides are hiding. But they're only saying that the Palestinians are the terrorists.

(END VIDEO CLIP)

BROKAW: Back in Baghdad, these students used the language of the White House against the United States.

(on camera): Well, do you think the United States is Iraq's enemy?

UNIDENTIFIED IRAQI STUDENT: Yes, yes, of course.

(CROSSTALK)

UNIDENTIFIED IRAQI STUDENT: ... the axis of the evil.

(END VIDEOTAPE)

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

MATTHEWS: Those are the headlines tonight. But the big story coming back, Saddam Hussein celebrates, catch this, his 65th birthday on Sunday. We'll take an in-depth look at this character. Is he crazy, evil, or both?

And the HARDBALL debate tonight, should America stand with Israel against the Arab world, much of Europe, and the U.N.? Ambassador Alon Pinkas makes the case for why America should stick with Israel, and PLO representative Hassan Abdel Rahman will be here to take, obviously, the other side.

You're watching HARDBALL.

(COMMERCIAL BREAK)

MATTHEWS: The big story tonight, Saddam Hussein turns 65. The Iraqi dictator has turned his birthday into a national holiday in his country, and he celebrates it this Sunday.

For better insight into what drives this character, we're joined by Andrew Cockburn. He's author of the book "Out of the Ashes: The Resurrection of Saddam Hussein." Dr. Jerrold Post has been with us before. He's a terrorist profile who psychologically profiled Saddam Hussein. And Charles Duelfer, who spent a good amount of time in Iraq, is deputy chief of the U.N. weapons inspection team, also has a good anecdotal look at this character.

Andrew Cockburn, thanks for joining us. Tell us how this character, he's 65 years old this Sunday, as we say in the mob, made his bones.

ANDREW COCKBURN, SADDAM HUSSEIN BIOGRAPHER: Well, his first -- the first paid employment that we know of, he was an assassin, the hit man for...

MATTHEWS: Who was his target?

COCKBURN: ... (UNINTELLIGIBLE) -- Well, the target was a local official, actually, of the Communist Party in his hometown. It was a rival party to his gang or his outfit.

Then later on, he sort of made his name by an attempt on the life of the guy who ran Iraq at that time, who was called General Kassim (ph). The attempt failed, Saddam was wounded, and, you know, he's made movies about that ever since. There's a famous film that everyone in Iraq has had to watch called "The Long Days" about his failed attempt to kill the ruler.

So he...

MATTHEWS: And he loves "The Godfather," the movie, too, as well, right?

COCKBURN: Yes, he loves "The Godfather," he loves -- you know, he's a very -- if you know "The Godfather," you know a lot about Saddam Hussein. You know, he's into terrifying people, but he's also likes to be nice too, you know, he likes to sort of make nice. He's very good with children, oddly enough, he likes children, except when, you know, he kills them. But...

MATTHEWS: Well, let me ask you about the character, the way he handled his health minister. He asked his cabinet for advice at one point during a tricky period, and one of them recommended that he lie low for a period of time and take a leave of absence. It was his health minister. What did he do to him?

COCKBURN: He said, "Come with me, I want to talk to you in private." And he took him into the next room and shot him.

MATTHEWS: Personally, personally did that.

COCKBURN: Personally did that, bang, right there and then.

MATTHEWS: And then he -- didn't he send his -- the body parts of that cabinet minister to the guy's wife when she asked for his release?

COCKBURN: Yes, he's done that, he's -- you know, this is a pretty fearsome guy who doesn't mind doing things like that. I mean, that's personal. He's also, you know, as is well known, he gassed, you

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

know, thousands of his own subjects, the Kurds, back in the late (UNINTELLIGIBLE) 1980s, to bring them into line.

He said to one -- he said to a visiting American after the Iran-Iraq war, they said, "God, I've heard you -- you know, you've killed lots of your own officers for incompetence." And he said, "No, just a couple of generals." He said, "This is normal in war." You know, he, he, he...

MATTHEWS: So he's a psychopath.

COCKBURN: Well, yes, but he's a psychopath most of the time under control. He does it for a specific purpose, which is to terrify people. You know, he makes those stories get around. He wants you to know...

MATTHEWS: No, I understand the PR value. Let's go to Darrel, Dr. Jerrold Post. Is he crazy?

DR. JERROLD POST, SADDAM HUSSEIN PROFILER: He is absolutely not crazy. He's a rational calculator. But he often miscalculates, for two reasons. One, he's very ethnocentric and doesn't fully understand or hadn't fully understood the U.S. point of view, and...

MATTHEWS: Well, he's never been out of the country, has he? He went to Paris...

POST: Well, what...

MATTHEWS: ... once, he went to Moscow once.

POST: Right. But more importantly, he's surrounded by a group of sycophants who, for good reason, are really afraid to criticize him...

MATTHEWS: I'd be a sycophant if the (UNINTELLIGIBLE), yes, (UNINTELLIGIBLE)...

POST: (UNINTELLIGIBLE)

MATTHEWS: ... you give him health advice and he kills you.

POST: Absolutely.

MATTHEWS: Let me ask you, Charles, you've been work, you've worked with him on weapons inspection, which is obviously a ticklish issue. Is he crazy? Is he ruthless?

CHARLES DUELFER, FORMER U.N. CHIEF WEAPONS NEGOTIATOR: No, he's ruthless, but he's not crazy. He's very calculating. He knows how humans operate at the basest level, and he knows how to reward and he knows how to punish them, and that's how he drives people.

MATTHEWS: If he's threatened, what does he do?

DUELFER: He'll take out everybody around him.

COCKBURN: Yes, but he'll roll with the punches, too. I mean, he -- when he was -- in '90 -- March -- after the Gulf War, when he'd lost control of most of his country, the whole place was in flames, he'd, you know, the, his industry, his -- the economy, and smashed up by the bombing, and, you know, he didn't lose his nerve. I mean, he, you know, he played with the cards he had, and, you know, there he is, you see where he is today.

MATTHEWS: Let's talk the next five or 10 years. He's 65, he doesn't have that many years to rule the country, maybe 10 at the most. Dr. Post, this guy, if he's circled by us, if we go in there, because that's the opening question, we go in there, we're going to try to take him out with a couple hundred thousand troops, and we get close to grabbing him in his office or whatever, what's he do?

POST: This man is not about to retire with his Medicare card. He is going to be in there, he's going to be taking out...

MATTHEWS: What's his end game?

POST: ... (UNINTELLIGIBLE)...

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

MATTHEWS: If we go in after him? Does he shoot every (UNINTELLIGIBLE) Scud he's got at Israel? Does he unleash his chemical and biological and perhaps primitive nuclear devices on the terrorists and have them send them over here?

POST: When he's -- when his back is to the wall, he's very dangerous and could really lash out, as he did at the end of the Gulf war, when he -- you recall he lit a fire, all of those -- all of the oil wells.

MATTHEWS: OK, let's talk about the United States' policy toward this man you've all profiled, and you want to give me some anecdotal as we go along here, Charles. We have two choices with this guy. We can either go in there sometime after his 65th birthday and try to get him to go along with weapons inspection to see that at least try to intimidate him out of using them or having them or developing them further. Or we can basically say, The hell with that, this guy's a creep, we're going to have to go in there and kill him.

What, what, knowing that those are our options, what's he going to do now, Dr. Post?

POST: Well...

MATTHEWS: He knows those are our options right now as well as I just spoke them.

POST: We have to be continually firm and relentless in our firmness. He respects strength, and the one thing he's really very adroit at doing is finding weak spots in our armor, and persuading Russia, France, China, Arab neighbors to be siding with him. It's a very difficult...

MATTHEWS: Do you think he was...

POST: ... (UNINTELLIGIBLE)...

MATTHEWS: ... smart enough to instigate the war on the West Bank in the last several months (UNINTELLIGIBLE) that has made it very difficult for us to come at him?

POST: No, but he's tied himself to it. What a generous gesture, he now has increased the earlier bonus of $10,000...

MATTHEWS: To 25.

POST: ... to $25,000, absolutely.

MATTHEWS: He's giving money. The -- (UNINTELLIGIBLE).

DUELFER: Well, he's going to shroud himself in the Palestinian cause and the Arab cause. He sees himself as the leader of the Arab world, the legitimate leader of the Arab world. You know, there's a, there's a palace down in Babul (ph), and at this palace there's pictures of all the great Iraqi leaders, Hammurabai, you know, these various characters, and the last of which is Saddam. He sees himself as of that, of that ilk, a great leader.

And if everything else is sacrificed, so long as he survives...

MATTHEWS: Well, is authentic...

DUELFER: ... it's OK.

MATTHEWS: ... is he authentic claimant to that? Like Mussolini wasn't. He thought he was one of the last, the last Roman emperor. He was a joke.

DUELFER: Well...

MATTHEWS: A strutting fool.

DUELFER: Well...

MATTHEWS: But is this guy a strutting fool, or has he really got the clout he claims?

DUELFER: He, he can...

MATTHEWS: With his people, for example?

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

DUELFER: ... he can control people, but what has he built? He's destroyed Iraq for the last two decades. He's wasted humans, he's wasted oil resources, that's the tragedy.

MATTHEWS: But he wants to replace it. Let me go to Andrew Cockburn. He wants to replace Nasser as the, as the clear leader of the Arab world. Mubarak's not threatening him in that regard. The Saudis have the money, but they don't have the charisma. Does this guy have a legitimate chance in the next year or so to grab the leadership of the Arab world in the back, against the backdrop of what's happening on the West Bank?

COCKBURN: No, because the rest of the Arabs know him, and certainly the Arab leaders do. And, you know, he thought during the Gulf War that the Arab masses would rise up and, you know, and overthrow their leaders where in protest at their support for the American war on him.

He's really -- the rest of the Arab people, they sympathize with the people of Iraq and what they've suffered under sanctions and under Saddam too. The -- you won't find affection for Saddam in the rest of the Arab world, I don't think. I mean, there may be a few isolated individuals, but it's not a general thing. He...

MATTHEWS: So what, what is that, how does that stymie him psychologically? You've studied this guy. If he realizes at some point that his, his grandeur is a delusion, what does he do to try to put himself at the top?

COCKBURN: Well, he may think if he gets the right weapons, he can terrify people into bending to his will. I mean, that's why he started building his nuclear weapon 20 years ago, or just over 20 years ago. You know, he said, in fact his brother said to a friend of mine, "We need a long arm to maintain our -- to (UNINTELLIGIBLE) -- to exercise our control in the Middle East"...

MATTHEWS: OK. Let's compare him to...

COCKBURN: ... (UNINTELLIGIBLE)...

MATTHEWS: ... Hitler for a bit here now. Hitler was, did you think Hitler was crazy, Dr. Post?

POST: I didn't think Hitler was crazy. But a much better comparison is to Stalin...

MATTHEWS: Stalin, who made (UNINTELLIGIBLE), he died...

POST: ... he has a -- he has a...

MATTHEWS: ... in his bed.

POST: (UNINTELLIGIBLE) well, but he has a similar fix in terms that he's ready to be betrayed, he has total control over his pop -- of his population and is highly totalitarian.

MATTHEWS: And you think that this guy will kill anybody that gets near him, anybody, including us, who will go at him?

POST: Oh, absolutely, he...

MATTHEWS: But he's stupid enough, like Hitler, to invade Russia.

POST: No, this is a very pragmatic person, and he really is the consummate survivalist. And he will survive, but...

MATTHEWS: OK, here, let's all, let's a, let's bottom line this, gentlemen, I want you all to guess how long this guy stays in power in Iraq. You first, Andrew. How long? He's 65 now. Does he make it to 75?

COCKBURN: I'd say he might make it to 75, but there are some vaguely credible rumors that he's got a kind of cancer, but I wouldn't be at all surprised to see him...

MATTHEWS: (UNINTELLIGIBLE) Bush grandson in office...

COCKBURN: ... 10 years (UNINTELLIGIBLE)...

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

MATTHEWS: ... by then. Let me ask you, Dr. Post, 75, does he make it? I felt like a tobacco auctioner here.

POST: He is -- he may be taken out by one of his people once. He's certainly never going to leave voluntarily, that's for sure.

MATTHEWS: Bet. Will he be around in 75?

POST: Possibly.

MATTHEWS: Oh, come on, professor...

(CROSSTALK)

POST: ... he'll be there at 75.

DUELFER: The nature of his security organization is actually fragile. It depends on him. Once he starts showing weakness...

MATTHEWS: We got Fidel still around after all these years, 40-some years here.

DUELFER: Once he shows weakness, once the rest of them realize the U.S. is serious, he's gone, I bet he make -- he's gone in two years.

MATTHEWS: How so?

DUELFER: How so?

MATTHEWS: How's it happen? Give me the scenario.

DUELFER: Once they see the United States is serious, once the Iraqis see in their head this guy they -- is, is going to be gone, then they'll take care of the problem for us.

POST: Let me add...

MATTHEWS: Dr. Post.

POST: ... let me add to that. This has been a major problem in the last few years, the cracking of his domestic face. And what he does is, he creates an international crisis to, to, to, to abate that. But he does not have that inner strength that he used to have.

MATTHEWS: Did, did you see all those clear-eyed young Baghdaders talking to Tom Brokaw? They didn't look like they were repressed people to me. Are they, Andrew? Are the people of Baghdad...

COCKBURN: Yes, you got to remember...

MATTHEWS: ... (UNINTELLIGIBLE) Saddam?

COCKBURN: ... Tom Brokaw, Tom Brokaw-...

MATTHEWS: Or (UNINTELLIGIBLE)?

COCKBURN: ... was not wandering, could not, would not be allowed to wander the streets on his own, there would be a minder, there'd be many people from the secret police standing just behind the camera taking very careful note of what the people were saying. I mean...

MATTHEWS: So these are all stooges, these kids.

COCKBURN: Well, they weren't stooges, they were just being sensible. They didn't want to have, you know, end up with their tongues torn out or worse.

MATTHEWS: A reasonable conclusion. Thank you very much, Charles Duelfer, thank you, Andrew Cockburn, thanks for joining the show tonight. As always, Dr. Jerrold Post, thanks for joining us.

Up next, the HARDBALL debate. That was a debate. Should the U.S. stand behind Israel? Israel consul general, our friend Alon Pinkas, will be here, along with Palestinian representative Hassan Abdel Rahman, another friend.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

You're watching HARDBALL.

(COMMERCIAL BREAK)

MATTHEWS: Welcome back to HARDBALL.

This half hour: Lawrence O'Donnell and Janet Parshall on the fight inside the White House over how to handle the Mideast.

But first, the "HARDBALL Debate" tonight: Should America stand steadfast behind Israel? President Bush has been under increasing pressure to temper his support for the Israelis. Saudi Arabia, the United Nations, and even our allies in Western Europe all want America to do more to stop Israel's incursion into Palestinian territory. Is America right to continue to back Israel?

Alon Pinkas is Israel's consul general in New York. And Hasan Abdel Rahman is the Palestinian representative to the United States.

Well, you take the affirmative, Mr. Ambassador. Should the United States be firmly on the side of Israel in its fight with the Palestinian side?

ALON PINKAS, ISRAELI CONSUL GENERAL: Well, the United States and Israel have had a long and forged a very deep relationship that is unique and that is special and that relies or is predicated on both countries being sister democracies, sharing the same values, mostly sharing the same interests, although not in all occasions or every time.

And I think that this relationship is sound and is really based on the U.S.' manifest destiny, if you look at American history, and Israel's manifest destiny. And we both look for the same thing. We both have the same moral clarity, as President Bush has put it.

MATTHEWS: Well, let me ask you, why do you think -- as a student of diplomacy and someone who has studied in the United States, why do you find the United States as the only person in the world that supports Israel besides Israel?

PINKAS: Oh, no, no, no, no, that's not the case.

First of all, the U.S. is the only superpower in the world. It's been called the super-duper power or the indispensable nation. And, therefore, its friendship is the most important thing. But it's not the only friend Israel has. Germany is a staunch friend to Israel. Turkey is. Britain is. Japan is. India is. There are many other countries.

Obviously, obviously, I can understand other Europeans or other countries demanding that the U.S. change its policy or at least balance it more. But I think that stems from a gross misunderstanding of the nature of the Israeli-American relationship.

MATTHEWS: Let me ask Mr. Rahman, if, at this point in the year 2002, the United States were to retilt, recalibrate its situation and say, "Wait a minute; we've been too pro-Israeli; it's time to come down the middle or move slightly pro-Arab," what good would that do us as a country?

HASAN ABDEL RAHMAN, PLO REPRESENTATIVE TO THE UNITED STATES: Well, first of all, the United States is losing a great deal of its prestige and respect in the Arab world and in the world at large because it is siding with Israel.

Israel is behaving like a bully. It is the only colonial power occupying other people. Its army behaved like gangsters in the West Bank and Gaza, destroying Palestinian infrastructure. According to "The Washington Post" today, the commanders of the Israeli army told the reservists to put a bullet in every window in Jenin. The leadership of Israel are and were

(CROSSTALK)

MATTHEWS: What about the Palestinian bombmaker who told "The Jerusalem Post" that, "We had 50 houses booby-trapped," the Palestinian who talked about booby-trapping all around the camp of Jenin. "We chose old and empty buildings in the houses of men who were wanted by Israel because we knew the

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

soldiers would search for them," setting up booby traps. A lot of that demolition that went on in Jenin was done by the Palestinians, apparently.

RAHMAN: Chris, you and I agreed at the beginning of this show that you will be even-handed. And you let me finish what I was saying.

MATTHEWS: OK. I just want you to complete all the news reporting that you're -- if you're going to report the news, report both stories.

RAHMAN: I understand.

I didn't -- I mean, again, I don't want to get into a fight with you, because I like you.

(LAUGHTER)

MATTHEWS: So, you did not interrupt Mr. Pinkas. I hope you will treat me with the same respect.

MATTHEWS: OK, well, I treat you with the same respect.

RAHMAN: So, let me finish, OK?

The Israeli army behaved like a gangster army, killing and destroying civilian life. The world at large, including Germany and India and Britain and France, condemned Israel. And I assure you, if it was not for the United States and the Security Council, today, the Security Council will adopt a resolution putting Sharon in the same seat where Milosevic of Yugoslavia is sitting as a war criminal, believe me.

And that's why it is very, very hard for many in America and in the world to understand why you are taking the side of people like Sharon.

MATTHEWS: The America people see two things on television they don't like. They don't like the sight of young teenage kids and 20-year-olds committing suicide in a war against civilians, killing lots of civilians at pizza parlors.

RAHMAN: I don't like it myself. I don't like it.

MATTHEWS: Well, how do we stop it? How do we stop it?

RAHMAN: We try to stop it. But, because Israel makes life so miserable for the Palestinians, because Israel destroys the possibilities for Palestinians, because it pushes Palestinians into desperation, some of our youth does that. But that's not what we want for our people.

(CROSSTALK)

MATTHEWS: Why doesn't Yasser Arafat, probably the most well-known man in the whole Middle East, why doesn't he go out on the streets of Jerusalem tomorrow -- ask permission from the Israeli government to go on to the streets -- to Jaffa Street and say -- speak to the people of Arabia and say, "Stop coming to this country to commit suicide; it's not in the Arab cause"? Why doesn't he do that?

RAHMAN: I think the point that we have to focus on, Chris, is that you have a country -- and that is Israel -- that is occupying illegally the Palestinian people for 36 years and turning the Palestinians into enemies of Israel. Many Palestinians want to take revenge on Israel because of the atrocities committed by Israel against the Palestinians.

PINKAS: So, you're not condemning it?

MATTHEWS: So, you're justifying it?

RAHMAN: No, I did not.

PINKAS: Of course he's justifying it.

RAHMAN: No, I'm explaining it. Don't put words in my mouth. I am condemning Israel for turning our youth into violent people.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

MATTHEWS: Are the kids, young people who commit suicide in this murderous act of going into Israel and blowing up civilians, are they martyrs?

RAHMAN: I am not going to decide whether...

MATTHEWS: No, are they martyrs? Just tell me.

RAHMAN: What do you mean by martyrs?

MATTHEWS: We know what the word means. Are they martyrs?

I am not going to decide whether they are martyrs.

MATTHEWS: Why not? You're here.

RAHMAN: Only God decides who is a martyr.

MATTHEWS: Well, take a crack at it.

RAHMAN: Let me tell you what.

MATTHEWS: Why can't you say that they're not martyrs?

RAHMAN: But let me tell you.

Why? Because I don't know whether they are martyrs or not. But I disagree with the way they conduct themselves, period.

MATTHEWS: OK, Mr. Pinkas, last word.

PINKAS: Look, the problem that we have is not with the- 13 or 15- or 17- or 19-year-olds suicide bombers or homicide bombers. The problem that we have is with the Palestinian leadership, represented by Mr. Rahman here, who have done nothing but incite them. This is not about...

RAHMAN: This man does not lie like you.

(CROSSTALK)

MATTHEWS: OK, thank you, gentlemen. This is Friday night. Have a nice weekend.

PINKAS: Chris, you caught me. Let me just say...

MATTHEWS: One word.

PINKAS: One word.

(CROSSTALK)

MATTHEWS: Mr. Rahman, you accused him of interrupting. You're interrupting.

PINKAS: Mr. Rahman, be civil. By calling me a liar every evening, you're not going to change your own...

RAHMAN: Because you lie every evening.

PINKAS: Yes, yes, yes, right.

RAHMAN: Of course.

(CROSSTALK)

MATTHEWS: Can we let Mr. Alon Pinkas answer the question? Then we'll

(CROSSTALK)

PINKAS: Mr. Rahman, because you don't understand democracy, because you don't understand media, because you don't understand civil behavior, you keep on interrupting me. Listen to one sentence.

RAHMAN: Well, you interrupted me first.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

PINKAS: No, I did not.

MATTHEWS: One sentence. Mr. Ambassador, one sentence, please.

PINKAS: One simple sentence.

Mr. Rahman, I am looking at you right in the eye and I am telling you something very simple: The Palestinian people are not -- are not -- our enemies. Our enemies are a small minority of terrorists, unfortunately, led by the Palestinian Authority. The sooner you realize...

(CROSSTALK)

PINKAS: Let me finish.

RAHMAN: Because of the way they behave toward us.

PINKAS: Mr. Rahman, you did the same under the prime ministership of Barak, of Peres, of Rabin. They were friends of the Palestinian cause -- quote, unquote.

RAHMAN: For seven years, we managed to have peace.

PINKAS: No, you did not.

RAHMAN: We are against your occupation.

PINKAS: No, no, no, no.

RAHMAN: Get out of our country. Take your settlers away and we will have peace.

MATTHEWS: Thank you very much, Mr. Ambassador, Alon Pinkas. Thank you for joining us. Mr. Hasan Abdel Rahman, thank you for joining us.

Up next: House Republicans clash with the White House over a pro-Israel resolution they hope to pass in Congress. Lawrence O'Donnell and radio talk show host Janet Parshall are going to here to argue over that and the rest of the day's "Political Buzz."

You're watching HARDBALL. (COMMERCIAL BREAK)

MATTHEWS: After pressure from the White House today, Majority Leader Tom DeLay agreed to postpone a vote on a resolution he had authored expressing solidarity for Israel's war against terrorism. Earlier this week, DeLay expressed support for Israel at the American Israel Public Affairs Committee conference.

Here he is.

(BEGIN VIDEO CLIP)

REP. TOM DELAY (R-TEXAS), MAJORITY WHIP: I've been to Masada. I've toured the Judea/ Samaria. I've walked the streets of Jerusalem.

(APPLAUSE)

DELAY: I've stood on the Golan Heights. I didn't see any occupied territory. I saw Israel.

(CHEERING)

(END VIDEO CLIP)

MATTHEWS: Janet Parshall is a radio talk show host. And Lawrence O'Donnell is a senior MSNBC political analyst.

The sharp focus of the debate tonight, which I expect will now begin, is whether Congress should come out with one of these resolutions saying three cheers for Israel, whether that does any good in the world or not.

But I have to ask you about, what did you think of what you just heard, Janet? That was Tom DeLay of Texas talking. What about the lingo he was using there? Explicate it for us.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

JANET PARSHALL, RADIO TALK SHOW HOST: Well, he's right on, first of all. He talked not ever seeing any occupied territory. That's a term that has been ginned in the Western press.

MATTHEWS: When you're in the West Bank of the Jordan River and you're going through what he called Judea and Samaria, where are you, actually?

PARSHALL: In the Western part of Israel.

MATTHEWS: Oh, that's Israel?

PARSHALL: Right.

MATTHEWS: So, you claim that should be annexed by Israel?

PARSHALL: Absolutely.

MATTHEWS: And what do you do with the Arabs?

PARSHALL: You move them over to Jordan, which is already 70 percent Palestinian.

MATTHEWS: At least you're honest. That's what I think a lot of people believe. And you're saying it.

Lawrence, this woman is talking about deporting the Arabs from their homeland.

LAWRENCE O'DONNELL, NBC POLITICAL ANALYST: Chris, that's not even what Israel tells you when you take that tour.

When I worked in the Senate, I took that same tour that Tom DeLay took. You've taken that tour. Those settlements are indeed settlements. Some of them are major cities, by Middle Eastern standards, because they've been there for so long and they now have such a large population in them.

But the Israeli government position is not that those places are Israel. To hear Tom DeLay say that is a perfect illustration of why foreign policy is rightly left to the executive branch and left to the secretary of state and the president to work out.

MATTHEWS: He was in pretty high pander, wasn't he?

(CROSSTALK)

O'DONNELL: It was beyond pander, Chris. It was downright wrong. And you wouldn't get people from that organization speaking into that microphone saying

(CROSSTALK)

MATTHEWS: Well, I want to ask you, Janet, U.S. policy under this administration is that the Green Line is real. That is all to be negotiated, of course, especially the future disposition of Jerusalem, even. But you say it doesn't have to be a debate as far as you're concerned. Israel owns the whole West Bank. They own Gaza. They own everything. And just kick the Arabs out, is the answer.

PARSHALL: It isn't a matter of kicking the Arabs out.

MATTHEWS: What is it?

PARSHALL: In fact Israel says: "What we want to see is two nations side by side."

(CROSSTALK)

MATTHEWS: But that's not what you said.

PARSHALL: Yes, it is what I said.

MATTHEWS: But you said get them off the West Bank.

PARSHALL: And put them on the eastern side of the Jordan. To the West of the Jordan, you have Israel.

MATTHEWS: Just put them in the country of Jordan.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

PARSHALL: Right, because it's 70 percent Palestinian already.

Do you know what the average American thinks, Chris? They look at that little map that you are showing up there. And you see Israel. On the west, you have the Mediterranean. To the north, to the east and to the west, it's all Arab nations. And the average American watching right now thinks: "Why don't you just take them in?"

MATTHEWS: Well, let me ask you a question. When you watch this program and your program, and you have people on with very strong Arabic accents, like Mr. Rahman...

PARSHALL: Right.

MATTHEWS: And then you have fellows on who may grow up in the -- and I'm not against Zionism, but it is kind of difficult to argue that a guy who comes with an Indiana Hoosier accent, and he shows up and he works for "The Jerusalem Post," and he is telling some guy with an oxtongue Arab accent to get the hell out of Dodge, you have got to wonder whose country he is talking about.

How can you tell somebody born in a country to get out of it?

PARSHALL: Well, first of all...

MATTHEWS: Answer the question.

(CROSSTALK)

MATTHEWS: No, I want you to answer that question. Why can you tell Palestinians to get out of their country?

PARSHALL: Because it is not their country. Your premise is wrong. It is not their country.

MATTHEWS: That's a revolting development, but explain it to me.

(LAUGHTER)

PARSHALL: The reality is, there weren't even -- if you looked at a tour guide of Jerusalem in 1906, there weren't even Muslims there. This is a brand new idea. Arafat has something known as the plan of phases. What he wants to do is what he has declared in his charter, which, by the way, has never changed.

MATTHEWS: You're changing the subject.

Do you accept the right of the Palestinians to live on the territory they were born on?

PARSHALL: I believe that they have the right to a state, but I think it should be located...

MATTHEWS: Do you believe that Palestinians are entitled to live on the land they're born on, yes or no?

PARSHALL: Yes.

MATTHEWS: Well, what happens when Israel takes over the West Bank? Are you going to let them all vote?

PARSHALL: They're welcome to live there, but that's

(CROSSTALK)

MATTHEWS: You're going all those Arabs in the West Bank vote in Israel?

PARSHALL: You know what interesting? Let me answer your question. You know what's interesting? The Knesset has Arab representation.

MATTHEWS: Oh, I know all that.

PARSHALL: So, the point is, they're allowed to vote.

MATTHEWS: Thanks for educating me.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

But, Janet, would you let all the Arabs of the West Bank become Israelis and vote? Israel would become an Arabic state in about 20 years.

PARSHALL: No way. On that land? That's as small as can be. First of all, you're talking about an entire country the size of New Jersey.

MATTHEWS: Lawrence, your position. The United States policy has been to respect the Green Line until there's a final agreement between the Arabs and Israelis over what to do over the West Bank. Is this president right in insisting that Congress not pass one of these resolutions saying: "Three cheers for Israel; we're against the Arabs"?

O'DONNELL: Well, the first reason why you wouldn't normally want to do this is that, when Congress passes a resolution of support, it would imply an absence of support prior to the resolution. It would imply that there's something less than full American support for Israel in the Congress and in the White House. And that is not the case.

MATTHEWS: Well, how is this anything different than National Firemen Week or National Police Enforcement Week? What's wrong with just saying three cheers for the Israelis since we like them already?

O'DONNELL: Well, the point of it now is that we are engaged in a negotiation, a difficult one, a frustrating one, that has a lot of dead ends that Colin Powell is trying to manage. And to have the Congress come in and very strongly make a statement, it's an uncontrollable statement. It can be amended in the Senate. It can be changed a lot of ways.

MATTHEWS: OK, thank you. Lawrence, sorry to break in.

We'll be right back with you and Janet Parshall -- more HARDBALL coming back. (COMMERCIAL BREAK)

MATTHEWS: We're back with the "Political Buzz" with radio talk show host Janet Parshall and MSNBC screenwriter/genius Lawrence O'Donnell.

Thank you for joining us.

I want to make it clear -- because I get to be such a wise guy on this show -- when I talk about guys who are on this show who have this perfect American English and I talk about them being Israeli or not, that's their right. That's Zionism. That's fine. But a lot of Israelis are obviously born in that country. They have got many generations going back. So, I don't want to play that card too viciously. But I do have a little fun with it when somebody says, "Get out of town and I just got here."

Let me ask you this here. Let me ask you about Colin Powell. I'm a Colin Powell nut. I'll admit it. Is this guy getting undercut from behind by people in the vice president's office and people in the Pentagon all the time, who meet with Bibi when he's over there meeting with Arafat, that kind of thing?

PARSHALL: Well, sometimes I think he goes out on the branch and then saws it himself from behind.

MATTHEWS: How so?

PARSHALL: Well, first of all, remember when he made that statement on MTV about condoms? You know that wasn't in keeping with the president. Then he makes a statement about believing in the establishment of a Palestinian state, but he doesn't finish the sentence, because Bush does the next day and says only if the Palestinian Authority believes in the establishment of the nation of Israel.

MATTHEWS: That's a good deal.

PARSHALL: So the problem is, sometimes I think Colin Powell acts as an independent. And the name of the game here is: This is an ensemble, not a solo.

MATTHEWS: But Cheney does the same thing, doesn't he? Cheney goes over there and plays his own cards.

Page
White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Lawrence, what do you think of Colin Powell, his stewardship, his ministry of the State Department?

O'DONNELL: I think he's doing as good a job as anyone who has had the job, Chris. And this is a normal crosscurrent of opinion and disagreement that occurs in every administration. And Colin Powell is doing no better or worse at trying to achieve peace in the Middle East than Henry Kissinger did before him under President Nixon. Everyone preceding Colin Powell in this job has failed at the mission of peace in the Middle East. That's the scorecard so far.

MATTHEWS: But do you think he is being undercut by the neocons back in the Pentagon?

O'DONNELL: No, I think they have a differing view than he does on the day-to-day position that the administration should take. That's understandable. There has always been disagreements in every administration on the day-to-day position that should be taken on the Middle East.

MATTHEWS: Thanks, Lawrence. Thanks, Lawrence O'Donnell. Thank you, Janet Parshall.

I'll be right back with what I really think. You're watching it, HARDBALL. (COMMERCIAL BREAK)

MATTHEWS: Now let me tell you what I really think.

Last November on HARDBALL, I was searching for parallel between Islamic belief and terrorism in the name of Islam. I said there are those in this country who oppose abortion, for example, and those -- quote -- who go out and blow up abortion clinics. When I mentioned the name of Randall Terry in that regard, I should have distinguished his in-your-face tactics to discourage abortions with those whose avowed respect for life has led them to take it. I was wrong not to make that distinction.

That's all the time we have. Join me Monday for more HARDBALL. See you then.


LOAD-DATE: July 9, 2003



**SHOW:** America At War
**April** 25, 2002, Thursday PM ET
**NETWORK:** MSNBC Cable Programming
**MEDIUM:** Cable
**LENGTH:** 132 words
**BODY:**
START: 16.47
Perspective. Anchors comment with guests about building a wall around the West Bank.
Studio Interview - Amb. Alon Pinkus, Israeli Consul General, says that the Prime Minister is proposing a series of buffer zones which are security oriented and defense motivated and there is another idea that is being advocated by former Prime Minister Barak and that is a comprehensive plan that seeks to separate or disengage from the Palestinians entirely.
Visual - Wall in Israel.
Studio Interview - **Hasan Abdel Rahman,** Chief Palestinian Representative to the U.S., says that Palestinians never showed up at Camp David and they negotiated and discussed, but they did not accept the Israeli plan, but they offered their own plan which the Israelis did not accept.
END: 23.20
**SEGMENT-ID:** 12
**PROGRAM-ID:** msnbc1100.0425.12
**LOAD-DATE:** May 30, 2002
Page 317
56 of 111 DOCUMENTS

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Fox News Live
**April** 22, 2002, Monday AM ET
**NETWORK:** Fox News Channel Cable Programming
**MEDIUM:** Cable
**LENGTH:** 223 words
**BODY:**
START: 01.50
Mideast Turmoil. Israeli troops have foiled a terrorist plan of attack. Near
Bethlehem, the IDF has arrested an 18 year old they believe was preparing to
blow himself up with the intention of killing Israeli's.
Visual - Tanks and troops outside the Church of the Nativity. "The Washington
Post" reports that two ten year old boys and dozens of other youths are in the
church, isolated in the cave where Jesus is believed to have been born. The
clean-up is underway in Ramallah after troops pulled out of most of that city
Saturday night.
Visual - Caterpillar equipment.
Sound Bites - Jibril Rajoub, P.A. Security Forces, says he doesn't think it's
possible for us to start to talk about security coordination with Israel.
Visual - Aerial view of the destruction. Mike Tobin reporting. Iraqi TV says
Saddam Hussein is offering to $25,000 to every Jenin homeowner whose house was
destroyed by Israeli troops. He's already paying about $25,000 to the families
of Palestinian suicide bombers.
Visual - Hussein.
Studio Interview - **Hasan Abdel-Rahman,** Palestinian Representative to the U.S.,
says we're willing to receive help from whoever gives us help at this point.
Studio Interview - Lt. Col. Gal Luft, Israeli Defense Force (Ret.), says he
doesn't see any good coming out of this.
END: 09.21
**SEGMENT-ID:** 3
**PROGRAM-ID:** fnc10300422
**LOAD-DATE:** May 24, 2002
Page 318
57 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America
**SHOW:** Weekend Late Night Report
**April** 20, 2002, Saturday PM
**NETWORK:** News8 Cable Washington
**MEDIUM:** Cable
**LENGTH:** 204 words
**BODY:**
START: 05.15
Police. Protestors and police in DC this weekend found a way to co-exist.
Visual - Pro-Palestinian marchers.
Interview - Chief Charles Ramsey, DC Police, says they have permitted parade
routes, tried to get them to stick to that. Ramsey and Asst. Chief Terry Gainer,
walked with protestors to World Bank.
Press Conference - Ramsey, says it gives them a feeling of security, plus
business owners, are in soft clothes, not looking for any problems.
Interview - **Hasan Abdel-Rahman,** Palestinian Representative to US, says police
are doing wonderful job, this is peaceful demonstration, expression of support
of Palestinians and to protest US policy in Middle East. Then joined protestors

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

from World Bank, walked together.
Visual - Park Police, Secret Service officers, in riot gear.
Interview - Asst. Chief Terry Gainer, DC Police, says the mood in April 2000 was
different, just coming off disorder in Seattle, alot of things going on in
Europe, these groups are tired of bloodshed, fighting, don't need to do that to
get their message across. No arrests, but police took 25 into custody for
unlawful entry but using parking garage as camp site. John Lisle reporting.
END: 07.29
**SEGMENT-ID:** 5
**PROGRAM-ID:** news23000420
**LOAD-DATE:** May 23, 2002
Page 319
58 of 111 DOCUMENTS

Content and programming Copyright 2002 Cable News Network
Transcribed under license by FDCH e-Media, Inc. (f/k/a
Federal Document Clearing House, Inc.). Formatting Copyright
2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing
House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.
CNN
**SHOW:** CNN INSIDE POLITICS 16:00
**April** 18, 2002 Thursday
Transcript # 041800CN.V15
**SECTION:** News; Domestic
**LENGTH:** 6366 words
**HEADLINE:** Plane Crashes Into Italy's Tallest Building; Crash Evokes Images of
September 11
**GUESTS:** John Defterios, Mitch McConnell, **Hasan Abdel Rahman,** Bay Buchanan, Donna
Brazile
**BYLINE:** Judy Woodruff, Bill Schneider, Deborah Feyerick, Major Garrett, Jonathan
Karl, Kate Snow, Robert Novak
**HIGHLIGHT:**
Three people have been killed after a small plane crashes into the Pirelli
building in Milan, Italy. Plus, this latest event has evoked images of the
September 11 attacks.
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
JUDY WOODRUFF, CNN ANCHOR: I'm Judy Woodruff in Washington. We're following
today's big story: the small plane that crashed into the tallest building in
Italy.
WILLIAM SCHNEIDER, CNN SR. POLITICAL ANALYST: I'm Bill Schneider in
Washington. That crash appears to have been an accident, but it is evoking
images and fears from September 11th.
DEBORAH FEYERICK, CNN CORRESPONDENT: I'm Deborah Feyerick in New York, where
an explosive charge linked to September 11th has shaken up the governor's race.
JONATHAN KARL, CNN CONGRESSIONAL CORRESPONDENT: I'm Jonathan Karl on Capitol
Page 320
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
Hill, where a bipartisan team of senators wants to punish Yasser Arafat for
supporting terrorism.
ANNOUNCER: Live from Washington, this is INSIDE POLITICS WITH JUDY WOODRUFF.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

WOODRUFF: Thank you for joining us. Italian and U.S. officials now say they do not believe that that deadly plane crash into a Milan skyscraper was an act of terrorism. But the pictures were eerily familiar. At least four people were killed and dozens injured when the small plane slammed into the top floors of the building, causing a massive explosion.

There are reports the plane was on fire before the crash and the pilot issued an SOS. The Italian interior minister says it appears to have been an accident. Italian radio reports that 300 people were inside the building in downtown Milan when the plane hit just before 6:00 p.m. local time.

John Defterios of international "Herald Tribune" TV is on the phone with us now from Rome. John, why are they now so convinced that this was not an act of terrorism?

JOHN DEFTERIOS, IHT-TV: Basically, Judy, because of the latest reports that have come out. In fact, in the last 15 minutes, in terms of monitoring the story, there is a report that the pilot could have had gear problems because the cabin filled with smoke, which would probably account for the fact why he lost control and smashed into the building.

But we have some conflicting reports when the accident happened. In fact, the president of the Senate was saying that it could have been an act of terrorism. And then about 20 minutes later the interior minister came out and said it was almost certainly an accident. And he has stuck to that.

But, as you note at the top of the program, witnesses say it was eerily similar to September 11th. One witness said that his head and his heart went to September 11th immediately. But apparently the evacuation was quite smooth. It was a smooth one. All were evacuated by 8:05 local time or 2:05 Washington time, which is just two and a quarter hours after the incident.

WOODRUFF: John, is it believed that Italy has pretty good measures in place to prevent terrorist acts? What's the sense there?

DEFTERIOS: Well, Judy, it's been a place of very high alert since September 11th. You should remember that this is the first week that we've had labor strikes in 20 years. So there was very high security surrounding that.

The former king of Afghanistan, as you know, left Rome yesterday for Kabul. And the last two months we've on and off threats to the U.S. embassy, which is nearby where I live. There were threats to the water supply and bomb threats. So it's uncharacteristic for Italy to have very high security, as you know, because of the culture and the country. But that has changed dramatically since September 11th. And the country has been on high alert and security has been a top priority.

WOODRUFF: And, John, what is the latest that you have on the number of dead
Page 321
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
and injured?

DEFTERIOS: OK, in the last 15 minutes, ANSA, which is the national news agency, has reported that in fact perhaps five have been killed in this accident. That conflicts with reports of four confirmed dead. Apparently the pilot, two passers-by and two in the building. That again, according to ANSA, which came out in the last quarter-hours.

As we know, the plane struck between the 24th and 25th floors. There was apparently, Judy, damage to eight floors. But fire authorities in Milan have said that the building is indeed secure. It is the highest building in north of the country. It houses the regional offices of Lombardia in the north.

So that's the latest account, in terms of the official death toll of five right now. At least 56 injured is what they are saying.

WOODRUFF: All right. John Defterios of International Harold Tribune TV.

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Thank you, John, very much.
Well, some witnesses to the Milan crash have noted that the sky was clear
blue, just as it was on September the 11th, when suddenly a plane appeared. A
building was sliced apart, along with many people's sense of security.
Our Bill Schneider has also been thinking about the similarities -- Bill.
SCHNEIDER: "Not again." That was the first thing people said when they heard
the news from Milan today.
(BEGIN VIDEOTAPE)
(voice-over): April 18th, an image with a ghastly resonance appears on our TV
screens. This time, terrorism was the first thought that came into our minds.
The tallest skyscraper in Milan, Italy's financial center.
Don't U.S. investigators believe Milan is the European base of al Qaeda? A
few weeks ago, the State Department issued a warning about possible threats from
extremist groups to Americans traveling in several Italian cities. One of them
was Milan.
This was like the American Airlines crash at Kennedy airport on November 12.
Then, too, the first thought that crossed their minds was, "not again." People
actually felt relieved when they heard that the New York plane crash was an
accident. That's part of the tragedy.
Today, people feel relieved to hear that no terrorist links have been
established to the plane crash in Milan. And that the pilot had reported engine
trouble. People died in Milan, and many were injured. But since September 11th,
our scale of alarm has changed.
(END VIDEOTAPE)
One other irony: the Milan disaster happened just when family members of
those killed on United Airlines flight 93, the plane that crashed in
Pennsylvania on September 11th, were hearing the cockpit voice recordings from
Page 322
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
that flight for the first time -- Judy.
WOODRUFF: Coincidence. All right, Bill Schneider, thanks very much.
Even before the Milan crash there were echoes of September 11th in New York
today. At issue, Democratic gubernatorial candidate Andrew Cuomo's stunning
comments about Governor George Pataki's leadership after the attacks. CNN's
Deborah Feyerick has more from New York -- Deborah.
FEYERICK: Judy, it was a comment made on a bus in upstate New York. Andrew
Cuomo, hoping to become the Democrat's choice for governor, telling reporters
George Pataki didn't deserve credit for leading New York during the 9-11
tragedy. Saying there was only one leader, Rudy Giuliani, and that Pataki was
only riding his coattails.
(BEGIN VIDEOTAPE)
(voice-over): Governor George Pataki choosing the high road after being
attacked for playing a secondary role in response to the World Trade Center
attacks.
(on camera): What do you think about Andrew Cuomo saying you were on Rudy's
coattails?
GOV. GEORGE PATAKI (R), NEW YORK: I'm just so proud of the way New Yorkers
came together and stood together in a time of unbelievable crisis. And there
was no city, no state, no Democrats, no Republicans. We were all New Yorkers.
And we were all just committed to working together, and providing the type of
response this horrible emergency called for.
FEYERICK (voice-over): Two days after officially saying he's running for
governor, Democrat Andrew Cuomo doing some major spin control.
ANDREW CUOMO, DEMOCRAT CANDIDATE FOR GOVERNOR: George Pataki is not a bad

Page
White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

man. That's not what this is about. I don't think campaigns have to demonize.
I'm not saying he's a bad man. Just that he's not a good governor. Look at the
results. Look at the leadership.
FEYERICK: The leadership Cuomo had been criticizing, Pataki's handling of
September 11th. Cuomo telling reporters there was only one leader, New York
City's mayor, who summed up Cuomo's remarks.
(on camera): You say you think this is a political mistake. Do you think
this is going to backfire on Mr. Cuomo in a way he did not anticipate?
RUDY GIULIANI, FMR. MAYOR OF NEW YORK CITY: Yes, I do. The reason is because
it's not true. And everybody knows that it isn't.
Had we not broken down all of the different barriers that sometimes exist
between different officials and their bureaucracies, I think neither the city
nor the state would have emerged as strong as it has.
FEYERICK (voice-over): Cuomo ahead of his Democratic opponent, 51-34,
striking a nerve he likely hadn't planned on.
Page 323
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
(on camera): All of a sudden he's in somewhat of a freefall. What's your
reaction?
UNIDENTIFIED MALE: Well, this is not the argument he wanted to make. You
want to bring Pataki into this. he's a popular governor. But to politicize the
World Trade Center issue is probably not the way to go. And I suspect if he had
it to do over he would take it back.
FEYERICK (voice-over): New Yorkers surprised Cuomo would try to score
political points off 9-11.
(on camera): Did you ever get the feeling that Governor Pataki was just there
for a press op?
UNIDENTIFIED MALE: No, no, no, I never got that impression at all. I felt
that he lent an appropriate level of support to the guy whose political role in
the crisis was more significant than his.
UNIDENTIFIED MALE: It's such a sensitive issue for the country. I mean, you
know, if you want to run for election, fine. But that's such a touchy thing,
why dis someone on that?
FEYERICK: So basically, Cuomo took a gamble by saying something like this...
UNIDENTIFIED MALE: Yes.
FEYERICK: And it backfired.
UNIDENTIFIED MALE: To me, yes.
FEYERICK: So you think Giuliani did what he had to do and the governor did
what he had to do?
UNIDENTIFIED MALE: I think they both did what they had to do.
(END VIDEOTAPE)
Giuliani praised Pataki, saying the governor could have put himself first at
any time but chose not to. Saying Pataki let the mayor stand front and center
because that's what he believed was good for the city. Andrew Cuomo says he was
just stating the facts -- Judy.
WOODRUFF: All right, Deborah, thanks. Certainly it's brought some attention
to that New York governor's race. Thank you very much.
And now we turn to the search for peace in the Middle East. The commander of
Israeli troops in and around Jenin says his forces will complete their
withdrawal from the area tonight. Here in Washington today, Secretary of State
Colin Powell briefed President Bush on his mission to the region. Mr. Bush told
reporters that he was satisfied with the pace of Israel withdrawal from
Palestinian areas.
(BEGIN VIDEO CLIP)

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Page 324

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: Israel started withdrawing
quickly after our call, from smaller cities on the West Bank. History will show
that they have responded. And as the prime minister said, told me, he gave me a
timetable. And he's met the timetable.

(END VIDEO CLIP)

WOODRUFF: The president says that progress is being made toward the U.S.
vision for peace in the Middle East, even though Secretary Powell was not able
to secure a cease-fire.

Let's bring in now our White House correspondent, Major Garrett. So, Major,
what's the next step for the Bush administration over there?

MAJOR GARRETT, CNN WHITE HOUSE CORRESPONDENT: Well, Judy, there are a lot of
options on the table. And as yet, no firm decisions. What are some of the
options? Well, the president is going to sit down tomorrow with his national
security team and Secretary of State Powell, and they're going to go over a long
list of things that they might choose to do.

One of them, of course, is sending the CIA director George Tenet back to the
region. That's under very active consideration. He's the author of a security
plan that the Israelis and Palestinians have committed to in word, but fallen
far short of enacting indeed.

A couple of other things also on the table. There is some debate within the
White House of moving beyond Tenet and Mitchell, which is a security arrangement
and then a political framework, in pursuit of a complete compromise. There is
some talk -- I won't say it's at the highest levels or very active.

But going beyond that, there have been calls in the Arab world and some in
European capitals for the Bush administration to do something much more bold.
Maybe offer its own particular package of dealing with the facts on the ground
and a peace proposal for both sides to sort of look at. Put it on the table and
say the U.S. endorses this, we want you to do so as well. That will be under
consideration.

Also a good deal of talk about maybe putting some U.S. dollars on the ground
to assist the Palestinians in the aftermath of Israeli incursions. Tremendous
damage in many of these West Bank cities. The administration actively thinking
about ways to address those concerns, both with U.S. dollars, international
dollars. But again ,all these are options right now, Judy. No hard decisions
yet.

WOODRUFF: All right, Major Garrett reporting from the White House. Thanks,
Major.

Meantime in the Senate today, Democrat Dianne Feinstein and Republican Mitch
McConnell introduced a measure to harshly criticism Yasser Arafat and to impose
sanctions on the Palestinian Authority. Let's bring in our congressional
correspondent, Jonathan Karl.

Jonathan, I understand there's some discomfort among Republicans who support
this measure, about taking on the administration in this regard.

Page 325

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

KARL: Well, yes, and for good reason. The White House is adamantly opposed
to this resolution and other resolutions of the kind. They simply do not
believe that it will be helpful, as Colin Powell and the administration tries to
pursue the peace process. They don't want Congress weighing in on this.

As a result, when Mitch McConnell, the Republican, came out and announced
this today, he said very clearly he's sending a message to Yasser Arafat, not
sending a message to the president, not sending a message to the White House.

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

And making it sure -- making it clear that while they are introducing this bill
now, they will not push for any passage immediately or any time soon. They're
going to let the administration work through this process.

You have a similar thing going on over in the House of Representatives, where
Tom DeLay is working -- Republican Tom DeLay is working with Democrat Tom Lantos
on a resolution that would also be harshly critical of Yasser Arafat and the
PLO, and express very strong support for Israel. But that resolution also
includes, interestingly, Judy, language commending the president, praising the
president's leadership for his handling of this crisis.

Because here you have Republicans on the Hill, conservative Republicans, who
quite frankly, would like to see the administration take a harder line against
Yasser Arafat. But they don't want to come out and appear to be second-guessing
the administration. So you have a very delicate dance here. Standing up for
what they believe in, but not trying to undercut the president on this.

And in the meantime, in a third development up here, Dick Armey, the majority
leader, Republican leader in the House, is pursuing a sanctions bill against
Syria. So you see a very strongly pro-Israel and anti-Israel's enemies up here
on Capitol Hill.

WOODRUFF: All right. Well, Jon, on another topic -- and this is a priority
of the president's -- drilling in the Arctic National Wildlife Refuge. This
went down in defeat today in the Senate. But before the vote, we got some
indication about just how strongly Senator Daschle feels about the issue. Let's
listen.

(BEGIN VIDEO CLIP)

SEN. TOM DASCHLE (D-SD), MAJORITY LEADER: I think it's fair to say that as
long as the Democrats are in control of the Senate, it won't happen. We believe
that this is a dividing line between Republicans and Democrats. And we're
willing to take it anywhere in the country.

(END VIDEO CLIP)

WOODRUFF: Jon, I think it's fair to say the Republicans thought they were
going to do better than this 54-46 vote. What was their reaction?

KARL: This was really a stunning defeat. The Republicans on this really
thought they were going to get more than 50 votes for drilling in ANWR. They
knew they weren't going to get the 60 they needed to actually prevail here. But
getting only 46 votes was a serious defeat.

As a result, Republicans agree with Tom Daschle on that, which is that

Page 326

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

they're not going to get drilling in ANWR until there is a Republican Senate.
So you see the movement now going towards the campaign.

They held out some hope that when they got to the situation -- the House, of
course, passed ANWR. They thought they would be able to get something out of
conference with the House. Now that looks extremely unlikely.

But it was very interesting, Judy. You had the Teamsters representatives up
here saying today that they will remember the Democrats that voted against this.
The Teamsters, of course, were very much with the Republicans on this. And
they're saying that this will be an issue that they won't forget. The Democrats
that voted against them on this are not their friends. That was an exact quote
from Teamsters representative up here.

WOODRUFF: All right, and, Jon, just to clarify again, the Republicans got 46
votes for drilling. But it went down to defeat 46 to 54.

KARL: That's exactly right. So, four votes shy of 50. Just a couple days
ago, Judy, some Republicans working on this predicted they would get as many as
55 votes going their way. So they clearly did not get the support they thought

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

they had for it.

WOODRUFF: And they would have needed 60 to beat a filibuster, but of course
they didn't get close to that. All right, Jon Karl, thanks very much.

KARL: Thank you.

WOODRUFF: Still ahead on INSIDE POLITICS, we'll discuss that Senate proposal
to sanction Yasser Arafat with a sponsor of the measure, Senator Mitch McConnell
and a Palestinian representative to the United States.

Is John McCain thinking of quitting the GOP? Our Jeff Greenfield will take
on the subject of party switches.

And later, we'll consider the wisdom of the new political push to promote
marriage.

(COMMERCIAL BREAK)

WOODRUFF: Senate legislation calling for tough new sanctions against the
Palestinian Authority is sparking strong reaction. In a moment I'll go "On the
Record" with **Hasan Abdel Rahman.** He is the Palestinian representative to the
United States.

But first let's discuss the legislation with one of its sponsors, Republican
Senator Mitch McConnell. Senator, the president and the secretary of state,
Secretary Powell, have said they have to deal with Yasser Arafat. That he is
the person chosen by the Palestinian people, and you can't get to peace without
dealing with him. How do you help them then by imposing sanctions on them?

SEN. MITCH MCCONNELL (R), KENTUCKY: Well, it's a shame the Palestinians are
so poorly led, Judy. I understand that the president and the secretary of state
have to deal with Yasser Arafat. But we think it's important for the Senate to
have an opportunity, through the acquisition of cosponsorships of the bill that

Page 327

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

Senator Feinstein and I are introducing today, to send a message that we
understand what Arafat is.

We've seen that demonstrated over and over and over again. Clearly, the
Palestinians are led by a terrorist. It's a shame that the Palestinians are led
by a terrorist. But I think it is important for us to make clear that Arafat
should be held accountable. We have a number of different ways to achieve that.

WOODRUFF: But how do you get to peace without dealing with the person who is
the leader of the Palestinians?

MCCONNELL: Well, the president and the secretary of state are going to have
to deal with this man. But we think it's important for the Senate to have an
opportunity to go on the record, as understanding exactly who he is, what he is,
and how poor this leadership has been. This is a man who has ordered, Judy,
himself, young people to go out with bombs on their backs to kill not only
themselves, but innocent civilians.

WOODRUFF: But doesn't the United States, Senator, have to remain -- whatever
anyone thinks of Yasser Arafat -- doesn't the United States have to remain
evenhanded in order to have any hope of finding a solution?

MCCONNELL: It's very hard to be evenhanded when you have a man ordering
homicide bombers on the one hand and the Israelis on the other hand reacting in
exactly the same way that we did after the terrorist strike on us in September,
of sending our military out to try to get the leadership.

The Senate, in this legislation, Judy, does give the president flexibility.
If he's making progress towards peace, we give him the opportunity to waive
these sanctions against Arafat and the PLO.

WOODRUFF: Senator, we are going to have to leave it there. Senator Mitch
McConnell, thank you very much for joining us.

And joining us now is **Hasan Abdel Rahman.** He is the Palestinian

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

representative to the United States. Mr. Rahman, you heard what Senator
McConnell said, that they want to go on record as saying that Yasser Arafat is
not somebody who should be leading the Palestinian people.

**HASAN ABDEL RAHMAN,** PALESTINIAN REPRESENTATIVE TO THE U.S.: I'm really
disappointed to hear the senator making those accusations about Yasser Arafat,
and adopting exactly what the Israelis are saying about Yasser Arafat, without
really verifying whether what he is saying is accurate or inaccurate.

Second, the message that he is sending is absolutely the wrong message. It
is a message to Sharon, who defied the president of the United States, and who
defied the Security Council resolution 1402, which the United States was a
cosponsor -- a man who is responsible for war crimes in Jenin.

The senator should really have sent a different message if he wanted the
credibility of the Congress and of the United States to be enhanced in our
region.

WOODRUFF: But they were also saying that it is Yasser Arafat and there's
Page 328

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

proof. They say there are documents that have been found that show his
involvement. And, in the words of Senator McConnell, he has, in effect, ordered
young people to strap these bombs on their backs and blow themselves up.

RAHMAN: That's absolutely untrue. And had the senator took the time to
verify those misinformations that he is receiving from Netanyahu and the likes,
from those who support Israel, who made a career of distorting the Palestinian
position, he would have a totally different position.

But let me say to the Congress of the United States, to the senator, that
really, you are not serving the interest of America by siding with a man like
Sharon, who is responsible for the massacres of Sabra and Shatila.

WOODRUFF: They are...

RAHMAN: And who was destroying refugee camps in Jenin, and who is defying
your own president and defying the international community, as represented by
the Security Council.

WOODRUFF: They're also saying, Mr. Rahman, that they're not going to push
this bill for a vote. They're going to wait to see what happens. If that's the
case, do you really have a real worry about it?

RAHMAN: Then what is the purpose? Is it to please the pro- Israeli lobby?
Is it profitable to be anti-Palestinian in the United States? I'm asking the
senator, how does this kind of resolutions, that are immoral, in my views, and
inaccurate, serve the interest of the United States? How can this advance
relations of the United States with the Arab world?

WOODRUFF: **Hasan Abdel Rahman,** the representative of the Palestinian Authority
to the United States, thank you very much for joining us.

RAHMAN: Thank you.

WOODRUFF: Good to see you sir.

We now turn our attention back to Italy. Next in our "Newscycle," the
frightening images from today's plane crash in Milan. And the latest on the
investigation into what really happened.

(COMMERCIAL BREAK)

WOODRUFF: A quick check now of the INSIDE POLITICS "Newscycle": A
single-engine private plane crashed into Italy's tallest building today in
Milan, causing a massive explosion and killing five people. Italian officials
say the crash appears to be an accident. Italian aviation officials say the
pilot who was the only one on board the plane. The Italian News Agency reports
that he issued a distress call before the crash. Dozens of people were reported
injured at the scene. The incident happened after normal business hours. And

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

many of the workers normally in the government office building had gone home for
the day.
A dramatic scene this afternoon at the University of Texas medical branch
campus in Galveston. An incinerator smokestack caught fire, sending huge plumes
Page 329
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
of smoke into the sky. Firefighters quickly contained the blaze. A spokeswoman
says some patients at the facility had to be relocated, but that no injuries
were reported.
With me now: Bay Buchanan, president of American Cause, and Donna Brazile.
She chairs the Voting Rights Institute at the Democratic National Committee.
Let'S talk first about this move in the House of Representatives today to
make the president's 10-year tax cuts permanent. The Republicans pushed this
through. The president is very much for it.
Donna, the Democrats say it is going to drastically undermine Social
Security. Who is right here?
DONNA BRAZILE, CHAIRWOMAN, VOTING RIGHTS INSTITUTE: Absolutely.
Well, I think the Democrats are right on this one here. Look, after all --
well, surprise, surprise, surprise.
(LAUGHTER)
BRAZILE: But, shame on the Republicans for once again just raiding the Social
Security lock box, of taking almost $5 trillion of surplus and giving it the
most wealthiest of Americans. So I think the Democrats did the right thing in
opposing it. And, unfortunately, they didn't have the votes in the House. And
perhaps Senator Daschle will block this one in the Senate.
BAY BUCHANAN, PRESIDENT, AMERICAN CAUSE: Well, we know that Senator Daschle
is going to block it. He says there won't even be a vote for six months.
What is happening here, Judy, it's politics. What the Republicans want to do
is make certain they can define themselves for the elections that are coming up
in the fall. And so what they are saying is, look -- to the American people --
"We are for tax cuts. We want to continue these tax cuts." And what the
Democrats are saying is, they're going to raise them after a few years. "We are
not going to keep these cuts in. We want to see them go up after a few years."
And I believe that the Republicans are very wise to make this definition now
and be able to use this in the fall.
BRAZILE: It is not about raising taxes. It is about preserving Social
Security, so 40 million Americans nine years from now, this present table
excluded, who will face retirement need money, need their Social Security check.
And where will it be?
BUCHANAN: Let's look at some other places for it.
But there is no question there was a surplus and that that's the time to give
tax cuts. And you all want to blame everything on this former tax cut from last
year. But you know, the honest truth is, you all will not roll it back. You
want nothing to do with rolling it back, right? So you want to talk about the
one in eight years from now. This is bogus, Donna. It's totally bogus.
BRAZILE: It is bogus, because it is irresponsible. And the Republicans
Page 330
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday
should take the leadership role in that.
WOODRUFF: Very different question here: a federal court overruling an effort
to overturn -- overruling an effort to overturn an Oregon state law allowing...
BUCHANAN: Double negative there.
(LAUGHTER)
WOODRUFF: Double negative -- the state law that would allow, would permit

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

doctor-assisted suicide.

The question I have: Is this, Donna, a setback -- how big a setback to the
attorney general?

BRAZILE: Well, first of all, he should be focusing on the war on terrorism.
Whatever happened to trust the people, Bay? The people of Oregon twice voted
for this provision in their law. And now the Bush administration wants to turn
it over. So, I keep saying, trust the people. Trust the voters. They made the
decision. They support it. And the administration should butt out.

BUCHANAN: What we need is some facts on the table here, introduce it in this
debate.

First of all, this was no attempt whatsoever, and would not, if it was
upheld, overturn the law. What this is about is controlled substances. The
federal government has the right to control and regulate certain substances,
narcotics in particular. This does not in any way alter the licenses of these
doctors or their license to prescribe things such as penicillin, antibiotics,
insulin.

What it says is, the federal government has the right to regulate controlled
substances. And they have said these doctors that have a license to prescribe
these federally controlled substances have to do it by the rules of the federal
government. All 49 states do it. And now Oregon says, "It shouldn't apply to
us."

BRAZILE: Bay, that was a line that the administration used...

BUCHANAN: It's not a line.

BRAZILE: ... to go out and try to undermine a law that the people of Oregon
had voted for twice -- twice.

BUCHANAN: Eight to zero is what they voted on in the Supreme Court when
California tried to do the same thing with marijuana. They said: "Well, we in
California are going to do this just a little bit differently. We don't care
what the federal government says about this controlled substance."

And the Supreme Court, all the liberals -- your buddies over there, as well
as mine -- said no go, that's not going to happen. This is a federal law. We
regulate marijuana. And California can vote any way they want. It will not
Page 331
CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

(CROSSTALK)

BRAZILE: I still believe, trust the people. If the people of Oregon want it,
let them have it.

BUCHANAN: The people are not -- It's the federal government's law. In 1970,
it decided

(CROSSTALK)

BRAZILE: What happened to state's rights? I thought the Republicans
supported state rights.

BUCHANAN: It has nothing to do with state rights. It's federal rights.

(CROSSTALK)

WOODRUFF: We trust both of you.

(LAUGHTER)

WOODRUFF: Donna Brazile, Bay Buchanan, thank you both.

BUCHANAN: You're welcome.

WOODRUFF: All right, we will get the "Inside Buzz" next on the ANWR defeat.
When we return, our Bob Novak considers which lobbyists were left in the
wilderness.

(COMMERCIAL BREAK)

WOODRUFF: And now some "Inside Buzz" from Capitol Hill on strategy for this
year's elections.

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Our congressional correspondent, Kate Snear -- Kate Snow is here with us now
-- Snow.

(LAUGHTER)

WOODRUFF: Kate...

KATE SNOW, CNN CONGRESSIONAL CORRESPONDENT: Yes.

WOODRUFF: .. you sat down today with Tom Davis, who is in charge of making
sure Republicans get elected in the House, and lots of them.

SNOW: Exactly.

WOODRUFF: What are they saying right now about their chances of reclaiming --
Democrats' chances of reclaiming?

SNOW: Right.

And, as you might expect, the Republicans have a very optimistic view. And
Page 332

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

they say that it is going to be very difficult for the Democrats. Tom Davis
adds up the numbers in his own way, including redistricting. And he said today
that he thinks the Democrats are going to need to win 10 new seats in order to
take back the House. He calls that a mighty mountain to climb.

Now, on the other hand, Democrats say he's doing a little bit of fuzzy math
there -- for example, including Jim Traficant of Ohio as a loss for Democrats,
even though Traficant, as we all know, usually votes with Republicans and voted
for a Republican speaker. Democrats also say you shouldn't count on all of
those Republican incumbents to keep their jobs, because they point out that nine
Democratic challengers have already raised more money than the Republicans who
currently hold those seats.

WOODRUFF: Now, the other thing I want to ask you about is today this vote in
the House to make the president's 10-year tax cuts permanent. The Republicans
got their wish, but the Democrats, on the other hand, are bringing up an issue
the Republicans are a little nervous about.

SNOW: Yes, the Democrats think they got have a winner if they say: Look, by
making these tax cuts permanent, what you've really done is jeopardize Social
Security. Dick Gephardt said today they are going to use that in the election.
He said if you're an endangered Republican, you better watch out, because those
ads are going to start running saying that you voted against saving Social
Security.

Now, to counter that, Republicans have been looking into Social Security a
little bit, doing their homework. They have in fact spent, the NRCC and the
White House together spent hundreds of thousands of dollars to do focus groups
all over the U.S. talking to people about Social Security. And they found a
couple things.

One, you shouldn't use the word -- if you're a Republican, the word
privatization. It rings very, very badly out there in the real world. They
don't like that word. They are scared of it. They also found that they should
just reassure people they are not going to lose their benefits and, furthermore,
go head to head with the Democrats, go ahead and take them on Social Security.
As one aide said to me: "Don't hide under the desk and get into the fetal
position. Go ahead and take them on on that."

And they think if they do that, they can battle back against the Democratic
arguments, which are certainly going to be strong, because, again, they think
this is a really good issue for them. People are really concerned about Social
Security.

WOODRUFF: Well, it is only April, but it already feels like it is election
time. Kate Snow, thanks very much.

All right, more "Inside Buzz." And let's turn to our Bob Novak.

Page
White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

Bob, ANWR, there was a vote today in the Senate and the Republicans were not happy. What happened?

ROBERT NOVAK, CNN POLITICAL ANALYST: That was a disaster for the pro-crowd who wanted to drill in the Arctic National Wildlife Refuge. They just got beat

Page 333

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

badly.

And, quite apart from the merits, Judy, this was a case of one lobbying group just absolutely outdoing the other. The environmentalists creamed organized labor, the Teamsters, the machinists, the other blue-collar unions. They had a much better job -- they did a much better job in focusing communications to members of the Senate. The environmentalist lobby has to go right up now as one of the most powerful pressure groups on Capitol Hill.

WOODRUFF: Another subject: Jeb Bush. He's the governor of Florida, but he was in Washington the other day. What was he doing here?

NOVAK: He was dialing for dollars.

He came away from Washington last week with about $400,000 He had a fund-raiser at the mansion in the observatory section of Washington of Wayne Berman, a big Republican lobbyist. To sit down at the table, you needed a $10,000 ticket. Now, there's a $500 limit on contributions in Florida. So, how do you do this? Well, the drill was that, if you could get 10 people for $500 a piece, you could get in. Or you could give $10,000 in soft money to the Florida party.

Incidentally, Wayne Berman's next-door neighbor is a good friend of Janet Reno, who is a candidate against Jeb Bush. And that next- door neighbor is Senator Hillary Clinton of New York.

WOODRUFF: Five thousand dollars a ticket, sounds like a bargain to me.

NOVAK: Ten thousand dollars, I'm sorry, $10,000

WOODRUFF: OK, $10,000.

Finally, what's this about Marc Racicot, who is the chairman of the Republican Party?

NOVAK: A source who is close to Racicot says that he is really considering not seeking a full two-year term when his present term expires next January. He's just serving out the last year of former Virginia Governor Jim Gilmore's two-year term, which he only spent one year at.

Now, Judy, if Marc Racicot leaves after one year, that will mean four Republican national chairmen in four years. I don't think that's what the White House wanted. Now, the White House says it is news to them if Racicot is leaving. But these sources say he is somewhat less than delighted by the job and would like to go back practicing law full-time here in Washington.

WOODRUFF: All right, we always learn a lot of new stuff from Bob Novak, who joins us tonight from the "CROSSFIRE" set. Thank you, Bob.

NOVAK: Thank you, Judy.

WOODRUFF: Well, we kick off our "Campaign News Daily" with headlines from California. Republican gubernatorial candidate Bill Simon says he is not going to release his tax returns and he's not sure if he paid any state income taxes

Page 334

CNN INSIDE POLITICS 16:00 April 18, 2002 Thursday

last year. Simon's November opponent, incumbent Democrat Gray Davis, has called on Simon to prove that he paid -- quote -- "his fair share." Simon said that his taxes are private. He compared Davis' comments to the rhetoric of Karl Marx. Actor Arnold Schwarzenegger has turned in the required signatures to get his after-school initiative placed on the California ballot. Schwarzenegger personally delivered almost twice as many signatures as needed. The measure, if

Page

White House Plans to Stop Pro-Israeli Initiative on Capitol Hill; What do Ordinary Iraqis Think of America?
MSNBC April 26, 2002 Friday

approved, increases state spending on after- school programs.
Back East in Pennsylvania, a new poll finds the Democratic primary race for
governor growing tighter. A new Keystone poll shows 38 percent of registered
Democrats support Bob Casey; 37 percent support Ed Rendell. And 25 percent
remain undecided.
Well, we'll look ahead to 2004 next on INSIDE POLITICS, as talk swirls about
John McCain's future and his party...
(VIDEO GAP) TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR
USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com
**LOAD-DATE:** July 11, 2003



67 of 427 DOCUMENTS

Copyright 2002 Federal News Service, Inc.
FNS DAYBOOK

April 18, 2002 Thursday

EDITION: FINAL

LENGTH: 84 words

EVENT: DISCUSSION - CENTER FOR CONTEMPORARY ARAB STUDIES (CCAS)

SUBJECT: Center for Contemporary Arab Studies (CCAS) holds a discussion on the current situation in
Palestine.

LOCATION: CCAS, Georgetown University, 37th and O Streets NW, Intercultural Center 241,
Washington, DC -- April 18, 2002

PARTICIPANTS: Hassan Abdel Rahman, official representative, Palestinian National Authority

CONTACT: Please RSVP to 202-687-6215 or ccasinfo@georgetown.edu

LOAD-DATE: April 17, 2002