## DECLARATION OF MARWAN ABDEL-RAHMAN

I, Marwan Abdel-Rahman, of ~~2828 JFK Blvd.~~ 123 LINCOLN ST, Jersey City, New Jersey, DECLARE PURSUANT TO 28 U.S.C. §1746, AS FOLLOWS:

1. I am completely fluent in Arabic and English, and I am capable of translating accurately between those languages. I have been employed as a professional Arabic-English translator and interpreter for over ~~twelve~~ 13 years.

2. The English-language document attached hereto as Appendix 1 is an accurate translation of the Arabic-language document attached hereto as Appendix 2.

3. The English-language document attached hereto as Appendix 3 is an accurate translation of the Arabic-language document attached hereto as Appendix 4.

4. The English-language document attached hereto as Appendix 5 is an accurate translation of the Arabic-language document attached hereto as Appendix 6.

5. The English-language document attached hereto as Appendix 7 is an accurate translation of the Arabic-language document attached hereto as Appendix 8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 26, 2010

_____
Marwan Abdel-Rahman