In the name of God the Merciful

Palestinian National Authority
Ministry of Finance
General Budget Department

---

No : dmh/  /  25/403/2002
Date: 21/8/2002

Dear Brother Ambassador of the State of Palestine, Washington
Greetings to you

In reference to your letter number 2/2/1331/2002 on 15/8/2002, we hereby send you the transfer details

Details of transfer sent to your embassy during current August

| Item | Amount | Item | Amount |
|---|---|---|---|
| Water & Electricity | 250 | Expenses of means of transport | 350 |
| Mail, Wire &Phone | 1,375 | Hosting delegates and incidentals | 750 |
| Stationery & Press | 417 | Income tax expense | 1,349 |
| Internal Tasks | 1,042 | Health insurance and treatment | 3,797 |
| Substances &consumer goods | 75 | Scientific mission and sessions | 63 |
| Maintenance and repairs and supplies | 75 | Instead of rental equipment & machinery | 209 |

Items total =$9,752

Accept my sincere regards and appreciation

Farid Ghannam
Acting Director of Budget

Seal:Palestinian National Authority
        Ministry of Finance
      General Budget Department
Issued /    77-18
Date   /   24/8/2002

Confidential

02:001684