بسم الله الرحمن الرحيم

**Palestinian National Authority**
**Ministry of Finance**
**Central Budget Department**



السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة

No. : .................
Date : .................

الرقم : ........................
التاريخ : 2002/8/21

الأخ سفير دولة فلسطين المحترم
واشنطن
تحية طيبة وبعد ،،،

إشارة إلى كتابكم رقم 2002/1331/2/2 بتاريخ 2002/8/15 نرسل لكم تفاصيل الحوالة

**تفاصيل الحوالة المرسلة لسفارتكم في شهر آب الجاري**

| المبلغ $ | البيان | المبلغ | البيان |
|---|---|---|---|
| 350 | نفقات وسائط النقل | 250 | مياه وكهرباء |
| 750 | ضيافة ووفود ونثرية | 1,375 | بريد وبرق وهاتف |
| 1,349 | مصاريف ضريبة الدخل | 417 | قرطاسية ومطبوعات |
| 3,797 | تأمينات صحية وعلاجات | 1,042 | مهمات داخلية |
| 63 | البعثات العلمية والدورات | 75 | مواد ولوازم استهلاكية |
| 209 | بدل استئجار أجهزة وآلات | 75 | صيانة وإصلاحات ولوازمها |

مجموع البنود = 9,752 دولار .

واقبلوا فائق الاحترام والتقدير

فريد غنام
القائم بأعمال
مدير عام الموازنة

CONFIDENTIAL                                    02:001684