Ministry of Finance
General Budget

## Statement for Rental Contracts for the Commission General in Washington
## Fiscal Year 2004

| Serial | Ambassador | Renter name start date | The end date | The purpose of use | Rents 2002 | Rent 2003 | Rents 2004 | Lease type | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Embassies in North America | | | | | | | | | |
| 1 | The General Commission in Washington | 01/07 | 30/06 | Embassy | 122,000 | 102,000 | | Continuous | The embassy's lease Problem has been solved through lawyer |
| 2 | The General Commission in Washington | 01/01 | 31/12 | Housing of the general commissioner representative | 48,000 | 48,000 | | New | Hasssan Abdel Rahman |
| 3 | The General Commission in Washington | 01/01 | 31/12 | Employees housing | 8,400 | 7,200 | | New | |
| 4 | The General Commission in Washington | 01/01 | 31/12 | Employees housing | 18,000 | | | New | Saied Hamad |
| 5 | The General Commission in Washington | 15/02 | 15/01 | Employees housing | 2,450 | | | New | Armeny Keshkshyan for 7 months |
| | Total | | | | 178,400 | 177,650 | 0 | | |
| | Total | | | | 178,400 | 177,650 | 0 | | |

4/9/2003
Brother Ambassador and representative of PLO for Washington
Greetings and
Referring to the topic of your home rent, we inform you that the amounts of $48,000 for the year of 2002 and $48,000 for the year of 2003 have been authorized.
At your request, please find the amount appropriated above in the rental invoice for the commissariat
    Accept my sincere regards and appreciation

4/9/2003
Farid Ghanaam
Acting Director of Budget
 Seal/Palestinian National Authority
   Ministry of Finance
   Central Budget Department
Issued  / 6074
Confidential                     02:000748