وزارة الداخلية
الإدارة العامة للشؤون الإدارية

كشف حول إيجارات المديرية للعام 2004
السنة المالية 2004

| ملاحظات | نوع العقار | إيجارات عام 2004 | إيجارات عام 2003 | إيجارات عام 2002 | طبيعة الاستخدام | مدة العقد | بداية المدة | اسم المتعهد | العقار | مسلسل |
|---|---|---|---|---|---|---|---|---|---|---|
| أرض داخلة ليلة غير مبنية | سطح | | 102,000 | 122,000 | مقر الديوان | 30/06 | 01/07 | | العقارات التي أبرمت الاتفاقية | 1 |
| طلب تزايد عام 2002 (14) شهر | ؟؟ | | 48,000 | 48,000 | سكن الموظفين طابع سفلي بإنارة | 31/12 | 01/01 | | المديرية العامة والقضاء | 2 |
| | ؟؟ | | 7,200 | 8,400 | سكن موظفين | 31/12 | 01/01 | | المديرية العامة والقضاء | 3 |
| | ؟؟ | | 18,000 | | سكن موظفين | 31/12 | 01/01 | | المديرية العامة والقضاء | 4 |
| أرضي كفيفان لمدة 7 شهور | ؟؟ | | 2,450 | | سكن للمراقبين | 15/01 | 15/02 | | المديرية العامة والقضاء | 5 |
| | | 0 | 177,650 | 178,400 | | | | | المجموع | |
| | | 0 | 177,650 | 178,400 | | | | | المجموع الكلي | |

[handwritten notes in Arabic]

CONFIDENTIAL

02:000748