dPage 1- General Budget Department                              Fax: 009727   2826265

PALESTINE NATIONAL AUTHORITY
MINISTRY OF FINANCE
GENERAL BUDGET DEPARTMENT

No:      /Illegible/ 37/353/2003
Date:    9/4/2003

Dear Mr. Hassan Abdel Rahman, General Commissioner in Washington,

Greetings to you,

In reference to your letter – unnumbered – dated 3/25/2003 regarding issuance of insurance payments and car garage for brother Ghalib Darabieh, we wish to advise you that a sum $170 per month has been authorized to cover health insurance, starting on 1/1/2003, in the total amount of 2040 until 12/31/2003, at your request and as per the medical insurance bill (invoice number: 1568). As for the garage, there is no indication in the employee directory utilized by the National Fund, that employees should be granted garage cost.

Please accept my best regards.

Farid Ghannam

Budget Director General


Seal:   PALESTINAIN NATIONAL AUTHORITY
        Finance
        General Budget Department
        Outgoing/1866
        Date: 4/9/2003

Gaza – Tel: 2825942         Fax: 08- 2825255
P.O. Box: 4007 Abu-Khadra Complex- Gaza

CONFIDENTIAL                                                                02:000628

PLO MISSION /Logo/

1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337                                  10/12/2002


Dear Brother Abul-Lutef, Foreign Minister of the State of Palestine

Greetings to you.

You are kindly requested to sign an authorization regarding the travel compensation for the assignment to New York to meet with you, in order for me to collect the amount from the office when there is enough liquidity.


Please accept my best regards.

Your brother, Said Hamad


CONFIDENTIAL                                                           02:000884

From: Hebron University        Fax: +970 3 2229303        April 27/2003        12:10pm

2229303

PLO MISSION /Logo/
1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337

Dear President Abu Ammar, President of the State of Palestine

Greetings to you,

|  |  |
|---|---|
| Seal: | Brother Ziad Al Behairy/ Signature<br>4/12/2003<br>Palestine Liberation Organization<br>PALESTINAIN NATIONAL AUTHORITY<br>1/25/2003<br>11166 |

You are kindly requested to grant me housing allowance since I have provided the Budget Department with official documents regarding housing.

Please accept my best regards.

Your brother, Said Hamad

|  |  |
|---|---|
| Mr. President, your assistance is requested<br>Mohammed Sorany/ signed 4/24/2003 | Handwritten note:<br>Finance Ministry<br>Pay $1500<br><br>/Signature/ 4/24/2003 |

CONFIDENTIAL                                                                 02:004399

PLO MISSION                              /Logo/
1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337

                                                      2/18/1998

Dear Mr. President, Brother Abu Ammar

Head of the Executive Committee, Palestine Liberation Organization
President of the State of Palestine

Greetings to you,

I herby attach the letter which I have received from the CNN Television Network in which they requested an interview with you similar to the interview with the Israeli Prime Minister Benjamin Netanyahu for an hour last Sunday and which was broadcasted via Internet and CNN Television Networks and radio stations.

In addition to CNN correspondents, citizens from all over the world will be asking questions as well.

Your instructions are requested.

 Please accept my best regards.


Hassen Abdel Rahman

Washington

02:000382

PLO MISSION                              /Logo/
1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337

9/2/2003

Dear Mr. President, Brother Abu Ammar
President of the State of Palestine

Greetings to you,

A conference on economics will be held in the city of Detroit, State of Michigan, similar to the Davos conference, under the name "The Arab American Economic Forum". The American Secretary of State Colin Powell will participate along with a number of senators, congressmen, and chairmen of major American companies. From the Arab world, Mr. Amr Mousa, Secretary General of the Arab League along with ministers of economy and commerce from several Arab countries in addition to a large number of Arab businessmen will participate. I have received an invitation letter from the conference secretariat.

Your Excellency is requested to select an official Palestinian economic delegation to participate in that important conference.

The matter is deferred to your Excellency.

Please accept my best regards.


Hassen Abdel Rahman

Washington
Head of the Mission


02:000386

09/02/2003     17:05    Fax: 20223311525                                              001

|  | TX REPORT | | |
|---|---|---|---|
| TRANSGMISSION | OK | | |
| TX/RX | NO | 1333 | |
| CONNECTION | TEL | 01197282822366 | |
| CONECTION ID | | | |
| ST. TIME | 09/02/ | 17.03 | |
| USAGE T | 00.48 | | |
| PGS. SENT | 2 | | |
| RESULT | OK | | |

PLO MISSION                                              /Logo/
1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337

                                                               Date: 2/9/2003

Dear Mr. President, Brother Abu Ammar
President of the State of Palestine

Greetings to you,

A conference on economics will be held in the city of Detroit, State of Michigan, similar to the Davos conference, under the name "The Arab American Economic Forum". The American Secretary of State Colin Powell will participate along with a number of senators, congressmen, and chairmen of major American companies. From the Arab world, Mr. Amr Mousa, Secretary General of the Arab League along with ministers of economy and commerce from several Arab countries in addition to a large number of Arab businessmen will participate. I have received an invitation letter from the conference secretariat.

Your Excellency is requested to select an official Palestinian economic delegation to participate in that important conference.

The matter is deferred to your Excellency.

Please accept my best regards.

                                                               02:000388

/Handwritten: Dr. Youssef Al Abdullah/

PLO MISSION                                            /Logo/
1717 K Street N.W, Suite 407
Washington, DC 20036
Tel: (202)7858394- Fax: (202)8875337

10/16/2003

Dear Mr. President, Brother Abu Ammar
President of the State of Palestine

Greetings to you,

A group of Palestinian and Jewish leaderships in the regions of Ohio and Michigan intends to pay a visit to the Homeland during the period of November 12-17. They will be accompanied by Mr. Robert Goldberg, the elected President for the Jewish Global Federation.

The group wishes to conduct meetings with Palestinian and Israeli officials. The Palestinian side of the delegation, seven leaders, urges you Excellency to meet with them on November 15. The Jewish side will be meeting with Sharon on the same day. The whole group, Jews and Palestinians, wishes to meet with Palestinians officials (Dr. Nabil Sha'th and Saeb Erikat) and they will pay a visit to Ramallah Hospital and donate an amount of money collected from the two sides, the Palestinians and the American Jews.

The matter is deferred to your Excellency.

Please accept my best regards.


Hassen Abdel Rahman

Washington
Head of the Palestine Mission - Washington


CONFIDENTIAL                                            02:000389