# PLO Office

1730 K Street, N.W., Suite 1004
Washington, D.C. 20006

Tel: (202) 785-8394
Fax: (202) 887-5337



بعثـة
منظمـة التحريـر الفلسطينيـة
واشنطن

هاتف: ٧٨٥-٨٣١٤ (٢٠٢)
فاكس: ٨٨٧-٥٣٣٧ (٢٠٢)

١٩٩٨/٢/١٨

سيــادة الاخ الرئيـــس أبــو عمّــار حفظــه اللـــه
رئيــس اللجنــة التنفيذيــة لمنظمــة التحريــر الفلسطينيــة
رئيـــس دولـــة فلسطيــــن

تحيــــة طيبــــة وبعــــد ،

أرفق الرسالة التي وصلتني من شبكة تليفزيون CNN يطلبوا مــن خلالها مقابلة مع سيادتكم أسوة بالمقابلة التي أجريت مع رئيس الوزراء الاسرائيلي بنجامين نتنياهو لمدة ساعة يوم الأحد الماضي والتي تم نقلها على الانترنيــت وشبكات تليفزيون ومحطات راديو CNN ،

بالاضافة الى مراسلي الـ CNN يقوم مواطنون من جميع أنحــــاء العــالم بتوجيه الأسئلة أيضا .

أرجو تعليماتكــم .

مــع خالــــص التحيـــة والتقديــــر .

حسن عبد الرحمن

واشنطــــن

02:000382

**PLO MISSION**

1320 18th Street NW, Suite 200
Washington, DC 20036
Tel: (202) 974-6360 • Fax: (202) 974-6278



بعثـــــة
منظمة التحرير الفلسطينية
واشنطن

هاتف: ٦٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

التاريخ : 2/9/2003

سيادة الأخ الرئيس أبو عمار حفظه الله
رئيس دولة فلسطين

تحية الوطن وبعد،

سينعقد في مدينة ديترويت بولاية ميتشيغان مؤتمر اقتصادي على غرار مؤتمر دافوس باسم "المنتدى العربي الأمريكي الاقتصادي" وسيشارك فيه وزير الخارجية الأمريكي كولن باول وعدد من أعضاء مجلس الشيوخ و النواب ورؤساء الشركات الأمريكية الكبرى وسيحضره من العالم العربي السيد عمرو موسى أمين عام جامعة الدول العربية ووزراء اقتصاد وتجارة من عدد من الدول العربية بالإضافة إلى عدد كبير من رجال الأعمال و المال العرب ، هذا وقد تلقيت رسالة من سكرتارية المؤتمر يدعوننا للمشاركة .

أرجو من سيادتكم اختيار وفد رسمي و اقتصادي فلسطيني للمشاركة في هذا المؤتمر الهام.

والأمر لسيادتكم وتفضلوا بقبول فائق المودة و التحية،

حسن عبد الرحمن
واشنطن
رئيس البعثة

02:000386

```
09/02/2003 17:03 FAX 2023311525                                              ☒001
```

```
            *********************
            ***   TX REPORT    ***
            *********************

TRANSMISSION OK

TX/RX NO                   1333
CONNECTION TEL                           01197282822366
CONNECTION ID
ST. TIME                   09/02 17:03
USAGE T                    00'46
PGS. SENT                  2
RESULT                     OK
```

**PLO MISSION**

1320 18th Street NW, Suite 200
Washington, DC 20036
Tel: (202) 974-6360 • Fax: (202) 974-6278



بعثـــة
منظمة التحرير الفلسطينية
واشنطن

هاتف: ٦٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

التاريخ : 2 /9 /2003

سيادة الأخ الرئيس أبو عمار حفظه الله
رئيس دولة فلسطين

تحية الوطن وبعد،

سينعقد في مدينة ديترويت بولاية ميتشيغان مؤتمر اقتصادي على غــرار مؤتمر دافوس باسم "المنتدى العربي الأمريكي الاقتصادي" وسيشارك فيه وزير الخارجية الأمريكي كولن باول وعدد من أعضاء مجلــس الشــيوخ و النــواب ورؤساء الشركات الأمريكية الكبرى وسيحضره من العالم العربي السيد عمــرو موسى أمين عام جامعة الدول العربية ووزراء اقتصاد وتجارة من عدد من الدول العربية بالإضافة إلي عدد كبير من رجال الأعمال و المال العــرب ، هــذا وقــد تلقيت رسالة من سكرتارية المؤتمر يدعوننا للمشاركة .

أرجو من سيادتكم اختيار وفد رسمي و اقتصادي فلسطيني للمشاركة في هذا المؤتمر الهام.

والأمر لسيادتكم وتفضلوا بقبول فائق المودة و التحية،

02:000388




**PLO MISSION**

1320 18th Street NW, Suite 200
Washington, DC 20036
Tel: (202) 974-6360 • Fax: (202) 974-6278

بعثــة
منظمة التحرير الفلسطينية
واشنطن

هاتف: ١٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

2003/10/16

سيـادة الأخ الرئيـس أبــو عمــار حفظـه اللــه
رئيــــس دولــــة فلسطيــــن

تحيــة الوطــن وبعــد ،

تنوي مجموعة من القيادات الفلسطينية واليهودية في مناطق أوهايو وميشيغان القيام بزيارة إلى الوطن في الفترة من 12 – 17 نوفمبر ، وسيرافقهم السيد روبرت غولدبرج الرئيس المنتخب للفيدرالية اليهودية العالمية .

المجمـوعة ترغب في إجراء لقاءات مع مسؤولين فلسطينيين واسرائيليين ، والجانب الفلسطيني في الـوفد وعـددهم سبعة قياديين يتمنوا على سيادتكــم اللقاء معهم في يوم 15/نوفمبر . وسيجتمع الجانب اليهودي مع شارون في نفس اليوم ، كما ترغب المجموعة بكاملها يهود وفلسطينيون الإجتماع بمسؤولين فلسطينيين ( الدكتور نبيل شعث وصائب عريقات ) وسيقومـوا بزيارة مستشفى رام الله والتبرع له بمبلغ تم جمعه من الجانبين الفلسطيني واليهودي الأمريكي .

والأمــر لسيادتكـــم ,

وتفضلـــوا بقبــــول فائــق المــودة والتحيــــة

حسن عبد الرحمن
رئيس بعثة فلسطين – واشنطــن

**CONFIDENTIAL**

02:000389