وزارة المالية
دائرة الموازنة العامة

كشف عقود إيجارات المفوضية العامة واشنطن
السنة المالية 2004

المبلغ بالدولار

| مسلسل | السفارة | إسم المؤجر | بداية المدة | نهاية المدة | طبيعة الإستخدام | إيجارات عام 2002 | إيجارات عام 2003 | إيجارات عام 2004 | نوع العقد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| | السفارات في أمريكا الشمالية | | 01/07 | 30/06 | مقر السفارة | 122,000 | 102,000 | | مستمر | تم حل مشكلة إيجار المقر عبر محامي |
| 1 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن المفوض لمدة ... | 48,000 | 48,000 | | جديد | حسن عبد الرحمن |
| 2 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | 8,400 | 7,200 | | جديد | غالب درابيه عام 2002 ( 14 ) شهر |
| 3 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | | 18,000 | | جديد | سعيد حمد |
| 4 | المفوضية العامة واشنطن | | 15/02 | 15/01 | سكن الموظفين | | 2,450 | | جديد | أرميني كشيشيان لمدة 7 شهور |
| 5 | المفوضية العامة واشنطن | | | | | | | | | |
| | المجموع | | | | | 178,400 | 177,650 | 0 | | |
| | المجموع الكلي | | | | | 178,400 | 177,650 | 0 | | |

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة
صادر/
التاريخ/

٤/٩/٢٠٠٣

الأخ/ حسن عبدالرحمن المحترم سفير وش م.ت.ف لدى واشنطن.
تحية طيبة وبعد،

بالإشارة إلى موضوع أجرة المنزل الخاص بكم نفيدكم بأنه تم اعتماد وتحويل مبلغ 48,000 دولار عن سنة 2002، 48,000 دولار عن عام 2003 وبناءً عليه تجدون المبلغ المعتمد أعلاه ضمن كشف الإيجارات للمفوضية،

وتفضلوا بقبول فائق الاحترام

٤/٩/٢٠٠٣
فريد غنام
مدير عام الموازنة

وزارة المالية
دائرة الموازنة العامة

المبلغ بالدولار

## كشف عقود إيجارات المفوضية العامة واشنطن
السنة المالية 2004

| مسلسل | السفارة | إسم المؤجر | بداية المدة | نهاية المدة | طبيعة الإستخدام | إيجارات عام 2002 | إيجارات عام 2003 | إيجارات عام 2004 | نوع العقد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| | السفارات في أمريكا الشمالية | | | | | | | | | |
| | | | 01/07 | 30/06 | مقر السفارة | 122,000 | 102,000 | | مستمر | تم حل مشكلة ايجار المقر عبر محامي |
| 1 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن المفوض لعام مع سكن ومكتب | 48,000 | 48,000 | | جديد | حسن عبد الرحمن |
| 2 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | 8,400 | 7,200 | | جديد | غالب دراغمه عام 2002 ( 14 ) شهر |
| 3 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | | 18,000 | | جديد | سعيد حمد |
| 4 | المفوضية العامة واشنطن | | 15/02 | 15/01 | سكن للموظفين | | 2,450 | | جديد | أرموني كشيشيان لمدة 7 شهور |
| 5 | المفوضية العامة واشنطن | | | | | | | | | |
| | المجموع | | | | | 178,400 | 177,650 | 0 | | |
| | المجموع الكلي | | | | | 178,400 | 177,650 | 0 | | |

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة
صادر/ [illegible]
التاريخ/ [illegible]

٤/٩/٢٠٠٣

الأخ/ حسن عبد الرحمن المحترم سفير وممثل م.ت.ف لدى واشنطن.
تحية طيبة وبعد،

بالاشارة الى موضوع أجرة المنزل الخاص بكم نفيدكم بأنه تم اعتماد وتحويل مبلغ 48,000 دولار عن سنة 2002 و 48,000 دولار عن عام 2003 وبناءً على طلبكم تجدون المبلغ المعتمد اعلاه ضمن كشف الإيجارات المفوضية،

وتفضلوا بقبول فائق الاحترام

[signature]
٤/٩/٢٠٠٣
فريد غنام
مدير عام الموازنة

CONFIDENTIAL

وزارة المالية
دائرة الموازنة العامة

كشف عقود إيجارات المفوضية العامة واشنطن
السنة المالية 2004

المبلغ بالدولار

| مسلسل | السفارة | إسم المؤجر | بداية المدة | نهاية المدة | طبيعة الإستخدام | إيجارات عام 2002 | إيجارات عام 2003 | إيجارات عام 2004 | نوع العقد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| | السفارات في أمريكا الشمالية | | | | | | | | | |
| 1 | المفوضية العامة واشنطن | | 01/07 | 30/06 | مقر السفارة | 122,000 | 102,000 | | مستمر | تم حل مشكلة ايجار المقر عبر محامي |
| 2 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن المفوض العام ممثل م.ت.ف | 48,000 | 48,000 | | جديد | حسن عبد الرحمن |
| 3 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | 8,400 | 7,200 | | جديد | غالب درابيه عام 2002 ( 14 ) شهر |
| 4 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | | 18,000 | | جديد | سعيد حمد |
| 5 | المفوضية العامة واشنطن | | 15/02 | 15/01 | سكن الموظفين | | 2,450 | | جديد | ارموني كلينتون لمدة 7 شهور |
| | المجموع | | | | | 178,400 | 177,650 | 0 | | |
| | المجموع الكلي | | | | | 178,400 | 177,650 | 0 | | |

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة
صادر/ [illegible]
التاريخ/ [illegible]

4/9/2003

الأخ/ حسن عبدالرحمن المحترم سفير وممثل م.ت.ف لدى واشنطن.
تحية طيبة وبعد،

بالإشارة إلى موضوع أجرة المنزل الخاص بكم نفيدكم بأنه تم اعتماد وتحويل مبلغ 48,000 دولار عن سنة 2002 و 48,000 دولار عن عام 2003 وبناءً عليه تجدون المبلغ المعتمد اعلاه ضمن كشف الإيجارات للمفوضية،

وتفضلوا بقبول فائق الاحترام

4/9/2003
فريد غنام
مدير عام الموازنة

وزارة المالية
دائرة الموازنة العامة

المبلغ بالدولار

## كشف حول إيجارات المفوضية العامة واشنطن
السنة المالية 2004

| مسلسل | السفارة | إسم المؤجر | بداية المدة | نهاية المدة | طبيعة الإستخدام | إيجارات عام 2002 | إيجارات عام 2003 | إيجارات عام 2004 | نوع العقد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| | السفارات في أمريكا الشمالية | | | | | | | | | |
| | | | 01/07 | 30/06 | مقر السفارة | 122,000 | 102,000 | | مستمر | تم حل مشكلة ايجار المقر عبر محامي |
| 1 | المفوضية العامة واشنطن | | 01/01 | 31/12 | مسكن المفوض العام ممثل م.ت.ف | 48,000 | 48,000 | | جديد | حسن عبد الرحمن |
| 2 | المفوضية العامة واشنطن | | 01/01 | 31/12 | مسكن موظفين | 8,400 | 7,200 | | جديد | غالب درابيه عام 2002 ( 14 ) شهر |
| 3 | المفوضية العامة واشنطن | | 01/01 | 31/12 | مسكن موظفين | | 18,000 | | جديد | سعيد حمد |
| 4 | المفوضية العامة واشنطن | | 01/01 | 31/12 | مسكن موظفين | | 2,450 | | جديد | أرميني كشيشيان لمدة 7 شهور |
| 5 | المفوضية العامة واشنطن | | 15/02 | 15/01 | مسكن الموظفين | | | | | |
| | المجموع | | | | | 178,400 | 177,650 | 0 | | |
| | المجموع الكلي | | | | | 178,400 | 177,650 | 0 | | |

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة
صادر/
التاريخ/

٤/٩/٢٠٠٣

الأخ/ حسن عبدالرحمن المحترم سفير ومشرف م.ت.ف لدى واشنطن.
تحية طيبة وبعد،

بالإشارة إلى موضوع أجرة المنزل الخاص بكم نفيدكم بأنه تم اعتماد وتحويل مبلغ 48,000 دولار عن سنة 2002 و 48000 دولار عن عام 2003 وبناءً على طلبكم تجدون المبلغ المعتمد اعلاه ضمن كشف الإيجارات المفوضية،

وتفضلوا بقبول فائق الاحترام

٤/٩/٢٠٠٣
فريد غنام
مدير عام الموازنة

CONFIDENTIAL

وزارة المالية
دائرة الموازنة العامة

المبالغ بالدولار

## كشف عقود إيجارات المفوضية العامة واشنطن
السنة المالية 2004

| مسلسل | السفارة | إسم المؤجر | بداية المدة | نهاية المدة | طبيعة الإستخدام | إيجارات عام 2002 | إيجارات عام 2003 | إيجارات عام 2004 | نوع العقد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| | السفارات في أمريكا الشمالية | | | | | | | | | |
| 1 | المفوضية العامة واشنطن | | 01/07 | 30/06 | مقر السفارة | 122,000 | 102,000 | | مستمر | تم حل مشكلة ايجار المقر عبر محامي |
| 2 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن المفوض العام ممثل م.ت.ف | 48,000 | 48,000 | | جديد | حسن عبد الرحمن |
| 3 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | 8,400 | 7,200 | | جديد | غطب درايه عام 2002 ( 14 ) شهر |
| 4 | المفوضية العامة واشنطن | | 01/01 | 31/12 | سكن موظفين | | 18,000 | | جديد | سعيد حمد |
| 5 | المفوضية العامة واشنطن | | 15/02 | 15/01 | سكن للموظفين | | 2,450 | | جديد | لرميلي كشيشيان لمدة 7 شهور |
| | المجموع | | | | | 178,400 | 177,650 | 0 | | |
| | المجموع الكلي | | | | | 178,400 | 177,650 | 0 | | |

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة الموازنة العامة
صادر/
التاريخ/

٢٠٠٣/٩/٤

الأخ/ حسن عبد الرحمن المحترم سفير وممثل م.ت.ف لدى واشنطن.
تحية طيبة وبعد،

بالاشارة إلى موضوع أجرة المنزل الخاص بكم نفيدكم بأنه تم اعتماد وتحويل مبلغ 48,000 دولار عن سنة 2002 و 48,000 دولار عن عام 2003 وبناءً على طلبكم تجدون المبلغ المعتمد اعلاه في كشف الإيجارات للمفوضية،

وتفضلوا بقبول فائق الاحترام

٢٠٠٣/٩/٤
فريد غنام
مدير عام الموازنة

CONFIDENTIAL