UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

                      Plaintiffs,

v.                                  Civ. No. 04-00397-GBD-RLE

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                      Defendants.

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for all plaintiffs.

I certify that I am admitted to practice in this court.


Date: March 31, 2011

                                    By:    /s/ Robert J. Tolchin
                                                 Robert J. Tolchin
                                                 Bar # RT3713
                                                 111 Livingston Street, Suite 1928
                                                 Brooklyn, New York 11201
                                                 (718) 855-3627
                                                 Fax: (718) 504-4943