

# MILLER CHEVALIER



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11 APR 2011

Richard A. Hibey
Member
(202) 626-5888
rhibey@milchev.com

April 5, 2011

VIA FACSIMILE (212) 805-6737

Hon. George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York City, NY 10007-1312

**SO ORDERED**
The conference is rescheduled for May 10, 2011 at 9:30 a.m.

06 APR 2011

HON. George B Daniels

Re:   *Sokolow et al. v. Palestine Liberation Organization et al.,*
      Civ. No 04-397 (GBD) (RLE)

Dear Judge Daniels:

On April 4, 2011, the Court set a conference in the above-captioned case for May 5, 2011 at 9:30 a.m. With Plaintiffs' counsel's consent, we respectfully request the hearing be moved to May 10, 2011 at 9:30 a.m.

Thank you for your consideration in this matter.

Sincerely,

Richard A. Hibey

cc:   Robert J. Tolchin, Esq.
      Mark J. Rochon, Esq.