# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

                Plaintiffs,

v.                                                 Civ. No. 04-00397-GBD

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance of behalf of the Plaintiffs.

                              /s/David J. Strachman
                              David J. Strachman
                              McIntyre, Tate, & Lynch LLP
                              321 South Main Street, Suite 400
                              Providence, RI 02903
                              (401) 351-7700
                              (401) 331-6095 (fax)
                              djs@mtlesq.com

      I here by certify that this pleading was sent via ECF on April 11, 2011 to the following counsel of record:

Richard A. Hibey
Laura Ferguson
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701

Robert Tolchin
111 Livingston St., Suite 1928
Brooklyn, NY 11201

                                        /s/David J. Strachman

2

Case 1:04-cv-00397-GBD-RLE    Document 91    Filed 04/11/11    Page 2 of 2

2