# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | Civil Action No. 04cv397 (GBD) (RLE) |

## **ORDER**

Having considered Defendants Palestine Liberation Organization's and Palestinian Authority's Motion Pursuant to 28 U.S.C. § 1406(a) to Transfer or Dismiss, and any Opposition and Reply thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion to Transfer or Dismiss is GRANTED and it is

[FURTHER ORDERED that this case, be, and hereby is, DISMISSED.]

[FURTHER ORDERED that this action be, and hereby is, TRANSFERRED to the United States District Court for the District of Columbia.]

Dated:_____         _____
                                                                                             George B. Daniels
                                                                                             United States District Court Judge