USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 25 APR 2011

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**SO ORDERED:**
/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: 4/22/11

MARK I. SOKOLOW, et al.

     Plaintiffs,

v.              Civ. No. 04-00397-GBD

THE PALESTINE LIBERATION ORGANIZATION, et al.,

     Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance of behalf of the Plaintiffs.

            /s/David J. Strachman
            David J. Strachman
            McIntyre, Tate, & Lynch LLP
            321 South Main Street, Suite 400
            Providence, RI 02903
            (401) 351-7700
            (401) 331-6095 (fax)
            djs@mtlesq.com

  I here by certify that this pleading was sent via ECF on April 11, 2011 to the following counsel of record:

Richard A. Hibey
Laura Ferguson
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

Robert Tolchin
111 Livingston St., Suite 1928
Brooklyn, NY 11201

            /s/David J. Strachman