UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

                Plaintiffs,

v.                                   Civ. No. 04-00397-GBD

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

### DECLARATION OF ELANA R. SOKOLOW

I, Elana R. Sokolow, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a plaintiff in the above-captioned case. At the time the complaint and the amended complaint in this case were filed I resided in Cedarhurst, New York. I currently reside in Manhattan where I am a first year resident at Mount Sinai Medical Center.

2. I intend to attend and testify at the trial in this case. Since I live and work in Manhattan, transferring this case to the U.S. District Court for the Eastern District of New York in Brooklyn would be extremely convenient for me, whereas transferring the case to the District of Columbia would be extremely inconvenient and expensive for me. I would have to bear the expenses involved in traveling to the D.C. area, as well as the huge costs and inconveniences of living in a hotel room and eating in a hotel or in restaurants during the course of the trial, which would be especially difficult because I have 4 month old child.

3. Indeed, attending the trial in D.C. would be virtually impossible for me since I would be entirely absent from my medical residency during that period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 27, 2011

                                                                         */s/ Elana R. Sokolow*
                                                                         Elana R. Sokolow