UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

          Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

Civ. No. 04-00397-GBD

### DECLARATION OF LAUREN M. SOKOLOW

I, Lauren M. Sokolow, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a plaintiff in the above-captioned case. At the time the complaint and the amended complaint in this case were filed I resided in Cedarhurst, New York.

2. I currently reside in Kew Garden Hills, New York. I intend to attend and testify at the trial in this case. Since I live in Kew Garden Hills, transferring this case to the U.S. District Court for the Eastern District of New York in Brooklyn would be extremely convenient for me.

3. By contrast, transferring this case to the District of Columbia would be extremely inconvenient and expensive for me. I would have to bear the expenses involved in traveling to the D.C. area, as well as the huge costs and inconveniences of living in a hotel room and eating in a hotel or in restaurants during the course of the trial. That would be particularly difficult as I have a 20 month old daughter. Also, I work as a physician assistant in Howard Beach, New York, and I would have to take off from work entirely during the trial, causing further loss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 27, 2011

                                              Lauren M. Sokolow