UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.

                Plaintiffs,

v.                                            Civ. No. 04-00397-GBD

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

**NOTICE OF MOTION**

**C O U N S E L**:

**PLEASE TAKE NOTICE** that upon the attached Memorandum, and the exhibits and declarations annexed thereto, and upon the pleadings and proceedings heretofore had herein, the Plaintiffs will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York 10007, on May 26, 2011 at 10:00 a.m., or at such other date and time as shall be determined by the Court, for an order :

    a)   **TRANSFERRING** this action to the United States District Court for the Eastern District of New York (Brooklyn); and

    b)   **GRANTING** such other and further relief as is just and proper.

                                        Plaintiffs, by their Attorney,
                                        /s/ Robert J. Tolchin
                                        Robert J. Tolchin
                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        (718) 855-3627
                                        Fax: (718) 504-4943
                                        RJT@tolchinlaw.com

2

## **CERTIFICATION**

      I hereby certify that on May 11, 2011, a true copy of this Notice of Motion was sent via ECF to the following counsel:

Richard A. Hibey
Mark J. Rochon
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Washington, DC 20005

                                              /s Robert J. Tolchin