## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mark I. Sokolow, et al.<br><br><br>**Plaintiff**<br><br>v.<br><br>The Palestine Liberation Organization, et al.<br><br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>) **Case No.: 04-00397-GBD**<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Memorandum in Support of Plaintiffs' Motion to Transfer to the Eastern District of New York (Brooklyn) and in Opposition to Defendants' Motion to Transfer to the District of Columbia or to Dismiss; Notice of Motion; Declaration of Morris Waldman; Declaration of Eva Waldman; Declaration of Henna Novack Waldman; Declaration of Shmuel Waldman; Declaration of Elana R. Sokolow; Declaration of Jamie A. Sokolow; Declaration of Rena M. Sokolow; Declaration of Mark L. Sokolow; and Declaration of Lauren M. Sokolow

SERVE TO: Miller & Chevalier Chartered
SERVICE ADDRESS: 655 15th Street, NW, Suite 900, Washington, DC 20005

DATE SERVED: May 12, 2011   TIME SERVED: 12:45 PM

PERSON SERVED: Mark Rochon, Esquire, authorized to accept

Described herein:
Gender: Male     Race/Skin: White     Hair: Brown     Age: 49     Height: 5'11"     Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5/12/11

Executed on:

Alex Hernandez
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 11-058080

Client Reference: N/A