# MILLER CHEVALIER

**SO ORDERED:**

*George B. Daniels* /s/
George B. Daniels, U.S.D.J.

Dated: MAY 19 2011

Mark J. Rochon
Member
(202) 626-5819
mrochon@milchev.com

May 19, 2011

VIA FACSIMILE

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 19 2011

Re: *Sokolow v. Palestine Liberation Organization* (Civil Action No. 04-cv-397)

Dear Judge Daniels:

I am one of the attorneys representing the Palestinian Authority and the Palestine Liberation Organization in the above-referenced matter. Today, Defendants intend to file a consolidated brief consisting of Defendants' Reply in Support of Their Motion Pursuant to 28 U.S.C. § 1406(a) to Transfer or Dismiss, as well as Defendants' Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York. This consolidated filing will be less than 25 pages.

Out of an abundance of caution, because Defendants' filing is, in part, a reply memorandum, Defendants seek the Court's leave to file a consolidated brief of no more than 25 pages. Plaintiffs have consented to this request.

Defendants also note that this matter has been scheduled for oral argument on May 26, 2011 at 10:00 a.m.

Sincerely yours,

Mark J. Rochon

cc: Robert J. Tolchin, Esq.

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com
1166774.1