USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 03 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

             -against-

THE PALESTINE LIBERATION
ORGANIZATION, THE PALESTINIAN
AUTHORITY (a/k/a "The Palestinian Interim
Self-Government Authority" and/or
"The Palestinian Council" and/or
"The Palestinian National Authority"), and
JOHN DOES 1-99,

                          Defendants.
------------------------------------------------------------x

ORDER

04 CV 397 (GBD)

GEORGE B. DANIELS, District Judge:

       Upon Defendants' indication that they are waiving any claim of improper venue, Plaintiffs withdrew their motion to transfer to the Eastern District of New York. Accordingly, the Clerk of the Court is directed to close motions # 96 and # 103.

Dated: New York, New York
          June 3, 2011

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge