UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARK I. SOKOLOW, et al.,

                Plaintiffs.

-v-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants..

------------------------------------------------------------

GEORGE B. DANIELS, District Judge:

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

04 cv 00397 (GBD)(RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2011

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: June 3, 2011

SO ORDERED:

*George B Daniels*
United States District Judge