IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

        Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

        Defendants.

Civil Action No. 04cv397 (GBD) (RLE)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Charles L. Kerr, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Brian A. Hill
    Firm Name:    Miller & Chevalier, Chartered
    Address:    655 15th Street, N.W., Suite 900
    City/State/Zip:    Washington, D.C. 20005
    Phone Number:    (202) 626-6014
    Fax Number:    (202) 626-5801

Mr. Hill is a member in good standing of the Bars of the District of Columbia and the State of Missouri. True and genuine Certificates of Good Standing for Brian A. Hill issued by the District of Columbia Court of Appeals and the Supreme Court of Missouri are attached hereto as Exhibit 1. There are no pending disciplinary proceedings against Mr. Hill in any State or Federal court.

Movant is filing this motion solely for the reason of seeking an Order for Mr. Hill's admission *pro hac vice* in this matter and is not appearing on behalf of any of the parties to this action. Upon resolution of this Motion, Movant will have no further role in this action.

ny-980848

Dated: June 16, 2011

New York, New York:

                                          Respectfully Submitted,

                                          */s/ Charles L. Kerr*

                                          Charles L. Kerr
                                          SDNY Bar Code CK 7416
                                          Morrison & Foerster LLP
                                          1290 Avenue of the Americas
                                          New York, New York  10104-0050
                                          Telephone: (212) 468-8043
                                          Facsimile: (212) 468-7900



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BRIAN A. HILL**

was on the    6TH    day of    OCTOBER, 1997    duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 15, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/4/1996,

## Brian Andrew Hill

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 14th day of June, 2011.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 16th day of June 2011, a true and genuine copy of the foregoing was served by U.S. Mail upon the following:

>Robert J. Tolchin, Esq.
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>(718) 855-3627
>(718) 855-4696
>rjt@tolchinlaw.com
>
>*Attorneys for Plaintiffs*
>
>Mark J. Rochon
>Richard A. Hibey
>Laura G. Ferguson
>MILLER & CHEVALIER CHARTERED
>655 15th Street, NW, Suite 900
>Washington D.C. 20005-6701
>(202) 626-5800 [tel]
>(202) 626-5801 [fax]
>mrochon@milchev.com [email]
>
>*Counsel for Defendants the Palestinian Authority
>and the Palestine Liberation Organization*

_____
Charles L. Kerr

ny-980848

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PALESTINE LIBERATION )<br>ORGANIZATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 04cv397 (GBD) (RLE) |

State of New York      )
                       )  ss:
County of New York     )

## AFFIDAVIT IN SUPPORT OF MOTION TO
## ADMIT COUNSEL BRIAN A. HILL, *PRO HAC VICE*

CHARLES L. KERR, being duly sworn, states as follows:

1. I am a partner in the New York office of Morrison & Foerster LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Brian A. Hill as counsel *pro hac vice* to represent Defendants the Palestine Liberation Organization and Palestinian Authority in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Hill since 2010.

4. Mr. Hill is a member of Miller & Chevalier, Chartered in Washington, DC.

ny-980852

5.     I have found Mr. Hill to be a skilled attorney and person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6.     Accordingly, I am pleased to move the admission of Brian A. Hill, *pro hac vice*. I am making this motion solely for the reason of seeking an Order for Mr. Hill's admission *pro hac vice* in this matter. Neither my firm nor I are appearing on behalf of any of the parties to this action. Upon resolution of this Motion, my firm and I will have no further role in this action.

7.     I respectfully submit a proposed order granting admission of Brian A. Hill, *pro hac vice*, which is attached hereto.

WHEREFORE, I respectfully request that the motion to admit Brian A. Hill, *pro hac vice*, to represent Defendants the Palestine Liberation Organization and Palestinian Authority in the above-captioned matter, be granted.

Date:  June 16, 2011
       New York, New York

Respectfully Submitted,

Charles L. Kerr
SDNY Bar Code CK 7416
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8043
Facsimile: (212) 468-7900

Sworn to me before this 16th day of June, 2011.

Notary Public

KIM MORRISSEY
Notary Public, State of New York
No. 01MO6075832
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires June 10, 2014

ny-980852

2

1169781.4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04cv397 (GBD) (RLE) |
| v. ) | |
| ) | **ORDER FOR ADMISSION** |
| THE PALESTINE LIBERATION ) | **PRO HAC VICE** |
| ORGANIZATION, *et al.*, ) | **ON WRITTEN MOTION** |
| ) | |
| Defendants. ) | |

Upon the motion of Charles L. Kerr and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brian A. Hill |
| Firm Name: | Miller & Chevalier Chartered |
| Address: | 655 15th Street, N.W., Suite 900 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 626-6014/5801 |
| Email Address: | bhill@milchev.com |

is admitted to practice *pro hac vice* as counsel for the Palestine Liberation Organization and Palestinian Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

1169786.1

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June __, 2011
New York, New York:

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 16th day of June 2011, a true and genuine copy of the foregoing was served by U.S. Mail upon the following:

>Robert J. Tolchin, Esq.
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>(718) 855-3627
>(718) 855-4696
>rjt@tolchinlaw.com
>
>*Attorneys for Plaintiffs*
>
>Mark J. Rochon
>Richard A. Hibey
>Laura G. Ferguson
>MILLER & CHEVALIER CHARTERED
>655 15th Street, NW, Suite 900
>Washington D.C. 20005-6701
>(202) 626-5800 [tel]
>(202) 626-5801 [fax]
>mrochon@milchev.com [email]
>
>*Counsel for Defendants the Palestinian Authority
>and the Palestine Liberation Organization*

Charles L. Kerr