IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04cv397 (GBD) (RLE) |
| ) | |
| THE PALESTINE LIBERATION ) | **ORDER FOR ADMISSION** |
| ORGANIZATION, *et al.*, ) | **PRO HAC VICE** |
| ) | **ON WRITTEN MOTION** |
| Defendants. ) | |

Upon the motion of Charles L. Kerr and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brian A. Hill |
| Firm Name: | Miller & Chevalier Chartered |
| Address: | 655 15th Street, N.W., Suite 900 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 626-6014/5801 |
| Email Address: | bhill@milchev.com |

is admitted to practice *pro hac vice* as counsel for the Palestine Liberation Organization and Palestinian Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

1169786.1

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June __, 2011
New York, New York:

JUN 21 2011

_____
George B. Daniels
United States District/Magistrate Judge

1169786 1