UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                  Plaintiffs,

           - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                  Defendants.

---------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)


**DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST**

COME NOW, Defendants The Palestine Liberation Organization ("PLO") and the

Palestinian Authority ("PA") (collectively, "Defendants"), by and through counsel and pursuant

to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters

("Hague Convention" or "Convention") hereby request this Court to issue Letters of Request,

attached to the accompanying Memorandum of Law, to the Government of Israel to produce

documents in this matter.  In support of such motion, Defendants state as follows:

1.      When a litigant seeks evidence from entities abroad who are neither themselves

parties to the pending case nor otherwise subject to the Court's jurisdiction, the Hague

Convention sets forth the applicable manner of proceeding.

2.      Defendants seek from a third party, the Government of Israel, documents and

records relating to the attacks at issue in Plaintiffs' Amended Complaint.

3.      The discovery sought falls within the scope of discovery authorized by the

Federal Rules of Civil Procedure, and considerations of comity warrant the requested discovery.

1181690.1

2

For these reasons, and those set forth in the accompanying Memorandum of Law in

Support, Defendants respectfully request the Court to execute the Letters of Request attached

thereto.


July 29, 2011                              Respectfully Submitted,

                                             /s/ Mark J. Rochon
                                           Mark J. Rochon
                                           Richard A. Hibey
                                           Laura G. Ferguson
                                           Brian A. Hill
                                           MILLER & CHEVALIER CHARTERED
                                           655 15th Street, NW, Suite 900
                                           Washington D.C. 20005-6701
                                           (202) 626-5800 [tel]
                                           (202) 626-5801 [fax]
                                           mrochon@milchev.com [email]


                                           *Counsel for Defendants the Palestinian Authority and the*
                                           *Palestine Liberation Organization*

1181690.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 29th day of July 2011, a true and genuine copy of the

foregoing was filed by ECF, which will automatically send notification and a copy of such filing

to the following:

> Robert J. Tolchin, Esq.
> The Berkman Law Office, LLC
> 111 Livingston Street – Suite 1928
> Brooklyn, NY 11201
> (718) 855-3627
> (718) 855-4696
> rjt@tolchinlaw.com
> *Attorneys for Plaintiffs*


> /s/ Mark J. Rochon

1181690.1