# EXHIBIT F

29

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

              Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

              Defendants.

-------------------------------------------------------------------- X

Docket No:
04-CV-397 (GBD) (RLE)

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following request:

The United States District Court for the Southern District of New York presents its The United States District Court for the Southern District of New York presents its compliments to

30

1174181.1

the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined in 18 U.S.C. §2331, in particular, by providing material support to persons who, on July 31,

1174181.1

2002, allegedly carried out a suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem. Plaintiffs further allege that individuals named Marwan Barghouti and Ahmad Barghouti, along with other unnamed persons, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of a bombing attack. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

2.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of Ahmad Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

3.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology)

1174181.1

relating to any interrogation of Marwan Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

4.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of Ahmad Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com.  Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

1174181.1

34

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this __day of_____, 2011.

_____
RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

1174181.1