UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                  Plaintiffs,

        - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                  Defendants.

Docket No:

04-CV-397 (GBD) (RLE)

-------------------------------------------------------------------X

## <u>ORDER</u>

        Having considered Defendants' Motion for Issuance of Letters of Request, and good cause appearing, this ___ day of_____, 2011:

        IT IS HEREBY ORDERED that Defendants' Motion for Issuance of Letters of Request be, and the same hereby is, GRANTED; and it is

        IT IS FURTHER ORDERED that the Clerk is directed to issue each of the executed Letters of Request to The Directorate of Courts, Legal Assistance to Foreign Countries, 22 Kanfei Nesharim, POB 34142, Jerusalem 95464, Israel.

Dated: _____

                               _____
                               RONALD L. ELLIS
                               UNITED STATES MAGISTRATE JUDGE