UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MARK SOKOLOW, *et al.*,

                 Plaintiffs,

           - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                 Defendants.

------------------------------------------------------------------ X

Docket No:
04-CV-397 (GBD) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-11

## ORDER

       Having considered Defendants' Motion for Issuance of Letters of Request, and good

cause appearing, this 16th day of August, 2011:

       IT IS HEREBY ORDERED that Defendants' Motion for Issuance of Letters of Request

be, and the same hereby is, GRANTED; and it is

       IT IS FURTHER ORDERED that the Clerk is directed to issue each of the executed

Letters of Request to The Directorate of Courts, Legal Assistance to Foreign Countries, 22

Kanfei Nesharim, POB 34142, Jerusalem 95464, Israel.

Dated: August 16, 2011

                              RONALD L. ELLIS
                              UNITED STATES MAGISTRATE JUDGE

1174179.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                 Plaintiffs,

       - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                 Defendants.

---------------------------------------------------------------- X

Docket No:

04-CV-397 (GBD) (RLE)

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

        In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad

in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following

request:

1174181.1

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

3

11741811.1

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on January 8, 2001, allegedly opened machine-gun fire near the Givon Junction at an automobile driven by Varda Guetta and in which Joseph Guetta was a passenger. Plaintiffs further allege that an individual named Muhanad Abu Halawa, deceased, along with other unnamed individuals, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of machine-gun fire. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.     To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the January 8, 2001, machine-gun attack, near Givon Junction, of an automobile driven by Varda Guetta and in which Joseph Guetta was a passenger.

2.     To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Muhanad Abu Halawa, now deceased, regarding his possible involvement in the January 8, 2001, machine-gun attack, near Givon Junction, of an automobile driven by Varda Guetta and in which Joseph Guetta was a passenger.

4

1174181.1

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com.  Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16 day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

5

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                 Plaintiffs,

        - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                 Defendants.

--------------------------------------------------------------------- X

Docket No:
04-CV-397 (GBD) (RLE)

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

       In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following request:

1174181.1

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

8

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on January 22,

2002, allegedly opened machine-gun fire on civilian passersby on Jaffa street, at the intersection

of Rav Kook Street.  Plaintiffs further allege that an individual named Said Ramadan, deceased,

along with other individuals, including Ahmed Barghouti, Nasser Aweis, Majid Al-Masri,

Mohammad Masalah, Firas Ghanem, Mohammad Abdullah, and Mahmoud Al-Titi, now

deceased, acting under the agency and employment of Defendants, planned, conspired, and made

preparations to attack civilians by means of machine-gun fire.  Defendants deny that they are

liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without

limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces

("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office

of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence,

executive, legislative, administrative or military agency, department, division, office or branch of

the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.    To provide (in hard copy and in electronic format) full and authentic copies of any

files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology)

relating to the investigation of the January 2, 2002, machine-gun attack on civilian passersby on

Jaffa street, at the intersection of Rav Kook Street.

2.    To provide (in hard copy and in electronic format) full and authentic copies of any

files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology)

relating to any interrogation of an individual named Mahmoud Al-Titi, now deceased, regarding

his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on

Jaffa street, at the intersection of Rav Kook Street.

9

3.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Mohammad Abdullah, regarding his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

4.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Firas Ghanem, regarding his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

5.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Mohammad Masalah, regarding his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

6.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Majid al-Masri, regarding his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

7.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Nasser Aweis, regarding his possible

10

1174181.1

involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

8.     To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Ahmad Barghouti, regarding his possible involvement in the January 2, 2002, machine-gun attack on civilian passersby on Jaffa street, at the intersection of Rav Kook Street.

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com. Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

11

1174181.1

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 10th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

12

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                    Plaintiffs,

            - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                    Defendants.

--------------------------------------------------------------------- X

Docket No:

04-CV-397 (GBD) (RLE)

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO Box 34142
Jerusalem 95464
Israel

      In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following request:

II74I8I.I

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

15

1174181.1

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on January 27, 2002, allegedly carried out a suicide bombing on Jaffa Road in downtown Jerusalem. Plaintiffs further allege that an individual named Wafa Idriss, deceased, along with Munzar Mahmoud Khalil Noor, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of a bombing attack. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the January 27, 2002, bombing attack that took place on the Jaffa road in downtown Jerusalem.

2.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Munzar Mahmoud Khalil Noor regarding his possible involvement in the January 27, 2002, bombing attack that took place on the Jaffa road in downtown Jerusalem.

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the

16

1174181.1

instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com.  Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

17

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MARK SOKOLOW, *et al.*,
                                                Docket No:
                    Plaintiffs,                 04-CV-397 (GBD) (RLE)

          - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                    Defendants.

------------------------------------------------------------------ X

### LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

        In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad

in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following

request:

1174181.1

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

20

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on March 21, 2002, allegedly carried out a suicide bombing on King George Street in downtown Jerusalem. Plaintiffs further allege that an individual named Mohammad Hashaika, now deceased, along with Abdel Karim Ratab Yunis Aweis, Nasser Jamal Mousa Shawish, Toufik Tirawi, Hussein el Sheikh, Sana'a Muhammad Shehadeh, and Kaira Said Ali Sadi, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of a bombing attack. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

2.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Abdel Karim Ratab Yunis Aweis, regarding his possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

1174181.1

3.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Nasser Jamal Mousa Shawish, regarding his possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

4.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Toufik Tirawi, regarding his possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

5.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Hussein el-Sheikh, regarding his possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

6.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Sana'a Muhammad Shehadeh regarding her possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

7.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of an individual named Kaira Said Ali Sadi, regarding his or her

22

possible involvement in the March 21, 2002, bombing attack that took place on the King George Street in downtown Jerusalem.

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com.  Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

23

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                  Plaintiffs,

        - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                  Defendants.

-------------------------------------------------------------------- X

Docket No:

04-CV-397 (GBD) (RLE)

### LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

      In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad

in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following

request:

25

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

1174181.1

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on June 19, 2002, allegedly carried out a suicide bombing at the bus stop at the French Hill intersection in northeast Jerusalem. Plaintiffs further allege that an individual named Mazen Faritach, deceased, along with other unnamed persons, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of a bombing attack. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1. To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the June 19, 2002, bombing attack that took place at the bus stop at the French Hill intersection in northeast Jerusalem.

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim

1174181 1

Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

   A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com. Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

   The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

28

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

        - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

             Defendants.

-------------------------------------------------------------------- X

Docket No:
04-CV-397 (GBD) (RLE)

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

      In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following request:

      The United States District Court for the Southern District of New York presents its The United States District Court for the Southern District of New York presents its compliments to

1174181.1

the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined in 18 U.S.C. §2331, in particular, by providing material support to persons who, on July 31,

31

2002, allegedly carried out a suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem. Plaintiffs further allege that individuals named Marwan Barghouti and Ahmad Barghouti, along with other unnamed persons, acting under the agency and employment of Defendants, planned, conspired, and made preparations to attack civilians by means of a bombing attack. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance the Court requests from the Government of Israel, including, without limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces ("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence, executive, legislative, administrative or military agency, department, division, office or branch of the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

1.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to the investigation of the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

2.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of Ahmad Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

3.    To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology)

32

relating to any interrogation of Marwan Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

       4.      To provide (in hard copy and in electronic format) full and authentic copies of any files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology) relating to any interrogation of Ahmad Barghouti regarding his possible involvement in the July 31, 2002, suicide bombing attack at the Frank Sinatra Cafeteria on the Hebrew University Campus in Jerusalem.

       Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

       Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual and proper process such order to be entered as Israeli law permits, directing the Government of Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

       A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com.  Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

1174181.1

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

34

1174181.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

        - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

               Defendants.

Docket No:
04-CV-397 (GBD) (RLE)

----------------------------------------------------------------- X

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE
TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

From:
United States Magistrate Judge Ronald L. Ellis
The United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10038
United States of America

To:
The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
PO BOX 34142
Jerusalem 95464
Israel

       In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad

in Civil or Commercial Matters, the undersigned applicant has the honor to submit the following

request:

36

1174181.1

The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Defendants in the above-captioned matter are the Palestinian Authority and the Palestine Liberation Organization. Defendants are represented by Richard Hibey, Mark Rochon, Laura Ferguson and Brian Hill of Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA. Plaintiffs are the Estate of Janis Coulter, Robert Coulter, Dianne Coulter, Robert Coulter Jr., the Estate of Diane Carter, Larry Carter, Shaun Coffel, the Estate of Benjamin Bluestein, Richard Bluestein, Katherine Baker, Rebekah Bluestein, the Estate of David Gritz, Norman Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Shayna Gould, Ronald Gould, Elise Gould, Jessica Rine, Shmuel Waldman, Henna Waldman, Morris Waldman, Eva Waldman, Mark Sokolow, Rena Sokolow, Jamie Sokolow, Lauren Sokolow, Elana Sokolow, Alan Bauer, Yehonathon Bauer, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Revital Bauer, Shaul Mandelkorn, Rabbi Leonard Mandelkorn, Nurit Mandelkorn, Karen Goldberg, Chana Goldberg, Esther Goldberg, Yitzhak Goldberg, Shoshanna Goldberg, Eliezer Goldberg, Yaakov Goldberg, and Tzvi Goldberg. Plaintiffs are represented by attorneys Robert J. Tolchin of Robert J. Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201, and Olimpio Lee Squitieri of Squitieri & Fearon LLP, 32 East 57th Street, 12th Floor, New York, NY 10022, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to United States Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the above-named Plaintiffs. Plaintiffs are claiming damages allegedly caused by Defendants by reason of acts of unlawful international terrorism, as defined

37

in 18 U.S.C. §2331, in particular, by providing material support to persons who, on January 29,

2004, allegedly carried out a suicide bombing attack on the Number 10 Egged bus as it was

following its route through Jerusalem.  Plaintiffs further allege that an individual named Ali

Yusef Ja'ara, along with other unnamed persons, acting under the agency and employment of

Defendants, planned, conspired, and made preparations to attack civilians by means of a

bombing attack.  Defendants deny that they are liable to Plaintiffs for the injuries they have

alleged.

 The assistance the Court requests from the Government of Israel, including, without

limitation, the following agencies, divisions or entities therein: the Israeli Defense Forces

("IDF"), the Israeli Ministry of Justice ("IMoJ"), the Israeli Security Agency ("ISA"), the Office

of the Prosecutor General, the Israel Police, and any other civil, criminal, penal, intelligence,

executive, legislative, administrative or military agency, department, division, office or branch of

the Government of Israel (hereinafter, the "Government of Israel"), consists of the following:

 1. To provide (in hard copy and in electronic format) full and authentic copies of any

files, records, reports, notes, papers, summaries and/or recordings (by video or audio technology)

relating to the investigation of the January 29, 2004 suicide bombing attack on the Number 10

Egged bus in Jerusalem.

 Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli

authorities are respectfully requested to apply the appropriate measures of compulsion in the

instances and to the same extent as are provided by Israeli law for the execution of orders issued

by Israeli authorities or of requests made by parties in internal proceedings.

 Accordingly, it is hereby requested that, in the interest of justice, you cause by your usual

and proper process such order to be entered as Israeli law permits, directing the Government of

38

11741811

Israel to produce the documents requested to the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by a representative of Carmeli-Arnon Law Offices, 18 Shlomzion Hamalka St., Jerusalem 94146.

A notice that this request has been executed and that the above-referenced documents are available for review and copying should be sent to Brian A. Hill, Miller & Chevalier Chartered, 655 15th Street, NW, Suite 900, Washington, DC 20005, USA Telephone (202) 626-6014, Telefax (202) 626-5801, Email bhill@milchev.com. Defendants and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this 16th day of August, 2011.

RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

39

1174181.1