USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 25 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK I. SOKOLOW et al.,                 :   04-Civ-00397 (GBD)(RE)
                                        :
                    Plaintiffs,         :
                                        :
         -against-                      :   ECF CASE
                                        :
                                        :
THE PALESTINIAN LIBERATION              :   **STIPULATION**
ORGANIZATION et al.,                    :
                    Defendants.         :
                                        :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the Non-Party Witness BRITISH BROADCASTING CORPORATION ("BBC") and Plaintiffs MARK I. SOKOLOW ET AL. ("Plaintiffs"), through their undersigned counsel that:

1. The deposition date of the Plaintiffs' Subpoena to Testify in a Civil Case dated August 9, 2011 ("Subpoena"), which is presently noticed for August 25, 2011, is adjourned *sine die*.

2. The time within which the BBC must reply, object or move with respect to the Subpoena is hereby extended to and including **Thursday, September 8, 2011**.

3. Plaintiffs must file any opposition to any motion to quash by the BBC or cross motion to compel against the BBC by and including **Thursday, September 22, 2011**.

4. The BBC must file any reply on any motion to quash and opposition to any cross-motion to compel by and including **Thursday, October 13, 2011**.

5. Plaintiffs must file any reply on any cross-motion to compel by and including **Wednesday, October 19, 2011**.

6. A facsimile or scanned signature shall be deemed an original for these purposes.

Dated: New York, New York
August 22, 2011

MILLER KORZENIK SOMMERS LLP

By _____
Louise Sommers
488 Madison Avenue, 11th Floor
New York, New York 10022-5702
(212) 752-9200
lsommers@mkslex.com
Attorneys for Non-Party Witness
The British Broadcasting Corporation

BERKMAN LAW OFFICE, LLC.

By _____
Robert J. Tolchin
111 Livingstone Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
RJT@TolchinLaw.com
Attorneys for Plaintiffs
Mark I. Sokolow et al.

SO ORDERED

_____
George B. Daniels
U.S.D.J./U.S.M.J.

Date _____ AUG 23 2011 _____

2