MILLER KORZENIK SOMMERS LLP
David S. Korzenik
Louise Sommers
Itai Maytal
488 Madison Avenue 11th Floor
New York, New York 10022-5702
(212) 752-9200
dkorzenik@mkslex.com
lsommers@mkslex.com
*Attorneys for The British Broadcasting Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| MARK I. SOKOLOW et al., | : | 04-CV-00397 (GBD)(RE) |
| | : | |
| Plaintiffs, | : | |
| -against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | |
| THE PALESTINIAN LIBERATION ORGANIZATION, et al, | : | ECF CASE |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE, that the below named attorneys appear for non-party The British Broadcasting Corporation ("BBC") for purposes of moving to quash a subpoena issued by Plaintiffs on the BBC, and hereby request that a copy of all pleadings, notices and other papers pertaining to that motion in this proceeding be served upon them. In so appearing, the BBC reserves, and does not waive, any and all defenses and objections.

Date: New York, New York        MILLER KORZENIK SOMMERS LLP
      September 8, 2011

                                By: *[signature]*
                                    Louise Sommers
                                    David Korzenik
                                488 Madison Avenue Suite 1120
                                New York, NY 10022
                                Phone (212) 752-9200
                                Fax    (212) 688-3996
                                lsommers@mkslex.com
                                dkorzenik@mkslex.com
                                Attorneys for The British Broadcasting Corporation