MILLER KORZENIK SOMMERS LLP
David S. Korzenik
Louise Sommers
Itai Maytal
488 Madison Avenue 11th Floor
New York, New York 10022-5702
(212) 752-9200
dkorzenik@mkslex.com
lsommers@mkslex.com
*Attorneys for The British Broadcasting Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| MARK I. SOKOLOW et al., | : | 04-CV-00397 (GBD)(RE) |
| | : | |
| Plaintiffs, | : | |
| -against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | |
| THE PALESTINIAN LIBERATION ORGANIZATION, et al, | : | ECF CASE |
| Defendants. | : | |

-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that the below named attorneys appear for non-party The British Broadcasting Corporation ("BBC") for purposes of moving to quash a subpoena issued by Plaintiffs on the BBC, and hereby request that a copy of all pleadings, notices and other papers pertaining to that motion in this proceeding be served upon them. In so appearing, the BBC reserves, and does not waive, any and all defenses and objections.

Date: New York, New York          MILLER KORZENIK SOMMERS LLP
      September 8, 2011

                                  By: /s/ Louise Sommers
                                      Louise Sommers
                                      David Korzenik
                                  488 Madison Avenue Suite 1120
                                  New York, NY 10022
                                  Phone (212) 752-9200
                                  Fax    (212) 688-3996
                                  lsommers@mkslex.com
                                  dkorzenik@mkslex.com
                                  Attorneys for The British Broadcasting Corporation