# EXHIBIT 4

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Monday, August 08, 2011 6:50 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:11-mc-00547-NGG-JO InRe: British Broadcasting Corporation Order on Motion to Quash

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/8/2011 at 6:49 PM EDT and filed on 8/8/2011
**Case Name:**     InRe: British Broadcasting Corporation
**Case Number:**   1:11-mc-00547-NGG-JO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying as moot [1] Motion to Quash -- Non-party British Broadcasting Corporation's motion to quash is denied as moot.** *See* **Docket entry [8]. Ordered by Magistrate Judge James Orenstein on 8/8/2011. (Konkoly, Antonia)**

**1:11-mc-00547-NGG-JO Notice has been electronically mailed to:**

Robert Joseph Tolchin rjt@tolchinlaw.com

Louise Sommers lsommers@mkslex.com, dkorzenik@mkslex.com

**1:11-mc-00547-NGG-JO Notice will not be electronically mailed to:**

David Seth Korzenik

Miller Korzenik Sommers LLP
488 Madison Avenue, 11th Floor
New York, NY 10022

**Full docket text:**
ORDER denying as moot [1] Motion to Quash -- Non-party British Broadcasting Corporation's motion to quash is denied as moot. *See* Docket entry [8]. Ordered by Magistrate Judge James Orenstein on 8/8/2011. (Konkoly, Antonia)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2011 17:46:04 | | | |
| **PACER Login:** | mk1942 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:11-mc-00547-NGG-JO |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |