# EXHIBIT 1

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Mark I. Sokolow, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 04-00397 |
| The Palestine Liberation Organization, et al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Southern District of New York ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: The British Broadcasting Corporation

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Appendix A

| Place: The Berkman Law Office<br>111 Livingston Street, Suite 1928<br>Brooklyn, New York 11201 | Date and Time:<br>07/26/2011 11:00 am |
|---|---|

The deposition will be recorded by this method: __stenographically__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Appendix B

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __07/08/2011__

*CLERK OF COURT*

OR _[signature]_

_Signature of Clerk or Deputy Clerk_   _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Mark I. Sokolow et al.
_____ , who issues or requests this subpoena, are:
Robet J. Tolchin, The Berkman Law Office, 111 Livingston Street, Suite 1928 Brooklyn, New York 11201
RJT@tolchinlaw.com (718) 855-3627

## Appendix A

Pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, the British Broadcasting Corporation ("BBC") is required, in accordance with the definitions and instructions set forth herein, to designate a person or persons to testify on its behalf at the deposition regarding: the authenticity of the Recordings (as defined below); the manner in which the Recordings were copied in order to produce a copy to the plaintiff pursuant to the instant subpoena; the place and manner in which the Recordings were stored, held and maintained between the dates on which the Recordings were originally created and the date on which the Recordings were copied in order to produce a copy to the plaintiff; and the manner in which BBC generally stored, held and maintained audiovisual recordings of this type (i.e. audiovisual recordings similar in origin to the Recordings) during the period between the dates on which the Recordings were created and the date on which the Recordings were copied in order to produce a copy to the plaintiff pursuant to this subpoena.

## Appendix B

Pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, BBC is required, in accordance with the definitions and instructions set forth herein, to produce (on DVD or other appropriate medium) authentic, complete and unedited copies of all the Recordings.

## DEFINITIONS

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure are hereby incorporated and apply to this request for the production.

1. The term "Recordings" used herein refers to and includes all of the following:

    a. An authentic, complete and unedited audiovisual copy of the BBC program titled "Arafat Investigated" which was broadcast by BBC on or about November 9, 2003 (hereinafter: the "Program"); and

b.  Authentic, complete and unedited audiovisual copies of all audiovisual recordings recorded during the preparation and making of the Program and/or for the purpose of preparing and making the Program, including all such recordings which were not ultimately included in the Program as broadcast.

## INSTRUCTIONS

1.  In answering and responding to these requests, you shall produce all of the materials requested, wherever located, which are in your possession, custody or control.

2.  If you withhold the Recordings, or any portion of the Recordings, under a claim of privilege, you shall produce, in accordance with Rule 26 of the Federal Rules of Civil Procedure, a written privilege log that sets forth the nature of the privilege asserted.

3.  The Recordings are to be produced in their entirety without redaction. If a portion of the Recordings is withheld under claim of privilege, any non-privileged portion of the Recordings must be produced, with the portion claimed to be privileged redacted.

4.  If in answering these requests you claim any ambiguity in a request or a definition or instruction applicable thereto, identify in your response the language you consider ambiguous and state the interpretation you are using in responding.

5.  In the event that multiple copies of the Recordings exist, produce every non-identical copy.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 04-00397

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **The British Broadcasting Corporation**
was received by me on *(date)* **7/8/11**.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* **7/8/11**   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **40.00**  .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: **7/8/11**

_____
Server's signature

**William Utsey**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

```
                                                                    8526
        THE BERKMAN LAW OFFICE, LLC
             OPERATING ACCOUNT
                                                              1-1357/260
                                        DATE  7/8/11
PAY
TO THE
ORDER OF  BRITISH BROADCASTING CORPORATION       $ 40.00

   FORTY DOLLARS                                      DOLLARS

           Signature
       SIGNATURE BANK
     Private Client Group 423
       26 Court Street
       Brooklyn, NY 11242
FOR  Deposition Subpoena - Sokolow case
```