# EXHIBIT 2

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Tuesday, August 02, 2011 4:44 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:11-mc-00547-NGG-JO InRe: British Broadcasting Corporation Order on Motion to Strike

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/2/2011 at 4:43 PM EDT and filed on 8/2/2011
**Case Name:**      InRe: British Broadcasting Corporation
**Case Number:**    1:11-mc-00547-NGG-JO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying [3] Motion to Strike -- The plaintiff's motion, docket entry ("DE") [3], asking the court to strike the motion of the British Broadcasting Corporation ("BBC") to quash a subpoena, DE [1], as well as the BBC's supporting memorandum of law, DE [2], is denied. Regardless of the best reading of Local Civil Rule 37.3 in the context of Rule 45 Subpoena, the issues raised in the BBC's motion warrant resolution on the merits. The plaintiff may respond to the merits of the motion to quash in the format of its choice (a letter of up to three pages, or a longer memorandum of law), and the BBC may submit a reply on the merits, also in the format of its choice. The parties shall meet and confer and submit, no later than August 9, 2011, a proposed schedule for such submissions, as well for oral argument. Compliance with the underlying subpoena is stayed pending the resolution of the motion to quash. Ordered by Magistrate Judge James Orenstein on 8/2/2011. (Lardo, Melissa)**

**1:11-mc-00547-NGG-JO Notice has been electronically mailed to:**

Robert Joseph Tolchin rjt@tolchinlaw.com

Louise Sommers lsommers@mkslex.com, dkorzenik@mkslex.com

**1:11-mc-00547-NGG-JO Notice will not be electronically mailed to:**

David Seth Korzenik
Miller Korzenik Sommers LLP
488 Madison Avenue, 11th Floor
New York, NY 10022

**Full docket text:**

ORDER denying [3] Motion to Strike -- The plaintiff's motion, docket entry ("DE") [3], asking the court to strike the motion of the British Broadcasting Corporation ("BBC") to quash a subpoena, DE [1], as well as the BBC's supporting memorandum of law, DE [2], is denied. Regardless of the best reading of Local Civil Rule 37.3 in the context of Rule 45 Subpoena, the issues raised in the BBC's motion warrant resolution on the merits. The plaintiff may respond to the merits of the motion to quash in the format of its choice (a letter of up to three pages, or a longer memorandum of law), and the BBC may submit a reply on the merits, also in the format of its choice. The parties shall meet and confer and submit, no later than August 9, 2011, a proposed schedule for such submissions, as well for oral argument. Compliance with the underlying subpoena is stayed pending the resolution of the motion to quash. Ordered by Magistrate Judge James Orenstein on 8/2/2011. (Lardo, Melissa)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2011 18:20:20 | | | |
| **PACER Login:** | mk1942 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:11-mc-00547-NGG-JO |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |