MILLER KORZENIK SOMMERS LLP
David S. Korzenik
Louise Sommers
Itai Maytal
488 Madison Avenue 11th Floor
New York, New York 10022-5702
(212) 752-9200
dkorzenik@mkslex.com
lsommers@mkslex.com
Attorneys for The British Broadcasting Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK I. SOKOLOW et al.,

                        Plaintiffs,

       -against-

THE PALESTINIAN LIBERATION ORGANIZATION,
et al,

                        Defendants.
-----------------------------------------------------------------x

04-CV-00397 (GBD)(RE)

**NOTICE OF APPEARANCE**

ECF CASE

      PLEASE TAKE NOTICE, that the below named attorney appears for non-party The British Broadcasting Corporation ("BBC") for purposes of moving to quash a subpoena issued by Plaintiffs on the BBC, and hereby request that a copy of all pleadings, notices and other papers pertaining to that motion in this proceeding be served upon him. In so appearing, the BBC reserves, and does not waive, any and all defenses and objections.

Date: New York, New York
       September 12, 2011

MILLER KORZENIK SOMMERS LLP

By: _____
     David Korzenik
488 Madison Avenue Suite 1120
New York, NY 10022
Phone (212) 752-9200
Fax   (212) 688-3996
dkorzenik@mkslex.com
Attorneys for The British Broadcasting Corporation