UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

       Plaintiffs,

  - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-14-11

ORDER

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a status conference on this matter on **September 13, 2011**,

**IT IS HEREBY ORDERED THAT**:

(1) Defendants shall brief the Court on the application of Rule 35 no later than **September 27, 2011**. Plaintiffs shall submit a reply no later than **October 28, 2011**. Defendants may submit a response no later than **November 4, 2011**;

(2) Plaintiffs shall submit more detailed calculations of economic damages sought no later than **September 27, 2011**; and

(3) Parties shall submit to the Court a proposed confidentiality order by **October 7, 2011**. If Parties do not agree on a single proposed confidentiality order, Parties shall submit individual proposals by **October 7, 2011**.

**IT IS FURTHER ORDERED THAT** all Parties shall appear for a status conference before the undersigned on **November 17, 2011, at 10:00 a.m.**, in Courtroom 18D.

SO ORDERED this 14th day of September 2011
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge