IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION TO COMPEL RULE 35(a) EXAMINATIONS WITHIN THE SOUTHERN DISTRICT OF NEW YORK

Defendants The Palestine Liberation Organization and the Palestinian Authority (collectively "Defendants"), through undersigned counsel, move for an Order requiring that all Rule 35(a) examinations that are conducted in this matter take place within the Southern District of New York. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant the instant motion.

September 27, 2011

Respectfully submitted,

/s/ Mark J. Rochon
Mark J. Rochon
Richard A. Hibey
Laura G. Ferguson
Brian A. Hill
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
mrochon@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

1193242.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 27th day of September 2011, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to the following:

>Robert J. Tolchin, Esq.
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>(718) 855-3627
>(718) 855-4696
>rjt@tolchinlaw.com
>*Attorneys for Plaintiffs*

 /s/ Mark J. Rochon

1193242.1