# EXHIBIT D

798192.1

```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
 2

 3   ------------------------------------X
                                         :
 4   SOKOLOW, et al,                     :  04-CV-397
                                         :
 5                  Plaintiffs,          :  September 13, 2011
                                         :
 6            v.                         :  500 Pearl Street
                                         :  New York, New York
 7   PALESTINE LIBERATION ORGANIZATION, et al, :
                                         :
 8                  Defendants.          :
     ------------------------------------X
 9

10         TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
              BEFORE THE HONORABLE RONALD L. ELLIS
11               UNITED STATES MAGISTRATE JUDGE

12
     APPEARANCES:
13

14   For the Plaintiff:        ROBERT J. TOLCHIN, ESQ.
                               Berkman Law Office
15                             111 Livingston Street
                               Brooklyn, NY 11201
16

17   For the Defendants:       MARK J. ROCHON, ESQ.
                               BRIAN A. HILL, ESQ.
18                             Miller & Chevalier, Chtd.
                               655 15th Street, North West #900
19                             Washington, DC 20005

20

21
     Court Transcriber:        SHARI RIEMER
22                             TypeWrite Word Processing Service
                               211 N. Milton Road
23                             Saratoga Springs, NY 12866

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

15

1  better address but they're looking for him.
2           MR. TOLCHIN: He does have a book publisher.
3           THE COURT: Well, either of you are free to find
4  anybody that you think would have relevant information. Your
5  obligation under initial disclosures is to the extent that you
6  have it you give the best information to the other side and
7  then we'll move on from then.
8           As to the Rule 35 examinations, let's get to the
9  issue. First of all, I understand about half of the people are
10 in Israel. What about the other half? Are they at issue in
11 this -- on the question of where to get their examination?
12          MR. TOLCHIN: Your Honor, before we parse it that way,
13 coming over here today and going over these materials this
14 morning, it occurred to me, and I blame myself for not having
15 thought about this before, but there's a lot of plaintiffs but
16 not all the plaintiffs are claiming the sorts of injuries that
17 even give rise to a Rule 35 examination. In other words, there
18 are some people who were killed and physically injured.
19 There's some people who claim psychological injury or post
20 traumatic stress disorder, some kind of pathological treatable
21 psychiatric condition that's a result of the attack in
22 question.
23          But there's other people whose claims are limited to
24 grief and distress but not something we would call a doctor to
25 prove at trial. So when -- I would have to -- I'm sorry I

16

1  don't -- I can't tell you an exact number right now but I think
2  that when we look at it like this the number of people who
3  actually have to be -- will have to be examined will get a lot
4  smaller than we were talking about.  Somebody's -- if
5  somebody's family member was killed or injured and he has grief
6  and distress but he hasn't gone -- it's not the sort of grief
7  and distress that puts somebody in a -- into psychiatric
8  treatment or psychological treatment I don't think a Rule 35
9  examination is in order there.  I mean it would -- if
10 somebody -- you wouldn't call a doctor to prove the case and
11 you wouldn't call the doctor to refute the case.  That would in
12 effect -- that part of the case would go in just based on the
13 witness' testimony and the discovery for that is the -- for the
14 defendant's side would be the deposition.
15         THE COURT:  I don't think you can state unequivocally
16 that if you don't use a psychiatrist somebody wouldn't use one
17 to rebut what they say.
18         MR. TOLCHIN:  Nothing is unequivocal, you're right.
19 Generally speaking.
20         THE COURT:  But in answer to the question that I asked
21 what about the other half of the people?  Is there even an
22 issue about where they live, any Rule -- you bring up the
23 question of whether or not there ought to be a Rule 35
24 examination.  That's always going to be an issue.  I mean --
25         MR. TOLCHIN:  Nineteen of the 42 plaintiffs reside in

```
                                                              17
 1  Israel.  One resides in France and --
 2          THE COURT:  By my quick calculation that leaves 22
 3  that don't fit that description.
 4          MR. TOLCHIN:  I believe they live in the United --
 5  some place in the United States.
 6          THE COURT:  Some place?
 7          MR. TOLCHIN:  Right.  Not necessarily in the Southern
 8  District of New York is my point.
 9          THE COURT:  So is this -- so my question is, is this
10  dispute only about the ones that are out of the country?
11          MR. TOLCHIN:  Well, that's the biggest dispute.  I
12  mean if somebody lives in New Jersey I'll grant you that it's
13  easy to --
14          THE COURT:  Even though it's a foreign jurisdiction.
15  Okay.  All right.  We're going to -- if there are issues with
16  respect to the people who are not outside the continental
17  United States then you need to make sure that there isn't -- I
18  mean I don't want to do this piecemeal.  That is, as to the
19  other 22 people if the -- if in this district and if you don't
20  have a compelling reason for doing it some place then I expect
21  that you'll make that known to the defendants so that we're --
22  we don't find out later on that there's somebody who has a
23  problem.  So you do have to ask all of the -- even the ones who
24  are here but are not if they have any issues.  I don't want
25  any assumptions about whether or not there's going to be any --
```