# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Compel Rule 35(a) Examinations within the Southern District of New York, and any Opposition and Reply thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and it is

FURTHER ORDERED that all Rule 35(a) examinations conducted in this matter shall take place within the Southern District of New York.

Dated:_____        _____
                                   Ronald L. Ellis
                                   United States Magistrate Judge

1193242.1