# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                   Fax: (718) 855-4696

September 28, 2011

Hon. Judge Ronald L. Ellis
United States Magistrate Judge
United States District Courtfor
the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
> Civ. No. 04-397 (GBD)

Dear Magistrate Judge Ellis,

    We represent the Plaintiffs in the above-referenced matter and we write, with the consent of third-party British Broadcasting Corporation ("BBC"), to seek a modification of the briefing schedule on BBC's motion to quash the subpoena served on BBC by the Plaintiffs (DE 143).

    Pursuant to a stipulation submitted by the Plaintiffs and the BBC and endorsed by the Court (DE 137), Plaintiffs' opposition to BBC's Motion to Quash, and any cross-motion to compel were due by September 22, 2011.

    Unfortunately, due to unexpected personal and professional responsibilities, Plaintiffs' counsel was unable to complete his papers by that time and has requested and received BBC's consent to seek modification of the briefing schedule on BBC's motion as follows:

(1) Plaintiffs must file any opposition to BBC's motion to quash, and any cross motion to compel against the BBC, by October 11, 2011;

(2) The BBC must file any reply on its motion to quash and opposition to any cross-motion to compel by November 8, 2011;

(3) Plaintiffs must file any reply on any cross-motion to compel by November 15, 2011.

Plaintiffs respectfully request that the Court grant the instant application and modify the briefing schedule on BBC's motion as set forth above.

SO ORDERED

Ronald Ellis 9-30-11

**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully submitted,

Robert J. Tolchin

Counsel for Plaintiffs

Cc: Louise Sommers, Esq.
David Korzenik, Esq.
Brian Hill, Esq.