**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK SOKOLOW, et al.,

        Plaintiffs,

                                              Civ. No. 04-397 (GBD) (RLE)

  v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that upon the attached memorandum, the exhibits thereto, and the papers and pleadings previously filed herein, Plaintiffs will move this Court, before the Hon. George Daniels, U.S.D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order directing The British Broadcasting Corporation to comply with the subpoena served upon it by Plaintiffs, and granting such other and further relief as the Court may deem just and proper.

                                              Plaintiffs, by their Attorney,

                                              /s/ Robert J. Tolchin
                                              Robert J. Tolchin
                                              111 Livingston Street, Suite 1928
                                              Brooklyn, New York 11201
                                              (718) 855-3627
                                              Fax: (718) 504-4943
                                              rjt.berkman@gmail.com