**Arafat Investigated Transcript 9 Nov. 03**

**MOONSTONE FILMS**

**CORRESPONDENT**

**ARAFAT INVESTIGATED**


**TITLE SEQUENCE**

59:57
00:00

**MUSIC
TITLE:
'CORRESPONDENT'**

00:06

**ARCHIVE: SLO-MO MS ARAFAT**


**SLO-MO MEDICS ATTENDING SUICIDE
BOMB VICTIM**
00:10
00:11

00:12

**PRESIDENT BUSH V/O
Mr Arafat has failed
as a leader.**


**MS ISRAELI TANKS DRIVES L-R**

**MS ARAB WOMEN AT GRAVESIDE, PAN
TO GRAVES
MS PARADE OF WOULD-BE SUICIDE
BOMBERS, EXPLOSIVES STRAPPED
AROUND WAISTS**

00:14

00:17

00:20
**PRESIDENT BUSH V/O
If the Palestinian people want peace
they must have leadership that is
absolutely
100% committed to fighting off terror**

**L/A WS ARAFAT GIVES VICTORY
SIGNAL FROM WINDOW**



**MS ARMS OF MAN IN CROWD
SIGNALLING BACK**
00:24
00:25



00:33

**Arafat Investigated Transcript 9 Nov. 03**

**COMM**
**Yasser Arafat, once a regular visitor to**
**the White House, has been put into**
**isolation by President Bush and Ariel**
**Sharon, Israel's**
**prime minister. Are they right to blame**
**him for three years of killing?**


**00:39**
**EYAD SARRAJ V/O**
**Arafat knows -**

**MS EYAD SARRAJ, I/V SYNC**
**00:40**
**EYAD SARRAJ**
**- that military we cannot win over the**
**Israelis.**

**ARCHIVE: SLO-MO MS ARAFAT RAISES**
**ZAKARIA ZUBAIDI'S ARM ALOFT**

**SLO-MO WS ARMED PALESTINIANS IN**
**STREET**
**00:43**


**00:49**
**EYAD SARRAJ V/O**
**But he, I think believes, that by using**
**armed struggle**
**that he could squeeze the Israelis into**
**making peace**

**SLO-MO MS ISRAELI CARRYING**
**INJURED GIRL**

**00:53**
**00:54**

**EHUT OLMERT V/O**
**don't tell me that we are ignoring their**
**leader.**

**MS EHUT OLMERT, I/V SYNC**

**FADE TO BLACK**

**00:57**
**EHUT OLMERT**
**We are ignoring a terrorist killer.**

**ARCHIVE: MS ARAFAT GIVING**
**VICTORY SALUTE**
**FREEZE FRAME & TITLE SUPERED:**
**'ARAFAT INVESTIGATED'**

**01:00**

**01:02**

**EXT. DAY: L/A WS BOWEN'S**
**ARMOURED PRESS CAR DRIVES**
**TOWARD CAMERA**

**01:07**

**MS BOWEN DRIVING, TO CAMERA**

**Arafat Investigated Transcript 9 Nov. 03**

**CAPTION SUPERED:**
**'JEREMY BOWEN'**
01:15
01:16
**JEREMY BOWEN**
**I've been covering the Middle East since**
**1990. I was based in Jerusalem for five**
**years as the BBC's Middle East**
**correspondent. All that time one of the**
**fixed points has always been Yasser**
**Arafat.  For getting on for four decades,**
**he's been the leader of the Palestinians.**
**I've come back to see why Sharon and**
**Bush want to replace him. And to see**
**how well they're doing.**

**L/A WS BOWEN'S CAR APPROACHES** &
**PASSES CAMERA**

01:39

**GVs ARMED GUARDS AT CHECKPOINT**
**CHECKING DOCUMENTS ETC**
01:42
01:43

**MUSIC**

01:45

01:53
**COMM**
**You can't  drive more than a few miles in**
**the West Bank without running into an**
**Israeli army checkpoint.**

**COMM**
**Most Palestinians, most of the time, can't**
**leave their towns and villages.**

**MCU ISRAELI FLAG SEEN THRU**
**WINDOW OF ARMOURED CAR**

01:58

**MS BOWEN DRIVING, VIEW OF ROAD**
**AHEAD THRU WINDSCREEN**

**BCU BOWEN, PROFILE**

02:01
02:02

02:06

**COMM**
**It's simpler for journalists – though we**
**travelled in a bullet proof vehicle.**
**In the occupied territories it's easy to be**
**in the wrong place at the wrong time.**

**Arafat Investigated Transcript 9 Nov. 03**

**WS TRACK PAST RAMALLAH ROAD SIGH**


**TRACKING SHOTS OF RAMALLAH STREETS**


02:10
02:12


02:14

**COMM**
**This was Ramallah, the town where Yasser Arafat**
**is confined. I drove in just after suicide bombers had killed 15 Israelis.**

**MS SHUTTERED UP SHOP**

**CU PADLOCK**
**WS SHUTTERED SHOPS**
**MCU PADLOCK FASTENED**
02:22

02:24
02:26
02:29
**COMM**
**Shopkeepers were locking up early. Everyone was expecting more Israeli reprisals – the question was what they'd do.**

**CU SHOPKEEPER, I/V SYNC**
**CAPTION SUPERED:**
**'HANI ABU SHRIEF'**
02::31
02:33

**HANI ABU SHRIEF (translation)**
**I am afraid the army will come back again and do what they did before. This way we'll be ready to shut down to avoid any danger to the shop.**


**O/S WS HANI ABU SHRIEF**
02:43

02:44
**BOWEN**
**What – what is the expectation of people in Ramallah at the moment?**

**BCU HANI ABU SHRIEF**

02:46
02:48

**HANI ABU SHRIEF (translation)**
**Everyone expects a full invasion tonight, especially at the President's headquarters.**

**Arafat Investigated Transcript 9 Nov. 03**

**TRACKING SHOTS PAST BLASTED** & **BATTERED BUILDINGS OF ARAFAT'S COMPOUND**
02:57

02:59
**COMM**
**On the edge of Ramallah's town centre is Yasser Arafat's West Bank headquarters. For 18 months this has been his world.**

**WS GUARD SLUMPED IN CHAIR BY RUINED GATEWAY**

03:07
**MUSIC**
**WS SHATTERED BUILDING**

**WS PILE OF BURNT-OUT CARS**
**WS BOWEN, PAN R WITH HIM**
03:10
03:12

03:13
03:15

**COMM**
**Most of it has been blown up or bulldozed during Israeli incursions. Arafat doesn't leave in case the Israelis don't allow him back.**

**MS TATTERED ARAFAT POSTERS ON WALL**

**MS MAN LOOKING OUT OF WINDOW THRU BINOCULARS**
03:20
03:21

03:23

**COMM**
**But even though Arafat is isolated, he's not alone. He can't go out, so people come to him.**

**WS PRO-ARAFAT DEMONSTRATORS WITH BANNERS**

**GVs DEMONSTATORS WITH FLAGS**
03:26
03:29

03:30
**CHANTING**
**COMM**
**Arafat's people call him Abu Ammar – father of the builder. It's a name he took on when he was a young man.**

**L/A LS ARAFAT WAVES FROM UPPER**

**Arafat Investigated Transcript 9 Nov. 03**

**WINDOW**
03:36
**CHANTING (subtitles)**
**Give us weapons, Abu 'Ammar**

**MS DEMONSTRATOR CHANTING INTO**
**LOUDHAILER**

03:40
**The Zionists will be set alight**
**CU MAN CHANTING**
03:44
**Yasser (obscured) Yasser**

03:48
**He's the symbol of the people**

**BCU BOWEN WATCHING**

**CU MAN IN YELLOW HEADSCARF**
03:52

03:56
**COMM**
**Arafat is confined here because Israel,**
**and the Americans, say he is**
**responsible for the violence – especially**
**the suicide bombings.**

**L/A MS ARAFAT LEADING CHANT**
**FROM  UPPER WINDOW**
04:00
**CHANTING (subtitles)**
**We were born to carry**
**machine guns**

**CU MAN HOLDS UP ARAFAT POSTER**

04:04
**We pledge ourselves to the cause**
**WS JEEP APPROACHES, CAMERAN**
**EMERGES FROM SIDESTREET**

04:08

**ISRAELI PLANE FLYING OVERHEAD**

04:12

**MS JEREMY BOWEN TO CAMERA**
04:17
**JEREMY BOWEN**
**The Israelis have raided Ramallah today.**
**Their jeeps have been cruising past the**
**gates of the compound. Their tanks are**
**never more than a mile or so away.**
**Everybody here is expecting trouble –**
**maybe big trouble.**

**ISRAELI JET FLYING OVERHEAD**

04:30

**GVs RUBBLE BEING CLEARED**
04:43

**Arafat Investigated Transcript 9 Nov. 03**

04:37
**COMM**
**As the Palestinians rearranged the rubble, the Israelis did not, after all, send in the troops. Instead the Israeli cabinet decided to exile Arafat. That's still a step too far for the Americans, so no date was set.**

**EXT. EVE:   WS RAMALLAH STREET AT DUSK**
**FADE TO**
04:51
**MUSIC**
**H/A PANORAMIC SHOT OF COUNTYSIDE, HIGHWAY IN R F/G**

04:55

**EXT. NIGHT: WS COLUMN OF TRAFFIC IN JAM ON HIGHWAY**

04:59

**WS MAN STANDING BY CAR DOOR LOOKING AT TRAFFIC AHEAD**

05:00

05:03
**COMM**
**It was slow getting back to Jerusalem that night.**
**Israel, like the Palestinians, was expecting more violence.**
**MS JEREMY BOWEN AT ROADSIDE, TO CAMERA**

05:07
**JEREMY BOWEN**
**It looks as if the police have had another warning about suicide bombers trying to get into Jerusalem. This is one of the main highways into the city. A roadblock has been set up about a mile that way. It's jammed solid.**

**GVs PALESTINIANS HAVING PAPERS & VEHICLES CHECKED AT ROADBLOCK**
05:21

**H/A WS TRAFFIC JAM**
05:22

**Arafat Investigated Transcript 9 Nov. 03**

05:37
**COMM**
**Palestinians using the roads are
automatically suspects. Israel insists all
its actions are in self defence. Its
overwhelmingly strong security forces
control the roads, the sea and the sky –
but it holds
Yasser Arafat responsible when the
bombers get through.**

**ARCHIVE: SLO-MO AFTERMATH OF
SUICIDE BOMBING, INJURED HELPED
TO AMBULANCES ETC**
05:42
**MUSIC**
**CAPTION: (OBSCURED)**
05:47
05:48

**COMM**
**This bomb, these killings – and more of
the same in Tel Aviv – led directly to the
order for Arafat's expulsion.**

**MS BLOODSTAINED ROAD
FADE TO**
05:56

**STILL: DAVID APPLEBAUM** &
**DAUGHTER Z/I TO BCU**
06:01

06:03
**COMM**
**Among the dead in Jerusalem were Dr
David Applebaum and his daughter Nava.**

**MS JEREMY BOWEN OUTSIDE
APPLEBAUM'S HOUSE, TO CAMERA**

06:09
**JEREMY BOWEN**
**The Applebaum family home is just there
– it's about a mile from, where David and
Nava Applebaum were killed. The Jewish
tradition is that for about a week after
people die, the family receive condolence
visits from friends and relations. I'm just
going up there now.**

**MCU WOMAN ENTERING HOUSE**

06:28

**CU PHOTO ALBUM IN HANDS**

06:30

**STILL: CU DAVID APPLEBAUM**

06:33

**Arafat Investigated Transcript 9 Nov. 03**

**FADE TO**
06:34
**COMM**
**David Applebaum, originally from the**
**United States, was a well-known local**
**doctor.**
**STILL: APPLEBAUM LOOKING AT X-**
**RAY**
06:38


06:39
**NATAN APPLEBAUM V/O**
**My dad spent his life helping others. He**
**was a doctor -**

**MCU NATAN APPLEBAUM, I/V SYNC**
**CAPTION SUPERED:**
**'NATAN APPLEBAUM'**
06:44
06:46
**NATAN APPLEBAUM**
**- in various hospitals, on the ambulances.**
**He was the first one at many terrorist**
**attacks. He saved thousands and**
**thousands of lives.**

**WS PEOPLE ENTERING HOUSE TO**
**OFFER CONDOLENCES**
06:53



**CU MAN**
06:54


06:57
**NATAN APPLEBAUM V/O**
**He was – he was in the States, he came**
**back Tuesday**
**morning. Tuesday night he was killed.**

**STILL:  NAVA IN WEDDING DRESS**
07:00
**COMM**
**Nava Applebaum and her father were**
**killed on the night before her wedding.**


07:05
**NATAN APPLEBAUM V/O**
**My sister's hopes were -**

**MCU NATAN APPLEBAUM, I/V SYNC**

07:06
**NATAN APPLEBAUM**
**- to get married and start – start her  - her**
**family and continue living here.**

**CU PHOTO ALBUM, TILT UP TO MAN**
**LOOKING AT IT**

**Arafat Investigated Transcript 9 Nov. 03**

**BCU GIRL**
**07:12**

**07:21**
**NATAN APPLEBAUM V/O**
**Everybody was home having last**
**preparations people were hungry so they**
**decided to go get some takeaway and he**
**purposely went with her so he could have**
**a chat with her.**

**GVs RELATIONS, FRIENDS CHATTING**
**07:23**

**07:24**
**NATAN APPLEBAUM V/O**
**The terrorists**
**need to be eradicated.**

**07:24**
**JEREMY BOWEN V/O**
**Would you like to see Yasser Arafat**
**expelled?**

**CU NATAN APPLEBAUM, I/V SYNC**

**07:28**
**NATAN APPLEBAUM**
**Getting rid of Arafat will not solve our**
**problems, but he is definitely one of the**
**people that need to be taken out.**

**B/W ARCHIVE: SLO-MO MCU ARAFAT**
**WAVING & HOLDING MICROCPHONE**
**FREEZE FRAME & FADE TO**
**07:30**

**07:39**
**MUSIC**

**EXT. DAY: TRACKING SHOTS OF**
**COUNTRYSIDE & ROAD**
**07:40**

**07:43**
**COMM**
**To investigate Arafat's links with the**
**people that Israelis consider terrorists we**
**went to Jenin, on the northern part of the**
**West Bank, just across the border from**
**Israel.**

**MS BOWEN DRIVING, TO CAMERA**

**07:54**
**07:57**

**JEREMY BOWEN**

**Arafat Investigated Transcript 9 Nov. 03**

This is the way into Jenin. There's a real
contrast to the lush farmland on the Israeli
side.

**TRACKING SHOT OF ROAD BLOCK
AHEAD, Z/I ON TANKS AT SIDE OF
ROAD**

08:03
**JEREMY BOWEN V/O**
**This feels like the entrance to a war zone**

**O/S MS SOLDIER OPENS DOOR TO
CHECK BOWEN'S PAPERS**

08:11
**JEREMY BOWEN**
**Shalom ... BBC**
**WS TANK SEEN THRU WINDSCREEN**
08:16

**WS OBSERVATION POST**
08:17

08:20
**COMM**
**Israeli forces blockade Jenin – and
every other town on the West Bank.**

**H/A PANORAMIC SHOT OF JENIN &
MOUNTAINS BEYOND**

**TRACKING SHOT OF JENIN STREET,
THRU WINDSCREEN**

08:23
08:24

08:28

**COMM**
**We went there to look at Arafat's
relationship with the Al
Aqsa Martyrs Brigades.**

**WS TRACK PAST SHOPS & PARKED
CARS**

**LS BOY WALKS PAST RUINED HOUSE**
08:31

08:35
**COMM**
**They were frontline Palestinian fighters
when Israel reoccupied Jenin
and the rest of the West Bank last year.**

**CU RUBBLE OF WRECKED BUILDING**

**CU ARAFAT POSTER AMONG RUBBLE**
08:38
08:39

**Arafat Investigated Transcript 9 Nov. 03**

08:42

**COMM**
**And they're also suicide bombers.**


**STILL: HAIDAR IRSHEID ON MOBILE**
**PHONE**
08:45
08:46

**COMM**
**Haidar Irsheid was the governor of Jenin,**
**appointed by Yasser Arafat himself to to**
**represent the Palestinian Authority**

**RECONSTRUCTION: ABDUCTION OF**
**HAIDAR IRSHEID**
08:55
**MUSIC**
**CAPTION SUPERED:**
**'RECONSTRUCTION'**

08:58


09:03



09:19
**COMM**
**In July, men from the Al Aqsa brigades**
**went to his house – and took him away at**
**gunpoint.**

**COMM**
**They say he was corrupt – or perhaps it**
**was a convenient way for Arafat to**
**remove him.**

**EXT. DAY: H/S WS STREET & TRAFFIC**
**IN JENIN**
09:24



**WS PEOPLE AT CAF TABLES**
**CHATTING**
**MS MEN CHATTING**
09:25


09:28


09:31
**COMM**
**The gunmen took the governor to the**
**centre of Jenin,**
**a crowded place, where plenty of people**
**could see**
**how they dealt with their enemies.**

**MCU MOHAMMED, I/V SYNC**
**CAPTION SUPERED:**

**Page 12**

**Arafat Investigated Transcript 9 Nov. 03**

**'MOHAMMED'**

09:35
09:37

**MOHAMMED (translation)**
**I rushed outside and saw them throw a**
**man face-down on the ground. They**
**started beating him, opening a wound in**
**his head.**

**MCU MAJDI SADI, I/V SYNC**
**CAPTION SUPERED:**
**'MAJDI SADI'**

09:43
09:44
09:46

**MAJDI SADI (translation)**
**They were hitting him with sticks. They**
**said he was the Governor and that he'd**
**embezzled money and was a**
**troublemaker and a gangster.**

**MCU MOHAMMED, I/V SYNC**

10:01
10:03

**MOHAMMED (translation)**
**His mother tried to help him, but she was**
**hit as well.**

**RECONSTRUCTION: HAIDAR IRSHEID**
**BUNDLED INTO CAR & DRIVEN AWAY**
10:07
10:08

**MOHAMMED V/O (translation)**
**Then they drove him away.**

10:10
**MUSIC**

10:12
**COMM**
**It took a personal phone call from Yasser**
**Arafat to get the governor released. He**
**fled to Jordan, denying the allegations**
**against him.**

**ARCHIVE: SLO-MO MS MEMBER OF AL**
**AQSA BRIGADE HOLDING ARAFAT**
**POSTER**
10:23
10:26

**COMM**
**It's clear that Arafat has a close**
**relationship with the Al Aqsa brigades.**

**SLO-MO HOODED ARMED MEN**

10:30
10:33

**Arafat Investigated Transcript 9 Nov. 03**

**COMM**
**I wanted to meet them.**

**SLO-MO MS PAN L WITH MAN**
**CARRYING RIFLE**

**10:36**

**EXT. DAY: CU WHEELS OF BOWEN'S**
**ARMOURED CAR AS IT PULLS UP**

**10:40**

**MS BOWEN GETS OUT OF CAR, TO**
**CAMERA**
**10:46**

**HE TURNS & WALKS AWAY FROM**
**CAMERA**

**10:49**
**JEREMY BOWEN**
**The people we're going to see are on**
**Israel's wanted list. Getting this far has**
**taken complicated negotiations, a couple**
**of hours of waiting and a succession of**
**intermediaries. Now it looks as if we've**
**arrived.**

**WS BOWEN APPROACHES DOWN**
**ALLEY**
**11:06**

**TRACK WITH BOWEN DOWN ALLEY**
**L/A WS BOWEN ENTERS COURTYARD**
**& SITS DOWN TO WAIT**

**11:07**

**11:09**
**11:12**

**11:17**
**COMM**
**Israel has a policy of seeking out and**
**killing men on its wanted list. Finding the**
**kidnappers wasn't easy.**

**COMM**
**There was another long wait, in the back**
**yard of a woman whose husband and**
**young son were killed by the Israelis.**

**LS ZAKARIA & HIS MEN APPEAR**
**AROUND CORNER**

**Arafat Investigated Transcript 9 Nov. 03**

**PAN L AS ZAKARIA & BOWEN SHAKE
HANDS, FOLLOWED BY LIEUTENANTS**

**11:24**
**11:27**


**11:37**

**COMM**
**When they arrived they had a certain
swagger.**

**COMM**
**Zakaria Zubaidi, leader of Jenin's Al
Aqsa brigades, is 27. His lieutenants are
barely out of their teens.**

**MCU GUN, TILT UP TO LIEUTENANT**
**11:48**
**COMM**
**Israel regards them as terrorists. In Jenin
they are heroes.**

**WS ZAKARIA & LIEUTENANTS SIT TO
TALK TO BOWEN**
**11:53**
**11:54**

**COMM**
**When the Israeli army isn't around, the
young men who dethroned the governor
are in charge.**

**CU GUN BARREL**

**12:01**

**MS ZAKARIA ZUBAIDI, I/V SYNC
CAPTION SUPERED:
'ZAKARIA ZUBAIDI
Leader, Al-Aqsa Martyrs' Brigades
Jenin Refugee Camp'
CU COFFEE CUP IN HAND**

**MS ZAKARIA A/B**
**12:05**
**12:06**


**12:14**

**12:17**

**ZAKARIA ZUBAIDI (translation)
We did not kidnap the governor of Jenin.
We took him into custody for a few
hours. We want the President
and the Palestinian Authority to hold him
responsible for his actions
because he stole money from the people.
He also sent two of his thugs to
assassinate a member of the Al-Aqsa
Martyrs' Brigades. That's why we took
him into custody.**

**Arafat Investigated Transcript 9 Nov. 03**

**CU HAND RESTING ON GUN**

**WS BOWEN** & **ZAKARIA**

**MS ZAKARIA**
12:29

12:33

12:37

12:38

12:40

**JEREMY BOWEN**
When you captured the Governor of
Jenin,
did Yasser Arafat speak to you directly
telling you to release him?

**ZAKARIA ZUBAIDI (translation)**
Yes.

**JEREMY BOWEN**
 What did he say?

**ZAKARIA ZUBAIDI (translation)**
We don't question his decisions. They're
carried out first, and discussed later.

12:44
**MUSIC
B/W ARCHIVE: SLO-MO ARAFA
GIVING PEACE/VICTORY SIGN TO
CROWD**
12:46

**FADE TO**
12:48
**COMM
Arafat is the man they trust – because of
his past and because of what he's going
through now.**

**LS BOWENT TALKING TO ZAKARIA** &
**LIEUTENANTS IN COURTYARD**
12:55
12:56

**JEREMY BOWEN
How important to you is Yasser Arafat as
a leader?**

**MCU ZAKARIA**
12:59
13:00

**Arafat Investigated Transcript 9 Nov. 03**

**ZAKARIA ZUBAIDI (translation)**
**He's important because he's a patriot.**

**CU WALLET OPENED TO DISPLAY**
**PHOTO**
**13:04**
**ZAKARIA ZUBAIDI (translation)**
**This is Yasser Arafat.**

**13:06**
**JEREMY BOWEN**
**This is a picture of Yasser Arafat as a**
**young man, when he was a fighter, right?**

**13:11**

**13:18**
**ZAKARIA ZUBAIDI (translation)**
**Yasser Arafat with his weapon. All his**
**life he's been a loyal fighter.**

**JEREMY BOWEN**
**With a gun. Yasser Arafat with a**
**kalashnikov, probably in the late '60s as a**
**young man.**

**TILT UP TO ZAKARIA**

**MS ZAKARIA**
**13:28**

**13:31**

**13:33**
**ZAKARIA ZUBAIDI (translation)**
**He's a man of peace and war, a man of**
**resistance.**

**JEREMY BOWEN**
**Is that what you want to be like?**
**Is he your role model?**

**13:36**
**ZAKARIA ZUBAIDI (translation)**
**I follow him because he is an honest man.**
**At the same time he is free and seeks**
**peace.**

**MS LIEUTENANT KEEPING LOOK-OUT**

**13:44**

**MCU ZAKARIA FIRES GUN**

**13:47**

**WS ZAKARIA FIRES GUN AT TREE**

**Arafat Investigated Transcript 9 Nov. 03**

13:50
13:52

**COMM**
**Zubaidi shot at a tree to show off the**
**Israeli army M-16s they've obtained**

**MS SMALL BOY WITH PISTOL,**
**LIEUTENANT GREETS HIM WITH A KISS**

**MS BOY FUSSED OVER BY**
**LIEUTENANTS, PAN L TO FATAH BOSS**
13:58
14:00

14:03

**COMM**
**Officially Fatah, Arafat's dominant**
**faction in the PLO,**
**is coy about its relationship with the**
**brigades. But Fatah fixed up the**
**interview, which was supervised by the**
**local Fatah boss.**

**L/A MS BOWEN TALKING TO ZAKARIA**
**& FATAH BOSS**

14:16
**JEREMY BOWEN**
**So you're the Chief of Fatah here?**

**BCU BOWEN**
14:22

14:24

14:25
**TRANSLATOR**
**He's the General Secretary of Fatah here**

**JEREMY BOWEN**
**So**
**explain to me, Fatah and the Al-Aqsa**
**Martyrs Brigade, are they part of the**
**same organisation? Are you separate, are**
**you together, how close are you?**

**BCU ATA ABU RUMAILEH**
**CAPTION SUPERED:**
**'ARA ABU RUMAILEH**
**General Secretary of Fatah**
**Jenin Refugee Camp'**

**CU ZAKARIA'S HAND ON HIS**
**SHOULDER**

14:34
14:35

**Page 18**

**Arafat Investigated Transcript 9 Nov. 03**

14:36

14:44

**ATA ABU RUMAILEH (translation)**
**Fatah has two sections: a military wing,**
**led by the military and a political wing**
**led by  the politicians. But there is no**
**difference between Fatah and the Al-Aqsa**
**Martyrs Brigades.**

**BCU ZAKARIA**
14:48
**JEREMY BOWEN**
**Are you his boss or he is your boss?**

**L/A MS BOWEN, ZAKARIA & RUMAILEH**
14:51
14:53

**JEREMY BOWEN**
**One's a politician and one's a soldier?**
**OK, so who's more important now – the**
**politician or the soldier?**

**CU LIEUTENANT, TILT DOWN TO**
**SMALL BOY**

**CU RUMAILEH**
14:59
15:01

15:04

**ATA ABU RUMAILEH (translation)**
**During this period of Israeli aggression,**
**the military has the upper hand. We are**
**defending our people and we cannot**
**defend them using speeches and**
**demonstrations.**

**MS ZAKARIA**

**BCU RUMAILEH**
15:16

15:19
**JEREMY BOWEN**
**And who is in charge of both of these two**
**parts of the**
**organisation, is it Arafat?**

15:21
**ATA ABU RUMAILEH**
**Yasser Arafat**

**BCU BOWEN**

**BCU RUMAILEH**
15:23

**Arafat Investigated Transcript 9 Nov. 03**

15:26
**ATA ABU RUMAILEH (translation)**
**He's the only leader of the Palestinian**
**people.**
**We only recognise Arafat as our leader.**


15:29
**MUSIC**
**WS ZAKARIA & OTHERS WALK AWAY**

15:30


**ARCHIVE: SLO-MO MS ARAFAT AT**
**DESK**

15:34


15:35
**EYAD SARRAJ V/O**
**Arafat uses violence as a tactical thing.**
**He, I think, believes -.**

**MS EYAD SARRAJ, I/V SYNC**
**CAPTION SUPERED:**
**'EYAD SARRAJ**
**Palestinian Independent**
**Commission for Citizens' Rights'**

15:41
15:43
**EYAD SARRAJ**
**- that he could squeeze the Israelis into a**
**position of saying okay, Mr Arafat, we're**
**going to sit at the table. Well, Sharon is**
**the complete opposite -**

**ARCHIVE: SLO-MO WS SHARON, Z/I AS**
**HE REMOVES SPECTACLES**
15:53
**EYAD SARRAJ V/O**
**- of that, and he believes that**
**overwhelming power is the way to make**
**the Palestinians and Arafat completely**
**submit.**

**MS EYAD SARRAJ, I/V SYNC**

16:02
**EYAD SARRAJ**
**Between them there is this tug of war that**
**is causing the harm to everyone else.**

**ARCHIVE: AFTERMATH OF SUICIDE**
**BOMBING – FIRE & MAN HELPED TO**
**AMBULANCE**

16:08


16:11
**COMM**
**The Al Aqsa brigades have carried out 13**
**suicide attacks during this uprising,**
**killing more than 60 people.**

**Arafat Investigated Transcript 9 Nov. 03**

**ARCHIVE: ARAFAT CONDEMNING
SUICIDE BOMBING. (ITN 3 19-5-2003)**

16:20
**ARAFAT**
**I condemn it completely this terrorist
activity.**

**ARCHIVE: AFTERMATH OF SUICIDE
BOMBING**

16:24

**ARCHIVE: ARAFAT CONDEMNING
SUICIDE BOMBING )APTN 19-5-2003
Story Number: 374957)**

16:26
**ARAFAT**
**You know we are against -**
**ARCHIVE: AFTERMATH OF SUICIDE
BOMBING**
16:28
**ARAFAT V/O**
**- these suicidal activities**

**ARCHIVE: ARAFAT CONDEMNING
TERRORISM EX (APTN 8-12-2001)**

16:33
**ARAFAT**
**Yes I am against terrorism**
**ARCHIVE: AFTERMATH OF SUICIDE
BOMBING**
16:35
**COMM**
**The Israelis say his words are lies.**

**EXT. DAY: WS WOMEN'S RALLY IN THE
MUKATA**

16:40

**CU FLAGS**
16:42
**CHANTING (subtitles)**
**To Jerusalem we are heading**

**CU YOUNG WOMAN IN CROWD**
16:46
**martyrs by the millions**

**CU ARAFAT WATCHING RALLY**

16:49

**MCU CAMERAMAN**

**CU ARAFAT HANDED GIRL HOLDING
FLAG**
**B/W STILL: DALAL AL MUGHRABI**
16:50

**Arafat Investigated Transcript 9 Nov. 03**

16:53

16:56

16:59
**COMM**
**Israel says that when he speaks to his own people,**
**he shows what he really thinks. Just outside the door**
**of his headquarters, he invoked the memory of**
**Dalal al Mughrabi, widely regarded by Palestinians as a national heroine.**

**MS BANK OF NEWS CAMERAS AT RALLY**


**BCU ARAFAT POSTER**
17:04
17:05


17:08

**ARAFAT (subtitles)**
**Dalal al Mughrabi...**

**is the road to victory**

**MCU ARAFAT LEADING CHANTING**
17:11
**WOMEN CHANTING (subtitles)**
**Dalal al Mughrabi**
**is the road to victory**

**B/W STILL: DALAL AS ACTIVIST**


**ARCHIVE: LS BURNING BUS, MARCH 13**
1978
17:17
17:18

17:22
**COMM**
**In 1978 Dalal al Mughrabi led a group of Palestinian gunmen**
**who landed on an Israeli beach in rubber dinghies.**

**ARCHIVE: AFTERMATH OF ATTACK, INJURED IN AMBULANCES, COFFINS AT FUNERAL**
**CAPTION SUPERED:**
**'March 1978'**
17:27
**ACTUALITY**
**The 11 terrorists carried with them a combination of sub-machine guns, rockets and mortar grenades. In an orgy of bloodshed on the coastal road, 37 people were killed and 76 injured. It was the worst terrorist incident in the history of Israel.**

**EXT. DAY: WS WOMEN'S RALLY AT**

**Arafat Investigated Transcript 9 Nov. 03**

**THE MUKATA**

**MCU ARAFAT**
17:47
17:49

17:53
**COMM**
**Palestinians deny he's urging the women**
**to emulate Mughrabi. Instead,**
**they say, the chants are symbolic,**
**ritualistic – not a guide to policy.**

**MS EYAD SARRAJ, I/V SYNC**
18:01
**EYAD SARRAJ**
**He believes that leaders have to er, er, er,**
**excite the people in order to lead.**

**MCU ARAFAT WATCHING WOMEN'S**
**RALLY A/B**

**O/S LS ARAFAT WATCHING RALLY**
18:12

18:19
**EYAD SARRAJ V/O**
**If the Israelis are not going to leave the**
**land by themselves peacefully, with**
**negotiations,**
**the Palestinians will continue to resist**
**This is the me – real meaning.**

**MS EYAD SARRAJ, I/V SYNC**
18:24
**EYAD SARRAJ**
**So Arafat is only translating these**
**sentiments into his short sentences, er,**
**which become like slogans.**

**MCU ARAFAT WATCHING WOMEN'S**
**RALLY A/B, Z/O TO MS**

18:32
**EYAD SARRAJ V/O**
**I think that he doesn't know that**
**leadership doesn't have to be through**
**slogans and excitement.**

**MS EYAD SARRAJ, I/V SYNC**
18:38
**EYAD SARRAJ**
**It can be also through very wise speeches**
**that give the people directions.**

**L/A WS ARAFAT MAKES**
**PEACE/VICTORY GESTURE FROM**
**WINDOW**
18:45

18:46
**MUSIC**
**MS ARMS OF MAN IN CROWD**

**Arafat Investigated Transcript** 9 Nov. 03

**SIGNALLING BACK**

18:47

**ARCHIVE: INTIFADA, YOUTHS
THROWING STONES, ISRAELI
SOLDIERS OPENING FIRE ETC**

**ARCHIVE: PALESTINIAN FUNERAL**

**WS HOODED PLO MEN FIRE INTO THE
AIR**

18:48
18:49

18:56

19:05

19:09

**COMM**
**The intifada started in September** 2000
**after the collapse of the Camp David
summit**

**COMM**
**Six years of peace talks to deliver a state
for Palestinians and real security for the
Israelis ended with bloodshed. Every
attempt to revive the
peace process since then failed. Both
sides blame each other.**

**ARCHIVE: WOUNDED ISRAELI SOLDIER
CARRIED TO SAFETY**

**ARCHIVE: WS HELICOPTER LANDING**
19:12

19:16
**COMM**
**Early on Israel and the United States tried
to get
Arafat to make a speech calling off the
Intifada.**

**EXT. DAY: LS BOWEN** & **KALMAN AT
TABLE ON CAF TERRACE**
19:19
19:20

**COMM**
**Like the other foreign journalists in Jerusalem, Matthew Kalman was waiting to hear it.**

**MS MATTHEW KALMAN, I/V SYNC**
**CAPTION SUPERED:**
**'MATTHEW KALMAN**
**Journalist'**
**19:26**
**MATTHEW KALMAN**
**I think you have to remember that this was before the suicide bombings, it was before the real nasty terrorism.**

**ARCHIVE: YOUTHS THROWING STONES**
**19:33**
**MATTHEW KALMAN V/O**
**- and at that time it did seem to be containable**

**MS MATTHEW KALMAN, I/V SYNC**
**19:38**
**MATTHEW KALMAN**
**The plan formulated by the Americans was that the Israeli Prime Minister, Ehud Barak, the Palestinian leader Yasser Arafat, would each make a statement at mid afternoon -**

**ARCHIVE: ISRAELI SOLDIERS FIRING TEAR GAS FROM ARMOURED CAR & YOUTHS THROWING STONES WITH SLINGSHOTS**
**19:50**
**MATTHEW KALMAN V/O**
**- announcing that the fighting would stop and each side would withdraw. Ehud Barak -**

**MS MATTHEW KALMAN, I/V SYNC**
**19:56**
**MATTHEW KALMAN**
**- was sitting in his office, with a crew from Israel television and radio, with his statement prepared and they were waiting for confirmation that Yasser Arafat was doing the same with er, his broadcasting people in his office. And the messages kept going backwards and forwards that Arafat wasn't yet ready, that the people weren't yet in place er, and at first it was delayed by an hour, and then by another hour and then it was postponed and then it just disappeared.**

**WS/2S BOWEN & KALMAN**

**MS MATTHEW KALMAN**
**20:28**

**20:30**
**JEREMY BOWEN**
**Afterwards who got the blame?**

**MATTHEW KALMAN**

**Arafat Investigated Transcript** 9 **Nov**. 03

**The Americans blamed Arafat**. **Very**
**clearly**.

**ARCHIVE: YOUTHS THROWING**
**STONES**, **RUNNING FROM TEAR GAS**
20:35

20:37
**COMM**
**But Palestinians don't believe Arafat**
**could have stopped an uprising which had**
**its own dynamic**. **His speeches reflected**
**Palestinian opinion — they didn't**
**challenge it**.

**ARCHIVE**: **MS ARAFAT EMBRACING**
**ARAB LEADER** & **ADDRESSING DOHA**
**CONFERENCE** (**EX AL JAZEERA dated** 11
**NOV** 2000)
20:47
20:48

**COMM**
**He played to his audience at home** - **and**
**either forgot or didn't care that the**
**Americans were listening too**.

**CAPTION SUPERED**:
'**NOVEMBER** 2000'
20:54
20:55

20:58
**ARAFAT** (**subtitles**)
**Our people are more**
**determined than ever**

21:01
**to continue our struggle**
**through this just uprising**

21:06
**whose aim is to express our**
**longing for freedom**...

21:12
**independence and salvation**
**from the clutches**...

**ARCHIVE**: **PALESTINIANS**
**DEMONSTRATING AT FUNERAL**
21:17
**ARAFAT V/O** (**subtitles**)
**of the aggressive**
**Israeli occupation**

**Arafat Investigated Transcript 9 Nov. 03**

**MS MOURNING WOMAN BY WALL**
**21:22**
**in all its violent**
**and destructive forms**

**MS WEEPING CHILD**

**21:26**


**21:29**
**MUSIC**
**ARCHIVE: GVs ISRAELI TANKS IN**
**STREETS, REOCCUPATION OF WEST**
**BANK**

**21:31**




**ARCHIVE: STORMING OF ARAFAT'S**
**COMPOUND**
**21:33**




**21:45**


**21:49**
**COMM**
**But Israel worked hard – and successfully**
**– to identify what it was doing with**
**America's war on terrorism. In April**
**2002, Israeli troops reoccupied the west**
**bank.**
**They stormed Yasser Arafat's compound**
**in Ramallah,**

**COMM**
**They claimed to have found documents**
**proving that Arafat was funding suicide**
**bombers.**


**MCU ARAFAT**
**21:58**

**22:00**
**COMM**
**Israel wanted regime change –**
**and so did its most important friend.**

**ARCHIVE: BUSH SPEECH – (JUNE 24**
**2002)**
**CAPTION SUPERED:**
**'JUNE 2002'**
**22:04**

**22:05**
**PRESIDENT BUSH**

**Arafat Investigated Transcript 9 Nov. 03**

**Today Palestinian Authorities are
encouraging – not opposing – terrorism.
This is unacceptable. Peace requires a
new and different Palestinian leadership.**

**ARCHIVE: SLO-MO BCU ARAFAT
MOPPING BROW, Z/O TO MS**

**22:22
MUSIC
ALI JARBAWI SYNC
22:26
ALI JARBAWI V/O
Well Arafat is Palestine walking on legs.**

**MS ALI JARBAWI, I/V SYNC
CAPTION SUPERED:
'DR ALI JARBAWI
Professor of Political Science
Birzeit University'
22:29
ALI JARBAWI
He thinks that he symbolises the whole
struggle, basically, and he doesn't
differentiate between the national interest
and his own interest.**

**ARCHIVE: MS ARAFAT, HAND TO
MOUTH, Z/I TO CU**


**Z/O TO WS
22:38
ALI JARBAWI V/O
Of course, if you are a symbol of
Palestinian er, resistance and someone
from abroad will tell you, 'we don't want
to talk to you and you have to remove
your leader,' then it has to backfire. And
it did**

**EXT. EVE: MOON EMERGES FROM
CLOUDS**

**22:53
22:54**

**MUSIC
RECONSTRUCTION: PALESTINIAN
OPPOSITION MEMBER ARRIVING FOR
SECRET NIGHT TIME MEETING
CAPTION SUPERED:
'RECONSTRUCTION'
22:57**


**22:59
COMM
Arafat's Palestinian critics – and there
have been many of them – sensed this
was their chance. What was starting to
look like an opposition to Arafat held a
series of what they hoped were discrete
meetings**

**STILL: NABIL AMR**

**Arafat Investigated Transcript 9 Nov. 03**

**FADE TO**
23:11
23:12

**COMM**
One of them, Nabil Amr, had written an
open letter to Arafat criticising his
leadership.

**RECONSTRUCTION: 2ND OPPOSITION
LEADER ARRIVING AT ABU MAZEN'S
HOUSE**
23:18
23:20

**COMM**
Some of the meetings were held at the
home of a politician seen for many years
as a potential successor to Arafat.

**STILL: CU ABU MAZEN, Z/I TO BCU**
23:28
**COMM**
He was Abu Mazen and he criticised the
way that the intifada had become an
armed confrontation with Israel.

**ARCHIVE: MS ABU MAZEN, I/V SYNC
(EX AL JAZEERA DATED 25/9/2002(
CAPTION SUPERED:
'SEPTEMBER 2002'**

23:36

23:39

**ABU MAZEN (translation)**
Things went over the top. Personally I
was against using firearms and shooting
from residential areas against civilians –
practises which led to anarchy. Mistakes
were made.

**RECONSTRUCTION: OPPOSITION
LEADERS DISCUSSING
CAPTION SUPERED:
'RECONSTRUCTION'**
23:55

23:56
**COMM**
Arafat responded to the meetings and the
criticism. He seems to have regarded
them as a conspiracy against him.

**RECONSTRUCTION: YOUTH SPRAYING
GRAFFITI**
24:05
**COMM**
Young men sprayed graffitti  - a
traditional form of political expression
here condemning traitors who were
selling their souls to America and Israel

**RECONSTRUCTION: ARAFAT
LOYALISTS SHOOT UP NABIL AMR'S
HOUSE**
24:18
**COMM
One night Arafat loyalists from the Al
Aqsa Martyr's Brigades went to Nabil
Amr's house and delivered a stronger
message.**

**WS NABIL AMR'S HOUSE**
24:30

24:33
**COMM
Nobody was hurt. But everyone knew
what the bullets meant.
Arafat was not prepared to listen to his
critics – let alone share power with them.**

**CU BROKEN TILE ON ROOF**

24:39

**CU BULLET HOLE IN WALL**

**CU 2ND BULLET MARK**

24:40

24:42

24:45
**JEREMY BOWEN V/O
After these meetings that Abu Mazen had,
people have suggested that Arafat may
have seen  -
seen it as a conspiracy against him.**

**MS ALI JARBAWI, I/V SYNC**
24:47
**ALI JARBAWI
Well internally they – we have so many
difficulties. We don't have a – an
elaborate political system. We're talking
about personalities basically and the clash
of personalities, and in doing so you have
to understand what's going on and how
people manoeuvre in – in political life. So
yes, there were manoeuvres by many.**

**ARCHIVE: ABU MAZEN IN STREET
SURROUNDED BY BODYGUARDS &
PRESS**

25:12

**ARCHIVE: ABU MAZEN SWORN IN AS
PRIME MINISTER**
25:17

**Arafat Investigated Transcript 9 Nov. 03**

**25:18**
**COMM**
**But Arafat**
**couldn't resist huge external pressures.**
**Last May he appointed Abu Mazen as**
**Palestinian prime minister**


**ARCHIVE: SLO-MO MS ABU MAZEN**
**LOOKING THOUGHTFUL**

**25:26**
**MUSIC**
**EXT. EVE: GVS GAZA CITY**
**25:28**


**GVS ABU MAZEN ARMED CONVOY**
**LEAVING HQ**
**25:38**
**COMM**
**In Gaza, there was an early test of the**
**new prime minister's authority. Abu**
**Mazen – moving around in heavily**
**protected convoys – was determined to**
**start building the institutions of a state in**
**waiting, which he believed Arafat had**
**neglected.**

**L/A WS PALESTINIAN FLAG ON POLE**

**25:58**
**26:00**

**JEREMY BOWEN V/O**
**This is Abu Mazen's headquarters in**
**Gaza.**

**WS BOWEN TO CAMERA, OUTSIDE**
**CIVIL SERVICE BUILDING**
**26:02**
**JEREMY BOWEN**
**One of his first targets for reform was**
**Mohammed Abu Sharia, the**
**head of the Civil Service. This is Mr Abu**
**Sharia's headquarters, the building next**
**door.**

**L/A WS CIVIL SERVICE BUILDING**


**WS ARAFAT POSTER ON WALL**
**26:13**


**26:17**
**JEREMY BOWEN V/O**
**But when Abu Mazen decided to replace**
**him with his own man,**
**he found out that Mr Abu Sharia had**
**some very powerful friends.**

**ARCHIVE: ARMED MEN OUTSIDE CIVIL**
**SERVICE BUILDING**
**CAPTION SUPERED:**
**'29 AUG 2003'**
**26:22**

**Arafat Investigated Transcript 9 Nov. 03**

**GVs GUNMEN ON BUILDING & MAN
LED FROM BUILDING**
26:24

26:25
**COMM**
**Once again,
gunmen from the Al Aqsa martyrs
brigades intervened. Abu Mazen had
American backing. It meant nothing in
Gaza.**

**CU GUN IN HANDS**
26:34
**SPOKESMAN (translation)**
**We are here to carry out a
decision taken by Yasser Arafat**

**MS SPOKESMAN**
26:36
26:37

**He is our leader**

**CU GUNS IN HANDS**
26:39
**Any attempt to challenge his
decision will be met with bullets**

**ARCHIVE: ARMED MEN INVADING THE
OFFICE & CLEARING STREET OUTSIDE
(AL JAZEERA)**
26:43

26:44
**COMM**
**Replacing the head of civil service was
considered crucial. The incumbent was
accused of corruption, of abusing his
post, which controlled official jobs. But
for Arafat this was not about reform – it
was about power.**

**MS MAN LEADING PRO-ARAFAT
DEMONSTRATION**
27:05
27:06

**CHANTING (subtitles)**
**Do you want any leader
other than Arafat?**

27:09
**No**

**MS BOWEN OUTSIDE CIVIL SERVICE
BUILDING, TO CAMERA**

27:11
**JEREMY BOWEN**
**There was a clear lesson in all this for**

**Arafat Investigated Transcript 9 Nov. 03**

**Abu Mazen. His writ as Prime Minister
didn't even run to the building next door.**

**ARCHIVE: ARMED MEN IN CIVIL
SERVICE BUILDING CHATTING**

27:20

**FRAMED PHOTO OF ARAFAT & SARRAJ
ON WALL**

27:23
27:24
**EYAD SARRAJ V/O
Er, Arafat is – is er, a man that is -**

**MS EYAD SARRAJ, I/V SYNC**

27:27
**EYAD SARRAJ
- almost self centred. I mean, he – he
doesn't like anybody challenging him.**

**STILL: PAN FROM ARAFAT LOOKING
SUSPICIOUS TO ABU MAZEN WITH
HAND TO CHIN**
27:31
**EYAD SARRAJ V/O
He can work with people, people can
work with him, but not challenging him.**

**MS EYAD SARRAJ, I/V SYNC**

27:36
**EYAD SARRAJ
And I think this is basic er, er,
understanding of Arafat.**

**STILLl ABU MAZEN & PRESIDENT BUSH**

**STILL: ABU MASEN WITH PRESIDENT
BUSH & ARIEL SHARON**
27:40

27:44
**EYAD SARRAJ V/O
I think, Abu Mazen could not handle
Arafat properly.
He was taking the show for himself. That
was too much for Arafat to bear.**

**ARCHIVE: MS ARAFAT SPEAKING AT
MICROPHONE**
27:49
27:51

**EYAD SARRAJ V/O
Arafat is full of mistakes, but he's still the
father of the nation.**

**EXT. DAY: SLO-MO WS ZAKARIA &
LIEUTENANTS WALK TOWARD
CAMERA**
27:57
**MUSIC**

**Arafat Investigated Transcript 9 Nov. 03**

**MS GUN IN HAND**
28:00

28:03
**COMM**
**Arafat's loyal Al Aqsa brigades were also**
**a target of the new Government. Abu**
**Mazen thought he'd found a way to**
**influence them.**

**WS HAMAYEL & BODYGUARDS**
**LEAVING BUILDING**

**TRACK WITH HAMAYEL &**
**BODYGUARDS TOWARD CAR**

**MS BONNET OF CAR AS IT DRIVES OFF**
28:08
28:09

28:13

28:23

**COMM**
**Abdel Fattah Hamayel, one of his**
**ministers, implemented**
**the policy. The idea was to offer the**
**gunmen a small salary which Abu Mazen**
**hoped might even stop the suicide bombs.**
**Hamayel felt for them. As a young man**
**he too**
**was a gunman – and spent twenty years in**
**Israeli jails.**

**MS HAMAYEL, I/V SYNC**
**CAPTION SUPERED:**
**'ABDEL FATAH HAMAYEL**
**Former Minister of Sports and Youth**
**Palestinian Authority'**

28:29
28:30
28:33

**ABDEL FATAH HAMAYEL**
**(translation)**
**Originally, some people in these groups**
**had been chosen to work for the security**
**services.**

**EXT. DAY: BCU GUN IN BODYGUARD'S**
**HANDS, PAN TO FACE**

**CU GUN PART BEING CLEANED**
28:37

28:41

**Arafat Investigated Transcript 9 Nov. 03**

**ABDEL FATAH HAMAYEL V/O**
**(translation)**
**So they were getting salaries, and still are doing so.**

**MS HAMAYEL, I/V SYNC**

**28:46**
**28:47**

**ABDEL FATAH HAMAYEL**
**(translation)**
**Others weren't getting anything.**

**INT. DAY: GVs MAN HOLDING BABY**
**28:51**
**28:56**

**A lot of them have families to support – they have wives, children and homes.**

**MS HAMAYEL, I/V SYNC**

**29:05**
**ABDEL FATAH HAMAYEL**
**(translation)**
**So a decision was taken to cover their living expenses, just as other groups are supported by the Palestinian Authority.**

**INT. DAY: CU MAN FEEDING BABY, PAN TO GUN ON HIP**


**WS MAN PUTS BABY IN COT**
**29:13**
**29:15**


**29:17**
**29:20**

**ABDEL FATAH HAMAYEL V/O**
**(translation)**
**We're not talking about a large number of people.**

**ABDEL FATAH HAMAYEL V/O**
**(translation)**
**There are not more than 450 in the Brigades.**

**MS HAMAYEL, I/V SYNC**

**29:25**
**29:26**

**ABDEL FATAH HAMAYEL**
**(translation)**
**So the payments amount to – at most – between $40,000 and $50,000 a month.**

**MS SHELVES & ARAFAT POSTER**

**Arafat Investigated Transcript 9 Nov. 03**

**29:34**
**JEREMY BOWEN**
**These payments you have been making -**
**does Yasser Arafat know about them and**
**does he approve of them?**

**MS HAMAYEL, I/V SYNC**

**29:40**
**29:41**

**ABDEL FATAH HAMAYEL**
**(translation)**
**This was a matter for the cabinet and the**
**prime minister. Certainly Arafat knew,**
**but he didn't take the decision.**

**ARCHIVE: SLO-MO AFTERMATH OF AL**
**AQSA SUICIDE BOMBING 2-3-02 ex BBC**
**701**
**29:49**
**MUSIC**

**29:53**
**COMM**
**Hamayel insists the money is to**
**encourage the Al Aqsa brigades to keep**
**the peace – not to reward them for the**
**suicide attacks they had already carried**
**out.**

**MS HAMAYEL, I/V SYNC**

**30:05**
**30:08**

**ABDEL FATAH HAMAYEL**
**(translation)**
**The Palestinian Authority has repeatedly**
**emphasized its view on this. We are**
**against these types of operations because**
**they run counter to the moral and**
**religious principles of the Palestinian**
**people as a whole.**

**CU GUN COCKED**

**30:22**
**30:27**

**ABDEL FATAH HAMAYEL V/O**
**(translation)**
**Neither Mr Arafat for Fatah have ever**
**supplied money to these groups so that -**

**MS HAMAYEL, I/V SYNC**
**30:31**
**ABDEL FATAH HAMAYEL**
**(translation)**
**- they can acquire weapons.**

**CU MAGAZINE PUT INTO GUN**

**30:36**
**30:37**

**Arafat Investigated Transcript 9 Nov. 03**

**JEREMY BOWEN V/O**
**How do you know that the money you**
**give them is not used for military**
**operations?**

**WS ZAKARIA & LIEUTENANTS**
**CLEANING GUNS**
**30:44**
**ABDEL FATAH HAMAYEL V/O**
**(translation)**
**The amount sent to them is very small. At**
**most it's not more than £150 per person.**

**MS HAMAYEL, I/V SYNC**
**30:49**
**30:53**

**ABDEL FATAH HAMAYEL**
**(translation)**
**How can anyone buy weapons with this**
**amount of money? £150 doesn't even**
**meet a family's basic needs.**

**EXT. DAY: WS ZAKARIA WALKS UP**
**STAIRS, BOWEN FOLLOWS**
**31:02**

**WS ZAKARIA & BOWEN COME UP**
**STAIRS INTO RUINED HOUSE**

**WS CLOTHES ON LINE**

**31:05**

**31:12**

**31:21**
**COMM**
**In Jenin, Zakaria Zubaidi says they took**
**the money without agreeing to anything –**
**because they only listen to Arafat.**
**So – no**
**formal ceasefire though there have been**
**no suicide attacks by the brigades since**
**May. We were in the ruins of his home,**
**where his mother was killed by the**
**Israelis last year – when Zubaidi says he**
**turned to violence.**

**MS ZACHARIA, GUN ON HIP, PAN R TO**
**BOWEN**
**31:26**
**JEREMY BOWEN**
**So, do you believe then that suicide**
**operations, suicide bombs against Israeli**
**civilians ought to continue. There should**
**be more of them?**

**Arafat Investigated Transcript 9 Nov. 03**

**BCU ZAKARIA, I/V SYNC**
**CAPTION SUPERED:**
**'ZAKARIA ZUBAIDI**
**Leader, Al-Aqsa Martyrs' Brigades**
**Jenin Refugee Camp'**
31:35
31:37

**ZAKARIA ZUBAIDI (translation)**
**Of course. Martyrdom operations inside**
**Israel are not the strategy of the**
**Palestinian people.**

**LS ZAKARIA & BOWEN IN RUINED**
**HOUSE**

**BCU ZAKARIA**
31:43
31:44

31:47

**ZAKARIA ZUBAIDI (translation)**
**They're of no use to us politically.**
**But they do have some advantage for our**
**people, who are being killed every day.**
**They want retaliation, revenge for the**
**massacres committed by Israel. This is**
**why we have martyrdom operations.**

**BCU BOWEN**
32:00
**JEREMY BOWEN**
**So if Arafat said stop these attacks, would**
**the Al-Aqsa Brigades stop?**

32:06
32:07

**ZAKARIA ZUBAIDI (translation)**
**Of course. But he won't order us to do**
**this until Israel stops the assassinations.**

**PAN R TO BOWEN**
31:21
**JEREMY BOWEN**
**But do you continue with them because**
**he says continue with them?**

**PAN BACK L TO ZAKARIA**
32:25
**ZAKARIA ZUBAIDI (translation)**
**We pay close attention to what he says.**
**When Arafat calls for a ceasefire, we will**
**respect his decision and stop.**

**ARCHIVE: SLO-MO MS ARAFAT**
**HOLDING ZAKARIA'S ARM ALOFT,**
**FREEZE FRAME**

32:33
**COMM**
**Arafat's influence over the Al Aqsa**
**Brigades wasn't threatened by the new**
**Prime Minister.**

**Arafat Investigated Transcript 9 Nov. 03**

**EXT. DAY: MS PALESTINIAN POLICE**
**TRAINING WITH RIOT SHIELDS** &
**BATONS**
32:40
32:43

**COMM**
**Nor was his control over the mainstream**
**Palestinian security forces.**

**MS OFFICER SHOUTING ORDER**


**WS POLICE MARCHING TOWARD**
**CAMERA**

32:50
32:52


32:55

**COMM**
**Abu Mazen wanted them. One reason**
**why he resigned was his**
**failure to get them**

**MCU LEGS MARCH PAST R-L**

32:58

**LS POLICE DRILLING ON SQUARE**


**MS PAN OVER RUBBLE OF SHATTERED**
**BUILDING**

**WS WELDER AT WORK**

**LS POLICE DRILLING**
33:00


33:03


33:10

33:13
**COMM**
**The Israelis have destroyed most of the**
**security forces' infrastructure –**
**but Israel and the United States insist that**
**Arafat's men could still crack down on**
**Hamas**
**and the other Islamic extremists, if Arafat**
**issued**
**the orders.**

**WS STREET**


**MS BOWEN GETS INTO TAXI**
33:17


33:20

**Arafat Investigated Transcript 9 Nov. 03**

**COMM**
**Some of his security chiefs say they don't**
**have the**
**firepower – even if they wanted to do it.**

**MS BOWEN IN TAXI, TO CAMERA**

33:23
33:28

**JEREMY BOWEN**
**Anyway, for Palestinians it's not a**
**military issue – it's a question of what's**
**possible politically.**

**TRACKING SHOT OF STREET THRU**
**WINDSCREEN**
33:34
**JEREMY BOWEN V/O**
**This is the beach refugee camp in Gaza.**
**But go down any street here or in the**
**West Bank and you'll find out why.**

**MONTAGE OF SHOTS OF POSTERS**
**CELEBRATING MARTYRS**
33:42
**MUSIC**

**MS BOWEN'S FOOT STEPS OUT OF TAXI**
33:44

33:50
**COMM**
**Look at these posters in Beach Camp,**
**celebrating suicide attacks, or martyrdom**
**operations as**
**they're known here.**

**WS BOWEN APPROACHES POSTER**

**L/A O/S MS POSTER**

**MS 2ND POSTER**

**MS 3RD POSTER**

**CU 4TH POSTER**
33:54
33:55

33:56

34:00

34:04

34:07

**COMM**
**Seven years ago, in**
**1996, there was a series of suicide**

**Page 40**

**bombings but then
most Palestinians disapproved of them.
With public
support, Arafat ordered his troops into
action
against them.**

**STILL: BLINDFOLD SUSPECT IN VAN**

**STILL: PRISONER BEHIND BARBED
WIRE**
**34:10**
**34:11**

**34:15**

**COMM
The crackdown was led by Jibril Rajoub –
a veteran of 18 years in
Israeli jails and still one of Arafat's main
security advisers.**

**MS JIBRIL RAJOUB, I/V SYNC
CAPTION SUPERED:
'JIBRIL RAJOUB
National Security Advisor
to President Arafat'**

**34:20**
**34:21**
**JIBRIL RAJOUB
In '96, first of all, we had an Israeli
partner. We had a labour government,
who were dealing with us on equal foot as
a partner.**

**EXT. DAY: MS ARMED POLICE
CHECKING DRIVER'S PAPERS**

**MS POLICE VAN**
**34:33**

**34:40**

**JIBRIL RAJOUB V/O
- And it was the responsibility of both of
us to assure security for both of our
peoples. Then
the Palestinian people had a hope in their
future,**

**MCU DRIVER ON RADIO**

**34:44**
**34:46**

**JIBRIL RAJOUB V/O
The substance of the problem is not in
Hamas.**

**MS JIBRIL RAJOUB, I/V SYNC**

**Arafat Investigated Transcript 9 Nov. 03**

34:49
**JIBRIL RAJOUB**
**This - that does not mean that I'm**
**defending what Hamas is doing. I think**
**that the er, er, substance of this problem -**

**EXT. EVE: WS PEOPLE QUEUING TO**
**PASS THRU ISRAELI CHECKPOINT**
34:59
**JIBRIL RAJOUB V/O**
**- the heart of the problem is the Israeli**
**occupation.**

**MS GUARD CHECKING PAPERS**

35:03
**MUSIC**
**CU ARAB SILHOUETTED AGAINST**
**SUNSET**

35:06

**PANORAMIC SHOT OF SUNRISE OVER**
**MOUNTAINS**

35:10

**WS SUNRISE**

35:14

**H/A PANORAMIC SHOT OF HEBRON,**
**PAN R**

35:19

35:20
**COMM**
**Nowhere is the occupation sharper than in**
**Hebron, a Hamas stronghold on the West**
**Bank with a Jewish settlement right at its**
**heart – where Palestinians believe the**
**violence starts with Israel not with Arafat.**

**MS BOWEN WALKS TO GATE TO**
**HEBRON**

**LS BOWEN OPENING GATE**

**WS BOWEN**
35:33
35:37

35:50

**Arafat Investigated Transcript 9 Nov. 03**

35:59

**JEREMY BOWEN**
**If you're not a Jewish settler or an Israeli**
**soldier, this is the only officially**
**sanctioned way into Hebron. There's a**
**heavy steel gate here. There's also a**
**strong Israeli army position which they**
**won't let us film.**
**It's a quiet crossing – because even**
**though there are around 120,000**
**Palestinians living in Hebron,**
**most of them are never let out.**

**GVs RUBBLE OF DESTROYED**
**BUILDING BEING CLEARED, WOMAN**
**PICKING UP BITS & PIECES**
36:02

**GVs TENTS AMID RUBBLE**
36:08

36:27
**COMM**
**This was a block of flats which was home**
**to fifteen families. Two Hamas gunmen**
**were killed in it. by Israeli soldiers. The**
**Israelis say that if Arafat won't hit them,**
**they will. But then they also hit the**
**civilians here by clearing them out and**
**blowing up their homes – a collective**
**punishment of people**
**whose only crime was to live in a place**
**which Hamas gunmen used as a shelter in**
**the middle of the night**

**WS RATEB ZAITON, I/V SYNC**
**CAPTION SUPERED:**
**'DR RATEB ZAITON'**

36:34
**RATEB ZAITON**
**We are the refugees of 2003, not 1948.**

**WS MEN SEARCHING IN RUBBLE**
36:38
**RATEB ZAITON V/O**
**Imagine somebody destroyed your house**
**in front of your eyes. What kind of**
**feeling you'll have?**

**Page 43**

**Arafat Investigated Transcript 9 Nov. 03**

**WS PAN R ACROSS SITE OF DESTROYED FLATS**
36:44
36:45

**COMM**
**About a hundred yards away, another building was hit by a stray tank shell. Human rights groups have criticised Israel for using tanks in built-up areas.**

**INT. DAY: MS BOWEN CLIMBS STAIRS, TO CAMERA, TRACK WITH HIM TO BATTERED GATE**

**TRACK IN TO CU PICTURE OF FAHAIR ON WALL**

36:56
**JEREMY BOWEN**
**Like many other buildings in Hebron, this one had been raided by the Israelis before. This is what happened on one of the previous visits, when they smashed open the door of this flat. Next door until that Tuesday lived Fahair Mansour, ten years old.**

**PAN L AS BOWEN WALKS ACROSS ROOM AWAY FROM CAMERA**

**MS SHELL FRAGMENTS, GLASS ETC ON KITCHEN WORKTOP**

37:16
37:17

37:22
**COMM**
**His blood was still on the floor of the kitchen where his mother found him, killed by a shell**
**fragment as he ate his breakfast.**

**MS WAFA SYOURY, I/V SYNC**
**CAPTION SUPERED:**
**'WAFA SYOURY'**

37:25
37:26

**WAFA SYOURY (translation)**
**They call us terrorists! That Yasser Arafat is a terrorist. And what are they? They were born terrorists. Everything they do is terror. The day I lost  -**

**STILL: FAHAIR & BROTHER, Z/I ON FAHAIR**

**Page 44**

**Arafat Investigated Transcript 9 Nov. 03**

37:33
**WAFA SYOURY V/O (translation)**
- my son I prayed that they'd lose ten of
theirs.

**GVs PEOPLE LOOKING AT RUBBLE OF
DESTROYED FLATS**
37:38
37:40

**COMM**
Opinion polls this year say 60 per cent of
Palestinians support suicide attacks. In
1997, only 24 per cent did.

**Dr Ratab Zaiton**
37:50
**JEREMY BOWEN V/O**
And if there's a suicide bombing –

**CU RATEB ZAITON, I/V SYNC**
37:51
**JEREMY BOWEN**
- because of what's been happening in
Hebron what would your feelings be?

**BCU BOWEN LISTENING**
37:55

37:58

**RATEB ZAITON**
At this moment. At this moment nobody
can even condemn.
These people they know their duty
towards their nation.

**GVs MEN SEARCHING RUBBLE**
38:02
**RATEB ZAITON V/O**
They know their duty towards their
country. This is occupied land.

**CU RATEB ZAITON, I/V SYNC**
38:07
**RATEB ZAITON**
They are resisting the military action and
the occupation itself.

**EXT. DAY: L/A WS AL QUDS HOSPITAL**

38:11
**MUSIC**
**WS BOWEN WALKS UP STEPS INTO
HOSPITAL**

**INT. DAY: GVs PEOPLE VISITING
WOUNDED POLICEMAN IN HOSPITAL**

**WS BOWEN ENTERS WARD**
**WS BOWEN WALKS TO BEDSIDE,
SHAKES HANDS**

**Arafat Investigated Transcript 9 Nov. 03**

38:15

38:23

38:30
38:34
**COMM**
**What if Arafat did as the Israelis want,**
**and turned his forces on Hamas and**
**Islamic Jihad? While I was in Gaza, the**
**answer**
**became very clear. I went to visit one of**
**Arafat's Palestinian policemen in hospital**
**who was taken hostage by**
**Hamas after Arafat's security service**
**had arrested some of their activists.**

**MS MOHAMMED, I/V SYNC**
**CAPTION SUPERED:**
**'MOHAMMED EL SHEIKH'**

38:38
38:39
38:41

**MOHAMMED (translation)**
**I was grabbed by six people. I was pulled**
**into a bus.**

**STILL: CU MOHAMMED SHOWING**
**INJURIES TO HEAD**
38:49
38:50

**MOHAMMED V/O (translation)**
**Then they hit me on the head with a gun.**

**MS MOHAMMED, I/V SYNC**

38:54
38:56

**MOHAMMED (translation)**
**They handcuffed me. They placed a bag**
**over my head.**

**STILL: MOHAMMED'S TORSO SHOWING**
**INJURIES**
39:04
39:05

**MOHAMMED V/O (translation)**
**They beat me on my shoulders, kidneys,**
**stomach and genitals.**

**MS MOHAMMED, I/V SYNC**

39:10

**They wanted to exchange me for one of**

**Arafat Investigated Transcript 9 Nov. 03**

their members who was arrested
yesterday by the Preventive Security
Force

**STILL: CU INJURIES TO MOHAMMED'S
ARM**
39:14
**JEREMY BOWEN V/O**
Why do you think they did this?

**MS MOHAMMED, I/V SYNC**

39:18
**MOHAMMED (translation)**
They wanted to exchange me for one of
their members who was arrested
yesterday by the Preventive Security
Force.

**EXT. DAY: PAN R ACROSS ROAD
JUNCTION**
39:25
**MUSIC**

39:26
**COMM**
Hamas put their people on to the streets,
burning tyres and surrounding police
stations. Shots were fired.

**CU BURNT-OUT TYRE**

**INT. DAY: WS MOHAMMED IN
HOSPITAL BED**
**CU GUN IN GUARD'S HAND**
39:34
39:35

39:37

39:40

**COMM**
In a hastily arranged truce,
Arafat's police got their man back – but
only
by releasing their Hamas prisoners.

**WS BOWEN WALKS DOWN STEPS
AWAY FROM HOSPITAL, TO CAMERA**
39:43
39:45

**JEREMY BOWEN**
All this demonstrates two fundamental
facts about Palestinian politics as they are
at the moment. First of all – Hamas is
very popular. Second – look what
happens when the PA tries to arrest even
a handful of Hamas activists. It makes
their worries about a Palestinian civil war
look pretty credible.

**ARCHIVE: CU ARAFAT GIVES
PEACE/VICTORY SIGN**

40:08
**JEREMY BOWEN V/O**
**The Israelis have said repeatedly that**
**what Arafat didn't do was to take action -**

**MS EYAD SARRAJ, I/V SYNC**
40:15
**JEREMY BOWEN**
**- against Islamic extremist groups. Is that**
**a credible course of action for any**
**Palestinian leader?**

40:21
**EYAD SARRAJ**
**Of course not. This is laughable.**

**WS STREET & POSTER OF MARTYR**

**DETAIL OF POSTER: BLOWN UP**
**VEHICLES**
**2ND DETAIL: FACE OF MARTYR**
40:24

40:29

40:33
**EYAD SARRAJ V/O**
**It is a sign of despair militarily that they**
**have to opt for these very violent,**
**very terrorist acts against children and**
**women. But**
**no Palestinian leader, Arafat included -**

**MS EYAD SARRAJ, I/V SYNC**
**CAPTION SUPERED:**
**'EYAD SARRAJ**
**Palestinian Independent**
**Commission for Citizens' Rights'**
40:37
40:38
**EYAD SARRAJ**
**- can destroy Hamas if there is no Israeli**
**acts on the ground that give the**
**Palestinians the hope of having a**
**Palestinian state in place.**

**MS JIBRIL RAJOUB, I/V SYNC**

40:51
**JIBRIL RAJOUB**
**As long as the Israelis are occupying our**
**lands, killing our people, having the – the**
**– the assassination policy as part of their**
**– of the way that they are dealing with the**
**Palestinian people, no one can do**
**anything.**

**EXT. DAY: GVs PRO-ARAFAT RALLY,**
**PEOPLE MARCHING WITH BANNERS &**
**CHANTING ETC**

41:07
41:12

**Arafat Investigated Transcript 9 Nov. 03**

**COMM**
**But the occupation is not ending – it's**
**deepening. And the Israeli government**
**has repeated its threat to send Yasser**
**Arafat into exile**.


**41:28**
**JEREMY BOWEN V/O**
**So what do you do then if you do get rid**
**of Arafat in some way?**

**MS EHUD OLMERT, I/V SYNC**
**41:32**
**JEREMY BOWEN**
**Who do you deal with then?**

**MS EHUD OLMERT, I/V SYNC**
**CAPTION SUPERED**:
**'EHUD OLMERT**
**Israel's Deputy Prime Minister'**
**41:33**
**EHUD OLMERT**
**Look. First of all we do not dictate who**
**government of the Palestinians will be.**


**41:38**
**JEREMY BOWEN**
**You're isolating their leader, their elected**
**leader**.


**41:41**
**EHUD OLMERT**
**The whole er, international community -**

**EXT. DAY: US FLAG BEING BURNT BY**
**DEMONSTRATORS**
**41:43**
**EHUD OLMERT V/O**
**- at least the most important and**
**influential factor, the United States of**
**America, says Arafat is not in the game.**
**So -**

**MS EHUD OLMERT, I/V SYNC**
**41:52**
**EHUD OLMERT**
**- don't tell me that we are ignoring their**
**leader. We are ignoring a terrorist killer.**
**And we're doing the right thing.**

**ARCHIVE: ARAFAT AT CONFERENCE**
**TABLE, Z/O TO LS**
**42:01**
**JEREMY BOWEN V/O**
**And if the Palestinians say, 'look, he's**
**our leader. If we're gonna make a deal**
**with Israel we need our leader to sign it.'**
**Then what happens?**

**MS EHUD OLMERT, I/V SYNC**
**42:09**
**EHUD OLMERT**
**As long as the leader will be a terrorist**
**murderer there will not be peace. That's**

**Arafat Investigated Transcript 9 Nov. 03**

as simple as that.

**EXT. DAY: CU MAN CARRYING
ARAFAT PORTRAIT AT  PRO-ARAFAT
RALLY**
42:16


**GVs PRO-ARAFAT POSTERS** &
**PALESTINIAN FLAGS ON DAMAGED
BUILDINGS**


**WS BOWEN BY WALL COVERED WITH
POSTERS**

42:20

42:22


42:34
**COMM**
The Israelis will only shift Yasser
Arafat by killing him or deporting him. It
would give them some temporary
satisfaction. But it won't provide their
people with the safety and security that
they deserve.
It could make matters much worse.

**TO CAMERA**

42:38
**JEREMY BOWEN**
While I've been here I've talked to lots of
Palestinians. Quite a few of them had
their doubts about some of the things that
Yasser Arafat has done. But all of them
from the most critical to ultra-loyalists
were agreed on one thing: that Israel and
America's isolation of Yasser Arafat has
made him as popular with his own people
as he's ever been. He may well be part of
the problem, as the Israelis and the
Americans say. But it's certain that he's
still part of the solution as well.

**CU ARAFAT PORTRAIT** & **PALESTINIAN
FLAGS**
43:14
43:15
**MUSIC**
**JEREMY BOWEN V/O**
- just as he's always been


43:19
**EYAD SARRAJ V/O**
I believe that -

**MS EYAD SARRAJ, I/V SYNC**
43:21
**EYAD SARRAJ**
- there is not a single Palestinian that

**Arafat Investigated Transcript 9 Nov. 03**

**would sign a peace treaty but Arafat. As long as he's alive. No Palestinian dare – dares to – to – to challenge Arafat's authority in that sense.**

**MS ARAFAT POSTER**


**SLO-MO WS CHILD HOLDING ARAFAT PORTRAIT IN RALLY**

43:37
43:39

43:42

**JIBRIL RAJOUB V/O**
**They can deport Yasser Arafat, they can kill Yasser Arafat even. But -**

**MS JIBRIAL RAJOUB, I/V SYNC**
43:46
**JIBRIL RAJOUB**
**- the reaction would be catastrophic to the Israelis and to the Jews forever.**

**ARCHIVE: CU ARAFAT EMBRACED BY SUCCESSION OF PALESTINIANS**

43:54


44:01
**END CREDITS**
**Reporter**
**Jeremy Bowen**

**Camera**
**Steve Gray**

**Consultant**
**Khaled Abu Toameh**



**Research**
**Hadeel Wahdan**

**Production Manager**
**Roz Howe**

**Film Research**
**Steve Bergson**

**FREEZE FRAME** & **FADE TO BLACK**
44:09
**Composer**
**Mitch Dalton**

**On-line Editor**
**Peter Zacaroli**

**Dubbing Mixer**
**Julian MacDonald**

**Assistant Producer**
**Claire McFall**

**Arafat Investigated Transcript 9 Nov. 03**

**Picture Editor**
**Bernard Lyall**

44:17
**Produced** & **Directed by**
**Tony Stark**

44:21

**MOONSTONE**
**FILMS**
**for**
**BBC**

44:24
**CORRESPONDENT**
**EDITOR**
**KAREN O'CONNOR**
**© BBC MMIII**

11
**CORRESPONDENT – ARAFAT INVESTIGATED**