# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

October 17, 2011

Hon. Judge Ronald L. Ellis
United States Magistrate Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-11

Re:  *Sokolow et al. v. Palestine Liberation Organization et al.,*
      Civ. No. 04-397 (GBD)

Dear Magistrate Judge Ellis,

We represent Plaintiffs in the above-referenced matter and we write further to our letter of October 12, 2011, in which we requested to enlarge until October 17, 2011, our deadline to oppose BBC's motion to quash a subpoena (DE 143). At the time the letter was submitted we had not yet received BBC's position in respect to the enlargement sought (as we noted therein). However, BBC's counsel subsequently informed me that they consent to our request, provided their reply deadline is extended to November 15, 2011.

Accordingly, we respectfully request that Plaintiffs' time to oppose BBC's motion (DE 143) be enlarged until October 17, 2011, and that BBC's time to reply be enlarged until November 15, 2011.

Respectfully submitted,

Robert J. Tolchin

Counsel for Plaintiffs

Cc:  Louise Sommers, Esq.
     Mark Rochon, Esq.

**SO ORDERED**

Ronald L. Ellis  10-19-11

**MAGISTRATE JUDGE RONALD L. ELLIS**