# MILLER KORZENIK SOMMERS LLP

488 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

LOUISE SOMMERS
Dir Tel. 212.750.0005
Dir Fax 212.750.7411

November 9, 2011

Hon. Judge Ronald L. Ellis
United States Magistrate Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC:
DATE FILED: 11-14-11

RECEIVED NOV 10 2011

Re: *Sokolow v. Palestine Liberation Organization et al.* Civ. No. 04-397 (GBD)

Dear Magistrate Judge Ellis:

We represent the British Broadcasting Corporation (the "BBC"), whose motion to quash the Subpoena served on behalf of Plaintiffs is pending. The BBC's reply papers on that motion are presently due on Tuesday, November 15, 2011.

We are writing to request (i) a 3-day extension of time within which to file the BBC's reply papers to and including Friday, November 18, 2011 and (ii) a 3- page extension of this Court's 10-page limit for reply memoranda, to 13 pages. This request is occasioned (i) by the unexpected press of another matter, and (ii) in order to respond sufficiently to all issues raised by Plaintiffs' opposition, including their expert's declaration.

Robert Tolchin, counsel for Plaintiffs, has advised me that he consents to both extensions.

Respectfully submitted,

Louise Sommers

cc:  Robert Tolchin, Esq.(by email)
     Brian A. Hill, Esq. (by email)

**SO ORDERED**
11-14-11
MAGISTRATE JUDGE RONALD L. ELLIS