# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627　　　　　　　　　　　　　　　　　　　　　Fax: (718) 855-4696

November 23, 2011

Hon. Judge Ronald L. Ellis
United States Magistrate Judge
United States District Courtfor
the Southern District of New York
500 Pearl Street
New York, New York 10007



　　　Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
　　　　Civ. No. 04-397 (GBD)

Dear Magistrate Judge Ellis,

　　　We represent Plaintiffs in the above-referenced matter and we write with the consent of BBC to request to enlarge Plaintiffs' time to file their reply in further support of their motion to compel the subpoena on BBC from Friday, November 25, 2011, to Monday, November 28, 2011.

　　　This brief enlargement is sought because, as a result of previous adjustments of the briefing schedule on Plaintiffs' motion, the seven-day reply time now falls out on the Friday after Thanksgiving. Plaintiffs therefore obtained BBC's consent to seek to enlarge their time to reply until Monday, November 28. Given the brevity of the enlargement, BBC's consent thereto and the reason therefor (the long holiday weekend) Plaintiffs respectfully request to enlarge their time to file their reply until Monday, November 28, 2011.

Respectfully submitted,

Robert J. Tolchin
Counsel for Plaintiffs

SO ORDERED
/s/ Ronald L. Ellis  11-29-11
MAGISTRATE JUDGE RONALD L. ELLIS

Cc: Louise Sommers, Esq.
　　Brian Hill, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-29-11