# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

      Plaintiffs,

                                                      Civ. No. 04-397 (GBD) (RLE)

   v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

      Defendants.

## NOTICE OF PLAINTIFFS' MOTION TO STRIKE

**PLEASE TAKE NOTICE** that upon the attached memorandum, the exhibits thereto, and the papers and pleadings previously filed herein, Plaintiffs will move this Court, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order striking the letter dated October 25, 2011, that was submitted by defendants at the November 17, 2011, status conference in this matter.

                                                      Plaintiffs, by their Attorney,

                                                      /s/ Robert J. Tolchin
                                                      Robert J. Tolchin
                                                      111 Livingston Street, Suite 1928
                                                      Brooklyn, New York 11201
                                                      (718) 855-3627
                                                      Fax: (718) 504-4943
                                                      rjt.berkman@gmail.com