# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

       Plaintiffs,

    v.                               Civ. No. 04-397 (GBD) (RLE)

THE PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

## NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION

**PLEASE TAKE NOTICE** that upon the attached memorandum, the exhibits thereto, and the papers and pleadings previously filed herein, Plaintiffs will move this Court, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for reconsideration of the Order entered on December 9, 2011 (DE 171), and reversal of that Order, to the extent that that Order denied plaintiffs' request to issue a Letter of Request seeking the deposition of Bilal Barghouti.

                                                           Plaintiffs, by their Attorney,

                                                           /s/ Robert J. Tolchin
                                                           Robert J. Tolchin
                                                           111 Livingston Street, Suite 1928
                                                           Brooklyn, New York 11201
                                                           (718) 855-3627
                                                           Fax: (718) 504-4943
                                                           rjt.berkman@gmail.com