# EXHIBIT 1

## Hill, Brian

| | |
|---|---|
| **From:** | Robert J. Tolchin [rjt.berkman@gmail.com] |
| **Sent:** | Wednesday, October 26, 2011 8:51 AM |
| **To:** | Hill, Brian; lsommers@mkslex.com |
| **Subject:** | Sokolow v. PA |
| **Attachments:** | 172.16.8.12_Exchange_10-25-2011_16-59-32.pdf |

Brian -

We read the attached correspondence and we disagree.

-Bob


-----Original Message-----
From: Hill, Brian [mailto:BHill@milchev.com]
Sent: Tuesday, October 25, 2011 5:01 PM
To: rjt.berkman@gmail.com
Cc: Louise Sommers
Subject: Sokolow v. PA

Counsel,

Please see the attached correspondence.

Regards,


Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801

<<172.16.8.12_Exchange_10-25-2011_16-59-32.pdf>>

12/30/2011