To: Hon George B Daniels    Page 2 of 3      2011-12-23 19:11:25 (GMT) The Berkman Law Office, LLC From: Berkman Law Office, LLC

Case 1:04-cv-00397-GBD-RLE   Document 183   Filed 01/03/12   Page 1 of 2

# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JAN 03 2012

December 23, 2011

**BY FAX**

Hon. George B. Daniels
United States District Judge
United States District Court for
    the Southern District of New York
500 Pearl Street
New York, New York 10007
    Fax:   212-805-6737

Re: *Sokolow et al. v. Palestine Liberation Organization et al.,*
    04-CV-397 (GBD) (rle)

Dear Judge Daniels,

    We represent Plaintiffs in the above-referenced matter. We write to respectfully request an extension of time to file objections to the rulings made by Magistrate Judge Ellis at the conference in this matter on November 17, 2011.

    Plaintiffs have filed a motion for reconsideration which is presently before Magistrate Judge Ellis. Inasmuch as the plaintiff believes that decision at issue resulted from a misapprehension of a factual matter, plaintiffs respectfully believe that the proper mechanism to seek review of that decision, certainly in the first instance, is a motion for reconsideration to the magistrate judge himself. However, in the event that Magistrate Judge Ellis does not modify the order, plaintiffs wish to reserve their right to file objections after the ruling on the motion for reconsideration.

    Accordingly, plaintiffs respectfully request that the Court enlarge the plaintiffs' time to file objections until 10 days after Magistrate Judge Ellis' ruling on the now-pending motion for reconsideration.

To: Hon George B Daniels    Page 3 of 3    2011-12-23 19:11:25 (GMT)    The Berkman Law Office, LLC    From: Berkman Law Office, LLC

Case 1:04-cv-00397-GBD-RLE    Document 183    Filed 01/03/12    Page 2 of 2

THE BERKMAN LAW OFFICE, LLC                    December 23, 2011
                                                Page 2 of 2

    We wish Your Honor and all the Court's staff a happy holiday, and a happy new year.

                                                Respectfully submitted,

                                                Robert J. Tolchin

Cc:  Brian Hill, Esq.
      Magistrate Judge Ellis