IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PALESTINE LIBERATION )<br>ORGANIZATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 04cv397 (GBD) (RLE) |

## **[PROPOSED] ORDER**

Having considered Defendants' Motion for Partial Judgment on the Pleadings, and any Opposition and Reply thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that judgment shall be entered in favor of Defendants on all of Plaintiffs' non-federal claims, and it is

FURTHER ORDERED that all of Plaintiffs' non-federal claims are hereby

    (a) DISMISSED WITH PREJUDICE for lack of party capacity

OR

    (b) DISMISSED WITHOUT PREJUDICE for want of jurisdiction.

Dated:_____      _____
                                                                              George B. Daniels
                                                                              United States District Court Judge