UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

                              Civ. No. 04-397 (GBD) (RLE)

    v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

## PLAINTIFFS' NOTICE OF RELEVANT FACTS CONCEALED BY THE BBC

Currently pending before the Court are the Motion to Quash Subpoena filed by the British Broadcasting Corporation ("BBC") (DE 148) and Plaintiffs' Motion to Compel compliance with that subpoena (DE 159).

In its motion, and in its opposition to plaintiffs' motion to compel, BBC argues that it should not be required to produce an authenticated copy of the footage sought by plaintiffs (even the part of that footage publicly broadcast by BBC) because plaintiffs' counsel could purportedly travel to the Palestinian-governed areas of the West Bank in order to interview the terrorists whose statements are featured in that footage, Zakaria Zubaidi and Ata Abu Rumaileh.

Plaintiffs' undersigned counsel learned last night that BBC has concealed from the Court the salient if not dispositive fact that attorney Richard D. Heideman, Esq., who is counsel for the plaintiffs in the related case of *Klieman v. Palestinian Authority*, Civ. No. 04-1173 (D.D.C.), attempted to interview Zubaidi about the statements contained in the BBC documentary and was almost murdered in the process. BBC is fully aware of this fact, because Mr. Heideman discussed it in a declaration by him submitted by the *Klieman* plaintiffs in support of a motion to compel BBC to comply with a subpoena seeking the same documentary sought here. Exhibit A.

2

Thus, by asking this Court to send plaintiffs' undersigned counsel into the West Bank to track down and interview Zubaidi and Abu Rumaileh, BBC is knowingly asking this Court to order the undersigned to risk his life to attempt to obtain evidence that BBC has sitting on a shelf. This bad-faith (to say the least) demand should be rejected, BBC should be directed to be candid with the Court in the future, and BBC's motion to quash should be denied and plaintiffs' motion to compel should be granted.

Plaintiffs, by their Attorney,

/s/ Robert J. Tolchin
Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail.com