# EXHIBIT 1

Like 32k | Subscribe to the Print Edition | Haaretz Store | HAARETZ Toolb

# HAARETZ.com
Wed, January 11, 2012 Tevet 16, 5772

New! Haaretz on your smartphone
Download the app now for free

Advanced ⊙ Search Haaretz.com ○

NEWS  OPINION  JEWISH WORLD  THEMARKER  TRAVEL IN ISRAEL  CULTURE  PRINT EDITION  WEEKEND  BLOGS  Haaretz Store  Car R



**BREAKING NEWS**   20:38 | Jordan arrests activist for burning picture of King Abdullah (AP)    More Bre

Home   News   Diplomacy & Defense

Published 18:53 29.12.11 | Latest update 18:53 29.12.11

## Palestinian pardoned by Israel put back on wanted list

**Zakaria Zbeidi, the former commander of the Al-Aqsa Martyrs Brigades in Jenin who now runs the Freedom Theater, says he did not know his pardon was canceled.**

By **Avi Issacharoff**
Tags: West Bank  Jenin  Palestinian Authority

  | Send | 76 people recommend

Get **Haaretz on iPhone**       Get **Haaretz on Android**

Zakaria Zbeidi, the former commander of the Al-Aqsa Martyrs Brigades in Jenin who was pardoned by Israel two years ago, has been added to Israel's wanted list again.

In recent days, Palestinian security services informed Zbeidi that upon Israel's request, he must remain in the Palestinian Authority's detention facilities during all hours of the day and night, otherwise Israel will arrest him.

Print Page

Send to a friend

Comments

Share

Text Size ➕ | ➖

Follow us on Twitter

Become a Haaretz.com Facebook friend

Zbeidi in Jenin during the second intifada, December 2009.

Photo by: Natasha Mozgovaya

This story is by:


Avi Issacharoff

## Diplomacy & D(

Gilad Shalit thanks France, G assistance in release

Zbeidi confirmed the report to Haaretz, yet said he did not know why the pardon was rescinded. Last week, Palestinian security forces

arrested one of Zbeidi's brothers, along with one of the workers at Jenin's Freedom Theater, which Zbeidi directs.

In the summer of 2007, Zbeidi was among 200 wanted Fatah militants in the West Bank who turned in their weapons, under an arrangement in which Israel granted them effective amnesty as a gesture to PA Chairman Mahmoud Abbas.

**What could happen to the stock market if Republicans take back the White House?**

If you have a $500,000 portfolio, you should download the latest report by *Forbes* columnist Ken Fisher's firm. It tells you what we think may happen in the 2012 elections and why. This must-read report includes research and analysis you can use in your portfolio right now. Don't miss it!

Click Here to Download Your Report!

FISHER INVESTMENTS

In 2009, actor Juliano Mer Khamis founded the Freedom Theater and appointed Zbeidi as its director. Zbeidi also began working as an official in the Palestinian Authority's prisoners division. The theater's founder, Mer-Khamis, was shot and killed last April. The case has not yet been solved.

33-year-old Zbeidi, one of the symbols of the second intifada, also garnered media attention for his relationship with Israeli left-wing activist Tali Fahima.



New! Haaretz on your android. Download the app now for free

## People who read this article also read:

    

| Israeli archaeologists find 1,500-year-old kosher 'bread stamp' near Acre (Haaretz - News) | Le Figaro: Israel's Mossad recruiting Iranian dissidents to work against Tehran regime (Haaretz - News) | Egypt tells Israel: Pilgrimage to tomb of Jewish holy man 'impossible' this year (Haaretz - News) | Food Stamp Guidelines for Florida (eHow) Paid Distribution | Navy SEAL Who Punched Jesse Ventura for Anti-American Talk Should Get a Medal (The Stir By Cafe Mom) Paid Distribution |

[?]


Vantage — there's a better way to rent
Thousands of NO FEE Renovated Apartments in Queens and Uptown Manhattan
Studio to 4-Bedroom apartments available
888.312.2180 | leasing@vantageliving.com

## TalkBacks

**Add a comment**

Name: [                    ]

**Why Facebook Connect?**


4 comments


IDF official: Ira stepping up e Assad regime
5 comments


Israel subsidiz Bank housing promise to U.
96 comments


Israeli says ex card info in re Saudi hack
1 comments

## Haaretz Headli


IDF official: Ira stepping up e Assad regime
5 comments


Gilad Shalit th Germany for a release
4 comments


Israel Police o into alleged ra Ethiopian imm
15 comments


Russia warns attack on Iran
23 comments


Protect Peace in the Middle East

Show your Support for Israel

INTERNATIONAL FELLO OF CHRISTIANS AND JE

He  Ru  Follow us:    Make a7 your Homepage    Hello Guest, Login|Register    Search    All

On Super Bowl Sunday — Help make Sderot the winning team!

Special Offer!
Penthouse in Jerusalem for only $12 a month!



| Main | News | Radio | More | Op-Eds | Judaism | Video | News Briefs |

Main  Defense/Security  Middle East  Inside Israel  Jewish World  Global Agenda  Israel: Sites and Sights

Free Daily Israel Report    Enter your email    Join



The RAV's Siddur can now be YOUR Siddur

KOREN MESORAT HARAV SIDDUR



YouReport Send us News & Updates

**Arutz 7 Most Read Stories**

Main > News > Defense/Security

# Top Terrorist Turns Himself In after Pardon Cancelled

Fatah terrorist Zakaria Zubeidi turns himself in after the IDF cancels his pardon.
By Gil Ronen & Elad Benari

First Publish: 12/20/2011, 8:42 PM / Last Update: 12/20/2011, 11:33 PM

Zakaria Zubeidi, the former Fatah leader in Jenin, turned himself to the Palestinian Authority on Thursday evening.

Earlier, Zubeidi told the *Ma'an* news agency that Israel had canceled his pardon and instructed him to hand himself in to the Palestinian Authority (PA).

Zubeidi, who headed the Al-Aqsa Brigades during the murderous terror war launched by the PLO in 2000, told the PA-based news agency he had stuck to all the conditions of the amnesty deal granted him by Israel three years ago.



Jenin
Israel news photo: Flash 90

However, he said, Israel informed PA security forces on Thursday that Zubeidi's pardon had been revoked, and that Israeli forces would detain him if he did not turn himself in.

Zubeidi was admired by an Israeli woman, Tali Fahima, **who crossed the lines to accompany him** when he was wanted by the IDF. Fahima, who served jail time for treasonous activities in the service of Fatah, has since been released and converted into Islam.

*Arutz Sheva* has asked the Prime Minister's Office to comment on the report.

Currencies
US Dollar 3.849 ▲
More>

Weather Forecast
More>

Halachic Times
A.shachar: 05:28
More>

Shabbat Times
16:16 17:35
More>

Support Arutz Sheva
More>

**Visiting Catholic Bishops Decide: "Gaza Is a Prison"**
Inside Israel 6:48 AM 1/11/2012

**UK Minister Calls For Divided Jerusalem**
Global Agenda 10:25 PM 1/10/2012

**Israeli Hackers Publish Saudi Credit Card Details**
Inside Israel 6:09 AM 1/11/2012

Tags: terrorist

**More on this topic**
- Saudi Hamas Man Sentenced to 30 Months in Prison
- Terrorist Nabbed in Attempted Attack in Samaria
- Freed Terrorist: I Want to Finish My University Degree
- Stabbing Attack Foiled in Gush Etzion Junction

Recommend | Tweet | 25 | 6

comment   Send To Friend   print

**Do You Have A Manuscript?**
Turn Your Good Book Into A Success. Request Your Free Publishing Guide.
www.iUniverse.com

**Have You Written A Book?**
We'll Find A Publisher For You in 3 Easy Steps. Start Now!
www.FindYourPublisher.com   AdChoices ▷


Gafni: The Military Spoils the Hareidim


IDF Spokesman: No Tears for Assassinated Iranian Scientist

IDF to Hareidim: No Need to Watch Female Singers

**How To Publish Your Book**
Download a Free Guide to Learn How to Publish Your Book Affordably.
www.FriesenPress.com/How-to-Publish

**Have You Written A Book?**
Get Your Manuscript Published Now. Request Your Free Publishing Guide.
www.iUniverse.com

**How To Publish A Book**
Get Your Childrens Publishing Guide Mailed To Your Doorstep At No Cost.
childrensbook-publishing.com/Guide

**Self Publish Your Book**
No Set Up Fees Or Minimum Order! Create & Print Your Own Book Online
www.Lulu.com
AdChoices ▷

**Check It Out**
▶ Vacation Rentals in Jerusalem
▶ We Pray For You
▶ Quit Smoking with E-Z
▶ Clary's Wigs
▶ Torahs, Tefillin & Mezuzot
▶ Sefer Torah Net

**Comments (5)**





**Have You Written A Book?** www.iUniverse.com
Get Your Manuscript Published Now. Request Your Free Publishing Guide.

**Learn How To Self-Publish** www.FriesenPress.com/How-t
Download a Free Guide to Learn How to Bring Your Book to Market.

**How To Publish A Book** childrensbook-publishing.com/Guid
Get Your Childrens Publishing Guide Mailed To Your Doorstep At No Cost.

**Self Publish Your Book** www.Lulu.com
No Set Up Fees Or Minimum Order! Create & Print Your Own Book Online

Post Comment    Open All comments

1. **Top Terrorist's Pardon Cancelled**
Richard Cartwright, Gravette, USA (29/12/011)

2. **the Idf must have good reason to revoke his freedom**
Ian, usa (29/12/011)

3. **Just why was he arrested, and not shot?**
Hebrew Handyman, Conway (30/12/011)

4. **We have some hungry alligators in Florida.**
Maxim, ISRAELOAMERICAN (30/12/011)

5. **Tali Fahima**
rick, NYC (2/1/012)





Home page, Contact, Staff, Advertise, Israel Tours, 7 ערוץ חדשות
© Arutz Sheva, All Rights Reserved

**Main**
Homepage
Op-Eds
Judaism
Forecast
Services
Caricature
Israel Pics

**News**
Send Us Breaking News
News Briefs

**More**
Blogs

**Radio**
Live
Recorded Shows
Jukebox

**Forums**
Main
Favorites
Personal Messages

**Sites Of Interest**
Judaica Mall - Jewish Gifts,
Jewish Gifts
Learn English - Watch Video,
Kippah - Yarmulkes,
Jewish Music Video
Yesha Businesses
Kotel Cam,
Israel Videos
Shlock Rock