USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

       Plaintiffs,

  - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

ORDER

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having a held a conference in this matter on January 19, 2012, and for the reasons stated orally on the record,

Plaintiffs' Motion to Strike Defendants' Letter Opposition (Doc. No. 178) is **DENIED**.

**SO ORDERED this 31st day of January 2012**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge