# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

January 30, 2012

**SO ORDERED**
The plaintiff is granted a final extension to file an opposition until February 6, 2012

*[signature]*
HON. GEORGE B. DANIELS

FEB 02 2012

**BY FAX**

Fax: (212) 805-6737
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Sokolow et al v. Palestine Liberation Organization et al*
Docket No.: 04-cv-00397-GBD -RLE

Dear Judge Daniels,

This firm represents the plaintiffs in the above-referenced matter. At the request of Robert Tolchin, Esq., who is out of the office at the moment, I am respectfully requesting a further enlargement of time to file opposition papers to the defendants' motion for partial judgment on the pleadings.

Unfortunately, it appears that Mr. Tolchin's previous request for an enlargement through today (original deadline was January 21) was unduly Pollyannaish, and more time is required to compete the plaintiffs' opposition papers. An additional one week enlargement through February 6 is respectfully requested.

As Mr. Tolchin previously advised the Court, the defendants' motion is nothing more than a motion for a partial judgment on the pleadings— the pleadings being an answer filed in April 2011 to complaint filed in 2004. Even if granted, the case will go on, since the defendants are only seeking dismissal of some of the plaintiffs' claims, not all. Thus, there will be no prejudice whatsoever to the defendants if the plaintiffs' time to respond to the motion is enlarged by another week.

THE BERKMAN LAW OFFICE, LLC

January 30, 2012
Page 2 of 2

Respectfully,

*Daniel Shimko*

Daniel Shimko
Associate Attorney

CC:
    Brian Hill, Esq., Miller & Chevalier, Chartered - (202) 628-0858