UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

                                 Civ. No. 04-397 (GBD) (RLE)

    v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

## NOTICE OF PLAINTIFFS' CROSS-MOTION IN THE ALTERNATIVE PURSUANT TO RULE 56(d)

**PLEASE TAKE NOTICE** that upon the attached memorandum, the exhibits thereto, the supporting declarations, and the papers and pleadings previously filed herein, the Plaintiffs will move this Court, before the Hon. George Daniels, U.S.D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, deferring consideration of Defendants' Motion for Partial Judgment on the Pleadings (DE 186) in order to allow Plaintiffs an opportunity to take discovery regarding the factual predicates underlying the lack of capacity claim contained in Defendants' aforementioned Motion, and granting such other and further relief as the Court may deem just and proper.

2

        Plaintiffs, by their Attorney,

        /s/ Robert J. Tolchin
        Robert J. Tolchin
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        Fax: (718) 504-4943
        rjt.berkman@gmail.com