# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

        v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

Civ. No. 04-397 (GBD) (RLE)

### NOTICE OF PLAINTIFFS' MOTION TO STRIKE; OR, ALTERNATIVELY, FOR PARTIAL JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon the attached memorandum, the exhibits thereto, and the papers and pleadings previously filed herein, the Plaintiffs will move this Court, before the Hon. George Daniels, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order: (i) pursuant to Rule 12(f) of the Federal Rules of Civil Procedure striking all of the affirmative defenses asserted in Defendants' Answer to the First Amended Complaint; or, alternatively (ii) for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure entering partial judgment on the pleadings dismissing all of the affirmative defenses asserted in Defendants' Answer to the First Amended Complaint; and (iii) granting such other and further relief as the Court may deem just and proper.

2

        Plaintiffs, by their Attorney,

        <u>/s/ Robert J. Tolchin</u>
        Robert J. Tolchin
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        Fax: (718) 504-4943
        rjt.berkman@gmail.com