**UNITED STATES DISTRICT COURT**
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

   Plaintiffs,

               Civ. No. 04-397 (GBD) (RLE)

 v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

   Defendants.

**NOTICE OF PLAINTIFFS' *EX PARTE* MOTION TO THE MAGISTRATE JUDGE TO ISSUE A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE**

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum and the exhibit thereto, the Declaration of Robert J. Tolchin and the exhibit thereto, and the papers and pleadings previously filed herein, Plaintiffs will move this Court *ex parte*, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for issuance of the "Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters" that is appended as Exhibit A to the accompanying Memorandum.

               Plaintiffs, by their Attorney,

               /s/ Robert J. Tolchin
               Robert J. Tolchin
               111 Livingston Street, Suite 1928
               Brooklyn, New York 11201
               (718) 855-3627
               Fax: (718) 504-4943
               rjt.berkman@gmail.com