# EXHIBIT 1



Hebrew | French | عر

sms فق



Palestine News & Info Agency



**Main Page**
**Today's News**
**Yesterday's News**
**Archive**
**Advanced Search**

### Prisoner's Club: Released Prisoner Summoned for the Second Time
Date : 28/11/2011   Time : 16:58



RAMALLAH, November 28, 2011 (WAFA) – Israeli police Monday summoned Sana' Shehadeh, a released prisoner in the recent swap deal, from Qalandia refugee camp near Jerusalem, for the second time in a month, according to a statement by the Palestinian Prisoner's Club (PPC).

Israeli forces raided Sana' Shehadeh's house in the camp and handed her sister a notice to appear before the Israeli police station in Neve Yaacov settlement, siad the press release.

It added that Shehadeh went to the police station and waited for two hours before she was asked detailed questions regarding her daily life and future activities.

She was previously summoned to appear before the detention center in the Russian compound in West Jerusalem on November 24, and was asked to sign a paper that prohibits her from traveling abroad under the pretext that she is a "threat to state security."

Shehadeh served ten years of her original sentence –– five life-sentences and 81 years –– before she was released during the first part of the prisoners' swap deal between Israel and Hamas, which released 1027 Palestinian prisoners for the release of Israeli soldiers Gilad Shalit.

R.Q./F.R.

Palestine News & Information Agency – WAFA. All Rights Reserved ©2011