# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

March 5, 2012

<u>VIA FAX 212-805-6737</u>

Hon. George B. Daniels
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: MAR 06 2012

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
Civ. No. 04-397 (GBD)

Dear Judge Daniels,

We represent plaintiffs in the matter above and we write, with the consent of defendants, to request a one-week enlargement of time, from March 5, 2012 until March 12, 2012, to file plaintiffs' reply in further support of their Cross-Motion for Relief Pursuant to Rule 56(d) (DE 199).

This request is prompted by the fact that, during the single work week since the filing of defendants' opposition papers on Friday, February 24, 2012, plaintiffs' undersigned counsel was in Washington, D.C. both for a trial and to attend a U.S. Supreme Court hearing in a case in which the undersigned is lead counsel, and upon returning to New York the undersigned also prepared for and attended oral argument before the Second Circuit.

As a result, the undersigned has been unable to complete the reply, and respectfully requests an enlargement of one week to do so. Brian A. Hill, Esq., defendants' counsel, has consented to this application.

Wherefore, the instant application should be granted.

THE BERKMAN LAW OFFICE, LLC

March 5, 2012
Page 2 of 2

Respectfully submitted,

S/ *Robert J. Tolchin*

Robert J. Tolchin

Counsel for Plaintiffs

Cc:  Brian A. Hill, Esq.