# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                          Fax: (718) 855-7990

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 19 2012

March 16, 2012

**VIA FAX 212-805-6737**

Hon. George B. Daniels
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 19 2012

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
Civ. No. 04-397 (GBD)

Dear Judge Daniels,

We represent plaintiffs in the matter above and we write, with the consent of defendants, to request a brief enlargement of time, from March 15 until March 19, 2012, to file plaintiffs' reply in further support of their Motion to Strike; or, Alternatively, for Partial Judgment on the Pleadings (DE 204).

This request is prompted by work and family commitments of plaintiffs' undersigned counsel in the period since the filing of defendants' opposition (including the undersigned's daughter's Bat Mitzvah celebrations). As a result, the undersigned has been unable to complete the reply by March 15, and respectfully requests an enlargement of 2 business days, until March 19, to do so. Brian A. Hill, Esq., defendants' counsel, has consented to this application.

Wherefore, the instant application should be granted.

Respectfully submitted,
S/ *Robert J. Tolchin*
Robert J. Tolchin
Counsel for Plaintiffs

Cc: Brian A. Hill, Esq.