UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

      Plaintiffs,

                                      Civ. No. 04-397 (GBD) (RLE)

  v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

      Defendants.

## NOTICE OF PLAINTIFFS' MOTION TO THE MAGISTRATE JUDGE FOR AN ENLARGEMENT OF TIME

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum, and the papers and pleadings previously filed herein, Plaintiffs will move this Court, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order enlarging until March 23, 2012, Plaintiffs' time to file a Reply in further support of Plaintiffs' *Ex Parte* Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance (DE 206-208), and granting any other relief the Court finds just, necessary or proper.

                                        Plaintiffs, by their Attorney,

                                        /s/ Robert J. Tolchin
                                        Robert J. Tolchin
                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        (718) 855-3627
                                        Fax: (718) 504-4943
                                        rjt.berkman@gmail.com