UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

                        Civ. No. 04-397 (GBD) (RLE)

   v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

**PLAINTIFFS' NOTICE OF WITHDRAWING THEIR *EX PARTE* MOTION TO THE MAGISTRATE JUDGE TO ISSUE A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE**

Plaintiffs hereby give notice that they withdraw without prejudice their *Ex Parte* Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance. DE 206.

                        Plaintiffs, by their Attorney,

                        /s/ Robert J. Tolchin
                        Robert J. Tolchin
                        111 Livingston Street, Suite 1928
                        Brooklyn, New York 11201
                        (718) 855-3627
                        Fax: (718) 504-4943
                        rjt.berkman@gmail.com