**UNITED STATES DISTRICT COURT**
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

      Plaintiffs,

            Civ. No. 04-397 (GBD) (RLE)

  v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

      Defendants.

**NOTICE OF PLAINTIFFS' *EX PARTE* MOTION TO THE MAGISTRATE JUDGE TO ISSUE A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE FOR THE DEPOSITION OF MUNZAR NOOR**

**PLEASE TAKE NOTICE** that upon the attached Memorandum, and the papers and pleadings previously filed herein, Plaintiffs will move this Court *ex parte*, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for issuance of the "Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters" that is appended as Exhibit A to the accompanying Memorandum.

                                              Plaintiffs, by their Attorney,

                                              /s/ Robert J. Tolchin
                                              Robert J. Tolchin
                                              111 Livingston Street, Suite 1928
                                              Brooklyn, New York 11201
                                              (718) 855-3627
                                              Fax: (718) 504-4943
                                              rjt.berkman@gmail.com