## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK


MARK SOKOLOW, et al.,

              Plaintiffs,

                                        Civ. No. 04-397 (GBD) (RLE)

       v.


THE PALESTINE LIBERATION ORGANIZATION, et al.,

              Defendants.

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION TO THE MAGISTRATE JUDGE TO ISSUE A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE FOR THE DEPOSITIONS OF ABDEL RAHMAN MAKDAD, AHMED SALAH, AHMED SA'AD, HALMI HAMASH AND ALI ABU HALAIL

#### Introduction

Plaintiffs respectfully submit this Memorandum in support of their *Ex Parte* Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance, which seeks the depositions of Abdel Rahman Makdad, Ahmed Salah, Ahmed Sa'ad, Halmi Hamash and Ali Abu Halail, who were convicted by an Israeli court for their role in planning and carrying out the January 29, 2004, suicide bus bombing in which decedent Stuart Scott Goldberg was murdered, and are currently serving life sentences or multiple life sentences in Israeli prisons.

Because "a party lacks standing" to oppose discovery from "someone who is not a party to the action," *Saperstein v. PA*, 2010 WL 1371384 at \*3 (E.D.N.Y. 2010), the plaintiffs are filing this application as an *ex parte* motion, and respectfully request that the Court issue the Letter of Request attached hereto as Exhibit A, for the reasons set forth below, forthwith.

#### Relevant Background and Argument

This is a civil action pursuant to the Antiterrorism Act ("ATA"), 18 U.S.C. § 2333, and pendent causes of action, brought by U.S. citizens, and the guardians, family members and the

personal representatives of the estates of U.S. citizens, who were killed and injured in seven terrorist attacks carried out by defendants Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO") between January 8, 2001 and January 29, 2004, in or near Jerusalem.

One of those attacks was January 29, 2004 suicide bombing on the #19 bus in Jerusalem, in which decedent Stuart Scott Goldberg, who was the husband of plaintiff Karen Goldberg and the father of the seven other Goldberg plaintiffs, was murdered.

The suicide bomber was Ali Yusuf Ja'ara, a police officer employed by defendant PA. The bombing was planned and organized by Abdel Rahman Makdad, Ahmed Salah, Ahmed Sa'ad, Halmi Hamash and Ali Abu Halail, some of whom were also PA security/police officers. All five men were convicted by an Israeli court for their roles in the attack and were sentenced to, and are now serving, life or multiple life sentences in Israeli prisons.

The plaintiffs are naturally desirous of deposing Makdad, Salah, Sa'ad, Hamash and Halail to obtain testimony confirming their involvement in, the PA's liability for, this bombing.

Because Makdad, Salah, Sa'ad, Hamash and Halail are imprisoned in Israel they are not subject to the direct process of this Court. However, the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of March 18, 1970 ("Hague Convention") provides for the taking of depositions abroad by means of "letters of request." Thus, the Court can request that Israel produce Makdad, Salah, Sa'ad, Hamash and Halail to be deposed by counsel for the parties. In related actions brought in recent years against the PLO and the PA under the Antiterrorism Act, the federal courts have issued numerous such requests under the Hague Convention for depositions of the terrorists convicted of the underlying attacks, and Israeli authorities have granted all such requests. Indeed, on December 20, 2011, this Court issued a letter of request for the deposition of prisoner Abdullah Barghouti, and within just one

month – on January 21, 2012 – the Israeli government approved the request and sent it to Judge

Anna Schneider of the Jerusalem Magistrates Court for execution.

A proposed Letter of Request, which follows the format previously issued by the Court in

respect to Barghouti, is attached hereto as Exhibit A.

**WHEREFORE**, the instant motion should be granted, and the Letter of Request attached

hereto as Exhibit A should be endorsed and issued by the Court forthwith.

Plaintiffs, by their Attorney,

/s/ Robert J. Tolchin
Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail.com