# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                          Fax: (718) 855-4696

May 7, 2012

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court for
    the Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-12

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
    04-CV-397 (GBD) (RLE)

Dear Magistrate Judge Ellis,

    I wish to thank the Court for adjourning tomorrow's conference in the *Sokolow* case, at my request. Per Your Honor's law clerk's instruction, this letter is respectfully submitted to document the request, and the reasons therefor.

    The application to reschedule the conference was made, with the defendants' consent, in order to enable me to attend a meeting at my daughter's school with the principal, her teachers, and the Pupil Services department, to address some problems she's been having. That meeting was just set up today, and all the necessary participants would not be available again for several weeks, which was problematic since we're already so close to the end of the school year. Once again, thank you for accommodating this personal issue.

    We understand that the court will set a new date for the conference. Because all counsel will be in Israel for a deposition on June 12, and given the travel times and time differences, the week of June 11 is not good for either side. Also, defense counsel Mr. Hill will be on vacation from June 18 – 22.

*[Handwritten: Conference adjourned to June 5, 2012 at 10:00 AM]*

**SO ORDERED**
*[Signature]* 5-7-12
MAGISTRATE JUDGE RONALD L. ELLIS

Respectfully yours,

*[Signature]*
Robert J. Tolchin

cc:    Brian Hill, Esq.