USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                              Plaintiffs,

            - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                              Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court previously adjourned a status conference scheduled for May 8, 2012, to a later date, June 5, 2012. (Doc. No. 240.) The Parties having informed the Court of scheduling conflicts on June 5, 2012,

**IT IS HEREBY ORDERED** that the Parties shall appear for a conference before the undersigned on **June 28, 2012**, at **10:00 a.m.**

**SO ORDERED this 14th day of May 2012**
New York, New York

                                                        _____
                                                        The Honorable Ronald L. Ellis
                                                       United States Magistrate Judge