UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK I. SOKOLOW et al.,

                        Plaintiffs,

      -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                        Defendants.

------------------------------------ x

ORDER

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

      A conference is scheduled in this matter for July 11, 2012 at 10 a.m. Oral argument on the parties' pending motions will be heard at that time.

Dated: June 18, 2012
      New York, New York

                                          SO ORDERED:

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge