# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627    Fax: (718) 855-4548

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 25 2012

June 24, 2012

**BY FAX**
Hon. George B. Daniels
United States District Judge
United States District Court for
    the Southern District of New York
500 Pearl Street
New York, New York 10007
    Fax:    212-805-6737

**SO ORDERED**
The oral argument is scheduled
for August 1, 2012 at 11:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Sokolow et al. v. Palestine Liberation Organization et al.,*
    04-CV-397 (GBD) (rle)

Dear Judge Daniels,

      We represent Plaintiffs in the above-referenced matter. We write to respectfully request that the conference and oral argument presently scheduled for July 11, 2012 be rescheduled to August 1, 2012 due to a conflict.

      Defense counsel consents to this change.

Respectfully submitted,

*Robert J. Tolchin*

Robert J. Tolchin

Cc: Mark Rochon, Esq.