# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

July 27, 2012

**BY FAX**

Hon. George B. Daniels
United States District Judge
United States District Court for
    the Southern District of New York
500 Pearl Street
New York, New York 10007
    Fax:   212-805-6737

**SO ORDERED**
The conference is adjourned to August 9, 2012 at 11:00a.m.
*/s/ George B. Daniels*

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
    04-CV-397 (GBD) (rle)

Dear Judge Daniels,

    We represent Plaintiffs in the above-referenced matter. We write to respectfully request that the conference and oral argument on the defendant's motion for partial judgment on the pleadings presently scheduled for August 1, 2012 be adjourned.

    Next week we have scheduled in this case eleven plaintiff's depositions, eleven Rule 35 mental exams, and three physical exams. In addition, there is another case involving the same defendant, *Shatsky v. Syrian Arab Rep., et al.* D.C. Dist. Dkt. 02-cv-2280, in which there is a possibility (not in my control) that a deposition will proceed next week in Israel, which would require me to travel to Israel.

    In light of the above, it is respectfully requested that the Court reschedule the conference and oral argument to a later date.

    I have attempted to obtain consent from defense counsel, but he has not yet responded to my email. Since time is short, I am submitting this request before receiving his response.

THE BERKMAN LAW OFFICE, LLC

July 27, 2012
Page 2 of 2

Respectfully submitted,

*[signature]*

Robert J. Tolchin

Cc: Brian Hill, Esq.