IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>  Plaintiffs, <br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>  Defendants. | Civil Action No. 04cv397 (GBD) (RLE) <br> ECF CASE <br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn E. Murphy-Johnson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 27, 2012

Respectfully Submitted,

_____
Applicant:      Dawn E. Murphy-Johnson
Firm Name:   Miller & Chevalier, Chartered
Address:        655 15th Street, NW, Suite 900
City/State/Zip: Washington, D.C. 20005
Telephone:    (202) 626-5800
Fax:               (202) 626-5801
Email:            dmurphyjohnson@milchev.com

1261931.1

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## DAWN ELISE MURPHY-JOHNSON

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 2005.

I further certify that so far as the records of this office are concerned, DAWN ELISE MURPHY-JOHNSON is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 24th day of July
A.D. 2012

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

        DAWN   ELISE   MURPHY-JOHNSON

was on the __6TH__ day of ____MARCH, 2006____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  Civil Action No. 04cv397 (GBD) (RLE)<br>)  ECF CASE |
| v. | )<br>) |
| THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*, | )  **ORDER FOR ADMISSION**<br>)  **PRO HAC VICE**<br>) |
| Defendants. | )<br>) |

The motion of Dawn E. Murphy-Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Dawn E. Murphy-Johnson |
| Firm Name: | Miller & Chevalier Chartered |
| Address: | 655 15th Street, NW, Suite 900 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 626-5800 |
| Fax: | (202) 626-5801 |
| Email Address: | dmurphyjohnson@milchev.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

1

1261933.1

2

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____

                                                  United States District/Magistrate Judge

1261933.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 27th day of July 2012, a true and genuine copy of the foregoing was served by first-class United States mail upon the following:

Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
111 Livingston Street – Suite 1928
Brooklyn, NY 11201
(718) 855-3627
(718) 855-4696
rjt@tolchinlaw.com

*Attorneys for Plaintiffs*

Mark J. Rochon
Richard A. Hibey
Laura G. Ferguson
Brian A. Hill
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
mrochon@milchev.com

*Counsel for Defendants the Palestinian Authority
and the Palestine Liberation Organization*

Dawn E. Murphy-Johnson

1261931.1