# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04cv397 (GBD) (RLE) |
| ) | ECF CASE |
| v. ) | |
| ) | |
| THE PALESTINE LIBERATION ) | **ORDER FOR ADMISSION** |
| ORGANIZATION, et al., ) | **PRO HAC VICE** |
| ) | |
| Defendants. ) | |

The motion of Dawn E. Murphy-Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Dawn E. Murphy-Johnson |
| Firm Name: | Miller & Chevalier Chartered |
| Address: | 655 15th Street, NW, Suite 900 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 626-5800 |
| Fax: | (202) 626-5801 |
| Email Address: | dmurphyjohnson@milchev.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

1

1261933.1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: AUG 1 2012

_____
George B. Daniels
United States District/Magistrate Judge

1261933.1