# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627　　　　　　　　　　　　　　　　　　　　　　　　Fax: (718) 855-4696

RECEIVED AUG 1 2012

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-12

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*,
    04-CV-397 (GBD) (RLE)

Dear Magistrate Judge Ellis,

　　We represent Plaintiffs in the above-referenced matter. We write to respectfully request a one week extension of time to respond to the defendants' March 9, 2012 interrogatories and document demands.

　　At the recent conference on June 28 the Plaintiffs withdrew their previously-asserted objections and undertook to respond to these within 30 days, and the Court so directed. Unfortunately, the Plaintiffs find that an additional week is needed. Plaintiffs' co-counsel in Israel are compiling the substantive responses, and have informed me that they require this additional time. Plaintiffs acknowledge that at the June 28 conference Your Honor indicated that requests for lengthy extensions would not be well received; however Plaintiffs respectfully submit that the additional one week now requested is *de minimis*, not lengthy. Defense counsel objects.

　　In the meanwhile, we wish to apprise the Court that eleven plaintiff's depositions, eleven Rule 35 mental exams, and three physical exams, are scheduled to be held in the next week.

Additional one week,
as requested, GRANTED.
SO ORDERED
*[signed]* 8-7-12
MAGISTRATE JUDGE RONALD L. ELLIS

Respectfully yours,

*[signed]*
Robert J. Tolchin