AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MARK I. SOKOLOW, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   04 Civ. 397 (GBD)(RLE) |
| PALESTINE LIBERATION ORGANIZATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date:   08/07/2012

*Attorney's signature*

David I. Schoen (DS-0860)
*Printed name and bar number*

2800 Zelda Road
Suite 100-6
Montgomery, Alabama  36106
*Address*

DSchoen593@aol.com
*E-mail address*

(334) 395-6611
*Telephone number*

(917) 591-7952
*FAX number*