UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK I. SOKOLOW et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

               Defendants.

------------------------------------ x

<u>ORDER</u>
04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record at oral argument on August 9, 2012;

Defendants' Motion for Partial Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), or in the Alternative, for this Court to Decline to Exercise Supplemental Jurisdiction over the non-federal claims pursuant to 28 U.S.C. § 1367 (c) [Docket No. 186] is DENIED;

Plaintiffs' Cross Motion pursuant to Fed. R. Civ. P. 56 (d) for this Court to Defer Consideration of Defendants' 12(c) Motion in order to Permit Plaintiffs to take Discovery [Docket No. 199], is DENIED as moot. Plaintiffs' Motion to Strike, or Alternatively, for Partial Judgment on the Pleadings dismissing Defendants' Affirmative Defenses [Docket No. 204] is DENIED.

Dated: August 9, 2012
      New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge