# David I. Schoen
Attorney at Law

| | |
|---|---|
| Admitted in | 2800 Zelda Road |
| Alabama | Suite 100-6 |
| Maryland | Montgomery, AL 36106 |
| New York | |
| District of Columbia | Telephone |
| | 334.395.6611 |
| | Facsimile |
| | 917.591.7586 |
| | Email |
| | david@schoenlawfirm.com |

August 23, 2012

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007          *    Via Federal Express: 861192094056     *

Re: *Sokolow et al. v. Palestine Liberation Organization, et al.*, 04-CV-39~~0~~ **3917** (GBD) (RLE)

Dear Judge Ellis:

  I represent the Plaintiffs in the above-referenced case. I have only recently entered the case. I filed my appearance on August 7, 2012 [DE 250] and I appeared before Judge Daniels at a hearing he conducted on some motions in the case on August 9, 2012. I look forward to appearing before Your Honor and Judge Daniels in all future proceedings in the case. I am writing to Your Honor pursuant to Sections I A. and E. of Your Honor's Individual Practices.

  It came to my attention today that a status conference has been set in this case for Thursday, September 6, 2012. I am writing to Your Honor because I have to be out of the country for work from August 29 to September 10 and therefore would not be able to attend on September 6th. I respectfully request that this conference be adjourned for a brief period of time as described below. I am not aware of any previous requests to adjourn this conference.

  Upon learning about the September 6th setting, I immediately contacted opposing counsel and advised them that I would not be available. I asked their position on seeking Your Honor's leave for an adjournment and let them know that I would be available the following week, as early as September 10 or 11. Opposing counsel graciously responded right away, advising that they consent to the requested adjournment, but that, rather than the alternative dates I had proposed, the best dates for defense counsel would be September 20, 21, 26, 27, or 28. Of those dates, the best date for me would be Thursday, September 20. I could be available on Friday the 21st or 28th; but my Sabbath observance and the long distance home make Fridays a bit more complicated.. Naturally, Your Honor's schedule must control first and foremost.

  With this letter, I am respectfully requesting an adjournment of the September 6, 2012 conference until Thursday September 20, a date mutually convenient for the parties. If Your





Honorable Ronald L. Ellis
August 23, 2012
Page 2


Honor's schedule does not permit moving it to September 20, I would respectfully ask for either September 21 or 28.

I thank Your Honor in advance for the Court's consideration of this request and I apologize for any inconvenience caused by the request. I look forward to appearing before Your Honor at the conference.

Respectfully,

David I. Schoen
Counsel for the Plaintiffs

cc: Brian A. Hill, Esq. (Via overnight mail and e-mail)

The conference scheduled for Sept. 6, 2012, is adjourned. A conference shall be held on October 4, 2012, at 10:00 a.m.


**SO ORDERED**

Ronald Ellis    8-30-12

MAGISTRATE JUDGE RONALD L. ELLIS