# MILLER KORZENIK SOMMERS LLP

488 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

VIA FAX
October 1, 2012

OCT 03 2012

**SO ORDERED**

Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 630
New York, NY 10007

The oral argument is scheduled for
October 31, 2012 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: Sokolow v. PLO et. al, 04-CV-00397 (GBD)(RLE)

Dear Judge Daniels:

We represent the British Broadcasting Corporation (the "BBC"), subpoenaed by Plaintiffs in the above captioned action. We have filed today the BBC's Objections to the Memorandum Opinion & Order of Magistrate Judge Ellis filed September 6, 2012 (Dkt #255) insofar as the BBC's Motion to Quash that Subpoena was denied and Plaintiffs' cross Motion to Compel was partially granted.

We respectfully request oral argument on the BBC's Objections.

Respectfully submitted,

*Louise Sommers*
Louise Sommers

cc:   VIA FAX:
      Robert J. Tolchin, Esq.
      David I. Schoen, Esq.
      Brian Hill, Esq.