# MILLER KORZENIK SOMMERS LLP

488 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

**VIA FAX**
October 4, 2012

OCT 05 2012

Honorable George B. Daniels
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Room 630
New York, NY 10007

**SO ORDERED**

The argument is adjourned to
November 1, 2012 at 11:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>Sokolow v. PLO et. al, 04-CV-00397 (GBD)(RLE)</u>

Dear Judge Daniels:

We represent the non-party British Broadcasting Corporation (the "BBC"), which was subpoenaed by Plaintiffs in the above captioned action. We write to respectfully request that the oral arguments on our Objections to Magistrate Judge Ellis' Memorandum Opinion & Order filed September 6, 2012 (Dkt. No 255), presently scheduled for October 31, 2012, be adjourned to November 1, 2012. See Endorsed Letter of the BBC, signed on October 3, 2012 (Dkt No. 259).

Counsel for the BBC has made this request because we have a previously scheduled conference in an unrelated state court matter on October 31. Your chambers indicated that November 1 was an available alternate date, which is acceptable to all parties.

David Schoen, counsel for Plaintiffs, has asked us to notify Your Honor that as a result of this proposed adjournment, Magistrate Judge Ellis has set a tentative status conference for the parties on unrelated discovery for 10 a.m. on November 1, at Plaintiffs' request. We are not opposed to an afternoon appearance on November 1 to accommodate this separate conference, if that is convenient for the Court.

In light of the above, the BBC respectfully requests that the Court grant the BBC's request for an adjournment of our oral arguments on Objections from October 31, 2012 to November 1, 2012.

Respectfully submitted,

Louise Sommers

cc: VIA FAX AND E-MAIL:
Robert J. Tolchin, Esq.
David I. Schoen, Esq.
Brian Hill, Esq.