Date: 2 Av 5766
27 July 2006

Case No. 2270/04

## MILITARY COURT OF JUDEA

**Before the Hon. Presiding Judge: Major Ronen Atsmon**
**Judge: Major Adrian Agassi**
**Judge: Major Menahem Lieberman**

**The Military Prosecution**

Vs.

**The Accused: Ahmed Salah Ahmed Salah, ID No. 901739656/Israel Prison Service** [SHABAS] – Present
(by his attorney, advocate Ossama Uda – present)

**Registrar:** Corporal Liat Weg
**Interpreter:** Corporal Majed Katish

---

**The Presiding Judge opens the hearing and identifies the Accused.**

### JUDGMENT

Based on the Accused's confession to the facts detailed in the Indictment, we have examined the counts of the Indictment and are satisfied that his confession to the facts is sufficient for establishing the guilt of the Accused on all counts of the Indictment.
We note that we have found no basis whatsoever for legal defense in the defense attorney's bare argument that the Accused committed the acts thinking that he was thereby resisting the "activities perpetrated by the Occupation," and is therefore not pleading guilty.

Therefore, we affirm that there is no restriction applicable to the Accused's criminal liability for the acts to which he has confessed.
We therefore convict the Accused of all of the offenses listed in the Indictment, namely:

(a) Shooting directed at a human being, pursuant to Regulation 58 (a) of the Defense Regulations.
(b) 3 counts of intentionally attempting to cause death, pursuant to section 51 of the Order Concerning Security Instructions (Judea and Samaria) (No. 378),1970 and pursuant to section 19, 20 of the Order Concerning Rules of Liability for an Offense (Judea and Samaria) (225), 1968.
(c) 19 counts of intentionally causing death, offense pursuant to section 51 of the Order Concerning Security Instructions (Judea and Samaria) (No. 378),1970.
(d) Membership and active participation in an unauthorized association, offense pursuant to section 85(1)(a) of the Defense (Emergency) Regulations, 1945.
(e) Manufacture of a bomb, pursuant to section 53(a)(3) of the Order Concerning Security Instructions.

**Issued and announced this 27th day of July, 2006, in public and in the presence of the parties.**

....................                ........................                .....................
**Judge**                           **Presiding Judge**                     **Judge**

Date: 2 Av 5766
27 July 2006

Case No. 2270/04

# MILITARY COURT OF JUDEA

**Before the Hon. Presiding Judge: Major Ronen Atsmon**
**Judge: Major Adrian Agassi**
**Judge: Major Menahem Lieberman**

**The Military Prosecution**

Vs.

**The Accused: Ahmed Salah Ahmed Salah, ID No. 901739656/Israel Prison Service [SHABAS] – Present** (by his attorney, advocate Ossama Uda – present)

## SENTENCE

Having considered the parties' arguments and the last utterances of the Accused, given the acts he has committed, we have decided to impose on him the following punishments:

1). Due to intentionally causing the death of **Mr. Abraham Belahsan z"l** – life sentence.
2) Due to intentionally causing the death of **Mrs. Hannah Bonder z"l** – life sentence.
3) Due to intentionally causing the death of **Ms. Anat Darom z"l** – life sentence.
4) Due to intentionally causing the death of **Mr. Yehezkel Goldberg z"l** – life sentence.
5) Due to intentionally causing the death of **Mr. Vladi Tsadik Manevra z"l** – life sentence.
6) Due to intentionally causing the death of **Mr. Viorel Octavia Florescu z"l** – life sentence.
7) Due to intentionally causing the death of **Ms. Rosa Boneh z"l** – life sentence.
8) Due to intentionally causing the death of **Ms. Dana Itah z"l** – life sentence.
9) Due to intentionally causing the death of **Mr. Roman Hundiashvili z"l** – life sentence.
10) Due to intentionally causing the death of **Mr. Eli Tsipora z"l** – life sentence.
11) Due to intentionally causing the death of **Ms. Natalia Gemril z"l** – life sentence.
12) Due to intentionally causing the death of **Ms. Yaffa Ben-Shimol z"l** – life sentence.
13) Due to intentionally causing the death of **Mr. Yuval Uzana z"l** – life sentence.
14) Due to intentionally causing the death of **Mr. Rahamim Duga z"l** – life sentence.
15) Due to intentionally causing the death of **Mr. Yehuda Haim z"l** – life sentence.
16) Due to intentionally causing the death of **Mr. Ilan Avisadris z"l** – life sentence.
17) Due to intentionally causing the death of **Mr. Bnaya Yonathan Zuckerman z"l** – life sentence.
18) Due to intentionally causing the death of **Mr. Azoulai Lior z"l** – life sentence.
19) Due to intentionally causing the death of **Mr. Nethanel Havshus z"l** – life sentence.
20) Due to the injury of dozens of people in the attack perpetrated on 29 January 2004 – life sentence.
21) Due to the injury of dozens of people in the attack perpetrated on 22 February 2004 – life sentence.
22) Due to the rest of the Indictment counts for which the Accused is convicted – 10 years [imprisonment].

All punishments are to be served cumulatively.

The reasons for the Sentence will be presented separately.

**Appeals may be filed within 30 days from presentation of the reasons.**

**Issued and announced this 27th day of July, 2006, in public and in the presence of the parties.**

..................   ..........................   ....................
**JUDGE**            **PRESIDING JUDGE**           **JUDGE**

Case 1:04-cv-00397-GBD-RLE  Document 635  Filed 10/24/12  Page 3 of 5

| | |
|---|---|
| תיק מס׳: 2270/04 | תאריך: ב׳ אב, תשס״ו<br>27 יולי 2006 |

בית המשפט הצבאי יהודה

בפני כב׳ האב״ד: רס״ן רונן עצמון
השופט: רס״ן אדריאן אגסי
השופט: רס״ן מנחם ליברמן

התביעה הצבאית

נגד

הנאשם: אחמד צלאח אחמד צלאח ת.ז 901739656 /שב״ס - נוכח
(באמצעות ב״כ עו״ד אוסאמה עודה- נוכח)

רשמת: רב״ט ליאת וויג
מתורגמן: רב״ט מג׳ד קטיש

אב״ד פותח את הישיבה ומזהה את הנאשם.

## הכרעת - דין

על יסוד הודאתו של הנאשם בעובדות כתב האישום, בחנו את פרטי האישום ושוכנענו כי די בהודאה בעובדות כדי לבסס את אשמתו של הנאשם בכל פרטי האישום.

נציין, כי בטענתו הסתמית של הסנגור, כי הנאשם עשה את המעשים מתוך מחשבה שבכך הוא מתנגד ל״פעולות הכיבוש״ ועל כן אין הוא מודה באשמתו, לא מצאנו בסיס להגנה משפטית כלשהי.

לפיכך, אנו קובעים כי לא קיים סייג לאחריות הפלילית של הנאשם למעשים שבהם הודה.

אנו מרשיעים, אפוא, את הנאשם בכל העבירות המופיעות בכתב האישום, דהיינו:

א. ירי לעבר אדם, לפי תקנה 58(א) לתקנות ההגנה.
ב. 3 פרטים של ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות ביטחון (יהודה ושומרון) (מסי 378), התשי״ל 1970 ולפי סעיף 19,20 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ״ח 1968.
ג. 19 פרטים של גרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראו ביטחון (יהודה ושומרון) (מסי 378), התשי״ל- 1970.
ד. חברות ופעילות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לפי תקנות ההגנה, (שעת חירום) 1945.
ה. ייצור פצצה, לפי סעיף 53(א)(3) לצו בדבר הוראות בטחון.

ניתן והודע היום, 27/07/06, בפומבי ובמעמד הצדדים.

| _____ | _____ | _____ |
|---|---|---|
| שופט | אב״ד | שופט |

-1-

| | |
|---|---|
| תיק מס' : 2270/04 | תאריך : ב' אב, תשס"ו<br>27 יולי 2006 |

## בית המשפט הצבאי יהודה

בפני כב' האב"ד: רס"ן רונן עצמון
השופט: רס"ן אדריאן אגסי
השופט: רס"ן מנחם ליברמן

התביעה הצבאית

נגד

הנאשם: אחמד צלאח אחמד צלאח ת.ז 901739656 /שב"ס - נוכח
(באמצעות ב"כ עו"ד אוסאמה עודה- נוכח)

### ג ז ר - ד י ן

לאחר ששקלנו את טענות הצדדים ואת דבריו האחרונים של הנאשם על רקע מעשיו, החלטנו להטיל עליו את העונשים הבאים:

א. בגין גרימת מותו בכוונה של **מר אברהם בלחסן ז"ל** - מאסר עולם.
ב. בגין גרימת מותו בכוונה של **גב' חנה בונדר ז"ל** - מאסר עולם.
ג. בגין גרימת מותו בכוונה של **גב' ענת דרום ז"ל** - מאסר עולם.
ד. בגין גרימת מותו בכוונה של **מר יחזקאל גולדברג ז"ל** - מאסר עולם.
ה. בגין גרימת מותו בכוונה של **מר ולדי צדיק מנברה ז"ל** - מאסר עולם.
ו. בגין גרימת מותו בכוונה של **מר ויורל אוקטביא פלורסקו ז"ל** - מאסר עולם.
ז. בגין גרימת מותו בכוונה של **גב' רוזה בונה ז"ל** - מאסר עולם.
ח. בגין גרימת מותו בכוונה של **גב' דנה איטח ז"ל** - מאסר עולם.
ט. בגין גרימת מותו בכוונה של **מר רומן חונדיאשווילי ז"ל**- מאסר עולם.
י. בגין גרימת מותו בכוונה של **מר אלי צפורה ז"ל** - מאסר עולם.
יא. בגין גרימת מותו בכוונה של **גב' נטליה גמריל ז"ל** - מאסר עולם.
יב. בגין גרימת מותו בכוונה של **גב' יפה בן שימול ז"ל** - מאסר עולם.
יג. בגין גרימת מותו בכוונה של **מר יובל אוזנה ז"ל** - מאסר עולם.
יד. בגין גרימת מותו בכוונה של **מר רחמים דוגה ז"ל** - מאסר עולם.
טו. בגין גרימת מותו בכוונה של **מר יהודה חיים ז"ל** - מאסר עולם.
טז. בגין גרימת מותו בכוונה של **מר אילן אביסדריס ז"ל**- מאסר עולם.
יז. בגין גרימת מותו בכוונה של **מר בניה יונתן צוקרמן ז"ל** - מאסר עולם.
יח. בגין גרימת מותו בכוונה של **מר אזולאי ליאור ז"ל** - מאסר עולם.
יט. בגין גרימת מותו בכוונה של **מר נתנאל חבשוש ז"ל** - מאסר עולם.
כ. בגין פציעתם של עשרות אנשים בפיגוע מיום 29/01/04- מאסר עולם.
כא. בגין פציעתם של עשרות אנשים בפיגוע מיום 22/02/04- מאסר עולם.
כב. בגין יתר פרטי האישום בהם הורשע הנאשם- 10 שנים.

כל העונשים ירוצו במצטבר.

נימוקי גזר הדין יינתנו בנפרד.

**זכות ערעור תוך 30 יום מיום מתן הנימוקים.**

ניתן והודע היום, 27/07/06, בפומבי ובמעמד הצדדים.

_____    _____    _____
שופט                אב"ד                שופט