UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW et al.,

                    Plaintiffs,

        -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                    Defendants.

------------------------------------- x

ORDER
04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

Oral argument on the British Broadcasting Company's objection to Magistrate Judge Ellis's September 6, 2012 Memorandum Opinion and Order Denying its Motion to Quash Subpoena and Partially Granting Plaintiff's Cross Motion to Compel is scheduled for November 19, 2012 at 2:30 p.m.

Dated: November 5, 2012
       New York, New York

                                      SO ORDERED:

                                      *[signature: George B. Daniels]*
                                      GEORGE B. DANIELS
                                      United States District Judge