UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK I. SOKOLOW, *et. al.*

               Plaintiffs,        Docket No: 04 cv 397

   -v-

                             **NOTICE OF APPEARANCE**

THE PALESTINE LIBERATION ORGANIZATION,
*et. al.*,

               Defendants,
-------------------------------------------------------------------X

C O U N S E L:

      PLEASE TAKE NOTICE that Aaron N. Solomon, Esq., associated with THE BERKMAN LAW OFFICE, LLC, appears for the Plaintiffs in the above-entitled proceeding.

Dated:   November 12, 2012

                                              Respectfully submitted,

                                              THE BERKMAN LAW OFFICE, LLC
                                              *Attorneys for the Plaintiff(s)*

                                              by: _____/s/_____
                                                  Aaron N. Solomon

                                              111 Livingston Street, Suite 1928
                                              Brooklyn, New York 11201
                                              718-855-3627