UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

Plaintiffs,

Civ. No. 04-397 (GBD) (RLE)

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

Defendants.

## PLAINTIFFS' MOTION TO THE MAGISTRATE JUDGE EXPAND THE DISCOVERY SCHEDULE AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that upon the attached memorandum and the exhibits thereto, the Plaintiffs hereby move this Court, before the Hon. Magistrate Ronald L. Ellis, U.S.D.M.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 16(b)(4):

(i) expanding the fact discovery schedule until such date as it is determined that Defendants have indeed cooperated fully in the discovery process;

(ii) providing for court intervention and assistance in the discovery process and, if the Court deems it helpful, appointing a special master to oversee discovery and participate in the setting of a new fact discovery deadline, pursuant to Federal Rule 53;

(iii) expanding the expert discovery schedule to a corresponding extension date; and

(iv) granting any further relief as the Court may deem just and proper.  Plaintiffs reserve the right to seek sanctions in this matter.

On June 3, 2011, Judge Daniels referred all pretrial matters to Magistrate Ellis, including scheduling, (DE #124); and on June 27, 2011, Magistrate Ellis issued the scheduling order in this matter. (DE #131). Therefore, Plaintiffs file this motion to expand said scheduling order to Magistrate Judge Ellis based on the issues set forth in detail in the attached (a) memorandum in support of this motion and (b) declaration of Robert Tolchin, each of which is incorporated herein by reference. This is the first time Plaintiffs are seeking an expansion.

November 19, 2012

Plaintiffs, by their Attorneys,


/s/ Robert J. Tolchin

Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
334-395-6611
Fax: 917-591-7586
DSchoen593@aol.com