

Copyright 2002 Fox News Network, LLC
Fox News Network

**SHOW:** FOX NEWS SUNDAY (09:30)

March 24, 2002 Sunday

Transcript # 032403cb.250

**SECTION:** News; International

**LENGTH:** 3988 words

**HEADLINE:** Interview with Saeb Erakat; Political Roundtable

**GUESTS:** Saeb Erakat

**BYLINE:** Tony Snow, Paul Gigot, Juan Williams; Mara Liasson

**BODY:**

SNOW: President Bush indicated repeatedly this week that he thinks Yasser Arafat has the authority to tamp down on terrorist violence in the Middle East, and that the administration will greet the Palestinian leader if and when such mayhem ceases.

Joining us with the Palestinian view of the peace process is the chief Palestinian political negotiator, Saeb Erekat. He joins us from Ramallah.

Mr. Erekat, first, we are hearing that the vice president now will not be meeting this week with Yasser Arafat. Is that your understanding?

SAEB EREKAT, CHIEF PALESTINIAN NEGOTIATOR: Well, about five days ago, General Anthony Zinni came to see President Arafat. We were there, and he expressed to him the possibility of a meeting between him and Vice President Cheney to be worked out, and ever since then we have no contact. And I think the meeting will take place if both sides agree on the venue and the time.

SNOW: Well, the United States has said one of the preconditions would be a cessation of violence. They also want a formal cease-fire. Is Chairman Arafat ready to agree to a formal cease-fire?

EREKAT: Well, I believe, had Vice President Cheney looked one kilometer to his east when he was standing next to Prime Minister Sharon in West Jerusalem, he would have seen the stark reality

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

of 3.3 million Palestinians living in cages, living in total siege and closure, swimming in their blood almost on a daily basis.

And as a matter of fact, in the last 24 hours, 10 Palestinians were killed, including a 4-year-old girl, Rihama Butaha (ph). And we haven't seen any American official showing the sensitivity to denounce or to condemn the killing of those Palestinians.

Nevertheless, I think it's our vital interest as Palestinians to exert every possible effort in order to ensure the success of General Anthony Zinni's mission. We want to sustain the cease-fire. We want to end this situation. We want to revive trust between the two sides. We want to revive hope that peace is doable, because we're paying the heaviest price of all.

SNOW: OK, so let's...

EREKAT: And I believe...

SNOW: Again, to my question, does that mean that you will accept a formal cease-fire, which presumably would be binding on the Israelis and on Palestinians?

EREKAT: Tony, let me explain the situation. We have George Tenet's work plan, and we don't need to reinvent the wheel. Both sides had said that they accepted George Tenet's work plan. Now General Zinni has a Palestinian plan for a timeline and mechanisms to implement; he has an Israeli plan.

Let his guiding line be Tenet as was written, and let him drop anything from our paper, the Palestinian paper, and the Israeli paper that's not consistent with that plan, and I believe we will have a deal.

SNOW: OK...

EREKAT: Yes, we want to achieve a deal as soon as possible, an implementation of Tenet on the cease-fire as soon as possible.

SNOW: All right. Well, a cease-fire, as you know, under the Tenet plan, triggers a whole series of responsibilities on both sides. On your side, it would mean that Chairman Arafat would have to order the arrest of people who are deemed to be terrorists, have to tamp down on Islamic Jihad and Hamas, among other groups. He would have to show good-faith efforts in those and other areas.

Is he prepared to do that?

EREKAT: Well, that's a problem, Tony. I don't think people read Tenet. Tenet specified obligations, mutual obligations on the government of Israel and on the Palestinian Authority. The Palestinian Authority must stop, incarcerate, jail, bring to justice those who incite or prepare or attack Israeli targets, and at the same time the Israeli government has a responsibility to arrest, to incarcerate, to bring to justice those Israeli citizens who plan or incite or carry out attack against Palestinians.

We are fully committed to our obligations emanating from Tenet, and I hope that the Israeli side will be fully obligated.

SNOW: All right.

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

EREKAT: And I hope that, once the decision, once the agreement is reached, once the cease-fire is declared by both parties, I believe everyone must adhere to President Arafat's call for the cease-fire once the agreement is reached.

SNOW: President Arafat has said that he is committed to stopping violence, and yet we had a case of Mohammed Hasheika (ph). He was in one of your jails a week ago. He was released. And a few days later, he walked into Jerusalem and blew himself up and killed a number of people.

SNOW: Now, that is the sort of activity that at least the United States government says is leading to revolving doors in Palestinian jails where Chairman Arafat makes promises to detain people. But this is a fellow who had a known background, who in the past had been arrested for having explosives, and yet he was let out.

How did that happen?

EREKAT: Well, let me tell you, Tony, that in February 11, Mohammed Hasheika (ph) was arrested by the Palestinian intelligence. We contacted the Israelis to transfer him -- to carry him to Ramallah and that happened. And he was in Palestinian jails till the glorious Israeli army, with more than 200 tanks, decided to take over Ramallah, destroy our jails. Mohammed Hasheika (ph) and others ran away from jails, not only in Ramallah, in Nablus, in many places. And we notified the American side and the Israeli side of this fact.

So it's easy for anyone to start finger pointing, assigning blame. This will not do us any good. This will not save lives of Palestinians and Israelis.

And as far as Arafat's capabilities, I heard what President Bush had to say this morning. Does President Bush know that the capabilities of the Palestinians have been destroyed by the command centers, the communication centers, the vehicles, the buildings, the prisons? Sharon did a marvelous job of destroying all the security infrastructures of the Palestinians.

But nevertheless, we approach General Zinni because he's a fair man. And we -- he got our trust. We want to work with him. And we've told him, sir, we want to tell you the truth. We don't want to overload our wagon. That's the situation. Please help us to reconstruct our capabilities so we can carry out our obligations emanating from the agreements reached.

SNOW: Well, the chase of Mohammed Hasheika (ph), he was released last week, this was after the Israelis had pulled out. So evidently, this was not the same time when you were having the bombing of -- the strikes on police at jails and elsewhere.

EREKAT: He was not -- he was not -- Tony, he was not released. He ran away from jail. Ramallah was totally reoccupied. Israelis were shooting at every Palestinian target. Security, police, anything that was moving was being shot at. So our jails were left destroyed by the Israelis. That is the truth.   He was not released. He ran away from jail. And by the way, not only Hasheika (ph), many others who were arrested in Nablus, in High Hebron, in Bethlehem, in all areas where the Israelis made the incursions and reoccupied these areas in the last 10 days.

SNOW: Was Hasheika (ph) a martyr or murderer?

EREKAT: Well, we don't condone the killing of civilians, whether Palestinians or Israelis. We don't approve of what Hasheika (ph) did. We want the Palestinians -- in their minds, the Hasheika's (ph) -- all the Palestinians in this age.

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

That's what we're trying to do now, is to revive hope in their minds, to tell them that peace is doable, that one day you will reach your freedom through peaceful means. And that's the reality of the situation of what we're trying to do with General Zinni, at this stage.

SNOW: When Chairman Arafat calls upon Palestinian youth to become martyrs, is that a call for peace?

EREKAT: Well, you know, I don't want to debate over the cultural differences here. I don't think Chairman Arafat called on Palestinians to become martyrs. I think the job of President Arafat is to save the lives of these Palestinians.

But for Mr. Sharon, he must make up his mind either to treat President Arafat as a president or as a prisoner. He cannot say at one day that he is irrelevant and on the other hand hold him accountable. It's just contradictory. He must...

SNOW: Well, speaking of which, you know, as you know, Prime Minister Sharon referred to President Arafat as irrelevant a month ago. There's been a bunch of violence. Suddenly, everybody thinks he's relevant.

Hasn't the violence worked to the political advantage of Yasser Arafat?

EREKAT: I don't think the end game of President Arafat is the violence.

I think one should look, you know, we're not dealing with Mother Theresa here. Sharon had done nothing in his life but to massacre and kill Palestinians. Sharon did what he did all his life is to sabotage any attempt to make peace between Palestinians and Israelis.

EREKAT: Ever since he came to office, this man built 34 new settlements in the West Bank and Gaza, he confiscated more land, he demolished more homes, he made sure that no political agreement or no political negotiations will take place.

I haven't sat with an Israeli colleague for the past year to negotiate. So he suspended the negotiations. He says, "I will not negotiate under fire." Then he changes his mind.

And I think his strategy is based on three issues: One, make a commitment. Second, break this commitment. Third, blame Arafat. This must stop.

And I'm sure that the people who even see in Sharon's eyes, because in Washington it's cost-free to blame us, to bunch us, other than touching those powerful lobbies for Sharon and his likes. This is not going to save the lives of Israelis and Palestinians.

The situation, if we take sides, it's going to deteriorate. What we need now is a concerted effort in order to ensure the success of General Zinni's mission, and this requires Sharon to adhere to the agreement signed and to respect the agreement signed.

SNOW: All right. Well, and the Israelis say precisely the opposite thing.

I want to thank you, Saeb Erekat, for joining us today.

Up next, the stories you're not going to find on any other Sunday show and our panel on that hearty perennial, money and politics.

(BEGIN VIDEO CLIPS)

U.S. SENATOR MITCH MCCONNELL (R-KY): "Congress shall make no law," no law, "abridging the freedom of speech...

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

U.S. SENATOR JOHN MCCAIN (R-AZ): On behalf of all Americans who will have a greater voice now, I thank you...

(END VIDEO CLIPS)

(COMMERCIAL BREAK)

SNOW: Now let's check out some political stories we found this week below the fold.

Some German-language experts got an unexpected vacation this week when they flew to Monterey, California, home of one of the most prestigious foreign language institutes in the world. Problem was they were supposed to provide translation services in Monterrey, Mexico, 1500 miles away and far from the blue and beautiful Pacific Ocean. The Mexican city was hosting a U.N. conference on development. The U.N. is blaming a German travel agency for the error.

When a Kansas-City-area third-grader lost $5 and no one stepped forward to confess guilt, officials at the Pitcher (ph) Elementary School reportedly took swift action. They strip-searched an unspecified number of students. Boys dropping their pants before an adult male, girls before an adult female. The Kansas City school district has suspended the school's principal and one teacher in the incident, claiming that while the search didn't necessarily break school rules, you probably shouldn't have to write rules governing such bizarre situations.

Meanwhile, an arbitrator has ordered the Escambia County schools in Florida to rehired an employee who reported for work high on cocaine with 50 times more of the drug in his system than required to test positive in a drug test. School Superintendent Jim Paul complains we're expelling kids for taking aspirin or No-Doze. Now we're talking about someone taking cocaine and that's OK?

And now it's panel time for Paul Gigot, editorial page editor of the Wall Street Journal; Mara Liasson, national political correspondent for National Public Radio; and Juan Williams, national correspondent for National Public Radio. Brit Hume has the day off.

Paul, Middle East, no cease-fire today, no talks between Yasser Arafat and Dick Cheney. The one thing we didn't get to with Saeb Erekat is whether Yasser Arafat is going to be able to attend an Arab summit in Beirut this week. It's a big mess.

PAUL GIGOT, FOX NEWS: Well, it sure is. And it didn't look like Vice President Cheney made any progress on his trip there. I mean, you could even call it a failed trip because he went over there saying, I'm going to try to convince the Arabs to help us in Iraq, and instead he ended up really implementing some of the Arab agenda against Israel.

So the Arabs seemed to be in control of this administration's strategy in the Middle East at this time, to the extent that you can even detect a strategy. And who knows where it goes from here, but it is a mess.

LIASSON: Yes, I think it's -- the Palestinians are the only ones with a clear strategy, which is to continue the violence and try to even out the body count as much as possible, the ratio of Palestinian losses to Israeli losses, which they are. And they have achieved some concessions on the part of the U.S. and Israel.

Sharon does not seem to have a clear strategy to achieve the security that he promised Israeli citizens. And the U.S. has -- seems to be changing its tack, and it's unclear if the administration has a long-range plan.

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

SNOW: While we've hit still water it seems on the Middle East, and the president has enjoyed very high popularity ratings due to the conduct of the war, is this the type of thing that can have political ramifications if this whole thing bogs down?

JUAN WILLIAMS, FOX NEWS: Well, the political ramifications, Tony, are that it will impact the war on terror and then undermine our efforts to go after Saddam Hussein and Iraq. So this is not to be isolated, it's not a single issue. And I think that's why it's raised, in terms of its priority for the Bush administration, which previously had been reluctant to get involved.

Now that they are involved, I think they find themselves really caught in a very difficult place, because, at the moment, Israel is very concerned even about the image that they have in this country. Complaining this week about Kofi Annan saying that they were involved in an illegal occupation. That it's not illegal, that that land is really claimed in the process of war back in the '60s.

But I think what you have now is a point where there is so much public opinion -- just to watch on TV the Israeli tanks rolling into Ramallah. And you see now the terrorist -- I think it is terrorism, to some extent, the response from the Palestinians. But people saying, well, the Palestinians don't have the military might to match the Israelis, and that's why we are in this sink hole.

SNOW: Terrorism of a sort when a guy blows himself up. You would concede that that's terrorism.

WILLIAMS: That's terrorism. But I'm saying you have a war, essentially it's a war. So you have acts of retaliation by one side against the other.

SNOW: Mara, let's switch to domestic politics, because there also seems to be a little drift. We were quizzing Denny Hastert on a number of things about the Bush administration. Campaign finance reform, which the president issued principles. He said you have to meet these principles. Congress didn't. He's going to sign the bill.

LIASSON: It's interesting because the president has this image that certainly he's tried to promote, that he is very steadfast. He has a few firm principles and he never deviates. He's not a flip-flopper like his predecessor was.

But look, on one issue after another -- campaign finance reform, the bill that he is going to sign does not meet any -- only one of the principles he laid down for the bill during the campaign.

LIASSON: You could say on the nomination of Pickering, he didn't lift a finger. If he wants conservative judges, why didn't he help? The airport security bill, that was a bill that he opposed, federalizing the airport workers. Well, he ended up signing it.

There are a lot of things. The tariffs on steel is another example of when this administration is a heck of a lot more flexible, to put it generally, than you think.

SNOW: Paul, was this drift or political smarts?

GIGOT: Well, on domestic issues, he's a lover, not a fighter. He was on all these bills that Mara talked about, there's no question about it.

I think the danger for him in the campaign finance bill, though, is that it is a clear victory for John McCain and a repudiation of the president's principles. And people will see in Congress that if you beat him, he will go along. And this has, I think, a precedent- setting potential across the board

of his agenda and may stymie him the rest of the year, as the Democrats say, you know what, you beat him, you don't pay a price.

SNOW: Juan?

WILLIAMS: Well, but wait a second here. You do pay a price. From the White House perspective, from the -- from Karl Rove, the president's political adviser's perspective, he's taking things off the board. I mean, he's having success.

Certainly, he made a stand, if you will, in terms of saying Pickering should be confirmed, although you might say he didn't actively get involved, he didn't lobby for Pickering. I think they're going to put up more conservative judges. They're going to especially go after Miguel Estrada, the guy from the D.C. circuit as a Hispanic. They're going to make a push on a woman, I think Priscilla Owens from Texas, and again say, you know, there are good conservatives here, and force the Democrats therefore, to become more -- well, to be perceived as radical in their repudiation and rejection of conservative judges.

And so, when you look at it that way, you think, well, education is off the table. Social Security remains, and the Democrats will try to make something out of that going into the fall elections. But many of the big issues, Paul, they're gone, and I think that's to Bush's and to the White House's credit. They are playing good politics.

LIASSON: Well, it is politically smart if the goal is to get re- elected but not have your agenda succeed.

(LAUGHTER)

GIGOT: Yes, if you want to -- I mean, surrender is a way of getting things off the table, there's no question about that.

And there also is this tiny little matter of the U.S. Constitution and the oath he took to preserve and defend it. And, in fact, instead, he's saying, look, I'll let the courts do this, make a hash of this bill, because I'm not willing to veto it.

WILLIAMS: You don't think most Americans would think that the fact that the rich have disproportionate say somehow is corrupting the Democratic process? I think the court has even said that in its past decisions, where it says you can limit the amount of money that goes in because it does have a corrupting influence at some point.

GIGOT: No, the court has said that, in fact, you have to be very wary of limiting free speech. And they left a loophole wide open for millionaires to spend as much money as they want, as long as its their money.

SNOW: And is that loophole closed under McCain-Feingold?

GIGOT: No, it sure isn't.

LIASSON: Well, they can give the money to the state parties.

GIGOT: Yes.

WILLIAMS: They can't give it to the national party.

LIASSON: There's a different avenue for it.

GIGOT: But if you want to spend money in your own right...

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

LIASSON: On your own, sure.

GIGOT: ... you can do that without question.

SNOW: All right, let's switch to one other topic, Juan. A few weeks ago we were all frothing over a poll taken in Arab nations by the Gallup organization that indicated basically that they hate us. Turns out the poll was bogus, or at least it was deeply flawed.

WILLIAMS: Right. And at the time I said Condoleezza Rice, the president's national security adviser, had said she thought that the way the poll was done was just ridiculous, that, in fact, it lacked a sufficient number of people who responded, people who were being polled. And now what we've discovered is, there wasn't even really one poll. It was done in separate slices. And of course many people in those countries are not in position to respond to a pollster in the way that Americans are.

LIASSON: That's right. It's hard to take a poll in countries that are not democratic. I mean, it is hard to get good public opinion data.

However, the thing about the poll, the reason why everybody bought it is because it did conform to what we hear ancedotally about views about America in the Middle East.

SNOW: Well, and having said all that, is it likely that they actually love us and we don't know about it, Paul?

GIGOT: I doubt it. I mean, I think we knew this. But, you know, predict -- people have predicted the Arab street would rise up against America time and time again. And Bernard Lewis, the great Princeton Arab scholar says, they really don't like us when they don't respect us and they don't respect us when we're weak, not when we show strength. And if we show strength in the war on terrorism, they're likely to respect us a lot more.

SNOW: All right, panel, thanks, Paul Gigot, Mara Liasson, Juan Williams.

Now it's time for the mail. Boy, have I gotten grief for a gaffe I committed during last week's mail-bag segment. I razzed a writer who said I liked huevos, which I translated literally as eggs.

T.G. Massey (ph) writes, "You're correct that huevos means eggs but you should not be crowing about your smarty-pants knowledge of Spanish. In vernacular Spanish, huevos is an insulting term describing your masculinity or lack thereof."

John Scupon (ph) wrote, "Faux pas, dudes. Huevos does indeed mean eggs. It is also slang for testicles and testicular fortitude. For what it's worth, I think you all do have huevos."

Richard Laparre (ph): "You just exemptiflied the ignorant white guy syndrome. I would still rather watch Fox than CBS."

And finally from Bruce Lowry (ph): "Tony, Tony, Tony. In the Rockies, mountain oysters; in the Southwest, huevos. Gonads, Tony, gonads."

My wife says you knew and were kidding. I said all you Easterners are too prissy to get the slang. Who's right?

Be sure to let us know your thoughts by e-mailing us at fns@foxnews.com.

And when we return, my parting thoughts on another school outrage.

(COMMERCIAL BREAK)

Interview with Saeb Erakat; Political Roundtable Fox News Network March 24, 2002 Sunday

SNOW: Evidently inspired by Surgeon General David Satcher's plea for a national dialogue on sex, Washington D.C.'s Janney (ph) Elementary School has sent parents an astounding survey.

Here's a sample of questions sent home with a kindergartener: "Have you ever talked with your child about becoming sexually active?"

Or how about this one? "Do you agree or disagree with the following statement: If Americans engaged in more discussion about sex" -- as if that were possible -- "discussion that is respectful, thoughtful, and mature" -- a hallmark of such discussion among 6-year- olds -- "there would be less of a problem with unplanned pregnancy and sexually transmitted diseases in this country."

In other words, if kids talked more about sex, they'd be less inclined to try it.

Look, I am normally a calm, mild-mannered guy, but this kind of stuff makes me nuts. We're talking about elementary kids here, elementary school kids. And educators seem determined to teach pre- teens stuff that would make Hugh Hefner perk up with interest and surprise.

Maybe the most galling thing is that the locals are calling this program -- I'm not making this up -- "real life, real talk at Janney (ph)."

Is this seriously what the school believes is real life for elementary school students? I think somebody needs to have a real talk with the school real soon.

That's it for today. Have a great week. And remember to start your Sundays right here on Fox News Sunday.

**LOAD-DATE:** July 29, 2003