

Copyright 2001 The New York Times Company
The New York Times

December 8, 2001 Saturday
Late Edition - Final

**SECTION:** Section A; Column 1; Foreign Desk; Pg. 3

**LENGTH:** 993 words

**HEADLINE:** Israel Attacks Again in Gaza; Arafat Condemns U.S.

**BYLINE:** By JAMES BENNET

**DATELINE:** GAZA, Dec. 7

**BODY:**

Israeli and Palestinian security officials met today for talks, but as the negotiating standoff continued, Israeli warplanes flattened two police buildings in Gaza City to press Yasir Arafat to act more firmly against Palestinian militants, and militants rallied here to warn him to do no such thing.

In an interview with Israeli television tonight, Mr. Arafat lashed out at the Bush administration as tilting heavily toward Israel. President Bush has refused to meet with Mr. Arafat, and the United States has sternly backed Israel's demands that he crack down on extremists.

Palestinian officials have said Mr. Arafat is not politically strong enough to make such moves unless Israel provides some benefit to Palestinians, like relaxing the blockades in the West Bank and Gaza.

"Dear God, who cares about the Americans?" Mr. Arafat said, when asked about American pressure. "The Americans are on your side, and they give you everything," he said, addressing Israelis. "Who gave you the airplanes? The Americans. Who gave you the tanks? The Americans."

Mr. Arafat said his forces had arrested 17 of 33 militants wanted by Israel. A list of the wanted men was given to him on Wednesday by Anthony C. Zinni, the Bush administration's new envoy here. Israel had given such lists to him in the past with little result.

Despite the arrests, Israel renewed its military campaign early Saturday, when helicopter gunships attacked Palestinian security buildings in Rafah, Gaza, Agence France-Presse reported. There were no casualties.

In Ankara today, the Turkish prime minister, Bulent Ecevit, said the Israeli prime minister, Ariel Sharon, had told him in a telephone conversation that he wanted to be "rid of" Mr. Arafat. But the Israeli government continued to insist that it did not want to kill Mr. Arafat or destroy his Palestinian Authority.

Israeli officials say that if Mr. Arafat does not crack down on extremists, they will put so much pressure on his administration that he will be replaced without their attacking him directly. Today the deputy foreign

Page 2
Israel Attacks Again in Gaza; Arafat Condemns U.S.    The New York Times December 8, 2001 Saturday

minister, Michael Melchior, told reporters in Berlin that Mr. Arafat had become "irrelevant" because he had not used his power to stop violence. Mr. Melchior is regarded as a dove.

After a 48-hour pause in attacks, Israel sent warplanes screaming over Gaza at about 3 a.m. today. They fired three missiles into the Arafat Police City, destroying one building that the police said was used for administration and another that they said was for training women officers. The Bush administration has refrained from criticizing such Israeli action.

Palestinians said 18 people had been wounded in the raid, which left six cement floors pancaked atop one another in a jumble of cinder blocks.

The raid damaged the office of Ghazi al-Jabali, the police chief in Gaza and one of the main Palestinian officials charged with the effort against extremists, including members of the Islamist group Hamas.

After three Hamas suicide bombings last weekend killed 25 people, Israel redoubled its demands for Mr. Arafat to arrest militants, backing up those demands with military strikes. Hamas said it had retaliated for Israel's killing of a Hamas military leader on Nov. 23.

Because police buildings have long been favorite Israeli targets, Mr. Jabali rented an apartment elsewhere 10 months ago to use as his headquarters, police officers said. Indeed, the Palestinian police are seldom found in their official headquarters. "For 10 months we have been in the streets," Capt. Muhammad Harara of the Palestinian police said.

But the streets were not safe for them today either. Palestinian policemen mostly kept out of sight as more than 1,000 Palestinians marched in a funeral procession for a Hamas activist killed in clashes with the police on Wednesday night.

Teenagers and young boys hurled stones at one truck carrying police officers and at police buildings they passed on the route, applying to fellow Palestinians the tactics they usually reserve for Israeli soldiers. Even their justifications, generally learned from their seniors, sounded the same. "They are arresting our men," Muhammad al-Arir, 13, said of the Palestinian Authority. "They are killing us."

But other Hamas supporters repeatedly shooed the stone-throwers away rather than risk a serious confrontation before television cameras.

Police officials had been concerned before the march that it could turn violent, and a deal apparently was made. The police stayed out of sight and, for a funeral, there was very little shooting into the air.

The dead man, Muhammad Selmi, 21, was shot and killed Wednesday night when fighting broke out with Palestinian officers who were placing the founder and spiritual leader of Hamas, Sheik Ahmed Yassin, under house arrest. The police said Mr. Selmi was a bodyguard for the sheik, but his father, Akram Selmi, said he was studying to be a mechanic.

Today, the young man's body was wrapped in a bright green Hamas flag and borne through the muddy streets by a crowd chanting its loyalty to Hamas. Mr. Selmi was declared a "martyr," like those who die in violence with the Israelis.

Akram Selmi expressed great bitterness toward the Palestinian Authority. "We are supposed to live under the Authority rules," he said. "But now we live under the darkness of the Authority."

Asked whether Hamas, which rejects any negotiated settlement with Israel, could replace the Authority, he replied, "The time is still not come, but it will come."

Turnout for the funeral clearly disappointed some organizers. One young man, his face hidden by a head scarf, the trademark disguise of the Hamas military wing, said, "There are many wanted to come but didn't because they are scared that the police will arrest them."

At the grave, a dwindled crowd of a few hundred listened to a brief speech criticizing Israel and the Palestinian Authority and then chanted: "You, Arafat, are not among us! Take your dogs and go away!"

**URL:** http://www.nytimes.com

**GRAPHIC:** Photo: Palestinian demonstrators were pushed back by Palestinian Authority police in the West Bank town of Ramallah yesterday. (Agence France-Presse)

**LOAD-DATE:** December 8, 2001