

**Most Wanted Terrorists - Status Report - 22-Apr-2002**
22 Apr 2002

22 April 2002

# Most Wanted Terrorists - Status Report

(Communicated by Israel security sources)

In December 2001, Israel presented US peace envoy Anthony Zinni with a list of 33 most wanted terrorists, requesting their arrest by the Palestinian Authority. The list was subsequently given by Zinni to the Palestinians.

Five of these most wanted terrorists have been arrested by Israel during Operation Defensive Shield:

1. Ibrahim Mahmoud Roub of Ramallah - Hamas
2. Nasser Aweis of Nablus - Tanzim
3. Abd el Karim Aweis of Jenin - Tanzim
4. Salim Haja of Burka - Hamas
5. Muhammed Abu Toul of Jenin - Tanzim

To date, three of these most wanted terrorists have been killed:

1. Ra'ed Karmi of Tulkarm - Tanzim (December 2001)
2. Riyadh Bader of Tulkarm - Islamic Jihad
3. Kais Adwan of Jenin - Hamas