

Copyright 2001 U.P.I.
United Press International

August 17, 2001, Friday

**SECTION:** GENERAL NEWS

**LENGTH:** 1248 words

**HEADLINE:** Feature: Reporters tour battle zone

**BYLINE:** By JOSHUA BRILLIANT

**DATELINE:** BEITEL, West Bank, Aug. 17 -

**BODY:**

Israeli and Palestinian flags fluttered gently beside a gate inside a camp, north of Ramallah, where the two sides established their joint District Coordination Office. It suggested that some sort of normalcy still existed almost 11 months into the intifada.

But the gate was chained and padlocked. A sentry in battle gear sat behind a wall of gravel-filled bags watching the crossing point between the DCO's Palestinian and Israel sections.

"We try to keep this compound out of the fray and maintain a friendly and positive atmosphere," the senior Israeli officer, Lt. Col. Radwan Mansur, told reporters on a tour the army spokesman organized Thursday.

Both sides meet daily, sometimes visit one another and share meals, he said.

Nevertheless, he confirmed a breach of trust and a feeling the DCO's effect was "minimal."

Mansur pointed to the high, gray concrete walls built to protect the Israeli section.

"There are none on the other side because the shooting was at us," he said. "There are places where the bullets hit. I assume it is not our opposite numbers who fired."

Feature: Reporters tour battle zone United Press International August 17, 2001, Friday

The "Ayosh junction," the northern entrance to Ramallah, is a short walk away.

Square, gray concrete blocks were placed across the road surrounded by the stones Palestinians had hurled in the many clashes there. A few meters into Ramallah, the road was black from remnants of burning tires and Molotov cocktails. Broken tree trunks and smashed cars were dumped in an adjacent field.

There was no one there, but the region's commander, Col. Ilan Paz, would not let the reporters off the bulletproof bus.

"It could be dangerous," he said.

The clashes there usually take place Friday, after the Muslim prayers, he said. The rioters wait for the ambulances and then for the journalists. If there are no journalists to record their demonstrations, it is quiet, he said.

Paz said that on several occasions he offered his Palestinian counterpart a deal: "You clean up, and I'll open the blockade."

"The answer, every time, was 'I can't. This is the place where some of our fighters were killed. This will be the monument for this war,'" he said.

Most of the Palestinian fire came from buildings that were under construction. At another site overlooking Ramallah, a major said the army retaliated at a similar building with tank fire because they believed "there are no children there."

Ramallah, which houses the most important Palestinian institutions in the West Bank, was under a virtual siege Thursday. The army imposes it when its intelligence warns suspected terrorists are in town, trying to penetrate neighboring Jerusalem.

A senior officer who briefed reporters at brigade headquarters in Beit El, north of Ramallah, said there are at least 10 suicide bombers in the West Bank who want to carry out attacks in Jerusalem, Tel Aviv and Haifa.

"I will open Ramallah when I know it won't bring the next bomber," Col. Paz said.

To the outside observer, the closures are odd because the Palestinians use dirt roads and paths to skirt the roadblocks. Nevertheless, Paz said the closures prove themselves. The army checks a sample of people who cross on foot, works on the basis of some intelligence, and believes the bombers don't carry explosives across. It is too heavy to walk with them.

They get their explosives "in some other way," an officer said. "We still don't know how."

Wednesday night has been fairly quiet as night's go in that area, the reporters were told.

Feature: Reporters tour battle zone United Press International August 17, 2001, Friday

Palestinians attacked an army jeep west of Ramallah, and soldiers east of Ramallah.

"There is something every night," the officer said.

Most of the 20 Israelis killed in that area in recent months were shot on the roads, including by-pass roads that Israel built to skirt populated Palestinian areas.

Opposite the Palestinian town of Ein Yabrud, on a hill the army called 850 because it is 850 meters above sea level, the army erected a small tent camp to keep an eye on the village and the road settlers' use.

Soldiers there said they were to shoot in the air if they saw armed Palestinians in the village or near the road, and if the gunmen don't heed the warning -- shoot them.

Most of the Palestinian gunmen "are dead or in our prisons (but) sometimes it takes time," Paz said.

Israel has all along insisted it responds to Palestinian attacks, and that fighting would stop when they stop. It has booby trapped and killed from the air Palestinian militants who it says plan attacks, and launched powerful punitive raids. One of the first ones was after Ramallah policemen and residents beat to death two soldiers who lost their way, and another, recently, after a suicide bomber reached Jerusalem through Ramallah.

The recent Palestinian attacks inside Israel forced the army to reconsider its profile of potential attackers. Until a week ago, the profile said the attacker would be male, 17 to 35 years old, single, with no children to support, a senior officer said.

However, the man who recently opened fire in Tel Aviv was older, married, and a father. A woman tried to plant a bomb in Tel Aviv's central bus station.

The army might now have to assign women soldiers to roadblocks to check Palestinian women, Paz said. Military policewomen are already assigned to roadblocks at the seam zone between the West Bank and Israel proper.

"When I tell soldiers what to look for at a roadblock, I say it might be a woman, an elderly man, a father of children. It's a fact," Paz told United Press International.

He said he believed his soldiers want to be in combat units. It would not be too difficult to get a transfer to auxiliary units, he added.

"Do I need at a roadblock someone who doesn't want to be there?" he asked.

Leaning against an armored personnel carrier at Hill 850, a young soldier said he had struggled to upgrade his health classification in order to reach a combat unit. He was happy now, he said in a heavy Russian accent of a new immigrant.

Feature: Reporters tour battle zone United Press International August 17, 2001, Friday

The Israeli measures have imposed hardships on millions of Palestinians. Innocent people were killed in exchanges of fire, more than 120,000 Palestinians who had worked in Israel lost their jobs, and army roadblocks, even when travel is allowed, can turn a short trip into an hours-long journey.

Israel has often been criticized abroad for its use of "excessive force," but Paz rejected the chastising.

"Anyone who sees this (fighting) in his neighbors' yard thinks of the humanitarian aspect," he said.

"I think first and foremost how to prevent attacks on Israel. I am doing a sacred work of protecting Israelis' lives. I wish I could do it at a lower price to the Palestinians. But the Palestinian Authority could also prevent (attacks.) For them it is easier to prevent terror attacks without harming the population because we have less information."

A week before the suicide bombing of a restaurant in Jerusalem, Israel informed the Palestinians that the commanding officer of the impending attack was **Abdallah Barghouti,** a source said. They asked the Palestinians to arrest Barghouti.

The Palestinians "did nothing. Four or five hours after the bombing they detained him. Had they done so a day earlier, 15 Israelis would have been alive today and more than 100 wouldn't have been injured," the source said.

"Basically there is no cease-fire," Paz said. "During this cease-fire 50 Israelis were killed. When the Palestinians will not wage terror, murder on the roads, and not shoot around Ramallah, it will be quiet."

**LOAD-DATE:** August 18, 2001

Global Impact News Analysis United Press International August 17, 2001, Friday



Copyright 2001 U.P.I.
United Press International

August 17, 2001, Friday

**SECTION:** GENERAL NEWS

**LENGTH:** 2189 words

**HEADLINE:** Global Impact News Analysis

**BYLINE:** By DERK KINNANE ROELOFSMA, United Press International

**BODY:**

TOP OF THE NEWS

0-

U.S. WANTS PAKISTANI HELP IN SNATCHING OSAMA

PAKISTAN -- The U.S. government has requested Pakistan to provide active support for an operation inside Afghanistan to catch terrorism-suspect Osama bin Laden, a report said Friday.

The United States has also discussed with Pakistani officials the possibility of using U.S. special forces for a sting operation inside Afghanistan, The News newspaper reported.

The Pakistani government, however, has advised Washington against a military operation inside Afghanistan because the Pakistanis believe that it will be counter-productive and further fuel religious sentiments in the region, the report said.

A spokesman for Pakistan's military government, Maj. Gen. Rashid Qureshi, denied reports the United States was also seeking a base in northern Pakistan for carrying out operations against bin Laden.

"It is absolutely baseless," he said. "We strongly deny it."

The News said U.S. officials discussed various proposals to bring bin Laden to the United States with their Pakistani counterparts when Gen. Tommy Franks, com-

Global Impact News Analysis United Press International August 17, 2001, Friday

mander-in-chief of U.S. Central Command, visited Islamabad in January. Franks also raised this issue when he met Pakistani leader Gen. Pervez Musharraf on Jan. 19, the report said.

Franks came to Pakistan days after the United Nations passed a resolution further tightening sanctions against Afghanistan's Taliban rulers for refusing to hand over bin Laden to U.S. officials.

The United States blames the Saudi dissident for masterminding the 1998 twin-bomb attacks on U.S. embassies in East Africa that killed more than 220 people. He tops the FBI's most-wanted list.

0-

CIA RELAYED INFORMATION TO ARAFAT BEFORE PIZZERIA BOMBING

UNITED STATES -- Several days before the Aug. 9 bombing of the Sbarro pizzeria in Jerusalem, the CIA -- and Israeli officials -- gave Palestinian leader Yasser Arafat detailed information about the Hamas militant group suspected of orchestrating the operation and asked that the men be arrested, U.S. intelligence sources have revealed.

The information began with a list of Islamic militants compiled by Israel intelligence. Israel gave the data to the CIA, these sources said, speaking to United Press International on condition of anonymity.

Because security cooperation between the Palestinian Authority and Israel has totally broken down, the CIA routinely acts as a middleman between the two groups, passing along information, said Ned Walker, former U.S. ambassador and Middle East Institute director.

Israeli Cabinet Secretary Gideon Saar said the same Hamas group had carried out both Thursday's bombing and the June attack on a seaside discotheque that killed 21. The Israelis had given the Palestinian Authority specific information about the instigator of the Aug. 9 carnage, who he named as **Abdallah Barghouti** -- including his whereabouts in Ramallah. The information was passed on to prevent the attack. Nothing was done by the PA, just as nothing was done with a long list of names that were given to the Palestinians following the July 13 outrage, Saar said.

UPI has learned Arafat received an urgent phone call the weekend after the bombing from U.S. Secretary of State Colin Powell, urging the PA chairman to arrest the cell members. Arafat finally complied, putting into protective custody four Hamas members including Abdallah al-Barghouti and Bilal al-Barghouti. According to some U.S. officials, the four Hamas members have already been released.

Global Impact News Analysis United Press International August 17, 2001, Friday

Walker said he was skeptical of continued Israeli claims that Arafat is orchestrating and controlling the terrorist violence. For example, Shin Bet -- the Israeli secret police -- has consistently said that Arafat is not in control of extremist elements like Hamas, and Shin Bet is Israel's most accurate intelligence agency, Walker said. He added there is not that much that Arafat can do at this point to curb terrorist violence.

Walker said Israel's Aman, or Directorate of Military Intelligence, has consistently and mistakenly claimed that Arafat is behind the bombing attacks in Israel.

"You have to treat Israeli intelligence with care," he said. "Israel is quite capable of fabricating information to prove a propaganda point."

Indeed, said a former CIA official, Israeli Prime Minister Ariel Sharon cooks the books when it comes to intelligence. "He lost a lot of credit when he told us about Iranian soldiers in the Bekaa Valley in Lebanon. The agency has the capability to check that stuff out."

0-

IN OTHER NEWS

SYRIA AND IRAQ TO AID EACH OTHER IF ATTACKED BY ISRAEL

SYRIA -- Syria and Iraq this week concluded a security agreement under which the armed forces of each would come to the aid of the other in case of an attack by Israel, Bush administration officials and regional analysts said.

The military arrangement was hammered out as part of 10 accords signed between the two countries, covering areas such as trade, health, transportation, scientific, and economic matters, these sources told United Press International this week.

The pacts were signed Monday in Baghdad by Syrian Prime Minister Mohammed Mustafa Miro and Iraqi Deputy President Taha Yassin Ramadan, these officials said. Under the agreement, Syria and Iraq would set up joint Iraqi-Syrian command centers in Damascus and Baghdad that would integrate and coordinate the activities of air force, armored units, intelligence, and other elements, these sources said.

The alliance is the result of a lot of handshakes over the last several months, said a U.S. intelligence official. He was referring to a series of talks that took place last year between Iraqi leader Saddam Hussein and Syrian President Bashar Assad.

The new Iraq-Syria alliance appears an attempt to counter Israel's alliance with Turkey, which allows Israel to base land, sea and air forces in Turkey to strike at Syrian and Iraqi targets in the event of war.

Global Impact News Analysis United Press International August 17, 2001, Friday

The advantage of a Syrian-Iraqi military agreement for both parties is that it provides each with strategic depth, allows interoperability of their military systems, and creates a threshold of power neither country possesses on it own.

Under Bashar's father, Hafez al-Assad, Syria sided with Iran in the Iran-Iraq War and supported the U.S.-led allied forces in 1991 against Saddam's army during the Gulf War. But with the collapse of the U.S. policy of containing Iraq and the acceptance of Saddam as once again an important figure in the region, Syria has taken steps to improve relations with him.

0-

U.S. INVESTIGATING EGYPTIAN-LIBYAN MISSILE COOPERATION

UNITED STATES -- Used to be that Third World countries that wanted the big toys had to go begging to superpowers, then the likes of the United States or Soviet Union. These days, however, missile technology is increasingly do-it-yourself among rogue states -- and even some usually reliable ones.

That's the stark fact confronting troubled U.S. analysts who are probing why Egypt, a key U.S. Middle East ally, has gotten involved with Libya -- and possibly even Iraq -- in its effort to develop a medium-range missile.

"We're investigating Egypt's missile program," a State Dept. official told United Press International recently.

He added that the matter would be a challenge for the press: "To know about the program is one thing, to prove its existence is another."

Though as UPI reported in June, Egypt has been working to develop a medium-range ballistic weapons system based on the North Korean No-Dong missile. Success would give Egypt a missile with a range of 800 miles (1,300 kilometers) -- far greater than the best Scuds in the Egyptian arsenal, which can travel at most 300 miles (500 kilometers).

A growing chorus of U.S. administration officials and lawmakers has privately raised concerns about Egypt's continuing ties with North Korea. Others are more relaxed about the program.

Egypt is a major source of stability in the region, points out Richard Murphy, former U.S. Middle East negotiator and senior Middle East fellow with the Council on Foreign Relations.

"Two or three years ago, I could see the reason for a flap, but now?" he said, adding he thought the program was mainly an attempt by Egypt to keep up its image as a major power in the region.

Global Impact News Analysis United Press International August 17, 2001, Friday

But the newest element -- the discovery that Libya, and at least indirectly Iraq, are involved in the missile project -- injects a new level of concern, U.S. intelligence sources have now told UPI.

Egypt's ambassador in Washington, Nabil Fahmy, has denied the existence of any joint Egypt-North Korea missile program.

The story begins in the early 1980s, according to 1997 hearings before the Senate Governmental Affairs Committee. It was then that North Korea acquired Scud-B ballistic missiles and reverse-engineered them. Egypt became a partner, gaining what one U.S. intelligence official described to UPI as wide access to the program. This included visits by Egyptian technical teams to North Korean missile production sites, he said.

According to U.S. intelligence and congressional sources, President Hosni Mubarak requested that the communist country transfer technology to Egypt. North Korea replied by sending a group of technical specialists to Cairo. By 1986, the North was producing the Scud-B and began exporting it the following year. It also has developed and exported since the early 1990s an extended-range variant of the Scud-B, called the Scud-C, that increased the missiles range from slightly under 200 miles (300 kilometers) to 300 miles (500 kilometers).

The development of the No-Dong class, with an 800 mile -(1,300-kilometer) range, began in the early 1990s, U.S. officials said. But Egypt's partnership with Pyongyang was only discovered in 1997 when Ju-Hwal Choi, a former senior official in North Korea's army defected to the United States along with Young-Hwan Ho, an official from Pyongyang's Ministry of Foreign Affairs.

This public exposure prompted Egypt to move a sizeable portion of the program to Libya, especially sites near Sabha and another Libyan facility far to the south, according to one U.S. specialist.

A top Pentagon official said recently that Libya had taken delivery of 10 No-Dong class missiles last November.

In Libya, work on Egypt's program has gone on as part of Libya's Al Fatah missile. That project is believed to have Iraqi technicians working for it. Most of them arrived after the Gulf War, one U.S. intelligence source said.

0-

INSURGENT ALBANIAN LEADER HINTS AT SWITCH TO POLITICAL ROLE

MACEDONIA -- An Albanian Sinn Fein? The possibility of such has been strengthened by remarks from Ali Ahmeti, political leader of the ethnic Albanian insurgent UCK (National Liberation Army).

Global Impact News Analysis United Press International August 17, 2001, Friday

Interviewed Thursday on the Albanian service of Germany's Deutsche Welle, Ahmeti hinted that with a ceasefire in effect between his forces and those of the Macedonian government, the UCK might switch from violence to a political role. Referring to coming elections, he said that he did not know if the parliamentary struggle would be led by "us or our colleagues ... in politics and the parliament."

There has been speculation for some weeks, Radio Free Europe/Radio Liberty reports, that the UCK might set up a political wing to contest the elections next January, just as the Irish Republican Army has used Sinn Fein as its political arm in Northern Ireland and the Irish Republic.

As for the disarmament of the UCK as part of ending its six-month insurrection, Ahmeti said he saw no difficulty in coordinating handing over arms with the Macedonian parliament carrying out reforms to improve the position of the Albanian minority in the country.

UCK, he said, would cooperate as friends with the NATO disarmament force that is beginning to arrive in Macedonia to receive the guerrillas' arms over a 30-day period. The UCK has no reason to hide weapons, he said, "that could pose a threat to the civilian population after the war."

Nevertheless, Balkan experts in the West are questioning whether NATO's strategy might be overly cautious now that a political solution to the crisis has been signed and the UCK has agreed to disarm, RFE/RL said.

One expert, Kurt Bassuener, at the Washington-based Democratization Policy Institute, told RFE/RL, "The thing that really concerns me is the nature of the NATO mission. Without a strong NATO presence, I don't think that this agreement will last very long. As devised now, I think NATO is showing weakness. It's not showing that its got the resolve to do what it can to create an environment for this difficult agreement to be able to last."

Bassuener says NATO's limited mandate, and the short time frame for the operation, will ultimately frustrate the peace process.

"The real thing that's scary about the NATO mission is that the whole disarmament framework for the National Liberation Army is, as yet, unclear," he said. "And I don't think purely voluntarily disarmament, where we only expect people to turn in their weapons of their own accord without any verification regime, is going to work -- or will be acceptable to the Macedonian side."

**LOAD-DATE:** August 18, 2001

Arafat ignored CIA warning United Press International August 17, 2001, Friday



Copyright 2001 U.P.I.
United Press International

August 17, 2001, Friday

**SECTION:** GENERAL NEWS

**LENGTH:** 977 words

**HEADLINE:** Arafat ignored CIA warning

**BYLINE:** By RICHARD SALE, UPI Terrorism Correspondent

**DATELINE:** NEW YORK, Aug. 17

**BODY:**

Several days before the Aug. 9 bombing of the Sbarro pizzeria in Jerusalem, the CIA -- and Israeli officials -- gave Palestinian leader Yasser Arafat detailed information about the Hamas militant group suspected of orchestrating the operation and asked that the men be arrested, U.S. intelligence sources have revealed.

The information began with Israel intelligence, from a list it had compiled of Islamic militants. It then gave the data to the CIA, these sources said, speaking to United Press International on condition of anonymity.

Because security cooperation between the Palestinian Authority and Israel has "totally broken down," the CIA routinely acts as a middleman between the two groups, passing along information, said Ned Walker, former U.S. Ambassador and Middle East Institute director.

A former CIA official told UPI: "Israel appears to have known some of the personnel who were active in planning" the pizzeria bombing.

A U.S. government official agreed: "Israel said it had obtained clear warnings of a suicide bombing about to take place in Jerusalem. They received other incidental intelligence that I cannot go into."

Arafat ignored CIA warning United Press International August 17, 2001, Friday

Israeli Cabinet Secretary Gideon Saar said the same Hamas group had carried out both Thursday's bombing and the June attack on a seaside discotheque that killed 21. He said that for more than a month Israel has been providing the Palestinians with the names of people involved in that group, but said they had done nothing.

Saar said the Israelis had given the Palestinian Authority specific information about the instigator of (the Aug. 9) carnage -- whom he named as **Abdallah Barghouti** -- including his whereabouts in Ramallah.

"This information was passed, (Aug. 9), to Palestinian security officials to prevent the attack. Nothing was done (by the PA) just as nothing was done with a long list of names that were given to the Palestinians on that group" since July 13, he said.

In response to a UPI query, Walker said: "I would not discount the story."

The bombing, which killed 15 people and wounded 70 more, provoked deep anger among Bush administration officials, adding fuel to the debate within the administration about how much control Arafat ultimately wields over terrorism in the Palestinian territories.

The White House view was forcibly expressed by President Bush, who called the act "abhorrent" and demanded that Arafat bring those responsible to trial.

UPI has learned Arafat received an urgent phone call the weekend after the bombing from U.S. Secretary of State Colin Powell, urging the PA chairman to arrest the cell members. Arafat finally complied, putting into protective custody four Hamas members including Abdallah al-Barghouti and Bilal al-Barghouti.

The Palestinian Authority forces also confiscated weapons, according to U.S. officials.

Arafat condemned the attack after talking with Powell, according to administration officials who said, "Arafat has been opposed to the killing of Israeli civilians."

But Walker said he was skeptical of continued Israeli claims that Arafat is orchestrating and controlling the terrorist violence. For example, Shin Bet -- the Israeli secret police -- has consistently said that Arafat is not in control of extremist elements like Hamas, and Shin Bet, with a history of torture, is Israel's "most accurate intelligence agency," he said.

Walker added: "There is not that much that Arafat can do at this point," to try and curb terrorist violence.

Former CIA anti-terrorist official Vincent Cannistraro agreed, adding his own explanation.

Arafat ignored CIA warning United Press International August 17, 2001, Friday

"The Israeli policy of targeted killings has simply legitimized extremism," he said. "The result is that Arafat has less and less influence to exert as the Islamic terrorists gain more and more prestige. And they are gaining it."

Walker said Israel's Aman, or Directorate of Military Intelligence, has consistently and mistakenly claimed that Arafat is behind the bombing attacks in Israel. "They have to think in terms of work case scenarios," Walker cautioned:

"You have to treat Israeli intelligence with care. Israel is quite capable of fabricating information to prove a propaganda point."

Indeed, said a former CIA official, "Sharon cooks the books when it comes to intelligence. He lost a lot of credit when he told us about Iranian soldiers in the Bekaa Valley in Lebanon. The agency has the capability to check that stuff out."

An Israeli source in Washington told UPI Israel is convinced that Abdallah al-Barghouti was the "operation's mastermind of the pizzeria bombing." This source added that Barghouti was on a list presented to CIA chief George Tenet during a visit to Israel to broker a cease-fire last June.

At the time, Arafat declared that there would be no arrests of Palestinian militants, as long as such militants were engaged in attacks as part of "the legitimate Jihad against" Israel.

Last week, a shorter list was handed to the Palestinian Authority and again, al-Barghouti's name was on it, according to this source. He said Israeli intelligence sources had reported that al-Barghouti was planning suicide attacks, and demanded his arrest.

"Israel wanted them arrested, or it wanted to be able to target them," he said.

Cannistraro said that the Israelis have a list of 453 militants targeted for elimination. "They've been pretty busy working on the list."

The State Department has condemned Israel's policy of "targeted killings" but Israel has ignored the rebuke, he said.

An Israeli source said that the arrest of al-Barghouti and others was "a lame gesture" on Arafat's part. "It was too little, done much too late. And its motive is to convince the United States that he is making efforts to rein in the violence."

And some U.S. officials said that the four Hamas members, arrested after the pizzeria bombing, have already been released.

**LOAD-DATE:** August 18, 2001

Israeli Police, Protesters Scuffle Associated Press Online August 12, 2001; Sunday



Copyright 2001 Associated Press
All Rights Reserved
Associated Press Online

August 12, 2001; Sunday

**SECTION:** International news

**LENGTH:** 516 words

**HEADLINE:**  Israeli Police, Protesters Scuffle

**BYLINE:** LAURIE COPANS

**DATELINE:** JERUSALEM

**BODY:**

Israeli police scuffled with protesters in east Jerusalem for a third straight day Sunday outside a Palestinian headquarters seized by Israel. Also, Israeli soldiers closed a Palestinian communications center nearby in the latest move to diminish the Palestinian presence in and around the city.

Police wrestled with about 40 protesters, most of them Palestinians, pushing and shoving in the street outside Orient House, a building that has served as the unofficial Palestinian headquarters in east Jerusalem.

Prime Minister Ariel Sharon's government sent security forces Friday to take control of Orient House and other Palestinian offices in the area in retaliation for a Palestinian suicide bombing that killed 15 people in a Jerusalem pizzeria.

Israel captured east Jerusalem in the 1967 Mideast war and later annexed it, though the eastern sector remains heavily Palestinian. The Palestinians want east Jerusalem as the capital of a future state, though at present, Yasser Arafat's Palestinian Authority is not allowed to have formal offices in the city.

"Israel opened the battle for Jerusalem and we will resist this new aggression," Ahmed Qureia, speaker of the Palestinian parliament, told a news conference.

Israeli Police, Protesters Scuffle Associated Press Online August 12, 2001; Sunday

Also, Israeli troops with automatic rifles entered the Palestine Telecommunications building and told workers to leave within minutes, employees said. The office, which handles Palestinian telephones in the Jerusalem area, is part of a Palestinian compound in Abu Dis, on the edge of east Jerusalem. The Israelis took control of other buildings in the compound Friday.

The Israeli takeover of Orient House was criticized by the United States, European nations and Arab governments.

Palestinian police on Saturday arrested a member of the militant group Hamas, **Abdallah Barghouti**, a Palestinian security official said on condition of anonymity. Israel had informed the Palestinian Authority that Barghouti had sent the suicide bomber to Jerusalem on Thursday, the official said.

The arrest by Palestinian police of two Palestinians wanted by Israel on Friday shows that Arafat can arrest militants when he wants, Sharon told German Chancellor Gerhard Schroeder in a conversation Saturday, a senior Israeli official said on condition of anonymity.

In the Gaza Strip, a Palestinian security court convicted Khaled al-Oukka, 24, and sentenced him to death Sunday for collaborating with Israel in the February killing of Massoud Ayyad, a member of the Palestinian security forces.

Israeli helicopters killed Ayyad by firing missiles at his car in Gaza.

Ayyad's relatives clapped and shouted, "Allahu Akbar," or "God is Great," after the judge read the verdict.

Al-Oukka's father, Saadeh, stumbled out of the courtroom in shock. "It's wrong for him to be convicted on his own," he said. "He couldn't have done this on his own, there were others involved, they should be brought to trial as well."

Since fighting broke out last September, more than 560 people have been killed on the Palestinian side and more than 150 on the Israeli side.

**LOAD-DATE:** August 12, 2001

AP Photos Associated Press Worldstream August 12, 2001; Sunday



Copyright 2001 Associated Press
All Rights Reserved
Associated Press Worldstream

August 12, 2001; Sunday

**SECTION:** International news

**DISTRIBUTION:** Europe;Britian;Scandinavia;Middle East;Africa;India;Asia;England

**LENGTH:** 463 words

**HEADLINE:** AP Photos

**BYLINE:** LAURIE COPANS

**DATELINE:** JERUSALEM

**BODY:**

Israel's army closed a Palestinian communications building near east Jerusalem on Sunday, the latest move to diminish the Palestinian presence in and around the city.

The Palestine Telecommunications building is part of a Palestinian office compound that was declared a closed military zone Friday, when Israel's security forces moved into the area, the army said. The compound is in Abu Dis, on the edge of east Jerusalem.

The Palestinians had no immediate comment.

Prime Minister Ariel Sharon's government sent security forces to take over Palestinian buildings and security offices in east Jerusalem and nearby areas following a Palestinian suicide bombing Thursday that killed 15 people in a Jerusalem restaurant.

Israel captured east Jerusalem in the 1967 Mideast war and later annexed it, though the eastern sector remains heavily Palestinian. Palestinians want the capital of a future

AP Photos Associated Press Worldstream August 12, 2001; Sunday

state in east Jerusalem, though at present, Yasser Arafat's Palestinian Authority is not allowed to have formal offices in the city.

The Israelis on Friday took control of Orient House, a building that served as the unofficial Palestinian offices in east Jerusalem.

Dozens of protesters tried to march to Orient House on Saturday, shouting "Jerusalem is our capital," before police chased them down the street.

Police barricaded access roads to the building and shoved demonstrators, chasing some of them including Palestinian legislator Hanan Ashrawi and Mohammed Barakeh, an Arab Israeli lawmaker.

Ashrawi said Palestinians would protest and try each day to reach the Orient House. "This is our city ... and the Orient House is our house," she said.

Arafat said the takeover of the Orient House violated previous Israeli assurances that Palestinian institutions in east Jerusalem would not be harmed.

Israel said the government was no longer bound by those promises because the Orient House was not being used for its original purpose of directing cultural activities and providing social services for Palestinians in east Jerusalem.

Palestinian police arrested on Saturday a member of the militant group Hamas, **Abdallah Barghouti**, a Palestinian security official said on condition of anonymity. Israel had informed the Palestinian Authority that Barghouti had sent the suicide bomber to Jerusalem on Thursday, the official said.

The arrest by Palestinian police of two Palestinians wanted by Israel on Friday shows that Arafat can arrest militants when he wants, Sharon told German Chancellor Gerhard Schroeder in a conversation Saturday, a senior Israeli official said on condition of anonymity.

Since fighting broke out last September, more than 560 people have been killed on the Palestinian side and more than 150 on the Israeli side.

gm

**LOAD-DATE:** August 12, 2001

Case 1:04-cv-00397-GBD-RLE     Document 269-12     Filed 11/19/12     Page 18 of 31

Page 18
Israel warned Arafat of suicide bomb risk Officials had named the mastermind of last week's fatal blast - but the
Palestinians had refused to act, writes Inigo Gilmore in Jerusalem SUNDAY TELEGRA



Copyright 2001 The Telegraph Group Limited
SUNDAY TELEGRAPH(LONDON)

August 12, 2001, Sunday

**SECTION:** Pg. 22

**LENGTH:** 958 words

**HEADLINE:** Israel warned Arafat of suicide bomb risk Officials had named the mastermind of last week's fatal blast - but the Palestinians had refused to act, writes Inigo Gilmore in Jerusalem

**BYLINE:** By Inigo Gilmore

**BODY:**
Israel revealed yesterday that it had asked Yasser Arafat to arrest the mastermind behind last week's Jerusalem suicide bombing two days before the blast killed 15 people.

**Abdallah Barghouti**, the Hamas activist, had been on a list of seven Islamic militants handed to the Palestinians on Tuesday with a warning that they were planning imminent terrorist operations, said Israeli officials. The names were drawn from a broader wanted list of more than 100 suspects that was delivered personally by Omri Sharon, the Israeli prime minister's son and special envoy, to the Palestinian leader two weeks ago.

The Israeli officials said Barghouti, a senior Hamas activist from the West Bank town of Ramallah, sent Izz el-Din al-Masri, 22, to carry out the attack and provided the explosives and intelligence for the operation, which injured 130 people.

The Palestinian Authority refused to make the arrests, arguing that Israel must first take steps to detain Jewish extremists behind the murder of Palestinians, according to information handed over to Western governments by Shimon Peres, the Israeli foreign minister.

Israel warned Arafat of suicide bomb risk Officials had named the mastermind of last week's fatal blast - but the Palestinians had refused to act, writes Inigo Gilmore in Jerusalem SUNDAY TELEGRA

Israel, which destroyed a Palestinian police post in immediate retaliation, says that as a result, it is left with little choice but to pursue its policy of killing specific terrorist suspects.

Ra'anan Gissin, the prime minister's spokesman, said: "If you want to stop the suicide bombs you must stop the people who recruit the bombers, brief them and send them out to kill. We gave Arafat and his security officials the names. We said these people are ticking bombs which may materialise in 24 or 48 hours. Once again we have the most gruesome proof and this gives all the more justification for our interception policy."

Interception is the Israeli euphemism for targeted killings, which the Palestinians prefer to call assassinations. In recent weeks, Israel has targeted a number of Palestinian leaders, turning its sights from armed militants to their political masters in a strategy internationally criticised.

Palestinian leaders gave repeated warnings that the targeting of Hamas and Islamic Jihad militants was making it impossible to rein in those groups and was fostering public support for revenge attacks. The days leading up to Thursday's suicide bombing saw an intensification of violence, with Israel hunting Palestinian militants and those it suspected of planning bombings.

Support for the policy of targeted killings is overwhelming among the Israeli public, which has grown increasingly militant as the intifada has dragged on. Many Palestinian militants have gone to ground fearing reprisals by the Israeli military.

The latest suicide bombing has enveloped Israel in mourning. Grief overflowed at the funeral for Mordechai and Tzira Schijveschuurder and three of their eight children. The children, aged 14, four and two, died while eating lunch with their sisters, seven and eight, who were wounded, one too severely to leave hospital for the funeral.

The Schijveschuurders were Orthodox Jews from a family of Holocaust survivors who had come to Israel from Holland and lived in a West Bank settlement northwest of Ramallah. The family funeral was transformed into a national event as close to 1,000 mourners, many shaking with grief, trailed the shrouded bodies down a hill to graves beneath a cluster of cypress trees. "Watch over what is left of us so that we can continue to be together," cried Meir Schijveschuurder, 20.

Jerusalem's suicide bombing, the second deadliest since the start of the intifada, has intensified pressure on Ariel Sharon, the Israeli prime minister, for stronger action. The political Right, including Benjamin Netanyahu, the former prime minister and Mr Sharon's rival in the Likud party, want him to declare the Palestinian Authority a terrorist enemy and open the way for a heavier military response.

Israel warned Arafat of suicide bomb risk Officials had named the mastermind of last week's fatal blast - but the Palestinians had refused to act, writes Inigo Gilmore in Jerusalem SUNDAY TELEGRA

Mr Arafat is squeezed between satisfying international demands for action against militants and assuaging the anger of his people. Palestinians have accused Israel of opening up another front in the conflict by seizing nine Palestinian Authority offices in Jerusalem.

Police stormed Orient House, a former hotel which served as the main Jerusalem office of the Palestinian Authority, in a raid early on Friday, hoisting an Israeli flag on the building.

Several people were injured when demonstrators led by Hanan Ashrawi, the veteran Palestinian negotiator, were dispersed by police yesterday as they tried to march along the road to Orient House, which has been barricaded with steel crash gates. Dialla Husseini, an office worker at Orient House, was brimming with anger: "We have documents inside there relating to sick people we must attend to. This is another ugly provocation by Israel which clearly no longer cares about the Oslo peace agreements."

Uzi Landau, the public security minister who is of the Right in Likud, has enraged Palestinians by saying Israel's takeover of Orient House is permanent. Orient House is of national significance as a symbol of the battle between Israelis and Palestinians over Jerusalem.

Palestinians want to turn the eastern part of the city into the capital of a future independent state. Mr Peres and two other Labour party cabinet members voted against seizing the offices.

Ephraim Sneh, the transport minister and Labour member, said Israel needed to use reason in its retaliation and said Orient House was a distraction.

Mr Sneh said there were tensions building between the Left and Right in the cabinet, with the hardliners demanding all-out military retaliation. "There are disagreements," he said. "They don't foresee any diplomatic solution while we believe the only way is through diplomatic channels."

**LOAD-DATE:** August 12, 2001

AP Photos JRL101-108 Associated Press Worldstream August 11, 2001; Saturday

 LexisNexis®

Copyright 2001 Associated Press
All Rights Reserved
Associated Press Worldstream

August 11, 2001; Saturday

**SECTION:** International news

**DISTRIBUTION:** Europe;Britian;Scandinavia;Middle East;Africa;India;Asia;England

**LENGTH:** 867 words

**HEADLINE:** AP Photos JRL101-108

**BYLINE:** JASON KEYSER

**DATELINE:** JERUSALEM

**BODY:**

Israeli police, some with guns drawn, scuffled on Saturday with demonstrators at PLO headquarters in east Jerusalem as Palestinians promised to reclaim the building Israel had taken over, and the international community condemned the Israeli move.

Israeli riot police in black ski masks had raided the PLO headquarters Friday following a suicide bombing that killed 15 people. Israeli leaders said they took control of the offices in traditionally Arab east Jerusalem to smother Palestinian aspirations to form the capital of a future state there.

Israel captured east Jerusalem in the 1967 Mideast war and later annexed it. The PLO compound, known as Orient House, was seen as the core of a future government complex.

Dozens of protesters tried to march to the building, shouting "Jerusalem is our capital" before police chased them down the street.

AP Photos JRL101-108 Associated Press Worldstream August 11, 2001; Saturday

A U.S. Mideast envoy David Satterfield, speaking in Damascus, said Israel's takeover of the Palestinian headquarters was a "political escalation" and urged both sides to exercise maximum restraint and to stop violence.

U.S. Secretary of State Colin Powell had called Sharon Friday to discuss the bombing and the takeover of Orient House.

Russian envoy to the Middle East Andrei Vdovin, speaking after a meeting with Palestinian leader Yasser Arafat in Ramallah, said the takeover was a violation of earlier peace accords "and complicates the situation more and more."

Vdovin also renewed his condemnation of the bombing in which an Islamic militant detonated explosives he was carrying in a packed pizzeria in the heart of Jerusalem on Thursday.

Jordan's King Abdullah also condemned the Israeli move, telling Arafat in a telephone conversation Saturday that it was a "flagrant aggression on Palestinian rights and the Arab identity of Jerusalem," the Jordanian news service Petra reported.

The Swiss Foreign Ministry protested Israel's takeover of Orient House in a letter conveyed through the Israeli embassy in Bern, the ministry said in a statement.

At Orient House, police barricaded access roads to the building and shoved demonstrators, chasing some of them including Palestinian legislator Hanan Ashrawi and Mohammed Barakeh, an Arab Israeli lawmaker.

Ashrawi, short of breath after the scuffle, said Palestinians would protest and try each day to reach the Orient House. "This is our city ... and the Orient House is our house," she said.

As police chased her and others, Ashrawi shouted, "This is not Israel. This is Palestine" and ducked into a car.

In footage shown on Israel's Channel Two television, Jerusalem police chief Mickey Levy was seen punching a Palestinian woman in the stomach. The unidentified woman had physically attacked Levy moments earlier, the television said. Police told the television that the Palestinian woman was not injured.

Other protesters later arrived, including American and European activists. Police ripped their signs, wrestled some to the ground and carried others away in headlocks.

An Orthodox Jew sprayed mace at a group of Palestinians who responded by throwing rocks. One policeman was knocked over, his face bloodied, and was taken away in an ambulance.

AP Photos JRL101-108 Associated Press Worldstream August 11, 2001; Saturday

A former adviser to Faisal Husseini, the leading Palestinian official in the city until his death in June, said the seizure of the Orient House shows that Israel is no longer seeking peace with the Palestinians.

"They are going to shut all the doors," Salah Zuheikeh said.

Palestinian police arrested on Saturday a member of the militant group Hamas, **Abdallah Barghouti**, a Palestinian security official said on condition of anonymity. Israel had informed the Palestinian Authority that Barghouti had sent the suicide bomber to Jerusalem on Thursday, the official said.

The arrest by Palestinian police of two Palestinians wanted by Israel on Friday shows that Arafat can arrest militants when he wants, Sharon told German Chancellor Gerhard Schroeder in a conversation Saturday, a senior Israeli official said on condition of anonymity.

Also Saturday, about 200 Palestinians marched through Gaza City for the funerals of two Palestinians who died of gunshot wounds sustained a day earlier in a clash with Israeli soldiers. The crowd shouted, "We won't stop the suicide bombs."

More than 560 people have been killed on the Palestinian side and more than 150 on the Israeli side since hostilities broke out in September.

Arafat said the takeover of the Orient House violated previous Israeli assurances that Palestinian institutions in east Jerusalem would not be harmed.

Israel said the government was no longer bound by those promises because the Orient House was not being used for its original purpose of directing cultural activities and providing social services for Palestinians in east Jerusalem.

Israeli Public Security Minister Uzi Landau alleged that Palestinian security forces were using the Orient House and other institutions to plot attacks on Israelis.

The raid was also meant to cement Israeli claims to the city, Landau said. "We will take every necessary action to keep the PLO out of Jerusalem," he said. "Jerusalem is an Israeli city."

pvs-lc

**LOAD-DATE:** August 11, 2001

PA police arrests suspected bombers United Press International August 10, 2001, Friday

# LexisNexis®

Copyright 2001 U.P.I.
United Press International

August 10, 2001, Friday

**SECTION:** GENERAL NEWS

**LENGTH:** 1551 words

**HEADLINE:** PA police arrests suspected bombers

**BYLINE:** By JOSHUA BRILLIANT and SAUD ABU RAMADAN, United Press International

**BODY:**

Palestinian Authority police arrested six suspected members of the militant groups Islamic Jihad and Hamas in the West Bank for allegedly planning bombing attacks in Israel, Palestinian and Israeli sources reported Friday. The arrests followed Thursday's deadly bombing of a central Jerusalem fast-food eatery that killed 15 people plus the bomber.

Israeli TV quoting Palestinian security sources said the PA police arrested members of a Hamas cell near Nablus for their alleged role in the Jerusalem blast. That report also said authorities arrested Palestinian Islamic Jihad members near Nablus and confiscated a large cache of explosives slated for use in the coming days.

A Palestinian security source said three members of each group were arrested.

That source said the PA contacted U.S. officials following the arrests, a measure the source said was meant to prevent further Israeli retaliation for Thursday's bombing. The U.S. State Department issued a statement earlier Friday calling for Palestinian authorities to arrest "those responsible and take immediate, sustained action to prevent further terrorist attacks."

Following Thursday's bombing, the worst attack on Israeli soil since the June 1 bombing of a Tel Aviv disco killed 21 youths, Israeli F-16 fighter jets struck Palestinian Authority sites in the West Bank town of Ramallah. Israeli forces also seized

PA police arrests suspected bombers United Press International August 10, 2001, Friday

Palestine Liberation Organization offices at Orient House in East Jerusalem and other locations in the disputed city, and the military took over the offices of various Palestinian security organizations in the nearby Palestinian village of Abu Dis.

Orient House has symbolized the Palestinians' claim that East Jerusalem is their capital. It has been the PLO's headquarters in town, has hosted diplomats, and has flown the Palestinian flag.

The Israeli police officers promptly replaced the Palestinian flag with the Israeli flag, but lowered theirs, too, Friday. Policemen were in the yard and in the building and prevented entry.

Israelis Friday buried most of the 15 people killed in the Jerusalem bombing, while police clashed with dozens of pro-Palestinian protesters demonstrating against Israel's seizure of Orient House.

The victims buried Friday included five members of the Schrijrerschroerder family, who had emigrated from Holland. The two parents and their three children, including a 2-month-old girl, were killed in the blast that ripped the Sbarro Italian fast food restaurant. Another child, who was injured in the blast, was brought to the funeral on a stretcher.

The U.S. ambassador to Israel, Dan Kurtzer, who attended the funeral of an American victim, Judy Lillian Greenbaum, 31, of New Jersey, was attacked by a right-wing demonstrator who said the United States was too soft on terrorists, but guards pushed away the attacker.

Jerusalem's hard-line Mayor Ehud Olmert confirmed the Israeli authorities "took advantage of a certain situation to attain a goal."

"This move shows our intentions," Internal Security Minister Uzi Landau said. "We shall take every necessary step so that the PLO will not be in Jerusalem."

Israel Television said Prime Minister Ariel Sharon was asked how long Israel would stay there.

"Forever," he replied, according to the report. "Israel will maintain its sovereignty in the capital."

Several Palestinian Muslims prayed outside the Orient House on Friday. They moved aside when American and European leftists, who support the Palestinians, tried to break through to the building. The demonstrators repeatedly clashed with police who eventually used horse-mounted policemen to disperse them.

Jerusalem Police spokesman Shmuel Ben-Ruby said two policemen were injured and required medical treatment and six protesters were detained. A magistrate court

PA police arrests suspected bombers United Press International August 10, 2001, Friday

judge in Jerusalem on Friday extended by four days the remand of the man responsible for security at the Orient House but released his six subordinates. The seven were detained after police found an Uzi submachine gun and a full cartridge in their guardhouse.

Soldiers who searched facilities of the Palestinian Authority intelligence, Force 17 and other offices in Abu Dis, near Jerusalem, found a pipe bomb.

The army spokesman said Friday that a military force entered the Gaza Strip and destroyed a Palestinian police post from which, it said, mortars had been fired at Kfar Aza. The attack on Kfar Aza was launched Thursday. Israelis and Palestinians traded light arms fire during the incident.

The official Palestinian news agency Wafa reported the Israeli air strike targeted the main headquarters of the Palestinian police in the neighborhood of al Tirrah near Ramallah.

The Israeli military chief of operations, Maj. Gen. Dan Har'el, said the Israeli air force attacked the Palestinian police headquarters. A well-informed officer confirmed a U.S.-made F-16 dropped a bomb on the building, partly damaging it. Har'el said the attack stopped when rescue teams arrived as Israel did not want to hurt them.

The Palestinian agency for national security reported that Israeli tanks entered Gaza City early Friday and stayed there for four hours. They withdrew after shelling several Palestinian houses, the report said.

Israeli Prime Minister Ariel Sharon's inner security Cabinet voted 11 to 3 to approve the actions Thursday night, a participant told United Press International. Foreign Minister Shimon Peres voted against, he said. The source said there was no secret decision on any further steps, for now.

After the decision, Sharon phoned the heads of the Center Party and the National Religious Party -- Dan Meridor and Rabbi Yitzhak Levy -- and invited them to join his national government. Their response was cool, however. Sharon does not technically need their support.

His spokesman said he invited them to join the government "in light of the current situation."

Justice Minister Meir Sheetrit said the suicide bombing could have been prevented had the Palestinian Authority acted on Israeli information.

In Washington, State Department Spokesman Richard Boucher said the United States "condemned in the strongest possible terms the horrific terrorist attack in Jerusalem that left 15 Israelis dead."

PA police arrests suspected bombers United Press International August 10, 2001, Friday

"We have offered our condolences to the Israeli government and the families of the victims. There can be no excuse for such a terrible act," said Boucher.

The spokesman also expressed U.S. concern "about Israelis acts against Orient House and the Palestinian town of Abu Dis."

"These actions represent a serious political escalation, undermine faith and confidence in a negotiated settlement of this conflict and increase the risk of further deteriorations of the political situation," he said. "Orient House has long symbolized the importance of political dialogue and reconciliation between Israelis and Palestinians."

The State Department has repeatedly urged the Israelis -- both publicly and privately -- not to use the U.S.-made fighter jets designed for air-to-air combat against civilian targets. But it appears Secretary of State Colin Powell's consistent calls for calm have fallen on deaf ears.

The Palestinian Authority condemned Israel's actions.

Nabil Abu Rudeineh, a top aide to Palestinian leader Yasser Arafat, said the actions were "a serious and irresponsible escalation" of violence by the Israeli government.

"Closing Orient House means that Israel has unilaterally canceled all agreements," said Abu Rudeineh.

He also criticized the United States for not preventing the Israeli action, saying that Washington's reluctance to play its role in the Middle East, "gives Israel the green light to continue its aggression against our people."

After Thursday's suicide-bomb attack, Arafat issued a condemnation of the bombing, after a call from Powell. The move was seen as a bid to forestall Israeli retaliation.

The militant Muslim group Islamic Jihad initially claimed responsibility for the blast. However, the Islamic extremist group Hamas later said it was responsible for the attack, and named the bomber as Ahmed Iz e-Dinh Sheikh Masri.

Israeli Cabinet Secretary Gideon Saar said the same Hamas grouping had carried out both Thursday's bombing and the June attack. He said that for more than a month Israel has been providing the Palestinians with the names of people involved in that group, but said they had done nothing.

Saar said the Israelis had given the Palestinian Authority specific information about the instigator of Thursday's carnage -- whom he named as **Abdallah Barghouti** -- including his whereabouts in Ramallah.

"This information was passed, today, to Palestinian security officials to prevent the attack. Nothing was done (by the PA) just as nothing was done with a long list of names that were given to the Palestinians on that group" since July 13, he said.

PA police arrests suspected bombers United Press International August 10, 2001, Friday

Meanwhile, violence in Gaza and the West Bank continued Friday.

Palestinian medical sources said at least 10 Palestinians were injured during clashed with Israeli soldiers in Gaza City.

Israel radio reported Palestinians threw Molotov cocktails at the Israeli settlement of Ganei Tal in the southern Gaza Strip. Radio reports also said Palestinian gunmen fired at an Israeli army outpost on Mount Eval near Nablus in the West Bank. No injuries were reported.

**LOAD-DATE:** August 11, 2001

Israel: suicide bombing retaliation over, for now United Press International August 9, 2001, Thursday



Copyright 2001 U.P.I.
United Press International

August 9, 2001, Thursday

**SECTION:** GENERAL NEWS

**LENGTH:** 801 words

**HEADLINE:** Israel: suicide bombing retaliation over, for now

**BYLINE:** By JOSHUA BRILLIANT

**DATELINE:** TEL AVIV, Israel, Aug. 10

**BODY:**

In a series of pre-dawn raids Friday, Israeli forces seized the offices of the Palestine Liberation Organization at Orient House in East Jerusalem, and those of various Palestinian intelligence organizations at nearby Abu Dis, hours after air strikes by Israeli F-16 fighters on Palestinian Authority civil and security posts in the West Bank town of Ramallah.

Cabinet Secretary Gideon Saar said the raids were retaliation for Thursday's suicide bombing of an Israeli fast food restaurant in the heart of Jerusalem that killed 14 people, in addition to the suicide bomber, and injured more than 130.

Israeli Prime Minister Ariel Sharon's inner security cabinet voted 11 to 3 to approve the actions Thursday night, a participant told United Press International. Foreign Minister Shimon Peres voted against, he said. The source said there were no secret decisions of further steps, at the moment.

Justice Minister Meir Sheetrit said the suicide bombing could have been prevented had the Palestinian Authority acted on Israeli information.

The official Palestinian news agency Wafa reported the Israeli air strikes targeted the main headquarters of the Palestinian police in the neighborhood of al Tirrah near Ramallah.

Israel: suicide bombing retaliation over, for now United Press International August 9, 2001, Thursday

Israeli military Chief of Operations, Major General Dan Har'el, told reporters the Israeli Air Force attacked the police headquarters. A well-informed officer confirmed a U.S.-made F-16 dropped a bomb on the building, partly damaging it.

Har'el said the attack stopped when rescue teams arrived and Israel did not want to hurt them.

Police Major General Shahar Ayalon said that at 2 a.m. Friday, police seized 15 Palestinian Authority offices at the Orient House and other locations in East Jerusalem.

Ayalon told UPI his men encountered no resistance, detained seven guards at the Orient House and found other PA offices such as the Prisoners' Club empty.

Israel has long regarded Orient House as a thorn in its side, a physical representation of the Palestinians' claim to East Jerusalem as their future capital.

Israel often protested when foreign ministers and diplomats went there to meet Palestinian officials.

Right wing Israeli leaders -- of whom Internal Security Minister Uzi Landau is one -- have wanted for years to close it.

Ayalon told UPI they intend to close Orient House and not let anyone in.

Meanwhile, some 100 paratroopers and members of the elite Duvdevan counter-terror unit seized several buildings in the Palestinian village of Abu-Dis, near Jerusalem. The Israel Defense Forces spokesman said the sites housed units of Yasser Arafat's elite Force 17, General Intelligence, Military Intelligence, Preventive Security and the Palestinian police.

The soldiers approached the compound from several directions overwhelming the guards, took it over without a shot, detaining and later releasing those inside, a well-placed military source told UPI.

Har'el told reporters the forces there were readying for "a prolonged stay."

A statement by Palestinian national security said Israeli tanks entered early Friday morning into the eastern part of Gaza City -- an area under the Palestinian Authority's control.

Cabinet Secretary Saar said the moves were part of, "a long and complex campaign against terror." He urged the international community to press the Palestinian Authority to honor its commitments and fight terror.

Israel's policy of so-called "targeted killings" of those it believes responsible for attacks has been widely condemned. But Saar said Thursday's suicide bombing underlined the importance of what he called those "self defense interceptions."

Israel: suicide bombing retaliation over, for now United Press International August 9, 2001, Thursday

He said the same Hamas grouping had carried out both Thursday's bombing and the June attack on a nightclub in Tel Aviv that killed 21 people.

Saar said that for more than a month Israel has been providing the Palestinians with the names of people involved in that group. He said the Israelis had given the Palestinian Authority specific information about the instigator of Thursday's carnage-who he named as **Abdallah Barghouti** - including his whereabouts in Ramallah.

"This information was passed, today, to Palestinian security officials to prevent the attack. Nothing was done (by the PA) just as nothing was done with a long list of names that were given to the Palestinians on that group" since July 13, he said.

"Arafat does not want to stop the fire. Arafat does not want to arrest the terrorists," he charged.

"The PA uses terror as a strategic tool in its struggle against Israeli," Justice Minister Sheetrit added.

Palestinian leader Yasser Arafat issued a condemnation of Thursday's suicide bombing after a call from U.S. Secretary of State Colin Powell, but Palestinian refugees in Lebanon celebrated the attack.

(with reporting by Saud Abu Ramadan in Gaza)

**LOAD-DATE:** August 10, 2001