Appendix 1

(1)

**Secret**

**ISRAELI SECURITY AGENCY**
**ARAB AFFAIRS DEPARTMENT**

15 August 2001

**Subject: Terror activists involved in planning and perpetration [illegible] terrorist attacks**

The following list includes those activists whose arrest result in a significant decrease in the extent of terrorist attacks in the immediate future.



6. [illegible] – Tulkarm, head of the Hamas infrastructure in Tulkarm. He was involved in planning and directing bombing attacks. He continues to plan bombing attacks.

7. [illegible] – Qalqiliya. He is connected to Ayman Halawa's infrastructure and is involved in the planning of bombing attacks.

8. Abd El-Rahman Mahmoud Abd El-Rahman [illegible] – Qalqiliya. He is connected to Ayman Halawa's infrastructure and is involved in the planning of bombing attacks.

PIJ:

9. Mohammed Ahmad Mohammed [illegible] – Jenin Refugee Camp. He was involved in planning and executing the recent PIJ terrorist attacks that emanated from the Jenin region. He is currently involved in planning additional terrorist attacks.

10. Ali Suleiman Said [illegible] – Jenin Refugee Camp. He was involved in planning and executing the recent PIJ terrorist attacks that emanated from the Jenin region. He is currently involved in planning additional terrorist attacks.

11. [illegible] Mohammed Asaf – Arabe/Northern Samaria. He was involved in planning and executing PIJ terrorist attacks during the past months that emanated from northern Samaria and is involved in planning additional terrorist attacks.

12. [illegible] Suleiman [illegible] – Arabe/Northern Samaria. During the past months, he was involved in planning and executing PIJ terrorist attacks that emanated from northern Samaria and is currently involved in planning additional terrorist attacks.

PFLP:

13. [illegible] Yousef Abd El-[illegible] – Ramallah, head of the PFLP military apparatus in the West Bank. He has been involved in planning and directing the car bombings in Jerusalem and is involved in the planning of an additional car bomb.

14. [illegible] – Ramallah. He was directly involved in planning and directing the car bombings in Jerusalem that were perpetrated during the past year and is involved in the planning of an additional car bomb.

Tanzim/Fatah:

15. [illegible] Mohammed Raef Karmi – Tulkarm. He is a murderer who has been continuously involved in directing attacks in the Tulkarm region since the outbreak of the violent events.

**Potential Suicide Bombers:**

16. Mohammed [illegible] Mohammed Khalil – Nablus, Hamas. He intends to perpetrate a suicide bombing and has already made preparations towards that end.

17. Abd El-[illegible] Mohammed [illegible] – Tulkarm, Hamas. He intends to perpetrate a suicide bombing in the immediate future.

18. [illegible] Mohammed [illegible] – Bethlehem, Hamas. He is a [illegible] who is currently located in Samaria. He plans to perpetrate terrorist attacks in the immediate future.

## The Gaza Strip

**Hamas**

19. [illegible] Mustafa Mohammed [illegible] – Beit Hanun, head of the Hamas military apparatus in the Gaza Strip. He is involved in planning and executing bombing and suicide attacks both in the Gaza Strip and in Israel.

20. [illegible] Mohammed [illegible] – Gaza. He is currently involved in planning and executing bombing attacks, most likely in the southern Gaza Strip.

21. [illegible] Abd El-Qader Ismail [illegible] – Rafah. He is currently involved in planning and executing bombing attacks, most likely in the southern Gaza Strip.

**PIJ:**

22. Nabil Hassan [illegible] – Nuseirat. Since the outbreak of the violent events, he has been responsible for attempts to send suicide bombers. He is still working towards perpetrating a successful suicide bombing.

23. [illegible] Abd El-Karim Mohammed [illegible] – Mashrou Amer, senior activist in a PIJ grouping in the southern Gaza Strip that is planning to perpetrate a bombing attack in the immediate future. He is also involved in the mortar attacks.

**PA:**

24. Talal [illegible] Mohammed [illegible] – Gaza, officer in the PSO, explosives expert. He is a central activist in the production of explosive charges and mortar shells in the Gaza Strip. He directs shooting, mortar, and explosive charge attacks.

TOTAL P.03

TOTAL P.03

TOTAL P.03