UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


MARK SOKOLOW, et al.,

    Plaintiffs,

              Civ. No. 04-397 (GBD) (RLE)

  v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

  Defendants.


**<u>DECLARATION OF ROBERT J. TOLCHIN</u>**

Robert J. Tolchin declares pursuant to 28 U.S.C. § 1746, as follows:

  1.  I am an attorney licensed to practice law in the State of New York and in this Court, and counsel for the Plaintiffs in the above-referenced action.

  2.  I make this declaration to correct an erroneous statement contained in the declaration I filed yesterday herein.

  3.  Paragraph 18(a) of my declaration dated November 19, 2012 (DE 269) erroneously stated that the *Saperstein* action is "currently pending." That paragraph should have stated that the *Saperstein* action was "previously pending." The current status of the *Saperstein* matter is that it is no longer pending..

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


November 20, 2012

<u>/s/ Robert J. Tolchin</u>
Robert J. Tolchin

1