# EXHIBIT 7

# Hill, Brian

| | |
|---|---|
| **From:** | Hill, Brian |
| **Sent:** | Wednesday, June 27, 2012 11:27 AM |
| **To:** | 'Robert Tolchin' |
| **Cc:** | Mordechai Haller; Robert Tolchin; Rochon, Mark; Hibey, Richard |
| **Subject:** | RE: Thursday's Conference |

Bob,

Thank you for letting me know that you have withdrawn the deposition notices for Mr. Abed Rabbo and Mr. Erekat. I agree that your doing so moots the relief sought by my letter of March 23, 2012 and Mark's letter of March 27, 2012. I also agree that we should let the Court know in advance of the hearing. I will be available to make a joint call to the clerk until about 2:00 today or during a break in this afternoon's deposition. Please let me know when you would like to make that call.

I've looked over my materials and it appears to me that the only other issues that are up for consideration at tomorrow's hearing are (1) your outstanding motions seeking Hague Requests and (2) our request to compel you to answer interrogatories and produce documents contained in my letter dated April 30, 2012. If your position has changed on either of those issues, please let me know. Otherwise, I expect that those items will be on the agenda for tomorrow morning.

If you think anything else is on the agenda for tomorrow, please let me know as soon as possible.

Regards,


Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801

---

**From:** Robert Tolchin [mailto:rtolchin@berkmanlaw.com]
**Sent:** Tuesday, June 26, 2012 5:53 PM
**To:** Hill, Brian
**Cc:** Mordechai Haller; Robert Tolchin
**Subject:** Thursday's Conference

Brian,

I know that you and Aaron are on a tight schedule in the coming days and weeks, and that you have something scheduled together Thursday afternoon so you probably don't want to spend all day before Magistrate Judge Ellis Thursday morning.

1

I'd like to streamline things.

To that end, plaintiffs have decided to withdraw our notices for the depositions of Yasser Abed Rabbo and Saeb Ereikat in the hope that other discovery will ultimately moot any need for their depositions. I believe that moots your pending requests to quash those depositions. Perhaps we should inform the court?

Inasmuch as some issues have been "out there" for so long and the sands of time have shifted, do you think there are any other issues that we can wipe away between now and Thursday morning? Are there any issues that you believe we may now be able to resolve that perhaps we couldn't before?

--Bob