# EXHIBIT 17

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Saturday, November 17, 2012 7:00 PM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | Prosecutor v. Bashar Barghouti.pdf; H.C.J. 1443-04 Bashar Barghouti v. Attorney General (4-22-2004).pdf; Time - January 27, 2002.pdf; PA TV on Nasser Aweis.flv |

Counselors -

The plaintiffs in the Sokolow matter hereby supplement their Rule 36 disclosures and discovery responses with the attached documents.

 - Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Sunday, November 18, 2012 5:42 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Re: Sokolow |
| **Attachments:** | IDF Spokesman on Faritakh and Mandelkorn Attack.pdf; Nablus City on Faritakh and Mandelkorn Attack.pdf; MFA on Abu Sharkh Responsibility for Mandelkorn Attack.pdf; Israeli MFA - Naef Abu Sharh Responsible for Mandelkorn Attack.pps |

Counselors -

The plaintiffs in the Sokolow matter hereby supplement their Rule 26 disclosures and discovery responses with the attached documents.

Please be advised that the Powerpoint document is available from the Israeli Foreign Ministry at:

http://www.mfa.gov.il/NR/rdonlyres/9DF98399-8A4F-4A74-ADDF-04099D785695/0/TerroristFunds.pps

Please be advised that the document from the IDF Spokesman is available from the internet archive at:

http://web.archive.org/web/20040228230641/http://www.idf.il/newsite/hebrew/0415-4.stm

- Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Sunday, November 18, 2012 6:45 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Re: Sokolow |
| **Attachments:** | Abu Sharkh Obit (PA Intelligence).pdf |

Counselors -

The plaintiffs in the Sokolow matter hereby supplement their Rule 26 disclosures and discovery responses with the attached document.


- Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Monday, November 19, 2012 7:40 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | Ahmed Barghouti Statement (Confirming Employment by PA & PLO) April 16 2002.pdf |

Counselors -

The plaintiffs in the Sokolow matter hereby supplement their Rule 26 disclosures and discovery responses with the attached document.

- Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Monday, November 19, 2012 11:58 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | PA TV on Majed Al-Masri and Nasser Shawish.pdf |

Counselors -

**The plaintiffs in the Sokolow action hereby supplement their Rule 26 disclosures and discovery responses with the attached document, and with the television broadcast referenced in the attached document.**

**- Bob Tolchin**

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Tuesday, November 20, 2012 6:16 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | Mohammed Sami Ibrahim Abdullah - Indictment & Amended Indictment.pdf; Mohammed Sami Ibrahim Abdullah Conviction and Sentencing.pdf |

Counselors -

The plaintiffs in the Sokolow action hereby supplement their Rule 26 disclosures and discovery responses with the attached documents.

- Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Monday, November 19, 2012 11:55 AM |
| **To:** | Hill, Brian; Rochon, Mark; Hibey, Richard; dschoen593; Rachel Weiser; Dina Rovner |
| **Subject:** | Sokolow |

*Counselors -*

*The plaintiffs in the Sokolow actions hereby supplement their Rule 26 disclosures and discovery responses with the audiovisual file available for download at the link below. Please let me know immediately if you are unable to download the file.*

*- Bob*



**Hello,**
**rjt.berkman@gmail.com** sent you an email using JumboMail.

**Download files!**
Click here to download

**al-Masri**

**Notice:** The mail will be available to download until 11/26/2012.

Jumbomail support team



1

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Wednesday, November 21, 2012 4:11 AM |
| **To:** | Hill, Brian; dschoen593; Dina Rovner |
| **Cc:** | Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | Official PA List of PA Police Officers Convicted of Terrorism (inc. Col. Majid al-Masri, Capt. Ahmed Barghouti and Hilmi Hashash etc.).pdf |

Counselors -

The plaintiffs in the Sokolow action hereby supplement their Rule 26 disclosures and discovery responses with the attached document.

- Bob Tolchin

## Hill, Brian

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Wednesday, November 21, 2012 9:50 AM |
| **To:** | Hill, Brian; Rochon, Mark; Hibey, Richard; dschoen593; Rachel Weiser; Dina Rovner |
| **Cc:** | M Haller |
| **Subject:** | Re: Sokolow |
| **Attachments:** | Intifada Diaries.zip |

Counselors -

On July 19, 2012, the *Sokolow* plaintiffs gave notice, pursuant to Rule 26(a)(1)(A)(ii), that they may use the Palestinian Authority's 12 volume publication, "Al Aqsa Intifada: Diary and Documents" (الأقصـــــــى انتفاضـــــــة), some volumes of which are captioned as "Diaries of the Intifada" (ووثـــــائق يوميـــــات يوميـــــات), to support their claims or defenses. See below.

For counsel's ease of reference, attached are copies of 10 of the 12 volumes of this PA publication.

Regards,

Bob Tolchin

On Thu, Jul 19, 2012 at 8:36 AM, Robert Tolchin <rjt.berkman@gmail.com> wrote:
Counselors -

Pursuant to Rule 26(a)(1)(A)(ii), the *Sokolow* plaintiffs hereby give notice that they may use the Palestinian Authority's 12 volume publication, "Al Aqsa Intifada: Diary and Documents" (ووثـــــائق يوميـــــات الأقصـــــى انتفاضـــــة), some volumes of which are captioned as "Diaries of the Intifada" (الانتفاضـــــــة يوميـــــات), to support their claims or defenses. This document was published by, and so is in the possession of, defendant Palestinian Authority.

This is a supplemental disclosure pursuant to Rule 26.

- Bob Tolchin

## Hill, Brian

| | |
|---|---|
| **From:** | Robert J. Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Wednesday, November 21, 2012 5:34 PM |
| **To:** | Hill, Brian |
| **Cc:** | 'Rachel Weiser'; 'dschoen593'; Rochon, Mark; Hibey, Richard; 'Dina Rovner'; McAleer, Chas; O'Toole, Timothy; Eustice, John; 'M Haller' |
| **Subject:** | Sokolow, Shatsky, Gilmore |

Counselors -

The *Sokolow*, *Shatsky* and *Gilmore* plaintiffs hereby supplement their discovery responses and Rule 26 disclosures with the declaration of Raed Taha Mahmud Amayra, which was submitted by the PA and PLO to the Tel Aviv District Court in Civ. No. 1137/05 *Goldman et al. v. PA et al.*, and with the transcript of Amayra's testimony in the *Goldman* matter. Copies of those documents are, of course, already in the defendants' possession.

- Bob Tolchin

**Hill, Brian**

| | |
|---|---|
| **From:** | Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Friday, November 30, 2012 4:41 AM |
| **To:** | Hill, Brian |
| **Cc:** | dschoen593; Dina Rovner; Rachel Weiser; Rochon, Mark; Hibey, Richard; M Haller |
| **Subject:** | Sokolow |
| **Attachments:** | שובכי 25-5-06.pdf |

Counselors -

The plantiffs in the *Sokolow* action hereby supplement their Rule 26 disclosures and discovery responses with the attached document.

- Bob Tolchin