UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,                Civ. No. 04-397 (GBD) (RLE)

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

## NOTICE OF ERRATA
### (in Plaintiffs' Reply in Further Support of Their Motion to Expand the Discovery Schedule and for Related Relief)

The phrase "**defendants' frivolous motion for protective order**," appearing in the second paragraph on page 10 of plaintiffs' Reply in Further Support of Their Motion to Expand the Discovery Schedule and for Related Relief (DE 277) was in error, and should have read "**defendants' frivolous opposition to those depositions**."

        Plaintiffs, by their Attorneys,

        /s/ Robert J. Tolchin
        Robert J. Tolchin
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        Fax: (718) 504-4943
        rjt.berkman@gmail.com

        David I. Schoen
        Attorney at Law
        2800 Zelda Road, Suite 100-6
        Montgomery, AL 36106
        (334) 395-6611
        Fax: (917) 591-7586
        DSchoen593@aol.com