UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, *et al*..

      Plaintiffs,

                                       Civ. N0. 04-397 (GBD) (RLE)

  v.

THE PALESTINE LIBERATION ORGANIZATION, *et al*.,

      Defendants.

**PLAINITFFS' NOTICE OF FILING EXHIBITS TO OBJECTIONS TO MAGISTRATE JUDGE'S ORAL ORDER OF NOVEMBER 20, 2012
ON TWO PRE-MOTION LETTERS RELATED TO DISCOVERY (DE 280)**

     On December 11, 2012, Plaintiffs filed their Objections to Magistrate Judge Ellis's November 20, 2012, oral Order.  (DE 280)    Reference is made therein to four Exhibits, "A" through "D."  However, when the undersigned tried to file the Exhibits with the Objections on the ECF system, the filing was not permitted.  Apparently, the resolution on two of the Exhibits (pre-motion letters from the Defendants which were the subject of the oral Orders) was so high that together those two exhibits exceeded the 4 MB limit the system allows.

     On the advice of the ECF desk in the Clerk's office, the undersigned experimented with some options and was able to reduce the size of the pdf documents in order to keep them below the system's capacity for filing, while still keeping all of the original text.  Plaintiffs now file Exhibits "A" through "D" to their Objections (DE 280).

Respectfully Submitted,

/s/ David I. Schoen
David I. Schoen (DS0860)
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Tel.: 334-395-6611
Fax: 917-591-7586
DSchoen593@aol.com


Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel.: 718-855-3627
Fax: 718-504-4943
rjt.berkman@gmail.com