```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                           Plaintiffs,

         - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                          Defendants.

ORDER

04 Civ. 397 (GBD) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

      **IT IS HEREBY ORDERED** that the Parties shall appear for a telephone conference before the undersigned on **December 20, 2012**, at **11:00 a.m.**

SO ORDERED this 17th day of December 2012
New York, New York

                                                           *[signature]*
                                                The Honorable Ronald L. Ellis
                                                United States Magistrate Judge