USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-26-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                   **Plaintiffs,**

- against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                   **Defendants.**

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a telephone conference on this matter on December 20, 2012, and for the reasons stated on the record,

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Munzar Noor (Docket # 221) is **DENIED**;

(2) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish (Docket # 223) is **DENIED**;

(3) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Sa'ad, Halmi Hamash, and Ali Abu Halail (Docket #225) is **DENIED**.

**SO ORDERED this 26th day of December 2012**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge