UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

       Plaintiffs,

                                 Civ. No. 04-397 (GBD) (RLE)

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

       Defendants.

**PLAINTIFFS' SUPPLEMENT TO OBJECTIONS TO MAGISTRATE JUDGE'S ORAL ORDERS OF DECEMBER 20, 2012 (DE293)**

On January 3, 2012, Plaintiffs filed Objections to the Magistrate Judge's Oral Orders of December 20, 2012. One of the Orders to which Plaintiffs entered Objections related to Plaintiffs' Notices of Depositions under F.R.C.P. 30 (b)(6); however, the undersigned neglected to provide a copy of the actual 30 (b)(6) notices with the Objections. In order to assist the Court in evaluating the Objections, Plaintiffs now file this supplement solely for the purpose of providing the Court with a copy of the Rule 30(b)(6) notices at issue.

The Notice to the Defendant PLO is attached hereto as Exhibit "A" and the Amended Notice to the Defendant PA is attached hereto as Exhibit "B."

                                 Plaintiffs, by their Attorneys,

                                 /s/ David I. Schoen
                                 David I. Schoen (DS 0860)
                                 Attorney at Law
                                 2800 Zelda Road, Suite 100-6
                                 Montgomery, AL 36106
                                 334-395-6611
                                 Fax: 917-591-7586
                                 DSchoen593@aol.com

Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail
