### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

                                      Civ. No. 04-397 (GBD) (RLE)

    v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

### NOTICE OF PLAINTIFFS' MOTION TO THE MAGISTRATE JUDGE
### PURSUANT TO HIS DECEMBER 20, 2012 ORDER

**PLEASE TAKE NOTICE** that upon the attached Memorandum, the attached Declaration of Robert J. Tolchin and the exhibits thereto, and the papers and pleadings previously filed herein, Plaintiffs will move this Court, before the Hon. Ronald L. Ellis, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order directing Defendants to provide the discovery set forth in the attached Memorandum.

2

Plaintiffs, by their Attorney,

/s/ Robert J. Tolchin
Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail.com

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
Fax: (917) 591-7586
DSchoen593@aol.com