# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

    Plaintiffs,

                                          Civ. No. 04-397 (GBD) (RLE)

    v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants.

## DECLARATION OF ROBERT J. TOLCHIN

Robert J. Tolchin declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice law in the State of New York and in this Court, and counsel for the Plaintiffs in the above-referenced action.

2. Attached hereto as **Exhibit A** is a true copy of the transcript of the conference in this matter on December 20, 2012.

3. Attached hereto as **Exhibit B** is a true copy of Plaintiffs' Amended Notice to the PA of Taking Depositions Pursuant to Fed.R.Civ.P. 30(b)(6).

4. Attached hereto as **Exhibit C** is a true copy of Plaintiffs' Notice to the PLO of Taking Depositions Pursuant to Fed.R.Civ.P. 30(b)(6).

5. Attached hereto as **Exhibit D** is a true copy of an Amended Joint Proposed Schedule filed by the PA and PLO on August 17, 2009, in the matter of S*aperstein v. Palestinian Authority*, Civ. No. 04-20225 (S.D.Fla.).

6. Attached hereto as **Exhibit E** is a true copy of "the letter on PA Preventive Security letterhead which was sent by plaintiffs to defendants by email inter alia on October 17, 2012," which shows the involvement of defendant PA in the January 27, 2002 bombing in which the Sokolow family plaintiffs were harmed, and which is referenced in ¶ 26 of Exhibit B, along with an English-language translation of that document published by the Israeli Foreign Ministry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 7, 2013

/s/ Robert J. Tolchin
Robert J. Tolchin