

**Captured Palestinian Authority Document- Efforts of Tawfik Tirawi to help smuggle Khalil Idris into Jordan**
**21 Apr 2002**

## Captured Palestinian Authority Document:
## Efforts of Tawfik Tirawi to help smuggle Khalil Idris into Jordan

(Communicated by Israeli security sources)

The following document is a letter describing the efforts of Tawfik Tirawi to help smuggle Khalil Idris, wanted for terrorist attacks and the brother of Wafa Idris, the woman who carried out a suicide attack in Jerusalem (Jan 27, 2002), into Jordan:



The Palestinian National Authority
Preventative Security Headquarters

Ramallah Directorate

[Logo]

[Handwritten] *Priority*

*Click to enlarge original document in Arabic*

14.2.2002

In the name of Allah the Compassionate and Merciful

To Comrade Commander, National Security
To Comrade Commander, Political Security

Greetings of the Homeland,

Subject: Special Information regarding the Woman Martyr Wafa Idris

On the night in which it was learned that the operation [note: the Jan. 27 suicide bombing in downtown Jerusalem] was carried out by Wafa Idris, yet before any group took responsibility for the attack, Col. Tawfik Tirawi made repeated telephone contacts with Wafa's older brother Khalil Idris.

Tirawi requested that the family not announce publicly that Wafa had committed the attack, but rather, that she had married and left for Jordan or elsewhere.

In return, Tirawi offered to facilitate Khalil Idris',

whose name appears on the 'wanted' list, to escape to Jordan. Khalil replied that he would not bargain in such as manner with his sister's blood under any circumstance.

Wafa Idris' family noted that in her last day, prior to her leaving the house, she showed no particular signs, and said that she was about to leave for Nablus and she might be returning late. She didn't indicate that she had no intention of returning at all.

For your information,

Amana Iyaidieh
Political Intelligence


[Handwritten note on bottom margin:]
*To the Comrade Director of the Directorate, may Allah protect him,*
*For your information,*
*Hilal 16/2/2002*

[Handwritten note on left margin:]
*Comrade Hilal, Due to the gravity of the matter, the information must be confirmed with her brother, and brought to my urgent attention,*
*[Signature] 22/02/2002*

[Hand written note on top margin:]
*To General Intelligence - Headquarter / For Your Information.*
*This information confirms that the General*

*Intelligence was involved in the Wafa Idris affair. Continue to follow the matter with priority and confidentiality,*
[Signature] *22 February 2002*

**SEE ALSO ...**
- Tawfik Tirawi, head of the PA General Intelligence Service in the West Bank, is directly involved in terrorist activities
- Documents found directly connecting Arafat and tha PA to terrorists and terrorist activities
- Operation Defensive Shield: Special Update



Palestinian National Authority
Preventive Security H.Q.
Ramallah Directorate

السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
مديرية رام الله

٢٠٠٢/٢/١٤

بسم الله الرحمن الرحيم

الأخ مدير الأمن الوطني ......... حفظه الله
الأخ مدير الأمن السياسي ......... حفظه الله

تحية الوطن وبعد ،

الموضوع / معلومات خاصة حول موضوع الشهيدة وفاء ادريس

في الليلة التي تم الكشف فيها عن منفذة العملية انها الشهيدة وفاء ادريس وقبل ان يتم تبني العملية من اي جهة قام مدير المخابرات العامة توفيق الطيراوي بالاتصال هاتفيا ولعدة مرات مع اخ الشهيدة الاكبر خليل ادريس يطلب منه ان لا يتم الاعلان من قبل العائلة على ان وفاء هي منفذة العملية وانما هي تزوجت وسافرت الى الأردن او الى اي مكان اخر ومقابل ذلك يستعد الطيراوي ان يقوم بتقديم تسهيلات لخليل للسفر الى الأردن على الرغم من انه في قائمة المطلوبين لدى الاسرائيليين واجاب خليل بأنه لا يمكن ان يبيع دم اخته بهذه الطريقة .

وما تم تأكيده من قبل العائلة ان وفاء في يوم خروجها الاخير لم يظهر عليها اي دليل بانها لن تعود انما اشارت الى انها ذاهبة الى نابلس واحتمال ان تتأخر .

لاطلاعكم
مع الاحترام

امنة عايدية
الأمن السياسي