USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                    Plaintiffs,

        - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                    Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a request from Plaintiffs for an extension of time to respond to Defendants' interrogatories, document requests, and requests for admission, served on Plaintiffs on November 20, 2012,

**IT IS HEREBY ORDERED THAT** Plaintiffs shall respond to Defendants' November 20, 2012, discovery requests by **January 10, 2013**.

**SO ORDERED this 10th day of January 2013**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge