فعاليات



# تخريج دورة عسكرية لأعضاء فتح في رام الله

- حبش: خياراتنا المتعددة ما زالت مفتوحة
- المطور: هذه الدورة استكمال لمسيرة النضال المسلح

رام الله – بحضور صخر حبش عضو اللجنة المركزية لحركة فتح والعميد خالد مسمار نائب المفوض السياسي العام وأبو علي المطور مسؤول حركة فتح في رام الله وصائب نصار ممثل المحافظ وعدد من المسؤولين المدنيين والعسكريين وأعضاء المجلس التشريعي، خرّجت حركة التحرير الوطني الفلسطيني فتح في محافظة رام الله دورة عسكرية شارك فيها ٨٠ عضواً واستمرت اسبوعين، تلقى خلالها المشاركون التدريب على مختلف أنواع الأسلحة والمهارات العسكرية اضافة لعدد كبير من المحاضرات التثقيفية الفكرية التي ساهمت مدرسة الشهيد ماجد أبو شرار لاعداد الكوادر بتنظيمها واعدادها.

وعزفت الموسيقى السلام الوطني الفلسطيني في بداية الاحتفال ووقف الحضور دقيقة صمت اجلالاً واكباراً لأرواح الشهداء القى بعدها أحد الخريجين كلمة باسم زملائه المشاركين في الدورة أعرب فيها عن سعادته لتلقي هذه الدورة لمواصلة مسيرة النضال حتى تحرير الأرض واقامة الدولة الفلسطينية المستقلة وتحقيق عهد الشهداء، وشكر كل من ساهم في انجاح هذه الدورة.

كما ألقيت كلمة حركة التحرير الوطني الفلسطيني في رام الله أكدت ان خيار الكفاح المسلح ما زال قائماً وان هذه الدورة ما هي الا استكمالاً لمسيرة النضال التي بدأها أبطال فتح الأوائل لمواجهة سياسة التعنت التي تنتهجها حكومة الاحتلال الهادفة الى ابتلاع الأرض وتهويد القدس ومواصلة نهجها العدواني والتنكر لحقوق شعبنا.

وأكدت الكلمة ان هذه الدورة هي دعوة صريحة لاقامة دورات مماثلة في كافة المحافظات لحماية السلام الفلسطيني.

والقى الأخ صائب نصار كلمة المحافظة أكد خلالها على ضرورة مواصلة النضال لابقاء العلم الفلسطيني خفاقاً والسلام الوطني صادحاً والحفاظ على الوحدة الوطنية لشعبنا وثمن



أحد خريجي الدورة يتسلم الشهادة في حفل التخريج.

جهود المشاركين في الدورة.

والقى الأخ صخر حبش عضو اللجنة المركزية لحركة فتح كلمة أكد خلالها ان خيار السلام هو خيار فلسطيني وأننا مع السلام العادل والشامل الذي يحقق لشعبنا حريته واستقلاله وان هذه النخبة من الخريجين ابناء فتح هي رديف لقوات الأمن الوطني الفلسطيني في الدفاع عن حقوقنا وحماية أرضنا وشعبنا من أي عدوان.

وأكد اننا بهؤلاء الشباب وغيرهم من أبناء فتح في كافة المواقع نستطيع احباط مخططات العدو وان تهديداته المتكررة باحتلال مناطقنا لن تكون سهلة ولن نكرر اخطاء الماضي وسندافع عن حقوقنا بكل ما أوتينا من قوة.

وشدد حبش على أهمية اقامة مثل هذه الدورات في كافة المناطق لأن خياراتنا المتعددة ما زالت مفتوحة خاصة في ظل تنكر الاحتلال وليكودي البيت الأبيض لحقوقنا الوطنية المشروعة وللاتفاقيات الموقعة مع منظمة التحرير الفلسطينية.

وقام بعد ذلك الخريجون بعرض بعض المهارات التي تدربوا عليها فقاموا بفك وتركيب أنواع مختلفة من الأسلحة وعرض أوضاع الرماية والتسديد المختلفة.

وفي نهاية الاحتفال قام العميد خالد مسمار وصخر حبش وأبو علي المطور بتسليم الشهادات على الخريجين.



تسليم الشهادات للخريجين

من الاتفاق الفلسطيني الاسرائيلي ودخوله حيز التنفيذ ومماطلات الطرف الاسرائيلي منذ توقيعه وحتى الآن. واوضح ان سياسة نتنياهو ترتكز على قاعدة عدم تطبيق المراحل في الفترة الانتقالية وصولاً لمرحلة الحل النهائي وهو مسيطر على معظم اراضي الضفة الغربية. وقال ان هذه السياسة التعنتية، وقوة الحركة الدبلوماسية الفلسطينية قد وحدت دول العالم ومنها الاتحاد الاوروبي باتجاه الموقف الفلسطيني وحقوق شعبنا واستطعنا اختراق المواقف الامريكية ولكنه اضاف ان كسب الموقف الدولي على أهميته يجب ان يدعم بترسيخ العمق العربي وتمتين القلاع حول فلسطين والتي اشار الى انها على مدى التاريخ موجودة في القاهرة ودمشق وبغداد، وايضاً في الرياض حالياً. وشدد الاخ المفوض السياسي العام على تنمية العامل الذاتي من خلال تحسين الأداء الفلسطيني والالتفاف الشعبي حول الأهداف الفلسطينية التي لا يختلف عليها احد والمتمثلة بقيام الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف.

وفي معرض شرحه للتطورات السياسية، اشار الى ضرورة تحصين البناء التنظيمي لحركة (فتح) باعتبارها الدعامة الرئيسية للدولة الفلسطينية والشعب الفلسطيني، وحث الكوادر الحركية في المعسكر وتنظيم منطقة رام الله على استمرار المبادرة والعمل والابداع واثبات الذات وبناء الانسان الذي هو منبع الفكر والعمل وصانع المعجزات.

في نهاية المحاضرة أجاب الاخ المفوض السياسي العام على عدد من الاستفسارات والاسئلة من اعضاء المعسكر المقام في منطقة الطيرة.

## أبو غربية يزور المعسكر

وكان الأخ عثمان أبو غربية مساعد القائد العام لشؤون التوجيه السياسي والوطني، المفوض السياسي العام قام بزيارة تفقدية (لمعسكر الشهداء) معسكر تنظيم حركة (فتح) في رام الله وبصحبته مجموعة من كوادر التوجيه السياسي والوطني وحركة (فتح) وبعد تفقده لتجهيزات المعسكر والاطلاع على حسن سير الامور فيه اشاد بمستوى العمل والتجهيزات والانضباط في المعسكر.

وفي اطار الزيارة القى أبو غربية محاضرة حول الوضع السياسي الراهن والتحديات، تعرض فيها لمجمل الوضع بدءاً