**Conclusion of Military Course for Fatah Members in Ramallah**

**Habash: Our Range of Options Are Still Open**
**Al-Mator: This Course Complements the Process of Armed Struggle**

Ramallah – In the presence of Sahar Habash, member of the Central Committee of the Fatah Movement, Colonel Khaled Masmar, Deputy Head of National Guidance, Abu Ali Al-Mator, leader of Fatah in Ramallah, Sa'eb Nasar, representative of the Governor, a number of prominent civilian and military figures, and members of the Legislative Council, the Fatah Movement in Ramallah concluded a two-week military course in which 80 members participated. During the course the participants underwent training in a variety of weapons and military skills, in addition to educational lectures in the "Martyr Majed Abu Sarar School" for staff training.

At the start of the ceremony the Palestinian national peace [anthem] was played, the participants stood for a minute of silence in memory of the martyrs, and one of the participants in the course gave a speech on behalf of his comrades in which he expressed happiness for the opportunity to participate in the course, which continues the process of armed struggle until liberation of the land, the establishment of an independent Palestinian state and realization of the pledge to the martyrs; he also thanked all those who took part in the success of the course.

Additionally, a speech was given on behalf of the Fatah movement in Ramallah, which emphasized that the option of armed struggle still exists and that this course complements the armed struggle which was started by the first heroes of Fatah in their struggle against the Israeli occupation government's policy of recalcitrance, which seeks to take over the land, to Judaize Jerusalem and to continue its path of aggression and ignore the rights of our people.

In the speech, the speaker stressed that this course is a frank call to hold courses of this type in all the governorates in order to protect Palestinian peace. Sa'eb Nasar gave a speech on behalf of the Governorate in which he emphasized the need to continue the struggle in order to keep the Palestinian flag waving and the national peace [anthem] playing and to preserve the national solidarity of our people. He also expressed his appreciation for the effort of the participants in the course.

In addition, Sahar Habash, a member of the Fatah Central Committee, gave a speech in which he stressed that the peace option is a Palestinian option and that we are for a just and comprehensive

peace which will obtain for our people its freedom and independence. He said that this group of graduates from Fatah constitutes a reserve for the Palestinian National Security Forces in defending our rights and defending our land and people from any act of hostility.

Habash emphasized that through these young people and others like them from Fatah in the other locales we will succeed in foiling the enemy's plans, since its repeated threats to conquer our land will not be simple, and we will not repeat the mistakes of the past and will defend our rights with full force. Habash also stressed the importance of holding courses of this type in the other regions since our various options are still open, particularly when the Occupation and the "Likud" White House ignore our legitimate national rights and the agreements signed with the PLO.

Afterwards the participants held a demonstration of the skills in which they were trained, dissembled and reassembled various weapons, and demonstrated various shooting positions. At the close of the ceremony Colonel Khaled Masmar, Sahar Habash, and Abu Ali Al-Mator presented certificates to the graduates.

**Abu Gharbiya Visits the Military Camp**

Othman Abu Gharbiya, the General Political Representative and Assistant to the General Commander for Political-National Guidance, paid a visit to the "Al-Shuhada" military camp, the camp of Fatah's *Tanzim* in Ramallah, accompanied by members of the staff of the Directorate of [National] Guidance and the Fatah Movement. After he saw the equipment in the military camp and learned of the proper functioning of matters there he expressed his appreciation for the level of the work, the equipment and the discipline in the camp.

During the visit Othman Abu Gharbiya gave a speech regarding the current political situation, and the challenges, in which he discussed the general situation since the Israeli-Palestinian agreement and its implementation alongside the false promises of the Israeli side since the signing until today. He clarified that Netanyahu's policy is based on the principle of non-implementation of the stages of the interim period leading to the final agreement while he controls most of the territory in the West Bank. Abu Gharbiya stated that this recalcitrant policy and the strength of Palestinian diplomatic activity have united the nations of the world, including the European Union, in favor of the Palestinian position and the rights of our people, and we have succeeded to break through the American positions. He added, however, that winning the importance of the international position must be supported by strengthening Arab backing and

increasing the discussion regarding Palestine, which historically has been in Cairo, Damascus, Baghdad and in Riyadh, too, today.

Abu Gharbiya also emphasized the development of the individual (element of self) through improving Palestinian conduct and the public support for the Palestinian goals, which are not in dispute, and which are expressed through the establishment of an independent Palestinian state with its capital in the holy Jerusalem.

In reference to the political developments he noted the need to reinforce the organizational structure of the Fatah, stressing that it constitutes a central echelon of the Palestinian state and the Palestinian people. He also urged the staff in the camp and in Fatah's *Tanzim* in Ramallah to continue to initiate and to act for self-renewal and stabilization, and for molding of the individual person, who is the source of thought and work and the creator of wonders. At the end of the lecture he answered questions from the members of the military camp, which is located in the area of Al-Tira.