

# עדכון מודיעין למפקדים

מודיעין פקמ"ז
ענף אוטונומיה
15.4.2001

## בפת"ח הוכרז מצב חירום וגיוס כללי והחלו אימונים צבאיים בנשק לפעילים ולאלפי צעירים

בעקבות כשלון פסגת קמפ דיויד הוכרז מצב חירום בתנועת הפת"ח אשר החלה להתכונן לעימות בכל המישורים החל מהכשרת התודעה לעימות וכלה באימונים צבאיים. מרוואן ברגותי מצוטט בעיתון פלסטינונא (גיליון 18 מ - 31 יולי 2000) כאומר כי כשלון המו"מ פותח את השער בפני העם הפלסטיני למימוש כל האופציות. הוא ציין כי קיים פרק זמן נרחב להשגת מוכנות ולהכרזה על גיוס כללי בשורות העם הפלסטיני. אמירתו של ברגותי לא היתה אמירת שווא. בפועל ערך מנגנון ההכוונה הפוליטית בשיתוף פעולה עם תנועת הפת"ח בחודשי הקיץ בשנת 2000 עשרות מחנות קיץ (לשם המחשה 3 מחנות בקלקיליה, 4 בשכם, אחד בסלפית, 15 בחברון, 4 בבית לחם, 4 ברמאללה, 3 בג'נין, 4 בטולכרם וברצועת עזה נערכו 40 מחנות) לצעירים בכל שטחי הרשות הפלסטינית במהלכם אומנו אלפי צעירים בשימוש בנשק ובתקיפת החיילים והמתיישבים הישראליים באמצעות ידויי אבנים וזריקת פצצות תבערה מאולתרות. כל זאת, תחת הכותרת של חובת ההתגייסות הכוללת לימין הרשות הפלסטינית בדבקותה בעמדות היסוד בהתמודדות עם ישראל בערך המאבק למימוש הריבונות הפלסטינית בשטחי 67' ובחתירתה הבלתי מתפשרת למימוש עקרון זכות השיבה של הפליטים לשטחי "פלסטין".






תמונות מאימוני הפת"ח שדימו תקיפת אזרחים ישראליים והכשרת צעירים ללחימה במחנות הקיץ.

20