```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLUMBIA
 3
 4    SHABTAI SCOTT SHATSKY, et al.,    )
                                        )
 5            Plaintiffs,                )
                                        )
 6    v.                                ) Civil Action No.
                                        ) 1:02-CV-02280 (RJL)
 7    THE SYRIAN ARAB REPUBLIC, et al., )
                                        )
 8            Defendants.                )
      _____)
 9
10
11
12
13              VIDEOTAPED DEPOSITION OF
14                  NADIME AL-BARAHME
15                 JERUSALEM, ISRAEL
16                 SEPTEMBER 11, 2012
17
18
19
20
21
22
23
24
25    REPORTED BY:  AMY R. KATZ, RPR
```

```
 1            Videotaped deposition of NADIME AL-BARAHME,
 2   taken in the above-entitled cause pending in the
 3   United States District Court for the District of
 4   Columbia, pursuant to notice, before AMY R. KATZ, RPR,
 5   at the American Colony Hotel, Pasha Room, Jerusalem,
 6   Israel, on Tuesday, the 11th day of September, 2012,
 7   at 9:48 a.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFFS:
12          LAW OFFICES OF DAVID I. SCHOEN
            By:  DAVID I. SCHOEN, ESQ.
13          2800 Zelda Road
            Suite 100-6
14          Montgomery, Alabama 36106-3700
            (334) 395-6611 / Fax (917) 591-7586
15          dschoen593@aol.com
16
17   FOR DEFENDANTS:
18          MILLER & CHEVALIER CHARTERED
            By:  TIMOTHY O'TOOLE, ESQ.
19               JOHN C. EUSTICE, ESQ.
            655 Fifteenth Street, NW
20          Suite 900
            Washington, DC 20005-5701
21          (202) 626-5800 / Fax (202) 626-5801
            totoole@milchev.com
22          jeustice@milchev.com
23
24
25
```

```
 1  APPEARANCES (Continued):
 2  ALSO PRESENT:
 3          MITCHELL COOPERSMITH, Videographer
 4          ALBERT AGHAZARIAN, Official Arabic Interpreter
 5          SHIMON BEN-NAIM, Official Arabic Interpreter
 6          GEORGE HAZOU, Check Arabic Interpreter
 7          MORDECHAI HALLER, Advocate
 8          AVI LEITNER, Advocate
 9          DINA ROVNER, Advocate
10          OSAMA SAADI, Advocate
11          JONATHAN ARNON, Advocate
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
 1                        I N D E X

 2   WITNESS

 3   Nadime Al-Barahme

 4

 5   EXAMINATION                                         PAGE

 6   By Mr. Schoen                                          7

 7

 8                      E X H I B I T S

 9   LETTER          DESCRIPTION                        MARKED

10   Exhibit A       Arabic Document
                     (Bates 07:000042)                      58
11
     Exhibit B       Arabic Documents
12                   (Bates 07:000035, 07:000038,
                     07:000039, and 07:000043)              74
13
     Exhibit C       Arabic Document
14                   (Bates 07:000041)                      89

15   Exhibit D       Arabic Document
                     (Bates 07:000040)                      93
16
     Exhibit E       Arabic Document
17                   (Bates 07:000055 to 07:000062)        106

18   Exhibit F       English and Hebrew Document
                     with Fax Header "Chairman
19                   Office Land"
                     (No Bates Number)                     130
20

21

22          Q U E S T I O N S   I N S T R U C T E D

23                  N O T  T O  A N S W E R

24                     PAGE        LINE

25                      63          19
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:30:22 | 1 | the questions as to what steps were taken to find |
| 10:30:28 | 2 | information or documents we requested? |
| 10:30:45 | 3 |     A.   Yes.  For one time, when I asked about this |
| 10:30:52 | 4 | document to Fadia, I asked if there were other bonds |
| 10:31:05 | 5 | related to the PFLP.  Her answer was that this is the |
| 10:31:14 | 6 | only available document. |
| 10:31:24 | 7 |     Q.   On that specific subject, her answer was that |
| 10:31:34 | 8 | that's the only available document? |
| 10:31:40 | 9 |     A.   There is a difference here.  There is no |
| 10:31:45 | 10 | implementation for payments.  There was nothing paid |
| 10:31:56 | 11 | to the PFLP except this payment. |
| 10:31:59 | 12 |     Q.   Except the payment in this transaction we're |
| 10:32:04 | 13 | talking about? |
| 10:32:16 | 14 |     A.   Exactly.  Because on the computer, the only |
| 10:32:19 | 15 | thing which appears is the beneficiary or the person |
| 10:32:23 | 16 | entering the contract.  We pay for the factions, and |
| 10:32:38 | 17 | of course, we assume that this definitely includes the |
| 10:32:43 | 18 | payments in other towns to the PFLP. |
| 10:32:45 | 19 |         CHECK INTERPRETER HAZOU:  "Factions of the |
| 10:32:47 | 20 | PLO." |
| 10:32:49 | 21 |         MR. SCHOEN:  Just make sure -- sorry.  Just |
| 10:32:50 | 22 | make sure it was correct on the -- I'm sure you are, |
| 10:32:55 | 23 | just that we are in agreement on the -- he said |
| 10:32:57 | 24 | "factions of the PLO"? |
| 10:32:59 | 25 |         OFFICIAL INTERPRETER AGHAZARIAN:  "Factions |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
10:32:59   1    of the PLO."
10:33:03   2             THE WITNESS:  The official factions that are
10:33:06   3    under the umbrella of the PLO, including the PFLP.
10:33:13   4        Q.   BY MR. SCHOEN:  And the another factions that
10:33:16   5    you named before?
10:33:18   6        A.   Yes.  The official factions of the PLO.
10:33:22   7        Q.   Yes.  When you say you pay for the factions,
10:33:25   8    there is a certain amount of money allotted to each
10:33:28   9    faction each month?
10:33:39  10        A.   To the best of my knowledge, no.  But this has
10:33:48  11    to do with the limited financial resources.  But there
10:33:53  12    is nothing wrong with this.  In Israel, they pay to all
10:33:58  13    factions, including the opposition.
10:34:00  14        Q.   I'm not suggesting there's anything wrong.
10:34:03  15    I'm just asking how the structure works.
10:34:07  16             Since the start of the PA, isn't it true that
10:34:10  17    the PA makes regular payments to each of the factions of
10:34:18  18    the PLO?
10:34:23  19        A.   Within the reasonable limits.  It's like rents
10:34:38  20    for offices, all faction headquarters.
10:34:44  21        Q.   When you say "within reasonable limits," you
10:34:47  22    mean --
10:34:49  23        A.   Within also the means that are available.
10:34:52  24        Q.   Meaning the amount -- if there is only a
10:34:57  25    certain amount of money available, the PA can only --
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
10:35:01   1    the PA can only pay a certain amount of money?
10:35:09   2         A.   This is an aspect.  There is another aspect
10:35:13   3    that has been agreed upon, that the PLO is responsible
10:35:23   4    for these factions, and it provides the minimum
10:35:28   5    requirement of its expenditure, including the rent
10:35:32   6    of the offices.
10:35:33   7         Q.   For each of the factions?
10:35:36   8         A.   Yes.
10:35:37   9         Q.   The PA is responsible for paying those
10:35:41  10    expenses?
10:35:41  11              OFFICIAL INTERPRETER BEN-NAIM:  "The PA"?
10:35:54  12         Q.   BY MR. SCHOEN:  The PA is responsible for
10:35:55  13    paying those expenses?
10:35:55  14         A.   The PA is part and it follows --
10:36:00  15              MR. SCHOEN:  It's what?
10:36:01  16              OFFICIAL INTERPRETER AGHAZARIAN:  "It's part
10:36:04  17    of the PLO."
10:36:05  18         Q.   BY MR. SCHOEN:  The PA runs the Finance
10:36:07  19    Ministry, for example?
10:36:11  20         A.   Correct.  But the PA has -- has been
10:36:20  21    established in the first place as a result of an
10:36:25  22    agreement with the PLO.
10:36:27  23         Q.   Yes.  An agreement -- the PA was established
10:36:29  24    as the result of an agreement between the PLO and who?
10:36:35  25    And some other party?  Between the PLO and some other --
```

```
11:31:11   1   in the name of the PFLP.
11:31:14   2              And she informed me further that she has been
11:31:21   3   searching for a period which is much larger in chunk
11:31:28   4   than what was requested.
11:31:29   5       Q.   BY MR. SCHOEN:  And when you say "this single
11:31:32   6   payment," as it was translated, you're referring to the
11:31:40   7   rental for the PFLP office that we spoke about earlier,
11:31:51   8   in Kalkilya?
11:31:52   9       A.   This is correct.  But this does not mean it
11:32:02  10   is a single payment for other offices that could be
11:32:06  11   other towns, such as Ramallah and Jenin and what have
11:32:12  12   you.  Because the payments come in the name of the
11:32:17  13   person that rents, so in the computer it appears in
11:32:25  14   the name of the person who rents.
11:32:31  15       Q.   Okay.  So if I understand you -- correct me
11:32:34  16   if I'm wrong -- a person could be a member of the PFLP,
11:32:50  17   renting an office for the PFLP, and the PA might pay the
11:32:58  18   rent for that office.  But she, in her search -- this
11:33:08  19   is the --
11:33:08  20              OFFICIAL INTERPRETER AGHAZARIAN:  Fadia.
11:33:09  21       Q.   BY MR. SCHOEN:  Fadia, in her search, might
11:33:15  22   not have been able to find that as a payment to the
11:33:20  23   PFLP simply because the record would show it -- the
11:33:30  24   record she had would be in his name, not in the name
11:33:38  25   of the PFLP?
```