USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                     Plaintiffs,

- against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                     Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a telephone conference in this matter on February 13, 2013, and having considered the Parties' submissions regarding the current expert discovery and disclosure deadlines;

    **IT IS HEREBY ORDERED THAT** expert discovery shall close on **June 28, 2013**.

    **IT IS FURTHER ORDERED THAT** Plaintiffs' Rule 26(a)(2)(A)-(C) Expert Disclosures and Reports shall be due on **March 25, 2013**.

    **IT IS FURTHER ORDERED THAT** Defendants' Rule 26(a)(2)(A)-(C) Expert Disclosures and Reports shall be due on **April 25, 2013**.

    **IT IS FURTHER ORDERED THAT** Plaintiffs' Rule 26(a)(2)(D)(ii) Rebuttal Expert Disclosures and Reports shall be due on **May 27, 2013**.

**SO ORDERED this 25th day of February 2013**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge