**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW et al.,

                       Plaintiffs,

      -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's February 27, 2013 letter request for an enlargement of time beyond that date to object to Magistrate Judge Ellis's February 13, 2013 ruling is DENIED.

Dated: March 6, 2013
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge