1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
2

3  ----------------------------------------X
                                           :
4  SOKOLOW, et al,                         : 04-CV-397 (GBD)
                                           :
5                      Plaintiffs,         : April 4, 2013
                                           :
6              v.                          : 500 Pearl Street
                                           : New York, New York
7  PALESTINE LIBERATION ORGANIZATION, et al, :
                                           :
8                   Defendants.            :
   ----------------------------------------X
9

10        TRANSCRIPT OF CIVIL CAUSE FOR RULE 11 MOTION
             BEFORE THE HONORABLE RONALD L. ELLIS
11               UNITED STATES MAGISTRATE JUDGE

12 APPEARANCES:

13 For the Plaintiffs:           ROBERT TOLCHIN, ESQ.
                                 The Berkman Law Office, LLC
14                               111 Livingston Street
                                 Brooklyn, New York  11201
15

16

17 For the Defendant:            BRIAN A. HILL, ESQ.
                                 Miller & Chevalier, Chtd.
18                               655 15th Street NW, #900
                                 Washington, D.C.  20005

19

20
   Court Transcriber:            SHARI RIEMER
21                               TypeWrite Word Processing Service
                                 211 N. Milton Road
22                               Saratoga Springs, NY 12866

23

24

25


   Proceedings recorded by electronic sound recording,
   transcript produced by transcription service

2

1          THE COURT: Good morning.  This is Judge Ellis.

2     Could I have your appearances beginning with the plaintiff?

3          MR. TOLCHIN:  Good morning, Your Honor.  Robert

4     Tolchin for the plaintiff.

5          MR. HILL: Good morning, Your Honor.  Brian Hill and

6     Marco Roshan for the defendants.

7          THE COURT: This is a conference in <u>Sokolow v.</u>

8     <u>Palestine Liberation Organization, et al.</u>, Case 04-CV-397.  It

9     is Thursday, April 4th at approximately ten a.m.

10         The conference was called to address the defendant's

11    request to file a motion for sanctions concerning certain

12    paragraphs in the plaintiff's complaint.

13         Before I address that, the defendants have made an

14    application for an extension of time to file liability expert

15    reports based on the additional time for the plaintiffs to --

16    that was granted for plaintiffs to file a limited number of

17    reports that were not ready.  I should -- I'll just advise

18    defendants that their letter will be so ordered and they will

19    be granted the additional time.

20         MR. HILL: Thank you, Your Honor.

21         THE COURT: Now, as to this question of whether or

22    not it makes sense to file a Rule -- a motion under Rule 11

23    for the paragraphs that are in dispute, let me first say that

24    with respect to the allegations in the complaint one, the

25    plaintiffs may assert affirmatively that they do not intend to

3

1   pursue the allegations and -- so as to going forward it seems

2   to me that the requirement to strike them is unnecessary under

3   the rule.

4          With regard to the question of whether or not

5   there's a question concerning the putting in of the

6   information in the beginning, the defendants -- I mean the

7   plaintiffs assert that the information relied on is privileged

8   and certainly that is something that a party can do in terms

9   of putting information in a complaint or any other pleading.

10  That of course would require the court to review the

11  information that is produced in order to determine whether or

12  not it formed a good faith basis for the inclusion in the

13  complaint.

14         So the practical impact of going forward with the

15  motion is that I don't know that it would require the

16  plaintiff to strike it if it's clear and unequivocal that they

17  do not intend to pursue the particular aspects -- factual

18  assertions that are in dispute and secondly, if there's a

19  challenge to the placing of information in the first place

20  that would require the court to do an in camera inspection of

21  the evidence presented by the plaintiffs.  So just on the

22  strict practical matter it seems to me that given where we are

23  I'm not sure that this will have any particular salutary

24  effect for the case.

25         MR. HILL: Your Honor, this is Brian Hill.  May I be

4

1    heard briefly?

2            THE COURT: Before you do that you might want to hear

3    what I have to say about the legal issue.

4            MR. HILL: Go ahead, Your Honor.

5            THE COURT: This was precipitated in part because the

6    plaintiffs had included Abu Halawa in the provisions of the

7    complaint that are being challenged.  After reviewing the

8    portions of the complaint that are at -- that are in dispute I

9    would note for the parties that the gist of the -- that there

10   are two things that are included in those portions.  One, it

11   is true that Abu Halawa is named individually and certainly

12   pursuing him as an individual would be problematic.  But

13   overall those portions of the complaint are addressed not at

14   that individual, although he was specifically named, but that

15   he and other John Does were acting on behalf of the PLO and

16   the PA and whether or not Abu Halawa is stricken, whether or

17   not he is the individual named it does not change the

18   essential nature of the complaint which is that these actions

19   done by these John Does whether -- indeed if the complaint did

20   not name anyone individually it would not change the essential

21   character of the allegations of the plaintiffs which is that

22   these actions were done within the scope of the -- those

23   agents, agency and employment by the PLO that they were done

24   on the direction and control of the PLO and the PA.

25           So as a legal matter I don't understand really where

5

1   we would be going if these -- if we were to strike any

2   particular individual and I don't think even -- though I

3   thought that the evidence about Abu Halawa was insufficient

4   and should not go forward as I said even given -- even if I

5   take that into effect I don't think that would mean that the

6   entire provisions would be stricken because the provisions do

7   not depend on the naming of a particular individual.

8           Now, Mr. Hill, you may respond to all of that.

9           MR. HILL: Thank you, Your Honor.  I'll start at the

10  end if I may.

11          THE COURT: Yes.

12          MR. HILL: I think there's a fundamental difference

13  in the way that the parties are viewing the motion.  The

14  intent of our motion was not to strike the words Abu Halawa

15  from the complaint.  The relief we are seeking is in fact

16  striking the entire content of the paragraph.

17          THE COURT: I understand that and that's why the last

18  part I mentioned because I'd like you to address why -- as I

19  said, this all came -- this all started when it seemed that

20  the basis for putting Abu Halawa --

21          MR. HILL: Halawa is how I say it, Your Honor.

22          THE COURT: Putting -- the court indicated that the

23  basis for having him in was not supported.

24          MR. HILL: Right.

25          THE COURT: But I understood you to be wanting to

6

1   strike the entire provisions but I did not find that his name

2   was an essential element of the overall allegations as I read

3   them.

4           MR. HILL: I agree with the court and that's why Mr.

5   Tolchin's response that they will withdraw Abu Halawa from the

6   equation is insufficient.  The fact of the matter is that we

7   went through 18 months of fact discovery and the plaintiffs

8   produced no evidence that anyone associated with either

9   defendant was involved in the attack on the Guettas.  We asked

10  for that information at the depositions.  We asked for

11  documents from the plaintiffs and they produced no evidence at

12  all until -- well, we'll get to whether or not the subsequent

13  identification is or isn't admissible evidence.

14          So we got through December 21st with no evidence and

15  with an admission from the plaintiffs in a letter to Your

16  Honor that if the -- one of the plaintiffs could not make an

17  eyewitness identification of one of the shooters they had no

18  case.  So the relief we're seeking is not just to get rid of

19  Abu Halawa.  It's to get rid of all of these allegations

20  because in our view they lack any evidence.

21          Now, the response we got from the plaintiffs was at

22  the time we made the complaint we had privileged information

23  indicating Abu Halawa was involved.  Your Honor, we have

24  received no privilege log describing this privileged

25  information.  The allegedly privileged information cannot come

7

1  from either of the percipient witnesses because we have

2  deposed them both and they have both said that they did not

3  know who did it.  So this allegedly privileged information on

4  which the case was allegedly based cannot be an attorney-

5  client communication and it has not been logged.

6       So to return to the question about how did we get

7  here with the case.  We are extremely troubled that we have

8  been through all of this litigation and the plaintiffs have

9  now produced no evidence to the court their underlying

10  allegations.  They have claimed it is privileged.  They have

11  not produced a privilege log and I would respectfully request

12  what Your Honor suggested which is that they be required to

13  submit that material in camera to you so you can make a

14  determination about whether there was a good faith basis for

15  bringing the lawsuit against these parties in the first place.

16       So let me then transition to where we are now.

17  After we sent the Rule 11 letter in January suddenly we got an

18  email from Mr. Tolchin shortly before his response to the Rule

19  11 letter was due claiming that Mrs. Guetta had identified the

20  photograph of someone Mr. Tolchin attached to his email and

21  said was a former employee of ours who is now deceased.  We

22  have no sworn testimony as to this identification.  This

23  identification was given to us after the close of fact

24  discovery and it appears to us to be an act designed to avoid

25  the very relief we're seeking here.  We simply think it is

8

1  inappropriate for a plaintiff to file a case without at least

2  substantiating that they had a basis for it in the first

3  place, go through 18 months of fact discovery, produce no

4  evidence at all to support the allegation and then after

5  discovery is closed when they have received a Rule 11 letter

6  and are within the safe harbor to provide us with an unsworn

7  alleged eyewitness identification of a stranger to a crime

8  that took place 12 years earlier.  We are confident based on

9  what Your Honor has said before that this identification

10  cannot be admitted at trial in this case.

11          THE COURT: Okay.

12          MR. HILL: I know we're not to admissibility yet.

13          THE COURT: But, again, just to be clear, and I may

14  be stating this more broadly than I intended.  It really

15  doesn't matter to me about the specific identification of Abu

16  Halawa because to me the thing that I would be interested in

17  is whether or not there's a good faith basis for the claims

18  against the PLO and the PA, not who was involved in -- not

19  that the John Does or the individuals involved because the

20  issue as I see it is whether or not the action of the

21  individuals whether they were identified or not can be imputed

22  to the PLO and the PA.  So if anything I wouldn't be

23  particularly interested in the identification because I gather

24  that whatever the identification was for this person, how bad

25  it was or how good it was you might as a lawyer rely on that.

9

1           But from a legal point of view, and I said this --

2   this is not a factual dispute to me.  This is a legal dispute

3   as to whether or not the allegations linking the PLO and the

4   PA to the actions of these individuals had support -- it could

5   be an allegation in the complaint.

6           MR. HILL: Your Honor, let me make two points and

7   then I think I will have said all I wish to say without

8   hearing from you further or Mr. Tolchin.

9           I'm focusing on the identification of Mr. Maurar

10  which was given to us for the first time in February of this

11  year because that is literally the only evidence linking the

12  PA and the PLO to this crime.  There is not --

13          MR. TOLCHIN: That's not true.

14          MR. HILL: Well, you'll get your chance, Mr. Tolchin.

15          There is not a document that indicates who did this

16  or how they might have been connected to the PA or the PLO.

17  The only link in this chain is this eyewitness identification

18  and, Your Honor, I submit that that's exactly what the

19  plaintiffs told you last fall when they were trying to get

20  photos of people associated with my client so they could show

21  them to their client in the hope that their client would pick

22  someone.  What had happened is Your Honor denied that because

23  you said look, that's not going to be admissible.

24          But they went ahead and found a picture of somebody

25  they say is associated with us and showed it to her and she

1   said that that's the person now but that is it, Your Honor.

2   There is not a single document indicating who did this crime

3   or that the PA or the PLO had anything to do with this crime.

4   That's it.  It's just this ID.

5           I want to make this point about filing the case in

6   the first place.  Everyone seems to agree, and the plaintiff

7   is frankly estopped from denying this, that she did not make

8   an identification of Mr. Maurar until after discovery closed

9   in the case.  So this complaint was filed in 2004 without this

10  supposed eyewitness identification of Mr. Maurar on which the

11  plaintiffs are now relying.

12          So as I said before, I do think it's entirely

13  appropriate and I would urge the court to do so, to require

14  the plaintiffs to produce to the court whatever information

15  they had at the time they filed this complaint that they

16  believe provided a good faith basis for these factual

17  allegations because we believe in all candor, Your Honor, that

18  there is none.

19          THE COURT: Mr. Tolchin.

20          MR. TOLCHIN: Thank you, Your Honor.  I'll start from

21  a different point.  I agree with Your Honor completely that

22  the identification of Abu Halawa is a tree and it's just a

23  tree within the forest.  The larger picture is obviously

24  regardless of whether it was Abu Halawa, this other individual

25  that was identified or anyone who's been named as John Doe

11

whether they were sponsored, encouraged, aided, supported or

employed by or an agent of the defendant.  So I agree with

that.

        The issue about submitting materials for in camera

review, I believe that the law has changed in that area.  That

used to be how things were done with the older version of Rule

11.  My understanding is that the safe harbor provision of

Rule 11 which was enacted I think at least -- in the

amendments at least 10 years ago provides that where defendant

has made a Rule 11 motion -- where defendant based on an

allegation it's frivolous the defendant -- it doesn't have to

be a defendant.  The party who thinks something is frivolous

serves a notice on the other side and says I think it's

frivolous and I'm going to file a Rule 11 motion unless you

withdraw it.  Once the other side withdraws it or declares

that it's not going to pursue it then the issue of Rule 11 is

over.  There is no -- the entire meaning is safe harbor.  The

inquiry does not continue as to whether it should have been

alleged in the first place.

        So I don't think that -- I don't know if Your Honor

meant to direct that that's how we would proceed or if Your

Honor was saying that it doesn't matter because of the first

issue that I mentioned.

        THE COURT: Here's where I am so that you both

understand.  If the plaintiff's position is that they will not

1   be pursuing the claims that are in Paragraphs 55 through 58

2   and 60 and you make that clear.  I think that would comply

3   with Rule 11 in the safe harbor.  What's not entirely clear to

4   me is -- because I think those claims that are in -- if you're

5   going to use that as your safe harbor out that claim is not

6   about Abu Halawa.  That claim is about whether or not the

7   incidents that are described by the John Does are attributable

8   to the PLO and the PA which means that substituting somebody

9   else in won't help those claims because you can't make them by

10  substituting somebody for Abu Halawa.

11          So even if the witness identifies somebody

12  afterwards if -- at that point you cannot pursue those claims

13  because your safe harbor option was that you indicated that

14  you would not pursue the claims.  It's not just the claim

15  related to Abu Halawa.  It's all the claims that are in those

16  paragraphs.  As long as we understand that.

17          MR. TOLCHIN: So let me clarify what our intention

18  is.  We withdrew or we stated that we would not pursue the

19  claim that Abu Halawa was involved in this attack.  Not

20  because I don't think he was, not because he wasn't a really

21  bad guy who if he didn't do this attack did a lot of other

22  attacks and was certainly sponsored by the defendants.  Not

23  because of any of that.  That's just because of technicalities

24  of truth and the sources of information that we had make it so

25  that we are constrained to say that we will not pursue the

13

1    claim that Abu Halawa himself did this.  However -- so that's

2    only withdrawn under the safe harbor and the claim that the

3    defendants --

4              THE COURT: What I'm saying to you is that I don't

5    find that is an adequate safe harbor response.

6              MR. TOLCHIN: Let me finish if you don't -- I have

7    more to say.  May I?

8              THE COURT: Go ahead.

9              MR. TOLCHIN: The motion, the Rule 11 motion or the

10   proposed Rule 11 motion that the defendants have served

11   [inaudible] down to -- they say that plaintiff alleged that

12   Abu Halawa did this and Abu Halawa worked for the defendants

13   and therefore because we can't prove that Abu Halawa did it

14   therefore the defendants have no liability.  That's what they

15   say.

16             We've withdrawn the claim that Abu Halawa did it and

17   we have said that we intend to prove that the defendants have

18   some liability here without proving that Abu Halawa did it.

19   Now, what they're trying to do is move to dismiss.  They're

20   transforming -- transmogrifying a Rule 11 motion into a motion

21   to dismiss or a motion for summary judgment.  They've already

22   moved for sum -- there have already been multiple motions

23   addressed to the pleadings in this case and they're on the

24   brink of the point where summary judgment motions will be the

25   next step.

1          So what they're saying is they don't think we have

2    proof that Abu -- that the defendants can be held liable for

3    those attacks.  The natural way to raise that is in a summary

4    judgment motion.  Other than this issue of Abu Halawa their

5    motion, their proposed motion has not raised a Rule 11

6    frivolous frivolity claim at all.  The only thing they really

7    addressed in their motion is this you can't prove a link to

8    Abu Halawa and therefore we're off the hook argument.

9          So I believe that we are completely and totally

10   within the safe harbor.  We've withdrew the one specific thing

11   that they complained about and everything else they're saying

12   is a -- it's a wolf in sheep's clothing.  It's a summary

13   judgment motion dressed up as a Rule 11 motion putting the

14   burden backwards being served with no exhibits, no

15   attachments, no citations, no anything and being put in a

16   posture that's prejudicial and for some reason puts this one

17   particular issue which is really just one attack out of seven

18   in this case for some reason on a different track -- on a

19   different tack from all the others.

20          THE COURT: Well, I understood the defendant's

21   argument to be that they have sought to find the link to the

22   PLO and the PA in the allegations that are there, that the

23   link appeared to be Abu Halawa and that was proved to be non

24   existent or at least not provable at this point and that in

25   the absence of some other link then the entire provisions

1   fall.  I'm not exactly sure what's lurking in the wings.  I

2   understood them to be concerned that you're now going to try

3   to establish a link by bringing in Maurar who has some link to

4   PA and establish the link that way.

5          Now, if you have some other -- if you have some

6   other basis for saying that all of these were authorized and

7   solicited by the PLO and the PA other than the fact that one

8   of the perpetrators or several of the perpetrators were either

9   members of the PLO or the PA then I understand all the

10  defendants are saying is we didn't see any other link.  We

11  tried to find another link and we challenge the entire

12  provision because we think that the linchpin was Abu Halawa.

13         MR. TOLCHIN: Your Honor, it sounds like what you've

14  just articulated is a summary judgment motion argument.  If

15  they think there's no evidence, if they think it can't be

16  proven whether by -- there's many ways to skin a cat like this

17  and I have an idea of the person who did it.  You can have

18  someone who --

19         THE COURT: Counsel, regardless of what it sounds

20  like contention interrogatories often sound that way.  If they

21  ask you for -- I don't know everything that's happened in

22  discovery but if they ask you for the basis for anything that

23  was in those Paragraphs 55 through 58 and 60 and you didn't

24  have anything then that certainly would be the basis for a

25  Rule 11 questioning from them.  So are you saying that they

16

1  never asked you about any of the allegations in these

2  paragraphs?

3          MR. TOLCHIN: No, I'm not saying that, Your Honor,

4  but Mr. Hill says to you there is no documents that proves it.

5  Well, maybe there is no documents.  Maybe we can prove it was

6  an expert.  Maybe we can prove if that's a pattern and

7  practice that there were 400 other attacks of a similar nature

8  at a similar place using the same modus operandi.  There's

9  many ways to prove it without necessarily having an ID of one

10  of the attackers or without having a document.  I don't know

11  what document Mr. Hill thinks there might be.  If he thinks

12  there's a memo to terrorist headquarters saying carry out an

13  attack today.

14          THE COURT: Mr. Tolchin --

15          MR. TOLCHIN: There's many different -- yes.

16          THE COURT: -- you're correct.  It does not require a

17  document.  Indeed the fact that you alert that it's privileged

18  could suggest that it's a conversation you had with somebody.

19          MR. TOLCHIN: Very correct.

20          THE COURT: But the important thing is that whatever

21  basis there was existed at the time you wrote the complaint --

22  as I said, it does not have to be in writing.  I mean I did

23  not ascribe to -- although Mr. Hill may have said there was no

24  document, I don't think -- I wouldn't interpret that to be his

25  position that the only support one could have for anything

1   that's in a complaint has to come from a written document.

2   Otherwise we wouldn't be deposing people in cases.

3          MR. TOLCHIN: I think that kind of was his position.

4   He said to Your Honor that there was -- that we've had all

5   this discovery and he invokes the December 21st cutoff date,

6   conveniently not reminding Your Honor that he produced far

7   more discovery after the cutoff date than before but he says

8   we've had no documents in all this discovery that speaks to

9   this.  That was his big argument.  There's no documents.

10         MR. HILL: Well, Your Honor, let me just clarify if

11  there's some confusion on the record here.  I deposed both

12  Mrs. Guetta and Mr. Guetta who were the only witnesses the

13  plaintiffs identified as having knowledge of the attack.  Mr.

14  Guetta said he did not see the attackers.  Mrs. Guetta said

15  she saw the face of one of them but she did not know who he

16  was.  So unless there's another witness that the plaintiffs

17  have not disclosed to me under Rule 26 those are the

18  witnesses.  They have no knowledge of the identity of the

19  person or at least at the time they were deposed who attacked

20  them and there are no documents indicating who did it or how

21  the PA or the PLO might have supported the persons who did.

22         MR. TOLCHIN: The motion --

23         THE COURT: Well, the bottom -- okay, Counsel, the

24  bottom line is this.  It does appear to me that the defendants

25  have called into question whether or not there was a good

18

1   faith basis for the allegations in those paragraphs.  To the

2   extent that they called the entire paragraph into question it

3   cannot be remedied by taking Abu Halawa out of the equation

4   because indeed as even the plaintiff concedes we're talking

5   about something broader than this individual.  So whether or

6   not he's identifying -- whether or not he's implicated the

7   question still remains as to whether or not the allegations --

8   remember, we're talking about the two defendants in this case

9   being one of the -- well, two of the defendants in this case

10  being the Palestine Liberation Army and the PA.

11          If you're going to have paragraphs in your complaint

12  implicating them the other side has a right to the basis for

13  those allegations and in addition the plaintiffs in writing

14  their complaint have to have a good faith basis for making

15  those allegations.  You're right, Mr. Tolchin, that you can

16  prove it in many different ways but you have to know what

17  those ways are at the time you made the complaint.

18          MR. TOLCHIN: What you have to have is a good faith

19  basis to believe that these facts can be established.

20          THE COURT: And there has to be some objective reason

21  for that good faith basis.

22          MR. TOLCHIN: Correct.  Just to be clear, you don't

23  need to have your -- you don't need to have your whole direct

24  case ready.  You need to have a good faith basis to believe

25  that what you're alleging will be established with the aid of

19

1  discovery.

2          THE COURT: Right.  Just so that we're on the same

3  page, you have to have -- a good faith basis has to be based

4  on something objective, not whether or not you think that the

5  PLO and the PA are involved in all of this.  I can't -- you

6  understand you can't just think that they're bad actors and

7  therefore you have a belief that they're involved.  There has

8  to be something objective that you need to present to me, not

9  your personal belief or that you think they're bad and they're

10 involved in a lot of stuff.

11         MR. TOLCHIN: Okay.

12         THE COURT: I think that -- go ahead.

13         MR. TOLCHIN: The proposed motion that they've -- I

14 keep coming back to this.  The proposed motion that they've

15 proposed filing is regardless of how Mr. Hill tries to recast

16 it now.  If you read it it talks only about the Abu Halawa

17 link and how without Abu Halawa all of this goes and we said

18 no, we withdraw the claim about Abu Halawa but the rest of the

19 allegations we're standing on.

20         The focus of their motion if you delete -- if you go

21 with a redacting pen and black marker and cross out every Abu

22 Halawa the rest of the motion makes no sense.

23         THE COURT: Mr. Tolchin, I think -- I'm not sure

24 whether you are necessarily reading -- listening now to Mr.

25 Hill but what Mr. Hill said is -- and again if this is

20

1    incorrect you can correct him but he said he tried to find out

2    the basis for the allegations in those paragraphs.  The only

3    thing that you put forth were two witnesses who did not seem

4    to support it.  The paragraphs not only talk about Abu Halawa

5    but the link between these actions and the PLO and the PA hit

6    what -- his point is is that you haven't given him any

7    [inaudible] for what's in Paragraph 55 making the PLO and the

8    PA.  Nobody testified to it.

9            At this point as far as I can tell Mr. Hill has no

10   idea what evidence you will present at trial to satisfy the

11   allegations in Paragraphs 55 through 58 and 60.

12           MR. TOLCHIN: I can't believe that.  I can't believe

13   he has no idea, Your Honor.  Just to start with, what Mr. Hill

14   said -- he was saying we put forth two witnesses.  Even that

15   is a sneaky substitute.  The two witnesses were the victims of

16   the attack, crime victims.  People who had guns put in their

17   face and were shot at.  Now, is it really reasonable for Mr.

18   Hill to be saying that we asked them do you know if the

19   organizational structure of the defendants and who sent out

20   these people who attacked you and they said they didn't know.

21   Is that even an intelligent thing to -- an intelligent

22   argument to make?  Of course they don't know.  You wouldn't

23   expect them to know.  Nobody would.  It's absurd to even say

24   that.

25           THE COURT: Aren't these the same --

21

1          MR. TOLCHIN: Obviously this case -- what?

2          THE COURT: Aren't these the same people that you

3    represented these things were indelibly marked in their minds?

4          MR. TOLCHIN: One of them.  One of them and actually

5    identification that we had.  But even so I mean [inaudible]

6    from there.  She can't link that man to the PLO.  She can't

7    link that man to the PA.  She just says I see that picture and

8    that's him.  That's the maximum evidence she could ever give.

9    It's the maximum evidence anyone could suspect, could ever

10   expect her to give.  Linking him to the defendants showing

11   that this attack and attacks like this were part of their

12   pattern and practice and their modus operandi at the time,

13   that the people who were caught doing these attacks were all

14   found to be linked to the defendants, she can't know any of

15   that.  She can't know the -- anything about how the defendants

16   encouraged people to go out and do exactly attacks like this,

17   about how people who did attacks like this in this location

18   had streets named after them and holidays and were given

19   prizes and their families were given awards, rewards,

20   financial payment, how people who got arrested for doing

21   attacks like this are getting pensions from the defendants

22   that they call martyr payments.

23          THE COURT: Well, I --

24          MR. TOLCHIN: How can the plaintiffs know anything

25   about that?

22

1          THE COURT: I --

2          MR. TOLCHIN: [Inaudible] the rest of the case.

3          THE COURT: But if I understand you correctly the

4    issue here isn't whether or not any particular individual

5    who's put forth as a witness can make the link that you're

6    talking about but the question is what evidence do you have to

7    support the allegations that are in those paragraphs.  It

8    sounds to me as if you're saying that the evidence you have is

9    that it's pattern and practice.

10         MR. TOLCHIN: That's a lot of it but I'm saying that

11   the way to deal with this is make a motion for summary

12   judgment if you don't think we don't have the evidence.  We'll

13   oppose the motion and you'll see exactly what our case is.  To

14   [inaudible] the Rule 11 motion is -- it's not -- I can't tell

15   you more clearly.  It's not constructive.  If they had a

16   problem with this complaint as a pleading matter the time to

17   address it was ten years ago when my predecessor counsel filed

18   this complaint.

19         THE COURT: Okay.  Mr. Tolchin --

20         MR. TOLCHIN: That's when they moved to --

21         THE COURT: Mr. Tolchin, let's be clear.  If you --

22   and again these are discovery issues.  If the defendant asked

23   you what witnesses or evidence you have to support the

24   allegations in the complaint that's reasonable discovery.  If

25   you don't put anything forward to support it they have a right

1  to know the basis for the allegations in the complaint.

2  That's not a summary judgment issue.  That's contention.  If

3  you make a contention the other side has a right to know the

4  basis for the contention.  It could overlap some of the issues

5  in summary judgment but I'm still not sure what it is that

6  you -- what transpired between the parties with regard to the

7  support for the allegations in Paragraphs 55 through 58 and

8  60.  I take it there was --

9            MR. TOLCHIN: Your Honor, I don't think we disagree.

10  I think they're saying the same thing perhaps in different

11  ways.  As I see it the purpose of discovery demands including

12  contention interrogatories and the like is that now when they

13  make their motion for summary judgment they will presumably

14  tell the court we asked this question, this is the answer we

15  gave and here's why we don't think it's a case and we'll

16  respond saying no, it is a case and here's why.  The Rule 11

17  motion is something completely different.  They're saying ten

18  years ago when your predecessor counsel filed this complaint

19  what did you know that made you think that this was a viable

20  allegation.

21            THE COURT: Okay.

22            MR. TOLCHIN: Two or there motions to dismiss

23  vacating a default judgment, all this discovery down the road

24  and on the brink of summary judgment coming back to an

25  allegation in a ten year old pleading just is not

24

1   constructive.  I don't see why they're pursuing -- why they're

2   pressing this point.

3          THE COURT: Just to be clear, Mr. Tolchin, you said a

4   number of things and I'm not sure where we are.  At one point

5   I think your response to defendants was that some of the

6   information you relied on was privileged and in a large part

7   of the presentation you just made you're suggesting that this

8   information is part of a pattern and practice which when

9   you --

10          MR. TOLCHIN: The naming of Abu Halawa was based on a

11  privileged communication.  That's what we said was privileged.

12          THE COURT: Okay.

13          MR. TOLCHIN: Why did we name Abu Halawa specifically

14  was based on that.

15          THE COURT: Okay.

16          MR. TOLCHIN: Me personally I'll be candid.  If I

17  were filing this complaint, if I were the lawyer who drafted

18  the complaint, I would probably have left out specific names.

19  I would have just said the defendants and their agents,

20  servants and employees but --

21          THE COURT: Well, and I might have done the same

22  thing but -- so if I understand correctly though, if you or I

23  had filed the complaint and it said their agents then the

24  question would be -- forgetting for the moment the part that

25  talks about Halawa, the part that becomes important for

25

1  discovery purposes is this phrase.  Acting pursuant to the

2  authorization, instructions, solicitation and directive of the

3  PLO and the PA and within the scope of their -- okay.  Just

4  that part.  There's been no discussions or requests from the

5  parties that address that portion of 55 for example.

6           MR. TOLCHIN: That's not correct.  There's been

7  plenty.  That is the main theme for example of our expert's --

8  aiming theme of our expert's reports.  We have developed much

9  evidence.  Some of it, in fact much of it produced by the

10 defendants after the close of discovery when they produced

11 almost all of the discovery they provided us came after the

12 close of discovery.  Much evidence of the payments to these

13 criminals, pensions paid to these criminals, employment

14 records showing that these criminals worked for them.  We have

15 videos of agents and servants and employees of defendant's

16 [inaudible] people to go out and do things like this, praising

17 people who did things like this.  Certainly not saying stop

18 doing this.

19           THE COURT: Okay.

20           MR. TOLCHIN: Leaving things around on TV saying --

21           THE COURT: Mr. Tolchin --

22           MR. TOLCHIN:  -- only by killing by Jews that we

23 will -- we were being --

24           THE COURT: Mr. Tolchin.  Mr. Hill, I'm sure you've

25 been listening to this attentively.

26

1          MR. HILL: I have, Your Honor.

2          THE COURT: It sounds to me as if much of what forms

3    the basis for the paragraphs that are in dispute concerning

4    how it implicates the PLO and the PA is not going to be -- was

5    not based on individual information but as Mr. Tolchin calls

6    it pattern and practice, is it your position that you've asked

7    these questions and you either were unaware that this was the

8    basis for the allegations or do you think that it's an

9    improper basis for the allegation?  I'm not sure what your

10   position is.

11         MR. HILL: It would be the latter, Your Honor.  We

12   did ask in an interrogatory which we had to get Your Honor to

13   order them to answer which said state the factual basis for

14   your contention in Paragraph 60 of the first amended complaint

15   that the January 8, 2001 shooting "was planned and carried out

16   by Abu Halawa and the John Doe defendants acting as agents and

17   employees of the PA and PLO and within the scope of their

18   agency and employment pursuant to the prior authorization,

19   instructions, solicitations and directions of defendants PLO

20   and PA in furtherance of the goals and policies of defendants

21   PLO and PA and using funds, weapons, means of transportation

22   and communication and other materials, support and resources

23   supplied by defendants PLO and PA for the express purpose of

24   carrying out this attack and terrorist attacks of this type."

25         The answer we got was in response to this

27

1    interrogatory plaintiffs state number one, that Mrs. Guetta
2    has identified Fazi Maurar as her attacker; two, that officers
3    and employees of the PA security and police forces carried out
4    numerous attacks on Jewish and Israeli civilians in the same
5    are during the same time period using the same modus operandi;
6    three, that additionally in order to avoid repetition
7    plaintiff hereby incorporates by reference their answers to
8    Interrogatories 13 to 14 and 15 to 18 above which don't add
9    anything to what I've just read.
10           So the two prongs in the interrogatory to support
11   Paragraph 60 which is one of them at issue is the
12   identification, the alleged identification of Mr. Maurar and
13   the sort of evidence Your Honor was talking about earlier that
14   they think we're generally bad people who have done bad stuff,
15   and our position is at the time they filed the complaint they
16   did not have this alleged identification of Mr. Maurar.  So
17   that could not have formed the basis on which to base the
18   complaint and as Your Honor remarked earlier it's not enough
19   to just think the defendant is bad and therefore you sue them
20   for a tort, let alone an intentional tort like violating the
21   anti-terrorism act.
22           So we would request that the court require the
23   plaintiffs to submit in camera if they claim it's actually
24   privileged the information that they had at the time they
25   filed the complaint on which they base the allegations in

1   Paragraphs 55 to 58 and 60 and Your Honor can look at that ex

2   parte if you have to to determine whether or not there was in

3   fact an objective good faith basis to sue my clients and

4   require us to go through the ten years of litigation, not to

5   mention the burden that it's been on the court for the last

6   ten years.  That's the purpose of Rule 11 is to prevent people

7   who don't have an objective good faith basis from hailing a

8   defendant into court and requiring them to defend themselves

9   against frivolous allegations from doing so and we

10  respectfully submit that we've made at least an initial

11  showing required to get Your Honor to take a look at this and

12  see whether or not the plaintiffs actually complied with their

13  Rule 11 obligation and if they didn't we'll leave it to the

14  court to fashion an appropriate sanction but we think it is at

15  least stopping this portion of the case from continuing any

16  further since it appears to be based nothing more -- on

17  nothing more than the animus of the defendants towards the

18  defendants.

19        THE COURT: Okay.  Well, I hear what you're saying

20  although I have to tell you I've gotten a different message

21  from the plaintiff than you've gotten.  While I share your

22  concern about the Maurar issue as to whether or not that's a

23  basis, it seems fairly clear to me that basically what the

24  plaintiffs are relying on it's more than just simple animus.

25  It may not rise to the level of proof that the court might

29

1 find compelling but I do understand what it is that Mr.

2 Tolchin is saying.

3      MR. HILL: Well, what it says to me to be saying,

4 Your Honor, and maybe I misheard him, is that he thinks other

5 crimes were committed by people associated with my client.

6 The fact that other people associated with my clients may have

7 committed other crimes is not a Rule 11 objective basis to

8 believe that they committed this crime.

9      THE COURT: Okay.  I thought he was saying more than

10 that but again let's -- let's do this -- first of all, he did

11 not say that what he would be submitting to me on this was

12 just the privileged information because he said that was

13 only -- that only had to do with Abu Halawa.

14      As to the basis for the other allegations in the

15 complaint linking the PLO and the PA it's a much broader

16 pattern and practice which involves not only actions that took

17 place in similar circumstances but experts who will talk

18 about -- you have the expert reports I suppose.  I don't know

19 if these are the same experts that Mr. Tolchin is talking

20 about but it's more than just bad animus and I have no reason

21 to believe that any attorney would just say they did bad

22 things and -- over in this location; therefore he must have

23 done bad things here.

24      So what you're asking is not for me to look at

25 something which is simply privileged but to basically

1   determine whether or not the information that the plaintiffs

2   have put together concerning any link to the PA and the PLO is

3   sufficient as a legal matter.  As I've listened to this the

4   one thing that -- the one conclusion I've come to is that Mr.

5   Tolchin is probably right that this is -- the testing of

6   whether or not the information that the plaintiffs put forth

7   as support for the PLO and the PA link probably works better

8   when all of the evidence is considered in a dispositive motion

9   because I think based upon what I've heard a lot of what the

10  plaintiffs are setting forth has to do with what reasonable

11  inferences can be made from the similarities, the context of a

12  number of different things happening.

13          As I said before, you can't just say they're bad

14  actors and therefore every bad act gets attributable to them.

15  I know sometimes people think the police do that and they

16  filed every crime that's remotely linked to somebody that they

17  pick up.  But I understood Mr. Tolchin to be saying something

18  broader and more intricate in terms of its proof.  Whether or

19  not that suffices as a matter of law for proof that's a

20  different question as to whether or not a lawyer having that

21  kind of information is justified in putting it in the

22  complaint.

23          It's not a simple matter of them submitting

24  something to me in camera because as I understand it we're

25  talking about a more complicated nuance putting together links

31

1  from A, B and C and having somebody tell you why all those

2  links make sense.  We're not going to have, for example, an

3  evidentiary hearing in which somebody is going to point these

4  things out to me, not for this Rule 11 issue.

5          MR. HILL: Your Honor, so I'm not quite sure where we

6  are.  Are you -- have you made a ruling or are we having a

7  discussion at this point?  I'm not quite sure what the next

8  step is in the process.

9          THE COURT: Well, my ruling is this.  Based upon what

10  Mr. Tolchin has said concerning the basis for the allegations

11  in those paragraphs of the complaint one, it's not a simple

12  matter of presenting something to me for in camera review.

13  Secondly, the basis for those allegations are tied into the

14  total evidentiary proof that the plaintiffs intend to make

15  concerning the link between the PA, the PLO and the incidents

16  which they have attributed to them.  That involves a mini

17  trial and it seems to me that's inappropriate for -- to have a

18  mini trial on the adequacy of their proof prior to you having

19  a trial or any motion.

20          So I think to the extent that a lawyer has a --

21  whether you call it a pattern and practice or an expert to say

22  why it's reasonable to believe that acts done by actor A or

23  attributable to entity B and C, that's not -- if you have that

24  kind of complexity it seems to me it would be difficult to

25  make out a case that it should not be -- if the basis for a

1  Rule 11 sanction for putting it in the complaint.  So I don't

2  see this as playing out as a Rule 11 sanction.

3          MR. HILL: Your Honor, if I could just be heard on

4  one distinction that may have been lost in the course of our

5  conversation here.  The issue of course is whether there was

6  an adequate factual basis at the time the complaint was filed.

7  I have not yet seen the expert reports that links the PA and

8  the PLO to the attack on Mr. and Mrs. Guetta.  If it's

9  forthcoming I haven't got it yet.  But that report did not

10  exist when this was filed in 2004.

11          So our point is that we should not have got to this

12  point and that's what Rule 11 is designed to protect a party

13  against.  It's not a situation where if you pick a defendant

14  who happens to be liable without a basis and you file a

15  complaint and then discover a basis in liability that you

16  never [inaudible] proceed to judgment against that defendant

17  which is the hypothesis that Mr. Tolchin is apparently

18  spinning out here.  It is rather the case that the defendant

19  is entitled to not be put through the process and the purpose

20  of Rule 11 is to require the court to police plaintiffs and

21  make sure that they have a good faith basis for the

22  allegations in the complaint.

23          The plaintiffs have admitted that they have no

24  evidence, or at least no evidence they will share that

25  connected the PA and the PLO to this attack at the time that

33

1  the complaint was filed.  They did not have the ID of Mr.

2  Maurar.  That's obvious because when I asked the plaintiffs

3  about it they said they didn't have it.  So they claim to have

4  an ID of somebody else which they've now retreated from and

5  withdrawn.

6          So I think it's only fair to the defendants and

7  frankly to the court -- you spent a lot of time dealing with

8  this issue -- that the plaintiffs be required to make the

9  minimal demonstration that at the time they filed the

10  complaint they had a good faith basis to believe the PA and

11  the PLO were connected to this attack.  That's what I would

12  ask the court to allow us to do either by requiring the

13  plaintiffs to submit, which shouldn't be very much stuff

14  frankly, to Your Honor to look at in camera if Your Honor

15  prefers or allow us to make the motion and they can respond

16  and put on the record what information they had at the time

17  they filed the complaint that they believed constituted a good

18  faith basis.

19          THE COURT: Well, I hear what you're saying although

20  as you say it in the context of this case you understand that

21  any time a lawyer puts something in a complaint that may

22  require expert testimony you could make the same complaint

23  you're making now.

24          MR. HILL: Yes, Your Honor, but you're not going to

25  be able to [inaudible] the case based only on expert

34

1   testimony.

2           THE COURT: But what I'm saying though is if a lawyer

3   believes that -- I mean let's state it starkly for this case.

4   If you look at an incident and you talk with some individuals

5   who may say this fits the pattern of some of the other cases,

6   we think we'll be able to prove when we analyze it that it's

7   part and parcel of the modus operandi.  Are you suggesting

8   that that would be a Rule 11 violation?

9           MR. HILL: Yes, Your Honor, particularly in the

10  context of this case where the plaintiff testified that she

11  could not tell whether her attackers were Israeli or

12  Palestinians.  The notion that other crimes have been

13  committed by other people and therefore these defendants are

14  liable is not a sufficient Rule 11 basis to sue these

15  defendants.

16          THE COURT: But, again, what you suggested as the

17  problem I don't see as a problem.  I don't think this is based

18  on the identification.

19          MR. HILL: I disagree, Your Honor.  I think the

20  reason Abu Halawa is in the complaint is because the plaintiff

21  had someone tell them in what they claim is a privileged

22  conversation which by the way I don't see how it could

23  possibly be privileged given the fact that it obviously didn't

24  come from their client that Abu Halawa did it.  It was on the

25  basis of that communication with who knows who that the

1   complaint was filed.  That's what the record has shown us so

2   far.

3          THE COURT: We're listening to something different.

4   It was not my understanding -- I mean that might have been the

5   shorthand easy way for somebody to throw in something which

6   they thought would bolster their case.  It wound up causing a

7   whole bunch of problems but it seems to me that that in and of

8   itself would be a rather weak basis for making this broad

9   allegation against the PA and the PLO.

10         What I've heard Mr. Tolchin say today is that

11  whether you agree with him or not is he's talking about an

12  analysis of pattern and practice of doing certain things in a

13  certain way and certain targets.  So I don't see the

14  identification of a particular individual as essential to the

15  ultimate conclusion that there's a link between the PLO and

16  the PA and these crimes.  As I said, I know lawyers often

17  draft things in a way and it gets us off target but I don't

18  doubt that somebody in drafting the complaint said okay, we

19  have somebody who is a PA member.  Somebody said he was

20  involved.  Let's put him in and that will implicate the PA but

21  that's not the essence of what we're talking about here.

22         MR. HILL: Since that was the only thing in the

23  complaint and until February was the only piece of evidence

24  linking either of my clients to the attack that's why I'm

25  urging the court to test the veracity of the claim that there

36

1   was a good faith basis at the outset of the case because that

2   was it, Your Honor.  Until we sent the Rule 11 letter and got

3   this unsworn identification of Mr. Maurar the only link

4   between our client and this attack was this alleged

5   identification of Mr. Abu Halawa which the plaintiffs

6   themselves admitted was incorrect and that they had no

7   evidence of it.

8           THE COURT: And if that's all that they have then it

9   would be -- it would be -- that would be a problem in any case

10  if that's all they had but that's not what Mr. Tolchin said in

11  this conversation.  He said that they -- it's -- there are

12  other link and other dots that are connected and some of it

13  has to do with -- now, if you're telling me that you haven't

14  seen anything, any expert reports --

15          MR. HILL: That's correct, Your Honor.  No such

16  links, no such dots have been produced us.

17          THE COURT: What -- I'll certainly give you the

18  benefit of not -- of doing anything I do without prejudice but

19  what Mr. Tolchin says is that part and parcel of their proof

20  will be that they will have to show that there's a link

21  between the PLO and the PA.  They'll do it by any number of

22  means which don't have to do with somebody identifying a

23  member of the PA and the PLO as participating in any

24  particular act.  If that turns out not to be the case at least

25  until this case ends you can bring your motion for sanctions.

1        MR. HILL: Okay.  Thank you, Your Honor.

2        MR. TOLCHIN: Your Honor, this is Bob Tolchin.

3        THE COURT: Yes.

4        MR. TOLCHIN: I don't -- it's a little forward of me

5   but I didn't anticipate this call to be this long and I'm

6   supposed to be on another call with another judge at eleven.

7        THE COURT: Somebody --

8        MR. TOLCHIN: I put that out there.  If we're near

9   done --

10       THE COURT: We are near -- I've just told Mr. Hill

11  that -- based on your representations that there will be other

12  forms of proof linking a PA and the PLO I don't see a basis

13  for going forward with Rule 11 sanctions but that is -- if it

14  turns out that you come across with some weak stuff when put

15  to the test of proving it I'll entertain a motion for

16  sanctions.

17       MR. HILL: Thank you, Your Honor.  We've [inaudible]

18  call as far as I can --

19       MR. TOLCHIN: The odd thing is that the sanction

20  they're seeking is dismissal of the claim and I suppose if we

21  come up with something so weak that it would be sanctionable

22  they would have no problem getting dismissal of the claim on

23  the motion for summary judgment.

24       THE COURT: No, but they'll get some monetary --

25       MR. TOLCHIN: They haven't asked for monetary.  Well,

38

1   the only relief they've asked for is a sanction in the form of

2   dismissing the claim.

3           MR. HILL: That's not correct, Your Honor.  We have

4   asked for a monetary sanction because this has been ten years

5   of litigation that our clients --

6           MR. TOLCHIN: It has not been ten years of

7   litigation.  You were in default for most of the ten years.

8           THE COURT: Counsel --

9           MR. TOLCHIN: Let's not keep exaggerating that.

10          THE COURT: -- the issue is whether or not they get

11   monetary sanctions.  I suggest you look at what was -- because

12   they can certainly -- if we go back and it turns out that all

13   of this was baseless then I'll consider it.

14          MR. HILL: Thank you, Your Honor.

15          MR. TOLCHIN: I appreciate that, Your Honor.

16          THE COURT: We're adjourned.

17          MR. TOLCHIN: Brian, I'll call you about in 20

18   minutes about that other thing.

19          MR. HILL: Okay.

20                         *  *  *  *  *

21

22

23

24

25

39

1        I certify that the foregoing is a court transcript from

2    an electronic sound recording of the proceedings in the above-

3    entitled matter.

4

5                                    _____

6                                            Shari Riemer

7    Dated:  April 6, 2013

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25