UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

    -vs.-

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.
------------------------------------------------------------ X

No. 1:04-cv-00397 (GBD) (RLE)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kent A. Yalowitz, a member of the firm of Arnold & Porter LLP, hereby appears on behalf of the Plaintiff Varda Guetta in the above-referenced action and requests notice of all matters in this action.

Dated:  New York, New York
         May 7, 2013

                                                  ARNOLD & PORTER LLP

                                                  By: _____
                                                         Kent A. Yalowitz
                                                         399 Park Avenue
                                                         New York, NY 10022
                                                         Tel:  (212) 715-1000
                                                         Fax: (212) 715-1399
                                                         Kent.Yalowitz@aporter.com