UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiff,

-against-

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendant.

04 cv 00397 (GBD) (RLE)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Philip W. Horton_____, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Plaintiff_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

__Washington, D.C._____ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 5/14/2013

Respectfully Submitted,

_/s/ Philip W. Horton_____
Applicant Signature

Applicant's Name: Phillip W. Horton

Firm Name: Arnold & Porter LLP

Address: 555 Twelfth Street NW

City / State / Zip: Washington, DC 20004

Telephone / Fax: Tel: (202) 942-5000; Fax: (202) 942-5999

E-Mail: Philip.Horton@aporter.com



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**PHILIP W. HORTON**

was on **DECEMBER 19, 1983** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 6, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk