UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                      Plaintiff,

    -against-

THE PALESTINE LIBERATION    Defendant.
ORGANIZATION, et al.,

04 cv 00397 ( GBD ) ( RJE )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Philip W. Horton, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Washington, D.C.; and that his/her contact information is as follows (please print):

    Applicant's Name: Phillip W. Horton

    Firm Name: Arnold & Porter LLP

    Address: 555 Twelfth Street NW

    City / State / Zip: Washington, DC 20004

    Telephone / Fax: Tel: (202) 942-5000; Fax: (202) 942-5999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                United States District / Magistrate Judge