# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

May 24, 2013

**BY HAND**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
      Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis,

    We write on behalf of both plaintiffs and defendants in the referenced matter. At the telephone conference with the Court on May 17, 2013, the parties agreed to confer with each other regarding a schedule for the filing of additional expert reports and for concluding expert discovery. The parties have now reached agreement on the following schedule, which they ask the Court to adopt:

Defendants' Rule 26(a)(2)(A)-(C) Expert Disclosures and Reports will be due July 15, 2013.

Plaintiffs' Rule 26(a)(2)(A)-(C) Rebuttal Expert Disclosures and Reports will be due September 16, 2013.

Expert discovery will close on November 22, 2013.

    On behalf of all parties, we thank the Court for its assistance.

Respectfully yours,

*/s/ Robert J. Tolchin*

Robert J. Tolchin
The Berkman Law Office, LLC
*Co-counsel for Plaintiffs*

Respectfully yours,

*/s/ Kent Yalowitz*

Kent Yalowitz
Arnold & Porter, LLP
*Co-counsel for Plaintiff Varda Guetta, and incoming Co-counsel for Plaintiffs*

cc: Brian Hill, Esq.

**SO ORDERED**
*/s/ Ronald L. Ellis* 5-29-13
**MAGISTRATE JUDGE RONALD L. ELLIS**