UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
                                                          :

MARK I. SOKOLOW, *et al.*,                      :

                           Plaintiffs,        :    No. 1:04-cv-00397 (GBD) (RLE)

      -vs.-                                 :    **NOTICE OF APPEARANCE**

THE PALESTINE LIBERATION            :
ORGANIZATION, *et al.*,                  :

                         Defendants.    :
------------------------------------------------------ X

       PLEASE TAKE NOTICE that Lucy S. McMillan of Arnold & Porter LLP hereby appears on behalf of the Plaintiff Varda Guetta in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
       June 4, 2013

                                                       ARNOLD & PORTER LLP

                                                       By: _____
                                                           Lucy S. McMillan
                                                            399 Park Avenue
                                                           New York, NY 10022
                                                            Tel: (212) 715-1053
                                                           Fax: (212) 715-1399
                                                           Lucy.McMillan@aporter.com