UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
MARK I. SOKOLOW, *et al.*, :
:
                      Plaintiffs, :    No. 1:04-cv-00397 (GBD) (RLE)
:
  -vs.- :    **NOTICE OF APPEARANCE**
:
THE PALESTINE LIBERATION :
ORGANIZATION, *et al.*, :
:
                      Defendants. :
------------------------------------------------------- X

      PLEASE TAKE NOTICE that Sara K. Pildis of Arnold & Porter LLP hereby appears on behalf of the Plaintiff Varda Guetta in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
         June 6, 2013

                                                    ARNOLD & PORTER LLP

                                                  By: _____
                                                       Sara K. Pildis
                                                       399 Park Avenue
                                                       New York, NY 10022
                                                       Tel:  (212) 715-1175
                                                       Fax: (212) 715-1399
                                                       Sara.Pildis@aporter.com