# ECO-STAT LLC
ECONOMIC & STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

May 2, 2013

Ms. Rachel May Weiser
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

          **Re: Shayna Elliott**
            **Our Case No.: 5131118**

Dear Ms. Weiser:

  As per your request, enclosed please find our revised economic loss report for the above-referenced matter.

  It is our opinion that Ms. Shayna Elliott's recoverable economic loss, as caused by her injury on January 22, 2002, is **$606,594**, in 2013 dollars.

  The details leading to our conclusions can be found in the following report.

  Please inform us as early as possible if you are presented with any new relevant information which differs from that which we used to generate our analysis.

  If you have any questions, please do not hesitate to call our office.

            Very truly yours,

            Michael Soudry, M.B.A.

Enclosure

**ECO-STAT LLC**
ECONOMIC & STATISTICAL CONSULTANTS

New Jersey
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

New York
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

# ANALYSIS OF THE ECONOMIC LOSS TO

# SHAYNA ELLIOTT

May 2, 2013

ECO-STAT, LLC

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors

Shayna Elliott                                                                                                          ECO-STAT

## SUMMARY

In our economic analysis of this matter, we estimate the cumulative value of the recoverable economic loss suffered by Ms. Shayna Elliott, as a result of her injury on January 22, 2002, to be **$606,594**. Her economic loss is adjusted to present value, based on U.S. dollar amounts in the year 2013. Ms. Elliott's economic loss consists of the following components:

| | | |
|---|---|---|
| 1) Lost Earnings: | $ | 258,138 |
| 2) Value of Lost Household Services: | | 348,456 |
| Total Economic Loss: | **$** | **606,594** |

In calculating the above-noted recoverable wage-related loss, it is assumed that had Ms. Elliott not been injured, she would have obtained employment as an interior designer on July 1, 2006, and continued her employment in that occupation, or in a similar occupation, with no physical limitations caused by her injury, throughout her statistical worklife expectancy. During the years 2010 through 2015, no losses of earnings were calculated for Ms. Elliott. We consider Ms. Elliott's mitigation earnings based on the 25th percentile earnings of interior designers in the State of Illinois.

Ms. Elliott also lost a portion of the value of her household services. Our value of such a loss to Ms. Elliott is based on 22 hours per week, from 2010 through 2018, and thereafter based on 14 hours per week to the end of her fully functional statistical life expectancy age of 74.6.

Any unreimbursed expenses incurred or to be incurred by Ms. Elliott, such as for medical treatments, are not included in our economic loss estimate. The addition of such costs would raise our economic loss findings.

If Ms. Elliott received, or will receive, any mitigation income not included herein, such monies would reduce our economic loss findings.

We reserve the right to amend our report, upon request, should we receive new relevant information.