# ECO-STAT LLC
ECONOMIC & STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

May 2, 2013

Ms. Rachel May Weiser
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Re: **Estate of Janis R. Coulter**
Our Case No.: **5131118**

Dear Ms. Weiser:

As per your request, enclosed please find our revised economic report for the above-referenced matter.

It is our opinion that Ms. Janis R. Coulter's earnings had she not been killed on July 31, 2002, total **$627,203**. This earnings projection is calculated to present value, based on U.S. dollar amounts in the year 2013.

The details leading to our conclusions can be found in the following report.

Please inform us as early as possible if you are presented with any new relevant information which differs from that which we used to generate our analysis.

If you have any questions, please do not hesitate to call our office.

Very truly yours,

ECO-STAT, LLC

Michael Soudry, M.B.A.

Enclosure

# ECO-STAT LLC
ECONOMIC & STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

# PROJECTED EARNINGS

# RE: JANIS R. COULTER

May 2, 2013

ECO-STAT, LLC

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors

Janis R. Coulter                                                                                                    ECO-STAT

## SUMMARY

In our economic analysis of this matter, we estimate the cumulative present value of Ms. Janis R. Coulter's earnings had she not been killed on July 31, 2002, to be **$627,203**. Future earnings are calculated to present value, based on U.S. dollar amounts in the year 2013. We have provided these projected earnings analysis to assist the trier of fact in this matter, which may attribute a portion of this amount as a loss to the estate of Janis R. Coulter.

In calculating the above-noted earnings projections, it is assumed that, had Ms. Coulter lived out her statistical life expectancy, she would have continued her employment as an assistant director, or in a similar occupation. Ms. Coulter's earnings were projected to the end of her father's statistical life expectancy.

If the family of Ms. Coulter incurred, or will incur, any unreimbursed medical and/or funeral expenses not considered herein, such costs would raise our estimate.

If the family of Ms. Coulter received, or will receive, any income not considered herein for mitigation of these earnings, such monies would reduce our estimate.

We have not considered recovery of Ms. Coulter's pain and suffering, nor that of her family.

We reserve the right to amend our report, upon request, should we receive new relevant information.