# ECO-STAT LLC
ECONOMIC & STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

May 2, 2013

Ms. Rachel May Weiser
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

          Re:  **Estate of Diane Carter**
               **Our Case No.:  5131118**

Dear Ms. Weiser:

      As per your request, enclosed please find our revised economic report for the above-referenced matter.

      It is our opinion that Ms. Diane Carter's earnings had she not been killed on July 31, 2002, total **$305,502**. This earnings projection is calculated to present value, based on U.S. dollar amounts in the year 2013.

      The details leading to our conclusions can be found in the following report.

      Please inform us as early as possible if you are presented with any new relevant information which differs from that which we used to generate our analysis.

      If you have any questions, please do not hesitate to call our office.

                             Very truly yours,

                             ECO-STAT, LLC

                             Michael Soudry, M.B.A.

Enclosure

# ECO-STAT LLC
ECONOMIC & STATISTICAL CONSULTANTS

New Jersey
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

New York
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

# PROJECTED EARNINGS

# RE: DIANE CARTER

May 2, 2013

ECO-STAT, LLC

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors

Diane Carter                                                                                                                ECO-STAT

## SUMMARY

In our economic analysis of this matter, we estimate the cumulative present value of Ms. Diane Carter's earnings had she not been killed on July 31, 2002, to be **$305,502**. Future earnings are calculated to present value, based on U.S. dollar amounts in the year 2013. We have provided these projected earnings analysis to assist the trier of fact in this matter, which may attribute a portion of such amount as a loss to the estate of Diane Carter.

In calculating the above-noted earnings projections, it is assumed that, had Ms. Carter **lived out her statistical life expectancy, she would** have continued to reside in Israel and remain active in the labor force throughout the relevant time period. Her earnings were projected to the end of her father's statistical life expectancy.

If the family of Ms. Carter incurred, or will incur, any unreimbursed medical and/or funeral expenses not considered herein, such costs would raise our estimate.

If the family of Ms. Carter received, or will receive, any income not considered herein for mitigation of these earnings, such monies would reduce our estimate.

We have not considered recovery of Ms. Carter's pain and suffering, nor that of her family.

We reserve the right to amend our report, upon request, should we receive new relevant information.