## Hill, Brian

| | |
|---|---|
| **From:** | Hill, Brian |
| **Sent:** | Friday, September 20, 2013 3:52 PM |
| **To:** | Yalowitz, Kent A.; Horton, Philip W. (Philip.Horton@aporter.com) |
| **Cc:** | Rochon, Mark; Hibey, Richard; Ferguson, Laura |
| **Subject:** | Sokolow v. PLO |

Kent,

The Rule 1.11 statements enclosed in your letter dated September 17, 2013 indicate that Arnold & Porter is representing "the plaintiffs" in this action.

In prior correspondence you have indicated to the Court that you were "incoming" counsel for all plaintiffs.

However, to date, you and your colleagues have entered appearances only for a single plaintiff, Varda Guetta.

Please be advised that, unless and until you and your colleagues appear for the remaining plaintiffs, we will be objecting to you and your colleagues' participation in advocacy and at depositions on issues that do not pertain to Ms. Guetta.

I raise this issue now so that you will be aware of our position in advance of the depositions next week.

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801

1