UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                           :
MARK I. SOKOLOW, *et al.*,                                 :
                                                           :
                Plaintiffs,                    :   No. 1:04-cv-00397 (GBD) (RLE)
                                                           :
   -vs.-                                                  :   **NOTICE OF APPEARANCE**
                                                           :
THE PALESTINE LIBERATION                                   :
ORGANIZATION, *et al.*,                                    :
                                                           :
                Defendants.                    :
---------------------------------------------------------- X

     PLEASE TAKE NOTICE that Kent A. Yalowitz of Arnold & Porter LLP hereby appears on behalf of plaintiffs Shayna Gould; Rabbi Leonard Mandelkorn; Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; and Yehonathon Bauer in the above-referenced action, certifies that he is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
        September 25, 2013

                                                        ARNOLD & PORTER LLP

                                                        By: /s/ Kent A. Yalowitz
                                                            Kent A. Yalowitz
                                                             399 Park Avenue
                                                            New York, NY 10022
                                                             Tel: (212) 715-1000
                                                            Fax: (212) 715-1399
                                                           Kent.Yalowitz@aporter.com