**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------  X
                                         :

MARK I. SOKOLOW, *et al.*,           :

                                          :

                        Plaintiffs,      :      No. 1:04-cv-00397 (GBD) (RLE)

                                          :

        -vs.-                              :      **NOTICE OF APPEARANCE**

                                          :

THE PALESTINE LIBERATION      :

ORGANIZATION, *et al.*,          :

                                          :

                      Defendants.     :
---------------------------------------------------------  X

PLEASE TAKE NOTICE that Philip W. Horton, a member of the firm of Arnold &

Porter LLP, hereby appears on behalf of plaintiffs Shayna Gould; Rabbi Leonard Mandelkorn;

Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal

representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer,

individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital

Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer;

and Yehonathon Bauer in the above-referenced action and requests notice of all matters in this

action.


Dated:  Washington, DC
           September 25, 2013


                                     ARNOLD & PORTER LLP



                                     By:  /s/ Phillip W. Horton
                                          Philip W. Horton
                                          555 Twelfth Street, NW
                                          Washington, DC 20004
                                          Tel:  (202) 942-5787
                                          Fax: (202) 942-5999
                                          Philip.Horton@aporter.com