UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                         :
MARK I. SOKOLOW, *et al.*,                 :
                                                         :
                        Plaintiffs,       :       No. 1:04-cv-00397 (GBD) (RLE)
                                                         :
      -vs.-                                        :       **NOTICE OF APPEARANCE**
                                                         :
THE PALESTINE LIBERATION            :
ORGANIZATION, *et al.*,                 :
                                                         :
                             Defendants.      :
------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Sara K. Pildis of Arnold & Porter LLP hereby appears on behalf of plaintiffs Shayna Gould; Rabbi Leonard Mandelkorn; Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; and Yehonathon Bauer in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
          September 25, 2013

                                                            ARNOLD & PORTER LLP

                                                            By: /s/ Sara K. Pildis
                                                                 Sara K. Pildis
                                                                 399 Park Avenue
                                                                 New York, NY 10022
                                                                 Tel: (212) 715-1175
                                                                 Fax: (212) 715-1399
                                                                 Sara.Pildis@aporter.com