UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                          :
MARK I. SOKOLOW, *et al.*,                        :
                                                          :
                                  Plaintiffs,      :       No. 1:04-cv-00397 (GBD) (RLE)
                                                          :
      -vs.-                                      :       **NOTICE OF APPEARANCE**
                                                          :
THE PALESTINE LIBERATION          :
ORGANIZATION, *et al.*,                   :
                                                          :
                                  Defendants.    :
------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Lucy S. McMillan of Arnold & Porter LLP hereby appears on behalf of all plaintiffs Shayna Gould; Rabbi Leonard Mandelkorn; Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; and Yehonathon Bauer in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
          September 25, 2013

                                                          ARNOLD & PORTER LLP

                                                          By:  /s/ Lucy S. McMillan
                                                                 Lucy S. McMillan
                                                                 399 Park Avenue
                                                                 New York, NY 10022
                                                                  Tel:  (212) 715-1053
                                                                  Fax: (212) 715-1399
                                                                  Lucy.McMillan@aporter.com