UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
MARK I. SOKOLOW, *et al.*, :
:
                      Plaintiffs, :    No. 1:04-cv-00397 (GBD) (RLE)
:
  -vs.- :    **NOTICE OF APPEARANCE**
:
THE PALESTINE LIBERATION :
ORGANIZATION, *et al.*, :
:
                      Defendants. :
------------------------------------------------------- X

     PLEASE TAKE NOTICE that Carmela T. Romeo of Arnold & Porter LLP hereby appears on behalf of plaintiffs Varda Guetta; Shayna Gould; Rabbi Leonard Mandelkorn; Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; and Yehonathon Bauer in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
         October 09, 2013

                                                   ARNOLD & PORTER LLP

                                                   By: _____
                                                    Carmela T. Romeo
                                                    399 Park Avenue
                                                    New York, NY 10022
                                                    Tel: (212) 715-1195
                                                    Fax: (212) 715-1399
                                                    Carmela.Romeo@aporter.com