UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
MARK I. SOKOLOW, *et al.*, :
:
                           Plaintiffs, :   No. 1:04-cv-00397 (GBD) (RLE)
:
   -vs.- :   **NOTICE OF APPEARANCE**
:
THE PALESTINE LIBERATION :
ORGANIZATION, *et al.*, :
:
                           Defendants. :
---------------------------------------------------------- X

      PLEASE TAKE NOTICE that Tal R. Machnes of Arnold & Porter LLP hereby appears on behalf of plaintiffs Varda Guetta; Shayna Gould; Rabbi Leonard Mandelkorn; Nurit Mandelkorn; Shaul Mandelkorn; Dr. Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter; Shaun Choffel; Dr. Alan J. Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; Revital Bauer, individually and as natural guardian of plaintiffs Binyamin, Daniel, and Yehuda Bauer; and Yehonathon Bauer in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
          October 09, 2013

                                                ARNOLD & PORTER LLP

                                                By: _____
                                                    Tal R. Machnes
                                                    399 Park Avenue
                                                    New York, NY 10022
                                                    Tel:  (212) 715-1125
                                                    Fax: (212) 715-1399
                                                    Tal.Machnes@aporter.com