UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, <br><br>                Plaintiffs, <br><br>    - against - <br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>                Defendants. | Docket No: <br> 04-CV-397 (GBD) (RLE) |

----------------------------------------------------------------------X

## [PROPOSED] ORDER APPOINTING COMMISSIONERS FOR THE TAKING OF DEPOSITIONS ABROAD

      Upon consideration of Defendants' Consent Motion Pursuant To Fed. R. Civ. P. 28(b)(1)(D) To Appoint Commissioners For The Taking Of Depositions Abroad, it is hereby ORDERED that Ms. Brenda Matzov, Ms. Isabelle Klebanow and Ms. Amy Katz be, and hereby are, appointed as Commissioners of this Court authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter pursuant to Fed. R. Civ. P. 28(b)(1)(D).

      SO ORDERED this _____ day of _____, 2013.

                                                        _____
                                                        Ronald L. Ellis
                                                        United States Magistrate Judge