UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, | Docket No: |
| Plaintiffs, | 04-CV-397 (GBD) (RLE) |
| - against - | **MOTION FOR ADMISSION** |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | **PRO HAC VICE** |
| Defendants. | |

----------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Timothy P. O'Toole, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-captioned action.

I am a member in good standing of the bars of the State of California, the Commonwealth of Virginia, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have attached to this motion a Certificate of Good Standing from the Supreme Court of California. While I am a member in good standing of the District of Columbia Court of Appeals as well, the office responsible for issuing Certificates of Good Standing has been closed as part of the federal government shutdown, and I have accordingly not been able to secure a certificate of good standing from that Court. I am also a member in good standing of the Supreme Court of Virginia; based on representations made by the office of that Court responsible for issuing certificates of good standing, I fully anticipated having received that certificate prior to today's filing. Unfortunately, that is not the case, and I will file the certificate with this Court as soon as I receive it.

1352541.1

Dated: October 9, 2013  Respectfully Submitted,

/s/ Timothy P. O'Toole
_____

Applicant:      Timothy P. O'Toole
Firm Name:      Miller & Chevalier, Chartered
Address:        655 15th Street, NW, Suite 900
City/State/Zip: Washington, D.C. 20005
Telephone:      (202) 626-5800
Fax:            (202) 626-5801
Email:          totoole@milchev.com

1352541.1