

## Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>*TIMOTHY PATRICK O'TOOLE*</u>

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Timothy Patrick O'Toole, #153232, was on the 11th day of June 1991 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of October 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*N. Benavidez, Deputy Clerk*