UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

----------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

**ORDER FOR ADMISSION PRO HAC VICE**

      The motion of Timothy P. O'Toole for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia, California, and the District of Columbia; and that his contact information is as follows:

                Applicant's Name:  Timothy P. O'Toole
                Firm Name:  Miller & Chevalier Chartered
                Address:  655 15th Street, NW, Suite 900
                City/State/Zip:  Washington, D.C. 20005
                Telephone:  (202) 626-5800
                Fax:  (202) 626-5801
                Email Address:  totoole@milchev.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District/Magistrate Judge