```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-13
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                Defendants.

------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

## [PROPOSED] ORDER APPOINTING COMMISSIONERS FOR THE TAKING OF DEPOSITIONS ABROAD

Upon consideration of Defendants' Consent Motion Pursuant To Fed. R. Civ. P. 28(b)(1)(D) To Appoint Commissioners For The Taking Of Depositions Abroad, it is hereby ORDERED that Ms. Brenda Matzov, Ms. Isabelle Klebanow and Ms. Amy Katz be, and hereby are, appointed as Commissioners of this Court authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter pursuant to Fed. R. Civ. P. 28(b)(1)(D).

SO ORDERED this 10th day of October, 2013.

_____
Ronald L. Ellis
United States Magistrate Judge

1348665.1