UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, | Docket no: |
| Plaintiffs, | 04 cv 397 (GBD) (rle) |
| -against- | |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | |
| Defendants, | |

------------------------------------------------------------------------ X

## NOTICE OF MOTION

C O U N S E L :

      PLEASE TAKE NOTICE that upon the annexed memorandum of law, dated October 10, 2013; the exhibits annexed thereto; and upon the pleadings and proceedings heretofore had herein, the plaintiff will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an order:

    a)    AUTHORIZING the plaintiffs in *Gilmore et al. v. Palestinian Interim Self-Government Authority et al.*, Civ. No. 01-0853 (GK) (D.D.C.) to intervene in this case pursuant to Fed. R. Civ. P. 24 for the limited purpose of requesting modification or removal of defendants' confidentiality designations on certain documents produced in the instant case, which are relevant to the *Gilmore* case; and

    b)    GRANTING such other and further relief as is just and proper under the circumstances.

Dated: Brooklyn, New York
October 10, 2013

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Gilmore Plaintiffs*

by: _____
Robert J. Tolchin,

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

2