UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                             :
MARK I. SOKOLOW, *et al.*,                   :
                                                             :
                              Plaintiffs,       :     No. 1:04-cv-00397 (GBD) (RLE)
                                                             :
      -vs.-                                             :     **NOTICE OF APPEARANCE**
                                                             :
THE PALESTINE LIBERATION          :
ORGANIZATION, *et al.*,                  :
                                                             :
                              Defendants.    :
---------------------------------------------------------- X

       PLEASE TAKE NOTICE that Kent A. Yalowitz of Arnold & Porter LLP hereby appears on behalf of plaintiffs Dr. Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein; Dr. Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein; and Rebekah Blutstein in the above-referenced action, certifies that he is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
           October 11, 2013

                                                 ARNOLD & PORTER LLP

                                                 By:  /s/ Kent A. Yalowitz
                                                        Kent A. Yalowitz
                                                        399 Park Avenue
                                                        New York, NY 10022
                                                        Tel:  (212) 715-1113
                                                        Fax: (212) 715-1399
                                                        Kent.Yalowitz@aporter.com