**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                                            :

MARK I. SOKOLOW, *et al.*,            :
                                            :

                   Plaintiffs,     :       No. 1:04-cv-00397 (GBD) (RLE)
                                            :

     -vs.-                              :       **NOTICE OF APPEARANCE**
                                            :

THE PALESTINE LIBERATION          :
ORGANIZATION, *et al.*,              :
                                            :

                  Defendants.     :
-------------------------------------------------------- X

       PLEASE TAKE NOTICE that Philip W. Horton, a member of the firm of Arnold &

Porter LLP, hereby appears on behalf of plaintiffs Dr. Richard Blutstein, individually and as

personal representative of the Estate of Benjamin Blutstein; Dr. Katherine Baker, individually

and as personal representative of the Estate of Benjamin Blutstein; and Rebekah Blutstein in the

above-referenced action and requests notice of all matters in this action.


Dated:  Washington, DC
        October 11, 2013

                            ARNOLD & PORTER LLP


                            By:  _/s/ Phillip W. Horton_____
                                Philip W. Horton
                                555 Twelfth Street, NW
                                Washington, DC 20004
                                Tel:  (202) 942-5787
                                Fax: (202) 942-5999
                                Philip.Horton@aporter.com