UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
                                                        :
MARK I. SOKOLOW, et al.,                                :
                                                        :
                              Plaintiffs,               :    No. 1:04-cv-00397 (GBD) (RLE)
                                                        :
       -vs.-                                            :    NOTICE OF APPEARANCE
                                                        :
THE PALESTINE LIBERATION                                :
ORGANIZATION, et al.,                                   :
                                                        :
                              Defendants.               :
------------------------------------------------------- X
```

PLEASE TAKE NOTICE that Lucy S. McMillan of Arnold & Porter LLP hereby appears on behalf of plaintiffs Dr. Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein; Dr. Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein; and Rebekah Blutstein in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
       October 11, 2013

                                            ARNOLD & PORTER LLP


                                            By:  /s/ Lucy S. McMillan
                                                Lucy S. McMillan
                                                399 Park Avenue
                                                New York, NY 10022
                                                Tel: (212) 715-1053
                                                Fax: (212) 715-1399
                                                Lucy.McMillan@aporter.com