UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                               :

MARK I. SOKOLOW, *et al.*,                 :

                             Plaintiffs,     :       No. 1:04-cv-00397 (GBD) (RLE)

           -vs.-                      :       **NOTICE OF APPEARANCE**

THE PALESTINE LIBERATION      :
ORGANIZATION, *et al.*,            :

                          Defendants.     :
---------------------------------------------------------- X

       PLEASE TAKE NOTICE that Sara K. Pildis of Arnold & Porter LLP hereby appears on behalf of plaintiffs Dr. Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein; Dr. Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein; and Rebekah Blutstein in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
         October 11, 2013

                                                   ARNOLD & PORTER LLP

                                                   By: _/s/ Sara K. Pildis_____
                                                      Sara K. Pildis
                                                      399 Park Avenue
                                                      New York, NY 10022
                                                      Tel: (212) 715-1175
                                                      Fax: (212) 715-1399
                                                      Sara.Pildis@aporter.com