UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                              :

MARK I. SOKOLOW, *et al.*,               :

                                Plaintiffs,         :        No. 1:04-cv-00397 (GBD) (RLE)

                       -vs.-                                     :        **NOTICE OF APPEARANCE**

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,                    :

                                Defendants.        :
----------------------------------------------------------- X

       PLEASE TAKE NOTICE that Carmela T. Romeo of Arnold & Porter LLP hereby appears on behalf of plaintiffs Dr. Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein; Dr. Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein; and Rebekah Blutstein in the above-referenced action, certifies that she is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
           October 11, 2013

                                                                       ARNOLD & PORTER LLP

                                                                       By:  /s/ Carmela T. Romeo
                                                                            Carmela T. Romeo
                                                                            399 Park Avenue
                                                                            New York, NY 10022
                                                                            Tel:  (212) 715-1195
                                                                            Fax: (212) 715-1399
                                                                            Carmela.Romeo@aporter.com