**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- X
                                                         :
MARK I. SOKOLOW, et al.,                                 :
                                                         :
                              Plaintiffs,                :     No. 1:04-cv-00397 (GBD) (RLE)
                                                         :
        -vs.-                                            :     NOTICE OF APPEARANCE
                                                         :
THE PALESTINE LIBERATION                                 :
ORGANIZATION, et al.,                                    :
                                                         :
                              Defendants.                :
-------------------------------------------------------- X
```

PLEASE TAKE NOTICE that Tal R. Machnes of Arnold & Porter LLP hereby appears

on behalf of plaintiffs Dr. Richard Blutstein, individually and as personal representative of the

Estate of Benjamin Blutstein; Dr. Katherine Baker, individually and as personal representative of

the Estate of Benjamin Blutstein; and Rebekah Blutstein in the above-referenced action, certifies

that she is admitted to practice in this Court, and requests notice of all matters in this action.


Dated:  New York, New York
         October 11, 2013

                                        ARNOLD & PORTER LLP


                                        By:  /s/ Tal R. Machnes
                                             Tal R. Machnes
                                             399 Park Avenue
                                             New York, NY 10022
                                             Tel:  (212) 715-1125
                                             Fax: (212) 715-1399
                                             Tal.Machnes@aporter.com