UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, | Docket No: |
| Plaintiffs, | 04-CV-397 (GBD) (RLE) |
| - against - | **MOTION FOR ADMISSION** |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | **PRO HAC VICE** |
| Defendants. | |

----------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael J. Satin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 23, 2013                Respectfully Submitted,

*/s/ Michael J. Satin*

_____
Applicant:       Michael J. Satin
Firm Name:    Miller & Chevalier, Chartered
Address:        655 15th Street, NW, Suite 900
City/State/Zip: Washington, D.C. 20005
Telephone:    (202) 626-5800
Fax:                (202) 626-5801
Email:             msatin@milchev.com

1353910.1