UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

----------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

**ORDER FOR ADMISSION PRO HAC VICE**

      The motion of Michael J. Satin, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Michael J. Satin |
| Firm Name: | Miller & Chevalier Chartered |
| Address: | 655 15th Street, NW, Suite 900 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 626-5800 |
| Fax: | (202) 626-5801 |
| Email Address: | msatin@milchev.com |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

1353914.1

Dated: _____

_____
United States District/Magistrate Judge

1353914.1