UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, | Docket No: |
| Plaintiffs, | 04-CV-397 (GBD) (RLE) |
| - against - | **MOTION FOR ADMISSION** |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | **PRO HAC VICE** |
| Defendants. | |

---------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lamia R. Matta, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 23, 2013            Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Lamia R. Matta
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Applicant:     Lamia R. Matta
　　　　　　　　　　　　　　　　　　　　Firm Name:    Miller & Chevalier, Chartered
　　　　　　　　　　　　　　　　　　　　Address:       655 15th Street, NW, Suite 900
　　　　　　　　　　　　　　　　　　　　City/State/Zip: Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone:    (202) 626-5800
　　　　　　　　　　　　　　　　　　　　Fax:           (202) 626-5801
　　　　　　　　　　　　　　　　　　　　Email:         lmatta@milchev.com

1354363.1