UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

-----------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Lamia R. Matta, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of California, and that her contact information is as follows:

    Applicant's Name:    Lamia R. Matta
    Firm Name:    Miller & Chevalier Chartered
    Address:    655 15th Street, NW, Suite 900
    City/State/Zip:    Washington, D.C. 20005
    Telephone:    (202) 626-5800
    Fax:    (202) 626-5801
    Email Address:    lmatta@milchev.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

1354366.1

Dated: _____

_____
United States District/Magistrate Judge

1354366.1