UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| MARK SOKOLOW, *et al.*, | Docket No: |
| Plaintiffs, | 04-CV-397 (GBD) (RLE) |
| - against - | **MOTION FOR ADMISSION** |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | **PRO HAC VICE** |
| Defendants. | |

---------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew T. Reinhard, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Palestine Liberation Organization and the Palestinian Authority in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 25, 2013                     Respectfully Submitted,

                                            */s/* Matthew T. Reinhard
                                            _____
                                            Applicant:     Matthew T. Reinhard
                                            Firm Name:     Miller & Chevalier, Chartered
                                            Address:       655 15th Street, NW, Suite 900
                                            City/State/Zip: Washington, D.C. 20005
                                            Telephone:     (202) 626-5800
                                            Fax:           (202) 626-5801
                                            Email:         mreinhard@milchev.com

1354369.1