# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### MATTHEW THOMAS REINHARD

was admitted to practice as an attorney and counsellor at the bar of this Court on June 4, 2001.

I further certify that so far as the records of this office are concerned, MATTHEW THOMAS REINHARD is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 22nd day of October
A.D. 2013

By: _____
Deputy Clerk