# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4   REUVEN GILMORE, et al.,           )
                                       )
 5           Plaintiffs,               )
                                       )
 6   v.                                ) Civil Action
                                       ) No. 01-00853 (GK)
 7   THE PALESTINIAN INTERIM           )
     SELF-GOVERNMENT AUTHORITY, et al.,)
 8                                     )
             Defendants.               )
 9   _____)
10
11
12
13             VIDEOTAPED DEPOSITION OF
14                  AVI ISSACHAROFF
15   BEFORE THE HONORABLE JUDGE YAAKOV BETZALEL (Ret.)
16                 JERUSALEM, ISRAEL
17                   JUNE 19, 2012
18
19
20
21
22
23
24
25   REPORTED BY: BRENDA MATZOV, CA CSR NO. 9243
```

JUNE 19, 2012 - AVI ISSACHAROFF

| | | |
|---|---|---|
| 12:19:18 | 1 | MR. STEINER: Okay. With the understanding |
| 12:19:18 | 2 | that the witness will be advised by his counsel not |
| 12:19:21 | 3 | to divulge any sources outside what's delineated |
| 12:19:27 | 4 | on page 31 -- |
| 12:19:30 | 5 | MR. HALLER: Seventy -- |
| 12:19:30 | 6 | MR. STEINER: -- 71 [sic], Exhibit 31 -- |
| 12:19:32 | 7 | thank you -- |
| 12:19:32 | 8 | MR. HALLER: Seventy-eight. |
| 12:19:33 | 9 | MR. STEINER: -- 78, Exhibit 31, I'll |
| 12:19:33 | 10 | therefore limit the scope of that question to |
| 12:19:36 | 11 | specifically the first attack that is spoken about |
| 12:19:39 | 12 | on page 78, Exhibit 31. So -- |
| 12:19:42 | 13 | MS. LIEBLICH: Sorry. I meant that he |
| 12:19:45 | 14 | should not disclose any resource [sic], only what |
| 12:19:51 | 15 | is said here obviously. |
| 12:19:54 | 16 | MR. STEINER: Right. |
| 12:19:56 | 17 | MS. LIEBLICH: As long as he has other |
| 12:19:58 | 18 | sources -- |
| 12:19:58 | 19 | MR. STEINER: That's -- that's what I'll limit |
| 12:19:58 | 20 | it to. |
| 12:19:58 | 21 | MS. LIEBLICH: -- this is for him to answer. |
| 12:19:58 | 22 | MR. STEINER: Okay. That -- that's what I'm |
| 12:19:58 | 23 | going to limit it to. |
| 12:20:02 | 24 | Q.   BY MR. STEINER: So can you tell us what the |
| 12:20:03 | 25 | first attack you speak about in this chapter was? |

JUNE 19, 2012 - AVI ISSACHAROFF

| | | |
|---|---|---|
| 12:20:08 | 1 | A. An attack in the national security office -- |
| 12:20:23 | 2 | THE INTERPRETER: "National Insurance." |
| 12:20:23 | 3 | THE WITNESS: Not -- |
| 12:20:23 | 4 | THE INTERPRETER: "National Insurance." |
| 12:20:25 | 5 | THE WITNESS: "National Insurance." Sorry. |
| 12:20:26 | 6 | -- National Insurance office in East |
| 12:20:27 | 7 | Jerusalem. And during that attack, they killed |
| 12:20:32 | 8 | Esh Chodesh Gilmore. |
| 12:20:36 | 9 | Q. BY MR. STEINER: And who did you speak |
| 12:20:38 | 10 | to relating to that attack? |
| 12:20:42 | 11 | MR. ROCHON: Objection. |
| 12:20:46 | 12 | Q. BY MR. STEINER: Who can you tell us about |
| 12:20:47 | 13 | that you spoke to relating to that attack? |
| 12:20:48 | 14 | MR. ROCHON: Well, the problem is -- |
| 12:20:49 | 15 | MR. HALLER: Can we take a break? Can we |
| 12:20:50 | 16 | take a one-minute break? |
| 12:20:52 | 17 | MR. ROCHON: Yeah. |
| 12:20:52 | 18 | MR. HALLER: One-minute break. |
| 12:20:54 | 19 | MR. ROCHON: That's fine. |
| 12:20:55 | 20 | THE VIDEOGRAPHER: Going off the record at |
| 12:20:56 | 21 | 12:21. |
| 12:20:59 | 22 | (Recess from 12:21 p.m. to 12:23 p.m.) |
| 12:21:14 | 23 | THE VIDEOGRAPHER: Back on record at 12:23. |
| 12:24:17 | 24 | Q. BY MR. STEINER: Did there come a point of |
| 12:24:20 | 25 | time when you had a conversation with an individual |

JUNE 19, 2012 - AVI ISSACHAROFF

| | | |
|---|---|---|
| 12:24:23 | 1 | named Abdel Karim Aweis relating to the attack that |
| 12:24:24 | 2 | you just mentioned of Mr. Gilmore? |
| 12:24:28 | 3 | A.   Yes. |
| 12:24:29 | 4 | Q.   When did you have -- how many times did you |
| 12:24:31 | 5 | speak to that individual, Mr. Aweis? |
| 12:24:34 | 6 | A.   Once. |
| 12:24:35 | 7 | Q.   When did that conversation occur? |
| 12:24:38 | 8 | A.   2004. |
| 12:24:40 | 9 | Q.   Can you narrow it down in any more detail? |
| 12:24:44 | 10 | A.   No. |
| 12:24:44 | 11 | Q.   Do you know what season it was? |
| 12:24:50 | 12 | A.   No. |
| 12:24:52 | 13 | Q.   And can you tell us what it is that he told |
| 12:24:55 | 14 | you during that conversation? |
| 12:24:58 | 15 | A.   Well, if my memory's right and according |
| 12:25:03 | 16 | to what is written in the book, he described the way |
| 12:25:07 | 17 | that this man, Muhanad Abu Halaweh, called him and told |
| 12:25:13 | 18 | him that he made an attack on the National Insurance |
| 12:25:21 | 19 | office and asked his advice of what to do, more or less. |
| 12:25:28 | 20 | Should we -- "I want to take responsibility for what |
| 12:25:32 | 21 | happened over there.  What name should I use for that?" |
| 12:25:43 | 22 | Q.   What else did he tell you regarding that |
| 12:25:46 | 23 | attack in the conversation you had with him? |
| 12:25:55 | 24 | MR. ROCHON:   Just a -- if the witness could |
| 12:25:58 | 25 | just indicate an answer what he remembers from his |

| | | |
|---|---|---|
| 12:26:00 | 1 | memory. And I see him reading the chapter. If he's |
| 12:26:04 | 2 | able to distinguish between those, we would ask |
| 12:26:06 | 3 | counsel -- |
| 12:26:06 | 4 | MR. STEINER: You certainly can do that on |
| 12:26:06 | 5 | cross-examination, if you like. And the record can |
| 12:26:08 | 6 | reflect that the witness is glancing down at Exhibit 31 |
| 12:26:12 | 7 | as he gives his answer. |
| 12:26:14 | 8 | MR. ROCHON: Okay. As long as the record |
| 12:26:15 | 9 | reflects that, that's fair. |
| 12:26:40 | 10 | THE WITNESS: He described the way that he |
| 12:26:43 | 11 | contacted Ahmed Al-Faransi -- that's the nickname, |
| 12:26:49 | 12 | Al-Faransi -- Barghouti. |
| 12:26:51 | 13 | Q.   BY MR. STEINER: When you say "he," do you |
| 12:26:51 | 14 | mean Aweis? |
| 12:26:52 | 15 | A.   Abdel Karim Aweis. Yes. |
| 12:26:54 | 16 | Q.   And did he tell you anything else about the |
| 12:26:57 | 17 | attack? Did he tell you what Halaweh did? |
| 12:27:02 | 18 | A.   Well, it was four years after the incident. |
| 12:27:03 | 19 | So it was known that he killed a man. |
| 12:27:06 | 20 | Q.   And did you hear that from Aweis as well? |
| 12:27:10 | 21 | Did Aweis tell you that? |
| 12:27:11 | 22 | A.   That -- that Abu Halaweh -- |
| 12:27:13 | 23 | Q.   Yes. |
| 12:27:15 | 24 | A.   -- killed a man? |
| 12:27:16 | 25 | Q.   Yes. |

JUNE 19, 2012 - AVI ISSACHAROFF