# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 31, 2013

**BY ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

      I write to follow up on the letters submitted to the Court on October 1, 2013 and October 2, 2013, concerning defendants' refusal to produce documents held or created by the General Intelligence Service ("GIS") of defendant Palestinian Authority ("PA"). The Court long ago ordered these documents produced.

      To date, defendants have not provided a single responsive document. This is a plain violation of the Court's order. The close of expert discovery in this case is fast approaching. Defendants have dragged their feet for too long in refusing to comply with the Court's prior orders and, as noted in our letters of October 1 and 2, the late-raised "relevance" objection is not timely and not correct. We ask that the Court schedule a conference at its earliest convenience to discuss appropriate steps if the PA does not comply with the Court's earlier orders.

                                            Respectfully,

                                            Kent A. Yalowitz

cc: All ECF Counsel