# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                  Fax: (718) 855-4696

November 4, 2013

**BY ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Sokolow et al. v. Palestine Liberation Organization et al.*,
          04-CV-397 (GBD) (rle)

Dear Judge Daniels,

    I am co-counsel for the plaintiff in the above referenced matter.

    On October 24 Magistrate Judge Ellis issued a memorandum opinion and order directing plaintiff's counsel to show cause why sanctions should not be imposed regarding a certain issue [DE 372]. That order to show cause requires plaintiffs to make a submission by November 8, after which Magistrate Judge Ellis will issue a further decision and order.

    Under the circumstances, it is unclear whether the time to file objections runs from October 24, when the interim memorandum opinion and order was entered, or from whenever Magistrate Judge Ellis issues the order that he will ultimately issue. As a practical matter, it would make sense for the time to file objections to run from the ultimate order, since, depending on what that order provides, plaintiffs might not file objections.

    In light of the above, it is respectfully requested that the Court endorse an order extending the plaintiffs' time to file objections to the October 24 interim order until two weeks after Magistrate Judge Ellis enters a final order deciding the issues raised in his order to show cause.

                                                                           Respectfully submitted,

                                                                           Robert J. Tolchin

Cc:    All counsel of record by ECF