UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                    Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                    Defendants.

------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

## PLAINTIFFS' APPLICATION PURSUANT TO FED. R. CIV. P. 28(b)(1)(D) TO APPOINT COMMISSIONERS FOR THE TAKING OF DEPOSITIONS ABROAD

Plaintiffs hereby request that, pursuant to Fed. R. Civ. P. 28(b)(1)(D), the Court appoint Fiona Farson, Christina Yianni, Claire Hill, and Thelma Harries as Commissioners of this Court, authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter.

Three of Defendants' expert witnesses currently reside in Europe, and the parties have agreed that depositions of those experts will take place in London, England. Fed. R. Civ. P. 28(b)(1)(D) provides that a deposition may be taken in a foreign country "before a person commissioned by the court to administer any necessary oath and take testimony."

Ms. Farson, Ms. Yianni, Ms. Hill, and Ms. Harries are all highly experienced court reporters based in London who have been retained by Plaintiffs for the purpose of taking depositions outside of the United States in this matter. They have all covered numerous depositions for United States court cases in the past, and they are all disinterested as required under Fed. R. Civ. P. 28(c).

1

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order appointing Ms. Farson, Ms. Yianni, Ms. Hill, and Ms. Harries as Commissioners of this Court, authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter.

November 5, 2013                                       Respectfully Submitted,

_(signature)_                                           /s/ Kent A. Yalowitz

Robert J. Tolchin, Esq.                                 Kent A. Yalowitz
The Berkman Law Office, LLC                             Philip W. Horton
111 Livingston Street, Suite 1928                       Arnold & Porter, LLP
Brooklyn, NY 11201                                      399 Park Avenue
(718) 855-3627 [tel]                                    New York, NY 10022-4690
(718) 855-4696 [fax]                                    (212) 715-1113 [tel]
Rjt@tolchinlaw.com                                      (212) 715-1399 [fax]
                                                        Kent.Yalowtiz@aporter.com

*Co-counsel for Plaintiffs*                             *Co-counsel for Plaintiffs Varda Guetta;*
                                                        *Shayna Gould; Rabbi Leonard Mandelkorn;*
                                                        *Nurit Mandelkorn; Shaul Mandelkorn; Dr.*
                                                        *Larry Carter, individually and as personal*
                                                        *representative of the Estate of Diane*
                                                        *("Dina") Carter; Shaun Choffel; Dr. Alan J.*
                                                        *Bauer, individually and as natural guardian*
                                                        *of plaintiffs Binyamin, Daniel, and Yehuda*
                                                        *Bauer; Revital Bauer, individually and as*
                                                        *natural guardian of plaintiffs Binyamin,*
                                                        *Daniel, and Yehuda Bauer; Yehonathon*
                                                        *Bauer; Katherine Baker, Rebekah Blutstein,*
                                                        *Richard Blutstein; and incoming co-counsel*
                                                        *for all Plaintiffs*