# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                    Fax: (718) 855-4696

November 8, 2013

**BY ECF**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Sokolow,* et al. *v. Palestine Liberation Org.,* et al.
         04-CV-397(GBD)(rle)

Dear Judge Daniels,

    I am co-counsel for the plaintiffs herein, and am also co-counsel for the proposed intervenors (Gilmores) whose case, *Gilmore v. Palestinian Interim Self Governing Authority,* is pending in the DC District Court.

    I am writing to advise the court, so that there will be no confusion, that the Gilmores' Reply Memorandum of Law with respect to their motion to intervene was filed under seal, and appears on the docket as item 387. I am submitting this letter because it is otherwise not apparent from the docket that a reply was submitted with respect to that motion, since the docket entry shows nothing more than "Sealed Document Placed in Vault."

                                      Respectfully yours,

                                      Robert J. Tolchin

cc.    All counsel of record by ECF