# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                         Fax: (718) 855-4696

November 8, 2013

**BY ECF**
Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Sokolow,* et al. *v. Palestine Liberation Org.,* et al.
           04-CV-397(GBD)(rle)

Dear Judge Ellis,

    I am co-counsel for the plaintiffs herein.

    On October 24, 2013 this Court entered an order to show cause directing me to submit a response by November 8, 2013.

    I am writing to advise the court, so that there will be no confusion, that my response to the order to show cause was filed under seal, and appears on the docket as item 387. I am submitting this letter because it is otherwise not apparent from the docket that a response was submitted to the order to show cause, since the docket entry shows nothing more than "Sealed Document Placed in Vault."

                            Respectfully yours,

                            Robert J. Tolchin

cc.    All counsel of record by ECF