# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*By ECF*

November 11, 2013

Hon. Ronald L. Ellis
United States Magistrate Judge
     Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    Sokolow et. al. v. PLO
                04 CV 397 (GBD)(RLE)

Dear Judge Ellis:

    I am writing to request permission to withdraw as attorney for all plaintiffs and terminate my receipt of email ECF notifications in this matter. During the time I represented the plaintiffs I was an associate at The Berkman Law Office, LLC. I am no longer employed by The Berkman Law Office, LLC. The plaintiffs will continue to be represented by Mr. Tolchin, Mr. Yalowitz, and the other counsel of record.

    Thank you for your attention in this matter.

                                        Respectfully yours,

                                        Aaron N. Solomon

cc: All counsel by ECF.