UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

    - against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-13

## [PROPOSED] ORDER APPOINTING COMMISSIONERS FOR THE TAKING OF DEPOSITIONS ABROAD

Upon consideration of Plaintiffs' Application Pursuant To Fed. R. Civ. P. 28(b)(1)(D) To Appoint Commissioners For The Taking Of Depositions Abroad, it is hereby ORDERED that Fiona Farson, Christina Yianni, Claire Hill, and Thelma Harries be, and hereby are, appointed as Commissioners of this Court authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter pursuant to Fed. R. Civ. P. 28(b)(1)(D).

SO ORDERED this 13th day of November, 2013.

_____
Ronald L. Ellis
United States Magistrate Judge