USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,                    :

                              **Plaintiffs,**    :

                    - against -                    :

PALESTINE LIBERATION ORGANIZATION, et al.,    :

                     **Defendants.**    :

**ORDER**

**04 Civ. 397 (GBD) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the parties appear for a telephonic conference with the Court on **November 21, 2013, at 10:30 a.m.**

      On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED** this 15th day of November 2013
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge