# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

November 19, 2013

**BY FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      At the request of your chambers, enclosed please find copies of two letters regarding the objections of the BBC to Judge Ellis' Order denying the BBC's motion to quash a subpoena relating to its 2003 broadcast of the program "Arafat Investigated." The letters, which are referenced at page 3 of my November 5, 2013 letter to the Court, are as follows: (1) November 30, 2012 letter from the plaintiffs to the Court requesting an *in camera* review of the outtakes from the program; and (2) December 13, 2012 letter from the BBC in response.

      I would also like to update the Court on developments regarding the BBC program which may simplify this matter. The BBC has agreed to produce two copies of the original broadcast to the plaintiffs, who will, in turn, provide one copy to the defendants. At that time, we will ask defendants to stipulate to the authenticity of the program. Since the program was broadcast publicly by a major broadcasting network, we believe that there should be no dispute about its authenticity.

                                                Respectfully,

                                                Kent A. Yalowitz/ctr
                                                Kent A. Yalowitz

cc:  Hon. Ronald L. Ellis
      All ECF Counsel