# EXHIBIT 1



MILLER
CHEVALIER

MARK J. ROCHON
MEMBER
(202) 626-5819
mrochon@milchev.com

January 17, 2013

**VIA FEDERAL EXPRESS**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Sokolow v. Palestine Liberation Org.*, 04-CV-397(GBD)(RLE)

Dear Judge Daniels:

      I write regarding the status conference which was set for 10 am today, but was not convened because Plaintiffs' counsel failed to appear. As the Court is aware, the Court set the date and time for today's conference at the conclusion of the conference that was held on August 9, 2012. Both Mr. Schoen and Mr. Tolchin were present in the courtroom when the Court scheduled today's conference. The Court's remarks setting the conference for 10 am today were, of course, also recorded in the official transcript. *See* 8/9/12 Tr. at 84-85.

      As the Court is also aware, three of Defendants' attorneys (Laura Ferguson, Brian Hill and myself) appeared at 10 am today in Courtroom 11A for the hearing. Under the circumstances, Defendants respectfully request that Plaintiffs or their counsel be required to compensate Defendants for some of the expense incurred as a result of their counsel traveling to New York to attend today's aborted conference. While Defendants could fairly request all the fees and expenses they incurred, Defendants respectfully request that Plaintiffs or their counsel be required to pay the train fare and hotel expenses for two of the three defense counsel who traveled to New York today. Those amounts total $1426.00, and the receipts for those expenses are enclosed herewith.

      Defendants had intended to ask the Court at today's hearing to set a schedule for summary judgment motions in this matter. Fact discovery in this case closed on December 21, 2012, and under the terms of the operative Scheduling Order, expert discovery will close on April 22, 2012. DE 131 ¶¶ 3-4. Although Plaintiffs have filed a motion seeking an extension of the fact and expert discovery deadlines, *see* DE 267, no order of the Court has in fact modified the original deadlines for fact or expert discovery. Accordingly, Defendants respectfully request that the Court set May 22, 2012 as the deadline for filing summary judgment motions in this matter.

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com



MILLER
CHEVALIER

Hon. George B. Daniels
January 17, 2013
Page 2

        Defendants presently anticipate moving for summary judgment on all of the counts of
the operative Amended Complaint in this matter.  As the Court is aware, this case involves over
forty individual plaintiffs who collectively seek $3 billion in damages from Defendants for
injuries they claim to have sustained in seven different attacks that took place in the Middle East
over a three-year time period.  Although some of the arguments Defendants anticipate
advancing in their contemplated motion for summary judgment may cut across multiple
incidents, plaintiffs or categories of injury, Defendants also anticipate that a certain amount of
briefing will be required for each incident, category of plaintiff, or type of damage claim.
Accordingly, Defendants also respectfully request that they be allowed to utilize up to 75 pages
of briefing on their summary judgment motion.  Obviously, if Defendants can complete their
briefing in fewer pages, they will do so.

        Finally, as the Court's clerk requested, we have communicated to Mr. Tolchin in order to
obtain from him dates on which he is available to attend a conference in this case before Your
Honor.  Mr. Tolchin has represented that the Court's clerk informed him that the Court is
considering dates in April.  Counsel for both sides are generally available to appear before Your
Honor for a status conference during the weeks of April 1 or April 15.

                                        Sincerely,

                                        Mark J. Rochon

Enclosures

cc:    Robert J. Tolchin, Esq. (via Federal Express)
       David I. Schoen (via Federal Express)

Miller & Chevalier Chartered

```
Brian Hill                        1416
                                  197.10
                                  1
655 15th Nw St Ste 825            197001      EX-A
Washington, DC 20005-5718         1
                                  16-JAN-13   19:15
                                  17-JAN-13
                                  AX
```

| Date | Code | Description | | |
|------|------|-------------|---|---|
| 16-JAN-13 | RT1416 | Room Charge | | 197.10 |
| 16-JAN-13 | RT1416 | Room Sales Tax | | 17.49 |
| 16-JAN-13 | RT1416 | City/Local Tax | | 11.58 |
| 16-JAN-13 | RT1416 | Occupancy/Tourism | | 2.00 |
| 16-JAN-13 | RT1416 | NYS Javits Ctr Tax | | 1.50 |
| 16-JAN-13 | DEPOSIT | Deposit Applied | | 229.67 |
| 17-JAN-13 | AX | American Express | 0.00 | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|------|-----------|-----------|---------|-------|-------|---------|
| 16-JAN-13 | 229.67 | 0.00 | 0.00 | 0.00 | 229.67 | 229.67 |
| Total | 229.67 | 0.00 | 0.00 | 0.00 | 229.67 | 229.67 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 591
Starpoints for this visit G545692872

| | ROOM | DEPART | AGENT |
|---|------|--------|-------|
| Brian Hill | | | |
| FOLIO  197001   16-JAN-13 | 1416 | | |

**Hill, Brian**

| | |
|---|---|
| **From:** | eTickets@amtrak.com |
| **Sent:** | Thursday, January 17, 2013 12:03 PM |
| **To:** | Hill, Brian |
| **Subject:** | Amtrak: eTicket for Your Upcoming Trip |
| **Attachments:** | BHILL_MILCHEV_COM_201301171203191406.pdf |

### SALES RECEIPT - NOT VALID FOR TRAVEL



Purchased: 01/11/2013 7:17 AMModified: 01/17/2013 9:03 AMRetain for your records.

Merchant ID 0069060 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

## Reservation Number - 846CF5NEW YORK PENN, NY - WASHINGTON, DC (One-Way)JANUARY 11, 2013
## Billing Information

| | |
|---|---|
| BRIAN HILL3923 HIGHWOOD COURT, NWWASHINGTON, DC 20007 | |
| **MasterCard** ending in 1223 (Purchase)Authorization Code 75682P | $50 |
| | **Total** |

1

|  | $50.00 |
|---|---|

## Change Summary

| Original Amount Paid | |
|---|---|
| | $423.00 |
| **Travel Amount Used** | |
| | ($249.00) |
| | Subtotal |
| | $174.00 |

Revised Trip Details**Train 2159: NEW YORK (PENN STATION), NY - WASHINGTON, DC**Depart 1:00 PM, Thursday, January 17, 2013
1 ACELA EXPRESS BUSINESS CL SEAT

| | $224.00 |
|---|---|

Ticket Terms & ConditionsACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

| | Subtotal |
|---|---|
| | $224.00 |
| | Revised Fare |
| | $224.00 |
| | Total |
| | $50.00 |

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.
- If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.
- All Amtrak trains except the Auto Train are non-smoking.
- Valid photo ID required. Learn more at www.amtrak.com/ID.
- For baggage policy information, visit www.amtrak.com/baggage.
- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.
- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve

```
                                     1702
Laura Ferguson                       215.10
American Bar Association/gp           2
655 15th St Nw Ste 900               205542      EX-A
Washington, DC 20005-5706            1
                                     16-JAN-13   19:14
                                     17-JAN-13
                                     VI
```

| Date | Ref | Description | | Amount |
|------|-----|-------------|---|-------|
| 16-JAN-13 | RT1702 | Room Charge | | 215.10 |
| 16-JAN-13 | RT1702 | Room Sales Tax | | 19.09 |
| 16-JAN-13 | RT1702 | City/Local Tax | | 12.64 |
| 16-JAN-13 | RT1702 | Occupancy/Tourism | | 2.00 |
| 16-JAN-13 | RT1702 | NYS Javits Ctr Tax | | 1.50 |
| 16-JAN-13 | DEPOSIT | Deposit Applied | | 250.33- |
| 16-JAN-13 | 1 | Internet Service In Room | | 9.99 |
| 17-JAN-13 | VI | Visa | 9.99- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|------|-----------|-----------|---------|-------|-------|---------|
| 16-JAN-13 | 250.33 | 0.00 | 9.99 | 0.00 | 260.32 | 250.33- |
| Total | 250.33 | 0.00 | 9.99 | 0.00 | 260.32 | 250.33- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 430
Starpoints for this visit C50442139420

```
Laura Ferguson                  ROOM     DEPART       AGENT
FOLIO  205542   16-JAN-13       1702
```

**Ferguson, Laura**

| | |
|---|---|
| **From:** | eTickets@amtrak.com |
| **Sent:** | Thursday, January 17, 2013 12:04 PM |
| **To:** | Ferguson, Laura |
| **Subject:** | Amtrak: eTicket for Your Upcoming Trip |
| **Attachments:** | LFERGUSON_MILCHEV_COM_201301171203558354.pdf |

## SALES RECEIPT - NOT VALID FOR TRAVEL



Purchased: 01/11/2013 7:15 AMModified: 01/17/2013 9:03 AMRetain for your records.

Merchant ID 0074760 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 846C6DNEW YORK PENN, NY - WASHINGTON, DC (One-Way)JANUARY 11, 2013
## Billing Information

LAURA FERGUSON5018 EUCLID DRIVEKENSINGTON, MD 20895

**Visa** ending in 8602 (Purchase)Authorization Code 005365                          $5(

| | |
|---|---|
| | **Total** |
| | **$50.00** |

## Change Summary

| | |
|---|---|
| **Original Amount Paid** | $423.00 |
| **Travel Amount Used** | ($249.00) |
| | Subtotal |
| | $174.00 |

1

Revised Trip Details**Train 2159: NEW YORK (PENN STATION), NY - WASHINGTON, DC**Depart 1:00 PM, Thursday, January 17, 2013
1 ACELA EXPRESS BUSINESS CL SEAT

$224.00

Ticket Terms & ConditionsACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

**Subtotal**

**$224.00**

**Revised Fare**

**$224.00**

**Total**

**$50.00**

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.
- If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.
- All Amtrak trains except the Auto Train are non-smoking.
- Valid photo ID required. Learn more at www.amtrak.com/ID.
- For baggage policy information, visit www.amtrak.com/baggage.
- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.
- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve months after date of issue unless otherwise specified. Ticket is a contract of carriage between Amtrak and the ticket holder which is subject to specific terms and conditions. These terms and conditions are available for inspection at Amtrak ticket counters or on the Amtrak website at www.amtrak.com/conditionsofcontract, or may be requested by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).