USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                              Plaintiffs,

        - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                              Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On November 21, 2013, the Court held a telephonic conference with the Parties. During the conference, the Court denied a motion to intervene filed by plaintiffs in *Gilmore et al. v. Palestinian Interim Self-Government Authority et al.*, Civ. No. 01-0853 (GK) (D.D.C.).

Accordingly, the Clerk of the Court is respectfully requested to remove the motion to intervene, Document Number 355, from the Court's docket.

**SO ORDERED this 27th day of November 2013**
New York, New York

                                                                 */s/ Ronald L. Ellis*
                                                               The Honorable Ronald L. Ellis
                                                               United States Magistrate Judge