# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 2, 2013

**BY ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
        Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

The parties have conferred with each other and with Your Honor's chambers, and jointly request that the Court hold a Rule 16 conference on December 12 or 16.

Respectfully submitted,

Kent A. Yalowitz

cc:  All ECF Counsel