# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 13, 2013

**BY ECF AND HAND DELIVERY**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

      I write at the direction of Judge Daniels' chambers. The parties to this case have sent letters to Judge Daniels seeking to establish a schedule for the submission of the Joint Pretrial Order, summary judgment motions, *Daubert* and other *in limine* motions, and jury instructions. Copies of those letters are enclosed.

      On Friday evening, we received a voice message from Judge Daniels' chambers informing us that Your Honor would handle these scheduling issues and directing us to contact Your Honor. This is an urgent matter because, under the rules of this Court, both summary judgment motions and the Joint Pretrial Order would be due a week from Monday, on December 23.

      Accordingly, we request a conference with Your Honor at the Court's earliest convenience to discuss these matters.

                                Respectfully,

                                  Kent A. Yalowitz /ctr

                                  Kent A. Yalowitz

cc: All ECF Counsel