USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

- against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Parties on December 16, 2013, to discuss scheduling matters,

**IT IS HEREBY ORDERED** that the Joint Pretrial Order is due on or before **January 22, 2014**.

**IT IS FURTHER ORDERED** that:

(1) Defendants serve their motion for summary judgment and supporting papers, not to exceed fifty pages, on or before **February 28, 2014**;

(2) Plaintiffs serve their response, not to exceed fifty pages, on or before **March 28, 2014**; and

(3) Defendants serve their reply papers, if any, on or before **April 11, 2014**.

SO ORDERED this 16th day of December 2013
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge