USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

- against -

PALESTINE LIBERATION ORGANIZATION, et al.,

               Defendants.

ORDER

04 Civ. 397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On December 10, 2013, the Court held a telephone conference with the Parties. During the conference, the Court denied Defendants' request to preclude the testimony of two of Plaintiffs' liability experts for the reasons explained on the record.

Accordingly, the Clerk of the Court is respectfully requested to remove the Letter-Motion for a Local Rule 37.2 Conference, Document Number 401, from the Court's docket.

**SO ORDERED this 16th day of December 2013**
New York, New York

                                                 The Honorable Ronald L. Ellis
                                                 United States Magistrate Judge