# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

January 15, 2014

**BY ECF AND HAND DELIVERY**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>     Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

    We write on behalf of plaintiffs to renew our request for a firm trial date. As you know, plaintiffs have previously requested such a date, and Your Honor indicated during the telephonic conference held on December 16, 2013 that you would be in touch with Judge Daniels on this matter.

    Plaintiffs are eager to participate in a call with the Court to discuss the schedule for a firm trial date, submission of voir dire questions and/or a jury questionnaire, and submission of requests to charge the jury.

Respectfully yours,

Kent A. Yalowitz

cc: All ECF Counsel