# **EXHIBIT D**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING