UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW et al.,

                  Plaintiffs,

        -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                  Defendants.

------------------------------------- x

ORDER

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

A pre-trial conference is scheduled in this matter for March 4, 2014 at 10:30 a.m.

Dated: January 23, 2014
      New York, New York

SO ORDERED:

*George B Daniels*

GEORGE B. DANIELS
United States District Judge