UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW et al.,

                              Plaintiffs,

             - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                              Defendants.

**ORDER**

04 Civ. 0397 (GBD)(RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **February 10, 2014, at 10:00 a.m.**

      On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED this 27th day of January 2014
New York, New York

*[Signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge