# EXHIBIT A

# FILED UNDER SEAL

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER