IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

## [PROPOSED] ORDER

Having considered Defendants' Motion for Reconsideration of the Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision, Plaintiffs' opposition, and any replies thereto, it is hereby

**ORDERED**, that Defendants' Motion for Reconsideration is Granted, Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction (DE 81, 82) is also Granted, and the action is dismissed with prejudice.

Date: _____, 2014

                                              _____
                                              Hon. George B. Daniels
                                              United States District Court Judge

Copies via ECF to all counsel of record.

1401009.1