UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                        :

MARK I. SOKOLOW, *et al.*,                                   :

                              Plaintiffs,       :     No. 1:04-cv-00397 (GBD) (RLE)

                                                           :
        -vs.-                                                   :     **NOTICE OF APPEARANCE**

THE PALESTINE LIBERATION            :
ORGANIZATION, *et al.*,                          :

                              Defendants.     :
------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Kent A. Yalowitz of Arnold & Porter LLP hereby appears on behalf of all plaintiffs in the above-referenced action, certifies that he is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: New York, New York
         February 11, 2014

                                                     ARNOLD & PORTER LLP

                                                     By:  /s/ Kent A. Yalowitz
                                                         Kent A. Yalowitz
                                                        399 Park Avenue
                                                         New York, NY 10022
                                                        Tel: (212) 715-1113
                                                        Fax: (212) 715-1399
                                                        Kent.Yalowitz@aporter.com