# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

February 11, 2014

**BY ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>   Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>         Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

The parties have consulted and jointly propose the following schedule for the Court's consideration:

> The parties shall file motions *in limine*, motions for summary judgment, and plaintiffs' opposition to defendants' motion for reconsideration, on or before March 21, 2014.

> The parties shall file oppositions to the motions *in limine* and for summary judgment, and defendants' reply in support of motion for reconsideration, on or before May 2, 2014.

> The parties shall file replies in support of motions *in limine* and for summary judgment on or before May 23, 2014.

Respectfully,

Kent A. Yalowitz

cc:   Brian Hill, Esq.