IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

MARK I. SOKOLOW, et al.,

    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**PRE-TRIAL SCHEDULING ORDER**

**GEORGE B. DANIELS, United States District Judge:**

This scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. **Defendants' Motion for Reconsideration.** Plaintiffs' opposition to defendants' motion for reconsideration on personal jurisdiction shall be submitted to the Court on or before March 21, 2014. Defendants' reply shall be submitted to the Court on or before April 1, 2014. The parties shall appear for argument on the motion on April 11, 2014 at 2:00 p.m.

2. **Summary Judgment and Motions *In Limine*.** Any motion for summary judgment, and any motion *in limine* (including any motion relating to evidence or the admissibility thereof), shall be submitted to the Court on or before May 2, 2014. Each side may make one summary judgment motion limited to 50 pages, and one *in limine* motion. The parties are directed to present any application for an enlargement of the 25-page limit for its motion *in limine* on or before April 11, 2014. Oppositions to any motion for summary judgment and any motion *in limine* shall be submitted to the Court on or before June 6,

2014. Replies shall be submitted to the Court on or before June 23, 2014. The parties shall appear for argument on the motions on June 26, 2014 at 10:30 a.m.

3. **Filing Motion Papers.** All motion papers shall be delivered to opposing counsel and the Court. If a party objects to the public filing of any motion papers, that party must make an application to the Court for confidential treatment within 48 hours of the receipt of the papers. If no party objects within 48 hours, such papers shall be filed on the Court's Electronic Filing System.

4. **Other Pretrial Matters.** The parties are directed to confer on a schedule for the submission of documents relating to all other pretrial matters, including: requests to charge, *voir dire*, a jury questionnaire, and any motions directed to the procedures for trial, including for an anonymous jury and for severance. The schedule shall provide that any motions relating to such matters shall be fully submitted to the Court on or before September 1, 2014.

5. **Conference.** A pretrial conference is scheduled for September 16, 2014 at 10:30 a.m.

6. **Final Pretrial Conference.** A final pretrial conference is scheduled for November 20, 2014 at 10:30 a.m.

7. **Trial Date.** The trial in this case is scheduled to commence on January 12, 2015.

**SO ORDERED**

MAR 06 2014

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DATED: March ___, 2014
New York, New York