# Exhibit A

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING**