ARNOLD & PORTER LLP



Kent A. Yalowitz
Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

March 19, 2014

**VIA ECF AND FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

SO ORDERED.

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

MAR 21 2014

Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

This firm represents the plaintiffs in the above-referenced action.

The parties each respectfully request a 10-page enlargement of the page limits applicable to the upcoming briefing on Defendants' Motion for Reconsideration of the Court's Order on Personal Jurisdiction.

That is, plaintiffs seek a 10-page enlargement of the 25-page limit for their in Opposition to Defendants' Motion to Reconsider (due March 21, 2014), and defendants seek a 10-page enlargement of the 10-page limit for their Reply Memorandum (due April 1, 2014).

Defendants have authorized me to state that they join in this request.

Respectfully,

Kent A. Yalowitz

cc:  All ECF Counsel