UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                       :

MARK I. SOKOLOW, *et al.*,                   :

                                 Plaintiffs,          :      No. 04 Civ. 00397 (GBD) (RLE)

    -vs.-                                          :      **NOTICE OF WITHDRAWAL**
                                                    :      **OF APPEARANCE**

THE PALESTINE LIBERATION       :
ORGANIZATION, *et al.*,                  :

                                  Defendants.      :
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that Squitieri & Fearon LLP hereby withdraws the appearance of Olimpio Lee Squitieri of Squitieri & Fearon LLP in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal.

Dated: New York, New York
         March 21, 2014

                                                        SQUITIERI & FEARON LLP

                                                        By: _____
                                                           Olimpio Lee Squitieri
                                                    32 East 57th Street
                                                    12th Floor
                                                    New York, NY 10022
                                                    Tel: (212) 421-6492
                                                    Fax: (212) 421-6553
                                                    lee@sfclasslaw.com