# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

212.715.1113
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

March 21, 2014

**BY HAND AND ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.,* <u>Docket No. 04-CV-397 (GBD)(RLE)</u>

Dear Judge Daniels:

     This firm represents plaintiffs in the above-referenced action. I enclose a chambers copy of plaintiffs' memorandum in opposition to defendants' motion to reconsider, along with an appendix of documents cited in the memorandum.

     We have served these papers on defendants electronically.

                   Respectfully,

                   Kent A. Yalowitz

cc:    Mark Rochon