UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK I. SOKOLOW et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

------------------------------------ x

ORDER

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

    Defendants' request for an extension of time to respond to Plaintiffs' letters dated March 18 and March 21, 2014 until seven days after this Court rules on Defendants' pending Motion for Reconsideration (ECF 421) is DENIED.

    Defendants shall respond to Plaintiffs' March 18 letter (ECF 436) by March 27, 2014. Defendants shall respond to Plaintiffs' March 21 letter (ECF 441) by May 2, 2014, the date previously set in this Court's Pre-trial Scheduling Order (ECF 435) for any motion *in limine* relating to evidence or the admissibility thereof.

Dated: March 24, 2014
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge