UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                        :

MARK I. SOKOLOW, *et al.*,                        :

                     Plaintiffs,               :     No. 04 Civ. 00397 (GBD) (RLE)

       -vs.-                                    :     **MOTION FOR WITHDRAWAL**
                                               :     **OF APPEARANCE**

THE PALESTINE LIBERATION         :
ORGANIZATION, *et al.*,                 :

                     Defendants.       :
---------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Aaron N. Solomon hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated:  New York, New York
           March 27, 2014

                                                                                 By: _____
                                                                                           Aaron N. Solomon
                                                                                           30 Vesey Street
                                                                                           New York, NY  10007
                                                                                           Tel:  (212) 581-0990
                                                                                           solomon@oneillaw.com