**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NOT FOR PUBLIC FILING**

# Exhibit A

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NOT FOR PUBLIC FILING**