UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### SUGGESTION OF DEATH

   PLEASE TAKE NOTICE that Plaintiff Nevenka Gritz, who is the successor to Plaintiff Norman Gritz, notes the death during the pendency of this action of Plaintiff Norman Gritz.

Dated: New York, New York
   April 4, 2014

             **ARNOLD & PORTER LLP**

             By:  /s/ Kent A. Yalowitz
               Kent A. Yalowitz
                *KENT.YALOWITZ@APORTER.COM*
               Philip W. Horton
                *PHILIP.HORTON@APORTER.COM*
               Lucy S. McMillan
                *LUCY.MCMILLAN@APORTER.COM*
               Ken L. Hashimoto
                *KEN.HASHIMOTO@APORTER.COM*
               Carmela T. Romeo
                *CARMELA.ROMEO@APORTER.COM*
               Tal R. Machnes
                *TAL.MACHNES@APORTER.COM*

             399 Park Avenue
             New York, New York 10022
             (212) 715-1000

             *Attorneys for Nevenka Gritz*

-2-

**TO:**   Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005-5701