UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## NOTICE OF MOTION TO SUBSTITUTE

       PLEASE TAKE NOTICE that upon the Declaration of Kent A. Yalowitz, the exhibits thereto, and the accompanying Memorandum of Law, Plaintiff Nevenka Gritz will move this Court pursuant to Federal Rule of Civil Procedure 25(a)(1) before the Honorable George B. Daniels, Courtroom 11A, at a date and time as the Court may determine for an Order substituting Plaintiff Nevenka Gritz as successor to Plaintiff Norman Gritz pursuant to Federal Rule of Civil Procedure 25(a)(1), so that she may pursue his claims in this action (as well as her own and those of her deceased son).

       PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memorandum shall be served within fourteen days after service of this Notice of Motion and supporting papers.

-2-

Dated: New York, New York
April 4, 2014

**ARNOLD & PORTER LLP**

By: /s/ Kent A. Yalowitz
Kent A. Yalowitz
  *KENT.YALOWITZ@APORTER.COM*
Philip W. Horton
  *PHILIP.HORTON@APORTER.COM*
Lucy S. McMillan
  *LUCY.MCMILLAN@APORTER.COM*
Ken L. Hashimoto
  *KEN.HASHIMOTO@APORTER.COM*
Carmela T. Romeo
  *CARMELA.ROMEO@APORTER.COM*
Tal R. Machnes
  *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Nevenka Gritz*

**TO:** Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005-5701