UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF KENT A. YALOWITZ
## IN SUPPORT OF MOTION TO SUBSTITUTE

KENT A. YALOWITZ hereby declares the following under penalty of perjury:

1. I am a member of the bar of this Court and of the law firm of Arnold & Porter LLP, counsel for Nevenka Gritz.

2. I make this declaration in support of the motion of Nevenka Gritz to substitute, in order to place before the Court true and correct copies of the following documents relating to the motion:

| Exhibit | Description |
|---|---|
| 1. | Report of Death of an American Citizen Abroad for Norman Gritz, prepared by Vice Consul John C. Kelley of the United States Department of State, dated February 17, 2006 |
| 2. | Acte de notoriété après le décès de M. Gritz (Notarial Deed after the Death of Norman Gritz) prepared by Maître Emmanuel Delouis, a civil-law notary, dated October 17, 2005, together with a certified English translation |
| 3. | Livret de Famille (Family Record Book) of Nevenka and Norman Gritz, together with a certified English translation |
| 4. | Certified Copy of Letter of Authority for Personal Representative of the Estate of David Gritz, issued to Nevenka Gritz by the Berkshire County Massachusetts Probate and Family Court on October 29, 2007 |

- 2 -

| 5. | Acte de notoriété après le décès de David Gritz (Notarial Deed after the Death of David Gritz) prepared by Maître Emmanuel Delouis, a civil-law notary, dated February 25, 2004, together with a certified English translation |
| 6. | Excerpts of the deposition of Nevenka Gritz taken in the above-captioned action on October 17, 2012 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2014

_____
Kent A. Yalowitz