# EXHIBIT 1



## U.S. Department of State
### Report of Death of an American Citizen Abroad

U.S. Embassy Paris February 17, 2006
(Post & date of issue)

SSA No.  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

Name in full   Norman Joseph Gritz                                   Age   69

Date and Place of Birth   10-Aug-1936   Chicago, Illinois   United States Of America

Evidence of U.S. Citizenship   Regular Passport #700868270 Issued On June 19, 1996

Address in U.S.A.

Permanent or Temporary Address Abroad   3 Rue Edouard Quenu 75005, France

Date of death   Sep   5   21   45   2005
(Month) (Day) (Hour) (Minute) (Year)

Place of death   Hospital Necker   148 Rue De Sevres, Paris   France
(Number and street) or (Hospital or hotel)   (City)   (Country)

Cause of death   Natural Causes As Certified By Dr. Jean-Paul Viard, Hopital Necker, Paris, France
(Including authority for statement - if physician, include full name and official title, if any)

Disposition of the remains   buried at the Montparnasse Cemetery, Paris, France

Local law governing disinterment of remains provides that   they may be disinterred upon request of next of kin or legal representative

Disposition of the effects   Nevenca Gritz, Rue Edouard Quenu, Paris, France

Person or official responsible for custody of effects and accounting therefore
Nevenca Gritz, his Wife

Traveling/residing abroad with relatives or friends as follows:

| NAME | ADDRESS |
|---|---|
| NEVENKA GRITZ | 3 RUE EDOUARD QUENU 75005 |

Informed by telegram or telephone

| NAME | ADDRESS | DATE NOTIFIED |
|---|---|---|
|  |  |  |

Copy of this report sent to:

| NAME | ADDRESS | DATE SENT |
|---|---|---|
| NEVENKA GRITZ | 3 RUE EDOUARD QUENU 75005 | 2/17/2006 |

Notification or copy sent to Federal Agencies:   SSA x   VA   CSC   Other
(State Agency)

The original copy of this document and information concerning the effects are being placed in the permanent files of the Department of State, Washington, D.C. 20520

Remarks:
French Death certificate n. 2205, City Hall Paris, 15th, France, executed September 7, 2005.

(Continue on reverse if necessary.)

[SEAL]

John C. Kelley
Vice Consul

(Signature on all copies)
of the United States of America

(Last name) GRITZ
(First name) NORMAN
(Middle name) JOSEPH
(Date of death) 05-Sep-2005

DS-2060
Formerly OF-180
12-2003

For Additional Certified Copies, see http://travel.state.gov/passport/consular_records.html.