# EXHIBIT 3

[handwritten text is indicated in italics]

FRENCH REPUBLIC

Liberty            Equality            Fraternity

# FAMILY RECORD BOOK

**IMPLEMENTATION DECREE NO. 54-510**
**OF 17 MAY 1954**
(O.J. [Official Journal] of May 17 – 18)

**Issuing of the Family Record Book**

The family record book is created during the solemnization of the marriage that it pertains to, whether or not this is a first union, by the registrar who officiated at the ceremony.

**Contents of the family record book**

The family record book is comprised of the documents recording the following civil status information:

- marriage of spouses
- death of spouses
- birth of children
- death of children

Civil extracts concerning still-born children must appear in the family record book if the parents request this. In such cases, the registrar shall expressly indicate that the child was stillborn.

In order to accurately represent the civil status of the family and to serve as official proof in this regard, the family record book must contain not only the civil extracts but also the notices that modify these deeds: divorce, etc....,

**Evidential weight of the family record book**

Each extract and each entry contained in the family record book has the evidential weight of an extract from a civil status document as stipulated by article 13 of decree no. 62-921 of 08/03/1962.

Falsifications and fraudulent uses of these extracts or entries render the perpetrators liable to the sanctions laid out by the Penal Code concerning forgery.

Furthermore, use of a family record book containing information that is no longer accurate in view of changes to the civil status of the people concerned in order to obtain advantages, renders the perpetrator liable to criminal prosecution.

**Preservation of the family record book**

The preservation of the family record book shall be the responsibility of the head of the family. In the event of divorce, a second family record book shall be issued to the spouse not in possession of the original copy under the conditions provided for by the following paragraph.

- 2 -

---

CITY OF PARIS

**Mayoralty of the 5th Arrondissement**

# FAMILY RECORD BOOK

Compliant with the Instructions of the Minister of the Interior
_____

**IMPORTANT ADVICE**

To serve as official proof, the family record book must contain:

1. The extracts from the Civil Status documents which concern the family members; marriage certificate of the spouses, the birth certificate of each child, and where applicable, death certificates of the spouses and children.
2. Indication of any changes made to these documents after they were initially issued following divorce, rectifying judgment, judgment recognizing an adoption, etc...
   The head of the family shall not fail to take the family record book to the competent registrar to be updated on each occasion on which it is required. **Failure to adhere to this formality may lead to a criminal prosecution brought against him or a member of his family.**
- It is expressly forbidden for any person other than the competent registrars to make any markings whatsoever on the family record book, (even in the context of an administrative inspection).

**LOSS OF THE FAMILY RECORD BOOK**

Any person who finds this family record book shall return it to the closest Mayoralty which shall return it to the Mayoralty indicated below, this Mayoralty holding it until it can be returned.

-3-

---

Marriage Certificate No. *364/23*

On *January twentieth* nineteen hundred and *seventy three*_____ at _____ hours _____ appeared publicly before Us at the town hall.

| **HUSBAND** | | **WIFE** | |
|---|---|---|---|

**Surname and**  GRITZ  
**Family names**  *Norman Joseph*  
**Born in**  *Chicago, Illinois (U.S.A.)*  
**On** *August tenth*  One thousand *nine* hundred and *thirty six*  
**Son of** (1)  *Meyer GRITZ*  
　　　　　　　　　*deceased*

**and of** (1)  *Anna GRUNDMAN*  
　　　　　　　　　*his widow*

　(2) _____

**Surname and**  GOTOVAC  
**Family names**  *Nevenka*  
**Born in**  *Livno (Yugoslavia)*  
**On** *November twentieth*  One thousand *nine* hundred and *thirty six*  
**Daughter of** (1)  *Petar GOTOVAC*

**and of** (1)  *Ana*  
　　　　　　　　　*his wife*

　(2) _____

**The future spouses have declared** (3) *that no pre-nuptial agreement has been made*. [text appears across both columns in source]

**The future spouses have declared, one after the other, that they wish to be the other's spouse, and we pronounce them joined by marriage in the name of the law.**

　　Issued in accordance with the register, on *January twentieth nineteen hundred and sixty three*.

　　[stamp] REPUBLIC [illegible]    **The Registrar**

Notes: (1) Surname and Name of the father and mother, indicating their death where necessary.
　　(2) Consent to marriage if necessary.
　　(3) Please complete using either "that no pre-nuptial agreement has been made" or "that a pre-nuptial agreement was received on [date] from [name and home address of notary]".

stamp  
of the  
mayoralty

[signature] [illegible]

**MARGINAL NOTES (a)**

**Note (a) Divorce, Annulment of Marriage, Rectifying Judgment**

**HUSBAND'S DEATH CERTIFICATE No.** *2005*

Municipality of [illegible]    , Department of. _____
**On** *Paris September 5, 2005*
at   *21* hours *45*
**died in** (1)    *Paris*                                                          (2)
(3) *Norman Joseph GRITZ*
(4) _____
**as declared by**_____
**Issued in accordance with the registers on** [stamp:] -7 September 2005
the municipal [illegible]
on behalf of the Mayor

**MARGINAL NOTES (a)**                         Mayor's seal:
[seal:] [illegible]
(a) In particular any rectifying                    I TABANOU
judgment                                         [signature]


**WIFE'S DEATH CERTIFICATE No.** _____

Municipality of_____ Department of. _____
**On**_____
**at**_____**hours**_____
**died in** (1) _____ (2)
(3) _____
(4) _____
**as declared by** _____
**Issued in accordance with the registers on**_____

**MARGINAL NOTES (a)**                    **The Registrar**

(a) In particular any rectifying                    **Mayoral**
judgment                                         **seal**

**Notes (1), (2), (3), (4), see page 15.**

-6-

**BIRTH CERTIFICATE No.** *109* **of the first child**

**On**    *March 23 1978*
**at**    *23* **hundred hour***s*  *30*  **was born** (1)   *David Martin GRITZ*

**of** *masculine* **gender   at** (2)    *LE CHESNAY*
**Issued in accordance with the registers on**   *twenty-fifth of March*
**nineteen hundred** *and sixty-eight.*

**MARGINAL NOTES (a)**                    **The Registrar**

(a)                                         Mayor's seal:
[seal:] [illegible]
[signature]

**Notes (1), (2), see page 15.**
(a) Written on the birth certificate of the first child subsequent to the issue of the above certificate.

**DEATH CERTIFICATE NO.** *651/2002* **OF FIRST CHILD On** *July 31, 2002*
**at**_____**hours**_____
**died in** (1)    *Jerusalem*                                                  (2)
(3) _____
(4) *recorded at the GGF in Jerusalem*

**as declared by** _____
**Issued in accordance with the registers on** *August 27, 2002*

**MARGINAL NOTES (a)**                    **The Registrar**

                                        Mayor's seal:
[seal:] CONSULATE GENERAL
(a) In particular any rectifying           OF FRANCE IN JERUSALEM
judgment                                         [signature]:
Jacques [illegible]
On behalf of the registrar

**Notes (1), (2), (3), (4), see page 15.**

-7-



City of New York, State of New York, County of New York

I, Artem Furman, hereby certify that the attached document, entitled, "Gritz Livret de Famille" is to the best of my knowledge and belief, a true and accurate translation from French to English:

Artem Furman

Sworn to before me this
Thursday, April 03, 2014

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

THE GLOBAL SOLUTION FOR LEGAL SUPPORT

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECTLEGAL.COM
OFFICES IN 80 CITIES WORLDWIDE

RÉPUBLIQUE FRANÇAISE
LIBERTÉ — ÉGALITÉ — FRATERNITÉ

# LIVRET DE FAMILLE

## APPLICATION DU DECRET N° 54-510
## DU 17 MAI 1954
(J.O. des 17-18 Mai)

### Délivrance du livret de famille

Le livret de famille est établi lors de la célébration du mariage qu'il s'agisse ou non d'une première union par l'officier d'état civil qui a célébré le mariage.

### Eléments du livret de famille

Le livret de famille est constitué par la réunion des extraits des actes d'état civil ci-après :
— mariage des époux ;
— décès des époux ;
— naissance des enfants ;
— décès des enfants.

En ce qui concerne l'extrait de l'état civil d'un enfant déclaré présentement sans vie, il doit figurer sur le livret de famille si les parents le demandent. Dans ce cas, l'officier de l'état civil indique expressément qu'il s'agit d'un enfant présentement sans vie.

Pour refléter fidèlement l'état de la famille et servir de preuve officielle à cet égard, le livret de famille doit comporter non seulement les extraits des actes de l'état civil mais encore les mentions qui seraient venues modifier lesdits actes : divorce, etc...

### Force probante du livret de famille

Chacun des extraits, chacune des mentions contenues dans le livret de famille a la force probante qui s'attache aux extraits d'actes de l'état civil en vertu de l'article 13 du décret n° 62-921 du 3-8-1962.

Les falsifications et usages frauduleux de ces extraits ou mentions exposent donc leurs auteurs aux sanctions prévues par le Code pénal en matière de faux.

D'autre part, l'usage d'un livret de famille où figurent des indications devenues inexactes en raison des changements de l'état des personnes visées, afin d'obtenir grâce à cette pièce justificative des avantages particuliers, **rend son auteur passible de poursuites pénales.**

### Conservation du livret de famille

La conservation du livret de famille est assurée par le chef de famille.
En cas de divorce, un second livret peut être délivré à l'époux dépourvu du livret original dans les conditions prévues au paragraphe suivant.

— 2 —

---

VILLE DE PARIS

Mairie du ....5.....e Arrondissement

# LIVRET DE FAMILLE

Conforme aux instructions du Ministre de l'Intérieur

### AVIS IMPORTANT

Pour servir de preuve officielle le livret doit comporter :

1° Les extraits des actes d'Etat Civil intéressant les membres de la famille : extrait de l'acte de mariage des époux ; extrait de l'acte de naissance de chacun des enfants ; quand il y a lieu, extraits des actes de décès des époux et des enfants.

2° L'indication des changements apportés à ces actes, depuis la délivrance des extraits inscrits sur ce livret à la suite de divorce, jugement rectificatif, jugement de légitimation adoptive, etc...

Le chef de famille ne devra pas manquer, chaque fois qu'il y aura lieu, de faire mettre à jour le livret de sa famille par l'officier d'Etat Civil compétent.

**L'omission de cette formalité risque d'entraîner des poursuites pénales contre lui ou contre un membre de sa famille.**

— Il est expressément défendu à toute personne autre que les officiers d'Etat Civil compétents, de porter quelque inscription que ce soit sur le livret de famille (même à titre de contrôle administratif).

### PERTE DU LIVRET DE FAMILLE

— Toute personne qui trouverait ce livret de famille doit le remettre à la Mairie la plus proche qui le fera parvenir à la Mairie indiquée ci-dessus, cette Mairie le conservera en vue de sa restitution.

— 3 —

Extrait de l'Acte de MARIAGE N° 364/23

Le vingt janvier mil neuf cent soixante treize ................ à ................ heure ................
devant Nous ont comparu publiquement en la maison commune.

**EPOUX**

Nom et Prénoms : GRITZ Norman Joseph

Né à Chicago Illinois (U.S.A.)
Le dix août mil neuf cent trente-six
Fils de (1) Meyer GRITZ décédé
et de (1) Anna GRUNDMAN sa veuve
(2)

**EPOUSE**

Nom et Prénoms : GOTOVAC Nevenka

Née à Pirmo (Yougoslavie)
Le vingt novembre mil neuf cent trente-six
Fille de (1) Petar GOTOVAC
et de (1) Ana son épouse
(2)

Les futurs conjoints ont déclaré (3) qu'il n'a pas été fait de contrat de mariage

Les futurs conjoints ont déclaré l'un après l'autre vouloir se prendre pour époux et nous avons prononcé au nom de la loi qu'ils sont unis par le mariage.

NOTES
(1) Noms et prénoms du père et de la mère, en indiquant le décès s'il y a lieu.
(2) Consentement au mariage s'il y a lieu.
(3) Compléter ainsi la formule : « qu'il n'a pas été fait de contrat de mariage » ou « qu'un contrat de mariage a été reçu le (date), par (nom et résidence du notaire) ».

le vingt janvier mil neuf cent soixante treize
Délivré, conforme au registre,
L'Officier d'Etat Civil,

**MENTIONS MARGINALES (a)**

NOTE (a) Divorce, jugement déclarant nul le mariage, jugement rectificatif.

— 4 —                                                                                                     — 5 —

**Extrait de l'Acte de décès N° 2205 de l'Epoux**

Commune de .......... Départ. de ..........
Le Paris, 5 Septembre 2005
à 21 heure 45
est décédé à (1) Paris 15 .......... (2)
(3) Norman Joseph GRITZ
(4)
sur la déclaration de ..........
Délivré conforme aux registres le -7 SEP. 2005
MENTIONS MARGINALES (a)    L'Officier d'Etat Civil,
L'adjoint au maire municipal
délégué par le Maire
Sceau de la Mairie
L. TABANOU

(a) Jugement rectificatif notamment.

---

**Extrait de l'Acte de décès N° .......... de l'Epouse**

Commune d.......... Départ. de ..........
Le ..........
à .......... heure ..........
est décédée à (1) .......... (2)
(3) ..........
(4) ..........
sur la déclaration de ..........
Délivré conforme aux registres le ..........
MENTIONS MARGINALES (a)    L'Officier d'Etat Civil,

Sceau de la Mairie

(a) Jugement rectificatif notamment.

Notes (1), (2), (3), (4), voir page 15.
— 6 —

---

**Extrait de l'Acte de naissance N° 109 du premier enfant**

Le 23 mars 1978
à 23 heures 30 est né (1) David Martin GRITZ
du sexe masculin à (2) LE CHESNAY
Délivré conforme aux registres le vingt cinq mars
mil neuf cent soixante dix huit
MENTIONS MARGINALES (a)    L'Officier d'Etat Civil,

Sceau de la Mairie

Notes (1), (2), voir page 15.

(a) Inscrites sur l'acte de naissance du premier enfant postérieurement à la délivrance de l'extrait ci-dessus.

---

**Extrait de l'Acte de décès N° 651/2002 du premier enfant**

Le 31 Juillet 2002
à .......... heure ..........
est décédé (1) Jérusalem .......... (2)
(3) ..........
(4) transcrit au CGF à Jérusalem
sur la déclaration de ..........
Délivré conforme aux registres le 27 Août 2002
MENTIONS MARGINALES (a)    L'Officier d'Etat Civil,

Jacques-Y. RAIMBAULT
Officier de l'Etat Civil par délégation

(a) Jugement rectificatif notamment.    Notes (1), (2), (3), (4), voir page 15.
— 7 —