# EXHIBIT 5

|  |  |
|---|---|
| [stamp] | Stamp fee paid statement |
| [hw] | No. 483564 |

103041 02
ED/FK

       **THE YEAR TWO THOUSAND FOUR**
       **FEBRUARY TWENTY-FIFTH**
**Maître Emmanuel DELOUIS, member of the professional partnership named "Emmanuel DELOUIS and Bernard CARVAIS," owners of a notary firm, with registered office in PARIS (17th), 5, rue de Logelbach.**

       **RECEIVED THE PRESENT NOTARIAL DEED, IN APPLICATION OF ARTICLES 730 TO 730-5 OF THE CIVIL CODE, AT THE REQUEST OF:**
    - Mr. Norman Joseph **GRITZ**, Retired, and Ms. Nevenka **GOTOVAC**, Retired, his wife, residing together in PARIS (75005), 3 rue Edouard Quenu.

## PRESENCE – REPRESENTATION
    All the applicants are present.
    It being observed that the applicant(s) will be referred to, for purposes of the present, as "the applicants" or "the successors."
    As a preliminary to making their declarations, the applicants state as follows:
## STATEMENT
## THE DECEASED PERSON
    Mr. David Martin **GRITZ**, who while living resided in PARIS (75005), 3 rue Edouard Quenu.
Born in LE CHESNAY (Yvelines), March 23, 1978.
Single.
Of French nationality
Died in JERUSALEM (ISRAEL), July 31, 2002.

[stamped in left margin: Recording fees for statement: 75 €]
## ABSENCE OF DISPOSITIONS OF A LAST WILL
    There is no known disposition, in the form of a testament or other in the event of death, created by the deceased person.
## TRANSFER OF INHERITANCE
It being specified here that the deceased person did not leave any legitimate descendant, natural or adoptive.
## HEIR(S)
    **LEAVING,** in the absence of preferred heirs:
    Mr. Norman Joseph **GRITZ**, Retired, and Ms. Nevenka **GOTOVAC**, Retired, his wife, residing together in PARIS (75005), 3 rue Edouard Quenu,
    Birth data:
    Mr. **GTITZ** in CHICAGO Illinois (USA), August 10, 1936,

                                                                                              [initials]

2

Ms. **GRITZ** in Livno, YUGOSLAVIA, on November 20, 1936,

Married under the regime of communal estate comprising only property acquired after marriage, in the absence of a prenuptial agreement prior to their marriage, which was held in the municipal office of PARIS (75005), on January 20, 1973.

The said regime has not since undergone any contractual or judicial modification.

Mr. Gritz of French nationality.

Ms. Gritz of French nationality.

Each being HEIRS in equal shares.

**HIS MOTHER AND FATHER.**

## QUALITIES AS HEIRS

Mr. and Ms. Norman **GRITZ are** entitled to declare themselves and to act as heirs of Mr. David **GRITZ**, their son bearing their name.

## DECLARATIONS BY THE APPLICANTS

The applicants declare that that they certify the transfer of inheritance as it is established above, and certify that to their knowledge there exists no other successor to the inheritance.

They accept the inheritance as of the present moment, having as a preliminary been informed by the undersigned Notary of the consequences of this acceptance, which they acknowledge.

The applicants declare that since the death and until this date, no inventory of the estate has been performed.

## FILE OF THE ARRANGEMENTS OF THE LAST WILL

The file of the arrangements of the last will addressed to the undersigned Notary, at his request, a certificate, which will be attached hereto and appended after comment, from which it can be seen that nothing was recorded in the said file.

## EXCERPT FROM THE DEATH CERTIFICATE

An excerpt from the death certificate for Mr. David GRITZ is appended to the present document after comment.

## DOCUMENTS PRESENTED REGARDING CIVIL STATUS

Besides the documents referred to in the present deed, the undersigned Notary was also presented with the following documents:

- the family booklet of the Mr. and Ms. GRITZ;

## COMMENT

In conformity with the laws and decrees in effect, the undersigned notary informs the successors of the obligation to note in a notarized certificate any transmission by death of rights to real property that may be part of the estate.

[initials]

3

**CAUTION**

  The applicants declare that they have been cautioned by the undersigned Notary that, in principle, the deadline for filing the declaration of inheritance and of payment of fees is six months from the day of death. This deadline is calculated from day to day with a grace period to the last day of the month.

  In the event that this deadline is exceeded or the declaration is insufficient or that all or part of the fees are not paid, an interest penalty for delay of 0.75% per month will be calculated by the administration, with effect from the first day of the month following the expiration of the deadline. An increase of 10% to 80% may be applied, above the 10% after formal notice or in the event of attempts to evade the tax.

  In the terms of the dispositions of article 1709 of the General Tax Code, the fees for declarations of transfer by death are to be paid by the heirs, donees or legatees. Co-heirs are treated jointly and severally. Subsequently the payment may be requested from a single one of the co-heirs for the ensemble of co-heirs.

  Joint and several liability does not exist between the heirs and the legatees, even if universal, nor between the legatees.

  The applicants have asked the undersigned notary to draft this declaration, committing to provide him with all the items, without any exception, necessary for this purpose, or to give him the power to obtain them.

**READING OF ARTICLES 730-2, 730-3, 730-4 OF THE CIVIL CODE**

  The undersigned Notary has read aloud to the applicants articles 730-2, 730-3, 730-4 of the Civil Code, the texts of which are repeated below:

  Article 730-2 – The affirmation contained in the notarized deed does not, by itself, convey acceptance of the inheritance.

  Article 730-3 – The notarized deed thus established is deemed accurate until proof to the contrary.

  Persons having recourse to this are presumed to have rights to the inheritance in the proportion indicated herein.

  Article 730-4 – The heirs designated in the notarized deed or their common representative are deemed, with regard to third parties holding assets in the estate, to have the free disposal of these assets and, if funds are involved, the free disposal of these in the proportion indicated in the deed.

  The applicants declare that they have received from the undersigned Notary all the required explanations and warnings.

**DOCUMENT OF WHICH** on three pages

**Comprising:**    **Initialed**

- approved footnote:        [hw] 0
- crossed-out blank spaces:   [hw] 0        [initials NG]
- blacked-out blank spaces:   [hw] 0
- entire lines crossed out:   [hw] 0
- numerals crossed out:       [hw] 0
- spaces for word left blank: [hw] 0

  And after reading, the applicants signed the present document with the Notary.

   [signature]        [signature]

| | | | |
|---|---|---|---|
| No. 651 | **CT19458** | CIVIL STATUS | [logo] |

Death certificate
for David Martin GRITZ

TRANSCRIPT

I. <u>Date, time and place of death</u>:
July 31, 2002, in Jerusalem
II. <u>Identity of the deceased</u>
David Martin GRITZ, born in Chesnay (Yvelines), March 23, 1978,
domiciled in France, son of Norman Joseph GRITZ, and of Nevanka GOTOVAC; single.
III. <u>Informant</u>
…………..
IV. <u>Certificate registered</u> on August 5, 2002, in Jerusalem, by Rahel ZEBULON
Director of Bureau of Deaths for the Israeli Ministry
of the Interior, under references 3/1432 2002
V. <u>Marginal notes included in the foreign certificate</u>
…………..

VI. Transcribed by Us, Jacques-Yves RAIMBAULT, Officer of civil status by delegation
to the General Consul of France in JERUSALEM
on August 6, 2002, upon being presented with a copy of the original certificate,
duly translated and forwarded to Us by the Israeli Minister
of the Interior and a copy of the birth certificate of
David Martin GRITZ forwarded to us by the Municipal Executive of
Chesnay (Yvelines), copies and translations attached to the present record.
[signature]

[stamp]                              [signature]            [hw] Aug. 7, 2002
GENERAL CONSUL OF FRANCE             Jacques-Yves RAIMBAULT
IN JERUSALEM                         Officer of civil status by delegation

[stamp]                              [initials]
APPENDIX to the record
of a document [illegible]
Feb. 25, 2004
By the undersigned notary

**Central File of the Dispositions**
**of Last Wills**

[logo] | ADSN          11307 Venelles Cedex – Tel. 04 42 54 90 80 – Fax 04 42 54 90 90

Maître DELOUIS & CARVAIS
NOTARY PARTNERS
Study: 75108          5 RUE DE LOGELBACH
Reference: Soria      75017 PARIS
[barcode]

---

[logo] | ADSN   Central File of the Dispositions   February 17, 2004
        of Last Wills                              page 1/ 1
        11307 Venelles Cedex                       *(in the event of multiple pages,*
        Tel. 04 42 54 90 80                        *to be continued on separate page)*
        Fax 04 42 54 90 90

**REPORT ON HEARING**                  **Number: 2004021740255**
Name:          **GRITZ**                Sex:     **M**
First names:   **DAVID MARTIN**
Born on:       **March 23, 1978**        In:     **78 LE CHESNAY**
Spouse:                                           Date of death:  **July 31, 2002**

*No record in the Central File as of Feb. 17, 2004.*

                        [stamp]    Attached to the record of a deed
                                   received by the undersigned notary
                                   on Feb. 25, 2004     [initials]



City of New York, State of New York, County of New York

I, Artem Furman, hereby certify that the attached document, entitled, "Acte de notoriété après le décès de David Gritz (notarial deed after David Martin GRITZ)" is to the best of my knowledge and belief, a true and accurate translation from French to English:

Artem Furman

Sworn to before me this
Thursday, April 03, 2014

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016
Stamp, Notary Public

THE GLOBAL SOLUTION FOR LEGAL SUPPORT

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECTLEGAL.COM
OFFICES IN 80 CITIES WORLDWIDE



Droit de timbre
payé sur état
N° 48364

103041 02
ED/FK/

L'AN DEUX MIL QUATRE,
Le VINGT CINQ FÉVRIER
A PARIS, au siège de l'Office Notarial, ci-après nommé,

Maître Emmanuel DELOUIS, membre de la Société Civile Professionnelle dénommée "Emmanuel DELOUIS et Bernard CARVAIS", titulaire d'un office notarial, dont le siège est à PARIS (17ème), 5, rue de Logelbach,

A REÇU LE PRESENT ACTE DE NOTORIETE, EN APPLICATION DES ARTICLES 730 A 730-5 DU CODE CIVIL, A LA REQUETE DE :

Monsieur Norman Joseph GRITZ, Retraité, et Madame Nevenka GOTOVAC, Retraitée, son épouse, demeurant ensemble à PARIS (75005), 3 rue Edouard Quenu

### PRESENCE - REPRESENTATION

Tous les requérants sont présents.

**Etant observé que le ou les requérants seront dénommés aux présentes « les requérants » et également « les ayants-droit ».**

Préalablement à leurs déclarations, les requérants exposent ce qui suit :

### EXPOSE

#### PERSONNE DECEDEE

Monsieur David Martin GRITZ, en son vivant demeurant à PARIS (75005) 3 rue Edouard Quenu.
Né à LE CHESNAY (Yvelines), le 23 mars 1978.
Célibataire.
De nationalité française

Décédé à JERUSALEM (ISRAEL)         , le 31 juillet 2002.

#### ABSENCE DE DISPOSITIONS DE DERNIERES VOLONTES

Il n'est pas connu de disposition testamentaire ou autre à cause de mort émanant de la personne décédée.

#### DEVOLUTION SUCCESSORALE

Etant ici précisé que la personne décédée n'a laissé aucun descendant légitime naturel ou adoptif.

#### HERITIER(S)

LAISSANT, à défaut d'héritiers de rang plus favorable :
Monsieur Norman Joseph GRITZ, Retraité, et Madame Nevenka GOTOVAC, Retraitée, son épouse, demeurant ensemble à PARIS (75005),      3 rue Edouard Quenu,
Nés savoir :
Monsieur GRITZ à CHICAGO Illinois (ETATS UNIS d'AMERIQUE) le 10 août 1936,

2

Madame GRITZ à Livno (YOUGOSLAVIE) le 20 novembre 1936,
Mariés sous le régime de la communauté de biens réduite aux acquêts à défaut de contrat de mariage préalable à leur union célébrée à la mairie de PARIS (75005), le 20 janvier 1973.
Ledit régime n'a subi aucune modification conventionnelle ou judiciaire depuis.

Monsieur de nationalité française.
Madame de nationalité française.

HERITIERS pour moitié chacun.

SES PERE ET MERE.

### QUALITES HEREDITAIRES

Monsieur et Madame Norman GRITZ sont habiles à se dire et porter héritiers de Monsieur David GRITZ leur fils sus nommé.

### DECLARATIONS DES REQUERANTS

Les requérants déclarent attester la dévolution successorale telle qu'elle est établie ci-dessus, et certifier qu'à leur connaissance il n'existe aucun autre ayant-droit à la succession dont il s'agit.

Ils acceptent dès à présent la succession, ayant été préalablement avertis par le Notaire soussigné des conséquences de cette acceptation, ce qu'ils reconnaissent.

Les requérants déclarent qu'après le décès et jusqu'à ce jour, il n'a pas été dressé d'inventaire.

### FICHIER DES DISPOSITIONS DE DERNIERES VOLONTES

Le fichier des dispositions de dernières volontés a adressé, à sa demande, au Notaire soussigné, un certificat qui demeurera ci-joint et annexé après mention, dont il résulte qu'aucune inscription n'a été prise audit fichier.

### EXTRAIT D'ACTE DE DECES

Un extrait de l'acte de décès de Monsieur David GRITZ est demeuré annexé aux présentes après mention.

### PIECES D'ETAT-CIVIL PRODUITES

Outre les documents visés aux présentes, ont été produites entre les mains du Notaire soussigné les pièces suivantes :
- le livret de famille de Monsieur et Madame GRITZ ;

### MENTION

Conformément aux lois et décrets en vigueur, le notaire soussigné informe les ayants-droit à la succession de l'obligation de faire constater dans une attestation notariée toutes transmissions par décès des droits réels immobiliers pouvant dépendre de celle-ci.

## AVERTISSEMENT

Les requérants déclarent avoir été avertis par le Notaire soussigné que le délai de principe de dépôt de la déclaration de succession et du paiement des droits est de six mois à compter du jour du décès. Ce délai se calcule de quantième à quantième avec une tolérance au dernier jour du mois.

En cas de dépassement de ce délai ou d'insuffisance de déclaration et de non paiement en tout ou partie des droits, court un intérêt de retard demandé par l'administration de 0,75% par mois à compter du premier jour du mois suivant l'expiration du délai. Une majoration pouvant aller de 10% à 80% est susceptible d'être appliquée, au-delà de 10 % après mises en demeure ou en cas de manoeuvres destinées à éluder l'impôt.

Aux termes des dispositions de l'article 1709 du Code Général des Impôts les droits des déclarations des mutations par décès sont payés par les héritiers, donataires ou légataires. Les cohéritiers sont solidaires. Par suite le paiement peut être demandé à un seul des cohéritiers pour l'ensemble des cohéritiers.

La solidarité n'existe pas entre les héritiers et les légataires même universels, ni entre les légataires.

Les requérants demandent au notaire soussigné d'établir cette déclaration, s'obligeant à lui fournir à sa demande tous les éléments, sans exception aucune, nécessaires à cet effet, où à lui donner pouvoir pour les obtenir.

### LECTURE DES ARTICLES 730-2 ; 730-3 et 730-4 DU CODE CIVIL

Le Notaire soussigné a donné lecture aux requérants des articles 730-2, 730-3 et 730-4 du Code Civil ci-après littéralement rapportés :

Article 730-2 - L'affirmation contenue dans l'acte de notoriété n'emporte pas, par elle-même, acceptation de la succession.

Article 730-3 - L'acte de notoriété ainsi établi fait foi jusqu'à preuve du contraire.

Celui qui s'en prévaut est présumé avoir des droits héréditaires dans la proportion qui s'y trouve indiquée.

Article 730-4 - Les héritiers désignés dans l'acte de notoriété ou leur mandataire commun sont réputés, à l'égard des tiers détenteurs de biens de la succession, avoir la libre disposition de ces biens et, s'il s'agit de fonds, la libre disposition de ceux-ci dans la proportion indiquée à l'acte.

Les requérants déclarent avoir reçu du Notaire soussigné toutes les explications et avertissements nécessaires.

**DONT ACTE** sur trois pages.
**Paraphes**

**Comprenant :**
- renvoi approuvé : 0
- barre tirée dans des blancs : 0
- blanc bâtonné : 0
- ligne entière rayée : 0
- chiffre rayé nul : 0
- mot nul : 0

Et après lecture faite, les requérants ont signé le présent acte avec le Notaire soussigné.

No 651
Acte de décès
de David, Martin GRITZ

CT19458


ÉTAT CIVIL

TRANSCRIPTION

I. Date, heure et lieu du décès............................................
Trente et un juillet deux mille deux, à Jérusalem......................
II. Identité du défunt..................................................
David, Martin GRITZ, né au Chesnay (Yvelines), le 23 mars 1978,.......
domicilié en France, fils de Norman, Joseph GRITZ, et de Nevenka......
GOTOVAC, célibataire..................................................
III. Déclarant........................................................
......................................................................
IV. Acte enregistré le 5 août 2002 à Jérusalem, par Rahel ZEBULON,...
Directrice du Bureau des décès au Ministère israélien du.............
l'Intérieur, sous les références 3/1432 2002.........................
V. Mentions marginales figurant dans l'acte étranger..................
......................................................................
VI. Transcrit par Nous, Jacques-Yves RAIMBAULT, Officier de l'état...
civil par délégation du Consul Général de France à JERUSALEM,.........
le 6 août 2002, sur la production d'une expédition de l'acte.........
original, dûment traduite à Nous transmise par le Ministère..........
israélien de l'Intérieur et d'une expédition de l'acte de............
naissance de David, Martin GRITZ à Nous transmise par la Mairie du...
Chesnay (Yvelines), expéditions et traduction annexées au présent....
registre..............................................................

7/08/2002.

Jacques - Yves RAIMBAULT
Officier de l'Etat Civil par délégation

ANNEXE à la minute
d'un acte reçu le
25 FEV. 2004
Par le notaire soussigné

 

854
3134050139

# Fichier Central des Dispositions de Dernieres Volontés

13107 Venelles Cedex - Tél. : 04 42 54 90 80 - Fax : 04 42 54 90 90

Maîtres DELOUIS & CARVAIS
NOTAIRES ASSOCIES
5 RUE DE LOGELBACH
75017 PARIS

Etude :         75108
Référence :     SORIA



Fichier Central de Dispositions
de Dernières Volontés
13107 Venelles Cedex
Tél. : 04 42 54 90 80
Fax : 04 42 54 90 90

17 Février 2004
folio  1/1
*(en cas de folio supérieur à 4/4, suite par pli séparé)*

## COMPTE RENDU D'INTERROGATION

Numéro : 2004021740255

| | | |
|---|---|---|
| Nom : | GRITZ | Sexe : M |
| Prénoms : | DAVID MARTIN | |
| Né le : | 23.03.1978       à : 78 LE CHESNAY | |
| Conjoint : | | Date de décès : 31.07.2002 |

*Aucune inscription au Fichier Central en date du 17.02.2004*

ANNEXÉ à la minute
d'un acte reçu le :
2 5 FEV. 2004
Par le notaire soussigné