# EXHIBIT  6

# EXCERPTED

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------------X
     MARK I. SOKOLOW, et al.,
4
                              PLAINTIFFS,
5
6           -against-          Case No:
                               04CV397 (GBD)(RLE)
7
8    THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
9
                              DEFENDANTS.
10   ------------------------------------------X

11

12                  DATE: October 17, 2012

13                  TIME: 10:20 P.M.

14

15           DEPOSITION of NEVENKA GRITZ,

16   taken by the Defendants, pursuant to Notice

17   and to the Federal Rules of Civil

18   Procedure, held at the offices of Morrison

19   & Foerster, 1290 Avenue of the Americas,

20   New York, New York 10104, before Robert X.

21   Shaw, CSR, a Notary Public of the State of

22   New York.

23

24

25

2

```
 1
 2    A P P E A R A N C E S:
 3
 4    THE BERKMAN LAW OFFICE
            Attorneys for Plaintiffs
 5        111 Livingston Street, 1928
          Brooklyn, New York 11201
 6        BY: AARON SOLOMON, ESQ,
 7
 8
 9    MILLER & CHEVALIER CHARTERED
            Attorneys for Defendants
10        655 Fifteenth Street, N.W., Suite 900
          Washington, D.C. 20005
11        BY: LAMIA R. MATTA, ESQ.
              202.626-5800
12
13    ALSO PRESENT:
14    Bernard Askienazy, French Interpreter
15      Rina Ne'eman Hebrew Language Services
16
17
18
19
20
21
22
23
24
25
```

1                       Nevenka Gritz

2    B E R N A R D  A S K I E N A Z Y, sworn in

3    as the French Interpreter:

4    N E V E N K A    G R I T Z, called as a

5        witness, having been first duly sworn by

6        a Notary Public of the State of New York,

7        was examined and testified (In French) as

8        follows:

9    EXAMINATION BY

10   MS. MATTA:

11          Q.    Good morning.

12          A.    Good morning.

13          Q.    This deposition is being

14   conducted in French, with a certified

15   interpreter translating into English.

16               Could you please state your

17   name for the record.

18          A.    Nevenka Gritz.

19          Q.    Mrs. Gritz, do you have a

20   middle name?

21          A.    No.

22          Q.    Have you ever been deposed?

23          A.    I was summoned once on this

24   case, but never for anything else.

25               MR. SOLOMON:  By counsel, she

Nevenka Gritz

2    born?

3          A.    I was born in a small town in

4    Bosnia, Herzegovina.

5                And a small city called Livno.

6                THE WITNESS:  L-I -- L-I-V-N-O.

7          Q.    And, Mrs. Gritz, when were you

8    born?

9          A.    I was born on November 20th,

10    1936.

11          Q.    Are your parents still living?

12          A.    No.  They're both deceased.

13          Q.    Do you have any siblings?

14          A.    I had two brothers and one

15    sister.  They all died.

16          Q.    Mrs. Gritz, I understand that

17    your spouse is deceased.

18          A.    Yes.

19          Q.    What was your husband's name?

20          A.    Norman Gritz.

21          Q.    And when did he die?

22          A.    2005.  In 2005.  September,

23    2005.

24          Q.    And what was his nationality?

25          A.    American and French.

8

```
 1                    Nevenka Gritz
 2        Q.    Are you serving as the executor
 3   of his estate?
 4        A.    Yes.
 5        Q.    And where did you meet your
 6   spouse, in which country?
 7        A.    In France, in Paris.
 8        Q.    And when were you married?
 9        A.    In 1973.
10        Q.    And in what country were you
11   married?
12        A.    In France, Paris.
13        Q.    And have you remarried since
14   your husband died?
15        A.    No.
16        Q.    How old were you when you left
17   Bosnia?
18        A.    I left Bosnia when I was 18 to
19   go and study in Zagreb, in Croatia.
20        Q.    And what did you study there?
21        A.    I studied art history.
22        Q.    Okay.  And what did you do
23   after that?
24        A.    I went to Paris.
25        Q.    And what was the reason for
```

```
 1                    Nevenka Gritz
 2    entitled to work for a few years up to a
 3    certain amount of earnings.
 4         Q.    Okay.  Mrs. Gritz, we're here
 5    today because of the bombing that occurred
 6    on July 31st, 2002 at the Hebrew University
 7    in which I understand that your son was one
 8    of the people who was killed.
 9         A.    Yes.
10         Q.    And is this the underlying
11    basis of your lawsuit today?
12         A.    Yes.
13         Q.    Can you tell us your son's date
14    of birth?
15         A.    March 23rd, 1978.
16         Q.    And where was he born?
17         A.    In Paris.
18         Q.    And what was his nationality?
19         A.    He had dual citizenship,
20    American and French.
21         Q.    I think I may not have asked
22    you:  What is your citizenship?
23         A.    French and Croatian.
24         Q.    Okay.  And what was your
25    husband's nationality?
```

1                    Nevenka Gritz
2        A.    American and French.
3        Q.    Do you hold a U.S. passport?
4        A.    No.  I've got a green card.
5        Q.    Okay.  What languages do you
6    speak, Mrs. Gritz?
7        A.    Croatian and French and some
8    English.
9        Q.    Okay.  So, can you tell me the
10   schools at which your son was educated.
11            MR. SOLOMON:  Off the record.
12            (Whereupon, an off-the-record
13        discussion was held.)
14            MS. MATTA:  Back on the record.
15       Q.    Before we went off the record,
16   Mrs. Gritz, I was asking you if you could
17   tell us the names of the schools that your
18   son attended.
19       A.    Ecole Maternelle Rue Des
20   Lyonnais.
21            Primaire Rue de L'Alouette --
22   no, De Arbalete.
23            College Raymond Queneau. Lycee
24   Lavoisier.
25            MacGill University.  Lyce Paul