# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

April 9, 2014

**BY HAND AND VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    In accordance with the Court's instructions at the conference held March 4, plaintiffs wrote to defendants seeking defendants' stipulation that trial exhibits produced by defendants we authentic and not excludable hearsay. Defendants refused to so stipulate. Therefore, in accordance with the Court's instructions, plaintiffs submit the enclosed motion to overrule the defendants' authenticity and hearsay objections to their own documents or, alternatively, to establish a procedure for resolving these issues before trial.

                                     Respectfully,

                                       Kent A. Yalowitz

cc:    All ECF Counsel

Enclosure (by hand only)