UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
MARK I. SOKOLOW, et al.,                                :
                                                        :
                        Plaintiffs,                     :   No. 04 Civ. 00397 (GBD) (RLE)
                                                        :
        -vs.-                                           :   **NOTICE OF WITHDRAWAL**
                                                        :   **OF APPEARANCE**
THE PALESTINE LIBERATION                                :
ORGANIZATION, et al.,                                   :   **SO ORDERED:**
                                                        :
                        Defendants.                     :   */s/ George B. Daniels*
------------------------------------------------------- X   George B. Daniels, U.S.D.J.
                                                            APR 14 2014

**PLEASE TAKE NOTICE** that Squitieri & Fearon LLP hereby withdraws the appearance of Olimpio Lee Squitieri of Squitieri & Fearon LLP in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal.

Dated: New York, New York
       March 21, 2014

                                        SQUITIERI & FEARON LLP

                                        By: _____
                                            Olimpio Lee Squitieri
                                        32 East 57th Street
                                        12th Floor
                                        New York, NY  10022
                                        Tel: (212) 421-6492
                                        Fax: (212) 421-6553
                                        lee@sfclasslaw.com

66581193v1