

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

April 23, 2014

BY ECF
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Sokolow v. Palestine Liberation Organization,* No. 04-CV-397(GBD) (RLE)

Dear Judge Daniels:

    The parties have agreed on the following schedule for the Opposition and Reply to the Plaintiffs' Motion to Overrule Defendants' Authenticity and Hearsay Objections, which was served on the Defendants and Court on April 9, 2014:

    May 16, 2014:  Defendants' Opposition
    June 13, 2014:  Plaintiffs' Reply

    The parties respectfully request that the Court approve this schedule.

                                Sincerely,

                                Brian A. Hill

cc: All ECF Counsel (by email)

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 • Washington, D.C. 20005-5701 • 202-626-5800 • 202-626-5801 FAX • millerchevalier.com

1424091.1