IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### APPENDIX OF DOCUMENTS SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

The following documents—which are in the record or have been designated by the parties as exhibits or deposition testimony for use at trial—are relevant to and referred to in plaintiffs' accompanying Memorandum of Law in Opposition to Defendants' Motion for Reconsideration (the "Memorandum").[1]

| EXHIBIT A (tabs below) | **Letters to the Court** |
|---|---|
| A.1 | Defendants' Letter to the Court, dated May 31, 2011. |
| A.2 | Defendants' Letter to the Court, dated June 3, 2011. |

| **EXHIBIT B** | List, printed as of March 14, 2014, of the Most Wanted Terrorists, which is publicly available on the website of the U.S. Federal Bureau of Investigation and is publicly available at http://www.fbi.org/wanted/wanted_terrorists. |
|---|---|

---

[1] As noted in the Memorandum, Exhibits A, C and H within this Appendix are collections of documents referred to in the Memorandum. Each document within those exhibits follows a numbered tab, and citations to that document in the Memorandum reflect both the exhibit letter and tab number. Thus, "Ex H.1" in the Memorandum refers to the document behind the first tab within Exhibit H; "Ex H.2" refers to the document behind the Tab 2 within Exhibit H; etc.

| EXHIBIT C (tabs below) | Reports by experts examined under oath by the defendants |
|---|---|
| C.1 | Expert Report of Dr. Jeffrey Addicott, dated March 22, 2013. |
| C.2 | Expert Report of Alon Eviatar, dated June 14, 2013. |
| C.3 | Expert Opinion of Nick Kaufman, dated April 10, 2013. |
| C.4 | Expert Report of Dr. Matthew Levitt, dated March 22, 2013. |
| C.5 | Expert Report of Itamar Marcus, dated March 22, 2013. |
| C.6 | Expert Report of Israel Shrenzel, dated April 10, 2013. |

| EXHIBIT D | Excerpts from the Deposition Transcript of Expert Dr. Lori Allen, dated November 19, 2013, which have been designated by plaintiffs on Exhibit 2-1 of the proposed Joint Pretrial Order in this case |
|---|---|

| EXHIBIT E | Excerpts from the Deposition Transcript of Hussein Al Sheikh, dated April 1, 2009, which have been designated by plaintiffs on Exhibit 2-1 of the proposed Joint Pretrial Order in this case. |
|---|---|

| EXHIBIT F | Excerpts from the Transcript of the Hearing before the Hon. George B. Daniels, dated May 26, 2011. |
|---|---|

| EXHIBIT G | Memorandum of Law in Support of The Palestinian Authority's Motion to Dismiss, filed on June 5, 2013, in *Livnat v. Palestinian Authority*, Civ. No. 13-cv-00498 (E.D. Va.) as Docket Entry 6, by defendant Palestinian Authority, which is also a defendant in this case. |
|---|---|

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.1 | 16. Document with Bates number D 02: 006415. |
| H.2 | 17. Document with Bates number D 02: 006761-74. |
| H.3 | 18. Document with Bates number D 02: 006775-78. |
| H.4 | 19. Document with Bates number D 02: 006827-34. |
| H.5 | 21. Document with Bates number D 02: 007183-84. |
| H.6 | 22. Document with Bates number D 02: 007290-7303. |
| H.7 | 23. Document with Bates number D 02: 007304-16. |
| H.8 | 24. Document with Bates number D 02: 007317-27. |
| H.9 | 26. Document with Bates number D 02: 007731-42. |
| H.10 | 27. Document with Bates number D 02: 007893-95. |
| H.11 | 28. Document with Bates number D 02: 007896-97. |
| H.12 | 36A. Document with Bates number D 02: 008952-56. |
| H.13 | 36B. Document with Bates number D 02: 008957-60. |
| H.14 | 36C. Document with Bates number D 02: 008961-66. |
| H.15 | 36D. Document with Bates number D 02: 008967. |
| H.16 | 36E. Document with Bates number D 02: 008968. |
| H.17 | 47. Document with Bates number D 02: 008999-9001. |
| H.18 | 48. Document with Bates number D 02: 009002. |

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.19 | 49. Document with Bates number D 02: 009003-21. |
| H.20 | 52. Document with Bates number D 02: 009033-35. |
| H.21 | 53. Document with Bates number D 02: 009036-38. |
| H.22 | 56. Video with Bates number D 02: 009044. |
| H.23 | 58. Document with Bates number D 02: 009046. |
| H.24 | 60. Document with Bates number D 02: 009050-80. |
| H.25 | 63. Document with Bates number D 02: 009134-63. |
| H.26 | 64. Document with Bates number D 02: 009164-77. |
| H.27 | 75. Document with Bates number D 02: 009287-95. |
| H.28 | 83. Document with Bates number D 02: 009305-43. |
| H.29 | 87. Document with Bates number D 02: 009400-11. |
| H.30 | 91. Document with Bates number D 02: 009416. |
| H.31 | 93. Document with Bates number D 02: 009430-32. |
| H.32 | 96. Document with Bates number D 02: 009482-9500. |
| H.33 | 103. Document with Bates number D 02: 009501-04. |
| H.34 | 104. Document with Bates number D 02: 009505-06. |
| H.35 | 105. Document with Bates number D 02: 009507-08. |
| H.36 | 106. Document with Bates number D 02: 009509. |
| H.37 | 109. Document with Bates number D 02: 009533-36. |
| H.38 | 112. Document with Bates number D 02: 009545. |
| H.39 | 113. Document with Bates number D 02: 009546. |
| H.40 | 114. Document with Bates number D 02: 009547. |
| H.41 | 116. Document with Bates number D 02: 009555. |
| H.42 | 118. Document with Bates number D 02: 009576-23. |
| H.43 | 119. Document with Bates number D 02: 009624-25. |
| H.44 | 120. Document with Bates number D 02: 009627-28. |
| H.45 | 121. Document with Bates number D 02: 009631. |
| H.46 | 122. Document with Bates number D 02: 009632. |
| H.47 | 129. Document with Bates number D 02: 009866-70. |
| H.48 | 130. Document with Bates number D 02: 009871-78. |
| H.49 | 131. Document with Bates number D 02: 009879-86. |
| H.50 | 132. Document with Bates number D 02: 009887-88. |
| H.51 | 139. Document with Bates number D 02: 009917. |
| H.52 | 140. Document with Bates number D 02: 009918-19. |
| H.53 | 142. Document with Bates number D 02: 009924-25. |
| H.54 | 148. Document with Bates number D 02: 009952-54. |
| H.55 | 149. Document with Bates number D 02: 009955-56. |
| H.56 | 150. Document with Bates number D 02: 009957-58. |
| H.57 | 153. Document with Bates number D 02: 009965-67. |
| H.58 | 178. Document with Bates number P 1: 1035-47. |
| H.59 | 260. Document with Bates number P 2: 145-48. |
| H.60 | 276. Document with Bates number P 2: 228-37. |
| H.61 | 295. Document with Bates number P 2: 314-16. |

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.62 | 358. Document with Bates number P 5: 209. |
| H.63 | 359. Document with Bates number P 5: 210-17. |
| H.64 | 361. Document with Bates number P 5: 236. |
| H.65 | 362. Document with Bates number P 5: 237-80. |
| H.66 | 375. Document with Bates number P 5: 40-41. |
| H.67 | 376. Document with Bates number P 5: 42-43. |
| H.68 | 384. Document with Bates number P 6: 11-30. |
| H.69 | 419. Document with Bates number P 6: 60. |
| H.70 | 420. Document with Bates number P 6: 61. |
| H.71 | 451. Document with Bates number P 7: 371-460. |
| H.72 | 484. Document with Bates number P 8: 45-52. |
| H.73 | 486. Document with Bates number P 8: 70. |
| H.74 | 492. Human Rights Watch, "Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians" (2002). |
| H.75 | 503. Robert Pape, "Dying to Win: The Strategic Logic of Suicide Terrorism," 9-11, 20-24, 272-74, Random House 2006, cited in Expert Report of Lori Allen. |
| H.76 | 520. Glenn E. Robinson, "After Arafat," Current History (January 2005). |
| H.77 | 552. Deposition Testimony of Moab Hassan Yousef, dated January 10, 2012, at 106:8-108:21, cited in Footnote 5b to the Expert Report of Alon Eviatar. |
| H.78 | 553. "The Palestinian Authority Financed 'Fatah' Branch Activities from its Official Budget" (May 5, 2002), cited in Footnote 35 to the Expert Report of Alon Eviatar. |
| H.79 | 558. Israel Defense Forces Intelligence Corps, Research Division, The Palestinian Terrorist Organizations (September 2, 2004), cited in Footnote 142 to the Expert Report of Alon Eviatar. |
| H.80 | 620. U.S. Treasury Press Release, "Treasury Designates Al-Aqsa International Foundation as Financier of Terror, Charity Linked to Funding of the Hamas Terrorist Organization" (May 29, 2003), cited in Footnote 5a to the Expert Report of Matthew Levitt. |
| H.81 | 622. Nathan Guttman and Amra Hass, "U.S. Dubs Al-Aqsa Brigades 'Terrorist,'" Haaretz (March 22, 2002), cited in Footnote 10 to the Expert Report of Matthew Levitt. |
| H.82 | 624. Haaretz Service, "Report: PA's Rajoub hails militant Al-Aqsa Brigades," Haaretz (March 18, 2002), cited in Footnotes 21 and 22 to the Expert Report of Matthew Levitt. |
| H.83 | 625. BBC News, "Palestinian Authority funds go to militants" (November 7, 2003), cited in Footnote 26 to the Expert Report of Matthew Levitt. |
| H.84 | 626. IDF Report, "Arafat's and the PA's Involvement in Terrorism (According to Captured Documents)" (April 22, 2002), cited in Footnote 28 to the Expert Report of Matthew Levitt. |

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.85 | 629. Israeli Ministry of Foreign Affairs, "The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel: Corruption and Crime," (May 6, 2002), cited in Footnotes 44, 45 and 46 to the Expert Report of Matthew Levitt. |
| H.86 | 631. IDF Report, "Palestinian Authority Captured Documents: Main Implications" (April 7, 2002), cited in Footnotes 50, 51, 52, 53, 54, 55 and 56 to the Expert Report of Matthew Levitt. |
| H.87 | 632. Israel Ministry of Foreign Affairs, "International Financial Aid to the Palestinian Authority Redirected to Terrorist Elements" (June 5, 2002), cited in Footnotes 62 and 63 to the Expert Report of Matthew Levitt. |
| H.88 | 644. Recording of Speech by Imad Faluji (Dec. 5, 2000), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.89 | 645. PA TV Broadcast of Sheikh Dr. Muhammad Ibrahim Madi (Friday Sermon) (Aug. 3, 2001), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.90 | 647. PA TV Broadcast of Ahmad Abdel Razeq (Mar. 22, 2002), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.91 | 651. PA TV Broadcast (Oct. 13, 2002; aired repeatedly thereafter), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.92 | 652. PA TV Broadcast (May 2001; aired repeatedly thereafter), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.93 | 660. Al-Hayat Al-Jadida Article (Feb. 27, 2003), which is Exhibit 19 to the Expert Report of Itamar Marcus. |
| H.94 | 677. PA TV Broadcast re: Ali Ja'ara's Televised Funeral (May 31, 2012), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.95 | 679. PA TV Broadcast re: Ali Ja'ara and another Suicide Bomber (June 1, 2012), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.96 | 685. PA TV Broadcast re: Wafa Idris (May 2002; aired repeatedly thereafter), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.97 | 688. Al-Hayat Al-Jadida Article (Mar. 11, 2002), which is Exhibit 36 to the Expert Report of Itamar Marcus. |
| H.98 | 693. Al-Hayat Al-Jadida Article (Mar. 21, 2011), which is Exhibit 43B to the Expert Report of Itamar Marcus. |
| H.99 | 700. PA TV Broadcast re: Marwan Barghouti and Abdullah Barghouti (Oct. 17, 2011), which is cited on p. 46 of the Expert Report of Itamar Marcus. |
| H.100 | 702. PA TV Broadcast of Mahmoud Abbas (Oct. 18, 2011), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.101 | 706. PA TV Broadcast re: Nasser Al-Shawish and Majed Al-Masri, cited in cited on pp. 48-49 of the Expert Report of Itamar Marcus. |
| H.102 | 710. Al-Hayat Al-Jadida Article (Mar. 24, 2011), which is Exhibit 43I to the Expert Report of Itamar Marcus. |
| H.103 | 713. PA TV Broadcast re: Sana' Shehadah (May 28, 2010), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.104 | 716. PA TV Broadcast re: Nasser Aweis (June 30, 2012), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.105 | 725. PA TV Broadcast of Ashraf Al-Ajrami (June 29, 2009), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus |
| H.106 | 727. PA TV Broadcast of Muhammed Dahlan (Sept. 28, 2010), included on Exhibit 1 (DVD) to the Expert Report of Itamar Marcus. |
| H.107 | 753. PA TV Broadcast of Dr. Mahmoud Mustafa Najem (Feb. 8, 2002), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.108 | 755. PA TV Broadcast of Ibrahim Mudayris (Sept. 10, 2004), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.109 | 792. PA TV Broadcast of Dr. Muhammed Ibrahim Madi (Apr. 12, 2002), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.110 | 797. PA TV Broadcast of Dr. Isma'il al-Raduan (Aug. 17, 2001), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.111 | 804. PA TV Broadcast re: Youths and Shahada (June 9, 2002), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.112 | 807. PA TV Broadcast re: Faris Ouda (aired on Aug. 18, 2002, July 22, 2003, and Aug. 4, 2003), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.113 | 809. PA TV Broadcast re: Faris Ouda (Jan. 15, 2002), included on Exhibit DVD to the Expert Report of Itamar Marcus (Rebuttal). |
| H.114 | 889. Israeli Military Court Case File No. 3052/06, *The Military Prosecution v. Fuad Hejazi Shubaki*, Verdict, dated July 29, 2009. |
| H.115 | 913. Document with Bates number P 1: 2753-56. |
| H.116 | 1060. Document with Bates number D 02: 010270. |
| H.117 | 1062. Video with Bates number P 1: 4485. |
| H.118 | 1069. Video with Bates number P 1: 4492, accompanied by time stamped English-language transcript of relevant portions. |
| H.119 | 1072. Document with Bates number P 1: 4495. |
| H.120 | 1073. Document with Bates number P 1: 4496. |
| H.121 | 1074. Document with Bates number P 1: 4497. |
| H.122 | 1075. Document with Bates number P 1: 4498-4500. |
| H.123 | 1076. Document with Bates number P 1: 4501-06. |
| H.124 | 1077. Document with Bates number P 1: 4507-08. |
| H.125 | 1078. Document with Bates number P 1: 4509-17. |
| H.126 | 1079. Document with Bates number P 1: 4518. |
| H.127 | 1080. Document with Bates number P 1: 4519-24. |
| H.128 | 1081. Document with Bates number P 1: 4525-37. |
| H.129 | 1082. Document with Bates number P 1: 4538-48. |
| H.130 | 1083. Document with Bates number P 1: 4549-56. |
| H.131 | 1084. Document with Bates number P 1: 4557-58. |
| H.132 | 1085. Document with Bates number P 1: 4559-72. |
| H.133 | 1086. Document with Bates number P 1: 4573-89. |

- 7 -

| EXHIBIT H (tabs below) | Plaintiffs' Designated Trial Exhibit (indicating trial exhibit number) |
|---|---|
| H.134 | 1087. Document with Bates number P 1: 4590-91. |
| H.135 | 1088. Document with Bates number P 1: 4592-07. |
| H.136 | 1089. Document with Bates number P 1: 4608-14. |
| H.137 | 1090. Document with Bates number P 1: 4615-18. |
| H.138 | 1091. Document with Bates number P 1: 4619-25. |
| H.139 | 1092. Document with Bates number P 1: 4626-40. |
| H.140 | 1093. Document with Bates number P 1: 4641-44. |
| H.141 | 1094. Document with Bates number P 1: 4645-48. |
| H.142 | 1095. Document with Bates number P 1: 4649-52. |
| H.143 | 1096. Document with Bates number P 1: 4653-60. |
| H.144 | 1097. Document with Bates number P 1: 4661-67. |
| H.145 | 1098. Document with Bates number P 1: 4668-73. |
| H.146 | 1099. Document with Bates number P 1: 4674-21. |
| H.147 | 1100. Document with Bates number P 1: 4722-51. |
| H.148 | 1101. Document with Bates number P 1: 4752-57. |
| H 149 | 1102. Document with Bates number P 1: 4758-63. |
| H.150 | 1103. Document with Bates number P 1: 4764-78. |
| H.151 | 1104. Document with Bates number P 1: 4779-93. |
| H.152 | 1105. Document with Bates number P 1: 4794-99. |
| H.153 | 1106. Document with Bates number P 1: 4800-14. |
| H.154 | 1107. Document with Bates number P 1: 4815-22. |
| H.155 | 1108. Document with Bates number P1: 4823-30. |