

Mark J. Rochon
Member
(202) 626-5819
mrochon@milchev.com
May 31, 2011

**BY FAX AND MAIL**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6737

Re: *Sokolow, et al. v. Palestine Liberation Org., et al.*, 04-CV-397(GBD)(RLE)

Dear Judge Daniels:

As you know, this firm represents the named Defendants in the above-referenced action.

At the close of the hearing on Thursday May 26 on Defendants' Motion Pursuant to 28 U.S.C. § 1406(a) to Transfer or Dismiss (Dkt. No. 93-94) and Plaintiffs' Motion to Transfer Case to the Eastern District of New York (Dkt. No. 106-07), the Court asked Defendants to consider whether, if the Court was inclined to deny Defendants' Motion to Transfer to the District of Columbia, Defendants would be willing to waive their objection to venue in the Southern District of New York and thereby allow the case to be remain venued before this Court.

Defendants have now considered the Court's question, and authorized us to answer "Yes." Thus, if the Court is inclined to deny Defendants' Motion to Transfer, Defendants will waive their objection to venue in the Southern District of New York and allow the case to proceed before this Court.

Sincerely,

Mark J. Rochon
By/BAH

Mark J. Rochon

cc:   Robert J. Tolchin, Esq. (via email)

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com
1168323.1