

# MILLER CHEVALIER

**Mark J. Rochon**
Member
(202) 626-5819
mrochon@milchev.com

June 3, 2011

**BY FAX AND MAIL**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-6737

      Re: *Sokolow, et al. v. Palestine Liberation Org., et al.*, 04-CV-397(GBD)(RLE)

Dear Judge Daniels:

      As you know, this firm represents the named Defendants in the above-referenced action.

      I write to confirm the Defendants' position regarding their previous challenge to venue, and in light of the Court's Order of June 2, 2011 (Dkt. No. 122) denying Defendants' Motion to Dismiss or Transfer (Dkt. No. 93-94). Through this letter, Defendants hereby waive their objection to venue in the Southern District of New York in order to allow the case to proceed before this Court. Defendants do so aware of their right to challenge venue, and of the grounds on which they could challenge venue. They give up this challenge knowingly and voluntarily, and agree to venue in the Southern District of New York. Counsel have been authorized by their client to make this representation and waiver.

                                    Sincerely,

                                    Mark J. Rochon

cc:    Robert J. Tolchin, Esq. (via email)

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 • Washington, D.C. 20005-5701 • 202-626-5800 • 202-626-5801 FAX • millerchevalier.com

1168954.1