


# Wanted by the FBI

Home • Most Wanted • Most Wanted Terrorists

## Most Wanted Terrorists

Select the images of suspected terrorists to display more information.

| <br>DANIEL ANDREAS SAN DIEGO | <br>ALI SAED BIN ALI EL-HOORIE | <br>FAOUZI MOHAMAD AYOUB | <br>JOANNE DEBORAH CHESIMARD | <br>IBRAHIM SALIH MOHAMMED AL-YACOUB |
|---|---|---|---|---|
| <br>HASAN IZZ-AL-DIN | <br>ZULKIFLI ABDHIR | <br>JABER A. ELBANEH | <br>ADNAN G. EL SHUKRIJUMAH | <br>AHMAD IBRAHIM AL-MUGHASSIL |

Show All



### DANIEL ANDREAS SAN DIEGO

*Maliciously Damaging and Destroying, and Attempting to Destroy and Damage, by Means of Explosives, Buildings and Other Property; Possession of a Destructive Device During, in Relation to, and in Furtherance of a...* more →

**REWARD:** The FBI is offering a reward of up to $250,000 for information leading directly to the arrest of Daniel Andreas San Diego.

Daniel Andreas San Diego is wanted for his alleged involvement in two bombings in the San Francisco, California, area. On August 28, 2003, two bombs exploded approximately one hour apart on the campus of a biotechnology corporation in Emeryville. Then, on September 26, 2003, one bomb strapped with nails exploded at a nutritional products corporation in Pleasanton. San Diego was indicted in the United States District Court, Northern District of California, in July of 2004.

San Diego has ties to animal rights extremist groups. He is known to follow a vegan diet, eating no meat or food containing animal products. In the past, he has worked as a computer network specialist and with the operating system LINUX. San Diego wears eyeglasses, is skilled at sailing, and has traveled internationally. He is known to possess a handgun.

**SUMMARY**
SCARS & MARKS
ALIASES
DESCRIPTION
MORE PHOTOS
GET POSTER
EN ESPAÑOL
auf Deutsch
SUBMIT A TIP

The alleged terrorists on this list have been indicted by sitting Federal Grand Juries in various jurisdictions in the United States for the crimes reflected on their wanted posters. Evidence was gathered and presented to the Grand Juries, which led to their being charged. The indictments currently listed on the posters allow them to be arrested and brought to justice. Future indictments may be handed down as various investigations proceed in connection to other terrorist incidents, for example, the terrorist attacks on September 11, 2001.

The Rewards for Justice program, administered by the United States Department of State's Bureau of Diplomatic Security, offers rewards for information leading to the arrest of many of these terrorists.

It is also important to note that these individuals will remain wanted in connection with their alleged crimes until such time as the charges are dropped or when credible physical evidence is obtained, which proves with 100% accuracy, that they are deceased.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close