```
 1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
 4    AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
      DAFNA SAPERSTEIN; the ESTATE of
 5    AHUVA AMERGI, by and through RAFI AMERGI,
      As Administrator, Executor and/or Personal
 6    Representative, RAFI AMERGI, individually,
      minor; and EFRAIM AMERGI, minor; DAN
 7    DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
      DAVIDOVIC; ARIEL DAVIDOVIC; and
 8    SARAH ZWEIG,

 9                                     PLAINTIFFS,

10              -against-         Case No:
                                  04-CV-20225
11
      THE PALESTINIAN AUTHORITY; THE PALESTINE
12    LIBERATION ORGANIZATION; THE PALESTINIAN
      PREVENTATIVE SECURITY SERVICES; THE ESTATE
13    OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
      NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                     DEFENDANTS.
15    ------------------------------------------X
                          DATE: April 1, 2009
16                        TIME: 12:19 p.m.

17

18           TRANSCRIPTION OF AUDIO CD OF

19    DEPOSITION of the Defendant, THE

20    PALESTINIAN AUTHORITY, by a Witness,

21    HUSSEIN AL SHEIKH, held in Jerusalem,

22    Israel.

23

24

25
```

```
 1                    HUSSEIN AL SHEIKH
 2      or fighter.  Because, according to Islam,
 3      Mujahed means that you can do Jihad through
 4      your words and there is an internal thing
 5      within your soul, the Jihad of your soul.
 6      What is the Jihad of the soul?  That means
 7      do not commit adultery, do not steal, and
 8      such things.  Therefore Mujahed does not
 9      necessarily mean a fighter.
10           Q.    Would you agree that Mujahed
11      can mean fighter?
12           A.    (Translator.)  Each person can
13      interpret it as he sees fit.
14           Q.    Just finish the letter, please.
15           A.    (Translator.) (Reading.)  My
16      brother Abu Amar, may God protect you and
17      keep you well.  I grant you with the salute
18      of homeland and nation.  We request from
19      you Highness to be kind and to allocate a
20      financial amount of two thousand five
21      hundred dollars to the brothers number 1,
22      Raid ed Karmi, second Ziad Machmud Daas,
23      third Omar Kahaden, and we leave this to
24      your decision, your son Hussein al Sheikh.
25      The thing that was offered Yasser Arafat,
```

```
 1                  HUSSEIN AL SHEIKH
 2       the Finance Ministry in Ramallah, the
 3       allocation of six hundred dollars would be
 4       given to each person.
 5            Q.    Who is Raid ed Karmi?
 6            A.    (Translator.)  Raid el Karmi is
 7       a person from the Tul Karem area.
 8            Q.    Why did you want to allocate
 9       2500 dollars to Mr. El Karmi?
10            A.    (Translator.)  These were the
11       recommendations of the responsible in
12       charge person of Fatah in Tul Karem area,
13       since I do not know any of these three
14       people personally.  I am given
15       recommendations from the different Fatah
16       representatives in these area within my
17       capacity of the Secretary of Fatah I report
18       this to Yasser Arafat within the framework
19       of the Humanitarian Aid.  And I have
20       brought thousands of humanitarian aid to
21       people.
22            Q.    Who asked you or who
23       recommended to you that you request 2500
24       dollars for Mr. El Karmi?
25            A.    (Translator.)  If I am not
```

```
 1                    HUSSEIN AL SHEIKH
 2       mistaken, the Secretary of the area of Tul
 3       Karem.  What period are we talking about?
 4       2001?  I cannot see the date.
 5            Q.    2001.
 6            A.    (Translator.)  I think that the
 7       Secretary, maybe it was Dr. Thabet or Fayet
 8       Kanaan.  I am not certain who it was, but I
 9       am sure one of them was the Secretary at
10       the time.
11            Q.    Who is Fayed Kanaan?
12            A.    (Translator.)  The Secretary of
13       Tul Karem area at that time, maybe.  I do
14       not recall if it was Dr. Thabet or Fayet
15       Kanaan.
16            Q.    Who is Amar Kadan?
17            A.    (Translator.)  I do not know
18       him.
19            Q.    Are you familiar with something
20       called Force 17?
21            A.    (Translator.)  Of course I am.
22            Q.    Was Mr. Kadan connected somehow
23       to Force 17?
24            A.    (Translator.)  Surely.
25            Q.    Briefly what is Force 17?
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.    (Translator.)  It is the
 3   Private Presidential Guard.
 4                MR. TOLCHIN:  This goes to the
 5           commission, 6.
 6                (Whereupon, the aforementioned
 7           document was marked as Plaintiff's
 8           Exhibit 6 for identification as of
 9           this date by the Commissioner.)
10          Q.    Sir, is this a document that
11   you have ever seen before?
12          A.    (Translator.)  No, of course
13   not.
14          Q.    Did you review this document
15   before you came here today in preparation
16   for the deposition?
17          A.    (Translator.)  Yes, I saw it by
18   the lawyers.
19          Q.    Take a moment to read it.  Who
20   wrote this document?  Who signed it?
21          A.    (Translator.)  According to
22   what I see, the one who signed it is Fayed
23   Kanaan.
24          Q.    The same individual that we
25   spoke about a minute ago?
```

```
 1                 HUSSEIN AL SHEIKH
 2         A.    (Translator.)  Yes, for sure.
 3         Q.    Where is Fayed Kanaan today?
 4         A.    (Translator.)  I do not know.
 5   This is a period between 2001 and 2009,
 6   eight years, maybe in Tul Karem.
 7         Q.    Is he employed by the
 8   Palestinian Authority today?
 9         A.    (Translator.)  I do not know.
10         Q.    Do you know if he's still alive
11   today?
12         A.    (Translator.)  Of course.  If
13   he would have passed away, I would have
14   known about it.
15         Q.    The diagonal writing on the
16   left, is that Mr. Arafat's writing?
17         A.    (Translator.)  The diagonal
18   handwriting on the left is the writing of
19   Yasser Arafat.
20         Q.    There is a list of 15 names.
21   Do you recognize any of these names?
22         A.    (Translator.)  Not one of them.
23         Q.    Are you familiar with an
24   individual named Wafa Idris?
25         A.    (Translator.)  I do not know
```