```
15QJSOKM                        Motions
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  MARK I. SOKOLOW, individually and
   as a natural guardian of plaintiff
4  Jamie A. Sokolow, et al.,

5                  Plaintiffs,

6           v.                                    04 Civ. 397 GBD RLE

7  PALESTINE LIBERATION ORGANIZATION,
   et al.,
8
                   Defendants.
9
   ------------------------------x
10

11
                                                  May 26, 2011
12                                                10:07 a.m.

13

14

15 Before:

16                  HON. GEORGE B. DANIELS,

17                                                District Judge

18

19

20                       APPEARANCES

21
   ROBERT JOSEPH TOLCHIN,
22      Attorney for plaintiffs

23 MARK J. ROCHON,
   BRIAN A. HILL,
24      Attorneys for defendants

25

have I told you. I wouldn't say I refuse to answer your question.

THE COURT: Lawyers do that and that usually informs my decision.

MR. TOLCHIN: By that token, if we originally pleaded this case as an Eastern District case in the Eastern District, and we then had come to the same point, they would say that they had no right to transfer it to DC even though that is where they are because we alleged venue based on where the plaintiffs are. That just belies the whole -- you're stuck with what you pleaded as being nonsense. You plead what you think you need to get into the courthouse where you're trying to get into.

As you can see, there are 20 other courthouses where this case could have been brought into all over the country. We wouldn't plead Texas, a plaintiff lives in Texas if we are not trying to get into a Texas court.

THE COURT: I have one final question.

Mr. Rochon, you can either answer it or consider it. If I don't grant your motion to transfer it to DC and I grant the plaintiffs' motion to transfer, or if I am inclined to grant the plaintiffs' motion to transfer it to Brooklyn, do you even want the opportunity to waive venue and stay in this district?

MR. ROCHON: I believe the court offered me the