# EXHIBIT H.1

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER