PLAINTIFF'S
EXHIBIT
17
tabbies

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

---

**In the Name of God, Most Gracious, Most Merciful**

## Social Examination

**Case:** Al-Aqsa Martyr/Military

| | |
|---|---|
| **Name:** | Wafa' Ali Khalil Idris |
| **Local No.:** | 496 |
| **Central No.:** | 013205 |
| **Governorate:** | Ramallah & al-Bireh / Al-Amaari Refugee Camp |
| **Date:** | February 14, 2002 |

## I: Personal Data

**Local No.:** 496 **Central No.:**
**Case Name:** Wafa' Ali Khalil Idris **Code Name:** …
**Nationality:** Palestinian **Identity No.:** 935068155
**Beneficiary's Full Name:** Wasfeya Mabrouk Saleh **Identity No.:** 935068122
(Wife, Father, **Mother**, Brother, Sister)
**Mother's Full Name:** Wasfeya Mabrouk Saleh **Identity No.:** 935068122
**Wife's Name:** **Identity No.:**
**Date & Place of Birth:** [redacted] 1971, Ramallah (Al-Amaary Refugee Camp) **Original Town:** Ramallah
**Religion:** Muslim **Gender:** Female **Marital Status:** Divorced
**Previous Work:** Volunteer at the Palestinian Red Crescent Society **Current Work:**
**Academic Qualification:** 10th Grade **Date & No. of Accreditation:**
**Date of Accreditation in the Establishment:**

---

## II: Administrative Data

**Military Rank:** **Organizational Rank:**
**Rank Accreditation Letter:** **No.** **Date:**
**Development of Previous Allocation:** **Current:** **Modifications:** 70 Shekels
**Organization to which he / she belongs:** Fatah **Sector:**
**Date of Joining the Revolution:** **Organizational:** **Militarily:** **Reordering:**
**Courses Attended:**
**Date & Place of Event:** January 27, 2002, Jerusalem

**Description of the Event:**
During the execution of a martyrdom operation in occupied Jerusalem, Wafa' Ali Khalil Idris blew herself up in a crowd of Zionists that resulted in killing one and injuring more than one hundred in addition to her immediate death, according to the enemy media. The operation was claimed by the al-Aqsa Martyrs Brigades (The military wing of Fatah).

**Brief Description about his/her Life**
The Martyr was born in the al-Amaary Refugee Camp and studied at the al-Amaary Preparatory School for Girls until the third grade. Then, she continued her education until the tenth grade at Ramallah Secondary School for Girls. She was married and then divorced without having children. Following that, she attended a six-month training course and joined the Palestinian Red Crescent as a volunteer.

**Family Housing:** Owned: ✓ Leased Joint

**Monthly Leasing Rate:**

**Complete Address:** Al-Amaary Refugee Camp, Abu Darweesh Street, near the Red Crescent Building

**Telephone:** **Home:** 2961779 / 059337696, Khalil Idris her brother, 055513422, Sultan Idris her brother, Khalil: 0599535327, Khalil Home: 0599989594

Martyr of al-Aqsa/Ramallah: Wafa' Ali Khalil Idris [handwritten]

## III: Family Index: *Married / Single

**(1) Married:** Wives and minor children are recorded first, then adult offspring, then parents and siblings.
**(2) Single:** Parents and minor siblings are recorded first, then adult siblings.

2004/2005 [handwritten]

| Series | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Wasfeya | Mother | 1939 | Illiterate | Housewife | Widow | Al-Ama'ary Refugee Camp |
| 2 | Khalil | Brother | 1967 | 12th Grade | Office Manager of Taxi Betunia | Married | " |
| 3 | Khaled | Brother | 1969 | 11th Grade | Driver | Married | " |
| 4 | Sultan | Brother | 1974 | 10th Grader | Driver | Married | " |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**No. of Dependants:** (1)

- **Married: wives and minor children:**
- **Single: parents and minor siblings:** Mother only.
- **Notes on Family Index:** Martyr's father is deceased.

[illegible handwriting]

**Department's Recommendation:**

* The martyr is one of the al-Aqsa Intifada martyrs; the martyr is divorced without children; her father is deceased; her mother is alive; she has three married brothers.
* She was martyred during a heroic martyrdom operation against the Zionists in the occupied city of Jerusalem.
* Therefore, we recommend that she is considered one of the al-Aqsa Intifada Martyrs according to the regulations.

**Date:** February 14, 2002 **Signature** Suleiman al-Deek

**Decision of the Director of the Establishment:** (          )

..........................................................................................................................
..........................................................................................................................
..........................................................................................................................
.............................................. Date: ...................... Signature...........................

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|---|---|---|---|---|---|---|---|
| .............. | ........ | .............. | .......... | ............ | .......... | ............. | .......................... |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director:**

She is considered (one of the al-Aqsa martyrs), confirmed, as of January 2, 2002 [redacted]

**Date:** February 14, 2002 **Signature**[Signature]

| **Audit Notes** | **Date** | **Signature** |
|---|---|---|
| ......................................... | .............................................................................. | |
| ......................................... | .............................................................................. | |

| **Computer Notes** | **Date** | **Signature** |
|---|---|---|
| ......................................... | .............................................................................. | |
| ......................................... | .............................................................................. | |

[illegible] Judea and Samaria [Emblem] [illegible] Staff Officer for Internal Affairs

## Certificate of Birth

| Idris | Wafa | [illegible] |
|---|---|---|
| Last Name | First Name | Father's First Name |
| Khalil | Wasfiya | [illegible] |
| Grandfather's Name | Mother's First Name | Maternal Grandfather's Last Name |

Sex Female Identity No. [illegible]

Born in Al-Amariya Camp ____________
Name of city / town Name of Hospital

On [date] [redacted] Day [redacted] Month 1971 Year

Religion Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

4/5/265/33/1971

Issued at the Population Administration Office in Judea and Samaria on [illegible date].

[Stamp] Regional Population Administration Office Judea and Samaria Office stamp

[Signature]
[Stamp] P. Katzav
Birth Registration Clerk

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

| | | | |
|---|---|---|---|
| Identity Number | 9 3506815 5 | | |
| First Name | **Wafa** | | |
| Father's Name | **Ali** | | |
| Grandfather's Name | **Khalil** | | |
| Last Name | **Idris** | | |
| Mother's Name | **Wasfiya** | | [Photograph] |
| Date of Birth | [redacted] **1971** | | [Stamp] Israel Defense Forces |
| Place of Birth | **Ramallah** | | [Signature] |
| Sex | **Female** | Religion **Muslim** | |
| Issued in | **Ramallah** | on date | **December 6, 1987** |

| | | | |
|---|---|---|---|
| Civil Administration in Judea and Samaria Area | | Annex to Identity Document | |
| | Identity No. | 9 3506815 5 | |
| Last name | [Stamp] Received gas | Idris | |
| First name | mask – Malha | Wafa | |
| Address | Al-Amari Refugee Camp<br>Al-Bireh<br>City | | |
| Marital Status Single | Spouse's Identity No. | | |
| Spouse's Name | | | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous First Name | | | |

| Palestinian Authority | | Annex to Identity Document | |
|---|---|---|---|
| | | Identity No. | 9 3506812 2 |
| Last Name | | | Idris |
| First Name | | | Wasfiya |
| Address | Amari | | |
| | Al-Bireh | | |
| | City | | |
| Marital Status | Widow | Spouse's Identity No. | |
| Spouse's Name | | | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous First Name | | | |

[entirely illegible identity document]

| Palestinian Authority | Annex to Identity Document |
|---|---|
| | Identity No. 9 3506812 2 |
| Last Name | Idris |
| First Name | Wasfiya |
| Address | Amari<br>Al-Bireh<br>City |
| Marital status Widow | Spouse's Identity No. |
| Spouse's Name | |
| Spouse's Identity No. | |
| Spouse's Name | |
| Previous Last Name | |
| Previous First Name | |

[entirely illegible identity document]

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

| | | | |
|---|---|---|---|
| Identity No. | 9 3506815 5 | | |
| First Name | **Wafa** | | |
| Father's Name | **Ali** | | |
| Grandfather's Name | **Khalil** | | |
| Last Name | **Idris** | | |
| Mother's Name | **Wasfiya** | | [Photograph] |
| Date of Birth | [redacted] **1971** | | [Stamp] Israel Defense Forces |
| Place of Birth | **Ramallah** | | [Signature] |
| Sex | **Female** | Religion **Muslim** | |
| Issued in | **Ramallah** | on date | **December 6, 1987** |

| | | | |
|---|---|---|---|
| Civil Administration in Judea and Samaria Area | | Annex to Identity Document | |
| | Identity No. | 9 3506815 5 | |
| Last Name | [Stamp] Received gas | Idris | |
| First Name | mask – Malha | Wafa | |
| Address | Al-Amari Refugee Camp<br>Al-Bireh<br>City | | |
| Marital Status Single | Spouse's Identity No. | | |
| Spouse's Name | | | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous first Name | | | |

[illegible] Judea and Samaria [Emblem] [illegible] Staff Officer for Internal Affairs

# Certificate of Birth

| Idris | Wafa | [illegible] |
|---|---|---|
| Last Name | First Name | Father's first Name |
| Khalil | Wasfiya | [illegible] |
| Grandfather's Name | Mother's First Name | Maternal Grandfather's Last Name |

Sex Female Identity No. [illegible]

Born in Al-Amariya Camp
Name of City / Town Name of Hospital

On [Date] [redacted] Day [redacted] Month 1971 Year

Religion Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

4/5/265/33/1971

Issued at the Population Administration Office in Judea and Samaria on December 8, 1986.

[Stamp] Regional Population
Administration Office
Judea and Samaria
Office Stamp

[Signature]
[Stamp] P. Katzav
Birth Registration Clerk

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

Identity Number 9 3506814 8

First Name **Khaled**
Father's Name **Ali**
Grandfather's Name **Khalil**
Last Name **Idris**
Mother's Name **Wasfiya**
Date of Birth [redacted] **1969**
Place of Birth **Al-Bireh**
Sex **Male** Religion **Muslim**
Issued in **Ramallah** on date **November** [illegible]**, 1992**

[Photograph]
[Stamp] Israel Defense Forces
[Signature]

Civil Administration in Judea and Samaria Area Annex to Identity Document
Identity No. 9 3506814 8
Last Name Idris
First Name Khaled

Address 0 0
Al-Bireh
City
Marital Status Married Spouse's Identity No. 9 3858496 8
Spouse's Name Marfat
Spouse's Identity No.
Spouse's Name
Previous Last Name
Previous First Name

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006761-6774.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006761-6774.

[signature]
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914



بسم الله الرحمن الرحيم
...n National Authority
...of Social Affairs
...'s F. & I. C. E.
السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيدة / إنتفاضة الأقصى

الاسم : وفاء علي خليل ادريس

الرقم المحلي : ٤٩٦ الرقم المركزي : ١٢٤٠٥

المحافظة : رام الله والبيرة / مخيم الأمعري

التاريخ : ١٤/٢/٢٠٠٢

## أولاً: معلومات ذاتية :

الرقم المحلي : ٤٩٦ ........ الرقم المركزي : ........

اسم الحالة : وفاء علي خليل ادريس ........ الاسم الحركي : ........

الجنسية : فلسطينية ........ رقم الهوية : ٩٢٥٠٦٨١٥٥

اسم المستفيد رباعي : وصفية مبروك صالح ادريس ........ رقم الهوية : ٩٢٥٠٦٨١٤٤
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : وصفية مبروك صالح ادريس ........ رقم هوية الأم : ٩٢٥٠٦٨١٤٤

اسم الزوجة : ........ رقم هوية الزوجة : ........

تاريخ ومكان الميلاد : [redacted] ١٩٧١ – رام الله (مخيم الأمعري) البلد الأصلي : الرملة

الديانة : مسلمة ........ الجنس : أنثى ........ الحالة الاجتماعية : مطلقة

العمل السابق : متطوعة في جمعية الهلال الأحمر الفلسطيني العمل الحالي : ........

المؤهل العلمي : عاشر ........

تاريخ ورقم كتاب الاعتماد : ........

تاريخ الاعتماد بالمؤسسة : ........

---

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ........ الرتبة التنظيمية : ........

كتاب إعتماد الرتبة : ........ رقم : ........ تاريخ : ........

تطورات المخصص السابق : ........ الحالي : ........ التعديلات : ........

التنظيم التابع له : فتح ........ القطاع : ........

تاريخ الالتحاق بالثورة : ........ تنظيما : ........ عسكريا : ........ تفرغا : ........

الدورات التي اجتازها : ........

تاريخ و مكان الحادث : ٢٠٠٢/١/٢٧ – القدس

كيفية حدوث الحادث : أثناء تنفيذها لعملية استشهادية في القدس المحتلة حيث قامت بتفجير نفسها في شارع يافا بمدينة القدس مما أدى الى مقتل أحدهم وجرح أكثر من مئة آخرين بما استشهدها على الفور وذلك حسب اعتراف اعلام العدو، وقد تبنت كتائب شهداء الأقصى (الجناح العسكري لحركة فتح) العملية.

**موجز سيرته الذاتية :**

ولدت الشهيدة في مخيم الأمعري ودرست حتى الصف الثالث الاعدادي في مدرسة بنات الأمعري الاعدادية وبعدها أكملت دراستها حتى الصف العاشر فقط في مدرسة بنات رام الله الثانوية، وقد تزوجت وبعد ٢ طلاق وبعد أن تطلقت أنجبت أبناء، وبعدها تلقت دورة لمدة ستة أشهر والتحقت كمتطوعة في جمعية الهلال الأحمر الفلسطيني.

سكن الاسرة : ملك : ✓ ........ ايجار : ........ مشترك : ........

الإيجار الشهري : ........

العنوان الكامل : مخيم الأمعري – شارع أبو دردوك – قرب بناية الهلال الأحمر

رقم تلفون : المنزل ٠٢٩٦١١٧٧٩ / ٠٢٩٦٠٢٩٦٢٤ / ٠٥٩٨٤٠٢٧٧٠٩٠ خليل ادريس شقيقه / ٠٥٥٥١٢٤٤٤ سليمان ادريس شقيقه
خليل ← لك المنزل ٠٥٩٩٥٢٥٤٤٧ / ٠٥٩٩٩٨٩٥٩٤

CONFIDENTIAL

02:006762

[illegible] / إبراهيم [illegible]

## ثالثاً : الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

٢٠٠٤ / ص

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | وصفية | الأم | ١٩٢٩ | أمية | ربة بيت | أرملة | م. الأمعري |
| ٢ | خليل | أخ | ١٩٦٧ | توجيهي | مدير مكتب [illegible] | متزوج | = |
| ٣ | خالد | أخ | ١٩٦٩ | ٤٢ | سائق | متزوج | = |
| ٤ | سلطان | أخ | ١٩٧٤ | ٤١ | سائق | متزوج | = |
| ٥ | | | | | | | |
| ٦ | | | | | | | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : (١)

- المتزوج : الزوجات والابناء القصر :

- الاعزب : الوالدين والأخوة القصر : الأم فقط

ملاحظات على الجدول الاسري : والد الشهيد متوفي

**توصية القسم**

* أوصي باعتبار إستفاضة الأقصى الشهيدة مطلقة وبدون أبناء والدها متوفي والدتها على قيد الحياة ولها ثلاثة أشقاء متزوجين

* استشهدت أثناء تنفيذها العملية إستشهادية بطولية ضد الصهاينة في مدينة القدس المحتلة.

* لذلك نوصي باعتمادها شهيدة من شهداء إنتفاضة الأقصى وحسب النظام

التاريخ : ١٤/٢/٢٠٠٢ التوقيع : [signature]

**قرار مدير المؤسسة : ( )**

..........

..........

..........

التاريخ : .......... التوقيع : ..........

**حساب المخصص :**

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| .......... | .......... | .......... | .......... | .......... | .......... | .......... |

علاوات أخرى : ..........

المجموع بالدينار : ..........

المجموع بالشيكل : ..........

**اعتماد المدير العام :**

تعتمد ( من شهداء الأقصى ) اعتباراً ١/٢/٢٠٠٢

..........

..........

التاريخ ٢٤/٢/٢٠٠٢ التوقيع [signature]

**ملاحظات التدقيق :**

..........

..........

**ملاحظات الحاسب الآلي :** التاريخ التوقيع

..........

..........

4/5/32/1971

הנני מאשר כי הילד ... רשום

הוצא בלשכה למרשם האוכלוסין ב ... יהודה ושומרון

من مكتب دائرة تسجيل السكان في ... يهودا والسامرة

בתאריך / بتاريخ 0.9.'27.1.1985

CONFIDENTIAL



CONFIDENTIAL

ملحق لبطاقة الهوية
سَפַח לתעודת זהות
P-35069122

اخرين
אחרים

يوسف ادريس
דצפי ה

أم البيرة
אם בירה

أملة
אכמנة



CONFIDENTIAL

02:006768



ملحق لبطاقة الهوية
ספח לתעודת זהות
9 435068 12 2
وصفيه ادريس
אדריס
צפיה
אמעה
البيره
אל בירה
ارملة
אלמנה

صورة عن هوية والدة الشهيدة المستفيدة

CONFIDENTIAL 02:006770

CONFIDENTIAL

02:006772

[illegible] יהודה ושומרון [illegible]

[illegible]

תעודת לידה

شهادة ولادة

[illegible]

הנני מאשר כי הילוד הנ"ל נרשם בפנקס הלידות ישנת
ان التفاصيل المتعلقة بولادة المذكور اعلاه ادرجت في سجل الولادات

4/265/38/1991

הוצא בלשכה למרשם האוכלוסין ב [illegible] בתאריך 0 8 ־'7 1986
من قبل دائرة تسجيل السكان ب [illegible]

[illegible]

CONFIDENTIAL



ملحق لبطاقة الهوية
ספח לתעודת זהות
السلطة الفلسطينية
הרשות הפלסטינית
9 3506814 8
אדריס
ادريس
חאלד
خالد
البيرة
אל-בירה
9 3858496 8
נשוי
متزوج
מרפת