PLAINTIFF'S EXHIBIT

19

tabbies

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

*In the Name of God, Most Gracious, Most Merciful*

## Social Examination

**Case:** Al-Aqsa Martyr

**Name:** Sa'id Wadah Hamid Awada

**Local No.:** 810

**Central No.:**

**Governorate:** Nablus

**Date:** January 29, 2002

Ramallah – Tel./Fax: 02-2986268

**CONFIDENTIAL**

02:006827

## I: Personal Information:

**Fiscal No.:**

**Case Name:** Sa'id Wadah Hamid Awada

**Nationality:** Palestinian

[illegible]:

[illegible]:

**Mother's Full Name:** Shadia Barakat [illegible]

**Spouse's Name:**

**Date & Place of Birth:** ▉▉▉▉ 1985, Nablus

**Religion:** Muslim          **Gender:** Male

**Previous Employment:** Construction Worker

**Education Level:** Elementary, 4th grade

**Date & No. of Accreditation:**

**Date of Accreditation in the Institution:**

[illegible]:

**Code Name:**

**Identity No.:** 94648 [illegible]

[illegible] **No.:**

**Mother's Identity No.:** 975397977

**Spouse's Identity No.:**

**Original Town:** Nablus

**Marital Status:** Single

**Current Employment:**

## II: Administrative Information:

**Military Rank:**

**Rank Accreditation Letter:**          **No:**

**Development of Previous Assignment:** **Current:**

**Affiliating Organization:** Fatah

**Date of joining the Revolution:**

**Attended Course:**

**Date & Place of Event:**          June 8, 2002, Jerusalem- [illegible]

**How the Incident Occurred:**          He was martyred while executing a martyrdom operation in Jerusalem. The operation led to the death and injury of a large number of Zionists.

**Organizational Rank:**

**Date:**

**Modifications:**

**Sector:**

**Organizationally:**          **Militarily:** Fully committed

## Brief Biography:

The martyred hero was born in the brave city of Nablus on February 17, 1985. He grew up in the city of Jabal [illegible] where he studied through elementary school. He worked as a construction worker until he was martyred.

| **Family Housing:** | Owned: | Rent: | Joint: ✓ |
| --- | --- | --- | --- |

**Monthly Rent:** ▉▉▉▉

**Complete Address:** Ras Al-[illegible], Nablus. Close to Riad Al-Salihin School.

**Nearest Telephone:** 09-2336749     /     052-6344840  /     [illegible] 824462

                         2398651[illegible] /     0599/553869 (Fadi Awada [illegible])

**CONFIDENTIAL**                    02:006828

[illegible]

## III: Family Index        Married / <u>Single</u>       Sa'id Awada [handwritten]

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| No. | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|-----|------|--------------|---------------|------------------------|------------|----------------|---------|
| 1 | Wadah Hamid Ahmed Awada | Father | 1956 | 6th grade | [illegible] | Married | [illegible] |
| 2 | Shadia Barakat Abdel Rahim Awada | Mother | 1966 | Illiterate | Housewife | Married | Nablus |
| 3 | Fadi | Brother | 1982 | Elementary | Plumber | Single | Nablus |
| 4 | [illegible] | Brother | 1982 | Elementary | Tailor | Single | Nablus |
| 5 | Yasser | Brother | 1989 | 6th grade | Student | Single | Nablus |
| 6 | Hinaa | Sister | 1992 | 5th grade | Student | Child | Nablus |
| 7 | Zakaria | Brother | 1993 | 4th grade | Student | Child | Nablus |
| 8 | Mohamed | Brother | 1995 | 2nd grade | Student | Child | Nablus |
| 9 | Y▮ | Brother | 2000 | Child | Child | Child | Nablus |
| 10 | K▮ | Sister | 2001 | Child | Child | Child | Nablus |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

Number of Dependents:

Married: wives and minor children _____

- Single: parents and minor siblings: 8 _____

- **Notes on Family Index:** _____

- The account number of the martyr's mother, Shadia Barakat Abdel Rahim Awada, who is the beneficiary, is: ▮▮▮▮▮▮▮

The account number of the martyr's mother, Shadia Barakat Abdel Rahim Awada, who is the beneficiary, is: ▮▮▮▮▮▮▮ / Nablus, Western [illegible], Nablus

**CONFIDENTIAL**                                        02:006829

**Department's Recommendation:** Martyr/ Sa'id Wadah Hamid Awada [handwritten]

- The martyr is single. He was born in 1985. His parents are alive and he has six siblings who are students and laborers.

- He was martyred on June 18, 2002, while executing the Jerusalem martyrdom operation.

- I recommend that he be considered one of the Al-Aqsa Martyrs.

**Date:** July 29, 2002          **Signature:** [Signature]

## Decision of the Institution Manager: (          )

...........................................................................................................................
...........................................................................................................................
...........................................................................................................................

Date: ........................... Signature....................................

## Allocation Calculation

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
|           |      |          |        |        |       |          |                   |

Other Bonuses:      ....................................................................
Total (in dinars):    ....................................................................
Total (in shekels):   ....................................................................

## Approval of the General Director:

Registered as one of the Al-Aqsa martyrs as of July 1, 2002, ████████████████
████████

## Auditor's Notes:          Date   August 26, 2002     Signature     [Signature].

...........................................................................................................................
...........................................................................................................................

## Computer Notes:          Date               Signature

...........................................................................................................................
...........................................................................................................................

**CONFIDENTIAL**                    02:006830

[illegible]

[illegible]
**Department of Civil Affairs**

## Death Certificate

[illegible]: 9 464[illegible]

[illegible]: [illegible]                    [illegible]: Wadah

[illegible]: [illegible]                    [illegible]: Awada

[illegible]: Male                           [illegible]: [illegible]

[illegible]: [illegible]

[illegible]: [illegible]                    [illegible]:

[illegible]: [illegible]                    [illegible]: Palestinian

[illegible]: [illegible]                    [illegible]: [illegible]

[illegible]: [illegible]                    [illegible]: 0-0

[illegible]:

July 17, 2002                               [Stamp]  Palestinian National Authority
Department of Civil Affairs:                         Department of Civil Affairs - Nablus


Signature of the Competent Employee
[Signature]

**CONFIDENTIAL**                                02:006831



**Palestinian Authority** <u>Identity Card</u>
[illegible]: 9 7539797 7
[illegible]: Shadia
[illegible]: Barakat
[illegible]: Abdel Rahim
[illegible]: Awada                    [Stamp]  Palestinian National Authority
[illegible]: [illegible]                       Department of Civil Affairs -
[illegible]: ▇▇▇▇ 1966                          Nablus
[illegible]: Nablus
[illegible]: [illegible]
[illegible]: [illegible]
[illegible]: [illegible]         [illegible]: May 14, 1994

[photograph]

---

[illegible]:

[illegible]: [illegible]
[illegible]: Awada
[illegible]: Shadia
[illegible]: Nablus                    0
[illegible]: [illegible]
[illegible]: Married
[illegible]: [illegible]
[illegible]: Wadah
[illegible]:
[illegible]:
[illegible]: [illegible]
[illegible]:

---

[illegible]

[illegible]: [illegible]
[illegible]: [illegible]        [illegible]: [illegible]
[illegible]: ▇▇▇▇1989

[illegible]: [illegible]
[illegible]: [illegible]        [illegible]: 8 8368622 8
[illegible]: ▇▇▇/1992

[illegible]: Zakaria
[illegible]: Male  [illegible]: [illegible]
[illegible]: ▇▇▇▇ 199 [illegible]

[illegible]: Mohamed
[illegible]: Male [illegible]: 8 5991683 [illegible]
[illegible]: ▇▇▇▇ 1995

---

[illegible]

[illegible]: ▇▇▇▇
[illegible]: Male  [illegible]: [illegible]
[illegible]: ▇▇▇ 2000

[illegible]: K▇▇
[illegible]: Female          [illegible]:
[illegible]:
[illegible]: ▇▇▇2001

[illegible]:
[illegible]:          [illegible]:
[illegible]:

[illegible]:

---

**CONFIDENTIAL**                    02:006832



[illegible]

**Children [illegible]**

[illegible]: [illegible]
[illegible]: Male          [illegible]: 9 1064[illegible]48 8
[illegible]: ███ 1982

[illegible]: Sami
[illegible]: Male          [illegible]: 9 [illegible]0213 2
[illegible]: ███

[illegible]: Sa'id
[illegible]: Male          [illegible]: 9 4648072 0
[illegible]: ███/1985

[illegible]: Yasser
[illegible]: Male          [illegible]: 8 5056317 2
[illegible]: ████/1989

**CONFIDENTIAL**                    02:006833

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Martyrs' Families & Injured Care Establishment**

<u>Promissory Note</u>
(Gift from His Excellency, the President, to the Families of Al-Aqsa Intifada Martyrs)
Amount

████████  shekels

I, the signatory below / Shadia Barakat Abdel Rahim Awada
Identity No. / 975397977
have received the amount of / ████████████ only, pursuant to check number / ████████
This is a gift from His Excellency, the President, to the family of martyr and hero / Sa'id Wadah
Hamid Awada.
Date of Martyrdom: June 18, 2002          Central No. / 13775
Governorate / Nablus

Date of receipt                Signature of the recipient                in her capacity as
February 15, 2006                [Fingerprint]                the Martyr's Mother

Name & Signature of the person delivering / Ali [illegible]    [Signature]

---

Date February 12, 2006          ████████████        El-Bireh    ████████████-0/570
*Payable to the beneficiary only*

PAY AGAINST THIS CHEQUE
TO THE ORDER OF.............*[illegible] Barakat Abdel Rahim Awada. The respected*
THE SUM OF ..................... ████████ *Only*

████████ .....................................................................................
       [Signature]                [illegible]/ **Martyrs' Families & Injured Care**
                         **Establishment/    Allocations for Martyrs' Families**
                          Identity No. 000410460638

_____ Please do not write below this line _____

████████    ████████    ████████

Ramallah- Tel/Fax: 02-2986268
Gaza- Tel/Fax: 08-2824727

**CONFIDENTIAL**                02:006834

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006827-6834.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006827-6834.

_____
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires _Nov. 14 20 15_

Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.



منظمة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



بحث اجتماعي

الجهة : _____ تشريس أقرب

الاسم : _____ صائل وصلاح حياس عوادة

الرقم تحتي : _____ ٥٨٠        الرقم المركزي : _____

اسم فئة : _____ استشهاد

تاريخ : _____ ٢٦ / ١ / ٢٠٠٥

**CONFIDENTIAL**                    02:006827

ثانياً : معلومات إدارية :

موجز سيرته الذاتية :

CONFIDENTIAL

02:006828

ثالثاً: الجدول الأسري : * متزوج · أعزب ( سـائـد عـواد ٥

١- للمتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء الكبار من الاناث ثم الوالدين والاخوة .
٢- للأعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة الكبار من الاناث .

| الرقم | الاسم | الحالة الاجتماعية | تاريخ الميلاد | نوع وجهة العمل | المهنة | نوع الاقامة | الملاحظات |
|---|---|---|---|---|---|---|---|
| ١ | رولا سامي احمد عوادة | والدة | ١٩٦٤ | بيت | ربة بيت | متزوجة | فلسطين |
| ٢ | شادي باسم سليمان عوادة | والد | ١٩٦٦ | است | ربة بيت | تزوج | فلسطين |
| ٣ | نادي | اسرائيل | ١٩٩٢ | است | درج | العزب | المبك |
| ٤ | سيني | اسرائيل | ١٩٨٤ | خياط | درج | اعزب | |
| ٥ | ياس | شمس | ١٩٨٩ | سايس اسرائيل | طالب | اعزب | |
| ٦ | هناء | شمس | ١٩٩٢ | هوسنايل | طالب | عنت | |
| ٧ | بكرا | شمس | ١٩٩٣ | رابع P.M | طالب | عنت | |
| ٨ | عمر | شمس | ١٩٩٥ | تاسع اسرائيل | طالب | عنت | |
| ٩ | ⬛ | شمس | | ط | ⬛ | | |
| ١٠ | ⬛ | شمس | ٢٠٠١ | ط م | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين :

- المتزوج : الزوجات والابناء القصر :

- الأعزب : الوالدين والاخوة القصر :

ملاحظات على الجدول الأسري :

⬛ تم جلب السيد المذكور سابقا مع ابنيه بكرا و عمر
الطلبة الثلاثة يدرسون نابلس

⬛ المسو

توصية القسم :

التوقيع :                              التاريخ :

قرار مدير المؤسسة : (

التاريخ :                              التوقيع :

حساب المخصصص :

المجموع بالدينار    لخوة قصر    أم    أب    أولاد    زوجة    اساسي

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

التاريخ                    التوقيع

ملاحظات التدقيق :

التاريخ                    التوقيع

ملاحظات الحاسب الآلي :

CONFIDENTIAL

02:006830



Department of Civil Affairs

Death Certificate

Hospital

New births.

The details about the above stated not ___
2002-07-11

by Department of Civil Administration                Nablus

CONFIDENTIAL

02:006831



CONFIDENTIAL

02:006832



CONFIDENTIAL

بسم الله الرحمن الرحيم

PALESTINIAN NATIONAL AUTHORITY

M:s F . & I . C . E .



السلطة الوطنية الفلسطينية

مؤسسة رعاية أسر الشهداء و الجرحى



سند صرف

( مكرمة فخامة الرئيس لأسر شهداء انتفاضة الأقصى )

المبلغ
شيكل █████

أنا الموقع أدناه / شادية بركات عيد الرحيم عوادة

هوية رقم / 975397977

استلمت مبلغ █████ فقط لاغير بموجب شيك رقم /

وذلك مكرمة فخامة للرئيس لأسرة الشهيد البطل / سائد وضاح حامد عوادة

تاريخ الاستشهاد 2002/6/18    رقم مركزي / 13775

المحافظة / نسابلس

تاريخ الاستلام
صقته
والدة الشهيد

2006/ 2 /15

اسم المستلم وتوقيعه /

PAY AGAINST THIS CHEQUE
TO THE ORDER OF
THE SUM OF

0004104608

Ramallah -Tel/Fax : 02-2986268
Gaza - Tel Fax : 08-2824727

رام الله – تلفاكس : 02_2986268
غزة – تلفاكس : 08 -2824727

**CONFIDENTIAL**

02:006834