# EXHIBIT H.5

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER