PLAINTIFF'S
EXHIBIT
22

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



---

**In the Name of God, Most Gracious, Most Merciful**

## Social Examination

**Case:** Al-Aqsa Martyr

| | |
|---|---|
| **Name:** | Ali Mounir Yusuf Ja'ara |
| **Local No.:** | 279 [Arabic alphabet] |
| **Central No.:** | 014481 |
| **Governorate:** | Bethlehem |
| **Date:** | [illegible] 12, 2004 |

**CONFIDENTIAL**                          02:007290

## I. Personal Data

**Local No.:** 279          [illegible]                    **Central No.:** 0144801
**Case Name:** Ali Mounir Yusuf Ja'ara                     **Name within the Movement/Organization:**...
**Nationality:** Palestinian                               **Identity No.:** 841404710
**Beneficiary's Full Name:** Mounir Yusuf Khalil Ja'ara    **Identity No.:** 979660362
**Mother's Full Name:** Fathiya Mohamed Ibrahim            **Identity No.:** 900074352
**Spouse's Name:**                                         **Spouse's Identity No:**
**Date & Place of Birth:** ▮▮▮▮ 1979 Hebron                **Original Town:** Dair Aban
**Religion:** Muslim                                       **Sex:** Male          **Marital Status:** Single
**Previous Work:** Police officer (First Sergeant)         **Current Work:**
**Academic Qualification:** Secondary school, 3rd grade    **Date & No. of Accreditation:**
**Date of Accreditation in the Establishment:** February 1, 2004

## II. Administrative Data

| | |
|---|---|
| Military Rank: First Sergeant........................ | Organizational Rank: ................. |
| Rank Accreditation Letter: ............... | No. ............ Date: ..................... |
| Development of Previous Allocation: ... | Current: ▮▮▮▮   Modifications:▮ |
| Organization to which he / she belongs: Hamas | Sector: ........................... |
| Date of Joining the Revolution: ... | Organizational: Militarily:  Reordering: |
| Courses Attended: ........................................................................... | |
| Date & Place of Event: January 29, 2004, West Jerusalem | |
| Description of the Event: The brother was martyred while executing a martyrdom operation in West Jerusalem. He blew himself up on an Israeli bus carrying passengers. | |

**Brief Biography:** The martyr was born in Hebron in 1979. He went to elementary [illegible] and secondary school in the Ayeda Refugee Camp. He worked as a First Sergeant in the police until he was martyred.

**Family Housing:**     Owned:          Rented:     ✓          Joint:

**Monthly Leasing Rate:** ..............

**Complete Address:** Ayeda Refugee Camp

**Telephone:**     [illegible]

**CONFIDENTIAL**                                          02:007291

## III: Family Index

(1)　　Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2)　　Single: Parents and minor siblings are recorded first, then adult siblings.

| No. | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Mounir Yusuf Khalil Ja'ara | Father | 1957 | Secondary | ...... | Married | Ayeda Refugee Camp |
| 2 | Fathiya Mohamed Ibrahim Ja'ara | Mother | 1955 | Secondary | Housewife | Married | Ayeda Refugee Camp |
| 3 | M███████ J██ | Brother | 1997 | 6th grade | Student | Single | Ayeda Refugee Camp |
| 4 | Linda Mounir Yusuf Ja'ara | Sister | 1993 | 10th grade | Student | Single | Ayeda Refugee Camp |
| 5 | Anwar Mounir Yusuf Ja'ara | Brother | 1990 | 12th grade | Student | Single | Ayeda Refugee Camp |
| 6 | Ola Mounir Yusuf Ja'ara | Sister | 1977 | Secondary | Housewife | Divorced | Ayeda Refugee Camp |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of Dependants: *(The parents + 4) [=] 6*
- Married: wives and minor children ……………………………………………..
- Single: parents and minor siblings: 6
- **Notes on Family Index:** ███████████████████████████
███████████

**CONFIDENTIAL**　　　　　　　　　　　02:007292

**Name and Nature of the Case:** Martyr/ Ali Mounir YusufJa'ara-  Al-Aqsa Martyr/ Bethlehem

**Department's Recommendation:**

1- The martyr was single.

2- We recommend that he be considered as one of the al-Aqsa Intifada Martyrs

3- The death certificate has not been issued because the body was never received / the house of the martyr's father was blown up.

**Date:** February 12, 2004                **Sig.** Fatima [illegible]

**Decision of the Director of the Establishment:** (Bethlehem)

We recommend that he be considered as one of the al-Aqsa Martyrs ..........................................................

**Date:** ...February 29, 2004.........                **Signature:**  Yusuf Abu Lin [Signature]

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|----------------|-------------------|
| .......... | ..... | ............ | ........ | ......... | ................... | ...................... |

Other Bonuses:             ......................................................................

Total (in Dinars):             ......................................................................

Total (in Shekels):             ......................................................................

**Approval of the General Director:**

He is registered as one of al-Aqsa martyrs as of 02/ [illegible]/ 2004 ███████████████

**Audit Notes**                **Date**  [illegible]        **Signature**      [Signature].

......................................................................................................

......................................................................................................

**Computer Notes**                **Date**                **Signature**

......................................................................................................

......................................................................................................

**CONFIDENTIAL**                02:007293



**Palestinian Authority
Ministry of Interior
Department of Civil Affairs**

<div align="center">

**Death Certificate**

</div>

**Identity No.:** 8 5145471 0

**Deceased's Name:** Ali                    **Father's Name:** Mounir

**Grandfather'sName:**Yusuf                 **Family Name:** Ja'ara

**Gender:** Male                            **Religion:** Muslim

**Date of Death:** January 29, 2004(TheTwenty Ninthof JanuaryTwo Thousand Four)

**Place of Death:** Jerusalem               **Hospital:**--------------

**Date of Birth:** ████1979                 **Nationality:** Palestinian

**Marital Status:** Single                  **Mother's Name:** Fathiya

**Address:** Beit Jala          0-0

---

The details regarding the death of the above-mentioned individual have been registered in the death records of the year 2004 by the Department of Civil Affairs in Bethlehem, on February 24, 2004

Signature of presiding employee
Jamal Nasser al-Deen
[Signature]

> **SEAL OF THE
> Palestinian Authority
> Department of Civil Affairs-
> Bethlehem**

<div align="center">

**CONFIDENTIAL**

</div>

02:007294

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of the Interior**
**Police Command of the Governorate of Bethlehem**

**No.:** ..............
**Date:** February 17, 2004

## To Whom It May Concern

The Police of the Governorate of Bethlehem attests that the officer martyr/

Ali Mounir Yusuf Ja'ara's ███████████████████

███████████████

This certificate was given to his next of kin, upon their request.

Brigadier General/ Kamal al-Sheikh
Deputy Police Commander
Police Commander of the Governorate of Bethlehem

SEAL OF THE
Police Command of the Governorate of Bethlehem
Police Commander of the Governorate of Bethlehem

Copy to:
Identity
Circulation
Computer

**CONFIDENTIAL**

02:007295

PALESTINIAN AUTHORITY         [illegible]

[illegible]              9 7966036 2

[rest of document illegible except:]

[Photograph]
[Signature]
[Round Stamp in Arabic]

[Date]

| Palestinian Authority    Annex to Identity Document 9 7966036 2 | | [illegible heading] | |
|---|---|---|---|
| [illegible]    Jaara | | [illegible]    Anwar | |
| [illegible]    Munir | | [illegible]    Male    [illegible] 8 5159245 4 | |
| | | [illegible]    ▇▇▇ 1990 | |
| [illegible]                      0        0 | | [illegible]    Linda | |
| [illegible]    Beit Jala | | [illegible]    Female [illegible] [number illegible] | |
| | | [illegible]    ▇▇▇1993 | |
| [illegible]    Married[illegible] 9 0007435 2 | | [illegible]    Musa | |
| [illegible]    Fathia | | [illegible]    Male    [illegible] 4 0236752 8 | |
| [rest of column illegible] | | [illegible]    ▇▇▇ 1997 | |
| | | [rest of column illegible] | |

**CONFIDENTIAL**                                    02:007296

[illegible lines]

[illegible]                     9 0007435 2

[illegible]            **Fathiya**
[illegible]            **Mohamed**
[illegible]            **Ibrahim**
[illegible]            **Jaara**                          [Photograph]
[illegible]            [illegible name]                   [Stamp] Israel Defense Forces
[illegible]            ████ [illegible]
[illegible]            [illegible]
[illegible]            **Female**        [illegible]      **Muslim**
Issued in              **Hebron**        [illegible]      **Sept. [illegible], 1990**

| Palestinian Authority    Annex to Identity Document 9 0007435 2 | Children up to age 16 |
|---|---|
| [illegible]    Jaara  [illegible]    Fathiya | [illegible]    Anwar  [illegible]    Male    [illegible] 8 5159245 4  [illegible] ████ 1990 |
| [illegible]              0        0  [illegible]    Beit Jala | [illegible]    Linda  [illegible]    Female [illegible] 8 5282799 7  [illegible] ████ 1993 |
| [illegible]    [illegible]    [illegible] 9 7966036 2  [illegible]    [illegible]  [rest of column illegible] | [illegible]    M████  [illegible]    Male    [illegible] 4 0236752 8  [illegible] ████ 1997 |
| | [rest of column illegible] |

**CONFIDENTIAL**                                    02:007297

CIVIL ADMINISTRATION FOR JUDEA AND SAMARIA AREA
[rest of document entirely illegible]

Civil Administration for Judea and Samaria Area     Annex to Identity Document
[rest of document entirely illegible]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

              Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

           Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007290-7303.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007290-7303.

Adnane Ettayebi

ss.: New Jersey

On the [ 28 ] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

02:007290



Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

بحث اجتماعي

الحالة : شريد أحمد

الاسم : ميكينيتي دوست بحارة

الرقم الوطني : ٥٢٢٩٢٢ ش الرقم العسكري : ٠١٤٩٠٨١

المحافظة : بيت لحم

التاريخ : ١٨

CONFIDENTIAL

02:007291

أولا : معلومات ذاتية :

| الرقم المركزي : ٨٨ ٤٢ ١٤٠ | ... ٢ ٦٩ ش |
| الاسم الحركي : | اسم الحالة : علي سمير يوسف حمدارة |
| رقم الهوية : ٨٤١٦٤ ... ٠٠ | الجنسية : فلسطيني |
| رقم الهوية : ٩٧٩٦٦٠٢٦٢ | اسم المستفيد رباعي : علي سمير يوسف خليل حمدارة (الاسم، الأب، الجد، اللقب) |
| رقم هوية الأم : ٩٥٢٥٢٧٩ | اسم الأم ثلاثي : فاطمة محمد ابراهيم حمدارة |
| رقم هوية الزوجة : | اسم الزوجة : |
| البلد الأصلي : دير ابان | تاريخ ومكان الميلاد : [REDACTED] ... الخليل |
| الجنس : ذكر ... الحالة الاجتماعية : أعزب | الديانة : مسلم |
| العمل الحالي : شرطي (رتبة أول) | المستوى : |
| ... ثانية اعدادي | المؤهل العلمي : |
| | تاريخ ورقم كتاب الاعتماد : |
| | تاريخ الاعتماد بالمؤسسة : ٩٠ ... |

ثانيا : معلومات ادارية :

| الرتبة التنظيمية : | الرتبة العسكرية : رتبة أول |
| تاريخ ... | رقم ... : ... الرتبة : |
| [REDACTED] | [REDACTED] ... موقع التخصص الحالي : |
| القطاع | التنظيم التابع له : حماس |
| تنظيما ... عسكريا ... | تاريخ الالتحاق بالثورة : |
| | الدورات التي اجتازها : |
| ... | تاريخ ومكان الحدث : ... |

موجز سيرته الذاتية :

...

| مشترك : | ... الاسرة : ملك ... يجار ... ايجار |
| | النمط المعيشي : |

02:007292

| م | الاسم | الحالة بجانة | تاريخ الميلاد | التأهل العلمي | المهنة | الجنسية الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | (غير واضح) | الرياض | ١٩٥٧م | تعدين | — | متزوج؟ | نخيل عليه |
| ٢ | (غير واضح) | الرياض | ١٩٩٤م | تعدين | ربيعة | متزوج | ـ ـ |
| ٣ | ▮▮▮▮▮ | النفع | ١٩٥٥م | سادس | طالبة | أخرى | ـ ـ |
| ٤ | (غير واضح) | الرياض | ١٩٩٤م | عاشر | طالبة | عزباء | ـ ـ |
| ٥ | أخرى ـ ـ | الشيخ | ١٩٩٥م | تاسع عشر | ها ست | أعزب | ـ ـ |
| ٦ | خلد ـ ـ | النفقة | ١٩٩٨م | تعديد | بنت | مطلقة | ـ ـ |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

(الولد + ٣ ج)

الزوجات والأبناء

▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

02:007293

م الحالة ونوعها : ...

توصية القسم :

١ ــ ...

٢ ــ ...

٣ ــ ...

التاريخ : ...    التوقيع : ...

قرار مدير المؤسسة : ( ... )

...

التاريخ : ...    التوقيع : ...

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | علاوات أخرى : |
| | | | | | | المجموع بالدينار : |
| | | | | | | المجموع بالشيكل : |

اعتماد المدير العام :

█████████████████

ملاحظات التدقيق :    التاريخ    التوقيع

ملاحظات الحاسب الآلي :    التاريخ    التوقيع

**CONFIDENTIAL**

02:007294



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

**Death Certificate**

8  5145471  0

Id No / رقم الهوية

اسم الأب / منير
Father's name

علي / الاسم
Name

اسم العائلة / دعاره د
Family name

يوسف / اسم الأب
G.F's name

الديانة / مسلم
Religion

ذكر / الجنس
Sex

2004/01/2 / تاريخ الوفاة
D. of death

المستشفى / Hospital

القدس / مكان الوفاة
P. of death

الجنسية / فلسطيني
Nationality

◼ / تاريخ الولادة
D. of birth

اسم الأم / نزهة
M.'s name

أعزب / الحالة المدنية
M. status

بيت حنينا / العنوان
Address

The details about the above mentioned death have already been registered in the death file of year 2004
2004/02/24

President / الرئيس    24.02.2004

توقيع
المؤظف المختص    حسن ناصر الدين

02:007295

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

وزارة الداخلية

قيادة شرطة محافظة بيت لحم

الرقم : .......... .......... ..........

التاريخ : ٠٤ / ٤ / ٢٠٠٣م

لمن يهمه الأمر

تشهد شرطة محافظة بيت لحم بأن الشرطي الشهيد/

عنان منير يوسف ████████████

████████████ استشهد عند الشهداء المدوية بناء على طلبهم

عميد ركن /كمال الشيخ

مساعد قائد الشرطة

قائد شرطة محافظة بيت لحم

نسخه :
صفحة :
شعبة ل ا المنصوص .

**CONFIDENTIAL**

02:007296



CONFIDENTIAL

02:007297





CONFIDENTIAL

02:007298

المملكة الأردنية الهاشمية

CONFIDENTIAL

02:007299

وزارة الداخلية

بطاقة العائلة

بيانات الموجودة

بيانات الأفراد

CONFIDENTIAL

02:007300

وزارة الداخلية
الإدارة العامة للأحوال المدنية والجوازات

| البيانات الشخصية | |
| --- | --- |
| الاسم | |
| الجنسية | |
| اللقب | |

CONFIDENTIAL

02:007301

المملكة الأردنية الهاشمية
وزارة الداخلية
دائرة الأحوال المدنية والجوازات

CONFIDENTIAL

02:007302



CONFIDENTIAL

بسم الله الرحمن الرحيم

ديوان قاضي القضاة - المحاكم الشرعية

طلاق بائن مقابل الابراء العام