PLAINTIFF'S
EXHIBIT
23

**In the Name of God, Most Gracious, Most Merciful**

No. of pages is 24 Mohamed Hashaika        1 [handwritten]

Palestinian National Authority
Ministry of Social Affairs
Martyrs' Families & Injured Care Establishment



**In the Name of God, Most Gracious, Most Merciful**

# Social Examination

**Case:** Al-Aqsa Martyr

| | |
|---|---|
| **Name** | : Mohamed Mashhour Mohamed Hashaika |
| **Local No.** | : 723 |
| **Central No.** | : 13387 |
| **Governorate** | : Nablus |
| **Date** | : May 2, 2002 |

Ramallah – Tel/fax: 02-2986268

CONFIDENTIAL

02:007304

Mohamed 2 [handwritten]

## I. Personal Data

**Local No.:**                                    **Central No.:**

**Case Name:** Mohamed Mashhour Mohamed Hashaika **Code Name:**…

**Nationality:** Palestinian                             **Identity No.:** 906818513

**Beneficiary's Full Name:** Hanan Rabah Abdel Rahim    **Identity No.:** 912183068

**Mother's Full Name:** Hanan Rabah Abdel Rahim     **Identity No.:** 912183068

**Date & Place of Birth:** █████ 1981, Nablus       **Town of Origin:** Tallouza

**Religion:** Muslim                                  **Gender:** Male         **Marital Status:** Single

**Previous Work:** Unemployed                    **Current Work:**

**Level of Education:** Secondary school, 11th grade    **Date & No. of Accreditation:**

**Date of Accreditation in the Establishment:**

## II. Administrative Data

**Military Rank:**                                   **Organizational Rank:**

**Rank Accreditation Letter:**                  **No.**              **Date:**

**Development of Previous Allocation:**       **Current:**             **Modifications:** 70

**Organization to which he / she belongs:** Al-Aqsa Martyrs    **Sector:**

**Date of Joining the Revolution:**          **Organizational:**   **Militarily:**   **Reordering:**

**Courses Attended:**

**Date & Place of Event:** March 21, 2002, West Jerusalem/ King George Street, near Sbarro Restaurant.

**Description of the Event:** He was martyred while executing a martyrdom operation in West Jerusalem. The operation led to the killing and injuring of a large number of Israelis.

**Brief Biography:** The martyr was born in Nablus on July 30, 1981. He grew up in Tallouza and went to nearby schools until he finished high school.

In 1999, he joined the police in the Palestinian National Authority and left his position within the Police Department in 2002.

He was raised to love the nation and was a cadet within Fatah in the students' movement.

During the al-Aqsa Intifada, he participated in a number of operations and armed clashes against Israeli targets and equipment until he was martyred while defending al-Aqsa.

**Family Housing:**     Owned:           Leased:               Joint: ✓

**Monthly Leasing Rate:** …………..

**Complete Address:** The Tallouza village, Nablus, near the al-Iman mosque.

**Telephone:**     059/876262 (Samir)             2334016 (Samir's grocery store)

                 059364128 (Maher, the martyr's brother)     2381983 (Salim Nezal- Nablus)

[illegible]

CONFIDENTIAL

02:007305

Mohamed Hashaika 3 [handwritten]

## III. Family Table                    Married / Single

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| Series | Name | Relationship [illegible] | Date of Birth | Level of Education | Occupation | Marital Status | Address |
|--------|------|-------------------------|---------------|--------------------|------------|----------------|---------|
| 1 | Mashhour Mohamed Amer Hashaika | Father | 1958 | High School | Does not work | Married | Tallouza |
| 2 | Hanan Rabah Abdel Rahim Hashaika | Mother | 1957 | Elementary | Housewife | Married | Tallouza |
| 3 | Maher | Brother | 1980 | [illegible] | Student | [illegible] | Tallouza |
| 4 | Samaher | Sister | 1984 | [illegible] | Student | [illegible] | Tallouza |
| 5 | Mahdi | Brother | 1988 | 8th grade | Student | [illegible] | Tallouza |
| 6 | Osama | Brother | 1992 | 4th grade | Student | Single | Tallouza |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of Dependants:

- Married: wives and minor children ……………………………………………...

- Single: parents and minor siblings: ……………………………………………...

- **Notes on Family Table:** ███████████████████████████
███████████████

Beneficiary account No. of the martyr's mother Hanan Rabah Abdel Rahim Hashaika: ██████████████
████

Beneficiary account No. of the martyr's mother Hanan Rabah Abdel Rahim Hashaika: ██████████████
████ Nablus

CONFIDENTIAL

02:007306

Mohamed 4 [handwritten]

**Department Recommendations**: The Martyr: Mohamed Mashhour Mohamed Hashaika

- The martyr was single. Born in 1981. His parents are alive and he has four siblings who are students.

- He was martyred in March 21, 2002 while executing a martyrdom operation in West Jerusalem, near the Sbarro restaurant. The operation led to the death and injury of a number of Zionists.

  \* I recommend that he be considered as one of the al-Aqsa Martyrs

  **Date:** May 2, 2002        **Signature** [Signature]

Decision of the Director of the Institution: (                    )

......................................................................................................................................................................
......................................................................................................................................................................
......................................................................................................................................................................

Date: ........................ Signature.................................…..

Designated Account

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|----------------|-------------------|
| ……. | ….. | …….. | …….. | ……… | ……………… | …………………….. |

Other Bonuses:        ……………………………………………………..

Total (in Dinars):        ……………………………………………………..

Total (in Shekels):        ……………………………………………………..

**Approval of the General Director**:

Registered martyr (an al-Aqsa martyr)beginning April 1, 2002 ██████████████████

**Audit Notes**            Date   May 14, 2002  Signature      [Signature].

......................................................................................................................................................................
......................................................................................................................................................................

**Computer Notes**            Date            Signature.

......................................................................................................................................................................
......................................................................................................................................................................

CONFIDENTIAL

02:007307

Mohamed 05 [handwritten]

[handwritten comments]

Martyr/ Mohamed Hashaika

Um- Tamer 0599-473457

<u>270</u>

**Name:** Hanan Abdel Rahim Hashaika
**Account No.:** ███████
**Branch:** Nablus

**CONFIDENTIAL**

02:007308

Mohamed Hashaika[handwritten]  Mohamed 06 [handwritten]

[illegible] to the wife [handwritten]

| | Country | Place of Residence | Age | Nationality |
|---|---|---|---|---|
| **(3) Adult Husband:** Mashhour Mohamed al-Amer/ Single | Tallouza | Tallouza | 27 years old | Jordanian |
| **Adult Virgin Wife:** Hanan Rabah Abdel Rahim Salah Eddin | Tallouza | Tallouza | 20 years old | Jordanian |

**(4) [illegible]:**
[illegible] Tallouza's mayor reports the wife's report and the birth certificate of the husband No. ed /4/14/00 [cutoff].
[illegible]
Wife's birth date ███ 1957 issued [illegible]

**(5) The Dowry**    **Prepaid:** ██████████ ...................................................
**Deferred:** ████████ .......................................................
**Dowry Additions:** █████████████████████████

**Dowry Type** █████████████████████████████

**(6) Dowry Payment Method:** Receipt of dowry and all additions is acknowledged and admitted by wife's father Rabah

**(7) Parties Involved in the Contract:** The husband himself and the wife's representative, the father, who received the above mentioned dowry

**(8) Witnesses to the Contract, Agency, and Specifications:** Abdel Latif Said al-Hassan and Ahmed Mahmoud al-Souda. Both are legally sane and they are from Tallouza

**(9) Special Conditions of Either Spouse:** None

**(10) Guarantees to any Special Conditions:** None

**(11) Acceptance of Legal Guardian or a Court Order:** The wife's representative accepted the marriage.

**(12) Wording of the Contract:** The wife's representative, her father Rabah, told the husband Mashhour "I give you my daughter Hanan in marriage based on an advance dowry of ██████ and a deferred dowry of ██████████ along with what is attached to the prepaid dowry valued at 400 Jordanian dinars [illegible]." Mashhour, the husband replied immediately by saying " I accept her in marriage [based on] the stated dowry [illegible]"

| Signature of the Witnesses | Signature of the Husband or His Representative | Signature of the Wife or Her Representative |
|---|---|---|
| True Copy/ Accepted | The fee for the copy of the contract was collected plus fee for the stamps | Tubas' religious judge |
| The clerk Farahat | The amount of: 31 Shekels | Mohamed Mohamed |
| [Signature] | Receipt: 6966   Date: May 9, [illegible]   [Signature] | [Signature] |
| | | Seal of the Supreme Justice of Religious Courts |
| | The Accountant [Signature] | [illegible] |

**CONFIDENTIAL**

02:007309

Mohamed 07 [handwritten]

## Palestinian Authority
Identity Card
**Identity No.:** 90681851 3
**First name:** Mohamed
**Father's name:** Mashhour
**Grandfather's Name:** Mohamed
**Family Name:** Hashaika
**Mother's Name:** Hanan
**Date of Birth:**
**Place of Birth:** Nablus
**Gender:** Male
**Religion:** Muslim
**Issued in:** Nablus      **Issued date:**

```
SEAL OF THE
Palestinian Authority
```

## Identity Card (Annex)
**Identity No.:** _____
**Family Name:** Hashaika
**Name** [illegible]**:** Mohamed
[illegible]**:** Tallouza                [illegible]:
**Personal Status:** Single              [illegible]:
**Spouse's Name:**
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:**
**Previous First Name:**

**CONFIDENTIAL**                                    02:007310

Mohamed 08 [handwritten]

**Palestinian Authority**
**Ministry of Interior**
**Department of Civil Affairs**



**Death Certificate**

**Identity No.:** 906818513

**Deceased's Name:** Mohamed               **Father's Name:** Mashhour

**Grandfather's Name:** Mohamed          **Family Name:** Hashaika

**Gender:** Male                                       **Religion:** Muslim

**Date of Death:** March 21, 2002 (the twenty first of March two thousand two)

**Place of Death:** Jerusalem                  **Hospital:** --------------

**Date of Birth:** ████ 1981                  **Nationality:** Palestinian

**Social Status:** Single                           **Mother's Name:** Hanan

**Address:** Tallouza               0-0

The details about the above mentioned death have already been registered in the death file of the year 2002 by the Department of Civil Affairs in Nablus on April 30, 2002

| Seal of the |
| Palestinian Authority |
| Department of Civil Affairs – Nablus |

Signature of the Competent Employee
[Signature]

**CONFIDENTIAL**                              02:007311

Mohamed Hashaika    [handwritten]

Mohamed 09[handwritten]

**Palestinian Authority**    Identity Card
[illegible]: 9793431220
[illegible]: Mashhour
[illegible]: Mohamed
[illegible]: Amer
[illegible]: Hashaika
[illegible]: [illegible]
[illegible]: 1950
[illegible]: Tallouza
[illegible]:  Male
[illegible]: Muslim
[illegible]: Nablus      [illegible]: February 2, 1984

| illegible seal |
| --- |

[Signature]

Identity Card (Annex)
**Department of Civil Affairs for the Region of [illegible]**
[illegible]: 9 93431220
[illegible]:Hashaika
[illegible]: Mashhour
[illegible]
]illegible]
[illegible]: Married
**Spouse's Name:** Hanan
[illegible]: 9 1218306 8
**Address:** Tallouza
**Children up to the age of 16**

**CONFIDENTIAL**

02:007312

**Palestinian Authority**
Identity Card
[illegible]: 9 1218306 8
[illegible]: Hanan
[illegible]: Rabah
[illegible]: Abdel Rahim
[illegible]: Hashaika
[illegible]: Wajiha
[illegible]: ███/1957
[illegible]: Tallouza
[illegible]: Female
[illegible]: Muslim
[illegible]: Nablus     [illegible]: January 12, 1998

| illegible Seal |
| --- |

[Signature]

**Palestinian Authority**     Identity Card (Annex)

[illegible]: 9 1218306 8
[illegible]: Hashaika
[illegible]: Hanan
[illegible]: Tallouza
[illegible]
[illegible]: Married
[illegible]: Mashhour
[illegible]: 9 9343122 0
[illegible]: Salahat
[illegible]:

**CONFIDENTIAL**     02:007312 [continued]

*In the Name of God, Most Gracious, Most Merciful*



Mohamed Hashaika [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Secondary School for Girls

National No.: 12112137

Mohamed 10 [handwritten]

**No.:** 9/5
**Date:** April 29, 2002

### <u>To Whom It May Concern</u>

The administration of Tallouza Secondary School for Girls confirms that Samaher Mashhour Mohamed Hashaika is a tenth grader in our high school for the current school year 2001/2002.

This certificate was issued to the abovementioned individual upon her request.

Name of the School Principal: Houria [illegible]
Signature of the School Principal: [Signature]

Stamp of the School

**CONFIDENTIAL**

02:007313

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika    [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Co-Educational Secondary School



National No.: 12112014

Mohamed 11[handwritten]

**No.:** 2/10
**Date:** April 29, 2002

### To Whom It May Concern

The administration of Tallouza Co-Educational Secondary School confirms that (Osama Mashhour Mohamed Hashaika) is one of the school's students for the current school year 2001/2002 as of the date of this certificate.

This certificate was issued to the abovementioned individual upon his request.

Name of the School Principal: Amin Ashniah
Signature of the School Principal: [Signature]

Stamp of the School

**CONFIDENTIAL**                                              02:007314

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika    [handwritten]



Mohamed 12 [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Co-Educational Secondary School

National No.: 12112014

**No.:** 5/G
**Date:** April 29, 2002

### To Whom It May Concern

The administration of Tallouza Co-Educational Secondary School confirms that (Mahdi Mashhour Mohamed Hashaika) is one of the school's students for the current school year 2001/2002 as of the date of this certificate.

This certificate was issued to the abovementioned individual upon his request.

Name of the School Principal: Amin Ashniah
Signature of the School Principal: [Signature]

Stamp of the School

**CONFIDENTIAL**                                                    **02:007315**

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika    [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

Mohamed Hashaika 13 [handwritten]

**Date**: March 30, 2003
**No.:**    /723/ Aqsa Martyr
**Issued:** Nablus

### To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr Mohamed Mashhour Mohamed Hashaika, born on ███ 1981, in Nablus, is one of the Palestinian revolution's martyrs who are registered herein.

He was martyred on March 21, 2002 in Jerusalem.

This certificate was issued to Maher Mashhour Mohamed Hashaika upon his request, as [illegible].

| SEAL OF THE |
| Martyrs' Families & Injured Care Establishment |

Signature of the Director of the Establishment

[Signature]

**CONFIDENTIAL**

02:007316

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007304-7316.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007304-7316.

Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

02:007304



Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ـــــ شهيد اقصى

الاسم : ـــــ محمد شهر محمد حشايك

الرقم المحلي : ـــــ ٢٢٣٧ ــــــ الرقم المركزي : ـــــ

المحافظة : ـــــ نابلس

التاريخ : ـــــ ٦/٥/٦

Ramallah - Tel/Fax  02-2986268

رام الله – تلفاكس : ٠٢-٢٩٨٦٢٦٨

**CONFIDENTIAL**

02:007305

محرر

أولاً : معلومات ذاتية :

الرقم المحلي : ............................ الرقم المركزي : .................................

اسم الحالة : جاسم محمود محمد شاكر ............ الاسم الحركي : ....................

الجنسية : فلسطيني ........................ رقم الهوية : ٩١٢٨٨٢٦٨ ..............

اسم المستفيد رباعي : جاسم رباح عبد الرحيم شاكر ... رقم الهوية : ٩١٢٨٨٢٦٨ ........

اسم الأم كامل : جاسم رباح عبد الرحيم شاكر ..... رقم هوية الأم : ٩١٢٨٨٢٦٨ ........

تاريخ ومكان الميلاد : ▓▓▓▓▓▓▓ ١٩٨١ نابلس ..... البلد الأصلي : فلسطين ........

الديانة : مسلم ..... الجنس : ذكر ..... الحالة الاجتماعية : أعزب ..................

العمل السابق : ..................... العمل الحالي : يعمل ........................

تاريخ ورقم كتاب الاعتماد : ..................................................

م الاعتماد بالمؤسسة : ..................................................

العنوان الحالي : ناب نابلس ..................................................

ثانياً : معلومات إدارية :

الرتبة العسكرية : ..................... الرتبة التنظيمية : ........................

كتاب إعتماد الرتبة : ........ تاريخ : ........ رقم : ..........................

المخصص الشهري السابق : ..................... رقم المذكرة : ......................

التنظيم التابع له : كتائب شهداء الأقصى ........ القطاع : ........................

تاريخ الالتحاق بالثورة : ........ تنظيماً : ........ عسكرياً : ........ تفرغاً : ......

الدورات التي اجتازها : ..................................................

تاريخ ومكان الحادث : ١٢/٦/٢٠٠١ م القدس لفت شارع البلدي ...................

كيفية حدوث الحادث : استشهد أثناء تنفيذ عملية استشهادية لفت ................

بمقتل وجرح عدد كبير من الإسرائيليين .........................................

موجز سيرته الذاتية : ..................................................

..................................................

..................................................

..................................................

كن الأسرة : ملك : ........ إيجار : مشترك ........................

جار الشهري : ..................................................

ان الكامل : نابلس رحبة طلوزة / درب محمد إبراهيم ..........................

، تلفون : ٢٢٦٢٨٧ ..................................................

CONFIDENTIAL

02:007306



ثانياً : الجدول الأسري :   * متزوج - أعزب

- المتزوج : يسجل الزوجات والأبناء القصر اولاً ثم الإناث، فوق سن الإنتاج ثم الوالدين والأخوة .
- الأعزب : يسجل الوالدين والأخوة القصر اولاً ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الإجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالفلان | الاسم | التسلسل |
|---|---|---|---|---|---|---|---|
| طالبية | متزوج | لا دخل | انترنت عالية | ١٩٥٨ | والدة | شهور محمد رجب حبابكه | ١ |
| طالبية | متزوجة | ستي | آياتي | ١٩٥٧ | والدة | هنا رجب خلام حبابكه | ٢ |
| طالب | طالب جامعي | طالب | متوسط | ١٩٨٠ | شيم | باهر | ٣ |
| | طالبة جامعية | طالبة | متوسط | ١٩٨٢ | شيم | عباهر | ٤ |
| | طالب | متوسط | شم | ١٩٨٨ | شم | ميرك | ٥ |
| العزب | طالب | رابع | شيم | ١٩٩٥ | شم | اسامة | ٦ |
| | | | | | | | ٧ |
| | | | | | | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين :

- المتزوج : الزوجات والأبناء القصر

* الأعزب : الوالدين والأخوة القصر

ملاحظات على الجدول الأسري :
ربيع هنا رجب خليل والد اسم هنا رجب خليل حبابكه
هناك رجب خير زينب حبابكه

**CONFIDENTIAL**

02:007307

توصية القسم : السيد : المحترم رئيس منشكّلة

بشراء الذي مع صالح عام ١٩٩٨ ... والرجاء توجيه له بإجابة اشهاد الميلاد
استمرار ياخذ الاعادة عنه من قبيله عليه اتهام لم المفرح وترتيب سيوزر زان
استئناف من رجع عبد بمعرفته
لدى اثبات سنة بشكل كرف

التاريخ : ١٥ ع ... ب ... التوقيع : ٨ ع

قرار مدير المؤسسة : (                    )

.......................................................................

.......................................................................

التاريخ : .................. التوقيع : ..................

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ..................

المجموع بالدينار : ..................

المجموع بالشيكل : ..................

اعتماد المدير العام :

لصير حمرّت (سردار أردن) بني كانون ١ / ع / مبلغ ع - ...

ملاحظات التدقيق : ..................

التاريخ ٢٤/٥/... التوقيع ..................

.......................................................................

ملاحظات الحاسب الآلي : ..................

التوقيع .................. التاريخ ..................

.......................................................................

**CONFIDENTIAL**

02:007308



الإســـم: صنا ~ عب~الرحم مناديق

رقم الحساب،

الفـــرع: نا ب~

**CONFIDENTIAL**

02:007309

| الجنسية | السن | محل الاقامة | البلاد | | |
|---|---|---|---|---|---|
| اردني | ... | طيرة | ... | | (٣) الزوج الرجل البالغ اسم ... شهرته يوسف ... الهادي |
| اردنية | ... | طيرة | ... | | الزوجة البنت ... بنت ... عبد الرحيم ... |

(٤) ...

(٥) المهر ... وقدره ... المعجل ... المؤجل ... توابع المهر ...

(٦) كيفية دفع المهر ...
(٧) المؤثرات ...
(٨) شهود المندوب ...
(٩) شروط احد الزوجين الخاصة ...
(١٠) الكفالة على الشروط ...
(١١) موافقة الولي او اذن الحكمة ...
(١٢) ...

مأذون عقود الزواج في ...

امضاء شهود التعريف والوكالة والعقد
صورة طبق الاصل / قوبلت
الكاتب

CONFIDENTIAL

02:007310



CONFIDENTIAL

02:007311



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

**شهادة وفاة**

**Death Certificate**

| | | | |
|---|---|---|---|
| رقم الهوية Id No | 0681851 3 9 | | |
| اسم الأب Father's name | مشهور | محمد الاسم المتوفى Name | محمد |
| اسم العائلة Family name | حشايكه | محمد G.F's name | |
| الديانة Religion | مسلم | ذكر الجنس Sex | |
| تاريخ الوفاة D. of death | 2002/03/21 الحادي والعشرون من شهر اذار لعام الفى و اثنين | | |
| مكان الوفاة P. of death | --- المستشفى Hospital | القدس | |
| الجنسية Nationality | فلسطيني | 1981 تاريخ الميلاد D. of birth | █████ |
| اسم الأم M.'s name | حنان | اعزب الحالة المدنية M. status | |
| العنوان Address | طولوز 0 - 0 -- | | |

إن التفاصيل المدونة بوفاة المذكور أعلاه قد ورد ذكرها في سجل الوفاة لسنة  2002

The details about the above mentioned death have already been registered in the death file of year   2002

من قبل مديرية الأحوال المدنية بـ   نابلس   بتاريخ   2002/04/30

or Department of Civil Affairs in   Nablus   On   30/04/2002

توقيع
الموظف المختص

02:007312





CONFIDENTIAL

بسم الله الرحمن الرحيم

02:007313

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Secondary School for Girls

السلطة الوطنية الفلسطينية

وزارة التربية والتعليم

مديرية التربية والتعليم – نابلس

مدرسة بنات طلوزة الثانوية



الرقم الوطني: 12112137

الرقم: 9/5

التاريخ: 2002/4/29

<u>الى من يهمه الامر</u>

تشهد ادارة مدرسة بنات طلوزة الثانوية

ان الطالبة سماهر مشهور محمد حشايكة

هي احدى طالبات الصف الاول الثانوي للعام الدراسي الحالي 2001/2002 م.

وبناء على طلبها اعطيت هذه الشهادة .

اسم مديرة المدرسة: .......................

خاتم المدرسة

توقيع مديرة المدرسة: ......................

02:007314

Palestinian National Authority
Minister, of Education
Directorate of Education - Nablus
Tulkarm Co-Educational Secondary School

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم
مديرية تربية نابلس
مدرسة طلوزة الثانوية المختلطة

الرقم الوطني 12112014

Our Ref. :
Date:

الرقم : ٥/١ ٢
التاريخ : ١٤٢٢/٢٣٤٨ﻫ
الموافق : ٢٠٠٢/٣/٢٩م

الى من يهمه الامر

تشهد ادارة مدرسة طلوزة الثانوية المختلطة ان
الطالب (اسامة محمد جميع شاكر) كان احد طلاب
المدرسة في العام الدراسي ٢٠٠١/٢٠٠٢ ولم نلاحظ عليه
اصدار هذه الشهادة بناءً على طلب ولي هذه الشهادة

حرر هذا بناءً على طلبه لاجله

مدير المدرسة

CONFIDENTIAL

02:007315

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Education

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم

Talbaya Co-Educational Secondary School     الرقم الوطني 13112014     مدرسة طلوزة الثانوية المختلطة

Our Ref. :     ٢ / ١٠     الرقم
Date:     ھ١٤٢٨ / ١٢ / ١٧     التاريخ
٢٠٠٤ / ٣ / ٢٩ م     الموافق

الطالب حسين البع ....
.... شهد لإدارة مدرسة طلوزة الثانوية المختلطة بأن
الطالب ( حسين عمر حسن صباحات ) هو من طلبة
المدرسة في العام الدراسي ٢٠٠١ / ٢٠٠٢ ....
.... لإصدار هذه الشهادة
بناء على طلبه أعطي هذه الشهادة
ستعمل ....

رئيس مدرسة طلوزة الثانوية المختلطة

02:007316



السلطة الوطنية الفلسطينية
Palestinian National Authority
وزارة الشؤون الاجتماعية
Ministry of Social Affairs
مؤسسة رعاية أسر الشهداء والجرحى
M s F. & i C.E.

التاريخ :
Date
الرقم :
صادر :

تحية الوطن والحرية ،،

تفيد مؤسسة رعاية أسر الشهداء والجرحى أن تفاضل الشهيد

المولود في : ١٩٨١ [█████]

من أحد شهداء الثورة الفلسطينية المسجلين لدينا .

CONFIDENTIAL