PLAINTIFF'S
EXHIBIT
24

Confidential
- 1 -

*Mohamed Hashaika    [handwritten in Arabic]*
*Mohamed 14 [handwritten in Arabic]*

*Office of the Judicial Counsel* [handwritten in Arabic]                ←        Judah  and  Samaria  Area
Office  of  the  Attorney  General
Telephone:              02-9977071/7
Fax:                        0299773
220/00                              6111

5  Kislev  5766
December  6,    2005

To                                                                *40450*
*To Hokeed- Center Defense for the Individual* [handwritten in Arabic]
Center for the Defense of the Individual
Fax 02-6276317                                [Stamp]  Center for the Defense
of the Individual
*December 8, 2005* [handwritten in Arabic]        Received on
December 8, 2005
*32435*

**Subject**: *Mashhour Hashaika Identity No. 993431220 [handwritten in Arabic]*
<u>Re: **Mashhur Hashaika, Identity No. 99343122**</u>

1.  I confirm receipt of your application.
2.  Pursuant to the examination that we have conducted with respect to your client, it appears
    that there is no impediment to permitting the departure of the aforementioned to Jordan.

*There is no objection to trip to Jordan as they are in accordance with procedures* [handwritten in
Arabic]

Sincerely,

Alaa Sa'ad, Deputy
Consulting Officer – Population Registry Section
for / the Attorney General
[Signature]

[Signature]

*From Alaa Saad*
*From the Office of the Judicial Counsel* [handwritten in Arabic]

**CONFIDENTIAL**                                          **02:007317**

*Mohamed Hashaika 15* [handwritten in Arabic]

**Center for the Defense of the Individual** [Hebrew]
**Center for the Defense of the Individual** [Arabic]

Founded by Dr. Lotte Salzberger – Registered Association [Hebrew]
[illegible] control [illegible] - Office of Claims- Registered Organization

Facsimile transmission page: number of pages including this page

| Fax number | Fax number [Hebrew] | To | To [Hebrew] |
|---|---|---|---|
| Time | Time [Hebrew] | Date | **December 12, 2005** | Date [Hebrew] |
| From | | | From [Hebrew] |
| Subjects | | | Re [Hebrew] |

If the material is not received in its entirety, please call 02-6264430 / 6203555

*Please deliver the enclosed permit to Mr. Mashhour Hashaika* [handwritten in Arabic]

*Thank you*

[illegible Hebrew address]
[illegible] street. Tel: 101264138/060183155     Fax: 106279712

**CONFIDENTIAL**                                        **02:007318**

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**        Mohamed Hashaika 16 [handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: April 28, 2003
**No.**: .../1723
**Issued**: Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ▮▮▮▮ <u>1981</u>, in Nablus, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on March 21, 2002, in Jerusalem.

This certificate is given to Hanan Rabah Abdel Rahim Hashaika in her capacity as his mother and based on her request.

> SEAL OF THE
> Martyrs' Families & Injured Care
> Establishment
>
> Office of Nablus

Signature of the director of the Establishment

[Signature]

Ramallah – Tel/Fax: 02-2986268

**CONFIDENTIAL**        02:007319

Mohamed Hashaika 17 [handwritten]

[illegible]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
   **Ministry of Health**

**Request to register for health insurance**

| Identity No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | 9 | 3 | 4 | 3 | 1 | 2 | 2 | 0 |

Card No. 

**Details about the Insured**

| First Name | Father's name | Grandfather's Name | | Family Name | |
|---|---|---|---|---|---|
| Mashhour | Mohamed | Amer | | Hashaika | |
| **Town** | **Address** | | | **Regional Code** | **Town Code** |
| Nablus | Taloza | | | 7 | 2 3 4 1 7 |

| Clinic | Clinic Code | Date of Beginning of Insurance | Type of Insurance | Personal Status | Date of Birth | No. of [illegible] | Seal of office [Signature] |
|---|---|---|---|---|---|---|---|
| Taloza | 318 | | 22 | 2 | 1950 | 03 | Signature of the Employee |

Date: _____  Signature of the Insured _____

**Details about Companions of the Insured**

| No. | Name | Relationship | Identity No. | Date of Birth | Notes |
|---|---|---|---|---|---|
| 1 | Hanan | Wife | 912183068 | 1957 | Effective Health |
| 2 | Maher | Son | | 1980 | Insurance Until the |
| 3 | Samaher | Daughter | 950235804 | 1984 | End of 2003 |
| 4 | Mahdi | Son | 850869793 | 1988 | [illegible] |
| 5 | Osama | Son | 853981421 | 1992 | July 24, 2003 |
| 6 | | | | | [Stamp] [illegible] |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

**CONFIDENTIAL**

02:007320

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika 18 [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** August 16, 2003
**No.:** .../723/ 013387
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ▬ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002</u>, in <u>West Jerusalem</u>.

This certificate is given based on the request of <u>Samaher Mashhour Mohamed Hashaika</u> in her capacity as his <u>sister</u>.

| |
|---|
| **SEAL OF THE**<br>**Martyrs' Families & Injured Care**<br>**Establishment**<br><br>**Office of Nablus** |

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268

**CONFIDENTIAL**

02:007321

Mohamed Hashaika 19 [handwritten]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** April 30, 2002
**No.:** .......
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ▉▉▉ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002,</u> in <u>West Jerusalem</u>.

This certificate is given based on the request of <u>Hanan Rabah Abdel Rahim Hashaika</u> in her capacity as his <u>mother.</u>

SEAL OF THE
Martyrs' Families & Injured Care Establishment

Office of Nablus

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268

**CONFIDENTIAL**                                                02:007322

Mohamed Hashaika 20 [handwritten]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: April 30, 2002
**No.**: .......
**Issued**: Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ████ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002, in West Jerusalem</u>.

This certificate is given based on the request of <u>Hanan Rabah Abdel Rahim Hashaika</u> in her capacity as his <u>mother</u>.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care Establishment<br>Office of Nablus |

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268

**CONFIDENTIAL**                                                02:007323

Mohamed Hashaika 21[handwritten]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: May 12, 2002
**No.**: .......
**Issued**: Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ■■■■ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002, in West Jerusalem</u>.

This certificate is given based on the request of <u>Hanan Rabah Abdel Rahim Hashaika</u> in her capacity as his <u>mother</u>.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care Establishment<br><br>Office of Nablus |

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268

**CONFIDENTIAL**                                                    02:007324

Mohamed Hashaika 22 [handwritten]

*In the Name of God, Most Gracious, Most Merciful*

**State of Palestine**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** April 3, 2008
**No.:**../723/13387
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika,</u> born on ▇▇▇▇ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002,</u> in <u>West Jerusalem</u>.

This certificate is given, based on the request of Hanan <u>Rabah Abdel Rahim Hashaika</u> in her capacity as his <u>mother</u>.

> SEAL OF THE
> Martyrs' Families & Injured Care Establishment
>
> Office of Nablus

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268
Gaza – Tel/Fax: 08-2824727

**CONFIDENTIAL**                                        02:007325

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian Liberation Organization**          Mohamed Hashaika 23 [handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: April 22, 2008
**No.**:.../723/13387
**Issued**: Nablus

## <u>To Whom It May Concern</u>

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ████ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002,</u> in <u>West Jerusalem</u>.

This certificate is given, based on the request of <u>Samaher Mashhour Mohamed Hashaika</u> in her capacity as his <u>sister</u>.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care Establishment<br><br>Office of Nablus |

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268
Gaza – Tel/Fax: 08-2824727

**CONFIDENTIAL**                                        02:007326

Mohamed Hashaika 24[handwritten]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian Liberation Organization**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: April 18, 2010
**No.**:.../723/13387
**Issued**: Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr and activist <u>Mohamed Mashhour Mohamed Hashaika</u>, born on ████ 1981 in <u>Nablus</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>March 21, 2002, in West Jerusalem</u>.

This certificate is given, based on the request of <u>Samaher Mashhour Mohamed Hashaika</u> in her capacity as his <u>sister</u>.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care Establishment<br><br>Office of Nablus |

**Signature of the Director of the Establishment**

[Signature]

Ramallah – Tel/Fax: 02-2986268
Gaza – Tel/Fax: 08-2824727

**CONFIDENTIAL**                                    02:007327

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                     Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                     Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007317-7327.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007317-7327.

_____
Eyal Sherf

ss.: New Jersey *New York*

On the [3] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
13th day of February, 2014

Notary Public

MARCI ANN FRASER
Notary Public - State of New York
NO. 01FR6248758
Qualified in Queens County
My Commission Expires Sep 19, 2015

02:007317

שמור

-1-

| אזור | יהודה | ושומרון |
|---|---|---|
| לשכת | היועץ | המשפטי |
| טל': | | 02-9977071/711 |
| פקס: | | 02-9977326 |
| 220/00 | | 611167 |
| ה' | בכסלו | התשס"ו |
| 6 | בדצמבר | 2005 |

מكتب المستشار القضائي

לכבוד الى مسؤول مركز الدفاع عن الفرد
המוקד להגנת הפרט
בפקס 02-6276317

המוקד להגנת הפרט
נכנס ביום
-8-12-2005
32435

الموضوع: مشهور حشايكة رقم الهوية ٩٩٣٤٣١٢٢

הנדון: משהור השאיכה ת.ז. 99343122

1. הריני לאשר קבלת פנייתכם.
2. על פי הבדיקה שערכנו אודות מרשך, עולה כי אין לנו מניעה בדבר התרת יציאתו של הנדון לירדן, זאת על פי הנהלים הרגילים.

سيسمح بالسفر الى الاردن وذلك حسب الاجراءات المتبعة

בברכה

| עלא | מעד, | סגן |
|---|---|---|
| קצין יעוץ – | מדור מרשם אוכלוסין | |
| בשם | היועץ | המשפטי |

من علاء
من مكتب المستشار القضائي

שמור

611167

02:007318

HaMoked: Center for the Defence of the Individual
הומוקד - מרכז הדיפאע עن الفرد

founded by Dr. Lotte Salzberger • Registered Association

**FORM FOR SENDING FAX / Number of pages including this page** — טופס העברת פקסימיליה / מספר דפים כולל דף זה

| Fax Number | מספר פקס | To | אל |
| --- | --- | --- | --- |
| Time | שעה | Date | 12/12/2005 | תאריך |
| From | | | מאת |
| Subject | | | הנדון |

אם התומר לא התקבל בשלמותו, נא להתקשר לטל. 02 6264630 / 6203555
IF ALL THE MATERIAL WAS NOT RECEIVED, PLEASE CALL TEL. 01 6283556 / 6264438

الرجاء تسليم الفاكس المرفقة الى السيد
منذر مشايكه



CONFIDENTIAL

02:007319

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

Palestinian National Authority
Ministry of Social Affairs
M's F. & I.C.E.

Date

التاريخ : ٢٨/١٢/٢٠٠٤
الرقم : ط/١٢٢٤
صادر :

الى :

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

المولود في : ١٩٨١ ████

هو احد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ ٢١/٢/٢٠٠٩ في

وأعطي هذه الشهادة بناء على طلب :

بصفته / بصفتها :

Ramallah - Tel/ Fax : 02 2986268

**CONFIDENTIAL**

02:007320

بسم الله الرحمن الرحيم



السلطة الوطنية الفلسطينية

وزارة الصحة - نابلس

طلب تسجيل للتأمين الصحي

| | | | | | | | رقم الهوية |
|---|---|---|---|---|---|---|---|
| ١ | ٩ | ٢ | ٤ | ٤ | ٥ | ٦ | ١ |

| | | | | | | رقم البطاقة |

## تفاصيل عن صاحب التأمين

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول |
|---|---|---|---|
| مشربتي | عامر | محمد | منصور |

| علامة المنطقة | علامة البلد | العنـــــوان | البلـــد |
|---|---|---|---|
| ٧\ ٢ | ٢ ٩ ٦ ٢ | طولز ٥ | نابلس |

| عدد المرافقين | تاريخ الميلاد | الحالة العنصرية | نوع التأمين | تاريخ بداية للتأمين | رمز العيادة | العيادة |
|---|---|---|---|---|---|---|
| ١ | ١ ٩ ٥ ٠ | ٢ | ٢ | | ٢٨ | طولز ٥ |

ختم المكتب

توقيع الموظف

التاريخ ____ توقيع المؤمن ____

## تفاصيل عن المرافقين لصاحب التأمين

| ملاحظـــات | تاريخ الميلاد | رقـم الهويـة | القرابة | الاســـم | تسلسل |
|---|---|---|---|---|---|
| من نابلس ليست لها أحول | ٦ ١ ٥ ٩ ١ | ٩ ١ ٦ ٨ ١ ٨ ٢ ٠ ٥ ٨ | زوجة | هيام | ١ |
| ليكن لكم | ١ ٩ ٨ ٠ | ١ ١ ١ ١ ١ ١ ١ ١ ١ | اسم | ماهر | ٢ |
| | ١ ٩ ٨ ٢ | ٤ ١ ٥ ٦ ١ ٢ ١ ٥ ٠ | ابن | سامر | ٣ |
| | ١ ٩ ٨ ٨ | ٥ ٦ ١ ٥ ٨ ٢ ١ ٥ ٩ | ابن | ميكي | ٤ |
| | ١ ٩ ٩ ٤ | ٥ ٦ ٩ ٨ ١ ٥ ١ ٢ ١ | اسم | اسامة | ٥ |
| | | | | | ٦ |
| | | | | | ٧ |
| | | | | | ٨ |
| | | | | | ٩ |
| | | | | | ١٠ |
| | | | | | ١١ |
| | | | | | ١٢ |
| | | | | | ١٣ |
| | | | | | ١٤ |

26/1

**CONFIDENTIAL**

02:007321

بسم الله الرحمن الرحيم

Palestinian National Authority السلطة الوطنية الفلسطينية
Ministry of Social Affairs وزارة الشؤون الاجتماعية
M's F & I.C.E مؤسسة رعاية أسر الشهداء والجرحى

Date التاريخ :

الرقم : م ا / ي ت ا / بم ۸۹ / ۱۸۲۰.

صادر :

الى :

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

المولود في                              ۱۹۸۱

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ  ۲۱ / ۲ /

واعطي هذه الشهادة بناء على طلب :

بصفته / بصفتها :

Ramallah - Tele-Fax: 02-2986268       رام الله - تلفاكس : ۲-۲۹۸٦۲٦۸.۰۲

**CONFIDENTIAL**

02:007322

بسم الله الرحمن الرحيم

**Palestinian National Authority**          السلطة الوطنية الفلسطينية
**Ministry of Social Affairs**              وزارة الشؤون الاجتماعية
**M's F. & I.C.E.**                        مؤسسة رعاية أسر الشهداء والجرحى

Date............................          التاريخ : ........./........./.........

الرقم : ........................

مصادر : ........................

الى : ........................ الروح

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

........................ محمد ........................

المولود في : ........................ ١٩ / [REDACTED]

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ   ٢٠ / ٨ / ٢٠٠١  القدس المحتلة

وأعطى هذه الشهادة بناء على طلب : ........................ عم ........................

بصفتك / بصفتها : ........................

Ramallah - Tel/ Fax : 02-2986268          رام الله - تلفاكس : ٢-٢٩٨٦٢٦٨

02:007323

بسم الله الرحمن الرحيم

Palestinian National Authority     السلطة الوطنية الفلسطينية
Ministry of Social Affairs     وزارة الشؤون الاجتماعية
M's F. & I.C.E.     مؤسسة رعاية أسر الشهداء والجرحى

التاريخ : .............................

الرقم : ...........................

Date ..................... صادر : .............................

الى : ........................................................

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

..........................................................................

المولود في : ............................ ١٩٨█ ................

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٨ / ٢ / ١٩٩١ ............ القدس الشريف

وأعطي هذه الشهادة بناء على طلب : ...............................

بصفتي / بصفتها : ...............................

Ramallah - Tel/Fax : 02-2986368     رام الله - تلفاكس : ٢٩٨٦٣٦٨-٠٢

**CONFIDENTIAL**

02:007324

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Social Affairs
M's F. & I.C.E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

Date ..................

التاريخ : ........ / ..... / .......
الرقم : ...................
صادر : ناسب

الى : ..................

تحية الوطن والحرية ،

تفيد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

عمر محمود محمد شكابطة

المولود في : ١٩٨١ [REDACTED]

هو احد شهداء انتفاضة فلسطينية المسجلين لدينا

رقد استشهد بتاريخ ٣١ / ٢ / ٢٠ ............

وأعطي هذه الشهادة بناء على طلب : ...............

بعلمي / بصفتي : ...............

Ramallah - Tel/ Fax : 02-2986268
رام الله - تلفاكس : ٢-٢٩٨٦٢٦٨

02:007325

بسم الله الرحمن الرحيم

State of Palestine

Ministry of Social Affairs

M's ....

دولة فلسطين

وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

التاريخ: ..........
الرقم: ..........
صادر: ..........

إلى: ..........

تحية الوطن والحرية،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن الشهيد

المولود في ..........  ١٩٨١

هو أحد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ ٠١ / ٢ / .......... في : ..........

وأعطي هذه الشهادة بناءً على طلب : ..........

بصفته / بصفتها : ..........

Ramallah - Tel/Fax:02-2986268
Gaza - Tel/Fax:08-2824727

رام الله - تلفاكس:٠٢-٢٩٨٦٢٦٨
غزة - تلفاكس:٠٨-٢٨٢٤٧٢٧

**CONFIDENTIAL**

02:007326

بسم الله الرحمن الرحيم

State of Palestine

Ministry of Social Affairs

M's F.& I.C.E.

دولة فلسطين

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

التاريخ: ٢٠٠٨/٤/٢٨

الرقم: ١٢٢٨/٢٨٢ت

صادر: ـــــــــ

إلى : ـــــــــــــــــــــــ

تحية الوطن والحرية،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن الشهيد

ـــــــــــــــــــــــ

المولود في : ١٩٦١ ████ ـــــــــــــ

هو أحد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ : ٢١/٢ / ـــــــ في : ـــــــــــــ

وأعطي هذه الشهادة بناءً على طلب : ـــــــــــــــــــــ

بصفته / بصفتها : ـــــــــــــــــــــ

مدير المؤسسة

Ramallah - Tel/Fax:02-2986268

Gaza - Tel/Fax:08-2824727

رام الله – تلفاكس:٢٩٨٦٢٦٨-٠٢

غزة – تلفاكس:٢٨٢٤٧٢٧-٠٨

**CONFIDENTIAL**

02:007327

PALESTINIAN LIBERATION ORGANIZATION .    منظمة التحرير الفلسطينية

M'S E. & I. C. E.    مؤسسة رعاية أسر الشهداء و المرضى

Date _____    التاريخ: _____

الرقـم: _____

صــادر: _____

إلى: _____

تحية الوطن و الحرية،

تشهد مؤسسة رعاية أسر الشهداء و الجرحى أن الشهيد

_____

المولود في: _____

هو أحد شهداء الثورة الفلسطينية المسجلين لديها.

و قد إستشهد بتاريخ: _____ في: _____

و أعطي هذه الشهادة بناء على طلب: _____

بصفته / بصفتها: _____

مدير المؤسسة

Ramallah - Tel/Fax : 02-298 62 68    رام الله - تلفاكس: 02-298 62 68
Tel/Fax : 08-282 47 27    غــزة - تلفاكس: 08-282 47 27

**CONFIDENTIAL**