# EXHIBIT H.9

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER