# EXHIBIT H.10

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER