# EXHIBIT H.11

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER