

PLAINTIFF'S EXHIBIT
36A
tabbies

RX Date/Time February 14, 2007 06:50 P.002

## I. Personal Data

**Local No.:**
**Case Name:** Sa'id Ibrahim Sa'id Ramadan
**Nationality:** Palestinian
**Beneficiary's Full Name:** Ibrahim Sa'id Ibrahim
**Mother's Full Name:** Azya Ali Ibrahim Ramadan
**Date & Place of Birth:** [redacted] 1978, Kuwait
**Religion:** Muslim
**Previous Work:** Maritime Police Officer
**Level of Education:** Secondary school [handwritten]
**Date of Accreditation in the Establishment:**

**Central No.:**
**Code Name:**
**Identity No.:** 104514804
**Identity No.:** 411555634
**Identity No.:**985390137
**Original Town:** Tell
**Gender:** Male **Marital Status:** Single
**Current Work:**
**Date & Number of Accreditation:**

## II. Administrative Data

**Military Rank:** ~~Corporal~~ Sergeant
**Rank Accreditation Letter:**
**Development of Previous Allocation:**
**Organization to which he / she belongs:** Fatah
**Date of Joining the Revolution:**
**Courses Attended:**

**Organizational Rank:**
**No.:** **Date:**
**Current:** **Modifications:** 70 Shekels
**Sector:**
**Organizational:** **Militarily:** **Reordering:**

**Date & Place of Event:** January 22, 2002, West Jerusalem/ - Haifa Street

**Description of the Event:**
He was martyred while executing a martyrdom operation in West Jerusalem. The operation led to the death and injury of a number of Israelis.

**Short Biography:**
The martyr was born in Kuwait in 1978. He finished his elementary school in Kuwait, where he lived with his family. He returned to the homeland in 1990. He went to middle school and high school in his village. He began his professional life as a mechanic, after which he joined the maritime police of the Palestinian National Authority. He was a corporal. He was known to be a calm person and faithful to his country. Among his expressions was: "O Martyr! You have tested my soul". He was martyred while performing his national duty.

**Family Housing:** Owned: ✓ Leased Joint

**Monthly Rent:**

**Complete Address:** The village of Tell, Nablus/ west of Ein al-Balad

**Telephone** : /09/2346050

Martyr: "Sa'id Ibrahim Sa'id Ramadan" [handwritten]

**Third: Family Index**: *** Married - Single**

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| Series | Name | Relationship | Date of Birth | Level of Education | Profession | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ibrahim Sa'id Ibrahim Ramadan | Father | 1948 | Elementary | Does not work/ Sick | Married/ deceased | Tell |
| 2 | Azya Ali Ibrahim Ramadan | Mother | 1946 | Illiterate | Housewife | Married | Tell |
| 3 | Amal | Sister | 1977 | Middle school | Housewife | Married | Qalquiliya |
| 4 | Dalal | Sister | 1980 | High school | Housewife | Married | Jeddah |
| 5 | Jamila | Sister | 1982 | 2nd year at the university | University student | [Illegible] | Tell |
| 6 | Mohamed | Brother | 1984 | High school | Worker ~~Student~~ | Married ~~Single~~ | Tell |
| 7 | Ilham | Sister | 1987 | 9th grade | Student | Married ~~Single~~ | Tell |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of Dependants**: 5

- **Married: wives and minor children:**
- **Single: parents and minor siblings:**
- **Notes on Family Index**: Bank account of the father of the martyr, the beneficiary, Ibrahim Sa'id Ibrahim Ramadan's is [redacted] Branch of Nablus

Ibrahim Sa'id Ibrahim Ramadan (Dinar)

Ibrahim Sa'id Ibrahim Ramadan's bank account is [redacted] / Nablus

**Palestine Liberation Organization**
**Martyrs' Families & Injured Care Establishment**

Financial Account Statement

| **Case No.** | 0103168 | **Allocation** | |
|---|---|---|---|
| **Name** | Sa'id Ibrahim Sa'id Ramadan | **Accreditation Begins** | February 1, 2002 |
| **Name of the Beneficiary** | Azya Ali Ibrahim Ramadan | **Accreditation Ends** | January 1, 3000 [as written] |
| **Office** | Nablus | **Amount Paid** | |
| **Name of the Examiner** | Shawkat | **Amount not Paid** | |

| **Year** | **Month 1** | **Month 2** | **Month 3** | **Month 4** | **Month 5** | **Month 6** | **Month 7** | **Month 8** | **Month 9** | **Month 10** | **Month 11** | **Month 12** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2009** | | | | | | | | | | | | |
| **2010** | | | | | | | | | | | | |
| **2011** | | | | | | | | | | | | |

Date: June 14, 2012 Computer department- Gaza

**Palestinian National Authority**
**Martyrs' Families & Injured Care Establishment**

**Printed on June 14, 2012**

## Personal Data

| | | | | | |
|---|---|---|---|---|---|
| **Identity Card** | 904564804 | **Full Name** | Sa'id Ibrahim Sa'id Ramadan | **Type of Document** | Palestinian Identification |
| **Date of Birth** | 1978 | **Ministry** | Nablus | **Gender** | Male |

## Grades

| Scale | Grade | Category | From | To |
|---|---|---|---|---|
| The new Martyrs' Families scale | Sergeant | Not identified | January 1, 2012 | |

## Allowances and Deductions

| ../.. | Code | From | To | Value | Percentage or Amount | Reference | Identity No. | Name of Beneficiary |
|---|---|---|---|---|---|---|---|---|

## Case Data

| Case Type | From | To | Percentage of Disability | Type of Disability | Type of Decision |
|---|---|---|---|---|---|
| Military Martyr | January 1, 2012 | | 0 | Not identified | |

## Beneficiaries Data

| Identity No. | Name | From | To | Percentage or Value | Percentage Amount | Number of Spouses | Second Spouse | Number of Children | Nature of Division | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 985390137 | Azya Ali Ibrahim Ramadan | January 1, 2012 | | | | 0 | 0 | 0 | No division found | 0103168 |

| Identity No. | Name | From | To | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| 985390137 | Azya Ali Ibrahim Ramadan | January 1, 2012 | | | Nablus | | 0103168 |

**Entailment Data**

| Reason of Entailment | From | To | Reason of Restoration |
|---|---|---|---|

**Salary Data in the Bank**

| Month | Identity No. | Name | Salary |
|---|---|---|---|
| January 1, 2012 | 985390137 | Azya Ali Ibrahim Ramadan | |
| February 1, 2012 | 985390137 | Azya Ali Ibrahim Ramadan | |
| March 1, 2012 | 985390137 | Azya Ali Ibrahim Ramadan | |
| April 1, 2012 | 985390137 | Azya Ali Ibrahim Ramadan | |

**Salary Computation Data:**

| Month | Identity No. | Name | Salary |
|---|---|---|---|
| January, 2012 | 904564804 | Azya Ali Ibrahim Ramadan | |
| February, 2012 | 904564804 | Azya Ali Ibrahim Ramadan | |
| March, 2012 | 904564804 | Azya Ali Ibrahim Ramadan | |
| April, 2012 | 904564804 | Azya Ali Ibrahim Ramadan | |

**Palestinian National Authority**
**Martyrs' Families & Injured Care Establishment**

**Printed on June 14, 2012**

| May, 2012 | 904564804 | Azya Ali Ibrahim Ramadan | [redacted] |
|---|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br>Plaintiffs,<br>vs.<br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008952-8956.
2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.
3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008952-8956.

[signature]
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

C Flores

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

RX Date/Time 14/02/2007 06:50

P.002

أولا : معلومات ذاتية :

الرقم المحلي : ........ الرقم المركزي : ........

اسم الحالة : سعيد ابراهيم سعيد رمضان الاسم الحركي : ........

الجنسية : فلسطيني رقم الهوية : ........

اسم المستفيد رباعي : ابراهيم سعيد ابراهيم رمضان رقم الهوية : ٤١١٥٥٤٣٦٢٤

اسم الأم كامل : عزيزة علي ابراهيم رمضان رقم هوية الأم : ٩٨٥٢٩٠١٢٧

تاريخ ومكان الميلاد : [redacted] ١٩٧٨ الكويت البلد الأصلي : نابلس

الديانة : مسلم الجنس : ذكر الحالة الاجتماعية : اعزب

العمل السابق : شرطي بحرية العمل الحالي : ........

تاريخ ورقم كتاب الاعتماد : ........

تاريخ الاعتماد بالمؤسسة : ........

المؤهل العلمي : ثانوي عامة

ثانياً : معلومات ادارية :

الرتبة العسكرية : عريف الرتبة التنظيمية : رقيب

كتاب إعتماد الرتبة : ........ رقم : ........ تاريخ : ........

المخصص الشهري السابق : ........ رقم المذكرة : ........

التنظيم التابع له : فتح القطاع : ........

تاريخ الالتحاق بالثورة : ........ تنظيما : ........ عسكريا : ........ تفرغا : ........

الدورات التي اجتازها : ........

تاريخ ومكان الحادث : ٢٢/١١/٢٠٠٢ القدس الغربية - شارع ميثا

كيفية حدوث الحادث : استشهد اثناء قيامه بتنفيذ عملية استشهادية في القدس الغربية والتي ادت الى مقتل وجرح عدد من الاسرائيليين

موجز سيرته الذاتية :

الشهيد من مواليد الكويت عام ١٩٧٨، درس في مدارس الكويت حتى انهى الابتدائية حيث كانت الاسرة تقيم هناك رجع الى الوطن عام ١٩٩٠ ودرس الاعدادية والثانوية في مدارس نابلس، [illegible] التحق بالعمل في سلك البحرية الفلسطينية [illegible] برتبة عريف، [illegible] الشهيد [illegible] من اسرائيل، نفذ [illegible] باستشهاده استشهد اثناء تأديته واجبه الوطني.

حالة الأسرة : ملك ........ ايجار : ........ مشترك : ........

المقدار الشهري : ........

العنوان الكامل : نابلس - شارع تل / غرب عيبال

التلفون : ٠٩/٢٣٤٤٦٠ ........ ٠٥٩٤٤٦٦٦١٣

CONFIDENTIAL

02:008952

P.003

RX Date/Time 14/02/2007 06:50

الشهيد : سعيد ابراهيم سعيد رمضان

## ثالثاً : الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة

٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالشهيد | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | ابراهيم سعيد ابراهيم رمضان | والده | ١٩٤٨ | ابتدائي | دون عمل / مريض | متزوج | نابلس |
| ٢ | عزيزه علي ابراهيم رمضان | والدته | ١٩٤٦ | امية | ربة بيت | متزوجة | نابلس |
| ٣ | امل | شقيقة | ١٩٧٧ | [illegible] | ربة بيت | متزوجة | فلسطين |
| ٤ | دلال | شقيقة | ١٩٨٠ | ثانوية عامة | - | متزوجة | جنين |
| ٥ | صباح | شقيقة | ١٩٨٢ | [illegible] | [illegible] | [illegible] | نابلس |
| ٦ | محمد | شقيق | ١٩٨٤ | ثانوية عامة | طالب | اعزب | نابلس |
| ٧ | الهام | شقيقة | ١٩٨٧ | تاسع | طالبة | آنسة | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ٥

- المتزوج : الزوجات والابناء القصر : ..........

- الاعزب : الوالدين والاخوة القصر : ..........

ملاحظات على الجدول الاسري : ..........

يتم صرف المستحقات : ابراهيم سعيد ابراهيم رمضان [REDACTED] (والد)

[REDACTED]

CONFIDENTIAL

Palestine Liberation Organization
M's F & P.C.E

منظمة التحرير الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

# كشف حساب عالي

مؤسسة حقة

| | | | |
|---|---|---|---|
| رقم الحالة | 0103168 | المخصص : | |
| اسم الحالة | سجد ابراهيم سعيد رمضان | بداية الاعتماد : | 01/02/2002 |
| اسم المستفيد | عزيه علي ابراهيم رمضان | نهاية الاعتماد : | 01/01/3000 |
| المكتب | نابلس | المبالغ المصروفة : | |
| اسم الباحث | شوكت | المبالغ غير المصروفة : | 0 |

| السنة | شهر ١ | شهر ٢ | شهر ٣ | شهر ٤ | شهر ٥ | شهر ٦ | شهر ٧ | شهر ٨ | شهر ٩ | شهر ١٠ | شهر ١١ | شهر ١١ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |

التاريخ 14/06/2012 دائرة الحاسوب - غزة صفحة 1

CONFIDENTIAL

02:008954

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء

Palestinian National Authority

تاريخ الطباعة 14/06/2012

البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| البطاقة الشخصية | ٩٠٤٥٦٤٨٠٤ | الاسم الرباعي | معيد أبراهيم معيد رمضان | نوع الوثيقة | هوية فلسطينية |
| تاريخ الميلاد | [redacted]/١٩٧٨ | الوزارة | نابلس | الجنس | ذكر |

الدرجات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | رقيب | غير محددة | ٠١/٠١/٢٠١٢ | |

العلاوات والخصميات

| ع/خ | الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|---|

بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد عسكري | ٠١/٠١/٢٠١٢ | | ٠ | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | ٠١/٠١/٢٠١٢ | | [redacted] | [redacted] | ٠ | ٠ | ٠ | لا يوجد قسمة | ٠١٠٣١٦٨ |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | ٠١/٠١/٢٠١٢ | | [redacted] | نابلس [redacted] | [redacted] | ٠١٠٣١٦٨ |

بيانات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|

بيانات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| ٠١/٠١/٢٠١٢ | ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠١/٠٢/٢٠١٢ | ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠١/٠٣/٢٠١٢ | ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠١/٠٤/٢٠١٢ | ٩٨٥٣٩٠١٣٧ | عزيه علي ابراهيم رمضان | [redacted] |

بيانات الراتب الاحتساب

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| ٠١/٢٠١٢ | ٩٠٤٥٦٤٨٠٤ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠٢/٢٠١٢ | ٩٠٤٥٦٤٨٠٤ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠٣/٢٠١٢ | ٩٠٤٥٦٤٨٠٤ | عزيه علي ابراهيم رمضان | [redacted] |
| ٠٤/٢٠١٢ | ٩٠٤٥٦٤٨٠٤ | عزيه علي ابراهيم رمضان | [redacted] |


السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء

Palestinian National Authority

تاريخ الطباعة 14/06/2012

| | | | |
|---|---|---|---|
| ٠٥/٢٠١٢ | ٩٠٤٥٦٤٨٠٤ | عزيه علي ابراهيم رمضان | [redacted] |

CONFIDENTIAL

02:008956