# EXHIBIT H.13

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER