# EXHIBIT H.14

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER