# EXHIBIT H.15

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER