# EXHIBIT H.16

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER