# EXHIBIT H.17

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER