# EXHIBIT H.18

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER