# EXHIBIT H.21

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER