PLAINTIFF'S
EXHIBIT
60

**In the Name of God, Most Gracious, Most Merciful**

Sa'id 1 [handwritten]

Number: 32 [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



---

**In the Name of God, Most Gracious, Most Merciful**

Transaction was sent via Fax [handwritten]

## Social Examination

**Case:** Al-Aqsa Martyr/Military

The corpse is withheld [handwritten]

21 [handwritten]

| | |
|---|---|
| **Name** | : Sa'id Ibrahim Sa'id Ramadan |
| **Local No.** | : ~~660~~ 21 [handwritten] |
| **Central No.** | : |
| **Governorate** | : Nablus |
| **Date** | : January 27,2002 |

---

Ramallah – Tel/fax: 02-2986268

**CONFIDENTIAL**

02:009050

Sa'id 2[handwritten]

# I: Personal Data

**Local No.:**                                                          **Central No.:**
**Case Name:** Sa'id Ibrahim Sa'id Ramadan                              **Code Name:**...
**Nationality:** Palestinian                                            **Identity No.:** 104514804
**Beneficiary's Full Name:** Ibrahim Sa'id Ibrahim                      **Identity No.:** 411555634
**Mother's Full Name:** Azya Ali Ibrahim Ramadan                        **Identity No.:**985390137
**Date & Place of Birth:** ▓▓▓▓▓▓ 1978, Kuwait                          **Town of Origin:** Tell
**Religion:** Muslim                                                    **Gender:** Male          **Marital Status:** Single
**Previous Work:** Maritime Police Officer                             **Current Work:**
**Level of Education:** Secondary school [handwritten]                  **Date & Number of Accreditation:**
**Date of Accreditation in the Establishment:**

# II: Administrative Data

**Military Rank:** ~~Corporal~~ Sergeant                                **Organizational Rank:**
**Rank Accreditation Letter:**                                         **No.:**          **Date:**
**Development of Previous Allocation:**                                **Current:**          **Modifications:** 70 Shekels
**Organization to which he / she belongs:** Fatah                      **Sector:**
**Date of Joining the Revolution:**                                    **Organizational:**     **Militarily:** **Reordering:**
**Courses Attended:**
**Date & Place of Event:** January 22, 2002, West Jerusalem/ - Haifa Street
**Description of the Event:** He was martyred while executing a martyrdom operation in West Jerusalem. The operation led to the death and injury of a number of Israelis.

**Short Biography:**

The martyr was born in Kuwait in 1978. He finished his elementary school in Kuwait, where he lived with his family. He returned to the homeland in 1990. He went to middle school and high school in his village. He began his professional life as a mechanic, after which he joined the maritime police of the Palestinian National Authority. He was a corporal. He was known to be a calm person and faithful to his country. Among his expressions was: "O Martyr! You have tested my soul". He was martyred while performing his national duty.

**Family Housing:**     Owned: ✓          Leased          Joint

**Monthly Rent:**

**Complete Address:** The village of Tell, Nablus/ West of Ein al-Balad

**Telephone**     : /09/2346050          059/846616          0599047016

[illegible]

**CONFIDENTIAL**                                              02:009051

Martyr: "Sa'id Ibrahim Sa'id Ramadan" [handwritten]     Sa'id 3[handwritten]

## III: Family Index:     * Married - Single

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.
(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| Series | Name | Relationship | Date of Birth | Level of Education | Occupation | Marital Status | Address |
|--------|------|--------------|---------------|--------------------|------------|----------------|---------|
| 1 | Ibrahim Sa'id Ibrahim Ramadan | Father | 1948 | Elementary | Does not work/ Sick | Married/ deceased | Tell |
| 2 | Azya Ali Ibrahim Ramadan | Mother | 1946 | Illiterate | Housewife | Married | Tell |
| 3 | Amal | Sister | 1977 | Middle school | Housewife | Married | Qalquiliya |
| 4 | Dalal | Sister | 1980 | High school | Housewife | Married | Jeddah |
| 5 | Jamila | Sister | 1982 | 2nd year at the university | University student | [illegible] | Tell |
| 6 | Mohamed | Brother | 1984 | High school | Worker ~~Student~~ | Married ~~Single~~ | Tell |
| 7 | Ilham | Sister | 1987 | 9th grade | Student | Married ~~Single~~ | Tell |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Number of Dependants: 5**

- **Married: wives and minor children**

- **Single: parents and minor siblings:**

- **Notes on Family Index**: The bank beneficiary account number of Ibrahim Sa'id Ibrahim Ramadan, father of the martyr,  is ███████████████     Branch of Nablus

Ibrahim Sa'id Ibrahim Ramadan (Dinar)

Ibrahim Sa'id Ibrahim Ramadan's bank account is ███████████████ / Nablus

**CONFIDENTIAL**     02:009052

Martyr: "Sa'id Ibrahim Sa'id Ramadan" [handwritten]          Sa'id 4[handwritten]

**Department's Recommendation**:

- The martyr was single. He was born in 1978. His parents are alive and he has three siblings who are students.

- He was martyred on January 22, 2002, while executing a martyrdom operation in West Jerusalem.

- The martyr was a member of the military who worked at the Maritime police with a rank of corporal.

    * We recommend that he is considered one of the al-Aqsa Martyrs

**Date:** January 27, 2001          **Sig.** [Signature]

**Decision of the Director of the Establishment:** (          Nablus          )

- Martyr was single. He was martyred while executing a martyrdom operation in Jerusalem.

    - We recommend that he is considered as one of the al-Aqsa Martyrs - The martyr is a member of the military ………………………………………………………………………………………………………
    Date: …February 19, 2002………………… Signature. [Signature]

**Allocation Calculation:**

| <u>Principal</u> | <u>Wife</u> | <u>Children</u> | <u>Father</u> | <u>Mother</u> | <u>Minor</u> | <u>Siblings</u> | <u>Total (in Dinars)</u> |
|---|---|---|---|---|---|---|---|
| …………… | ……… | …………… | ………… | ………… | ……… | ………… | ……………………… |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director**:

**Date:**                              **Signature:**

**Audit Notes**                              **Date**          **Signature**

…………………………………….          …………………………………..

**Computer Notes**                          **Date**          **Signature**

…………………………………..          …………………………………..

**CONFIDENTIAL**                              02:009053

Aqsa Martyr/ Nablus Sa'id Ibrahim Sa'id Ramadan [handwritten]          Sa'id 5 [handwritten]

**Department's Recommendation:**

**Decision of the Director of the Establishment:** (          )

...............................................................................................................................
...............................................................................................................................
...............................................................................................................................
...................................................... Date: ........................ Signature............................

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
| ............. | ........ | .............. | .......... | ............ | .......... | ............. | ............................ |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director:**

To be approved as al-Aqsa martyr...[illegible]

Date: January 30,[illegible]                    Signature. [Signature]

| **Audit Notes** | **Date** | **Signature** |
|-----------------|----------|---------------|
| ....................................... | ................................... | |
| ....................................... | ................................... | |

| **Computer Notes** | **Date** | **Signature** |
|--------------------|----------|---------------|
| ....................................... | ................................... | |
| ....................................... | ................................... | |

**CONFIDENTIAL**                              02:009054

*In the Name of God, Most Gracious, Most Merciful*



Sa'id6[handwritten]

**Palestinian Liberation Organization**
**Martyrs' Families & Injured Care Establishment**

Establishment / Nablus

Brother the General Director of the Establishment/ May God protect him

Homeland Greetings,

**Case Name: Sa'id Ibrahim Sa'id Ramadan**    **Case Type:** Military martyr

**Central No.:** 13168    **Allocation:** $50/ Single    Sergeant

**Requested Procedures and Reasons:**\*\*Specialized transfer of the martyr's allocation from the military budget to Martyrs' Families & Injured Establishment.

The martyr is single; he holds the rank of sergeant. The beneficiary (Azya Ali Ibrahim Ramadan / Identity No. 985390137). Account No.: █████████████

The martyr's allocation will be transferred to the Martyrs' Families & Injured Establishment as of July 1, 2009 pursuant to the decision of his Excellency the President.

**Attached Documents:**

**Name and Signature of Department Head:** [Signed] Amani [illegible]

Net allocation to be paid from the Establishment (████████████ [illegible] al-Deek

July 1, 2009 [Handwritten Comments]

**Director's Opinion:**

\*\*\* The recommendation is approved. The martyr's allocation shall be transferred to the Martyrs' Families & Injured Establishment as of July 1, 2009 pursuant to the decision of his Excellency the president.

**Date:** June 21, 2009    **Signature of the Director of the Establishment:** [illegible]

**General Director's Measures:** Approved. Allocation will be paid from the Establishment beginning from July 1, 2009. An allocation of ████████████ will be paid pursuant to the order of the Organization and Administration Institution.

**Date:** July 6, 2009    **Signature:** [Signature]

**Central Procedure:** ………    **Name and Signature of Executor**……

**Conduct Audit:**………………………    **Name and Signature:**……………

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian Liberation Organization**
**Martyrs' Families & Injured Care Establishment**

Sa'id 7[handwritten]

---

Establishment / Nablus

Brother the General Director of the Establishment/ May God protect him

Homeland Greetings,

**Case Name:** Sa'id Ibrahim Sa'id Ramadan        **Case Type:** Al-Aqsa Martyr

**Central No.:** 013168/660        **Allocation:**        Military

**Requested Procedures and Reasons**: ** The martyr is single. His allocations shall be transferred from the Islamic Development Bank to his father. His mother is alive. The martyr's father passed away on May 5, 2006. **I recommend a transfer to the martyr's mother "Azya Ali Ibrahim Ramadan". Her bank account No. at ▮▮▮▮▮ ▮▮▮▮▮▮▮ is (▮▮▮▮▮)

**Enclosed Documents:** Copy of the death certificate of the martyr's father + copy of Photo Identity of the beneficiary + her bank account number.

**Name and Signature of Department Head:**_____ [Signed] Amani [signature]

**Director's Opinion:**

*** The allocation will be transferred to the name of the martyr's mother as his father, may God bless his soul, has passed away.  The Islamic Development Bank shall be notified of the situation

**Date:**August 3, 2006        **Signature of the Director of the Establishment**: [illegible]


**General Director's Measures:**  The Development Bank shall be notified. The allocation will be transferred to the name of the mother. The transfer of the allocation to the father is cancelled.

**Date:** August 6, 2006        **Signature:** [illegible]


**Central Procedure:** .........        **Name and Signature of Executor** [Signature]

**Conduct Audit:**........................        **Name and Signature:**................

---

**Nablus – Tel/Fax: 09 2385550**
**Ramallah – Tel/Fax: 02-2986268**


**CONFIDENTIAL**        02:009056

PALESTINIAN AUTHORITY                                    **IDENTITY DOCUMENT**

Identity Number          9 8539013 7

First Name               **Ghaziya**
Father's Name            **Ali**
Grandfather's Name       **Ibrahim**
Last Name                **Ramadan**
Mother's Name            **Safiya**                      [Photograph]
Date of Birth            ███ 1946                        [Signature]
Place of Birth           **Tal**                         [Round stamp in Arabic]
Gender                   **Female**      Religion   **Muslim**      Competent Authority
Issued in                **Nablus**        on Date                  **February 8, 2003**

---

Palestinian Authority            Annex to Identity Document
                                 Identity No.          9 8539013 7
Last Name                                     Ramadan
First Name                                    Ghaziya
Address                                    0    0
                          Tal
                          City
Marital status    Married             Spouse's Identity No. 4 1155563 4
Spouse's Name                         Ibrahim
Spouse's Identity No.
Spouse's Name
Previous Last Name
Previous First Name

**CONFIDENTIAL**                                    02:009058

Sa'id 10[handwritten]

Sa'id Ramadan [handwritten]

**Customer's Name:** Azya Ali Ibrahim Ramadan

**Customer's No.:** ███

**Branch:** Nablus

**Fax:**...........**Tel**: [illegible]

**CONFIDENTIAL**

02:009059

| CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA | | **IDENTITY DOCUMENT** |
|---|---|---|
| Identity Number | [illegible] | |
| First Name | **Said** | |
| Father's Name | **Ibrahim** | |
| Grandfather's Name | **Said** | |
| Last Name | **Ramadan** | |
| Mother's Name | [illegible] | [Photograph] |
| Date of Birth | ██████████ | [Stamp] Israeli Defense Forces |
| Place of Birth | [illegible] | [Signature] |
| Gender | **Male** | Religion **Muslim** [Stamp] Marie Gawai |
| Issued in | **Nablus** | on date **February 2, 1995** |

| Civil Administration in Judea and Samaria Area  Annex to Identity Document | |
|---|---|
| Identity No. | 9 0456480 4 |
| Last Name | Ramadan |
| First Name | Said |
| Address | |
| | Tal |
| | City |
| Marital status    Single | Spouse's Identity No.  [illegible] |
| Spouse's Name | |
| Spouse's Identity No. | |
| Spouse's Name | |
| Previous Last Name | |
| Previous First Name | |

**CONFIDENTIAL**

02:009060

Sa'id 12[handwritten]



**Palestinian Authority**
**Minister of Interior**
**Department of Civil Affairs**

# Death Certificate

**Identity No.:** 9      0456480    4

**Name of the Deceased:** Sa'id                    **Father's Name:** Ibrahim

**Grandfather's Name:** Sa'id                    **Family Name:** Ramadan

**Gender:** Male                                          **Religion:** Muslim

**Date of Death:** January 22, 2002 the twenty second of January two thousand and two.

**Place of Death:** Jerusalem                    **Hospital:** ---------

**Date of Birth:** ▇▇▇▇▇▇ 1978               **Nationality:** Palestinian

**Civil Status:** Single                              **Mother's Name:** Azya

**Address:**      Tell.                                  0-0

---

The details about the above mentioned death have already been registered in the death file of the year 2002

**By Department of Civil Affairs in**   Nablus              **On** January 31, 2002

Signed by the Competent Employee
[Signature]

| Stamp of the Directorate |
| --- |

**CONFIDENTIAL**                                          02:009061

| PALESTINIAN AUTHORITY | | **IDENTITY DOCUMENT** |
|---|---|---|
| Identity No. | 4 1155563 4 | |
| First Name | **Ibrahim** | |
| Father's Name | **Said** | |
| Grandfather's Name | **Ibrahim** | |
| Last Name | **Ramadan** | |
| Mother's Name | **Amna** | [Photograph] |
| Date of Birth | ████████**1948** | [Signature] |
| Place of Birth | **Tal** | [Round Stamp in Arabic] |
| Gender | **Male**     Religion     **Muslim** | Competent authority |
| Issued in | **Nablus**          on date | [illegible] |

| Palestinian Authority     Annex to Identity Document Ministry of the Interior | Children (up to age 16) |
|---|---|
| Identity No.     4 1155563 4<br>Last Name          Ramadan<br>First Name          Ibrahim | Name   Dalal<br>Gender Female     Identity No.     8 5320362 8<br>Date of Birth     ██████1980 |
| Address<br>          Tal<br>          City | Name   Jamila<br>Gender Female     Identity No.     9 1175701 1<br>Date of Birth     █████1982 |
| Marital status Married Spouse's Identity No. 9 8539013 7<br>Spouse's Name:          Ghaziya<br>Spouse's Identity No. | Name   Muhammad<br>Gender Male     Identity No.     9 1175702 9<br>Date of Birth     ██████1984 |
| Spouse's Name<br>Previous Last Name within last 7 years<br>Previous First Name within last 7 years | Name   Ilham<br>Gender Female     Identity No.     9 4860943 3<br>Date of Birth     ████████1987 |

**CONFIDENTIAL**

02:009062

[illegible lines]

[illegible]                 9 8539013 7

[illegible]        **Ghaziya**
[illegible]        [illegible]
[illegible]        **Ibrahim**
[illegible]        **Ramadan**
[illegible]        **Safiya**                                    [Photograph]
[illegible]        ██████ **1946**                  [Stamp] Israeli Defense Forces
[illegible]        **Tal**                                       [Signature]
                                                                 [Stamp] Avinoam Yehezkeli
[illegible]        **Female**     [illegible]    **Muslim**      Office Manager
Issued in          **Nablus**              on date             **June 15, 1987**

| Identity No.    9 8539013 7 Ramadan Ghaziya | Name    Amal Gender  Female    Identity No.    9 0456479 6 Date of Birth  ████  1977 |
|---|---|
| Tal | Name    Said Gender  Male    Identity No.    9 0456480 4 Date of Birth  ████  1978 |
| Marital Status    Married Spouse's Name  Ibrahim | Name    Jamila Gender  Female    Identity No.    9 1175701 1 Date of Birth  ████  1982 |
|  | Name    Muhammad Gender  Male    Identity No.    9 1175702 9 Date of Birth  ████  1984 |

*Ilham*
*Female 948609433*
██████*1987*

*Dalal*
*Female 853203628*
██████*1980*

[Stamp] Population Administration Office
Nablus 7

**CONFIDENTIAL**

02:009063

| PALESTINIAN AUTHORITY | | **IDENTITY DOCUMENT** |
|---|---|---|
| Identity No. | 9 1175701 1 | |
| First Name | **Jamila** | |
| Father's Name | **Ibrahim** | |
| Grandfather's Name | **Said** | |
| Last Name | **Ramadan** | |
| Mother's Name | **Ghaziya** | [Photograph] |
| Date of Birth | ▮ **1982** | [Signature] |
| Place of Birth | **Kuwait** | [Round stamp in Arabic] |
| Gender | **Female** Religion **Muslim** | Competent authority |
| Issued in | **Nablus** on date | **July 5, 1999** |

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 1175701 1 |
| Last Name | Ramadan | |
| First Name | Jamila | |
| Address | 0 · 0 | |
| Tal | | |
| City | | |
| Marital status    Single | | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

02:009064

*In the Name of God, Most Gracious, Most Merciful*

**Al-Najah National
Community College
Dean's Office**



Sa'id 16[handwritten]

---

**No.**: K.M.J/ SH.T                Sa'id Ramadan [handwritten]
**Date**: February 4, 2002

Greetings,

## <u>To Whom It May Concern</u>

The management of Al-Najah National Community College confirms that the student Jamila Ibrahim Sa'id Ramadan is a student at the college, majoring in Business Administration and Finance, and specializing in accounting. She is in her second semester of the school year of 2001/2002.

This certificate was provided to the abovementioned upon her request.

The Dean
[Signature]
Dr. Ghassan Al-Helou

---

Nablus – P.O. Box 7,707 – Tel. (972) (09) 2370042, 2386584 – 2381113/7 – Fax (972) (09) 2387982

**CONFIDENTIAL**                02:009065

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Education**
**Directorate of Education- Nablus**
**Tell Secondary School for Boys**
**National No.: 12112000**



Sa'id 17[handwritten]

Unit Reference
12054

No.: 4.2.B                                    Sa'id Ramadan[handwritten]
Date: January 31, 2001 AD
Corresponding to El-Qeda 13, 1422 AH

### To Whom It May Concern

The management of this school confirms that Mohamed Ibrahim Sa'id Ramadan is a student at the school for the current school year 2001/2002, as of the date of the issuance of this certificate.

This certificate was provided to the abovementioned upon his request.

Name of the School Director: Lotfi Mohssin
Signature of the School Director:
[Signature]



**CONFIDENTIAL**                                    02:009066

| PALESTINIAN AUTHORITY | | **IDENTITY DOCUMENT** |
|---|---|---|
| Identity No. | 9 1175702 9 | |
| First Name | **Muhammad** | |
| Father's Name | **Ibrahim** | |
| Grandfather's Name | **Said** | |
| Last Name | **Ramadan** | |
| Mother's Name | **Ghaziya** | [Photograph] |
| Date of Birth | ████1984 | [Signature] |
| Place of Birth | **Kuwait** | [Round stamp in Arabic] |
| Gender | **Male**     Religion     **Muslim** | Competent authority |
| Issued in | **Nablus**          on date | **August 12, 2000** |

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 1175702 9 |
| Last name | | Ramadan |
| First name | | Muhammad |
| Address | | 0    0 |
| | Tal | |
| | City | |
| Marital Status    Single | | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

02:009067

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Education**
**Directorate of Education- Nablus**
**Tell Secondary School for Girls**
**Tel:** 2346160



Sa'id Ramadan [handwritten]

Sa'id 19 [handwritten]

**National No.:** 12112127

**No.:** 1285
**Date:** February 2, 2002

## To Whom It May Concern

The management of Tell Secondary School for Girls confirms that student Ilham Ibrahim Sa'id Ramadan is a student at the school for the current school year 2001/2002.

This certificate was provided to the abovementioned upon her request.

Name of the School Director: Rahabal-Sadar
Signature of the School Director:
[Signature]



**CONFIDENTIAL**

02:009068

Sa'id 20 [handwritten]
**Palestinian National Authority**
**National Security**
**Organization and Administration Institution**
**Individual Affairs**

Nablus/ Tell[handwritten]
**No.:** 13/3716
**Date:** April 28, 2002

## Administrative Order

Sergeant Sa'id Ibrahim Sa'id Ramadan, from the Maritime police/ Northern Governorates is hereby approved as a martyr by the Palestinian National Authority as of January 23, 2002, by rank and salary as he was martyred while performing his national duty.

- The salary of the above-mentioned will continue to be disbursed by General Headquarters/ Northern Governorates /Martyrs' roster for the benefit of his family until a determination is made after reviewing the retirement law.

**Copies to:**

- Financial Administration
- Maritime Police
- General Headquarters/ Northern Governorates
- Social Affairs
- Medical services
- Supply and Equipment
- Personal Affairs
- Compiler
-
-Computer

Organization and Administration Institution
[Signature]
April, 28

> SEAL OF THE
> Palestinian National Authority
> Organization and Administration
> Institution

Nablus[handwritten]

**CONFIDENTIAL**

02:009069

PALESTINIAN AUTHORITY

**IDENTITY DOCUMENT**

Identity No.          4 1155563 4

| | | |
|---|---|---|
| First Name | **Ibrahim** | |
| Father's Name | **Said** | |
| Grandfather's Name | **Ibrahim** | |
| Last Name | **Ramadan** | |
| Mother's Name | **Amna** | [Photograph] |
| Date of Birth | ████**1948** | [Signature] |
| Place of Birth | **Tal** | [Round stamp in Arabic] |
| Gender | **Male**          Religion     **Muslim** | Competent authority |
| Issued in | **Nablus**          on date | [illegible] |

| Palestinian Authority  Annex to Identity Document | Children (up to age 16) | Children (up to age 16) |
|---|---|---|
| Ministry of the Interior<br>          Identity No.     4 1155563 4<br>Last Name     Ramadan<br>First Name     Ibrahim | Name    Dalal<br>Gender  Female<br>          Identity No.   8 5320362 8<br>Date of Birth  ████1980 | Name<br>Gender<br>          Identity No.<br>Date of Birth |
| Address<br>          Tal<br>          City<br>Marital status Married Spouse's Identity No. 9 8539013 7<br>Spouse's Name Ghaziya<br>Spouse's Identity No.<br>Spouse's Name<br>Previous Last Name within last 7 years<br>Previous first Name within last 7 years | Name    Jamila<br>Gender  Female<br>          Identity No.   9 1175701 1<br>Date of Birth  ████1982 | Name<br>Gender<br>          Identity No.<br>Date of Birth |
| | Name    Muhammad<br>Gender   Male<br>          Identity No.   9 1175702 9<br>Date of Birth  ████1984 | Name<br>Gender<br>          Identity No.<br>Date of Birth |
| | Name    Ilham<br>Gender  Female<br>          Identity No.   9 4860943 3<br>Date of Birth  ████1987 | Document Holder's Signature |

**CONFIDENTIAL**                          02:009070

[illegible lines]

[illegible]                    9 8539013 7

[illegible]            **Ghaziya**
[illegible]`           [illegible]
[illegible]            **Ibrahim**
[illegible]            **Ramadan**
[illegible]            **Safiya**                          [Photograph]
[illegible]            ██████ **1946**          [Stamp] Israeli Defense Forces
[illegible]            **Tal**                             [Signature]
                                                [Stamp] Avinoam Yehezkeli
[illegible]            **Female**    [illegible]    **Muslim**    Office Manager
Issued in              **Nablus**          on date        **June 15, 1987**

| [illegible] | Annex to Identity Document | Children (up to age 16) | [illegible] |
|---|---|---|---|
| | | | *Ilham* |
| | Identity No.    9 8539013 7 | Name   Amal | *Female 948609433* |
| [illegible] | Ramadan | Gender Female    Identity No.    9 | ██████ *1987* |
| [illegible] | Ghaziya | 0456479 6 | |
| | | Date of Birth ██████ 1977 | *Dalal* |
| [illegible] | Tal | Name   Said | *Female 853203628* |
| | | Gender Male    Identity No.    9 | ██████ *1980* |
| | | 0456480 4 | |
| [illegible] | Married | Date of Birth ████████ 1978 | [Stamp] Population |
| [illegible] | Ibrahim | Name   Jamila | Administration |
| | | Gender Female    Identity No.    9 | Office |
| | | 1175701 1 | Nablus 7 |
| | | Date of Birth ██████ 1982 | |
| | | Name   Muhammad | |
| | | Gender Male    Identity No.    9 | |
| | | 1175702 9 | |
| | | Date of Birth ██████ 1984 | |

**CONFIDENTIAL**                              02:009071

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

Sa'id 22[handwritten]

**Date:** May 21, 2002
**No.:** 660/
**Issued:**

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on ▌▌▌▌▌ <u>1978</u>, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002,</u> in Jerusalem.

This certificate is given to <u>Ibrahim Sa'id Ibrahim Ramadan</u> in his capacity as the <u>father</u> upon his request.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care<br>Establishment<br><br>Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**

02:009072

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**                    Sa'id 25[handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** August 13, 2002
**No.:** 660/ 013168
**Issued:**

### To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on ███████ 1978, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002</u>, in <u>Jerusalem</u>.

This certificate is given to <u>Jamila Ibrahim Sa'id Ramadan</u> in her capacity as the <u>sister</u> upon her request.

> SEAL OF THE
> Martyrs' Families & Injured Care
> Establishment
>
> Office of Nablus

Signature of the Director of the Establishment

[Signature]

---

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                                              02:009073

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**                    Sa'id 26[handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:**August 17, 2002
**No.:** 660/ Aqsa Martyr - 13168
**Issued:** Nablus

### To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on ███████ 1978, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002,</u> in Jerusalem.

This certificate is given to <u>Mohamed Ibrahim Sa'id Ramadan</u> in his capacity as the <u>martyr's brother</u> upon his request.

| |
|---|
| SEAL OF THE |
| Martyrs' Families & Injured Care |
| Establishment |
| Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                                                02:009074

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

Sa'id 27 [handwritten]

**Date:** January 30, 2003
**No.:** 660/ Aqsa Martyr
**Issued:**

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist Sa'id Ibrahim Sa'id Ramadan, born on ████████ 1978, in Kuwait, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on January 22, 2002, in Jerusalem.

This certificate is given to Ibrahim Sa'id Ibrahim Ramadan in his capacity as the father upon his request.

> SEAL OF THE
> Martyrs' Families & Injured Care
> Establishment
>
> Office of Nablus

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**

02:009075

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA     **IDENTITY DOCUMENT**

Identity No.          [illegible]

| | | |
|---|---|---|
| First Name | **Said** | |
| Father's Name | **Ibrahim** | |
| Grandfather's Name | **Said** | |
| Last Name | **Ramadan** | |
| Mother's Name | [illegible] | [Photograph] |
| Date of Birth | ██████ | [Stamp] Israeli Defense Forces |
| Place of Birth | [illegible] | [Signature] |
| Gender | **Male** | Religion **Muslim** [Stamp] Marie Gawai |
| Issued in | **Nablus** | on date **February 2, 1995** |

Civil Administration in Judea and Samaria Area  Annex to Identity Document

|  |  |
|---|---|
| | Identity No.        9 0456480 4 |
| Last Name | Ramadan |
| First Name | Said |

Address
                    Tal
                    City
Marital status    Single              Spouse's Identity No.
Spouse's Name
Spouse's Identity No.
Spouse's Name
Previous Last Name
Previous First Name

**CONFIDENTIAL**                                    02:009076

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



Sa'id 29[handwritten]

**Date:** February 5, 2002
**No.:**
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist Sa'id Ibrahim Sa'id Ramadan, born on ██████ 1978, in Kuwait, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on January 22, 2002, in Jerusalem.

This certificate is given to Jamila Ibrahim Sa'id Ramadan in her capacity as the sister upon her request.

> SEAL OF THE
> Martyrs' Families & Injured Care
> Establishment
>
> Office of Nablus

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                    02:009077

*In the Name of God, Most Gracious, Most Merciful*



**State of Palestine**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

Sa'id 30[handwritten]

**Date:** August 9, 2006
**No.:** 13168/660/...
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on ███████ 1978, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002</u>, in West Jerusalem- Haifa Street

This certificate is given to <u>Azya Ali Ibrahim Ramadan</u> in her capacity as his <u>mother</u> and upon her request.

> SEAL of the
> Martyrs' Families & Injured Care
> Establishment
>
> Office of Nablus

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

Gaza- Tel/Fax: 08-2824727

**CONFIDENTIAL**

02:009078

Sa'id 31[handwritten]

**Name:** Azya Ali Ramadan

**AccountNo.:** ████

**Branch:** Nablus

Sa'id Ramadan[handwritten]

**CONFIDENTIAL**                                     02:009079

Sa'id Ramadan[handwritten]

Sa'id32[handwritten]

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of Health**
**Request to Register for Health Insurance**

| Identity No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | 8 | 5 | 3 | 9 | 0 | 1 | 3 | 7 |

Card No.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

Details about the Insured

| First Name | Father's Name | Grandfather's Name | | Family Name |
|---|---|---|---|---|
| Azya | Ali | Ibrahim | | Ramadan |

| Country | Address | | Country Code | Regional Code |
|---|---|---|---|---|
| Tell | Tell | | [illegible] | [illegible] |

| Clinic | Clinic Code | Insurance Start Date | Insurance Type | Case of [illegible] | Date of Birth | Number of Dependants | [Seal] [illegible] |
|---|---|---|---|---|---|---|---|
| Tell | 310 | March 23, 2009 | 22 | 9 | 1946 | 02 | **Signature of the Employee** [Signature] |

Date: March 23, 2009          Signature of the Insured  _____

<u>Details about Dependants of the insured</u>

| Series | Name | Relationship | Identity No. | Date of Birth | Notes |
|---|---|---|---|---|---|
| 1 | Mohamed | Son | 911757039 | 1984 | Effective until the end of 2001 |
| 2 | Ilham | Daughter | 948604432 | 1987 | [illegible] |
| 3 | | | | | April 1, 2009 |
| 4 | | | | | [illegible stamp] |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 0 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

**CONFIDENTIAL**                    02:009080

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | |
| Plaintiffs, | No. 04 Civ. 00397 (GBD) (RLE) |
| vs. | |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | |
| Defendants. | |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009050-9080.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009050-9080.

Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914



**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.



السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : شهيد انتفاضة / عسكري

الطفل مستمر

٢١

الاسم : سمير ابراهيم سعيد رمانه

الرقم المحلي : ٢١          الرقم المركزي :

المحافظة : نابلس

التاريخ : ٢٤ / ١١ /

سمير ع

أولاً : معلومات ذاتية :

الرقم المحلي : _____ الرقم المركزي : _____

اسم الحالة : سمير ابراهيم سعيد رضوان     الاسم الحركي : _____

الجنسية : فلسطيني     رقم الهوية : ٩٢٢١٢٤٠٩٠٣

اسم المستفيد رباعي : ابراهيم سعيد ابراهيم رضوان     رقم الهوية : ٩٢٣٤٣٥٦٠٠٤٤

اسم الأم الكامل : عزت علي ابراهيم رضوان     رقم هوية الأم : ٩٢٢١٠٢٣٢٩٩٥٨٠

تاريخ ومكان الميلاد : ▮▮▮▮▮ ١٩٧٨     البلد الأصلي : اللد

الديانة : مسلم     الجنس : ذكر     الحالة الاجتماعية : اعزب

العمل السابق : شرطة الجوية     العمل الحالي : _____

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : _____

المؤهل العلمي : ثانوي عامة

ثانياً : معلومات ادارية :

الرتبة العسكرية : _____     الرتبة التنظيمية : _____

كتاب اعتماد الرتبة : _____ رقم : _____ تاريخ : _____

المخصص الشهري اسبق : _____     رقم المذكرة : _____

التنظيم التابع له : فتح     القطاع : _____

تاريخ الالتحاق بالثورة : _____ تنظيما : _____ عسكريا : _____ تفرغا : _____

الدورات التي اجتازها : _____

تاريخ ومكان الحادث : ٢٠٠٤/١١/٢٢ المدرسة اليهودية شارع ميا

كيفية حدوث الحادث : استشهد اثناء قيامه بتنفيذ عملية استشهادية في احدى المدارس العبرية
بالقدس حيث انفجر الحزام الناسف مما ادى الى استشهاده رحمه الله

موجز سيرته الذاتية :

السمير سمير ابراهيم لكبرى عام ١٩٧٨ بمدينة اللد الكويتي من اسرة لبنانية حيث كانت اسرته تقيم صلاة
...

سكن الأسرة : ملك : _____ ايجار : _____ مشترك : _____

الإيجار الشهري : _____

العنوان الكامل : نابلس رفيديا شارع عبد عبدالله

أقرب تلفون : ٠٩/٢٨٢٥٠ / ٠٩/١٨٤٦٧٦١١ / ٠٥٩٩٤٤٦

CONFIDENTIAL

02:009051

سعيد ٢

المبني : سعيد ابراهيم سعيد رشاد

ثالثاً : الجدول الأسري :   * متزوج : أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الإجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالمبنية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| بغداد | متزوج | ربة اسرة | ابتدائية | ١٩٥٦ | والده | ابراهيم سعيد ابراهيم رشاد | ١ |
| بغداد | متزوجة | ربة بيت | ابتدائية | ١٩٥٩ | والدته | عزة علي ابراهيم رشاد | ٢ |
| تلفيديك | متزوج | ربة بيت | الثانوية شهادة | ١٩٦٧ | شقيقه | ادل | ٣ |
| مصر | متزوج | ربة بيت | ثانوية عامة | ١٩٨٠ | شقيقة | دليل | ٤ |
| بغداد | متزوجة | طالبة جامعي | جامعة القاهرة | ١٩٨٢ | شقيقة | عبير | ٥ |
| بغداد | متزوج | طالب جامعي | جامعة | ١٩٨٤ | شقيق | محمد | ٦ |
| بغداد | متزوج | طالب | ناجح | ١٩٨٧ | شقيقة | الحرام | ٧ |
|  |  |  |  |  |  |  | ٨ |
|  |  |  |  |  |  |  | ٩ |
|  |  |  |  |  |  |  | ١٠ |
|  |  |  |  |  |  |  | ١١ |
|  |  |  |  |  |  |  | ١٢ |
|  |  |  |  |  |  |  | ١٣ |
|  |  |  |  |  |  |  | ١٤ |
|  |  |  |  |  |  |  | ١٥ |
|  |  |  |  |  |  |  | ١٦ |
|  |  |  |  |  |  |  | ١٧ |
|  |  |  |  |  |  |  | ١٨ |
|  |  |  |  |  |  |  | ١٩ |
|  |  |  |  |  |  |  | ٢٠ |
|  |  |  |  |  |  |  | ٢١ |

عدد المعالين :

– المتزوج : الزوجات والابناء القصر :

– الاعزب : الوالدين والاخوة القصر :

ملاحظات على الجدول الاسري :

_____

02:009052

توصية القسم :    الشهيد : سعيد ابراهيم سعيد رمضان "    سعيد ٤ ع

- الشهيد عضو بسرية الريف في العام ١٩٧٨ م الرب في ترقية في ليبشنتش استشهاد طرب
- استشهد بتاريخ ٢٠٠٠/١١/١٤ اثر ئيابه ىىىى على استشهادي ليس الرب
- السير حكمت على تسرين برد شش الي
- اوصي باعتماد شهرا س شراء الرفض

التاريخ : ١٤/١١/١٥ م    التوقيع : ١٠

قرار مدير المؤسسة : ( نابس )

- لترقية الشهيد استشهادات ديات يعلم تشريك
في القدس
- ليش شهادة شهادة الرحمن اليش حرب

التاريخ : ١٦٩/١٠٠٠٠    التوقيع : كل سبع

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ......................................

المجموع بالدينار : ......................................

المجموع بالشيكل : ......................................

اعتماد المدير العام :

ملاحظات التدقيق :    التوقيع    التاريخ

ملاحظات الحاسب الآلي :    التوقيع    التاريخ

**CONFIDENTIAL**

02:009053

**توصية القسم :** سعيد ابراهيم سعيد/ نابلس سيد/انا بس _(handwritten)_

سعيد ه

التاريخ : ............ التوقيع : ............

**قرار مدير المؤسسة : (** )

التاريخ : ............ التوقيع : ............

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ............

المجموع بالدينار : ............

المجموع بالشيكل : ............

**اعتماد المدير العام :**

_(handwritten Arabic text)_

**ملاحظات التدقيق :**

التاريخ ٢٠/ / التوقيع

**ملاحظات الحاسب الآلي :**

التوقيع          التاريخ

CONFIDENTIAL

02:009054

سعيد ٦

بســم الله الرحمن الرحيم

PALESTINIAN LIBERATION ORGANIZATION

M's F. & I.C.E.



منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة: سعيد ابراهيم سعيد رمضان      نوعها:      شهيد عسكري

الرقم المركزي: ١٦٨ ١٢      المخصص: ٥٠ / $ / أعزب      ٥٠قليل

الاجراء المطلوب والاسباب: ** نقل مخصص الشهيد من المالية العسكرية الى اسر الشهداء والجرحى .

الشهيد اعزب ، ويحمل رتبة رقيب ، المستفيد ( عزية علي ابراهيم رمضان / هوية رقم /٩٨٥٣٩٠١٣٧)

رقم حساب ▇▇▇▇▇▇

ينقل مخصص الشهيد الى مؤسسة رعاية اسر الشهداء والجرحى اعتبارا من ٢٠٠٩/٧/١ بناء على قرار سيادة الرئيس

الوثائق المرفقة:

اسم وتوقيع رئيس القسم: ▇▇▇▇▇▇▇      ٠٩/٧/١١

رأي المدير:

**** تعتمد التوصية وينقل مخصص الشهيد الى مؤسسة رعاية اسر الشهداء والجرحى بناء على قرار سيادة الرئيس

اعتبارا من ٢٠٠٩/٧/١ .

التاريخ: ٢٠٠٩/٧/٦      توقيع مدير المؤسسة: ▇▇▇▇▇▇

اجراء المدير العام: ▇▇▇▇▇▇ ٠٩/٧/١

التاريخ: ٠٩/٧/٦      التوقيع: ▇▇▇▇▇▇

الاجراء المركزي:      اسم وتوقيع المنفذ:

اجراء التدقيق:      الاسم والتوقيع:

Nablus - Tel/Fax   : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس - تلفاكس : ٢٣٨٥٥٥٠ - ٠٩
رام الله- تلفاكس : ٢٩٨٦٢٦٨ - ٠٢

**CONFIDENTIAL**

02:009055

بـــــــم اللــــه الرحمـــــن الرحيـــــم



PALESTINIAN LIBERATION ORGANIZATION          منظمــة التحريـــر الفلسطينيــــة

M᾽s F. & I. C. E.                                                   مؤسسة رعاية أسر الشهداء و الجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة:  سعيد ابراهيم سعيد رمضان          نوعها:          شــــــهيد اقصى

الرقم المركزي:  ٦٦٠ / ٠١٣١٦٨          المخصص:          عســـكري

الاجراء المطلوب والاسباب: ** الشهيد اعزب ، تصرف مخصصاته من بنك التنمية الاسلامي لصالح والده ، والدته على قيد الحياة ، والد الشهيد توفي بتاريخ ٢٠٠٦/٥/٥ ، ** اوصي بتحويل الصرف لوالدة الشهيد " عزية علي ابراهيم رمضان " رقم حسابها في ⬛⬛⬛⬛ هو ( ⬛⬛⬛⬛⬛⬛ )

الوثائق المرفقه:     صورة عن شهادة الوفاه لوالد الشهيد + صورة عن هوية المستفيد + رقم حسابها

اسم وتوقيع رئيس القسم:

رأي المدير :

*** يحول الصرف باسم والدة الشهيد حيث ان والد الشهيد توفي " رحمة الله " ، ويخاطب بنك التنمية بذلك

التاريخ:                          توقيع مدير المؤسسة:

اجراء المدير العام :

التاريخ: ١٦/٨/١          التوقيع:

الاجراء المركزي:          اسم وتوقيع المنفذ:

اجراء التدقيق :          الاسم و التوقيع:

**CONFIDENTIAL**

02:009056



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينـــة
وزارة الداخليـــة
مديرية الأحوال المدنية

شـــهادة وفـــاة
**Death Certificate**

| | | | |
|---|---|---|---|
| | | 4  1155563  4 | رقم الهوية<br>Id No. |
| سعيد | إسم الأب<br>Father's name | ابراهيم | إسم المتوفى<br>Name |
| رمضان | بسم العائلة<br>Family name | ابراهيم | إسم الجد<br>G.F.'s name |
| مسلم | الديانة<br>Religion | ذكر | الجنس<br>Sex |
| الخامس من شهر ايار لعـام ألفين و ستة | | 2006/05/05 | تاريخ الوفاة<br>D. of death |
| -- | المستشفى<br>Hospital | نابلس | مكان الوفاة<br>P. of death |
| فلسطيني | الجنسية<br>Nationality | 1948/01/25 | تاريخ الميلاد<br>D. of birth |
| امنه | إسم الأم<br>M.'s name | متزوج | الحالة المدنية<br>M. status |
| | | 0 - 0 - تل | العنوان<br>Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفاة لسنة    2006

The details about the above mentioned death have already been registered in the death file of year    20

من قبل مديرية الأحوال المدنية المعتمدة بـ    نابلس    بتاريخ    2006/05/29

by Department of Civil Affairs in    **Nablus**    On    29/05/2006

توقيع
الموظف المختص
**Employee Signature**



**CONFIDENTIAL**

02:009058



Cairo Amman Bank

اسم العميل ،، ........................... Customer's Name:

رقم العميل ................... Customer's Number:

فرع ............... Branch...............

رقم الهاتف ............... Tel ٨٨٤٦٨ رقم الفاكس ............... Fax...............



CONFIDENTIAL

02:009060

Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية



سـهـادة وفـاة

## Death Certificate

| | | |
|---|---|---|
| 9  0456480  4 | رقم الهوية | Id No. |
| ابراهيم | إسم الأب — Father's name | سعيد | إسم المتوفى — Name |
| رمضان | إسم العائلة — Family name | سعيد | إسم الجد — G.F.'s name |
| مسلم | الديانة — Religion | ذكر | الجنس — Sex |
| الثاني و العشرون من شهر كانون الثاني لعام ألفين و إثنين   2002/01/22 | تاريخ الوفاة — D. of death |
| -- | المستشفى — Hospital | القدس | مكان الوفاة — P. of death |
| فلسطيني | الجنسية — Nationality | 1978/▮ | تاريخ الميلاد — D. of birth |
| عزيه | إسم الأم — M.'s name | أعزب | الحالة المدنية — M. status |
| 0 - 0 -     تل | العنوان — Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفاة لسنة   2002

The details about the above mentioned death have already been registered in the death file of year     2002

من قبل مديرية الأحوال المدنية بـ   نابلس   بتاريخ   2002/01/31

by Department of Civil Affairs in     Nablus     On     31/01/2002



توقيع
الموظف المختص



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

02:009063



السلطة الفلسطينية    بطاقة هوية
הרשות הפלסטינית    תעודת זהות
9 1175701 1

ג'מילה    جميلة
אבראהים    إبراهيم
סעיד    سعيد
רמדאן    رمضان
עזיה    عزية
/1982
כווית    الكويت
מוסלמי    نقبت    مسلم
05/07/1999

السلطة الفلسطينية    ملحق لبطاقة الهوية
הרשות הפלסטינית    סמך לתעודת זהות
9 1175701 1

רמדאן    رمضان
ג'מילה    جميلة
0 0
תל
תל
רוקה    السنة

**An-Najah National Community College**

Dean's Office



بسم الله الرحمن الرحيم

كلية مجتمع
النجـــاح الوطنيـــة
كليـــة مجتمـع متوسطة
مكتب عميد الكلية

الرقم: ك.م.ج/ش.ط

التاريخ : ٢٠٠٢/٢/٤

تحية طيبة وبعد،

<u>إلى من يهمه الأمر</u>

تشـــهد إدارة كليـــة مجتمــــع النجــــاح الوطنيـــة أن الطالبـــة
(جميلــة ابراهيـم سعيد رمضـان) هــي احـدى طالبـات الكليـة فـي برنـامـج
(الإعمـال الإداريـة والماليـة) تخصـص (المحاسـبة ) فـي الفصـل الدراسـي
الثـاني مـن العـام الدراسـي ٢٠٠٢/٢٠٠١.

وبناء على طلبه أعطي هذه الشهادة

عميد الكليـــة

د. غسان الحكو

**CONFIDENTIAL**

02:009065

بسم الله الرحمن الرحيم

| | | |
|---|---|---|
| Palestinian National Authority<br>Ministry of Education<br>Directorate of Education - Nablus<br>Tell Secondary School For Boys | | السلطة الوطنية الفلسطينية<br>وزارة التربية والتعليم<br>مديرية التربية والتعليم نابلس<br>مدرسة تل الثانوية للبنين<br>الرقم الوطني : ٠٠٠٠٠ |
| | إشارة الوحدة<br>12054 | |

الرقم : .....................

التاريخ : ٠١ / ١ / ١ ٢٠٠١ م

إلى : إدارة .....١١٢٥

الى من يهمه الامر

تشهد إدارة هذه المدرسة بأن ( محمد إبراهيم سعيد رمضان )
هو أحد طلاب هذه المدرسة للعام الدراسي لعام ٢٠٠١/٢٠٠٠ وهو ناجح والمقدم هذه الشهادة
بناء على طلبه اعطيت له هذه الشهادة .

أسم مدير المدرسة . لطفي حسن
توقيعه :



**CONFIDENTIAL**

02:009067

بسم الله الرحمن الرحيم



Palestinian National Authority
Ministry of Education
*Directorate of Education – Nablus*
Till Secondary School for Girls
Tel: 2346160

الرقم الوطني
12112127

السلطة الوطنية الفلسطينية

مديرية التربية والتعليم / نابلس

مدرسة بنات تل الثانوية
هاتف: 2346160

الرقم  12 8 5
التاريخ  2 2 2002

<u>الى من يهمه الامر</u>

تشهد دائرة مدرسة بنات تل الثانوية ان الطالبة (احلام ابراهيم سعيد رمضان )
هي  حدى طالبات هذه المدرسة للعام الدراسي الحالي (2002/2001)
وبناء على طلبها اعطيت هذه الشهادة .



مديرة المدرسة
رحاب الصدر

س . غ

CONFIDENTIAL

02:009068

01-MAY-2002 WED 00:14        E                    0000000000000        P. 14



السلطة الوطنـــــية الفلسطينية

الأمـــن العـــام

هيئة التنظـــــيم والادارة

شؤون الافراد

الرقــم : ١٣/٣٧١٦

التاريخ : ٢٠٠٢/٤/٢٨

**امـــر إداري**

يعتمد الرقيـب / سعيد إبراهيم سعيد رمضان ، من مرتب الشرطة البحرية / محافظات الشمال شهيدا" مـــن شهداء السلطة الوطنية الفلسطينية  واعتبارا" من ٢٠٠٢/١/٢٣ بالرتبة والراتب وذلك لاستشهاده اثنــاء تأديه واجبه الوطني ٠٠

– يستمر صرف راتب المذكور على مرتب المقر العام / محافظات الشمال / كشف الشهداء لصـــالح اسرتـه ولحين البث بقانون التقاعد ٠٠٠

/ التنظــــيم والإدارة

نسخـــــة الــــــى :

– الادارة المالية

– الشرطة البحرية

– المقر العام / محافظات الشمال

– الشؤون الاجتماعية

– الخدمات الطبية

– الأطعمة والتجهيز

– التغذية

– المستوى

– الكمبيوتر

CONFIDENTIAL

02:009069

بطاقة هوية
תעודת זהות

السلطة الفلسطينية
הרשות הפלסטינית

4 1155563

1948

ملحق لبطاقة الهوية
מספר תעודת זהות

4 1155563

0 8539013 7

1980
1982

1985
1987

8 1283762 2
0 1147281 1
0 11/8/702 0

**CONFIDENTIAL**

02:009070



CONFIDENTIAL

02:009071

بسم الله الرحمن الرحيم

Palestinian National Authority
السلطة الوطنية الفلسطينية

Ministry of Social Affairs
وزارة الشؤون الاجتماعية

M's F. & i.C.E.
مؤسسة رعاية أسر الشهداء والجرحى

التاريخ : ............    Date : ............

الرقم : ............

صادر : ............

الى : ...........................

تحية الوطن والحرية ،

تشهد بمؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

سعيد ابراهيم سعيد سفيان

المولود في : ١٩٧٨ ▮▮▮▮ ..... كوب

هو احد شهداء انتفاضة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ........ ٢٥ / ١ / ٢٠٠٣ ......

وأعطى هذه الشهادة بناء على طلب : سعيد ابراهيم سعيد سفيان

بصفته : والده

Ramallah - Tel/Fax : 02-2986268     رام الله - تلفاكس : ٠٢-٢٩٨٦٢٦٨

**CONFIDENTIAL**

02:009072

سمير الخم

بسم الله الرحمن الرحيم

**Palestinian National Authority**   السلطة الوطنية الفلسطينية
**Ministry of Social Affairs**   وزارة الشؤون الاجتماعية
M's F. & I.C.E.   مؤسسة رعاية أسر الشهداء والجرحى

Date ........   التاريخ : ........
الرقم : ........
صادر : ........

الى : ـــــــــــــ سمير الخم ـــــــــــــ

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

ــــــــــ سعيد ابراهيم سعيد رضان ـــــــــ

المولود في : ـــــــ ١٩٦٨ ــــ القدس ـــــــ ████

هو احد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ ٠٠ / ١ / ٢٠٠ في ــــ القدس الغربية ـــــــ

ي ـــــ هذه الشهادة بناء على طلب : حليمة ابراهيم سعيد رضان

بصفته / بصفتها : ـــــــ زوجته ـــــــ

Ramallah - Tel/ Fax : 02-2986268    رام الله - تلفاكس : ٢-٢٩٨٦٢٦٨ .

**CONFIDENTIAL**

02:009073

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية  Palestinian National Authority
وزارة الشؤون الاجتماعية  Ministry of Social Affairs
مؤسسة رعاية أسر الشهداء والجرحى  M's F. & I.C.E

التاريخ :    /  /
Date ......................................

الرقم :

صادر :

الى : ــــــــــــــــــــــــــــــــــــــــــــــ

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ

المولود في : ███████  ١٩٨٨

هو أحد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ   /  /

وأعطي هذه الشهادة بناء على طلب :

ـ ـ ـ ـ ـ ـ ـ ة / بصفته :

Ramallah - Tel/ Fax : 02-2986268

**CONFIDENTIAL**

02:009074

سعيد ٧٧

بسم الله الرحمن الرحيم

Palestinian National Authority

Ministry of Social Affairs

M's F. & I.C.E.



السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية اسر الشهداء والجرحى

التاريخ : ........................

Date....................

الرقم : ........................

صادر : ........................

الى : ........................

تحية الوطن والحرية ،

تشيد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

سعيد ابراهيم سعيد رمضان

المولود في : ١٩٧٨ ████ الكويت

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٠٠٦/١/٢٢ في القدس

وأعطى هذه الشهادة بناء على طلب : ابراهيم سعيد ابراهيم رمضان

بصفته / بصفتها : والده

Ramallah - Tel/ Fax : 02-2936268

رام الله ـ تلفاكس : ٢١٨١٢٢٨-٠٢

CONFIDENTIAL

02:009075



CONFIDENTIAL

02:009076

٢٩ رقم

بسم الله الرحمن الرحيم

Palestinian National Authority

Ministry of Social Affairs

M's F. & I.C.E.

السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

Date.................

التاريخ : ٩٩/١٢/٢٥

الرقم : ...................

صدر : بابك

الى : سربيت الاسر

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

سعيد ابراهيم سعيد رمضان

المولود في : ١٩٦٨ ‏███████ الكرسك

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٢ / ١ / ١٩٩٢ المدرس

وأعطي هذه الشهادة بناء على طلب : حاجب ابراهيم سعيد رمضان

بصفته / بصفتها : اخيه

Ramallah - Tel/ Fax : 02-2986268

رام الله - تلفكس : ٠٢-٢٩٨١٢١٨

**CONFIDENTIAL**

02:009077

بسم الله الرحمن الرحيم

**State of Palestine**

Ministry of Social Affairs

**M's F.& I.C.E.**



دولة فلسطين

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

التاريخ: ١٨/٨/١٦ سبت

الرقم: ٢٩١٦ م ٧٢٦٠ ـ جلح

صادر: ..........................

إلى: ـــــ من يلزمه الأمر ـــــ

تحية الوطن والحرية،

**تشهد مؤسسة رعاية أسر الشهداء والجرحى أن الشهيد**

سعيد ابراهيم سعيد رمضان

المولود في : الكويت ١٩٦٨ ▮▮▮▮

هو أحد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ: ٢٠٠٤/١/٢٩   في : الشرق الغربي ـ شارع حيفا

وأعطي هذه الشهادة بناءً على طلب : عزيت علي ابراهيم رمضان

بصفته / بصفتها : والدته



**CONFIDENTIAL**

02:009078

Ramallah - Tel/Fax:02-2986268

رام الله ـ تلفاكس:٢٩٨٦٢٦٨-٠٢

Gaza - Tel/Fax:08-2824727

غزة ـ تلفاكس:٢٨٢٤٧٢٧-٠٨



الاســـم: ▓▓▓▓

رقم الحساب: ▓▓▓▓

الفـــرع: نا سب

CONFIDENTIAL

02:009079

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

وزارة الصحة - نابلس

طلب تسجيل للتأمين الصحي

رقم الهوية

| ٩ | ٨ | ٥ | ٦ | ١ | ٣ | ٧ |

رقم البطاقة

| | | | | | |

## تفاصيل عن صاحب التأمين

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول |
|---|---|---|---|
| رمضان | ابراهيم | علي | عزيه |

| علامة المنطقة | علامة البلد | المهنة وان | الجنس |
|---|---|---|---|
| | | | |

| عدد الدراسين | تاريخ الميلاد | الحالة الاجتماعية | نوع التأمين | تاريخ وادارة التأمين | رمز العيادة | المرتادة |
|---|---|---|---|---|---|---|
| ٢ | ٢ ١ ٤ | ٩ | ٢ ٣ | ٢ ٩ ٦ ٣ | ٣ ١ ٠ | |

التاريخ ٢٠٠٦ / ٣ / ٢٣

توقيع المسؤول          توقيع الرئيس

## تفاصيل عن المرافقين لصاحب التأمين

| ملاحظات | تاريخ الميلاد | رقم الهوية | القرابة | الاسم | م |
|---|---|---|---|---|---|
| سيدة إبراهيم لم يحضر | ١٩٨ ١ | ٣ ١ ٤ ٥ ٩ ١ ٦ | ابن | محمد | ١ |
| عام دراسي | ١٩٨٧ | ٣ ١ ٤ ٨ ٤ ١ | ابنه | الهام | ٢ |
| | | | | | ٣ |
| | | | | | ٤ |
| | | | | | ٥ |
| | | | | | ٦ |
| | | | | | ٧ |
| | | | | | ٨ |
| | | | | | ٩ |
| | | | | | ١٠ |
| | | | | | ١١ |
| | | | | | ١٢ |

CONFIDENTIAL                    02:009080