# EXHIBIT H.25

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER