# EXHIBIT H.26

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER