# EXHIBIT H.27

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER