# EXHIBIT H.28

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER