# EXHIBIT H.29

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER