# EXHIBIT H.30

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER