# EXHIBIT H.31

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER