# EXHIBIT H.32

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER