# EXHIBIT H.33

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER