# EXHIBIT H.34

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER