# EXHIBIT H.35

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER