# EXHIBIT H.36

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER