# EXHIBIT H.37

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER