# EXHIBIT H.38

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER