# EXHIBIT H.39

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER