# EXHIBIT H.40

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER