# EXHIBIT H.41

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER