# EXHIBIT H.42

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER