# EXHIBIT H.43

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER