# EXHIBIT H.44

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER