# EXHIBIT H.45

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER