# EXHIBIT H.46

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER