

# CONFIDENTIAL

| General Intelligence | In the name of Allah, the Compassionate and Merciful | |
|---|---|---|
| Northern Governorates | **Palestinian National Authority** |  |

## Personal Information

| Name | Abdul Rahman Yousef Abdel Rahman Maqdad | | | | |
|---|---|---|---|---|---|
| Personal No. | 182696 | Identity No.: | 410036625 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Luqiya | Religion: | Muslim |
| Marital Status: | Married+1 | Place and Date of Birth: | ▬/1976 Egypt | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under Arrest |
| Governorate: | Bethlehem | Area: | Al-Doha | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem Governor's guard / First Sergeant | Place of Work: | |

## Arrest

| Arresting Authority: | The Occupation forces | Type of Arrest: | Unknown |
|---|---|---|---|
| Place of Arrest: | Al-Maskubiya | Main Charge: | |
| Date of Arrest: | 06/03/2004 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |

02:009866 T

| Comments: | 1- Shooting at Gilo (confessed); 2- Shooting at a military Jeep in the area of Al-Sadr in Beit Jalla (confessed); 3- A shooting attempt in Al-Khader (confessed); 4- Claiming full and complete responsibility for planning, preparing and executing acts of martyrdom, which were carried out in Jerusalem by the martyr Ali Ja'ara from the Aida Refugee Camp on 1/29/2004 with 12 kg of explosives, and by the martyr Mohamed Zaul from Husan on 2/22/2004 with 10 kg of explosives (confessed); 5- Planning to kidnap two Israeli buses of the Egged bus company with Ali Abu Haliel and Izz A-Din al-Hamamra, and to have *istishhadiyin* [two people who perpetrate acts of martyrdom] take them to the Church of Nativity in order to launch a Palestinian prisoners' exchange deal with Israel (confessed). |

### Educational Level

| Status  | Educational Institution | Address | Specialty | Educational Level |
|---------|-------------------------|---------|-----------|-------------------|
| Unknown |                         |         |           | Seconday School   |
| Unknown |                         |         |           | High-School       |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1 | 08/12/2012 |

## Confidential



| General Intelligence Northern Governorates | In the name of Allah, the Compassionate and Merciful **Palestinian National Authority** | | |
|---|---|---|---|
| Personal Reports | | | |
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 06/12/2004 | | |
| Text of Report: | In a report issued by Attorney Fahmi al-Awiwi on 3/30/2004 regarding his visit to the Al-Maskubiya Detention Camp [in Western Jerusalem] and his meeting with the aforementioned prisoner, he indicated that the aforementioned is originally from Gaza and lived in Bethlehem in the area of Al-Duha. He is married and has one child, and he works as a Musa'id [literally: 'assistant', but could also mean the military rank of Adjutant] at the [Palestinian] National Authority. He was arrested on 3/6/2004, taken at night from his home and transferred to the Etzion Camp, where he was kept for two hours. Then he was transferred to the Al-Maskubiya Detention Camp for extensive interrogations. Afterwards he was transferred to Ashkelon prison to the "stool pigeons" [informers] and stayed there for about 15 days. Then he returned to Al-Maskubiya to complete his interrogation, and remained there until 3/30/2004. The accusations ascribed to him are as follows:<br>1- Shooting at the Gilo settlement (confessed).<br>2- Shooting at a military Jeep in the area of Al-Sadr in Beit Jalla (confessed).3- A shooting attempt in Al-Khader (the Old City) (confessed).<br>4- Claiming full and complete responsibility for planning, preparing and executing acts of martyrdom, which were carried out in Jerusalem by the martyr Ali Ja'ara from the Aida Refugee Camp on 1/29/2004 with 12 kg of explosives, and the martyr Mohamed Za'ul from Husan on 2/22/2004 with a 10-kg charge (confessed).<br>5- Planning to kidnap two Israeli buses of Egged Company with Ali Abu Haliel and Izz al-Din Hamamra, and to have *istishhadiyin* [people who perpetrate acts of martyrdom] take them to the Church of Nativity in order to complete a prisoners' exchange deal with Israel (confessed).<br>\*\* Attorney Fahmi al-Awiwi also reported that the detained was not beaten up during the detention or during the interrogation. However, on the first day his hands and legs were tied for 24 hours behind his back while sitting on a chair.<br>\*\* The aforementioned was tied eight times to a chair for long periods of time, each time for 6-8 hours, and he spent eight days in solitary confinement cells.<br>\*\* He was threatened that his family would be arrested, his home demolished, his wife arrested and his family scattered. He was also threatened with a harsh sentence and a military interrogation, in case he did not give them full confession.<br>\*\* The aforementioned prisoner asked the lawyer to reassure his family, and [gave him the following] phone numbers: 2745541 and 2750360. | | | |

02:009867 T

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 09/16/2004 | | | |
| Text of Report: | According to a report written by Attorney Hussein al-Sheikh on 2/10/2004, the prisoner [illegible], and there is nothing new. | | | |

Abdel Rahman Maqdad [handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (2) | 12/08/2012 |

Dec 08.   2012 14:38   HP LASERJET FAX



## Confidential

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/22/2004 | | |
| Text of Report: | - The aforementioned is originally from Gaza. He came to Bethlehem with the arrival of the [Palestinian] Authority. He worked as an escort for Brigadier General Ahmed Eid and then as an escort for Governor Abu Yafi (Mohamed al-Madani). <br> - The aforementioned was among those besieged in the Church of the Nativity (the invasion of the Church). <br> - The aforementioned is a man of good morals. He is commited to the Fatah movement, and he is religious. <br> - The aforementioned is married to a woman from Bethlehem. She is an official in the al-Aman Charitable Society. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | | | |
| Text of Report: | - The aforementioned is originally from Gaza. He came to Bethlehem with the arrival of the [Palestinian] Authority. He worked as an escort for Brigadier General Ahmed Eid and then as an escort for Governor Abu Yafi (Mohamed al-Madani). <br> - The aforementioned was among those besieged in the Church of the Nativity (the invasion of the Church). <br> - The aforementioned is a man of good morals. He is committed to the Fatah movement, and he is religious. <br> - He was arrested on 3/6/2004 in his home in Al-Doha, where he is a tenant in the house of Abu Mohamed Abu Salem. Ahmed Anton al-Masri al-Karkafa, the escort of the Brigadier General, was arrested with him. | | |

Abdul Rahman Maqdad [handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (3) | 12/08/2012 |

02:009868 T

Dec 08. 2012 14:38   HP LASERJET FAX

**Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

### Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/28/2004 | | |

| Text of Report: | In his confession, Izz A-Din al-Hamamra said that he [Maqdad] knew about the operation of the martyr Ja'ara; that he was the one who came up with the idea to kidnap the buses; and that he knew about the operation of Zaul and about its planning. Moreover, in his confession, prisoner Ahmed Salah said that he [Maqdad] performed the following:<br><br>-** He went to Ahmed al-Mughrabi and Ahmed Salah in order to manufacture an explosive charge for them.<br>-** He opened fire towards a patrol of the Occupation.<br>-** He asked Ahmed to bring the explosive belt to the *istishhadi* [a person whose intention is to commit an act of martyrdom].<br>-** He opened fire towards settlers' vehicles.<br>-** He possessed a Kalachnikov.<br>-** He asked Ahmed to buy a bag for the explosive charge.<br>-** He knew that someone was to carry out an *amaliya istishhadiya* [act of martyrdom].<br>-** He taught the *istishhadi* [a person whose intention is to commit an act of martyrdom] how to operate the explosive charge.<br>-** He knew about martyr Zaul's operation before it was carried out. |
|---|---|

### Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/10/2005 | | |

| Text of Report: | A lawyer from the Prisoners' Club visited him. No news regarding his status. They talked with his wife. |
|---|---|

Abdul Rahman Maqdad [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 4 | 12/08/2012 |

02:009869 T

Dec 08.  2012 14:38   HP LASERJET FAX

General Intelligence       In the name of Allah, the Compassionate and Merciful

Northern Governorates      **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 04/12/2006 | | |
| Text of Report: | In a response to a query submitted on 3/27/2006 to receive a public number: The aforementioned is working with the National Security forces. He worked as an escort for Brigadier General Ahmed Eid, and was then transferred to the governorate and worked as a security escort for Governor Abu Ibrahim and al-Jaabari. The aforementioned is married to the al-Qawatra Dar al-Hajj family, and his wife is active in the Women's Committee for Social Work of the Fatah movement. The aforementioned is a Fatah activist and is detained by the other side now. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None. | Report Date: | 10/18/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Special Request – Prisoners' File | Level of Confidence: | |
| Date Entered: | 11/23/2011 | | |
| Text of Report: | The health condition of the aforementioned is good. Sentence duration of the aforementioned: 21 life sentences. He was arrested in 2004. The aforementioned is originally from Gaza, but resides in Bethlehem. His family's financial situation is average and their social status is good. The aforementioned is married and has no children (his wife is provided for by her family). The political affiliation of the aforementioned is Fatah | | |

Abdul Rahman Maqdad [Handwritten]

| Username: | Page (5) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009870 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009866-9870.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009866-9870.

Dated: February 20, 2014

                                                                     _____
                                                                     Yaniv Berman

09 Dec 2012 14:38   HP LASERJET FAX   CONFIDENTIAL   p.2

بسم الله الرحمن الرحيم

**المخابرات العامة**
**المحافظات الشمالية**

**السلطة الوطنية الفلسطينية**

### المعلومات الشخصية:

| الحقل | القيمة | الحقل | القيمة |
|---|---|---|---|
| الاسم: | عبد الرحمن يوسف عبد الرحمن مقداد | | |
| رقم الفرد: | 182691 | رقم الهوية: | 410096625 |
| وثيقة أخرى: | | رقم الوثيقة: | |
| الجنس: | ذكر | اسم الأم: | فوزية | الديانة: | مسلم |
| الحالة الاجتماعية: | متزوج / لا | مكان وتاريخ الميلاد: | 1976 بيت لحم | الجنسية: | فلسطينية |
| الانتماء السياسي: | فتح | حالة الانتماء: | عضو | حالة الاعتقال: | معتقل |
| المحافظة: | بيت لحم | المنطقة: | الدوحة | العنوان: | |
| العمل: | موظف حكومي | عنوان العمل: | بيت لحم - مرافق للمحافظ فيما بعد | مكان العمل: | |

### الاعتقال

| الحقل | القيمة | الحقل | القيمة |
|---|---|---|---|
| جهة الاعتقال: | قوات الاحتلال | نوع الاعتقال: | غير معروف |
| مكان الاعتقال: | المسكوبية | التهمة الرئيسية: | |
| تاريخ الاعتقال: | 02/06/2004 | وضعه التنظيمي في السجن: | |
| فترة الاعتقال: | | تاريخ الإفراج: | |

ملاحظات: 1- إطلاق نار على جيب (معترف). 2- إطلاق نار على جيب عسكري لي في منطقة السدر في بيت جالا (معترف). 3- محاولة إطلاق نار في الخضر (معترف). 4- المسؤولية الثالثة الكاملة و التخطيط و التجهيز و التنفيذ للعمليات الاستشهادية التي نفذت في القدس من قبل الشهيد علي جعارة / مخيم عايدة بتاريخ 29/1/2004 بزنة متفجرات 12 كيلو و عملية الشهيد محمد زعول / حوسان بتاريخ 4/2/2004 بزنة 22/2/2004 بزنة متفجرات 10 كيلو (معترف). 5- التخطيط لاختطاف حافلتين إسرائيليتين تعودان لشركة باصات ايجد مع علي ابو هليل و عز الدين خميسة و السير بهما إلى كنيسة المهد بواسطة استشهاديين من أجل اتمام صفقة لتبادل الأسرى مع اسرائيل (معترف).

### المستوى التعليمي:

| الحلقة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | توجيهي |
| غير معروف | | | | ثانوي |


NT AUTHORITY\NETWORK


السنة


08/12/2012

(1)

02:009866

| | بسم الله الرحمن الرحيم | المخابرات العامة |
|---|---|---|
| | السلطة الوطنية الفلسطينية | المحافظات الشمالية |

**تقارير الشخص:**

| | | |
|---|---|---|
| 01/01/1900 | تاريخ التقرير | رقم التقرير |
| | مصدر التقرير: غير معروف | نوع التقرير |
| | درجة الثقة: معلومات | الموضوع |
| | 12/06/2004 | تاريخ الإدخال |

**نص التقرير:**

في تقرير ورد على لسان المحامي فهمي العربوي بتاريخ 20/3/2004 حول زيارته لمعتقل العسكرية و اللقاء بالأسير المذكور أشار إلى أن المذكور من غزة الأصل و سكان بيت لحم منطقة الدرجة و متزوج و له ولد و يعمل مساعد في السلسلة الوطنية، و اعتقل بتاريخ 4-6/3/2004 من البيت ليلا و نقل إلى معسكر عصيون حيث مكث هناك ساعتين ثم نقل إلى المسكوبية للتحقيق المكثف، وبعدها نقل إلى سجن عسقلان عند المسائين و مكث هناك ما يقارب (15) يوم ثم عاد إلى المسكوبية لاستكمال التحقيق معه و هو موجود هناك حتى تاريخ 30/3/2004 و التهم المنوية إليه:

1- اطلاق النار على مستوطنة جيلو (معترف).
2- اطلاق النار على جيب عسكري في منطقة السدر في بيت جالا (معترف).
3- محاولة اطلاق النار في الخضر (البلدة القديمة) (معترف).
4- المسؤولية التامة و الكاملة من التخطيط و التمويل و التنفيذ للعمليات الاستشهادية التي نفذت في التكبير بواسطة الشهيد علي جارة / يكوم يابدا بتاريخ 29/1/2004 نزلة متفجرات 24 كيلو و الشهيد محمد زعول / حرببان بتاريخ 22/2/2004 بواسطة عبوة رزنبلا (10) كيلو (معترف).
5- التخطيط لاختطاف مالكين اسرائيليين كودان لشركة أيزد مع علي أبو خليل و جمال الدين حماسرة و السير بهما إلى منطقة بيت لحم و كنيسة المهد بواسطة استشهاديين، و ذلك من أجل اتمام صفقة لتبادل الأسرى مع اسرائيل (معترف).

** هذا و قد افاد المحامي فهمي العربوي بأن المعتقل لم يتم ضربه اثناء الاعتقال و لا اثناء التحقيق ولكنه تم تجميد ارجل لمدة 24 ساعة و يديه و رجلية مكبلتين الى الخلف و هو معقف على كرسي.
** تم تقييد المذكور لفترات طويلة (8) ساعات كل مرة من 9-8 ساعات و مكث في الزنازين الانفرادية لمدة 8 ايام.
** تم تهديد باعتقال الاهل و عدم بيته و اعتقال زوجته و تشتيت عائلته و باحكام العطوة و بالتحقيق العسكري اذا لم يقم بالاعتراف الكامل لهم.
** طلب الأسير المذكور من المحامي ملحقة الاهل على ارقام الهواتف (2745541) و (2750360).

**تقارير الشخص:**

| | | |
|---|---|---|
| 01/01/1900 | تاريخ التقرير | رقم التقرير |
| | مصدر التقرير: غير معروف | نوع التقرير |
| | درجة الثقة: معلومات | الموضوع |
| | 16/09/2004 | تاريخ الإدخال |

**نص التقرير:**

ورد في تقرير المحامي حسين الشيخ بتاريخ 10/2/2004 ان الأسير تمد زيارته ولا جديد.


NT AUTHORITY\NETWORK





(4)

02:009867

| | |
|---|---|
| المخابرات العامة | بسم الله الرحمن الرحيم |
| المحافظات الشمالية | السلطة الوطنية الفلسطينية |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 22/08/2004 | | |

نص التقرير:
- أصل المذكور من غزة حضر الى بيت لحم منذ دخول السلطة وعمل مرافق لدى العميد احمد عبد سابقا وبعدها عمل مرافق للمحافظ ابو رافع (محمد المدني).
- المذكور كان من ضمن المحاصرين في كنيسة المهد (اجتياح الكنيسة).
- المذكور شاب بعيد عن الناحية الاسلامية ولمو من الشباب الملتزمين في حركة فتح وملدني.
- المذكور متزوج من فتاة من بيت لحم وهي مسؤولة في جمعية الامان الخيرية.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | | | |

نص التقرير:
- أصل المذكور من غزة حضر الى بيت لحم منذ دخول السلطة وعمل مرافق لدى الشهيد احمد عبد سابقا وبعدها عمل مرافق للمحافظ ابو رافع (محمد المدني).
- المذكور كان من ضمن المحاصرين في كنيسة المهد (اجتياح الكنيسة).
- المذكور شاب بعيد عن الناحية الاسلامية ولمو من الشباب الملتزمين في حركة فتح ومندني.
- اعتقل من منزلة الكائن في الدوحة وهو مستأجر في منزل (ابو محمد ابو سلم) بتاريخ 5/3/2004 واعتقل معه ايضا مرافق للسيد ويدعى اسعد قنلون المصري المكركة.

غيلا عن سترا

  



NT AUTHORITY\NETWORK    02:009868

| | بسم الله الرحمن الرحيم | المخابرات العامة |
| --- | --- | --- |
| | السلطة الوطنية الفلسطينية | المحافظات الشمالية |

تقارير الشخص:

| | | |
| --- | --- | --- |
| 01/01/1800 | تاريخ التقرير | رقم التقرير |
| | مصدر التقرير | نوع التقرير: غير معروف |
| | درجة الثقة | الموضوع: معلومات |
| | | تاريخ الادخال: 28/11/2004 |

نص التقرير:
اعترف عليه من الدين حمامرة أنه كان من عملية الشهيد جنازة / و أنه صاحب فكرة خطف الباصات / العلم عن عملية رجوان و التخطيط بها .
كما و اعترف طه العاقل أحمد صلاح بأنه قام بما يلي :-
** أنه ترجم الى نسد المغربي و لحمد صلاح لوصلح لهم عبوة ناسفة .
** اطلاق النار باتجاه دورية احتلالية .
** أنه طلب من أحمد أن ينقل الحزام الناسف إلى الاستشهادي .
** اطلاق النار باتجاه سيارات المستوطنين .
** حيازة سلاح كلشن .
** طلب من أحمد أن يشتري حقيبة للعبوة الناسفة .
** و يعلم أن شخص سيقوم بعملية استشهادية .
** أنه علم الاستشهادي كيف يشغل العبوة الناسفة .
** المعرفة بعملية الشهيد رجوان قبل تنفيذها .

تقارير الشخص:

| | | |
| --- | --- | --- |
| 01/01/1900 | تاريخ التقرير | رقم التقرير |
| | مصدر التقرير | نوع التقرير: غير معروف |
| | درجة الثقة | الموضوع: معلومات |
| | | تاريخ الادخال: 10/08/2005 |

نص التقرير:
تمت زيارته من قبل محامي نادي الأسير و لا جديد بالنسبة أوضاعه و يتم التحدث مع زوجته

عبد الحكيم مشارا

| | | | |
| --- | --- | --- | --- |
| [stamp] 18/12/2012 | الصفحة: 378 | [stamp] NT AUTHORITY\NETWORK | 02:009869 |

(19)

08 Dec 2012 14:38   HP LASERJET FAX   CONFIDENTIAL   P.5

| | |
|---|---|
| المخابرات العامة | بسم الله الرحمن الرحيم |
| المحافظات الشمالية | السلطة الوطنية الفلسطينية |

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | خبر معزوز | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 12/04/2006 | | |

نص التقرير:
لمى استجاب مقدم بتاريخ ٢٧/٣/٢٠٠٦ للمسؤول على رقم جنوبي.
المذكور من المعتقلين مع قوات الأمن الوطني و عمل من قبل مع العميد أحمد عبد سنايا ثم انتقل إلى المحافظة
مرافق أمني للمحافظ ابراهيم الجعبري
المذكور متزوج من عائلة الفواخرة دار الحاج وزوجته شقيقة مع لجنة المرأة للعمل الاجتماعي لحركة فتح
المذكور نشيط حركة فتح وهو معتقل حاليا لدى الطرف الآخر
للملاحظات

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | احتياج خلص - ملف الأسرى | درجة الثقة | |
| تاريخ الادخال | 23/11/2011 | | |

نص التقرير:
الوضع الصحي للمذكور جيد
إبن السكرتيرية للمذكور ٢١ مولود واعتقل عام ٢٠٠٤ المذكور أصلا من غزة وهو ساكن مدينة بيت لحم
المذكور الوضع الاقتصادي لعائلته متوسط والوضع الاجتماعي لعائلته جيد
المذكور متزوج وليس لديه ابناء " الزوجة بحبها أهلها "
المذكور انتماءه فتح

عبد الرحمن عمار



(ص)

NT AUTHORITY\NETWORK    02:009870