

PLAINTIFF'S
EXHIBIT
130

08 DEC 2012 14:38 HP LAZERJET FAX    **Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

## Personal Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Hilmi Abdel Karim Mohamed Hamash | | | | |
| Personal No. | 229207 | Identity No.: | 901405984 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Rasmiyah | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | ██ 1977 Jerusalem | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Unknown |
| Governorate: | Bethlehem | Area: | Al-Dheisheh | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem / Sergeant / implicated in Nimr Taleb Buji's confession. | Place of Work: | |

## Arrest

| | | | |
|---|---|---|---|
| Arresting Authority: | | Type of Arrest: | Unknown |
| Place of Arrest: | Al-Maskubiya | Main Charge: | |
| Date of Arrest: | 10/03/2004 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |
| Comments: | | | |

## Educational Level:

| Status | Educational Institution | Address | Specialty | Educational Level |
|---|---|---|---|---|
| Unknown | | | | High-School |

| Username: | | Report CreatedOn: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (6) | 12/08/2012 |

**02:009871 T**

Dec 08. 2012 14:38  HP LASERJET FAX         **Confidential**                      P.8

General Intelligence          In the name of Allah, the Compassionate and Merciful         

Northern Governorates                  **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | // | Report Date: | 12/08/2012 |
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check / Information | Level of Confidence: | |
| Date Entered: | 12/08/2004 | | |

| Text of Report: | The aforementioned was born in Bethlehem and lives in the al-Dheisheh Refugee Camp. The aforementioned went to school in the refugee camp for his elementary education. The aforementioned is currently detained by the Israelis. He was sentenced to six life terms. The aforementioned used to work prior to his arrest in the Palestinian police force and is still on its payroll to this day. The aforementioned is a member of Fatah movement. Since he entered prison, the aforementioned belonged to Fatah movement. During the second Intifada, the aforementioned was active in an al-Aqsa [Martyrs'] Brigades group, which was responsible for carrying out acts of martyrdom and shootings. The aforementioned suffers from weak vision on account of his arrest. The aforementioned was married to a woman from the al-Dheisheh Refugee Camp and divorced her following his arrest. The aforementioned has brothers, who work for the Palestinian police force. The family of the aforementioned is affiliated with the Fatah movement. The financial status of the family of the aforementioned is good. |
|---|---|

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (7) | 12/08/2012 |

02:009872 T

Dec 08. 2012 14:38  HP LASERJET FAX    **Confidential**



General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 11/18/2004 | | | |
| Text of Report: | On 5/12/2004, Attoerney Fahmi al-Awiwi visited the aforementioned prisoner and found out that the prisoner is in Nitzan prison in Ramla. | | | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 01/19/2006 | | | |
| Text of Report: | On 12/23/2005, Attorney Mamoon al-Hashim indicated in his report that the prisoner Taleb Nimr Buji said in his confession that the aforementioned (Hilmi Hamash) took 1,500 bullets from him. | | | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 04/12/2006 | | | |
| Text of Report: | In a response to a querry submitted on 3/27/2006 to receive a public number:<br>The aforementioned was born in the al-Dheisheh Refugee Camp. He lived there and attended elementary school and high school in Bethlehem.<br>The aforementioned used to work for the Palestinian police force in Bethlehem.<br>The aforementioned was arrested in his home two years ago. His house, in the al-Dheisheh Refugee Camp, was demolished.<br>The aforementioned has limited social relations.<br>The aforementioned is currently detained by the Israelis.<br>The financial status of the aforementioned is poor.<br>No comments. | | | |

Hilmi Hamash [Handwritten]

02:009873 T

| Username: | Page (8) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009873 T [continued]

Dec 08. 2012 14:55   HP LASERJET FAX   **Confidential**



General Intelligence             In the name of Allah, the Compassionate and Merciful
Northern Governorates            **Palestinian National Authority**

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | | Report Source: | |
| Subject: | Information | | Level of Confidence: | |
| Date Entered: | 08/17/2007 | | | |
| Text of Report: | The aforementioned lives in the al-Dheisheh Refugee Camp, and worked for the police force in Bethlehem. The aforementioned was detained by the Israelis during this Intifada and was sentenced to several life terms for military activities on behalf of the Fatah movement. The aforementioned has two brothers, Hamud and Amin Hamash, who work for the police force. The aforementioned was active in Fatah movement, and he has extensive social relations within the camp. The aforementioned has an average financial status. No security or moral comments regarding the aforementioned to date. | | | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | | Report Source: | |
| Subject: | Information | | Level of Confidence: | |
| Date Entered: | 09/04/2005 | | | |
| Text of Report: | The Prisoner's Club lawyer was unable to visit the aforementioned, since the Israeli police informed him that he is not in the al-Maskubiya Detention Center, as it seems that the aforementioned was transferred to the *Asafir* [informants. Literally: birds] cells. It should be noted that [illegible] ended for the prisoner on 4/8/2004, and therefore the Prisoness' Club lawyer was informed that he is not in the al-Maskubiya Detention Center and that he will follow up on his condition during the next visit. | | | |

02:009874 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/24/2005 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report from 5/3/2004: He is still in al-Maskubiya, even though his file was handed to the prosecution. | | |

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (9) | 12/08/2012 |

02:009874 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX                 **Confidential**                          P.4

| General Intelligence | In the name of Allah, the Compassionate and Merciful |  |
|---|---|---|
| Northern Governorates | **Palestinian National Authority** | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 10/26/2005 | | | |

| Text of Report: | Mamoon al-Hashim indicated in his report on 4/29/2004: |
|---|---|
| | In addition to the lawyer's previous visit of the prisoner, he mentioned that he was not summoned for interrogation to this day. Furthermore, the prisoner stated that he was taken to Bethlehem at night some time ago. During his interrogation he stated that he had a revolver gun that did not work. The gun was taken by the soldiers, who arrested him. He stated that he also had a 16 Glock pistol, which he had taken at the time from the martyr Isa Abayat. He concealed it in a vegetable garden. The prisoner was then asked by the soldiers, who escorted him to Bethlehem, to reveal the whereabouts of that pistol. He told them that it was in that garden. However, they were unable to find the pistol. He was brought back to the al-Maskubiya Detention Center, and during the interrogation the interrogators said to him: "Are you making fun of us, Hilmi?! Way to go", but the prisoner stated that he did not know who took the pistol from there. |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 | |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 11/08/2005 | | | |

| Text of Report: | Attorney Fahmi al-Ewawi indicated in his report on 5/13/2004 that the prisoner was transferred to Nitzan Prison in Ramla. |
|---|---|

02:009875 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 02/04/2006 | | |
| Text of Report: | During his confession, prisoner Taleb Nimr Buji said that he sold the aforementioned 1,500 9-mm bullets. [This information was included in] the indictment that was issued against Taleb Nimr Buji. | | |

Hilmi Hamash [Handwritten]

| Username: | Page (10) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

**02:009875 T [continued]**

Dec. 08 2012 14:55  HP LASERJET FAX    **Confidential**    P.5    

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 01/19/2006 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 12/23/2005: <br><br> During his confession, the aforementioned implicated prisoner Taleb Nimr Buji (according to what the interrogators said about prisoner Taleb Buji), and said that Taleb sold him weapons and ammunition. However, prisoner Taleb denied the interrogators' accusation to the effect that he sold weapons and ammunition to the aforementioned. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/26/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/29/2004: <br><br> He could not speak with the aforementioned prisoner since he was prohibited from meeting with the lawyer until 4/1/2004. <br><br> His arrest was extended to 35 days in order to complete his interrogation, starting from 3/29/2004. | | |

02:009876 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/26/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/15/2004:<br><br>The aforementioned prisoner is prohibited from meeting with the lawyer for 8 days [starting from] 3/21/2004.<br><br>Therefore, his arrest was extended to 18 days in order to complete the interrogation. | | |

Hilmi Hamash [Handwritten]

| Username: | Page (11) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009876 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX          **Confidential**          P.6          

General Intelligence          In the name of Allah, the Compassionate and Merciful

Northern Governorates          **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | |
| Text of Report: | Attorney Ma'mun al-Hashim indicated in his report on 2/15/2004:<br><br>The aforementioned prisoner is prohibited from meeting with the lawyer for 7 days, ending on 3/21/2004. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/15/2004:<br><br>The aforementioned prisoner is prohibited from meeting with the lawyer for 8 days, ending on 3/21/2004. Therefore, his arrest was extended to 18 days in order to complete his interrogation. | | |

02:009877 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 12/26/2004 | | |
| Text of Report: | During his confession, Ahmed Salah implicated him, and said that he fired towards a military patrol. He also said that he [Hamash] knew that Ali Ja'ara was intending to carry out an act of martyrdom and that he had helped him with it. | | |

Hilmi Hamash [Handwritten]

| Username: | Page (12) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009877 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX                    **Confidential**                    P.7      

General Intelligence          In the name of Allah, the Compassionate and Merciful
Northern Governorates                **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/10/2005 | | |
| Text of Report: | The prisoner was visited by the Prisoner's Club lawyer on 3/29/2004. The lawyer could not speak with the prisoner since he was prohibited from meeting with the lawyer until 4/1/2004.<br><br>His arrest was extended to 35 days in order to complete his interrogation, starting from 3/29/2004. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 10/18/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Prisoners' Form | Level of Confidence: | |
| Date Entered: | 10/25/2011 | | |
| Text of Report: | Health: good.<br>Sentenced to 6 life terms / al-Dheisheh Refugee Camp<br>Family's financial status is good<br>Married<br>Political Affiliation: Fatah | | |

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (13) | 12/08/2012 |

02:009878 T [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009871-9878.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009871-9878.

Dated: February 20, 2014

Yaniv Berman

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

المعلومات الشخصية :

| الاسم : | حلمي عبد الكريم محمد هماش |

| رقم الفرد : | ٢٢٩٣٠٧ | رقم الهوية : | ٩٠١٤١٥٩٨٤ |

| وثيقة أخرى : | | رقم الوثيقة |

| الجنس | ذكر | اسم الام : | رسمية | الدولة | مبلغ |

| الحالة الاجتماعية | متزوج / ٧ | مكان وتاريخ الميلاد | ١٩٧٧ ▇▇ | الجنسية: | الفلسطينية |

| الانتماء السياسي | فتح | حالة الانتماء | عضو | حالة الاعتقال : | غير معروف |

| المحافظة : | بيت لحم | المنطقة : | الدهيشة | العنوان : | الدهيشة |

| العمل | موظف حكومي | عنوان العمل | بيت لحم/ابو غيلا/طابو اعراك: من انور مالتي يرجي | مكان العمل : | غير معروف |

## الاعتقال

| جهة الاعتقال : | | نوع الاعتقال | غير معروف |

| مكان الاعتقال : | المستعربية | التهمة الرئيسية | |

| تاريخ الاعتقال | ٢٠٠٤/١٠/٣٠ | وضعه التنظيمي في السجن | |

| فترة الاعتقال : | | تاريخ الافراج | |

| ملاحظات : | |

المستوى التعليمي :

| العلاقة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | ثانوي |









NT AUTHORITY\NETWORK

02:009871



بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 11 | تاريخ التقرير | 08/12/2012 |
| نوع التقرير | بحث امني | مصدر التقرير | |
| الموضوع | بحث فني / معلومات | درجة الثقة | |
| تاريخ الادخال | 08/12/2012 | | |

نص التقرير

المذكور من مواليد بيت لحم وسكان مخيم الدهيشة .
المذكور درس في مدارس المخيم حتى المرحلة الاعدادية .
المذكور حاليا معتقل لدى الاسرائيلي ويحكوم 6 مؤبدات .
المذكور كان قبل اعتقال يعمل في جهاز الشرطة الفلسطينية وما زال على مرتبها حتى اللحظة .
المذكور ينتمي الى حركة فتح .
المذكور منذ دخوله السجن عاش تحت اطار حركة فتح .
المذكور وفي اثناء الانتفاضة الثانية اشط في مجموعة تابعة لكتائب الاقصى مسؤولة عن تنفيذ عمليات
استشهادية واطلاق نار .
المذكور يعاني من حبسة في النظر الى اعتقاله .
المذكور كان متزوج من فتاة من مخيم الدهيشة وكان بتطليقها بعد اعتقاله .
المذكور له اشقاء يسارون في جهاز الشرطة الفلسطينية .
المذكور محيطه العائلي ينتمي الى حركة فتح .
المذكور ومنع ملفات المادي جيد .

خليل حمارشة

  المطلعة 
NT AUTHORITY\NETWORK

02:009872

(7)

بسم الله الرحمن الرحيم

| | |
|---|---|
| المخابرات العامة | |
| المحافظات الشمالية | السلطة الوطنية الفلسطينية |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 18/11/2004 | | |
| نص التقرير | أنه بتاريخ 13-10-2004 قام المحامي فهمي العويوي بزيارة المعتقل المذكور و تبين له ان المعتقل موجود في الدبيان بالرملة. | | |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 15/01/2006 | | |
| نص التقرير | ورد في تقرير المحامي ملوي للمحتبر بتاريخ 23/12/2005 | | |
| | ان الاسير طلب امر يرجى قام بالاعتراف على المذكور ( حلس حمش ) بانه اطلق منه 100 رصاصة | | |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 12/04/2006 | | |
| نص التقرير | أتى رد للابلاغ مكم بتاريخ 27/2/2006 للمسجل على رقم عمومي: | | |
| | المذكور من مواليد ومكان سكنه الدهيشة ويدرس في مدارسها المرحلة الاعدادية والثانوية في بيت لحم | | |
| | المذكور كان يعمل سابقاً في جهاز الشرطة الفلسطينية في بيت لحم | | |
| | المذكور تم اعتقاله من منزله قبل سنتين حيث تم هدم منزله الكائن في مخيم الدهيشة | | |
| | المذكور علاقاته الاجتماعية محدودة | | |
| | المذكور حالياً معتقل لدى الاسرائيليين | | |
| | المذكور وضعه المادي سيء | | |
| | للاحاطة. | | |

08 Dec 2012 14:38    HP LASERJET FAX    **CONFIDENTIAL**    P.10

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 17/09/2007 | | |

نص التقرير: المذكور من سكان مخيم الدهيشة صلى في جهاز الشرطة في مدينة بيت لحم
المذكور معتقل لدى الاسرائيليين خلال هذه الانتفاضة وحكم عليه بالمؤبدات لقيمه لنشاطات عسكرية داخل حركة فتح
المذكور له اخوين هما جهود وامين هناليون يعملان في جهاز الشرطة
المذكور كان نشيطا في حركة فتح وعلاقاته الاجتماعية واسعة داخل المخيم
المذكور وضعه المادي متوسط
المذكور لم يلاحظ عليه امنية او انطلاقية حتى الان

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 04/09/2005 | | |

نص التقرير: ان موكلته محامي قاضي الاسير من زيارة المذكور حيث اجبرته الشرطة الاسرائيلية بانه غير موجود في معتقل العسكرية حيث ان المذكور على ما يدور لقاء الى اي غرفة المستافي بشان بيان لدى النهي عن الاسير بتاريخ ٤/٢٠٠٤/٤ لذلك تم اشعار سياسي نادى الاسير بانه غير موجود في معتقل العسكريه رانه سيتوم بمتابعته في الزياره القادمه

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 24/10/2005 | | |

نص التقرير: ورد في تقرير المعلمي مامون العشيم بتاريخ ٣/٥/٢٠٠٤
انه ما يزال حتى الان في العسكرية على الرغم من نقل ملفه للنيابة

| | | |
|---|---|---|
| ٢٠١٢/١٢/٠٨ | : الصفحة | NT AUTHORITY\NETWORK |

(٩)

02:009874

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 26/10/2005 |
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: ورد في تقرير المحامي مأمون العشعم بتاريخ ٢٩/٤/٢٠٠٤

بالاضافة الى زيارة المحامي السابقة للاسير ذكر بانه لم يستطيع للتحقق حتى تاريخ اليوم هذا وقد ذكر الاسير بانه وقت ان تم انفاذ الى بيت لحم في ساعات الليل قبل فترة حيث كان قد ذكر وقت التحقق معه بانه كان عنده مسدس نوع طلاحونة لا يعمل وقد تم اخذ المسدس من قبل الجنود الذين كانوا باعتقاله وكما ذكر بانه كان عنده ايضا مسدس من نوع ١٦ جوك وكان يعلنه في حافرورة ابداع حوث كان قد اخذ الاسير وضعها من الشهيد عيسى حياتس هذا وبعد ان طلب من الاسير ان يخبر الجنود الذين كانوا بمرافقته الى بيت لحم عن مكان تواجد ذلك المسدس اخبر انه كان موجودا في تلك الحافرورة الا انهم لم يجدوا المسدس وتم اعادته الى المسكرية وفي التحقق فانه المحقين بانك تضحك علينا او تخفي وضا واحد بقدر منك الا ان الاسير ذكر بانه لا يعلم من اين باخذ المسدس من مكانه.

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 08/11/2005 |
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: ورد في تقرير المحامي فهمي العويوي بتاريخ ١٢/٥/٢٠٠٤
انه تم نقل الاسير الى سجن فيتسان / الرملة.

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 04/02/2006 |
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: قام الاسير بطلب تبرؤ بوجي بالاعتراف على المذكور حسب لائحة الاتهام المقدمة ضد طالبي تبرؤ بوجي انه قام بتبع المذكور ١٥٠٠ رصاصة ٩ ملم.

الصفحة: (١٥)

NT AUTHORITY\NETWORK

02:009875

UU Dec 2012 14:55      HP LASERJET FD**CONFIDENTIAL**                                  p.5

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

بسم الله الرحمن الرحيم

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 19/01/2006 | | |

نص التقرير:  ورد في تقرير المحامي مأمون الحطيم بتاريخ ٢٣/١٢/٢٠٠٥

ان المذكور فلح والاعتراف على طلب (أبو برجس) حيث ما قاله إنه يحتكون للتسفير طالب برجس بأنه كان بايديه اسلحة تمكينية وذخيرة الآن الاسير (ع طالب) نفى تلك التهمة الموجهة إليه من قبل المحتجين إنه كان يبيع اسلحة وذخائر للمذكور.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 29/11/2004 | | |

نص التقرير:  ورد في تقرير المحامي مأمون السفارة بتاريخ ٢٣/٢١ انه لم يستدعى الحديث عن الاسير المذكور وبتم جرى على علم (اعتقاله مع الساحتي ثبات بتاريخ ٤/٦/٢١ ١/٤/٦ الحكم عليه بالسجن ٢٥/٣/٢٤ كمنديد اعتقاله ٢٠ يوما الاستكمال التحقيق منه ابتداء من تاريخ اليوم ٤

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 25/11/2004 | | |

نص التقرير:  ورد في تقرير المحامي مأمون الحطيم بتاريخ ١٥/٢/٢٠٠٤ ان الاسير المذكور.
يوجد عليه مانع من اللقاء المحامي لمدة ٨ ايام بتاريخ ٢١/٣/٢٠٠٤ وعليه فقد تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقيق.

الصفحة:  التاريخ

NT AUTHORITY\NETWORK

02:009876

08 Dec 2012 14:55     HP LASERJET FAX     **CONFIDENTIAL**     p.6

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| 01/01/1900 | تاريخ التقرير | | رقم التقرير |
| | مصدر التقرير | غير معروف | نوع التقرير |
| | درجة الثقة | معلومات | الموضوع |
| | | 27/11/2004 | تاريخ الادخال |

ورد في تقرير المصدر مأمون المعلوم بتاريخ ٢٠٠٤/٣/١٥ ان الاسير المذكور، منح من الالتقاء المصدري لمدة ٢ ايام تنتهي بتاريخ ٢٠٠٤/٣/٢١ نص التقرير

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| 01/01/1900 | تاريخ التقرير | | رقم التقرير |
| | مصدر التقرير | غير معروف | نوع التقرير |
| | درجة الثقة | معلومات | الموضوع |
| | | 27/11/2004 | تاريخ الادخال |

ورد في تقرير المصدر مأمون العشيم بتاريخ ٢٠٠٤/٣/١٥ ان الاسير المذكور، منح من الالتقاء المصدري لمدة ٨ ايام تنتهي بتاريخ ٢٠٠٤/٣/٢٦ وعليه فقد تم تجديد اعتقاله لمدة ١٨ يوما لاستكمال التحقيق معه نص التقرير

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| 01/01/1900 | تاريخ التقرير | | رقم التقرير |
| | مصدر التقرير | غير معروف | نوع التقرير |
| | درجة الثقة | معلومات | الموضوع |
| | | 26/12/2004 | تاريخ الادخال |

اعترف طيه لمصدر صلاح انه قام باطلاق النار بالعيارة دورية عسكرية . وانه يعرف ان علي جمارة ينوي القيام بعملية استشهادية . و انه ساعده على ذلك نص التقرير



 المصفحة


(١٢)


NT AUTHORITY\NETWORK

٢٠١٢/١٢/٠٨

02:009877

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | | |
| نوع التقرير | غير معروف | تاريخ التقرير | 01/01/1900 |
| الموضوع | معلومات | مصدر التقرير | |
| تاريخ الإدخال | 10/09/2005 | درجة الثقة | |
| متن التقرير | | |

تمت زيارة الأسير من قبل محامي تابع الأسير بتاريخ ٢٩/٣/٢٠٠٤ حيث لم يستطع التحدث مع الأسير بسبب رفضه علمع عنه من الالتقاء مع المحامي شفية لتاريخ ١/٤/٢٠٠٤ حيث تم تمديد اعتقاله لمدة ٢٠ يوم لاستكمال التحقيق معه ابتداءاً من تاريخ اليوم ٢٨/٣/٢٠٠٤

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | نموذج خاص بالأسرى | درجة الثقة | |
| تاريخ الإدخال | 25/10/2011 | | |
| متن التقرير | | |

تجمع الأسرى جهاز
حكومة ١ مؤيدات تنظيم الدعاء
الوضع الاقتصادي للعائلة جيد
متزوج
الانتماء السياسي فتح





(١٣)



NT AUTHORITY\NETWORK

٠٨/١٢/٢٠١٢

02:009878