

PLAINTIFF'S
EXHIBIT
131

Dec 08.  2012 14:55  HP LASERJET FAX          **Confidential**          P.8

General Intelligence          In the name of Allah, the Compassionate and Merciful

Northern Governorates          **Palestinian National Authority**



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Ahmed Salah Ahmed Salah | | | | |
| Personal No. | 220743 | Identity No.: | 901739659 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Intisar | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | ████/1977 Jordan | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under Arrest |
| Governorate: | Bethlehem | Area: | Al-Doha | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem / 2nd Lieutenant (honorary rank) on 1/4/2009 | Place of Work: | |

| Arrest | | | | |
|---|---|---|---|---|
| Arresting Authority: | | Type of Arrest: | Unknown | |
| Place of Arrest: | Al-Maskubiya Detention Center | Main Charge: | | |
| Date of Arrest: | 08/03/2001 | Organizational Status at Prison: | | |
| Duration of Arrest: | | Date of Release: | | |

| Comments: | He works in the Bethlehem Intelligence. |
|---|---|

02:009879 T

| Educational Level | | | | |
|---|---|---|---|---|
| Status | Educational Institution | Address | Specialty | Educational Level |
| Unknown | The Qalandiya Institute | | | Diploma |

| Username: | | Page (14) | Report Created On: |
|---|---|---|---|
| NT AUTHORITY\NETWORK | | | 12/08/2012 |

**02:009879 T [continued]**

Dec. 08 2012 14:55 HP LASERJET FAX                  **Confidential**                            P.9



General Intelligence                    In the name of Allah, the Compassionate and Merciful
Northern Governorates                        **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 10/18/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Information Query – Urgent – Fatah File | Level of Confidence: | |
| Date Entered: | 10/25/2011 | | |

| Text of Report: | **Health condition:** Bad, he was injured in the sensitive area [the crotch] during his imprisonment. **Sentence duration / how much time has he already served in prison / Address** Twenty-one life terms / already served six years. The financial situation of the family is bad. **Married / Single / Number of children and the person who supports them:** Single **Political affiliation** Fatah, intelligence officer |
|---|---|

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | // | Report Date: | 12/08/2011 |
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check – Information | Level of Confidence: | |
| Date Entered: | 12/08/2011 | | |

| Text of Report: | The aforementioned was born in Bethlehem and lives in the al-Dheisheh Refugee Camp. The aforementioned went to schools in Bethlehem up until secondary school. The aforementioned is at the moment imprisoned in Israel and was sentenced to 21 life terms. The aforementioned is a member of the General Security Service in Bethlehem. The aforementioned is affiliated with the Fatah movement. The aforementioned, since his imprisonment, has been a member of the Fatah movement. During the second intifada, the aforementioned was engaged in a *fida'i* [self sacrifice] activity. The mother of the aforementioned died approximately two years ago after she visited him in the Nafha Prison, and now his only remaining relative is his sister, Amani. The aforementioned is loved and appreciated by all, and held a few organizational positions, including General Instructor of the Fatah movement in the Nafha Prison. The financial situation of the family of the aforementioned is poor. The family of the aforementioned is affiliated with Fatah. No security or moral comments |
|---|---|

02:009880 T

Ahmed Salah  [Handwritten]

| Username: | Page (15) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

**Confidential** P.10

General Intelligence In the name of Allah, the Compassionate and Merciful 

Northern Governorates **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/17/2009 | | |
| Text of Report: | | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/16/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report from 04/02/2004, that the aforementioned prisoner [...] The report is enclosed. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/18/2004 | | |
| Text of Report: | Attorney Mamun al-Hashim indicated in his report from 04/02/2004, that the aforementioned prisoner [...] The report is enclosed. | | |

02:009881 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/24/2004 | | |
| Text of Report: | During his confession, Ali al-Mughrabi implicated him in shooting on Gilo and in throwing improvised explosive devices in the al-Doha Refugee Camp. | | |

Ahmed Salah [Handwritten]

| Username: | Page (16) | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009881 T [continued]

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**

P.11

General Intelligence     In the name of Allah, the Compassionate and Merciful
Northern Governorates       **Palestinian National Authority**



## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/25/2004 | | |

| Text of Report: | 1 – Production and manufacturing of bombs (made from *Umm al-Abd* [Literally: Mother of Satan, commonly used among terrorist groups for Acetone Peroxide]) 2- Membership in a banned organization / [The Al-Aqsa Martyrs'] Brigades. 3- Shooting at Israelis. 4- Causing the death of others. 5- Helping the *Shahid* [Martyr] Ali Ja'ara to prepare for an *Amaliya Istishhadiya* [act of martyrdom]. 6- Causing the death of people in an *Amaliya Istishhadiya* carried out by Ali Ja'ara. 7- Having known about the preparations for the *Amaliya Istishhadiya* that was carried out by Mohamed Zaul from the village Husan. |
|---|---|

## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/16/2004 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/29/2004 that his arrest was extended by 22 days, and that on 03/29/2004 his case was passed on to the military prosecution in Ofer, in order to file an indictment. |
|---|---|

02:009882 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/26/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/15/2004 that beginning on 03/20/2004 he will be prevented from seeing an attorney for a period of 8 days. His arrest was extended by 18 days in order to complete the investigation. | | |

Ahmed Salah [Handwritten]

Following: report No. 3067 dated
12/08/2011 – Bethlehem General
Intelligence [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (17) | 12/08/2012 |

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**

| General Intelligence<br>Northern Governorates | In the name of Allah, the Compassionate and Merciful<br>**Palestinian National Authority** | |
|---|---|---|

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 08/02/2006 | | |

| Text of Report: | Regarding letter number 91/2001, which was sent by the military prosecutor to the commander of the region. The subject of the letter is the detention of the aforementioned in the intelligence prison. It reads as follows:<br>With reference to case no. 375/2001 referred by the police headquarters in Bethlehem to the military prosecution, concerning the act of causing harm and possession of stolen money by the aforementioned. The injured child is still hospitalized and is receiving intensive care. The accused confessed to the charges against him, and was detained at the military intelligence prison for a week and will be brought to trial.<br>Signature of military prosecutor Lieutenant Colonel Kamel al-Qawasmi. |
|---|---|
| | In an attached note to the manager, it is mentioned that the military prosecutor was informed that it was agreed with the commander of the region to detain brother Ahmed Salah in our intelligence center.<br>The prosecutor sent a letter to the Brigadier General, the commander of the region. A copy is attached. He is awaiting an answer from the Brigadier General. |
| | The prosecutor sent letter no. m/91/2001 to the head of the intelligence on 1 Dec 2001. The subject was a summoning to the court.<br>The summoning reads as follows:<br>Please send the aforementioned to the secretary office of the military court in Bethlehem on Saturday, 1 Dec. 2012, at 12:00 pm as we want to hold a hearing in his case. |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 03/28/2007 | | |

| Text of Report: | Blood Type: O+ |
|---|---|
| | Military no.: 41038 |

Ahmed Salah [Handwritten]

02:009883 T

Dec. 08 2012 14:58 HP LASERJET FAX    **Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

**Personal Reports**

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 08/22/2009 | | |
| Text of Report: | An honorary 2nd Lieutenant. Rank was conferred on the aforementioned on 1.1.2006 | | |

**Personal Reports**

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/15/2004: His prevention from seeing a lawyer, which lasted 8 days, ended on 03/21/2004. His arrest was extended by 18 days in order to complete the investigation. | | |

Ahmed Salah [Handwritten]

Page (19)

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009884 T

Dec. 08 2012 14:58 HP LASERJET FAX          **Confidential**



| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/12/2005 | | |

| Text of Report: | The prisoner was initially supposed to be transferred from the former, and his file was to be transferred from the former over to the prosecution. However, because the holidays were near and it was not possible to prepare the indictment, his transfer to Ofer was postponed. His arrest was extended by 22 days and the handing over of his file to the prosecution began on 04/19/2004 until 05/10/2004. |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/16/2005 | | |

| Text of Report: | On Monday, 8 Mar. 2004, at 5 pm, a six-person force (one of them masked) from the Israeli special units arrived in a gray Mitsubishi Lancer at the house of citizen Adel al-Jaabari in the city Al-Doha, near the al-Jarashi Concrete Factory, where bother Ahmed Salah lives with his family. He was at home at the time. A few minutes later, a Ford Transit arrived with many special unit soldiers in order to reinforce the first unit in besieging the house. An Arab-looking man with a beard and long hair was in the Ford and was seen by one of the daughters of the owner of the aforementioned house. Then, an Israeli bulldozer opened the sand barrier that leads to Beith Jalla, and a large force of the occupation forces arrived to the area. They started shooting at the house of the aforementioned person, asking him through loudspeakers to get out and turn himself in. The occupation forces besieged many houses and evacuated their residents. |
|---|---|

02:009885 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/24/2005 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/05/2004 that the prisoner was transferred to the Ramleh Prison. | | |

Ahmed Salah [Handwritten]

| Username: | Page (20) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009885 T [continued]

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/26/2005 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated the following in his report about the aforementioned prisoner from 03/29/2004: In addition to the lawyer's previous visit to the prisoner, [the report also] mentioned that up until now he has not been summoned for investigation. He is in a cell with several prisoners awaiting their transfer from the al-Maskubiya Detention Center to one of the main prisons. He is in good health condition and sends his regards to his family. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 03/09/2010 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Under arrest | Level of Confidence: | |
| Date Entered: | 03/09/2010 | | |
| Text of Report: | Date of arrest: 8 Mar 2004<br>Sentence duration: 21 life terms, plus 15 years.<br>Rank: honorary 2nd Lieutenant. | | |

Ahmed Salah (Handwritten)

Page (21)

| Username: | Report Created On: |
|---|---|
| NT AUTHORITY\NETWORK | 12/08/2012 |

02:009886 T

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

    Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009879-9886.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:0009879-9886.

Dated: February 20, 2014

                                                  Yaniv Berman

CONFIDENTIAL

UG DEC 2012 14:55    HP LASERJET FAX                                    P.8

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية

السلطة الوطنية الفلسطينية

**المعلومات الشخصية :**

| | |
|---|---|
| الاسم : | أحمد صلاح أحمد صلاح |
| رقم الترد : ٢٣٠٧٤٣ | رقم الهوية : ٩٠١٧٢٩٦٥٢ |
| وثيقة أخرى : | رقم الوثيقة : |
| الجنس : ذكر | اسم الام : انتصار | الديانة : مسلم |
| الحالة الاجتماعية: أعزب | مكان وتاريخ الميلاد : الأردن ١٩٧٧ | الجنسية : فلسطينية |
| الانتماء السياسي: فتح | حالة الانتماء : عضو | حالة الاعتقال : معتقل |
| المحافظة: بيت لحم | المنطقة : الدوحة | العنوان : |
| المهنة : موظف حكومي | عنوان العمل : | مكان العمل: بيت لحم/سلاوم غرب بتاريخ ١/٤/٢٠٠٦ |

**الاعتقال**

| | |
|---|---|
| جهة الاعتقال : | نوع الاعتقال : غير مسروق |
| مكان الاعتقال: العسكرية | التهمة الرئيسية : |
| تاريخ الاعتقال : ٢٠٠٨/٨/٣ | وضعه التنظيمي في السجن : |
| فترة الاعتقال : | تاريخ الافراج : |
| ملاحظات : يعمل في مخابرات بيت لحم | |

**المستوى التعليمي :**

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | معهد المدني | | | دبلوم |

المصادقة :

  

NT AUTHORITY\NETWORK

(١٤)

02:009879

**CONFIDENTIAL**



بسم الله الرحمن الرحيم

المخابرات العامه
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | بلا |
| نوع التقرير | معلومات |
| الموضوع | احتياج معلومات – عاجل - ملف فتح |
| تاريخ الادخال | 25/10/2011 |

تاريخ التقرير 18/10/2011
مصدر التقرير
درجة الثقة

نص التقرير

الوضع الصحي
سليم وتم اصابته اثناء الاعتقال في المنطقة الصدرية

مدة المحكومية / وكم تبقى حتى الان اي في المعتقلات ومكان السكن
واحد وعشرون مؤبد ولغاية 9 سنوات

الوضع الاقتصادي سيء للعائلة

متزوج / اعزب / عدد الاولاد ومن يعيلهم
اعزب

الانتماء
فتح / جنود مفاجرات

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | // |
| نوع التقرير | بحث أولي |
| الموضوع | بحث اولي / معلومات |
| تاريخ الادخال | 08/12/2012 |

تاريخ التقرير 08/12/2012
مصدر التقرير
درجة الثقة

نص التقرير

المذكور من مواليد بيت لحم وسكان مخيم الدهيشة .
المذكور درس في عدة مدارس بيت لحم حتى المرحلة الثانوية .
المذكور حاليا معتقل لدى الاسرائيلي ومحكوم 21 مؤبد .
المذكور احد ابناء جهاز المخابرات العامة في بيت لحم .
المذكور ينتمي الى حركة فتح .
المذكور وملة اعتقاله كان تحت اطار حركة فتح .
المذكور وفي الانتفاضة الثانية اشتد في العمل النضالي ضد الاسرائيلي .
المذكور والدته توفيت قبل حوالي العامين بعد زيارتها له اي سجين نلمة وحاليا بقي له شقيقة وحيدة تدعى اماني .
المذكور شخصية محبوبة ومقبولة على الجميع حيث شغل مناصب تنظيمية عديدة في السجون وملها موجه عام حركة فتح اي سجون للفئة الصحراوي .
المذكور وضع عائلته العادي سيء .
المذكور محيطه العائلي ينتمي الى حركة فتح .
لا ملاحظات امنية او اخلاقية .

(١٥)

NT AUTHORITY\NETWORK

02:009880

CONFIDENTIAL

P.10

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 17/11/2009 | | |

نص التقرير

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 16/10/2004 | | |

نص التقرير — ورد في تقرير المحامي مأمون الحكيم بتاريخ ٢٠٠٤/٤/٢ أن الأسير المذكور. التقرير مرفق

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 18/11/2004 | | |

نص التقرير — يرد في تقرير المحامي مأمون الحكيم بتاريخ ٢٠٠٤/٤/٢ أن الأسير المذكور. التقرير مرفق

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 21/11/2004 | | |

نص التقرير — يعترف علية على المغربي بأنه قام بإطلاق النار على متصدى سلام مع تجاوز مع القاء اكراع لنابلة في الدوحة

٠٨/١٢/٢٠١٢

(١٦)

NT AUTHORITY\NETWORK

02:009881

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 25/11/2004 | | |

نص التقرير:
١- افتاح وصناعة قنبلة (( مادة أم العبد )).
٢- المتاجرة في منطقة مفتوحة / كتائب.
٣- اطلاق نار باتجاه اسرائيليين.
٤- التدريب في منزل الجراح.
٥- مساعدة الشهيد على جهازه للتحضير للعملية الاستشهادية.
٦- تسبب بموت أشخاص في عملية استشهادية نفذها على يد جماعه.
٧- العلم بالتحضير للعملية الاستشهادية التي قام بها محمد زعرول / حوسان.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 26/11/2004 | | |

نص التقرير: ورد في التقرير المخابراتي مأمون الجشم بتاريخ ١٥/٣/٢٠٠٤ ان الاسير المذكور تم تمديد اعتقاله ٢٢ يوما ورفع ملفه للقيادة العسكرية في مهلة التقديم للائحة اتهام وذلك ابتداء من تاريخ اليوم ٢٢/٣/٢٠٠٤.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 26/11/2004 | | |

نص التقرير: ورد في تقرير المخابراتي مأمون الجشم بتاريخ ١٥/٣/٢٠٠٤ ان الاسير المذكور. يوجد عليه ملف من الكتائب العسكرية لمده ٨ ايام بالتاريخ ٢٠/٣/٢٠٠٤ وعليه فقد تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقيق.

NT AUTHORITY\NETWORK
02:009882

(١٧)

JB Dec 2012 14:58    HP LASERJET FAX    p.2

**CONFIDENTIAL**

المخابرات العامة       بسم الله الرحمن الرحيم
المحافظات الشمالية      السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 02/08/2006 | | |

نص التقرير

أتى كتاب موجه من المدعي العام العسكري ويحمل الرقم ٢٠٠١/٩١ بتاريخ ٢٠٠١/١٢/١ وموجه الى قائد المنطقة

وموضوع الكتاب حول الملف المذكور لدى شئون الاستخبارات , ونص الكتاب كما يلي:
اشارة الى القضية المحالة من قبل المذكور بيت لحم الى النيابة العسكرية رقم ٢٠٠١/٣٧٥ بتهمة التسبب والايذاء
وحيازة مال مسروق من قبل المذكور اعلاه , حيث ان الطلق المصاب ما زال في المستشفى تحت العناية الحثيثة
( المركزة ) وقد اعترف المتهم بالتهم المنسوبة اليه لقد تم توقيفه لدى سجن الاستخبارات العسكرية لمدة اسبوع
تمهيدا لتقديمه الى المحاكمة حسب الاصول .
توقيع المدعي العام العسكري / مقدم / كامل التوايمي

=================================================
وفي ملاحظة مرفقة الى الملف : انه تم ابلاغ المدعي العام العسكري بان اتفاق مع قائد المنطقة على مكان توقيف
الاخ احمد صلاح وطرأ اما في المخابرات .
المدعي العام قام بترجيح كتاب لدى السيد قائد المنطقة قائد المنطقة وموافق نسخة عنه , بانتظار رد اليمين طي كتابه .

ورد كتاب من المدعي العام العسكري الى مدير المخابرات ويحمل الرقم ٢٠٠١/٩١/م وبتاريخ ٢٠٠١/١٢/١
ونصوصهم وعدم دعوة للمعلمة .
والوجه الجوري كما يلي :
يرجى ارسال الاخ العسكري اعلاه الى ديوان المحكمة العسكرية بيت لحم لتلاءم يوم السبت الموافق
٢٠٠١/٢/١٧ الساعة ٩,٠٠ ظهرا وذلك للسماح للنيابة العامة النية المذكورة المذكورة لديها

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 28/03/2007 | | |

نص التقرير

فصيلة الدم +O
الرقم العسكري ٤١٠٣٨





المفحة

NT AUTHORITY\NETWORK
02:009883

J8 Dec 2012 14:59     HP LASERJET FAX                                    P.3

**CONFIDENTIAL**

المخابرات العامة     بسم الله الرحمن الرحيم
المحافظات الشمالية     السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | رقم التقرير | |
| --- | --- | --- |
| 01/01/1900 | تاريخ التقرير | |
| | نوع التقرير | غير معروف |
| | الموضوع | معلومات |
| | درجة الثقة | |
| | تاريخ الادخال | 22/08/2009 |

نص التقرير: المذكور اعطي رتبة ملازم شرف بتاريخ ٢٠٠٩/٤/١

**تقارير الشخص:**

| | رقم التقرير | |
| --- | --- | --- |
| 01/01/1900 | تاريخ التقرير | |
| | نوع التقرير | غير معروف |
| | الموضوع | معلومات |
| | درجة الثقة | |
| | تاريخ الادخال | 27/11/2004 |

نص التقرير: ورد في تقرير المجلس مأمون التخليم بتاريخ ٢٠٠٤/٣/١٥ ان الاسير المذكور التقرير مرفق

**تقارير الشخص:**

| | رقم التقرير | |
| --- | --- | --- |
| 01/01/1900 | تاريخ التقرير | |
| | نوع التقرير | غير معروف |
| | الموضوع | معلومات |
| | درجة الثقة | |
| | تاريخ الادخال | 27/11/2004 |

نص التقرير: ورد في التقرير الخماس مأمون الهشيم بتاريخ ٢٠٠٤/٣/١٥ ان الاسير المذكور. مئم من الاعتقاد الجماسي لمدة ٨ ايام تنتهي بتاريخ ٢٠٠٤/٢/٢١ وعليه فقد تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقق معه





النسخة :



NTAUTHORITYNETWORK
02:009884

(١٩)

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 12/09/2005 | | |

نص التقرير: بدايه كان من المفروض ان يتم نقل الاسير من السابق من ملفه حول: للنيابه من السابق الا انه وبسبب قرب الاعياد وعدم تمكن النيابه من تحضير لائحة التهام فقد اجل نقله الى حوض رقم تجديده في المسكوبيه لمدة ٢٢ يوم وتسهيل ملفه للنيابه ابتداء من تاريخ ٢٠٠٤/٤/١٩ ولغاية تاريخ ٢٠٠٤/٥/١٠.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 06/10/2005 | | |

نص التقرير: [نص غير واضح]

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 24/10/2005 | | |

نص التقرير: ورد في تقرير المحامي مأمون الهشيم بتاريخ ٢٠٠٤/٥/٣ انه تم نقل الاسير الى سجن الرملة

NT AUTHORITY\NETWORK

02:009885

9 Dec 2012 14:58    HP LASERJET FAX    p.5

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 01/01/1800 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الادخال | 26/10/2005 | |

نص التقرير: ورد في التقرير المخابري مأمون العظم بتاريخ ٢٠٠٤/٤/٢٩ انه بالاتصال الى زيارة المحامي السابقة للامين ذكر بانه لغاية اليوم لم يتم استدعائه للتحقيق حيث انه ينتظر نقله من مبكلة المبكورية الى المجمع السجون المركزية حيث ابدائي في غرفة تضمم عدد من الأسرى ما يخصهم وهم وضعه الصحي جيد وبوسل السلام الى الأهل

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 09/03/2010 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معتقل | درجة الثقة |
| تاريخ الادخال | 09/03/2010 | |

نص التقرير: تاريخ الاعتقال ٢٠٠٤/٨/٢٦ مدة الحكم ٢١ مؤبد+١٥ عام الرقم:ملازم شرف






الصفحة

(21)

02:009886