PLAINTIFF'S EXHIBIT 140

## Confidential

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |



| Personal Information | | | | | | |
|---|---|---|---|---|---|---|
| Name | Nasser Mahmoud Ahmed Aweis | | | | | X |
| Personal No. | 357273 | Identity No.: | 900358664 | | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | | |
| Sex: | Male | Mother's Name: | Ayisha | Religion: | Muslim | |
| Marital Status: | Single | Place and Date of Birth: | ▓/1970 Nablus | Nationality: | Palestinian | |
| Political Affiliation: | Fatah | Affiliation Status: | Unknown | Imprisonment Status: | Unknown | |
| Governorate: | Nablus | Area: | Balata Refugee Camp | Address: | Balata Refugee Camp | |
| Occupation: | Under arrest | Work Address: | | Place of Work: | | |

| Personal Description | | | |
|---|---|---|---|
| Height | 175 | Body Structure | Medium |
| Hair Color | Black | Eye Color | Honey |
| Skin Tone | Light-brown | Blood Type | Unknown |
| Identifying Marks | None | | |

02:009918 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 03/03/2012 |
| Report Type: | Personal | Report Source: | 5170 |
| Subject: | | Level of Confidence: | |
| Date Entered: | 03/03/2012 | | |
| Text of Report: | \* The aforementioned was born in Nablus and lives in the Balata Refugee Camp. He and his family live in the area of the Market Street in the camp.<br><br>\* He was arrested by the other side in 1986 and was sentenced for 5 years in prison.<br><br>\* He was wanted during the first Intifada and was deported from the homeland in 1992 for three years. | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/2 | 03/04/2012 |

# Confidential



General Intelligence       In the name of Allah, the Compassionate and Merciful

Northern Governorates       **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 03/03/2012 |
| Report Type: | Personal | Report Source: | 5170 |
| Subject: | | Level of Confidence: | |
| Date Entered: | 03/04/2012 | | |

| Text of Report: | \* The aforementioned was born in Nablus and lives in the Balata Refugee Camp. He and his family live in the area of the Market Street in the camp.<br>\* He was arrested by the other side in 1986 and was sentenced for 5 years in prison.<br>\* He was wanted during the first Intifada and was deported in 1992, along with several of his friends, from the homeland to Jordan for three years. They were deported after their seizure in the Al-Najah National University.<br>\* He was a student at the Al-Najah National University in the faculty of Humanities / Sociology.<br>\* He worked for the General Intelligence and in 2000 he was transferred to the National Security Service.<br>\* He was a commander in the Fatah movement, and in 1996 he became a member of an organizational committee in the Fatah movement.<br>\* He is the founder of the Al-Aqsa Martyrs' Brigades, and he is the general commander of the Brigades in Palestine.<br>\* He has good social relations with the leaders of the Fatah movement.<br>\* His financial status is good.<br>\* Most of his relatives are members of the Fatah movement.<br>\* He was accused by the other side in the Israeli court of founding the Al-Aqsa [Martyrs'] Brigades and of planning and carrying out several operations. He was sentenced to several life terms, and is still imprisoned by the Occupation.<br>\* He is a prisoner of the Occupation and is one of the commanders of the Fatah movement.<br>\* He is good in terms of security and morals. |
|---|---|

| NT AUTHORITY\NETWORK | Page 2/2 | 04/03/2012 |
|---|---|---|

02:009919 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009918-9919.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009918-9919.

Dated: February 20, 2014

                                                                        Yaniv Berman

**CONFIDENTIAL**

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

## المعلومات الشخصية :

| الحقل | القيمة |
|---|---|
| الاسم : | ناصر محمود أحمد عويص |
| رقم الفرد : | 357273 |
| رقم الهوية : | 900358664 |
| وثيقة أخرى : | |
| رقم الوثيقة : | 0 |
| الجنس | ذكر |
| اسم الأم : | عائشة |
| الديانة | مسلم |
| الحالة الاجتماعية: | أعزب |
| مكان وتاريخ الميلاد | نابلس /1970 |
| الجنسية: | فلسطينية |
| الانتماء السياسي: | فتح |
| حالة الانتماء : | غير معروف |
| حالة الاعتقال : | غير معروف |
| المحافظة : | نابلس |
| المنطقة : | مخيم بلاطة |
| العنوان : | مخيم بلاطة |
| العمل | معتقل |
| عنوان العمل | |
| مكان العمل | |

## الصفات الشخصية :

| الحقل | القيمة |
|---|---|
| الطول | 175سم |
| البنية | متوسط |
| لون الشعر | أسود |
| لون العيون | عسلي |
| لون البشرة | حنطي |
| فصيلة الدم | غير معروف |
| علامة فارقة | |

## تقارير الشخص:

| الحقل | القيمة |
|---|---|
| رقم التقرير | 00 |
| تاريخ التقرير | 03/03/2012 |
| نوع التقرير | ذاتية |
| مصدر التقرير | 5170 |
| الموضوع | |
| درجة الثقة | |
| تاريخ الإدخال | 03/03/2012 |

نص التقرير:
* المذكور من مواليد نابلس ويسكن مخيم بلاطة ويعيش وأهله في منطقة شارع السوق في المخيم
* اعتقل لدى الطرف الآخر عام 1986 وحكم 5 سنوات
* كان مطلوب في الانتفاضة الأولى وتم إبعاده عن أرض الوطن 1992 لمدة ثلاث سنوات

04/03/2012 | الصفحة : 1\2 | NT AUTHORITY\NETWORK

02:009918

**CONFIDENTIAL**

| | | |
|---|---|---|
| بسم الله الرحمن الرحيم | | المخابرات العامة |
| السلطة الوطنية الفلسطينية | | المحافظات الشمالية |

تقارير الشخص:

| | | | | |
|---|---|---|---|---|
| 03/03/2012 | تاريخ التقرير | 00 | | رقم التقرير |
| 5170 | مسلسل التقرير | ذاتية | | نوع التقرير |
| | درجة الثقة | | | الموضوع |
| | | 04/03/2012 | | تاريخ الإدخال |

نص التقرير:

* المذكور من مواليد نابلس ومكان مغير بالطه زيمن وإقامته في منطقة شارع الحرى في المخيم
* اعتقل لدى الطرف الآخر عام 1986 وحكم 5 سنوات
* كان مطلوب في الإنتفاضة الأولى وتم إبعاده عن أرض الوطن 1992 لمدة ثلاث سنوات إلى الأردن ثم عاد من أستكاءه بعد حصار من قبل جامعة النجاح الوطنية
* درس لمرحلة الماجستير في جامعة النجاح الوطنية في كلية الآداب /علم الإجتماع
* كان على ملاك المخابرات العامة وفي سنة 2000 انتقل إلى جهاز الأمن الوطني
* قيادي في حركة فتح حيث شغل في سنة 1996 عضوة لجنة تنظيمية في حركة فتح
* مؤسس كتائب شهداء الأقصى وهو القائد العام للكتائب في فلسطين
* علاقاته الاجتماعية جيدة على مستوى قيادات حركة فتح
* وضعه المادي جيد
* من حالته اغلب إنتماءا تنتمي لحركة فتح
* تم اتهامه من قبل الطرف الآخر في السكة الأمن الوقاية بتأسيس كتائب الأقصى وتخطيط وتنفيذ عدة عمليات وحكم عدة مؤبدات ومازال في سجون الإحتلال
* لبين لدى الإحتلال ومن قيادات حركة فتح
* جيد لفتيا وأخلاقيا حتى حينه

| | | | |
|---|---|---|---|
| 04/03/2012 | | 2\2 | الصفحة : |


NT AUTHORITY\NETWORK

02:009919