

PLAINTIFF'S EXHIBIT 142

09-Mar-2007 04:41 FROM    **Confidential**    To 2969908

General Intelligence    In the name of Allah, the Compassionate and Merciful

Northern Governorates    **Palestinian National Authority**

| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Ahmed Taleb Moustafa Barghouti | | | | |
| Personal No. | 189614 | Identity No.: | 994466860 | | |
| [Referencing] Another Doc.: | None | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Hadiya | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | ███1976 Jenin | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Jenin | Area: | Jenin | Address: | Be'er Sheba – Negev Prison |
| Occupation: | He was brother Marwan al-Barghouti's bodyguard. | Work Address: | Ramallah | Place of Work: | |
| Arrest | | | | | |
| Arresting Authority: | The Israeli Occupation | | Type of Arrest: | Security | |
| Place of Arrest: | Be'er Sheba – Negev Prison | | Main Charge: | Murder of Israelis | |
| Date of Arrest: | 01/01/1900 | | Organizational Status at Prison: | Fatah - member | |
| Duration of Arrest: | | | Date of Release: | | |
| Comments: | The aforementioned was sentenced to 15 life sentences and 50 years for killing Israelis. | | | | |

Page 1/2

[Illegible]
NT AUTHORITY\NETWORK

[Illegible]
12/06/2012

02:009924 T

09-Mar-2007 04:41 FROM                 **Confidential**           To 2969908        

General Intelligence            In the name of Allah, the Compassionate and Merciful

Northern Governorates              **Palestinian National Authority**

| Personal Description | | | |
|---|---|---|---|
| Height | 175 | Body Structure | Medium |
| Hair Color | Blonde | Eye Color | Honey |
| Skin Tone | White | Blood Type | Unknown |
| Identifying Marks | None | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/16/2007 | | |

| Text of Report: | Based on the personal [report] of the Political Security [Service] no. 9485, dated 10/01/2007, which stated the following:<br>*** The aforementioned was born in Jenin and lived in al-Bireh, but currently he is imprisoned.<br>*** The aforementioned used to work as brother Marwan al-Barghouti's bodyguard, but he was arrested by the Israeli occupation forces and was sentenced to fifteen life terms, plus fifty years. He is currently serving his prison sentence in the al-Naqab prison.<br>*** The aforementioned is good in terms of security and moral.<br><br>    Entered     Sadam |
|---|---|

| [Illegible] | Page 2/2 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009925 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                            Plaintiffs,

        vs.                                          No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                            Defendants.

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009924-9925.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009924-9925.

Dated: February 20, 2014

                                              _____
                                              Yaniv Berman

**CONFIDENTIAL**  TO 2969908    P

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية       السلطة الوطنية الفلسطينية

المعلومات الشخصية :

| | |
|---|---|
| الاسم : | أحمد طلب مصطفى برغوثي |

| | | | |
|---|---|---|---|
| رقم الفرد : | ٠٩٩٤٤٢٦٨٢٠ | رقم الهوية : | ١٨٦٦٦٤ |
| وثيقة أخرى : | لا يوجد | رقم الوثيقة : | • |

| | | | |
|---|---|---|---|
| الجنس : | ذكر | اسم الأم : | هدية | الديانة : | مسلم |
| الحالة الاجتماعية : | أعزب | مكان وتاريخ الميلاد : | جنين /١٩٧٦ | الجنسية: | فلسطينية |
| الانتماء السياسي : | فتح | حالة الانتماء : | عضو | حالة الاعتقال : | معتقل |
| المحافظة : | جنين | المنطقة : | جنين | العنوان : | السبع - سجن النقب |
| العمل : | كان مرافق الأخ مروان البرغوثي | عنوان العمل : | رام الله | مكان العمل : | |

الاعتقال

| | | | |
|---|---|---|---|
| جهة الاعتقال : | الاحتلال الاسرائيلي | نوع الاعتقال : | أمني |
| مكان الاعتقال : | السبع - سجن النقب | التهمة الرئيسية : | قتل اسرائيليين |
| تاريخ الاعتقال : | ١٠/١/٢٠٠١ | وضعه التنظيمي في السجن : | فتح - عضو |
| تاريخ الافراج : | | فترة الاعتقال : | |
| ملاحظات : | المذكور محكوم عليه بخمسة عشر مؤبداً وخمسين سنة وذلك بتهمة قتل اسرائيليين. | | |



١٢/٦/٢٠٠٢          الصفحة :  ١\٢



NT AUTHORITY\NETWORK    02:009924

بسم الله الرحمن الرحيم

**السلطة الوطنية الفلسطينية**

المخابرات العامة
المحافظات الشمالية

**الصفات الشخصية :**

| | |
|---|---|
| الطول | ١٧٥ | البنية | ممتلئ البنية |
| لون الشعر | أشقر | لون العيون | عسلي |
| لون البشرة | أبيض | فصيلة الدم | غير معروف |
| علامة فارقة | لا يوجد | | |

**تقرير الشخص:**

| | |
|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | غير مرموز | درجة الثقة | |
| تاريخ الادخال | 16/10/2007 | | |

نص التقرير:

بناءا على كتابة الأمن الوطني الوارد لدينا والتي تحمل    تاريخ (٢٠٠٧/١٠/٠١)  بسترك وكتاب
(محددا) بما يلي:
المذكور ... من مراقبة دقيقة جدا وذلك بان قوته أنها جاءت خطا اجهر تضافر
المذكور... كان يعمل مع اللجان مروان البرغوثي زلان تم اعتقاله من قبل الاحتلال الاسرائيلي وحكم طويه
خمسة عشر مربدا ويقضون ننه والان يتقى انه حكم في سجل النقب.
المذكور... ريستمر ... ضيا  ... واخ ...
المذكور ... انقطر  ... شداخ ...



02:009925