

PLAINTIFF'S
EXHIBIT
148

## Confidential

General Intelligence

In the name of Allah, the Compassionate and Merciful

Northern Governorates

**Palestinian National Authority**

| Personal Information | | | | | | |
|---|---|---|---|---|---|---|
| Name | Mohamed Mashhur Mohamed Hashaika | | | | | X |
| Personal No. | 355792 | Identity No.: | 906818513 | | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | | |
| Sex: | Male | Mother's Name: | Hanan | Religion: | Muslim | |
| Marital Status: | Single | Place and Date of Birth: | ███/1981 Nablus | Nationality: | Palestinian | |
| Political Affiliation: | Islamic Jihad | Affiliation Status: | Member | Imprisonment Status: | Unknown | |
| Governorate: | Nablus | Area: | Taluza | Address: | Taluza | |
| Occupation: | | Work Address: | | Place of Work: | Police trainee | |

| [Illegible] | Page 1/3 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 02/25/2012 |

02:009952 T

General Intelligence              In the name of Allah, the Compassionate and Merciful
Northern Governorates                  **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 11/03/2011 |
| Report Type: | Personal [Report] | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 11/12/2011 | | |

| Text of Report: | The aforementioned is currently a member of the Order Maintenance and Interference Police in Nablus. He left his studies this year due to his low level.<br><br>[REDACTED]<br><br>* Maher, the eldest brother of the aforementioned, works in Ramallah at the moment. He is a student and is 20 years-old.<br>* The rest of the siblings of the aforementioned are all under 15.<br>* There are no conflicts inside the family.<br>* His situation changed, especially after the istishhad [death as a martyr] of Ayman Rashid Hashaika. He started to read the Quran and go to the mosque.<br>* At that time he started to have a very strong relationship people from Hamas, including the brothers of the aforementioned:<br>- Ahmed Rashid Hashaika (Hamas)<br>- Mohamed Rashid Hashaika (Hamas)<br>- Firas Rashid Hashaika (Hamas)<br>* Originally, the aforementioned intended to perform his operation in the Netanya area, and he was arrested in Tulkarm by the [Palestinian] Authority. He was transferred to Ramallah and was imprisoned there. During the invasion into Ramallah he escaped from prison and intended to perform his operation through people of the Islamic Jihad, but then the Al-Aqsa [Martyrs'] Brigades have taken him from them.<br>- Recently he was employed by the Palestinian police in the Tal police station<br>- The aforementioned used to engage in physical exercises and listened to songs - national songs in particular. |
|---|---|

02:009953 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 11/29/2011 |
| Report Type: | Information | Report Source: | Raed Janajra |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/29/2011 | | |
| Text of Report: | The aforementioned has performed an Amaliya Istishhadiya [act of martyrdom] in Jerusalem in the area of the French Hill, using an explosive belt weighing 10 kilograms, which resulted in the death of two people and in the injury of several other Israelis.<br>The operation case as a response to the istishhad [death as a martyr] of Ayman Hashaika, Mahmud Abu Hanud and Raed al-Karmi. The Al-Aqsa Martyrs' Brigades have broadcast a video of him [of the aforementioned], in which he talked about it.<br><br>- The brothers of the aforementioned:<br>* Maher - works for the Military Police in Nablus. He is his eldest brother.<br>* Mahdi -23 years-old, works for the Special Police in Jenin. | | | |

[Illegible]

NT AUTHORITY\NETWORK       Page 2/3

[Illegible]

02/25/2012

**02:009953 T [continuied]**

**Confidential**

General Intelligence        In the name of Allah, the Compassionate and Merciful

Northern Governorates        **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | NB/2011/8934 | Report Date: | 11/27/2011 |
| Report Type: | Information | Report Source: | NB/2011/8934 |
| Subject: | Response to Query | Level of Confidence: | |
| Date Entered: | 12/12/2011 | | |
| Text of Report: | In response to the letter of the brothers in the Legal Department no. D.Q/992/103 on 11/26/2011, regarding the aforementioned, we hereby inform you of the following:<br>- The aforementioned used to work at the Tal police station in Nablus and practiced Karate in the Shotokan Center.<br>- The aforementioned intended to perform an Amaliya Istishhadiya [act of martyrdom] in Netanya, when he was arrested by the Tulkarm Intelligence. He was transferred to Ramallah, and that was before Ramallah was invaded.<br>The aforementioned escaped during the invasion into Ramallah and intended to perform an operation on behalf of the Islamic Jihad after his escape, but the Al-Aqsa [Martyrs'] Brigades have taken him from the Islamic Jihad.<br>- On 3/21/2002, the aforementioned istashhada [was killed as a result of an act of martyrdom] in the Sbarro operation in French Hill, Jerusalem. A statement on behalf of Fatah movement was distributed in his village on 3/21/2011 to commemorate his istishhad [act of martyrdom]. | | | |

| [Illegible] |
|---|
| NT AUTHORITY\NETWORK |

Page 3/3

| [Illegible] |
|---|
| 02/25/2012 |

02:009954 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                         Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                         Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009952-9954.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009952-9954.

Dated: February 20, 2014

Yaniv Berman

CONFIDENTIAL

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم :    محمد مشهور محمد حشايكة    ☒

رقم الفرد :    رقم الهوية : 355792    906818513

وثيقة أخرى :    رقم الوثيقة    0

الجنس    ذكر    اسم الام :    حنان    الديانة    مسلم

الحالة الاجتماعية:    أعزب    مكان وتاريخ الميلاد    نابلس 1981    الجنسية:    فلسطينية

الانتماء السياسي:    جهاد اسلامي    حالة الانتماء    عضو    حالة الاعتقال :    غير معروف

المحافظة :    نابلس    المنطقة :    علوزة    العنوان :    علوزة

العمل :    عنوان العمل    مكان العمل    مخرب الشرطة

02:009952

CONFIDENTIAL

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| تاريخ التقرير | 03/11/2011 | رقم التقرير | 00 |
| مصدر التقرير | | نوع التقرير | ثانية |
| درجة الثقة | | الموضوع | |
| | | تاريخ الادخال | 12/11/2011 |

نص التقرير

* المذكور ملتحق حاليا بدوره تخرجه حفظ النظام والتدخل في نابلس وكذ ترك الدراسة هذا العام لشعف مستواه
* اخ المذكور ماهر اكبر هم يسكن حاليا في رام الله وهو طالب مدرسه وعمره 20 عام
* اما بقية اخوة المذكور فلا يتجاوزن الخامسة عشر
* لاخلافات عائليه لاسرته
* حصل تغيير على وضعه خاصه بعد استشهاد المدعو " ايمن رشيد حشايكه" حيث انه اصبح يقرا القران بكثره ويلتزم بالمسجد
* انشئته علاقته حينها مع اشخاص من حركة حماس وبلهم اشقاء المذكور :
  - احمد رشيد حشايكه /حماس
  - محمد رشيد حشايكه/حماس
  - ابراس رشيد حشايكه/حماس
* في البدايه المذكور كان يدوي تنفيذ عمليته في منطقة تقاتيا وتم ترقيته في طولكرم عن طريق السلطه وتم تحويله الى رام الله وسجنه هناك وبعد اجتياح رام الله هربا من السجن وكان يدوي تنفيذ عمليته عن طريق اشخاص من الجهاد الاسلامي وقامت كتائب الاقصى في حينها بأخذهم منهم
  - كان يعمل على ملاك الشرطه الفلسطينية في الفتره الاخيره / مركز شرطه تل
  - كان المذكور وتدرب بشكل رياضي جيد والاستماع للاغاني الوطنية خاصه

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| تاريخ التقرير | 29/11/2011 | رقم التقرير | 00 |
| مصدر التقرير | رائد جلاجزة | نوع التقرير | معلومات |
| درجة الثقة | | الموضوع | معلومات |
| | | تاريخ الادخال | 29/11/2011 |

نص التقرير

* قام المذكور اعلاه بتنفيذ عمليه استشهاديه في القدس في منطقة التله الفرنسيه حيث كانت عباره عن حزام ناسف وزن 10كغم استر عليها قتل شخصين وعدد من الاصابات من الاسرائيليين
حيث كانت العمليه ردا على استشهاد كلا من " ايمن حشايكه، محمود ابو هنود، رائد الكرمي/ وتلمت كتائب شهداء الاقصى بشكل شريط مصور له يتحدث به عن ذلك

- اشقاء المذكور :
* ماهر/ يعمل في الشرطه العسكريه - نابلس وهو اكبر اشقاؤه
* مهدي /23 عام/ ويعمل في الشرطه الخاصه / جنين.

25/02/2012

NT AUTHORITY\NETWORK

02:009953

## CONFIDENTIAL



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

. تقارير الشخص:

| | | |
|---|---|---|
| 27/11/2011 | تاريخ التقرير | ن.ب/8934/2011 | رقم التقرير |
| ن.ب/8934/2011 | مصدر التقرير | معلومات | نوع التقرير |
| | درجة الثقة | رد احتجاج | الموضوع |
| | | 12/12/2011 | تاريخ الادخال |

نص التقرير

ردا على كتاب الإخوة في الدائرة القانونية رقم : د ق/103/992   بتاريخ 26/11/2011
بخصوص المذكور اعلاه   نفيدكم:-

- المذكور كان يعمل في مركز شرطة تل بنابلس وكان يلعب الكاراتيه في مركز الشوتوكان
- المذكور كان ينوي تنفيذ عملية استشهادية في نتانيا حيث تم اعتقاله من مخابرات بتوكارم وتحويله الى رام الله
وبهذا كان قبل اجتياح مدينه رام الله
- قام المذكور اعلاه بالهرب اثناء لجتياح رام الله حيث كان ينوي تنفيذ عمليه باسم الجهاد الاسلامي يعد هزوبه ،
الا ان كتائب الاقصى اخذره من الجهاد الاسلامي
- المذكور بتاريخ 21/3/2002 استشهد في عمليه سيارى في التل الفرنسية في القدس وتم توزيع بيان بتاريخ
21/3/2011 ، في قريته بمناسبة ذكرى استشهاده حيث التى البيان باسم حركة فتح

NT AUTHORITY\NETWORK

02:009954