

PLAINTIFF'S EXHIBIT 149

| Ipfaxuser34@falcon | **Confidential** | No. 6767 P. 45/59 |
|---|---|---|
| General Intelligence<br>Northern Governorates | In the name of Allah, the Compassionate and Merciful<br>**Palestinian National Authority** | |



| Personal Information | | | | | | |
|---|---|---|---|---|---|---|
| Name | Majed Ismail Mohamed al-Masri | | | | | |
| Personal No. | 253718 | Identity No.: | 904460862 | | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | | |
| Sex: | Male | Mother's Name: | Fathiya | Religion: | Muslim | |
| Marital Status: | Single | Place and Date of Birth: | ▇▇▇/197 Nablus | Nationality: | Palestinian | |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest | |
| Governorate: | Nablus | Area: | Balata Camp | Address: | Balata Camp | |
| Occupation: | Soldier / 2nd Lieutenant | Work Address: | Nablus | Place of Work: | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/03/2007 | | |
| Text of Report: | There is no news about the status of the aforementioned, since he is imprisoned by the other side for more than 4 years now in the Be'er Sheba Prison.<br>** Source: 9902, Followed up by 9901 on 10/03/2007<br>** Entered on 10/3/2007 Abdel Hadi | | |

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/2 | 12/10/2012 |

02:009955 T

Ipfaxuser34@falcon                **Confidential**   [Handwritten:] Entered on 10/03/2007

[illegible]

<div style="text-align:center">In the name of Allah, the Merciful, the Grecious</div>

There is nothing new concerning the aforementioned person, Majed Ismail Mohamed al-Masri. He is being detained by the other side for more than 4 years and he is being held at the Be'er Sheba prison.

[Signature]

| | | |
|---|---|---|
| [illegible] 9902 | FYI | 9901 |
| 10/02/2007 | | 10/03/2007 |
| | | [Signature] |

02:009956 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009955-9956.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009955-9956.

Dated: February 20, 2014

_____
Yaniv Berman

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

| | | | |
|---|---|---|---|
| الاسم : | ماجد اسماعيل محمد مصري | | |
| رقم الفرد : | 253718 | رقم الهوية : | 904460862 |
| وثيقة اخرى : | | رقم الوثيقة | 0 |
| الجنس | ذكر | اسم الأم : | فتحية | الديانة | مسلم |
| الحالة الاجتماعية | متزوج / ة | مكان وتاريخ الميلاد | نابلس [redacted]/1972 | الجنسية | فلسطينية |
| الانتماء السياسي: | فتح | حالة الانتماء | عضو | حالة الاعتقال : | معتقل |
| المحافظة : | نابلس | المنطقة : | مخيم بلاطة | العنوان : | مخيم بلاطه |
| العمل | عسكري / ملازم | عنوان العمل | نابلس | مكان العمل | |

تقارير الشخص :

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | غير معروف | درجة الثقة | |
| تاريخ الادخال | 03/10/2007 | | |

نص التقرير:

* لايوجد جديد على وضع المذكور حيث انه معتقل لدى الطرف الاخر منذ اكثر من 4 سنوات وهو موجود في سجن بئر السبع .
** المصدر : 9902 والمتابع : 9901 وبتاريخ : 2007/10/3 .
** ادخل بتاريخ : 2007/10/3 عبدالهادي .

iptaxuser34@talcon
CONFIDENTIAL

ارهاب ورابع ٢/١/٢ ت ن س
ميلاده ١٩
بلد الميلاد

× لا جديد بكل من ع. ل. و ر. ب. ب اضافة الى كمال الطويل حسب ما ٠
معتقل لدى الاطراف لكن م ف ض اكثر من ٣ سنوات
وهو موجود في سجن شرابطيح ٠

٩٩.١
٢/١/٢ ت ن س

02:009956