

Confidential         [Illegible] TO 2969908        P. 09

General Intelligence         In the name of Allah, the Compassionate and Merciful

Northern Governorates        **Palestinian National Authority**



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Mohamed Abdel Rahman Salem Mousleh | | | | |
| Personal No. | 181710 | Identity No.: | 902845643 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Fahima | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | ■■/1972 Al-Bireh | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Unknown |
| Governorate: | Unknown | Area: | Unknown | Address: | Unknown |
| Occupation: | Driver | Work Address: | The Communications Co. | Place of Work: | |
| Arrest | | | | | |
| Arresting Authority: | Israel | | Type of Arrest: | Security | |
| Place of Arrest: | Israel | | Main Charge: | Killed 9 Israelis | |
| Date of Arrest: | 01/01/1900 | | Organizational Status at Prison: | | |
| Duration of Arrest: | | | Date of Release: | | |
| Comments: | The aforementioned was sentenced to nine life terms for killing 9 Israelis. His home was demolished following his arrest, and he was arrested at the beginning of the Intifada. | | | | |

[Illegible]
NT AUTHORITY\NETWORK

Page 1/2

[Illegible]
12/06/2012

02:009957 T

**Confidential**

[Illegible]  
General Intelligence  
Northern Governorates

TO 2969908  P 10  
In the name of Allah, the Compassionate and Merciful  
**Palestinian National Authority**

| Personal Description | | | |
|---|---|---|---|
| Height | 175 | Body Structure | Medium |
| Hair Color | Black | Eye Color | Brown |
| Skin Tone | Golden | Blood Type | Unknown |
| Identifying Marks | None | | |

| Personal Reports | |
|---|---|
| Report No.: | 7361 |
| Report Date: | 10/29/2009 |
| Report Type: | Security check |
| Report Source: | Officer 207+211 |
| Subject: | Raid and Search |
| Level of Confidence: | Good |
| Date Entered: | 11/2/2009 |
| Text of Report: | On 10/29/2009, the Occupation forces have demolished the building of citizen Abdel Rahman Salem Mousleh in the area of Umm al-Sharayet, after searching carefully all the apartments, breaking several windows and removing the wall-to-wall carpeting in some of them, where the children of the aforementioned live. Among the apartments was also an apartment of his son Mohamed, identification [card] no. 902845643. Mohamed is imprisoned in the Occupation prison for four years now, and was sentenced to nine life terms for killing nine Israelis and for being a member of the Al-Aqsa Martyrs' Brigades. The force left the place without arresting anyone or finding anything. |

02:009958 T

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | Information | | Report Source: | |
| Subject: | | | Level of Confidence: | |
| Date Entered: | 10/10/2005 | | | |
| Text of Report: | Entered on 01/31/2005 based on a personal [report] sent by the Ramallah Intelligence, numbered C.O.R/2623/S on 01/30/2005 as part of incoming letter no. C.O./C.D./1311 on 1/30/2005, which states that:<br>** He is currently imprisoned for 9 life terms for killing 9 Israelis, and he is an active member of the Al-Aqsa [Martyrs'] Brigades.<br>* The aforementioned worked in the telecommunications company (as a driver).<br>* His wife is employed at the telecommunications company.<br>His home was demolished following his arrest.<br>* Opinion of the person in charge of the organization's file: imprisoned and non-active because of his imprisonment. He was active before he was arrested.<br>* Opinion of the person in charge of the political file: Currently imprisoned. | | | | |

[Illegible]
NT AUTHORITY\NETWORK

Page 2/2

[Illegible]
12/06/2012

02:009958 T [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>        Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009957-9958.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009957-9958.

Dated: February 20, 2014

                           _____
                           Yaniv Berman

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية — السلطة الوطنية الفلسطينية

المعلومات الشخصية:

الإسم: محمد عبد الرحمن سالم مصلح

رقم الفرد: 181710 | رقم الهوية: 902845643
وثيقة أخرى: لا يوجد | رقم الوثيقة:

الجنس: ذكر | اسم الأم: فهيمه | الدية: سلم
الحالة الاجتماعية: متزوج لا | مكان وتاريخ الميلاد: 1977 البيرة | الجنسية: فلسطينية
الانتماء السياسي: فتح | حالة الانتماء: عضو | حالة الاعتقال: غير معروف
المحافظة: غير معروف | المنطقة: غير معروف | العنوان: غير معروف | أم الشرايط
العمل: سائق | عنوان العمل: شركة الاتصالات | مكان العمل:

الاعتقال:

جهة الاعتقال: إسرائيل | نوع الاعتقال: أمني
مكان الاعتقال: إسرائيل | التهمة الرئيسية: قتل 9 إسرائيليين
تاريخ الاعتقال: 01/01/1901 | وضعه التنظيمي في السجن: عضو
فترة الاعتقال: | تاريخ الإفراج:

ملاحظات: المذكور محكوم تسعة مؤبدات على خلفية قتل 9 إسرائيليين وكذلك من مازله بعد اعتقاله وإعتقل في بداية الانتفاضة

الصفحة: 1\2



02:009957

المخابرات العامة
المحافظات الشمالية
بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

الصفات الشخصية :

| | | | |
|---|---|---|---|
| الطول | 175 | البنية | متوسطة |
| لون الشعر | اسود | لون العيون | بني |
| لون البشرة | حنطي | فصيلة الدم | غير معروف |
| علامة فارقة | لايوجد | | |

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 7361 | تاريخ التقرير | 29/10/2009 |
| نوع التقرير | بحث امني | مصدر التقرير | ضابط 2207-3114 |
| الموضوع | مداهمة وتفتيش | درجة الثقة | جيدة |
| تاريخ الادخال | 02/11/2009 | | |

نص التقرير: بتاريخ 29/10/2009 قامت قوات الاحتلال بمداهمة عمارة المواطن/عبدالرحمن سليم مصلح / في منطقة أم الشرايط حيث قاموا بتفتيش جميع الشقق بدقة وكسرو بعض النوافذ الخارجية فيها وخلع السجاد الأرضي في بعضها والى بيكابا أبناء المذكور ومن ضمن الشقق شقة إبنه/ شحدة هنية رقم/ 9:2851642 حيث أن محمد معتقل في سجون الاحتلال منذ أربعة أعوام وبحكم عليه تسع مؤبدات على خلفية قيامة بقتل تسع إسرائيليين وقيامة بتزعيم كتائب شهداء الأقصى ومغادرت قوة المدان دون اعتقال لحد أن المذكور على أبو شرخ

تقرير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | غير معروف | درجة الثقة | |
| تاريخ الادخال | 10/10/2005 | | |

نص التقرير: ادخل في 31/01/2005 بناء على ذاتيه مرسله من مخابرات رام الله رقم ع م ر/ 2623/ هس في تاريخ /30/ 1/2005 ضمن الوارد اليناع م/م م/ 1311 في تاريخ /30/ 1/ 2005 تفيد
**محكوم حاليا 9 مؤبدات وذلك لقتله 9 اسرائليين/ و هو من نشطاء كتائب الاقصى
* المذكور عمل في شركه الاتصالات (سابق )
*زوجته تعمل موظفه في شركه الاتصالات
هدم منزله بعد اعتقاله
*راي مسؤول ملف تنظيم :معتقل ولانشط بسبب الاعتقال وكان نشيط قبل اعتقاله
**راي مسؤول ملف سياسي :معتقل حاليا

الصفحة 2\2

NT AUTHORITY\NETWORK

02:009958