PLAINTIFF'S EXHIBIT 153

10 DEC 2012 14:28 [Illegible]     **Confidential**     NO 6767 P 8/59

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Sa'id Ibrahim Sa'id Ramadan | | | | X |
| Personal No. | 314285 | Identity No.: | 904564804 | | |
| [Referencing] Another Doc.: | None | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Aziyya | Religion: | Muslim |
| Marital Status: | Unknown | Place and Date of Birth: | ▓▓ 1978 | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Supporter | Imprisonment Status: | Unknown |
| Governorate: | Nablus | Area: | Tal | Address: | |
| Occupation: | Under arrest | Work Address: | | Place of Work: | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 05/21/2010 |
| Report Type: | Internal | Report Source: | 2180+103+165+2290 |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 05/21/2010 | | |
| Text of Report: | The aforementioned istashhada [died as a result of an act of martyrdom] during a Fatah operation in Israel. | | |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/2 | 12/10/2012 |

02:009965 T

10 DEC 2012 14:28 [Illegible]  **Confidential**  NO 6767 P 9/59

General Intelligence   In the name of Allah, the Compassionate and Merciful

Northern Governorates   **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 0 | Report Date: | 12/24/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Attachments | Level of Confidence: | |
| Date Entered: | 12/24/2011 | | |
| Text of Report: | Attachments . | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 12/09/2012 |
| Report Type: | Internal | Report Source: | 2290 |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/10/2012 | | |
| Text of Report: | * The aforementioned is a member of Fatah Movement.<br>* He was employed by the Marine Police in Nablus.<br>* He carried out an amaliya istishhadyia [act of martyrdom] in occupied Jerusalem in 2003 on behalf of the Al-Aqsa Martyrs' Brigades in ratiliation for the istishhad [death as a martyr] of Raed al-Karmi. | | |

[Illegible]  
NT AUTHORITY\NETWORK

Page 2/2

[Illegible]  
12/10/2012

02:009966 T

10 DEC 2012 14:28 [Illegible]

## Confidential
### Palestinian National Authoruity

58377
General Intelligence
Palestinian Governorates
(Nablus Governorate Intelligence)



Source: 2024
Follower: Ramadan
Date: 06/22/96

| 1. Identity No.: | 904564804 | Name of Father: | Ibrahim |
|---|---|---|---|
| 2. Name: | Sa'id | Alias: | Ramadan |
| 3. Name of Grandfather: | Sa'id | Mother's Name: | |
| 4. Commonly Used Name: | | Place of Birth: | |
| 5. Date of Birth: Body | /1978 | Structure (description): | |
| 6. Complexion: | | Eye color: | |
| 7. Hair color: | | Identifying Marks: | |
| 8. Marital Status: | Single | Spouse Name: | |
| 9. Number of Children: | | Training: | Maritime Police course |
| 10. Education: | 1st class of Junior High School | Languages: | |
| 11. Residence Address: | Village of Tal / Nablus | Work Address: | |
| 12. Name of Organization (the subject): | Fatah | Position in the Organization: | |
| 13. Level of Extremism: | | Level of Risk: | |
| 14. Authority: | | Type of weapons used by him: | |

**Life Milestones**

- Response to local query / police course

- The aforementioned is the oldest son in the family.

- He came to the village from Kuwait after the Gulf War.

- The family's financial situation is poor.

- He is good in terms of security and morals.

[Signature]

[illegible]/30/97

02:009967 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009965-9967.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009965-9967.

Dated: February 20, 2014

Yaniv Berman

10. DEC. 2012 14:28    Mail 4G PGI NABLUS
rpfaxuser34@tal.com    CONFIDENTIAL    NO. 6767   P. 8/59

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : سعيد ابراهيم سعيد رمضان

رقم الفرد : 314285    رقم الهوية : 904564804

وثيقة أخرى :    رقم الوثيقة : 0

الجنس : ذكر    اسم الام : عزية    الديانة : مسلم

الحالة الاجتماعية : غير معروف    مكان وتاريخ الميلاد : 1978    الجنسية : فلسطينية

الانتماء السياسي : فتح    حالة الانتماء : مؤيد    حالة الاعتقال : غير معروف

المحافظة : نابلس    المنطقة : لل    العنوان :

العمل :    عنوان العمل :    مكان العمل :

تقارير الشخص :

رقم التقرير :    تاريخ التقرير : 21/05/2010

نوع التقرير : ذاتية    مصدر التقرير : 2180+103+165+2290

الموضوع : معلومات    درجة الثقة :

تاريخ الادخال : 21/05/2010

نص التقرير : المذكور استشهد في عملية لفتح في اسرائيل

10/12/2012    الصفحة : 1\2       NT AUTHORITY\NETWORK

02:009965

10. DEC. 2012 14:29    Mail 4G PGI NABLUS**CONFIDENTIAL**    NO. 6767    P. 9/59
infaxuser34@falcon

بسم الله الرحمن الرحيم

**المخابرات العامة**
**المحافظات الشمالية**

**السلطة الوطنية الفلسطينية**

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 0 | تاريخ التقرير | 24/12/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | مرفقات | درجة الثقة | |
| تاريخ الإدخال | 24/12/2011 | | |

نص التقرير: مرفقات

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 00 | تاريخ التقرير | 09/12/2012 |
| نوع التقرير | ذاتية | مصدر التقرير | 2290 |
| الموضوع | | درجة الثقة | |
| تاريخ الإدخال | 10/12/2012 | | |

نص التقرير:
* المذكور من عناصر حركة فتح
* كان متفرغ على ملاك الشرطة البحرية في نابلس
* نفذ عملية استشهادية في القدس المحتلة عام 2003 باسم كتائب شهداء الأقصى رداً على استشهاد زاد الكرمي

10/12/2012    الصفحة 2\2    NT AUTHORITY\NETWORK

02:009966

10. DEC. 2012 14:28    MJ-1 4G PGT NABLUS            NO. 6767   P. 5/59
rptaxuser346falc CONFIDENTIAL

# السلطة الوطنية الفلسطينية



المخابرات العامة
المحافظات الفلسطينية
(مخابرات محافظة نابلس)

الصادر: ........... 58377
التابع: ...........
التاريخ: ...........

1- رقم الهوية: ...........
2- الاسم: ...........
3- اسم الجد: ...........
4- الاسم المتداول: ...........
5- تاريخ الميلاد: ...........
6- لون البشرة: ...........
7- لون الشعر: ...........
8- الحالة الاجتماعية: ...........
9- عدد الأولاد: ...........
10- التحصيل العلمي: ...........
11- عنوان السكن: ...........
12- اسم التنظيم (الوضع): ...........
13- درجة التعصب: ...........
14- المهنة: ...........

اسم الأب: إبراهيم
اللقب: عمران
اسم الأم: ...........
مكان الميلاد: ...........
البند أوصاف (...): ...........
لون العينين: ...........
علامات فارقة: ...........
اسم الزوجة: ...........
الهوية: ...........
اللغات: ...........
عنوان العمل: ...........
يرتكبون الأشخاص أو الجهة: ...........
درجة الخطر: ...........

نوع الأسلحة التي يجيد استخدامها: ...........

**أهم مفاصل في حياته**

...........
...........
...........
...........
...........

02:009967