**PLAINTIFF'S
EXHIBIT
276**

Wednesday, November 21, 2012



 police Info
police Images
police Multimedia

 شرطة الفلسطينية
Palestinian police

| Wednesday, November 21, 2012, at 9:2[truncated] | Home | Inspector General | Specialized Departments | Governorates | News | Opinion | Contact Us |

ÙN

Top News: Higher Committee for [truncated]

**Police Prisoners**
List of the names of Palestinian Police members being held in Israeli Occupation Forces prisons and detention centers

| Rank | Rank Type | Name |
| --- | --- | --- |
| Colonel | – | Majed Ismail Mohamed al-Masri |
| Captain | – | Mahmoud Yousef Nimr al-Khatib |
| Captain | Security | Ahmed Taleb Moustafa al-Barghouti |
| Captain | – | Arif Mohamed Rajeb Tabanjeh |
| First Lieutenant | Honor | Bannan Abdel Latif Ali Barham |
| First Lieutenant | Honor | Wael Shakir Mahmoud Misheh |
| Second Lieutenant | 3/6 | Salah Ahmad Mohamed Jarmi |
| Second Lieutenant | Honor | Mohamed Abdel Karim Hasan Zawahreh |
| Second Lieutenant | Honor | Jamal Nayef Hussein Kheirallah |
| Second Lieutenant | Honor | Nuaman Abdullah Yousef Allawneh |



**About the Director General of the Police**
Major General Hazim Attalah, Director General of the Police, gave a lecture at a conference of senior executive officers in Garmisch, Germany.

**About the Police**
**Police Martyrs**
**Police Prisoners**
**Lost Property**
**Studies and Statistics**

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 228**

Wednesday, November 21, 2012

| First Lieutenant | Honor | Bassam Shafiq Atieh Akteaa |
|---|---|---|
| First Lieutenant | Honor | Malek Khalil Maham Dufish |
| First Lieutenant | Honor | Atallah Mohamed Atallah Hashash |
| First Lieutenant | Honor | Shahir Aziz Mahmoud Halahleh |
| First Warrant Officer | – | Samir Sabry Hatim Habal |
| First Warrant Officer | – | Ibrahim Abdel Qader Robin Samhan |
| First Warrant Officer | – | Wisam Ali Mohamed Radi |
| First Warrant Officer | – | Samer Qasim Mohamed Awad |
| First Warrant Officer | – | Riyad Suleiman Zahdi Marshoud |
| First Warrant Officer | – | Mohamed Saeed Abd Hamad |
| Warrant Officer | – | Bilal Wajih Mohamed Kayid |
| Warrant Officer | – | Jawad Jamil Khalil Hosheih |
| Warrant Officer | – | Mohamed Taisir Abdel Hafith Zahran |
| Warrant Officer | – | Tariq Khalid Mohamed Tabash |
| Warrant Officer | – | Nidal Mahmoud Amin Daghlus |
| Warrant Officer | – | Abdel Salam Abdel Rahim Abdullah Bani Odeh |
| Warrant Officer | – | Khalid Othman Musa Al-Hamarneh |
| Warrant Officer | – | Hilmi Abdel Karim Mohamed Hamash |
| Warrant Officer | – | Mahmoud Yousef Mohamed Asfour |
| Warrant Officer | – | Basil Ammad Subhi Aref |
| Warrant Officer | – | Haitham Ahmad Samareh Antari |
| Warrant Officer | – | Shadi Ahmad Mohamed Kheir al-Din |
| Warrant Officer | – | Alaa Omar Mohamed al-Namleh |
| Warrant Officer | – | Mohamed Ahmad Mohamed Darwish |
| Warrant Officer | – | Jihad Amin Mohamed Ramaheh |
| Warrant Officer | – | Fadi Issa Musa Jalayita |
| Warrant Officer | – | Murad Mohamed Rida Ahmad Aboul Rabb |
| Warrant Officer | – | Mohamed Mahmoud Salih al-Qadoumi |



Relevant Laws
Medical Services
Community Photos
Media &
Publications
Police Magazine
Sports
Complaints &
Suggestions

Israeli
Violations
Legal Advisor

Photo Library
Ideal Police

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 229**

Wednesday, November 21, 2012

| Warrant Officer | – | Shadi Abdel Samia Suleiman Zaid |
| Warrant Officer | – | Majid Khairy Mohamed Hassoun |
| Warrant Officer | – | Ahmad Aid Dib Jawad |
| Warrant Officer | – | Bilal Ghalib Ahmad Bahloul |
| First Sergeant | – | Mahmoud Ismail Mahmoud Abu Zahrah |
| First Sergeant | – | Musa Mohamed Abdel Hamid Aies |
| First Sergeant | – | Mohamed Mustafa Mohamed al-Najar |
| First Sergeant | – | Salih Husni Abdel Rahman al-Shubeki |
| First Sergeant | – | Tariq Ibrahim Hussein Salah |
| First Sergeant | – | Jihad Rizq Mohamed Qasim |
| First Sergeant | – | Jamal Ismail Mustafa Qisieh |
| First Sergeant | – | Mutawakkil Mohamed Mahmoud Radwan |
| First Sergeant | – | Zaki Ali Zaki Radwan |
| First Sergeant | – | Abdel Basit Mohamed Ahmed Sawafteh |
| First Sergeant | – | Basim Abdullah Mustafa Mazhar |
| First Sergeant | – | Raed Mahmoud Jamil al-Sheikh |
| First Sergeant | – | Mohamed Mahmoud Ahmad Hamad |
| First Sergeant | – | Muayyid Ali Mohamed Jarradat |
| First Sergeant | – | Hasan Falih Ahmad Bazour |
| First Sergeant | – | Wael Hamdan Abdel Hadi Ishtiwi |
| First Sergeant | – | Salih Qannah Salih Mansour |
| First Sergeant | – | Rafit Amin Mohamed Turkman |
| First Sergeant | – | Hussein Mustafa Hasan al-Luh |
| First Sergeant | – | Mohamed Nasr Issa Qandil |
| First Sergeant | – | Nidal Hussein Abdel Salam Haddad |



**Pictures & Comments**



http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 230**

Wednesday, November 21, 2012

| First Sergeant | – | Bashar Abdel Halim Ahmad Arshid |
| First Sergeant | – | Samer Amin Mohamed Abu Maryam |
| Sergeant | – | Abdel Muhsin Khidr Shukri Abu Shakr |
| Sergeant | – | Salah al-Din Fakri Abdel Muttalib al-Natsheh |
| Sergeant | – | Salah Abdel Qadir Talib Amr |
| Sergeant | – | Nabih Nabil Imran al-Sharbati |
| Sergeant | – | Mahmoud Mohamed Mahmoud Amr |
| Sergeant | – | Jamal Ibrahim Abdel Jawad Omar |
| Sergeant | – | Mohamed Sufyan Yasir Khalil Aqnibi |
| Sergeant | – | Muhsin Mohamed Ali Imran Sharbati |
| Sergeant | – | Imran Abdel Hamid Musa Abu Sabih |
| Sergeant | – | Ibrahim Khalil Mahmoud Atieh |
| Sergeant | – | Bilal Adnan Ismail Zeitoun |
| Sergeant | – | Yousef Salah el-Din Mahmoud Abu Saeed |
| Sergeant | – | Ibrahim Ahmad Ismail Abu Aud |
| Sergeant | – | Hazim Qasim Mohamed Awad |
| Sergeant | – | Basim Nassar Nasr Shaarawi |
| Sergeant | – | Mohamed Jasir Ismail Abu Saris |
| Sergeant | – | Amjad Omar Mustafa Khalil |
| Sergeant | – | Ayad Walid Ahmad Mahlous |
| Sergeant | – | Wael Ali Abdel Rahim Abu Qamar |
| Sergeant | – | Amir Omar Khidr Abdou |
| Sergeant | – | Mahmoud Salih Mahmoud Mahr |
| Sergeant | – | Mohamed Radwan Mohamed Abu Rizq |

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 231**

Wednesday, November 21, 2012

| Sergeant | – | Tariq Hussan Ahmad Athem |
|---|---|---|
| Sergeant | – | Bahaa Samih Mohamed Sawalmeh |
| Sergeant | – | Ahmad Shakir Mahmoud Shitiwi |
| Sergeant | – | Mohamed Fawz Mohamed Yadak |
| Sergeant | – | Abdel Qadir Ahmad Nafia Aboul Rabb |
| Sergeant | – | Shadi Shahadeh Abdel Hadi Shulaldeh |
| Corporal | – | Musa Ahmad Daoud Aql |
| Corporal | – | Marwan Naji Mohamed Abu Ghoneim |
| Police officer | – | Samid Mahmoud Abdel Qadir Ishtiwi |
| Probationary Police officer | – | Mohamed Wajih Jamil Wahdan |

Number of prisoners and detainees from among the Palestinian police forces is 102.

Last update May 13, 2012 // A.S.

Published on Wednesday, March 31, 2010, at 11:02 p.m. Categorized under "Police Prisoners". You can view any comments via the link RSS 2.0. You may leave a comment.

[reader comments follow]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 232**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 233**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 234**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 235**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 236**

Wednesday, November 21, 2012

[form to enter reader comments, webpage footer]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 237**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

vs.                                              No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 228-37.

2.  I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 228-37.

Dated: February 2C, 2014

                                        _____
                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014



Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

P 2: 228

Wednesday, November 21, 2012




الأربعاء 21 نوفمبر 2012 - الساعة 9:2 | اهم الاخبار | المجلس الأعلى للعشا

| police Info |
| police Images |
| police Multimedia |

## اسرى الشرطة

قائمة باسماء منتسبي الشرطة الفلسطينية المعتقلين في سجون و معتقلات قوات الاحتلال الاسرائيلي

| الرتبة | نوع الرتبة | الاسم |
|---|---|---|
| عقيد | - | ماجد اسماعيل محمد المصري |
| نقيب | - | محمود يوسف نمر الخطيب |
| نقيب | امني | احمد طلب مصطفى البرغوثي |
| نقيب | - | عارف محمد راتب طنبجة |
| ملازم أول | شرف | بلال عبد اللطيف علي برقم |
| ملازم أول | شرف | وائل شاكر محمود مشه |
| ملازم | 6/3 | صلاح احمد محمد جرعى |
| ملازم | شرف | محمد عبد الكريم حسين زواهرة |
| ملازم | شرف | جمال نايف حسين خير الله |
| ملازم | شرف | نعمان عبد الله يوسف علاوية |






مدير عام الشرطة في سطور
سعادة مدير عام الشرطة اللواء حازم عطا الله في مؤتمر كبار الضباط
المصدر مدسة خان يسمن في الماعا

| نبض الشرطة |
| شهداء الشرطة |
| اسرى الشرطة |
| منكرات مفتوحة |
| دراسات و احصائيات |

| الاسم | | الرتبة |
|---|---|---|
| بسام شفيق عطيه الكبع | شرق | ملازم |
| مالك خليل محمد دوفش | شرق | ملازم |
| عطا الله عطاالله حشاش | شرق | ملازم |
| شاهر عزيز محمود خلاجله | | مساعد اول |
| سمير عبري حاتم هبل | - | مساعد اول |
| سمحان ابراهيم عبد القادر ربمن | - | مساعد |
| وسام علي محمد راضي | - | مساعد اول |
| سامر قاسم محمد عواد | - | مساعد اول |
| رياض سليمان زهدي مرشود | - | مساعد اول |
| محمد سعيد عبد حماد | - | مساعد |
| بلال وجيه محمد كايد | - | مساعد |
| جواد جميل خليل جوشيه | - | مساعد |
| محمد تيسير عبد الحفيظ زهران | - | مساعد |
| طارق خالد محمد طمش دلكس | - | مساعد |
| نضال محمود امين دلكس | - | مساعد |
| عبد السلام عبد الرحيم عبد الله بني عوده | - | مساعد |
| خالد عثمان موسى الصوارزه | - | مساعد |
| حلمي عبد الكريم محمد محمد قمحاش | - | مساعد |
| محمود يوسف محمد تعطور | - | مساعد |
| باسل عماد صبحي عريف | - | مساعد |
| هيثم احمد سماره عتنري | - | مساعد |
| شادي احمد محمد خير الدين | - | مساعد |
| علاء عمر محمد المله | - | مساعد |
| محمد احمد محمد درويش | - | مساعد |
| جهاد امين محمد راجه | - | مساعد |
| فادي عيسى موسى خلايفه | - | مساعد |
| مراد محمد رضا احمد ابو الرب | - | مساعد |
| محمد محمود صالح القدومي | - | مساعد |







| الرتبة | | الاسم |
|---|---|---|
| مساعد | - | شادي عبد السميع سليمان |
| مساعد | - | ماجد خيري محمد حسون زيد |
| مساعد | - | احمد عبد ذيب جواد |
| مساعد | - | بلال غالب احمد بعلوك |
| رقيب اول | - | محمود اسماعيل محمود ابو زهرة |
| رقيب اول | - | موسى محمد عبد الحميد عيسى |
| رقيب اول | - | محمد مصطفى محمد البحار |
| رقيب اول | - | صالح حسني عبد الرحمن الشوبكي |
| رقيب اول | - | طارق ابراهيم حسين صلاح |
| رقيب اول | - | جهاد رزق محمد قاسم |
| رقيب اول | - | جمال اسماعيل مصطفى قنيبه |
| رقيب اول | - | موكل محمد محمود رضوان |
| رقيب اول | - | زكي علي زكي رضوان |
| رقيب اول | - | عبد الباسط محمد احمد موافقه |
| رقيب اول | - | باسم عبد الله مصطفى مرقه |
| رقيب اول | - | رائد محمود جميل الشيخ |
| رقيب اول | - | محمد محمود احمد حماد |
| رقيب اول | - | مؤيد علي محمد حرزات |
| رقيب اول | - | حسن فالح احمد برو |
| رقيب اول | - | وائل حمادة عبد الهادي الشروكي |
| رقيب اول | - | صالح قنه صالح منصور |
| رقيب اول | - | رافت امين محمد تركمان |
| رقيب اول | - | حسين مصطفى حسن اللوح |
| رقيب اول | - | محمد نصر عيسى قنديل |
| رقيب اول | - | نضال حسين عبد السلام حداد |

صورة وطنية

P 2: 231

| | | |
|---|---|---|
| بشار عبد الحليم احمد ارشيد | - | رقيب أول |
| سامر امين محمد ابو مريم | - | رقيب أول |
| عبد المحسن حضر شكري ابو شكر | - | رقيب |
| صلاح الدين فكري عبد المطلب النتشه | - | رقيب |
| صلاح عبد القادر طالب عمرو | - | رقيب |
| نبيه نبيل عمران الشرباتي | - | رقيب |
| محمود محمد محمود عمرو | - | رقيب |
| جمال ابراهيم عبد الجواد عمر | - | رقيب |
| محمد سفيان ياسر خليل القيسي | - | رقيب |
| محسن محمد علي عمران | - | رقيب |
| شرباتي عمران عبد الحميد موسى ابو صبيح | - | رقيب |
| ابراهيم خليل محمود عطيه | - | رقيب |
| بلال عدنان اسماعيل رنون | - | رقيب |
| يوسف صلاح الدين محمود ابو سحما | - | رقيب |
| ابراهيم احمد اسماعيل ابوعوض | - | رقيب |
| خازم قاسم محمد عواد | - | رقيب |
| باسم نصار نصر شحروق | - | رقيب |
| محمد جابر اسماعيل ابو سريس | - | رقيب |
| احمد عمر مصطفى خليل | - | رقيب |
| اياد وليد احمد مهاوش | - | رقيب |
| وائل علي عبد الرحيم ابو قمر | - | رقيب |
| عامر عمر حضر عبدو | - | رقيب |
| محمد رضوان محمود ابو زرق | - | رقيب |

Wednesday, November 21, 2012

| | |
|---|---|
| طارق حسان احمد عظم | رقيب |
| بهاء سميح محمد سوالمه | رقيب |
| احمد شاكر محمود تنتوش | رقيب |
| محمد فوز محمد بارك | رقيب |
| عبد القادر احمد نافع ابو الرب | رقيب |
| شاذي شحادة عبد الوادي | عريف |
| موسى احمد داود عقل | عريف |
| مروان ياسين محمد ابو غنم | شرطي |
| حامد محمود عبد القادر الشنوف | شرطي تحت الاختبار |
| محمد وحيد جميل وهدان | |

42 من المطلوبين د "السرى الفنيمة"

1. مصطفى / علوون علامات
:SDIYS at 2:42 am 21/09/2012

2. علاوم / مراد عثمام دراجمـه
:SDIYS at 8:02 pm 22/08/2012

3. علاوم المسهم الله مدنيا علوم با رب شوب علومم
:SDIYS at 5:51 am 05/08/2012

4. الشروى / رئيس
:SDIYS at 12:39 am 31/07/2012

5. مركز اصلاح ازمـة
:SDIYS

Wednesday, November 21, 2012

http://www.palpolice.ps/ar/?p=4830

P 2: 233

6. مساعد / علاء فراوقي says:
at 1:40 pm 10/06/2012

7. حاتم رامحي says:
at 7:10 am 08/06/2012

8. الشرطي / رامحي says:
at 12:00 am 27/05/2012

9. الشرطي / رامحي says:
at 11:55 pm 26/05/2012

10. لؤي رمضان says:
at 6:44 pm 06/05/2012

11. طاهر علي عبد الله says:
at 7:02 am 04/05/2012

12. ابو محمود says:
at 2:29 pm 17/04/2012

13. رقيب اول / says:
at 3:52 pm 08/02/2012

14. محمود عطالله says:
at 1:05 pm 01/02/2012

15. ملازم / says:
at 6:36 pm 29/01/2012

Wednesday, November 21, 2012

16. محمد جميل للشرطة الشرطية
says: at 1:07 pm 29/01/2012
نسب الله الرحمن الرحيم
وأب شلت أرجال أرجولاء لغزو الشرطه الفلسطينيه خلف المطالب
وعاصمهم وكلم حبل السك

17. سلام بلال بركة
says: at 8:12 pm 21/12/2011
اللهم فرق كريم وحمل الرحوم وطلق مباحهم رب الشباب

18. ابوحسن ابو سلام
says: at 1:03 am 28/02/2011
كل السمه لكم للبراء الاشاك والهم نحبه الى الاسم وسام لامن وملاح وطلاق ملاح وهتمد تندري وحسن نيم وحمد السلام سب نبوة

19. ابوحسن ابو سلام
says: at 12:37 am 27/10/2011
السلام عليكم ورحمه الله وبركاته ربا نعرضها عليكم دنيا واخره يا المطاف بالكلام وحسن الطافى وحده فيكم لا ريسلو وزمالك وبلاك وهتمد وحسن وحمد الناسم

20. نعيم / عبد الهادى الصوفى
says: at 10:35 pm 06/09/2011
نحبه الى طول اللزوم الفاعل لخدمه الاسرى

21. نعيم محمد غباة الطافى
says: at 2:24 pm 17/08/2011
الله نعزن نعيم جنبها

22. عواد علياك
says: at 11:23 pm 19/07/2011
الحرح الفاعل والبسمه لخدمه الاسرى

23. أحمد الجوميس للمنظم والماك (ف)
says: at 9:05 pm 07/03/2011
السمن كالرم الفاعل غيل الفلسطين .. بلاد المال لب سكلب ولا له اللمم لب سكلب

24. ريحانة أبرهاة
says: at 7:49 pm 28/02/2011
لاد المال لب سكلب ولاد الممد لب سكلب

25. عباس نعبد الرحمن
says: at 2:21 pm 30/09/2010
السلام عليكم
الشبن عن الطبالش لب بسم الاعلام غير جمع السترك الفلسطين ودودا استبدا ولهي بالكر اصواف وطالب غير جهار السترله الفلسطينه
هناك صديق لى في الشرطه وهو الان اسير عند عام 2002 ثم اخز السترله حسب الفاعمه وهو الاسرر ل سالم سبان الذي اخمد عام لأب شترقله الرله الفله وشدلا الاجتماعكم

26. ادم مسكاره
at 6:30 pm 24/09/2010
**SBYS:**
لانه الله لد يعلين والذ القبد الد تكنس

27. ملاو بزل الزرقان حسبن عليانه
at 5:48 pm 31/08/2010
**SBYS:** نصبن الغازل الفاصل فى جميع الاسرى فلسطين والطب اعادتهم علينسان حماس فى مصر المتحققة والقبس الشريف

28. اسماء الصرجة القاسمية فهظاذدين عن المظلوب
at 2:32 pm 28/08/2010
**SBYS:**
بسم الله الرحمن الرحيم

والصلاة والسلام علينا اشرف الخلق والمرسلين محمد علينا اكر لخلق والانبياء

29. وليم حسبني حسبن الفوانية
at 6:39 am 12/08/2010
**SBYS:** نشبن عبس الذى لكل اكرى فى سجون الاحتلال والذى الحسرين علينا اسهم من الاسرى يوسف حسبن حسبني المطالبه

30. رجاء محمد سلبمان زيد
at 11:47 am 06/08/2010
**SBYS:** الحبة لحميع الاسرى جابه والاسرى رايا الثمن زيد حالينه الاسرى عباد عبد السجود سلبمان زيد والاسرى زيد الحرية لكم جميعا

31. ابو يوسف الالبانى
at 9:11 am 09/06/2010
**SBYS:** اصل السلام عليكم المسكلات المساء البعص زكل علينا حسب عطائكم من كريه بست سموكة المقدمة الذى تم اعلام مسلكه يوم 2010/6/6 مند (9) سبوات الى سجون الاحتلال

32. ملاو بزل زيد عوف
at 8:11 pm 30/05/2010
**SBYS:** اصل المساء الى اسوم والطبهم سلامى عباسى باذل الله عطلهم

33. ملاو بقلمه عواص
at 11:46 pm 17/05/2010
**SBYS:** الله بحبنا على حميع الاسرى المعاشين ولاحس رماكم بالسرقة المقلتسبه

34. صباحات ابو عطالم
at 5:09 pm 09/05/2010
**SBYS:** الحره الداخل لاسرى الشبرفه وحمع الاسرى والسمكم زلله يا حفظه الجنان

35. قائل أبو القاسم :SBYS
at 12:19 pm 08/05/2010

الله يسلك لسرهم الله يعرهم لا رب غيره عليهم

36. احمد :SBYS
at 3:13 pm 27/04/2010

37. Mahmoud says:
at 10:01 pm 13/04/2010

38. ربال ابراهيم ابو قاسم :SBYS
at 9:41 am 13/04/2010

39. ذكر الميت :SBYS
at 11:10 pm 12/04/2010

40. ابو عليهم :SBYS
at 10:37 pm 08/04/2010

41. ربال فضل :SBYS
at 8:15 am 08/04/2010

42. مصباح/مالك/مسكر :SBYS
at 12:53 pm 04/04/2010



Wednesday, November 21, 2012