

Date: June 29, 2003                    1                    Case No. : 6446/02

## The Military Court

## Samaria

## - Transcript -

Court hearing dated: June 29, 2003     Before a panel: President of Court: LTC Erez Hasson

Judge: Major Amit Freiz

Judge: Captain Falah Zaid

Prosecutor: Judicial Officer Liron Averbach

Defense counsel: Adv. Wissam Agbaria + Adv. Iraqi

**Defendant: Ibrahim Adnan Najib Abdel Hai       Identity No.: 411124423**

Stenographer: Private Aya

Interpreter: Corporal Osama

**- The President of the Court identified the Defendant -**

Defendant: Adv. Iraqi is also representing me.

**The President of the Court clarifies to the Defendant the nature of the amended indictment.**

Defense counsel: The Defendant understands and pleads guilty to the amended indictment.

Defendant: I plead guilty to the indictment, including the fact that I and Mahmoud Titi were accomplices in the murder of Zahir Turabi, that I and Nasser Aweis dispatched Said Ramadan to carry out an attack in the heart of Jerusalem, that I and Ahmed Barghouti and Nasser Aweis dispatched the terrorist who carried out the attack at the Seafood Restaurant in Tel Aviv, that I was an accomplice in dispatching Jihad Titi to Petach Tikva in the event in which the grandmother and the granddaughter were killed.

[Stamp] P 5: 236

Prosecution Case 444/02 Amended

37

## <u>Verdict</u>

In view of the confession of the Defendant before us, both by his defense counsel and in his own words, after he reconfirmed before us his confession and liability for the key offenses that have been attributed to him, we convict the Defendant of the offenses that have been attributed to him in the amended indictment dated October 23, 2002.

The case has been set for a hearing for arguments for sentencing on July 9, 2003.

**Right of appeal as conferred by law**

Issued and notified this day, June 29, 2003 , in public and in the presence of the parties.

| [Signature] | [Signature] | [Signature] |
|:---:|:---:|:---:|
| **Judge** | **President of Court** | **Judge** |

[Stamp] O/ 5030739 Major Amit Freiz

      Vice President, Samaria Court

[Stamp] P 5: 236 [continued]

Prosecution Case 444/02 Amended

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5:236.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 5:236.

Dated: March 6, 2014

_____
Rina Ne'eman

ss.:  New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
6 day of March, 2014


_Leonor Troyano_
Notary Public


LEONOR TROYANO
ID # 2365580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires

<div dir="rtl">

תאריך: 29/06/03     1     תיק מס׳: 6446/02

**בית המשפט הצבאי**
**ש ו מ ר ו ן**
**- פ ר ו ט ו ק ו ל -**

דיון בית משפט מיום: 29/06/2003     בפני הרכב: אב״ד: סא״ל ארז חסון
    שופט: רס״ן עמית פרייז
    שופט: סרן פאלח זאיד

תובע: קמ״ש לירון אברבך
סניגור: עו״ד  ויסאם אגברייה + עו״ד עיראקי.

נאשם: אבראהים עדנאן נג׳יב עבד-אלחי    ת.ז.: 411124423

רשמת: טורי׳ איה
מתורגמן: רב״ט אוסאמה

---

**- אב״ד זיהה את הנאשם -**

נ : מייצג אותי גם עו״ד עיראקי.

**אב״ד מבהיר לנאשם את מהות כת״א המתוקן.**

ס : הנאשם מבין ומודה בכת״א המתוקן.

נ : אני מודה בכת״א כולל בכך שאני ומחמוד טיטי היינו שותפים ברצח של זאהר טוראבי, שאני ונאסר עווית שלחנו את סעיד רמאדן לבצע פיגוע בלב ירושלים, שאני ואחמד ברגותי ונאסר עווית שלחנו את המחבל שביצע את הפיגוע במסעדת ״סי פוד״ בתל אביב, שהייתי שותף בשליחת גיהאד טיטי לפתח תיקווה באירוע שבו נהרגו הסבתא ונכדתה.

### הכרעת דין

לאור הודאתו של הנאשם בפנינו, הן מפי סניגורו והן במו פיו ולאחר ששב ואישר באוזנינו את הודאתו ואת אחריותו לעבירות המרכזיות המיוחסות לו, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכת״א המתוקן מיום 23/10/02. התיק נקבע לישיבת טיעונים לעונש ביום 09/07/03.

### זכות ערעור כחוק

ניתן והודע היום, 29/06/03 , בפומבי ובמעמד הצדדים.

שופט        אב״ד        רס״ן 50307 עמית פרייז
                         משפטן בכפ״א שומרון **שופט**

</div>