

PLAINTIFF'S EXHIBIT 486

Date: 3 Tishrei 5766  
September 25, 2006

Case No.: 2303/04

**Judea Military Court**
**Before Honorable President of Court:** Major Yair Tirosh  
**The Judge:** Major Ze'ev Afik  
**The Judge:** Major Amir Dahan

**The Military Prosecution**  
(By Captain Sagiv Lichtman)

-v-

**The Defendant:** Hilmi Abed Alkarim Mohamed Hamash, Identity No. 901315984/ IPS  
(by Counsel Adv. Osama Ouda)

---

## Sentence

After having heard the pleas of the parties, we have decided to sentence the Defendant to the following:

A. Life imprisonment for causing the intentional death of **the late Mr. Avraham Balahsan**

B. Life imprisonment for causing the intentional death of **the late Ms. Hanna Bonder**

C. Life imprisonment for causing the intentional death of **the late Ms. Anat Darom**

D. Life imprisonment for causing the intentional death of **the late Mr. Yechezkel Goldberg**

E. Life imprisonment for causing the intentional death of **the late Vladi Tzadik Manbara**

F. Life imprisonment for causing the intentional death of **the late Mr. Viorel Octavian Florescu**

G. Life imprisonment for causing the intentional death of **the late Ms. Rose Boneh**

H. Life imprisonment for causing the intentional death of **the late Ms. Dana Itah**

I. Life imprisonment for causing the intentional death of **the late Mr. Roman Hondiashvili**

J. Life imprisonment for causing the intentional death of **the late Mr. Eli Tzfira**

[Stamp] P 8: 70

K. Life imprisonment for causing the intentional death of **the late Ms. Natalia Gamril**

An additional term of life imprisonment for the additional offenses of which he has been convicted.

All sentences are to be served cumulatively to the effect that the Defendant will serve twelve life imprisonment terms, to be served cumulatively.

**The full arguments for the verdict will be given later. Handed down today, September 25, 2006.**

[Stamp] Amir Dahan, Judge

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

September 25, 2006

[Stamp] P 8: 70 (continued)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 70.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 70.

_____
Rina Ne'eman

ss.: New Jersey

On the 25 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

HAROT J. MAHRATE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

| | |
|---|---|
| תיק מס׳: 2303/04 | תאריך: ג׳ תשרי, תשס״ו<br>25 ספטמבר, 2006 |

**בית המשפט הצבאי יהודה**

בפני כב׳ האב״ד: רס״ן יאיר תירוש
השופט: רס״ן זאב אפיק
השופט: רס״ן אמיר דהאן

התביעה הצבאית
(באמצעות סרן שגיב ליכטמן)

נגד

הנאשם: חלמי עבד אלכרים מוחמד המאש, ת.ז 901415984 / שב״ס
(באמצעות ב״כ עו״ד אוסאמה עודה)

## גזר דין

לאחר ששמענו את טיעוני הצדדים החלטנו לגזור על הנאשם את העונשים הבאים:

א. מאסר עולם בגין גרימת מותו בכוונה של **אברהם בלחסן** ז״ל.

ב. מאסר עולם בגין גרימת מותה בכוונה של **חנה בונדר** ז״ל.

ג. מאסר עולם בגין גרימת מותו בכוונה של **ענת דרום** ז״ל.

ד. מאסר עולם בגין גרימת מותו בכוונה של **יחזקאל גולדברג** ז״ל.

ה. מאסר עולם בגין גרימת מותו בכוונה של **ולדי צדיק מנברה** ז״ל.

ו. מאסר עולם בגין גרימת מותו בכוונה של **ויורל אוקטביה פלורסקו** ז״ל.

ז. מאסר עולם בגין גרימת מותה בכוונה של **רוזה בונה** ז״ל.

ח. מאסר עולם בגין גרימת מותה בכוונה של **דנה איטח** ז״ל.

ט. מאסר עולם בגין גרימת מותו בכוונה של **רומן חונדיאשווילי** ז״ל.

י. מאסר עולם בגין גרימת מותו בכוונה של **אלי ציפורה** ז״ל.

יא. מאסר עולם בגין גרימת מותו בכוונה של **נטליה גמריל** ז״ל.

מאסר עולם נוסף בגין העבירות הנוספות בהן הורשע.

כל העונשים ירוצו במצטבר כך שעל הנאשם יושתו שניים עשר מאסרי עולם לריצוי במצטבר.

נימוקי גזר הדין המלאים יינתנו בהמשך. ניתן היום, 25/09/06.

אמיר דהאן, שופט
שופט
25-09-2006

אב״ד        שופט

-1-