160   Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians

**CHART 11**

**Islamic Jihad: Basic Statistics**

|  | Islamic Jihad | Joint[1] |
|---|---|---|
| Number of suicide bombings claimed | 12 of 60 total (20%) | 2 |
| Attacks in which targets were civilian, indiscriminate, and/or disproportionate | 11 | 2 |
| Number of victims killed | 31 (12%) | 19 |
| Civilian victims killed[2] | 12 | 19 |
| Number of victims wounded (minimum estimates) | 206 (11%) | 55 |

**Attack location**



Occupied Territories 8%
East and West Jerusalem 17%
Israel 75%

[1] Attacks for which more than one group claimed responsibility. Islamic Jihad and Hamas issued competing claims of responsibility for the August 9, 2001 attack on the Sbarro pizzeria. The Al Aqsa Martyrs' Brigades and Islamic Jihad both claimed responsibility for a July 17, 2002 attack near Tel Aviv railway station

[2] Data on the status of victims is based on information from the Israeli Ministry of Foreign Affairs.

Appendix II                                                                                              161