

PLAINTIFF'S
EXHIBIT
552

fn 22

114

```
 1                  - Y O U S E F -
 2    assassination attempt was real or was not
 3    real.  They did not understand that.
 4                  Marwan thought that he was
 5    targeted by Israel when Mohamed Abdu
 6    Halawa, was targeted.
 7                  Now, Abula, thought that Israel
 8    was trying to assassinate Marwan.  But in
 9    fact, I was in that area and was asked to
10    make sure that Marwan is not in the car
11    with Abdul Halawa because Israel did not
12    want to assassinate Marwan and create the
13    violence of the area.  Why they knew about
14    his involvement with Al-Aqsa Martyrs
15    Brigades.  They did not want to assassinate
16    him.
17                  My duty was to make sure that
18    Marwan is not in the car with Halawa.
19                  Anyway, Abdula Barghouti, tried
20    to make Marwan a favor by making bombs and
21    giving it to Fatah members, to carry
22    suicide bombing attack against Israel, as
23    revenge for the failing attempt of
24    assassinating Marwan.
25                  And, for that, Marwan wanted to
```

P 1: 152

```
1                    - Y O U S E F -
2    return the favor to Abdula Barghouti and
3    this is why he was trying to prevent his
4    arrest, and this is why he releases him
5    finally after two months of trying and give
6    him $2,000 and asked him to just to go on
7    his own and do his job.
8           Q.    When Abdula Barghouti was
9    arrested, where-- how long was he held
10   before he was released?
11          A.    Two months.
12          MR. HILL:  Objection lack of
13      foundation.
14          Q.    Do you know where he was held?
15          MR. HILL:  Objection, lack of
16      foundation.
17          A.    He was held at the preventive
18   security of the PA, in Batunia prison.
19          Q.    After Abdula Barghouti was
20   released, did he go off quietly or did he
21   remain active to your knowledge?
22          MR. HILL:  Objection, lack of
23      foundation.
24          A.    We were surprised to know that
25   he was released a week before we knew.  In
```

P 1: 153