

PLAINTIFF'S EXHIBIT 624

# HAARETZ.com

Home　News

## Report: PA's Rajoub hails militant Al Aqsa Brigades

By Haaretz Service | Mar. 18, 2002 | 12:00 AM

Tweet 0

Senior Palestinian Authority security official Jibril Rajoub was quoted Monday as hailing the militant Al Aqsa Martyrs Brigades as "the noblest phenomenon" in the annals of Yasser Arafat's Fatah movement, and declaring that PA forces would not take action to curb the armed group, which has carried out scores of suicide attacks against Israelis.

The Al Aqsa Martyrs Brigade claimed responsibility for Sunday terror attacks in Kfar Sava and Jerusalem. A teenager was killed, and dozens of others persons injured in the attacks.

Israel Radio, citing an interview with *Al-Hayam* newspaper, quoted West Bank Preventative Security service chief Rajoub as saying "The Al Aqsa Brigades are the noblest phenomenon in the history of Fatah, because they restored the movement's honor, and bolstered the political and security echelons of the Palestinian Authority."

Attacks on Israelis stemmed from the "crimes of occupation," continued Rajoub, who is viewed as a relative moderate and pragmatist among the Palestinian leadership. "We do not justify this, but the Authority will not act against the Al Aqsa Brigades."

The Preventative Security service was established in large part to thwart Palestinian terrorist attacks against Israelis.