"A letter from a Shahid to his Mother," by Abdul Badi Iraq:

"My Dear Mother,
. . . I fastened determination, hopes and bombs to my body.
I asked [to reach] Allah and the fighting homeland.
The [explosive] belt makes me fly, strengthens me and urges me on.
I calm it [the explosive belt], I should be patient, we have not yet reached…
I made it burst forth like lava burning old myths and legends,
I launched my body, all my pains and oppression, towards the packs of beasts
who drink our blood
who demolish our homes
who burn our crops
Oh mother, I unchained my shackles and fetters.
And you found me rising and rising like a flame that was lit with precious olive oil.  And you saw me sending a lover's kiss above the mosques and the churches, the houses and the roads.  Flocks of pigeons flew above the porches.  And Al-Aqsa [Mosque] smiled and gave me a sign that we will not sleep.

Dawn is close, oh mother, and it shall rise from the guns, from the shining spears…
It will be lit from the bloody wounds . . . The wedding is the wedding of the land.
Sound a cry of joy, oh mother, I am the groom . . ."

["A martyr's (shahid) letter to his mother", Al-Hayat Al-Jadida (Feb. 27, 2003)]



PLAINTIFF'S EXHIBIT 660

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. he attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document is designated as "A martyr's (shahid) letter to his mother", Al-Hayat Al-Jadida (Feb. 27, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "A martyr's (shahid) letter to his mother", Al-Hayat Al-Jadida (Feb. 27, 2003).

Date: February __, 2014

_____
ROEE COHEN

الحياة الثقافية | Hayat-J. Feb. 27, 2003 | الحياة الجديدة ٨

# رسالة شهيد الى أمه

**شعر: عبد البديع عراق**

(١)

أمي الحبيبة
يا رحيق الحب، يا نبع الحنان
آه ما احلا نداء الأم، يا أمي، ونفسي، نبض قلبي والجنان
ماذا فعلت حبيبتي؟
لا بد قد وصل الخبر
تراك اشعلت البكاء بدارنا
تجمعت جاراتنا والأهل من كل الأماكن والجهات
لطمت خدك رغم كل الفخر، والقلب انفطر؟
هل يا ترى جمح النواح مع الأمومة والدما وغضبت مني؟!
ام رحمة الله العظيم تقدمت، ورضيت عني؟!
انا ابنك المنذور للاقصى، أنا،
انا من تربى في الهداية والصلاح على يديك
رضعت حب الأرض من جدي مع القسام قد وفى، وكفى
ثائرا
يشدو لوجه القدس، يلثمه، ويرفعه لعين الشمس من ليل
صدى
وأنا ابن افواج من الشهداء قد غرسوا ربوع الارض من نبت
فدا
وتتابعت خطواتهم سبعين عاما او يزيد
ما كلت العزمات يوما في روابينا ولا قط النشيد
هل تذكرين صباح ذاك اليوم
وجثة والدي قد مزقت، جاؤوا بها ملفوفة بعباءته؟!
وغدا مع الاشراق يسقي البرتقال؟!
ما زلت أذكر كيف القوها امام البيت كالرمح المحطم
وتنمروا وتوعدوا مثل الطواويس الخشب
اني رأيت قلوبهم بعيونهم: شر وظلم واحتقار
وخميس من قتلوه في حقل العنب
او يوم احراق الغلال على البيادر، نسف بئر الماء، عبد الله خالي
وابنة الجيران، والشيخ المؤذن، مرقص راعي الكنيسة،
والرضيعة، والتلاميذ الصغار.

(٢)

لا تحزني – أماه – اني سوف تلسعني الدموع
أنت التي علمتني أن الحياة مع العوالي والجموع

والموت افضل للرجال من المذلة والخنوع
ولقد رأيت القدس تصرخ في القريب وفي البعيد
ترددت الآهات في قسماتها، تغتالها الحسرات، في ليل
تأمرت
الوحوش على محياها السعيد
وتمرمت ايدي المذلة والضياع تجز تاريخي المجيد
فحلفت يا أماه ان اصلي الطغاة جزاء جرمهم بنار لا تكف ولا
تلين،
وحشدت كل القهر، كل البطش، والحزن المعشش في شغاف
القلب
جمعت الضحايا، والثكالى، والعرايا، كل آلام السنين
اقسمت أن يهنأ الأحبة في جنين، وبيت لحم والخليل وفي رفح
وعلى جبال النار او في غزة، في القدس في كل المواقع والمنافي
والسجون
السابقون الى الجهاد ليطلعوا الفجر، المحنى بالفرح
واليوم يا أمي الحبيبة جاء موعد الانتقام
سأسير بالعهد الأبي واحتسي كأس الحمام

(٣)

حزّمت جسمي بالعزيمة، والأماني، والقنابل
وطلبت وجه الله والوطن المقاتل
كان «الحزام» يطير بي، فيشدني، ويحثني
وأنا أهدهده، ان اصبت، لم نصل..
حتى اذا دقت نواقيس العناق
اطلقته، اطلقته حمما حرقت به الاساطير القديمة والخرافة
اطلقت جسمي، كل آلامي، وقهري صوب اسراب الوحوش
من يشربون دماءنا
من يهدمون بيوتنا
من يحرقون زروعنا
من يحشدون الحقد طوفانا بقصد الطائرات
من يقتلون الحب في الانسان كي تعلو الجماجم
اطلقته

(٤)

الفجر يا أماه اوشك ان يطل من البنادق والحراب اللامعات
من الوريد
سيشب من نزف الجراح مزهرنا بالحب والعشق المخضب
والنشيد
ستقوم آلام الغضب
وتعود دفقات الحنين
تحنو عليه، تضمه، ويضمها
جاءت لليلة الكبيرة كالندى، فتزينت، وتعطرت، نصبت
الزينات
وانطلقت تزف له الشهيد
والعرس عرس الارض. وأنا أماه هيا زغردي. وأنا العريس
لا تغضبي يا حبة القلب الحنون، خبئي حزن الأباة مع
الدموع
فاذا اتى الليل الطويل وغاب اشعاع القمر
وتكورت اختي الصغيرة في يديك، تنام، والدمع انهمر
فتذكريني. واحضنيها. قبليها. واطلبي منها السماح
كانت تريد هدية. ووعدتها. لكنني..
لا بأس – يوما – سوف تفهم كل ما يجري وتلثم الجراح
فهي التي قد سميت في يوم مولدها: كفاح
كم كنت ارجو ان اقبل وجنتيك ولا اغادر قبل ان احظى
ببسمتك الجميلة والدعاء
لكن خشيت على فؤادي ان يطل من الجفون
ويبوح بالسر الدفين
رحماك يا أماه، عذرا، سامحيني، بالرضى
وتقبلي مني السلام

القاهرة: ٢٠٠٣/١/٢٥

أطلقت – يا أماه – قيدي والسلاسل
ووجدتني اعلو، واعلو مثل قنديل اضيء بزيت زيتون حبيب
ورأيتني ارسلت قبلة عاشق فوق المساجد والكنائس
والمنازل والدروب
طارت على الشرفات اسراب الحمام
وتبسم الاقصى، ولوّح لي بأنا لن ننام