"Recently, the heroine Wafa Idris succeeded in carrying out the bombing operation in Jerusalem, and subsequently, the Martyr Darin Abu Aisheh [female suicide bomber whose attack in 2002 injured 2]. These operations . . . show all nations of the world that the Palestinian woman is capable of carrying out successful acts of self-sacrifice."

["Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002)]



PLAINTIFF'S EXHIBIT 688

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

    Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

Dated: February 27, 2014

_____
ROEE COHEN

## الشهيدة دلال المغربي .. ذكريات تجدد العهد نحو استمرار النضال

غزة - الحياة الجديدة - نفوذ البكري - لكل شهيد قصة يتلوها المزيد من القصص والعبر وأكثر قصص الشهداء التي مازالت عالقة في الأذهان خاصة بين صفوف النساء والشباب قصة استشهاد الفدائية دلال المغربي التي قامت في مثل هذا اليوم من العام ٧٨ مع مجموعة من الفدائيين بركوب البحر والوصول الى ساحل شمال تل أبيب ورغم الإجراءات الأمنية المشددة تمكنت دلال مع مجموعتها الصغيرة من إسقاط أعداد كبيرة من الجرحى والقتلى في صفوف الإسرائيليين.

وأصيب رؤساء الأجهزة الأمنية والحكومة الإسرائيلية «بالجنون» وظهر هذا واضحا عندما قام رئيس أركان الحكومة الإسرائيلية آنذاك إيهود باراك بغرس حربة ببندقيته في جسد الشهيدة المغربي إضافة الى العمليات تنكيل في الأماكن الحساسة من جسدها الأمر الذي يدل على حجم الخوف والفزع والغيظ من الفلسطينيين حتى بعد استشهادهم.

ورغم مرور السنين على ذكرى استشهاد الفدائية المغربي إلا أننا نشعر حاليا وكان عمليتها البطولية قد وقعت بالأمس فبالأمس القريب تمكنت البطلة وفاء إدريس من القيام بعملية تفجيرية في القدس وبعدها الشهيدة دارين أبو عيشة لتضاف هذه العمليات الى سلسلة من العمليات التي بدأتها الشهيدة المغربي ولتمثل عنوانا لكافة شعوب العالم أن المرأة الفلسطينية قادرة على ممارسة العمل الفدائي بنجاح من أجل حماية القضية والوطن وشرف الأرض والكرامة.

وإذا كانت الشهيدة قد غابت بجسدها إلا أن روحها النضالية مازالت عالقة في أذهان جميع النساء اللواتي يتمنين أن يقمن بمثل هذا العمل النضالي الذي قامت به الشهيدة دلال وبقية الشهداء خاصة في الوقت الحالي الذي تصعد فيه حكومة شارون هجماتها العدوانية والقمعية ضد أبناء شعبنا.

وفي هذا الصدد تقول المواطنة أم صمادي أن أمنيتها الوحيدة هي القيام بعملية فدائية لتضاف الى العمليات البطولية التي قامت بها النساء وتنهدت وتساءلت لماذا لا يتم تجنيد النساء ليست المرأة شريكة للرجل ويقع على عاتقها المشاركة في كافة متطلبات الحياة حتى العسكرية منها في حال توفر المناخ المناسب لذلك.

ومن جانبها دعت المواطنة كافة النساء الى اتباع الأسلوب النضالي بأشكاله المختلفة موضحة أن هذا يأتي من خلال التربية الوطنية القوية للأبناء والحفاظ على التراث والهوية وزرع روح الانتماء والعمل النضالي بين كافة أفراد الأسرة.

وقالت الفتاة وفاء انها فقدت طفولتها وهي تسمع عن قصص الشهداء والعمليات الفدائية ولكن أكثر القصص التي تأثرت بها قصة استشهاد دلال المغربي.

وفي نظرة للواقع الدموي الذي تشهده الأراضي الفلسطينية في الأيام الحالية نجد أنفسنا بحاجة الى العشرات إن لم يكن المئات ممن سلكوا درب الشهيدة دلال مع بقية الرجال لأن حكومة شارون مازالت تصعد وتخطط وتسعى للتصعيد في عمليات القتل والاغتيال لكل ما هو فلسطيني الأمر الذي يتطلب من الجميع الاستفادة من دروس الشهداء والمحافظة على إنجازاتهم ومواصلة دربهم لتحقيق طموحاتهم وفق تضحياتهم التي قدموها لنا وصولا الى دحر الاحتلال وإقامة الدولة الفلسطينية المستقلة التي تلبي كافة الطموحات والتضحيات.

### عرض فيلم الطير الأخضر في رام الله اليوم

رام الله - الحياة الجديدة - ينظم مسرح وسينماتك القصبة في رام الله بالتعاون مع وزارة الثقافة اليوم عند الساعة الرابعة والنصف مساء العرض الأول للفيلم الفلسطيني «الطير الأخضر» للمخرجة «ليانة بدر»، وقد وجهت مديرية إعلام المرأة والطفل الوطنية للطفل الفلسطيني الدعوة للجمهور لحضور الفيلم الذي يجسد أحلام أطفال فلسطين في ظل الحصار الاحتلالي.



«تصوير: محمد محيسن»



HJ, March 11, 2002

شرطيان يتفقدان مقر الرئاسة في نابلس بعد تعرضه لتدمير احتلالي همجي أمس. «أ.ف.ب»