Kahira Sa'id al-Sa'di is one of the female terrorists honored by the PA Prime Minister Salam Fayyad himself, along with other female terrorists, on International Women's day:

"The Prime Minister saluted the Palestinian mothers for their leading and prominent role, alongside the men . . . He said, 'On this occasion, I will not fail to mention with admiration and veneration the resolve of the female fighter prisoners and of all the prisoners of freedom who are imprisoned in the Israeli prisons, subject to indescribable suffering . . . I make special mention of all the women prisoners who are mothers: Iman Ghazawi, who has been imprisoned for ten years; Kahira Sa'id al-Sa'di; Irena Sarahneh; Latifa Abu Dhiraa . . . "

["Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011)]



PLAINTIFF'S EXHIBIT 710

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011).

Dated: February 28, 2014

_____
ROEE COHEN

# فلنشدد دور الأم الفلسطينية الريادي والمتميز في مسيرة النضال من أجل الحناء والبعث والاستقلال

## خلال حديثة الإذاعي الأسبوعي

## عباس: تكريس حقوق المرأة انجاز وطني لا رجعة عنه وسنواصل ما حتى تحصل لها المساواة