# PLACEHOLDER FOR EXHIBIT 753

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE     Document 476-143     Filed 04/23/14     Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

      Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

      Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as Sermon, Dr. Mahmoud Mustafa Najem, "Jews Evil Should Expect Death", PA TV (Feb. 8, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as Sermon, Dr. Mahmoud Mustafa Najem, "Jews Evil Should Expect Death", PA TV (Feb. 8, 2002).

Dated: February 11, 2014

_____
ZACHY BEN HAMO