From an op-ed by Adli Sadeq, currently (2014) the PA ambassador to India:

"The Martyrdom seekers of today are the finest successors of the finest predecessors. They are the sons of Muhammad Hussein, Al-Qassam, Ata Al-Zir, Fuad Hijazi, Muhammad Jamjoum (i.e., all killed by the British during the British Mandate) and the rest of our earliest Jihad fighters. They are the brothers of the Lebanese Martyrdom seekers, who taught the American marines a harsh lesson (i.e., suicide bombing in which 241 American servicemen were killed), and then raised the price for the Israeli aggression [that is being paid] with lives...

These Martyrdom seekers are the salt of the earth and the engines of history. They are the strict teacher, who is capable of opening the locks of racist minds and their strong latches, and they are more honorable than us all."

["Peace with Ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001)]



PLAINTIFF'S EXHIBIT 1074

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Peace with ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Peace with ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001).

Dated: March 6, 2014

                                                              ROEE COHEN

الحياة المحلية

## عز الأمن الوطني بطمون

للعدوان المتواصل على شعبنا وإرهاب حقيقي ترعاه دولة الاحتلال، وفيما يتعلق بتحميل السلطة مسؤولية حفظ الأمن والتنسيق، والالتزام بالاتفاقيات الموقعة، قال أرشيد: لقد كتب الإسرائيليون بمحض إرادتهم نهاية الاتفاقيات ويطالبون بأن نوفر لهم الأمن في الوقت الذي يوفرون فيه القتل.

وقد شيعت جماهير محافظة جنين جثمان الشهيد في موكب جنائزي، حيث خرج موكب التشييع من مستشفى جنين الحكومي تتقدمه السيارات العسكرية، وردد المشاركون في التشييع هتافات تدعو للانتقام من الاحتلال وتنفيذ المزيد من العمليات الفدائية ضد الاحتلال وأهدافه.

ووافقت سلطات الاحتلال في وقت متأخر من يوم أمس السماح بنقل جثمان الشهيد أبو صيام إلى الأردن، حيث تقيم زوجة الشهيد وأهله، وجاءت هذه الموافقة المتأخرة بعد أن أخرج الجثمان من مستشفى جنين الحكومي إلى مخيم الفارعة لدفنه هناك حيث تقيم عمته، وبعد ذلك أعيد الجثمان إلى مستشفى جنين الحكومي.

وينقل جثمان الشهيد اليوم إلى الأردن حيث تجري استعدادات حثيثة لنقل الشهيد إلى ذويه الذين طلبوا توديع ابنهم الشهيد ودفنه بالقرب منهم.

### اعتقلت أحد الشبان وقادته إلى جهة مجهولة
## الاحتلال تداهم قريتي بيت قاد الشمالية
### والجنوبية في محافظة جنين المحاصرة

الحياة الجديدة - عاطف أبو الرب - فرضت قوات الاحتلال أمس نظام منع التجول في بيت قاد الشمالية والجنوبية، وقامت بتجميع الأهالي في أحد المدارس، وانتشر الجنود في شوارع القريتين وقاموا بملاحقة المواطنين، حيث تم التحقيق مع عدد من الشبان لساعات طويلة، هذا وتم اعتقال الشاب خضر نصر تركمان 22 عاماً.

وشهدت محافظة جنين تحركات مريبة لقوات الاحتلال التي دفعت بعدد من الدبابات إلى منطقة «مابو دوتان»، وكثفت من تواجدها في محيط بلدتي عرابة ويعبد، فيما حلقت طائرات الاحتلال طوال الليلة الماضية في سماء المحافظة.

وقامت قوات الأمن وعدد من المؤسسات مقراتها تحسباً لأي اعتداء قد تقوم بها طائرات الاحتلال أهداف في المدينة. كما تم إخلاء عدد من المدارس القريبة من المواقع الأمنية، حيث أعرب الأهالي عن قلقهم على مصير العام الدراسي الحالي، وطالب عدد من الآباء بأن يتم إبعاد عمليات إخلاء المدارس خاصة ونحن في بداية عام دراسي.

## تجدد القصف الاحتلالي
## على مدرسة تياسير الأساسية

الحياة الجديدة - لليوم الثاني على التوالي تعرضت مدرسة تياسير الأساسية للبنين للهجمي الذي يستهدف غرف المدرسة خلال ساعات الليل، وقد أدى القصف إلى أضرار مادية كبيرة في المدرسة، بالإضافة إلى الهدم والدمار الذي خلفه القصف، فقد تم إتلاف كمبيوتر المدرسة وإتلاف غرفة سكرتير المدرسة.

مدرسة تياسير مقبل دراعمه أن الدوام في المدرسة لم ينتظم بشكل عادي، وحالة الخوف التي شاعت بين الطلبة من جهة، ونظراً لعدم تمكن طلاب منطقة تياسير في المدرسة من الوصول إلى مقاعد الدراسة صباح أمس.

وكان الاحتلال في معسكر شيخم المقام على مقربة من المدرسة قد قصفت الليلة قبل الماضية وألحقت أضراراً في الغرف والصفوف، حيث اضطر طلبة الصفين التاسع إلى الدوام خارج الغرف الدراسية.

## جنود الاحتلال يعرقلون المسيرة
### التعليمية في أربع مدارس بالخضر

الحياة الجديدة - أسامة العيسة - قامت قوات الاحتلال صباح أمس، بالاعتداء على بلدة الخضر الثاني بعد توجهم إلى مقاعدهم الدراسية.

وقال شهود عيان إن الجنود تعمدوا إطلاق قنابل الغاز المسيلة للدموع صوب الطلبة في منطقة التل ومحيط المدرسة القديمة الواقعة فيها أربع مدارس، وذلك رغم أن المنطقة كانت هادئة ولم تشهد أي أحداث من أي جهات.

وأدى الإعتداء إلى إصابة العديد من الطلبة بالاختناق جراء استنشاق الغاز.

---

الحياة الجديدة ٣

عدلي صادق

### من هنا وهناك

# سلام مع النفس

لا يتوافر سلام مع النفس، في أعماق إنسان يتأهب لاستقبال الموت، مثلما توافر للمؤمنين بعدالة قضاياهم، ومن بين هؤلاء، المؤمنون بعدالة القضية الفلسطينية. ولنا، في تاريخ التضحيات، على درب الاستقلال والحرية، ما يندر مثله، في حكايات البطولة!

ففي تموز (يوليو) 1938، كان المجاهد الوطني محمد محمود أحمد حسين، قابعاً في سجن عكا، وعندما أبلغ بموعد تنفيذ حكم الإعدام فيه، شنقاً، وأتيحت له فرصة إبلاغ أهله، برسالة يخطها بيده، كتب محمد ـ بالحرف الواحد ـ يقول في رسالة جديرة بالتأمل:

[ سبحان الحي الذي لا يموت، سبحان من له الدوام، ولا دايم غير الله

لحضرة والدنا العزيز محمود أحمد حسين المحترم بعد تقبيل أياديكم، والسؤال عن شريف خاطركم، مع كثرة الأشواق اليكم، أعرفكم يا والدنا، إن سالتم عنا، فإننا سننتقل إلى رحمة الله يوم الاثنين، الواقع في 25/7/ 1938 الساعة 8 صباحاً، لأن القائد العام وافق على إعدامي في التاريخ المذكور، ولأن مدير سجن عكا ابلغنا ذلك. فالرجاء يا والدنا أن تحضروا أنتم وجميع المحبين من أهل بلدنا، لأجل رؤياكم، لأننا مشتاقون لكم، وذلك عند وصول تحريرنا هذا قبل تنفيذ الحكم. ويا والدنا، أرجو أن تقول للشيخ حسن الإمام، أن يقول لأهل البلد، رجالاً ونساءً وأولاداً، أن يسامحونا بما عملنا في دار الدنيا.

سلامي لأرواحكم الطاهرة، وإلى والدتنا الحنون، وإلى إخوتنا عموماً، وإلى أخينا علي، ألف سلام. وإلى دار عمنا سليم وأهل بيته وأولاده عموماً، ألف سلام، وسلامي إلى جميع أقاربنا، كل حي باسمه، وسلامي لأهل بلدتنا عموماً، ألف سلام. وأرجو يا والدنا وأرجوكم، أنه عندما تتسلمون جثتي أن لا تبكوا أبداً، بل يجب أن تهللوا وتكبروا وتصبروا، إن الله مع الصابرين، لقوله تعالى «ولا تحسبن الذين قُتلوا في سبيل الله أمواتاً، بل أحياء عند ربهم يرزقون».

الداعي لكم بطول العمر ولدكم
محمد محمود أحمد حسين
يقبل أياديكم
سجن عكا المركزي]

* * *

كان الشهيد الناطق، يقول في سطور نادرة: "إن سالتم عنا، فإننا سننتقل إلى رحمة الله (تعالى) يوم الاثنين .." وكانت نفسه السخية المتواضعة، تطلب الصفح من أهل قريته، ربما عن أية هفوة ارتكبها في دار الدنيا. وكانت روحه، أشد إصراراً، حتى الرمق الأخير، على إجزال الاحترام لوالده، تقبيلاً ليده "الطاهرة"، ولم يخطر في باله، وهو يرسل القبلة إلى يد والده، أنه أجدر بأن يتلقى تقبيل يده وحتى قدمه، وكان يرسل سطوره النادرة، إلى والده، من خلال أخيه المسيحي نخلة بشارة. وكان ـ وهذا هو الأهم ـ أعمق إيماناً بالله، مقتنعاً بقضية شعبه، فلا يعتبر نفسه بصدد مناسبة حزينة أو مأساوية، وإنما في صدد زفاف إلى دار الحياة الأخرى، مع الصديقين والأنبياء، "إذ وافق الحاكم العام " على الإعدام!

* * *

استشهاديو اليوم، هم خير خلف لخير سلف. هم أبناء محمد حسين والقسام وعطا الزير وفؤاد حجازي ومحمد جمجوم، وغيرهم من أوائل مجاهدينا. وهم أشقاء الاستشهاديين اللبنانيين، الذين لقنوا "المارينز" الأميركي درساً قاسياً في بلادهم، ثم عمدوا إلى رفع كلفة العدوان الإسرائيلي، في الأرواح، بمعدلات أشبعت شارون صفعاً على الوجه، وخيبة، ثم طردوا بقايا جنود العدو، من "الشريط" بلا قيد ولا شرط!

هؤلاء الاستشهاديون هم ملح الأرض، ومحرك التاريخ، والمعلم الصارم، القادر على فتح مغاليق العقول العنصرية وأقفالها المنيعة، وهم الأكرم منا جميعاً. يبذلون دمهم، ليكون بالمُستطاع تخيير العدو، بين سلام عادل، بين الطرفين، أو سلام عادل، مع النفس، في أعماق الاستشهاديين، كبير الشبه بسلام محمد محمود حسين مع نفسه، عندما قال "إن سالتم عنا، فإننا سننتقل إلى رحمة الله في يوم الاثنين.. " !

---

جامعة النجاح الوطنية
كلية هشام حجاوي التكنولوجية

P1: 4497