Case 1:04-cv-00397-GBD-RLE   Document 476-173   Filed 04/23/14   Page 1 of 2
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 335 of 379
Page



PLAINTIFF'S EXHIBIT 1087

also want to express my greatest appreciation to the numerous supporters, staff, and family who have stood by me. Thank you.
(END VIDEOTAPE)
DOBBS: And that's MONEYLINE for this Tuesday evening. Thanks for being with us. I'm Lou Dobbs. Goodnight from New York City. "WOLF BLITZER REPORTS" begins right now.
BLITZER: Tonight on "WOLF BLITZER REPORTS" the War Room. Osama bin Laden's network down but not out. The CIA sounds a warning.
UNIDENTIFIED MALE: Al Qaeda may be pursuing a radioactive dispersal device, what some call a dirty bomb.
TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 888-CNNFN-01 OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT WWW.FDCH.COM
Page 627
MONEYLINE 06:00 PM Eastern Standard Time March 19, 2002 Tuesday
**LOAD-DATE:** July 9, 2003
Page 628
96 of 111 DOCUMENTS
Copyright 2002 CNBC, Inc.
CNBC News Transcripts
**SHOW:** Hardball with Chris Matthews (9:00 PM ET) - CNBC
**March** 18, 2002 Monday
**LENGTH:** 746 words
**HEADLINE:** Palestinian Representative **Hasan Abdel Rahman** on Vice President Dick Cheney's visit to Mideast
**ANCHORS:** CHRIS MATTHEWS
**BODY:**
CHRIS MATTHEWS, host:
Israel troops have pulled out of the West Bank town of Bethlehem and a neighboring village. The withdrawal comes on the same day Vice President Dick Cheney arrived in Israel, hoping to provide the final push for a cease-fire between Israel and the Palestinians. On his way to a meeting this afternoon with the Israeli Prime Minister Ariel Sharon, Cheney had this to say.
Vice President DICK CHENEY: We continue to call upon Chairman Arafat to live up to his commitment to renounce once and for all the use of violence as a political weapon and to exert a 100 percent effort to stamp out terrorism. In that same spirit, I will be talking to Prime Minister Sharon about the steps that Israel can take to alleviate the devastating economic hardship being experienced by innocent Palestinian men, women and children.
MATTHEWS: In a moment, we'll be joined by former Israeli Prime Minster Ehud Barak. But first **Hasan Abdel Rahman** is the chief Palestinian representative in the United States.
Mr. Rahman, let met ask you a couple of questions. Start with this. The vice president of the United States, is he going to meet with Arafat?
Mr. **HASAN ABDEL RAHMAN** (PLO Representative to the US): Up to this moment, I--I am not sure whether that is going to happen or not. But we hope that it will happen because if Mr. Cheney is working towards the advance of the peace process and he's meeting with one party, I believe it is only useful for him to meet with the other party also.
MATTHEWS: Do you trust Cheney, speaking for the PLA--I mean the--the PA? Do you think Cheney's an honest broker between Israel and its Arab neighbors?
Mr. RAHMAN: You know, Cheney is working on his own. Cheney is part of an administration that has a policy. And this administration, in the past, has not shown evenhandedness. We hope that this has changed. The role of this administration is very, very important. And we believe that the engagement of

Case 1:04-cv-00397-GBD-RLE   Document 476-173   Filed 04/23/14   Page 2 of 2
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 336 of 379

Page

Page 629
CNBC News Transcripts March 18, 2002 Monday
the United States, including Mr. Cheney would be very useful for the achievement to proceed.
MATTHEWS: Let me ask you about the--the future. If Israel continues to pull back from the--from the Palestinian territories that it--it took--it--it invaded, you might say, 18 months ago, will that set up the--set up a cease-fire from the Palestinian side?
Mr. RAHMAN: We said that if Israel complies with the requirements--and that is to withdraw its troops from the Palestinian cities that it occupied in the last two weeks, yes we are ready to engage in a--a cease-fire. And this should be linked to a political pathway to lead us out of this situation we are in, namely reach a political agreement that will end Israel's occupation of the Palestinian people and territory that's lasted over 35 years and really led to this state we...
MATTHEWS: OK.
Mr. RAHMAN: ...are in with the Israelis.
MATTHEWS: Let's talk about the public opinion in the Palestinian areas right now. A survey conducted by Naga University in Nablus found that 87 percent of Palestinians surveyed were in favor of continuing terror attacks, 87.5 percent were in favor of liberating all of Palestine. And 64.5 percent oppose General Zinni's mission--peace-keeping mission.
TEXT:
Palestinian Survey
87% favor continuing the terror attacks
87.5% favor liberating all of Palestine
64.5% oppose Gen. Anthony Zinni's mission
Source: The New York Times
MATTHEWS: Does that breadth of anti-Israeli sentiment of willingness to basically eradicate Israel from the map surprise you?
Mr. RAHMAN: Well, I think this is a reflection of a mood that the Palestinian people are living in, in this moment. They are very angry at the brutality of the Israeli occupation, especially in the last two weeks. Three hundred Palestinians were killed or thousands wounded.
MATTHEWS: Sure.
Mr. RAHMAN: Many arrested. Homes demolished. People are--for the last 18 months are living under a state of siege.
MATTHEWS: So this is an artificially high level of resentment.
Mr. RAHMAN: I believe--because two weeks ago, we had another poll that--in
Page 630
CNBC News Transcripts March 18, 2002 Monday
which 75 percent support peace with Israel. So I--I--I feel that this is a reflection of the mood...
MATTHEWS: OK. OK.
Mr. RAHMAN: ...in which the Palestinians...
MATTHEWS: Thank you.
Mr. RAHMAN: ...are living today.
MATTHEWS: Thank you, as always, for joining us. Hasan Abdel...
Mr. RAHMAN: Thank you.
MATTHEWS: ...Rahman, who is a representative of the Palestinians.
**LOAD-DATE:** March 22, 2002
Page 631
97 of 111 DOCUMENTS
Content and programming copyright 2002 MSNBC.