Case 1:04-cv-00397-GBD-RLE   Document 476-179   Filed 04/23/14   Page 1 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 35 of 379

Page


PLAINTIFF'S EXHIBIT 1093

CHARLES ROSSOTTI, IRS COMMISSIONER: It's not acceptable for the government agency that effects more Americans than any other agency to also be rated the lowest. Changing that was a mandate incorporated in the restructuring act, and we are beginning, and I do stress, beginning, to deliver on the mandate of changing that. While the trend is good, as you've noted, a lot more needs to be done.
(END VIDEO CLIP)
(BEGIN VIDEO CLIP)
UNIDENTIFIED FEMALE: I'm like everybody else. Do you guys wait until the last minute? I hate giving away my money.
(END VIDEO CLIP)
DOBBS: Happy tax day. That's MONEYLINE for this Monday evening. Thanks for being with us. Good night from New York. "CROSSFIRE" is coming up next.
TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 888-CNNFN-01 OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT WWW.FDCH.COM
**LOAD-DATE:** July 9, 2003
Page 363
62 of 111 DOCUMENTS
Content and Programming Copyright 2002 Fox News Network, Inc. ALL RIGHTS RESERVED. Transcription Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, Inc.'s and FDCH e-Media, Inc.'s (f/k/a Federal Document Clearing House, Inc.) copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.
Fox News Network
**SHOW:** FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:21)
**April** 15, 2002 Monday
Transcript # 041503cb.260
**SECTION:** News; International
**LENGTH:** 1163 words
**HEADLINE:** Interview With **Hasan Abdel Rahman**
**GUESTS: Hasan Abdel Rahman**
**BYLINE:** Greta Van Susteren
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
VAN SUSTEREN: You heard the Israeli position on the Mideast turmoil, now for the Palestinian position. With me in Washington to respond is **Hasan Abdel Rahman,** chief Palestinian representative to the U.S. and PLO spokesman. Welcome.
**HASAN ABDEL RAHMAN,** PALESTINIAN REP. TO THE U.S.: Thank you.
VAN SUSTEREN: Hasan, you just heard me ask the deputy prime minister Sharansky about Jenin and whether or not there was a massacre there in that refugee camp. Israelis say 100 terrorists were killed, and I've seen numbers from Palestinians saying as many as 500 women and children. Who is lying?
RAHMAN: Definitely, it is the Israelis who are lying.
VAN SUSTEREN: How do we know that? How do you prove that?
RAHMAN: Well, first of all, today there was a group of the Red Cross who was allowed into one street only, and they found 20 bodies of men and women and
Page 364

Case 1:04-cv-00397-GBD-RLE   Document 476-179   Filed 04/23/14   Page 2 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 36 of 379

Page

Fox News April 15, 2002
children, in one street. And they prevented them from going into any other street.
VAN SUSTEREN: How were they killed?
RAHMAN: They were shot, shot dead by the...
VAN SUSTEREN: Has the Red Cross seen this?
RAHMAN: Yes. Absolutely. It was the Red Cross. And 20 of them, the Ministry of Health was notified that we have 800 people missing. I'm not saying that all of them were killed. There were homes, Greta, that were demolished over their inhabitants.
VAN SUSTEREN: Were they being used as human shields, as -- the Israelis claim that some of these people were used as...
RAHMAN: Absolutely not. Those are your families. You don't use your children as -- this is...
VAN SUSTEREN: Wait a second. Let me back up...
(CROSSTALK)
RAHMAN: Greta, let me just explain one thing. This is a city, this is a town where people lived with their families, with their children. They are invaded by an army. They are not sitting in a barracks. They are in their homes. That's why most of those people were killed inside their homes. They were not fighting in the streets and then they took people hostages.
VAN SUSTEREN: Well, are you saying that there weren't any people firing on the Israeli army?
RAHMAN: Of course there were! Of course there were. You have a police force there. You have a few fighters, few men, militias, civilians who have guns. When you are invaded in your home, even in Washington, there are -- every home must have a gun or two guns. Then when you are invaded by a foreign army, what do you do? Don't you defend yourself?
VAN SUSTEREN: All right, let me ask you about Mrs. Arafat, Arafat's wife, who has endorsed the concept of suicide bombings. She said that if she had a son that she would be -- that apparently, she'd be proud to have her son as being a suicide bomber. Your thought on that?
RAHMAN: Well, first of all, I didn't see what was published. I have not seen...
VAN SUSTEREN: All right, well, take it as gospel that...
RAHMAN: Well, let me say...
VAN SUSTEREN: I've read this. OK.
RAHMAN: OK, let me say that's her opinion. It's not the opinion -- it's not
Page 365
Fox News April 15, 2002
my opinion. It's not the opinion of the Palestinian Authority, either. Yasser Arafat said yesterday in a statement in his name and in the name of the Palestinian Authority that we are opposed to any action against civilians, whether it is by individual terrorists or by state terrorists like the state of Israel, when they kill Palestinians...
VAN SUSTEREN: Then explain Marwan -- then explain Marwan Barghouti, who is the man who was arrested today by the Israelis. And apparently there are documents tying him to payments to terrorists, and also financial documents tying him to Mr. Arafat.
RAHMAN: You know, I'm going to say something that you may not like, Greta.
VAN SUSTEREN: OK.
RAHMAN: The problem is that what the Israelis say is taken uncritically. First of all, this is a man who is a member of the Palestinian parliament. He is a leader in al-Fatah movement, which is the Palestinian official party. He was a

Case 1:04-cv-00397-GBD-RLE   Document 476-179   Filed 04/23/14   Page 3 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 37 of 379

Page

negotiator with the Israelis. He sees that his country is under military occupation. He has the God-given right to defend his country.
VAN SUSTEREN: Does he have the God-given right, though, to pay terrorists, people to commit...
RAHMAN: Who -- who says...
VAN SUSTEREN: I'm asking you to...
RAHMAN: Who decides that, whether they are terrorists or not? He did not pay anything -- listen...
VAN SUSTEREN: Did he participate in any way with the suicide bombers?
RAHMAN: No, absolutely not!
VAN SUSTEREN: Encourage...
RAHMAN: Absolutely not.
VAN SUSTEREN: Encourage the (UNINTELLIGIBLE) --
RAHMAN: This is what the Israelis are saying, and the Israelis are lying! You remember that the French lied about the Algerian resistance. The white South Africans lied about the African resistance. The British lied about American resistance. When you have a colonial power, they always -- in order to delegitimize you, suddenly you are accused of being a terrorist.
VAN SUSTEREN: But Hasan, how do we decide -- American people listening to us talking, listening to me talk to the deputy prime minister -- how do we decide who's telling the truth in this?
RAHMAN: Well, this is -- this is a deputy prime minister who arrived into Palestinian, Israel, 10 years ago from the Soviet Union. And he is deciding the future of Palestinians who have been there 800 years. Can you believe that? Just
Page 366
Fox News April 15, 2002
because he happens to be Jewish, he has the right to arrive there and decide the destiny of Palestinian families who have been living on that land since time immemorial.
VAN SUSTEREN: All right, in the minute that we have left, what is going to happen here? How in the world is this going to be solved? How is there going to be peace...
(CROSSTALK)
RAHMAN: One single solution.
VAN SUSTEREN: Which is?
RAHMAN: To end this illegal, obnoxious, immoral colonialism occupation of Israel.
VAN SUSTEREN: Does that include a ceasefire by Arafat?
RAHMAN: It includes peace agreements. You get the Israelis out of the West Bank and Gaza, and you will have a peace agreement.
VAN SUSTEREN: And if they won't withdraw to 1967 borders, does that mean it won't happen?
RAHMAN: Definitely not because if the -- what do they want? They want to steal land from the Palestinians? Are they allowed to? Is anybody in the world allowed to take anybody else's land?
VAN SUSTEREN: And that, of course, will be the -- I mean, there'll be no resolution till the two of you can see eye to eye on this -- .
RAHMAN: No, because they are -- Greta, they are imposing their will on the Palestinians by military force. They do not have the right to do so, no legal authority, no legality for that, and...
VAN SUSTEREN: Hasan...
RAHMAN: ... cannot do it.
VAN SUSTEREN: ... I got to stop you there. Thanks for joining us.
RAHMAN: You're welcome.

P 1: 4643

Case 1:04-cv-00397-GBD-RLE   Document 476-179   Filed 04/23/14   Page 4 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-23   Filed 05/28/10   Page 38 of 379

Page

VAN SUSTEREN: Up next: How hard is it to prosecute a priest for sex crimes? And should church leaders who cover up for accused priests face criminal charges?
And later...
**LOAD-DATE:** July 10, 2003
Page 367
63 of 111 DOCUMENTS
Copyright 2002 National Broadcasting Co. Inc.
NBC News Transcripts
**SHOW:** Today (7:00 AM ET) - NBC
**April** 15, 2002 Monday
**LENGTH:** 780 words
**HEADLINE: Hasan Abdel Rahman,** Palestinian representative to US, discusses Powell's meeting with Yasser Arafat
**ANCHORS:** MATT LAUER; KATIE COURIC
**BODY:**
MATT LAUER, co-host:
On CLOSE UP this morning, the path to peace. As we've noted, Secretary of State Colin Powell has described his meeting on Sunday with Yasser Arafat as 'useful and constructive.' Today Mr. Powell meets with leaders of Lebanon and Syria.
**Hasan Abdel Rahman** is the chief Palestinian representative to the United States.
Mr. Rahman, good morning to you.
Mr. **HASAN ABDEL RAHMAN** (Chief Palestinian Representative to the US): Good morning, Matt.
LAUER: It--it appears we have a standoff, even after meetings over the last several days. In your opinion, what is the best thing to come out of the meeting between Secretary Powell and President Arafat?
Mr. RAHMAN: Well, as the--as the secretary said, the meeting was useful and constructive and frank and candid. There was expression of views by both sides. You know, the problem with this meeting, that the secretary came to the meeting empty-handed. In other words, he did not come with a timetable from Mr. Sharon on how to implement resolution of the Security Council of the United Nations, 1402, which demands from Israel to hold its invasion of the Palestinian territories and withdraw its tanks.
LAUER: Well, here's the big--big basic problem is, Israel says they won't withdraw the troops from the West Bank and stop the military operation until the violence, in particular the suicide bombings, end. Yasser Arafat says the violence won't end until the tanks pull out. So how do you solve that?
Mr. RAHMAN: But there's a sequence that was established in the Security Council resolution. Hold the invasion, withdraw the tanks from the cities that were occupied--and this, by the way, is the position that was expressed by the President of the United States. Remember two weeks ago, he said to Israel,
Page 368
NBC News Transcripts April 15, 2002 Monday
'Hold the invasion, withdraw your tanks now, and then we will discuss the issues.' Because today you have 3.2 million Palestinians who are living under siege. You cannot go out to buy milk for your children. You cannot buy food for your children. How can you combat violence if your national infrastructure is destroyed, your roads are destroyed, your telephone system...
LAUER: Right.
Mr. RAHMAN: ...and then your--also your police is being destroyed.
LAUER: Let me ask you a personal question, Mr. Rahman...

P 1: 4644