Case 1:04-cv-00397-GBD-RLE    Document 476-180    Filed 04/23/14    Page 1 of 4
Case 1:04-cv-00397-GBD-RLE    Document 84-22    Filed 05/28/10    Page 272 of 405

Page

PLAINTIFF'S EXHIBIT 1094

45 of 111 DOCUMENTS

Content and Programming Copyright 2002 Fox News Network, Inc. ALL RIGHTS RESERVED. Transcription Copyright 2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing House, Inc.), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, Inc.'s and FDCH e-Media, Inc.'s (f/k/a Federal Document Clearing House, Inc.) copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.

Fox News Network
**SHOW:** FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:41)
**May** 3, 2002 Friday
Transcript # 050305cb.260
**SECTION:** News; International
**LENGTH:** 1342 words
**HEADLINE:** Interview With **Hasan Abdel Rahman** and Alon Pinkas
**GUESTS: Hasan Abdel Rahman,** Alon Pinkas
**BYLINE:** Greta Van Susteren
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
VAN SUSTEREN: The White House says the upcoming international Middle East peace conference is a chance to build momentum, but did yesterday's U.S. Senate vote in support of Israel stall the momentum before it had a chance?
Joining me in Washington is the chief Palestinian representative to the United States, **Hasan Abdel Rahman.** Nice to see you, Hasan.
**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REP.: Thank you.
VAN SUSTEREN: What do you make of this vote in support of Israel? Does that hurt the president's chance of --
RAHMAN: I believe it is irresponsible, it is illegal, and it is immoral.
VAN SUSTEREN: Why do you think they did it, then? Why do you think the House and the Senate --
RAHMAN: It was a very cheap way of raising funds from the American- Jewish community. Believe me, there is no other reason.
Page 227
Fox News May 3, 2002
VAN SUSTEREN: You think it's for money?
RAHMAN: Absolutely.
VAN SUSTEREN: No doubt about it?
RAHMAN: I have no doubt about it.
VAN SUSTEREN: Do Palestinians contribute to any of these.
RAHMAN: No. We don't have the money to contribute.
But you know what amazes me and amazes many people like myself, is the fact that those people are acting against the national interests of the United States. They are defying the policy of.
VAN SUSTEREN: Why? Why is it against the national interest? Is that a threat?
RAHMAN: Of course it is.
VAN SUSTEREN: A threat to the United States?
RAHMAN: What they do, it threatens the United States.
What message are those people sending to the rest of the world?

Case 1:04-cv-00397-GBD-RLE   Document 476-180   Filed 04/23/14   Page 2 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-22   Filed 05/28/10   Page 273 of 405

Page

VAN SUSTEREN: Well, let me ask you this. When you say threat, of course, that raises my antenna. Does that mean it's going to cause harm to the United States?
RAHMAN: I am saying that when the Arab world watches the Congress of the United States behaving in this way, what message are they sending to the Arab world, by siding with Sharon, Sharon who is committing war crimes against the Palestinians.
VAN SUSTEREN: Well, you mention Sharon. Let me ask you a question. Sharon's office has released information that Marwan Barghouti, who is a Palestinian in Israeli custody, has said that Arafat personally approved weapons funding for attacks against Israelis. True or false?
RAHMAN: I don't know. But let me tell you what, if I were Arafat, I would support the right of the Palestinians to defend themselves against Israel's occupation. Who in the world would not fight an invading army?
VAN SUSTEREN: What about supporting.
RAHMAN: Would you not fight against an invading army of the United States?
VAN SUSTEREN: Would you support -- do you think Arafat should support suicide bombers that hurt civilians?
RAHMAN: No. That's a totally different story.
I am saying you have an army that is invading your country, that's killing your people, destroying your home, taking over your land, and bringing Jews from
Page 228
Fox News May 3, 2002
Russia, from Brooklyn, new york, to settle in your own back yard.
VAN SUSTEREN: In the last 20 seconds, any chance we're going to have peace soon?
RAHMAN: Absolutely. The day the Israelis accept to withdraw their army from the Palestinian territories and take away their Taliban Jewish settlers from the Palestinian territories, we will have peace.
But if they continue to occupy us, violent our God-given right to be free people and bring Jewish settlers to live in our villages.
VAN SUSTEREN: Hasan, I've got to stop you right there, because I've got to go on the other side of debate now.
For the other side, Israeli Counsel General Alon Pinkas joins us in New York. Thank you for joining us, sir.
ALON PINKAS, ISRAEL COUNSEL GENERAL: Thank you. Good evening, Greta.
VAN SUSTEREN: Let's talk first about the settlements that Hasan has raised. Even the Sect. of State Colin Powell has said those settlements have got to stop, and we've got to do something about the ones that are there. Your reaction to that?
PINKAS: Of course they've got to stop. And they stopped a few years ago. We haven't built new settlements for a few years now.
VAN SUSTEREN: What about the ones that have been built in the last 10 years, because the Palestinians say that's an encroachment on their property?
PINKAS: Whether they're right or their wrong is immaterial.
VAN SUSTEREN: Well, it's not to them.
PINKAS: No, no, no, no, no. Let me continue.
At Camp David, in July of 2000, under the auspices of Bill Clinton, we were ready to delineate a political border that would consider only 80 percent of the settlers to be part of Israel and the rest would have been in due time dismantled. The Palestinians refused to do that.
Bill Clinton was then supported by United States Congress, which, of course, according to Mr. Abdel Rahman, is irresponsibly acting against the better interest of the United States of America.
I've got it tell you, it's very refreshing to listen to Mr. Abdel Rahman, a

Case 1:04-cv-00397-GBD-RLE   Document 476-180   Filed 04/23/14   Page 3 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-22   Filed 05/28/10   Page 274 of 405

Page

representative of a repressive dictatorship, accuse the United States Congress
of acting irresponsibly against the interest of the United States of America.
That's ridiculous.
VAN SUSTEREN: I think one of the thoughts, Alon, is that the thinking is that
the president is trying to resolve this dispute or trying to help resolve the
Page 229
Fox News May 3, 2002
dispute in the Middle East and he's gotten to where he doesn't want to sort of
pick sides, and the problem that he has is that the U.S. Congress -- the House
and the Senate has now supported Israel, which makes it politically difficult
for him to sort of be the mediator to try to resolve this problem that has
haunted he world for decades.
PINKAS: There is a bigger picture out there, Greta, and that is that the
United States Congress has expressed a friendship to a sister democracy. This is
not about the peace program. This is not about Sharon or Ehud Barak before him,
or Shimon Peres before him or Yitzhak Rabin before him. It's not even about
Arafat, believe it or not.
This is about the representatives of the people of the United States
expressing their support to a democracy that shares values.
VAN SUSTEREN: Alon, we have supported Israel. We have been good friends. I
don't think that it's necessarily true that we have to take a vote to
demonstrate that. I think the United States has demonstrated that it has been a
friend to Israel.
But I think where the greatest friend to Israel if we don't handicap our
president as he tries to help resolve this problem.
PINKAS: You're absolutely right.
VAN SUSTEREN: I think that's the criticism.
PINKAS: You're absolutely right, and I don't think that Congress is
handicapping the president. I don't think Congress handicapped Bill Clinton
before President Bush. And I don't think that George Bush-41 was handicapped by
Congress.
All these presidents have done their best to facilitate some kind of
political process in the Middle East.
The impediment to the political process in the Middle East, the impediment to
any peace agreement in the Middle East, is not the United States Congress. That
is the most ludicrous thing that I have heard today. The impediment is in one
word Arafat and in two words Yasser Arafat.
That is the only thing that is standing between a viable political process
between Israel and the Palestinian people. The Palestinian people are not our
enemies. We were at Camp David, and in subsequent negotiations, this close to
getting to some understanding on the contours of a political process.
VAN SUSTEREN: I hope that we can get even a little bit farther than just this
close, as the president tries, once again the United States tries to solve this
problem for the Middle East.
Alon Pinkas, appreciate you joining me this evening.
PINKAS: Thank you.
VAN SUSTEREN: Up next, the Osbournes tell MTV we'll be back.
Page 230
Fox News May 3, 2002
What does Ozzy and his wife think about the success? Well, stick around, and
wait until you hear how much money they're getting.
And later, we gave you the case last night. And today the judge ruled. Will
Mr. Softy get put on ice? We have the verdict, and we have your e-mail.
**LOAD-DATE:** July 10, 2003

Case 1:04-cv-00397-GBD-RLE   Document 476-180   Filed 04/23/14   Page 4 of 4
Case 1:04-cv-00397-GBD-RLE   Document 84-22   Filed 05/28/10   Page 275 of 405

Page

Page 231
46 of 111 DOCUMENTS
Content and programming Copyright 2002 Cable News Network
Transcribed under license by FDCH e-Media, Inc. (f/k/a
Federal Document Clearing House, Inc.). Formatting Copyright
2002 FDCH e-Media, Inc. (f/k/a Federal Document Clearing
House, Inc.). All rights reserved. No quotes from the
materials contained herein may be used in any media without
attribution to Cable News Network. This transcript may not
be copied or resold in any media.
CNN
**SHOW:** LIVE ON LOCATION 20:00
**May** 2, 2002 Thursday
Transcript # 050200CN.V85
**SECTION:** News; International
**LENGTH:** 6438 words
**HEADLINE:** Ramallah: Arafat's Next Step
**GUESTS:** Gideon Meir, Yasser Abed Rabbo
**BYLINE:** Mike Hanna, John King, Rula Amin, Matthew Chance, Jason Bellini, Walter
Rodgers, Jerrold Kessel, Bill Schneider
**HIGHLIGHT:**
Now that Palestinian leader Yasser Arafat has been freed from his Ramallah
compound, what will his next step in the Middle East be?
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.
ANNOUNCER: A new push for Mideast peace. An international peace conference
is in the works.
(BEGIN VIDEO CLIP)
COLIN POWELL, SECRETARY OF STATE: This is the time for prompt action, to take
advantage of this new window of opportunity that has been presented to us, and
we intend to do just that.
(END VIDEO CLIP)
ANNOUNCER: Stepping out and taking sides. A smiling Yasser Arafat emerges
from his compound, and surveys the scene in war-torn Ramallah. He's no longer
surrounded by Israeli tanks, but how far can Yasser Arafat go?
Page 232
LIVE ON LOCATION 20:00 May 2, 2002 Thursday
(BEGIN VIDEO CLIP)
MIKE HANNA, CNN CORRESPONDENT: The end of a long siege, Arafat is now free to
travel where he wishes. The question is yet unanswered by the Israelis, if
Arafat leaves the Palestinian territories, will he be allowed to return?
(END VIDEO CLIP)
ANNOUNCER: Battle in Bethlehem. A war of words over the fire and firefight
at the Church of the Nativity.
(BEGIN VIDEO CLIP)
UNIDENTIFIED MALE: The Palestinians have planted bombs, and we know that some
doors have been booby trapped by the Palestinians in the church.
(END VIDEO CLIP)
(BEGIN VIDEO CLIP)
UNIDENTIFIED MALE: How can Palestinians do that to the church while they're
inside?
(END VIDEO CLIP)
ANNOUNCER: LIVE FROM RAMALLAH: Arafat's next step. Now here's Mike Hanna.

P 1: 4648