Page
Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

PLAINTIFF'S EXHIBIT 1098

**SHOW:** FOX HANNITY & COLMES (21:00)
**June** 18, 2002 Tuesday
Transcript # 061801cb.253
**SECTION:** News; International
**LENGTH:** 2556 words
**HEADLINE:** Interview With **Hasan Abdel Rahman,** Alon Pinkas
**GUESTS: Hasan Abdel Rahman,** Alon Pinkas
**BYLINE:** Sean Hannity, Alan Colmes
**BODY:**
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
ALAN COLMES, CO-HOST: Welcome to HANNITY & COLMES. I'm Alan Colmes.
Coming up tonight, the latest on the search for Elizabeth Smart. The police have released a new description of the suspect, and police say the kidnapper didn't even know Elizabeth's sister caught sight of him. We'll get reaction from a friend of the Smart family and Marc Klaas.
Also, should religion be excluded from the memorial at ground zero? Some people are upset about the possibility of a steel cross. We'll debate that.
And what game on the playground's been banned by a California school because it may hurt the self-esteem of some children? We'll tell you about it.
Which leads us to our question of the day: How many kids are hurt each year while playing at school? We'll give you the answer later.
First, our top story today. A Palestinian man detonated a bomb filled with nails on a Jerusalem bus this morning, killing himself and 19 passengers. The Islamic militant group Hamas claimed responsibility for the attack, which was
Page 159
Fox News June 18, 2002
Jerusalem's deadliest in six years.
The Israeli Prime Minister Ariel Sharon vowed to respond to the attack, and, tonight, Israel says it will head back into parts of the West Bank and stay until the terror attacks end.
So has any hope of peace been shattered?
We're joined now by the chief representative of the PLO to the United States, **Hasan Abdel Rahman.**
Mr. Rahman, welcome back to HANNITY & COLMES. Good to see you once again, sir.
**HASAN ABDEL RAHMAN,** CHIEF PALESTINIAN REPRESENTATIVE TO THE UNITED STATES: Thank you.
COLMES: Why do these suicide attacks keep happening? Why are they doing it?
RAHMAN: Well, of course, the reason that is stated by those who commit them is that Israeli brutality against the Palestinians. They are taking advantage...
COLMES: Do you condemn them?
RAHMAN: ... on the -- of course we did. We are against them because we think that they serve the interests of Mr. Sharon, who wants to continue to occupy Palestinian territories and to steal more land and bring more Jewish settlers into the Palestinian lands.
COLMES: What control does the Palestinian Authority have to stop these suicide attacks?
RAHMAN: Well, listen, if Israel with all its army -- and that is the fourth largest army in the world -- and all its security agencies cannot stop them in Jerusalem, do you think that we can?
COLMES: So you're saying you can't?

Page

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

RAHMAN: I think...
COLMES: There's nothing you can do?
RAHMAN: Well, no. I think that the only way to really reduce the level of violence is to try something that has not been tried, and that is to withdraw its troops from the Palestinian territories, stop illegal occupation, stop illegal construction of Jewish settlements.
COLMES: And on that note, Hamas says that they are willing to stop the suicide attacks if Israel withdraws from the West Bank. Should we believe them?
RAHMAN: I think that we should try it. Why not? I mean, listen, Israel has used violence all along for 36 years, killing Palestinians, destroying their homes, destroying their crops, destroying their livelihood, and it did not work.
Page 160
Fox News June 18, 2002
COLMES: Why should we believe Hamas?
RAHMAN: There is more violence. More violence brought violence. Because until the recent intensification of Israeli assaults on the Palestinians, there were not -- no suicide bombing. This is a very recent phenomenon. It started after Sharon has come to power and started killing Palestinians indiscriminately. We don't like it.
COLMES: What assurance does -- what assurances should be given for Israeli security and safety?
RAHMAN: I assure you that Israel can be much more secure in a context of peace rather than when Israel is occupying the Palestinians. I am sure of that.
SEAN HANNITY, CO-HOST: Mr. Rahman, with all due respect, your condemnation is a joke -- of what happened. Let me tell you why it's a joke. You know, your leader, Yasser Arafat, invited Hamas, the very group responsible for 19 dead and 50 injured -- he invited them to join his cabinet.
And let's go to the videotape here because we have a tape here. This is a chilling three-and-a-half-hour videotape obtained by Fox News which is basically Hamas Bomb Making 101 for Palestinian militants, the same people, the same members of Hamas that Yasser Arafat, your leader, invites to be a part of his cabinet.
You know what? It's -- your words mean nothing, Mr. Rahman.
RAHMAN: First of all, I -- Mr. Hannity, you and I have talked in the past, and you and I agree that, when we talk to each other, we should be respectful of each other. You don't vilify my -- what I say, and I don't do that with you. I never said that what you are saying is a joke because I have respect for you. So I hope that you will have the same respect for me.
HANNITY: You can lecture me all you want.
RAHMAN: Having said...
HANNITY: The fact is -- the fact remains that the very...
RAHMAN: Let me...
HANNITY: The very...
RAHMAN: Let me...
HANNITY: Wait a minute, sir. The very people...
RAHMAN: No, you wait. You wait.
HANNITY: ... that you want in the cabinet, you are teaching how to build bombs, and I have the videotape.
RAHMAN: Listen, listen, listen. Your shouting does not make you more right. So please let me finish what I'm saying.
Page 161
Fox News June 18, 2002
HANNITY: You can't address the issue.
RAHMAN: Yeah, I will address it. Listen, those people are claiming that they

Case 1:04-cv-00397-GBD-RLE    Document 476-184    Filed 04/23/14    Page 3 of 6
Case 1:04-cv-00397-GBD-RLE    Document 84-22    Filed 05/28/10    Page 162 of 405

Page
Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

are defending themselves from Israel's illegal occupation. When you have a foreign army in your country, you use whatever means are available to you to fight back.
HANNITY: Oh, you're going to justify...
RAHMAN: Of course. Yes.
HANNITY: ... this murder and this mayhem.
RAHMAN: Listen...
HANNITY: Now you're going to rationalize and excuse it.
RAHMAN: No, not just -- listen, don't put words in my mouth. I am explaining because, if you do not listen to what people say, you are perpetrating...
HANNITY: I don't need lectures from you.
RAHMAN: ... and you need...
HANNITY: I'm not listening, Mr. Rahman. I've got the videotape.
RAHMAN: Well, I think -- I think you need it. I think you need it. So please listen to me because you invited me here to speak.
HANNITY: You've had plenty of time to speak.
RAHMAN: Yes. So let me finish what I'm saying.
HANNITY: So get to the point. I got your lecture. Get to the point.
RAHMAN: I am saying -- I am saying that, instead of condemning this situation, which we condemn, what we need is to look for the causes, and we need the causes because those are symptoms. The cause for this violence is an illegal occupation that has...
HANNITY: Fine. You...
RAHMAN: ... been going for 36 years.
HANNITY: You are -- what you're doing...
RAHMAN: The Israeli army -- let me finish. When the Israeli army...
HANNITY: No, Mr. Rahman. I don't want a lecture.
RAHMAN: When the Israeli army brutalizes the Palestinians on a daily basis, you don't want to see that.
HANNITY: Mr. Rahman, you blame Israel for what is happening here, but you --
Page 162
Fox News June 18, 2002
the one question you can't answer...
RAHMAN: Of course I do.
HANNITY: ... is why your leader is asking members of those bomb makers to join his cabinet because he's supporting terror.
RAHMAN: I'll tell you why. Because, in Israel, there are members of Sharon's cabinet who are calling for ethnic cleansing. We can -- in order to have people contained -- people may be pacified -- you bring them into the political process.
COLMES: We have to go, Mr. Rahman. We appreciate you being on the show tonight. We'll get the Israeli response to today's attack when we come back.
RAHMAN: Thank you.
COLMES: And still to come tonight -- Thank you, sir -- are police finally zeroing in on a suspect in the disappearance of Elizabeth Smart? Major developments today. We'll bring you the latest from Salt Lake City.
And should the memorial at ground zero be free of any religious affiliation? Some people are upset about the possibility of a cross being part of the plans. We'll debate it.
(COMMERCIAL BREAK)
HANNITY: Also coming up tonight, police are giving new details about the night that Elizabeth Smart was kidnapped. We're going to have the very latest tonight.
Right now, we continue our look at today's deadly suicide bombing. It left at

Page

Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

least 19 Israelis dead, over 50 injured.
Right now, joining us is the Israeli consul general to the -- to New York, is Ambassador Alon Pinkas.
I want to go back -- I want to get a look at this video, and I want you to look at it in the context -- this is infuriating to me.
Here is this guy. This is part of a video, a three-and-a-half-hour how to construct explosive video of Hamas, the same Hamas Yasser Arafat asked to join the cabinet with.
Now at what point does the United States and the rest of the world identify this man as the terrorist that he is that cannot be negotiated with? Do you know when?
ALON PINKAS, ISRAEL'S CONSUL GENERAL: The sooner, the better. That's up to you. That's up to the free world. That's up to the United States of America.
HANNITY: But George Bush was about to anoint pretty much -- you know, today -- he was supposed to have a speech either today or this week. It's going to be, quote, "an interim Palestinian state." Arafat is the dictator. I mean, it's
Page 163
Fox News June 18, 2002
just...
PINKAS: Well, I don't know what's going to be in that speech. I can only assume that it will provide a vision that the United States of America and, indeed, the president has for...
HANNITY: A Palestinian state. That's what he's...
PINKAS: A Palestinian state is something that we were ready to agree, that we were ready to provide the Palestinians with as recently as Camp David in July of 2000, a contiguous state. Now the state is not the issue.
Who's going to govern that state? What kind of people are going to govern that state? Are they trustworthy? Are they credible? That is the issue, and the answer is a resounding no.
HANNITY: No. Mr. Pinkas, look, I think this president has identified for the entire world, laid out the way we ought to deal with terror. We have this guy Arafat. He's asking these people that are building bombs to join his cabinet. Can you explain to me why the United States of America and why the State Department would want to do business when they say you're either with us or with the terrorists? How does -- isn't that inconsistent in your mind?
Isn't it about time Israel say that "that's inconsistent, Mr. President. Why don't you follow your own doctrine?"
PINKAS: We've been saying it ever since 9/11, ever since the president with the moral clarity which we believe...
HANNITY: The president hasn't been consistent, has he?
PINKAS: I think he has been consistent. I think that you have to -- look...
HANNITY: You're playing a politician here.
PINKAS: I get a -- well, first of all, A, I am. B, I get paid a fortune to defend my government, so, as a bonus, I'll defend your president. I truly think that he is consistent. I really do. Now...
HANNITY: Is Arafat the terrorist that I say he is?
PINKAS: Yes, he is.
HANNITY: Is Hamas a terrorist organization? So how can any plan exist where this man is a part of the equation and that not...
PINKAS: Who said he's part of the...
HANNITY: ... and that be consistent with "You're with us or against us."
PINKAS: Sean, he's not part of the equation.
HANNITY: He is. Absolutely, Alon.
Page 164

P 1: 4671

Page
Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

Fox News June 18, 2002
(CROSSTALK)
COLMES: ... to defend President Bush, who I think has been consistent and has done an excellent -- and now he's talking about working around Arafat, according to "The New York Times" lead editorial today, because Arafat really is and ultimately will be irrelevant to the peace process, and he's doing the right thing.
Now Israel says it's going to retake parts of the West Bank. This is breaking news tonight. Israel is now saying it's going to do that. You have Hamas saying, "We're going to keep doing suicide bombs as long as Israel goes into the West Bank."
So isn't Sharon continuing the cycle of violence...
PINKAS: Oh, no.
COLMES: ... if he's saying, "We're going to continue going into the West Bank."
PINKAS: Oh, no. No.
COLMES: That's exactly the wrong thing to do.
PINKAS: No, this -- Alan, this is not a cycle of violence. Hamas, Hezbollah, Islamic Jihad, al Qaeda, and other sister organizations all being funded by and mentored by the patron saint of terrorism, which is Iran, are not going to disappear if we do not retaliate.
COLMES: Sharon continuing incursions into the West Bank -- what is that going to accomplish?
PINKAS: I'll tell you what. This is an ongoing -- same reason that you're in Afghanistan. Same reason the British went into Ulster. Same reason that the Russians went into -- at some points, into Chechnya.
COLMES: There has to be a settlement. There has to be division of the territory.
PINKAS: Of course. Of course.
COLMES: And Israel -- Israel's going in the opposite direction and making the matter worse.
PINKAS: No, no. We're combating terrorism. This is not deciding the political fortunes or the political prospects of this. We have no doubt that the land will be partitioned politically. There are Palestinians out there that we wish not to control, that we have no benefit in controlling, no we have anything in common with them.
COLMES: Israel is reportedly building an electric security fence on the West Bank, interpreted as a unilateral declaration of a border. They've been urged by this administration not to do that. They knew that that is an obtrusive, certainly an obstacle to peace. Why are they doing that?
Page 165
Fox News June 18, 2002
PINKAS: Well, first of all, the obstacle to peace is Yasser Arafat. The obstacle to peace is a corrupt -- morally, politically, ideologically...
' COLMES: Building a wall before they know what the boundary's going to be, before there's a negotiation?
PINKAS: There's nothing wrong with a fence. If the difference between having a fence and not having a fence is having children die or not die on their way to school, then a fence is good, a China wall is good...
COLMES: Do you...
PINKAS: ... a Berlin wall is good.
COLMES: Do you think it will stop suicide bombing?
COLMES: Do you think that's going to stop suicide bombing?
PINKAS: I think it will -- I think it will significantly decrease or reduce

P 1: 4672

Page
Middle East reality check;Before negotiations, suicide bombers must be silenced The Washington Times June 12, 2002, Wednesday, Final Edition

the number of terror activity -- of terror attacks and terror activity.
Now let's put this thing in order. The fence that we're building, the ditches, the obstacles are not political. They are defense oriented.
There are ideas out there for unilateral disengagement based on political boundaries. We have not reached that point yet, nor does the Israeli government agree to that yet.
HANNITY: You know, Mr. -- you know, they compared that fence to the Berlin wall with one big mistake. This fence keeps terrorists out. It's not keeping people in. This is mind boggling.
Good to see. Thanks for being with us.
PINKAS: Thank you.
HANNITY: Coming up next, all right, how much closer are Salt Lake Police to finding Elizabeth Smart? We have a lot of breaking news and some details that will help, hopefully, with the search.
Then why is one group upset that a certain part of the World Trade Center rubble may become a memorial and they may have a cross there? Well, atheists are complaining. You'll meet one straight ahead.
**LOAD-DATE:** July 10, 2003
Page 166
31 of 111 DOCUMENTS
Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** America At War
**June** 18, 2002, Tuesday AM ET
**NETWORK:** MSNBC Cable Programming
**MEDIUM:** Cable
**LENGTH:** 131 words
**BODY:**
START: 18.01
Teased Segment - Mideast Crisis. A lot of questions are surrounding the crisis in the Mideast. There are now more questions following a bombing that killed 19 people.
Graphic - Turner on Mideast Terror/ Ted Turner, Vice Chairman AOL Time Warner.
Studio Interview - Gideon Meir, Israeli Ministry of Foreign Affairs, says no one can justify the killing of innocent people. He says people were killed on their way to school and work this morning.
Visual - Bombing Sight, Jerusalem.
Sound Bites - On the Phone, **Hasan Abdel Rahman,** Palestinian Authority, says it is wrong to kill innocent Palestinians. He says this has been going on for years and years. Meir says Israel is defending themselves from the suicide bombings.
Visual - Yassar Arafat.
END: 23.12
**SEGMENT-ID:** 18
**PROGRAM-ID:** msnbc1000.0618.18
**LOAD-DATE:** July 18, 2002