**PLAINTIFF'S EXHIBIT 1102**

**TYPE:** Television
**LENGTH:** 109 words
**BODY:**
START: 04:11
Mid East Sec. of State Colin Powell has announced the US will send humanitarian aid to the W. Bank to help out Palestinians there. The Israeli gov. will cooperate with the US. Richard Engle reports.
Visual - scenes in Jenin. Bodies may be still trapped.
Visual - UN agrees to send a fact finding team there.
Interview - William Burns, Asst Sec of State for Near East, on trying to find out what happened.
Interview - Nasser Al **Kidwa,** UN Observer, on how a war crime was committed.
Interview - Aaron Jacob. Israeli Rep. says Palestinian Liberty provided terrorism.
Visual - violence in the Gaza Strip.
END: 06:30
**SEGMENT-ID:** 6
**PROGRAM-ID:** wxyz12000421
**LOAD-DATE:** May 23, 2002


AL KIDWA Articles


Copyright 2003 Cable News Network
All Rights Reserved
CNN INTERNATIONAL

**SHOW:** Q&A WITH JIM CLANCY 11:30 AM Eastern Standard Time

September 19, 2003 Friday

Transcript # 091901cb.k18

**SECTION:** NEWS; INTERNATIONAL

**LENGTH:** 2276 words

**HEADLINE:** Q&A 11:30

**GUESTS:** Nasser al-Kidwa, Dan Gillerman

P 1: 4758

**BYLINE:** Zain Verjee

**HIGHLIGHT:**

Is compromise possible in the Middle East?

**BODY:**

(BEGIN VIDEOTAPE)

ZAIN VERJEE, CNN INTERNATIONAL ANCHOR (voice-over): At the United Nations, attention once more on Israel's threat to remove Palestinian leader Yasser Arafat. The U.N. (UNINTELLIGIBLE) debate and vote on a resolution calling on Israel to back down from its threat, a threat that appears to have received a boost from U.S. President George W. Bush.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: Mr. Arafat has failed as a leader.

UNIDENTIFIED MALE: Mr. Arafat is a democratically elected and as such a legitimate leader of the Palestinians.

UNIDENTIFIED MALE: (UNINTELLIGIBLE) positive response by the people of the region toward these policies.

SHIMON PERES, FORMER ISRAELI PRIME MINISTER: I believe it will push many Palestinians to take a more extreme position, totally unnecessary.

VERJEE: On this addition of Q&A, is any compromise possible?

(END VIDEOTAPE)

VERJEE: Welcome to Q&A. Will the United States veto of a U.N. Security Council resolution demanding that Israel rescind its threat to remove Palestinian leader Yasser Arafat, the debate now goes to the United Nations General Assembly. Is any compromise possible? From the United Nations, I spoke with Israeli ambassador to the U.N., Dan Gillerman, and the Palestinian representative to the U.N., **Nasser al-Kidwa**.

Mr. Gillerman, to you first. Is there any proposal, any measure, any action the Palestinian Authority can take that will lead Israel to rescind its decision to remove Yasser Arafat?

DAN GILLERMAN, ISRAELI AMBASSADOR TO THE U.N.: Well, the first decision the Palestinian leadership should take, and should have taken a long time ago is to dismantle the infrastructure of terrorism, and eradicate terrorism. We're facing the worst, most brutal and evil terror this century has seen. It is lead by Mr. Arafat, engineered by Mr. Arafat. In fact, invented by Mr. Arafat.

He is the one who brought the world suicide bombings and airplane hijackings. And we've seen the devastating results all over the world today. So the first condition is to act against terror. And it is very clear.

VERJEE: Specifically how?

P 1: 4759

GILLERMAN: Specifically by arresting the leaders of the Hamas, the Islamic Jihad, the Al-Aqsa Brigades and the Tanzim. The Palestinian leadership knows very well who these people are, where their weapons are stashed. They can arrest them within 48 hours. Let me make it very clear. This is not a matter of capability. This is a matter of willingness. And unfortunately, as long as Mr. Arafat is there, there is no willingness, and he has prevented any Palestinian leader, even those who wanted to do it, from taking even the first step in that direction.

VERJEE: You are saying, Mr. Ambassador, that if they were all arrested, you would rescind?

GILLERMAN: If the Palestinian leadership acted against terrorism, Israel has stated repeatedly it would be willing to proceed along road of peace and negotiation, reach a settlement with the Palestinians, and provide for them the very bright future they deserve, rather than the very bleak past Mr. Arafat has brought them.

VERJEE: **Nasser al-Kidwa**, with that for starters, would the Palestinian Authority explicitly condemn Hamas, the Palestinian Islamic Jihad, the Al-Aqsa Martyrs Brigades, those organizations responsible for terror? Would it dismantle the so-called terrorists organizations if Israel rescinds its decision to remove Arafat?

**NASSER AL-KIDWA**, PALESTINIAN REPRESENTATIVE TO THE U.N.: Let me first say that the statements made by the Israeli ambassador is very unfortunate, especially coming from the representative of a government headed by Mr. Sharon, a hero (ph) of repeated massacres against the Palestinian people and head of a government that has been committing horrific war crimes, inhuman (ph) war crimes against our people, killing thousands of people and injuring tens of thousands, destroying the lives of the Palestinian people collectively.

In any way fighting terrorism is essential, of course, but you have always to remember that the essence of the whole thing is the existence of the Israeli occupation, the colonization of our land and the rejection by Israel of the existence of the Palestinian state, and its rejection of the two-state solution.

For this peace to be achieved, we need to have a different Israeli position, one that says, yes, we want to end this occupation, that says yes, we want to end the colonization of the Palestinian land. Only this could bring hope, and will then open the door for any practical steps on the ground.

VERJEE: The issue at stake, you want Israel to rescind the decision to remove Yasser Arafat. That's what's before the General Assembly today. As a first step, will you arrest known Palestinian militants, known Palestinian terrorists? Will you condemn the groups you know are responsible for it?

AL-KIDWA: As the first step, we are ready absolutely to take the first step as agreed upon in the road map, along with the implementation by Israel of the first step also agreed in the road map. That means a declaration on the Palestinian side to end all violence and terror, and on the Israeli side as well, to end all attacks against Palestinians everywhere.

Unfortunately, the public doesn't know these facts. Doesn't know that there is already an agreement that was violated by the Israeli side. The implementation of the agreed upon first step

by the two sides is the way forward, and that also will then lead to a different situation on the ground.

VERJEE: Specifically though, Ambassador Gillerman, can there be any compromise on this issue that faces the General Assembly today? Can there be any compromise between the Israelis and the Palestinians on the security cabinet's decision to remove Arafat?

GILLERMAN: There can and I believe there will be compromise and peace between Israelis and Palestinians. But there will not be peace until the Palestinians learn to love their children more than they hate us. Let me quote to you Mr. Arafat, Mr. Al-Kidwa's patron only yesterday, when he spoke to the western media, and said that there wasn't one single person in Palestine who doesn't want and wouldn't want to die as a martyr.

I believe no baby is born wanting to be a suicide bomber. But with a kind of incitement and hatred and corrupt leadership, which Mr. Arafat has brought his own people, there can be no compromise. If there is a new leadership.

VERJEE: But the Palestinians would argue, what about the violence under the Israeli occupation?

GILLERMAN: First of all, for those listeners and those viewers were born less than 30 years ago, let me make history very, very clear. For the first 20 years of Israel's existence, between 1948 and 1967, there wasn't one single inch of Arab land occupied by Israelis. Occupation is an excuse, because for those first 20 years, we were still the subject of horrible suicide attacks and bombings by the Palestinians who never, ever recognized our right to exist.

So occupation is a great mantra, but it is an excuse. The real problem is terror. The real problem is incitement. The real problem is raising babies to don explosive belts and explode themselves in cafes and in restaurants and in bars. This is the real problem.

VERJEE: And you had said earlier, excuse me, Ambassador Gillerman, but the first step the Palestinian Authority should do is to arrest people that they know are responsible for suicide bombings, for organizing them, for terror attacks. Let me ask **Nasser al-Kidwa**, then, could you arrest Palestinian militants that you know are out there within 48 hours, as Ambassador Gillerman suggested that that ought to be the first step?

AL-KIDWA: First, let me underline the outrageous statement just made by the ambassador accusing the Palestinian people of not loving their children. This is the kind of mentality that we are faced with. Furthermore, the ambassador did not tell us what the Israeli occupation did between the inception of the occupation, and until the first suicide bombings occurred 27 years later.

He didn't tell us that Israel actually during this period transferred more than 350,000 settlers to colonize our land. He didn't say that there has been always organized and systematic oppression against the Palestinian people. He didn't say that during this period, thousands of Palestinians were killed, and again the lives of the Palestinian people were destroyed. He didn't say all these things.

This is the crux of the issue. Do they want to split the land? Do they want the existence of

P 1: 4761

the Palestinian state living in peace with Israel or not? Or do they want the whole thing? Do they want greater Israel? This is the issue. Because our national existence is at stake. When they take the right positions, then this will be the necessary atmosphere for the Palestinian Authority to take action, including against anyone who would commit illegal actions.

(CROSSTALK)

VERJEE: I'm asking you one more time, will the Palestinian Authority arrest militants that it knows are out there?

AL-KIDWA: In time. The first step agreed upon in the road map we are ready to do. That should be reciprocated with -- by a first step on the Israeli side. And then the second step by the Palestinian side, including possibly the arrest of anyone who doesn't comply with the overall agreement.

VERJEE: Ambassador Gillerman, we spoke to the former Israeli Prime Minister Shimon Peres a few days ago about Israel's decision to remove Yasser Arafat. Just listen to what he had to say.

(BEGIN VIDEO CLIP)

PERES: I think it is totally unnecessary. First of all, if you want to do something, do. But if you are just declaring, you have all the negatives without really gaining anything of importance. Then I don't think they thought out the whole story up to the end. Because if Arafat will be expelled, outside he will have more opportunity, and a higher voice than he does today. So what are we going to gain?

(END VIDEO CLIP)

VERJEE: Dan Gillerman, your response?

GILLERMAN: Well, I have very great respect, tremendous respect, and admiration for Mr. Peres. I think he's this century's -- one of the century's greatest leaders. I fully agree with him that if you want to do something, do it. And the Israeli government has taken a decision in principle to do what it thinks is right and to do what it feels is right to protect its citizens.

As you know that only two days ago the Security Council rejected a proposition, a resolution which was there to block the expulsion of Arafat. And that rejection was actually supported both by the United States and by two of the greatest countries in Europe, and Bulgaria. So there seems to be a consensus about around the world that Arafat is the problem, rather than the solution.

And I truly believe that Arafat -- and I hope Mr. Al-Kidwa realizes that deep down, as do so many other Palestinians, it's not just our greatest tragedy, or the region's greatest tragedy. He is first and foremost his own people's greatest tragedy. They do deserve better.

VERJEE: So by doing this, by making the announcement as Shimon Peres said, by eliciting all this negativity, nothing is really gained. So what is the strategy here on Israel's part?

GILLERMAN: The Israeli strategy is very clear. It is to protect its citizens, its babies, its children and its mothers from the horrible phenomena of terrorism which we are facing. And

seeing as Arafat is the main engine of terror, the main generator of terror, he must go. And that is in fact what the Israeli cabinet has decided.

VERJEE: **Nasser al-Kidwa**, with the debate, the emergency debate, in the U.N. General Assembly today, do you believe that there will be a compromise?

AL-KIDWA: First, let me say that we listened to another example of misinformation. The Security Council did not reject the resolution. The Security Council failed to adapt the resolution because of the U.S. veto, and only with abstention of the states mentioned by Mr. Gillerman. Unfortunately, that U.S. veto, by the way, was the 26th U.S. veto against Palestinian resolutions alone. So you can imagine what kind of a role played by the United States in the Security Council.

With regard to the position of the international community, I'm sure that Mr. Gillerman will see this position very clearly today during the vote by the emergency special session, emergency special session, not a normal session on the draft resolution before it. You will see the overwhelming majority of the international community again condemning the Israeli action, and taking clear position in support of the legitimate choices of the Palestinian people, including their choice of their leadership. It is not up to the Israeli side, or any other foreign side to tell the Palestinian people who they should elect, or who should be their leader. That is again very racist, condescending attitude that is absolutely unacceptable.

VERJEE: **Nasser al-Kidwa**, the Palestinian representative to the United Nations, Dan Gillerman, the Israeli ambassador to the United Nations. Thanks to you both for joining us on Q&A.

GILLERMAN: Thank you very munch.

AL-KIDWA: Thank you.

VERJEE: That's this addition of Q&A. Just before we go, we always want to hear from you. You can e-mail your comments to Q&A@CNN.COM. We'll have more news in just a moment. This is CNN.

TO ORDER VIDEOTAPES AND TRANSCRIPTS OF CNN INTERNATIONAL PROGRAMMING, PLEASE CALL 800-CNN-NEWS OR USE THE SECURE ONLINE ORDER FROM LOCATED AT www.fdch.com

**LOAD-DATE:** September 20, 2003

P 1: 4763