# ARNOLD & PORTER LLP

Carmela T. Romeo

Carmela.Romeo@aporter.com
+1 212.715.1195
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 24 2014
```

April 24, 2014

**VIA FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Signed: George B. Daniels]*
Dated: APR 24 2014

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      Yesterday, plaintiffs filed on ECF their opposition to defendants' motion for reconsideration on personal jurisdiction grounds (DE 476), redacted in accordance with the Court's April 11 ruling on confidentiality.

      Due to a clerical error, three exhibits were inadvertently filed without redactions. Upon discovering this error, plaintiffs immediately contacted the Clerk of the Court, who has restricted public access to the filing.

      Plaintiffs respectfully request that the Court instruct the Clerk to remove Exhibits H.37 and H.42 from the ECF system and replace them with the enclosed reference sheets indicating that the Exhibits are filed under seal.

      Plaintiffs further request that the Court instruct the Clerk to remove Exhibit C.5 from the ECF system and replace it with a redacted version, which we will supply to the Clerk.

                                                  Respectfully,

                                                    Carmela T. Romeo

cc:   Brian A. Hill

# EXHIBIT H.37

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER

# EXHIBIT H.42

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER