Case 1:04-cv-00397-GBD-RLE   Document 482   Filed 04/28/14   Page 1 of 1

# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  4-30-14
```

April 23, 2014

DENIED. The Parties were ordered not to brief this issue. The Clerk is requested to remove #482 from the docket.

**SO ORDERED**

*[signature]* 4-30-14

**RONALD L. ELLIS    U.S.M.J.**

BY HAND DELIVERY

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
     Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

     We write concerning plaintiffs' request that the Court impose appropriate sanctions on defendants for their failure to produce documents from the Palestinian Authority's General Intelligence Service, in violation of the Court's orders. The Court has already indicated its belief that defendants have not complied with its orders.

     Plaintiffs respectfully request the Court's approval to file the enclosed brief. At the February 10 pre-motion conference, Your Honor indicated that you had not yet determined whether you want additional information on the sanctions issue. Hearing Tr. at 8 (DE 430). Plaintiffs have refrained from providing briefing until now. However, plaintiffs have concluded that they wish to describe the sanctions they seek in detail and the reasons why such sanctions are appropriate, since these matters are informed by portions of the factual record that the Court might not otherwise focus on.

     Please note that plaintiffs have not attached the exhibits supporting the enclosed proposed brief. We would be happy to provide them if they would be helpful.

                                        Respectfully,

                                        *[signature]*

                                        Kent A. Yalowitz

Encls.
cc:    All ECF Counsel