UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## NOTICE OF MOTION IN LIMINE

PLEASE TAKE NOTICE that upon the accompanying Declaration of Philip W. Horton in Support of Plaintiffs' Motion in Limine and Memorandum of Law in Support of Plaintiffs' Motion in Limine, Plaintiffs will move this Court, pursuant to Rules 401, 402, 403 and 702 of the of Federal Rules of Evidence, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time as the Court may determine, for an Order excluding certain testimony, defense exhibits and arguments, as described in the accompanying memorandum of law, and awarding any other or further relief that this Court deems proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of March 6, 2014, any opposing affidavits and answering memorandum shall be served by June 6, 2014.

Dated: New York, New York
       May 2, 2014

                                 **ARNOLD & PORTER LLP**

By: /s/ Kent A. Yalowitz
      Kent A. Yalowitz
      *KENT.YALOWITZ@APORTER.COM*
      Philip W. Horton
      *PHILIP.HORTON@APORTER.COM*
      Sara K. Pildis
      *SARA.PILDIS@APORTER.COM*
      Ken L. Hashimoto
      *KEN.HASHIMOTO@APORTER.COM*
      Carmela T. Romeo
      *CARMELA.ROMEO@APORTER.COM*
      Tal R. Machnes
      *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

**TO:**  Mark J. Rochon
       Laura G. Ferguson
       Brian A. Hill
       Miller & Chevalier Chartered
       655 Fifteenth Street, N.W.
       Suite 900
       Washington, DC 20005-5701