UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF PHILIP W. HORTON
### IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE

PHILIP W. HORTON hereby declares the following under penalty of perjury:

1.    I am a member of the law firm of Arnold & Porter LLP, appearing *pro hac vice* as counsel for the plaintiffs in the above-captioned action. I submit this declaration to provide documents in support of plaintiffs' Motion in Limine.

2.    Attached to this declaration as Exhibit A are true and correct copies of the following defendants' expert reports:

| EXHIBIT A<br>(tabs below) | Defendants' Expert Reports (Exhibits Omitted) |
|---|---|
| A.1 | Expert Report of Lori Allen, dated July 15, 2013. |
| A.2 | Expert Report of Muhammad Dahleh, dated July 15, 2013. |
| A.3 | Expert Report of Rick Gaskins re: Personal Injury to Ms. Shayna Elliott, dated July 15, 2013. |
| A.4 | Expert Report of David Miller, dated, July 15, 2013. |
| A.5 | Expert Report of John Quigley, dated July 15, 2013. |
| A.6 | Expert Report of Glenn Robinson, dated July 15, 2013. |
| A.7 | Expert Report of Michael Sfard, dated November 6, 2011. |
| A.8 | Expert Report of Raja Shehadeh, dated July 15, 2013. |
| A.9 | Expert Report of Sharon Weill, dated July 15, 2013. |

3. Attached to this declaration as Exhibit B are true and correct copies of the following expert depositions:

| EXHIBIT B (tabs below) | Expert Deposition Excerpts |
|---|---|
| B.1 | Excerpts from the Deposition of Rick Gaskins, dated November 7, 2013 |
| B.2 | Excerpts from the Deposition of Matthew Levitt, dated September 25, 2013. |
| B.3 | Excerpts from the Deposition Transcript of David Miller, dated November 20, 2013. |
| B.4 | Excerpts from the Deposition of Michael Sfard, dated October 24, 2013. |

4. Attached to this declaration as Exhibit C is a true and correct copy of the following designated trial exhibits:

| EXHIBIT C (tabs below correspond to trial exhibit numbers) | Designated Trial Exhibits |
|---|---|
| C.1 | Defendants' designated trial exhibit bearing bates numbers 02:0078990-7915 |
| C.2 | Defendants' designated trial exhibit bearing bates number 02:007916 |
| C.3 | Defendants' designated trial exhibit bearing bates number 02:007941 |
| C.4 | Defendants' designated trial exhibit bearing bates numbers 02:007917-7940 |
| C.5 | Defendants' designated trial exhibit bearing bates numbers 02:007942-7966 |
| C.6 | Defendants' designated trial exhibit bearing bates numbers 02:007968-7976 |
| C.7 | Defendants' designated trial exhibit bearing bates numbers 02:007977-7980 |
| C.8 | Defendants' designated trial exhibit bearing bates number 02:007981 |
| C.9 | Defendants' designated trial exhibit bearing bates number 02:007967 |
| C.12 | Defendants' designated trial exhibit bearing bates number 02:008129 |
| C.13 | Defendants' designated trial exhibit bearing bates numbers 02:008130 - 8131 |
| C.14 | Defendants' designated trial exhibit bearing bates numbers 02:008132 - 8133 |
| C.15 | Defendants' designated trial exhibit bearing bates numbers 02:008134 - 8138 |
| C.16 | Defendants' designated trial exhibit bearing bates numbers 02:008139 - 8154 |
| C.19 | Defendants' designated trial exhibit bearing bates numbers 02:008195 - |

| | |
|---|---|
| | 8197 |
| C.23 | Defendants' designated trial exhibit bearing bates numbers 02:008336 - 8338 |
| C.28 | Defendants' designated trial exhibit bearing bates numbers 02:008351 - 8419 |
| C.29 | Defendants' designated trial exhibit bearing bates numbers 02:008420- 8453 |
| C.36 | Defendants' designated trial exhibit bearing bates numbers 02:008484 - 8498 |
| C.38 | Defendants' designated trial exhibit bearing bates number 02:008499 |
| C.49 | Exhibit D to Expert Report of G. Robinson |
| C.50 | Defendants' designated trial exhibit bearing bates numbers 02:008501 - 8620 |
| C.51 | Defendants' designated trial exhibit bearing bates numbers 02:008621 - 8622 |
| C.58 | Plaintiffs' designated trial exhibit bearing bates numbers 05:000590 - 05:000591 |
| C.375 | Plaintiffs' designated trial exhibit bearing bates numbers P5:40 - 41 |
| C.376 | Plaintiffs' designated trial exhibit bearing bates numbers P5:42 - 43 |

5. Attached to this declaration as Exhibit D are true and correct copies of the following correspondence.

| EXHIBIT D (tabs below) | Correspondence |
|---|---|
| D.1 | Letter from Brian Hill to Hon. George Daniels, dated January 24, 2014 |
| D.2 | Letter from Kent Yalowitz to Brian Hill, dated February 14, 2014 |

6. Attached to this declaration as Exhibit E is a true and correct copy of Exhibit 1-2 to the Joint Pretrial Order.

7. Attached to this declaration as Exhibit F is a true and correct copy of Defendants' Rule 26(a)(1)(A) Disclosures, dated July 25, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
May 2, 2014

_____
Philip W. Horton