# EXHIBIT B.3

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -

MARK I. SOKOLOW, et al.,
                    Plaintiffs,


  - vs -                          Case No.
                                  04-CV-397(GBD)(RLE)



PALESTINE LIBERATION
ORGANIZATION, et al.,


                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -




        DEPOSITION OF PROFESSOR DAVID MILLER

            Wednesday, November 20, 2013

                    9:31 a.m.




Reported by:

Fiona Farson

Ref. No.: 10698

Page 20

1          butcher it, so I'm just going to ask you.

2    A.   It's Strathclyde.

3    Q.   Strathclyde; okay.

4    A.   S-T-R-A-T-H-C-L-Y-D-E.

5    Q.   And what did you teach at Strathclyde?

6    A.   Sociology.  So introductory sociology.  Took master's

7          courses on investigative research; so research methods,

8          the relationship between lobbying and public relations

9          and democracy.

10             There was another course, but I can't remember what

11         it was called.

12             I'm pretty sure I had -- I did an honors course --

13         I can't remember what it was called; it would have been

14         in the same kind of area.

15             I almost started teaching a course on terrorism, but

16         then I didn't.

17   Q.   Okay.  What do you mean by that?

18   A.   Well, I put a course through to be taught, but then

19         I left.  So it was on the books, but it was never

20         taught.

21   Q.   What did that course involve?  Or what would it have

22         involved?

23   A.   Well, essentially, it's like -- it's the course I now

24         teach in Bath, which I taught in the spring semester

25         this year.  It's now -- I forget what it was called, but

Page 68

1    A.    So -- sorry, what's the question again?

2    Q.    You -- if a court qualified one of the experts in this

3          case to testify on the issue of terrorism, you would

4          disagree with that court's decision that that person was

5          an expert?

6    A.    I would have --

7    MR. HILL:    Same objections.

8          Go ahead.

9    A.    I would have to look at the -- the full evidence in the

10         case.  I mean, I think -- you know, you can't -- that

11         kind of question is -- is incapable of a proper answer.

12   BY MS. McMILLAN:

13   Q.    Okay.  And you haven't done that, in preparation for

14         this report; correct?

15   A.    I haven't looked at the other cases in which they were

16         qualified as experts, no, I haven't.

17   Q.    Okay.  So I just want to go through some things that

18         I think that you're not giving an opinion on, and I just

19         want to make sure that I understand that you're not

20         giving an opinion on them.

21   A.    Sure.

22   Q.    And if you are, please tell me that you are.

23         Okay.  Palestinian society and culture?

24   A.    I'm not.

25   Q.    Palestinian politics?

Page 69

1    A.  I'm not.

2    Q.  Palestinian -- PA political parties?

3    A.  I'm not.

4    Q.  Fatah?

5    A.  No.

6    Q.  Okay.  The PA security forces?

7    A.  No.

8    Q.  The Al-Aqsa Martyrs' Brigades?

9    A.  No.

10   Q.  The origins of the Second Intifada?

11   A.  No.

12   Q.  Israeli general security services?

13   A.  No.

14   Q.  The Israeli military courts?

15   A.  No.

16   Q.  The jurisdiction of the Israeli military courts?

17   A.  No.

18   Q.  What about jurisdiction of Israeli civilian courts?

19   A.  No.

20   Q.  What about Palestinian courts?

21   A.  No.

22   Q.  The IDF, Israeli Defense Forces?

23   A.  No.

24   Q.  The Israeli military ordinances?

25   A.  No.

Page 70

1   Q.  International humanitarian law?

2   A.  No.

3   Q.  Is it fair to say that you're not expert in any of those

4       areas?

5   A.  It is fair.

6   Q.  Okay.

7           So now, on page 1 of your report, in the second

8       paragraph --

9   A.  Yeah.

10  Q.  -- you state that you are preparing the report

11      concerning the qualifications, methodology and ultimate

12      conclusions of certain individuals; is that correct?

13  A.  Yes.

14  Q.  Okay.  And then on page 2, it looks like you go

15      through -- there's four bullet points; and it looks like

16      you go through a number of criteria to evaluate

17      qualifications and methodology.  Is that correct?

18  A.  Yes.

19  Q.  In terms of qualifications, you look to whether or

20      not -- we discussed this before, but whether there was

21      a valid source of replicable expertise; correct?

22  A.  Yeah.

23  Q.  And then in terms of analyzing the methodology, you look

24      at the reliability of the sources; correct?

25  A.  Yes.