# EXHIBIT C.1

The date shows when this volume was taken. this book copy the call No. and give to the librarian.

**HOME USE RULES**

All Books subject to recall

All borrowers must register in the library to borrow books for home use.

All books must be returned at end of college year for inspection and repairs.

Limited books must be returned within the four week limit and not renewed.

Students must return all books before leaving town. Officers should arrange for the return of books wanted during their absence from town.

Volumes of periodicals and of pamphlets are held in the library as much as possible. For special purposes they are given out for a limited time.

Borrowers should not use their library privileges for the benefit of other persons.

Books of special value and gift books, when the giver wishes it, are not allowed to circulate.

Readers are asked to report all cases of books marked or mutilated.

Do not deface books by marks and writing.

Cornell University Library
JX 1913.A36 1914

Final act of the Second Peace Conference

3 1924 007 362 274

DEFENDANT'S EXHIBIT NO. 1

02:007899



The original of this book is in
the Cornell University Library.

There are no known copyright restrictions in
the United States on the use of the text.

http://www.archive.org/details/cu31924007362274

## GOVERNMENT PUBLICATIONS

(with the under-mentioned exceptions) can be purchased in the manner indicated on the first page of the cover.

Booksellers, and the accredited agents of Free Public Libraries, are entitled to a discount of 25 per cent. from published price.

**Hydrographical Publications** of the Admiralty are sold by—
J. D. Potter, 145, Minories, London, E.C.

**Patent Office Publications** are sold at—
The Patent Office, 25, Southampton Buildings, Chancery Lane, London, W.C.
(N.B.—Classified Abridgments of Patent Specifications are sold also by Wyman & Sons, Ltd.)

**Ordnance Survey and Geological Survey Publications** can be purchased from—
The Director General of the Ordnance Survey, Southampton; or
The Superintendent, Ordnance Survey, Dublin; or
Agents in most of the Chief Towns in the United Kingdom.

(N.B.—Small Scale Maps are, as a rule, procurable at Railway Bookstalls in England and Wales.)

The **Journal of the Board of Agriculture and Fisheries** is published monthly by the Board, 4, Whitehall Place, London, S.W. Price 4d., post free.

The **London Gazette** is published on Tuesday and Friday evenings by Wyman & Sons, Ltd. Price 1s.

---

The following is a list of some Parliamentary Publications:—

### CONFERENCE ON ARMAMENTS

CORRESPONDENCE respecting the proposal of His Majesty the Emperor of Russia for a Conference on Armaments. Contains the Text and Translation of the Document emanating from Russia, and dated St. Petersburgh, August 12th, 1898, proposing a Conference for the maintenance of universal peace and a possible reduction of excessive armaments, and other relative correspondence.

[C. 9090] of Session 1899. Price 1d., post free 1½d.

The above paper is continued by—

### PEACE CONFERENCE HELD AT THE HAGUE IN 1899

#### CORRESPONDENCE

Contains further note on the subject of the Conference proposed by Russia and the reply of Great Britain accepting the invitation. The Hague as selected venue. Appointment of Representatives. Invitation to the Conference from the Netherland Government. Names of British Delegates. Appointment of British Plenipotentiaries. Proceedings at the Initial Meeting of the Conference. Proceedings of the Arbitration Commission. Proposal for a Permanent Tribunal. Proceedings of Military and Naval Commissions, with Reports. Report of Sub-Commission on Weapons to be used in War. Adaptation of the Principles of the Geneva Convention to Maritime Warfare. Discussion on Bullets and Small Arms. Limitation of Armaments. Question of Private Property at Sea. Expanding Bullets. Submarine Cables. Projectiles discharging Asphyxiating Gases. Signing the Final Act. Further meetings of the Conference. Summary of Work of the Conference. &c.

[C. 9534] of Session 1899. Price 2s. 10d., post free 3s. 2d.

With reference to the above, follow—

### SECOND PEACE CONFERENCE HELD AT THE HAGUE IN 1907

#### CORRESPONDENCE

Contains the Russian Government's suggestion that the Second Peace Conference might meet at The Hague in July, 1906, and mentions the principal points of the programme for discussion; outlines the method in which States who were non-participants in the First Conference of 1899 might accede to the Convention for the Pacific Settlement of International Disputes signed in 1899. Acknowledgment of the above correspondence by His Majesty's Government, with observations on the Russian Government's proposals and views of His Majesty's Government as to the question of the reduction of expenditure upon armaments. Observations as to the attitude of certain Powers in regard to questions which may be discussed at the Second Peace Conference. Invitation from the Netherlands Government to His Majesty's Government to attend the Second Peace Conference on June 15, 1907, and its acceptance. Views of His Majesty's Government as to the various questions that will be discussed; Proposal to sign the Final Act only, reserving the text of the various Conventions and Declarations for further consideration by the various Departments of His Majesty's Government; Concurrence in this Proposal; Observations on the result of the meeting. The Final Act and annexed Conventions, &c., with names of Plenipotentiaries and Delegates, with Translation. Tabular Statement showing which Powers signed the Final Act and Conventions, and also what reservations were made in signing. &c.

[Cd. 3857] of Session 1908. Price 1s. 6d., post free 1s. 10d.

46

No. 4.

| Convention concernant les Lois et Coutumes de la Guerre sur Terre. | (Translation.) Convention concerning the Laws and Customs of War on Land. |

SA Majesté l'Empereur d'Allemagne, Roi de Prusse ; le Président des États-Unis d'Amérique ; le Président de la République Argentine ; Sa Majesté l'Empereur d'Autriche, Roi de Bohême, &c., et Roi Apostolique de Hongrie ; Sa Majesté le Roi des Belges ; le Président de la République de Bolivie ; le Président de la République des États-Unis du Brésil ; Son Altesse Royale le Prince de Bulgarie ; le Président de la République de Chili ; Sa Majesté l'Empereur de Chine ; le Président de la République de Colombie ; le Gouverneur Provisoire de la République de Cuba ; Sa Majesté le Roi de Danemark ; le Président de la République Dominicaine ; le Président de la République de l'Équateur ; Sa Majesté le Roi d'Espagne ; le Président de la République Française ; Sa Majesté le Roi du Royaume-Uni de Grande-Bretagne et d'Irlande et des Territoires Britanniques au delà des Mers, Empereur des Indes ; Sa Majesté le Roi des Hellènes ; le Président de la République de Guatémala ; le Président de la République d'Haïti ; Sa Majesté le Roi d'Italie ; Sa Majesté l'Empereur du Japon ; Son Altesse Royale le Grand-Duc de Luxembourg, Duc de Nassau; le Président des États-Unis Mexicains ; Son Altesse Royale le Prince de Monténégro; le Président de la République de Nicaragua; Sa Majesté le Roi de Norvège; le Président de la République de Panama ; le Président de la République du Paraguay ; Sa Majesté la Reine des Pays-Bas ; le Président de la République du Pérou ; Sa Majesté Impériale le Schah de Perse ; Sa Majesté le Roi de Portugal et des Algarves, &c. ; Sa Majesté le Roi de Roumanie ; Sa Majesté l'Empereur de Toutes les Russies ; le Président de la République du Salvador ; Sa Majesté le Roi de Serbie ; Sa Majesté le Roi de Siam ; Sa Majesté le Roi de Suède ; le Conseil Fédéral Suisse ; Sa Majesté l'Empereur des Ottomans ; le Président de la République Orientale de l'Uruguay ; le Président des États-Unis de Venezuela :

HIS Majesty the German Emperor, King of Prussia ; the President of the United States of America ; the President of the Argentine Republic ; His Majesty the Emperor of Austria, King of Bohemia, &c., and Apostolic King of Hungary ; His Majesty the King of the Belgians ; the President of the Republic of Bolivia ; the President of the Republic of the United States of Brazil ; His Royal Highness the Prince of Bulgaria ; the President of the Republic of Chile ; His Majesty the Emperor of China ; the President of the Republic of Colombia ; the Provisional Governor of the Republic of Cuba ; His Majesty the King of Denmark ; the President of the Dominican Republic ; the President of the Republic of Ecuador ; His Majesty the King of Spain ; the President of the French Republic ; His Majesty the King of the United Kingdom of Great Britain and Ireland and of the British Dominions beyond the Seas, Emperor of India ; His Majesty the King of the Hellenes ; the President of the Republic of Guatemala ; the President of the Republic of Haïti ; His Majesty the King of Italy ; His Majesty the Emperor of Japan ; His Royal Highness the Grand Duke of Luxemburg, Duke of Nassau ; the President of the United States of Mexico ; His Royal Highness the Prince of Montenegro ; the President of the Republic of Nicaragua ; His Majesty the King of Norway ; the President of the Republic of Panamá ; the President of the Republic of Paraguay ; Her Majesty the Queen of the Netherlands ; the President of the Republic of Peru ; His Imperial Majesty the Shah of Persia ; His Majesty the King of Portugal and of the Algarves, &c. ; His Majesty the King of Roumania ; His Majesty the Emperor of All the Russias ; the President of the Republic of Salvador ; His Majesty the King of Servia ; His Majesty the King of Siam ; His Majesty the King of Sweden ; the Swiss Federal Council ; His Majesty the Emperor of the Ottomans ; the President of the Oriental Republic of Uruguay ; the President of the United States of Venezuela :

Considérant que, tout en recherchant les moyens de sauvegarder la paix et de prévenir les conflits armés entre les nations, il

Considering that, while seeking means to preserve peace and prevent armed conflicts between nations, it is likewise necessary to

| | |
|---|---|
| importe de se préoccuper également du cas où l'appel aux armes serait amené par des événements que leur sollicitude n'aurait pu détourner ; | bear in mind the case where an appeal to arms may be brought about by events beyond their responsibility to control ; |
| Animés du désir de servir encore, dans cette hypothèse extrême, les intérêts de l'humanité et les exigences toujours progressives de la civilisation ; | Being animated also by the desire to serve, even in this extreme case, the interests of humanity and the ever-progressive needs of civilization ; and |
| Estimant que l'importe, à cette fin, de reviser les lois et coutumes générales de la guerre, soit dans le but de les définir avec plus de précision, soit afin d'y tracer certaines limites destineés à en restreindre autant que possibles les rigueurs ; | Thinking it important, with this object, to revise the general laws and customs of war, with the view on the one hand of defining them with greater precision, and, on the other hand, of confining them within limits intended to mitigate their severity as far as possible ; |
| Ont jugé nécessaire de compléter et de préciser sur certains points l'œuvre de la Première Conférence de la Paix, qui, s'inspirant, à la suite de la Conférence de Bruxelles de 1874, de ces idées recommandées par une sage et généreuse prévoyance, a adopté des dispositions ayant pour objet de définir et de régler les usages de la guerre sur terre. | Have deemed it necessary to complete and render more precise in certain particulars the work of the First Peace Conference, which, following on the Brussels Conference of 1874, and inspired by the ideas dictated by a wise and generous forethought, adopted provisions intended to define and regulate the usages of war on land. |
| Selon les vues des Hautes Parties Contractantes, ces dispositions, dont la rédaction a été inspirée par le désir de diminuer les maux de la guerre, autant que les nécessités militaires le permettent, sont destinées à servir de règle générale de conduite aux belligérants, dans leurs rapports entre eux et avec les populations. | According to the views of the High Contracting Parties, these provisions, the drafting of which has been inspired by the desire to diminish the evils of war, so far as military requirements permit, are intended to serve as a general rule of conduct for the belligerents in their mutual relations and in their relations with the inhabitants. |
| Il n'a pas été possible toutefois de concerter dès maintenant des stipulations s'étendant à toutes les circonstances qui se présentent dans la pratique ; | It has not, however, been found possible at present to concert stipulations covering all the circumstances which arise in practice ; |
| D'autre part, il ne pouvait entrer dans les intentions des Hautes Parties Contractantes que les cas non prévus fussent, faute de stipulation écrite, laissées à l'appréciation arbitraire de ceux qui dirigent les armées. | On the other hand, the High Contracting Parties clearly do not intend that unforeseen cases should, in default of written agreement, be left to the arbitrary opinion of military commanders. |
| En attendant qu'un code plus complet des lois de la guerre puisse être édicté, les Hautes Parties Contractantes jugent opportun de constater que, dans les cas non compris dans les dispositions réglementaire adoptées par elles, les populations et les belligérants restent sous la sauvegarde et sous l'empire des principes du droi des gens, tels qu'ils résultent des usages établis entre nations civilisées, des lois de l'humanité et des exigences de la conscience publique. | Until a more complete code of the laws of war can be drawn up, the High Contracting Parties deem it expedient to declare that, in cases not covered by the rules adopted by them, the inhabitants and the belligerents remain under the protection and governance of the principles of the law of nations, derived from the usages established among civilized peoples, from the laws of humanity, and from the dictates of the public conscience. |
| Elles déclarent que c'est dans ce sens que doivent s'entendre notamment les Articles 1 et 2 du Règlement adopté. | They declare that it is in this sense especially that Articles 1 and 2 of the Regulations adopted must be understood. |
| Les Hautes Parties Contractantes, désirant conclure une nouvelle Convention à cet effet, ont nommé pour les Plénipotentiaires, savoir : | The High Contracting Parties, wishing to conclude a fresh Convention to this effect, have appointed as their Plenipotentiaries, that is to say : |
| [Names of Plenipotentiaries.] | [Names of Plenipotentiaries.] |

50

| | |
|---|---|
| En foi de quoi les Plénipotentiaires ont revêtu la présente Convention de leurs signatures. | In faith whereof the Plenipotentiaries have appended their signatures to the present Convention. |
| Fait à La Haye, le 18 Octobre, 1907, en un seul exemplaire, qui restera déposé dans les archives du Gouvernement des Pays-Bas, et dont des copies, certifiées conformes, seront remises par la voie diplomatique aux Puissances qui ont été conviées à la Deuxième Conférence de la Paix. | Done at The Hague, the 18th October, 1907, in a single original, which shall remain deposited in the archives of the Netherland Government, and of which duly certified copies shall be sent, through the diplomatic channel, to the Powers invited to the Second Peace Conference. |

ANNEX TO THE CONVENTION.

| | |
|---|---|
| Règlement concernant les Lois et Coutumes de la Guerre sur Terre. | Regulations respecting the Laws and Customs of War on Land. |

| Section I. | Section I. |
|---|---|
| Des Belligérants. | Of Belligerents. |
| Chapitre I. | Chapter I. |
| De la Qualité de Belligérant. | The Status of Belligerent. |
| ARTICLE 1. | ARTICLE 1. |
| LES lois, les droits, et les devoirs de la guerre ne s'appliquent pas seulement à l'armée, mais encore aux milices et aux corps de volontaires réunissant les conditions suivantes :— | THE laws, rights, and duties of war apply not only to the army, but also to militia and volunteer corps fulfilling all the following conditions :— |
| 1. D'avoir à leur tête une personne responsable pour ses subordonnés ;<br>2. D'avoir un signe distinctif fixe et reconnaissable à distance ;<br>3. De porter les armes ouvertement ; et<br>4. De se conformer dans leurs opérations aux lois et coutumes de la guerre. | 1. They must be commanded by a person responsible for his subordinates ;<br>2. They must have a fixed distinctive sign recognizable at a distance ;<br>3. They must carry arms openly ; and<br>4. They must conduct their operations in accordance with the laws and customs of war. |
| Dans les pays où les milices ou des corps de volontaires constituent l'armée ou en font partie, ils sont compris sous la dénomination d'armée. | In countries where militia or volunteer corps constitute the army, or form part of it, they are included under the denomination "army." |
| ARTICLE 2. | ARTICLE 2. |
| La population d'un territoire non occupé qui, à l'approche de l'ennemi, prend spontanément les armes pour combattre les troupes d'invasion sans avoir eu le temps de s'organiser conformément à l'Article 1, sera considérée comme belligérante si elle porte les armes ouvertement et si elle respecte les lois et coutumes de la guerre. | The inhabitants of a territory not under occupation, who, on the approach of the enemy, spontaneously take up arms to resist the invading troops without having had time to organize themselves in accordance with Article I, shall be regarded as belligerents if they carry arms openly and if they respect the laws and customs of war. |
| ARTICLE 3. | ARTICLE 3. |
| Les forces armées des parties belligérantes peuvent se composer de combattants | The armed forces of the belligerents may consist of combatants and non-com- |

51

et de non-combattants. En cas de capture par l'ennemi, les uns et les autres ont droit au traitement des prisonniers de guerre.

batants. In the case of capture by the enemy, both have the right to be treated as prisoners of war.

### Chapitre II.
### Des Prisonniers de Guerre.

### Chapter II.
### Prisoners of War.

#### ARTICLE 4.

Les prisonniers de guerre sont au pouvoir du Gouvernement ennemi, mais non des individus ou des corps qui les ont capturés.

Ils doivent être traités avec humanité.

Tout ce qui leur appartient personnellement, excepté les armes, les chevaux, et les papiers militaires, reste leur propriété.

#### ARTICLE 4.

Prisoners of war are in the power of the hostile Government, but not of the individuals or corps who capture them.

They must be humanely treated.

All their personal belongings, except arms, horses, and military papers, remain their property.

#### ARTICLE 5.

Les prisonniers de guerre peuvent être assujettis à l'internement dans une ville, forteresse, camp, ou localité quelconque, avec obligation de ne pas s'en éloigner au delà de certaines limites déterminées; mais ils ne peuvent être enfermés que par mesure de sûreté indispensable, et seulement pendant la durée des circonstances qui nécessitent cette mesure.

#### ARTICLE 5.

Prisoners of war may be interned in a town, fortress, camp, or other place, and are bound not to go beyond certain fixed limits; but they cannot be placed in confinement except as an indispensable measure of safety and only while the circumstances which necessitate the measure continue to exist.

#### ARTICLE 6.

L'État peut employer, comme travailleurs, les prisonniers de guerre, selon leur grade et leurs aptitudes, à l'exception des officiers. Ces travaux ne seront pas excessifs et n'auront aucun rapport avec les opérations de la guerre.

Les prisonniers peuvent être autorisés à travailler pour le compte d'administrations publiques ou de particuliers, ou pour leur propre compte.

Les travaux faits pour l'État sont payés d'après les tarifs en vigueur pour les militaires de l'armée nationale exécutant les mêmes travaux, ou, s'il n'en existe pas, d'après un tarif en rapport avec les travaux exécutés.

Lorsque les travaux ont lieu pour le compte d'autres administrations publiques ou pour des particuliers, les conditions en sont réglées d'accord avec l'autorité militaire.

Le salaire des prisonniers contribuera à adoucir leur position, et le surplus leur sera compté au moment de leur libération, sauf défalcation des frais d'entretien.

#### ARTICLE 6.

The State may employ the labour of prisoners of war, other than officers, according to their rank and capacity. The work shall not be excessive and shall have no connection with the operations of the war.

Prisoners may be authorized to work for the public service, for private persons, or on their own account.

Work done for the State is paid for at rates proportional to the work of a similar kind executed by soldiers of the national army, or if there are no such rates in force, at rates proportional to the work executed.

When the work is for other branches of the public service or for private persons the conditions are settled in agreement with the military authorities.

The wages of the prisoners shall go towards improving their position, and the balance shall be paid them on their release, deductions on account of the cost of maintenance excepted.

#### ARTICLE 7.

Le Gouvernement au pouvoir duquel se trouvent les prisonniers de guerre est chargé de leur entretien.

A défaut d'une entente spéciale entre les belligérants, les prisonniers de guerre

#### ARTICLE 7.

The Government into whose hands prisoners of war have fallen is charged with their maintenance.

In default of special agreement between the belligerents, prisoners of war

| | |
|---|---|
| seront traités pour la nourriture, le couchage, et l'habillement sur le même pied que les troupes du Gouvernement qui les aura capturés. | shall be treated as regards rations, quarters, and clothing on the same footing as the troops of the Government which captured them. |

### ARTICLE 8.

| | |
|---|---|
| Les prisonniers de guerre seront soumis aux lois, Règlements, ordres en vigueur dans l'armée de l'État au pouvoir duquel ils se trouvent. Tout acte d'insubordination autorise, à leur égard, les mesures de rigueur nécessaires. | Prisoners of war shall be subject to the laws, regulations, and orders in force in the army of the State in the power of which they are. Any act of insubordination justifies the adoption towards them of such measures of severity as may be considered necessary. |
| Les prisonniers évadés, qui seraient repris avant d'avoir pu rejoindre leur armée ou avant de quitter le territoire occupé par l'armée qui les aura capturés, sont passibles de peines disciplinaires. | Escaped prisoners who are retaken before being able to rejoin their own army or before leaving the territory occupied by the army which captured them are liable to disciplinary punishment. |
| Les prisonniers qui, après avoir réussi à s'évader, sont de nouveau faits prisonniers, ne sont passibles d'aucune peine pour la fuite antérieure. | Prisoners who, after succeeding in escaping, are again taken prisoners, are not liable to any punishment on account of their previous escape. |

### ARTICLE 9.

| | |
|---|---|
| Chaque prisonnier de guerre est tenu de déclarer, s'il est interrogé à ce sujet, ses véritables noms et grade et, dans le cas où il enfreindrait cette règle, il s'exposerait à une restriction des avantages accordés aux prisonniers de guerre de sa catégorie. | Every prisoner of war is bound to give, if questioned on the subject, his true name and rank, and if he infringes this rule, he is liable to have the advantages given to prisoners of his class curtailed. |

### ARTICLE 10.

| | |
|---|---|
| Les prisonniers de guerre peuvent être mis en liberté sur parole, si les lois de leur pays les y autorisent, et, en pareil cas, ils sont obligés, sous la garantie de leur honneur personnel, de remplir scrupuleusement, tant vis-à-vis de leur propre Gouvernement que vis-à-vis de celui qui les a faits prisonniers, les engagements qu'ils auraient contractés. | Prisoners of war may be set at liberty on parole if the laws of their country allow it, and, in such cases, they are bound, on their personal honour, scrupulously to fulfil, both towards their own Government and the Government by which they were made prisoners, the engagements they may have contracted. |
| Dans le même cas, leur propre Gouvernement est tenu de n'exiger ni accepter d'eux aucun service contraire à la parole donnée. | In such cases their own Government is bound neither to require of nor accept from them any service incompatible with the parole given. |

### ARTICLE 11.

| | |
|---|---|
| Un prisonnier de guerre ne peut être contraint d'accepter sa liberté sur parole ; de même le Gouvernement ennemi n'est pas obligé d'accéder à la demande du prisonnier réclamant sa mise en liberté sur parole. | A prisoner of war cannot be compelled to accept his liberty on parole ; similarly the hostile Government is not obliged to accede to the request of a prisoner to be set at liberty on parole. |

### ARTICLE 12.

| | |
|---|---|
| Tout prisonnier de guerre libéré sur parole et repris portant les armes contre le Gouvernement envers lequel il s'était engagé d'honneur, ou contre les alliés de celui-ci, perd le droit au traitement des prisonniers de guerre, et peut être traduit devant les Tribunaux. | Prisoners of war liberated on parole and recaptured bearing arms against the Government to which they had pledged their honour, or against the allies of that Government, forfeit their right to be treated as prisoners of war, and may be put on trial before the Courts. |

ARTICLE 13.

Les individus qui suivent une armée sans en faire directement partie, tels que les correspondants et les reporters de journaux, les vivandiers, les fournisseurs, qui tombent au pouvoir de l'ennemi et que celui-ci juge utile de détenir, ont droit au traitement des prisonniers de guerre, à condition qu'ils soient munis d'une légitimation de l'autorité militaire de l'armée qu'ils accompagnaient.

ARTICLE 14.

Il est constitué, dès le début des hostilités dans chacun des États belligérants, et, le cas échéant, dans les pays neutres qui auront recueilli des belligérants sur leur territoire, un bureau de renseignements sur le prisonniers de guerre. Ce bureau, chargé de répondre à toutes le demandes qui les concernent, reçoit des divers services compétents toutes les indications relatives aux internements et aux mutations, aux mises en liberté sur parole, aux échanges, aux évasions, aux entrées dans les hôpitaux, aux décès, ainsi que les autres renseignements nécessaires pour établir et tenir à jour une fiche individuelle pour chaque prisonnier de guerre. Le bureau devra porter sur cette fiche le numéro matricule, les nom et prénom, l'âge, le lieu d'origine, le grade, le corps de troupe, les blessures, la date, et le lieu de la capture, de l'internement, des blessures, et de la mort, ainsi que toutes les observations particulières. La fiche individuelle sera remise au Gouvernement de l'autre belligérant après la conclusion de la paix.

Le bureau de renseignements est également chargé de recueillir et de centraliser tous les objets d'un usage personnel, valeurs, lettres, &c., qui seront trouvés sur les champs de bataille ou délaissés par des prisonniers libérés sur parole, échangés, évadés, ou décédés dans les hôpitaux et ambulances, et de les transmettre aux intéressés.

ARTICLE 15.

Les sociétés de secours pour les prisonniers de guerre, régulièrement constituées selon la loi de leur pays, et ayant pour objet d'être les intermédiaires de l'action charitable, recevront, de la part des belligérants, pour elles et pour leurs agents dûment accrédités, toute facilité dans les limites tracées par les nécessités militaires et les règles administratives, pour accomplir efficacement leur tâche d'humanité. Les délégués de ces sociétés pourront être admis à distribuer des secours dans les dépôts d'internement, ainsi qu'aux lieux d'étape des prisonniers rapatriés, moyennant une permission personnelle délivrée par l'auto-

ARTICLE 13.

Individuals following an army without directly belonging to it, such as newspaper correspondents or reporters, sutlers or contractors, who fall into the enemy's hands and whom the latter thinks it expedient to detain, are entitled to be treated as prisoners of war, provided they are in possession of a certificate from the military authorities of the army which they were accompanying.

ARTICLE 14.

A bureau for information relative to prisoners of war is instituted at the commencement of hostilities in each of the belligerent States, and, when necessary, in neutral countries which have received belligerents on their territory. The business of this bureau is to reply to all inquiries about the prisoners, to receive from the various services concerned full information respecting internments and transfers, releases on parole, exchanges, escapes, admissions into hospital, deaths, as well as all other information necessary to enable it to make out and keep up to date an individual return for each prisoner of war. The bureau must state in this return the regimental number, name and surname, age, place of origin, rank, unit, wounds, date and place of capture, internment, wounding, and death, as well as any observations of a special character. The individual return shall be sent to the Government of the other belligerent after the conclusion of peace.

It is also the business of the information bureau to gather and keep together all personal effects, valuables, letters, &c., found on the field of battle or left by prisoners who have been released on parole, or exchanged, or who have escaped, or died in hospitals or ambulances, and to forward them to those concerned.

ARTICLE 15.

Societies for the relief of prisoners of war, if properly constituted in accordance with the laws of their country and with the object of serving as the channel for charitable effort, shall receive from the belligerents, for themselves and their duly accredited agents, every facility for the efficient performance of their humane task within the bounds imposed by military exigencies and administrative regulations. Representatives of these societies, when furnished with a personal permit by the military authorities, may, on giving an undertaking in writing to comply with all measures of order and police which they

ARTICLE 16.

Les bureaux de renseignements jouissent de la franchise de port. Les lettres, mandats, et articles d'argent ainsi que les colis postaux destinés aux prisonniers de guerre ou expédiés par eux, seront affranchis de toutes les taxes postales, aussi bien dans les pays d'origine et de destination que dans les pays intermédiaires.

Les dons et secours en nature destinés aux prisonniers de guerre seront admis en franchise de tous droits d'entrée et autres, ainsi que des taxes de transport sur les chemins de fer exploités par l'État.

ARTICLE 17.

Les officiers prisonniers recevront la solde à laquelle ont droit les officiers de même grade du pays où ils sont retenus, à charge de remboursement par leur Gouvernement.

ARTICLE 18.

Toute latitude est laissée aux prisonniers de guerre pour l'exercice de leur religion, y compris l'assistance aux offices de leur culte, à la seule condition de se conformer aux mesures d'ordre et de police prescrites par l'autorité militaire.

ARTICLE 19.

Les testaments des prisonniers de guerre sont reçus ou dressés dans les mêmes conditions que pour les militaires de l'armée nationale.

On suivra également les mêmes règles en ce qui concerne les pièces relatives à la constatation des décès, ainsi qui pour l'inhumation des prisonniers de guerre, en tenant compte de leur grade et de leur rang.

ARTICLE 20.

Après la conclusion de la paix, le rapatriement des prisonniers de guerre s'effectuera dans le plus bref délai possible.

Chapitre III.
Des Malades et des Blessés.

ARTICLE 21.

Les obligations des belligérants concernant le service des malades et des blessés son régies par la Convention de Genève.

---

rité militaire, et en prenant l'engagement par écrit de se soumettre à toutes les mesures d'ordre et de police que celle-ci prescrirait.

may have to issue, be admitted to the places of internment for the purpose of distributing relief, as also to the halting places of repatriated prisoners.

ARTICLE 16.

Information bureaux enjoy the privilege of free carriage. Letters, money orders, and valuables, as well as postal parcels, intended for prisoners of war, or dispatched by them, shall be exempt from all postal charges in the countries of origin and destination, as well as in the countries they pass through.

Presents and relief in kind for prisoners of war shall be admitted free of all import and other duties, as well as any payment for carriage by State railways.

ARTICLE 17.

Officers taken prisoners shall receive the same rate of pay as officers of corresponding rank in the country where they are detained; the amount shall be refunded by their own Government.

ARTICLE 18.

Prisoners of war shall enjoy complete liberty in the exercise of their religion, including attendance at the services of their own Church, on the sole condition that they comply with the police regulations issued by the military authorities.

ARTICLE 19.

The wills of prisoners of war are received or drawn up in the same way as for soldiers of the national army.

The same rules shall be followed as regards documents concerning the certification of the death and also as to the burials of prisoners of war, due regard being paid to their grade and rank.

ARTICLE 20.

After the conclusion of peace, the repatriation of prisoners of war shall be carried out as quickly as possible.

Chapter III.
The Sick and Wounded.

ARTICLE 21.

The obligations of belligerents with regard to the sick and wounded are governed by the Geneva Convention.

55

## Section II.
## Des Hostilités.

### Chapitre I.
### Des Moyens de Nuire à l'Ennemi, des Sièges, et des Bombardements.

#### ARTICLE 22.

Les belligérants n'ont pas un droit illimité quant au choix des moyens de nuire à l'ennemi.

#### ARTICLE 23.

Outre les prohibitions établies par des Conventions spéciales, il est notamment interdit—

(a.) D'employer du poison ou des armes empoisonnées ;
(b.) De tuer ou de blesser par trahison des individus appartenant à la nation ou à l'armée ennemies ;
(c.) De tuer ou de blesser un ennemi qui, ayant mis bas les armes ou n'ayant plus les moyens de se défendre, s'est rendu à discrétion ;
(d.) De déclarer qu'il ne sera pas fait de quartier ;
(e.) D'employer des armes, des projectiles, ou des matières propres à causer des maux superflus ;
(f.) D'user indûment du pavillon parlementaire, du pavillon national, ou des insignes militaires et de l'uniforme de l'ennemi, ainsi que des signes distinctifs de la Convention de Genève ;
(g.) De détruire ou de saisir des propriétés ennemies, sauf les cas où ces destructions ou ces saisies seraient impérieusement commandées par les nécessités de la guerre ;
(h.) De déclarer éteints, suspendus, ou non recevables en justice, les droits et actions des nationaux de la partie adverse.

Il est également interdit à un belligérant de forcer les nationaux de la partie adverse à prendre part aux opérations de guerre dirigées contre leur pays, même dans le cas où ils auraient été à son service avant le commencement de la guerre.

#### ARTICLE 24.

Les ruses de guerre et l'emploi des moyens nécessaires pour se procurer des renseignements sur l'ennemi et sur le terrain sont considérés comme licites.

#### ARTICLE 25.

Il est interdit d'attaquer ou de bombarder,

2814

## Section II.
## Of Hostilities.

### Chapter I.
### Means of Injuring the Enemy, Sieges, and Bombardments.

#### ARTICLE 22.

Belligerents have not got an unlimited right as to the choice of means of injuring the enemy.

#### ARTICLE 23.

In addition to the prohibitions provided by special Conventions, it is particularly forbidden—

(a.) To employ poison or poisoned weapons ;
(b.) To kill or wound by treachery individuals belonging to the hostile nation or army ;
(c.) To kill or wound an enemy who, having laid down his arms, or no longer having means of defence, has surrendered at discretion ;
(d.) To declare that no quarter will be given ;
(e.) To employ arms, projectiles, or material calculated to cause unnecessary suffering ;
(f.) To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as of the distinctive signs of the Geneva Convention ;
(g.) To destroy or seize enemy property, unless such destruction or seizure be imperatively demanded by the necessities of war ;
(h.) To declare abolished, suspended, or inadmissible the right of the subjects of the hostile party to institute legal proceedings.

A belligerent is likewise forbidden to compel the subjects of the hostile party to take part in the operations of war directed against their own country, even if they were in the service of the belligerent before the commencement of the war.

#### ARTICLE 24.

Ruses of war and the employment of measures necessary for obtaining information about the enemy and the country are considered permissible.

#### ARTICLE 25.

The attack or bombardment, by any

H

par quelque moyen que ce soit, des villes, villages, habitations, ou bâtiments qui ne sont pas défendus.

means whatever, of undefended towns, villages, dwellings, or buildings, is forbidden.

### ARTICLE 26.

Le commandant des troupes assaillantes, avant d'entreprendre le bombardement, et sauf le cas d'attaque de vive force, devra faire tout ce qui dépend de lui pour en avertir les autorités.

### ARTICLE 26.

The officer in command of an attacking force must do all in his power to warn the authorities before commencing a bombardment, except in cases of assault.

### ARTICLE 27.

Dans les sièges et bombardements, toutes les mesures nécessaires doivent être prises pour épargner, autant que possible, les édifices consacrés aux cultes, aux arts, aux sciences, et à la bienfaisance, les monuments historiques, les hôpitaux, et les lieux de rassemblement de malades et de blessés, à condition qu'ils ne soient pas employés en même temps à un but militaire.

Le devoir des assiégés est de désigner ces édifices ou lieux de rassemblement par des signes visibles spéciaux qui seront notifiés d'avance à l'assiégeant.

### ARTICLE 27.

In sieges and bombardments all necessary steps must be taken to spare, as far as possible, buildings dedicated to public worship, art, science, or charitable purposes, historic monuments, hospitals, and places where the sick and wounded are collected, provided they are not being used at the time for military purposes.

It is the duty of the besieged to indicate such buildings or places by distinctive and visible signs, which shall be notified to the enemy beforehand.

### ARTICLE 28.

Il est interdit de livrer au pillage une ville ou localité même prise d'assaut.

### ARTICLE 28.

The giving over to pillage of a town or place, even when taken by assault, is forbidden.

### Chapitre II.

### Des Espions.

### Chapter II.

### Spies.

### ARTICLE 29.

Ne peut être considéré comme espion que l'individu qui, agissant clandestinement ou sous de faux prétextes, recueille ou cherche à recueillir des informations dans la zone d'opérations d'un belligérant, avec l'intention de les communiquer à la partie adverse.

Ainsi les militaires non déguisés qui ont pénétré dans la zone d'opérations de l'armée ennemie, à l'effet de recueillir des informations, ne sont pas considérés comme espions. De même, ne sont pas considérés comme espions les militaires et les non-militaires, accomplissant ouvertement leur mission, chargés de transmettre des dépêches destinées, soit à leur propre armée, soit à l'armée ennemie. A cette catégorie appartiennent également les individus envoyés en ballon pour transmettre les dépêches, et, en général, pour entretenir les communications entre les diverses parties d'une armée ou d'un territoire.

### ARTICLE 29.

A person can only be considered a spy when, acting clandestinely or on false pretences, he obtains or endeavours to obtain information in the zone of operations of a belligerent, with the intention of communicating it to the hostile party.

Accordingly, soldiers not wearing a disguise who have penetrated into the zone of operations of the hostile army, for the purpose of obtaining information, are not considered spies. Similarly, the following are not considered spies: Soldiers and civilians intrusted with the delivery of despatches intended either for their own army or for the enemy's army, and carrying out their mission openly. To this class likewise belong persons sent in balloons for the purpose of carrying despatches and, generally, of maintaining communications between the different parts of an army or a territory.

### ARTICLE 30.

L'espion pris sur le fait ne pourra être puni sans jugement préalable.

### ARTICLE 30.

A spy taken in the act shall not be punished without previous trial.

ARTICLE 31.

L'espion qui, ayant rejoint l'armée à laquelle il appartient, est capturé plus tard par l'ennemi, est traité comme prisonnier de guerre et n'encourt aucune responsabilité pour ses actes d'espionnage antérieurs.

ARTICLE 31.

A spy who, after rejoining the army to which he belongs, is subsequently captured by the enemy, is treated as a prisoner of war, and incurs no responsibility for his previous acts as a spy.

Chapitre III.

Des Parlementaires.

Chapter III.

Flags of Truce.

ARTICLE 32.

Est considéré comme parlementaire l'individu autorisé par l'un des belligérants à entrer en pourparlers avec l'autre et se présentant avec le drapeau blanc. Il a droit à l'inviolabilité ainsi que le trompette, clarion ou tambour, le porte-drapeau, et l'interprète qui l'accompagneraient.

ARTICLE 32.

A person is regarded as bearing a flag of truce who has been authorized by one of the belligerents to enter into communication with the other, and who presents himself under a white flag. He is entitled to inviolability, as also the trumpeter, bugler or drummer, the flag-bearer and the interpreter who might accompany him.

ARTICLE 33.

Le chef auquel un parlementaire est expédié n'est pas obligé de le recevoir en toutes circonstances.

Il peut prendre toutes les mesures nécessaires afin d'empêcher le parlementaire de profiter de sa mission pour se renseigner.

Il a le droit, en cas d'abus, de retenir temporairement le parlementaire.

ARTICLE 33.

The commander to whom a flag of truce is sent is not obliged in every case to receive it.

He may take all steps necessary in order to prevent the envoy from taking advantage of his mission to obtain information.

In case of abuse, he has the right temporarily to detain the envoy.

ARTICLE 34.

Le parlementaire perd ses droits d'inviolabilité s'il est prouvé, d'une manière positive et irrécusable, qu'il a profité de sa position privilégiée pour provoquer ou commettre un acte de trahison.

ARTICLE 34.

The envoy loses his rights of inviolability if it is proved in a positive and incontestable manner that he has taken advantage of his privileged position to provoke or commit an act of treachery.

Chapitre IV.

Des Capitulations.

Chapter IV.

Capitulations.

ARTICLE 35.

Les capitulations arrêtées entre les parties contractantes doivent tenir compte des règles de l'honneur militaire.

Une fois fixées, elles doivent être scrupuleusement observées par les deux parties.

ARTICLE 35.

Capitulations agreed upon between the contracting parties must take into account the rules of military honour.

Once settled, they must be scrupulously observed by both parties.

Chapitre V.

De l'Armistice.

Chapter V.

Armistices.

ARTICLE 36.

L'armistice suspend les opérations de guerre par un accord mutuel des parties belligérantes. Si la durée n'en est pas déterminée, les parties belligérantes peuvent reprendre en tout temps les opérations, pourvu toutefois que l'ennemi soit averti en temps convenu, conformément aux conditions de l'armistice.

ARTICLE 36.

An armistice suspends military operations by mutual agreement between the belligerent parties. If its duration is not defined, the belligerent parties may resume operations at any time, provided always that the enemy is warned within the time agreed upon, in accordance with the terms of the armistice.

02:007911

| | |
|---|---|
| ARTICLE 37. | ARTICLE 37. |
| L'armistice peut être général ou local. Le premier suspend partout les opérations de guerre des États belligérants ; le second, seulement entre certaines fractions des armées belligérantes et dans un rayon déterminé. | An armistice may be general or local. The first suspends the entire military operations of the belligerent States ; the second between certain portions of the belligerent armies only and within a fixed zone. |
| ARTICLE 38. | ARTICLE 38. |
| L'armistice doit être notifié officiellement et en temps utile aux autorités compétentes et aux troupes. Les hostilités sont suspendues immédiatement après la notification ou au terme fixé. | An armistice must be notified officially and in good time to the competent authorities and to the troops. Hostilities are suspended immediately after the notification, or at the time fixed. |
| ARTICLE 39. | ARTICLE 39. |
| Il dépend des parties contractantes de fixer, dans les clauses de l'armistice, les rapports qui pourraient avoir lieu, sur le théâtre de la guerre, avec les populations et entre elles. | It rests with the contracting parties to settle, in the terms of the armistice, the relations which may be allowed in the theatre of war with, and between, the civil populations. |
| ARTICLE 40. | ARTICLE 40. |
| Toute violation grave de l'armistice, par l'une des parties, donne à l'autre le droit de le dénoncer et même, en cas d'urgence, de reprendre immédiatement les hostilités. | Any serious violation of the armistice by one of the parties gives the other party the right of denouncing it, and even, in cases of urgency, of recommencing hostilities immediately. |
| ARTICLE 41. | ARTICLE 41. |
| La violation des clauses de l'armistice par des particuliers agissant de leur propre initiative, donne droit seulement à réclamer la punition des coupables et, s'il y a lieu, une indemnité pour les pertes éprouvées. | A violation of the terms of the armistice by individuals acting on their own initiative only entitles the injured party to demand the punishment of the offenders and, if there is occasion for it, compensation for the losses sustained. |

## Section III.

### De l'Autorité Militaire sur le Territoire de l'État Ennemi.

## Section III.

### Military Authority over the Territory of the Hostile State.

| | |
|---|---|
| ARTICLE 42. | ARTICLE 42. |
| Un territoire est considéré comme occupé lorsqu'il se trouve placé de fait sous l'autorité de l'armée ennemie.<br>L'occupation ne s'étend qu'aux territoires où cette autorité est établie et en mesure de s'exercer. | Territory is considered occupied when actually placed under the authority of the hostile army.<br>The occupation extends only to the territory where such authority has been established and is in a position to assert itself. |
| ARTICLE 43. | ARTICLE 43. |
| L'autorité du pouvoir légal ayant passé de fait entre les mains de l'occupant celui-ci prendra toutes les mesures qui dépendent de lui en vue de rétablir et d'assurer, autant qu'il est possible, l'ordre et la vie publics en respectant, sauf empêchement absolu, les lois en vigueur dans le pays. | The authority of the power of the State having passed *de facto* into the hands of the occupant, the latter shall do all in his power to restore, and ensure, as far as possible, public order and safety, respecting at the same time, unless absolutely prevented, the laws in force in the country. |

59

### Article 44.

Il est interdit à un belligérant de forcer la population d'un territoire occupé à donner des renseignements sur l'armée de l'autre belligérant ou sur ses moyens de défense.

### Article 44.

A belligerent is forbidden to compel the inhabitants of territory occupied by it to furnish information about the army of the other belligerent, or about its means of defence.

### Article 45.

Il est interdit de contraindre la population d'un territoire occupé à prêter serment à la Puissance ennemie.

### Article 45.

It is forbidden to force the inhabitants of occupied territory to swear allegiance to the hostile Power.

### Article 46.

L'honneur et les droits de la famille, la vie des individus, et la propriété privée, ainsi que les convictions religieuses et l'exercice des cultes, doivent être respectés.

La propriété privée ne peut pas être confisquée.

### Article 46.

Family honour and rights, individual life, and private property, as well as religious convictions and worship, must be respected.

Private property may not be confiscated.

### Article 47.

Le pillage est formellement interdit.

### Article 47.

Pillage is expressly forbidden.

### Article 48.

Si l'occupant prélève, dans le territoire occupé, les impôts, droits, et péages établis au profit de État, il le fera, autant que possible, d'après les règles de l'assiette et de la répartition en vigueur, et il en résultera pour lui l'obligation de pourvoir aux frais de l'administration du territoire occupé dans la mesure où le Gouvernement légal y était tenu.

### Article 48.

If, in the territory occupied, the occupant collects the taxes, dues, and tolls payable to the State, he shall do so, as far as is possible, in accordance with the legal basis and assessment in force at the time, and shall in consequence be bound to defray the expenses of the administration of the occupied territory to the same extent as the national Government had been so bound.

### Article 49.

Si, en dehors des impôts visés à l'Article précédent, l'occupant prélève d'autres contributions en argent dans le territoire occupé, ce ne pourra être que pour les besoins de l'armée ou de l'administration de ce territoire.

### Article 49.

If, in addition to the taxes mentioned in the above Article, the occupant levies other money contributions in the occupied territory, they shall only be applied to the needs of the army or of the administration of the territory in question.

### Article 50.

Aucune peine collective, pécuniaire ou autre, ne pourra être édictée contre les populations à raison de faits individuels dont elles ne pourraient être considérés comme solidairement responsables.

### Article 50.

No collective penalty, pecuniary or otherwise, shall be inflicted upon the population on account of the acts of individuals for which it cannot be regarded as collectively responsible.

### Article 51.

Aucune contribution ne sera perçue qu'en vertu d'un ordre écrit et sous la responsabilité d'un général en chef.

Il ne sera procédé, autant que possible, à cette perception que d'après les règles de l'assiette et de la répartition des impôts en vigueur.

Pour toute contribution, un reçu sera délivré aux contribuables.

### Article 51.

No contribution shall be collected except under a written order, and on the responsibility of a General in command.

The collection of the said contribution shall only be effected in accordance, as far as is possible, with the legal basis and assessment of taxes in force at the time.

For every contribution a receipt shall be given to the contributories.

ARTICLE 52.

Des réquisitions en nature et des services ne pourront être réclamés des communes ou des habitants que pour les besoins de l'armée d'occupation. Ils seront en rapport avec les ressources du pays et de telle nature qu'ils n'impliquent pas pour les populations l'obligation de prendre part aux opérations de la guerre contre leur patrie.

Ces réquisitions et ces services ne seront réclamés qu'avec l'autorisation du commandant dans la localité occupée.

Les prestations en nature seront, autant que possible, payées au comptant; sinon, elles seront constatées par des reçus, et le paiement des sommes dues sera effectué le plus tôt possible.

ARTICLE 53.

L'armée qui occupe un territoire ne pourra saisir que le numéraire, les fonds, et les valeurs exigibles appartenant en propre à l'Etat, les dépôts d'armes, moyens de transport, magasins, et approvisionnements, et, en général, toute propriété mobilière de l'Etat de nature à servir aux opérations de la guerre.

Tous les moyens affectés sur terre, sur mer, et dans les airs à la transmission des nouvelles, au transport des personnes ou des choses, en dehors des cas régis par le droit maritime, les dépôts d'armes et, en général, toute espèce de munitions de guerre, peuvent être saisis, même s'ils appartiennent à des personnes privées, mais devront être restitués et les indemnités seront réglées à la paix.

ARTICLE 54.

Les câbles sous-marins reliant un territoire occupé à un territoire neutre ne seront saisis ou détruits que dans les cas d'une nécessité absolue. Ils devront également être restitués et les indemnités seront réglées à la paix.

ARTICLE 55.

L'État occupant ne se considérera que comme administrateur et usufruitier des édifices publics, immeubles, forêts, et exploitations agricoles appartenant à l'État ennemi et se trouvant dans le pays occupé. Il devra sauvegarder le fonds de ces propriétés et les administrer conformément aux règles de l'usufruit.

ARTICLE 56.

Les biens des communes, ceux des établissements consacrés aux cultes, à la charité

ARTICLE 52.

Requisitions in kind and services shall not be demanded from local authorities or inhabitants except for the needs of the army of occupation. They shall be in proportion to the resources of the country, and of such a nature as not to involve the inhabitants in the obligation of taking part in military operations against their own country.

Such requisitions and services shall only be demanded on the authority of the commander in the locality occupied.

Contributions in kind shall as far as possible be paid for in ready money; if not, a receipt shall be given and the payment of the amount due shall be made as soon as possible.

ARTICLE 53.

An army of occupation shall only take possession of cash, funds, and realizable securities which are strictly the property of the State, depôts of arms, means of transport, stores and supplies, and, generally, all movable property belonging to the State which may be used for military operations.

Except in cases governed by naval law, all appliances adapted for the transmission of news, or for the transport of persons or goods, whether on land, at sea, or in the air, depôts of arms, and, in general, all kinds of war material may be seized, even if they belong to private individuals, but they must be restored at the conclusion of peace, and indemnities must be paid for them.

ARTICLE 54.

Submarine cables connecting an occupied territory with a neutral territory shall not be seized or destroyed except in the case of absolute necessity. They also must be restored at the conclusion of peace, and indemnities paid for them.

ARTICLE 55.

The occupying State shall be regarded only as administrator and usufructuary of public buildings, landed property, forests, and agricultural undertakings belonging to the hostile State, and situated in the occupied country. It must safeguard the capital of such properties, and administer them in accordance with the rules of usufruct.

ARTICLE 56.

The property of local authorities, as well as that of institutions dedicated to

61

et à l'instruction, aux arts et aux sciences, même appartenant à l'État, seront traités comme la propriété privée.

Toute saisie, destruction, ou dégradation intentionnelle de semblables établissements, de monuments historiques, d'œuvres d'art et de science, est interdite et doit être poursuivie.

public worship, charity, education, and to science and art, even when State property, shall be treated as private property.

Any seizure or destruction of, or wilful damage to, institutions of this character, historic monuments and works of science and art, is forbidden, and should be made the subject of legal proceedings.

02:007915