# EXHIBIT C.2

Balfour Declaration - Text/Non-UN document (2 November 1917)                    Page 1 of 1

Home || Permalink ||
"As is" reference - Not a UN document.
See also UK High Commissioner and Commander-in-Chief's interim report.
**"As is" reference - not a UN document**
UNISPAL user survey Follow us on: 🄣 Twitter 📶 RSS ||    Share This

**United Kingdom**                                                    **2 November 1917**

Foreign Office, November 2nd, 1917.

Dear Lord Rothschild,

I have much pleasure in conveying to you, on behalf of His Majesty's Government, the following declaration of sympathy with Jewish Zionist aspirations which has been submitted to, and approved by, the Cabinet.

"His Majesty's Government view with favour the establishment in Palestine of a national home for the Jewish people, and will use their best endeavours to facilitate the achievement of the object, it being clearly understood that nothing shall be done which may prejudice the civil and religious' rights of existing non-Jewish communities in Palestine, or the rights and political status enjoyed by Jews in any other country".

I should be grateful if you would bring this declaration to the knowledge of the Zionist Federation.

                    Yours sincerely,

                    (Signed) Arthur James Balfour

DEFENDANT'S
EXHIBIT
NO. 2
PENGAD-Bayonne, N. J.