# EXHIBIT C.3



DEFENDANT'S EXHIBIT NO. 3
02:007941