# EXHIBIT C.6

4. *Requests* the United Nations International Children's Emergency Fund, as the United Nations agency entrusted with special responsibility for meeting emergency needs of children in many parts of the world :

(*a*) To assist in the conduct of national campaigns for the benefit of the International Children's Emergency Fund, with a view to providing international co-ordination of voluntary governmental and non-governmental appeals for the benefit of children;

(*b*) To report concerning the appeals to the ninth session of the Economic and Social Council and to the fourth regular session of the General Assembly.

*Hundred and seventy-seventh plenary meeting,
8 December 1948.*

### 216 (III). Advisory social welfare services

*The General Assembly,*

*Having considered* resolution 155 (VII) of the Economic and Social Council of 13 August 1948 on advisory social welfare services,

*Approves* the provisions of that resolution.

*Hundred and seventy-seventh plenary meeting,
8 December 1948.*

### 217 (III). International Bill of Human Rights

#### A

#### UNIVERSAL DECLARATION OF HUMAN RIGHTS

PREAMBLE

*Whereas* recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

*Whereas* disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

*Whereas* it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

*Whereas* it is essential to promote the development of friendly relations between nations,

4. *Invite* le Fonds international de secours à l'enfance de l'Organisation des Nations Unies en sa qualité d'institution de l'Organisation des Nations Unies spécialement chargée de pourvoir aux pressants besoins des enfants dans de nombreuses parties du monde;

*a*) A contribuer à l'organisation de campagnes nationales en faveur du Fonds international de secours à l'enfance, afin d'assurer la coordination internationale des appels gouvernementaux et non gouvernementaux bénévoles en faveur de l'enfance;

*b*) A faire rapport sur les résultats des appels à la neuvième session du Conseil économique et social ainsi qu'à la quatrième session ordinaire de l'Assemblée générale.

*Cent-soixante-dix-septième séance plénière,
le 8 décembre 1948.*

### 216 (III). Fonctions consultatives en matière de service social

*L'Assemblée générale,*

*Ayant examiné* la résolution 155 (VII) du Conseil économique et social, en date du 13 août 1948, relative aux fonctions consultatives en matière de service social,

*Approuve* les dispositions de ladite résolution.

*Cent-soixante-dix-septième séance plénière,
le 8 décembre 1948.*

### 217 (III). Charte internationale des droits de l'homme

#### A

#### DÉCLARATION UNIVERSELLE DES DROITS DE L'HOMME

PRÉAMBULE

*Considérant* que la reconnaissance de la dignité inhérente à tous les membres de la famille humaine et de leurs droits égaux et inaliénables constitue le fondement de la liberté, de la justice et de la paix dans le monde,

*Considérant* que la méconnaissance et le mépris des droits de l'homme ont conduit à des actes de barbarie qui révoltent la conscience de l'humanité et que l'avènement d'un monde où les êtres humains seront libres de parler et de croire, libérés de la terreur et de la misère, a été proclamé comme la plus haute aspiration de l'homme,

*Considérant* qu'il est essentiel que les droits de l'homme soient protégés par un régime de droit pour que l'homme ne soit pas contraint, en suprême recours, à la révolte contre la tyrannie et l'oppression,

*Considérant* qu'il est essentiel d'encourager le développement de relations amicales entre nations,

DEFENDANT'S EXHIBIT NO. 6

02:007968

*Whereas* the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

*Whereas* Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

*Whereas* a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

*Now, therefore,*

*The General Assembly*

*Proclaims* this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

### Article 1

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

### Article 2

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

### Article 3

Everyone has the right to life, liberty and the security of person.

*Considérant* que dans la Charte les peuples des Nations Unies ont proclamé à nouveau leur foi dans les droits fondamentaux de l'homme, dans la dignité et la valeur de la personne humaine, dans l'égalité des droits des hommes et des femmes, et qu'ils se sont déclarés résolus à favoriser le progrès social et à instaurer de meilleures conditions de vie dans une liberté plus grande,

*Considérant* que les États Membres se sont engagés à assurer, en coopération avec l'Organisation des Nations Unies, le respect universel et effectif des droits de l'homme et des libertés fondamentales,

*Considérant* qu'une conception commune de ces droits et libertés est de la plus haute importance pour remplir pleinement cet engagement,

*L'Assemblée générale*

*Proclame* la présente Déclaration universelle des droits de l'homme comme l'idéal commun à atteindre par tous les peuples et toutes les nations afin que tous les individus et tous les organes de la société, ayant cette Déclaration constamment à l'esprit, s'efforcent, par l'enseignement et l'éducation, de développer le respect de ces droits et libertés et d'en assurer, par des mesures progressives d'ordre national et international, la reconnaissance et l'application universelles et effectives, tant parmi les populations des États Membres eux-mêmes que parmi celles des territoires placés sous leur juridiction.

### Article premier

Tous les êtres humains naissent libres et égaux en dignité et en droits. Ils sont doués de raison et de conscience et doivent agir les uns envers les autres dans un esprit de fraternité.

### Article 2

Chacun peut se prévaloir de tous les droits et de toutes les libertés proclamés dans la présente Déclaration, sans distinction aucune, notamment de race, de couleur, de sexe, de langue, de religion, d'opinion politique ou de toute autre opinion, d'origine nationale ou sociale, de fortune, de naissance ou de toute autre situation.

De plus, il ne sera fait aucune distinction fondée sur le statut politique, juridique ou international du pays ou du territoire dont une personne est ressortissante, que ce pays ou territoire soit indépendant, sous tutelle, non autonome ou soumis à une limitation quelconque de souveraineté.

### Article 3

Tout individu a droit à la vie, à la liberté et à la sûreté de sa personne.

02:007969

| | |
|---|---|
| ARTICLE 4 | ARTICLE 4 |
| No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms. | Nul ne sera tenu en esclavage ni en servitude; l'esclavage et la traite des esclaves sont interdits sous toutes leurs formes. |
| ARTICLE 5 | ARTICLE 5 |
| No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. | Nul ne sera soumis à la torture, ni à des peines ou traitements cruels, inhumains ou dégradants. |
| ARTICLE 6 | ARTICLE 6 |
| Everyone has the right to recognition everywhere as a person before the law. | Chacun a le droit à la reconnaissance en tous lieux de sa personnalité juridique. |
| ARTICLE 7 | ARTICLE 7 |
| All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination. | Tous sont égaux devant la loi et ont droit sans distinction à une égale protection de la loi. Tous ont droit à une protection égale contre toute discrimination qui violerait la présente Déclaration et contre toute provocation à une telle discrimination. |
| ARTICLE 8 | ARTICLE 8 |
| Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law. | Toute personne a droit à un recours effectif devant les juridictions nationales compétentes contre les actes violant les droits fondamentaux qui lui sont reconnus par la constitution ou par la loi. |
| ARTICLE 9 | ARTICLE 9 |
| No one shall be subjected to arbitrary arrest, detention or exile. | Nul ne peut être arbitrairement arrêté, détenu ni exilé. |
| ARTICLE 10 | ARTICLE 10 |
| Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him. | Toute personne a droit, en pleine égalité, à ce que sa cause soit entendue équitablement et publiquement par un tribunal indépendant et impartial, qui décidera, soit de ses droits et obligations, soit du bien fondé de toute accusation en matière pénale dirigée contre elle. |
| ARTICLE 11 | ARTICLE 11 |
| 1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence. | 1. Toute personne accusée d'un acte délictueux est présumée innocente jusqu'à ce que sa culpabilité ait été légalement établie au cours d'un procès public où toutes les garanties nécessaires à sa défense lui auront été assurées. |
| 2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed. | 2. Nul ne sera condamné pour des actions ou omissions qui, au moment où elles ont été commises, ne constituaient pas un acte délictueux d'après le droit national ou international. De même, il ne sera infligé aucune peine plus forte que celle qui était applicable au moment où l'acte délictueux a été commis. |
| ARTICLE 12 | ARTICLE 12 |
| No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the pro- | Nul ne sera l'objet d'immixtions arbitraires dans sa vie privée, sa famille, son domicile ou sa correspondance, ni d'atteintes à son honneur et à sa réputation. Toute personne a droit à la |

02:007970

tection of the law against such interference or attacks.

### Article 13

1. Everyone has the right to freedom of movement and residence within the borders of each State.

2. Everyone has the right to leave any country, including his own, and to return to his country.

### Article 14

1. Everyone has the right to seek and to enjoy in other countries asylum from persecution.

2. This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

### Article 15

1. Everyone has the right to a nationality.
2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

### Article 16

1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

2. Marriage shall be entered into only with the free and full consent of the intending spouses.

3. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

### Article 17

1. Everyone has the right to own property alone as well as in association with others.

2. No one shall be arbitrarily deprived of his property.

### Article 18

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

### Article 19

Everyone has the right to freedom of opinion and expression; this right includes freedom to

---

protection de la loi contre de telles immixtions ou de telles atteintes.

### Article 13

1. Toute personne a le droit de circuler librement et de choisir sa résidence à l'intérieur d'un État.

2. Toute personne a le droit de quitter tout pays, y compris le sien, et de revenir dans son pays.

### Article 14

1. Devant la persécution, toute personne a le droit de chercher asile et de bénéficier de l'asile en d'autres pays.

2. Ce droit ne peut être invoqué dans le cas de poursuites réellement fondées sur un crime de droit commun ou sur des agissements contraires aux buts et aux principes des Nations Unies.

### Article 15

1. Tout individu a droit à une nationalité.
2. Nul ne peut être arbitrairement privé de sa nationalité, ni du droit de changer de nationalité.

### Article 16

1. A partir de l'âge nubile, l'homme et la femme, sans aucune restriction quant à la race, la nationalité ou la religion, ont le droit de se marier et de fonder une famille. Ils ont des droits égaux au regard du mariage, durant le mariage et lors de sa dissolution.

2. Le mariage ne peut être conclu qu'avec le libre et plein consentement des futurs époux.

3. La famille est l'elément naturel et fondamental de la société et a droit à la protection de la société et de l'État.

### Article 17

1. Toute personne, aussi bien seule qu'en collectivité, a droit à la propriété.

2. Nul ne peut être arbitrairement privé de sa propriété.

### Article 18

Toute personne a droit à la liberté de pensée, de conscience et de religion; ce droit implique la liberté de changer de religion ou de conviction ainsi que la liberté de manifester sa religion ou sa conviction, seule ou en commun, tant en public qu'en privé, par l'enseignement, les pratiques, le culte et l'accomplissement des rites.

### Article 19

Tout individu a droit à la liberté d'opinion et d'expression, ce qui implique le droit de ne

02:007971

hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

### Article 20

1. Everyone has the right to freedom of peaceful assembly and association.

2. No one may be compelled to belong to an association.

### Article 21

1. Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

2. Everyone has the right of equal access to public service in his country.

3. The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

### Article 22

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

### Article 23

1. Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

2. Everyone, without any discrimination, has the right to equal pay for equal work.

3. Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.

4. Everyone has the right to form and to join trade unions for the protection of his interests.

### Article 24

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

---

pas être inquiété pour ses opinions et celui de chercher, de recevoir et de répandre, sans considérations de frontières, les informations et les idées par quelque moyen d'expression que ce soit.

### Article 20

1. Toute personne a droit à la liberté de réunion et d'association pacifiques.

2. Nul ne peut être obligé de faire partie d'une association.

### Article 21

1. Toute personne a le droit de prendre part à la direction des affaires publiques de son pays, soit directement, soit par l'intermédiaire de représentants librement choisis.

2. Toute personne a droit à accéder, dans des conditions d'égalité, aux fonctions publiques de son pays.

3. La volonté du peuple est le fondement de l'autorité des pouvoirs publics; cette volonté doit s'exprimer par des élections honnêtes qui doivent avoir lieu périodiquement, au suffrage universel égal et au vote secret ou suivant une procédure équivalente assurant la liberté du vote.

### Article 22

Toute personne, en tant que membre de la société, a droit à la sécurité sociale; elle est fondée à obtenir la satisfaction des droits économiques, sociaux et culturels indispensables à sa dignité et au libre développement de sa personnalité, grâce à l'effort national et à la coopération internationale, compte tenu de l'organisation et des ressources de chaque pays.

### Article 23

1. Toute personne a droit au travail, au libre choix de son travail, à des conditions équitables et satisfaisantes de travail et à la protection contre le chômage.

2. Tous ont droit, sans aucune discrimination, à un salaire égal pour un travail égal.

3. Quiconque travaille a droit à une rémunération équitable et satisfaisante lui assurant ainsi qu'à sa famille une existence conforme à la dignité humaine et complétée, s'il y a lieu, par tous autres moyens de protection sociale.

4. Toute personne a le droit de fonder avec d'autres des syndicats et de s'affilier à des syndicats pour la défense de ses intérêts.

### Article 24

Toute personne a droit au repos et aux loisirs et notamment à une limitation raisonnable de la durée du travail et à des congés payés périodiques.

02:007972

### Article 25

1. Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

2. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

### Article 26

1. Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

2. Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

3. Parents have a prior right to choose the kind of education that shall be given to their children.

### Article 27

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

### Article 28

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

### Article 29

1. Everyone has duties to the community in which alone the free and full development of his personality is possible.

### Article 25

1. Toute personne a droit à un niveau de vie suffisant pour assurer sa santé, son bien-être et ceux de sa famille, notamment pour l'alimentation, l'habillement, le logement, les soins médicaux ainsi que pour les services sociaux nécessaires; elle a droit à la sécurité en cas de chômage, de maladie, d'invalidité, de veuvage, de vieillesse ou dans les autres cas de perte de ses moyens de subsistance par suite de circonstances indépendantes de sa volonté.

2. La maternité et l'enfance ont droit à une aide et à une assistance spéciales. Tous les enfants, qu'ils soient nés dans le mariage ou hors mariage, jouissent de la même protection sociale.

### Article 26

1. Toute personne a droit à l'éducation. L'éducation doit être gratuite, au moins en ce qui concerne l'enseignement élémentaire et fondamental. L'enseignement élémentaire est obligatoire. L'enseignement technique et professionnel doit être généralisé; l'accès aux études supérieures doit être ouvert en pleine égalité à tous en fonction de leur mérite.

2. L'éducation doit viser au plein épanouissement de la personnalité humaine et au renforcement du respect des droits de l'homme et des libertés fondamentales. Elle doit favoriser la compréhension, la tolérance et l'amitié entre toutes les nations et tous les groupes raciaux ou religieux, ainsi que le développement des activités des Nations Unies pour le maintien de la paix.

3. Les parents ont, par priorité, le droit de choisir le genre d'éducation à donner à leurs enfants.

### Article 27

1. Toute personne a le droit de prendre part librement à la vie culturelle de la communauté, de jouir des arts et de participer au progrès scientifique et aux bienfaits qui en résultent.

2. Chacun a droit à la protection des intérêts moraux et matériels découlant de toute production scientifique, littéraire ou artistique dont il est l'auteur.

### Article 28

Toute personne a droit à ce que règne, sur le plan social et sur le plan international, un ordre tel que les droits et libertés énoncés dans la présente Déclaration puissent y trouver plein effet.

### Article 29

1. L'individu a des devoirs envers la communauté dans laquelle seule le libre et plein développement de sa personnalité est possible.

02:007973

2. In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

3. These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

### ARTICLE 30

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

*Hundred and eighty-third plenary meeting,*
*10 December 1948.*

## B
## RIGHT OF PETITION

*The General Assembly,*

*Considering* that the right of petition is an essential human right, as is recognized in the Constitutions of a great number of countries,

*Having considered* the draft article on petitions in document A/C.3/306 and the amendments offered thereto by Cuba and France,

*Decides* not to take any action on this matter at the present session;

*Requests* the Economic and Social Council to ask the Commission on Human Rights to give further examination to the problem of petitions when studying the draft covenant on human rights and measures of implementation, in order to enable the General Assembly to consider what further action, if any, should be taken at its next regular session regarding the problem of petitions.

*Hundred and eighty-third plenary meeting,*
*10 December 1948.*

## C
## FATE OF MINORITIES

*The General Assembly,*

*Considering* that the United Nations cannot remain indifferent to the fate of minorities,

*Considering* that it is difficult to adopt a uniform solution of this complex and delicate question, which has special aspects in each State in which it arises,

---

2. Dans l'exercice de ses droits et dans la jouissance de ses libertés, chacun n'est soumis qu'aux limitations établies par la loi exclusivement en vue d'assurer la reconnaissance et le respect des droits et libertés d'autrui et afin de satisfaire aux justes exigences de la morale, de l'ordre public et du bien-être général dans une société démocratique.

3. Ces droits et libertés ne pourront, en aucun cas, s'exercer contrairement aux buts et aux principes des Nations Unies.

### ARTICLE 30

Aucune disposition de la présente Déclaration ne peut être interprétée comme impliquant pour un État, un groupement ou un individu un droit quelconque de se livrer à une activité ou d'accomplir un acte visant à la destruction des droits et libertés qui y sont énoncés.

*Cent-quatre-vingt-troisième séance plénière,*
*le 10 décembre 1948.*

## B
## DROIT DE PÉTITION

*L'Assemblée générale,*

*Considérant* que le droit de pétition est un des droits essentiels de l'homme, comme le reconnaissent les constitutions de nombreux pays,

*Ayant examiné* le projet d'article relatif aux pétitions qui figure dans le document A/C.3/306 et les amendements à cet article déposés par Cuba et la France,

*Décide* de ne prendre aucune mesure à ce sujet au cours de la présente session;

*Prie* le Conseil économique et social d'inviter la Commission des droits de l'homme à procéder à un nouvel examen du problème des pétitions lorsqu'elle examinera le projet de pacte relatif aux droits de l'homme et aux mesures de mise en œuvre, afin que l'Assemblée générale puisse, au cours de sa prochaine session ordinaire, examiner quelles mesures doivent être prises, s'il y a lieu d'en prendre, en ce qui concerne le problème des pétitions.

*Cent-quatre-vingt-troisième séance plénière,*
*le 10 décembre 1948*

## C
## SORT DES MINORITÉS

*L'Assemblée générale,*

*Considérant* que les Nations Unies ne peuvent pas demeurer indifférentes au sort des minorités,

*Considérant* qu'il est difficile d'adopter une solution uniforme de cette question complexe et délicate qui revêt des aspects particuliers dans chaque État où elle se pose,

02:007974

<div style="columns:2">

*Considering* the universal character of the Declaration of Human Rights,

*Decides* not to deal in a specific provision with the question of minorities in the text of this Declaration;

*Refers* to the Economic and Social Council the texts submitted by the delegations of the Union of Soviet Socialist Republics, Yugoslavia and Denmark on this subject contained in document A/C.3/307/Rev. 2, and requests the Council to ask the Commission on Human Rights and the Sub-Commission on the Prevention of Discrimination and the Protection of Minorities to make a thorough study of the problem of minorities, in order that the United Nations may be able to take effective measures for the protection of racial, national, religious or linguistic minorities.

*Hundred and eighty-third plenary meeting.*
*10 December 1948.*

D

PUBLICITY TO BE GIVEN TO THE UNIVERSAL DECLARATION OF HUMAN RIGHTS

*The General Assembly,*

*Considering* that the adoption of the Universal Declaration of Human Rights is an historic act, destined to consolidate world peace through the contribution of the United Nations towards the liberation of individuals from the unjustified oppression and constraint to which they are too often subjected,

*Considering* that the text of the Declaration should be disseminated among all peoples throughout the world,

1. *Recommends* Governments of Member States to show their adherence to Article 56 of the Charter by using every means within their power solemnly to publicize the text of the Declaration and to cause it to be disseminated, displayed, read and expounded principally in schools and other educational institutions, without distinction based on the political status of countries or territories;

2. *Requests* the Secretary-General to have this Declaration widely disseminated and, to that end, to publish and distribute texts, not only in the official languages, but also, using every means at his disposal, in all languages possible;

3. *Invites* the specialized agencies and non-governmental organizations of the world to do their utmost to bring this Declaration to the attention of their members.

*Hundred and eighty-third plenary meeting.*
*10 December 1948.*

*Considérant* le caractère universel de la Déclaration des droits de l'homme,

*Décide* de ne pas traiter par une disposition spécifique dans le corps de cette Déclaration la question des minorités;

*Renvoie* au Conseil économique et social les textes soumis par les délégations de l'Union des Républiques socialistes soviétiques, de la Yougoslavie et du Danemark sur cette question dans le document A/C.3/307/Rev. 2, et prie le Conseil d'inviter la Commission des droits de l'homme et la Sous-Commission de la lutte contre les mesures discriminatoires et de la protection des minorités à procéder à un examen approfondi du problème des minorités, afin que l'Organisation des Nations Unies puisse adopter des mesures efficaces de protection des minorités raciales, nationales, religieuses et linguistiques.

*Cent-quatre-vingt-troisième séance plénière,*
*le 10 décembre 1948.*

D

PUBLICITÉ A DONNER À LA DÉCLARATION UNIVERSELLE DES DROITS DE L'HOMME

*L'Assemblée générale,*

*Considérant* que le vote de la Déclaration universelle des droits de l'homme est un acte historique, destiné à affermir la paix mondiale en faisant contribuer l'Organisation des Nations Unies à libérer l'individu de l'oppression et des contraintes illégitimes dont il est trop souvent victime,

*Considérant* que le texte de la Déclaration doit avoir une diffusion de caractère vraiment populaire et universel,

1. *Recommande* aux Gouvernements des États Membres de manifester leur fidélité à l'Article 56 de la Charte, en ne négligeant aucun des moyens en leur pouvoir pour publier solennellement le texte de la Déclaration et, ensuite, pour faire en sorte qu'il soit distribué, affiché, lu et commenté principalement dans les écoles et autres établissements d'enseignement, sans distinction fondée sur le statut politique des pays ou des territoires;

2. *Prie* le Secrétaire général de donner à cette Déclaration une très large diffusion et, à ces fins, de publier et faire distribuer les textes non seulement dans les langues officielles, mais encore, dans la mesure de ses moyens, dans toutes les langues possibles;

3. *Invite* les institutions spécialisées et les organisations non gouvernementales du monde à bien vouloir faire leur possible pour porter cette Déclaration à la connaissance de leurs membres.

*Cent-quatre-vingt-troisième séance plénière,*
*le 10 décembre 1948.*

</div>

02:007975

## F
## PREPARATION OF A DRAFT COVENANT ON HUMAN RIGHTS AND DRAFT MEASURES OF IMPLEMENTATION

*The General Assembly*,

*Considering* that the plan of work of the Commission on Human Rights provides for an International Bill of Human Rights, to include a Declaration, a Covenant on Human Rights and measures of implementation,

*Requests* the Economic and Social Council to ask the Commission on Human Rights to continue to give priority in its work to the preparation of a draft Covenant on Human Rights and draft measures of implementation.

*Hundred and eighty-third plenary meeting,
10 December 1948.*

## E
## PREPARATION D'UN PROJET DE PACTE RELATIF AUX DROITS DE L'HOMME ET DE MESURES DE MISE EN ŒUVRE

*L'Assemblée générale*,

*Considérant* que le plan de travail de la Commission des droits de l'homme prévoit l'élaboration d'une charte internationale des droits de l'homme, qui devra comprendre une Déclaration, un Pacte relatif aux droits de l'homme et des mesures de mise en œuvre;

*Invite* le Conseil économique et social à demander à la Commission des droits de l'homme de continuer à donner la priorité, dans son plan de travail, à la préparation d'un projet de pacte relatif aux droits de l'homme et à l'élaboration des mesures de mise en œuvre.

*Cent-quatre-vingt-troisième séance plénière,
le 10 décembre 1948.*

79

02:007976