# EXHIBIT C.8



DEFENDANT'S EXHIBIT NO. 8

02:007981