# EXHIBIT C.9





**Palestinian Academic Society for the Study of International Affairs (PASSIA)**



DEFENDANT'S EXHIBIT NO. 9

02:007967