# EXHIBIT C.12

S/RES/338 (1973) of 22 October 1973

UNITED NATIONS                                                                 S



Security Council

S/RES/338 (1973)
22 October 1973

**Resolution 338 (1973)
of 22 October 1973**

*The Security Council*

*1. Calls upon* all parties to the present fighting to cease all firing and terminate all military activity immediately, no later than 12 hours after the moment of the adoption of this decision, in the positions they now occupy;

*2. Calls upon* the parties concerned to start immediately after the cease-fire the implementation of Security Council resolution 242 (1967) in all of its parts;

*3. Decides* that, immediately and concurrently with the cease-fire, negotiations shall start between the parties concerned under appropriate auspices aimed at establishing a just and durable peace in the Middle East.

*Adopted at the 1747th meeting
by 14 votes to none.* 1/

---

1/ One member (China) did not participate in the voting.

DEFENDANT'S EXHIBIT NO. 12

03:TP000363

http://unispal.un.org/unispal.nsf/0/7FB7C26FCBE80A31852560C50065F8782/7/2010 6:50:24 AM

02:008129