# EXHIBIT C.14

DEFENDANT'S EXHIBIT NO. 14

A/RES/3236 (XXIX) of 22 November 1974



# UNITED NATIONS

**General Assembly**

A

A/RES/3236 (XXIX)
22 November 1974

### 3236 (XXIX). Question of Palestine

*The General Assembly,*

*Having considered* the question of Palestine,

*Having heard* the statement of the Palestine Liberation Organization, the representative of the Palestinian people, 1/

*Having also heard* other statements made during the debate,

*Deeply concerned* that no just solution to the problem of Palestine has yet been achieved and recognizing that the problem of Palestine continues to endanger international peace and security,

*Recognizing* that the Palestinian people is entitled to self-determination in accordance with the Charter of the United Nations,

*Expressing its grave concern* that the Palestinian people has been prevented from enjoying its inalienable rights, in particular its right to self-determination,

*Guided* by the purposes and principles of the Charter,

03:TP000367

http://unispal.un.org/UNISPAL.NSF/0/025974039ACFB171852560DE00548BBE (1 of 2)2/7/2010 6:56:21 AM

02:008132

A/RES/3236 (XXIX) of 22 November 1974

*Recalling* its relevant resolutions which affirm the right of the Palestinian people to self-determination,

1. *Reaffirms* the inalienable rights of the Palestinian people in Palestine, including:

(*a*) The right to self-determination without external interference;

(*b*) The right to national independence and sovereignty;

2. *Reaffirms also* the inalienable right of the Palestinians to return to their homes and property from which they have been displaced and uprooted, and calls for their return;

3. *Emphasizes* that full respect for and the realization of these inalienable rights of the Palestinian people are indispensable for the solution of the question of Palestine;

4. *Recognizes* that the Palestinian people is a principal party in the establishment of a just and lasting peace in the Middle East;

5. *Further recognizes* the right of the Palestinian people to regain its rights by all means in accordance with the purposes and principles of the Charter of the United Nations;

6. *Appeals* to all States and international organizations to extend their support to the Palestinian people in its struggle to restore its rights, in accordance with the Charter;

7. *Requests* the Secretary-General to establish contacts with the Palestine Liberation Organization on all matters concerning the question of Palestine;

8. *Requests* the Secretary-General to report to the General Assembly at its thirtieth session on the implementation of the present resolution;

9. *Decides* to include the item entitled "Question of Palestine" in the provisional agenda of its thirtieth session.

---

1/ A/PV.2282

03:TP000368

http://unispal.un.org/UNISPAL.NSF/0/025974039ACFB171852560DE00548BBE (2 of 2)2/7/2010 6:56:21 AM

02:008133