# EXHIBIT C.19

S/RES/904 (1994) of 18 March 1994

DEFENDANT'S EXHIBIT NO. 19

[illegible blackened navigation block]



# UNITED NATIONS

**S**

## Security Council

S/RES/904 (1994)
18 March 1994

### Resolution 904 (1994)
### of 18 March 1994

*The Security Council,*

*Shocked* by the appalling massacre committed against Palestinian worshippers in the Mosque of Ibrahim in Hebron on 25 February 1994, during the holy month of Ramadan,

*Gravely concerned* by the consequent Palestinian casualties in the occupied Palestinian territory as a result of the massacre, which underlines the need to provide protection and security for the Palestinian people,

*Determined* to overcome the adverse impact of the massacre on the peace process currently under way,

*Noting with satisfaction* the efforts undertaken to guarantee the smooth proceeding of the peace process, and calling upon all concerned to continue their efforts to this end.

*Noting* the condemnation of this massacre by the entire international community,

03:TP000360

S/RES/904 (1994) of 18 March 1994

*Reaffirming* its relevant resolutions, which affirmed the applicability of the fourth Geneva Convention of 12 August 1949 5/ to the territories occupied by Israel in June 1967, including Jerusalem, and the Israeli responsibilities thereunder,

1. *Strongly condemns* the massacre in Hebron and its aftermath which took the lives of more than fifty Palestinian civilians and injured several hundred others;

2. *Calls upon* Israel, the occupying Power, to continue to take and implement measures, including, *inter alia,* confiscation of arms, with the aim of preventing illegal acts of violence by Israeli settlers;

3. *Calls* for measures to be taken to guarantee the safety and protection of the Palestinian civilians throughout the occupied territory, including, *inter alia,* a temporary international or foreign presence, which was provided for in the Declaration of Principles on Interim Self-Government Arrangements, signed by the Government of Israel and the Palestine Liberation Organization at Washington, D.C. on 13 September *1993,* 6/ within the context of the ongoing peace process;

4. *Requests* the co-sponsors of the peace process, the United States of America and the Russian Federation, to continue their efforts to invigorate the peace process and to undertake the necessary support for the implementation of the above-mentioned measures;

5. *Reaffirms its support* for the peace process currently under way and calls for the implementation of the Declaration of Principles without delay.

*Adopted as a whole without a vote at the 3351st meeting, following a paragraph-by-paragraph vote.* 7/

Notes

1/ Resolutions or decisions on this question were also adopted by the Council in 1976, 1979, 1980, 1981, 1982, 1983, 1985, 1986, 1987, 1988, 1989, 1990, 1991 and 1992.

2/ *Official Records of the Security Council, Forty-ninth Year, Supplement for January, February and March 1994.*

3/ Document S/1994/232, incorporated in the record of the 3340th meeting.

4/ Document S/1994/227, incorporated in the record of the 3340th meeting.

5/ Geneva Convention relative to the Protection of Civilian Persons in Time of War (United Nations, *Treaty Series,* vol. 75, No. 973).

_ *Official Records of the Security Council, Forty-eighth Year, Supplement for October, November and December 1993,* document S/26560, annex.

03:TP000361

S/RES/904 (1994) of 18 March 1994

7/ The result of the voting on the second and sixth preambular paragraphs of the draft resolution S/1994/280 was as follows: 14 in favour, none against and 1 abstention (United States of America); all other paragraphs were approved unanimously.