# EXHIBIT C.38




02:008499