# EXHIBIT C.49





DEFENDANT'S EXHIBIT NO. 49