# EXHIBIT C.50
## PART 5 OF 5

CLAIMS AWARDED
BY EMPLOYMENT CATEGORIES

TABLE NO. 8

### DEATH CLAIMS

| EMPLOYMENT CATEGORIES | # OF CLAIMS | TOTAL AWARD | % of Total Awarded |
|---|---|---|---|
| Attorneys/Legal Profession/Law Firm Staff | 23 | $47,370,341.37 | 0.79% |
| Civil Service | 105 | $136,925,005.82 | 2.28% |
| Communications Industry/Telecommunications/Broadcast | 26 | $43,478,760.85 | 0.73% |
| Construction (including carpenters, electricians,etc.) | 55 | $84,055,990.64 | 1.40% |
| Emergency Medical Technicians & Assistants/Paramedics | 5 | $7,567,620.84 | 0.13% |
| Finance/Banking/Insurance/Accounting | 1,669 | $4,099,933,810.82 | 68.37% |
| Fire Department | 342 | $559,197,606.41 | 9.33% |
| Homemakers | 4 | $3,568,113.68 | 0.06% |
| Maintenance/Janitorial | 28 | $37,808,186.01 | 0.63% |
| Medical/Doctors/Nurses | 9 | $14,031,181.86 | 0.23% |
| Military | 54 | $102,000,055.64 | 1.70% |
| Pilots/Flight Attendants/Other Airline Employees | 30 | $37,994,215.96 | 0.63% |
| Police Department | 23 | $34,771,624.63 | 0.58% |
| Port Authority | 75 | $127,395,765.33 | 2.12% |
| Restaurant/Food Workers/Wait Staff/Dishwashers | 97 | $131,140,863.73 | 2.19% |
| Retired | 13 | $12,890,255.07 | 0.21% |
| Security Personnel/Private | 32 | $32,329,579.41 | 0.54% |
| Students | 3 | $2,767,526.47 | 0.05% |
| Technology/Computer Related | 130 | $235,857,731.69 | 3.93% |
| Unemployed | 4 | $7,038,280.77 | 0.12% |
| Other | 153 | $238,138,485.08 | 3.97% |
| Total | 2,880 | $5,996,261,002.08 | 100.00% |

### PHYSICAL INJURY CLAIMS

| EMPLOYMENT CATEGORIES | # OF CLAIMS | TOTAL AWARD | % of Total Awarded |
|---|---|---|---|
| Attorneys/Legal Profession/Law Firm Staff | 23 | $1,775,438.00 | 0.17% |
| Civil Service | 199 | $56,370,035.00 | 5.35% |
| Communications Industry/Telecommunications/Broadcast | 24 | $3,388,317.22 | 0.32% |
| Construction (including carpenters, electricians, etc.) | 103 | $32,092,613.75 | 3.05% |
| Emergency Medical Technicians & Assistants/Paramedics | 25 | $13,524,526.00 | 1.28% |
| Finance/Banking/Insurance/Accounting | 195 | $86,302,539.54 | 8.19% |
| Fire Department | 1,388 | $626,784,820.96 | 59.51% |
| Maintenance/Janitorial | 68 | $17,422,933.65 | 1.65% |
| Medical/Doctors/Nurses | 23 | $6,212,344.00 | 0.59% |
| Military | 46 | $31,639,485.96 | 3.00% |
| Police Department | 205 | $84,372,338.00 | 8.01% |
| Port Authority | 63 | $28,442,410.00 | 2.70% |
| Restaurant/Food Workers/Wait Staff/Dishwashers | 35 | $8,949,297.00 | 0.85% |
| Retired | 9 | $901,605.00 | 0.09% |
| Security Personnel/Private | 32 | $4,475,358.98 | 0.42% |
| Students | 3 | $127,867.00 | 0.01% |
| Technology/Computer Related | 43 | $7,823,081.00 | 0.74% |
| Unemployed | 2 | $589,394.00 | 0.06% |
| Other | 194 | $41,960,129.50 | 3.98% |
| Total | 2,680 | $1,053,154,534 | 100.00% |

AWARDS FOR
UNIFORMED WORKERS

TABLE NO. 9

### DEATH

| | NO. OF CLAIMS | TOTAL AMOUNT AWARDED | % OF TOTAL AWARDED |
|---|---|---|---|
| | | | % of Total Amount Awarded for Death Claims |
| Fire Department | 342 | $559,197,606.41 | 9.33% |
| Police Department | 23 | $34,771,624.63 | 0.58% |
| Port Authority | 36 | $56,181,110.45 | 0.94% |
| Emergency Medical Professionals | 5 | $7,567,620.84 | 0.13% |
| Total | 406 | $657,717,962.33 | 10.97% |

### PHYSICAL INJURY

| | | | % of Total Amount Awarded for Physical Injury Claims |
|---|---|---|---|
| Fire Department | 1,388 | $626,784,820.96 | 59.51% |
| Police Department | 205 | $84,372,338.00 | 8.01% |
| Port Authority | 24 | $13,172,641.00 | 1.25% |
| Emergency Medical Professionals | 25 | $13,524,526.00 | 1.28% |
| Total | 1,642 | $737,854,325.96 | 70.06% |

### ALL CLAIMS

| | | | % of Total Awarded by the Fund |
|---|---|---|---|
| Fire Department | 1,730 | $1,185,982,427.37 | 16.82% |
| Police Department | 228 | $119,143,962.63 | 1.69% |
| Port Authority | 60 | $69,353,751.45 | 0.98% |
| Emergency Medical Professionals | 30 | $21,092,146.84 | 0.30% |
| Total | 2,048 | $1,395,572,288.29 | 19.80% |

02:008613

AWARDS FOR
DECEASED VICTIMS WITH MINOR CHILDREN*

TABLE NO. 10

| Victim Residence | # of Minor Children | # of Claims |
|---|---|---|
| STATE | | |
| ARIZONA | 3 | 2 |
| ARKANSAS | 2 | 1 |
| CALIFORNIA | 11 | 9 |
| COLORADO | 1 | 1 |
| CONNECTICUT | 93 | 44 |
| DISTRICT OF COLUMBIA | 10 | 5 |
| FLORIDA | 10 | 4 |
| GEORGIA | 7 | 3 |
| ILLINOIS | 4 | 2 |
| LOUISIANA | 1 | 1 |
| MAINE | 2 | 1 |
| MARYLAND | 45 | 27 |
| MASSACHUSETTS | 39 | 23 |
| NEW HAMPSHIRE | 4 | 2 |
| NEW JERSEY | 827 | 391 |
| NEW MEXICO | 2 | 1 |
| NEW YORK | 1,628 | 805 |
| NORTH CAROLINA | 4 | 1 |
| OHIO | 2 | 2 |
| PENNSYLVANIA | 27 | 15 |
| RHODE ISLAND | 1 | 1 |
| TENNESSEE | 1 | 1 |
| TEXAS | 2 | 1 |
| VIRGINIA | 62 | 36 |
| COUNTRY | | |
| CANADA | 2 | 2 |
| GERMANY | 7 | 4 |
| UNITED KINGDOM | 9 | 5 |
| TOTAL | 2,806 | 1,390 |

* This chart includes children under the age of 18 on September 11, 2001 who were included in the household for consumption purposes in computing economic loss.

108

**02:008614**

TABLE NO. 11

| GENERAL AWARD STATISTICS FOR ALL CLAIMS | | | |
|---|---|---|---|
| **CLAIM DATA FOR ALL CLAIMS** | | | |
| TOTAL CLAIMS RECEIVED | | 7,403 | |
| DEATH | | 2,968 | |
| PHYSICAL INJURY | | 4,435 | |
| **AWARD DETAILS – ALL ELIGIBLE CLAIMS** | | | |
| TOTAL ALL CLAIMS WITH AWARDS ISSUED | | | |
| TRACK A | 67% (of awarded claims) | 3,735 | $3,029,856,022.91 |
| TRACK B | 33% (of awarded claims) | 1,825 | $4,019,559,513.73 |
| TOTAL AWARDS ISSUED | | 5,560 | |
| TOTAL AMOUNT AWARDED | | | $7,049,415,536.64 |
| AVERAGE AWARD | | | $1,267,880.49 |
| MEDIAN AWARD | | | $855,919.50 |
| MAXIMUM AWARD | | | $8,597,732.00 |
| MINIMUM AWARD | | | $500.00 |
| MINIMUM OFFSET | | | $0.00 |
| MAXIMUM OFFSET | | | $9,875,656.44 |
| AVERAGE OFFSET | | | $524,285.58 |
| MEDIAN OFFSET | | | $236,810.76 |
| TOTAL ECONOMIC & NON-ECONOMIC AWARDS BEFORE OFFSETS | | | $9,964,443,386.52 |
| TOTAL OFFSETS (ALL CLAIMS) | | | $2,915,027,849.88 |
| CLAIMS WITH ADVANCE BENEFITS | | 236 | $11,300,000.00 |
| CLAIMANTS RECEIVING STRUCTURES | | 181 | $528,589,421.13 |

02:008615

TABLE NO. 12

| GENERAL AWARD STATISTICS FOR DECEASED VICTIMS | | | |
|---|---|---|---|
| **CLAIM DATA FOR DECEASED VICTIMS** | | | |
| NUMBER OF CLAIMS RECEIVED | | 2,968 | |
| NUMBER OF CLAIMS DENIED/WITHDRAWN/ABANDONED | | 88 | |
| TOTAL CLAIMS WITH AWARDS ISSUED | | 2,880 | |
| **AWARD DETAILS – ELIGIBLE DECEASED CLAIMS** | | | |
| TOTAL ALL CLAIMS WITH AWARDS ISSUED | | | |
| TRACK A | 47% | 1,348 | $2,187,641,071.92 |
| TRACK B | 53% | 1,532 | $3,808,619,930.16 |
| TOTAL AWARDS ISSUED | | 2,880 | |
| TOTAL AMOUNT AWARDED | | | $5,996,261,002.08 |
| AVERAGE AWARD | | | $2,082,035.07 |
| MEDIAN AWARD | | | $1,677,632.54 |
| MAXIMUM AWARD | | | $7,100,000.00 |
| MINIMUM AWARD | | | $250,000.00 |
| MINIMUM OFFSET | | | $0.00 |
| MAXIMUM OFFSET | | | $9,875,656.44 |
| AVERAGE OFFSET | | | $855,826.66 |
| MEDIAN OFFSET | | | $585,657.09 |
| TOTAL ECONOMIC & NON-ECONOMIC AWARDS BEFORE OFFSETS | | | $8,461,041,778.69 |
| TOTAL OFFSETS (ALL CLAIMS) | | | $2,464,780,776.61 |
| CLAIMS WITH ADVANCE BENEFITS (216) | | | $10,800,000.00 |
| CLAIMANTS RECEIVING STRUCTURES (In whole or in part) 178 Claims) | | | $519,602,850.13 |

| GENERAL AWARD STATISTICS FOR PHYSICAL INJURY VICTIMS | | | |
|---|---|---|---|
| **CLAIM DATA FOR PHYSICAL INJURY VICTIMS** | | | |
| TOTAL CLAIMS RECEIVED | | 4,435 | |
| NUMBER OF CLAIMS DENIED/WITHDRAWN/ABANDONED | | 1,755 | |
| TOTAL CLAIMS WITH AWARDS ISSUED | | 2,680 | |
| **AWARD DETAILS – ELIGIBLE PHYSICAL INJURY CLAIMS** | | | |
| TOTAL ALL CLAIMS WITH AWARDS ISSUED | | | |
| TRACK A | 89% | 2,387 | $842,214,950.99 |
| TRACK B | 11% | 293 | $210,939,583.57 |
| TOTAL AWARDS ISSUED | | 2,680 | |
| TOTAL AMOUNT AWARDED | | | $1,053,154,534.56 |
| AVERAGE AWARD | | | $392,968.11 |
| MEDIAN AWARD | | | $108,746.50 |
| MAXIMUM AWARD | | | $8,597,732.00 |
| MINIMUM AWARD | | | $500.00 |
| MINIMUM OFFSET | | | $0.00 |
| MAXIMUM OFFSET | | | $2,972,238.00 |
| AVERAGE OFFSET | | | $168,002.64 |
| MEDIAN OFFSET | | | $0.00 |
| TOTAL ECONOMIC & NON-ECONOMIC AWARDS BEFORE OFFSETS | | | $1,503,401,607.83 |
| TOTAL OFFSETS (ALL CLAIMS) | | | $450,247,073.27 |
| CLAIMS WITH ADVANCE BENEFITS (20 claims) | | | $500,000.00 |
| CLAIMANTS RECEIVING STRUCTURES (In whole or in part) 3 Claims | | | $8,986,571.00 |

02:008616

SUMMARY OF HEARINGS FOR ALL CLAIMS RECEIVED

TABLE NO. 13

| HEARINGS - ALL CLAIMS (7,403 CLAIMS FILED) | TRACK A | TRACK B | TOTAL | % of CLAIMS FILED WITH HEARING(S) |
|---|---|---|---|---|
| AWARD HEARINGS | 1,302 | 1,742 | 3,044 | |
| ELIGIBILITY HEARINGS | 653 | 109 | 762 | |
| OTHER OFFICIAL HEARINGS | 91 | 65 | 156 | |
| TOTAL (3,962 Hearings on 3,629 Claims) | 2,046 | 1,916 | 3,962 | 49.00% |

| HEARINGS - DEATH CLAIMS (2,880 DEATH CLAIMS WITH FINAL AWARDS) | TRACK A | TRACK B | TOTAL | % OF DEATH CLAIMS WITH HEARING(S) |
|---|---|---|---|---|
| AWARD HEARINGS | 518 | 1,455 | 1,973 | |
| ELIGIBILITY HEARINGS | 6 | 2 | 8 | |
| OTHER OFFICIAL HEARINGS | 32 | 61 | 93 | |
| TOTAL (2,074 hearings on 1,977 Claims) | 556 | 1,518 | 2,074 | 68.60% |

| HEARINGS - PHYSICAL INJURY CLAIMS (2,680 PHYSICAL INJURY CLAIMS WITH FINAL AWARDS) | TRACK A | TRACK B | TOTAL | % OF PHYSICAL INJURY CLAIMS WITH HEARING(S) |
|---|---|---|---|---|
| AWARD HEARINGS | 783 | 283 | 1,066 | |
| ELIGIBILITY HEARINGS | 331 | 62 | 393 | |
| OTHER OFFICIAL HEARINGS | 30 | 2 | 32 | |
| TOTAL (1,491 hearings on 1,265 Claims) | 1,144 | 347 | 1,491 | 47.20% |

| CLAIMS WITH MULTIPLE HEARINGS -- (CLAIMS WITH FINAL AWARDS) | # of Claims | % of Claims with Multiple Hearings |
|---|---|---|
| CLAIMS WITH MULTIPLE HEARINGS - ALL CLAIMS WITH FINAL AWARDS | 285 | 5.13% |
| CLAIMS WITH MULTIPLE HEARINGS - DEATH CLAIMS WITH FINAL AWARDS | 62 | 2.15% |
| CLAIMS WITH MULTIPLE HEARINGS - PHYSICAL INJURY CLAIMS WITH AWARDS | 223 | 8.32% |

| HEARING OFFICERS: | # of Hearing Officers | # of Hearings |
|---|---|---|
| Special Master | 1 | 931 |
| Deputy Special Masters | 3 | 166 |
| Administrative Law Judges (47 From Federal Agencies/4 Pro Bono) | 52 | 1,209 |
| Department of Justice Attorneys | 24 | 1,656 |
| Total | 80 | 3,962 |

02:008617



Receipt of Claims Timeline*

TABLE NO. 14

*Of 108 claims received after the 12/22/03 deadline, 11 were accepted as timely based on a finding by the Special Master that the Claimant had taken sufficient action prior to the deadline to effect a timely filing. All others were denied.

02:008618

## CLAIMS PROCESSING STATISTICS

TABLE NO. 15

| | Overall Average No. of Days for processing | Overall High Average | Overall Low Average |
|---|---|---|---|
| **ALL CLAIMS** | | | |
| COMPENSATION FORM RECEIVED TO SUBSTANTIALLY COMPLETE | 128 | 275<br>12/1/01 - 5/31/02 | 80<br>12/23/03 - Current |
| SUBSTANTIALLY COMPLETE TO FINAL AWARD DETERMINATION | 58 | 68<br>6/1/03 - 11/30/03 | 35<br>12/23/03 - Current |
| COMPENSATION FORM RECEIVED TO FINAL AWARD DETERMINATION | 186 | 323<br>12/1/01 - 5/31/02 | 114<br>12/23/03 - current |
| FINAL AWARD DETERMINATION TO PAYMENT AUTHORIZATION* | 20 | 42<br>6/1/02 - 11/30/02 | 15<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO ELIGIBILITY DENIAL | 84 | 358<br>12/1/01 - 5/31/02 | 43<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO PAYMENT CONFIRMED | 261 | 472<br>12/1/01 - 5/31/02 | 183<br>12/23/03 - current |
| **DEATH CLAIMS** | | | |
| COMPENSATION FORM RECEIVED TO SUBSTANTIALLY COMPLETE | 97 | 195<br>12/1/01 - 5/31/02 | 57<br>12/23/03 - Current |
| SUBSTANTIALLY COMPLETE TO FINAL AWARD DETERMINATION | 75 | 83<br>6/1/03 - 11/30/03 | 47<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO FINAL AWARD DETERMINATION | 172 | 245<br>12/1/01 - 5/31/02 | 102<br>12/23/03 - current |
| FINAL AWARD DETERMINATION TO PAYMENT AUTHORIZATION | 25 | 57<br>6/1/02 - 11/30/02 | 17<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO ELIGIBILITY DENIAL | 169 | 418<br>6/1/02 - 11/30/02 | 87<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO PAYMENT CONFIRMED | 259 | 472<br>12/1/01 - 5/31/02 | 177<br>12/23/03 - current |
| **INJURY CLAIMS** | | | |
| COMPENSATION FORM RECEIVED TO SUBSTANTIALLY COMPLETE | 162 | 385<br>12/1/01 | 87<br>12/23/03 - Current |
| SUBSTANTIALLY COMPLETE TO FINAL AWARD DETERMINATION | 39 | 46<br>12/1/01 - 5/31/02 | 31<br>12/23/03/- current |
| COMPENSATION FORM RECEIVED TO FINAL AWARD DETERMINATION | 201 | 431<br>12/1/01 - 5/31/02 | 118<br>12/23/03 - current |
| FINAL AWARD DETERMINATION TO PAYMENT AUTHORIZATION | 15 | 15<br>12/1/02 - 5/31/03 | 14<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO ELIGIBILITY DENIAL | 81 | 357<br>12/1/01 - 5/31/02 | 40<br>12/23/03 - current |
| COMPENSATION FORM RECEIVED TO PAYMENT CONFIRMED | 264 | 472<br>12/1/01 - 5/31/02 | 184<br>12/23/03 - current |

*The Act requires the Special Master to authorize payment of a claim within 20 days of the final determination. See Act §406(a). However, in certain cases, the claimant waived his/her right to this requirement, typically to allow the claimant additional time to make alternative payment arrangements (e.g., structured payments, payments into court-appointed trusts). Due to the complexity of these arrangements, it generally took longer than 20 days to authorize these payments.

02:008619

COSTS ASSOCIATED WITH THE ADMINISTRATION
OF THE
SEPTEMBER 11th
VICTIM COMPENSATION FUND

TABLE NO. 16

| STAFFING & COST ANALYSIS THROUGH SEPTEMBER 30, 2004 | NUMBER OF STAFF | ESTIMATED COSTS |
|---|---|---|
| **I. THE FEINBERG GROUP, LLP -- THE SPECIAL MASTER'S OFFICE** | 15 | $0.00 |
| Kenneth R. Feinberg and the Legal, Administrative and Support Staff of The Feinberg Group worked in excess of 19,000 hours during the period beginning November of 2001 through the present. The value of this time is estimated to be in excess of $7.2 Million. | | |
| Out-of-Pocket Expenses | | $ 404,000.00 |
| **II. PricewaterhouseCoopers, LLP** (Including costs paid to subcontractors by PWC) | 129 - 474 | $ 76,511,000.00 |
| *(Total Estimated Costs for PWC reflect actual costs and obligated funds through Fiscal Year 2004)* | | |
| **III. GOVERNMENT EMPLOYEES ASSIGNED TO THE PROGRAM** | | |
| Civil Division Employees (Salaries & Benefits) | 13 | $ 2,968,000.00 |
| Assistant United States Attorneys | 15 | $ 636,000.00 |
| Department of Agriculture Detailee | 1 | $ 63,000.00 |
| **IV. ADMINISTRATIVE LAW JUDGES FROM THE FOLLOWING AGENCIES** | 47 | $ 679,000.00 |
| Department of Housing and Urban Development | | |
| Department of Labor | | |
| Environmental Protection Agency | | |
| Federal Energy Regulatory Commission | | |
| Federal Mine Safety & Health Regulatory Commission | | |
| National Labor Relations Board | | |
| Social Security Administration | | |
| United States Coast Guard | | |
| United States International Trade Commission | | |
| **V. ASPEN** | 10 - 50 | $ 4,674,000.00 |
| **VI. CACI** | 3 - 10 | $ 862,000.00 |
| **VII. CONSULTANTS** | | $ 76,312.00 |
| **VIII. PRO BONO ATTORNEYS & HEARING OFFICERS** | | |
| 2 Pro Bono Attorneys | 2 | $0.00 |
| 4 Pro Bono Hearing Officers | 4 | $0.00 |
| **TOTAL COSTS TO DATE** | | $ 86,873,312.00 |

**TOTAL COSTS REPRESENT 1.2% OF TOTAL AWARDS**

02:008620