# EXHIBIT C.51

Case 1:04-cv-00397-GBD-RLE   Document 488-41   Filed 05/06/14   Page 1 of 3



# September 11th Victim Compensation Fund of 2001

Text Only Version







## Compensation for Personal Injury Victims

Award Payment Statistics

The Victim Compensation Fund periodically posts updates on the awards issued to claimants and beneficiaries. To maintain the privacy of individual claimants and beneficiaries, the Fund will not list names or any other identifying information that might easily lead to the identification of individuals who have received or been notified of awards.

Readers should understand that collateral source offsets vary greatly among claimants and can account for substantial differences in awards for what appear to be similarly situated claimants. Claimants with questions about their particular situations should contact the helpline at [removed].

Because Personal Injury claims are so different and their award determination is based on a variety of individual circumstances, the Special Master cannot publish any standard methodology for the evaluation of such claims. However, the Special Master has provided general guiding principles:

- First, in the event that a Personal Injury claimant is totally and permanently disabled, the Fund will, in most cases, calculate economic loss due to lost income using a presumed award methodology similar to that published for deceased victims. The Special Master will not apply any deduction for consumption. Any compensation for the lost earnings will be treated as a collateral source offset.

- Second, the non-economic award to Personal Injury claimants will be based on the nature, severity, and duration of the injury. Claimants with less severe injuries that were resolved quickly should anticipate modest non-economic awards. Claimants with severe, long-term injuries should anticipate more substantial awards for non-economic loss. The Special Master anticipates that those victims who suffered severe burns will receive the largest non-economic awards. For those who suffered the most severe burns and are likely to face permanent pain or disfigurement, non-economic losses could even exceed the non-economic award for a deceased victim.

DEFENDANT'S EXHIBIT 51

Claimants who have long-term injuries and/or disabilities should submit

all certified medical records and all disability evaluations performed by private doctors or institutions to the Special Master for review and consideration. Claimants who are eligible for workers' compensation benefits should submit all documents related to that claim as well. In addition, claimants who have injuries that could be the result of different events or causes independent of the events of 9/11 may be required to submit certified medical records from examinations prior to 9/11.

## Personal Injury Award Statistics
*(last updated January 28, 2005)*

The Fund has issued awards for **2,682\*** Personal Injury claims. The awards are quite varied, reflecting the varied nature of the injury, the recovery, the existence or lack of existence of a disability or incapacity, the long-term prognosis, and the ongoing pain and suffering or lack thereof for each victim. To date, awards have ranged from a **low of $500\*** to a **high of over $8.6 million\*** after offsets.

*\*These numbers will be updated periodically*

If you are having problems seeing updates to the pages of this web site, click here for information on browser settings.

Read our Privacy and Security notice or go to the DOJ Homepage

This page was last updated on 06/16/2010 17:05:03