# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>                              Plaintiffs, <br><br>    vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**EXHIBIT 1-2**

**DEFENDANTS' WITNESS LIST**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants"), by and through counsel, and pursuant to Judge George B. Daniels' Individual Practice 4(A)(viii) and Federal Rule of Civil Procedure 26(a)(3)(A)(1), hereby respectfully submit their list of trial witnesses who they may call in their case in chief in this matter.

1. Glenn E. Robinson, PhD. (expert witness)
   Associate Professor, Department of Defense Analysis
   Naval Postgraduate School
   1 University Circle
   Monterey, CA  93943
   831-656-2710

2. Adv. Michael Sfard (expert witness)
   Michael Sfard, Law Office
   45 Yehuda Halevi St.
   Tel Aviv  65157, Israel
   +972-3-620-6947

3. Raja Shehadeh (expert witness)
   Barrister
   26 Main Street
   Ramallah,
   The Palestinian Territories, via Israel
   +972-2-295-6441

4. Stephen F. Gunther, M.D. (expert witness)
   10025 Carmelita Drive
   Potomac, MD 20854
   301-983-1702

5. Rick Gaskins, MBA, CPA (expert witness)
   Gaskins Associates PC
   602 Cromwell Whye Lane
   P.O. Box 326
   Monkton, MD  21111
   410-357-9503

6. Sharon Weill, PhD. (expert witness)
   Research Fellow
   University of Geneva, Graduate Institute

        Center for Education and Research in Humanitarian Action
        22 rue Rothschild
        1202 Geneva, Switzerland
        +41-22-908-45-33

7.    Muhammad Dahleh (expert witness)
       Law Offices of Muhammad Dahleh & Associates
       4 Ibn Batotah Street
       P.O. Box 1342
       Jerusalem 91013
       +972-2-627-4070

8.    Lori Allen, PhD. (expert witness)
       University of Cambridge
       Dept. of Middle Eastern Studies
       Sidgwick Avenue
       Cambridge CB3 9DA
       United Kingdom
       +44-122-333-5106

9.    Gary Wells, PhD. (expert witness)
       Department of Psychology
       Iowa State University
       476 Science
       Ames, Iowa 50011
       515-294-6033

10.   John Quigley (expert witness)
       Michael E. Moritz College of Law
       The Ohio State University
       55 West Twelfth Avenue
       Columbus, Ohio 43210
       614-292-1764

11.   David Miller, PhD. (expert witness)
       Professor of Sociology
       University of Bath
       Claverton Down
       Bath BA2 7AY
       United Kingdom
       +44-1225-38-5968

12.   Marilyn Minrath, Ph.D., M.S.N. (expert witness)
       Licensed Clinical Physchologist
       505 Faulconer Drive, Suite 2D
       Charlottesville, VA 22903

434-296-6462

13. James A. Thomson, Jr., M.D. (expert witness)
    Suite 100
    2 Boar's Head Place
    Charlottesville, VA 22903-4678
    434-296-2801

14. Eileen Ryan, D.O. (expert witness)
    Institute of Law, Psychiatry & Public Policy
    Box 800660
    University of Virginia Health System
    Charlottesville, VA 22908
    434-924-5435

15. James T. Goodrich, M.D. (expert witness)
    Director, Division of Pediatric Neurosurgery
    Children's Hospital at Montefiore
    Montefiore Medical Center/Albert Einstein College of Medicine
    111 East 210th Street
    Bronx, New York 10467
    718-920-4197

16. Faiz Y. Bhora, M.D. (expert witness)
    St. Luke's-Roosevelt Hospital Center
    Division of Thoracic Surgery
    1000 10th Avenue, 2B-07
    New York, NY 10019
    212-523-7475

17. Salam Fayyad (live or by deposition)
    Future for Palestine
    4th Floor
    Elite Building, Al-Masyoun
    Ramallah, Palestine
    +970-2-297-7712

18. Hussein al-Araj
    Office of the President of the State of Palestine
    Irsal Road
    Ramallah, Palestine
    +972-2-296-3171

19. General Khaled Abu Al-Yaman
    Headquarters of the General Intelligence Service
    Ministry of Public Works Street

       Umm al Sharayat
       Ramallah, Palestine
       +972-2-296-9915

20.     Mohammad Jibrini
       Ministry of Interior
       Strategic Planning Directorate
       Hatin Road
       Al Balou'
       Ramallah, Palestine
       +972-2-242-1331

21.     Suleiman al-Deek
       Institute for the Care of Martyrs' Families and the Injured
       Aweyda Business Center, 3rd Floor
       Behind al Qasabeh Theatre
       Ramallah, Palestine
       +972-2-295-8507

22.     Fatmah al Mashni
       Institute for the Care of Martyrs' Families and the Injured
       Jerusalem-Hebron Road
       Near Beit Jala Hospital
       Bethlehem
       +972-2-277-0945

23.     Amani Habibeh
       Institute for the Care of Martyrs' Families and the Injured
       Rafidia
       University Street
       Nablus, Palestine
       +972-9-238-5550

24.     Radwan El Hilo
       Military Finance Office
       El Bireh, Palestine
       +972-2-242-1568

25.     Jawad Amawi (live or by deposition)
       Ministry of Detainees' and Ex-Detainees' Affairs
       Lweez Building
       Sateh Marhaba
       Al Bireh, Palestine
       +972-2-242-8605

26.     Mohamed Edwan

      Office of the President of the State of Palestine
      Press Office
      Irsal Road
      Ramallah, Palestine
      +972-2-295-9928

27.    Mazen Jadallah (live or by deposition)
      Future for Palestine
      4th Floor
      Elite Building, Al-Masyoun
      Ramallah, Palestine
      +970-2-297-7712

28.    Majed Faraj (live or by deposition)
      Headquarters of the General Intelligence Service
      Ministry of Public Works Street
      Umm al Sharayat
      Ramallah, Palestine
      +972-2-296-9915

29.    Hasan Abu-Libdeh (live or by deposition)
      Birzeit Building
      Al Tireh, Palestine
      +972-599-215-705

30.    Afif Safieh (live or by deposition)
      3 Kinnaird Avenue
      Cheswick London
      England
      W4 3SH
      United Kingdom
      +44-20-8707-2957

31.    Brig. General Sabri Tmaize
      Preventive Security Services Headquarters
      Ishbiliya Street
      Beitunia, Palestine
      +972-2-290-4890

32.    Lieutenant Colonel Ghaleb Abdul Rahman al al-Nobani
      Preventive Security Services Headquarters
      Ishbiliya Street
      Beitunia, Palestine
      +972-2-290-4890

33.    Brig. General Maher Rashed Abdel Jalil Jaber Dweikat

Preventive Security Services Headquarters
Ishbiliya Street
Beitunia, Palestine
+972-2-290-4890

34. Mohammed Adel Ahmad Al Ghoul
    Preventive Security Services Headquarters
    Ishbiliya Street
    Beitunia, Palestine
    +972-2-290-4890

35. Jibreen Elias Abed Al-Bakri
    Mayor of the Nablus Governorate
    Al-Muqata'a
    Nablus
    +972-569-599-579

36. Amneh Mohammad Abdullah Reehan
    Preventive Security Services Headquarters
    Ishbiliya Street
    Beitunia, Palestine
    +972-2-290-4890

37. Hilal Hussein Khalaf Abdel-Haq
    Preventive Security Services Headquarters
    Ishbiliya Street
    Beitunia, Palestine
    +972-2-290-4890

Defendants reserve the right to call additional witnesses for purposes of rebuttal or impeachment.