UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

    vs.                                  No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

## NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## ON DEFENDANTS' FOURTH AFFIRMATIVE DEFENSE

PLEASE TAKE NOTICE that, upon the accompanying: (1) Declaration of Kent A. Yalowitz in Support of Plaintiffs' Motion for Summary Judgment On Defendants' Fourth Affirmative Defense; (2) Rule 56.1 Statement in Support of Plaintiffs' Motion for Summary Judgment On Defendants' Fourth Affirmative Defense; and (3) Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment On Defendants' Fourth Affirmative Defense, each dated May 2, 2014, the Plaintiffs, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of the Defendants, and an award of any other further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of March 6, 2014, any opposing affidavits and answering memorandum shall be served on or before June 6, 2014.

Dated: New York, New York
      May 2, 2014

**ARNOLD & PORTER LLP**

By:_____

    Kent A. Yalowitz
      *KENT.YALOWITZ@APORTER.COM*
    Philip W. Horton
      *PHILIP.HORTON@APORTER.COM*
    Lucy S. McMillan
      *LUCY.MCMILLAN@APORTER.COM*
    Ken L. Hashimoto
      *KEN.HASHIMOTO@APORTER.COM*
    Carmela T. Romeo
      *CARMELA.ROMEO@APORTER.COM*
    Tal R. Machnes
      *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York  10022
(212) 715-1000

*Attorneys for Plaintiffs*

TO:    Mark J. Rochon
      Laura G. Ferguson
      Brian A. Hill
      Miller & Chevalier Chartered
      655 Fifteenth Street, N.W.
      Suite 900
      Washington, DC 20005-5701

      *Attorneys for Defendants*