IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FOURTH AFFIRMATIVE DEFENSE

KENT A. YALOWITZ hereby declares:

1. I am a member of the bar of this Court and of the law firm of Arnold & Porter LLP, counsel for the plaintiffs in the above-captioned action.

2. Attached to this declaration as Exhibit A are true and correct copies of the following Plaintiffs' Trial Exhibits:

| **EXHIBIT A** <br> (tabs below correspond to trial exhibit numbers) | **Plaintiffs' Designated Trial Exhibit** |
|---|---|
| A.532 | Israeli-Palestinian Interim Agreement on the West Bank and the Gaza Strip (September 28, 1995). |
| A.1076 | PLO Constitution (amended 1968). |

3. Attached to this declaration as Exhibit B is a true and correct excerpted copy of Defendants' Objections and Responses to the [Fifth] Set of Interrogatories From All Plaintiffs (To The Goldberg Plaintiffs), dated December 21, 2012.

4. Attached to this declaration as Exhibit C is a true and correct excerpted copy of the Defendants' Objections and Responses to Plaintiffs' First Request for Admissions to Defendants (To The Sokolow Plaintiffs), dated December 21, 2012.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 2, 2014

_____
Kent A. Yalowitz