# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

May 6, 2014

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      On April 23, 2014, plaintiffs sought Magistrate Judge Ellis' approval to file a memorandum in support of their pending request for discovery sanctions. On April 29, Judge Ellis memo-endorsed the letter denying this application.

      Judge Ellis has not yet acted on the underlying request for discovery sanctions. Thus, his order forbidding plaintiffs to file a brief may become moot—or it may become important—depending on how the pending request for sanctions is resolved.

      In light of these circumstances, plaintiffs respectfully request that the Court enlarge plaintiffs' time to object to the April 29 order until two weeks after Judge Ellis enters an order resolving the underlying request for sanctions.

                                         Respectfully,

                                         Kent A. Yalowitz

cc:     All ECF Counsel