UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>THE PALESTINE LIBERATION ORGANIZATION,  )<br>  *et al.*,  )<br>  )<br>  Defendants.  )<br>  )<br>  ) | Docket No.<br>04-cv-397 (GBD) (RLE) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Material Facts as to Which There Is No Genuine Issue, the Declaration of Laura G. Ferguson, and exhibits thereto, Defendants will move this Court before the Honorable George B. Daniels on June 26, 2014 at 10:30 am (*see* Pre-Trial Scheduling Order, DE 435 at 2) for an order granting Defendants Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Pre-Trial Scheduling Order of March 6, 2014, Plaintiffs' opposition must be submitted on or before June 6, 2014, and Defendants' reply must be submitted on or before June 23, 2014.  DE 435 at 1-2.

Dated: May 2, 2014

1

1425458.1

MILLER & CHEVALIER CHARTERED

By:    /s/ Laura G. Ferguson
      Laura G. Ferguson
       lferguson@milchev.com
      Brian A. Hill
       bhill@milchev.com
      Mark J. Rochon
       mrochon@milchev.com

655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 (tel)
(202) 626-5801(fax)

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

TO:   Kent A. Yalowitz
       Philip W. Horton
       Lucy S. McMillan
       Sara K. Pildis
       Carmela T. Romeo
       Tal R Machnes
       Arnold & Porter LLP
       399 Park Avenue
       New York, NY 10022

       Robert J. Tolchin, Esq.,
       225 Broadway, 24th Floor
       New York, NY 10007
       (212)227-2181

       Aaron Nathaniel Solomon
       The Berkman Law Office, LLC
       111 Livingston Street
       Brooklyn, NY 11201
       (718)-855-3627

1425458.1