# EXHIBIT 1

```
 1                THE UNITED STATES DISTRICT COURT

 2                     THE DISTRICT OF COLUMBIA

 3

 4

 5   THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                          )
 6                            Plaintiff,  )
                                          )
 7        vs.                             )    Case No.
                                          )04-1173(PLF)(JMF)
 8                                        )
     THE PALESTINIAN AUTHORITY, et al.,   )
 9                                        )
                              Defendants.)
10   _____)

11

12

13

14                         DEPOSITION OF

15                       HASAN ABU-LIBDEH

16                     East Jerusalem, Israel

17                        June 16, 2010

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR
```

Page 22

1  Tell the court, please, as a member of the
2  negotiating team, which entities, both governments but
3  also organizations, were involved in those
4  negotiations, as best you recall?
5      A.  On the Palestinian side?
6      Q.  Yes, plus others.
7      A.  On the Palestinian side it was the
8  negotiators negotiating on behalf of the PLO. On the
9  other side it was the negotiating team on behalf of the
10 government of Israel. That's for the bilateral
11 negotiations.
12     And for the multilaterals, that was scores
13 of countries deliberating about the multilateral
14 arrangements and several topics. There were scores of
15 countries, around 40 countries negotiating -- not
16 negotiating, discussing the multilateral arrangements,
17 the regional arrangements for the success of the peace
18 process, which included Israel, the Palestine
19 Liberation Organization, and many countries of the
20 world.
21     Q.  Thank you.
22     Did you, Dr. Abu-Libdeh, actually represent
23 then the Palestine Liberation Organization in those
24 negotiations as one of the people on the negotiating
25 team?

Page 23

1      A.  I was one of the people chosen to be part of
2  the delegation to the negotiations, and that delegation
3  was chosen by the PLO.
4      Q.  Who headed that delegation?
5      A.  The bilaterals, the late Dr. Haidar
6  Abdel-Shafi. The multilaterals, there was no
7  Palestinian chair. It was chaired by several donor
8  countries.
9      MR. HEIDEMAN:  Madam Court Reporter, did you
10 need him to repeat the name of the deceased person who
11 headed negotiating team?
12     THE REPORTER:  No, thank you, I don't.
13     MR. HEIDEMAN:  For the information of the
14 translator, during the recess, just before we came back
15 into the room, counsel for the defendant indicated that
16 Dr. Abu-Libdeh was agreeable, in order not to lose the
17 important time we have today, to testifying in English,
18 with the understanding that anything that needs Arabic
19 translation will be translated.
20     So we're proceeding accordingly, which
21 means, Mr. Translator, Daniel, please listen carefully
22 and be prepared to assist Dr. Abu-Libdeh in any manner
23 in which he, as the witness, desires. Do you
24 understand?
25     INTERPRETER MEISER:  Yes.

Page 24

1      MR. HEIDEMAN:  Thank you very much.
2  BY MR. HEIDEMAN:
3      Q.  Dr. Abu-Libdeh, in relation to the
4  negotiations on behalf of the Palestinian side, you
5  just testified that the Palestinian organization which
6  was the negotiator, if I understand you correctly, and
7  which history, of course, is something we all know, was
8  the Palestine Liberation Organization; is that correct?
9      A.  Correct.
10     Q.  I understand you have not been designated to
11 testify here today on behalf of the Palestine
12 Liberation Organization, but rather on behalf of the
13 Palestinian National Authority, and accordingly, I
14 don't want to, shall we say, violate the rules. So if
15 I ask too many questions about the Palestine Liberation
16 Organization's role in building up to the establishment
17 of the Palestinian National Authority, please
18 understand, my purpose is so that the record is
19 accurate and history is recited correctly into this
20 record. Do you understand, sir?
21     A.  I do.
22     Q.  Thank you.
23     In that context and without belaboring the
24 point, tell the court, please, generally, the history
25 as you understand it of the establishment of the

Page 25

1  Palestine Liberation Organization, and how it, as you
2  observed it, came to be the negotiator in the
3  establishment of the Palestinian National Authority.
4  Do you understand my question?
5      A.  The Palestine Liberation --
6      MR. O'TOOLE:  Just to put it on the record
7  to be clear, as counsel indicated, that Dr. Abu-Libdeh
8  is speaking on behalf of the Palestinian Authority in
9  this question, and not on behalf of the PLO.
10     MR. HEIDEMAN:  Yes, and the context of my
11 question is in building up to the establishment and
12 creation of the Palestinian National Authority.
13     MR. O'TOOLE:  Understood.
14     MR. HEIDEMAN:  Thank you.
15 BY MR. HEIDEMAN:
16     Q.  Do you need me to repeat the question,
17 Dr. Abu-Libdeh?
18     A.  No.
19     Q.  Thank you, sir.
20     A.  The Palestinian Liberation Organization was
21 created by the Arab League in 1964 to represent the
22 Palestinian people, and the Arab League, in 1974, voted
23 unanimously that the PLO is the sole legitimate
24 representative of the Palestinian people.
25     In view of this voting, the Palestine

Page 30

1  When you served in the 1991 to 1993
2  negotiations as part of the first team, did you do so
3  as an employee of the technical and advisory
4  committees, or did you do so in the name of the
5  Palestine Liberation Organization?
6    A.  I was running the technical and advisory
7  committees, and during that time I was chosen by the
8  PLO to be a member of the negotiating team.
9    Q.  And were you compensated by the Palestine
10 Liberation Organization or by the technical and
11 advisory committees for your work during that time?
12   A.  I was compensated by neither. I was
13 seconded by Bir Zeit University, and Bir Zeit
14 University continued to pay my salary.
15   Q.  Now, after the September 13, 1993, signing,
16 you indicated that you became employed by the
17 Palestinian National Authority; is that correct?
18   A.  Yes. As a founder.
19   Q.  As a founder of what, sir?
20   A.  Of the institutional infrastructure of the
21 Palestinian National Authority.
22   Q.  Please tell the court whether or not, prior
23 to September 13, 1993, the Palestinian National
24 Authority existed as an entity or an organization?
25   A.  It did not exist.

Page 31

1    Q.  And what is it that occurred, sir, to cause
2  and permit the creation of the entity known as the
3  Palestinian National Authority?
4    A.  The successful negotiations between the
5  Palestine Liberation Organization and Israel led to the
6  signing of the Declaration of Principles, and then
7  later on to the signing of the Oslo Agreements, and
8  this is the basic regulatory foundation for the
9  Palestinian National Authority.
10   Q.  Was the Palestinian National Authority ever
11 incorporated as a legal entity, to the best of your
12 knowledge?
13   A.  It is a legal entity, and the source of the
14 legality is the agreement with Israel, Oslo-1, Oslo-2,
15 the Declaration of Principles, and all other
16 agreements. This is an entity which was established in
17 accordance with these agreements, and which is today
18 functioning in accordance with these agreements.
19   Q.  Thank you.
20       Would you describe the legal entity of the
21 Palestinian National Authority as being an
22 organization, a nongovernmental organization, a
23 corporation, or what, if you know? And I understand
24 your expertise is not in legal matters, but I would
25 like to know what is your view, since you're here as

Page 32

1  the designated representative of the Palestinian
2  National Authority.
3    A.  The --
4       MR. O'TOOLE: Objection as to the scope and
5  as to his competency. That's it.
6       MR. HEIDEMAN: Thank you.
7    Q.  Yes, sir?
8    A.  The PNA is a legal structure which was born
9  as a result of the successful negotiating --
10 negotiations between the PLO and Israel, and it is
11 governed by its Basic Law and the various subsidiary
12 sectoral laws and the binding principles of the
13 negotiated agreements. The reference for its work, its
14 functions, is the Oslo agreements and the various laws
15 that have been put together and approved by the
16 Palestine Legislative Council, which is how this --
17 this entity works.
18   Q.  Thank you for that explanation. I'll ask
19 you more questions about this in a moment.
20      To the extent that you know, can you please
21 tell the court whether or not the Palestine Liberation
22 Organization, which you already have testified is
23 recognized as the sole legitimate representative of the
24 Palestinian people, please tell the court if the PLO,
25 to the extent of your knowledge, is an organization, an

Page 33

1  association, or a corporation, or some other legal
2  structure, to the extent you have knowledge?
3       MR. O'TOOLE: Again, objection as to his
4  ability to talk about legal concepts, but he may answer
5  the question.
6    A.  As I said, I don't really know if an
7  organization fits -- yes, it's an organization. But
8  I'm not an expert in legal matters.
9    Q.  Thank you.
10      Tell the court, if you would, in relation
11 to the interrelationship, in 1993 and subsequently,
12 between the PLO and the Palestinian National Authority,
13 and with that background, I will now ask a question:
14 Please, Dr. Abu-Libdeh, explain to the court the role
15 of the Palestine Liberation Organization in the
16 Palestinian National Authority, after the establishment
17 of the Palestinian National Authority on September 13,
18 1993?
19   A.  There is no direct role the PLO plays in the
20 functions of the PNA. The PNA is an organ created as a
21 result of the negotiations, bound by the agreements
22 with Israel, and the laws that have been established
23 since then, and is bound also by the political program
24 of the PLO, being the sole legitimate representative of
25 the Palestinian people entering into agreements with

Page 102

1  A. Yes, for the Central Committee.
2  Q. And at the offices of the Central Committee
3  of Fatah at its headquarters in Ramallah, did it have
4  an office for Yasser Arafat as its chairman?
5  A. In our system, in any headquarters, no rooms
6  are locked for a specific person.
7  Q. Even for the chairman?
8  A. Even for the chairman.
9  Q. Is that because of lack of space, or is that
10 because of lack of budget, or is that because of, shall
11 we say, custom?
12 A. It is rather because of the Palestinian
13 traditions.
14 Q. Thank you.
15 A. Can I give an example?
16 Q. Yes, of course.
17 A. For example, suppose today the Central
18 Committee meets. If Abu Amar happens to be in Hebron,
19 they meet in Hebron. If he happens to be in Nablus,
20 they meet in Nablus. So it is not really a specific
21 place where by law or obligation in that place and only
22 that place they meet.
23 Q. Thank you.
24    So I understand from your testimony, and I
25 wrote down the words that you used, please correct me

Page 103

1  if I'm wrong, when you have a strong guy, the
2  headquarters are where the strong guy is; is that
3  correct?
4  A. Virtually, yes.
5  Q. Thank you.
6     And during the tenure of Yasser Arafat as
7  the president of the Palestinian Authority, as the
8  chairman of the Palestine Liberation Organization, and
9  as the chairman of Fatah, would it be accurate to say
10 that for the time period through 2004, when he passed,
11 that the person who occupied each of those positions
12 simultaneously was Yasser Arafat, and he was a strong
13 guy?
14 A. He was Yasser Arafat.
15 Q. What do you mean by that answer?
16 A. There was -- there was and there isn't a
17 major -- where you can say today that he was a strong
18 man. What do you mean by "strong man"?
19 Q. I didn't use the word "strong man."
20 A. Okay.
21 Q. I used your words, "strong guy."
22    So let me answer in typical, traditional way
23 your question with a question: When you used the word
24 "strong guy," what did you mean?
25 A. I mean that there was no specific place that

Page 104

1  you could call the headquarters of the Fatah, aside
2  from the headquarters of Fatah which houses the Central
3  Committee, because Fatah was governed by a Central
4  Committee, that Central Committee was headed by Yasser
5  Arafat, so therefore the headquarters of Fatah was
6  where the Central Committee was.
7     Still, since we are under oath, there did,
8  it's true, that many of the meetings chaired by Yasser
9  Arafat were taking place in the muqata'a.
10 Q. Did Chairman Arafat, for the time period
11 2000 through his death in 2004, did he have meetings in
12 the muqata'a of Fatah?
13 A. In the headquarters of Fatah, yes.
14 Q. In the muqata'a, Fatah, they had meetings of
15 Fatah in the muqata'a?
16 A. Yes.
17 Q. During that same time period of 2000 through
18 2004 -- and when I say in this deposition 2000, I'm
19 talking about from January 1, 2000, okay?
20    So from 2000 through 2004, did Yasser Arafat
21 have meetings of the Palestine Liberation Organization
22 in the muqata'a?
23 A. Yes.
24 Q. And did, from 2000 through 2004, Yasser
25 Arafat have meetings in the muqata'a of the Palestinian

Page 105

1  National Authority?
2  A. Meetings, yes. The meetings, no. Meaning,
3  yes, he did have meetings in the muqata'a, and yes, he
4  did have meetings outside the muqata'a.
5  Q. Thank you.
6     I've asked you about offices for the
7  Palestinian National Authority. I've asked you about
8  offices of Fatah.
9     For the same time period, from 2000 through
10 2004, please tell the court whether or not any separate
11 offices were maintained -- and by "offices" I'm
12 referring to physical headquarters -- for the Palestine
13 Liberation Organization?
14 A. Yes.
15 Q. Did they have a separate office in Ramallah?
16 A. They had two offices, one in Gaza and one in
17 Ramallah.
18 Q. And were they in separate buildings from the
19 offices of Fatah?
20 A. Yes.
21 Q. Were they in separate buildings from the
22 offices of the Palestinian National Authority?
23 A. Yes.
24 Q. Did Yasser Arafat, as the president of the
25 PLO -- and by the way, was that his proper title for

Page 118

1  Q. Yes.
2  A. The PLO Executive Committee, being the sole
3  -- or the Executive Committee of the PLO, the sole
4  legitimate representative of the Palestinian people,
5  who entered into interim contractual arrangements with
6  Israel, has founded the PA in accordance with the
7  agreements. And in this regard, the PLO has the full
8  authority to dismantle the PNA or to instruct the PNA
9  in terms of alignment with the political program,
10 objectives, and policies of the PLO, but no executive
11 authority of the PLO over the PNA.
12 Q. Thank you.
13    As the designated representative of the
14 Palestinian National Authority, please advise whether
15 or not the negotiations with the State of Israel are
16 handled by the Palestinian National Authority or the
17 Palestine Liberation Organization?
18 A. Negotiations --
19    MR. O'TOOLE: Objection as to the time
20 frame. I didn't hear a time frame on the question.
21 A. Never mind. Negotiations --
22    MR. HEIDEMAN: No, no, if there is an
23 objection -- thank you, if there is an objection and
24 the judge were to sustain the objection, your answer
25 would be stricken. So that's why I'm trying to both

Page 119

1  respectfully but carefully listen to the objection, and
2  that's why I often rephrase to avoid it.
3  A. Thank you.
4  Q. Thank you.
5     So can you please explain, for the time
6  period of 1999 through 2005, whether the Palestinian
7  National Authority was responsible for the negotiations
8  with the State of Israel, or whether those
9  responsibilities were in the authority of the Palestine
10 Liberation Organization?
11 A. Please define the word "negotiations."
12 Q. Communications and discussions about issues
13 relating to governance and other functions within the
14 area of the West Bank and Gaza.
15 A. On issues relating to the exercise of the
16 functions and responsibilities of the PNA in accordance
17 with the Oslo Agreements, all communication with the
18 Israeli side is done by the PA. Other communications
19 relating to the final status and the fate of the
20 Palestinian Territory and the fate of the future
21 relations with Israel, that is the function of the PLO.
22 Q. Thank you very much.
23    Was the Palestinian National Authority ever
24 made accountable to the PLO Executive Committee?
25 A. The PNA being made accountable to the

Page 120

1  Executive Committee of the PLO?
2  Q. Yes.
3  A. The PNA is accountable in the sense of being
4  committed and obliged to function in harmony and
5  agreement with the political framework or the political
6  platform of the PLO, and the strategic policies
7  viz-a-viz the Palestinian people at large.
8  Q. Thank you.
9     What was the function of the Palestinian
10 Authority at the time of its creation in 1993?
11 A. The Palestinian Authority assumed the
12 responsibility and accepted responsibility in the
13 various spheres of life of the Palestinian people for
14 the interim period, which covered the social, cultural,
15 sports, economics, and other attributes of the
16 Palestinian society.
17 Q. Did the function of the Palestinian
18 National Authority, as you just described it, change at
19 any time prior to March 24, 2002?
20 A. The functions, again, are -- are explicitly
21 stated and listed in the Oslo Agreements, and in
22 accordance with the Basic Law, that is consistent also
23 with the Oslo Agreements.
24 Q. You have referred in one of your recent
25 answers to the PNC, if I heard you right.

Page 121

1  A. No.
2  Q. Can you please explain what that is?
3  A. I have not said the word "PNC" at all.
4  Q. Okay, thank you.
5  A. I said "PLC," maybe.
6  Q. PLC?
7  A. Probably, if I did say that, but PNC? Never
8  said it.
9  Q. Are you familiar with an entity known as the
10 Palestine Media Center?
11 A. Media center? Palestine Media Center?
12 Could you tell it to me in Arabic?
13    Can I see the document?
14 Q. Yes, of course.
15 A. Because there are so many centers with this
16 name.
17    MR. HEIDEMAN: Let me hand the witness what
18 I think we'll use as Exhibit 19, in order to continue
19 from day to day, if that's agreeable to counsel,
20 instead of starting over.
21    MR. O'TOOLE: That's agreeable, if that's
22 how counsel wants to proceed.
23    MR. HEIDEMAN: All right. Thank you.
24    Let me hand the witness what will be marked
25 as Exhibit 19.

Page 198

1  A. This is not a properly phrased question,
2  sir.
3  Q. Please correct me. Thank you, sir.
4  A. When you say that the PLO has seats
5  designated in the government, you seem to indicate that
6  the government is composed of seats, some of which are
7  PLO and some of which are not. And this is not the
8  case.
9      The PLO, being the sole legitimate
10 representative of the Palestinian people, who is the
11 official counterpart to the Israeli side viz-a-viz all
12 the agreements, provides political support for the
13 entity, the interim entity called the Palestinian
14 National Authority. Those assuming the seats in the
15 cabinet, all were designated as a result of coalition
16 discussions among the PLO, but the PLO does not have
17 seats explicitly designated as seats of the PLO.
18 Q. Thank you.
19     In the time period 2000 through 2005, was
20 the PLO a coalition member of the government of the
21 Palestinian National Authority?
22 A. No.
23 Q. But was it pursuant to coalition agreements
24 that representatives from the PLO became members of the
25 government of the Palestinian National Authority?

Page 199

1  A. Again, the PLO provides the political
2  coverage and the legal foundation for the existence of
3  the PA, being the party to the agreements with Israel.
4  Having entered into agreements with Israel, the
5  government of the Palestinian National Authority is
6  elected by the Legislative Council. Those nominated to
7  this government, many of them are nominated by their
8  political parties, who accept the proposed program of
9  this government.
10 Q. Thank you.
11     For the time period of 2000 to 2005, other
12 than the members of the Palestinian Legislative Council
13 being members of the Palestinian National Council, did
14 the Palestinian Authority have representational seats
15 within the activities or governing bodies of the
16 Palestine Liberation Organization?
17 A. No.
18 Q. Thank you.
19     Would it be accurate to say, however, that
20 in 2002, as well as today, the Palestinian Authority
21 has 20 permanent seats out of 124 total seats within
22 the central council of the PLO?
23 A. The PNA is not represented in the central
24 council of the PLO.
25 Q. Thank you.

Page 200

1      For the time period 2000 through 2005, to
2  what extent did the Palestinian National Authority
3  coordinate its activities with the PLO in relation to
4  issues of civil administration, finance, foreign
5  affairs, and to the extent you can answer it, security?
6      MR. O'TOOLE: Again, objection to the scope.
7  Q. You may answer.
8  A. The PLO has no business in dealing with the
9  day-to-day affairs of the Palestinian population of
10 West Bank and Gaza. The PLO represents the whole of
11 the Palestinian people everywhere.
12     The civil affairs of the population of the
13 West Bank and Gaza is managed by the PA, on the basis
14 of the mandate given by the Oslo Agreements and the
15 program that the cabinet and the vote of confidence on
16 that basis. And this is also true for finance, with
17 one exception. In the finance matters, and in the
18 context of the reforms that were approved by the
19 Legislative Council in 2002, it was internationally
20 agreed that the single treasury account is established
21 and that the direct authority of the finance ministry,
22 where the budget is executed out of that ministry.
23     The foreign affairs is not a portfolio which
24 is part of the mandate of the PA. The foreign affairs
25 is a function of the PLO. And the security, the

Page 201

1  internal security is the under the direct mandate of
2  the PA.
3  Q. Thank you.
4      You referred to reforms in 2002. Was that
5  referred to as the "100-day plan for reforms"?
6  A. I'm referring to a whole process of reforms,
7  including the 100-day plan.
8      (Exhibit 27 marked.)
9      MR. HEIDEMAN: Yes. Let me hand you what's
10 been marked as Exhibit 27, which bears Klieman 01246,
11 and while you're looking at that document, counsel has
12 a comment.
13     MR. O'TOOLE: Can we take a short break?
14 Mr. Eustice needs to go to another appointment.
15     We're working six and-a-half hours at this
16 point.
17     (Mr. Eustice exited the proceedings.)
18     (Recess taken from 5:06 to 5:16 p.m.)
19 BY MR. HEIDEMAN:
20 Q. I believe when we broke I was asking about
21 the 100-day plan for reforms.
22     Can you tell the court, please, as to those
23 reforms adopted in 2002, did any of those reforms
24 relate to issues involving or arising out of the Second
25 Intifada?