# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ESTHER KLIEMAN, et al.,)
)
Plaintiffs, )
)
vs. ) Civil Action
) No. 04-1173 (PLF/JMF)
THE PALESTINIAN AUTHORITY; )
et al., )
)
Defendants. )
___________________________________)

30(b)(6) DEPOSITION OF AFIF SAFIEH
JERUSALEM, ISRAEL
FEBRUARY 10, 2011

REPORTED BY: BRENDA MATZOV, CA CSR NO. 9243

Page 18

involved in the Palestinian National --
A. Council.
Q. -- Council, there was a relationship between the PLO and its PNC and the general union of Palestinian students, because delegate seats were made available to the student leaders of the general union of Palestinian students in order to sit on the PNC and one of its groups.
Is that an accurate statement, sir?
A. As I mentioned earlier, so the student movement was represented by a certain number of seats in the Palestinian parliament in exile. Those delegates were, one, supposed to convey some of the resolutions taken in the conferences of the student movement as such. And on other matters, it will be their individual responsibility on what would be their personal input or their personal inclinations.
So they would have, those delegates, a certain number of issues that they would have to raise in the parliament in session as a result of the conferences of the student movement. But on other issues, each delegate was entitled to express his or her personal opinion in those deliberations.
I was never one of the student delegates in any of those conferences. I was on the periphery in

Page 19

Belgium first and then in France.
Q. Thank you very much.
A. But you have to see the PNC as a parliament and not a party. It's a parliament and not a party.
And I am proud to say that the way we have lived, the way I have lived, the Palestinian national movement, I always considered it as a -- I considered it to be the exercise of constitutional pluralism. It was pluralistic in nature. It was a multi-party system with a number of people who were independents.
And I believe personally -- that's my personal reading of the Palestinian itinerary -- that those who carried the burden of the Palestinian national movement was an unwritten alliance between the Fatah movement and the independents. And I for one always cultivated the importance of the role of the independents our -- of the independents in our national movement.
Q. When you say "independents," how --
A. People with no party affiliation.
And I have, sir -- you didn't ask me that question, but I'm volunteering --
Q. Okay.
A. -- my personal opinion. I always used to say, sir, that the PLO is, at the same time, an idea and an institution. And if a certain number of people worked

Page 20

in the institution, I have always believed that the Palestinian people, as a whole, were the vehicles of the idea. And I always believe -- and you might share that opinion -- that ideas are stronger than institutions, can be more appealing and more appetizing. And this is why I believe that it was an institution and an idea.
And I was always interested in that category of people who were independents but belong to the Palestinian society. And I believe they had a role and their say in the shaping of opinions and policies.
Q. Thank you.
On what date was the Palestine Liberation Organization officially established?
A. I believe, sir, you can consider the meeting on the Mount of Olives in 1964, I think May, as the moment -- as moment "M," as the moment when the PLO was founded as a result of a decision by the Arab League and as a result of consultations conducted with Palestinian society, dispersed geographically all across the region. And that first session of the PNC was, in my opinion, the founding moment of the PLO.
Q. Thank you.
At any time, to the best of your knowledge, Mr. Ambassador, did the PLO file any incorporation or organizational legal papers anywhere in the world to

Page 21

the best of your knowledge?
A. No, I wouldn't know with precision an answer to that. But I would expect, sir, that the minutes of those sessions, for example, would have been deposited at the Arab League headquarters. But to -- that's it.
Q. Are you aware, Mr. Ambassador, of the Palestine Liberation Organization becoming an incorporated entity in any country in the world at any time since its founding in May 1964?
A. I'm not familiar with the concept, "incorporated entity."
So I'm not -- but let me tell you, sir, that once it started its activity, certain countries started dealing with the PLO and allowing it to open political or diplomatic offices.
But with time, we became full members of the Arab League. We became the vice presidents of the Organization of Islamic Countries that were born in 1968, '69 in Morocco. We were the vice presidents of the non-aligned movement which, as you might remember, sir, was an important player in the international system having over 70, 80 then -- I think now more than 100 countries. We were the vice presidents.
Yasser Arafat, because of his multiple

relations on the African continent, became -- made that the PLO is always invited at the summit meeting of the African continent, Sub-Saharan Africa. Now the African Union, we are always invited to that.

So we were full members of the Arab League, vice presidents of the Organization of Islamic Countries, vice president of the non-aligned movement, a constant observer, guest to the African summits. That's it.

But as I told you, I'm not familiar with your concept of "incorporated entity."

Q. Thank you.

What are the founding charter papers of the Palestine Liberation Organization as you would describe those, sir?

A. I'm sure you're aware that we adopted a charter in 1964. It was, I think, once amended in 1968. And you might remember still the brouhaha in the '90s about the need to revise, amend, and to sentences used by Arafat in Paris Caduc concerning certain passages that would be contradictory with the pledges that we took in the mutual recognition resulting from the Oslo-backed channel.

So a charter was adopted in '64, once amended in '68. And then, in the '90s, we re-amended twice,



once in the session -- PNC session of '96 and again in the session of '98 in the presence of President Clinton.

The second time, in my opinion, was totally unnecessary. It was to respond to a caprice of Netanyahu who said: I was unconvinced of the first amendment. Even though Peres, who had been prime minister during the previous year, said: I was fully convinced.

So we re-made the same re-amendments in '96 and '98, the second time with the world as our witness and in the presence of President Clinton. And in those two amendments or those two last sessions -- and the '98 session, by the way, I think was the last session ever of convening the PNC as a whole -- the wording was that the PNC endorsed our proclamation of independence announced in 1988 in the PNC held in Algiers, our acceptance of 242 as a basis for the conflicts resolution, our acceptance of the principle of the two-state solution, our endorsement of the exchange of letters between Yasser Arafat and Yitzhak Rabin in '93. And it said any item in the charter which is contradictory with all those stipulations would be -- is deleted and considered obsolete and annulled.

Q. Thank you.

Other than the documents to which you just



referred, being the charter and the amendments, and I won't cite all the things you just said --

A. Uh-huh.

Q. -- are you aware, Mr. Ambassador, of any other documents that constitute the organizational papers of the Palestine Liberation Organization?

A. No, each PNC --

Q. Was that a "no"? I didn't hear. I'm sorry.

A. Don't consider it as part of the answer. I was just -- so the answer is: No, I'm not aware of any -- I don't think there is any other document.

But each meeting of the parliament in exile, each meeting of the PNC will result in resolutions being adopted, sometimes by a majority, sometimes by a vote, sometimes by consensus and sometimes by a vote and supported by a majority.

For example, a PNC session that was of a historical nature was the one that took place in 1974, I think April. After the October War of '73, that war having been called the Kippur War, the Ramadan War -- I would use the October War as an appellation of a neutral nature. I personally believe the October War was a line of demarcation in strategic thinking in the region as a whole and within the Palestinian movement.

It's then that we moved beyond double negation



towards the acceptance of the principle of reciprocal, mutual recognition. And in the '74 session of the PNC, for the first time, we adopted the idea of a two-state solution or of a Palestinian state on parts of Palestine. And all the future PNC sessions in '77, '79, '81, et cetera, would make further clarity in our vision of the two-state solution.

In '77, we spoke of the acceptance of international legality being implemented on the --

Q. International?

A. -- legality --

Q. Yes.

A. -- meaning the totality of relevant U.N. resolutions. And, you know, when you speak of the U.N. resolutions, you immediately imply 181, the partition, 194, the right of return, the 242 based on the '67 boundaries.

So in '74 -- as I told you, the October War, I believe, was a demarcation line in strategic thinking. We spoke of a state on parts of Palestine. '77, we spoke of the acceptance of international legality being implemented in conflict resolution. In '79, there was a resolution adopted to engage in dialogue with Israeli circles and Jewish communities in the diaspora. So increasing clarity.

I would invite you to have a look at a book that I just published a few months ago titled "The Peace Process from Breakthrough to Breakdown." It has -- it's a collection of lectures I gave from '81 until 2005. And in a debate that I had in Harvard with Chaim Shur -- who was then the editor in chief of an Israeli magazine, New Outlook, if you remember -- my intervention, unwritten, but it was titled "Palestinian Peace Diplomacy," where I recapitulate all those resolutions, putting them in historical context.

Q. Thank you very much.

Who has published that book?

A. It's a London publishing house called Al-Saqi. And, by the way, you can find it in the American Colony bookshop just right across the street.

Q. Thank you.

A. I'm answering as extensively as I can.

Q. Yes. Thank you very much.

Is that the Barakat shop or a different shop?

A. The owner is called Munir. I think the Barakat shop is the jewelry and art, whatever.

Q. Next to it or across from it?

A. Across.

Q. Thank you.

So are you aware of any other organizational



papers of the Palestine Liberation Organization other than those to which you have referred thus far in your deposition here today?

A. No. No.

Q. And where are all the organizational papers of the Palestine Liberation Organization currently housed?

A. That's a tragic and dramatic situation. Because, as you know, we are a movement that has been a migrant movement. For a period, Amman was the center of gravity of Palestinian political life. It was terminated in 1970. The center of gravity moved to Beirut.

Q. And the center of --

A. The center of gravity of the Palestinian political life --

Q. Yes.

A. -- moved to Beirut.

Q. Yes.

A. And as you remember -- you might remember that we had dramatic events in '82 which resulted in the move of the Palestinian leadership from Beirut to Tunis. But the Palestine Research Center of the PLO was plundered by the Israeli Army. And trucks came to load and unload all the documents and books and whatever. Many of the offices were bombarded. And yes, they could take part



of the archive. But I insist on the words "part of the archive."

Since the move from Tunis back to the homeland in the West Bank and Gaza, some of the documents were left in Tunisia and some were brought in. Much of that was stored in Gaza. And, unfortunately, after the Hamas military takeover in 2007, much of that is no more available, accessible, was dilapidated. I don't know if it was preserved or some of it was plundered.

Then there was the war or the belligerency that took place at the end of 2008, 2009, where several governmental offices, not under our control, but governmental offices were bombarded with much of the archives.

And so I said dramatic story about documents and archives because, one, the migrant nature of the Palestinian national movement and the multiple belligerencies which have occurred has resulted that much of the documentation would have been dispersed or unavailable, inaccessible.

Q. Thank you.

A. And I for one very much regret that because I believe that the history of the Palestinian national movement has to be written. And for the West, I think many segments of that history have to be rewritten and



explained. And with the absence of the comprehensive nature of those archives, it will be problematic. And it's a painful subject.

Q. Thank you.

You referred to the Palestine Research Center?

A. Yes, sir.

Q. Is that an official entity of the Palestine Liberation Organization?

A. Again, I'm not familiar with what you imply by the words "official entity."

It was a research center that was created by a PLO decision given to be managed by one of the prominent Palestinian intellectuals, Dr. Anis Sayegh.

Q. Can you spell that?

A. Anis would be A-n-i-s. Sayegh is S-a-y-e-g-h. Then at the moment by a Palestinian-Israeli intellectual called Sabri Jeries. And Sabri would be S-a-b-r-i. Jeries would be J-e-r-i-e-s.

It was created by a PLO decision. But once it was created as a research center, it became autonomous, independent. And it's archives, et cetera, but it became also a library. It became a research center. It became a reference.

And Beirut then -- put yourself in the atmospherics of Beirut. Beirut was a vibrant center

of Arab intelligentsia and Arab academia with several universities from the AUB to the Jesuit to the Lebanese University. So it was a library, a research center, but at the same time, an archival system for the history of the Palestinian movement.

But as I told you, it was created by a decision of the PLO. It became an independent center and had two successive prestigious directors. They were subjected at one moment to a bomb and an attempted assassination of its director, Dr. Anis Sayegh. And I think she was slightly mutilated as a result. And in the invasion of Beirut in '82, as I told you, the Israeli Army just sent trucks and loaded everything.

Q. Does the Palestine Research Center still exist today as an entity?

A. To tell you frankly, no. There is the Institute of Palestine, which was always an independent initiative, very prestigious, led by Professor Walid Khalidi, K-h-a-l-i-d-i. But that was an independent institution. Its board of trustees is Palestinian Arab, prestigious, wonderful work.

No. Unfortunately, that other center had no institutional -- there was a small office opened in Cyprus after our move out of Beirut. But it was never what it used to be during the Beirut days.



Q. At any time, did the Palestine Liberation Organization establish any other archival center, gathering and maintaining records regarding the Palestinian movement?

A. To my knowledge, I wouldn't say there was any central archival system. Different departments, offices would have their own archival system.

For example, as the Palestinian ambassador, I belonged to the PLO political department, which was our foreign ministry in a way, which was located in Beirut until '82 and then in Tunisia from '82 onwards. They would have the archives of the political department of the PLO.

Then there is -- the Arafat office would have its own. And then there is the refugee department, the education department. So there was no central archival department. But each institution would have its own individual archival system.

Q. Thank you.

A. But as I told you, all of them have suffered from those disruptions, migrations, bombardments, invasion of the occupation, et cetera.

Q. Thank you.

Today is there any -- what I will refer to as a central repository location or multiple locations



where documents relating to the Palestine Liberation Organization still exist and are accessible, are maintained?

A. Not to my knowledge.

Q. Are there different locations today where the Palestine Liberation Organization maintains records of the PLO, not only regarding its history, but also its structure and its membership and other aspects of its activities and operations?

MR. HIBEY: I'm going to object to the form of the question.

MR. HEIDEMAN: What's the nature of the objection, Dick, so I can correct it?

MR. HIBEY: Form. It's compound.

MR. HEIDEMAN: I'll be glad to break it apart. Thank you.

Madam Court Reporter, could you read back the question, please?

(Pending question read.)

Q. BY MR. HEIDEMAN: In light of the objection, let me rephrase the question.

Could you please tell the Court whether or not the Palestine Liberation Organization maintains a single location for its records or multiple locations?

A. I think -- first of all, let me tell you that,



after the birth of the Palestinian National Authority in 1994 onwards, the PLO today I would define as being the Palestinian National Council. The headquarters of this institution is in Amman. The Central Council, which is led by the speaker of the PNC, so the headquarters, the secretarial headquarters would also be in Amman. And the Executive Committee of the PLO, which is headed by, for the moment, Mahmoud Abbas, so it would be -- documents would be in his office in Ramallah. That's the PLO.

The political department of the PLO, which was the foreign ministry of the PLO, its role declined in the '90s. And most of the ambassadors, still institutionally connected to the PLO and representing the PLO as a whole, started interacting in a political nature with the Palestinian Ministry for Foreign Affairs, now located in Ramallah.

At the birth of the PNA, that ministry was called the Ministry of International Cooperation. And it was renamed in the end of the '90s as the Ministry for Foreign Affairs. That would be the PLO.

Now let me answer a segment of your previous question that was objected about --

MR. HIBEY: Excuse me. Let the lawyer put the question to you.

Q. And on what date did the PLO create the Palestinian National Authority?

A. You know that the negotiations in Oslo, the back channel, were from the beginning of '93 until August of '93. And that agreement, on the interim period, was signed on the White House lawn on the 13th of September, '93. And a couple of months later, Yasser Arafat had it endorsed by the Executive Committee of the PLO. And Mr. Zanoun convened a session of the Central Council to endorse that agreement that was signed and to give its green light for the creation of it.

But once that was decided, the PA, or PNA, starts to have its own autonomous existence with its own institutions. And if you remember, it all started with the Gaza-Jericho agreement. And the Israelis withdrew out of the urban centers of the West Bank in December '95, allowing the presidential elections of early '96.

But, by the way, these decisions were not easy to take. There was a lot of persuasion needed. But they were moments of hope. We would always say that history now is in the making. And we were unreasonably reasonable to give hope a chance.

Q. At the time the PLO created the Palestinian



National Authority in 1993, did the PLO cause the Palestinian National Authority to become separately incorporated?

A. Again, I --

MR. HIBEY: I'm going to object to the use of the word "incorporated."

THE WITNESS: I'm not comfortable, and I don't know what you mean by "separately incorporated."

MR. HIBEY: Calls for a legal conclusion.

THE WITNESS: The Palestinian National Authority is a result of a bilateral agreement, with the world as our witness, between the government of Israel and the PLO, negotiating on behalf of the totality of the Palestinian people to create a self-governing body in the territories occupied in '67, which are the West Bank, including East Jerusalem, and Gaza. And the organs that emanated would be organs that represent that constituency.

Q. BY MR. HEIDEMAN: Thank you.

A. So it's a new dynamic for a totally separate structure. But the green light for its birth was given by the PLO, who had negotiated on behalf of the Palestinian people. Yes.

Q. Thank you.

At the time of the elections in 1996, was



Fatah the dominant party?

A. Now you're taking too much on the word "dominant." In 1996, yes. And it was so comfortable in Palestinian public opinion that there were certain factions that were not on the official list of Fatah, but who wanted to run for the legislative elections, who ran as independents against the official list. And a few of them won in those elections against the officials.

So it was comfortable, and we were speaking still at the moment of political hope. That election occurred two months after the Israeli withdrawal out of the urban centers. I remember, from London, I had sent to Bethlehem 12 bagpipes donated by the Lord Provost, Lord Mayor of Glasgow. And I remember the student -- the scout movement playing -- and it's an instrument I detest -- playing the bagpipes to celebrate the withdrawal out of the urban center of Bethlehem. And that was before it was caged --

Q. Thank you.

A. -- and all the urban centers of the West Bank. So there was a moment of hope.

And in Palestinian politics, always bear in mind there's the vehicles of hope and the vehicles of anger.



Q. At the time of the 1998 session of the PNC, was Fatah the dominant party?

A. You make me regret having used the word "dominant party."

And as I told you, dominant party was a concept I used. I borrowed it from the political science lexicon, the continental European politics. But I use that word.

In '98, it was still a moment of hope. And I would still consider Fatah to have been in a comfortable situation. Especially each PNC session takes place in a particular moment, and the environment is important.

An American president was coming to attend our session. He was also there to inaugurate the first airport, the Gaza airport, that functioned slightly for a couple of months and was then bombed out of existence.

So it was a moment of hope. Then it was easy to ask people: We are re-amending what we have already done, amending the charter, and let's do it again. So people saw hope in the presence of Clinton and the opening of the airport, et cetera. The atmospherics were conducive for Fatah to be extremely comfortable.

A meeting today, when Palestinians would have just read in the paper that 12 dunams and a half have been confiscated here, at a walking distance from the

Page 130

goal of Palestinian statehood in the final status.

But on day-to-day management, et cetera, the Palestinian cabinet is responsible and accountable to the Palestinian Legislative Council and not to any other.

Q. It's true, is it not, that the Palestinian Authority remains responsible for the negotiations with the State of Israel?

MR. HIBEY: Excuse me. He's not here as a Palestinian Authority witness.

MR. HEIDEMAN: But he testified earlier that the Palestine Liberation Organization was responsible for the negotiations with the State of Israel.

MR. HIBEY: Yes.

MR. HEIDEMAN: And I'm trying --

MR. HIBEY: But you are putting a question to him about the Palestinian Authority. He is not in the chair for the Palestinian Authority.

MR. HEIDEMAN: I understand that.

Q. BY MR. HEIDEMAN: But I would like to know, sir, on behalf of the Palestine Liberation Organization, who is responsible for negotiations with the State of Israel during the time period after the creation of the Palestinian Authority?

Was it the PLO, or was it the PA?

Page 131

MR. HIBEY: Excuse me. I object to the question because you have to be more precise about the negotiations you're talking about. The witness has made it very clear what negotiations fell in the bailiwick of the PLO.

Q. BY MR. HEIDEMAN: The Palestinian security forces that were established were under the command of Chairman Arafat; isn't that correct?

A. He was the overall official commander of all the security institutions. But each one of them had its own existence. And from 2000 onwards, they had received a serious blow that disrupted their normal functioning.

Because, unfortunately, in every Israeli action against -- in response or in preemption of Palestinian possible activity, it was the Palestinian security forces that were targeted, ending in them becoming totally incapacitated, meaning that their headquarters, their branches, their offices, their mobility, capabilities in cars, and whatever were damaged and incapable of moving from one area to the other.

Q. And before we break for lunch, it's true, is it not, that the ultimate authority of the Palestinian Authority is the Palestine Liberation Organization and the Palestine -- Palestinian Authority is accountable

Page 132

to the Palestine Liberation Organization Executive Committee?

Isn't that true?

A. There is a supremacy of the PLO in the sense that the PLO is the body that encapsulates and represents the totality of the Palestinian people. The PA represents only a segment of those people that happen to be in those territories designated as the West Bank and Gaza.

So there is supremacy of the PLO on the PA, if you want. But they are two distinct entities. The PNA was created through a positive opinion of the PLO organ. So it's the PLO that decided, after agreement with the Israelis, to create the Palestinian National Authority.

But once the Palestinian National Authority was created, it has a distinct, separate, autonomous existence with organs accountable one to the other, such as the cabinet, the ministry to the Palestinian Legislative Council and to the electorate in the final analysis.

Q. But the Palestinian Authority was made accountable to the PLO Executive Committee; isn't that true?

MR. HIBEY: I'm going to object. That

Page 133

question has been asked and it has been answered. And I don't think that you should be putting it to him again.

Q. BY MR. HEIDEMAN: Not withstanding the objection, please answer the question.

It's true, is it not, the Palestinian Authority was made accountable to the PLO Executive Committee?

MR. HIBEY: I am going to object. It's been asked and answered.

THE WITNESS: I think I will take the advice of my counsel.

Q. BY MR. HEIDEMAN: Please answer the question.

MR. HIBEY: Don't answer the question.

Q. BY MR. HEIDEMAN: It's true, it is not, that --

MR. HIBEY: Don't answer the question.

MR. HEIDEMAN: Certify that to the Court, please.

Q. BY MR. HEIDEMAN: It's true, is it not, that the Palestinian Authority remains responsible for the negotiations with the State of Israel as of --

MR. HIBEY: Regarding what?

plays the role and function as though it was the PNC in session.

Q. Did anyone other than Yasser Arafat serve as president of the state of Palestine during the time period 1989 until his death in 2004?

A. No.

Q. When was Yasser Arafat elected the president of the Palestinian National Authority?

A. He was elected by the Central Council meeting in October '93 in Tunis. This was after the signature in Washington. And he arrived and functioned here on that basis.

And when the elections were made possible -- and that was January 1996 -- he ran in a competitive election against a charming, adorable lady called Samiha Khalil. And she was the head of the biggest NGO. She ran against him. He got around 87 percent of the vote, and she got 13 percent of the vote in a competitive election and internationally monitored election.

So he was chosen by the Central Council, before the birth of the PA, to be the president of the PA. And when he came to assume that role, at the first opportunity, when elections were made possible, he ran in a competitive election, which he won with 87 percent of the vote.



Q. Thank you.

So would it be accurate to say that, for the time period from 1993 until his death in 2004, Yasser Arafat simultaneously served as chairman of Fatah, president of the state of Palestine, chairman of the Palestine Liberation Organization Executive Committee, and president of the Palestinian National Authority?

Is that true?

A. He had those titles in those four different organs and which, as I said, are each distinct, separate, and has its own different bodies, has its charter, its bylaws, its modus operandi, and its different constituencies --

Q. Thank you.

A. -- which I have mentioned earlier.

Q. Yes. Thank you.

A. I don't want to inflict on you a repetition of what I said earlier.

Q. Thank you.

Tell the Court, if you would, how many different offices Yasser Arafat had during the time period from 2000 through his death in 2004.

A. It started with Yasser Arafat having an office in Gaza and in Jericho. Because, as you know,



at the very beginning, the agreement was to be a phased agreement. It started with the Gaza-Jericho agreement, which was supposed to expand gradually to incorporate all of the West Bank and the Gaza Strip.

But in the first initial period, he mainly operated from his Gaza office, visited frequently the West Bank, had a presidential office in Jericho, but visited many Palestinian West Bank cities. And wherever Arafat was, that became the headquarters of the PA for the duration of his visit.

Gradually, with the Israeli withdrawal out of the West Bank urban centers and with Israeli consent and international encouragement, the de facto administrative center for the West Bank became Ramallah. So he had two major offices, one in Gaza and one in Ramallah.

The office in Jericho was often frequently used for appointments. For example, I remember probably '96 when Vice President Al Gore visited, it was agreed that the meeting would take place in Jericho, which is an agreeable place, heavenly in winter. And the Jericho office functioned as the presidential office.

Arafat would have an office at his disposal whenever he moved to Hebron, Nablus, et cetera. And he often made sure that he would visit several different towns so that he would remain in touch with the pulse



of Palestinian public opinion.

And the population, inhabitants of every city or province would take advantage of his presence so that they would attract his attention to their priorities and their concerns.

Q. Thank you.

A. And that was the wise way of dealing, since the West Bank was a fragmented geographic entity, not easy communication for the average inhabitant. So the president going to those localities was not an unwise course of action.

Q. Thank you.

When Yasser Arafat, during the time period 2000 to 2004, went to his office, wherever it might have been, tell the Court whether or not he maintained separate offices in his separate capacities as chairman of the Executive Committee of the PLO, as president of the Palestinian National Authority, as president of the state of Palestine, and as head of security.

A. Yasser Arafat was never head of security. He was president. He was, for a certain period, minister of interior. He was not head of security.

Q. Thank you.

Why don't we clarify just that one point. Thank you for correcting my question.