# EXHIBIT 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3

 4   MOSHE SAPERSTEIN, et al.,        )
                                      )
 5              Plaintiffs,           )
                                      )
 6   vs.                              ) Case No. 04-20225-CIV
                                      )
 7   THE PALESTINIAN AUTHORITY;       )
     THE PALESTINE LIBERATION         )
 8   ORGANIZATION,                    )
                                      )
 9              Defendants.           )
                                      )

10

11

12

13            VIDEOTAPED 30(b)(6) DEPOSITION OF

14                        SALAM FAYYAD

15                   EAST JERUSALEM, ISRAEL

16                       MARCH 9, 2010

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

**Page 46**

1  Q. And he was still Prime Minister of the PA in
2  2004; correct?
3  A. He was. Yes.
4  Q. Yes? Okay.
5     Besides holding positions in the PA, does or
6  did Mr. Qurei hold any positions in the PLO?
7  A. No. I don't believe he did.
8  Q. He never did, never at any point in history?
9  A. He currently is a member of the PLO Executive
10 Committee. But he was not then. This is all recent.
11 Q. Okay. So today he's a member of the
12 Executive --
13 A. Today he is. But he wasn't at the time.
14 Q. Okay. What is the Executive Committee?
15 A. The Executive Committee is an organ of
16 the Palestine Liberation Organization elected by the
17 Palestinian National Council to act as its executive
18 so to speak.
19 Q. Okay. Can you explain what is the PLO, what
20 is the PA, and what is the connection between them?
21 A. PLO is -- is the highest, in terms of
22 seniority, in the political system of Palestinian
23 people. It's the highest organ. And it was
24 recognized and continues to be as the sole legitimate
25 representative of all Palestinian people. That

**Page 47**

1  continues to be the case today.
2     After Oslo Accords, the Palestinian Authority
3  was established. And it was established as a product
4  of an agreement between the PLO, acting on behalf of
5  the Palestinian people, and the Government of Israel.
6  As such, therefore, the Palestinian Authority, in terms
7  of hierarchy, yes, it is a part of the system, the
8  highest organ of which is the PLO. But it -- it was
9  charged a task specifically with managing the affairs
10 of the Palestinian people in the occupied Palestinian
11 territory. So there is that relationship.
12    The head of the Palestinian National Authority
13 and the head of the PLO Executive Committee were the
14 same person since the inception of the Palestinian
15 Authority.
16   (Brief court reporter clarification.)
17   THE WITNESS: Were the same person. First,
18 late President Yasser Arafat, at the same time chairman
19 of the PLO Executive Committee. Currently, President
20 Mahmoud Abbas, who also is chairman of the PLO Executive
21 Committee.
22 Q. BY MR. TOLCHIN: So you mentioned the
23 Oslo --
24 A. Yes.
25 Q. -- Accords.

**Page 48**

1  What is the Oslo Accords?
2  A. The Oslo Accords are the accords that led to,
3  among other things, the creation of the Palestinian
4  Authority.
5  Q. Is it accurate to say that the Oslo Accords
6  was an agreement between Israel and the PLO?
7  A. That's exactly what I said.
8  Q. Okay.
9  A. Yes.
10 Q. And the Oslo Accords created the PA --
11 A. That's correct.
12 Q. -- to administer certain territories?
13 A. That is correct.
14 Q. And the PLO existed before the PA?
15 A. That is correct.
16 Q. And does the PLO -- withdrawn.
17    When did the PLO begin to exist?
18 A. 1964.
19 Q. And what is or was the function of the PLO?
20 And if it changed over time, you could tell me that.
21 A. It acted as a representative of the
22 Palestinian people, assumed the responsibility of
23 protecting the interests of Palestinian people and
24 representing them. And it started to gain recognition
25 as such first in the region, then internationally

**Page 49**

1  beginning in 1974, as a matter of fact, when it was
2  recognized as the sole legitimate representative of
3  the Palestinian people by Arab countries.
4     And over the period since then, through 1993,
5  other countries joined in in that recognition. In
6  1993, in the context of the Oslo Accords, the PLO was
7  recognized as such by the State of Israel. That was
8  part of what is referred to under the Oslo Accords as
9  the Declaration of Mutual Recognition, when the State
10 of Israel recognized the PLO as a representative of
11 Palestinian people. And the PLO, in return, recognized
12 Israel's right to exist in peace and security.
13 Q. And does the PLO have components or
14 constituent parts?
15 A. Yes. The highest council of the PLO is the
16 Palestinian National Council, which, if you want, refers
17 to a structure that can be thought of as a parliament,
18 if you will, several hundred delegates. Within that,
19 there is the Palestinian Central Council, which is a
20 smaller version of that bigger body. And it acts on
21 its behalf in the event that the Palestinian National
22 Council cannot meet.
23    And then, of course, in terms of executive
24 authority, it is delegated to the -- the -- the
25 Executive Committee of the PLO. And the Executive