# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3

 4   ESTATE OF ESTHER KLIEMAN, et al.,)
                                      )
 5            Plaintiffs,             )
                                      )
 6   vs.                              ) Civil Action
                                      ) No. 04-1173 (PLF/JMF)
 7   THE PALESTINIAN AUTHORITY;       )
     et al.,                          )
 8                                    )
              Defendants.             )
 9   _____)

10

11

12

13

14            30(b)(6) DEPOSITION OF MAJED FARAJ

15                    JERUSALEM, ISRAEL

16                     AUGUST 8, 2010

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

Page 30

1  The witness said something, but I don't know
2  what he said. Can you repeat it?
3       THE WITNESS: I will -- I can try to answer
4  that question.
5       Q. BY MR. HEIDEMAN: All right. In light
6  of the objection, let me rephrase the question to
7  see if we can get an unobjectionable form of the
8  question.
9       General Faraj, you've just described, as
10 I understand it, the structure of the Palestinian
11 Authority security apparatus as of September 28, 2000;
12 is that correct?
13      Is that correct?
14      A. Yes. According to the information that I have
15 been mentioning to you.
16      Q. Thank you.
17      Tell us, please, how, if at all, that
18 Palestinian Authority security apparatus structure
19 changed between September 28, 2000, and March 24, 2002,
20 if it changed at all.
21      A. More than the change, there was another event
22 that has occurred. If you mean changes in terms of
23 structures or terms of reference, there is something
24 which, to my view, it's much more pertinent than all
25 the cosmetic changes.

Page 31

1       Q. Thank you.
2       Excuse me. Excuse me.
3       I want to hear what you have to say. But
4  first, please, answer the structural question: Were
5  there any changes in structure?
6       A. Despite the objection of my lawyer, I agreed
7  to respond to the question. So I will respond in my own
8  fashion. I think there was some change in the structure
9  that did occur in terms of the security apparatus.
10      Amin Al-Hindi was around. Haj Ismail also was
11 around. Majida was also there. Jibril Rajoub was also
12 there. They were all around. Ghazi Jabali. Mohammed
13 Dahlan left. Rashid Abu Shbak --
14      OFFICIAL INTERPRETER: Abu Shbak. A-b-u.
15 S-h-b-a-k.
16      THE WITNESS: Faisal Abu Sharkh --
17      OFFICIAL INTERPRETER: S-h-a-r-k-h.
18      THE WITNESS: -- was around. The structure --
19 I mean, the names were there in terms of the security
20 apparatus. I think only Dahlan was not aboard. No, no.
21 On second thought, he was still around. I'm not sure.
22 I'm not sure. I think Dahlan was still around. He left
23 a while later, you know.
24      But the security agencies between the 28th
25 of September, 2000, and 24 March, 2002 -- the same like

Page 32

1  there was some water in this cup a while ago and now
2  it's empty, now there is nothing -- it was just in the
3  name. The security, it was just, you know, by name.
4  I mean, but, in reality, it had been emptied from the
5  content. It has become incapable. It has become sort
6  of paralyzed. Its headquarters has been demolished.
7  It was not allowed to exist in any public area, to show
8  presence. And anyone in uniform was being arrested and
9  chased.
10      You're speaking about, you know, a corpse, you
11 know, just in a name. But it was void from its content.
12 So there is a huge discrepancy. You're speaking about,
13 you know, a hell of a difference between the 28th of
14 September, 2000, and the 24th of March, 2002, other than
15 what we have referred to, which is the incursions, the
16 roadblocks, the paralysis that effectively occurred.
17      So there was irregular work. You know, people
18 were not reporting to work often because they need a
19 place to start with, you know, where people can sort
20 of assume their job. You know, the headquarters were
21 all demolished. And even if the offices were not
22 demolished, people could not have access due to the
23 roadblocks and disruptions and the difficulties in
24 circulation to show up.
25      And there were cases when people were for four

Page 33

1  or five days sleeping at the roadblock in order to have
2  access. So you're speaking about a huge discrepancy in
3  terms of the modus operandi between September 2000 and
4  the 24th of March, 2002.
5       And I can speak for myself to compare what
6  I have passed through. On the 28th of September, he
7  [sic] was in charge of the Preventive Security for the
8  Hebron Governorate. And he [sic] still was in his job
9  more or less around the 24th of March, 2002.
10      Q. BY MR. HEIDEMAN: Thank you.
11      A. He was alive. He was thriving on the 28th of
12 September, 2000. And he was a corpse, he was like -- he
13 was just breathing, you know, but effectively in a very
14 shattered situation on the 24th of March, 2002. He had
15 no location, no site to report to. So people were not
16 reporting. No one could fulfill their job. So that was
17 the situation I was passing through. [Sic]
18      Q. Thank you for that explanation.
19      So do we understand correctly, General, that
20 from a Palestinian Authority security viewpoint, the
21 security structure and apparatus was essentially the
22 same in terms of structure on March 24, 2002, as you
23 had already described it existed on September 28, 2000?
24      And this question refers only to structure.
25      MR. O'TOOLE: Objection. Vague. This was