# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOSHE SAPERSTEIN, et al.,    Case No:

      Plaintiffs            04-20225-CIV

vs.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

      Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

VIDEOCONFERENCED RULE 30(b)(6) DEPOSITION OF:
YASER MUHAMMED MUSSA SHAQBA'U
JERUSALEM, ISRAEL
MAY 25, 2010

---

Interpreted videoconferenced Rule 30(b)(6) deposition of YASER MUHAMMED MUSSA SHAQBA'U, taken in the above-entitled cause pending in the United States District Court, Southern District, Southern District of Florida, pursuant to notice, before BRENDA MATZOV, CA CSR No. 9243, Commissioner, and ISABELLE KLEBANOW, RPR, CT, No. 311, Stenographer, at the Hebrew University of Jerusalem, Mt. Scopus, Jerusalem, Israel, on Tuesday, the 25th day of May, 2010, at 10:28 a.m. Israel time.

REPORTED BY:  ISABELLE KLEBANOW, RPR, CT NO. 311

Page 18

1  Ministry of Finance.
2      MR. TOLCHIN: Could you repeat that. Or
3  just let me --
4      (Counsel reads stenographer's screen.)
5      MR. TOLCHIN: Okay.
6   Q. Are you done with your answer, sir?
7   A. I'm done answering.
8   Q. Okay. You said that you worked in the capacity
9  that you mentioned for four years, correct?
10  A. Yes.
11  Q. Did you have a title? Was there a name of your
12 job at that time?
13  A. I was a beginner at work. I was an accountant,
14 an accountant at the Palestinian National Fund, yes.
15  Q. Okay. After those four years, did you move on to
16 another job?
17  A. Yes. I moved to the Administration of General
18 Accounts.
19  Q. And was that also with the Palestine National
20 Fund?
21  A. Yes. I'm talking about departments under the
22 Palestinian National Fund.
23      There was the embassies accounts. There was
24 also the personnel account -- personnel administration;
25 and payment accounts, payments administration; and

Page 19

1  general accounts, which I just referred to; and the
2  internal auditing section.
3   Q. Now, when --
4   A. These were the sections under the Palestinian
5  National Fund.
6   Q. Now, when you were in this second position, how
7  long did you stay in that position?
8   A. I am still in this position until now.
9   Q. So that was from -- what year did you start?
10  A. I started in 1993.
11  Q. So, from 1993 until today, you've remained in
12 this position?
13  A. Yes, at the Administration of General Accounts.
14 And I am now in charge of this administration.
15  Q. And have your duties been the same since 1993?
16     MR. HIBEY: Excuse me. Can you shift closer
17 to the microphone? Now that you're hunched over that
18 way, we can't hear you.
19  Q. And have your duties been the same since 1993?
20  A. Of course not. I became the first man in charge
21 of this section, as of 1996.
22  Q. Okay. So, since 1996, have your duties remained
23 the same?
24  A. Yes. Since 1996, my duties have been the same.
25 However, I was given this professional title in 2001, as

Page 20

1  the person in charge of this section.
2   Q. Okay.
3      MR. TOLCHIN: Somebody seems --
4   A. But I have been in actual charge since 1996 until
5  now.
6   Q. Okay.
7      MR. TOLCHIN: Somebody seems to be fidgeting
8  with a microphone.
9      I can't see what's off camera in Amman, but
10 is it possible that somebody has a paper or a book
11 touching the microphone?
12     THE WITNESS: The microphone is in front of
13 me, and I'm not playing -- I'm not fidgeting with it.
14     MR. TOLCHIN: Okay. Good to hear.
15     THE WITNESS: Me too. Same here.
16  Q. Sir, you used the word Palestine National
17 Authority?
18  A. Yes.
19  Q. Is that the same as what's sometimes called the
20 Palestinian Authority?
21  A. No. Yes. Yes, it is the Palestine National
22 Authority, yes.
23  Q. The Palestine National Authority and the
24 Palestine Authority are one and the same thing, correct?
25  A. Yes.

Page 21

1   Q. Okay.
2   A. Yes. That's correct.
3   Q. And the Palestine National Fund is something
4  else, which is where you work, correct?
5   A. Yes. Yes.
6   Q. Yes. Okay. Now, you also mentioned something
7  called the PLO, correct?
8   A. Yes.
9   Q. Okay. Now, what is the PLO?
10  A. The Palestinian Liberation Organization is, as is
11 well known, the representative of the Palestinian
12 people, and it is the top political entity which
13 represents it.
14     And it consists of an executive entity which
15 comprises different departments or different sections,
16 like any ministries in any government.
17     And the Palestinian National Fund is one of
18 such departments, similar to the Ministry of Finance in
19 any country. Yes.
20  Q. Okay. I'm not sure I understood.
21     Are you saying the Palestine National Fund is the
22 functional equivalent of the Ministry of Finance?
23     Is that what you said?
24  A. Yes.
25  Q. Okay. What is the Palestine National Fund the

Page 22

1  Ministry of Finance of?
2      A. The PLO.
3      Q. The PLO. Okay.
4          Now, you testified, if I'm not mistaken,
5  that, before the Oslo accords, the function of the PNF
6  was different than after the Oslo accords, is that
7  correct?
8      A. No. That -- it's not different. I was only
9  talking about revenues, about the matter of revenues was
10 different.
11         The sources of revenues have changed, but
12 the laws that organize or that govern them have not
13 changed.
14     Q. Okay. Before Oslo, what was the source of
15 revenue of the PNF?
16        MR. HILL: Objection. This is beyond the
17 scope for which the witness has been ordered to appear.
18        The order requires the witness to testify
19 about funds received by the PNF for the period between
20 October 1, 2000 and February 18, 2002.
21        MR. TOLCHIN: Okay.
22     Q. You can answer the question.
23        THE INTERPRETER: The question was never
24 interpreted because I waited for the objection. So what
25 was the question again?

Page 23

1         MR. TOLCHIN: I just ask -- no problem with
2  making objections, Brian, but let the interpreter
3  interpret, and then make your objection and let him
4  interpret that.
5         THE INTERPRETER: What was the question?
6      Q. Before Oslo, what was the source of revenue of
7  the PNF?
8         MR. HILL: Same objection.
9      Q. And you can answer.
10     A. Mostly donations from countries and from the --
11 from Palestinian people who work in certain countries,
12 like in Kuwait and other Persian Gulf countries, Libya
13 and so forth.
14     Q. Okay.
15     A. But there were also donations from states, from
16 governments.
17     Q. Okay. And, after Oslo, what was the source, or
18 what became the source, of PNF revenue?
19        MR. HILL: I have the same objection to the
20 extent this pertains to the period before the Court's
21 order, which commences on October 1, 2000 and ends on
22 February 18, 2002.
23        MR. TOLCHIN: Understood.
24     Q. You can answer the question.
25        MR. HILL: Did you translate the objection?

Page 24

1         THE INTERPRETER: No.
2      A. I am not aware -- I'm not totally familiar with
3  those sources.
4         But my expectation is it is still donations
5  from European countries, in addition to taxes collected
6  from the territories under the Palestine National
7  Authority.
8      Q. Okay. I have to clarify.
9         Do you know, sir, in the period after Oslo, where
10 the PNF revenue comes from?
11        MR. HILL: Wait. Let me make an objection
12 for the record.
13     A. I said I don't know. I said I'm not sure.
14     Q. You don't know?
15        MR. HILL: Hold on. Stop. Stop.
16        The witness has got to hear the objection,
17 as well as the question, before the witness responds.
18        Okay. So, for the record, I want to object
19 to the last question that is beyond the scope for which
20 the witness is appearing today to the extent it exceeds
21 the time period in the order.
22        MR. TOLCHIN: Now, I want to say something,
23 Brian. I hear your objection.
24        And it's my position that asking about the
25 period after Oslo, which encompasses the period of the

Page 25

1  order and lays the foundation and background for getting
2  to the time period in the order so we can understand the
3  history and the progression, is a perfectly proper
4  question.
5         But we don't have to resolve it today,
6  fortunately. And I'm prepared to agree with you that
7  you have this objection preserved, without having to go
8  through the lengthy and cumbersome process of objecting
9  and the translations of the objections to the remote
10 witness, which invariably result in the witness not
11 remembering the question, and the question having to be
12 asked again and your objection being made again.
13        And we'll all grow old here on Mt. Scopus.
14        MR. HILL: Bob, I appreciate that offer.
15        The problem is, it makes a difference, in
16 terms of the ultimate admissibility of the answer,
17 whether a question is within the scope of the order.
18        And, therefore, I will assert the objection
19 to every question that you pose that is beyond the scope
20 of the order.
21        If you want to simplify the process, I would
22 suggest that you ask questions within the scope of the
23 order. That is your decision, and I will make proper
24 objections.
25     Q. Sir, do you --

### Page 30

1  All right. We appear to have lost --
2     MR. TOLCHIN: Charles, are you there?
3     MR. HILL: We appear to have lost
4  Mr. McAleer. I would suggest we take a recess and get
5  the technical people in here and see if we can
6  re-establish a connection.
7     Let's go off the record.
8     MR. HIBEY: Right now we only have you guys
9  on the screen.
10    MR. HILL: Right. We've lost the third
11 connection, so I'm going to ask for a recess.
12    Let's go off the record and get the
13 technical people in here and see if we can re-establish
14 the connection with Washington.
15    We're off the record.
16    (Short recess taken from 11:13 until 11:24.)
17 Q. Sir, earlier, when I asked you to tell me what
18 the PNA is, you gave me a summary of how the -- I'm
19 sorry. The PNA. I meant the PNF.
20    Let me withdraw the question and start
21 again.
22    Earlier, I asked you to give me a summary of
23 what the PNF is, and your summary began in 1964. And
24 then you told me there were some changes after the
25 implementation of the Oslo accords that brought us up to

### Page 31

1  until today.
2     Do you recall that testimony?
3  A. The changes -- as far as changes to the laws
4  pertinent to the Fund, none occurred. The revenues only
5  changed.
6  Q. Okay. And when did the revenues change?
7  A. After the establishment of the National
8  Authority, the revenues of the Fund have become from
9  the National Authority only.
10 Q. From the PA?
11 A. Yes.
12 Q. Okay. And is it fair to say that the change you
13 just described took place approximately 1993 or 1994?
14 A. 1994.
15 Q. 1994. And, from 1994 until today, including the
16 time between 2000 and 2002, the revenues of the
17 Palestine National Fund come from the Palestinian
18 Authority, is that correct?
19    MR. HILL: Objection to the extent that the
20 question exceeds the date range in the Court's order.
21    THE INTERPRETER: The question was not
22 interpreted.
23    MR. TOLCHIN: Brian, you've got to stop
24 doing that.
25    MR. HILL: Bob, ask a proper question.

### Page 32

1     MR. TOLCHIN: We agreed that you're going to
2  let him translate the question and then you're going to
3  make your objection.
4     And, once again, you've cut off the
5  question, just as we discussed. And you said you
6  weren't going to do that anymore.
7  A. I can tell you that, during that period, no
8  revenues came to the Fund except from the Palestinian
9  National Authority only.
10    THE INTERPRETER: And the interpreter wishes
11 to say again that the question was never interpreted.
12 Q. Okay. Did you understand my last question, sir?
13 A. Yes.
14 Q. Okay. Thank you.
15    Now, you testified, if I'm not mistaken,
16 that the purpose of the PNF is to finance PLO
17 institutions.
18    Is that what you said?
19 A. The institutions of the PLO.
20 Q. Okay. Now, what institutions of the PLO are
21 financed by the PNF?
22    And, once again, it's not a trick question.
23 If your answer is different at different times in
24 history, you can tell me that. If it's been always the
25 same, you can tell me that also.

### Page 33

1     MR. HILL: Objection to the extent the
2  question exceeds the period required by the Court's
3  order.
4  Q. But you can answer the question.
5  A. Can I answer?
6  Q. Please.
7  A. Some departments under the PLO became ministries
8  after the Oslo accords. However, some of them remained.
9     What's important here is that the embassies
10 of the PLO remained under the PLO, and these do not
11 represent the Palestinian National Authority abroad.
12    And that's why -- and that's why the Fund
13 remained in that form, because the embassies remained,
14 along with some other -- some other departments, all
15 remained under the PLO.
16 Q. Other than the embassies, what other departments
17 remained under the PLO after Oslo?
18    MR. HILL: Objection to the extent the
19 question exceeds the period required by the Court's
20 order.
21 Q. You could answer.
22 A. The Political Department remains, and the
23 Refugees -- the Palestinian Refugees Affairs Department
24 also remains. And there are other institutions, such as
25 Health -- Palestinian Health Insurance Department.

| Page 70 | Page 72 |
|---|---|
| 1   THE INTERPRETER: Okay. I will repeat the | 1   right now? |
| 2  translation if the witness repeats the answer. | 2   A. No. Not in this building. I am not at the Fund |
| 3   MR. TOLCHIN: Why don't we have the court | 3  headquarters now. |
| 4  reporter read back the translation that was given. | 4   Q. Oh, okay. |
| 5   MR. HILL: She can't read the translation. | 5   Other than that request that was made by |
| 6  Do you want her to read the pending question? | 6  Mr. Khouri in September of 2009, did you do anything |
| 7   MR. TOLCHIN: Read the pending question. | 7  else in connection with this case until you met with |
| 8   MR. HILL: In English. Then the translator | 8  Mr. McAleer ten days ago? |
| 9  can re-translate. | 9   A. Of course. I looked -- I looked at records as of |
| 10   MR. TOLCHIN: That's fine. | 10  September of 2009. I looked at financial records as of |
| 11   (Record read back by Reporter.) | 11  September of 2009. |
| 12   A. No. When I issue any financial report, I do not | 12   Q. That was in your computer? |
| 13  receive any instructions except from Mr. Khouri and | 13   A. Yes. |
| 14  Mr. Nashashibi only. | 14   Q. Did you make any print-outs from your computer? |
| 15   Q. Okay. But did anyone give you an instruction, in | 15   A. Usually, when I need to print out any report from |
| 16  connection with your work on the Saperstein case, with | 16  the computer, I print it out. And when I need any |
| 17  regard to any limitation on what expenses you were | 17  document from the archives, I request it. |
| 18  supposed to be reviewing? | 18   Q. Sir, between October 1, 2000 and February 18, |
| 19   MR. HILL: Objection. Vague. | 19  2002 -- and I'm going to ask you a bunch of questions |
| 20   A. No. | 20  relating to that date range, so I'll say it again. |
| 21   Q. No. Okay. | 21  October 1, 2000, February 18, 2002. |
| 22   What exactly did Mr. Khouri tell you you | 22   MR. HILL: Bob, before we get into this |
| 23  were supposed to be looking for? | 23  area, I'm wondering if the court reporter and the |
| 24   A. He asked me to look for financial transfers for a | 24  translator would like a break. |
| 25  period -- for a certain period -- to the Fatah movement | 25   We've been on the record for a significant |

| Page 71 | Page 73 |
|---|---|
| 1  and to the other 24 or 25 persons -- 24 or 25 persons. | 1  period of time. Can we take a break and let the |
| 2   Q. And did he give you the names of the 24 or | 2  hard-working folks have some time off the record? |
| 3  25 persons verbally, or was that on a written paper? | 3   MR. TOLCHIN: Let's just have one ground |
| 4   A. It was on a piece of paper. They were on a piece | 4  rule. |
| 5  of paper. | 5   If anyone wants a break, say it. But |
| 6   Q. And what was the paper? | 6  there's too many people involved here for people to be |
| 7   THE INTERPRETER: What was the paper? | 7  altruistically asking for breaks for other people. |
| 8   MR. TOLCHIN: Yes. | 8   Okay. Does somebody need a break? |
| 9   Q. What sort of paper was it? | 9   THE INTERPRETER: I don't mind a five-minute |
| 10   A. What type of paper? A printed paper. A printed | 10  break. |
| 11  paper. | 11   MR. TOLCHIN: Okay. A five-minute break. |
| 12   Q. Was it -- | 12   MR. HILL: Off the record. |
| 13   A. It was in English. A computer print-out. | 13   (Short recess taken from 12:51 until 1:07.) |
| 14   Q. In English? | 14   (Mr. Steiner and Mr. Leitner are absent.) |
| 15   A. In English and in Arabic. | 15   Q. I was just telling you that, before the break, |
| 16   Q. There was a paper in English and in Arabic that | 16  that we're going to talk about a certain time period |
| 17  told you what you were supposed to be looking for? | 17  from October 1, 2000 to February 18, 2002. |
| 18   A. In Arabic there wasn't. In English. | 18   During that time period -- October 1, 2000 to |
| 19   And it might be that one of my colleagues in | 19  February 18, 2002 -- is it correct that the only sources |
| 20  the Fund wrote the names in Arabic. I do not remember. | 20  of funds that the PNF received came from the PA? |
| 21   Q. Do you still have this paper? | 21   A. Yes. |
| 22   A. Certainly. | 22   THE INTERPRETER: The question was not |
| 23   Q. And where is it? | 23  interpreted. |
| 24   A. In my office. | 24   Q. And during that time period -- October 1, 2000 |
| 25   Q. Okay. Is that in the same building where you are | 25  and February 18, 2002 -- how much money did the PNF |

Page 74

1  receive from the PA?
2  A. This is the data that I reviewed.
3      In 2000, we received about 18 million
4  US dollars, 18, yes. In the year 2001, we received
5  about $13 million.
6      THE INTERPRETER: That was said in English
7  by the witness.
8  A. In the year 2002, approximately the same amount,
9  $13 million.
10     But these were divided into two parts, a
11 part that was received by the Fund's accounts in Amman,
12 and the other was transferred directly from the Ministry
13 of Finance to embassies.
14     However, the Fund was responsible for -- the
15 Fund was responsible for the total sum of those
16 revenues.
17 Q. Okay. During the same time period, October 1,
18 2000 to 2002, what is the total amount of money that the
19 PNF paid out or distributed to anyone?
20     MR. HILL: And, Bob, for point of
21 clarification, you said through 2002. Do you mean
22 through February 18, 2002?
23     MR. TOLCHIN: Yes.
24     (Mr. Leitner re-enters.)
25 A. Those three fiscal years, the financial data for

Page 75

1  those three fiscal years cover that period.
2  Q. But I'm asking you now about the money that was
3  paid out by the PNF.
4  A. Most of that money was paid as salaries, and the
5  rest was paid as expenditures to operate embassies.
6      These were expenses similar to travel
7  expenses, rent, and compensation for travel.
8  Q. I think there's a --
9      THE INTERPRETER: I missed what he said
10 because --
11 Q. I think I need to clarify the question.
12     MR. HILL: The witness wasn't finished.
13 A. -- and the stationery and other similar
14 incidentals relevant to office work.
15 Q. All right.
16     THE INTERPRETER: That was in English.
17     MR. HIBEY: He said, in English, the
18 salaries is the most thing.
19     Perhaps you should speak in Arabic.
20     THE WITNESS: Sorry.
21 A. The salaries accounted for the majority of those
22 expenses. Maybe seventy percent or even more.
23 Q. Okay. Sir, earlier I asked you about the funds
24 received by the PNF, and you told me several millions of
25 dollars for each of three years in question.

Page 76

1      THE INTERPRETER: I'm sorry. I'm going to
2  ask you to repeat the question.
3      MR. TOLCHIN: Okay.
4  Q. Earlier I asked you about monies received by the
5  PNF, and you gave me figures of several millions of
6  dollars for each of three different years.
7      Now, in my next question, I asked you about
8  monies paid out by the PNF. And I'm not sure that you
9  understood that the question changed, based on your
10 answer. So I want to clarify.
11 A. Yes. And I answered accordingly.
12     At that time, the Fund paid out all the
13 money because, at that time, the Fund did not reserve
14 any money, did not keep any money.
15 Q. Other than the money that the Fund -- that the
16 PNF receives each year in current receivables, does the
17 Fund have any money in the bank? Any savings?
18 Reserves?
19     MR. HILL: Objection to the extent it
20 exceeds the time period.
21     THE INTERPRETER: The answer was no.
22 Q. So is it your testimony, sir, that the PNF, in
23 each of the years 2000, 2001 and 2002, spent everything
24 that it received and had no other funds at all?
25 A. Yes. Let me explain how we received money from

Page 77

1  the Ministry of Finance.
2      At the end of every month, we would make a
3  request to cover the expenses that we anticipate, and
4  that request is sent to the head of the PLO, who also is
5  the head of the Palestinian National Authority.
6      And then he would issue orders to get
7  that -- to get those needs paid for by the Ministry of
8  Finance. And then the transfer occurs to the National
9  Fund.
10     And this request is specified -- is
11 specified in items. The request includes certain items.
12 The request for finance includes specific items for
13 spending, such as salaries, rents, and other similar
14 items.
15 Q. You're done?
16 A. Thank you.
17     THE INTERPRETER: Thank you.
18 Q. Does the PNF have any long-term assets?
19     MR. HILL: Objection. Beyond the scope for
20 which he's ordered to appear.
21 Q. And I'm referring to --
22     THE INTERPRETER: The answer was no.
23 Q. And I'm referring to the period --
24     THE INTERPRETER: The answer was yes. I'm
25 sorry. The answer was yes.

Shaqba'u

### Page 90

1  Q. Do you consider your employment with the PLO to
2  be co-extensive with your employment with the PNF?
3  A. The Palestinian National Fund is a department of
4  the PLO.
5  Q. So, by virtue of being employed with one, you're
6  employed with the other?
7  A. The Palestinian National Fund is part of the PLO.
8  Q. Other than the funds administered by the
9  Palestine National Fund, does the PLO have any other
10 budget, to your knowledge?
11     MR. HILL: Objection. Beyond the scope for
12 which he's been ordered to appear.
13 Q. You can answer.
14 A. The administration of the monies pertinent to the
15 PLO is exclusively the function of the Palestinian
16 National Fund.
17 Q. Okay. So, other than the monies that the PNF
18 gives to the PLO, are you saying the PLO has no other
19 budget?
20     And I'm talking -- and I'm talking about the
21 time period of October 1, 2000 to February 2002.
22     MR. HILL: Same objection, plus vague and
23 confusing.
24 Q. But you can answer.
25 A. Always pertinent to the PLO are in the records of

### Page 91

1  the Palestinian National Fund, certainly.
2  Q. I'm sorry. Maybe it's how it came out in the
3  translation, but the question -- your answer made no
4  sense, at least to me.
5     MR. HILL: Can we get a translation?
6     THE INTERPRETER: I didn't hear what he
7  said.
8  A. You asked me about the National Authority, not
9  the PLO, correct?
10 Q. No. I'm asking -- I'm asking -- you told us that
11 the PNF transfers money to the PLO for certain expenses.
12    What I'm asking you is, other than the
13 expenses that the PNF funds, does the PLO have any other
14 budgets from other sources.
15    MR. HILL: Objection. Beyond the scope for
16 which he's been ordered to appear, and asked and
17 answered.
18 A. When you say budget, what do you mean? Do you
19 mean revenues? Financial revenues?
20 Q. Okay. To your knowledge, other than the -- okay.
21 I'm going to ask the question carefully.
22    During the period of October 1, 2000 to February
23 2002, did the PLO have any sources of revenue other than
24 the monies transferred by the PNF?
25    MR. HILL: Objection. Beyond the scope for

### Page 92

1  which he's been ordered to appear.
2  A. Which were transferred to us from the Ministry of
3  Finance.
4  Q. Okay. That --
5  A. Other than that, they did not have any revenues
6  except for the monies transferred by the Ministry of
7  Finance.
8  Q. Okay.
9     MR. TOLCHIN: Let's just take two minutes
10 off the record. We just received a fax.
11    (Short recess taken from 2:05 until 2:08.)
12    MR. TOLCHIN: Okay. Let's go back on the
13 record.
14    MR. HILL: Dick, we're ready to go back on
15 the record. Can you hear us?
16    MR. HIBEY: Thank you.
17    MR. HILL: We're going back on the record.
18 Q. Sir, is it accurate to describe the PNF as the
19 Treasury of the PLO?
20 A. It handles the monies pertinent to the PLO.
21 Q. But is it the Treasury of the PLO?
22 A. Yes. I agree.
23 Q. You agree?
24 A. Yes.
25 Q. Okay. And is it correct that, in the period of

### Page 93

1  2000 -- October 2000 to February 2002, all monies
2  received and spent by the PLO came through the PNF?
3  A. Yes.
4  Q. Okay. Now, did the PLO -- during the period of
5  2000 to 2002 that we've been discussing, did the PLO
6  provide funding to Fatah?
7     MR. HIBEY: That's been asked and answered.
8     MR. TOLCHIN: No, it hasn't. It's been
9  asked about the PNF. Now we're talking about the PLO.
10    MR. HILL: Objection. Beyond the scope for
11 which he's been ordered to appear, and it has been
12 answered.
13    THE INTERPRETER: The answer was, Not at
14 all.
15 Q. Not at all?
16    THE INTERPRETER: Not at all?
17 A. Not at all.
18 Q. Okay. Do you know whether the lawyers
19 representing the PLO in this case told the Court in this
20 case that Fatah is one of the political entities within
21 the PLO and, as such, it ought to be funded by the PLO,
22 and it is?
23 A. If that was said, that was not by someone
24 specialized like myself.
25 Q. So you think whoever said that didn't know what