# EXHIBIT 16

```
 1                THE UNITED STATES DISTRICT COURT

 2                      THE DISTRICT OF COLUMBIA

 3

 4

 5    THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                           )
 6                             Plaintiff,  )
                                           )
 7              vs.                        )   Case No.
                                           )04-1173(PLF)(JMF)
 8                                         )
      THE PALESTINIAN AUTHORITY, et al.,   )
 9                                         )
                                Defendants.)
10    _____)

11

12

13

14                         DEPOSITION OF

15                         MAZEN JADALLAH

16                      East Jerusalem, Israel

17                         June 15, 2010

18

19

20

21

22

23

24

25    REPORTED BY:  AMY R. KATZ, RPR
```

Page 46

1  Fund, so if he wants to request anything for them to
2  do, he addresses them. For Fatah, I don't know,
3  because it's not part of our budget.
4       MS. MATTA: Can I ask the witness to speak a
5  little louder so the court reporter can hear you.
6       THE WITNESS: Okay.
7       Q. In the years 2000 through 2004, was there a
8  budget line for a presidential budget that was under
9  the discretionary spending of Yasser Arafat?
10      A. "Discretionary" means?
11           (Brief exchange in Arabic between
12  Interpreter Hazou and the witness.)
13           THE WITNESS: Sorry, I cannot understand the
14  question.
15           MR. HEIDEMAN: I'll rephrase the question.
16           I would like you to add, Madam Translator,
17  tell us what George, the consultant and check
18  translator for the defendants, said to the witness just
19  now, please.
20           INTERPRETER MASARWAH: The witness didn't
21  understand what you said, so George translated for him
22  that he didn't understand that word.
23           MR. HEIDEMAN: "Discretionary"?
24           INTERPRETER MASARWAH: "Discretionary." So
25  he explained for him that "discretionary" means that,

Page 47

1  like, he can just decide or spend the money as he
2  likes. So that's what George explained to the witness,
3  and he asked him if he knows that Arafat did that.
4       MR. HEIDEMAN: Thank you.
5       Q. And what is your answer, sir, to the
6  question as to whether Yasser Arafat had a
7  discretionary spending budget over which he made the
8  decisions as to how the monies were spent?
9       A. I don't know what does that mean. Not in
10  terms of language, but let me tell you the following.
11  The president's office is a budget line also inside our
12  budget. They have budget allocations that should be
13  normally, under normal circumstances, transferred to
14  them each month, and this is to cover their recurrent
15  expenditures. Recurrent expenditures include
16  transportation, travel abroad, include food, include,
17  for example, car maintenance, stuff like that. This is
18  what we call recurrent expenditure. So are you asking
19  about this amount of money?
20      Q. I'm asking about any amount of money that
21  Yasser Arafat had at his disposal to spend as he
22  determined it should be spent.
23      A. His own budget, his own office budget, yes,
24  he has the authority to decide where it should be
25  spent.

Page 48

1       Q. And as best you recall, sir, what was the
2  presidential office budget for Yasser Arafat for each
3  of the years 2000 through 2004?
4       A. Normally 2 million dollars a month, more or
5  less, of course, and depends on the availability of
6  liquidity.
7       Q. And, sir, were those expenditures audited by
8  the Palestinian National Authority Ministry of Finance
9  for the years 2000 through 2005?
10      A. Let me explain something here, if I am
11  allowed.
12      Q. Yes, of course.
13      A. Between the end of 2000 and 2003, the
14  Israeli occupation power, the Israeli military
15  occupation was sieging al-Muqata'a, where Yasser Arafat
16  was placed, and they almost smashed every building
17  available there, and they confiscated most of the
18  documentation there. So I will not -- nobody, I
19  believe, will ever be in a position to tell whether
20  those documentation were sent to the Ministry of
21  Finance, before the insurgence, before the attack at
22  al-Muqata'a, or anybody seen that.
23           It was a total mess. It was a total mess
24  caused by the Israeli Defense Forces. They were
25  sieging al-Muqata'a, prohibiting anybody from going in

Page 49

1  or out most of the time, demolishing buildings,
2  controlling everything going in and out. So it was
3  something that you cannot discuss in an
4  institutional-based manner.
5       Q. Thank you.
6           My question is, for the years 2000 through
7  2004, could you please tell the court whether or not
8  the Palestinian National Authority Ministry of Finance
9  audited the expenditures under the presidential office
10  budget of Yasser Arafat?
11      A. They audited all the documents the
12  documentation that they could have. The Ministry of
13  Finance audited all the documentation that it can have
14  at that time.
15      Q. And who, by name, was the auditor, if you
16  recall, for the time period 2000 through 2004, who did
17  the audits of the presidential office budget of Yasser
18  Arafat?
19      A. We don't have an auditor by name. We have
20  an audit department who used to receive payment
21  requests or payment executions from other line agencies
22  and ministries, centralized at the Ministry of Finance,
23  and then any person working there can check and certify
24  that this is against the budget line or it's not
25  against the budget line.

Page 174

1  Q. And what was the reason for that variance of
2  55 to 75?
3  A. It depends on the amount of provisions we
4  will be making in that particular year. So if we are
5  -- if there is good economic conditions, if there is a
6  little bit of relief of the siege, of the Israeli siege
7  imposed on the Palestinian territory, then revenues
8  will be much more better because of the economic
9  activity. Then the percentage of the payroll will go
10 down. If there is no real growth in the economy, then
11 the percentage will go higher.
12      MR. HEIDEMAN: Thank you.
13      THE REPORTER: Counsel, would we be able to
14 take two minutes at some point soon?
15      MR. HEIDEMAN: Let's do it right now.
16      (Recess taken from 3:56 to 4:06.)
17      (Plaintiff's Exhibit 12 marked.)
18 BY MR. HEIDEMAN:
19  Q. Let me hand you what has been marked as
20 Exhibit 12 to this deposition and ask you if you can
21 identify this document. It bears Bates number 000407.
22 Can you identify that document?
23  A. Yes. This is a spreadsheet, summary sheet
24 for the budget between 1998 to 2006.
25  Q. And for the year 2002, sir, does it indicate

Page 175

1  the amount of expenses for wages?
2  A. Yes.
3  Q. What amount is that?
4  A. 3 billion, 181 million Israeli shekels.
5  Q. What is the approximate percentage of wages
6  to the total current expenses in the budget?
7  A. You mean to the total wage?
8  Q. To the total, the amount of wages to the
9  total budget.
10 A. So you have to divide 3 billion, 181 million
11 over 5 billion, 223 million shekels, you will exclude
12 the -- you will conclude the percentage. This is
13 compared to the recurrent budget, to the overall
14 budget. The development expenditure is not included.
15      If you want the percentage of the wage bill
16 compared to the recurrent expenditures, you have to
17 divide 3 billion, 181 million over 5 billion, 223
18 million.
19      If you want to compare it to the overall
20 budget, you have to divide the same figure, 3 billion
21 181 million, over 6 billion 392 million.
22 Q. And you previously testified that there were
23 approximately 150,000 employees of the Palestinian
24 Authority. Would that have been an actual or
25 approximate number in 2002, as best you recall?

Page 176

1  A. No, it wasn't 150,000.
2  Q. Do you think it was more or less?
3  A. No, I believe it was less.
4  Q. What range do you believe the number of
5  employees was?
6  A. Between a hundred to a hundred ten thousand,
7  something like that.
8  Q. Hundred to a hundred ten thousand?
9  A. Something like that. This is estimation out
10 of my mind; it's not real figures.
11 Q. Out of the one hundred to one hundred ten
12 thousand employees in 2002, what's your best
13 recollection as to how many of those would have been
14 engaged in the area of security?
15 A. It's not easy to answer such a question. I
16 have to go back to the records.
17 Q. We will ask you to do so and to provide that
18 to us. But as you sit here today, what's your best
19 approximation, knowing that it's an approximation, of
20 the percentage of employees that were involved in the
21 security field as opposed to anything else?
22 A. I would say 35 percent. This is a very
23 rough figure that can vary totally, can be totally
24 different, but this is from following up those
25 information all those years, I can say that it was

Page 177

1  about there.
2  Q. Thank you.
3      If you could run that number and provide it
4  to us as Exhibit 12A, we would appreciate it, so
5  provide it to your attorneys.
6  A. If our lawyers don't have an objection.
7      MR. O'TOOLE: For all of these, he may not
8  be the right person for this information, and if he's
9  not, then it can come in through one of the other
10 depositions. Then there may be no need for this.
11     MR. HEIDEMAN: Thank you.
12 Q. In your earlier testimony you said that
13 there was a variance of 55, I think you said, to 75
14 percent that was spent on wages. Let me --
15 A. Of the recurrent budget.
16 Q. Of the recurrent budget?
17 A. In dealing with financial terminologies you
18 have to be very precise, because one word might change
19 the whole thing.
20     (Plaintiff's Exhibit 13 marked.)
21 Q. Let me hand you what has been marked as
22 Exhibit 13, which bears a Bates number of 403, and ask
23 if you can identify this document.
24     It says in English at the top, and I don't
25 know if you know whose writing that is, "budget