# EXHIBIT 17

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ----------------------------------------X
     MARK I. SOKOLOW, et al.,
4
                              PLAINTIFFS,
5

6         -against-        Case No:
                           04CV 397 (GBD)(RLE)
7

8    THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
9
                              DEFENDANTS.
10   ----------------------------------------X

11

12                  DATE: June 27, 2012

13                  TIME: 2:17 P.M.

14

15

16            DEPOSITION of VARDA GUETTA,

17   taken by the Defendants, pursuant to Notice

18   and to the Federal Rules of Civil

19   Procedure, held at the offices of Morrison

20   & Foerster, 1290 Avenue of the Americas,

21   New York, New York 10104, before Robert X.

22   Shaw, CSR, a Notary Public of the State of

23   New York.

24

25

1                      Varda Guetta

2         Q.    How long have you lived at your

3    current address?

4         A.    Since October, last October.

5         Q.    Since October of 2011?

6         A.    Yes.

7         Q.    What was your address prior to

8    October of 2011?

9         A.    That is number 3 Mevo Hashemesh

10   Street, apartment 7, Givat Zeev.

11              THE INTERPRETER: The same city

12        as before.

13        Q.    How long did you live at that

14   address?

15        A.    16 or 17 years.

16        Q.    Prior to living at that

17   address, where did you reside?

18        A.    In Bet Shemesh.

19        Q.    That is in Israel?

20        A.    Yes.

21        Q.    How long did you live in Bet

22   Shemesh?

23        A.    Six years.

24        Q.    Prior to residing in Bet

25   Shemesh, where did you live?

1                          Varda Guetta

2          A.      Ramot is an area in Jerusalem.

3          Q.      Did you live anywhere before

4     you lived in Ramot, Israel?

5          A.      In Shmuel Hanavi.

6                  THE INTERPRETER: Shmuel Hanavi,

7              which is another neighborhood in

8              Jerusalem.

9          Q.      Have we now listed all of the

10    places that you have lived?

11         A.      When I was like, I was three, I

12    lived in Baka, in a different area, and

13    that is it.  And before my mother told me,

14    that is it.

15         Q.      What's your date of birth?

16         A.      May 10, '57.

17         Q.      Of what country or countries

18    are you a citizen?

19         A.      Israel.

20         Q.      Do you have any American

21    citizenship?

22         A.      No.

23         Q.      Have you ever been an American

24    national?

25         A.      I used to have the Green Card.

```
 1                    Varda Guetta
 2         Q.    What years did you have a Green
 3    Card?
 4         A.    I don't know.  Maybe '80, maybe
 5    until '90, '92.
 6         Q.    All right.
 7         A.    I was married to an American
 8    citizen.  My two children are American
 9    citizens.
10         Q.    Okay.  How many times have you
11    been married?
12         A.    Once.
13         Q.    What was the name of your
14    husband?
15         A.    David.
16         Q.    What's his full name?
17         A.    Full name?  Guetta.
18         Q.    He doesn't have a middle name
19    either?
20         A.    No.
21         Q.    Do you know his Social Security
22    number?
23         A.    No.  I am not married to him
24    since 1984.
25         Q.    Do you know where he lives
```

```
 1                    Varda Guetta
 2         Please follow-up in writing.
 3             I know the witness is not sure
 4         that this material even exists.
 5         Q.    Do you have any records of your
 6    son's academic performance after the
 7    attack?
 8         A.    Maybe.
 9             MR. HILL:  Again, if she has
10         them, we obviously need them.
11             MR. SOLOMON:  The same
12         response, we will take it under
13         advisement.  Follow-up in writing.
14         Q.    Is there any history of mental
15    illness in your family?
16         A.    No.  No.
17         Q.    I would like to now talk about
18    the attack in 2001.  What time of day did
19    the attack occur?
20         A.    Around 8, 8:30 at night.
21         Q.    Was this in the month of
22    January?
23         A.    Yes.
24         Q.    Was it dark?
25         A.    Yes.
```

```
 1                    Varda Guetta
 2    inside of the car?
 3          A.    I saw four of them, yes.
 4          Q.    Did you recognize any of them?
 5          A.    One -- I think, yes.  I can see
 6    one.
 7          Q.    Is this someone that you knew?
 8          A.    No.
 9          Q.    How did you recognize this
10    person?
11          A.    Because I saw the face, and
12    I -- I can see the face every time that I
13    close my eyes.
14          Q.    Do you have a name to go with
15    this face?
16          A.    No.
17          Q.    Has anyone ever --
18          A.    If I decide to give him a
19    name --
20                THE INTERPRETER:  Mr. Hill, I
21          think the witness missed the word
22          recognized because --
23                THE WITNESS:  (Speaking in
24          Hebrew)
25                THE INTERPRETER:  (Speaking in
```

```
 1                    Varda Guetta
 2          Hebrew)
 3               THE WITNESS:  (Speaking in
 4          Hebrew)
 5               THE INTERPRETER:  If I know
 6          him?  No, I don't know him.
 7               THE WITNESS:  (Speaking in
 8          Hebrew)
 9               THE INTERPRETER:  But if I see
10          him in the future, I will know him.
11          I will know who he was.
12               MR. SOLOMON:  Stating that she
13          will be able to recognize the
14          individual again, I guess.
15          Q.    How do you know you would
16     recognize the individual ten years after
17     the fact?
18               THE WITNESS:  (Speaking in
19          Hebrew)
20               THE INTERPRETER:  I will be
21          able to recognize him in 20 years, as
22          well.
23          Q.    Can you describe this
24     individual?
25               THE INTERPRETER:  (Speaking in
```

```
 1                    Varda Guetta
 2          Hebrew)
 3               THE WITNESS:  (Speaking in
 4          Hebrew)
 5               THE INTERPRETER:  Yes.  He had
 6          a mustache, he was dark skin, and he
 7          smiled.  He shot and smiled.
 8          Q.    How long did you see this
 9     individual's face?
10               THE WITNESS:  (Speaking in
11          Hebrew)
12               THE INTERPRETER:  I can't
13          estimate it in time, but --
14               THE WITNESS:  (Speaking in
15          Hebrew)
16               THE INTERPRETER:  When I saw
17          it, after I saw it, I bent down and
18          covered my son, and I tried to get
19          away, and I couldn't.
20          Q.    Would you say that you observed
21     the individual's face for less than 10
22     seconds?
23               THE WITNESS:  (Speaking in
24          Hebrew)
25          A.    I can't estimate the time.
```

```
 1                    Varda Guetta
 2            Hebrew)
 3                 THE INTERPRETER:  What is their
 4            names?  The Palestinian Authority.
 5            Q.    Why did you sue the Palestinian
 6       Authority in connection with this attack?
 7                 THE INTERPRETER:  (Speaking in
 8            Hebrew)
 9                 THE WITNESS:  (Speaking in
10            Hebrew)
11                 THE INTERPRETER:  Because they
12            support, they stand behind the
13            terrorists.
14            Q.    Are you aware of any evidence
15       that the Palestinian Authority supported
16       the people that attacked you?
17                 THE INTERPRETER:  (Speaking in
18            Hebrew)
19                 THE WITNESS:  (Speaking in
20            Hebrew)
21                 THE INTERPRETER:  If I am aware
22            of it, I think that is how it is.
23            They stand behind all of the -- the
24            terrorists.
25            Q.    Okay.  I appreciate what you
```

```
 1                    Varda Guetta
 2    have just said.
 3                    But what I am trying to get to
 4    is, are you aware of whether the
 5    Palestinian Authority did anything to aid
 6    the particular people that attacked you?
 7                    THE INTERPRETER:  (Speaking in
 8            Hebrew)
 9                    THE WITNESS:  (Speaking in
10            Hebrew)
11                    THE INTERPRETER:  I don't know.
12            That is I --
13            A.    I don't know.  I think that I
14    heard from -- I don't know what to say.
15            Q.    It is okay if you don't know.
16                    I am just trying to find out if
17    you know of any evidence --
18            A.    Nobody told me that, I know
19    that they sued them, and I know that --
20                    THE WITNESS:  (Speaking in
21            Hebrew)
22                    THE INTERPRETER:  I know they
23            stood behind this.  How I know?  I
24            don't know how I know.  But I know.
25            Q.    Okay.  Can you tell me any
```

```
 1                    Varda Guetta
 2    evidence that they stood behind this attack
 3    on you?
 4              THE INTERPRETER:  (Speaking in
 5         Hebrew)
 6              THE WITNESS:  (Speaking in
 7         Hebrew)
 8              THE INTERPRETER:  I don't have
 9         evidence.  The police in Israel
10         perhaps can bring evidence.  I don't
11         have evidence to bring.
12    Q.    Okay.
13              THE WITNESS:  (Speaking in
14         Hebrew)
15              THE INTERPRETER:  I was
16         attacked.  I did not attack.
17    Q.    I understand.  I am just trying
18    to find out if you --
19    A.    Yes, I know.
20    Q.    -- know anything about whether
21    my clients had anything to do with your
22    attack, and it sounds like you don't; is
23    that fair?
24              THE INTERPRETER:  (Speaking in
25         Hebrew)
```

```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                               PLAINTIFFS,
 5

 6          -against-          Case No:
                               04 cv 397
 7                             (GBD)(RLE)

 8
      THE PALESTINE LIBERATION ORGANIZATION,
 9    et al.,

10                             DEFENDANTS.
      ------------------------------------------X
11

12                  DATE: May 7, 2013

13                  TIME: 11:10 A.M

14

15            CONTINUED VIDEOTAPED DEPOSITION

16    of the Plaintiff VARDA GUETTA, taken by the

17    Defendants, pursuant to Order and to the

18    Federal Rules of Civil Procedure, held at

19    the offices of Morrison & Foerster, 1290

20    Avenue of the Americas, New York, New York

21    10104, before Robert X. Shaw, CSR, a Notary

22    Public of the State of New York.

23

24

25
```

```
 1                    VARDA GUETTA
 2          A.    Yes.
 3          Q.    And, at the time, you were
 4    taking your son -- and his name is Oz; is
 5    that correct?
 6          A.    I understand what he's saying.
 7                MR. TOLCHIN:   Look.  If we --
 8                Can we just go off the record,
 9           counselor.  I just want to instruct
10            my client.
11                (Speaking in Hebrew).
12          Q.    So, your son's name is Oz; is
13    that correct?
14          A.    Yes.
15          Q.    And he was 12 years old at the
16    time?
17          A.    12-1/2.
18          Q.    And how old were you, at the
19    time, if you don't mind me asking?
20          A.    Let's see, 11 years ago.  I was
21    44.
22          Q.    Okay.  Do you remember what
23    kind of car you were driving?
24          A.    Hyundai Lancer.
25          Q.    Okay.  And did it have a
```

1                    VARDA GUETTA

2            THE INTERPRETER:  I understood

3        him (Speaking in Hebrew).

4        A.    I was going there, yes.

5            MR. TOLCHIN:  The issue is that

6        you butchered the name, and to the

7        extent the interpreter didn't

8        understand it.  Givon Hadesha.

9            THE INTERPRETER:  When you said

10       it, I understood it.

11           MR. O'TOOLE:  His Hebrew is

12       clearly better than mine.

13       Q.    So, you're dropping off a

14   friend of your son's; is that right?

15       A.    Yes.

16       Q.    And you're leaving Givon

17   Hadesha; correct?

18       A.    Yes.

19       Q.    And your son is sitting next to

20   you in the passenger seat?

21       A.    Yes.

22       Q.    And he's facing forward; is

23   that right?

24       A.    Yes.

25       Q.    And you go out of Givon

```
 1                    VARDA GUETTA

 2    Hadesha, past the security booth; correct?

 3         A.    Yes.

 4         Q.    And you go down a hill and you

 5    come to an intersection?

 6         A.    Correct.

 7         Q.    And it's nighttime; is that

 8    correct?

 9         A.    Yes.

10         Q.    And you come to the

11    intersection?

12         A.    Yes.

13         Q.    And a car comes in from the

14    left; is that correct?

15         A.    Yes.

16         Q.    And it blocks you in front; is

17    that correct?

18         A.    Yes.

19         Q.    And, at that point, you see

20    what you described as fireworks and flashes

21    coming out of the car?

22         A.    Yes.

23         Q.    And, at some point, you --

24    you've testified before that you didn't

25    realize at first that those were shots; is
```

```
 1                    VARDA GUETTA
 2    that correct?
 3         A.    Of course not, because it's not
 4    every day that I get shot at.  It's not
 5    something that I'm accustomed to.
 6         Q.    And then your son Oz says we're
 7    being shot at; is that correct?
 8         A.    Correct.
 9         Q.    Okay.  Now, the shooters, as I
10    understand it, I guess the last time you
11    testified, you said they stayed in the car;
12    is that right?
13         A.    Correct.
14         Q.    So, at some point, you said
15    that four people got out of the car and
16    started to shoot?
17         A.    (Speaking English) No.
18         Q.    That's incorrect?
19         A.    I never said such a thing,
20    because they never got out of the car.
21              MR. O'TOOLE:  Okay.  Can we put
22          the video up.
23         A.    I never said that anyone got
24    out of the car.
25              (Video being played.)
```

```
 1                   VARDA GUETTA
 2         probably a little further.
 3              MR. HILL:  Why don't you pose
 4         it to her in meters.
 5         Q.    Do you have any idea how many
 6    meters that is?
 7         A.    But tomorrow I'm going to
 8    Israel, I can measure it exactly and let
 9    you know.
10         Q.    A meter is about here?
11         A.    Here, okay.
12         Q.    Okay, that's your car.
13         A.    My car was about that far away,
14    and then there was a little more, the
15    distance of the road, and then beyond that.
16    It's a little narrow road.  It's not the
17    kind of roads that they have in New York.
18         Q.    Now, you said -- were you
19    looking at the guns?
20         A.    I was looking at them and I
21    didn't understand what was going on.
22         Q.    And how many guns did you see?
23         A.    Four.
24         Q.    Now, did you say that to the
25    police right afterwards?
```

324

```
 1                    VARDA GUETTA
 2                When we were focused on the
 3     flashes of light; correct?
 4          A.    Yes.
 5          Q.    And then Oz says, those were
 6     guns; correct?
 7          A.    Yes.
 8          Q.    And that made you nervous;
 9     right?
10          A.    It made me nervous.  It made me
11     very confused.
12          Q.    You immediately wanted to save
13     your son?
14          A.    Correct.
15          Q.    And you did not wait?
16          A.    I looked to see what was going
17     on, and I looked and I bent down.  I bent
18     down, and while I was doing that, Oz was
19     higher up and then I moved him down and got
20     on top of him.
21          Q.    So, let's walk through that.
22     You turned to Oz; right?
23          A.    Oz was here.
24          Q.    On your right side; correct?
25          A.    Yes.
```

325

1                    VARDA GUETTA

2          Q.    And you turned towards your

3    right?

4          A.    With my body, with my hands

5    like this.

6          Q.    And you pushed him down?

7          A.    Yes.

8          Q.    And you put yourself on top of

9    him; right?

10         A.    Yes.

11         Q.    So, you're leaning over to your

12   right with your head down; is that right?

13         A.    No.  Because I was looking to

14   see what was going on, whether they had

15   left or hadn't left.  Here, again, I said

16   whether they went or did not went, but what

17   I meant was, um, drove away.  So, I have to

18   correct myself.

19         Q.    Let's wait to get to that.

20               So, you're ducked down, what

21   you are saying now is that you were lifting

22   your head above the dashboard?

23         A.    I don't have to lift my head,

24   because Oz is tall.

25               MR. TOLCHIN:  Wait for the

327

```
 1                    VARDA GUETTA
 2          Q.     So, you're scared?
 3          A.     I don't know how to explain it,
 4   whether I was afraid, or whether I was
 5   confused.  I didn't understand what was
 6   going on.
 7          Q.     And your heart is beating
 8   really fast?
 9          A.     I was confused.  I said before,
10   and I'll say it again today, when the time
11   comes, I'll go treat the roots of the
12   matter, and I'll understand whether my
13   heart was pounding or whether it wasn't
14   pounding.  It was -- the entire thing was a
15   matter of seconds.
16          Q.     And when you say get to "the
17   root of the matter," are you referring to,
18   you testified before about going through
19   hypnosis.
20          A.     I went through a crisis.
21                 I'm still going through a
22   crisis.  Emotionally speaking, I'm simply
23   -- I have yet to contend with a great deal
24   of damage that was caused to me.  I don't
25   have the privilege of dealing with that.
```

```
 1                     VARDA GUETTA
 2          Q.    It's hard to remember; isn't
 3     it?
 4          A.    Some of the things are very
 5     difficult to remember, yes.
 6          Q.    You spoke about it with the
 7     police?  When I say "it," I'm talking about
 8     the shooting.
 9          A.    I think -- I think so.  I had
10     to give a report to the police.  They took
11     a report from me.
12          Q.    And when do you -- first of
13     all, which police are we talking about?
14          A.    The report I gave to the police
15     at Givat Zeev.  I don't recall whether I,
16     whether I went there, or they came to me.
17     And at the hospital I think that the night
18     that it happened, the shabak, the general
19     security services came.
20          Q.    Did they take a statement from
21     you?
22          A.    With a signature and all that?
23     I spoke to them.  They didn't -- I don't
24     recall that they took a statement.
25          Q.    When you spoke to them, was
```

```
 1                    VARDA GUETTA
 2   somebody writing down what you said?
 3        A.    No.  I don't think so.  They
 4   took me to a side room, and Oz was in the
 5   emergency room, and I didn't have a lot of
 6   patience to sit and talk with them.
 7        Q.    Now, you said they made a
 8   report.  Have you seen a report about the
 9   shooting?
10        A.    I don't know whether they did a
11   report.  I don't know.  He spoke to me.  I
12   don't know whether he did a report.
13        Q.    Have you ever seen a report?
14        A.    No.  Not a shabak report, not a
15   general security services report.
16        Q.    Now, you said you were
17   impatient; is that right?
18        A.    When they came to speak with
19   me, yes.
20        Q.    Yes.  But you wanted to help;
21   right?
22        A.    At that moment, I only wanted
23   to help my son.  Nothing else was of
24   interest to me.
25        Q.    You didn't not provide a
```

```
 1                    VARDA GUETTA
 2     description of the shooter; did you?
 3          A.    At that moment, nothing at all
 4     was of interest to me, even if the world
 5     were to implode.  The only thing that was
 6     of interest to me was my son.
 7          Q.    You never told them that the
 8     shooter had a moustache, for example?
 9          A.    We did not get into details
10     like that at that moment.  I stood and I
11     spoke to them, and I had to go to my son.
12     I did not go into detail with them.
13          Q.    And you never told police about
14     a kaffieh?
15          A.    They didn't ask me.
16          Q.    All right.  How many times
17     after the shooting did you speak with the
18     police?
19          A.    I don't think that I spoke with
20     the police after that.  They didn't speak
21     with me again.
22          Q.    Well, they told you about their
23     investigation; is that right?
24          A.    It wasn't the police who told
25     me, it was a friend of my daughter who
```

1                    VARDA GUETTA

2    Attacks in Israel, attacks in Israel are

3    talked about and made public everywhere,

4    and in our community, these are people who

5    we knew.

6         Q.    Now, the police never showed

7    you pictures; did they?

8         A.    No.

9         Q.    Never had you try and identify

10   anyone?

11        A.    The police, no.

12        Q.    And they never did that,

13   because you never told them you could

14   identify the shooter?

15             MR. TOLCHIN:  Objection.  Calls

16        for speculation as to why the police

17        did whatever they did.  That's a

18        silly question.

19        Q.    You can answer.

20        A.    They did not ask me.

21        Q.    Okay.

22        A.    (Speaking in Hebrew).

23             MR. TOLCHIN:  There's no

24        question.

25             MR. HILL:  There was a

```
 1                    VARDA GUETTA
 2        Q.    You were asked, was there
 3   anything about the faces that you could
 4   tell who they were, and you shook your head
 5   No; is that correct?
 6        A.    In this instance, yes.  I want
 7   to explain something to you.
 8             THE INTERPRETER:  (Speaking in
 9        Hebrew).
10        A.    I've never been through
11   situations like this.  The first deposition
12   that took place, I was under enormous
13   pressure, and you can see how I'm moving.
14   I'm not a professional.  I don't know what
15   to say and how to behave.  I don't know.
16        Q.    But you were asked if there was
17   anything about the faces, and you shook
18   your head No, and then you didn't just
19   shake your head No.
20             MR. TOLCHIN:  Well, let's
21        finish the sentence.
22             MR. O'TOOLE: She shook it, No.
23             MR. TOLCHIN: She was asked was
24        there anything about the faces that
25        would permit her to identify them.
```

```
 1                    VARDA GUETTA
 2              MR. HILL:  If you have an
 3         objection, you should state the
 4         objection.  You should not --
 5              MR. TOLCHIN:  Okay.  Let's move
 6         on.  Go ahead.  Ask your question
 7         again.
 8              MR. O'TOOLE:  We are going to
 9         show the clip again.
10              THE INTERPRETER:  No, it's not
11         necessary.
12         Q.    You were asked was there
13    anything about the faces that you could
14    tell who they were; correct?
15         A.    Correct.  But was I supposed to
16    say whether he had a moustache, or didn't
17    have moustache?  99 percent of Arabs have
18    moustaches.
19         Q.    You never provided any
20    description.
21         A.    Because they didn't really go
22    into detail with me with regard to a
23    description.  They didn't really ask me
24    about that.
25         Q.    Well, you didn't say anything
```

                    VARDA GUETTA

2    about a moustache; right?

3        A.    They didn't ask me either.

4        Q.    You didn't say he was smiling?

5        A.    They didn't ask me.

6        Q.    You didn't say he was laughing?

7        A.    I didn't say that he was

8    laughing.  I said that he was smiling.

9        Q.    You didn't say I'll never

10   forget that face?

11       A.    I didn't say it.  I don't know

12   whether I didn't say it, but I still say

13   that, until my dying day, I won't forget

14   him.  Whether I said it before, or didn't

15   say it, um, before, that's the way it is,

16   and that's something that's engraved in me

17   for eternity.

18       Q.    You didn't say it before

19   because you were focused on your son and

20   you weren't looking at the shooters.

21            MR. TOLCHIN:  Objection to the

22        form.

23       A.    I was focused on my son, but at

24   the same time I wanted to understand what

25   was going on, and I looked.  I was focused,

369

                    VARDA GUETTA

1

2        A.     Yes.

3        Q.     They were pretty blinding;

4    right?

5        A.     Not really.

6        Q.     You couldn't even tell they

7    were guns?

8        A.     It's not that I didn't see it.

9    My brain didn't comprehend it.  My brain

10    didn't comprehend it.  See it?  I saw it.

11    It didn't, it wasn't processed in my head.

12        Q.     Now, at your deposition in the

13    Arab Bank case, when you were asked if you

14    saw the faces, you said you were focused on

15    the guns?

16        A.     Yes.  But the guns had people

17    attached to them.  The Arabs weren't apart

18    from them.  It's not like I saw it, it's

19    like I saw the guns alone.  There were

20    people who were holding them.

21        Q.     Now, the car is at its side;

22    right?

23             MR. TOLCHIN:  Which car?

24        Q.     The car from which the flashes

25    were coming.

VARDA GUETTA

1                    VARDA GUETTA
2      not focused on that.
3           Q.    Have you ever been had any
4      discussions, that you know of, about
5      Muhanad Abu Halawa?
6           A.    Even if I did, I don't remember
7      them.
8           Q.    When was the first time that
9      you looked at a photograph in this case, to
10     try and identify the shooters?
11          A.    When I came here about two
12     months ago, 2-1/2 months ago.
13          Q.    That was the first time that
14     you ever looked at a photograph and were
15     asked by anyone, can you recognize this
16     face as one of the shooters?
17               THE INTERPRETER:  (Speaking in
18          Hebrew).
19          A.    That was the first time, yes.
20               MR. TOLCHIN:  You didn't
21          translate the whole thing.
22               Try your answer again.
23          A.    (Speaking in Hebrew).
24               THE INTERPRETER:  What was the
25          question again?  No, you translate

```
 1                    VARDA GUETTA
 2           question?
 3      DI          MR. TOLCHIN:  The question is
 4           what did your lawyer say to you?
 5           Yes, I'm instructing you not to
 6           answer.
 7                    MR. YALOWITZ:  Why don't you
 8           ask a more specific question.  Maybe
 9           we can work through it.
10           Q.    All right.  So, your lawyers
11      contacted you about viewing photos;
12      correct?
13           A.    Yes.
14           Q.    What did they say they wanted
15      you to do with respect to the photos?
16           A.    To look at them and to see
17      whether I, whether I can identify them.
18           Q.    Did they say who was in the
19      photos?
20           A.    No.
21           Q.    Did they say anything else
22      about the photos?
23           A.    No.
24           Q.    When, how did this contact take
25      place?
```

VARDA GUETTA

1

2     A.    He brought me an envelope with

3   pictures and he left it, and he, um, left.

4     Q.    Who is "he"?

5     A.    (Indicating).

6     Q.    And you're pointing at Mr.

7   Tolchin?

8     A.    Yes.

9     Q.    And where were you when he

10  brought you the envelope with photos?

11    A.    At my daughter's house.

12    Q.    You were at your daughter's

13  houses.  Who else was there?

14    A.    My grandson.

15    Q.    How old is your grandson?

16    A.    He was a year old on Sunday.

17    Q.    Congratulations.  And how about

18  your daughter, she was there?

19    A.    She was at work.  Bob was with

20  his daughter.  And I was with my grandson,

21  and it was very brief.

22    Q.    And how did you learn Bob was

23  going to bring you photos?

24    A.    He called to coordinate it with

25  me.

```
 1                     VARDA GUETTA

 2   was?  What were you trying to do with the

 3   photos?

 4         A.     To see whether I identify them.

 5         Q.     And where does your daughter

 6   live?

 7         A.     Now in Florida, but she was in

 8   Brooklyn.

 9         Q.     So, he came to your house, or

10   your daughter's house in Brooklyn --

11         A.     Yes.

12         Q.     -- and handed you an envelope?

13         A.     Yes.

14         Q.     Now, what did you assume about

15   what was in the photos, if anything?

16         A.     That there are pictures there

17   of perhaps terrorists -- not perhaps, of

18   terrorists.  And I wasn't thinking that he

19   brought me pictures of a potential date.

20         Q.     He wasn't going to waste your

21   time; right?

22         A.     In terms of what?

23         Q.     Well, you assumed the right

24   picture was in that group; right?

25         A.     I assumed that, and I hoped
```

```
 1                    VARDA GUETTA
 2    that.
 3         Q.    And he didn't say, if the guy's
 4    not in here, don't pick him; right?
 5              MR. TOLCHIN:   Objection.   Lacks
 6          foundation.
 7         Q.    Well, did he say anything to
 8    you?
 9         A.    He said, look at the pictures,
10    go over them, and then we'll talk.
11         Q.    But he didn't say anything
12    about the people who were in the photos?
13         A.    Not at all.
14         Q.    Just to be clear, he didn't
15    warn you that the shooter might not be in
16    there?
17         A.    He didn't tell me that he would
18    not be, and he didn't tell me that he would
19    be.
20         Q.    And he didn't tell you how to
21    look at them?
22         A.    No.
23         Q.    So, he didn't say, look at them
24    side by side?
25         A.    No.
```

```
 1                  VARDA GUETTA
 2   BY MR. O'TOOLE:
 3        Q.     To follow up on that, when we
 4   last broke we were talking, I was asking
 5   you a series of questions about the
 6   envelope that you looked at in February; is
 7   that correct?
 8        A.     I'm sorry.  Which year?
 9        Q.     February, 2013.
10        A.     Yes.
11        Q.     You said that you were in
12   Brooklyn.  Do you remember the date for
13   your trip to the United States?
14        A.     I arrived here on the 24th of
15   January.
16        Q.     When did you leave?
17        A.     From where?
18        Q.     The United States.
19        A.     (Speaking in English) I'm still
20   here.
21        Q.     Do you remember when Mr.
22   Tolchin brought you the envelope?
23        A.     Yes.
24        Q.     You were talking about the
25   envelope at the break; is that right?
```

```
 1                    VARDA GUETTA
 2          A.    Yes.
 3          Q.    About what time did Mr. Tolchin
 4    come over?
 5          A.    Around 5, 5:30, in the
 6    afternoon.
 7          Q.    And he's with his daughter?
 8          A.    Yes.
 9          Q.    And you put the photos to the
10    side because you were with your grandson?
11          A.    No.  We looked at them quickly.
12          Q.    Who is "we"?  You and Mr.
13    Tolchin looked at the photos?
14          A.    Yes.  Quickly.  And then my
15    grandson was crying, and he had to eat, and
16    I had said that I would look at them later
17    on.
18          Q.    When you and Mr. Tolchin looked
19    at the photos, that's different than from
20    what you said before the break; right?
21          A.    I was holding my grandson and I
22    looked through the pictures really quickly.
23    He was crying, and I had to -- I said that
24    I would look at them later on.
25          Q.    Did you -- you looked through
```

```
 1                   VARDA GUETTA
 2    them quickly, one by one, or did you look
 3    at them all side by side?
 4        A.    One by one.  Had I laid them
 5    out one next to the other, my grandson
 6    would have wrecked them all.
 7        Q.    So, you looked one by one, and
 8    you didn't make an identification of anyone
 9    of these?
10        A.    No.
11        Q.    Now, you said before that Mr.
12    Tolchin didn't say anything to you about
13    the photos.  Is that still your testimony?
14        A.    Yes.
15        Q.    Nothing.  He said no words at
16    all to you about any of the photos?
17        A.    He told me that he was bringing
18    me pictures, that I should try and see
19    whether I could identify them.
20        Q.    And that was for the purpose of
21    the lawsuit; is that correct?
22        A.    I assume that it was.
23        Q.    And then, after you didn't
24    identify anyone, he left, did he say keep
25    the photos and look through them later, or
```

```
 1                    VARDA GUETTA
 2    ago that he said if you have an answer, be
 3    in touch, you were wrong; is that correct?
 4                    MR. YALOWITZ:  Objection to the
 5              form.
 6                    MR. TOLCHIN:  Objection as to
 7              form.
 8         A.    I'm always in touch with him,
 9    with an answer, without an answer.
10         Q.    Okay.  So, after he left, is
11    that when you put the photos to the side?
12         A.    (Speaking in English) Yes.
13              Yes.
14         Q.    And you didn't rule anybody out
15    at that point, you put them all back into
16    the envelope?
17                    MR. TOLCHIN:  Objection to
18              form.
19         A.    Correct.  And I took them into
20    the other room, until I had time in the
21    evening, at night, until I had time at
22    night.  And then I looked at them.
23         Q.    Now, where were you when you
24    started to look at them?
25                    MR. YALOWITZ:  Object to the
```

415

```
 1                    VARDA GUETTA
 2    this, but do you drink alcohol?
 3         A.    Extremely occasionally.
 4         Q.    Had you had any alcohol that
 5    evening?
 6         A.    There was no reason to do so.
 7               I have a drink at a wedding, or
 8    when there's a reason for a party.
 9         Q.    So, it was about 9 o'clock at
10    night, you are sitting on the bed; is that
11    correct?
12         A.    Yes.
13         Q.    You pulled the photos out
14    again; is that correct?
15         A.    Yes.
16         Q.    One by one?  Did you lay them
17    aside on the bed?
18         A.    First, I took all of them out
19    of the envelope.  And I started to look at
20    them one by one by one.  And there were
21    people who I ruled out from the outset.
22         Q.    Why did you rule them out?
23         A.    Because it wasn't them.
24         Q.    Now, did all of them have
25    moustaches?
```

```
 1                  VARDA GUETTA
 2   and kept looking at them; is that correct?
 3        A.    I don't recall whether I laid
 4   them out on the bed, but I looked at them
 5   and looked at them.
 6        Q.    And I guess, just what I'm
 7   asking is, were you looking at them one by
 8   one again, or were you laying them side by
 9   side?
10             MR. YALOWITZ:  Let her answer.
11        A.    I think that I looked at them
12   one by one by one.
13        Q.    And this is again.
14             So, first -- I just want to be
15   sure that we're clear.  So, you look at
16   them one by one by one, and eliminate some
17   of them; is that correct?
18        A.    Yes.
19        Q.    Then do you ever lay them side
20   by side?
21        A.    I don't recall.  I don't
22   recall, no.  Perhaps I spread them out on
23   the floor.  I really don't remember what I
24   did with them.
25        Q.    But then, you said you looked
```

                    VARDA GUETTA

1

2    again at them one by one by one.  About how

3    long did you do that?

4         A.    It took me a long time.

5         Q.    Do you remember about how long

6    the whole process took?

7         A.    No.

8         Q.    So, once you find the photo, do

9    you remember which letter photo it was?

10        A.    I.

11        Q.    It was I.  Okay.

12             Once you find the photo that

13   was the letter I, what do you do next?

14        A.    I put it aside.  And I got up

15   in the morning and I looked at it again.

16   And I looked at it again, and again, and

17   again, and again.  I wanted to be certain.

18   And then I called Bob and I told him.

19        Q.    Now, how long did you sleep

20   that night; do you know?

21        A.    Perhaps from 11 or midnight

22   until 7.

23        Q.    Okay.  Where did you put the

24   photo while you were sleeping?

25        A.    I have a kind of chair there,

421

1                    VARDA GUETTA

2    and I put it on that chair.

3        Q.    And it was just that photo;

4    right?

5        A.    That picture was first on top.

6        Q.    And you just left it there on

7    top of the chair; right?

8        A.    Yes.

9        Q.    And how many times did you look

10   at it?

11       A.    When I was sleeping, I didn't

12   look at it.  Before I went to sleep, I

13   looked at it, many times.  And the next day

14   I looked at it, um, again, as well.

15              I looked at it, and looked at

16   it, and looked at it.

17       Q.    So, before you went to sleep,

18   you looked at it many times; right?

19       A.    I looked at all of the

20   pictures, as well as at that picture.

21       Q.    But that one was on top, and it

22   was there before you went to sleep, and you

23   looked at it many times?

24       A.    I put them like that into the

25   envelope, and I don't remember whether it

477

```
 1                    VARDA GUETTA
 2        Q.      So, on February 19th you have a
 3   conversation with Mr. Tolchin, and that's
 4   the first conversation that you've had
 5   about this, these photographs; is that
 6   correct?
 7                MR. YALOWITZ:  Can you rephrase
 8        it?
 9                MR. O'TOOLE:  Sure.
10                MR. YALOWITZ:  He's going to
11        rephrase it.
12                THE INTERPRETER:  Okay.
13        Q.      On February 19th, you reach Mr.
14   Tolchin for the first time about the
15   photographs that you have now seen; is that
16   correct?
17        A.      Okay.  Yes.
18        Q.      You haven't spoken to anyone
19   else about the photographs at this point?
20        A.      Nobody.
21        Q.      What do you say to Mr. Tolchin?
22        A.      That I saw it in the pictures,
23   and I identified it.  And that I had
24   identified something.  That I -- that I had
25   identified someone.
```

478

```
 1                    VARDA GUETTA
 2        Q.    Did you say anything else?
 3        A.    No.   I gave him the details of
 4   the picture and the letter, and that was
 5   it.
 6        Q.    And what did he say?
 7        A.    Thank you very much.  And that
 8   he would continue to handle it.
 9        Q.    Did he discuss any names of
10   people?
11        A.    No.
12        Q.    Do you have any idea of the
13   name of the person that we're talking
14   about?
15        A.    No.
16        Q.    Had you seen any of the photos
17   that you viewed before, the viewing on
18   February 17th?
19        A.    No.
20        Q.    Did Mr. Tolchin tell you that
21   you had gotten the identification right, or
22   that you had gotten it wrong?
23        A.    He didn't tell me anything.
24        Q.    Did he congratulate you?
25        A.    I told him what I thought, and
```