# EXHIBIT 18

1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6          -against-        Case No:
                             04CV397 (GBD)(RLE)
 7
 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                              DEFENDANTS.
10    ------------------------------------------X
11
12              DATE: August 3, 2012
13              TIME: 10:42 A.M.
14
15          DEPOSITION of OZ GUETTA, taken
16    by the Defendants, pursuant to Notice and
17    to the Federal Rules of Civil Procedure,
18    held at the offices of Morrison & Foerster,
19    1290 Avenue of the Americas, New York, New
20    York 10104, before Robert X. Shaw, CSR, a
21    Notary Public of the State of New York.
22
23
24
25
```

```
 1                      Oz J. Guetta
 2     approximately when your mother held a green
 3     card in the United States?
 4          A.   When?  I know it's from back
 5     then.  She used to live here for a long,
 6     long time.
 7          Q.   Before you were born?
 8          A.   Yes.
 9          Q.   All right.  And prior to living
10     in Tel Aviv, where did you live?
11          A.   Jerusalem.  The specific,
12     Givat Zeev.
13          Q.   And what was your mailing
14     address in Givat Zeev?
15          A.   Hate'Ena Street, Apartment 7.
16     The ZIP was 90917.
17          Q.   And you said Givat Zeev is in
18     Jerusalem; is that correct?
19          A.   The suburbs.
20          Q.   It's a suburb of Jerusalem?
21          A.   Yes.
22          Q.   Is it located in the area that
23     was occupied by Israel in 1967?
24          A.   I do not know that.
25          Q.   Do you know if Givat Zeev is
```

```
 1                    Oz J. Guetta
 2        Q.    Your aspect is very positive.
 3   You're smiling now; right?
 4        A.    Smiling and emotional, yes.
 5        Q.    Okay.  You feel good about
 6   being a designer and studying design?
 7        A.    Yes.
 8        Q.    You mentioned earlier that when
 9   you were traveling back and forth between
10   the U.S. and Israel you felt like you had
11   not found yourself?
12        A.    Yes.
13        Q.    Do you now feel like you've
14   found yourself?
15        A.    Yes.  Yes.
16              MR. HILL:  Why don't we take a
17        quick break.
18              THE WITNESS:  Okay.
19              (Whereupon, a short recess was
20        taken.)
21        Q.    Mr. Guetta, I need to ask you
22   some questions about the day you were
23   attacked.  That was January 22nd, 2001; is
24   that correct?
25        A.    January what?
```

```
 1                    Oz J. Guetta
 2        Q.    January 22, 2001?
 3        A.    No.  January 8th.
 4        Q.    I beg your pardon.
 5              And how old were you on January
 6   8th, 2001?
 7        A.    12.
 8        Q.    And tell me what you recall
 9   about the day that you were shot.
10        A.    The day, or about the event?
11        Q.    About the event.
12        A.    We came back from my soccer
13   practice.  It was located in, right in the
14   center of Jerusalem, where I played for
15   Beiter, Jerusalem; that's a big team in
16   Israel.  I played in the junior team.  You
17   know -- you got, like here, same as here,
18   you've got the big teams, and all the
19   teams, they have junior teams.
20        Q.    Um-hum.
21        A.    So, there were, about that time
22   I was playing for almost five years in that
23   team, since I was six or seven.  We got
24   back, the same as every other day, we did
25   that four times a week.  One time my mom
```

```
 1                    Oz J. Guetta
 2        Q.    We're here today because you
 3   and your mother have brought a lawsuit;
 4   right?  Do you know who you've sued in this
 5   case?
 6        A.    Um, the PA, um, and the Arab
 7   Bank.
 8        Q.    Are you, Mr. Guetta, aware of
 9   any evidence that the PA had anything to do
10   with the shooting in which you were
11   injured?
12        A.    What is the question again?
13        Q.    Are you aware of any evidence
14   that the Palestinian Authority had anything
15   to do with the shooting in which you were
16   injured?
17        A.    I'm aware through information
18   that I got from the IDF that me, myself, I
19   have no evidence that those are the guys.
20   Um, we got information, though, it was the
21   guys.  Me, myself, I don't got no evidence.
22        Q.    Okay.  What information from
23   the IDF are you referring to?
24        A.    What do you mean?
25        Q.    You said you got information
```

```
 1                    Oz J. Guetta
 2    from the IDF.  What information are you
 3    referring to?
 4         A.   They -- as far as we know, they
 5    took responsibility for that act.  I have
 6    no evidence from me to do that, but they
 7    took the responsibility for that act.
 8         Q.   Who took the responsibility for
 9    that?
10         A.   The PA.
11         Q.   Okay.  You're saying someone
12    from the IDF told you the Palestinian
13    Authority had taken responsibility for the
14    attack on you?
15         A.   Yes.
16         Q.   Okay. Who from the IDF told
17    you this?
18         A.   I don't know.  I don't recall.
19         Q.   Do you recall when you were
20    told this?
21         A.   No.  I don't recall.
22         Q.   Do you remember where you were
23    when you were told this?
24         A.   I don't recall.
25         Q.   Apart from the statement of
```

```
 1                  Oz J. Guetta
 2    this IDF person, are you aware of any other
 3    evidence that the PA had anything to do
 4    with the attack in which you were injured?
 5         A.    In the media.
 6         Q.    Okay.  What are you recalling
 7    from the media?
 8         A.    The press, the written press,
 9    and the television and the news.  Every
10    time after a terror attack, you know, the,
11    they publish who took the responsibility
12    for the acts, and for that act, as far as
13    my knowledge, it was the PA.
14              (Phone Ringing.)
15              MR. SOLOMON:  Just a second.
16              (Whereupon, an off-the-record
17         discussion was held.)
18         Q.    Before we went off the record,
19    you mentioned that you recall, or believe
20    you recall, seeing in the media that the
21    Palestinian Authority had taken
22    responsibility for the attack in which you
23    were injured?
24         A.    Correct.
25         Q.    Apart from what someone in the
```

```
 1                    Oz J. Guetta
 2     IDF told you and what you recall seeing in
 3     the media, are you aware of any other
 4     evidence that the Palestinian Authority had
 5     anything to do with this attack?
 6          A.    Me, myself, I don't have
 7     evidence.  That's why we are here.
 8                 We have the law firm to help us
 9     to find that evidence.
10          Q.    Right.  I understand that.
11                 And I'm just trying to
12     establish, for the purposes of the case,
13     that you, yourself, aren't aware of any
14     evidence, other than the statement from the
15     IDF and the newspaper articles?
16          A.    Correct.
17          Q.    Do you believe you have these
18     newspaper articles?
19          A.    I've got them right here with
20     me.  Oh, that says that the PA, I didn't
21     know -- I don't -- not right now.
22          Q.    So, just so the record is
23     clear, you do have, you have brought some
24     newspaper articles with you today; correct?
25          A.    Correct.
```

```
 1                      Oz J. Guetta
 2           Q.    Okay.  You're not saying that
 3    these are the ones that indicate the PA had
 4    something to do with it?
 5           A.    No.  I can't say for sure,
 6    because there's a lot of stuff in here.
 7           Q.    When you say the PA, what are
 8    you referring to?
 9           A.    To the Palestinian Authority.
10           Q.    Okay.  And what do you
11    understand that to be?
12           A.    Um, I have not a lot of
13    knowledge about that.
14           Q.    Okay.  Can you tell me what you
15    do know about what the Palestinian
16    Authority is?
17           A.    That's -- that's the
18    Palestinian Authority, I guess, it's like
19    the Israeli government.  They've got the
20    Palestinian Authority.
21           Q.    Okay.  Are you aware of any
22    evidence that the Palestine Liberation
23    Organization had anything to do with the
24    attack in which you and your mother were
25    injured?
```

```
 1                    Oz J. Guetta
 2         A.    Me, myself, I don't know.
 3         Q.    You're not aware of any such
 4   evidence?
 5         A.    I'm not aware.
 6         Q.    Okay.  You also mentioned that
 7   you had sued the Arab Bank.  Are you aware
 8   of any evidence that the Arab Bank had
 9   anything to do with the attack in which you
10   were injured?
11         A.    As far as I know, I heard about
12   the Arab Bank was assisting the families
13   that were involved in terror attacks.
14   That's my knowledge.  And I wanted to find
15   out if it's true.
16         Q.    Okay.  Do you -- who did you
17   hear that from?
18         A.    I don't recall.
19         Q.    Okay.  Do you know if the Arab
20   Bank has provided assistance to anyone, the
21   family of anyone that was involved in the
22   attack in which you were injured?
23         A.    Could you repeat that again.
24         Q.    Do you know if the Arab Bank
25   has provided assistance to the family of
```

```
 1                    Oz J. Guetta
 2    anyone who was involved in attacking you?
 3         A.    I have no evidence, me, myself,
 4    no.
 5         Q.    Do you have any knowledge of
 6    the identity of the persons who attacked
 7    you?
 8         A.    No.
 9         Q.    Are you aware of any evidence
10    as to what the identities of your attackers
11    are?
12         A.    No.
13         Q.    Has anyone been charged with
14    the crime in connection with the attack in
15    which you were injured?
16         A.    I don't understand.
17         Q.    Do you know if anyone has ever
18    been charged with the crime for the attack
19    on you?
20         A.    Not as far as I know.
21         Q.    Is your case an unsolved case,
22    as far as you know?
23         A.    What are you talking about?
24    The case where?
25         Q.    I assume that the Israeli
```