# EXHIBIT 19

C O N F I D E N T I A L                                                1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2
    COURTNEY LINDE, et al.                    :
 3                                            :
              Plaintiffs,                     :
 4    vs.                                     :   CV 04-2799 (NG)(VVP)
                                              :
 5  ARAB BANK, PLC,                           :
                                              :
 6            Defendant.                      :
    ------------------------------------------:
 7  PHILIP LITLE, et al.                      :
                                              :
 8            Plaintiffs,                     :
      vs.                                     :   CV 04-5449 (NG)(VVP)
 9                                            :
    ARAB BANK, PLC,                           :
10                                            :
              Defendant.                      :
11  ------------------------------------------:
    ORAN ALMOG, et al.                        :
12                                            :
              Plaintiffs,                     :
13    vs.                                     :   CV 04-5564 (NG)(VVP)
                                              :
14  ARAB BANK, PLC,                           :
                                              :
15            Defendant.                      :
    ------------------------------------------:
16  ROBERT L. COULTER, SR., FOR ESTATE        :
    ESTATE OF JANIS RUTH COULTER, et al.:
17                                            :
              Plaintiffs,                     :
18    vs.                                     :   CV 06-1263 (NG)(VVP)
                                              :
19  ARAB BANK, PLC,                           :
                                              :
20            Defendant.                      :
    ------------------------------------------:
21

22

23

24

25
```

ELISA DREIER REPORTING CORP.     780 Third Avenue            Telephone: 212-557-5558
                                 New York, New York 10017    Fax: 212-557-0050
                                                             Email:production@courtreportingedrc.com

```
 1   GILA AFRIAT-KURTZER, et al.          :
                                          :
 2              Plaintiffs,               :
        vs.                               :  CV 05-388 (NG)(VVP)
 3                                        :
     ARAB BANK, PLC,                      :
 4                                        :
                Defendant.                :
 5   _____:
     MICHAEL BENNETT, et al.              :
 6                                        :
                Plaintiffs,               :
 7      vs.                               :  CV 05-3183 (NG)(VVP)
                                          :
 8   ARAB BANK, PLC,                      :
                                          :
 9              Defendant.                :
     _____:
10   ARNOLD ROTH, et al.                  :
                                          :
11              Plaintiffs,               :
        vs.                               :  CV 05-3738 (NG)(VVP)
12                                        :
     ARAB BANK, PLC,                      :
13                                        :
                Defendant.                :
14   _____:
     STEWART WEISS AND SUSAN WEISS, et al.:
15                                        :
                Plaintiffs,               :
16      vs.                               :  CV 06-1263 (NG)(VVP)
                                          :
17   ARAB BANK, PLC,                      :
                                          :
18              Defendant.                :
     _____:
19   JOSEPH JESNER, et al.                :
                                          :
20              Plaintiffs,               :
        vs.                               :  CV 06-3689 (NG)(VVP)
21                                        :
     ARAB BANK, PLC,                      :
22                                        :
                Defendant.                :
23   _____:

24

25              DEPOSITION OF VARDA GUETTA
```

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

3

 1            THE DEPOSITION OF VARDA GUETTA, was taken on
 2   March 18, 2007, at 10:11 a.m., at the Dan Tel Aviv, 99 Ha
 3   Yarkon, Israel, before DAVID M. LEE, RMR, CRR, a Certified
 4   Reporter, Certificate Number 50391.
 5            The Plaintiffs were represented by their
 6   attorneys, Steven M. Steingard, Esq., of Kohn, Swift &
 7   Graf, P.C., One South Broad Street, Suite 2100,
 8   Philadelphia, Pennsylvania, 19107-3389.
 9            The Plaintiffs were represented by their
10   attorneys, Naomi B. Weinberg, Esq. of Osen & Associate,
11   LLC, 700 Kinderkamack Road, Oradell, New Jersey, 07649.
12            The Defendant was represented by their
13   attorneys, Thomas G. Rohback, Esq., and Franklin Monsour,
14   Esq., of LeBoeuf, Lamb, Greene & MacRae, LLP, 125 West
15   55th Street, New York, New York, 10019-5389, and
16   Eytan Epstein, Advocate, of Epstein, Chomsky, Osnat & Co.,
17   Rubinstein House, 20 Lincoln Street, Tel Aviv 67134,
18   Israel.
19
20
21
22
23
24
25

```
 1              Varda Guetta - March 18, 2007
 2       Q.   Okay.  And where does that case stand?
 3            MR. STEINGARD:  Do you understand that
 4   question?  Status?  What the status is?
 5            THE WITNESS:  I don't know.  But the lawyer
 6   takes care of it.
 7       Q.   BY MR. ROHBACK:  Have you filed a complaint
 8   against the Palestinian Authority here in Israel?
 9            MR. STEINGARD:  Would you translate
10   complaint for her?
11            THE WITNESS:  Through my attorney.  She is
12   taking care of it.  I don't know what she has done
13   but she is taking care of it.
14       Q.   BY MR. ROHBACK:  Is the case going forward
15   or is it over?
16       A.   It is being handled.  It is being processed.
17       Q.   There has not been any judgment in that
18   case?
19       A.   No.
20       Q.   And in the incident that occurred, and this
21   occurred on January 8th, 2001, correct?
22       A.   That's correct.
23       Q.   You were not injured, correct?
24       A.   Yeah.
25       Q.   And your best recollection is that there
```

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

```
 1              Varda Guetta - March 18, 2007
 2         Q.  So this whole incident must have happened
 3    very quickly?
 4         A.  Yeah.
 5         Q.  And how long a time do you think it took for
 6    all of this fighting, the gunfire to start and stop?
 7         A.  It looked forever, but maybe it was like a
 8    few minutes.  I don't know.
 9         Q.  Maybe less than a minute?
10         A.  Maybe, I don't know.  Maybe more, maybe
11    less.
12         Q.  And did you see any of the gunmen yourself?
13         A.  I saw some faces when they start with -- I
14    told you that I didn't understand what happened and
15    we saw some faces from the windows.  And to recognize
16    them -- it didn't make a difference.  They didn't
17    have their face covered.
18         Q.  And so you just saw people's faces, you
19    couldn't identify them?
20         A.  No.
21         Q.  And was there anything about the faces that
22    you could tell who they were?
23         A.  (Witness shaking head).
24              MR. STEINGARD:  You have to speak.
25              THE WITNESS:  I cannot --
```

```
 1                  Varda Guetta - March 18, 2007
 2           MR. STEINGARD:  You can say no --
 3           THE WITNESS:  No.
 4           MR. STEINGARD:  -- but you don't shake your
 5   head.
 6           THE WITNESS:  Okay.  No, because --
 7       Q.  BY MR. ROHBACK:  Could you tell just by
 8   looking at these people whether they were
 9   Palestinians or Israelis?
10       A.  No.
11       Q.  And did you actually yourself see them with
12   the guns?
13       A.  I saw four guns from the windows, four of
14   them.
15       Q.  So you actually saw them shooting at the
16   car?
17       A.  Yeah, and then I understand what happened.
18   I didn't understand what happened.  This is something
19   that it's not happen every day.
20       Q.  Now, when you look back at this incident, do
21   you think that it is possible that they just wanted
22   to scare you and not kill you?
23       A.  No way.  No way.
24       Q.  Then how do you explain how four men with
25   guns can stand right outside your car and not shoot
```

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017