# EXHIBIT 22

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                                   PLAINTIFFS,
 5
 6          -against-           Case No:
                                04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                                   DEFENDANTS.
10   ----------------------------------------X
11
12               DATE: July 31, 2012
13               TIME: 3:05 P.M.
14
15          DEPOSITION of SHMUEL WALDMAN,
16   taken by the Defendants, pursuant to Notice
17   and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25
```

```
 1                    Shmuel Waldman
 2         A.    No.
 3         Q.    I want to ask you a few
 4   questions about the day that you were shot.
 5               I understand that you were shot
 6   in the leg and that the shooter was behind
 7   you; is that correct?
 8         A.    Correct.
 9         Q.    Okay.  Were you able to see the
10   face of the person that shot you?
11         A.    I was not able to see the face
12   of the person when they shot me.
13         Q.    Okay.  I take it then that you
14   are not able to identify the person that
15   shot you?
16         A.    Um, I mean, I do have pictures
17   of the scenery.
18               If you were to show me a
19   line-up of his face, no, I would not be
20   able to identify him on facial features.
21         Q.    You don't know who he is; do
22   you?
23         A.    I don't know who he is.
24         Q.    You don't know what group he
25   might have been affiliated with?
```

```
 1                 Shmuel Waldman
 2         Q.    For the period from roughly
 3   January of 2002 through January of 2005; is
 4   that what you are saying?
 5         A.    It would be until June of 2004,
 6   it is about two-and-a-half years.
 7         Q.    So you are saying that you were
 8   under orders of your doctor to not work --
 9         A.    The first period I was not
10   ordered by doctors not to work, I mean --
11   it is a little bit of tough thing to get an
12   exact description, um, of how it was
13   qualified.
14               During the period of my
15   surgeries I was under the doctors' orders
16   not to work.
17         Q.    Let me make sure that the
18   record is clear.  You were shot on January
19   22, 2002.
20         A.    Correct.
21         Q.    You did not at that time have a
22   doctor's note saying that you could not
23   work; is that correct?
24         A.    Um, I mean, I was in a
25   wheelchair and cast, and I don't remember
```