# EXHIBIT 23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COURTNEY LINDE, et al., Plaintiff, vs. ARAB BANK, PLC., Defendant. | ) | CV-04-2799 (NG)(VVP) |
| PHILIP LITLE, et al., Plaintiff, vs. ARAB BANK, PLC., Defendant. | ) | CV-04-5499 (NG)(VVP) |
| OLAN ALMOG, et al., Plaintiff, vs. ARAB BANK, PLC., Defendant. | ) | CV-04-5564 (NG)(VVP) |
| ROBERT L. COULTER, SR., et al., Plaintiff, vs. ARAB BANK, PLC., Defendant. | ) | CV-04-365 (NG)(VVP) |

(Caption continued on next page)

VIDEOTAPED DEPOSITION OF SHAYNA E. GOULD
New York, New York
Thursday, March 8, 2007

Reported by:
Jeffrey Benz, RMR, CRR
JOB NO. 10482

Gould

**Q. How long have you lived in Washington Heights?**

A. Four years, three and a half.

**Q. So prior to Washington Heights, you only lived in Skokie?**

A. Yeah. And Israel.

**Q. Are you a U.S. citizen?**

A. Yes.

**Q. Are you a citizen of any other country?**

A. No.

**Q. When you lived in Skokie, did you live with your parents?**

A. Mostly, yeah.

**Q. Where else did you live?**

A. I also lived in West Rogers Park with a roommate.

**Q. Was that while you were in school?**

A. I was in school and recovering.

**Q. Who was your roommate?**

A. Talia Rubino.

**Q. And how long did you live with this roommate?**

A. Less than a year.

Gould

**Q. Can you give me the names and ages of your immediate family members?**

A. My father's Ron Gould. I think he's 56.

My mom is Elise Gould, 54 -- 55.

My sister, Jessica Rine, is 28.

**Q. And that's it?**

A. Brother-in-law?

**Q. Okay. And where does your sister live?**

A. In West Rogers Park, in Chicago.

**Q. And where do your parents live?**

A. My mom lives in Skokie. My dad lives in the city, Chicago.

**Q. Are your parents divorced?**

A. They are now.

**Q. Were they divorced at the time --**

A. No.

**Q. -- of the incident?**

A. No.

**Q. You said that you had lived in Israel. When was that?**

A. I lived there 2000, 2001. School year.

Gould

And 2001-2002 school year up until my attack and a bit after. I think it was March when I left.

**Q. March. March of '02?**

A. Yeah.

**Q. Where did you live in Israel?**

A. I lived in Harnauf, Jerusalem.

**Q. How close was that to the location of the incident in which you were involved?**

A. A half-hour bus ride.

**Q. Half hour.**

A. 40 minutes.

**Q. How far would you say -- do you know how far the mileage would be?**

A. That was on a bus. So I don't know.

**Q. You don't know. Okay.**

**Did you live in any other locations in Jerusalem or Israel?**

A. No.

**Q. You said it was during the school year, so which school were you attending?**

A. It was Neve College for Women.

**Q. Okay. And how long were you a student there?**

**Gould**

A. First year. And then up until my attack in the second year.

**Q. What kind of program are you enrolled in?**

A. It's Jewish studies for women, Talmudic studies.

**Q. How long was that program supposed to be?**

A. The first one was a year.

**Q. It's two separate programs?**

A. Yeah. One is the initial program when you get out of high school. You go to this one, it's called Michlet Ester. And then the other -- then I went on to a second year, and that was Neve. Neve Israel, college for women.

**Q. And do you get some sort of degree from those programs?**

A. Not necessarily.

**Q. Is it in preparation for teaching?**

A. That's a good question.

No.

**Q. No? Were you planning on going into teaching?**

A. No.

Gould

**Q. Okay. Do you have any military experience?**

A. No.

**Q. You said that you worked summers to pay for your way to Israel?**

A. Yes.

**Q. Where did you work?**

A. I worked the first -- the first year, I worked at Tov Foods, which is a gourmet grocery score in Skokie. And my second trip, I worked at Bagel Country. It's a kosher restaurant in Skokie.

And I worked at J. Crew, also.

**Q. Did you get a good discount?**

A. Yes, I did.

**Q. So you took two trips to Israel.**

A. Uh-huh.

**Q. Were those both for your studies?**

A. Yes.

**Q. Okay. So when you went to the first trip, I believe you said in 2000 --**

A. Yes.

**Q. Did you come back to the United States and then return to Israel?**

**Gould**

A. For the summer.

**Q. Okay. You came back for the summer?**

A. Uh-huh.

**Q. What did you do that summer, if you recall?**

A. I worked.

**Q. To go back?**

A. Uh-huh. Yes.

**Q. Before I asked you a little bit -- I asked you the names and ages of your family members. Could you tell me a little bit about your relationship with them, with your parents, for instance?**

A. Yeah.

**Q. Okay.**

A. What do you want to know?

**Q. Would you say that you're very close family?**

A. We're close.

**Q. You spent a lot of time together?**

A. Well, I'm in New York.

**Q. Do they come visit often?**

A. No.

**Q. Do you get to get back to Illinois to**

**Gould**

**visit your family?**

A. Every once in a while.

**Q. And your sister is there as well?**

A. Yes.

**Q. How often would you say you go back and visit?**

A. As often as I can afford to.

**Q. And you said your sister is married.**

A. Yes.

**Q. Does she have any children?**

A. Yes.

**Q. How many?**

A. Two.

**Q. How old are they?**

A. Three, and seven months.

**Q. I just want to get into a little bit about the incident and the lawsuit and the complaint. In which --**

**Is that your phone?**

A. Message.

**Q. Okay. And the complaint which you are named as a plaintiff. You said that you read the complaint in preparation for this deposition today?**

**Gould**

A. Briefly.

**Q. Okay. Had you seen the complaint prior to today?**

A. Possibly.

**Q. And are your parents and your sister also named as plaintiffs in the complaint?**

A. Yes.

**Q. And can you confirm for me the date of the incident?**

A. January 22, 2002.

**Q. Okay. And can you tell me why you're involved in this lawsuit?**

A. Because I was shot by a terrorist.

**Q. Okay. And what claims are you suing for?**

A. I relied on my lawyers to decide.

**Q. Would it be fair to say that you're suing for physical and emotional damages?**

A. Yes. At least.

**Q. Sure. How did you become involved in this lawsuit?**

A. I don't remember, exactly.

**Q. Do you know if someone approached you, or did you see it in the news --**