# EXHIBIT 24

1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6           -against-         Case No:
                               04CV397 (GBD)(RLE)
 7
 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                              DEFENDANTS.
10    ------------------------------------------X
11
12                DATE: July 31, 2012
13                TIME: 11:20 A.M.
14
15
16           DEPOSITION of HENNA WALDMAN,
17    taken by the Defendants, pursuant to Notice
18    and to the Federal Rules of Civil
19    Procedure, held at the offices of Morrison
20    & Foerster, 1290 Avenue of the Americas,
21    New York, New York 10104, before Robert X.
22    Shaw, CSR, a Notary Public of the State of
23    New York.
24
25
```

```
 1                   Henna Waldman
 2        Q.    Are you and Esther close?
 3        A.    Yes.
 4        Q.    Do you think that you have
 5   spoken with Esther about your husband's
 6   shooting?
 7        A.    Yes.
 8        Q.    Okay.  On many occasions, on a
 9   few occasions, what do you think?
10        A.    No.  Not too much.
11        Q.    And where was she living at the
12   time that your husband was shot?
13        A.    In the United States.
14        Q.    And you subsequently moved to
15   the town where she lived; is that correct?
16        A.    I am sorry.  Rephrase the
17   question.
18        Q.    You were living in Israel at
19   the time your husband was shot; correct?
20        A.    Yes.
21        Q.    You subsequently moved to the
22   United States; correct?
23        A.    I mean, you repeated the same
24   question.
25              I just --
```