# EXHIBIT 25

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                             PLAINTIFFS,
 5
 6       -against-        Case No:
                          04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                             DEFENDANTS.
10   ------------------------------------------X
11
12              DATE: June 28, 2012
13              TIME: 1:40 P.M.
14
15
16         DEPOSITION of the ELISE JANET
17   GOULD, taken by the Defendants, pursuant to
18   Notice and to the Federal Rules of Civil
19   Procedure, held at the offices of Morrison
20   & Foerster, 1290 Avenue of the Americas,
21   New York, New York 10104, before Robert X.
22   Shaw, CSR, a Notary Public of the State of
23   New York.
24
25
```

```
 1                    Elise Gould
 2        Q.    Okay.  And how about high
 3   school, do you remember any sessions like
 4   that for her in high school?
 5        A.    No.
 6        Q.    How old was Shayna when she was
 7   shot in 2002?
 8        A.    19.
 9        Q.    So, how -- and was she enrolled
10   in any sort of schooling or education at
11   the time of the shooting?
12        A.    Yes.
13        Q.    Where was that?
14              (Pause.)
15              MR. SOLOMON:  Take your time.
16        A.    I cannot remember the name of
17   the school.
18        Q.    Where was it?
19        A.    Neve, Israel.  N-E-V-E-Y, I
20   guess.  I don't know how to spell it.
21        Q.    Do you know if she received any
22   treatment or counseling while she was at
23   Neve?
24        A.    Yes, I know, and the answer is
25   No, that she did not.
```

```
 1                     Elise Gould
 2        Q.    Are you aware of any evidence
 3   that the PLO was responsible for the
 4   shooting of your daughter?
 5        A.    I was told that the person that
 6   shot her was a member of the organization.
 7        Q.    Was a member of the PLO?
 8        A.    I believe that is true.
 9        Q.    Are you aware of any other
10   evidence that the PLO had something to do
11   with your daughter's shooting?
12        A.    Other than news broadcasts, I
13   guess not.
14        Q.    Okay.  So, apart from news
15   broadcasts and what someone told you about
16   the membership of the shooter --
17        A.    I read a document that --
18        Q.    Okay.  Go ahead.
19              You interrupted the question.
20              You were telling me about
21   something else you were aware of?
22        A.    I read a document; and that's
23   how I learned that the gentleman was part
24   of the Palestinian Organization.
25        Q.    Okay.  What document are you
```

```
 1                  Elise Gould
 2    called different titles, but to me, it's
 3    all one group.
 4          Q.    Okay.  You mentioned a document
 5    that someone from the Israeli Red Cross
 6    gave you.  Are you aware of any other
 7    documentary evidence that the Palestinian
 8    Authority or the PLO had something to do
 9    with the shooting of your daughter?
10          A.    Maybe from newspapers.
11          Q.    Okay.  Other than newspapers
12    and this one document you've described, are
13    you aware of any other documentary evidence
14    that the Palestinian Authority or the PLO
15    had something to do with the shooting of
16    your daughter?
17          A.    Documentary?  No.
18          Q.    How about any other kind of
19    evidence at all?
20          A.    Other than that we were told.
21          Q.    Somebody told you that the
22    Palestinian Authority had something to do
23    with the shooting of your daughter?
24          A.    Um-hum.
25          Q.    Who was that?
```