# EXHIBIT 26

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                                   PLAINTIFFS,
 5
 6         -against-         Case No:
                             04CV397 (GBD)(RLE)
 7
 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                                   DEFENDANTS.
10    ------------------------------------------X
11
12                DATE: July 11, 2012
13                TIME: 9:30 A.M.
14
15
16         DEPOSITION of the Plaintiff,
17    SHAYNA ELLIOTT, taken by the Defendants,
18    pursuant to Notice and to the Federal Rules
19    of Civil Procedure, held at the offices of
20    Morrison & Foerster, 1290 Avenue of the
21    Americas, New York, New York 10104, before
22    Robert X. Shaw, CSR, a Notary Public of the
23    State of New York.
24
25
```

```
 1                    Shayna Elliott
 2    anything like that?
 3         A.    I don't think so.
 4         Q.    All right.  I understand that
 5    you actually don't remember when you were
 6    shot; is that right?
 7         A.    Correct.
 8         Q.    Is it fair to say that you
 9    can't identify the person that shot you?
10         A.    Correct.
11         Q.    Okay.  I understand that you
12    were shot in the chest?
13         A.    Correct.
14         Q.    Can you describe what treatment
15    you received after you were shot?
16         A.    Well, um --
17               MR. SOLOMON:  Off the record.
18               It's a very broad question.
19         So, just --
20               Brian, I want to be off the
21         record for this.
22               MR. HILL:  No.  Counselor, if
23         you're going to coach the witness, I
24         want it on the transcript.  If you
25         want to take her out and take a
```

```
 1                   Shayna Elliott
 2         Q.    Okay.  So, is the answer No,
 3    you do not --
 4         A.    No.
 5         Q.    -- you do not know of any
 6    evidence that the Arab Bank funded the
 7    attack in which you were injured?
 8         A.    I have not looked anything up,
 9    no.
10         Q.    You're not aware if there is
11    any such evidence?
12         A.    I just said No three times.
13              MR. SOLOMON:  Brian, asked and
14         answered at this point.
15         Q.    How about the PLO?  Are you
16    aware of any evidence that the PLO had
17    anything to do with the attack in which you
18    were injured?
19         A.    The same applies.
20         Q.    "The same applies" is not an
21    answer, though.  Are you aware of any
22    evidence that the PLO had anything to do
23    with your injuries?
24         A.    I have hired attorneys to look
25    those things up for me.
```

```
 1                    Shayna Elliott
 2        Q.    Sitting here today, you do not
 3   know of any evidence --
 4        A.    No.
 5        Q.    -- that the PLO had anything to
 6   do with your attack?
 7        A.    No.
 8        Q.    You're agreeing with me, you
 9   don't know of any such evidence?
10              MR. SOLOMON:  Objection.
11        A.    I do not know of any such
12   evidence.
13        Q.    Are you aware of any evidence
14   that the Palestinian Authority had anything
15   to do with the attack in which you were
16   injured?
17        A.    No.
18        Q.    While we were on our break, did
19   you talk to anyone?
20        A.    Yes.
21        Q.    Who did you talk to?
22        A.    My sister.
23        Q.    What did you talk about?
24        A.    Our kids.
25        Q.    Did you talk about this case?
```