# EXHIBIT 27

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                                  PLAINTIFFS,
 5
 6        -against-        Case No:
                           04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                                  DEFENDANTS.
10   ----------------------------------------X
11
12            DATE: September 4, 2012
13            TIME: 9:35 A.M.
14
15            DEPOSITION of the Plaintiff,
16   MARK I. SOKOLOW, ESQ., taken by the
17   Defendants, pursuant to Notice and to the
18   Federal Rules of Civil Procedure, held at
19   the offices of Morrison & Foerster, 1290
20   Avenue of the Americas, New York, New York
21   10104, before Robert X. Shaw, CSR, a Notary
22   Public of the State of New York.
23
24
25
```

```
 1                Mark I. Sokolow, Esq.
 2      March.
 3           Q.    And the attack was in late
 4      January?
 5           A.    January 27th.
 6           Q.    And did the hearing improve as
 7      a result of the surgery?
 8           A.    Um, you know, I just don't
 9      recall exactly.  I just don't recall.
10           Q.    You mentioned earlier that you
11      think you don't hear as well as you did
12      prior to the attack.  Can you tell me why
13      you think that?
14           A.    Um, well, my own personal
15      observation, and combined with being told
16      that my hearing was, although in the range
17      of normal, was about 80, 85 percent of what
18      would have been 100 percent, so.
19           Q.    And who told you that it was 80
20      to 85 percent, post attack?
21           A.    I think it was the, they're
22      called an audiologist, the person who tests
23      your hearing.
24           Q.    Do you remember the name of
25      this person?
```

```
 1                 Mark I. Sokolow, Esq.
 2            MR. HILL:  Well, let's get an
 3        answer to this one, and then we'll
 4        see where we go.
 5            MR. SOLOMON:  The question is
 6        very vague.  Did you just want to
 7        say, did you see the bomber before
 8        she detonated the bomb, or did he
 9        know later who did it?
10            MR. HILL:  Well, answer the
11        pending question, then we'll --
12            MR. SOLOMON:  Okay.  You can
13        try for the pending question over my
14        objection.
15        A.    Could you repeat the question,
16   please.
17        Q.    The question is:  Are you able
18   to identify the person or persons that
19   detonated the device that injured your
20   family?
21        A.    Yes.
22        Q.    Okay.  Did you see this person
23   or persons before the explosion?
24        A.    Not that I recall.
25        Q.    Okay.  So, you say you're able
```

```
 1                 Mark I. Sokolow, Esq.
 2     to identify them.  How do you think that
 3     you could do that?
 4          A.    My wife saw her severed head
 5     lying on the ground next to her.
 6          Q.    Did you see a person's severed
 7     head after this explosion?
 8          A.    Not that I recall.
 9          Q.    Okay.  Do you believe that you
10     saw the -- when the explosion occurred,
11     were you able to tell from which direction
12     it was coming?
13                MR. SOLOMON:  Objection.
14          A.    I don't know.
15          Q.    Okay.  You don't know if the
16     explosion occurred in a direction that you
17     were facing away from; is that fair to say?
18                MR. SOLOMON:  Objection.  He's
19           already said he doesn't know.
20          A.    Is there a question for me to
21     answer?
22          Q.    Yes.
23          A.    I'm sorry.  Could you repeat
24     the question, please.
25          Q.    Yes.  You're unable to say
```

```
 1            Mark I. Sokolow, Esq.
 2            And, you know, who the range of
 3    Defendants might be.
 4       Q.   So, it's fair to say that the
 5    Palestinian Authority as a potential
 6    Defendant was suggested by the lawyers,
 7    initially, not by you; correct?
 8            MR. SOLOMON:  You can answer
 9         that Yes or No.
10       A.   You know what, I don't -- it's
11    a long time ago.  I don't remember exactly,
12    you know, whether I said, tell me if I can
13    bring a lawsuit and who would the
14    Defendants be and I'll let you know if I'm
15    interested; or I said, do you think I could
16    bring a lawsuit against A, B, C, D & E;
17    and, if so, do you think it's viable and
18    would you be interested.
19            I don't recall exactly how that
20    conversation went.  But, ultimately as you
21    can see from the complaint, a decision was
22    made to name the PA and the PLO as
23    Defendants.
24       Q.   Are you aware of any evidence
25    that the PA had anything to do with the
```

```
 1                Mark I. Sokolow, Esq.
 2     bombing in which you and your family were
 3     injured?
 4                MR. SOLOMON:  Objection.
 5                You can answer.
 6        A.      Um, I don't know that I have
 7     firsthand knowledge -- well, other than
 8     that I believe, or that I think it's
 9     well-known that the Al Aksa Martyr Brigade
10     is a militant arm of the PA and the PLO.
11        Q.      Mr. Sokolow, you limited your
12     answer in a way that I didn't mean for you
13     to limit it.
14                I asked you if you're aware of
15     any evidence that the PA had anything to do
16     with the bombing, you said you didn't have
17     personal knowledge.
18                So, setting aside whether you
19     have personal knowledge, are you aware of
20     any evidence that PA had anything to do
21     with the bombing in which you and your
22     family were injured?
23                MR. SOLOMON:  Objection.
24                Go ahead.
25        A.      Like I said, I --
```

```
 1                  Mark I. Sokolow, Esq.
 2                  I know that the Al Aksa Martyr
 3      Brigade is related to the PA and the PLO,
 4      or they're a faction of, or arm of, or an
 5      instrumentality of, or something connected
 6      to.
 7                  As far as the actual evidence,
 8      I'm sort of relying on my counsel to have
 9      that evidence.
10           Q.     Okay.  All right.
11                  So, you said you're aware that
12      the Al Aksa Martyrs Brigade is somehow
13      related to the PA.  What is your awareness
14      based on?
15           A.     Public knowledge.  The media.
16           Q.     All right.
17           A.     So, you know, announcements by
18      either or both of the organizations,
19      newspaper accounts, um, you know,
20      statements at or around the time of the
21      Second Intifada.  Just general awareness.
22           Q.     Okay.  So, this may be clear,
23      but let's just make sure of it for the
24      record.  You're not aware of any
25      information that the PA had anything to do
```

1          Mark I. Sokolow, Esq.
2   with the attack on you and your family,
3   other than through media reports; is that
4   fair to say?
5          A.   I mean, my counsel may have
6   such, you know, evidence.  I don't know
7   that I have that.
8          Q.   So, just -- I want to get to
9   counsel in a minute.  But as far as you are
10  concerned, Mr. Sokolow, you're not aware of
11  any evidence that the PA had anything to do
12  with the bombing in which you and your
13  family were injured, apart from what you
14  may have seen or read in the media; is that
15  correct?
16         A.   Well, I also know that, that a
17  -- that the way that Wafa Idris was brought
18  into the center of Jerusalem was, the
19  suicide bomber was brought into the center
20  of Jerusalem was in a Palestinian
21  ambulance.  Um --
22         Q.   So --
23         A.   But besides that, and besides
24  what I said, I -- I don't know that I have,
25  I personally don't have any other

```
 1                 Mark I. Sokolow, Esq.
 2     information.
 3          Q.    All right.  You haven't spoken
 4     to any Palestinians who have provided you
 5     with information about the attack in which
 6     you and your family were injured; correct?
 7          A.    Me, personally?
 8          Q.    Yes.
 9          A.    No.
10          Q.    Are you aware of anyone that
11     has?
12                MR. SOLOMON:  Objection.
13                Go ahead.
14          A.    Um, perhaps my counsel, or
15     investigators, on our behalf.
16          Q.    Okay.  But you, your wife, your
17     daughters, none of you have spoken to any
18     Palestinians about the attack in which you
19     were injured; is that right?
20          A.    Well, not quite right.
21          Q.    In what way is it not quite
22     right?
23          A.    Well, Jamie's ophthalmologist
24     was a Palestinian, and there may have been
25     other Palestinians in the hospital besides,
```

```
 1                Mark I. Sokolow, Esq.
 2     besides that.
 3          Q.     The doctor who treated Jamie
 4     didn't have anything to do with the attack;
 5     did he?
 6          A.     She.
 7          Q.     She.  I beg your pardon.
 8                 So, apart from the
 9     conversations with the ophthalmologist who
10     was a Palestinian, no one in your family
11     has spoken to any Palestinians about the
12     attack in which your family was injured?
13          A.     I think that's correct.
14          Q.     Okay.  You said that you're
15     aware that Wafa Idris traveled to Jerusalem
16     in an ambulance; correct?
17          A.     Yes.
18          Q.     And what is that based on?
19          A.     Um, public accounts and, um,
20     conversations with my counsel.
21          Q.     Okay.  Do you believe that the
22     ambulance that transported her had any
23     connection with the Palestinian Authority?
24          A.     Well, it was a Palestinian
25     ambulance.  Other than that, I don't know.
```

```
 1                  Mark I. Sokolow, Esq.
 2             It could be any -- I don't know
 3     the direct connection.
 4         Q.    Are you aware of any connection
 5     between the Palestinian ambulance that
 6     allegedly transported Wafa Idris and the
 7     PLO?
 8         A.    Other than the fact that it was
 9     a Palestinian-originated ambulance, I
10     don't.
11         Q.    Are you aware of any evidence
12     that the PLO, as opposed to the PA, had
13     something to do with the bombing in which
14     you and your family were injured?
15         A.    It's really the same answer.
16         Q.    Okay.  It's -- you're not aware
17     of any evidence, apart from media reports
18     or what your lawyers have told you;
19     correct?
20         A.    Correct.
21         Q.    Okay.  Now, you mentioned that
22     your lawyers had told you about the
23     transportation in the PA ambulance.  What
24     do you recall them telling you?
25             MR. SOLOMON:  You're asking him
```