# EXHIBIT 28



DEFENDANT'S
EXHIBIT
NO. 35

THE NEW YORK TIMES **OP-ED** SUNDAY, FEBRUARY 3, 2002



# The Palestinian Vision of Peace

**By Yasir Arafat**

RAMALLAH

For the past 18 months, Israelis and Palestinians have been locked in a catastrophic cycle of violence, a cycle which only promises more bloodshed and fear. The cycle has led many to conclude that peace is impossible, a myth borne out of ignorance of the Palestinian position. Now is the time for the Palestinians to state clearly, and for the world to hear clearly, the Palestinian vision.

But first, let me be very clear. I condemn the attacks carried out by terrorist groups against Israeli civilians. These groups do not represent the Palestinian people or their legitimate aspirations for freedom. They are terrorist organizations, and I am determined to put an end to their activities.

The Palestinian vision of peace is an independent and viable Palestinian state on the territories occupied by Israel in 1967, living as an equal neighbor alongside Israel with peace and security for both the Israeli and Palestinian peoples. In 1988, the Palestinian National Council adopted a historic resolution calling for the implementation of applicable United Nations resolutions, particularly Resolutions 242 and 338. The Palestinians recognized Israel's right to exist on 78 percent of historical Palestine with the understanding that we would be allowed to live in freedom on the remaining 22 percent, which has been under Israeli occupation since 1967.

Our commitment to that two-state solution remains unchanged, but unfortunately, also remains unreciprocated. We seek true independence and full sovereignty: the right to control our own airspace, water resources and borders; to develop our own economy, to have normal commercial relations with our neighbors, and to travel freely. In short, we seek only what the free world now enjoys and only what Israel insists on for itself: the right to control our own destiny and to take our place among free nations.

## We seek to live as an equal neighbor alongside Israel.

In addition, we seek a fair and just solution to the plight of Palestinian refugees who for 54 years have not been permitted to return to their homes. We understand Israel's demographic concerns and understand that the right of return of Palestinian refugees, a right guaranteed under international law and United Nations Resolution 194, must be implemented in a way that takes into account such concerns. However, just as we Palestinians must be realistic with respect to Israel's demographic desires, Israelis too must be realistic in understanding that there can be no solution to the Israeli-Palestinian conflict if the legitimate rights of these innocent civilians continue to be ignored. Left unresolved, the refugee issue has the potential to undermine any political settlement.

The issue is often cast as one of the "right of return." This must take into account such concerns, and there must be a recognition of the Palestinian refugees' suffering and a just resolution to their plight.

We Palestinians will only feel the full weight of our responsibilities to bring about peace be-tween individuals — if it is reconciliation between peoples. Two peoples cannot reconcile when one demands control over the other, when one refuses to treat the other as a partner in peace, when one uses the logic of power rather than the power of logic. Israel has yet to understand that it cannot have peace while denying justice. As long as the occupation of Palestinian lands continues, as long as Palestinians are denied freedom, then the path to the "peace of the brave" that I embarked upon with my late partner Yitzhak Rabin, will be littered with obstacles.

The Palestinian people have been denied their freedom for far too long and are the only people in the world still living under foreign occupation. How is it possible that the entire world can tolerate this oppression, discrimination and humiliation? The 1993 Oslo Accord, signed on the White House lawn, promised the Palestinians freedom by May 1999. Instead, since 1993, the Palestinian people have endured a doubling of Israeli settlers, expansion of illegal Israeli settlements on Palestinian land and increased restrictions on freedom of movement. How do I convince my people that Israel is serious about peace while over the past decade Israel intensified the colonization of Palestinian land from which it

current situation. But these attacks do little to move the peace process for-ward and, in fact, are not designed to. Many believe that Ariel Sharon, Israel's prime minister, given his opposition to every peace treaty Israel has ever signed, is fanning the flames of unrest in an effort to delay indefinitely a return to negotiations. Regrettably, he has done little to prove them wrong. Israeli government practices of settlement construction, home demolitions, political assassinations, closures and shameful silence in the face of Israeli settler violence and other daily humiliations are clearly not aimed at calming the situation.

The Palestinians have a vision of peace: it is a peace based on the complete end of the occupation and a return to Israel's 1967 borders, the sharing of all Jerusalem as an open city and as the capital of two states, Palestine and Israel. It is a warm peace between two equals enjoying mutually beneficial economic and social cooperation. Despite the brutal repression of Palestinians over the last four decades, I believe when Israel sees Palestinians as equals, and not as a subjugated people upon whom it can impose its will, such a vision can come true. Indeed it must.

Palestinians are ready to

# The Palestinian Vision of Peace

## By Yasir Arafat

RAMALLAH

For the past 16 months, Israelis and Palestinians have been locked in a catastrophic cycle of violence, a cycle which only promises more bloodshed and fear. The cycle has led many to conclude that peace is impossible, a myth borne out of ignorance of the Palestinian position. Now is the time for the Palestinians to state clearly, and for the world to hear clearly, the Palestinian vision.

But first, let me be very clear. I condemn the attacks carried out by terrorist groups against Israeli civilians. These groups do not represent the Palestinian people or their legitimate aspirations for freedom. They are terrorist organizations, and I am determined to put an end to their activities.

The Palestinian vision of peace is an independent and viable Palestinian state on the territories occupied by Israel in 1967, living as an equal neighbor alongside Israel with peace and security for both the Israeli and Palestinian peoples. In 1988, the Palestinian National Council adopted a historic resolution calling for the implementation of applicable United Nations resolutions, particularly, Resolutions 242 and 338. The Palestinians recognized Israel's right to exist on 78 percent of historical Palestine with the understanding that we would be allowed to live in freedom on the remaining 22 percent, which has been under Israeli occupation since 1967. Our commitment to that two-state solution remains unchanged, but, unfortunately, also remains unreciprocated.

We seek true independence and full sovereignty: the right to control our own airspace, water resources and borders; to develop our own economy, to have normal commercial relations with our neighbors, and to travel freely. In short, we seek only what the free world now enjoys and only what Israel insists on for itself: the right to control our own destiny and to take our place among free nations.

## We seek to live as an equal neighbor alongside Israel.

In addition, we seek a fair and just solution to the plight of Palestinian refugees who for 54 years have not been permitted to return to their homes. We understand Israel's demographic concerns and understand that the right of return of Palestinian refugees, a right guaranteed under international law and United Nations Resolution 194, must be implemented in a way that takes into account such concerns. However, just as we Palestinians must be realistic with respect to Israel's demographic desires, Israelis too must be realistic in understanding that there can be no solution to the Israeli-Palestinian conflict if the legitimate rights of these innocent civilians continue to be ignored. Left unresolved, the refugee issue has the potential to undermine any permanent peace agreement between Palestinians and Israelis. How is a Palestinian refugee to understand that his or her right of return will not be honored but those of Kosovar Albanians, Afghans and East Timorese have been?

There are those who claim that I am not a partner in peace. In response, I say Israel's peace partner is, and always has been, the Palestinian people. Peace is not a signed agreement between individuals — it is reconciliation between peoples. Two peoples cannot reconcile when one demands control over the other, when one refuses to treat the other as a partner in peace, when one uses the logic of power rather than the power of logic. Israel has yet to understand that it cannot have peace while denying justice. As long as the occupation of Palestinian lands continues, as long as Palestinians are denied freedom, then the path to the "peace of the brave" that I embarked upon with my late partner Yitzhak Rabin, will be littered with obstacles.

The Palestinian people have been denied their freedom for far too long and are the only people in the world still living under foreign occupation. How is it possible that the entire world can tolerate this oppression, discrimination and humiliation? The 1993 Oslo Accord, signed on the White House lawn, promised the Palestinians freedom by May 1999. Instead, since 1993, the Palestinian people have endured a doubling of Israeli settlers, expansion of illegal Israeli settlements on Palestinian land and increased restrictions on freedom of movement. How do I convince my people that Israel is serious about peace while over the past decade Israel intensified the colonization of Palestinian land from which it was ostensibly negotiating a withdrawal?

But no degree of oppression and no level of desperation can ever justify the killing of innocent civilians. I condemn terrorism. I condemn the killing of innocent civilians, whether they are Israeli, American or Palestinian; whether they are killed by Palestinian extremists, Israeli settlers, or by the Israeli government. But condemnations do not stop terrorism. To stop terrorism, we must understand that terrorism is simply the symptom, not the disease.

The personal attacks on me currently in vogue may be highly effective in giving Israelis an excuse to ignore their own role in creating the current situation. But these attacks do little to move the peace process forward and, in fact, are not designed to. Many believe that Ariel Sharon, Israel's prime minister, given his opposition to every peace treaty Israel has ever signed, is fanning the flames of unrest in an effort to delay indefinitely a return to negotiations. Regrettably, he has done little to prove them wrong. Israeli government practices of settlement construction, home demolitions, political assassinations, closures and shameful silence in the face of Israeli settler violence and other daily humiliations are clearly not aimed at calming the situation.

The Palestinians have a vision of peace: it is a peace based on the complete end of the occupation and a return to Israel's 1967 borders, the sharing of all Jerusalem as one open city and as the capital of two states, Palestine and Israel. It is a warm peace between two equals enjoying mutually beneficial economic and social cooperation. Despite the brutal repression of Palestinians over the last four decades, I believe when Israelis see Palestinians as equals, and not as a subjugated people upon whom it can impose its will, such a vision can come true. Indeed it must.

Palestinians are ready to end the conflict. We are ready to sit down now with any Israeli leader, regardless of his history, to negotiate freedom for the Palestinians, a complete end of the occupation, security for Israel and creative solutions to the plight of the refugees while respecting Israel's demographic concerns. But we will only sit down as equals, not as supplicants; as partners, not as subjects; as seekers of a just and peaceful solution, not as a defeated nation grateful for whatever scraps are thrown our way. For decade Israel's overwhelming military advantage, we possess something even greater: the power of justice. □

*Yasir Arafat was elected president of the Palestinian Authority in 1996 and is also chairman of the Palestine Liberation Organization.*

02:008480

**The New York Times**
nytimes.com

February 3, 2002

# The Palestinian Vision of Peace

### By YASIR ARAFAT

RAMALLAH ? For the past 16 months, Israelis and Palestinians have been locked in a catastrophic cycle of violence, a cycle which only promises more bloodshed and fear. The cycle has led many to conclude that peace is impossible, a myth borne out of ignorance of the Palestinian position. Now is the time for the Palestinians to state clearly, and for the world to hear clearly, the Palestinian vision.

But first, let me be very clear. I condemn the attacks carried out by terrorist groups against Israeli civilians. These groups do not represent the Palestinian people or their legitimate aspirations for freedom. They are terrorist organizations, and I am determined to put an end to their activities.

The Palestinian vision of peace is an independent and viable Palestinian state on the territories occupied by Israel in 1967, living as an equal neighbor alongside Israel with peace and security for both the Israeli and Palestinian peoples. In 1988, the Palestine National Council adopted a historic resolution calling for the implementation of applicable United Nations resolutions, particularly, Resolutions 242 and 338. The Palestinians recognized Israel's right to exist on 78 percent of historical Palestine with the understanding that we would be allowed to live in freedom on the remaining 22 percent, which has been under Israeli occupation since 1967. Our commitment to that two-state solution remains unchanged, but unfortunately, also remains unreciprocated.

We seek true independence and full sovereignty: the right to control our own airspace, water resources and borders; to develop our own economy, to have normal commercial relations with our neighbors, and to travel freely. In short, we seek only what the free world now enjoys and only what Israel insists on for itself: the right to control our own destiny and to take our place among free nations.

In addition, we seek a fair and just solution to the plight of Palestinian refugees who for 54 years have not been permitted to return to their homes. We understand Israel's demographic concerns and understand that the right of return of Palestinian refugees, a right guaranteed under international law and United Nations Resolution 194, must be implemented in a way that takes into account such concerns. However, just as we Palestinians must be realistic with respect to Israel's demographic desires, Israelis too must be realistic in understanding that there can be no solution to the Israeli-Palestinian conflict if the legitimate rights of these innocent civilians continue to be ignored. Left

03:000608

02:008481

unresolved, the refugee issue has the potential to undermine any permanent peace agreement between Palestinians and Israelis. How is a Palestinian refugee to understand that his or her right of return will not be honored but those of Kosovar Albanians, Afghans and East Timorese have been?

There are those who claim that I am not a partner in peace. In response, I say Israel's peace partner is, and always has been, the Palestinian people. Peace is not a signed agreement between individuals ? it is reconciliation between peoples. Two peoples cannot reconcile when one demands control over the other, when one refuses to treat the other as a partner in peace, when one uses the logic of power rather than the power of logic. Israel has yet to understand that it cannot have peace while denying justice. As long as the occupation of Palestinian lands continues, as long as Palestinians are denied freedom, then the path to the "peace of the brave" that I embarked upon with my late partner Yitzhak Rabin, will be littered with obstacles.

The Palestinian people have been denied their freedom for far too long and are the only people in the world still living under foreign occupation. How is it possible that the entire world can tolerate this oppression, discrimination and humiliation? The 1993 Oslo Accord, signed on the White House lawn, promised the Palestinians freedom by May 1999. Instead, since 1993, the Palestinian people have endured a doubling of Israeli settlers, expansion of illegal Israeli settlements on Palestinian land and increased restrictions on freedom of movement. How do I convince my people that Israel is serious about peace while over the past decade Israel intensified the colonization of Palestinian land from which it was ostensibly negotiating a withdrawal?

But no degree of oppression and no level of desperation can ever justify the killing of innocent civilians. I condemn terrorism. I condemn the killing of innocent civilians, whether they are Israeli, American or Palestinian; whether they are killed by Palestinian extremists, Israeli settlers, or by the Israeli government. But condemnations do not stop terrorism. To stop terrorism, we must understand that terrorism is simply the symptom, not the disease.

The personal attacks on me currently in vogue may be highly effective in giving Israelis an excuse to ignore their own role in creating the current situation. But these attacks do little to move the peace process forward and, in fact, are not designed to. Many believe that Ariel Sharon, Israel's prime minister, given his opposition to every peace treaty Israel has ever signed, is fanning the flames of unrest in an effort to delay indefinitely a return to negotiations. Regrettably, he has done little to prove them wrong. Israeli government practices of settlement construction, home demolitions, political assassinations, closures and shameful silence in the face of Israeli settler violence and other daily humiliations are clearly not aimed at calming the situation.

The Palestinians have a vision of peace: it is a peace based on the complete end of the occupation and a return to Israel's 1967 borders, the sharing of all Jerusalem as one open city and as the capital of two states, Palestine and Israel. It is a warm peace between two equals enjoying mutually beneficial economic and social cooperation. Despite the brutal

03:000609

02:008482

repression of Palestinians over the last four decades, I believe when Israel sees Palestinians as equals, and not as a subjugated people upon whom it can impose its will, such a vision can come true. Indeed it must.

Palestinians are ready to end the conflict. We are ready to sit down now with any Israeli leader, regardless of his history, to negotiate freedom for the Palestinians, a complete end of the occupation, security for Israel and creative solutions to the plight of the refugees while respecting Israel's demographic concerns. But we will only sit down as equals, not as supplicants; as partners, not as subjects; as seekers of a just and peaceful solution, not as a defeated nation grateful for whatever scraps are thrown our way. For despite Israel's overwhelming military advantage, we possess something even greater: the power of justice.

Yasir Arafat was elected president of the Palestinian Authority in 1996 and is also chairman of the Palestine

03:000610

02:008483