# EXHIBIT 29

```
                                                                    1

 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                                    PLAINTIFFS,
 5

 6         -against-        Case No:
                            04CV 397 (GBD) (RLE)
 7

 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                                    DEFENDANTS.
10    ------------------------------------X

11

12              DATE: October 3, 2012

13              TIME: 2:46 P.M.

14

15

16         DEPOSITION of the ELANA SOKOLOW

17    - ROSMAN, taken by the Defendants, pursuant

18    to Notice and to the Federal Rules of Civil

19    Procedure, held at the offices of Morrison

20    & Foerster, 1290 Avenue of the Americas,

21    New York, New York 10104, before Robert X.

22    Shaw, CSR, a Notary Public of the State of

23    New York.

24

25
```

```
 1            Elana Sokolow - Rosman
 2    the process?
 3         A.    No, I don't.
 4         Q.    Is there any reason you won't
 5    be able to give complete and truthful
 6    testimony today?
 7         A.    No.
 8         Q.    Were you present at the bombing
 9    in which your family members were injured
10    in January of 2002?
11         A.    No, I was not.
12         Q.    Are you claiming to have
13    suffered any physical injury as a result
14    that bombing?
15         A.    No, I am not.
16         Q.    Do you believe that you have a
17    mental illness as a result of that bombing?
18         A.    I was --
19              MR. SOLOMON:  Objection.  Note
20           my objection.  Calls for expert
21           testimony.  The witness can answer.
22              Go ahead.
23         A.    I was never evaluated by anyone
24    objective to say whether I do or do not
25    have a mental illness.
```

1          Elana Sokolow - Rosman
2   injured?
3       A.   What I can say is, I recall
4   hearing from the media that Wafa Idris was
5   transported into Jerusalem in a Palestinian
6   ambulance and that she was a member of the
7   Al Aksa Martyrs Brigade, which, I believe,
8   has ties with the PLO.  But that's the
9   extent of my knowledge.
10      Q.   Do you recall from what media
11  source you consumed the report you've just
12  described?
13      A.   No, I don't.
14      Q.   Have you maintained a copy of
15  this media report?
16      A.   No, I have not.
17      Q.   Do you know if anyone has a
18  copy of this media report?
19      A.   I have no idea.
20      Q.   Okay.  Apart from that media
21  report, are you aware of any other media
22  reports implicating the PLO in the bombing
23  in which your family was involved?
24      A.   No, I'm not.
25      Q.   Okay.  You mentioned that you'd

```
 1              Elana Sokolow - Rosman
 2    had some conversations with your family
 3    members about this subject.  Apart from
 4    talking with your family members, are you
 5    aware of, have you spoken to anyone else
 6    who's told you that the PLO was involved in
 7    the attack in which your family was
 8    injured?
 9         A.    No, I do not.
10         Q.    Have you now told me about all
11    the evidence you're aware of that the PLO
12    might have had something to do with the
13    attack on your family?
14         A.    Yes, I have.
15         Q.    You haven't ever spoken to
16    anyone from the PLO, I take it?
17         A.    No, I haven't.
18         Q.    Have you spoken to any
19    Palestinians about this?
20         A.    No.
21         Q.    I'd like to ask you about the
22    Palestinian Authority.  The answers may be
23    the same, but let me ask you anyway.
24              Are you aware of any evidence
25    that the Palestinian Authority had anything
```

```
 1          Elana Sokolow - Rosman
 2   to do with the January, 2002 attack in
 3   which your family was injured?
 4       A.   Aside from the media, and
 5   discussions with my family, I do not have
 6   any evidence or any documents.
 7       Q.   Okay.  Are you recalling a
 8   media report that implicated the
 9   Palestinian Authority in the attack on your
10   family?
11       A.   Um, the same media report that
12   I heard from the PLO that we discussed.
13       Q.   Okay.  So, apart from what
14   we've already described, what you've
15   already described as a media report about
16   an ambulance and the Al Aksa Martyrs
17   Brigades, you're not aware of any other
18   media reporting indicating that the PA had
19   something to do with this attack?
20       A.   That's correct.
21       Q.   Okay.  You mentioned, again,
22   that you discussed this with your family.
23            Have you spoken to anyone other
24   than your family members about whether the
25   PA had something to do with the attack in
```

```
 1              Elana Sokolow - Rosman
 2    which they were injured?
 3         A.    No, I have not.
 4         Q.    Okay.  You mentioned earlier
 5    that you were relying on your lawyers.  Do
 6    you know if your lawyers are in possession
 7    of any evidence that the PA had something
 8    to do with the attack in which your family
 9    members were injured?
10         A.    I rely on them, um, and I rely
11    on my family, who hired the lawyers, but I
12    don't, I have never seen any of the
13    documents, and I don't know what they
14    entail.
15         Q.    Okay.  So, just so the record
16    is clear, you don't know if your lawyers,
17    in fact, have any evidence indicating the
18    PA had something to do with this bombing;
19    is that fair to say?
20         A.    Yes.
21         Q.    Is it also fair to say that you
22    don't know if your lawyers have any
23    evidence that the PLO had something to do
24    with this bombing?
25         A.    Yes.
```