# EXHIBIT 31

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK I. SOKOLOW, ET AL.,
 4
                              PLAINTIFFS,
 5
 6          -against-         Case No:
                              04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION,
     ET AL.,
 9
                              DEFENDANTS.
10   ------------------------------------------X
11
12                DATE:  September 5, 2012
13                TIME:  2:26 P.M.
14
15
16          DEPOSITION of LAUREN SOKOLOW,
17   taken by the Defendants, pursuant to Notice
18   and to the Federal Rules of Civil
19   Procedure, held at the offices of Morrison
20   & Foerster, 1290 Avenue of the Americas,
21   New York, New York 10104, before Robert X.
22   Shaw, CSR, a Notary Public of the State of
23   New York.
24
25
```

```
 1                  Lauren Sokolow
 2        A.   No.
 3        Q.   Okay.  So, on January 27th,
 4   2002, prior to the attack that was the
 5   result of your injuries, did you see the
 6   person or persons who set off the explosion
 7   that day, prior to the explosion?
 8             MR. SOLOMON:  Objection to
 9        form, but go ahead.
10        A.   Not -- no, not consciously.
11        Q.   Okay.  Did you see the person
12   or persons who set off the explosion
13   following the explosion itself?
14        A.   I saw pictures of her in the
15   newspaper.
16        Q.   And who did you see pictures of
17   in the newspaper?
18        A.   Wafa Idris.
19        Q.   Okay.  And how do you know that
20   that was the person that set off the
21   explosion?
22        A.   From the news, and from my
23   lawyers.
24        Q.   Okay.  Did you see Wafa Idris
25   at the scene?
```

```
 1                  Lauren Sokolow
 2       A.    No.
 3       Q.    Okay.  Do you know which
 4  direction the explosion came from?
 5       A.    No.
 6       Q.    Did you know if it came from
 7  behind you?
 8             MR. SOLOMON:  Asked and
 9        answered.
10             You can answer.
11       A.    No.
12       Q.    Okay.  So, based on your
13  earlier statement, if you saw a picture of
14  Wafa Idris, you could identify that person?
15             MR. SOLOMON:  Objection to
16        form.
17             Go ahead.
18       A.    I may be able to, if I remember
19  correctly.
20       Q.    Is that identification based on
21  anything that you, yourself, saw?
22       A.    No.
23       Q.    Okay.  So, when you say that
24  you could identify her, is it fair to say
25  that your knowledge is based on what other
```

```
1                  Lauren Sokolow
2      A.    One is the Arab Bank.
3            And two is the PA, PLO.
4      Q.    Why did you sue the Arab Bank?
5            MR. SOLOMON:  Objection.
6            Go ahead.
7      A.    Well, I believe that the Arab
8  Bank put money into the Saudi committee,
9  which then aided in terrorism.
10           And the PA, PLO, I believe,
11 gave aid to Al Aqsa and Wafa Idris and, you
12 know, aided with that terrorist attack.
13     Q.    Are you aware of any evidence
14 that the Arab Bank had anything to do with
15 the bombing on January 27th, 2002?
16     A.    I rely on my lawyers for the
17 evidence.  I do.
18     Q.    Do you have any personal
19 knowledge that the Arab Bank had anything
20 to do with the bombing on January 27th,
21 2002?
22           MR. SOLOMON:  Note my
23        objection.  We're talking about your
24        own knowledge.
25           THE WITNESS:  Right.
```

```
 1                    Lauren Sokolow
 2              MR. SOLOMON:  Not necessarily
 3         what we've collected; okay?
 4         A.    Right.
 5              I mean, all I know is what I
 6    said, that they were putting money into the
 7    Saudi committee, which was then aiding in
 8    terrorist attacks, giving money to the
 9    families of the terrorists.
10         Q.    Well, do you think that the
11    Arab Bank caused the bombing that took
12    place on January 27th, 2002?
13              MR. SOLOMON:  Objection.
14              Go ahead.
15         A.    Well, I think Wafa Idris caused
16    the bombing.  I mean, she actually, you
17    know, firsthand, caused it.  I think they
18    were aiding, giving money.
19         Q.    Okay.  So, you were saying, a
20    little earlier, that you sued the
21    Palestinian Authority because you believed
22    that they assisted Wafa Idris?
23         A.    Yes.
24         Q.    And you also believe that the
25    Palestinian Authority assisted the Al Aqsa
```

```
                    Lauren Sokolow
```

1                     Lauren Sokolow
2      Martyrs Brigades?
3           A.   Yes.
4           Q.   Do you believe that the PLO
5      assisted Wafa Idris?
6           A.   To my knowledge, yes.
7           Q.   And do you believe the PLO
8      assisted Al Aqsa Martyrs Brigade?
9           A.   Yes.
10          Q.   Okay.  And are you aware of any
11     evidence that the PA had anything to do
12     with the bombing of January 27th, 2002?
13          A.   I am not aware of any evidence,
14     I just rely on my parents and my lawyers.
15          Q.   Okay.  So, is it fair to say
16     that the evidence on which you base your
17     allegations is not from your own personal
18     knowledge?
19               MR. SOLOMON:  Objection.  Form,
20          and calls for a legal conclusion.
21               But go ahead.
22          A.   Right.  Yes.
23               MR. SOLOMON:  "Right, yes,"
24          that's your answer?
25          A.   Yes.  That's my answer.

```
 1                  Lauren Sokolow
 2           MR. SOLOMON:  "Yes" is the
 3      answer.
 4      Q.   So, your answer is, it is --
 5           I'm going to repeat my
 6  question.
 7      A.   Okay.
 8      Q.   I asked you if it was fair to
 9  say that the evidence on which you base
10  your knowledge is not from your own -- I'm
11  sorry -- that you base your allegations is
12  not from your own personal knowledge?
13           MR. SOLOMON:  Note a continuing
14      objection.
15           Answer the question.
16      A.   Right.
17      Q.   Okay.  And you identify your
18  attorneys and your parents as the people
19  who told you, um, that the evidence
20  supports these allegations?
21           MR. SOLOMON:  Objection.
22           Go ahead.
23      A.   Right.
24      Q.   Okay.  Earlier in your
25  testimony you mentioned the name of Wafa
```