# EXHIBIT 32

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6        -against-         Case No:
                       04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                              DEFENDANTS.
10   ------------------------------------X
11
12             DATE: September 4, 2012
13             TIME: 3:21 P.M.
14
15        DEPOSITION of the Plaintiff,
16   RENA SOKOLOW, taken by the Defendants,
17   pursuant to Notice and to the Federal Rules
18   of Civil Procedure, held at the offices of
19   Morrison & Foerster, 1290 Avenue of the
20   Americas, New York, New York 10104, before
21   Robert X. Shaw, CSR, a Notary Public of the
22   State of New York.
23
24
25
```

```
 1                    Rena Sokolow
 2     and think of something, can I tell my
 3     lawyer?
 4          Q.    Absolutely.  If you think of
 5     anything before you leave, tell us also.
 6          A.    Right.
 7          Q.    I will ask you some questions
 8     about the attack itself.  I will move to a
 9     different subject.
10                I understand that you and your
11     husband and Jamie and Lauren were in
12     Jerusalem, and there was an explosion, and
13     the four of you were injured; correct?
14          A.    Correct.
15          Q.    I understand that your other
16     daughter, Elana, was not present; is that
17     correct?
18          A.    Correct.
19          Q.    Did you see the person or
20     persons who set off the explosion before
21     the explosion?
22                MR. SOLOMON:  Before the
23           explosion.
24          A.    Before the explosion?  No.
25          Q.    Okay.  Do you know from which
```

```
 1                 Rena Sokolow
 2    direction the explosion came, for example,
 3    do you know if it came from behind you?
 4         A.    I know only because someone who
 5    witnessed her blow herself up told me this.
 6         Q.    So someone else saw the person
 7    who exploded?
 8         A.    Saw the person and saw me.
 9         Q.    Okay.  But you did not see the
10    person who exploded at the time that it
11    exploded?
12         A.    No.
13         Q.    So, do you have a sense, based
14    on your own injury, or your own
15    recollection, whether the explosion
16    occurred behind you or in front of you?
17         A.    I was told that she was behind
18    me.
19         Q.    Okay.  You did not actually see
20    the explosion when it took place?
21         A.    No.
22         Q.    Do you believe that you can
23    identify the person who set off the
24    explosion?
25         A.    I don't understand the
```

```
 1                    Rena Sokolow
 2     question.
 3          Q.    All right.  Well, I mean, in
 4     any crime, for example, one of the issues
 5     is who the perpetrator is, and you go
 6     through a process of trying to identify
 7     that person.
 8                Do you think that you can
 9     identify the person who set off the
10     explosion in which you were injured?
11          A.    Yes.
12          Q.    How do you think that you can
13     identify the person that set off the
14     explosion?
15          A.    Well, I have seen her pictures
16     all over newspapers, magazines, the
17     Internet.
18                If someone showed me a picture
19     of Wafa Idris, I would know that she was
20     the one that did this.
21          Q.    Would you know that because you
22     have seen pictures of this person in the
23     media?
24          A.    Yes.
25          Q.    Do you remember seeing this
```

Case 1:04-cv-00397-GBD-RLE   Document 497-33   Filed 05/06/14   Page 6 of 10

44

```
 1                 Rena Sokolow
 2    person on the day you were injured?
 3            MR. SOLOMON:  At all.
 4        A.   I remember seeing her head
 5    lying on the floor.
 6        Q.   Now, when did you see the head
 7    lying on the floor?
 8        A.   While I was sitting in a pool
 9    of blood, with my leg in four different
10    directions, I looked over to my right, and
11    I saw a woman's head with her hair all
12    burnt, and that is what I saw.
13        Q.   I have seen something in the
14    documents where you wrote something
15    indicating that you thought this might be
16    the head of a mannequin.
17            MR. SOLOMON:  Do you want to
18        mark that document?
19        A.   Yes.
20            MR. HILL:  I will ask the
21        question first.
22        Q.   Do you remember writing
23    something where you indicated that you
24    believe you saw a mannequin head?
25        A.   I do.  I remember saying to
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
44

```
 1                Rena Sokolow
 2    myself that it had to be a mannequin,
 3    because after the event, I was told that
 4    only one person died, and it was a man.
 5              So, therefore, the head that I
 6    saw had to be fake, and then I found out
 7    that it was a female suicide bomber.
 8              So then I realized that the
 9    head was what I saw.
10              MR. SOLOMON:  Off the record.
11              (Whereupon, an off-the-record
12         discussion was held.)
13         A.   But there were no stores nearby
14    that had mannequins in the window.
15              It was a shoe store.  There
16    were, there was nothing that would have had
17    a mannequin flying out the window.
18         Q.   And do you believe that, based
19    on seeing this head, that you can identify
20    whose head it was?
21         A.   No.
22         Q.   So, when you say you think you
23    can identify the person who did it, is it
24    fair to say that that is based on what you
25    have read about the attack?
```

```
 1                    Rena Sokolow
 2        A.    Yes.  And based on what the
 3   woman who saw herself blow herself up told
 4   me.
 5        Q.    Okay.  So, when you say you
 6   think that you could identify the person
 7   who detonated the bomb, that is based on
 8   what someone else told you and what you
 9   read in the media; correct?
10        A.    Yes.
11        Q.    You don't think that based on
12   viewing this head, that you could identify
13   whose head that was; correct?
14        A.    Correct.
15        Q.    Okay.  Do you know if your
16   husband, Mark, will require any future
17   medical treatment for the injuries that he
18   sustained in January of 2002?
19             MR. SOLOMON:  Objection.
20             Again, you are here as a fact
21        witness, you are not a medical
22        expert.
23             So when you answer this
24        question, only to your personal
25        knowledge.  Okay?
```

```
 1                 Rena Sokolow
 2   attack that you were injured?
 3        A.   No.
 4        Q.   Are you aware of any evidence,
 5   other than what you consumed in the media
 6   in some form, that Wafa Idris traveled to
 7   Jerusalem in a Palestinian ambulance?
 8        A.   No.
 9        Q.   This may be obvious, but I am
10   asking to make sure.
11             Are you aware of any evidence,
12   other than what you have consumed from some
13   media outlet, that the PA had anything to
14   do with the bombing in which you were
15   injured?
16        A.   No.
17        Q.   A similar question:  Are you
18   aware of any evidence, other than what you
19   have gleaned from some media source, that
20   the PLO had anything to do with the attack
21   in which you were injured?
22        A.   No.
23             MR. HILL:  Why don't we take a
24        quick break and I can get myself
25        organized.
```

```
 1                    Rena Sokolow
 2        A.    Yes.  And based on what the
 3   woman who saw herself blow herself up told
 4   me.
 5        Q.    Okay.  So, when you say you
 6   think that you could identify the person
 7   who detonated the bomb, that is based on
 8   what someone else told you and what you
 9   read in the media; correct?
10        A.    Yes.
11        Q.    You don't think that based on
12   viewing this head, that you could identify
13   whose head that was; correct?
14        A.    Correct.
15        Q.    Okay.  Do you know if your
16   husband, Mark, will require any future
17   medical treatment for the injuries that he
18   sustained in January of 2002?
19             MR. SOLOMON:  Objection.
20             Again, you are here as a fact
21        witness, you are not a medical
22        expert.
23             So when you answer this
24        question, only to your personal
25        knowledge.  Okay?
```