# EXHIBIT 33

```
 1
 2   UNITED STATES DISTRICT COURT.
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6        -against-        Case No:
                         04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                              DEFENDANTS.
10   ------------------------------------X
11
12              DATE: August 2, 2012
13              TIME: 2:06 P.M.
14
15         DEPOSITION of REVITAL BAUER,
16   taken by the Defendants, pursuant to Notice
17   and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25
```

```
 1                    Revital Bauer
 2        A.    Philip.
 3        Q.    Philip Bauer?
 4        A.    Yes.
 5        Q.    And where does he live; do you
 6   know?
 7        A.    In Texas.
 8        Q.    In Texas?  Do you know what
 9   city in Texas?
10        A.    No.
11        Q.    Okay.
12        A.    Maybe Arlington?
13        Q.    Okay.  If you, at any time,
14   need to refer to your phone, if you've
15   information in there, like addresses of
16   people, or things like that, it's okay to
17   do that.  This isn't a closed book test;
18   so, do you think you might have his phone
19   number, or address?
20        A.    No.
21        Q.    No?  Okay.  What is your, of
22   what countries are you a citizen of?
23        A.    Israel.
24        Q.    Israel?  Do you have any other
25   citizenship?
```

Case 1:04-cv-00397-GBD-RLE   Document 497-34   Filed 05/06/14   Page 4 of 5

12

```
 1                    Revital Bauer
 2        A.    No.
 3        Q.    No?  Have you ever applied for
 4   U.S. citizenship?
 5        A.    No.
 6        Q.    Have you ever lived in the
 7   U.S.?
 8        A.    No.
 9        Q.    Okay.  Let's talk about your
10   children.  You have five children; is that
11   right?
12        A.    I have four boys.
13        Q.    Four boys?  Okay.  So, let's
14   start with the oldest boy; what's his name?
15        A.    Yehonathan.
16        Q.    When was he born?
17        A.    15, March.  '95.
18        Q.    Okay.  What about the next son?
19        A.    Benyamin Baruch.
20        Q.    When was he born?
21        A.    I know better the Hebrew
22   calendar.
23        Q.    But are you unable to give it
24   in the Western calendar?  What would we
25   call it, the Roman calendar?
```

DIAMOND REPORTING   (718) 624-7200    info@diamondreporting.com
12

```
 1                    Revital Bauer
 2    between, is it you that talks to Dr.
 3    Constantini, or is it your husband?
 4          A.    My husband.  Usually my husband
 5    is talking to him.
 6          Q.    And is it him who e-mails Dr.
 7    Constantini, as well?
 8          A.    Yes.
 9          Q.    Okay.
10  RQ          MR. NIELSEN:  To the extent you
11          have any e-mails between Dr. Bauer
12          and Dr. Constantini related to the
13          injury, I would appreciate that a
14          search be made and they be produced,
15          to the extent they're responsive.
16              MR. SOLOMON:  I'll take that
17          request under advisement.  Please
18          follow up in writing.
19              MR. NIELSEN:  Thanks.
20          Q.    Now, you sued the PA and the
21    PLO in this case because of the bombing.
22    Do you have any evidence in your possession
23    that the PA or the PLO is responsible for
24    the bombing?
25          A.    No.
```