# EXHIBIT 34

Case 1:04-cv-00397-GBD-RLE  Document 497-35  Filed 05/06/14  Page 1 of 3

Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURTNEY LINDE, et al.,        )
                               )
          Plaintiffs,          )
     vs.                       ) CV-04-2799
                               ) (NG)(VVP)
ARAB BANK, PLC,                )
          Defendant.           )
                               )
-------------------------------)
PHILIP LITLE, et al.,          )
                               )
          Plaintiffs,          )
     vs.                       ) CV-04-5499
                               ) (NG)(VVP)
ARAB BANK, PLC,                )
          Defendant.           )
-------------------------------)
ORAN ALMOG, et al.,            )
                               )
          Plaintiffs,          )
     vs.                       ) CV-04-5564
                               ) (NG)(VVP)
ARAB BANK, PLC,                )
          Defendant.           )
-------------------------------)
          (Caption continued on next page)


        CONFIDENTIAL DEPOSITION OF ALAN J. BAUER
                  New York, New York
               Friday, September 4, 2009



Reported by:
Philip Rizzuti
JOB NO. 24416
```

```
                                                      Page 8
 1              Bauer - confidential
 2   any other reason that you can't give your best
 3   testimony this morning?
 4        A.    To the best of my knowledge no.
 5        Q.    Where do you currently reside,
 6   Dr. Bauer?
 7              MS. WEINBERG:  I will just remind
 8        Dr. Bauer we are not giving street
 9        addresses?
10        A.    Jerusalem, Israel.
11        Q.    How long have you resided there?
12        A.    Seventeen years.
13        Q.    You were originally from the U.S.?
14        A.    Chicago.
15        Q.    Are you a dual citizen of the U.S.
16   and Israel?
17        A.    No.
18        Q.    Just U.S.?
19        A.    Yes.
20        Q.    You are currently married?
21        A.    Yes.
22        Q.    What is your wife's name?
23        A.    Rental.
24        Q.    Of what country is she a citizen?
25        A.    Israel.
```