# EXHIBIT 36



**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Statement on behalf of the President and the Palestinian Leadership:*
*April 13, 2002*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

_____
Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S EXHIBIT NO. 37

Palestinian National Authority    [logo: SIS]    State Information Service

Palestinian National Information Center    [logo]

---

Statement on behalf of the President and the Palestinian Leadership:
Condemnation of all terrorist activities targeting civilians, whether Israeli or Palestinian
and whether this terrorism is sponsored by a state, group or individual

Ramallah, April 13, 2002 WAFA – President Yasser Arafat and the Palestinian Leadership express their condemnation of all terrorist activities that target civilians, whether Israeli or Palestinian and regardless of whether this terrorism is sponsored by a state, group or individual. This is based on a well-established principle that rejects resorting to violence and terrorism against civilians as a means to achieving political goals.

We have declared this position in 1988, when the Oslo Agreement was signed at the White House, and have repeated it numerous times, including on December 16, 2001 and thereafter. We have not received a positive Israeli response to it, but instead, we faced a military escalation, suffocating siege, continued occupation of our people, camps, cities and villages, as well as the complete destruction of our infrastructure. We strongly condemn the violent attacks targeting Israeli civilians, especially the last attack in Jerusalem, as we strongly and sharply condemn the massacre and slaughters committed by the Israeli occupation forces against Palestinian civilians and refugees in the city of Nablus and the camp of Jenin, and against the Church of the Nativity in Bethlehem and other Palestinian areas over the past two weeks.

We call upon the international community, the Security Council and Mr. Colin Powell, who is currently on an international mission for peace, to see these massacres and slaughters that have befallen our people, as a result of the Israeli occupation, and the insistence of the Israeli government on crushing our people's hopes for freedom and independence, using military force, tanks, planes, missiles, mortars and machine guns.

02:000779

In the name of the Palestinian people, we reaffirm our commitment to the choice of just peace between the two peoples and the two states, a peace that provides security to Israelis and independence and freedom to the Palestinian people in an independent state. Security can only be achieved for everyone through peace, and not through occupation, military power, massacres and terrorist acts, particularly against civilians. The latter will not provide security or peace for Israelis or Palestinians.

In light of the Security Council's resolutions, the international resolutions, the statements by President Bush and his Foreign Secretary, the statement by the Quartet Committee (US, Russia, Europe and the United Nations) in Madrid, as well as Mr. Colin Powell's tour and his presence among us, we must all work together to stop this war and have the Israelis withdraw immediately, to immediately commence the implementation of the Tenet understandings and the Mitchel Report, to launch immediate negotiations based upon the resolutions of the Arab summits and the Saudi initiative adopted by the Arab Summit in Beirut, and to protect our Christian and Muslim holy sites. It is also critically important to have an international peacekeeping force to monitor the implementation thereof.

02-006780



مركز المعلومات الوطني الفلسطيني

بيان باسم السيد الرئيس والقيادة الفلسطينية:

إدانة كافة الأعمال الإرهابية التي تستهدف المدنيين سواء كانوا إسرائيليين أو فلسطينيين
وسواء كان هذا الإرهاب إرهاب دولة أو جماعات أو أفراد

رام الله 13-4-2002 وفا– يعبر الرئيس ياسر عرفات والقيادة الفلسطينية عن إدانتهم لكافة الأعمال الإرهابية، التي تستهدف المدنيين سواء كانوا إسرائيليين أو فلسطينيين، وسواء كان هذا الإرهاب، إرهاب دولة أو جماعات أو أفراد، انطلاقاً من مبدأ راسخ يرفض اللجوء إلى العنف والإرهاب ضد المدنيين، أو كوسيلة لتحقيق أغراض سياسية.

وانطلاقاً من هذا الموقف، الذي أعلناه منذ عام 1988، ولدى التوقيع على اتفاق اوسلو في البيت الأبيض، والذي كررناه عدة مرات بما فيها ما علناه في 16-12-2001 وبعد ذلك ولم نجد أي استجابة إسرائيلية لها وإنما تصعيداً عسكرياً وحصاراً خانقاً واحتلالاً مستمراً لشعبنا ومخيماتنا ومدننا وقرانا وتدميراً لبنيتنا التحتية تدميراً شاملاً، فإننا ندين بشدة العمليات العنيفة التي تستهدف المدنيين الإسرائيليين وخاصة العملية الأخيرة في القدس، كما ندين بقوة وبشدة المذبحة والمجازر التي ارتكبتها وترتكبتها قوات الاحتلال الإسرائيلي ضد المدنيين واللاجئين الفلسطينيين في مدينة نابلس ومخيم جنين وضد كنيسة المهد في بيت لحم، وغيرها من المناطق الفلسطينية، على مدى الأسبوعين الماضيين.

وإننا لندعو المجتمع الدولي ومجلس الأمن والسيد كولن باول الذي يقوم بمهمة دولية من أجل السلام، إلى الإطلاع على هذه المجازر والمذابح التي حلت بشعبنا، بسبب الاحتلال الإسرائيلي، وإصرار الحكومة الإسرائيلية على قمع تطلع شعبنا إلى الحرية والاستقلال بالقوة العسكرية وبالدبابات والطائرات والصواريخ والقذائف والرشاشات.

02:006779

إننا باسم الشعب الفلسطيني نؤكد مجدداً التزامنا بخيار السلام العادل بين الشعبين والدولتين، السلام الذي يوفر الأمن للإسرائيليين والاستقلال والحرية في دولة مستقلة للشعب الفلسطيني، فبالسلام وحده يتحقق الأمن للجميع، وليس بالاحتلال والقوة السكرية والمجازر والعمال الإرهابية وخاصة ضد المدنيين فإنها لن توفر لا الأمن ولا السلام لا للإسرائيليين ولا للفلسطينيين.

وعلينا أن نعمل جميعاً وخاصة بعد قرارات مجلس الامن والقرارات الدولية وتصريحات الرئيس بوش ووزير خارجيته وكذلك بيان اللجنة الرباعية (الأمريكية والروسية والأوروبية والأمم المتحدة) في مدريد، وكذلك جولة السيد كولن باول ووجوده بيننا لإيقاف هذه الحرب والانسحاب الفوري للإسرائيليين والبدء الفوري بتنفيذ تفاهمات تينيت وتقرير ميتشيل والمفاوضات الفورية على أساس ما قررته القمم العربية والمبادرة السعودية التي تبنتها القمة العربية في بيروت ولحماية مقدساتنا المسيحية والإسلامية وأهمية وجود قوة سلام دولية لمتابعة تنفيذ ذلك.

02:006780