# EXHIBIT 37

                                                                    1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                                    PLAINTIFFS,
 5
 6         -against-          Case No:
                              04CV397 (GBD)(RLE)
 7
 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                                    DEFENDANTS.
10    ------------------------------------------X
11
12              DATE: August 2, 2012
13              TIME: 3:50 P.M.
14
15         DEPOSITION of YEHONATHAN BAUER,
16    taken by the Defendants, pursuant to Notice
17    and to the Federal Rules of Civil
18    Procedure, held at the offices of Morrison
19    & Foerster, 1290 Avenue of the Americas,
20    New York, New York 10104, before Robert X.
21    Shaw, CSR, a Notary Public of the State of
22    New York.
23
24
25
```

```
 1                    Yehonathan Bauer
 2        A.    My father's non-Hebrew name is
 3   Alan, and his Hebrew name is Abraham.  My
 4   mother's name is Revital Bauer.
 5        Q.    What is your date of birth?
 6        A.    March 13th, 1995.
 7        Q.    Do you have an American Social
 8   Security number?
 9        A.    I have an American citizenship.
10   I have no idea if I have a Social Security
11   number.
12        Q.    Of what country or countries
13   are you a citizen?
14        A.    Israel and the United States.
15        Q.    All right.  Mr. Bauer, we're
16   here because of a lawsuit that's been
17   brought about a bombing that took place on
18   March 21st, 2002; is that correct?
19        A.    Yes.
20        Q.    How old were you on that date?
21        A.    7-plus.
22        Q.    Okay.  Do you remember the
23   bombing in which you were injured on that
24   date?
25        A.    I do not remember the terrorist
```

```
 1                  Yehonathan Bauer
 2     attack itself.
 3            Q.    What is the last thing you can
 4     remember on the date of the bombing?
 5            A.    That I left my dad's office at
 6     the center of town and on the way home,
 7     that's the last thing I remember.
 8            Q.    Okay.  Do you remember the
 9     explosion itself?
10            A.    No.  I lost consciousness.
11            Q.    Do you believe you saw the
12     person that detonated the bomb that day?
13            A.    I have no idea if I saw him.  I
14     may have seen the person who did that.
15            Q.    Okay.  Are you able to identify
16     the person who detonated the bomb that day?
17            A.    No.
18            Q.    Okay.  Prior to the bombing,
19     had you ever suffered any injuries to your
20     head?
21            A.    No.
22            Q.    Prior to the bombing, had you
23     ever had any difficulty with your vision?
24            A.    I may have needed glasses with
25     a very low number, but I didn't have a
```

```
 1                  Yehonathan Bauer
 2        A.    I do not know of any such
 3   evidence.
 4        Q.    Okay.  Are you, Mr. Bauer,
 5   aware of any evidence that the Palestinian
 6   Authority had anything to do with the
 7   attack in which you were injured?
 8        A.    I do not know of any such
 9   evidence.  More precisely, I do not recall
10   such evidence.
11        Q.    Okay.  Are you aware of any
12   evidence that the Palestine Liberation
13   Organization had anything to do with the
14   attack in which you were injured?
15        A.    I do not know of such evidence.
16   Generally speaking, these evidence is
17   something that my dad is dealing with and,
18   therefore, I think it is not pertinent to
19   ask me about such evidence.
20        Q.    Okay.  I appreciate your
21   answer, Mr. Bauer.  I'll decide which
22   questions are the right ones to ask, if you
23   don't mind.
24              Has anyone asked you to look
25   for documents to turn over to me in this
```