# EXHIBIT 38

1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                          PLAINTIFFS,
 5
           -against-           Case No.:
 6                             04CV397 (GBD) (RLE)

 7
      THE PALESTINE LIBERATION ORGANIZATION,
 8    et al.,

 9                        DEFENDANTS.
      ------------------------------------X
10

11           DATE: December 13, 2012

12           TIME: 8:20 a.m.

13

14

15           DEPOSITION of the Plaintiff, SHAUL

16    MANDELKORN, taken by the Defendant, pursuant

17    to Notice and to the Federal Rules of Civil

18    Procedure, held at the Offices of Morrison &

19    Foerster, 1290 Avenue of the Americas, New

20    York, New York 10104, before Richard

21    Aurelio, a Notary Public of the State of New

22    York.

23

24

25
```

```
 1                S. M A N D E L K O R N
 2     full and truthful testimony here today?
 3          A.   No.
 4          Q.   At some point during the day,
 5     Mr. Solomon may make an objection.  If that
 6     happens, please just wait for him to stop
 7     speaking and then unless he's told you not
 8     to answer my question, please go ahead and
 9     answer my question.
10               During the course of the day,
11     I may ask a question that you don't
12     understand.  If that happens, please let me
13     know and I'll rephrase it so you can
14     understand.
15               What's your current address?
16          A.   18 Nissanboin Street, Apartment 3,
17     Jerusalem.
18          Q.   Of what country or countries are
19     you a citizen?
20          A.   Israel only.
21          Q.   Have you ever considered becoming
22     an American citizen?
23          A.   No.  Not in a series manner.
24          Q.   Okay.
25               Have you ever considered it in a
```

```
1                S. M A N D E L K O R N
2       current career plan?
3             A.   Not within any defined framework
4       -- time framework but possibly in the area
5       of teaching or becoming a rabbi.
6             Q.   (Perusing documents.)
7                  I understand that you were injured
8       in June of 2002; is that correct?
9             A.   Yes.
10            Q.   Prior to the injury you received
11      in June of 2002, did you have a career plan?
12            A.   Yes.  I wanted to be a rabbi.
13            Q.   That is still your current career
14      plan?
15            A.   Yes.  But I'm not certain.
16            Q.   Has anything about the injuries
17      you received in June of 2002 prevented you
18      from becoming a rabbi?
19            A.   My -- my plan was to invest all of
20      my time in studying Tora, T-O-R-A, in order
21      to become a prominent rabbi with wide
22      knowledge -- with significant depth of
23      learning.
24                 And a terrorist act --
25                 INTERPRETER NE'EMAN:  Attack.
```

```
 1                S. M A N D E L K O R N
 2                  Sir, I would like to now talk to
 3     you about the time prior to when you were
 4     injured in June of 2002.
 5                  I understand, sir, that you have a
 6     practice of averting your eyes from women;
 7     is that correct?
 8          A.   Correct.
 9          Q.   I understand that that concern
10     about looking at women was something that
11     developed when you were 15 years-old; is
12     that correct?
13          A.   I don't recall whether it was the
14     age of 16 or age of 17.
15          Q.   In any event, this concern you
16     have about looking at women was something
17     that developed before you were injured in
18     June of 2002, correct?
19          A.   To a certain degree, that's
20     correct.
21          Q.   Am I also correct, sir, that at
22     the time you were injured you were, in fact,
23     having thoughts related to looking at women?
24          A.   Yes.
25          Q.   When you were injured in June of
```

```
 1              S. M A N D E L K O R N
 2    2002, were you able to see the person or
 3    persons who detonated the device that
 4    injured you?
 5         A.   No.
 6         Q.   So, today you're not able to
 7    identify the perpetrator of the attack that
 8    injured you; is that correct?
 9         A.   Correct.
10         Q.   As I understand it, you were
11    walking towards or running towards the
12    explosive device when it was detonated; is
13    that correct?
14         A.   I did not run to the explosive
15    device.  I ran towards the hitchhiking
16    station and it was then that the suicide
17    bomber exploded.
18         Q.   Now you say the suicide bomber
19    exploded but you did not, in fact, see the
20    person before the explosion; is that
21    correct?
22         A.   Correct.
23         Q.   So, you cannot say from your own
24    perception that it was a suicide bomber as
25    opposed to, for example, a bomb that had
```

```
 1                S. MANDELKORN
 2         Q.   Are you aware of any evidence that
 3    the PLO had something to do with your
 4    injuries in June of 2002?
 5         A.   I just know that my father told me
 6    that my brother checked and found that --
 7    that the terrorist was a member of the
 8    Al-Aqsa brigade --
 9              INTERPRETER NE'EMAN:  (Speaking
10         Hebrew.)
11         A.   -- and they took responsibility
12    for the terrorist act.  And based on what I
13    understood, they are connected with the PLO.
14         Q.   Is everything you've just said
15    what your father told you?
16         A.   Yes.
17         Q.   Apart from what your father told
18    you about an alleged connection of the PLO
19    to your case --
20              INTERPRETER TURNER:  Between?
21              MR. HILL:  I'm not sure how far
22         you got.
23         Q.   Let me start from the beginning.
24              Apart from what your father told
25    you about an alleged connection of the PLO
```

```
 1                  S. M A N D E L K O R N
 2     to your injuries, are you aware of any other
 3     evidence that the PLO had something to do
 4     with the attack at which you were injured?
 5          A.   No.
 6          Q.   Are you aware of any evidence that
 7     a Palestinian Authority had anything to do
 8     with the attack in which you were injured?
 9          A.   No.
10          Q.   Are you asking to be paid money in
11     this lawsuit for an injury to your sex life?
12          A.   What you had said about the
13     Palestinian Authority, it's the same as the
14     PLO?
15               INTERPRETER NE'EMAN:  It's the
16          translation of the PLO.
17               MR. HILL:  Well, let me pose
18          another question.
19          Q.   Do you understand there's a
20     difference between the PLO and the
21     Palestinian Authority?
22          A.   I am not -- not so much into the
23     details.
24          Q.   So, let me just ask the question
25     again.
```

```
 1                S. MANDELKORN
 2            Are you aware of any evidence that
 3   the Palestinian Authority --
 4            MR. SOLOMON:  Note the objection.
 5       Q.   -- had anything to do with the
 6   attack in which you were injured?
 7            MR. SOLOMON:  Asked and answered.
 8       A.   Not more than what I heard from my
 9   father.  And I don't know whether it's
10   connected to the PLO or the Palestinian
11   Authority.
12       Q.   I understand.
13            Just so that the record is clear,
14   apart from what your father has told you
15   you're not aware of any evidence that the PA
16   had something to do with this attack?
17            MR. SOLOMON:  Objection.
18       A.   Correct.
19       Q.   Okay.
20            Are you asking to be paid money in
21   this lawsuit for an injury to your sex life?
22       A.   (No response.)
23            INTERPRETER NE'EMAN:  (Speaking
24   Hebrew to the witness.)
25            I just asked him if he wanted me
```