# EXHIBIT 39

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6        -against-         Case No:
                            04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION,
     et al.,
 9
                              DEFENDANTS.
10   ------------------------------------X
11
12              DATE: December 12, 2012
13              TIME: 3:00 P.M.
14
15         DEPOSITION of NURIT MANDELKORN,
16   taken by the Defendants, pursuant to Notice
17   and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25
```

```
 1                   Nurit Mandelkorn
 2   testimony here today?
 3        A.   No.
 4        Q.   One thing I should have said at
 5   the beginning, is that everything, anytime
 6   I ask a question, you have to answer
 7   audibly because the court reporter can't
 8   take it down when you shake your head.
 9        A.   All right.
10        Q.   Do you have any questions about
11   the process?
12        A.   No.
13        Q.   All right.  Tell me your date
14   of birth.
15        A.   August 11, 1957.
16        Q.   And of what country or
17   countries are you a citizen?
18        A.   Israel.  Only Israel.
19        Q.   Have you ever been a citizen of
20   any country other than Israel?
21        A.   No.
22        Q.   I understand that your husband
23   is an American citizen; is that correct?
24        A.   Yes.
25        Q.   Did you ever consider becoming
```

```
 1                    Nurit Mandelkorn
 2              THE INTERPRETER:  34?
 3              THE WITNESS:  (Speaking in
 4       Hebrew)
 5              THE INTERPRETER:  34 years.
 6       Q.    All right.
 7              THE WITNESS:  (Speaking in
 8       Hebrew)
 9              THE INTERPRETER:  I think that
10       is correct.
11       Q.    Have you only been married the
12  one time?
13       A.    Yes.
14       Q.    Has your husband been married
15  to anyone other than you?
16       A.    No.
17       Q.    How many children do you have?
18       A.    We had six, and one died.
19       Q.    Are your parents still living?
20       A.    Yes.
21       Q.    Where do they live?
22       A.    With us.
23       Q.    What is your address?
24       A.    Shiloh.  It is Shiloh.  It is
25  the mobile post of Efraim, which is
```

```
 1                    Nurit Mandelkorn
 2     E-F-R-A-I-M, but I don't remember the box.
 3     But the zip code is 44830, but normally you
 4     don't even need the post office box number.
 5          Q.    How many people live in Shiloh?
 6          A.    I think there are around 300,
 7     maybe 350 families.  But how many people, I
 8     don't know.
 9          Q.    Okay.  Where is Shiloh located?
10          A.    It is on the back of the
11     mountain on the road from Nablus to
12     Jerusalem.
13          Q.    Okay.  Is Shiloh located in the
14     territory that was occupied by Israel in
15     1967?
16               MR. SOLOMON:  Objection.
17          A.    In the liberated territory.
18          Q.    Okay.  The territory in which
19     you currently live was not part of Israel
20     prior to 1967; correct?
21          A.    Correct.
22          Q.    It is referred to by some
23     people as occupied Palestinian territory;
24     is that correct?
25          A.    There are people that call it
```

```
 1                    Nurit Mandelkorn
 2     that.
 3          Q.   Okay.  It is also referred to
 4     as the West Bank by some people; is that
 5     correct?
 6          A.   Yes.
 7          Q.   And the town where you live is
 8     referred to by some people as a settlement;
 9     is that fair to say?
10          A.   That is correct.  The Arabs
11     call Tel Aviv a settlement, as well.
12          Q.   But, Tel Aviv is within the
13     1948 borders of Israel; is that correct?
14          A.   Yes.
15          Q.   Where you live is not; correct?
16          A.   Correct.
17          Q.   Okay.  How long have you lived
18     in Shiloh?
19          A.   20 years, approximately.  Maybe
20     21.
21          Q.   Where did you live between the
22     time you were first married and when you
23     moved to Shiloh?
24          A.   Sha'alvim.  S-H-A'-A-L-V-I-M.
25               At first in a Kibbutz by the
```

```
 1                    Nurit Mandelkorn
 2      with the intent to affect others.
 3                    Because in order to affect
 4      others, you need the powers of leadership,
 5      powers of --
 6              THE INTERPRETER:  (Speaking in
 7         Hebrew)
 8         A.    And vitality.  You need
 9      positive energy.  And before he used to
10      play more.
11                    It is like we lost him a
12      little.  We got him back, but we lost a
13      part of him.
14         Q.    Okay.  So, in terms of physical
15      limitations on what he can do, the only
16      thing you can think of that he can't do
17      today as a result of the injury in June of
18      2002 is watch 3D movies; is that right?
19         A.    Um, but the way he sees --
20      thank God that he can see, but seeing
21      things with two eyes as opposed to seeing
22      things with half an eye, it is not the
23      same.
24         Q.    Of course.  Ma'am, you were not
25      present when your son was injured in June
```

```
 1                    Nurit Mandelkorn
 2    of 2002; correct?
 3         A.    I was not.
 4         Q.    Are you aware of the identities
 5    of any persons who witnessed the bombing in
 6    which your son was injured?  Other than
 7    your son, obviously.
 8         A.    There was a guy who actually
 9    saved him.  It is an interesting story.
10               I don't know whether it is
11    interesting to you, but -- um, there was
12    somebody there at the French Hill, as the
13    incident happened, he had just turned the
14    corner.  The French Hill is a type of
15    intersection.
16               He had turned, he had already
17    turned the corner, and then he heard the
18    blast and he returned.  He turned around
19    and came back, because he has some
20    knowledge of taking care of injured people.
21               I don't know whether he is a
22    medic or something like that.  I did not
23    tell it to the psychologist.
24               So then he saw Shaul -- later
25    on he learned that it was Shaul.  He saw
```

Case 1:04-cv-00397-GBD-RLE   Document 497-40   Filed 05/06/14   Page 9 of 14

73

```
 1                   Nurit Mandelkorn
 2         Q.    Ma'am, when did you first learn
 3   that lawsuits had been brought in your name
 4   in the United States?
 5         A.    The truth is that I never dealt
 6   with it.  I left everything to my husband,
 7   so I never followed it.
 8         Q.    Okay.  Are you saying that
 9   prior to this year you were not aware that
10   you were a plaintiff in lawsuits in the
11   United States?
12         A.    No.  I knew there were
13   outstanding lawsuits, but -- it has been a
14   while, but exactly since when, I did not
15   follow the time line.
16         Q.    Do you know who the defendants
17   are in the lawsuit that we are here about
18   today?
19         A.    Today, it is the Palestinian
20   Authority.
21         Q.    Are you aware of any evidence
22   that the Palestinian Authority had
23   something to do with the injuries to your
24   son Shaul?
25         A.    We know that this suicide
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
73

1                  Nurit Mandelkorn
2      bomber was a member of the Al Aqsa Brigade.
3      They accepted the responsibility.
4               The Al Aqsa Brigade belonged to
5      the Palestinian Authority, to the PLO,
6      which was -- became the Palestinian
7      Authority.
8           Q.   Okay.
9           A.   As far as evidence, again, this
10     is the attorney's job.
11          Q.   Okay. Ma'am, you just
12     described something called the Al Aqsa
13     Brigade. How do you know that the person
14     who injured your son was part of the
15     Al Aqsa Brigade?
16          A.   Well, after the explosion, they
17     accepted the responsibility for this
18     terrorist attack.
19          Q.   How do you know that they
20     accepted the responsibility?
21          A.   Um, we also heard it from our
22     son, but again, I am leaving it to my
23     attorneys.
24          Q.   Ma'am, I appreciate your
25     answer.

```
 1                  Nurit Mandelkorn
 2              What I am trying to figure out
 3    is, when you say you know the Al Aqsa
 4    Brigade took responsibility for this, is
 5    that something that you read in a
 6    newspaper, or is that something that you
 7    saw on television, is that something that
 8    your son told you; what's the source of
 9    your information?
10         A.   As I said, my son said so.
11         Q.   Which son?
12         A.   Yisrael.
13         Q.   Has Yisrael ever communicated
14    to you about this subject other than these
15    two e-mails?
16         A.   I suppose you are asking me as
17    far as his professional aspect, as the --
18    from the professional aspect.
19              Of course we discussed this
20    attack, as far as his brother Shaul being
21    attacked.
22              But professionally, no.
23         Q.   Well, the e-mails that are in
24    front of you here are dated July and
25    December of 2012.
```

1          Nurit Mandelkorn
2          Did you have any of this
3     information about the identity of the
4     bomber or the alleged connection to Al Aqsa
5     prior to July of 2012 of this year?
6          A.   The truth is that I was not
7     looking for the guilty party.  But, before
8     the question came up, whether we will be
9     traveling to the United States or not, we
10    asked our son to find out whether this
11    terrorist attack was or was not connected
12    with the Palestinian Authority; whether it
13    is worthwhile to come to the United States
14    if it was not.
15         Q.   So the first time that you ever
16    asked anyone whether your son's injuries
17    were connected to the Palestinian Authority
18    was this year; is that correct?
19         A.   To find out precisely who was
20    behind it, it was this year.
21         I think that my husband knew
22    about it all along, because otherwise we
23    wouldn't have been connected to this
24    lawsuit at all.
25         Q.   So, ma'am, is it fair to say

```
 1                  Nurit Mandelkorn
 2     your only source of information about
 3     whether the Palestinian Authority had
 4     anything to do with the attack on your son
 5     Shaul are these e-mails from your son
 6     Yisrael?
 7          A.   You are asking me, personally?
 8          Q.   Yes, ma'am.
 9          A.   Yes, I was not really
10     interested in knowing exactly who was
11     responsible.
12          Q.   Okay.
13          A.   To me, what's important is that
14     there are terrorists, and who is sending
15     them -- (indicating).
16               I was not involved with that
17     before, but I think that my husband knew it
18     before.
19          Q.   Okay. Ma'am, is it fair to say
20     that you have never spoken to anyone from
21     the Palestinian Authority about the attack
22     on your son?
23          A.   That's right, I never talked to
24     anybody.
25          Q.   Is it fair to say that you have
```

```
 1                  Nurit Mandelkorn
 2      not spoken to anybody about who is
 3      responsible for the attack on your son
 4      other than your family members and your
 5      lawyers?
 6           A.    Right.
 7           Q.    Ma'am, are you asking to be
 8      paid money in this lawsuit for any injury
 9      you have suffered personally?
10           A.    Yes.
11           Q.    What injuries are you claiming
12      for yourself?
13           A.    The injuries that happened at
14      the attack, during the attack.  And all of
15      the time period when Shaul was hospitalized
16      with his injuries.
17                 And afterwards, the time he had
18      to be taken care of until the eye surgery,
19      and later on his leg, and all of the other
20      treatments.  And all the mental problems
21      that came afterwards.
22                 And how this situation affected
23      me, and the rest of the family, and the
24      other children.  And how it affects me to
25      this day.
```