# EXHIBIT 40

1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------------X
     MARK I. SOKOLOW, et al.,
4
                              PLAINTIFFS,
5
6            -against-          Case No:
                                04CV397 (GBD)(RLE)
7
8    THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
9
                              DEFENDANTS.
10   ------------------------------------------X

11

12                    DATE: December 12, 2012

13                    TIME: 9:23 A.M.

14

15             DEPOSITION of LEONARD

16   MANDELKORN, taken by the Defendants,

17   pursuant to Notice and to the Federal Rules

18   of Civil Procedure, held at the offices of

19   Morrison & Foerster, 1290 Avenue of the

20   Americas, New York, New York 10104, before

21   Robert X. Shaw, CSR, a Notary Public of the

22   State of New York.

23

24

25

```
 1                    Leonard Mandelkorn
 2         Q.     When did you become an Israeli
 3    citizen?
 4         A.     1967.
 5         Q.     And I understand you currently
 6    reside in Israel; is that correct?
 7         A.     Yes.
 8         Q.     What is your address there?
 9         A.     It's the village of Shiloh.
10    And post box 9408.  And the ZIP code 44830.
11         Q.     And where is the village of
12    Shiloh located?
13         A.     The village of Shiloh is
14    located about 30 kilometers north of
15    Jerusalem, on the border of Judea and
16    Samaria.
17         Q.     Would it be accurate to say
18    that the village of Shiloh was located in
19    the territory that was occupied by Israel
20    in 1967?
21              MR. SOLOMON:  Objection to
22         form.
23              Go ahead.
24         A.     The village of Shiloh is in the
25    freed settlement area of the Jewish
```

6

1                    Leonard Mandelkorn

2      biblical home.

3          Q.     Okay.  And that territory was

4      first occupied by Israel in 1967; is that

5      correct?

6               MR. SOLOMON:  Objection to

7            form.

8               Go ahead.

9          A.     The territory was freed by

10     Israel in 1967; right.

11         Q.     Okay.  And so, the area that

12     you currently live in was not part of the

13     1948 borders of Israel; is that accurate?

14              MR. SOLOMON:  Same objection.

15         A.     That is true.

16         Q.     Okay.  And the area that you

17     reside in is referred to some people -- ah,

18     referred to by some people as "the West

19     Bank"; is that fair to say?

20         A.     It is the West Bank referred in

21     the scriptures as the West Bank.

22         Q.     But some people to refer to the

23     area where you reside as the West Bank; is

24     that correct?

25         A.     It is called West Bank in the

```
 1                    Leonard Mandelkorn
 2    scriptures and by everybody.
 3         Q.    And is it fair to say that the
 4    town in which you live is also described by
 5    some people as a settlement?
 6              MR. SOLOMON:  Objection.
 7         A.    A settlement is a village, yes.
 8              We have a lot of settlements
 9    all over.  In 1948 borders we also have
10    settlements, yes.
11         Q.    Okay.  And the particular
12    settlement you live in, Shiloh, is outside
13    of the '48 borders; correct?
14         A.    Correct.
15         Q.    Okay.
16              MR. SOLOMON:  I want you to
17              pause if I have anything -- you know,
18              if I just say "objection," you can
19              answer; but if I want you to pause,
20              I'll just go like this, or something,
21              to indicate I have something more to
22              say.  Okay?
23         Q.    Let's just go over a few ground
24    rules here today.
25              Have you ever been deposed
```

```
 1                    Leonard Mandelkorn
 2    you please let us know?
 3          A.    It's okay.  Thank you.
 4          Q.    Okay.  And if you don't, is it
 5    fair for us to assume that you understand
 6    and are comfortable answering in English.
 7          A.    Yes.
 8          Q.    Okay.  English is your, the
 9    language you learned as a child; correct?
10          A.    Right.  Right.
11          Q.    Is there any reason you can't
12    give complete and truthful testimony here
13    today?
14          A.    No.
15          Q.    Okay.  During the course of the
16    day, I may ask a question that you don't
17    understand, regardless of whether it's a
18    language issue.  If that happens, please
19    just let me know and I'll try and rephrase
20    it; is that agreeable?
21          A.    Okay.  Thank you.
22          Q.    How long have you lived in the
23    village of Shiloh?
24          A.    20 years.
25          Q.    Okay.  So, when did you first
```

27

```
 1                    Leonard Mandelkorn
 2     through, and to give a recommendation to
 3     the National Insurance Company about what
 4     treatment, that he needed mental treatment.
 5          Q.    Okay.  How many occasions did
 6     your son meet with Devorah Wartman, that
 7     you're aware of?
 8          A.    I think, twice.  I think,
 9     twice.
10          Q.    And were those meetings in
11     Jerusalem?
12          A.    Yes.
13          Q.    Okay.  And then, how about
14     Dr. Peri, how many occasions did your son
15     meet with Dr. Peri?
16          A.    At least six.
17          Q.    Six times?
18          A.    Yes.
19          Q.    And where did those meetings
20     take place?
21          A.    They took place -- I'm not sure
22     if it was in Jerusalem, or if it was in his
23     home in Ephrata.  I'm not sure.
24          Q.    I should have asked you that
25     before.  At the time your son was injured
```

```
 1                    Leonard Mandelkorn
 2    in 2002, was he still living at home with
 3    your and Shiloh?
 4         A.    Yes.  He was in a dorm then.
 5    He was in a dorm -- a high school dorm.
 6         Q.    A high school dorm?
 7         A.    Right.
 8         Q.    And so, this was a -- where was
 9    the high school located that he was
10    located?
11         A.    Sha'alvim, which I mentioned
12    before.
13         Q.    Okay.  And where is Sha'alvim
14    located in Israel?
15         A.    It's near, between Ramallah and
16    Jerusalem.
17         Q.    Okay.  And is it in part of the
18    territory that was occupied in 1967?
19         A.    It's not part of the territory
20    that was freed in '66.
21         Q.    It was part of the territory
22    that was part of the '48 borders?
23         A.    Right.
24         Q.    Okay.  And so, he was living in
25    the dormitory at the school at that time?
```

```
 1                    Leonard Mandelkorn
 2         A.    Yes.
 3         Q.    Okay.  And after he was
 4    injured, where did he live?
 5         A.    After he was injured, he was at
 6    home.  And when he was able to, he went
 7    back to a yeshiva, where he learned.
 8         Q.    Okay.  And where was the
 9    yeshiva that he attended?
10         A.    The yeshiva was in Jerusalem.
11         Q.    In Jerusalem.  And was he a
12    resident there in Jerusalem at that
13    yeshiva?
14         A.    He was, his ID card didn't say
15    Jerusalem, until he got married it didn't
16    say Jerusalem.
17         Q.    Okay.  So, for a period of time
18    after the injury, he lived at home with
19    you, and then he moved in at the yeshiva in
20    Jerusalem; correct?
21         A.    Right.
22         Q.    Do you remember approximately
23    the date when he moved out of the house and
24    to the yeshiva in Jerusalem?
25         A.    I can't tell you exactly.
```

```
 1                    Leonard Mandelkorn
 2     children, other than Shaul, declined to
 3     serve in the Army?
 4          A.    I don't have that much
 5     possibilities.  Like, my oldest went to the
 6     Army.  He's a career officer.  My second is
 7     Shaul.  My third son passed away.
 8              My two daughters, they don't go
 9     to the Army.  My youngest son is 17, he's
10     not -- he will go to the Army.  He plans to
11     go.
12          Q.    All right.  And you mentioned
13     that your daughters did not serve.  Was
14     that on religions grounds?
15          A.    On religious grounds.
16          Q.    Okay.  Let's go back to the day
17     that he was injured.  You were not present
18     at the time of his injury; correct?
19          A.    Correct.
20          Q.    Okay.  Was anyone else in your
21     family present?
22          A.    Present?  No.
23          Q.    Okay.  Do you know the names of
24     anyone who witnessed the attack, other than
25     your son?
```

```
 1                    Leonard Mandelkorn
 2      guitar today?
 3           A.    He's able, but he doesn't play.
 4           Q.    He just doesn't play as much as
 5      he used to?
 6           A.    Yes.   Right.
 7           Q.    Do you know if your son was
 8      able to see the person, or persons, who
 9      detonated the bomb that injured him?
10           A.    I assume that he didn't.
11           Q.    Okay.  He has never told you
12      that he saw who set it off?
13           A.    No.
14           Q.    Are you aware of any evidence
15      of who set off the bomb that day?
16           A.    Yes.  I have a son in the
17      military.  He gave me information that the
18      name is Hamad Awad.  I have his picture on
19      the Internet.
20                 The responsibility was taken by
21      the Martyrs, the Al Aksa Martyrs, which is
22      related to Fatah, which is part of the PLO
23      and PA.
24           Q.    So, you mentioned your son in
25      the military gave you some information.
```

1                    Leonard Mandelkorn

2    Which son was that?

3         A.    That's my oldest son.

4         Q.    Okay.  And that's Yisrael?

5         A.    Yes.

6         Q.    And how did he get that

7    information?

8         A.    I don't know.

9         Q.    Did he tell you where he got

10   that information?

11        A.    No.

12        Q.    Do you know if he got it from a

13   source other than the newspaper or

14   television?

15        A.    I assume that he had access to

16   more sources.

17        Q.    Why do you assume that?

18        A.    He's in a very important place

19   in the military.

20        Q.    What place did he hold at the

21   time he told you this?

22        A.    He was, he was an officer in a

23   platoon called *duvdevan*, which is a cherry.

24              THE INTERPRETER:  What it

25         means.

1               Leonard Mandelkorn

2          Q.    Okay.  The Hebrew word *duvdevan*

3     means "cherry"?

4          A.    Cherry, yes.

5          Q.    Okay.  And so, what does the

6     *duvdevan* platoon do?

7          A.    The *duvdevan* is a, works to

8     capturing wanted terrorists.

9          Q.    Okay.  So, this is a

10    counter-terrorism operation?

11         A.    Yes.

12         Q.    Okay.  And he was involved in

13    that in 2002?

14         A.    Yes.  In -- no, no, wait a

15    minute.  Not 2002.  Where was he in 2002?

16    He may not have been in *duvdevan* yet in

17    2002.

18         Q.    Okay.  So, he joined the

19    *duvdevan* after the attack?

20         A.    I think so.

21         Q.    Okay.  When did he give you

22    the information that you described about

23    the identity of the person involved in

24    setting off the bomb?

25         A.    This week.

DIAMOND REPORTING   (718) 624-7200    info@diamondreporting.com

```
 1                 Leonard Mandelkorn
 2        Q.    This week?
 3        A.    Yes.
 4        Q.    Okay.  You spoke to him about
 5   this on what day?
 6        A.    I spoke to him, I think, I
 7   think it was last Thursday, something like
 8   that.
 9        Q.    Okay.  So, all the information
10   you described to me earlier is information
11   you learned for the first time last
12   Thursday?
13        A.    No.  This is information I had
14   before, but I just didn't feel it related
15   to it, and I wanted him to resend me a mail
16   a long time ago with this information.
17        Q.    Okay.
18        A.    But I didn't really pick it up
19   in my mind.  And now, since we're doing the
20   deposition, I figured I should know more
21   exact.
22        Q.    Okay.  So, you're saying, are
23   you saying your son, Yisrael, sent you an
24   e-mail with this information?
25        A.    Yes.
```

```
 1                  Leonard Mandelkorn
 2         Q.    When was that e-mail sent?
 3         A.    Well, he sent me last Thursday
 4    again, and he sent it a number of years
 5    ago, I don't remember exactly when.
 6              MR. SOLOMON:  Okay.  Let's take
 7         a break.  I'm just anticipating a
 8         document request.  Maybe we can try
 9         and get that e-mail?
10              MR. HILL:  Well, I don't think
11         we need to take a break, but I would
12         like to get it; it's obviously
13         responsive to our discovery request.
14         So.
15              MR. SOLOMON:  Why don't we do
16         it now.
17              Off the record.
18              (Whereupon, an off-the-record
19         discussion was held.)
20              MR. HILL:  Back on the record.
21         Q.    Rabbi Mandelkorn, before we
22    broke we were talking about some
23    information that you had received from your
24    son, Yisrael, about the identity of the
25    person that may have injured your son
```

79

```
 1                Leonard Mandelkorn
 2    Shaul.  Prior to the e-mail exchange you
 3    had with your son Yisrael last week, when
 4    was the -- you mentioned that there were
 5    two e-mails from your Yisrael; correct?
 6           A.    Yes.
 7           Q.    Okay.  When was the first one?
 8           A.    In June, I think.
 9           Q.    June of what year?
10           A.    It seemed to be June of this
11    year, but --
12                MR. SOLOMON:  By counsel, we
13           just photocopied them.  They're
14           exchanging both e-mails.  So.
15           Q.    Okay.  So, you believe that
16    your son Yisrael e-mailed you about the
17    identity of the attacker in June of this
18    year, and then again last week; correct?
19           A.    Yes.
20           Q.    Okay.  Have you spoken to him
21    about that issue?
22           A.    I spoke with him.  He sent me
23    the e-mail.
24           Q.    Okay.  Did you talk with him
25    about the substance of the information of
```

```
 1                    Leonard Mandelkorn
 2     the e-mail?
 3          A.    No.
 4          Q.    So, he sent you an e-mail in
 5     June, and then you called him last week and
 6     said would you send that e-mail to me
 7     again; is that it?
 8          A.    Yes.
 9          Q.    Okay.  Have you had any
10     substantive conversations with your son
11     Yisrael about the identity of the attacker?
12          A.    No.
13          Q.    Okay.  All right.  Prior to
14     June of this year, when you got the e-mail
15     from your son --
16          A.    I'm not sure if it's June of
17     this year.  I think it's June of this year.
18          Q.    Okay.  Well, assuming that
19     that's the right, we'll correct it as soon
20     as the document gets copied, if we need to.
21                Prior to the receipt of the
22     first e-mail from your son Yisrael, prior
23     to that, had you ever had any information
24     about the identity of the attacker?
25          A.    No.
```

```
 1                    Leonard Mandelkorn
 2         Q.    Okay.  Apart from the e-mails
 3    with your son Yisrael, are you aware of any
 4    other evidence of the identity of the
 5    attacker on your son Shaul?
 6         A.    No.
 7         Q.    Okay.  Have you spoken with
 8    anyone, other than your son Yisrael from
 9    the Israeli government, about who injured
10    your son Shaul?
11         A.    No.
12         Q.    Have you ever been contacted by
13    Israeli police, or anything like that?
14         A.    No.
15         Q.    Okay.  Has your son Shaul ever
16    spoken with anyone in the Israeli
17    government about who caused his injuries?
18         A.    No.
19         Q.    Have you spoken to anyone from
20    the Al Aksa Martyrs Brigade about whether
21    they were responsible for the attack on
22    your son?
23         A.    No.
24         Q.    Okay.  The answers may be
25    obvious, I just need to ask them for the
```

```
 1                    Leonard Mandelkorn
 2     record.
 3                    Have you spoken to anyone from
 4     Fatah about whether they had any connection
 5     with the injury of your son?
 6          A.    No.
 7          Q.    Have you had spoken with anyone
 8     from the PLO about whether it had any
 9     connection with the injury to your son?
10          A.    No.
11          Q.    Okay.  Have you spoken to
12     anyone from the Palestinian Authority about
13     whether it had any connection with the
14     injury to your son?
15          A.    No.
16          Q.    Have you spoken to anyone else,
17     other than your son Yisrael, about who may
18     have been responsible for injuring your son
19     Shaul?
20          A.    No.
21          Q.    Do you know if anyone in your
22     family has spoken to anyone else --
23          A.    I don't think so.
24          Q.    Okay.  -- about that issue?
25          A.    No.
```

1                    Leonard Mandelkorn

2          Q.    And do you know who the

3    Plaintiffs are from your family in this

4    lawsuit?

5          A.    Yes.

6          Q.    Who are they?

7          A.    Me, my wife and my son.

8          Q.    So, why are your wife and son

9    Plaintiffs in this lawsuit, but not in the

10   lawsuit against the Arab Bank?

11         A.    I don't know.

12         Q.    Okay.  Are you aware of any

13   evidence that the PA had anything to do

14   with the injury in which your son, with the

15   bombing in which your son was injured?

16         A.    I have no evidence at all of

17   anything.

18         Q.    Are you aware of any evidence

19   that the PLO had anything to do with --

20         A.    I have no evidence.

21         Q.    Okay.  Just let me finish the

22   question for the record.  I know where

23   we're going.

24               Are you aware of any evidence

25   that the PLO had anything to do with your

```
 1                 Leonard Mandelkorn
 2    son's injuries?
 3          A.    I have no evidence.
 4          Q.    Okay.  Well, why did you sue
 5    the PA?
 6          A.    I relied on my lawyers.
 7          Q.    Okay.  Did your lawyers tell
 8    you something that made you think that it
 9    was appropriate to sue the PA?
10    DI          MR. SOLOMON:  Objection.  Don't
11           answer that.
12          A.    I rely on my lawyers.
13           MR. SOLOMON:  Don't answer that
14           question.
15           MR. HILL:  What's the basis for
16           the instruction?
17           MR. SOLOMON:  Work product.
18           And privilege, amongst other things.
19           If you want to get the Magistrate
20           before the lunch hour, you can deal
21           with that.
22           MR. HILL:  Okay.
23          Q.    Who decided to sue the PA?
24          A.    I don't know who exactly
25    decided.
```