# EXHIBIT 41



**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Statement from President Arafat Condemning Terrorist Attacks
Against Palestinian and Israeli Civilians*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S
EXHIBIT
NO. 39

## Statement from President Arafat Condemning Terrorist Attacks
## Against Palestinian and Israeli Civilians

Ramallah May 8, 2002 WAFA – Today, President Yasser Arafat, Chairman of the Palestine Liberation Organization's Executive Committee and President of the Palestinian National Authority, issued the following statement:

"In my capacity as President of the Palestine Liberation Organization and the Palestinian National Authority, I reaffirm my commitment and participation with the United States and the international community in their war on terrorism. I have given my orders to the Palestinian Security Forces to confront and prevent any terrorist attacks by any Palestinian entities against Israeli civilians, and, at the same time and in parallel, to confront any attacks on Palestinian civilians by the Israeli Army and settlers, all of which we fully condemn.

I call upon the United States of America, President Bush and the international community to provide the protection and support necessary for the Palestinian Security Forces, whose infrastructure was destroyed by the Israeli occupation, to perform its tasks and to implement the orders issued thereto to permanently eliminate any terrorist attempt to attack Israeli and Palestinian civilians as a political means of achieving intended goals. As we commit to combating terrorism, I urge and demand that international forces come and help us stop the, provide assistance and impose peace."

02:006781

**تصريح عن الرئيس عرفات بإدانة العمليات الإرهابية ضد المدنيين الإسرائيليين والفلسطينيين**

رام الله 8-5-2002وفا- أصدر الرئيس ياسر عرفات، رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية، رئيس السلطة الوطنية الفلسطينية، اليوم، التصريح التالي:

"إنني وبصفتي رئيساً لمنظمة التحرير الفلسطينية والسلطة الوطنية الفلسطينية أكرر التزامي ومشاركتي الولايات المتحدة الأمريكية والمجتمع الدولي بحربها ضد الإرهاب، ولقد أعطيت أوامري لقوات الأمن الفلسطينية لمواجهة ولمنع أي عمليات إرهابية للتعدي على المدنيين الإسرائيليين من أي جهة فلسطينية كانت، وفي نفس الوقت وبالتوازي مواجهة أي اعتداء على المدنيين الفلسطينيين من قبل الجيش الإسرائيلي والمستوطنين والتي ندينها جميعها إدانة كاملة.

وإنني أتوجه إلى الولايات المتحدة الأمريكية وللرئيس بوش والمجتمع الدولي لتأمين الحصانة والدعم اللازم لقوات الأمن الفلسطينية، والتي دمر الاحتلال الإسرائيلي بنيتها التحتية، لكي تقوم بمهامها ولتنفيذ الأوامر الصادرة إليها للقضاء النهائي على أي محاولة إرهابية للاعتداء على المدنيين الإسرائيليين والفلسطينيين كوسيلة سياسية لتحقيق الأهداف المرسومة لها، ونحن بالتزامنا بالحرب ضد الإرهاب أدعو وأطالب بأهمية حضور القوة الدولية لمساعدتنا لوقف العدوان والمساعدة ولفرض السلام.

02:006781