# EXHIBIT 42



HLP Integration Translation Department

# Certificate of Translation

| Name of Source Document: 02-006410 |
| --- |
| Bates Range: 02:006410 |

**Job no. HLPMC005029**
**Service performed:**

☑ Translation

☑ Validation procedure

☑ Localization

| Source Language: | Arabic | Target Language: | English |
| --- | --- | --- | --- |

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

Signature of HLP Representative: _____ *[signature]* _____
Andrew Daly - Project Manager for Translations
HLP Integration
1750 H. St. NW Suite 100
Washington, DC 20006
Tel: 202.393.0399

**DEFENDANT'S EXHIBIT NO. 40**

Palestinian leaders denounce twin suicide attacks in Jerusalem and call for international observers to be sent immediately

Ramallah 19-6-2002

Wafa- The Palestinian leadership published the following statement this evening:

Yesterday and today, two tragic attacks befell the citizens of Israel. The leaders and people of Palestine wholly condemn these despicable acts, which further deteriorated security and resulted in the deaths of both Israeli and Palestinian civilians. In the wake of the bombings, the forces of Israel have resumed their occupation of Jenin, Qalqilya, and Nablus. Tank regiments and military units have inflicted heavy losses on Palestinian civilians.

This situation intensifies every day, and it calls for decisive and effective intervention by the international community, the UN Security Council, and President George Bush in order to stop the bloodshed and death of innocent Israelis and Palestinians.

We have issued this statement in order to clearly denounce and condemn all acts of violence against Israeli civilians, and to announce our intention to pursue the perpetrators of these heinous acts and bring them to justice, even if the Israeli government continues to accuse the Palestinian National Authority of complicity in these crimes. Israel's threats have paralyzed and continue to paralyze Palestine's ability to ensure its own security. The blockades, the closures, the incursions, the attacks and arrests of supporters of Palestine's security, and the prosecutions in every city and region, all serve to undermine the security apparatus.

We repeat our denunciation and condemnation of these operations targeting civilians, but we must also denounce the return of occupying forces to Jenin and Qalqilya, the strengthened military blockades in Palestinian cities, the intention to establish a border fence, and the military escalation against our people and our lands.

This dangerous deterioration requires urgent action on the part of the Security Council in order to implement a ceasefire and lift the blockade, and the Israeli military must withdraw from the cities and regions it has reoccupied.

To that end, we call for a team of international observers to be sent to the area with the utmost haste in order to hammer out a ceasefire between the citizens of Israel and Palestine, and we welcome any international effort to halt the deteriorating security apparatus that threatens the safety and stability of the region at large.

القيادة تستنكر عملية القدس وتدعو لإرسال مراقبين دوليين على الفور

رام الله 19-6-2002 وفا - أصدرت القيادة الفلسطينية مساء اليوم، البيان التالي:

إن التدهور الأمني الخطير وسقوط عدد من الضحايا المدنيين إسرائيليين وفلسطينيين، حيث وقعت أمس واليوم الأربعاء، عمليتان خطيرتان ضد "المدنيين الإسرائيليين"، وهي عمليات مدانة إدانة كاملة من القيادة والشعب الفلسطيني، وقامت القوات الإسرائيلية على أثرها بإعادة احتلال مدن جنين وقلقيلية ونابلس بمئات الدبابات والآليات العسكرية به موقعة الخسائر الكبيرة في صفوف المدنيين الفلسطينيين.

إن هذا الوضع الخطير والذي يزداد خطورة وتفاقما كل يوم بل كل ساعة يستدعي التدخل الحاسم والفعلي من مجتمع دولي ومن مجلس الأمن ومن الرئيس الأمريكي جورج بوش لوقف إراقة دم المدنيين الأبرياء، إسرائيليين وفلسطينيين.

وقد أصدرت القيادة بيانات استنكار وإدانة واضحة لكافة العمليات التي تستهدف المدنيين الإسرائيليين، وأعلنت تصميمها على ملاحقة الفاعلين وتقديمهم للعدالة إلا أن الحكومة الإسرائيلية تواصل اتهاماتها للسلطة الوطنية وتهديداتها للقيادة بحيث شلت وتشل قدرتها على العمل في المجال الأمني بهذا الحصار والإغلاق والتوغل وضرب واعتقال عناصر الأجهزة الأمنية وملاحقتها في كل المدن والمناطق وتدمير وتخريب أجهزتها الأمنية.

إن القيادة تكرر استنكارها وإدانتها لهذه العمليات التي تستهدف المدنيين وتستنكر في الوقت نفسه إعادة احتلال مدينتي جنين وقلقيلية، وتشديد الحصار العسكري على كافة المدن وخاصة مدينة رام الله، وما تعلمه من متابعة الصور الواقعي المستخرجة والتصعيد العسكري ضد شعبنا ومناطقنا.

إن هذا التدهور الخطير يتطلب تحركاً عاجلاً لمجلس الأمن الدولي واتخاذ قرار حاسم بوقف إطلاق النار ورفع الحصار والإغلاق وانسحاب القوات الإسرائيلية من كافة المدن والمناطق التي أعادت احتلالها.

كما تدعو القيادة بسرعة إرسال المراقبين الدوليين على وجه السرعة لتثبيت وقف إطلاق النار ووقف إراقة الدماء بين المدنيين الإسرائيليين والفلسطينيين، وترحب القيادة بأي جهد دولي لوقف هذا التدهور الخطير والذي يهدد الأمن والاستقرار في المنطقة برمتها.

02:006410