# EXHIBIT 43



## LEGAL LANGUAGE SERVICES

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Statement issued on 6/19/2002 by President Yasser Arafat*
*Condemning the Attacks against Israeli Civilians*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

_____
Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S EXHIBIT NO. 42

 

**PALESTINE NEWS AGENCY**

013510

Issued by the Palestine Liberation Organization     Palestinian National Authority

## Statement by President Yasser Arafat
## Condemning the Attacks against Israeli Civilians

Ramallah, 6/19/2002 WAFA — President Yasser Arafat, Chairman of the Palestinian Liberation Organization's Executive Committee, President of the Palestinian National Authority, made the following statement to the Palestinian people:

By virtue of my national and nationalist position and responsibility, I find it necessary to stand before our Palestinian people, at this difficult and dangerous time, locally, regionally and internationally, a time at which our people, cities, lands and national future face total Israeli military aggression and escalation, and declare, out of my concern for our people, its land and future, my unqualified condemnation of all attacks that target Israeli civilians and are totally unrelated to our legitimate right to legitimate resistance of the Israeli occupation, and to our right to defend our existence, holy sites and lands from the danger of settlements. Targeting civilians, whether Israeli or Palestinian, is an act condemned and rejected by the Leadership, myself and the international community. These attacks have given the current Israeli government the ammunition and excuse to invade our land, kill and injure tens of thousands of our people, undermine what our people and our National Authority have built over the past eight years, destroy our organizations, cities, camps and villages, and even assault our Christian and Muslim holy cites. Today, it is threatening to once again impose military control over our lands and expel our people under the guise of fighting terrorism against Israeli civilians.

I have to be honest with you about the necessity for a complete cessation of these attacks that have been condemned in many Palestinian Leadership statements, and against which we have taken many decisive steps for the benefit of our people's supreme national interest. This is particularly important now that the world is united in its support of our people's right to regain its land and establish an independent state of Palestine with the noble Jerusalem as its capital. There are those who are attempting to hinder achievement of the national goal of our people, the Arab nations, the region and the entire world for our children and their children.

02:006785

013510



WAFA
PALESTINE
NEWS
AGENCY

وكالة
الأنباء
الفلسطينية

تصدر عن منظمة التحرير الفلسطينية

السلطة الوطنية الفلسطينية

## بيان الرئيس ياسر عرفات

### بإدانة العمليات ضد المدنيين الإسرائيليين

رام الله ١٩-٦-٢٠٠٢ وفا- وجه الرئيس ياسر عرفات، رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية، رئيس السلطة الوطنية الفلسطينية، البيان التالي إلى الشعب الفلسطيني وهذا نصه.

انني بحكم موقعي ومسؤولياتي الوطنية والقومية أجد لزاماً علي أن أتوجه إلى شعبنا الفلسطيني في هذا الظرف العصيب والخطير محلياً وإقليمياً ودولياً، والذي يتعرض فيه شعبنا ومدننا وأرضنا وكياننا ومستقبلنا الوطني للعدوان والتصعيد العسكري الإسرائيلي الشامل، واعلن ومن منطلق الحرص على شعبنا وأرضه ومستقبله إدانتي المطلقة لكافة العمليات التي تستهدف المدنيين الإسرائيليين. ولا تمت بصلة لحقنا المشروع في المقاومة المشروعة للاحتلال الإسرائيلي، ولحقنا في الدفاع عن وجودنا ومقدساتنا وأرضنا في وجه الخطر الاستيطاني، لاستهداف المدنيين سواء كانوا إسرائيليين أو فلسطينيين عمل مدان ومستنكر من القيادة وبني شخصيا ومن المجتمع الدولي. وهذه العمليات قد شكلت الذريعة والمبرر لحكومة إسرائيل الحالية لاستخدامها لاجتياح أرضنا، وقتل وجرح عشرات الآلاف من شعبنا، وتقويض ما بناه شعبنا وسلطتنا الوطنية على مدى ثمان سنوات، وتدمير مؤسساتنا ومدننا ومخيماتنا وقرانا، وحتى الاعتداء على مقدساتنا المسيحية والإسلامية، وهي تهدد اليوم بإعادة السيطرة العسكرية على أرضنا وتشريد شعبنا تحت ذريعة محاربة الإرهاب ضد المدنيين الإسرائيليين.

ولابد لي أن أصارحكم بضرورة التوقف التام عن هذه العمليات التي أدناها في بيانات القيادة الفلسطينية المتعددة. واتخذنا إجراءات صارمة أمامها حرصا على المصلحة الوطنية العليا لشعبنا. خاصة وأن العالم كله مجمع اليوم على حق شعبنا في استعادة أرضه وإقامة دولة فلسطين المستقلة وعاصمتها القدس الشريف، وهنالك من يحاول إعاقة تنفيذ هذا الهدف الشعبي لجماهيرنا وللأمة العربية وللمنطقة والعالم كله ومن أجل أطفالنا وأطفالهم.

02:006785