# EXHIBIT 44



## HLP Integration Translation Department

# Certificate of Translation

| Name of Source Document: 02-006413 |
|---|
| Bates Range: 02:006413 |

**Job no. HLPMC005029**
**Service performed:**

☑ Translation

☑ Validation procedure

☑ Localization

| Source Language: | Arabic | Target Language: | English |
|---|---|---|---|

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

**Signature of HLP Representative:** _____
Andrew Daly - Project Manager for Translations
HLP Integration
1750 H. St. NW Suite 100
Washington, DC 20006
Tel: 202.393.0399

**DEFENDANT'S EXHIBIT NO. 43**

Leaders condemn terrorist operation at Hebrew University

Ramallah 31-7-2002

Wafa- In an official statement today, Palestinian leaders condemned the terrorist attack on the Hebrew University in Jerusalem this morning.

The text of the statement follows:

The Leaders of Palestine were shocked and disgusted when, just this morning, a terrorist attack took the lives of six people and injured 40 others.
We decry this act of terrorism against civilians at the Hebrew University. We consider this attack a subhuman act that demolishes totally the image of the Palestinian people in the eyes of the international community and of those who sympathize with and support our people in the face of the barbaric Israeli massacre of our families and children in Gaza.
We reiterate our stance against these attacks, as they are fundamentally contradictory to the interests of our people in their legitimate struggle to reclaim their lands and establish the future nation of Palestine with Jerusalem as her capital.

القيادة تدين العملية الإرهابية التي وقعت في الجامعة العبرية – 2002/7/31

رام الله 31-7-2002 وفا-دانت اليوم، القيادة الفلسطينية في بيان رسمي العملية الإرهابية التي وقعت في الجامعة العبرية في القدس صباح اليوم.

وفيما يلي نص البيان:

إن القيادة الفلسطينية، تلقت بالصدمة والاستنكار العملية الإرهابية التي وقعت في الجامعة العبرية في القدس صباح اليوم الأربعاء 31-7-2002، وأودت بحياة ستة أفراد وجرح 40 آخرين.

إن القيادة تشجب وتدين هذه العملية الإرهابية التي استهدفت المدنيين في الجامعة العبرية، وتعتبر هذه العملية خروجاً على المعايير الإنسانية والأخلاقية، إضافة إلى إلحاقها ضرراً فادحاً بصورة الشعب الفلسطيني لدى المجتمع الدولي والرأي العام العالمي الذي أبدى تعاطفاً وتأييداً مع شعبنا وهو يرى المجزرة الإسرائيلية الوحشية بحق أهلنا وأطفالنا في غزة.

إن القيادة تعيد تأكيد موقفها ضد هذه العمليات التي تتناقض بالمطلق مع مصلحة شعبنا في كفاحه المشروع لاستعادة أرضه وإقامة دولته الفلسطينية المستقلة وعاصمتها القدس الشريف.

.................................................................

02:006413