# EXHIBIT 45

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                             PLAINTIFFS,
 5
 6         -against-          Case No:
                          04CV397(GBD)(RLE)
 7

 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                             DEFENDANTS.
10   ------------------------------------X
11

12              DATE: July 9, 2012

13              TIME: 3:05 P.M.

14

15

16         DEPOSITION of SHAUN CHOFFEL,

17   taken by the Defendants, pursuant to Notice

18   and to the Federal Rules of Civil

19   Procedure, held at the offices of Morrison

20   & Foerster, 1290 Avenue of the Americas,

21   New York, New York 10104, before Robert X.

22   Shaw, CSR, a Notary Public of the State of

23   New York.

24

25
```

```
 1                    Shaun Choffel
 2              MR. SOLOMON:  So, I'll make an
 3        objection and ask you to clarify the
 4        question for me.
 5              MR. HILL:  Let me ask the
 6        question again.
 7        Q.    Are you saying that you think
 8   that your sister's conversion to Judaism
 9   had nothing to do with her decision to cut
10   off contact with your family?
11        A.    I don't believe that the two
12   were the same.
13        Q.    Okay.  Do you believe that
14   they're even related?
15        A.    That's possible.
16        Q.    Okay.  What's the other
17   possibility?  Can you think of any other
18   reason why your sister decided to not
19   communicate with you and your parents?
20        A.    I have no idea.
21        Q.    Okay.  And neither you nor your
22   parents had any communication with her
23   between May of 1990 and 2002; is that
24   right?
25        A.    Correct.
```

```
 1                    Shaun Choffel
 2        A.    No.
 3        Q.    You were not present when your
 4   sister was killed?
 5        A.    No.
 6        Q.    You have not seen her body?
 7              MR. SOLOMON:  Objection.
 8              You can answer.
 9        A.    No.
10              MR. SOLOMON:  Let's take a
11        break.
12              Can you come outside for a
13        second?
14              (Whereupon, a short recess was
15        taken.)
16              MR. HILL:  Back on the record.
17        Q.    Is it fair to say that you and
18   your sister were not close at the time of
19   her death?
20              MR. SOLOMON:  Objection.
21        A.    Yes.
22        Q.    Your sister did not attend your
23   wedding?
24        A.    No.
25        Q.    Your sister has never met your
```

```
 1                   Shaun Choffel
 2    later captured by the Israelis, the family
 3    could collect.
 4        Q.    And what does any of that have
 5    to do with your sister's death?
 6        A.    It seems to me it was an
 7    incentive program.
 8        Q.    Okay.  And have you seen any
 9    documents, or anything other than this NBC
10    broadcast that evidences what you just
11    described?
12              MR. SOLOMON:  Objection.
13        A.    I don't -- no.
14        Q.    You, personally, don't have any
15    evidence of what you just described?
16        A.    No.
17        Q.    This is something that Mr.
18    Leitner has told you about?
19              MR. SOLOMON:  Objection.
20        A.    Yes.
21        Q.    All right.  Are you aware of
22    any evidence that the PA had anything to do
23    with your sister's death?
24        A.    No.
25        Q.    Are you aware of any evidence
```

```
 1                    Shaun Choffel
 2      that the PLO had anything to do with your
 3      sister's death?
 4           A.    Say that again, please.
 5           Q.    Are you aware of any evidence
 6      that the PLO had anything to do with your
 7      sister's death?
 8           A.    No.
 9           Q.    At the time of your sister's
10      death, do you know if she was earning a
11      living?
12           A.    Yes.
13           Q.    Okay.  How do you know that?
14           A.    Either my mother or my father
15      told me.
16           Q.    And how did they know that?
17                 MR. SOLOMON:  Objection.
18                 You can answer.
19           A.    The -- I think his name is Dr.
20      Scheaffer.  I don't know if he was her
21      boss, and I believe my father spoke with
22      him.
23           Q.    Do you know how you spell Dr.
24      Scheaffer's name?
25           A.    S-H -- I'm sorry,
```

```
 1                    Shaun Choffel
 2     anything to do with her decision to stop
 3     communicating?
 4          A.   No.
 5          Q.   Was she dating anyone else at
 6     the time that she stopped communicating
 7     with you?
 8          A.   Not that I knew of.
 9          Q.   You mentioned that she and Ohad
10     eventually broke up?
11          A.   Yes.
12          Q.   Do you know, was that her
13     initiative, or his initiative?
14          A.   I don't know.  She was in
15     Israel.
16          Q.   She was in Israel when they
17     broke up?
18          A.   Yes.
19          Q.   So, they were together at the
20     time that she went to Israel in 1990?
21          A.   Yes.
22          Q.   Do you know if they lived
23     together while they were in Israel?
24          A.   I don't have any knowledge of
25     that.
```