# EXHIBIT 46

1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    ----------------------------------------X
     MARK I. SOKOLOW, et al.,

4
                              PLAINTIFFS,

5

6         -against-         Case No:
                            04CV397 (GBD)(RLE)

7

8    THE PALESTINE LIBERATION ORGANIZATION, et
     al.,

9
                              DEFENDANTS.

10   ----------------------------------------X

11

12                    DATE: July 10, 2012

13                    TIME: 10:09 A.M.

14

15

16            DEPOSITION of THE ESTATE OF

17   DIANE CARTER and LARRY CARTER,

18   Individually, taken by the Defendants,

19   pursuant to Notice and to the Federal Rules

20   of Civil Procedure, held at the offices of

21   Morrison & Foerster, 1290 Avenue of the

22   Americas, New York, New York 10104, before

23   Robert X. Shaw, CSR, a Notary Public of the

24   State of New York.

25

```
 1                    Larry W. Carter
 2   charity?
 3        A.    Yes, sir.
 4              Now, to clarify, that was
 5   before I became the executor of her estate;
 6   so, her mother and I made that decision.
 7        Q.    But if you had wanted to, you
 8   could have had a check made to you, or you
 9   and your ex-wife, for about $15,000, and
10   you decided, instead, to have that money go
11   to a scholarship fund?
12        A.    Yes, sir.  And it could have
13   been more than that, but if it wasn't, if
14   it is, it's not a lot more.
15        Q.    Is that amount in the papers in
16   your manila folder at home?
17        A.    I'm almost sure that it is.
18        Q.    You were not present when your
19   daughter died?
20        A.    No, sir.
21        Q.    You have never viewed her body?
22        A.    No, sir.
23        Q.    Are you aware of any evidence
24   that she was conscious for any period of
25   time between the blast and her death?
```

```
 1                  Larry W. Carter
 2    the difference between HAMAS and the PLO?
 3         A.    Well, you know, in general
 4    terms, I guess, but not specifically.
 5              I mean, um, I know HAMAS is the
 6    sort of the military, ah, the military
 7    branch -- the more, I guess, radical.
 8              I know the PA, PLO, they run
 9    the government there.
10              I know they get funds from the
11    European Union and the United States, and
12    Israel collects taxes and tariffs for them;
13    so --
14         Q.    Are you aware of any evidence
15    that the PA had anything to do with your
16    daughter's death?
17         A.    Personally, no.
18         Q.    Are you aware of any evidence
19    that the PLO had anything to do with your
20    daughter's death?
21         A.    Personally, no.
22         Q.    Do you think if the PA had
23    something to do with your daughter's death,
24    that they would be receiving money from the
25    United States government?
```