# EXHIBIT 47

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

MARK I. SOKOLOW, et al.,

PLAINTIFFS,

-against-

Case No: 04CV397 (GBD)(RLE)

THE PALESTINE LIBERATION ORGANIZATION, et al.,

DEFENDANTS.

-----------------------------------------X

DATE: July 12, 2012

TIME: 11:40 A.M.

DEPOSITION of KATHERINE BAKER, taken by the Defendants, pursuant to Notice and to the Federal Rules of Civil Procedure, held at the offices of Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104, before Robert X. Shaw, CSR, a Notary Public of the State of New York.

span?

MR. SOLOMON: Objection.

You can answer.

A. I don't know.

Q. Do you know what physician or physicians treated your son prior to his death?

MR. SOLOMON: Objection.

You can answer.

A. Um, I'm not sure what time frame you are interested in. In Harrisburg he was treated by Dr. Joseph Cincotta, but at the time of his death he was living in Israel, and I don't know if he had a physician in Israel or not.

Q. So, the name of his doctor in Harrisburg was Dr. Cincotta?

A. Yes.

Q. And was that a pediatrician, an internist?

A. A family physician.

Q. Is Dr. Cincotta your doctor, as well?

A. Yes.

Katherine Baker

A. That is correct.

Q. Have you ever seen his body?

A. No.

Q. Do you know if anyone in your family has viewed his body?

A. To my knowledge, no.

Q. Are you aware of any evidence that your son was conscious between the time of the blast and the time of his death?

MR. SOLOMON: Objection.

A. I have not read any reports about that; and so, I'm not aware of any evidence.

Q. Do you have any information about whether he was conscious for any period of time between the blast and the time of his death?

A. I do not.

Q. Has anyone ever told you, one way or the other?

A. No.

Q. Do you know if anyone in your family has been told about whether he was

Katherine Baker

Q. Are you aware of any evidence that the PLO had anything to do with your son's death?

A. I'm not aware of any evidence that it didn't.

Q. Okay. That's not what I asked. Are you aware of any evidence that the PLO had something to do your son's death?

A. I --

MR. SOLOMON: Objection.

Just answer his question.

A. No.

Q. Are you aware of any evidence that the Palestinian Authority had something to do with your son's death?

MR. SOLOMON: Objection.

A. No.

Q. You mentioned, when we started, that your father had been a Methodist minister?

A. Correct.

Q. I take it, then, that you did not grow up Jewish?

A. That's correct.