# EXHIBIT 50

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                                    PLAINTIFFS,
 5
 6         -against-         Case No:
                             04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                                    DEFENDANTS.
10   ------------------------------------------X
11
12                 DATE: October 17, 2012
13                 TIME: 10:20 P.M.
14
15           DEPOSITION of NEVENKA GRITZ,
16   taken by the Defendants, pursuant to Notice
17   and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25
```

```
 1                    Nevenka Gritz
 2      Valery.  Lycee Henry IV. Institut D'Etudes
 3      Politiques and Sorbonne/Nanterre.
 4                 THE INTERPRETER:  Correction.
 5           It's -- the second school is
 6           Arbalete.
 7           Q.    Thank you.  And what was your
 8      son doing in Jerusalem?
 9           A.    He had a one-year scholarship
10      to study, first, for three months Hebrew at
11      Hebrew University.
12                 And after that he was to attend
13      Hartman Institute, and that would be
14      H-A-R-T-M-A-N.
15           Q.    Do you have any sense of what
16      he would have chosen as a career?
17           A.    I think he wanted to do
18      something at the international level, and
19      something that would contribute to peace,
20      and also keep studying religion.
21                 He was to do his Ph.D., work on
22      his Ph.D. thesis, which would have been on
23      the Babel politics.
24           Q.    Politics of Babel?
25           A.    Yes.
```

```
1                    Nevenka Gritz
2        Q.    Okay.  Now, on this particular
3   day, on July 31st, 2002, were you with your
4   son in Jerusalem?
5        A.    No.
6        Q.    Where were you?
7        A.    In New York.
8        Q.    Okay.  Did you actually see
9   your son's body following the bombing?
10       A.    No.  Just the photograph, the
11  newspaper's photograph.
12       Q.    Were you, was anyone able to
13  positively identify your son?
14       A.    Yes.  The Jerusalem police.
15       Q.    Was there an autopsy done?
16       A.    I don't think so.  I know that
17  David was in the cafeteria.  The bomb
18  exploded and he got a piece of the bomb in
19  the left side of his brain, and according
20  to the doctor, he was killed instantly.
21       Q.    Okay.  Which doctor was that
22  who reported this to you?
23       A.    It was the doctor who was
24  checking the victims of the --
25       Q.    Of the attack?
```

```
 1                  Nevenka Gritz
 2              THE INTERPRETER:  The attack.
 3       Thank you.
 4       A.    I don't know his name.
 5       Q.    Did you speak to him,
 6   personally?
 7       A.    That doctor?
 8       Q.    Yes.  To the doctor.
 9       A.    Yes.  Because all the bodies
10   were transferred to a special place in Tel
11   Aviv, and we were there and spoke with the
12   doctor.
13       Q.    But the doctor didn't give you
14   any documents?
15       A.    No.  He didn't give me any
16   documents, but he told us that we could see
17   the pictures of the body, but Norman and I
18   didn't want to see any pictures.
19       Q.    Okay.  And did he also tell you
20   that your son died instantly?
21       A.    Yes.
22       Q.    So, there was no evidence,
23   then, that between the time of the blast
24   and the time of your son's death that your
25   son suffered, experienced any suffering?
```

```
 1                   Nevenka Gritz
 2    Plaintiffs in a lawsuit against the
 3    Palestinian Authority and the Palestine
 4    Liberation Organization?
 5        A.    I don't understand the
 6    question.
 7        Q.    Okay.  Are you aware that you,
 8    yourself, your husband's estate, and your
 9    son's estate have brought a lawsuit against
10    the Palestinian Authority and the PLO?
11        A.    No.  No, I'm not aware of it.
12        Q.    Well, the lawsuit for which we
13    have noticed this deposition has, is a
14    lawsuit against the Palestinian Authority
15    and the Palestine Liberation Organization.
16              Are you aware of any evidence
17    that the PLO, or the PA, had anything to do
18    with the bombing that resulted in your
19    son's death?
20              MR. SOLOMON:  Note my
21         objection.
22        A.    HAMAS is constantly bragging
23    about the fact that they want to destroy
24    Israel and kill as many people as they can.
25              MR. SOLOMON:  All right.  Let's
```

```
 1                      Nevenka Gritz
 2        take a break.
 3              (Whereupon, a short recess was
 4        taken.)
 5              MS. MATTA:  Back on the record.
 6         Q.    Mrs. Gritz, do you have any
 7    personal knowledge as to whether the PA, or
 8    the PLO, knowingly did anything to cause
 9    the bombing on July 31st, 2002?
10              MR. SOLOMON:  That's a compound
11        question.  Evidence, or personal
12        knowledge?
13              MS. MATTA:  No.  Do you have
14        any personal knowledge --
15              MR. SOLOMON:  Okay.  All right.
16        I misheard the question.  That's
17        fine.  Objection withdrawn.
18         A.    No, I'm not.
19         Q.    Okay.  And have your lawyers
20    carried out investigations regarding the
21    underlying facts of this case?
22              MR. SOLOMON:  Objection.
23         A.    I hope they did.
24              MR. SOLOMON:  By counsel, I
25        think we have.
```