# EXHIBIT 51



**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone  (212) 766-4111
Toll Free    (800) 788-0450
Telefax      (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office.  This document is designated as:

*Statement issued March 5, 2003 by the Palestinian Leadership*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S
EXHIBIT
NO. 44

5\3                              [Emblem]

**WAFA
PALESTINE
NEWS
AGENCY**          5926

Issued by the Palestinian Liberation Organization          Palestinian National Authority

## Statement Issued by the Palestinian Leadership

The Leadership deplores and condemns the bus bombing in Haifa and affirms
that it stands against violence and terrorism against Israeli or Palestinian civilians.

Ramallah, 5 March 2003, WAFA — The Leadership issued the following
statement:
This afternoon, Wednesday 5 March 2003, in the city of Haifa, an Israeli bus
transporting Israeli and Palestinian civilians was bombed. The Leadership declares that
it strenuously condemns and deplores this bombing attack whose victims were innocent
Israeli and Palestinian civilians with no role or responsibility for the savage crimes and
extermination war being perpetrated by the Israeli occupation army against our people
on our beloved Palestinian land.
The Leadership considers this bombing attack against civilians to be a departure
from the responsible Palestinian national position which rejects these acts, particularly
those targeting civilians. This bombing attack is an excuse for the Israeli government
and its occupation army to escalate and expand the scope of the campaign of killing,
destruction and oppression carried out by the Israeli occupation army in all of our cities,
villages and camps. During this past February, these campaigns have claimed the lives
of 77 Palestinian citizens, injured hundreds and destroyed tens of homes and buildings
and imprisoned thousands of our sons. Since the beginning of March, i.e., within the
past five days, the occupation forces have killed 19 citizens and injured tens of others as
well as destroyed homes and businesses.
The Palestinian leadership rejects this logic of revenge. It also rejects the targeting
of civilians on moral and political grounds. These bombings do not serve our just cause
against the Israeli occupation, instead, they smear the reputation of our people and their
sacrifices with claims of terrorism against civilians, which are used by the government of
Israel to cover up the barbaric massacres it perpetrates against our children, our women
and our people.

02:006782

Gaza-South Remal Telefax: 972(7) 824056 Tel.: 868109/824036 Gaza-South Remal] Telefax: 972(7) 824056 Tel  868109/824036



MAR-03 16:43

PALESTINE
NEWS
AGENCY 5926

السلطة الوطنية الفلسطينية

منظمة التحرير الفلسطينية

وكالة
الأنباء
الفلسطينية

تصريح صادر عن القيادة الفلسطينية

- القيادة تستنكر وتدين تفجير الباص في حيفا وتؤكد أنها تقف ضد
العنف والإرهاب سواء ضد المدنيين الإسرائيليين أو الفلسطينيين

رام الله ٥-٣-٢٠٠٣ وفا- أصدرت القيادة التصريح التالي:

وقعت ظهر اليوم الأربعاء ٥-٣-٢٠٠٣ في مدينة حيفا عملية تفجير لباص إسرائيلي يقل
مدنيين إسرائيليين وفلسطينيين، والقيادة تعلن إدانتها واستنكارها الشديدين لعملية التفجير
هذه، والتي راح ضحيتها مدنيون إسرائيليون وفلسطينيون لا شأن لهم وليسوا طرفاً في الجرائم
الوحشية وحرب الإبادة التي ينفذها جيش الاحتلال الإسرائيلي ضد شعبنا في أرضنا الفلسطينية
المحتلة.

إن القيادة تعتبر هذه العملية التفجيرية ضد المدنيين خروجاً عن الموقف الوطني
الفلسطيني المسؤول، الذي يرفض هذه الأعمال وخاصة التي تستهدف المدنيين، وهذه
التفجيرية هي ذريعة في يد حكومة إسرائيل وجيش احتلالها لتصعيد وتوسيع نطاق
حملة القتل والتدمير والتنكيل التي يقوم بها جيش الاحتلال الإسرائيلي في كافة مدننا وقرانا
ومخيماتنا والتي أودت خلال شهر شباط المنصرم بحياة (٧٧ مواطناً فلسطينياً) وجرح المئات
ونسفت عشرات المنازل والمنشآت وزج الآلاف من أبنائنا في السجون، ومنذ مطلع شهر آذار -
مارس الجاري وخلال هذه الأيام الخمس، قتلت قوات الاحتلال (١٩ مواطناً) وجرحت
العشرات ودمرت المنازل والمحلات التجارية.

إن القيادة الفلسطينية ترفض منطق الانتقام، كما ترفض استهداف المدنيين من منطلق
أخلاقي وسياسي، وإن هذه العمليات التفجيرية لا تخدم قضيتنا العادلة ضد الاحتلال
الإسرائيلي، بل تلطخ سمعة شعبنا وتضحياته بتهمة الإرهاب ضد المدنيين التي تفترها حكومة
إسرائيل ضد شعبنا للتغطية على المجازر الوحشية بحق أطفالنا ونسائنا وجماهيرنا.

02:006782

Gaza South Remal Telefax: 972(7) 824056 Tel: 866109/824036 فاكس : ٨٢٤٠٥٦ ٨٦٦١٠٩٠-٨٢٤٠٣٦