# EXHIBIT 52

 **LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone  (212) 766-4111
Toll Free   (800) 788-0450
Telefax     (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Official Statement issued on May 18, 2003 by an official Spokesperson*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S
EXHIBIT
PENGAD-Bayonne, N.J.
NO. 45

 **PALEST/NE NEWS AGENCY**



Issued by the Palestine Liberation Organization    Palestinian National Authority

### Official Statement by Spokesperson

The Leadership deplores violence and counter-violence
against Israeli and Palestinian civilians

Ramallah, 18 May 2003, WAFA- an official Spokesperson stated the following:

The Palestinian Leadership deplores all violent acts against Israeli and Palestinian civilians, and calls for the immediate cessation to all aggressions against civilians in all areas without exception. The timing of these operations in Hebron and Jerusalem, and the continuation of the occupation and the Israeli escalation in Beit Hanoun, Khan Yunis, Nablus, Qalqilya, and Jenin, happened on the same day and night in which the first official meeting was convened between the Israeli and Palestinian sides, whereupon three were killed and many were injured in Nablus, Khan Yunis, Qaliqlya, and Jenin. The burning and destruction of several houses in Hebron, and the Israeli incursion into several areas especially Ramallah and Bireh, as well as the curfew only affirm the necessity of returning to serious and responsible negotiations under International supervision, and need for the Israeli Government to accept, without conditions, the International Road Map. In the new Palestinian Government's program, the Palestinian Leadership expressed its readiness to take sweeping security measures within the Palestinian domain; it calls on the Israeli side to stop its incursions, attacks and violations, in Gaza and the West Bank, which target our population, Mosques, homes, and farms, and which completely cripple the Palestinian security plans and preparations.

The Leadership would welcome the dispatching of International observers in appropriate numbers to help preserve security and rebuild the Palestinian security force. The Leadership finds no logical reason or excuse for the Israeli Government's continued refusal of admitting International observers. We call on the Israeli government to show its serious readiness for peace by quickly agreeing to the road map and permitting the entry of International observers to all areas so as to preserve the security of Palestinian and Israeli civilians alike. We again express our denunciation of all acts of violence against Palestinian and Israeli civilians suffer.

Gaza- South Remal, Telefax: 972(7) 62456 Tel: 898109/824056

02:006786

  

PALESTINE
NEWS
AGENCY

وكالة
الأنباء
الفلسطينية

السلطة الوطنية الفلسطينية

تصدر عن منظمة التحرير الفلسطينية

تصريح ناطق رسمي:

القيادة تشجب العنف والعنف المضاد

ضد المدنيين الإسرائيليين والفلسطينيين

رام الله ١٨-٥-٢٠٠٣ وفا- صرح ناطق رسمي اليوم بما يلي:

إن القيادة الفلسطينية تشجب كافة عمليات العنف ضد المدنيين الإسرائيليين والفلسطينيين، وتدعو إلى الوقف الفوري لكافة أعمال التعرض للمدنيين في كافة المناطق دون استثناء، وإن توقيت هذه العمليات في الخليل والقدس واستمرار الاحتلال والتصعيد الإسرائيلي في بيت حانون وخانيونس ونابلس وقلقيلية وجنين في نفس الليلة واليوم، الذي عقد فيها أول لقاء رسمي بين الجانبين الفلسطيني والإسرائيلي، حيث سقط ٣ شهداء وأعداد كبيرة من الجرحى في نابلس وخانيونس وقلقيلية وجنين وحرق ولدمير عدة منازل في الخليل والتوغل الإسرائيلي في عدة مناطق وخاصة في رام الله والبيرة ومنع التجول، إنما يؤكد الحاجة إلى ضرورة العودة الجادة والمسؤولة إلى المفاوضات وتحت الإشراف الدولي وقبول حكومة إسرائيل غير المشروط لخريطة الطريق الدولية، وإن القيادة الفلسطينية التي عبرت عن استعدادها في برنامج الحكومة الفلسطينية الجديدة عن اتخاذ إجراءات أمنية واسعة النطاق على المستوى الفلسطيني، تدعو الجانب الإسرائيلي إلى وقف توغلاته وهجماته واعتداءاته في غزة والضفة والتي استهدفت جماهيرنا ومساجدنا ومساكننا ومزارعنا، والتي تعطل كافة الخطط والاستعدادات الأمنية الفلسطينية.

وترحب القيادة بإرسال المراقبين الدوليين بأعداد كافية للمساعدة في حفظ الأمن وإعادة بناء القوة الأمنية الفلسطينية، ولا تجد القيادة أي سبب أو مبرر منطقي لاستمرار رفض حكومة إسرائيل للمراقبين الدوليين، إنما تدعو حكومة إسرائيل إلى إظهار واستعدادها الجدي للسلام بالموافقة السريعة على خطة الطريق وعلى دخول المراقبين الدوليين لكافة المناطق بما يحفظ أمن المدنيين الفلسطينيين والإسرائيليين على السواء. ومرة أخرى نعبر عن استنكارنا لكافة أعمال العنف التي يتعرض لها المدنيون الفلسطينيون والإسرائيليون.

Gaza - South Remal Telefax : 972(7) 824055  Tel.: 826110 826105  تلفاكس: ٨٢٤٠٥٥ - ٩٧٢-٧    تلفون: ٨٢٦١١٠ - ٨٢٦١٠٥    غزة - الرمال الجنوبي ت: ٣٦-

02:006786