# EXHIBIT 53




**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

July 15, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Statement of President Yasser Arafat*

George Alves, the Manager of Translation Services of this company, certifies that Rasha Toppozada-Yow, who translated this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 15th day of July 2013.

_____
Jonathan S. Yee
Notary Public, State of New York
No. 01YE6008274
Certificate filed in New York County
Qualified in Kings County
Commission Expires June 8, 2014

Sincerely,

Victor J. Hertz
President & CEO

**DEFENDANT'S EXHIBIT NO. 46**

| PALESTINE LIBERATION ORGANIZATION | [emblem] | PALESTINE LIBERATION ORGANIZATION |
|---|---|---|
| Palestinian National Authority | Palestine | Palestine [sic] National Authority |
| Office of the President | | Office of the President |

### Statement of President Yasser Arafat

At this moment, when the Region is witnessing an unprecedented escalation that warns of the gravest obstacles and threatens to destroy the opportunity to save the peace process now offered by the Roadmap, particularly following the Sharm Al-Sheikh and Aqaba conferences, I urge an immediate cessation of all types of operations and shootings.

The hellish hollow circle of terrorist operations perpetrated by all parties must stop now and immediately.

I strongly condemn the terrorist operations that targeted Israeli civilians in Jerusalem today. I condemn them as strongly as I have condemned, and we condemn, the Israeli terrorist operations attempting to assassinate Dr. Abdul Aziz Al-Rantissi, and those terrorist operations that preceded and followed it, particularly yesterday and today. Specifically, the Israeli terrorist attacks against Palestinian civilians in Gaza and other Palestinian regions, which have resulted in tens of wounded and martyrs, including eight who died just one hour ago, two of whom are unidentified women.

02:006783

| PALESTINE LIBERATION ORGANIZATION | [emblem] | PALESTINE LIBERATION ORGANIZATION |
|---|---|---|
| Palestinian National Authority | Palestine | Palestine [sic] National Authority |
| Office of the President | | Office of the President |

I urge all national and Islamic Palestinian factions and forces to bear responsibility, to give priority to the best interests of our Palestinian people and our Arab nation, and to refuse to be dragged into the hell that Israel is attempting to drag us into in order to destroy the opportunity to rescue the peace process, the peace of the brave.

I urge U.S. President George Bush, who confirmed his personal commitment to the Quartet Committee, and Arab leaders to work on implementing the Roadmap, to urgently and immediately get involved to stop this deterioration, to compel Israel to implement the Roadmap, and to quickly send international observers.

It is our collective duty to work as hard as possible to stop this deterioration and rescue the peace process for our Palestinian people, the Israeli people, the people of the Region and the entire world.

Ramallah, 6/11/2003 A.D.

02:006784

PALESTINE LIBERATION ORGANIZATION
Palestine National Authority
Office of the President



منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

<div dir="rtl">

## تصريح سيادة الأخ الرئيس ياسر عرفات

في هذه اللحظة التي تشهد فيها المنطقة تصعيداً غير مسبوق ينذر بأوخم العواقب ويهدد بنسف فرص إنقاذ عملية السلام التي توفرها الآن خطة خارطة الطريق وخاصة بعد مؤتمري شرم الشيخ والعقبة فإنني أدعو إلى وقف فوري لجميع أشكال العمليات وإطلاق النار.

إن الحلقة الجهنمية المفرغة للعمليات الإرهابية من جميع الأطراف يجب أن نتوقف الآن وفوراً.

إنني أدين بشدة العملية الإرهابية التي استهدفت مدنيين إسرائيليين في القدس اليوم بنفس الشدة التي أدنت وندين بها العملية الإرهابية الإسرائيلية لمحاولة اغتيال الأخ الدكتور عبدالعزيز الرنتيسي وما سبقها وتلاها خاصة يوم أمس واليوم من اعتداءات إرهابية إسرائيلية ضد المدنيين الفلسطينيين في غزة وفي غيرها من المناطق الفلسطينية وأوقعت العشرات من الشهداء والجرحى بينهم ثمانية سقطوا قبل ساعة من الآن من ضمنهم إمرأتان مجهولتا الهوية.

</div>

02:006783



PALESTINE LIBERATION ORGANIZATION
Palestine National Authority
Office of the President

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

إنني أدعو جميع الفصائل والقوى الفلسطينية الوطنية والإسلامية لتحمل مسؤولياتها وتغليب المصالح العليا لشعبنا الفلسطيني ولأمتنا العربية ولرفض الإنجرار إلى الشرك الذي تحاول إسرائيل جرنا إليه لنسف فرص إنقاذ عملية السلام، سلام الشجعان.

إنني أدعو الرئيس الأمريكي جورج بوش الذي أكد إلتزامه الشخصي مع اللجنة الرباعية والأخوة القادة العرب بالعمل لتنفيذ خارطة الطريق للتدخل الفوري والعاجل لوقف هذا التدهور ولإلزام إسرائيل بتنفيذ خطة خارطة الطريق وسرعة إرسال المراقبين الدوليين.

إن واجبنا جميعاً أن نسعى بكل جهد ممكن لوقف هذا التدهور وإنقاذ عملية السلام من أجل شعبنا الفلسطيني والشعب الإسرائيلي وشعوب المنطقة والعالم أجمع.

رام الله في: 2003/6/11م.

02:006784