# EXHIBIT 54



**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766 4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

June 3, 2013

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

*Official Statement issued September 10, 2003 by the*
*Chairman of the Palestinian Legislative Council and Acting Prime Minister*

George Alves, the Manager of Translation Services of this company, certifies that Louay Abdulla, who edited this document, is fluent in Arabic and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 3 day of June 2013.

_____
Shirley A. Torres
Notary Public, State of New York
No. 01TO6260393
Certificate filed in New York County
Qualified in Kings County
Commission Expires April 30, 2016

Sincerely,

Victor J. Hertz
President & CEO



DEFENDANT'S
EXHIBIT
NO. 47

**Statement by the Chairman of the Palestinian Legislative Council and Acting Prime Minister**

Ramallah, 10 September 2003, WAFA- We reaffirm the established Palestinian position of rejecting all acts of murder and assassination, and the targeting of innocent civilians, both Palestinian and Israeli.

In this context, we condemn the latest Jerusalem operation, which harms our cause and the interests of our people. In addition, the ongoing and continued Israeli aggression, and resorting to the targeting of Forces, is an attempt to kill the just and comprehensive peace we seek.

In these historic and decisive moments, we call upon the Quartet and the International Community to assume their responsibilities immediately, quickly, and before it is too late.

*Second Statement*

02-006787

بيان صادر عن رئيس المجلس التشريعي ورئيس الوزراء المكلّف

رام الله ١٠-٩-٣٠٠٢ وفا- نعيد التأكيد على الموقف الفلسطيني الثابت برفض كل أعمال القتل والإغتيالات، واستهداف المدنيين الأبرياء الفلسطينيين منهم والإسرائيليين أيضا. وفي هذا السياق فإننا ندين عملية القدس الأخيرة، والتي تشكل ضررا بقضيتنا ومصالح شعبنا، كما أن عمليات العدوان الإسرائيلي المستمرة والمتواصلة واللجوء إلى استهداف القوة هي استهداف لقتل أي محاولة للسلام العادل والشامل الذي نسعى إليه.

إننا نتوجه إلى اللجنة الرباعية والمجتمع الدولي في هذه اللحظات التاريخية الحاسمة لتحمل مسؤولياتها بشكل فوري وسريع وقبل فوات الأوان.

اسامة الشاهين

02:006787