# EXHIBIT 55



HLP Integration Translation Department

# Certificate of Translation

| Name of Source Document: 02-006414 |
|---|
| Bates Range: 02:006414 |

Job no. HLPMC005029
Service performed:

☑ Translation

☑ Validation procedure

☑ Localization

| Source Language: | Arabic | Target Language: | English |
|---|---|---|---|

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

Signature of HLP Representative: _____ *[signature]* _____
Andrew Daly - Project Manager for Translations
HLP Integration
1750 H. St. NW Suite 100
Washington, DC 20006
Tel: 202.393.0399

DEFENDANT'S EXHIBIT NO. 48

Prime Minister Ahmed Qurei Abu Alaa denounces Jerusalem bus bombing

01/29/2004

Prime Minister Ahmed Qurei Abu Alaa denounced today the bus bombing that struck downtown Jerusalem this morning leaving many dead and injured. And so continues the cycle of violence washing over our people, after Israeli forces murdered nine citizens and injured scores more yesterday in Gaza.

(The Palestinian National Information Center)

رئيس الوزراء أحمد قريع "أبو علاء" يستنكر تفجير حافلة في القدس

29/01/2004

- استنكر السيد أحمد قريع "أبو علاء"، رئيس الوزراء، والحكومة الفلسطينية، اليوم، تفجير حافلة الركاب الذي وقع صباح اليوم، في القدس مما أدى إلى وقوع عدد من القتلى والجرحى، وكذلك استمرار مسلسل العنف الموجة ضد أبناء شعبنا، والذي كان آخره قيام القوات الإسرائيلية باغتيال تسعة مواطنين وجرح عدد كبير منهم يوم أمس، في غزة.

(مركز المعلومات الوطني الفلسطيني)

..................................................  ..................................

02:006414