# EXHIBIT 56

```
    1

    2    UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
    3    ------------------------------------X
         MARK I. SOKOLOW, et al.,
    4
                                    PLAINTIFFS,
    5

    6          -against-          Case No:
                                  04CV397 (GBD)(RLE)
    7

    8    THE PALESTINE LIBERATION ORGANIZATION, et
         al.,
    9
                                    DEFENDANTS.
   10    ------------------------------------X

   11

   12              DATE: October 14, 2012

   13              TIME: 1:40 P.M.

   14

   15              DEPOSITION of SHIFRA GOLDBERG,

   16    taken by the Defendants, pursuant to Notice

   17    and to the Federal Rules of Civil

   18    Procedure, held at the offices of Morrison

   19    & Foerster, 1290 Avenue of the Americas,

   20    New York, New York 10104, before Robert X.

   21    Shaw, CSR, a Notary Public of the State of

   22    New York.

   23

   24

   25
```

```
 1                    Shifra Goldberg
 2     English name was Stuart Scott.
 3          Q.    Okay.  And I understand you had
 4     a nickname for him?
 5          A.    Um, no.  Not me.  I called him
 6     Yechezkel.  Other people might have called
 7     him Chesi.
 8          Q.    Okay.  And those were the only
 9     names that you might have used to refer to
10     him?  Did he have any other names?
11          A.    Scotty.
12          Q.    Okay.  And what was his
13     nationality?
14          A.    Canadian.
15          Q.    And what is your nationality?
16          A.    American.
17          Q.    Okay.
18          A.    And Israeli.
19          Q.    Are you an Israeli citizen?
20          A.    Yes.
21          Q.    And was he an Israeli citizen?
22          A.    Yes.
23          Q.    Okay.  And where was
24     Mr. Goldberg born?
25          A.    Um, in Canada.
```

```
 1                  Shifra Goldberg
 2     during college?
 3          A.    In an office.
 4          Q.    In an office?  And what were
 5     you doing?
 6          A.    I don't remember really.
 7          Q.    Office work?
 8          A.    Office work, yes.
 9          Q.    Okay.  And so, you moved to
10     Israel in '93 and you lived in Beit
11     Shemesh.  And how long were you in Beit
12     Shemesh?
13          A.    Nine months.
14          Q.    Okay.  And then, where did you
15     did you move after that?
16          A.    In Har Nof, in Israel.
17          Q.    And how long were you in Har
18     Nof?
19          A.    About four or five years,
20     something like that.
21          Q.    Okay.  And then, after Har Nof,
22     where did you move?
23          A.    To Beitar Illit.
24          Q.    To Beitar Illit.  So, how long
25     have you lived in Beitar Illit?
```

```
 1                  Shifra Goldberg
 2       A.    I think it worked out to about
 3   14 years.
 4       Q.    Okay.  And have you --
 5             What made you move to Beitar
 6   Illit?
 7       A.    A nice religious community,
 8   and the housing was cheaper than in Har
 9   Nof.
10       Q.    And how large is the community
11   in Beitar Illit?
12       A.    About 55,000 people.
13       Q.    Okay.  Mrs. Goldberg, have you
14   heard of Beitar Illit referred to as a
15   settlement?
16       A.    It's a city.
17       Q.    Okay.  But have you heard it
18   referred to as a settlement?
19             MR. SOLOMON:  Note my
20        objection.
21             Go ahead.  You can answer.  Yes
22        or No.
23       A.    Um -- no, I haven't really
24   thought about it.
25       Q.    Okay.  But regardless, have you
```

```
 1                    Shifra Goldberg
 2    just heard of it -- personally, have you
 3    heard people refer to it as a settlement?
 4        A.    I heard, I mean -- I heard of
 5    it, but, um, I guess the answer would be
 6    "Yes."
 7        Q.    Okay.  And in your
 8    understanding -- you're hesitating to say
 9    "Yes," so --
10        A.    Because I've only heard of it
11    in the context of this -- um --
12        Q.    In the context of a lawsuit, do
13    you mean?
14              MR. SOLOMON:  When is the first
15         time that you heard of it mentioned
16         as a settlement?
17              THE WITNESS:  In the last
18         deposition.
19        Q.    Okay.  So, what's your --
20              So, the first time you heard of
21    it referred to as a settlement is in the
22    last deposition, the first deposition that
23    you've had.  What's your understanding of a
24    settlement?
25              MR. SOLOMON:  I think we should
```

```
 1                    Shifra Goldberg
 2           be clear, by counsel, we're referring
 3           to my client's deposition in the Arab
 4           Bank litigation.
 5                   Go ahead.
 6       A.    In my definition, it's a place
 7   where people settle.
 8       Q.    Okay.  But are you aware,
 9   Mrs. Goldberg, that there is some
10   controversy regarding the location of
11   settlements in the West Bank?
12                   MR. SOLOMON:  Objection.
13                   Go ahead.
14       A.    I'll be honest with you, I'm
15   not involved in politics.
16       Q.    Okay.  But just as a factual
17   matter, are you aware that there's some
18   controversy regarding the existence of
19   settlements in the West Bank?
20       A.    I'm aware.
21       Q.    Okay.  And do you refer to the
22   area as the West Bank?
23       A.    Not at all.
24       Q.    Okay.  And how do you refer to
25   your area?
```

```
 1                  Shifra Goldberg
 2   not -- I don't remember how I found out.
 3            I don't remember, I don't even
 4   know if it was until years later that I
 5   found out.
 6       Q.   Okay.  Mrs. Goldberg, I'm sorry
 7   I'm going to have to ask you this, but did
 8   you see your husband's body after the
 9   attack?
10       A.   No.  I chose not to.
11       Q.   Okay.  Did somebody else
12   identify him?
13       A.   Yes.
14       Q.   And who was that?
15       A.   Um, I don't remember the name.
16            MR. SOLOMON:  It's okay.
17       A.   I don't remember the name.
18       Q.   You don't remember the name?
19   Was it a relative?
20       A.   No.  We didn't have any
21   relatives there.
22       Q.   Okay.  Well, would that person
23   have been able to positively identify your
24   husband?
25       A.   Yes.
```

```
 1                  Shifra Goldberg
 2      A.    No.
 3            MR. SOLOMON:  Verbal.
 4      A.    No.
 5      Q.    Do you think the Arab Bank
 6   caused the bombing that took place on
 7   January, 2004?
 8            MR. SOLOMON:  Objection.
 9      A.    I'm relying on my lawyers for
10   all that.
11      Q.    So, you don't have any personal
12   knowledge --
13            MR. SOLOMON:  Asked and
14         answered.
15            Go ahead.
16      Q.    -- as to who caused the
17   bombing?
18            MR. SOLOMON:  That was not
19         asked and answered; so, you can
20         answer that question.
21      Q.    Let me ask it again.
22            So, you don't have any personal
23   knowledge as to who caused the bombing in
24   January of 2004?
25      A.    No.
```

```
 1                    Shifra Goldberg
 2         Q.    Okay.  Are you seeking
 3    compensation for the same injuries in this
 4    case as you are in the Arab Bank case?
 5         A.    I'm relying on my lawyers for
 6    all this.  I don't have the head to deal
 7    with it.
 8         Q.    Okay.  But you're not saying
 9    that you suffered different injuries in the
10    Arab Bank case than you're saying in this
11    case?
12         A.    No.
13         Q.    One set of injuries that you've
14    suffered?
15         A.    Yes.
16         Q.    Why did you sue the PA?
17         A.    Um, the same reason.  I heard
18    that, um, they're connected with the
19    attack.
20         Q.    Okay.  And why did you sue the
21    PLO?
22         A.    Um, I'm relying on my lawyers
23    for all this kind of stuff.  I really --
24         Q.    So, for the --
25               I just -- I understand.  I just
```

```
 1                    Shifra Goldberg
 2    want to get it on the record.  So, we'll
 3    just go through each one and we'll just get
 4    that on the record.
 5              So, again, you sued the PLO, as
 6    I understand, because you understood that
 7    they were alleged to have been involved in
 8    this attack?
 9         A.   Yes.
10         Q.   And it's correct to say that
11    you don't have any personal knowledge about
12    those allegations?
13         A.   Right.
14         Q.   And is it correct to say that
15    your attorneys have conducted the
16    investigations related to anything that may
17    have happened on that day?
18         A.   Yes.
19         Q.   How did you come to be involved
20    in the case against the Palestinian
21    Authority and the PLO?
22         A.   I don't remember exactly how.
23         Q.   Did you reach out to a lawyer?
24         A.   Um, I don't remember how it
25    happened, because everything was -- I don't
```