# EXHIBIT 57

1

1

2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3     ----------------------------------------X
       MARK I. SOKOLOW, et al.,
4
                                    PLAINTIFFS,
5
6            -against-          Case No:
                                04CV397 (GBD)(RLE)
7
8     THE PALESTINE LIBERATION ORGANIZATION, et
       al.,
9
                                    DEFENDANTS.
10    ----------------------------------------X

11

12                    DATE: October 14, 2012

13                    TIME: 6:25 P.M.

14

15            DEPOSITION of CHANA GOLDBERG,

16    taken by the Defendants, pursuant to Notice

17    and to the Federal Rules of Civil

18    Procedure, held at the offices of Morrison

19    & Foerster, 1290 Avenue of the Americas,

20    New York, New York 10104, before Robert X.

21    Shaw, CSR, a Notary Public of the State of

22    New York.

23

24

25

DIAMOND REPORTING   (718) 624-7200    info@diamondreporting.com

```
 1                    Chana Goldberg
 2    loss.
 3              Do you know if your mother was
 4    able to see your father after the bombing?
 5         A.    After the bombing?
 6         Q.    Aha.
 7         A.    I don't know, and I prefer not
 8    knowing.
 9         Q.    Do you know if anyone was able
10    to identify your father?
11         A.    I don't know.
12         Q.    Okay.  Chana, do you have any
13    information about who carried out the
14    attack?
15         A.    A PA policeman.
16         Q.    And how did you come to find
17    out --
18         A.    A terrorist, that's all I know.
19         Q.    Okay.  How did you come to find
20    out that the person was a PA policeman?
21         A.    I don't remember.
22              I just knew, just something
23    that everyone new, it was all over the
24    news, it was all over the place.  That is
25    the only thing that I knew.
```

1                    Chana Goldberg

2     for all that stuff, so I really don't know.

3     I don't know these things.

4                    My mother is taking care of

5     whatever it is that she does know, and I am

6     relying on her for that, and the lawyers

7     are doing the rest.

8          Q.    Okay.  Do you know why you are

9     suing the PLO or the PA?

10         A.    They helped out the terrorists.

11         Q.    Do you have any evidence that

12    the PA had anything to do with this attack

13    that killed your father?

14         A.    I am relying on my lawyers for

15    all that stuff.

16         Q.    Okay.  So, would it be fair to

17    say that you don't have any personal

18    knowledge about the PA or the PLO's

19    involvement, if any, in this attack?

20         A.    Besides hearing and knowing

21    what I -- yes.

22         Q.    Okay.  You say besides hearing

23    and knowing, so, you have heard --

24         A.    I don't have any evidence of

25    anything.  I am relying on my lawyers to

```
 1                    Chana Goldberg
 2   get that together.
 3        Q.    Any evidence that you know of,
 4   you have gotten from your attorneys; is
 5   that accurate?
 6        A.    Yes.  I guess.
 7        Q.    Okay.  So, what I would like to
 8   talk about now is just base line health
 9   issues before January, 2004.  Let's say
10   before February, 2004; okay?
11        A.    Yes.
12        Q.    So before February, 2004, did
13   you suffer from any health issues?
14        A.    No.
15        Q.    Did you ever have episodes of
16   anxiety?
17        A.    No.
18        Q.    Did you experience lack of
19   concentration before February of 2004?
20        A.    Absolutely not.
21        Q.    Were you a good student before
22   February, 2004?
23        A.    Um, a great student.
24        Q.    So, you got good grades?
25        A.    Yes.
```