# EXHIBIT 58

1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    -----------------------------------------X
     MARK I. SOKOLOW, et al.,
4
                              PLAINTIFFS,
5
6           -against-          Case No:
                               04CV397 (GBD)(RLE)
7
8    THE PALESTINE LIBERATION
     ORGANIZATION, et al.,
9
                              DEFENDANTS.
10   -----------------------------------------X
11
12                  DATE: October 15, 2012
13                  TIME: 10:01 A.M.
14
15           DEPOSITION of ESTHER GOLDBERG,
16   taken by the Defendants, pursuant to Notice
17   and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25

```
 1                    Esther Goldberg
 2        Q.    So, you described it as being a
 3   mess.  So, can you describe the mess a
 4   little bit?
 5        A.    It's hard for me to describe,
 6   because I don't really remember well
 7   enough.
 8        Q.    Okay.  Were there lots of
 9   people in the house?
10        A.    Yes.  There were people coming
11   in and out, and I had no clue what went on.
12        Q.    And then, when did you finally
13   learn that your father had been in the bus
14   bombing?
15        A.    Well, later on that day, we
16   understood that something was wrong, and
17   that he might have been in an attack.  It
18   took time until we realized that he
19   actually was murdered.
20        Q.    So, you weren't there at the
21   attack, you weren't on the bus with your
22   father; is that right?
23        A.    Right.
24        Q.    Okay.  Did you see your father
25   after the attack?
```

```
 1                    Esther Goldberg
 2        A.    No.
 3        Q.    Do you know if there was anyone
 4   that identified your father?
 5        A.    I don't know.
 6        Q.    But you obviously didn't see
 7   your father, or identify him, after he had
 8   been killed?
 9        A.    No.
10        Q.    Okay.  So, what happened the
11   day after that; did you go to school?
12        A.    No.
13        Q.    Okay.  So, how long did you
14   stay out of school?  How long were you out
15   of school?
16        A.    For a while.  I was messed up.
17        Q.    So, would you say that you were
18   out of school for a month or two months?
19        A.    More than that.  How much
20   exactly, I don't remember.
21        Q.    Okay.  Was it for the rest of
22   the year?
23        A.    For the rest of that year, for
24   sure, but how much more I don't remember.
25   I know my mother would probably know more.
```

```
 1                    Esther Goldberg
 2   of the person who carried out the bombing?
 3        A.    I don't remember.
 4        Q.    Did you know it at some point?
 5        A.    I know he was, um, something
 6   with the police, or a soldier.
 7        Q.    Okay.  So, can you think of any
 8   evidence that you know of that the PA and
 9   the PLO had anything to do with the
10   bombing?
11        A.    No.
12        Q.    Okay.
13        A.    I leave that up to my lawyer.
14        Q.    Esther, earlier you were
15   telling us that you work 15 or 20 hours a
16   week.  Who takes care of your son when you
17   are at work?
18        A.    We've got a baby-sitter.
19        Q.    So, you have child care that
20   you pay for?
21        A.    Yes.
22        Q.    Okay.  And do you expect that
23   your husband will continue to learn at the
24   --
25              I'm sorry.  What is the
```