# EXHIBIT 60

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6        -against-         Case No:
                            04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION
     ORGANIZATION, et al.,
 9
                              DEFENDANTS.
10   ------------------------------------------X
11
12              DATE: October 15, 2012
13              TIME: 5:00 P.M.
14
15        DEPOSITION of SHOSHANA MALKA
16   GOLDBERG, taken by the Defendants, pursuant
17   to Notice and to the Federal Rules of Civil
18   Procedure, held at the offices of Morrison
19   & Foerster, 1290 Avenue of the Americas,
20   New York, New York 10104, before Robert X.
21   Shaw, CSR, a Notary Public of the State of
22   New York.
23
24
25
```

|    |    |    |
|----|----|----|
| 1  |    | Shoshana Goldberg |
| 2  | Q. | Okay.  Do you understand that |
| 3  | you are going to be seeing your |
| 4  | psychologist or social worker for a few |
| 5  | years? |
| 6  | A. | At least. |
| 7  | Q. | At least.  Do you think that |
| 8  | that is covered by your health insurance? |
| 9  |    | MR. SOLOMON:  Objection. |
| 10 | A. | I don't know. |
| 11 |    | MR. SOLOMON:  Objection.  You |
| 12 | can answer. |
| 13 | A. | I have no clue. |
| 14 | Q. | Okay.  On the day of the |
| 15 | attack, you weren't with your father, were |
| 16 | you? |
| 17 | A. | No. |
| 18 | Q. | You were at school, right, in |
| 19 | Beitar Illit? |
| 20 | A. | Yes. |
| 21 | Q. | So you did not see your father |
| 22 | after he died? |
| 23 | A. | No. |
| 24 | Q. | Okay.  Right? |
| 25 | A. | Right. |

```
 1                  Shoshana Goldberg
 2        A.    My mother deals with that.
 3              All I know is that I had to
 4   come here.  I don't know.
 5        Q.    You do know that you have
 6   brought a lawsuit against these defendants,
 7   the Palestinian Authority and the PLO;
 8   right?
 9        A.    If that is what it is.  I don't
10   know.
11        Q.    Okay.  Do you know why you sued
12   the PA and the PLO?
13        A.    My mother is dealing with that
14   and I rely on him, on the lawyer.
15              MR. SOLOMON:  Indicating to me.
16        Q.    Is it fair to say that you
17   don't have any personal knowledge about any
18   of the facts that are underlying the
19   lawsuit?
20        A.    No.
21        Q.    Okay.  Do you take any
22   medication now for any psychological
23   problems that you have?
24        A.    No.
25        Q.    Do you have any information
```