# EXHIBIT 61

**ORIGINAL**

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ------------------------------------------X
    MARK I. SOKOLOW, et al.,
4
                                PLAINTIFFS,
5

6          -against-          Case No:
                            04CV397 (GBD)(RLE)
7

8   THE PALESTINE LIBERATION
    ORGANIZATION, et al.,
9
                                DEFENDANTS.
10  ------------------------------------------X

11

12              DATE: October 15, 2012

13              TIME: 7:23 P.M.

14

15          DEPOSITION of ELIEZER SIMCHA

16  GOLDBERG, taken by the Defendants, pursuant

17  to Notice and to the Federal Rules of Civil

18  Procedure, held at the offices of Morrison

19  & Foerster, 1290 Avenue of the Americas,

20  New York, New York 10104, before Robert X.

21  Shaw, CSR, a Notary Public of the State of

22  New York.

23

24

25

```
 1                 Eliezer S. Goldberg
 2         Hebrew)
 3              THE WITNESS:  (Speaking in
 4         Hebrew)
 5              THE INTERPRETER:  Apparently.
 6         Q.   Could it be Yael Salekowsky?
 7              THE INTERPRETER:  (Speaking in
 8         Hebrew)
 9              THE WITNESS:  (Speaking in
10         Hebrew)
11              THE INTERPRETER:  I think so.
12         Q.   Okay.  Eliezer, you weren't
13    with your father the day that he was
14    killed, were you?
15              THE INTERPRETER:  (Speaking in
16         Hebrew)
17              THE WITNESS:  (Speaking in
18         Hebrew)
19              THE INTERPRETER:  That is
20         correct.
21         Q.   So you did not see him after he
22    died?
23              THE INTERPRETER:  (Speaking in
24         Hebrew)
25              THE WITNESS:  (Speaking in
```

```
 1                 Eliezer S. Goldberg
 2        Hebrew)
 3             THE INTERPRETER:  That is
 4        correct.
 5        Q.    Eliezer, you are claiming
 6   future medical expenses?
 7             THE INTERPRETER:  (Speaking in
 8        Hebrew)
 9             THE WITNESS:  (Speaking in
10        Hebrew)
11             THE INTERPRETER:  I don't know.
12        Q.    It means that you expect that
13   you are going to have the need for medical
14   care in the future?
15             THE INTERPRETER:  (Speaking in
16        Hebrew)
17             THE WITNESS:  (Speaking in
18        Hebrew)
19        Q.    Do you think that you will have
20   need for medical care?
21             THE INTERPRETER:  (Speaking in
22        Hebrew)
23             THE WITNESS:  (Speaking in
24        Hebrew)
25             THE INTERPRETER:  What medical?
```

```
 1              Eliezer S. Goldberg
 2       Killing.  That's it.
 3          Q.    Okay.  Eliezer, do you know why
 4   you have sued the PA and the PLO?
 5              THE INTERPRETER:  I am sorry.
 6       I need the "you" before "sued," I
 7       need to know whether it is singular
 8       or plural in order to translate the
 9       question.
10              MS. MATTA:  You as an
11       individual.
12              THE INTERPRETER:  (Speaking in
13       Hebrew)
14              THE WITNESS:  (Speaking in
15       Hebrew)
16              THE INTERPRETER:  That is the
17       work of my attorneys.
18          Q.   Okay.  Do you have any
19   knowledge about the claims that you are
20   making?
21              THE INTERPRETER:  About the
22       claims?
23              MS. MATTA:  That you are
24       making.
25              THE INTERPRETER:  (Speaking in
```

```
 1              Eliezer S. Goldberg
 2         Hebrew)
 3              THE WITNESS:  (Speaking in
 4         Hebrew)
 5              THE INTERPRETER:  No.
 6         Q.   Are you aware of any evidence
 7    that the PA or the PLO had anything to do
 8    with the bombing in which your father was
 9    killed?
10              THE INTERPRETER:  (Speaking in
11         Hebrew)
12              THE WITNESS:  (Speaking in
13         Hebrew)
14              THE INTERPRETER:  That is for
15         my lawyer.  I don't know.
16         Q.   Okay.  Is it fair to say that
17    you don't have any personal knowledge?
18              THE INTERPRETER:  (Speaking in
19         Hebrew)
20              THE WITNESS:  (Speaking in
21         Hebrew)
22              THE INTERPRETER:  What does
23         that mean?
24         Q.   Is it fair to say that you
25    don't have personal knowledge about the
```

51

```
 1                 Eliezer S. Goldberg
 2     allegations that underlie your lawsuit?
 3            THE INTERPRETER:  (Speaking in
 4     Hebrew)
 5            THE WITNESS:  (Speaking in
 6     Hebrew)
 7            THE INTERPRETER:  That is
 8     correct.
 9            THE WITNESS:  (Speaking in
10     English)  Could I take a break?
11            MR. SOLOMON:  Yes.  Off the
12     record.
13            (Whereupon, an off-the-record
14     discussion was held.)
15            MS. MATTA:  Back on the record.
16       Q.   Eliezer, can you remember the
17     names of the schools that you have been to?
18            THE INTERPRETER:  (Speaking in
19     Hebrew)
20            THE WITNESS:  (Speaking in
21     Hebrew)
22            THE INTERPRETER:  Yes.  Nite
23     Meir, Yechi Reuven, Imrei Shefer and
24     Holyland.
25       Q.   What was the one that you
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
51