# EXHIBIT 63

```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5

 6          -against-         Case No:
                              04CV397 (GBD)(RLE)
 7

 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                              DEFENDANTS.
10    ------------------------------------------X

11

12                  DATE: July 11, 2012

13                  TIME: 2:00 P.M.

14

15

16          DEPOSITION of the Plaintiff,

17    RONALD GOULD, taken by the Defendants,

18    pursuant to Notice and to the Federal Rules

19    of Civil Procedure, held at the offices of

20    Morrison & Foerster, 1290 Avenue of the

21    Americas, New York, New York 10104, before

22    Robert X. Shaw, CSR, a Notary Public of the

23    State of New York.

24

25
```

```
 1                    Ronald Gould
 2        A.    From what I understand it, that
 3   they were instrumental  in the funding of
 4   the person who perpetrated the attack, and
 5   possibly their family, after.
 6        Q.    Okay.  And are you aware of any
 7   evidence that the Arab Bank funded the
 8   person who perpetrated the attack on your
 9   daughter?
10              MR. SOLOMON:  Objection.
11        A.    I'm leaving that to the
12   attorneys, and I don't have knowledge.
13        Q.    You don't know of any such
14   evidence?
15              MR. SOLOMON:  Objection.
16              You can answer.
17        A.    No.
18        Q.    And are you aware of any
19   evidence that the PLO had anything to do
20   with your daughter's injury?
21              MR. SOLOMON:  Objection.
22              You can answer.
23        A.    No.
24        Q.    Are you aware of any evidence
25   that the Palestinian Authority had anything
```

```
 1                    Ronald Gould
 2   to do with your daughter's injury?
 3        A.    I believe that's a different
 4   organization completely, and a newer
 5   organization, and the Palestinian authority
 6   is the --
 7              MR. SOLOMON:  Objection.
 8        A.    -- political arm that's running
 9   that part of the country now, and had
10   nothing to do with this.
11        Q.    As far as you know --
12        A.    As far as I know.
13        Q.    -- the Palestinian Authority
14   had nothing to do with the attack on your
15   daughter?
16              MR. SOLOMON:  Objection.
17        A.    As far as I know.
18        Q.    Do you want the Palestinian
19   Authority to pay you damages in this case?
20              MR. SOLOMON:  Objection.
21              You can answer.
22        A.    The Palestinian Authority?  Um,
23   I don't believe so.
24        Q.    You're not making any claim for
25   damages from the Palestinian Authority?
```

```
 1                    Ronald Gould
 2             MR. SOLOMON:  Objection.
 3        A.   I don't believe so.
 4             MR. SOLOMON:  Could we take a
 5        break?
 6             Off the record.
 7             (The Witness and his Attorney
 8        leave the room.)
 9             (Whereupon, a short recess was
10        taken.)
11             MR. SOLOMON:  Back on the
12        record.
13        Q.   When Shayna was shot, you went
14   to Israel.
15        A.   Correct.
16        Q.   How long did you stay in
17   Israel?
18        A.   Ten days to two weeks.  I don't
19   remember exactly.
20        Q.   All right.
21        A.   She was out of danger and she
22   was about to leave the hospital; so, there
23   was no --
24        Q.   All right.  You left, though,
25   before Shayna left the hospital?
```