# EXHIBIT 64

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                              PLAINTIFFS,
 5
 6        -against-        Case No:
                           04CV397 (GBD)(RLE)
 7
 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                              DEFENDANTS.
10   ------------------------------------X
11
12             DATE: July 10, 2012
13             TIME: 3:05 P.M.
14
15
16             DEPOSITION of JESSICA RINE,
17   taken by the Defendants, pursuant to Notice
18   and to the Federal Rules of Civil
19   Procedure, held at the offices of Morrison
20   & Foerster, 1290 Avenue of the Americas,
21   New York, New York 10104, before Robert X.
22   Shaw, CSR, a Notary Public of the State of
23   New York.
24
25
```

```
 1                    Jessica Rine
 2         Q.    Are you aware of any evidence
 3    that the Palestinian Authority had anything
 4    to do with the shooting of your sister?
 5         A.    I will leave it to my lawyer
 6    for that.
 7         Q.    I am just asking, are you aware
 8    of any such --
 9               MR. SOLOMON:  He is asking,
10         other than us.
11         A.    No.
12         Q.    Sitting here today, you
13    couldn't point to any evidence that the
14    Palestinian Authority had anything to do
15    with Shayna's shooting?
16         A.    No.
17         Q.    Sitting here today, are you
18    aware of any evidence that the Palestinian
19    Liberation Organization had anything to do
20    with Shayna's shooting?
21         A.    No.
22         Q.    You are a plaintiff in this
23    lawsuit; right?
24         A.    Correct.
25         Q.    What injuries are you claiming,
```