# EXHIBIT 65

```
                                                                   1

 1
 2       UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
 3       ------------------------------------------X
         MARK I. SOKOLOW, et al.,
 4
                                    PLAINTIFFS,
 5
                  -against-              Case No.:
 6                                       04CV397 (GBD) (RLE)

 7
         THE PALESTINE LIBERATION ORGANIZATION,
 8       et al.,

 9                                  DEFENDANTS.
         ------------------------------------------X
10
11               DATE:  December 13, 2012
12               TIME:  1:54 p.m.
13
14
15               EXAMINATION BEFORE TRIAL of the
16       Plaintiff, ROBERT COULTER, SR.,, taken by
17       the Defendant, pursuant to Notice and to the
18       Federal Rules of Civil Procedure, held at
19       the Offices of Morrison & Foerster,
20       1290 Avenue of the Americas, New York,
21       New York 10104, before Richard Aurelio,
22       a Notary Public of the State of New York.
23
24
25
```

```
 1                R. C O U L T E R, SR.
 2           A.   And I -- I can't prove that but
 3      that's what I heard.
 4           Q.   Did she die as a result of the
 5      wounds she received that day or --
 6           A.   I'm not sure of that.
 7           Q.   All right.
 8                But as far as you're aware, your
 9      daughter was killed instantly and did not
10      suffer?
11           A.   That's correct.
12           Q.   Are you aware of any evidence of
13      the identity of the person or persons who
14      was responsible for the bombing when Janis
15      was killed?
16           A.   I saw the names in the paper but I
17      don't remember them.
18           Q.   Apart from what you read in the
19      newspaper, are you aware of any evidence as
20      to the identity of the persons who are
21      responsible for the death of your daughter?
22           A.   No.
23           Q.   I take it you've never spoken to
24      anyone in Israel about this issue?
25           A.   No.
```

```
 1                R. C O U L T E R, SR.
 2          Q.    Have you spoken to any
 3    Palestinians about this issue?
 4          A.    No.
 5          Q.    At the time Janis was killed,
 6    was she working?
 7          A.    Yes.
 8          Q.    Where was she working?
 9          A.    She worked for the -- university
10    in -- in New York office.
11          Q.    Do you know what she was making at
12    the time of her death?
13          A.    I -- approximately -- I -- I don't
14    know for sure.  It was around 57,000.
15          Q.    Are you making a claim in this
16    lawsuit for income that Janis would have
17    earned if she had lived?
18          A.    That's correct.
19          Q.    Do you know how such a claim can
20    be quantified?
21          A.    No.
22          Q.    Have you made any attempt to
23    figure out what Janis's earnings would have
24    been had she not been killed --
25          A.    No.
```

```
 1                  R. C O U L T E R, SR.
 2           A.   So, the only thing I got was when
 3      I read the article, she indicated that that
 4      was the flow of the money.
 5           Q.   Well, let me ask you this, sir,
 6      apart from what you read in the newspaper or
 7      what someone has told you, have you seen any
 8      other evidence that the PLO had something to
 9      do with Janis's death?
10           A.   No.
11           Q.   Let me ask you this, something
12      called the Palestinian Authority, have you
13      heard of that before?
14           A.   Yes.
15           Q.   Are you aware of any evidence that
16      the Palestinian Authority had something to
17      do with Janis's death?
18           A.   I have no -- no idea.
19           Q.   Sitting here today, you can't tell
20      me of any --
21           A.   No.
22           Q.   -- such evidence?
23           A.   No.
24           Q.   You mentioned that you have a
25      lawsuit against the Arab Bank and you have
```