# EXHIBIT 66

1

1
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------X
   MARK I. SOKOLOW, et al.,
4
                           PLAINTIFFS,
5
6        -against-         Case No:
                    04CV 397 (GBD) (RLE)
7
8  THE PALESTINE LIBERATION ORGANIZATION,
   et al.,
9
                           DEFENDANTS.
10 ------------------------------------X
11
12            DATE: September 23, 2012
13            TIME: 2:05 P.M.
14
15            DEPOSITION of the DIANNE COULTER
16 MILLER, taken by the Defendants, pursuant
17 to Notice and to the Federal Rules of Civil
18 Procedure, held at the offices of Morrison
19 & Foerster, 1290 Avenue of the Americas,
20 New York, New York 10104, before Robert X.
21 Shaw, CSR, a Notary Public of the State of
22 New York.
23
24
25

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

1

```
 1                    Dianne Miller
 2             MR. SOLOMON:  Okay.
 3        Take a moment.
 4             (Whereupon, a short recess was
 5        taken.)
 6             MR. HILL:  Back on the record.
 7        Q.   Ma'am, are you okay to proceed?
 8        A.   Yes, I am.
 9        Q.   Okay.  When we broke, we were
10   talking about whether you were aware of
11   evidence that certain entities might be
12   involved with your sister's death.
13             So, let me just put the
14   question on the record again:  Are you
15   aware of any evidence that the Palestinian
16   Authority had anything to do with your
17   sister's death?
18        A.   I'm not.
19        Q.   Are you aware of any evidence
20   that the Palestine Liberation had anything
21   to do with your sister's death?
22        A.   I am not.
23        Q.   Okay.  Apart from the one
24   person whom you mentioned before the break,
25   are you aware of any evidence of the
```