# EXHIBIT 67

1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------X
      MARK I. SOKOLOW, et al.,
 4
                               PLAINTIFFS,
 5
 6         -against-        Case No:
                            04CV 397 (GBD)(RLE)
 7
 8    THE PALESTINE LIBERATION ORGANIZATION, et
      al.,
 9
                               DEFENDANTS.
10    ------------------------------------X
11
12              DATE: September 23, 2012
13              TIME: 10:20 A.M.
14
15
16         DEPOSITION of ROBERT COULTER,
17    JR., taken by the Defendants, pursuant to
18    Notice and to the Federal Rules of Civil
19    Procedure, held at the offices of Morrison
20    & Foerster, 1290 Avenue of the Americas,
21    New York, New York 10104, before Robert X.
22    Shaw, CSR, a Notary Public of the State of
23    New York.
24
25
```

```
 1                  Robert Coulter, Jr.
 2             MR. SOLOMON:  Okay.  Well, A,
 3      do you know?
 4             THE WITNESS:  Sorry.
 5             MR. SOLOMON:  Note my
 6      objection.  But do you know what he
 7      said to --
 8         A.   No, I don't.  No.
 9         Q.   Okay.  Has your sister told you
10      what Avi told her about suing the PA and
11      the PLO.
12         A.   Not in so many words, it's just
13      that it was just, um, after their
14      discussion she made it sound like we should
15      proceed that way, or -- just follow the
16      lead of counsel.
17         Q.   Okay.  Are you aware of any
18      evidence that the Palestinian Authority had
19      something to do with your sister's death?
20         A.   No.
21         Q.   Are you aware of any evidence
22      that the PLO had something to do with your
23      sister's death?
24         A.   No.
25         Q.   Are you aware of any evidence
```