# EXHIBIT 69

PLAINTIFF'S
EXHIBIT
334



A

P 3: 000082



B



C



D



E

P 3: 000086



F



G

P 3: 000088



H





J



K



L

P 3: 000093



M

P 3: 000094



N



O

P 3: 000096