# EXHIBIT 70



## HLP Integration Translation Department

# Certificate of Translation

| Name of Source Document: 02-006034 |
|---|
| Bates Range: 02:006034 |

**Job no. HLPMC005029**
**Service performed:**

☑ Translation

☑ Validation procedure

☑ Localization

| Source Language: | Arabic | Target Language: | English |
|---|---|---|---|

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

**Signature of HLP Representative:** _____
Andrew Daly - Project Manager for Translations
HLP Integration
1750 H. St. NW Suite 100
Washington, DC 20006
Tel: 202.393.0399

DEFENDANT'S EXHIBIT NO. 34

[emblem: Palestinian Liberation Organization
Palestinian National Authority
Organization and Administration Directorate]

**Palestinian Liberation Organization**
**Palestinian National Authority**
**General Security**  No.: *1617*/11
**Organization and Administration Directorate**  Date: 2/1/2002
**Individual Affairs**

### Administrative Order

Corporal / Mohamed Mashhoor Mohamed Hashaykah is hereby dismissed from the payroll of the Police Department / Northern Governorates as of 2/1/2002 because he is not fit to work as a police officer.

Copy to:

- Central Financial Administration
- Police Department
- Personal File
- File Clerk
- Circulation
- Computer

**Organization and Administration**
[illegible signature]
*2/1*
[seal: Palestine Liberation Organization
Palestinian National Authority
Organization and Administration Directorate
[emblem: Palestine]]

[document background: [emblem: Palestine]]

شؤون الافراد

## أمــــــر إداري

يطرد العريف / محمد مشهور محمد حشايكه من مرتب مديرية الـشرطة / المحافظــات الـشمالية اعتبارا من ١/٢/٢٠٠٢ وذلك لعدم صلاحيته للعمل كشرطي .

نسخه إلى:
- الإدارة المالية المركزية
- مديرية الشرطة
- الذاتية
- المصنف
- التداول
- الحاسوب

التنظيـــم والإدارة

02:006034