# EXHIBIT J

# CONFIDENTIAL

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# NOT FOR PUBLIC FILING