# EXHIBIT M



PLAINTIFF'S
EXHIBIT
186

Confidential

**Intelligence Update for Commanders** Central Regional Command Intelligence
Autonomy Branch
April 14, 2001

**The Fatah has declared a state of emergency and general mobilization and military training with weapons for operatives and for thousands of youngsters has started.**

Following the failure of the Camp David Summit, a state of emergency has been declared in the Fatah Movement, which has started to make preparations for a confrontation on all planes, from the preparing of awareness for a confrontation to military training. Marwan Barghouti is quoted in the Falastinuna newspaper (edition 18 dated July 31, 2000) as saying that the failure of the negotiations opens the gates for the Palestinian People to realize all options. He stated that there was a plenty of time to achieve readiness and declaration of general mobilization in the ranks of the Palestinian People. Barghouti's statement was not an empty one. On the ground, the Political Directorate, in cooperation with the Fatah Movement, has held dozens of summer camps in the summer months of 2000 (for example, 3 camps in Qalqilya, 4 in Nablus, one in Salfit, 15 in Hebron, 4 in Bethlehem, 4 in Ramallah, 3 in Jenin, 4 in Tul Karm and 40 camps were held in the Gaza Strip) for youngsters throughout the territories of the Palestinian Authority during which thousands of youngsters were trained in the use of weapons and attacking Israel soldiers and settlers by throwing stones and throwing makeshift firebombs. This effort was conducted under the heading of mandatory general mobilization for the right hand of the Palestinian Authority in its perseverance with the fundamental positions in facing Israel and the value of the struggle for realizing Palestinian sovereignty in the territories of 1967 and its uncompromising effort to realize the principle of right of return of refugees to the territories of "Palestine".

Photographs from Fatah training sessions that simulate attacks of Israeli civilians and training of youngsters in combat in summer camps.

Confidential

**Intelligence Update for Commanders**    Central Regional Command Intelligence
Autonomy Branch
April 14, 2001

**The Arafat School for Fatah operatives has been opened in Rafah, whose curriculum
includes combat skills**

The Palestinian newspaper that is released on behalf of the political direction stated in its edition No. 19 dated September 17, 2000 that preparations had been made in Rafah for opening Arafat School, the first of its type for the organizational cadre of the Fatah. According to the secretary of the Fatah in the Rafah area, "Abu Iad" and the principal of the school, the curriculum involves a part that deals with study of different weapon types, skills in their use, explosives and their effects.

[Begin Arabic text]
**Arafat School for Organizational [Fatah] Cadre**

9 – Languages: - is aimed at familiarizing the student with several languages, such as English and Hebrew

10 – Psychological warfare: - Material is aimed at familiarizing the student with the methods used in the field of psychological warfare, particularly the rumor. There will be reference to the content and characteristics of the rumor, as well as its types and the ways in which it is used.

11 – Security strategy is aimed at reviewing the meaning of strategies and security policies, their background and their goals, ways in which these strategies are implemented and planned.

12 – The basic structure of the Fatah movement: - Is aimed at familiarizing [the student] with the basic structure of the Fatah movement, the way to understand it, clarifying is specific definitions and ways to appropriately implement them.

13 – Knowledge of weapons: - Learning is aimed at knowledge of various types of weapons, how to use them, as well as explosives and their impact.

14 – Sources of hazard: - This material equips the student with knowledge of various types of hazard, whether natural, industrial, or hazards relating to war and ways of confronting them, as well as assisting the agencies that relate to them.

[End Arabic text]

[Begin Arabic text]
**The Shabiba Celebrates Graduation of Closed Military Courses for Youth**

Fatah's Shabiba – Western Gaza District – organized a celebration on the occasion of the graduation of two Palestine Martyrs courses, which were held in coordination with the Military Intelligence Agency, as well as the Abu Ali Iyyad course in coordination with the National Security Forces (Third Battalion), which were attended by approximately 150 teens, male and female. The courses lasted more than a month at a closed military base. The celebration was held at the Majdal School in the neighborhood of Zaitoun.

[Stamp] **P 1: 1095**

Speeches were given by First Lieutenant Isma'il Al-Dahdouh, the director of training, and Colonel Al-Bouji. The speeches emphasized the importance of these courses and stressed the high fighting spirit of the young men and women of the Shabiba. Also spoke Sister Mirfat Al-Bitar, the coordinator of the West Gaza District who is responsible for the Future Shabiba program. She emphasized the Shabiba's standing behind the Palestinian leadership and behind the Commander, the Symbol, in their political struggle and in their effort to announce a Palestinian state on the fixed date. She added that the Israeli smugness and intransigence in the peace process is indicative of bad intentions on behalf of the Israeli government and that its military preparations in the areas of the [West] Bank and the Gaza [Strip] indicate the dangerous path that the Israeli government is taking. Bitar pointed at the preparations that the Shabiba is making in the process of training teens. She said that this is not aimed at destroying the peace process, and depicted the teens as time bombs that will explode in the face of the occupation troops, if Israel tries to attack the Palestinian areas or to act to re-institute the occupation in the areas of the [Palestinian] National Authority. Many national figures attended the celebration, as well as hundreds of family members of the graduates and residents of the Zaitoun neighborhood.

[End Arabic text]

Falastinuna edition No. 19 of September 17, 2000 contains an article that lists three military courses that were held in Gaza for Fatah Youth operatives (the "Shabiba"). About a hundred and fifty operatives participated in the "Al Aqsa Martyrs" and "Abu Ali Iad" courses that were held in cooperation with the National Security and Military Intelligence apparatuses, and they were held in a closed base for more than a month.

Falastinuna edition No. 19 dated September 17, 2000 stated that the ranks of the Fatah had declared a high alert in preparation for the declaration of a Palestinian state. The head of the "Shabiba" organization, Abdel Hakim Awad, stated that the Fatah Youth were ready to defend Palestinian land regardless of the number of casualties, mentioning the "defeats" that the Israeli Army had sustained (implied by the Fatah) during the first Intifada period and the Tunnel Intifada (September 1996).

[Begin Arabic text]

**After the Collapse of Camp David**
**Announcement of Extreme Readiness In Preparation for the Proclamation of an Independent State**

'Abd Al-Hakim 'Awad, the president of the Fatah Shabiba movement, re-emphasized the extreme readiness state of Fatah's Shabiba to defend the Palestinian soil, whatever the challenges. He mentioned the perpetual defeats that the Israeli army suffered during the glorious Intifada. Awad pointed out that the Shabiba will challenge any attempt by the army [Translator's note: Arabic text ends here]

[End Arabic text]

[Stamp] **P 1: 1095** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1: 1094-95.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 1: 1094-95.

Dated: February 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2016
I.D.# 2332704



# בפת"ח הוכרז מצב חירום וגיוס כללי והחלו אימונים צבאיים בנשק לפעילים ולאלפי צעירים

בעקבות כשלון פסגת קמפ דיויד הוכרז מצב חירום בתנועת הפת"ח אשר החלה להתכונן לעימות בכל המישורים החל מהכשרת התודעה לעימות וכלה באימונים צבאיים. מרוואן ברגותי מצוטט בעיתון פלסטינונא (גיליון 18 מ - 31 יולי 2000) כאומר כי כשלון המו"מ פותח את השער בפני העם הפלסטיני למימוש כל האופציות. הוא ציין כי קיים פרק זמן נרחב להשגת מוכנות ולהכרזה על גיוס כללי בשורות העם הפלסטיני. אמירתו של ברגותי לא היתה אמירת שווא. בפועל ערך מנגנון ההכוונה הפוליטית בשיתוף פעולה עם תנועת הפת"ח בחודשי הקיץ בשנת 2000 עשרות מחנות קיץ (לשם המחשה 3 מחנות בקלקיליה, 4 בשכם, אחד בסלפית, 15 בחברון, 4 בבית לחם, 4 ברמאללה, 3 בג'נין, 4 בטולכרם וברצועת עזה נערכו 40 מחנות) לצעירים בכל שטחי הרשות הפלסטינית במהלכם אומנו אלפי צעירים בשימוש בנשק ובתקיפת החיילים והמתיישבים הישראליים באמצעות ידויי אבנים וזריקת פצצות תבערה מאולתרות. כל זאת, תחת הכותרת של חובת ההתגייסות הכוללת לימין הרשות הפלסטינית בדבקותה בעמדות היסוד בהתמודדות עם ישראל בערך המאבק למימוש הריבונות הפלסטינית בשטחי 67' ובהתירתה הבלתי מתפשרת למימוש עקרון זכות השיבה של הפליטים לשטחי "פלסטין".

תמונות מאימוני הפת"ח שדימו תקיפת אזרחים ישראליים והכשרת צעירים ללחימה במחנות הקיץ.




ש מ ו ר

# ברפיח הוקם בית ספר על שם ערפאת עבור פעילי הפת"ח ובו מלמדים בין השאר מיומנות לחימה

העיתון פלסטינונא היוצא מטעם ההכוונה הפוליטית מסר בגליונו מספר 19 מ - 17.9.2000 כי ברפיח נעשו הכנות לפתיחת בית הספר על שם ערפאת הראשון מסוגו לקאדר הארגוני של הפת"ח. לדברי מזכיר הפת"ח באזור "אבו איאד" ברפיח והמנהל של בית הספר, במסגרת תוכנית הלימודים משולב פרק העוסק בלימוד סוגי הנשק השונים, מיומנות השימוש בהם, חומרי הנפץ והשפעותיהם.

## مدرسة عرفات للكادر التنظيمي

١٣- علم الاسلحة - تهدف الدراسة الى العلم بانواع الاسلحة المختلفة وكيفية استخدامها والتفجيرات وآثارها

## الشبيبة تحتفل بتخريج دورات عسكرية مغلقة للأشبال

בגיליון פלסטינונא מספר 19 מ - 17.9.2000 מופיעה כתבה בה מפורטים שלושה קורסים צבאיים שנערכו בעזה לפעילי צעירי הפת"ח (ה"שביבה"). בקורסים על שם "חללי אלאקצה" ו"אבו עלי איאד" שנערכו בשיתוף פעולה עם מנגנוני הביטחון הלאומי המודיעין הצבאי השתתפו כמאה וחמישים פעילים והם נערכו בבסיס סגור במשך יותר מחודש.

بعد فشل كامب ديفيد

## إعلان حالة الجاهزية القصوى استعدادا لاعلان الدولة المستقلة

الشريف وقد جدد عبد الحكيم عوض رئيس منظمة الشبيبة الفتحاوية تاكيده على الجاهزية القصوى لشبيبة فتح للدفاع عن التراب الفلسطيني مهما كانت التضحيات مذكرا بالهزائم المتلاحقة التي مني بها الجيش الإسرائيلي إبان الانتفاضة المجيدة وانتفاضة النفق وأشار عوض الى ان الشبيبة ستتصدى لأي محاولة للجيش

בגיליון פלסטינונא מספר 19 מ - 17.9.2000 נמסר כי בשורות הפת"ח הוכרזה כוננות עליונה כשלב מכין לקראת ההכרזה על מדינה פלסטינית. ראש ארגון ה"שביבה" עבד אלחכים עווד ציין כי צעירי הפת"ח מוכנים להגן על האדמה הפלסטינית ללא התחשבות במספר הקורבנות בהזכירו את "התבוסות" שהצבא הישראלי נחל (במשתמע מידי הפת"ח) בתקופת האינתיפאדה הראשונה ואינתיפאדת המנהרה (ספט' 1996).