# EXHIBIT O

PLAINTIFF'S EXHIBIT 353



### Information On The Terrorist Who Carried Outtoday s Suicide Bombing On King George Street In Jerusalem

Information On The Terrorist Who Carried Outtoday s
Suicide Bombing On King George Street In Jerusalem
21/03/2002

The terrorist who committed today's suicide bombing in Jerusalem was a
Palestinian policeman, Mohammed Mashud Mohammed Hashaikeh, born in
1981, from the Tluza village near Nablus.

Hashaikeh was arrested in mid-February by the Palestinian security
services
following information they received about his intention to carry out a
suicide
attack in Israel. In his interrogation, Hashaikeh admitted to planning
to carry
out a suicide attack at the mall in Raanana and that he was working
under the
direction of Tanzim and Islamic Jihad activists in northern Samaria.
Hashaikeh even turned over the explosive belt he was going to use to
carry
out the attack. From the interrogation it emerged that Hashaikeh as
also
involved in the attempted car bomb attack near Mei Ami on February 8.

Several days after his arrest, the Palestinian Authority asked Israel
to allow
the transfer of Hashaikeh to jail in Ramallah. The reason for the
request --
like similar requests made recently by the Palestinian Authority of
Israel --

Information On The Terrorist Who Carried Out today's Suicide Bombing On King George Street I... Page 2 of 2

was that the Authority could keep Hashaikeh under "quality" arrest in Ramallah (namely, in a proper jail from which escape would be more difficult). Israel acceded to the request and allowed Hashaikeh to be transferred to Ramallah.

From today's events it is evident that Hashaikeh was in fact released after being transferred to Ramallah.

These events underscore not only the growing involvement of the Palestinian Authority security apparatuses in terror, but the refusal of the PA to arrest terrorists in an effective way for a period of time, even when the PA knows for certain that these individuals intend to carry out mass terror attacks.