# EXHIBIT W

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK


MARK I. SOKOLOW, et al.,      )
                              )
        Plaintiffs,           )
                              )
v.                            )  Civil Action No.
                              )  04cv397(GBD)(RLE)
THE PALESTINE LIBERATION      )
ORGANIZATION, et al.,         )
                              )
        Defendants.           )
_____)




               DEPOSITION OF NICK KAUFMAN

                   JERUSALEM, ISRAEL

                   OCTOBER 20, 2013












REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

               OCTOBER 20, 2013 - NICK KAUFMAN
```

## Page 2

```
          Deposition of NICK KAUFMAN, taken in the
above-entitled cause pending in the United States
District Court, for the Southern District of New York,
pursuant to notice, before BRENDA MATZOV, CA CSR 9243,
at the American Colony Hotel, Executive Room, First
Floor, Jerusalem, Israel, on Sunday, the 20th day of
October, 2013, at 9:05 a.m.


APPEARANCES:

FOR PLAINTIFFS:

        ARNOLD & PORTER, LLP
        By:  KENT A. YALOWITZ, ESQ.
        399 Park Avenue
        New York, New York 10022-4690
        (212) 715-1000 / Fax (212) 715-1399
        kent.yalowitz@aporter.com

FOR DEFENDANTS:

        MILLER & CHEVALIER CHARTERED
        By:  MICHAEL J. SATIN, ESQ.
             BRIAN A. HILL, ESQ.
             MARK ROCHON, ESQ. (partial)
        655 Fifteenth Street, NW
        Suite 900
        Washington, DC 20005-5701
        (202) 626-5800 / Fax (202) 626-5801
        msatin@milchev.com
        bhill@milchev.com
        mrochon@milchev.com


ALSO PRESENT:

        RACHEL WEISER, Esq.

        MICHAEL SFARD, Advocate

          OCTOBER 20, 2013 - NICK KAUFMAN
```

## Page 3

```
                    I N D E X

WITNESS

Nick Kaufman


EXAMINATION                                    PAGE

By Mr. Satin                                   6, 288

By Mr. Yalowitz                                285





            D E F E N D A N T S' E X H I B I T S

NUMBER        DESCRIPTION                         MARKED

Exhibit 404   Document Entitled "Expert
              Opinion," by Nick Kaufman,
              Advocate, Dated April 10,
              2013
              (No Bates Number)                    7

Exhibit 405   Document Entitled "Independent
              and Impartial Tribunals"
              (No Bates Number)                    7

Exhibit 406   Document Entitled "Expert
              Opinion, Rebuttal," by
              Nick Kaufman, Advocate,
              Dated September 16, 2013
              (No Bates Number)                   11

Exhibit 407   Document Entitled "Curriculum
              Vitae," by Nicholas Kaufman
              (No Bates Number)                   12

Exhibit 408   Hebrew Document, Case 4646/06
              (Bates P 11-7:296 to P 11-7:300
              and P 11-7:302 to P 11-7:303)       75


          OCTOBER 20, 2013 - NICK KAUFMAN
```

## Page 4

```
            D E F E N D A N T S' E X H I B I T S

NUMBER        DESCRIPTION                         MARKED

Exhibit 409   Hebrew Document, Case 3459/02
              (Bates P 11-8:121)                  105

Exhibit 410   Hebrew Document, Case 3250/02
              (Bates P 11-9:50 to P 11-9:51)      108

Exhibit 411   Hebrew Document, Case 3465/02
              (Bates P 11-1:130 to P 11-1:132)    155

Exhibit 412   Hebrew Document, Case 3465/02
              (Bates P 11-1:17 to P 11-1:18)      158

Exhibit 413   Hebrew Document, Case 3262/02
              (Bates P 11-11:44 to P 11-11:54)    174

Exhibit 414   Hebrew Document, Case 3529/02
              (Bates P 11-4:166 to P 11-4:169)    196

Exhibit 415   Hebrew Document, Case 3739/02
              (Bates P 11-3:301, P 11-3:303,
              P 11-3:305, and P 11-3:307)         203

Exhibit 416   Hebrew Document, Case 4646/06
              (Bates P 11-7:117 to P 11-7:171)    221

Exhibit 417   Hebrew Document, Case 4646/06
              (Bates P 11-7:172 to P 11-7:178)    227

Exhibit 418   Hebrew Document, Case 5398/03
              (Bates P 11-12:83, P 11-12:85,
              P 11-12:87, P 11-12:89,
              P 11-12:91, P 11-12:93,
              P 11-12:95, P 11-12:97,
              P 11-12:99, P 11-12:101,
              P 11-12:103, P 11-12:105,
              P 11-12:107, P 11-12:109,
              and P 11-12:111)                    250


          OCTOBER 20, 2013 - NICK KAUFMAN
```

73

```
 1   transcribing simultaneously while the litigants and
 2   the judges are speaking; correct?
 3       A.   The obligation of a judge is to ensure that
 4   an accurate court record is -- is produced.  There is
 5   a mechanism for parties, if they feel that the court
 6   record does not reflect what was said in court, to
 7   request amendments.  I did not see -- or sorry.  I
 8   cannot remember if I saw any particular request for
 9   amendment.
10       Q.   But those court records, then, are not based
11   on a court reporter who is in the courtroom at the time
12   and transcribes verbatim everything that is said?
13       A.   In my experience, there is normally a young
14   soldier, normally a young female soldier, who sits next
15   to the judge on his left-hand side.  And she types away
16   everything that is happening during the hearing.
17            Does it include a verbatim account?  To the
18   best of my knowledge, normally the -- the attempt is
19   made for it to be verbatim.  Of course, reality dictates
20   that it is not always verbatim.
21       Q.   You'd agree that, in your review of these case
22   files, there would often be summaries of what the court
23   said to the parties or what a discussion was that took
24   place?
25       A.   I can't remember if I saw a summary.
```

OCTOBER 20, 2013 - NICK KAUFMAN

74

```
 1       Q.   You'd agree that sometimes it would say things
 2   like "the court discussed the rights with the defendant"
 3   or "discussed the issue of representation with the
 4   defendant"?
 5       A.   Yes, that is the case.  Or "the court had the
 6   indictment read to this defendant."  Yes, that occurs
 7   now and again.
 8       Q.   It doesn't actually have the words of the
 9   judge.  It just has a description of what supposedly
10   took place?
11       A.   That does occur from time to time.  I can't
12   remember whether it occurred in this case -- in the
13   21 cases that I reviewed.
14       Q.   And there's no certification that's affixed
15   to the court records from a court transcriber, saying
16   this is a complete and accurate description of
17   everything that was said in this particular court
18   hearing?
19       A.   There is no such certification.  No.  It's
20   assumed, as part of his responsibilities, to correctly
21   reflect what happens.
22       Q.   And the young woman that you were referring
23   to earlier is not a certified stenographer?
24       A.   No.  She's a soldier.
25       Q.   And the records are in Hebrew; correct?
```

OCTOBER 20, 2013 - NICK KAUFMAN

75

```
 1       A.   Correct.
 2       Q.   And the defendants in these cases spoke in
 3   Arabic; correct?
 4       A.   Correct.
 5       Q.   So what is written in the record purports
 6   to be a translation of what the defendants said when
 7   the defendants were speaking; correct?
 8       A.   It's your word "purport."  Those are
 9   translations of what the defendant said.
10       Q.   Well, there's not a certified court
11   interpreter in the Israeli military court system;
12   correct?
13       A.   Correct.
14       Q.   In Israeli civilian courts, the interpreters
15   are certified?
16       A.   I don't know.
17       Q.   And some of the records you received were
18   clearly missing pages; correct?
19       A.   Some of the documents I received?
20       Q.   Yes.
21       A.   I can't remember.  Would you like to produce
22   something for me?
23            (Defendants' Exhibit 408 marked.)
24       Q.   BY MR. SATIN:  I'm handing you what's been
25   marked as Defense Exhibit 408.
```

OCTOBER 20, 2013 - NICK KAUFMAN

76

```
 1            Defense 408 is a record of a court hearing;
 2   correct?
 3       A.   One moment.  (Examining.)  This is the
 4   beginning of a hearing.  Correct.
 5       Q.   And this is in the case of --
 6       A.   Ibrahim Hamed.
 7       Q.   That's Case No. 7; correct?
 8       A.   Let me check Exhibit No. 404.  (Examining.)
 9            It would indeed appear that that is the case,
10   although I do remember that -- that there was a problem
11   with the numbering here.  Because the way it appears in
12   my report is 4696/06.  And the transcript that you just
13   handed as Exhibit 408 carries the number 4646/06.
14       Q.   Sorry.  Say that again.
15            You believe this is a different case number?
16   You're talking about the court case number?
17       A.   I remember that there was a problem -- my
18   answer was that I remember there was a problem with
19   the numbering in this case.
20            The transcript you've just handed me carries
21   the number 4646/06, if I refer you to the top left-hand
22   corner.  Some of the transcripts, I remember, carried
23   a different number, 4696/06, but they actually refer
24   to the same case.
25       Q.   This court record, though, is the only one
```

OCTOBER 20, 2013 - NICK KAUFMAN