# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

MARK I. SOKOLOW, *et al.*,                    )
                                              )
      Plaintiffs,                        )     **Docket No.**
                                              )     **04-cv-397 (GBD) (RLE)**
          v.                                )
                                              )
THE PALESTINE LIBERATION ORGANIZATION,   )
    *et al.*,                                 )
                                              )
      Defendants.                        )
                                              )
_____)


## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion In Limine to Exclude the Testimony of Plaintiffs' Case In Chief Liability Experts, the Declaration of Brian A. Hill, and exhibits thereto, Defendants will move this Court before the Honorable George B. Daniels on June 26, 2014 at 10:30 am (*see* Pre-Trial Scheduling Order, DE 435 at 2) for an order granting Defendants' Motion In Limine to Exclude the Testimony of Plaintiffs' Case In Chief Liability Experts, pursuant to Federal Rules of Evidence 702 and 403.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Pre-Trial Scheduling Order of March 6, 2014, Plaintiffs' opposition must be submitted on or before June 6, 2014, and Defendants' reply must be submitted on or before June 23, 2014.  DE 435 at 1-2.

1425470.1

Dated:  Washington, D.C.
        May 2, 2014


### MILLER & CHEVALIER CHARTERED


By: _____/s/ Laura G. Ferguson_____
            Laura G. Ferguson
              lferguson@milchev.com
            Brian A. Hill
              bhill@milchev.com
            Mark J. Rochon
              mrochon@milchev.com

655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 (tel)
(202) 626-5801(fax)

*Counsel for Defendants the Palestinian Authority
and the Palestine Liberation Organization*


**TO:**   Kent A. Yalowitz
        Philip W. Horton
        Lucy S. McMillan
        Sara K. Pildis
        Carmela T. Romeo
        Tal R Machnes
        Arnold & Porter LLP
        399 Park Avenue
        New York, NY 10022

        Robert J. Tolchin, Esq.,
        225 Broadway, 24th Floor
        New York, NY 10007
        (212) 227-2181

        Aaron Nathaniel Solomon
        The Berkman Law Office, LLC
        111 Livingston Street
        Brooklyn, NY 11201
        (718)-855-3627