# Exhibit 3

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NOT FOR PUBLIC FILING**