# Exhibit 6

THE WORLD BANK (http://www.worldbank.org/)                    (/data/home.aspx)  Go Back    Sign In

This page is in  English  Español  Français  عربي  中文

# World DataBank (/data/home.aspx)

World Development Indicators

[ TABLE ] [ CHART ] [ MAP ] [ DOWNLOAD ]

Population (Total)

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| West Bank and Gaza | 2,922,153 | 2,997,784 | 3,075,373 | 3,154,969 | 3,236,626 | 3,320,396 |

Source: World Development Indicators. Click on a metadata icon for original source information to be used for citation.

**EDIT SELECTION**                                            Advanced selection (../variableselection/selectvariables.aspx)

[ Apply Changes ]     DATABASE
                      World Development Indicators
                      Change database

**COUNTRY (1)**

**SERIES (1)**

**TIME (6)**

Legal (http://www.worldbank.org/legalinfo) | Access to Information (http://go.worldbank.org/TRCDVYJ440) | Jobs (http://go.worldbank.org/NLCQMY3UZ0) | Site Map (http://www.worldbank.org/sitemap) | Contact (http://www.worldbank.org/contacts)

© 2014 The World Bank Group, All Rights Reserved. (http://www.worldbank.org/)

**Fraud & Corruption Hotline**
1-800-831-0463
(http://web.worldbank.org/WBSITE/EXTERN

Help/Feedback