# Exhibit 7



HLP Integration Translation Department

# Certificate of Translation

| Name of Source Document: Ex-8andEX-51.docx |
|---|

**Job no. HLPMC005028**

**Service performed:**

- ☑ Translation
- ☑ Validation procedure
- ☑ Localization

| **Source Language:** | Arabic | **Target Language:** | English |
|---|---|---|---|

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

Signature of HLP Representative: ____ [signature] ____________

Andrew Daly - Project Manager for Translations
HLP Integration
1900 K Street, Suite 725
Washington, DC 20006
Tel: 202.393.0399

The Central Council heard a report read by Abu Mazen (Mahmoud Abbas), Secretary General of the Executive Council and the head of the Palestinian negotiating delegation. In the beginning of the report Abu Mazen explained the preparations made for attending Camp David. He summarized the results of communications and consultations that preceded the summit, saying, "the strange thing is that the Americans realized the need for preparations and agreed with us on the importance of leaving enough time for adequate preparation, but at the same time they were insistent on holding the summit, as though they were trying to lure us in." In his report Abu Mazen added: "We agreed with Albright on a two week preparation period. Afterwards we were surprised by a phone call from President Clinton who told us that the summit would be held within a week. When pressed on the subject of preparations he said that delegations could have two days before the conference to prepare. After that, we were certain that the Americans had their own calculations and that they wanted to go to the summit immediately, at any cost. We had one of two choices, either agree knowing that failure would be a real possibility and that the Americans would hold us responsible for the result, or refuse, upset negotiations, and hinder the peace process. We preferred the former."

Abu Mazen mentioned the eighty legal experts, consultants, and cartographers that accompanied the delegation and praised their efforts in the preparation process. Regarding the pressures faced by Abu Ammar (Yasser Arafat), he said: "essentially all of the pressure, threats, and challenges were directed towards Abu Ammar, who persevered and performed admirably because he knew exactly what he wanted, what he could give, and what he wanted to take. The goal was clear in his mind. He did not deviate a single moment from the demands of our people and the integrity that we have carried for decades."

He also praised the significant moral support the Palestinian negotiating delegation found through popular demonstrations and letters sent to the team, saying: "no one thought we would emerge from this experience with our heads held high and consciences clear, or that we'd tell the Americans 'No,'--we who were armed with nothing other than our will and our belief in what is right." The report added; "They were expecting us to surrender or that we would come out with an agreement that they could use to blame us, to accuse us of betrayal, surrender, and abandoning the cause. Did they get that? Were their plans foiled? Were they disappointed? I don't know but what I do know is that those who support us were happy and proud and those who hated us had to respect us."

After discussing the oral and written reports presented by Abu Ammar, Abu Mazen, Abu Alaa (Ahmed Qurei) and other members of the delegation, members of the Palestinian Central Council agreed to postpone declaring the establishment of a Palestinian state by a majority vote of 75 to 15. It was clear that those in agreement agreed reluctantly: they raised their hands at Abu Ammar's request, but not because they were convinced it was the best position. The decision was welcomed by Israel, America, Europe, and the Arab world, but Palestinians in the West Bank and Gaza were angry at what they considered an American trick to waste time. In their final report, the Council, under the influence of Abu Ammar, connected the declaration of a Palestinian state with two issues. First, the Executive Committee of the PLO and the Head of the National and Legislative Councils should consider the necessary procedures to announce the establishment of the Palestinian state. Second, the executive political and military leadership should take the necessary steps to prepare the Palestinian people to face the worst, including reprisal attacks against the people and their civilian leadership from Ehud Barak's government.

The statement warned against extremist Israelis exploiting the tense situation between the two parties in order to carry out terrorist attacks against the Palestinians. Those in attendance denounced the terrible massacre perpetrated by the mass murderer Baruch Goldstein in the Cave of the Patriarchs Mosque in Hebron during Rabin's era. Statements from Israeli security officials refusing peaceful solutions to border issues, settlements, Jerusalem, the Jordan Valley, in addition to the Israeli army's operations in the village of Sarda near Ramallah and Asira ash-Shamaliya near Nablus, convinced Abu Ammar that conflict was inevitable. This conviction was strengthened when information was released detailing the movements of Israeli army units and security forces in the West Bank and Gaza. Abu Ammar said: "my intelligence, received from trusted Israeli sources, indicates that Israelis worked quickly to plan and train for Operation Field of Thorns and my military brothers understand the meaning of training for such an operation."

The PLO leadership officially refused American threats over continuing with the unilateral declaration of statehood. On July 29, 2000 the PLO decided to progress in the battle to defend the holy city and refugees' rights and the leadership decided to enact the Central Council's decisions regarding declaring statehood. Israeli and Palestinian leadership entered into a conflict over the land as tensions mounted between the two parties.

Amidst increasing military tension in Palestinian lands and a growing conflict among political ranks in Israel regarding sensitive symbolic issues (land, Jerusalem, and settlements), unrest among the Barak government increased. Meanwhile, already high tensions in Palestinian streets reached a boiling point over Israeli talk of partitioning the al-Aqsa mosque. Anything was possible. The question in Palestinian and Israeli streets was which would come first, postponing the declaration of statehood or a bloody conflict. The question for Israeli security forces and political observers was who would set off the explosion: the Palestinian Authority, occupation forces, or both? The Israeli security forces, especially the military and intelligence leadership in the West Bank, assumed that Arafat would be successful in directing the conflict towards the Israeli army and the settlers as he had done many times before.

After the session of the Central Council, Abu Ammar took a quick tour of a number of Arab states to meet presidents, kings, princes, and government officials with the goal of informing them of what happened at Camp David. He asked them to hold an emergency Arab summit but despite the urgency and rationality of his request, they did not agree, recycling the same excuses that had prevented the summit from being held for years. Abu Ammar publicly expressed his appreciation for Arab support for the Palestinians and Jerusalem, with special thanks to the Saudi Arabian leadership for their unlimited political and moral support in solving the Jerusalem issue and protecting refugees' rights. In reality he was angered by limited support from the Arabs alongside the continued weakness of the Islamic world that encouraged Israel and America to increase pressure on Arabs and Palestinians and deny them their rights.

Abu Ammar visited Iran searching for support from the leadership of the Islamic world. He hoped to convince the Iranian leadership, which would head the Islamic Conference, to hold a special Islamic summit for Jerusalem, the first Qiblah and the third holiest city in Islam, and to present a clear Islamic position regarding the American and Israeli ideas that were presented at Camp David. The most important thing he hoped for was a declaration by Muslims refusing Israeli control over neighborhoods

in the holy city and the notion of dividing the land of the al-Aqsa Mosque as had been suggested by the Americans and Israelis at the summit.

In Iran, Abu Ammar was welcomed warmly, melting away years of icy relations between Iran and the PLO. Iranian-Palestinian relations improved to the levels they had reached during the Iranian revolution when the Palestinian revolution offered support for Ayatollah Khomeini. Abu Ammar received significant political and moral support from Iran. As the head of the Islamic conference, the Iranian leadership assured their support for the Palestinian position in the face of American and Israeli pressure and promised to work with Islamic nations to support Palestinian rights and protect Islamic holy cities.

Violent Shakes Among the Ranks of the Israeli Political System

On the other side of the conflict, the Israeli political sphere witnessed significant unrest as Barak's government was shaken in an unprecedented manner, especially after news agencies revealed the details of the concessions that Barak presented at Camp David regarding Jerusalem and the settlements. The Right as well as some supporters from the Labor party and the Left accused Barak of abandoning the cause. Shimon Peres and Yossi Sarid refused Barak's position regarding solving the Jerusalem issue and accused him of acting hastily in presenting suggestions that allowed the Palestinians to control a number of neighborhoods. Members of the Israeli Right, religious and secular alike, called on their forces and united their efforts under the banner of toppling the Barak government. One after another they attacked the Labor party and the Left in an attempt to break the coalition that Barak had built after his election victory under the slogan "One Israel." A number of ministers from the right resigned, adding to those who had done so before the Israeli delegation left for Camp David. A number of ministers from the Labor party assumed the roles of the resigned ministers as Barak was incapable of filling the vacancies in his government and getting the confidence of the Knesset in any ministerial alternatives he put forward.

The Knesset became a theatre. To observers interested in the Israeli-Palestinian conflict, it appeared that Israeli extremists against peace with Palestinians had taken control of the Israeli legislature and put a yoke on Barak and his government. To international and regional powers, Israeli society, the government, and the political elite appeared to be prisoners of religious and political extremism and were unprepared to create a real, just, and comprehensive peace with the Palestinians as evidenced by a long period of political instability. Observers noted that supporters of peace in the Labor party like Peres and Ramon hesitated to support Barak in his battle with the Right in defending their convictions regarding peace with the Palestinians. Their differences with Barak manifested themselves on the Israeli political stage and some of them launched a campaign against him. They held him responsible for the collapse of the government alliance and for thrusting the party into an internal and national crisis. After a series of political attacks Barak seemed confused and lost and attempted an escape by taking his anger out on the Palestinians. Using his position as defense minister he order the Israel Defense Forces (IDF) to complete planning for Operation Field of Thorns and to set about executing the plan, forgetting that he agreed to resume negotiations with Palestinians.

The Israeli army and security forces went about analyzing and discussing all available information about the military and economic capabilities of the Palestinians including the Fatah Party. Israeli security forces called up their connections to agents in Palestine and involved them in the

mission. The military leadership activated a limited number of reserves and considered plans to station police forces, border guards, armored vehicles and tank units into the West Bank and Gaza. The security agency recognized settlements as essential fighting points for the army and integrated the armed settlers into their local battle plans, tying them to regime forces. In addition to fortifying settlements, the military set aside fuel, arms, ammunition, and all necessary equipment for reserves to confront the worst of possibilities. In order to ensure the plan was implemented either all at once or in stages, the military and political establishment paid significant attention to utilizing political rhetoric and propaganda to deliberately direct international public opinion. This process would turn the perpetrator into the victim in the event clashes broke out with the Palestinians. Meanwhile, Israeli military units spread out on the roads and began provoking Palestinians.

Before his return from Camp David, Barak convinced himself that military, security, and economic pressure on the Palestinian people and their leaders would allow him to extract concessions from the Palestinian leadership regarding Jerusalem, refugees, and land. Having failed to get those concessions peacefully, he believed that rushing into a violent conflict would strengthen his calls for a united front and lessen the intensity of the political attacks he and his nearly-collapsed government were facing. A conflict would also help him justify his failure in reaching an agreement with the Palestinians to supporters of peace.

Before he boarded his flight returning to Tel Aviv, Barak stated that all ideas presented in the talks were void as long as no peace agreement had been reached. However the Israeli Right would not forgive him for agreeing to partition Jerusalem and abandoning it as the united capital of Israel during the talks. [Text illegible]...his agreement over establishing a terrorist and Islamic state next to Israel, and his agreement on [illegible] the settlements destroying the lives of hundreds of settlers who were born and lived there. The Israeli opposition refused to participate in the government called for by Barak, and instead they watched his and his government's downfall. The Right wing parties in his government withdrew from the government coalition as the Left followed and the party alliance that Barak had built fractured more and more. The personality of General Barak was shaken, something that the small and large-scale wars he fought against the Arabs had never managed to do. Further, President Clinton's pro-Israel positions reinforced Palestinian doubts regarding the impartiality of American stewardship, especially after he further pressured the Palestinian leadership to present concessions that would help Barak overcome his domestic crisis. Many within the Palestinian delegation and leadership raised their voices, doubting the possibility of reaching a final peace solution with Barak given the party conflicts facing Israel and the coming end of Clinton's term in office. To them, the actions of the political elite in Israel, both on the Left and the Right, portrayed a society unprepared for a just and comprehensive peace with the Arabs. The hardline Palestinians in power demanded that meetings and negotiations with Barak's government come to a halt. There were increasing calls for following the Hezbollah model, a claim that enjoyed widespread support in Palestinian streets.

The Palestinian leadership warned the American and Israeli administrations that any discussions at Camp David about the al-Aqsa mosque would fan the fires of extremist religious and nationalist violence and possibly threaten the entire peace process and the peaceful relations that had been built up. However, the American president, the Israeli prime minister and their counsels ignored the Palestinians' warnings. The Americans were still clinging to the notion of a greater state while the Israelis were prisoner to their occupiers' mindset, one that despises those they occupy.

Barak and Ben-Ami Provoke Muslims

Instead of objectively studying and learning from the failures of Camp David, the Israeli Prime Minister and his foreign minister Shlomo Ben-Ami continued their talk of the historic right of the Jews to the Haram al-Sharif. Their rhetoric incited the anger of religious and secular Israeli extremists alike. Despite warnings from Israeli intelligence and security agencies regarding a state of increased tensions in Palestine, Barak and Ben-Ami continued provoking the feelings of frustrated Palestinians and Arabs in plain view of the liberals, the Labor party, and the American administration. They stirred up the anger of religious currents in all Arab nations and many Islamic nations. Their followers began threatening Israel in defense of the Haram al-Sharif, the first Qiblah and third holiest city in Islam. Barak and his security chiefs crowned their positions by facilitating a visit for Sharon to the Haram al-Sharif. They did not heed Arafat and the Palestinian security forces' advice to cancel the trip. Arafat met Barak in his home in the settlement of Kokhav Ya'ir near the city of Qalqiliya to discuss issues related to the negotiations. Many of Barak's chiefs and assistants attended the meeting including Shlomo Ben-Ami. On the Palestinian side, Abu Mazen and Abu Alaa participated in the meeting in which Barak presented the idea of visiting al-Aqsa.

Abu Ammar was surprised by the suggestion and he and the delegation opposed the visit. They advised Barak not to get involved in protecting Sharon. Abu Ammar wondered why Sharon didn't visit while he was Defense Minister or while he was a minister in Netanyahu's government. Barak did not heed the advice and claimed that he could not prevent the opposition leader from going on the visit. Abu Ammar left convinced that Barak was determined to use Sharon to spark a battle with the Palestinians.

The Clash Begins

On the morning of Thursday September 28, 2000, Israeli security forces in Jerusalem were on a state of high-alert as thousands of policemen and security officers gathered in and around the al-Aqsa mosque to protect opposition leader Sharon on his visit to the holy site. The police and security forces received orders to begin the first phase of Operation Fields of Thorns which they had trained well for. The operation allowed for the use of live ammunition against those upsetting public order. The visit occurred in the early morning hours when the mosque was usually nearly empty except for the guards and a few older people praying. A group protesting the visit was present and light clashes with Israeli security forces ensued. The visit lasted only half an hour before pressure from the Palestinians and the guards forced Sharon to leave with his body guards. The visit was a spark that set off a fire that is still burning in the West Bank and Gaza.

As news of the visit spread, anger filled the streets of Palestine. Palestinians recalled the dark history of Sharon starting with the Qibya massacre and Gaza to the war in Lebanon in 1982. They remembered Barak and Ben-Ami's words, talking of the Israeli control of the al-Aqsa mosque that was necessary in order to protect the "structure of the most sacred of Jewish sites from Palestinian frivolity." They connected Sharon's long bloody history of terrorism, his visit, and the talk of protecting the structure with the destruction of the al-Aqsa mosque and the calls of extremists Jews to build a Jewish temple between al-Aqsa and the Dome of the Rock. People also recalled the many times the mosque had been burned and extremists had tried to sneak in with explosives.

Sharon's visit reminded many of the suggestion presented at Camp David by Dennis Ross, Sandy Berger, Clinton, and Albright to divide the mosque between Muslims and Jews and supply the Jews with a corner for prayer. For religious Muslims this called to mind the image of Jews praying in the Cave of the Patriarchs Mosque in Hebron and the suffering of the Muslims during their prayers. Many rumors spread in the West Bank and Gaza about what the Israeli government and extremist religious groups were saying about al-Aqsa and these rumors informed a widespread Palestinian conviction that the al-Aqsa mosque was in danger and had to be defended.

Whatever Sharon's goals were for his visit or Barak's reasons for facilitating it, the event set off a spark large enough to ignite a wave of anger against the occupation from all different sects and classes of Palestinian society. Everyone took to the streets and attacked the occupying soldiers with rocks and bullets. Some called it a popular movement in the beginning, claiming it was worse than 1996. The following day the conflict exploded on the grounds of al-Aqsa as people were distraught over the depressing results of the peace process and their hatred for the occupation and the settlers. The movement was powerful and spread everywhere.

Abu Ammar called for an emergency meeting in Ramallah on the night of September 28th, 2000 in which he said: "Barak has begun executing Operation Fields of Thorns which I told you all about. The battle of Jerusalem began in Camp David and Sharon's visit has brought it here. Jerusalem is in danger and al-Aqsa is in danger." Given the utmost importance of Jerusalem to Palestinians and all Arabs and Muslims, Abu Ammar was totally convinced that it would be easy to mobilize the Palestinians and Arabs and move them together toward a battle in defense of Jerusalem and the holy sites there.

An official Palestinian statement was issued holding the Israeli government responsible for Sharon's visit and his desecration of the Temple Mount. The statement asked Israel to stop the aggression and slaughter.

In their statement, the leadership called on the Palestinian people to close ranks and unite in battle [text illegible] and face Israeli aggression [text illegible] the Islamic and Christian other,

[Third column is cut off along the left margin]

واستمع المجلس المركزي إلى تقرير خطي تلاه ابو مازن، باعتباره امين سر اللجنة التنفيذية ورئيس الاطقم الفلسطينية للمفاوضات الانتقالية والنهائية. في بداية التقرير عرض ابو مازن مقدمات الذهاب إلى «كامب ديفيد» ولخص نتائج الاتصالات والمشاورات التي سبقت القمة بالقول «الغريب ان الاميركان كانوا يقرون بضرورة التحضير ويوافقوننا على اهمية إفساح المجال للإعداد الجيد والمكثف، ولكنهم في نفس الوقت كانوا يصرون على عقد القمة، وكانهم كانوا يحاولون استدراجنا لها». واضاف ابو مازن في التقرير : «جاءت اولبرايت واتفقنا معها على اسبوعين للإعداد الجيد، وبعد ان وافقت فوجئنا بهاتف من الرئيس كلينتون يدعو إلى قمة خلال اسبوع، وعندما سال عن الإعداد قال يمكن للوفود القدوم قبل يومين من اجل التحضير. عندها تاكدنا ان لدى الاميركان حساباتهم وانهم يريدون الذهاب فوراً للقمة وباي ثمن، واصبحنا امام احد خيارين، إما ان نوافق ونحن نعرف مسبقاً ان الفشل سيكون حليف هذه القمة وربما حملنا الاميركان نتائج هذا الفشل، وإما ان نرفض ذلك بتعطيل المفاوضات وعرقلة عملية السلام. وفضلنا الخيار الاول».

واشار ابو مازن في كلمته إلى اصطحاب ثمانية من القانونيين والمستشارين وخبراء الخرائط واشاد باعمالهم التحضيرية. وعن الضغوط التي تعرض لها ابو عمار قال : «كانت كل الضغوط والتهديدات والإغراءات موجهة اساساً إلى الاخ ابو عمار الذي صمد أمامها وتحملها بكل اقتدار، لانه كان يعرف بالضبط ماذا يريد، وماذا يمكنه ان يعطي وماذا يريد ان ياخذ. فقد كانت الصورة واضحة في ذهنه لا تنحرف لحظة واحدة عن الخط المستقيم المتمثل بمطالب شعبنا وبالامانة التي نحملها على اكتافنا وحملناها عقوداً طويلة».

واشاد ابو مازن ايضاً بالدعم المعنوي الكبير الذي تلقاه الوفد الفلسطيني المفاوض من خلال التظاهرات الشعبية والرسائل الموجهة للوفد، وقال : «لم يكن يخطر ببال احد اننا سنخرج من هذه التجربة مرفوعي الراس والهامة مرتاحي النفس والضمير والوجدان، او نقول للاميركان لا، نحن الذين لا نملك من مصادر القوة والباس والصمود إلا الإرادة والإيمان بالحق». واضاف التقرير: «كانوا من خارج الاسوار في مختلف البقاع يتوقعون بين لحظة واخرى ان ينتشر الدخان الابيض، وان نخرج باتفاق يلوموننا عليه ويجرحوننا من اجله، ويوجهون لنا كل الاتهامات بالتخوين والتفريط والتنازل، ولكن هل أسقط في أيديهم ؟ وهل اصيبوا بالإحباط؟ هل خاب ظنهم وفالهم ؟ لا ادري، ولكن ما ادريه هو ان من احبنا سعد بنا وافتخر، ومن كرهنا أجبر على احترامنا ..».

بعد مناقشة التقارير الشفوية والخطية التي عرضها ابو عمار وابو مازن وابو علاء واعضاء آخرون في الوفد المفاوض، وافق اعضاء المجلس المركزي على تاجيل إعلان قيام الدولة باغلبية ٨٥ صوتاً، وعارضه ١٥ عضواً. وكان واضحاً ان الموافقين وافقوا على مضض ورفعوا ايديهم استجابة لطلب ابو عمار وليس نتيجة قناعة بصحة الموقف. ولقي القرار ارتياحاً اميركياً إسرائيلياً واوروبياً وعربياً، قابله انزعاج جماهيري فلسطيني واسع واعتبره الناس في الضفة وقطاع غزة حيلة اميركية مكشوفة هدفها تقطيع الوقت. وعند صياغة البيان الختامي عن اعماله، ربط المجلس، بناء على تدخل ابو عمار، تاجيل إعلان قيام الدولة الفلسطينية بإجراءين عمليين الاول شروع اللجنة التنفيذية لمنظمة التحرير ورئاسة المجلسين الوطني والتشريعي باتخاذ

خطورة الموقف وعدالة الطلب لم يتم التجاوب مع طلبه، وتذرع بعض الزعماء بذات الأعذار التي حالت دون انعقاد القمة عدة سنوات، وسجل ابو عمار علناً تقديره الكبير للدعم العربي لفلسطين والقدس.. وخص بالشكر قيادة المملكة العربية السعودية على دعمها السياسي والمعنوي غير المحدود للموقف الفلسطيني بشان حل قضية القدس وحقوق اللاجئين، إلا انه كان في حقيقة الامر يشعر بغصة في الحلق من محدودية الدعم والإسناد العربيين، ومن استمرار حالة ضعف وهوان الامة التي تشجع إسرائيل والإدارة الاميركية على رفع ضغوطها على العرب والفلسطينيين وابتزاز حقوقهم .

وتوجه ابو عمار إلى الدول الإسلامية، وقام بزيارة الجمهورية الإيرانية باحثاً عن نصرة زعماء الدول الإسلامية، وكان يامل بالنجاح في إقناع القيادة الإيرانية التي تتولى رئاسة المؤتمر الإسلامي بعقد قمة إسلامية استثنائية لنصرة القدس اولى القبلتين وثالث الحرمين، واتخاذ موقف إسلامي واضح من الافكار الاميركية الإسرائيلية التي طرحت في قمة كامب ديفيد، واهم ما كان يهدف إليه هو إعلان المسلمين رفض صيغ المشاركة الإسرائيلية في السيادة على إحياء المدينة المقدسة ورفض فكرة تقاسم ارض المسجد الاقصى ( تحت وفوق) التي طرحها الاميركان والإسرائيليون في القمة . واهم ما كان يهدف إليه هو إعلان المسلمين رفض صيغة المشاركة الإسرائيلية في السيادة على احياء في المدينة المقدسة، ورفض فكرة تقسيم ارض المسجد الاقصى )فوق وتحت) التي طرحها الاميركان والإسرائيليون في كامب ديفيد.

في إيران استقبل ابو عمار بحفاوة وبخاصة من التيار الإيراني الرسمي المعتدل، وتم كسر الجليد الذي غطى علاقة إيران بمنظمة التحرير الفلسطينية سنوات طويلة، واستعادت العلاقة الإيرانية الفلسطينية بعض الحرارة التي احاطت بها في عهد الثورة وقبل الإطاحة بشاه إيران، حين قدمت الثورة الفلسطينية الدعم المعنوي والمادي لثورة الخميني، وحصل ابو عمار على دعم معنوي وسياسي إيراني كبيرين، واكدت القيادة الإيرانية، من موقعها في رئاسة المؤتمر الإسلامي، مساندة الموقف الفلسطيني في وجه ضغوط اميركا وإسرائيل، ووعدت بالتحرك مع الدول الإسلامية في كل المحافل الدولية لنصرة الحقوق الفلسطينية وحماية المقدسات الإسلامية.

## هزة عنيفة في صفوف النظام السياسي الإسرائيلي

وفي الجانب الآخر من ساحة الصراع وقعت هزة عنيفة في صفوف النظام السياسي الإسرائيلي واهتزت اوضاع حكومة باراك بصورة لم يسبق لها مثيل. خصوصاً بعد كشف الصحافة ووكالات الانباء تفاصيل «التنازلات» التي قدمها باراك في قمة كامب ديفيد في قضايا القدس والارض والاستيطان، واتهمت جميع قوى اليمين وبعض انصار حزب العمل واليسار باراك بالتفريط ورفض شمعون بيريس ويوسي سريد موقف باراك من حل قضية القدس واتهماه بالتسرع في طرح اقتراح يمنح الفلسطينيين سيادة على عدد من احيائها. واستنفرت قوى اليمين الإسرائيلي، علمانيين ومتدينين، طاقاتها ووحدت جهودها تحت شعار إسقاط حكومة باراك، وراحت توجه الضربات الموجعة لحزب العمل وقوى اليسار واحدة تلو الاخرى داخل اروقة الكنيست وخارجه، توجت بتفكك الائتلاف الحكومي الذي بناه باراك بعد فوزه بالانتخابات تحت شعار «إسرائيل واحدة»، واستقال عدد إضافي من وزراء احزاب اليمين إضافة للذين استقالوا قبل ذهاب الوفد الإسرائيلي إلى قمة كامب ديفيد، وتولى عدد من الوزراء القدامى من حزب العمل مهام الوزراء المستقيلين بالوكالة، وصار باراك عاجزاً عن ملء الشاغر في حكومته ... على اي تعديل وزاري ...

وتحول مبنى الكنيست الإسرائيلي مسرحاً مفتوحاً

القدس .. شرارة الانتفاضة.

طرحت في المفاوضات لاغية»، إلا ان قوى اليمين لم تغفر له موافقته في «الكامب» على تقسيم «وتفريطه» بها كمدينة موحدة وعاصمة إسرائ...

وهبها الرب لبني إسرائيل. وموافقته على

Al Ayyam, 30/9/01

30/9/01

الاحد ٣٠

الانتفاضة
.. انفجار
عملية السلام

القدس .. شرارة الانتفاضة.

طرحت في المفاوضات لاغية»، إلا أن قوى اليمين الإسرائيلي لم تغفر له موافقته في «الكامب» على تقسيم مدينة القدس «وتفريطه» بها كمدينة موحدة وعاصمة إسرائيل إلى الأبد. ولم تغفر تنازله عن أكثر من ٩٠٪ من أراضي الميعاد ...

للأقصى، وفوجئ ابو عمار بما طرحه باراك واعترض هو والوفد المرافق له على الزيارة، ونصحوا باراك بعدم التورط في حماية شارون، وتساءل ابو عمار لماذا لم يقم شارون بالزيارة عندما كان وزيرا للدفاع، أو عندما كان وزيرا في حكومة نتنياهو. لكن باراك ...

حتى لو لم تتحرك السلطة الرسمية. وعقب بيان فلسطيني رسمي حمل الحكومة الإسرا[ئيلية] مسؤولية زيارة شارون وتدنيسه الحرم الق[دسي] وما نتج عنها، وطالبها بوقف العدوان ومحا[...] عن المجزرة.

ودعت القيادة في بيانها الشعب الفلسط[يني] إلى رص الصفوف والتوحد في معركة [...] ومواجهة العدوان الإسرائيلي المبيت [...] الإسلامية والمسيحية الأخرى، وطالبت [...] العربية والإسلامية وزعماءها بالتحرك [...] الشعب الفلسطيني المصمم على الدفاع عن [...] الدينية والتاريخية فيها، ودعت الامم المتحد[ة] [...] السلام والدول الاوروبية والصين والمجم[وعة] [...] تحمل المسؤولية وإنقاذ عملية السلام من [...]

بعد اجتماع القيادة السياسية تراس [...] ساعة متاخرة من ذات المساء اجتماعا لـ[...] مجلس الامن القومي الاعلى. تحدث فيه [...] موسعة نسبيا بالقياس لحديثه في ا[...] السياسية، وقدر أن المعركة بدات وستكو[ن] [...] على موقع المسجد الاقصى في فكر الناس [...] زيارة شارون قرارا خاطئا ارتكبه باراك بمد[...] ، وسوء تقدير نتائج اللعب بالمحرمات و[...] الدينية.

ورأى في زيارة شارون محاولة لـ[...] الفلسطينية للدخول في صدام عنيف. و[...] الفلسطينيين الدفاع عن المسجد الاقصى و[...] مسيحيين ومسلمين ولا يمكن للمرء ان يه[...] قدرنا ان نخرج من معركة لندخل اخرى. و[...] النبوي الذي يقول ان الناس في بيت المق[دس] [...] المقدس مرابطون إلى يوم الدين ...

بـ تضييع الوقت وعدم صياغة البيان الختامي ... ربط المجلس، بناء على تدخل أبو عمار، ... إعلان قيام الدولة الفلسطينية بإجراءين ... الاول شروع اللجنة التنفيذية لمنظمة التحرير ورئاسة المجلسين الوطني والتشريعي باتخاذ الإجراءات التنظيمية الضرورية لإعلان قيام الدولة الفلسطينية. والثاني: «رفض التهديدات الإسرائيلية المتكررة والطلب إلى القيادة التنفيذية السياسية والعسكرية اتخاذ الخطوات اللازمة لتحضير الشعب الفلسطيني لمواجهة اسوا الاحتمالات وابرزها اقدام حكومة باراك على اعمال عدوانية انتقامية ضد الشعب وقيادته الوطنية».

وحذر البيان من استغلال المتطرفين الإسرائيليين توتر الاوضاع بين الطرفين وتنفيذ اعمال إرهابية متنوعة ضد الفلسطينيين، واستذكر الحاضرون المجزرة البشعة التي ارتكبها السفاح غولد شتاين في الحرم الإبراهيمي الشريف في الخليل في عهد رابين، خصوصاً ان تصريحات عدد من القادة الأمنيين الإسرائيليين اشارت إلى انهم يرفضون الحلول السلمية المطروحة بشأن الحدود والمستوطنات والقدس والاغوار واعتبروها خطراً على امن إسرائيل وجاءت العمليات العسكرية الخاصة التي نفذتها وحدات من الجيش الإسرائيلي، في تلك الفترة، في قرية سردا قرب رام الله وعصيرة الشمالية قرب نابلس، وقطعت في ذهن ابو عمار الشك باليقين بشأن حتمية الصدام. وزادت قناعته بعد ورود معلومات رسمية عن تحركات واسعة للجيش واجهزة الامن الإسرائيلية في الضفة وقطاع غزة، وقال: «معلوماتي من مصادر إسرائيلية موثوقة تشير إلى ان الإسرائيليين شرعوا بتطبيق خطة حقل الاشواك والعمليتان تمرين عملي لمهام قتالية مفترضة، وإخواني العسكريون يفهمون معنى إجراء هذا التمرين».

إلى ذلك، رفضت قيادة منظمة التحرير رسمياً التهديد الاميركي العلني والمبطن في حال إقدامها على إعلان الدولة من جانب واحد. وقررت يوم ٢٨ تموز، ٢٠٠٠، المضي قدما في معركة الدفاع عن المدينة المقدسة وحقوق اللاجئين وفق قرارات الشرعية الدولية. وقررت القيادة وضع قرارات المجلس المركزي الفلسطيني بشأن إعلان قيام الدولة على الارض موضع التطبيق والشروع في تجسيد الدولة بعد الإعلان، ودخلت القيادتان الفلسطينية والإسرائيلية صراع إرادة الفرز على الأرض تسارع وارتفاع درجة التوتر بين الطرفين.

مع تصاعد التوتر العسكري في الاراضي الفلسطينية واحتدام الصراع السياسي بين اطراف النظام السياسي في إسرائيل حول القضايا الرمزية الحساسة (الارض، القدس، الاستيطان) زاد اضطراب اوضاع حكومة باراك، قابله ارتفاع في درجة توتر الشارع الفلسطيني المأزوم اصلا من تلاعب إسرائيل بالاتفاقات وبلغ حد الغليان بعد الحديث الإسرائيلي عن تقاسم المسجد الأقصى، وباتت كل الاحتمالات واردة، واشتد السباق بين تأجيل إعلان قيام الدولة الفلسطينية وانفجار الصراع بين الطرفين بصورة دموية. وصار السؤال المطروح في الشارع الفلسطيني وداخل إسرائيل ايهما يسبق الآخر تأجيل الإعلان أم الانفجار؟ اما سؤال اجهزة الأمن الإسرائيلية والمراقبين السياسيين فكان يدور في جبه حول في وجه من سيقع الانفجار، في وجه السلطة الفلسطينية ام الاحتلال أم الاثنين معاً؟ ورجحت اجهزة الامن الإسرائيلية وبخاصة قيادة الجيش والاستخبارات في الضفة الغربية أن ينجح عرفات في توجيه الانفجار ضد إسرائيل جيشاً ومستوطنين كما فعل في مرات سابقة.

بعد دورة المجلس المركزي قام ابو عمار بجولة سريعة على عدد من الدول العربية أطلع الرؤساء والملوك والأمراء والحكومات خلالها على ما دار في قمة كامب ديفيد وطالبهم عقد قمة عربية طارئة. ورغم

الوفد الإسرائيلي إلى قمة كامب ديفيد. وتولى عدد من الوزراء القدامى من حزب العمل مهام الوزراء المستقيلين بالوكالة، وصار باراك عاجزاً عن ملء الشاغر في حكومته ونيل ثقة الكنيست على اي تعديل وزاري يجريه فيها.

وتحول مبنى الكنيست الإسرائيلي مسرحاً مفتوحاً امام الجميع. وظهر للمراقبين المهتمين بالصراع الفلسطيني الإسرائيلي ان المتطرفين الإسرائيليين المناهضين للسلام مع الفلسطينيين يتحكمون بزمام الامور في المؤسسة التشريعية الإسرائيلية. وبدأوا بإحكام الطوق حول عنق باراك وحكومته العمالية. وظهرت إسرائيل كمجتمع وحكومة ونخب سياسية امام القوى الدولية والإقليمية انها اسيرة تطرف سياسي وديني، وغير جاهزة لصنع سلام حقيقي شامل وعادل مع الفلسطينيين وتمر في حالة من عدم الاستقرار السياسي طويلة. ولاحظ المراقبون تلكؤ انصار السلام في حزب العمل امثال بيريس ورامون وبيلين في مساندة باراك في معركته مع اليمين وفي الدفاع عن قناعاتهم بشأن السلام مع الفلسطينيين. وظهرت خلافاتهم مع باراك على خشبة المسرح السياسي الإسرائيلي وشن بعضهم حملة ضد تفرد باراك في تقرير التوجهات السياسية والتنظيمية، وحمله مسؤولية انهيار التحالف الحكومي وزج الحزب في أزمة داخلية ووطنية كبيرة. وزاد تخبط الجنرال، وبدت عليه علامات الارتباك، وحاول الهروب إلى الامام وقرر (فش غله) بالفلسطينيين واوعز بصفته وزير الدفاع إلى قادة الاذرع الامنية الإسرائيلية استكمال التحضيرات النهائية لوضع خطة «حقل الاشواك» موضع التنفيذ. ونسي انه وافق على استئناف المفاوضات مع الفلسطينيين من جديد.

وشرعت قيادة الجيش الإسرائيلي والاذرع الامن الاخرى في تدقيق المعلومات المتوفرة وتحليلها حول القدرات العسكرية والاقتصادية للسلطة والقوى الوطنية والإسلامية الفلسطينية وضمنها تنظيم «فتح». ونشطت اجهزة الامن الإسرائيلية صلتها بعملائها من الفلسطينيين السريين والمكشوفين، واشركتهم في المهمة، واستدعت القيادة العسكرية الامنية اعداداً محدودة من قوات الاحتياط واعادت النظر في انتشار وحدات الشرطة وحرس الحدود ووحدات المشاة الميكانيكية والمدفعية والدبابات المتمركزة في الضفة وقطاع غزة. واعتمدت الاجهزة الامنية المستوطنات الامنية والسياسية مواقع قتالية اساسية للجيش، وادخلت المستوطنين المسلحين ضمن خططها القتالية المحلية وربطتهم بتشكيلات القوات النظامية، واقامت التحصينات الضرورية في المستوطنات ورصدت كميات التموين والاسلحة والذخائر والمعدات الحربية اللازمة كاحتياط لمواجهة اسوأ الاحتمالات، وبما يكفل تنفيذ الخطة دفعة واحدة او بالتقسيط على دفعات. واولت المؤسسة السياسية والعسكرية الإسرائيلية العمل في الحقل السياسي والدعاوى الإعلامية اهمية خاصة ورصدت له الخبرات الفنية والإمكانات المادية لضمان النجاح في تضليل الراي العام العالمي وتحويل المجرم إلى ضحية في حال وقوع الصدام مع الفلسطينيين، وبدأت وحدات الجيش المنتشرة في الطرقات بالتصرف بطريقة استفزازية مع الفلسطينيين.

قبل عودته من كامب ديفيد، اقنع باراك نفسه أن الضغط العسكري والامني والاقتصادي على الشعب الفلسطيني وسلطته وقواه السياسية يمكّنه من انتزاع تنازلات من القيادة الفلسطينية بشأن القدس واللاجئين والارض، لم ينتزعها سلماً في قمة كامب ديفيد، واعتقد أن افتعال صدام عنيف وواسع مع الفلسطينيين يسهل عليه تبرير حجبه عن حكومة وحدة وطنية لمواجهة حالة الطوارئ التي تعيشها إسرائيل، ويخفف من حدة هجوم اليمين ضده ويطيل في عمر حكومته شبه المنهارة، ويساعده في تبرير فشله امام انصار السلام في التوصل إلى اتفاق مع الفلسطينيين حول قضايا الحل النهائي على المسار الفلسطيني بعد فشله في معالجتها على المسار السوري.

ورغم حرصه على القول في مؤتمره الصحافي الذي عقده قبل صعوده الطائرة عائداً إلى تل أبيب «انه طالما لم يتم إبرام اتفاق سلام فان كل الافكار الإسرائيلية التي

طرحت في اللقاء ...
لم ...
، وثقة
وتم
وقد
للإدارة
على
الآف
ورغم
الاتحاد ... إسقاطه وإسقاط حكومته، وتابعت الأحزاب اليمـ المشاركة في الحكومة عمليات الانسحاب من الائـ الحكومي وتشرذم الائتلاف الحزبي الذي بناه باراك فاكثر، وثبت بالملموس استحالة عيش «المسار» مع ا المتطرف صيفا وشتاء على سطح واحد. واهتزت شـ الجنرال باراك التي لم تهزها كل الحروب الكبيرة والصـ التي خاضها ضد الفلسطينيين والعرب إلى ذلك، ... مواقف الرئيس كلينتون المنحازة لإسرائيل ... الفلسطينيين نزاهة الراعي الاميركي، خصوصا بعد ضغطه على القيادة الفلسطينية لتقديم تنازلات ... باراك في تجاوز ازمته الداخلية. وارتفعت ا فلسطينية في إطار الوفد المفاوض والقيادة تشككت با التوصل إلى تسوية لقضايا الحل النهائي مع بار ظل الصراعات الحزبية التي تعيشها إسرائيل وا نهاية ولاية الرئيس كلينتون، ورات في مواقف ا السياسية الإسرائيلية اليسارية واليمينية صورة عد المجتمع الإسرائيلي لسلام عادل وشامل مع العرب، المتشددون الفلسطينيون، في السلطة وخارجها اللقاءات والمفاوضات مع حكومة باراك، وزادت الا الفلسطينية الحزبية وغير المتحزبة المنادية بالاقتد حزب الله ووجدت هذه الدعوة صدى أوسع في ا الفلسطيني دون تدقيق بخصوصية النموذجين الفـ واللبناني.

ورغم تحذير القيادة الفلسطينية الإدارة الا والحكومة الإسرائيلية في محادثات قمة كامب ديـ أن المس بالمسجد الاقصى ولو بالكلام يعني ... التطرف والعنف القومي والديني في المنطقة، ويهـ لهبوب عواصف تطيح بعملية السلام وما نشأ ... علاقات سلمية بين إسرائيل والدول العربية كافـ الرئيس الاميركي ورئيس وزراء إسرائيل وا استهتروا بالتحذير الفلسطيني وظلوا اسرى الا الدولة العظمى التي لا يعصى لها امر، والثاني المحتل التي تحتقر من تحتلهم.

## باراك وبن عامي يؤججان مشاعر المـ

وبدلا من قراءة اسباب ومدلولات فشل «قمة ... بصورة موضوعية، واصل رئيس الوزراء الإسرائـ خارجيته بالوكالة شلومو بن عامي حديثهما حـ التاريخي لليهود في منطقة الحرم القدسي الشريـ غرائز المتطرفين الإسرائيليين متدينين وعلمانيـ باب المزايدات داخل المجتمع الإسرائيلي، ورغم تـ الامن والاستخبارات الإسرائيلية لحالة التوتر الـ تعيشها الاراضي الفلسطينية مضى باراك وبن في استفزاز مشاعر الفلسطينيين المحبطين، واسـ العرب تحت بصر قوى اليسار وحمائم حزب العـ السلام في إسرائيل، وسمع الإدارة الاميركية. و التيار الديني في جميع ارجاء الوطن العربي الدول الإسلامية، وراح اتباعه يهددون ويتوعدو دفاعا عن الاقصى اولى القبلتين وثالث الحرمين وتوج باراك واركانه الامنيون مواقفهم الـ والاستفزازية بتسهيل قيام شارون بزيارة لـ القدسي الشريف، ولم يستمعوا لنصائح عر اجهزة الامن الفلسطينية تعطيل الزيارة. في ابو عمار باراك في منزله في مستوطنة كو المجاورة لمدينة قلقيلية لمناقشة قضايا المفاوضـ ذلك اللقاء عدد من اركان باراك ومساعديه وكـ شلومو بن عامي، ومن الجانب الفلسطيني شـ وابو علاء. وفي اللقاء طرح باراك موضوع ز

(4/4) 3#

إلا ان قوى اليمين الإسرائي
امب، على تقسيم مدينة القد
موحدة وعاصمة إسرائيل إلى الا
من ٩٠ من «ارض الميعاد» التي
إسرائيل، وموافقته على إقامة «دولة
والإسلامي» بجوار إسرائيل، وموافقته
من المستوطنات وتدمير حياة مئات
الذين عمروها وولدوا وعاشوا فيها.
المعارضة الإسرائيلية المشاركة في حكومة
في التي دعا إليها باراك، وقررت متابعة معركة
نقاط حكومته. وتابعت الاحزاب اليمينية
الحكومة عمليات الانسحاب من الائتلاف
شرذم الائتلاف الحزبي الذي بناه باراك اكثر
بالملموس استحالة عيش «اليسار» مع اليمين
يفا وشتاء على سطح واحد. واهتزت شخصية
اك التي لم تهزها كل الحروب الكبيرة والصغيرة
ا الفلسطينيين والعرب إلى ذلك. عمقت
كلينتون المنحازة لإسرائيل شكوك
الراعي الاميركي، خصوصا بعد تزايد
القيادة الفلسطينية لتقديم تنازلات تساعد
جاوز ازمته الداخلية. وارتفعت اصوات
ي إطار الوفد المفاوض والقيادة شككت بإمكانية
ى تسوية لقضايا الحل النهائي مع باراك في
ات الحزبية التي تعيشها إسرائيل واقتراب
الرئيس كلينتون، ورات في مواقف النخب
لإسرائيلية اليسارية واليمينية صورة عدم نضج
سرائيلي لسلام عادل وشامل مع العرب، وطالب
الفلسطينيون، في السلطة وخارجها بوقف
المفاوضات مع حكومة باراك، وزادت الاصوات
ة الحزبية وغير المتحزبة المنادية بالاقتداء بنهج
ووجدت هذه الدعوة صدى اوسع في الشارع
دون تدقيق بخصوصية النموذجين الفلسطيني

تحذير القيادة الفلسطينية الإدارة الاميركية
الإسرائيلية في محادثات قمة كامب ديفيد من
لمسجد الاقصى ولو بالكلام يعني زرع رياح
العنف القومي والديني في المنطقة، ويهيئ المناخ
اطيح بعملية السلام وما نشا عنها من
لمية بين إسرائيل والدول العربية كافة. إلا ان
لاميركي ورئيس وزراء إسرائيل واركانهما
بالتحذير الفلسطيني وظلوا اسرى، الاول، لفكر
طمي التي لا يعصى لها امر، والثاني، لعقلية
ي تحتقر من تحتلهم.

## ...بن عامي يؤججان مشاعر المسلمين

ن قراءة اسباب ومدلولات فشل «قمة الكامب»
ضوعية، واصل رئيس الوزراء الإسرائيلي ووزير
بالوكالة شلومو بن عامي حديثهما حول الحق
ليهود في منطقة الحرم القدسي الشريف، وهيجا
طرفين الإسرائيليين متدينين وعلمانيين وفتحا
ات داخل المجتمع الإسرائيلي، ورغم تنبيه اجهزة
ستخبارات الإسرائيلية لحالة التوتر الشديدة التي
اراضي الفلسطينية مضى باراك وبن عامي قدما
مشاعر الفلسطينيين المحبطين، واستفزا مشاعر
ت بصر قوى اليسار وحمائم حزب العمل وانصار
إسرائيل، وسمع الإدارة الاميركية. وهيجا غرائز
ني في جميع ارجاء الوطن العربي وعدد من
لامية، وراح اتباعه يهددون ويتوعدون إسرائيل
لاقصى اولى القبلتين وثالث الحرمين الشريفين.
اك واركانه الامنيون مواقفهم العنجهية
ية بتسهيل قيام شارون بزيارة لمنطقة الحرم
شريف، ولم يستمعوا لنصائح عرفات وقادة
ن الفلسطينية تعطيل الزيارة. في حينه التقى
اراك في منزله في مستوطنة كوخاف يائير
دينة قلقيلية لمناقشة قضايا المفاوضات، وحضر
عدد من اركان باراك ومساعديه وكان ضمنهم
عامي، ومن الجانب الفلسطيني شارك ابو مازن

ه باراك واعترض هو والوفد
اراك بعدم التورط في حماية
... شارون بالزيارة عندما كان
وزيرا للدفاع، او عندما كان وزيرا في حكومة نتنياهو. لكن باراك لم ياخذ بنصيحة ابو عمار، وادعى بانه لا يستطيع منع زعيم المعارضة من اداء الزيارة. وعاد ابو عمار وهو على قناعة لم يفصح عنها لاحد، بان باراك عازم على استخدام شارون لتفجير معركة مع السلطة.

## وبدا الصدام..

صباح يوم الخميس ٢٠٠٠/٩/٢٨، وضعت الاذرع الامنية الإسرائيلية في منطقة القدس في حالة تاهب قصوى، وتم حشد اكثر من الفي رجل امن وشرطة داخل وخارج ساحات المسجد الاقصى لحماية شارون زعيم المعارضة اثناء زيارته ولقمع المقدسيين إذا حاولوا تعكير اجوائها. وتلقت الشرطة واجهزة الامن الإسرائيلية اوامر صريحة بتنفيذ المرحلة الاولى من خطة «حقل الاشواك» التي تدربت عليها جيدا، وهي تسمح بإطلاق الرصاص الحي بكثافة ضد «المخلين بالنظام» وإيقاع خسائر كبيرة في صفوفهم. في حينه، تمت الزيارة في ساعات الصباح الباكر حيث يكون المسجد عادة شبه خال إلا من حراسه واعداد قليلة من المتعبدين معظمهم كبار في السن، وتصدى المتواجدون في المسجد للزائر الكريه ووقعت مصادمات خفيفة مع اجهزة الامن الإسرائيلية. ودامت الزيارة قرابة نصف ساعة فقط اضطر شارون تحت ضغط الناس المؤمنين وحرس المسجد مغادرة المكان بسرعة بحراسة الشرطة. وكانت الزيارة شرارة اشعلت حريقا لا تزال ناره ملتهبة في عموم انحاء الضفة وقطاع غزة.

بعد انتقال خبر الزيارة عم الغضب عموم الشارع الفلسطيني، واستذكر الفلسطينيون تاريخ شارون الاسود بدءا من مجازر قبية وغزة وحتى حرب لبنان في العام ١٩٨٢، واستعادوا حديث باراك - بن عامي حول السيادة الإسرائيلية على المسجد الاقصى وما تحته لضرورات تتعلق بحماية بقايا «الهيكل» «اقدس الاماكن اليهودية» من العبث الفلسطيني.. وربطوا زيارة شارون وتاريخه الدموي الإرهابي الطويل المليء بالمجازر بدعوة «امناء الهيكل» إلى هدم المسجد الاقصى، ودعوة متطرفين يهود آخرين إلى بناء كنيس يهودي بين الاقصى وقبة الصخرة بالتحديد مكان المصلى المرواني الذي يعتبر حسب اعتقاد قسم من المتدينين اليهود قائما فوق اسطبلات داود. وتذكر الناس ايضا المرات التي تعرض فيها المسجد للحرق والمرات الكثيرة التي حاول فيها المتطرفون التسلل إلى داخله لنسفه بالمتفجرات.

احيت زيارة شارون في ذهن الفلسطينيين مساندة كلينتون واركانه دينيس روس وساندي بيرغر واولبرايت طلب الوفد الإسرائيلي في «كامب ديفيد» تقسيم المسجد بين المسلمين واليهود ومنح اليهود زاوية للصلاة. وتجلت امام المسلمين المؤمنين صورة الحرم الإبراهيمي الشريف في الخليل المقسم ومعاناة المسلمين اثناء اداء فريضة الصلاة. وانتشرت إشاعات كثيرة في الضفة وقطاع غزة في صفوف الناس حول ما تحيكه الحكومة الإسرائيلية والجماعات الدينية المتطرفة ضد المسجد الاقصى وتشكلت قناعة فلسطينية جماعية إن المسجد الاقصى في خطر ويجب الدفاع عنه.

وايا تكن اهداف باراك من تسهيل الزيارة وهدف شارون من تنفيذها، فقد كانت شرارة كافية لتفجير موجة قوية من غضب مختلف طبقات وفئات المجتمع الفلسطيني من الاحتلال، دفعت الجميع إلى النزول للشوارع والتصدي لجند الاحتلال بالحجارة وبالرصاص ايضا. اطلق البعض عليها (الحركة الشعبية) في البداية «هبة الاقصى» اسوة بهبة العام ١٩٩٦، وتفجر في اليوم التالي على ارض المسجد الاقصى ياس الناس من النتائج البائسة لعملية السلام وكرههم للاحتلال وحقدهم عليه وعلى ادواته المستوطنين، واتسمت حركتهم بالقوة والعنف في كل مكان.

إلى ذلك، دعا ابو عمار القيادة الفلسطينية إلى اجتماع طارئ في رام الله مساء يوم الزيارة ٢٠٠٠/٩/٢٨، قال فيه: «باراك بدا تنفيذ خطة حقل الاشواك التي حدثتكم عنها، معركة القدس فتحت في قمة كامب ديفيد وزيارة شارون نقلتها إلى هنا. القدس في خطر والاقصى في خطر، واللهم اشهد فإني قد بلغت...». تحدث ابو عمار من منطلق العارف إن للقدس موقعا مميزا عند الشعب الفلسطيني وعند كل الشعوب العربية والإسلامية، والمقتنع تماما إن من السهل تعبئة الشارعين الفلسطيني والعربي وتحريكهما نحو خوض معركة الدفاع عن القدس وعن الاماكن المقدسة فيها.

... الفلسطينيين الدفاع عن المسجد الاقصى ومقدسات ال
مسيحيين ومسلمين ولا يمكن للمرء ان يهرب من قدره، و
قدرنا ان نخرج من معركة لندخل اخرى. واستشهد بالحد
النبوي الذي يقول إن الناس في بيت المقدس وحول بي
المقدس مرابطون إلى يوم الدين. واستعرض ابو عمار
الحديث حول موقع القدس المميز عند الفلسطينيين وجم
الشعوب العربية والإسلامية، وكان واثقا ان بالإمكان تعب
الشارع الفلسطيني والعربي بسهولة لخوض معركة الدف
عن القدس وعن الاماكن المقدسة الإسلامية والمسيحية في
وبخاصة المسجد الاقصى. وقال: «المؤمنون سيهبون دف
عن الاقصى حتى لو لم تتحرك السلطة الفلسطينية. القي
الإسرائيلية ومعها الإدارة الاميركية رفضتا استيع
الموضوع في كامب ديفيد، والآن بدات في استفزاز المشا
الفلسطينية والعربية الإسلامية والمسيحية».

وفي الاجتماع اتهم اعضاء في المجلس باراك بالعب
السياسي، وتحدثوا عن نتائج اللعب بالمقدسات ع
العلاقات الإسرائيلية - الفلسطينية العربية الإسلامية
ايام نتنياهو. عندما اعطى نتنياهو، العام ١٩٩٦، رئي
بلدية القدس ايهود اولمرت إشارة فتح النفق المحفور تح
ساحات المسجد الاقصى. وتذكروا كيف اضطر نتنياهو إ
التراجع واجرى اول اتصال مباشر مع ابو عمار بعدما ك
يتبجح في الكلام ويرفض عقد اي لقاء معه. آخرون حذر
من ان تكون الزيارة خطوة مقصودة لافتعال معركة عسكر

وبحث مجلس الامن القومي الفلسطيني سبل حم
المسجد الاقصى، وتقرر تفريغ اعداد إضافية إلى ما
حراس المسجد الاقصى، وان يتم تنظيم مناوبات امنية لي
في المسجد وساحاته خشية تسلل المتطرفين. واستر
ابو عمار في الحديث حول موقع القدس المميز ع
الفلسطينيين وجميع الشعوب العربية والإسلامية، وح
بعض اعضاء المجلس إثارة المخاوف من استفادة حر
حماس والتيار الديني من التحركات ومحاولة تصدر
لكن ابو عمار اقفل الموضوع وقال: المعركة كبيرة وطو
والمسالة الملحة هي كيف نحمي الاقصى وليس من يتص
التحركات. واصدر ابو عمار اوامره للاجهزة الامنية بالد
عن المناطق الخاضعة لسلطة السلطة الفلسطينية وم
القوات الإسرائيلية بكل الوسائل المتوفرة من اختراق
لاحقا سهل اعضاء المجلس وصول التحركات الشعب
للحواجز الإسرائيلية وتركوا الناس تعبر عن شجبها للزي
والمجزرة بالطرق التي تراها مناسبة. وفي نهاية اجتم
مجلس الامن القومي عقد ابو عمار لقاءات ثنائية وثلا
كعادته مع قادة اجهزة الامن ناقش معهم المهام التفصي
التي فرضتها التطورات، وهو من صنف القادة الذ
يهتمون عادة بالتفاصيل ويتابعونها خاصة إذا كانت تتع
بمسائل امنية كبيرة او صغيرة.

إلى ذلك، تداعت قيادات القوى الوطنية والإسلا
الفلسطينية في الضفة وقطاع غزة للقاءات عاجلة، وعق
اجتماعين الاول في الضفة والآخر في القطاع شاركت ف
حركتا «حماس» و«الجهاد الإسلامي». وصدر بيان مشترك
بتوقيع «القوى الوطنية والإسلامية» دعا الناس في الض
وقطاع غزة إلى إضراب عام تضامنا مع إخوانهم المقدس
واستنكارا لتدنيس حرمة اولى القبلتين وثالث الحرمين. و
البيان جميع القادرين في المدن والقرى التوجه لصلاة الجم
في المسجد الاقصى والخروج بعدها من جميع المساجد
الضفة وقطاع غزة في مسيرات غضب ضد الاحتلال.

يوم ٢٠٠٠/٩/٢٩ عم الإضراب الشامل جميع انح
الضفة وقطاع غزة، وتوجهت اعداد كبيرة من اهل القد
للصلاة في المسجد، ولبى الناس في مدن ومخيمات وبلد
الضفة وقطاع غزة نداء القوى الوطنية والإسلام
وتوجهت اعداد كبيرة منهم لاداء الصلاة في المسا
والخروج بعدها في تظاهرات الغضب. وحاول اناس كثي
من كل المحافظات الوصول إلى القدس ونجح بعضهم
تجاوز الحواجز الإسرائيلية التي حاولت منعهم من دخ
ومن الصلاة في المسجد الاقصى. وهب الفلسطينيو
إسرائيل في الجليل والمثلث والنقب مسلمين ومسيح
لنجدة إخوانهم والدفاع عن المقدسات وادانوا زيارة شا
التي خطط لها باراك. وتوجهت جموع غفيرة منهم وتو
في المسجد الاقصى وكان ضمنهم عدد من اعضاء الكن