# Exhibit 8



## HLP Integration Translation Department

# Certificate of Translation

**Name of Source Document:** Ex-21AhmedAbdAl-Rahman-IntifadawillcontinueJan.192001_FINALTRANS.docx

**Job no. HLPMC005028**

**Service performed:**

☑ Translation

☑ Validation procedure

☑ Localization

| Source Language: | Arabic | Target Language: | English |
|---|---|---|---|

We confirm that the above mentioned Source Document was professionally translated, and then underwent QA and validation to ensure its accuracy and linguistic integrity. We confirm that the translated document is an accurate and complete translation of the Source Document.

**Signature of HLP Representative:** _____ *[signature]* _____
Andrew Daly - Project Manager for Translations
HLP Integration
1900 K Street, Suite 725
Washington, DC 20006
Tel: 202.393.0399

[illegible] President Arafat

[illegible] Armenian Orthodox

[illegible] Christmas

[illegible] Zeina and Abu Anton Siniora – today, the Armenian Church celebrates Christmas and Feast of Epiphany, Patriarch Turkom Manoguean has presided over the Mass festive in the Church of the Nativity with the participation of a group of bishops and priests and [illegible] men, President' Yasser Arafat's representative, Dr. Emile Jarjoee, [illegible] the municipality Hanna Nasser and senior officials and Armenian parishioners and pilgrims [illegible] His Eminence has presided over the prayers for the Feast Of Epiphany at [illegible] and a half in the morning. It is worth [illegible] began leaving Patriarch Turkom Manoguean's parade yesterday morning at [illegible] and a half

- The continuation is on p.14 –

### Mourning of a martyr

[illegible] and their relatives at home and abroad, mourn with pride their martyred son Walid Khalil Al-Awadi 1/2001 who died on Mufracha in Gaza and saturated his homeland with his own blood, following the martyrs of the uprising [illegible] that the martyr may rest in peace and go to heaven alongside the prophets and the saints and the martyrs. We'll accept [illegible] near the Kanz mosque.

### Secretary General of the Council of Ministers

### The government has two options… actual peace or war

Al-Beera - from Mohammad Al-Nubani - Ahmed Abdel Rahman, Secretary General of the Palestinian Council of Ministers, said that the Israeli government has to choose between actual peace or war, stressing that the uprising will continue as long as the occupation continues.

Abdel Rahman, who was yesterday speaking at a broadcast in the Ministry of Information in the city, added that Jewish blood is not better than Palestinian blood, demanding that the Israelis get accustomed to Palestinian resistance as long as the occupation persists; there is no occupation without a price. The Palestinian official pointed out that the peace process had not progressed one iota in the era of the retired Israeli Prime Minister Ehud Barak.

- The continuation is on p.14 –

The father of Engineer Walid [illegible] Muhammad and Wasim and brother of Khalil, Samir and Adly, has passed away yesterday morning: Thursday, 01.18.2001 at the age of (58 years) which were devoted to God and to the raising of several generations. His funeral was held yesterday [illegible] the deceased will rest in peace and go to heaven. Condolences will be accepted for men and ladies in the house of the deceased district Al-Remal / Street

أمين عام مجلس الوزراء

الرئيس عرفات

## امام الحكومة الاسرائيلية خياران..
## اما السلام الحقيقي او الحرب

البيرة - من محمد النوباني - قال احمد عبد الرحمن امين عام مجلس الوزراء الفلسطيني، ان على الحكومة الاسرائيلية الاختيار بين السلام الحقيقي او الحرب مؤكدا ان الانتفاضة ستبقى مستمرة ما دام الاحتلال مستمرا.

واضاف عبد الرحمن الذي كان يتحدث في برنامج واجه الصحافة بوزارة الاعلام في المدينة امس، ان الدم اليهودي ليس افضل من الدم الفلسطيني، مطالبا الاسرائيليين بأن يعتادوا على المقاومة من قبل الفلسطينيين طالما ان الاحتلال لا يزال قائما لأنه لا احتلال بلا ثمن. واشار المسؤول الفلسطيني الى ان عملية السلام لم تتقدم قيد أنملة في عهد رئيس الوزراء الاسرائيلي المستقيل ايهود باراك.

-البقية ص ١١-

Quds Jan 19, 2001

## رمنية الارثوذكسية
## بعيد الميلاد المجيد

زينة وابو انطون سنيورة - تحتفل اليوم الكنيسة الارمنية بعيد الميلاد المجيد وعيد الغطاس وقد ترأس القداس الاحتفالي غبطة بغيان في كنيسة المهد بمشاركة لفيف من المطارنة والكهنة ورجال ممثل الرئيس ياسر عرفات الدكتور اميل جرجوعي عضو اللجنة بلدية حنا ناصر وكبار المسؤولين وابناء الرعية الارمنية والحجاج والنصف صباحا ترأس غبطته صلاة عيد الغطاس. والجدير بدأت بمغادرة موكب غبطة البطريرك توركوم مانوغيان في مة والنصف من صباح امس

-البقية ص ١١-

### نعي شهيد
### وليد خليل العوضي

19/1/01    100