# Exhibit 9









