# Exhibit 18

## Directly Related

Arafat's War: The Man and his Battle for Israeli Conquest, New York, Grove, 2003 (hardcover and paperback).

The Oslo War: Anatomy of Self-Delusion, Ramat-Gan, Bar-Ilan University, 2003, BESA Papers, No. 55 (Hebrew).

Palestine Betrayed, New Haven & London, Yale University Press, 2010.

"Arafat Lives," Commentary, January 2005, pp. 33-40.

"Arafat's Grand Strategy," Middle East Quarterly, Vol. XI, No. 2 (Spring 2004), pp. 3-11.

"What Occupation?" Commentary, July-August 2002, pp. 46-51.

"Israel's War," Commentary, April 2002, pp. 23-28.

"Zionism and the Palestinians," Israel Affairs, Vol. 14, No. 3 (July 2008), pp. 355-373.

"1948, Israel, and the Palestinians - The True Story," Commentary, May 2008, pp. 23-29 & "1948, Israel, and the Palestinians: Fully Annotated Text" (Web only).

"The Palestinians and the 'Right of Return,'" Commentary, May 2001, pp. 25-31.

"Why the Middle East is so Volatile," Middle East Quarterly, December 2000, 13-22.

"Were the Palestinians Expelled?" Commentary, July-August 2000, pp. 29-34

"Israel's Arabs: Deprived or Radicalized?" Israel Affairs, Vol. 19, No. 1 (Jan. 2013), pp. 1-19.

"A Legacy of Violence," Jerusalem Post, March 1, 2011.

"Not Taking Yes for an Answer," Jerusalem Post, August 24, 2010.

"Shimon Peres versus the Brits," Jerusalem Post, August, 2, 2010.

"The Palestinians, Alone," New York Times, August, 2, 2010.

"Who's Against a Two-State Solution?" Jewish Ideas Daily, Jul. 20, 2010.

"The Middle East That Could Have Been," National Post, May 14, 2010.

"Who Ruined Gaza?" National Post, 16 September 2005.

"Return Address," The New Republic, May 16, 2005.

"Should He Go?" <u>Los Angeles Times</u>, September 21, 2003.

"Trojan Horse that Labor Led into Israel," <u>Jerusalem Post</u>, September 16, 2003.

"Euphemism for Annihilation," <u>Jerusalem Post</u>, August 22, 2003.

"A Trojan Horse?" <u>Boston Review</u>, December 2001-January 200.

"Arafat's Skills as a Crafty Fox are Inadequate to the Tasks of Nationhood," <u>Los Angeles Times</u>, May 25, 1994.

## Indirectly Related

<u>Islamic Imperialism: A History,</u> New Haven & London, Yale University Press, 2006.

<u>Rethinking the Middle East</u>, London, Routledge, 2003 (hardcover and paperback.).

<u>The Arab-Israeli Conflict. The Palestine 1948 War</u>, <u>Osprey's Essential Histories</u> series, General Editor Robert O'Neill. Oxford, Osprey, 2002.

<u>Empires of the Sand: The Struggle for Mastery in the Middle East, 1789-1923</u>, Cambridge, Mass., Harvard University Press, 1999 (with Inari Karsh).

<u>Fabricating Israeli History: "The New Historians"</u>, London, Routledge, 1997 (Hardcover and paperback). Second, expanded edition: 2000 (reprinted 2003; electronic edition 2005).

<u>Arab Imperialism; the Tragedy of the Middle East</u>, Ramat-Gan, Bar-Ilan University, 2006, BESA Papers, No. 69.

<u>The Gulf Conflict 1990-1991: Diplomacy and War in The New World Order</u>, Princeton & London, Princeton University Press and Faber & Faber, 1993 (with Lawrence Freedman).

<u>Saddam Hussein: A Political Biography</u>, New York & London, The Free Press & Brassey's, 1991 (with Inari Rautsi).

"How Many Palestinian Arab Refugees Were There?" <u>Israel Affairs</u>, Vol. 17, No. 2 (April 2011).

"What's Behind Western Condemnation of Israel's War against Hamas?" <u>Jerusalem Issue Brief</u>, Vol. 8, No. 17, Jan. 11, 2009.

"The Middle East and the Cold War," in Madelon de Keizer en Ismee Tames (eds.), <u>Small Nations. Crisis and Confrontation in the 20th Century</u>, Amsterdam: Walburg Press, 2008, pp. 162-179.

"The Diplomatic Dance with Hamas," Jerusalem Issue Brief, Vol. 7, No. 37, Apr. 30, 2008.

"The 60-Year War for Israel's History," inFocus, Vol. 2, No. 1 (March 2008).

"After Annapolis: What Chance for Agreement with Abbas and the PLO?" Jerusalem Issue Brief, Vol. 7, No. 26, Jan. 1, 2008.

"The Missing Piece: Islamic Imperialism," Israel Affairs, Vol. 13, No. 4 (October 2007), pp. 797-805.

"Islam's Imperial Dreams," Commentary, April 2006, pp. 37-41.

"The Long Trail of Islamic Anti-Semitism," Israel Affairs, Vol. 12, No. 1 (January 2006), pp. 1-12.

"Resurrecting the Myth: Benny Morris, the Zionist Movement, and the 'Transfer' Idea," Israel Affairs, Vol. 11, No. 3 (July 2005), pp. 469-490.

"European Misreading of the Israeli-Palestinian Conflict: Finnish Foreign Minister Tuomioja – A Case Study," Jerusalem Issue Briefs, Vol. 4, No. 27 (July 2005).

"Benny Morris and the Reign of Error, Revisited," Middle East Quarterly, Vol. 12, No. 2 (Spring 2005), pp. 31-42.

"Israel's Arabs v. Israel," Commentary, December 2003, pp. 21-27.

"Revisiting Israel's 'Original Sin'", Commentary, September 2003, pp. 46-50.

"Saddam and the Palestinians," Commentary, December 2002, pp. 56-60.

"The Middle East and the Gulf War: A Decade Later," in Andrew Bacevich & Efraim Inbar (eds.), The Gulf War of 1991 Reconsidered, London, Frank Cass, 2002, pp. 167-79.

"Nakbat Haifa: the Collapse and Dispersion of a Major Palestinian Community," Middle Eastern Studies, Vol. 37, No. 4 (October 2001), pp. 25-70.

"Misunderstanding Arab Nationalism," Middle East Quarterly, Spring 2001, pp. 59-61.

"The Long Trail of Arab Anti-Semitism," Commentary, December 2000, pp. 49-53.

"The Collusion that Never Was: King Abdullah, the Zionist Movement, and the Partition of Palestine," Journal of Contemporary History, October 1999, pp. 569-585.

"Introduction," in Efraim Karsh (ed.), Israel: The First 100 Years. Vol. I - From Community to State, London, Frank Cass, 1999, pp. 1-9.

"Benny Morris and the Reign of Error," Middle East Quarterly, Vol. VI, No. 1 (March 1999), pp. 15-28.

"'Falsifying the Record': Benny Morris, David Ben-Gurion, and the 'Transfer' Idea," Israel Affairs, Vol. 4, No. 2 (Winter 1997), pp. 47-71.

"Cold War, Post-Cold War: Does it Make a Difference for the Middle East?" Review of International Studies, Vol. 23, No. 3 (July 1997), pp. 271-291.

"Myth in the Desert, or Not the Great Arab Revolt," Middle Eastern Studies Vol. 33, No. 2 (April 1997), pp. 267-312 (with Inari Karsh).

"Israel," in Yezid Sayigh & Avi Shlaim (eds.), The Cold War and the Middle East, Oxford, Clarendon Press, 1997, pp. 156-185.

"Reflections on Arab Nationalism," Middle Eastern Studies, October 1996, Vol. 32, No. 4 (October 1996), pp. 367-392 (with Inari Karsh).

"Debating Israel's Early History," Middle East Quarterly, Vol. 3, No. 2 (June 1996), pp. 19-29.

"From Rabin to Netanyahu," Israel Affairs, Vol. 3, Nos. 3-4 (Spring-Summer 1996), pp. i-viii.

"Peace Despite Everything," Israel Affairs, Vol. 3, Nos. 3-4 (Spring-Summer 1996), pp. 139-157.

"Between War and Peace," Israel Affairs, Vol. II, No. 1 (Autumn 1995), pp. 1-10.

"Israeli Nuclear Weapons and Middle East Peace," Israel Affairs, Vol. II, No. 1 (Autumn 1995), pp. 75-92 (with Martin Navias).

"Peace not Love: Toward a Comprehensive Arab-Israeli Settlement," The Washington Quarterly, Vol. 17, No. 2 (Spring 1994), pp. 143-56.

"A Cooperative Security Approach to Arab-Israeli Peace," Survival, Vol. 36, No. 1 (Spring 1994), pp. 114-25 (with Yezid Sayigh).

"The Middle East Peace Accord," Brassey's Defence Yearbook, 1994, London, Brassey's, 1994, pp. 216-28.

"Peace at Last," in E. Karsh and G. Mahler (eds.), Israel at the Crossroads, London and New York, British Academic Press and St. Martin's Press, 1994, pp. 29-48.

"Giving Peace a Chance: the Israeli-Palestinian Accord," London, Institute of Jewish Affairs, Research Reports, No. 4, November 1993, 16 pages.

4

"A Road to an Arab-Israeli Peace?" in <u>Brassey's Defence Yearbook, 1993</u>, London, Brassey's, 1993, pp. 315-335 (with Zuhair Diab).

"An Arab-Israeli Security Community: A Proposal," in Gerd Nonneman (ed.), <u>The Middle East and Europe: An Integrated Communities Approach</u>, London, The Federal Trust for Education and Research, 1992, pp. 115-127.

"Neutralization: The Key to an Arab-Israeli Peace," <u>Bulletin of Peace Proposals</u>, Vol. 22, No. 1 (1991), pp. 11-23.

"[Muslims Won't Play Together,](#)" <u>New York Times</u>, February 27, 2010.

"[Islam's War for World Mastery,](#)" <u>New York Sun</u>, May 18, 2007.

"Has Occupation Hurt the Israeli Army?" <u>The New Republic</u>, September 9, 2006.

"Pan-Muslim Fiction," <u>New York Sun</u>, August 29, 2006.

"[Tragedy and Promise,](#)" <u>New York Sun</u>, August 7, 2006.

"Blair's Consistent 'Constructive spirit' on the Middle East," <u>Irish Times</u>, July 26, 2006 (with Rory Miller).

"Opportunity Knocks," <u>New York Sun</u>, July 18, 2006 (with Rory Miller).

"Islam's Imperial Dreams," <u>Wall Street Journal</u>, April 4, 2006.

"Why Hamas's Victory Isn't Such a Bad Thing," <u>The New Republic</u>, January 26, 2006.

"What Saddam Hussein Wants. Survival Skills," <u>The New Republic</u>, January 24, 2006.

"Hamas ist wenigstens ehrlich," <u>Welt am Sonntag</u>, January 22, 2006.

"Repeat Offenders," <u>The New Republic</u>, October 31, 2005 (with Rory Miller).

"We Are the World: Radical Islam's Imperialist Agenda," <u>The New Republic</u>, July 8, 2005.

"Group Dynamics," <u>The New Republic</u>, May 12, 2005 (with Rory Miller).

"Summit is a New Beginning, but Region Needs a New Ending," <u>The Scotsman</u>, February 9, 2005 (with Rory Miller).

"Conflict of Necessity," <u>Los Angeles Times,</u> March 30, 2003.

"Clear-Cut Victory," <u>Jerusalem Post</u>, March 11, 2002.

5

"Who Started It?" <u>Daily Telegraph</u>, April 7, 1998.

"What On Earth Is Asad Up To?" <u>Jerusalem Post</u>, September 20, 1996 (Hebrew version in <u>Ha-aretz</u>, October 20, 1996).

"Syria Faces Moment of Truth," <u>Sunday Times</u>, September 19, 1993.

"Pains of Peace Are Better than the Agony of War," <u>Sunday Times</u>, September 12, 1993.

"Yitzhak Rabin: War Hero on a Mission to Win the Peace," <u>Sunday Times</u>, June 28, 1992.

"If Saddam Tries to Run," <u>Newsweek</u>, March 18, 1991, p. 52 (back-page interview).

"Familiar Ring to Baghdad's Ominous Threats," <u>Times</u> (London), January 31, 1991.

"Saddam Requires a Quick Ending," <u>Daily Telegraph</u> (London), January 21, 1991.

"Why Hussein Hasn't Budged," <u>New York Times</u> (Op-Ed Page), January 20, 1991.

"Options Narrow as Fears of Betrayal Weigh Heavily on Saddam," <u>Times</u> (London), January 12, 1991.

"Myths about Hussein and Iraq," <u>New York Times</u> (Op-Ed Page), August 13, 1990 [Also published in <u>International Herald Tribune</u>, August 15, as "Saddam Hussein Can Compromise When He Has To," and in <u>Die Zeit</u>, August 15].

"The PLO's Transformation into a Regular Army will Benefit Israel," <u>Maariv</u>, December 23, 1981.

["Justice for Palestine,"](#) <u>The Karsh Chronicle</u>, August 17, 2010.