# Exhibit 20

"drnes03231997000345"

FBIS-NES-97-082 Daily ReportDaily Report FBIS Translated Text Near East/South Asia 23 Mar 1997 Near East Israel

## Israel: Jerusalem Suspends Process Until 'Arafat 'Fights

Israel: Jerusalem Suspends Process Until 'Arafat 'Fights Terrorism' TA2303174397 Jerusalem Israel Television Channel 1 Network in Hebrew 1700 GMT 23 Mar 97 TA2303174397 Jerusalem Israel Television Channel 1 Network Hebrew BFN Report by correspondent Shlomi Eldar at the Prime Minister's bureau in Jerusalem -- live

Tonight's headline is that Israel is suspending the political talks with the Palestinians. The decision is not a sweeping one. Within several days, another discussion will be held in order to decide whether 'Arafat is doing enough to fight terrorism. Another headline: Israel will not carry out the further redeployment. That is all from the prime minister's bureau for the time being.

The defense establishment conducted several assessments of the situation this evening. In all of them it was stated that the warnings about the possibility of terrorist attacks were still in force and the danger has not passed. The closure on the territories will therefore continue. As things stand now, there is no cooperation between the Palestinian and Israeli security services and there are almost no signs that the Palestinians are acting against the terrorist organizations. This evening, the defense establishment expressed the assessment that a terrorist attack may take place any moment.

[A similar report on Jerusalem Channel 2 Television in Hebrew at 1700 GMT on 23 March notes that "Israel is making the continuation of the political process with the Palestinians conditional on Yasir 'Arafat proving that he is sincerely and seriously fighting terrorism. This position was voiced at the inner cabinet session which is continuing as we speak. At the same time, however, the prime minister rejected proposals to freeze the process and even decided to strengthen cooperation between the Israeli and Palestinian security forces." Channel 2's political correspondent 'Imanu'el Rosen says that "after a long morning of consultations with the heads of the defense establishment. This afternoon, the prime minister convened the inner cabinet in order to decide on Israel's steps in the wake of the suicide bombing in Tel Aviv." The report notes that "at today's inner cabinet meeting, Netanyahu rejected the proposals for instant panaceas and the calls to halt the political process. The ministers decided to strengthen cooperation between the Israeli and Palestinian security services. Nevertheless, Israel will not fulfill its political obligations unless the Palestinian Authority [PA] fights terrorism. Meanwhile, behind the scenes, the United States is pressuring 'Arafat cut short his international tour, return quickly to the Gaza Strip, and meet again with Binyamin Netanyahu.

["Washington is furious at Jerusalem's allegation that the United States ignored the intelligence assessments. Senior U.S. sources said that when 140 countries vote against Israel in the United Nations vote against Israel and only the United States supports it, Israeli politicians should be wiser and show more caution in their remarks. The United States is not the enemy. The Israeli envoy in Washington will hear remarks to this effect when he meets with Secretary of State Albright tomorrow."]

THIS ARTICLE MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.