# Exhibit 27

**CONFIDENTIAL PURSUANT TO PROTECITVE ORDER**

**NOT FOR PUBLIC FILING**