UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

------------------------------------- x

ORDER

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

The oral argument scheduled for June 26, 2014 has been adjourned to June 30, 2014 at 11 am.

Dated: May 13, 2014
      New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge