# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

May 14, 2014

**BY HAND AND ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>        Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

Plaintiffs respectfully submit this reply in support of their May 6, 2014 letter-application requesting that the Court strike 362 unsupported paragraphs in defendants' Rule 56.1 statement.

Defendants' May 13, 2014 opposition to the application does not argue that their Rule 56.1 statement was "short and concise," as required by the rule.  It was not.  Defendants' opposition does not contend that every paragraph of their Rule 56.1 statement was supported citations to evidence.  It was not.  Nor does defendants' opposition have anything to say about the examples in our letter, showing just how sloppy defendants' unsupported assertions were.

Instead, defendants seek to justify their blatant violation of Rule 56.1 by citing a single case.  *Cordiano v. Metacon Gun Club, Inc.*, 575 F.3d 199 (2d Cir. 2009).  That case does not hold, as defendants claim (Letter at 1), that a party moving for summary judgment "may identify the facts as to which there is no admissible evidence" in its Rule 56.1 statement.  To the contrary, that case contains <u>no</u> discussion of the requirements for a statement of material facts under the District of Connecticut's Local Rule 56(a) (that Court's version of our Local Civil Rule 56.1).

In fact, the Local Rule 56(a) statement in *Cordiano* (enclosed) highlights just how badly defendants have strayed from the rule here.  The *Cordiano* statement is 10 pages.  Here, defendants' statement is 65 pages.  Each of the assertions in the *Cordiano* statement is supported by a citation to evidence.  Here, 362 paragraphs in defendants' statement are unsupported.

# ARNOLD & PORTER LLP

Hon. George B. Daniels
May 14, 2014
Page 2

Failure to submit a statement that complies with the requirements of Local Rule 56.1 "may constitute grounds for denial of the motion." Local Rule 56.1(a). At a minimum, the 362 unsupported assertions should be stricken to avoid needless busywork for the Court and the parties.

Respectfully,

Kent A. Yalowitz

Enclosure
cc:   Laura G. Ferguson