UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                   Plaintiffs,

     vs.                                      No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                   Defendants.

## NOTICE OF PLAINTIFFS' MOTION FOR
## DISCOVERY SANCTIONS AGAINST DEFENDANTS

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Kent A. Yalowitz in Support of Plaintiffs' Motion for Discovery Sanctions and Memorandum of Law in Support of Plaintiffs' Motion for Discovery Sanctions, each dated May 15, 2014, the Plaintiffs, by their undersigned counsel, will move this Court before the Honorable Ronald L. Ellis, United States Magistrate Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 37, granting sanctions in favor of the Plaintiffs for violation of the Court's discovery orders, and an award of any other relief the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memorandum shall be served within fourteen days after service of this Notice of Motion and supporting papers.

Dated: New York, New York
May 15, 2014

ARNOLD & PORTER LLP

By: _____

    Kent A. Yalowitz
      *KENT.YALOWITZ@APORTER.COM*
    Philip W. Horton
      *PHILIP.HORTON@APORTER.COM*
    Lucy S. McMillan
      *LUCY.MCMILLAN@APORTER.COM*
    Ken L. Hashimoto
      *KEN.HASHIMOTO@APORTER.COM*
    Carmela T. Romeo
      *CARMELA.ROMEO@APORTER.COM*
    Tal R. Machnes
      *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York  10022
(212) 715-1000

*Attorneys for Plaintiffs*

TO:    Mark J. Rochon
       Laura G. Ferguson
       Brian A. Hill
       Miller & Chevalier Chartered
       655 Fifteenth Street, N.W.
       Suite 900
       Washington, DC 20005-5701

       *Attorneys for Defendants*