UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW, et al.,

                       Plaintiffs,

       -against-

PALESTINE LIBERATION ORGANIZATION,
et al.,

                       Defendants.
------------------------------------- x

<u>ORDER</u>

04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' motion to strike 362 paragraphs from Defendants' 56.1 Statement is DENIED. Plaintiffs need not respond to statements of material fact that are not supported by a citation to evidence. The lack of a response by Plaintiffs to any such statements will not result in those statements being deemed admitted by Plaintiffs.

Dated: May 16, 2014
       New York, New York

                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge