

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

May 16, 2014

BY ECF
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Sokolow v. Palestine Liberation Organization,* No. 04-CV-397(GBD) (RLE)

Dear Judge Daniels:

    I write to request that the oral argument in this matter presently set for June 30 be rescheduled for the afternoon of June 27, 2014.

    As the Court is aware, this argument was previously set for June 26, 2014. On May 13, 2014, the Court adjourned the argument until June 30, 2014 at 11 am. Unfortunately, Defendants' lead counsel, Mr. Rochon has a prepaid, nonrefundable reservation at the Stanford Sierra Camp that week, which he had committed to over a year ago, and which cannot be moved to another week. Mr. Rochon desires to attend the argument, and Plaintiffs' are willing to accommodate his request.

    The parties have conferred about alternate dates and determined that all counsel could be present for the argument on the afternoon of June 27. The parties also remain available anytime on June 26 if that date should become available for the Court.

    We appreciate the Court's consideration of the foregoing.

                                                       Sincerely,

                                                       Brian A. Hill

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com

1428985.1