# EXHIBIT F

## Hill, Brian

| | |
|---|---|
| **From:** | Hill, Brian |
| **Sent:** | Tuesday, April 15, 2014 1:44 PM |
| **To:** | Romeo, Carmela; Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Pildis, Sara K.; Machnes, Tal; Hashimoto, Ken L.; Kientzle, Michael; 'Robert Tolchin'; Mordechai Haller; Rachel Weiser |
| **Cc:** | Ferguson, Laura; Rochon, Mark; Hibey, Richard |
| **Subject:** | RE: Sokolow v. PA/PLO |

Counsel,

Although we have not yet obtained the transcript from Friday's hearing in this matter, it is apparent to us from Judge Daniels' comments at the hearing that he does not want briefing on the issues raised by the motion attached to the email below until such time as the parties have completed the procedure regarding Plaintiffs' trial exhibits which he described at the hearing.

Accordingly, we suggest that Plaintiffs withdraw the motion attached to the email below without prejudice. I know that some of you are likely to be out of the office today for the Passover holiday, but would one of you please let us know by close of business tomorrow if you are willing to do so?

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC 20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801


**From:** Romeo, Carmela [mailto:Carmela.Romeo@aporter.com]
**Sent:** Wednesday, April 09, 2014 12:28 PM
**To:** Hill, Brian; Ferguson, Laura; Rochon, Mark; Hibey, Richard
**Cc:** Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Pildis, Sara K.; Machnes, Tal; Hashimoto, Ken L.; Kientzle, Michael; 'Robert Tolchin'; Mordechai Haller; Rachel Weiser
**Subject:** Sokolow v. PA/PLO

Counsel:

Please find attached plaintiffs' memorandum of law in support of their motion to overrule defendants' authenticity and hearsay objections to certain of plaintiffs' proposed trial exhibits. You will shortly be receiving a link to an FTP site, containing the appendix to plaintiffs' memorandum (index attached).

A copy of this motion is being hand delivered to Judge Daniels today.

Thanks,
Carmela

1

Carmela T. Romeo
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212-715-1195
carmela.romeo@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com