# EXHIBIT I

# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

April 23, 2014

**VIA E-MAIL**

Brian A. Hill, Esq.
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

Re:     *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
        Docket No. 04-CV-397 (GBD)(RLE)

Dear Brian:

I write with respect to plaintiffs' motion to overrule defendants' authenticity and hearsay objections to their own records, the vast majority of which defendants produced in discovery.

As the Court suggested, I enclose a list of the 177 proposed trial exhibits at issue in the motion (plus one additional similar exhibit) organized to provide information regarding why defendants' own records are authentic and not excludable as hearsay. (Plaintiffs are working on a list for all proposed trial exhibits, which we will provide in due course; but we provide this list now to avoid delay on the pending motion.)

Now that plaintiffs have provided the list related to the pending motion, defendants' proposal that the motion should be "withdrawn" or "stayed indefinitely" is moot.

Please let us know whether you still need to ask the Court for an enlargement of the current due date for the pending motion relating to defendants' authenticity and hearsay objections to their own records, and, if so, what you propose.

Sincerely,

Kent A. Yalowitz

Encl.

*Sokolow v. PLO, et al.*
04 Civ. 397 (GBD)(RLE)

### TRIAL EXHIBITS AT ISSUE IN
### PLAINTIFFS' MOTION TO OVERRULE
### DEFENDANTS' AUTHENTICITY AND HEARSAY OBJECTIONS
### TO THEIR OWN RECORDS

Plaintiffs have sought the Court's assistance to resolve defendants' authenticity and

hearsay objections to their own records. Defendants produced the vast majority of the records in

discovery in this case, and most of those after the discovery cutoff. The records fall into the

following five categories:

1. PA Employment Records of certain individuals

2. Records of the PA's Ministry of Detainees' Affairs

3. Records of the PA's and PLO's Institute for the Care of the Families of Martyrs and the Wounded ("Martyr Files")

4. Records of the PA's General Intelligence Service ("GIS")

5. Records of the PA's Ministry of Finance

**I.    Employment Records**

A. The following proposed trial exhibits are PA employment records produced by the defendants:

| Ex. No. | Description |
|---------|-------------|
| 1 | Defendants' Bates No. D 02: 000590-91. |
| 2 | Defendants' Bates No. D 02: 004473-75. |
| 3 | Defendants' Bates No. D 02: 004476-78. |
| 4 | Defendants' Bates No. D 02: 004479-81. |
| 5 | Defendants' Bates No. D 02: 004482-83. |
| 6 | Defendants' Bates No. D 02: 004484-86. |
| 7 | Defendants' Bates No. D 02: 004487-91. |
| 8 | Defendants' Bates No. D 02: 004492-96. |
| 9 | Defendants' Bates No. D 02: 004497-99. |
| 10 | Defendants' Bates No. D 02: 004500-04. |
| 11A | Defendants' Bates No. D 02: 004505-07. |
| 11B | Defendants' Bates No. D 02: 004508-10. |
| 11C | Defendants' Bates No. D 02: 004511-13. |
| 13 | Defendants' Bates No. D 02: 006031-33. |
| 15 | Defendants' Bates No. D 02: 006363-68. |
| 25 | Defendants' Bates No. D 02: 007328. |
| 36B | Defendants' Bates No. D 02: 008957-60. |
| 36C | Defendants' Bates No. D 02: 008961-66 (at 02:008961-64 only). |

*Sokolow v. PLO, et al.*
04 Civ. 397 (GBD)(RLE)

| | |
|---|---|
| 36D | Defendants' Bates No. D 02: 008967. |
| 43 | Defendants' Bates No. D 02: 008991-92. |
| 44 | Defendants' Bates No. D 02: 008994-95. |
| 46 | Defendants' Bates No. D 02: 008998. |
| 47 | Defendants' Bates No. D 02: 008999-9001. |
| 48 | Defendants' Bates No. D 02: 009002. |
| 49 | Defendants' Bates No. D 02: 009003-21. |
| 55 | Defendants' Bates No. D 02: 009042. |
| 58 | Defendants' Bates No. D 02: 009046. |
| 59 | Defendants' Bates No. D 02: 009049. |
| 62 | Defendants' Bates No. D 02: 009131-33. |
| 88 | Defendants' Bates No. D 02: 009412. |
| 89 | Defendants' Bates No. D 02: 009413. |
| 90 | Defendants' Bates No. D 02: 009414. |
| 91 | Defendants' Bates No. D 02: 009416. |
| 94 | Defendants' Bates No. D 02: 009433-55. |
| 95 | Defendants' Bates No. D 02: 009456-81. |
| 103 | Defendants' Bates No. D 02: 009501-04. |
| 104 | Defendants' Bates No. D 02: 009505-06. |
| 105 | Defendants' Bates No. D 02: 009507-08. |
| 106 | Defendants' Bates No. D 02: 009509. |
| 107 | Defendants' Bates No. D 02: 009510-31. |
| 108 | Defendants' Bates No. D 02: 009532. |
| 109 | Defendants' Bates No. D 02: 009533-36. |
| 110 | Defendants' Bates No. D 02: 009537-39. |
| 111 | Defendants' Bates No. D 02: 009540-43. |
| 112 | Defendants' Bates No. D 02: 009545. |
| 113 | Defendants' Bates No. D 02: 009546. |
| 114 | Defendants' Bates No. D 02: 009547. |
| 115 | Defendants' Bates No. D 02: 009548-54. |
| 116 | Defendants' Bates No. D 02: 009555. |
| 118 | Defendants' Bates No. D 02: 009576-9623. |
| 119 | Defendants' Bates No. D 02: 009624-25. |
| 120 | Defendants' Bates No. D 02: 009627-28. |
| 121 | Defendants' Bates No. D 02: 009631. |
| 122 | Defendants' Bates No. D 02: 009632. |
| 123 | Defendants' Bates No. D 02: 009633-36. |
| 125 | Defendants' Bates No. D 02: 009639. |
| 126 | Defendants' Bates No. D 02: 009640. |
| 127 | Defendants' Bates No. D 02: 009641. |
| 128 | Defendants' Bates No. D 02: 009642-52. |
| 891 | Defendants' Bates No. D 02: 009030. |
| 892 | Defendants' Bates No. D 02: 009031-32. |
| 895 | Defendants' Bates No. D 02: 009415. |
| 896 | Defendants' Bates No. D 02: 009544. |
| 897 | Defendants' Bates No. D 02: 009629-30. |

*Sokolow v. PLO, et al.*
**04 Civ. 397 (GBD)(RLE)**

    B. Basis for Authenticity

        These documents are authentic PA employment records, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking employment records, the fact that defendants designated them as containing private financial and/or employment information, and the fact that defendants successfully insisted that they remain confidential on the ground that they contain private financial and/or employment information. *See* Fed. R. Evid. 901(b)(4).

    C. Response to Hearsay Objection

        Defendants' hearsay objections are invalid because these documents are:

        1. Admissions. Fed. R. Evid. 801(d)(2);

        2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

        3. Public records. Fed. R. Evid. 803(8); and

        4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

    D. Foundational Witness (if necessary)

        If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the employment records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

II.   **Records of the Ministry of Detainees' Affairs**

    A. The following proposed trial exhibits are records of the PA's Ministry of Detainees' Affairs produced by the defendants:

| Ex. No. | Description |
|---|---|
| 18 | Defendants' Bates No. D 02: 006775-78. |
| 26 | Defendants' Bates No. D 02: 007731-42. |
| 36C | Defendants' Bates No. D 02: 008961-66 (at 02:008965-66 only). |
| 36E | Defendants' Bates No. D 02: 008968. |
| 37 | Defendants' Bates No. D 02: 008969-70. |
| 38 | Defendants' Bates No. D 02: 008971-75. |
| 39 | Defendants' Bates No. D 02: 008976-79. |
| 40 | Defendants' Bates No. D 02: 008980-81. |
| 41 | Defendants' Bates No. D 02: 008982-84. |
| 42 | Defendants' Bates No. D 02: 008985-87. |
| 50 | Defendants' Bates No. D 02: 009024-26. |
| 51 | Defendants' Bates No. D 02: 009027-29. |
| 52 | Defendants' Bates No. D 02: 009033-35. |
| 53 | Defendants' Bates No. D 02: 009036-38. |

*Sokolow v. PLO, et al.*
04 Civ. 397 (GBD)(RLE)

| | |
|---|---|
| 54 | Defendants' Bates No. D 02: 009039-41. |
| 61 | Defendants' Bates No. D 02: 009081-9130. |
| 63 | Defendants' Bates No. D 02: 009134-63. |
| 64 | Defendants' Bates No. D 02: 009164-77. |
| 65 | Defendants' Bates No. D 02: 009178-9200. |
| 66 | Defendants' Bates No. D 02: 009201-26. |
| 67 | Defendants' Bates No. D 02: 009227-37. |
| 69 | Defendants' Bates No. D 02: 009232-34. |
| 70 | Defendants' Bates No. D 02: 009235. |
| 71 | Defendants' Bates No. D 02: 009238-56. |
| 72 | Defendants' Bates No. D 02: 009257-72. |
| 73 | Defendants' Bates No. D 02: 009273-76. |
| 75 | Defendants' Bates No. D 02: 009287-95. |
| 76 | Defendants' Bates No. D 02: 009296-9304. |
| 83 | Defendants' Bates No. D 02: 009305-43. |
| 84 | Defendants' Bates No. D 02: 009354-64. |
| 85 | Defendants' Bates No. D 02: 009365-68. |
| 86 | Defendants' Bates No. D 02: 009369-85. |
| 87 | Defendants' Bates No. D 02: 009400-11. |
| 96 | Defendants' Bates No. D 02: 009482-9500. |
| 117 | Defendants' Bates No. D 02: 009556-75. |
| 893 | Defendants' Bates No. D 02: 009277-86. |
| 894 | Defendants' Bates No. D 02: 009344-53. |

B.  Basis for Authenticity

These documents are authentic records of the PA's Ministry of Detainees' Affairs, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking records concerning payments to specific convicted criminals, the fact that defendants designated them as containing private financial information of said criminals, and the fact that defendants successfully insisted that they remain confidential because they contain private financial information. *See* Fed. R. Evid. 901(b)(4).

C.  Response to Hearsay Objection

Defendants' hearsay objections are invalid because these documents are:

1.  Admissions.  Fed. R. Evid. 801(d)(2);

2.  Records of a regularly-conducted activity.  Fed. R. Evid. 803(6);

3.  Public records.  Fed. R. Evid. 803(8); and

4.  Material qualifying for the residual hearsay exception.  Fed. R. Evid. 807.

*Sokolow v. PLO, et al.*
04 Civ. 397 (GBD)(RLE)

D. Foundational Witness (if necessary)

If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require
defendant PA to produce a witness or witnesses with knowledge of the Ministry of
Detainees' Affairs records' creation, maintenance, and production. Fed. R. Evid.
901(b)(1).

III.    **Martyr Files**

A. The following proposed trial exhibits are records of the PA's and PLO's Institute for
the Care of the Families of Martyrs and the Wounded:

| Ex. No. | Description |
|---------|-------------|
| 16 | Defendants' Bates No. D 02: 006415. |
| 17 | Defendants' Bates No. D 02: 006761-74. |
| 19 | Defendants' Bates No. D 02: 006827-34. |
| 21 | Defendants' Bates No. D 02: 007183-84. |
| 22 | Defendants' Bates No. D 02: 007290-303. |
| 23 | Defendants' Bates No. D 02: 007304-16. |
| 24 | Defendants' Bates No. D 02: 007317-27. |
| 27 | Defendants' Bates No. D 02: 007893-95. |
| 28 | Defendants' Bates No. D 02: 007896-97. |
| 29 | Defendants' Bates No. D 02: 007898. |
| 36A | Defendants' Bates No. D 02: 008952-56. |
| 45 | Defendants' Bates No. D 02: 008996. |
| 60 | Defendants' Bates No. D 02: 009050-80. |
| 92 | Defendants' Bates No. D 02: 009417-29. |
| 93 | Defendants' Bates No. D 02: 009430-32. |
| 207 | Plaintiffs' Bates No. P 1: 3765-99 [produced by defendants in *Gilmore*]. |
| 317A | Plaintiffs' Bates No. P 3: 1-18. |
| 326 | Plaintiffs' Bates No. P 3: 55-58 [produced by defendants in *Gilmore*]. |
| 890 | Defendants' Bates No. D 02: 008997. |

B. Basis for Authenticity

These documents are authentic records of the PA's and PLO's Institute for the Care
of the Families of Martyrs and the Wounded, as seen from the face of the documents,
the fact that defendants produced all of them but Ex. 317A in response to document
requests seeking such records, the fact that defendants designated them as containing
private information, and the fact that defendants represented to the Court that they
contain confidential information. *See* Fed. R. Evid. 901(b)(4).

*Sokolow v. PLO, et al.*
04 Civ. 397 (GBD)(RLE)

    C. Response to Hearsay Objection

       Defendants' hearsay objections are invalid because these documents are:

       1. Admissions. Fed. R. Evid. 801(d)(2);

       2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

       3. Public records. Fed. R. Evid. 803(8); and

       4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

    D. Foundational Witness (if necessary)

       If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the Martyr Files' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

## IV.   GIS Records

    A. The following proposed trial exhibits are records of the PA's General Intelligence Service:

| Ex. No. | Description |
|---|---|
| 129 | Defendants' Bates No. D 02: 009866-70. |
| 130 | Defendants' Bates No. D 02: 009871-78. |
| 131 | Defendants' Bates No. D 02: 009879-86. |
| 132 | Defendants' Bates No. D 02: 009887-88. |
| 133 | Defendants' Bates No. D 02: 009889-93. |
| 134 | Defendants' Bates No. D 02: 009894-98. |
| 135 | Defendants' Bates No. D 02: 009899-9904. |
| 136 | Defendants' Bates No. D 02: 009905-06. |
| 137 | Defendants' Bates No. D 02: 009907-08. |
| 138 | Defendants' Bates No. D 02: 009909-16. |
| 139 | Defendants' Bates No. D 02: 009917. |
| 140 | Defendants' Bates No. D 02: 009918-19. |
| 141 | Defendants' Bates No. D 02: 009920-23. |
| 142 | Defendants' Bates No. D 02: 009924-25. |
| 143 | Defendants' Bates No. D 02: 009926-29. |
| 144 | Defendants' Bates No. D 02: 009930-41. |
| 145 | Defendants' Bates No. D 02: 009942. |
| 146 | Defendants' Bates No. D 02: 009943-44. |
| 147 | Defendants' Bates No. D 02: 009945-51. |
| 148 | Defendants' Bates No. D 02: 009952-54. |
| 149 | Defendants' Bates No. D 02: 009955-56. |
| 150 | Defendants' Bates No. D 02: 009957-58. |
| 151 | Defendants' Bates No. D 02: 009959-61. |

*Sokolow v. PLO, et al.*
**04 Civ. 397 (GBD)(RLE)**

| | |
|---|---|
| 152 | Defendants' Bates No. D 02: 009962-64. |
| 153 | Defendants' Bates No. D 02: 009965-67. |
| 154 | Defendants' Bates No. D 02: 009968-72. |
| 155 | Defendants' Bates No. D 02: 009973-75. |
| 156 | Defendants' Bates No. D 02: 009976-87. |
| 157 | Defendants' Bates No. D 02: 009988-93. |
| 158 | Defendants' Bates No. D 02: 009994-96. |
| 159 | Defendants' Bates No. D 02: 009997-10001. |
| 160 | Defendants' Bates No. D 02: 010002-06. |
| 161 | Defendants' Bates No. D 02: 010007-14. |
| 162 | Defendants' Bates No. D 02: 010015-25. |
| 163 | Defendants' Bates No. D 02: 010026-29. |
| 164 | Defendants' Bates No. D 02: 010030-38. |
| 165 | Defendants' Bates No. D 02: 010039-41. |
| 166 | Defendants' Bates No. D 02: 010044. |
| 167 | Defendants' Bates No. D 02: 010045-50. |
| 168 | Defendants' Bates No. D 02: 010051-52. |
| 169 | Defendants' Bates No. D 02: 010193-96. |
| 233 | Plaintiffs' Bates No. P 1: 554. |
| 1028 | Defendants' Bates No. D 02: 010197. |
| 1029 | Defendants' Bates No. D 02: 010200. |
| 1030 | Defendants' Bates No. D 02: 010201-02. |
| 1031 | Defendants' Bates No. D 02: 010204. |
| 1032 | Defendants' Bates No. D 02: 010217-18. |
| 1033 | Defendants' Bates No. D 02: 010219-22. |
| 1034 | Defendants' Bates No. D 02: 010223. |
| 1035 | Defendants' Bates No. D 02: 010227-30. |
| 1036 | Defendants' Bates No. D 02: 010231. |
| 1037 | Defendants' Bates No. D 02: 010249-52. |
| 1038 | Defendants' Bates No. D 02: 010253-56. |
| 1039 | Defendants' Bates No. D 02: 010257. |
| 1040 | Defendants' Bates No. D 02: 010258. |
| 1041 | Defendants' Bates No. D 02: 010259-62. |
| 1060 | Defendants' Bates No. D 02: 010270. |

B.  Basis for Authenticity

These documents are authentic records of the PA's GIS, as seen from the face of the documents, the fact that defendants produced all but Ex. 233 in response to document requests seeking records of the GIS, the fact that defendants answered interrogatories about Ex. 233 in a manner that did not challenge its authenticity, the fact that defendants designated all the GIS records as containing confidential and privileged information, and the fact that defendants represented to the Court that they contain confidential and privileged information. *See* Fed. R. Evid. 901(b)(4).

*Sokolow v. PLO, et al.*
**04 Civ. 397 (GBD)(RLE)**

    C.  Response to Hearsay Objection

       Defendants' hearsay objections are invalid because these documents are:

       1.  Admissions. Fed. R. Evid. 801(d)(2);

       2.  Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

       3.  Public records. Fed. R. Evid. 803(8); and

       4.  Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

    D.  Foundational Witness (if necessary)

       If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the GIS records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

**V.  Records of the Ministry of Finance**

    A.  The following proposed trial exhibits are records of the PA's Ministry of Finance:

| Ex. No. | Description |
|---------|-------------|
| 20 | Defendants' Bates No. D 02: 006835-40 |
| 173 | Defendants' Bates No. D 04: 000493-494 |

    B.  Basis for Authenticity

       These documents are authentic records of the PA's Ministry of Finance, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking records concerning payments to Fatah, the fact that defendants designated them as containing previously nondisclosed financial information, and the fact that defendants successfully insisted that they remain confidential because they contain previously nondisclosed financial information. *See* Fed. R. Evid. 901(b)(4).

    C.  Response to Hearsay Objection

       Defendants' hearsay objections are invalid because these documents are:

       1.  Admissions. Fed. R. Evid. 801(d)(2);

       2.  Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

       3.  Public records. Fed. R. Evid. 803(8); and

       4.  Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

*Sokolow v. PLO, et al.*
**04 Civ. 397 (GBD)(RLE)**

    D. Foundational Witness (if necessary)

       If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the Ministry of Finance's records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).