# EXHIBIT J

# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

April 28, 2014

**VIA E-MAIL**

Brian A. Hill, Esq.
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

    Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
          Docket No. 04-CV-397 (GBD)(RLE)

Dear Brian:

    I enclose a revised list of the exhibits at issue on Plaintiffs' motion to overrule defendants' authenticity and hearsay objections to their own records.

                                    Sincerely,

                                    Kent A. Yalowitz

Encl.

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

## TRIAL EXHIBITS AT ISSUE IN
## PLAINTIFFS' MOTION TO OVERRULE
## DEFENDANTS' AUTHENTICITY AND HEARSAY OBJECTIONS
## TO THEIR OWN RECORDS
## (AMENDED)

Plaintiffs have sought the Court's assistance to resolve defendants' authenticity and hearsay objections to their own records. Defendants produced the vast majority of the records in discovery in this case, and most of those after the discovery cutoff. The records fall into the following five categories:

1. PA Employment Records of certain individuals
2. Records of the PA's Ministry of Detainees' Affairs
3. Records of the PA's and PLO's Institute for the Care of the Families of Martyrs and the Wounded ("Martyr Files")
4. Records of the PA's General Intelligence Service ("GIS")
5. Records of the PA's Ministry of Finance

### I. Employment Records

A. The following proposed trial exhibits are PA employment records produced by the defendants:

| Ex. No. | Description |
|---|---|
| 1 | Defendants' Bates No. D 02: 000590-91. |
| 2 | Defendants' Bates No. D 02: 004473-75. |
| 3 | Defendants' Bates No. D 02: 004476-78. |
| 4 | Defendants' Bates No. D 02: 004479-81. |
| 5 | Defendants' Bates No. D 02: 004482-83. |
| 6 | Defendants' Bates No. D 02: 004484-86. |
| 7 | Defendants' Bates No. D 02: 004487-91. |
| 8 | Defendants' Bates No. D 02: 004492-96. |
| 9 | Defendants' Bates No. D 02: 004497-99. |
| 10 | Defendants' Bates No. D 02: 004500-04. |
| 11A | Defendants' Bates No. D 02: 004505-07. |
| 11B | Defendants' Bates No. D 02: 004508-10. |
| 11C | Defendants' Bates No. D 02: 004511-13. |
| 13 | Defendants' Bates No. D 02: 006031-33. |
| 15 | Defendants' Bates No. D 02: 006363-68. |
| 25 | Defendants' Bates No. D 02: 007328. |
| 36B | Defendants' Bates No. D 02: 008957-60. |

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

| | |
|---|---|
| 36C | Defendants' Bates No. D 02: 008961-66 (at 02:008961-64 only). |
| 36D | Defendants' Bates No. D 02: 008967. |
| 43 | Defendants' Bates No. D 02: 008991-92. |
| 44 | Defendants' Bates No. D 02: 008994-95. |
| 46 | Defendants' Bates No. D 02: 008998. |
| 47 | Defendants' Bates No. D 02: 008999-9001. |
| 48 | Defendants' Bates No. D 02: 009002. |
| 49 | Defendants' Bates No. D 02: 009003-21. |
| 55 | Defendants' Bates No. D 02: 009042. |
| 58 | Defendants' Bates No. D 02: 009046. |
| 59 | Defendants' Bates No. D 02: 009049. |
| 62 | Defendants' Bates No. D 02: 009131-33. |
| 88 | Defendants' Bates No. D 02: 009412. |
| 89 | Defendants' Bates No. D 02: 009413. |
| 90 | Defendants' Bates No. D 02: 009414. |
| 91 | Defendants' Bates No. D 02: 009416. |
| 94 | Defendants' Bates No. D 02: 009433-55. |
| 95 | Defendants' Bates No. D 02: 009456-81. |
| 103 | Defendants' Bates No. D 02: 009501-04. |
| 104 | Defendants' Bates No. D 02: 009505-06. |
| 105 | Defendants' Bates No. D 02: 009507-08. |
| 106 | Defendants' Bates No. D 02: 009509. |
| 107 | Defendants' Bates No. D 02: 009510-31. |
| 108 | Defendants' Bates No. D 02: 009532. |
| 109 | Defendants' Bates No. D 02: 009533-36. |
| 110 | Defendants' Bates No. D 02: 009537-39. |
| 111 | Defendants' Bates No. D 02: 009540-43. |
| 112 | Defendants' Bates No. D 02: 009545. |
| 113 | Defendants' Bates No. D 02: 009546. |
| 114 | Defendants' Bates No. D 02: 009547. |
| 115 | Defendants' Bates No. D 02: 009548-54. |
| 116 | Defendants' Bates No. D 02: 009555. |
| 118 | Defendants' Bates No. D 02: 009576-9623. |
| 119 | Defendants' Bates No. D 02: 009624-25. |
| 120 | Defendants' Bates No. D 02: 009627-28. |
| 121 | Defendants' Bates No. D 02: 009631. |
| 122 | Defendants' Bates No. D 02: 009632. |
| 123 | Defendants' Bates No. D 02: 009633-36. |
| 125 | Defendants' Bates No. D 02: 009639. |
| 126 | Defendants' Bates No. D 02: 009640. |
| 127 | Defendants' Bates No. D 02: 009641. |
| 128 | Defendants' Bates No. D 02: 009642-52. |
| 891 | Defendants' Bates No. D 02: 009030. |
| 892 | Defendants' Bates No. D 02: 009031-32. |
| 895 | Defendants' Bates No. D 02: 009415. |
| 896 | Defendants' Bates No. D 02: 009544. |
| 897 | Defendants' Bates No. D 02: 009629-30. |

*Sokolow v. PLO, et al.*                                                             April 28, 2014
04 Civ. 397 (GBD)(RLE)

    B. Basis for Authenticity

        1. These documents are authentic PA employment records, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking employment records, the fact that defendants designated them as containing private financial and/or employment information, and the fact that defendants successfully insisted that they remain confidential on the ground that they contain private financial and/or employment information. *See* Fed. R. Evid. 901(b)(4).

        2. These documents are also authentic PA employment records by virtue of the fact that defendants admitted to the authenticity of certain exhibits in response to requests for admission and even referenced them in lieu of narrative answers in interrogatory responses (Exs. 2, 4, 6, 9, and 13). Defendants produced the admittedly authentic documents prior to the close of fact discovery, unlike the vast majority of the documents at issue here. Defendants have no principled basis for distinguishing between the admittedly authentic records and the other records in this category, which are substantially identical in all material respects.

    C. Response to Hearsay Objection

    Defendants' hearsay objections are invalid because these documents are:

    1. Admissions. Fed. R. Evid. 801(d)(2);

    2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

    3. Public records. Fed. R. Evid. 803(8); and

    4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

    D. Foundational Witness (if necessary)

    If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the employment records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

II. **Records of the Ministry of Detainees' Affairs**

    A. The following proposed trial exhibits are records of the PA's Ministry of Detainees' Affairs produced by the defendants:

| Ex. No. | Description |
|---|---|
| 18 | Defendants' Bates No. D 02: 006775-78. |
| 26 | Defendants' Bates No. D 02: 007731-42. |

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

| | |
|---|---|
| 36C | Defendants' Bates No. D 02: 008961-66 (at 02:008965-66 only). |
| 36E | Defendants' Bates No. D 02: 008968. |
| 37 | Defendants' Bates No. D 02: 008969-70. |
| 38 | Defendants' Bates No. D 02: 008971-75. |
| 39 | Defendants' Bates No. D 02: 008976-79. |
| 40 | Defendants' Bates No. D 02: 008980-81. |
| 41 | Defendants' Bates No. D 02: 008982-84. |
| 42 | Defendants' Bates No. D 02: 008985-87. |
| 50 | Defendants' Bates No. D 02: 009024-26. |
| 51 | Defendants' Bates No. D 02: 009027-29. |
| 52 | Defendants' Bates No. D 02: 009033-35. |
| 53 | Defendants' Bates No. D 02: 009036-38. |
| 54 | Defendants' Bates No. D 02: 009039-41. |
| 61 | Defendants' Bates No. D 02: 009081-9130. |
| 63 | Defendants' Bates No. D 02: 009134-63. |
| 64 | Defendants' Bates No. D 02: 009164-77. |
| 65 | Defendants' Bates No. D 02: 009178-9200. |
| 66 | Defendants' Bates No. D 02: 009201-26. |
| 67 | Defendants' Bates No. D 02: 009227-37. |
| 69 | Defendants' Bates No. D 02: 009232-34. |
| 70 | Defendants' Bates No. D 02: 009235. |
| 71 | Defendants' Bates No. D 02: 009238-56. |
| 72 | Defendants' Bates No. D 02: 009257-72. |
| 73 | Defendants' Bates No. D 02: 009273-76. |
| 75 | Defendants' Bates No. D 02: 009287-95. |
| 76 | Defendants' Bates No. D 02: 009296-9304. |
| 83 | Defendants' Bates No. D 02: 009305-43. |
| 84 | Defendants' Bates No. D 02: 009354-64. |
| 85 | Defendants' Bates No. D 02: 009365-68. |
| 86 | Defendants' Bates No. D 02: 009369-85. |
| 87 | Defendants' Bates No. D 02: 009400-11. |
| 96 | Defendants' Bates No. D 02: 009482-9500. |
| 117 | Defendants' Bates No. D 02: 009556-75. |
| 893 | Defendants' Bates No. D 02: 009277-86. |
| 894 | Defendants' Bates No. D 02: 009344-53. |

B. Basis for Authenticity

1. These documents are authentic records of the PA's Ministry of Detainees' Affairs, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking records concerning payments to specific convicted criminals, the fact that defendants designated them as containing private financial information of said criminals, and the fact that defendants successfully insisted that they remain confidential because they contain private financial information. *See* Fed. R. Evid. 901(b)(4).

2. These documents are also authentic because defendants have no principled basis for distinguishing between admittedly authentic records and the records

4

*Sokolow v. PLO, et al.*                                       April 28, 2014
04 Civ. 397 (GBD)(RLE)

in this category.

C. Response to Hearsay Objection

Defendants' hearsay objections are invalid because these documents are:

1. Admissions. Fed. R. Evid. 801(d)(2);

2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

3. Public records. Fed. R. Evid. 803(8); and

4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

D. Foundational Witness (if necessary)

If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the Ministry of Detainees' Affairs records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

III. **Martyr Files**

A. The following proposed trial exhibits are records of the PA's and PLO's Institute for the Care of the Families of Martyrs and the Wounded:

| Ex. No. | Description |
|---|---|
| 16 | Defendants' Bates No. D 02: 006415. |
| 17 | Defendants' Bates No. D 02: 006761-74. |
| 19 | Defendants' Bates No. D 02: 006827-34. |
| 21 | Defendants' Bates No. D 02: 007183-84. |
| 22 | Defendants' Bates No. D 02: 007290-303. |
| 23 | Defendants' Bates No. D 02: 007304-16. |
| 24 | Defendants' Bates No. D 02: 007317-27. |
| 27 | Defendants' Bates No. D 02: 007893-95. |
| 28 | Defendants' Bates No. D 02: 007896-97. |
| 29 | Defendants' Bates No. D 02: 007898. |
| 36A | Defendants' Bates No. D 02: 008952-56. |
| 45 | Defendants' Bates No. D 02: 008996. |
| 60 | Defendants' Bates No. D 02: 009050-80. |
| 92 | Defendants' Bates No. D 02: 009417-29. |
| 93 | Defendants' Bates No. D 02: 009430-32. |
| 207 | Plaintiffs' Bates No. P 1: 3765-99 [produced by defendants in *Gilmore*]. |
| 317A | Plaintiffs' Bates No. P 3: 1-18. |
| 326 | Plaintiffs' Bates No. P 3: 55-58 [produced by defendants in *Gilmore*]. |
| 890 | Defendants' Bates No. D 02: 008997. |

*Sokolow v. PLO, et al.* April 28, 2014
04 Civ. 397 (GBD)(RLE)

    B. Basis for Authenticity

        1. These documents are authentic records of the PA's and PLO's Institute for the Care of the Families of Martyrs and the Wounded, as seen from the face of the documents, the fact that defendants produced all of them but Ex. 317A in response to document requests seeking such records, the fact that defendants designated them as containing private information, and the fact that defendants represented to the Court that they contain confidential information. *See* Fed. R. Evid. 901(b)(4).

        2. These documents are also authentic records of the PA's and PLO's Institute for the Care of the Families of Martyrs and the Wounded by virtue of the fact that defendants admitted to the authenticity of Exs. 22, 23, 24. Defendants produced the admittedly authentic documents prior to the close of fact discovery, unlike the vast majority of the documents at issue here. Defendants have no principled basis for distinguishing between the admittedly authentic records and the other records in this category, which are substantially identical in all material respects.

    C. Response to Hearsay Objection

    Defendants' hearsay objections are invalid because these documents are:

    1. Admissions. Fed. R. Evid. 801(d)(2);

    2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

    3. Public records. Fed. R. Evid. 803(8); and

    4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

    D. Foundational Witness (if necessary)

    If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the Martyr Files' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

## IV. GIS Records

    A. The following proposed trial exhibits are records of the PA's General Intelligence Service:

| Ex. No. | Description |
|---|---|
| 129 | Defendants' Bates No. D 02: 009866-70. |
| 130 | Defendants' Bates No. D 02: 009871-78. |
| 131 | Defendants' Bates No. D 02: 009879-86. |

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

| | |
|---|---|
| 132 | Defendants' Bates No. D 02: 009887-88. |
| 133 | Defendants' Bates No. D 02: 009889-93. |
| 134 | Defendants' Bates No. D 02: 009894-98. |
| 135 | Defendants' Bates No. D 02: 009899-9904. |
| 136 | Defendants' Bates No. D 02: 009905-06. |
| 137 | Defendants' Bates No. D 02: 009907-08. |
| 138 | Defendants' Bates No. D 02: 009909-16. |
| 139 | Defendants' Bates No. D 02: 009917. |
| 140 | Defendants' Bates No. D 02: 009918-19. |
| 141 | Defendants' Bates No. D 02: 009920-23. |
| 142 | Defendants' Bates No. D 02: 009924-25. |
| 143 | Defendants' Bates No. D 02: 009926-29. |
| 144 | Defendants' Bates No. D 02: 009930-41. |
| 145 | Defendants' Bates No. D 02: 009942. |
| 146 | Defendants' Bates No. D 02: 009943-44. |
| 147 | Defendants' Bates No. D 02: 009945-51. |
| 148 | Defendants' Bates No. D 02: 009952-54. |
| 149 | Defendants' Bates No. D 02: 009955-56. |
| 150 | Defendants' Bates No. D 02: 009957-58. |
| 151 | Defendants' Bates No. D 02: 009959-61. |
| 152 | Defendants' Bates No. D 02: 009962-64. |
| 153 | Defendants' Bates No. D 02: 009965-67. |
| 154 | Defendants' Bates No. D 02: 009968-72. |
| 155 | Defendants' Bates No. D 02: 009973-75. |
| 156 | Defendants' Bates No. D 02: 009976-87. |
| 157 | Defendants' Bates No. D 02: 009988-93. |
| 158 | Defendants' Bates No. D 02: 009994-96. |
| 159 | Defendants' Bates No. D 02: 009997-10001. |
| 160 | Defendants' Bates No. D 02: 010002-06. |
| 161 | Defendants' Bates No. D 02: 010007-14. |
| 162 | Defendants' Bates No. D 02: 010015-25. |
| 163 | Defendants' Bates No. D 02: 010026-29. |
| 164 | Defendants' Bates No. D 02: 010030-38. |
| 165 | Defendants' Bates No. D 02: 010039-41. |
| 166 | Defendants' Bates No. D 02: 010044. |
| 167 | Defendants' Bates No. D 02: 010045-50. |
| 168 | Defendants' Bates No. D 02: 010051-52. |
| 169 | Defendants' Bates No. D 02: 010193-96. |
| 233 | Plaintiffs' Bates No. P 1: 554. |
| 1028 | Defendants' Bates No. D 02: 010197. |
| 1029 | Defendants' Bates No. D 02: 010200. |
| 1030 | Defendants' Bates No. D 02: 010201-02. |
| 1031 | Defendants' Bates No. D 02: 010204. |
| 1032 | Defendants' Bates No. D 02: 010217-18. |
| 1033 | Defendants' Bates No. D 02: 010219-22. |
| 1034 | Defendants' Bates No. D 02: 010223. |
| 1035 | Defendants' Bates No. D 02: 010227-30. |
| 1036 | Defendants' Bates No. D 02: 010231. |

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

| 1037 | Defendants' Bates No. D 02: 010249-52. |
| 1038 | Defendants' Bates No. D 02: 010253-56. |
| 1039 | Defendants' Bates No. D 02: 010257. |
| 1040 | Defendants' Bates No. D 02: 010258. |
| 1041 | Defendants' Bates No. D 02: 010259-62. |
| 1060 | Defendants' Bates No. D 02: 010270. |

- B. Basis for Authenticity

    1. These documents are authentic records of the PA's GIS, as seen from the face of the documents, the fact that defendants produced all but Ex. 233 in response to document requests seeking records of the GIS, the fact that defendants answered interrogatories about Ex. 233 in a manner that did not challenge its authenticity, the fact that defendants designated all the GIS records as containing confidential and privileged information, and the fact that defendants represented to the Court that they contain confidential and privileged information. *See* Fed. R. Evid. 901(b)(4).

    2. These documents are also authentic because defendants have no principled basis for distinguishing between admittedly authentic records and the records in this category.

- C. Response to Hearsay Objection

    Defendants' hearsay objections are invalid because these documents are:

    1. Admissions. Fed. R. Evid. 801(d)(2);

    2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

    3. Public records. Fed. R. Evid. 803(8); and

    4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

- D. Foundational Witness (if necessary)

    If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the GIS records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).

V. **Records of the Ministry of Finance**

- A. The following proposed trial exhibits are records of the PA's Ministry of Finance:

| Ex. No. | Description |
|---|---|
| 20 | Defendants' Bates No. D 02: 006835-40 |

8

*Sokolow v. PLO, et al.*  April 28, 2014
04 Civ. 397 (GBD)(RLE)

| 173 | Defendants' Bates No. D 04: 000493-494 |

B. Basis for Authenticity

1. These documents are authentic records of the PA's Ministry of Finance, as seen from the face of the documents, the fact that defendants produced them in response to document requests seeking records concerning payments to Fatah, the fact that defendants designated them as containing previously nondisclosed financial information, and the fact that defendants successfully insisted that they remain confidential because they contain previously nondisclosed financial information. *See* Fed. R. Evid. 901(b)(4).

2. These documents are also authentic because defendants have no principled basis for distinguishing between admittedly authentic records and the records in this category.

C. Response to Hearsay Objection

Defendants' hearsay objections are invalid because these documents are:

1. Admissions. Fed. R. Evid. 801(d)(2);

2. Records of a regularly-conducted activity. Fed. R. Evid. 803(6);

3. Public records. Fed. R. Evid. 803(8); and

4. Material qualifying for the residual hearsay exception. Fed. R. Evid. 807.

D. Foundational Witness (if necessary)

If there is a genuine dispute as to authenticity or hearsay, plaintiffs will require defendant PA to produce a witness or witnesses with knowledge of the Ministry of Finance's records' creation, maintenance, and production. Fed. R. Evid. 901(b)(1).