# MILLER CHEVALIER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 23 2014

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

**SO ORDERED**

The oral argument is adjourned to July 22, 2014 at 11:00 a.m.

*Judge B Daniels*
HON. GEORGE B. DANIELS

May 22, 2014

MAY 23 2014

BY ECF
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Sokolow v. Palestine Liberation Organization*, No. 04-CV-397(GBD) (RLE)

Dear Judge Daniels:

I write to request that the oral argument in this matter presently set for June 30 be adjourned to July 22 or 23, 2014.

I also request that the current due date for requests to charge the jury be adjourned to August 8, 2014.

Plaintiffs consent to the two requested adjournments so long as there is no delay of the other deadlines on which the parties and the Court have agreed. The remaining due dates would therefore be as follows:

- July 2: Plaintiffs' motion for an anonymous jury.
- July 9: Defendants' motion to sever.
- July 23: Defendants' opposition to motion for an anonymous jury.
- July 30: Plaintiffs' opposition to motion to sever.
- July 30: Plaintiffs' reply in support of motion for an anonymous jury.
- July 30: Proposed Jury Questionnaires by the parties. (Joint submission if practicable).
- August 6: Defendants' reply in support of motion to sever.
- August 8: Requests to charge.
- August 29: Objections to requests to charge.



We appreciate the Court's consideration of the foregoing.

Sincerely,

Brian A. Hill

Miller & Chevalier Chartered

1429478.1