UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
Sokolow, et al.,

                                   Plaintiffs,

       -v-

Palestinian Liberation Organization, et al.,

                                   Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 28 2014

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

04 Civ. 397 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:

Current Discovery Dispute

\*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions: \_\_\_\_

Dated: May 23, 2014

SO ORDERED.

*/s/ George B. Daniels*
United States District Judge