# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

May 29, 2014

**VIA ECF & FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write on behalf of plaintiffs. Plaintiffs are preparing their opposition to defendants' motion for summary judgment in anticipation of the June 6 due date. The exhibits opposing summary judgment will be voluminous.

    For that reason, we respectfully request the Court's permission to provide courtesy copies of the exhibits in electronic form (in CD format) rather than on paper. This would reduce burden on the parties and on the Court.

                                              Respectfully,

                                              Kent A. Yalowitz

cc:    All ECF Counsel