UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

      - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

**ORDER**

04 Civ. 397 (GBD) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6-3-14

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' Motion for Discovery Sanctions and the accompanying Memorandum of Law and Declaration.

**IT IS HEREBY ORDERED** that:

(1) Defendants serve their response to the motion on or before **June 13, 2014**; and

(2) Plaintiffs serve their reply on or before **June 20, 2014**.

**SO ORDERED this 3rd day of June 2014**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge