# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

212.715.1113
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

June 6, 2014

**BY HAND AND ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I enclose a chambers copy of each the following documents, which have been served on defendants electronically:

1. Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment;

2. Response to Defendants' Rule 56.1 Statement;

3. Memorandum of Law in Opposition to Defendants' Motion in Limine;

4. Declaration of Kent A. Yalowitz in Opposition to Defendants' Motion for Summary Judgment and Motion in Limine (with Exhibit A on paper and other exhibits on DVD); and

5. Memorandum of Law in Support of Plaintiffs' Motion for Discovery Sanctions (May 15, 2014) (undocketed; with exhibits on DVD).

                                              Respectfully,

                                              Kent A. Yalowitz

Encls.

cc:    Brian A. Hill (with enclosures)
       All ECF counsel (without enclosures)