# Exhibit 1

# A. F. & R. SHEHADEH LAW FIRM
## EST. 1935

*Aziz B. Shehadeh, 1912- 1985*
*Fuad Shehadeh, Advocate\*=*
*Raja Shehadeh, Barrister -at -Law\*+*
*Nadeem Shehadeh, Jur. Dr. \*#*
*Kareem Shehadeh, Jur. Dr. \**
*Hadi Mashal, LL.B, LL.M.\**
*Anton H. Nassar, LL.B\**
*Nadia El-Khatieb LL.B\**
*Lubna Ibrahim LL.B\**

\*Member - Palestinian Bar
=Member - Israeli Bar
+Member - English Bar/Lincoln's Inn
#Member - American Bar Ass./Utah

Ramallah:   26 Main Street
            P.O.Box 74; or
Jerusalem:  P.O.Box 20007
            Jerusalem 91199

Tel: (02) 2956441, (02) 2984222, (02) 2961111, (02) 2963333, (02) 2967777, Fax: (02) 2953471
Website: www.shehadehlaw.com - e-mail: info@shehadehlaw.com

## Expert report by Raja Shehadeh

I.  **Introduction**

1.  I have been engaged by the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO) to serve as a testifying expert witness. This report is for use in the case of the case of *Sokolow v. Palestinian Liberation Organization*.

2.  Attached as exhibit A is my CV which describes various qualifications that enable me to render the opinions summarized and described below.

3.  I was born in 1951. I come from a family of lawyers and judges and am myself a Palestinian lawyer and writer. I studied law in London where I was called to the Bar at Lincoln's Inn. My grandfather, Salim Shehadeh, served as a District Court judge in the British Mandate on Palestine. My father Aziz was also a lawyer and was one of the first Palestinians to publicly support a two-state solution to the Arab Israeli conflict, a position which I myself continue to support. I am the founder of the Palestinian human rights organization Al Haq, an affiliate of the International Commission of Jurists (ICJ). I have written several books and numerous articles published in international journals on international law, human rights and the Middle East. In 2008, I was awarded the Orwell Prize, Britain's preeminent award for political writing for my recent

# A. F. & R. SHEHADEH LAW FIRM
## EST. 1935

*Aziz B. Shehadeh, 1912- 1985*
*Fuad Shehadeh, Advocate\*=*
*Raja Shehadeh, Barrister -at -Law\*+*
*Nadeem Shehadeh, Jur. Dr. \*#*
*Kareem Shehadeh, Jur. Dr. \**
*Hadi Mashal, LL.B, LL.M.\**
*Anton H. Nassar, LL.B\**
*Nadia El-Khatieb LL.B\**
*Lubna Ibrahim LL.B\**

\*Member - Palestinian Bar
=Member - Israeli Bar
+Member - English Bar/Lincoln's Inn
#Member - American Bar Ass./Utah

Ramallah:   26 Main Street
            P.O.Box 74; or
Jerusalem:  P.O.Box 20007
            Jerusalem 91199

Tel: (02) 2956441, (02) 2984222, (02) 2961111, (02) 2963333, (02) 2967777, Fax: (02) 2953471
Website: www.shehadehlaw.com - e-mail: info@shehadehlaw.com

and cooperation (Israeli-Palestinian cooperation concerning regional programs).

ix. The term used in Article XIII of the DOP in relation to the Israeli forces is "redeployment," not "withdrawal." The Article states that: "After the entry into force of this Declaration of Principles, and not later than the eve of elections for the Council, a redeployment of Israeli military forces in the West Bank and the Gaza Strip will take place…"

x. Article 1.1 states that "Israel shall transfer powers and responsibilities... to the [PA]…" On 23 November 1995 the "Commander of the Israeli Army in the Area of Judea and Samaria" [the name Israel uses for the West Bank] issued Military Proclamation Number 7, entitled Order for the Implementation of the Interim Agreement. According to Article 4.a. of this Order, "the Military Commander of the Israeli Army in the Area and the head of the Civil Administration shall transfer to the Council and its agencies, powers and responsibilities exercised by them or by those delegated or appointed by them to include legislative, judicial and executive powers. All of this shall be in accordance with the provisions of the Interim Agreement and as provided therein." (This is my translation from the Arabic version of the Proclamation).

xi. Most of the area in the West Bank came to be defined under the terms of the Interim Agreement as either Area B, where the PA had limited jurisdiction and where Israel "retained the overriding responsibility for security for the purpose of protecting Israelis and confronting the threat of terrorism" or Area C, where the PA had no jurisdiction except for over the personal jurisdiction of Palestinians living there. The Agreement provided that the Palestinian police were responsible for