# Exhibit 3

```
 1              THE UNITED STATES DISTRICT COURT

 2                  THE DISTRICT OF COLUMBIA

 3

 4

 5   THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                         )
 6                        Plaintiff, )
                                         )
 7            vs.                    )    Case No.
                                     )04-1173(PLF)(JMF)
 8                                   )
     THE PALESTINIAN AUTHORITY, et al.,   )
 9                                   )
                          Defendants.)
10   _____)

11

12

13

14                    DEPOSITION OF

15                  HASAN ABU-LIBDEH

16                East Jerusalem, Israel

17                   June 16, 2010

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR
```

Page 118

1    Q.  Yes.
2    A.  The PLO Executive Committee, being the sole
3  -- or the Executive Committee of the PLO, the sole
4  legitimate representative of the Palestinian people,
5  who entered into interim contractual arrangements with
6  Israel, has founded the PA in accordance with the
7  agreements. And in this regard, the PLO has the full
8  authority to dismantle the PNA or to instruct the PNA
9  in terms of alignment with the political program,
10  objectives, and policies of the PLO, but no executive
11  authority of the PLO over the PNA.
12    Q.  Thank you.
13    As the designated representative of the
14  Palestinian National Authority, please advise whether
15  or not the negotiations with the State of Israel are
16  handled by the Palestinian National Authority or the
17  Palestine Liberation Organization?
18    A.  Negotiations --
19    MR. O'TOOLE: Objection as to the time
20  frame. I didn't hear a time frame on the question.
21    A.  Never mind. Negotiations --
22    MR. HEIDEMAN: No, no, if there is an
23  objection -- thank you, if there is an objection and
24  the judge were to sustain the objection, your answer
25  would be stricken. So that's why I'm trying to both

Page 119

1  respectfully but carefully listen to the objection, and
2  that's why I often rephrase to avoid it.
3    A.  Thank you.
4    Q.  Thank you.
5    So can you please explain, for the time
6  period of 1999 through 2005, whether the Palestinian
7  National Authority was responsible for the negotiations
8  with the State of Israel, or whether those
9  responsibilities were in the authority of the Palestine
10  Liberation Organization?
11    A.  Please define the word "negotiations."
12    Q.  Communications and discussions about issues
13  relating to governance and other functions within the
14  area of the West Bank and Gaza.
15    A.  On issues relating to the exercise of the
16  functions and responsibilities of the PNA in accordance
17  with the Oslo Agreements, all communication with the
18  Israeli side is done by the PA. Other communications
19  relating to the final status and the fate of the
20  Palestinian Territory and the fate of the future
21  relations with Israel, that is the function of the PLO.
22    Q.  Thank you very much.
23    Was the Palestinian National Authority ever
24  made accountable to the PLO Executive Committee?
25    A.  The PNA being made accountable to the

Page 120

1  Executive Committee of the PLO?
2    Q.  Yes.
3    A.  The PNA is accountable in the sense of being
4  committed and obliged to function in harmony and
5  agreement with the political framework or the political
6  platform of the PLO, and the strategic policies
7  viz-a-viz the Palestinian people at large.
8    Q.  Thank you.
9    What was the function of the Palestinian
10  Authority at the time of its creation in 1993?
11    A.  The Palestinian Authority assumed the
12  responsibility and accepted responsibility in the
13  various spheres of life of the Palestinian people for
14  the interim period, which covered the social, cultural,
15  sports, economics, and other attributes of the
16  Palestinian society.
17    Q.  Did the function of the Palestinian
18  National Authority, as you just described it, change at
19  any time prior to March 24, 2002?
20    A.  The functions, again, are -- are explicitly
21  stated and listed in the Oslo Agreements, and in
22  accordance with the Basic Law, that is consistent also
23  with the Oslo Agreements.
24    Q.  You have referred in one of your recent
25  answers to the PNC, if I heard you right.

Page 121

1    A.  No.
2    Q.  Can you please explain what that is?
3    A.  I have not said the word "PNC" at all.
4    Q.  Okay, thank you.
5    A.  I said "PLC," maybe.
6    Q.  PLC?
7    A.  Probably, if I did say that, but PNC? Never
8  said it.
9    Q.  Are you familiar with an entity known as the
10  Palestine Media Center?
11    A.  Media center? Palestine Media Center?
12  Could you tell it to me in Arabic?
13    Can I see the document?
14    Q.  Yes, of course.
15    A.  Because there are so many centers with this
16  name.
17    MR. HEIDEMAN: Let me hand the witness what
18  I think we'll use as Exhibit 19, in order to continue
19  from day to day, if that's agreeable to counsel,
20  instead of starting over.
21    MR. O'TOOLE: That's agreeable, if that's
22  how counsel wants to proceed.
23    MR. HEIDEMAN: All right. Thank you.
24    Let me hand the witness what will be marked
25  as Exhibit 19.