# Exhibit 5

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   ESTATE OF ESTHER KLIEMAN, et al.,)
                                      )
 5           Plaintiffs,              )
                                      )
 6   vs.                              ) Civil Action
                                      ) No. 04-1173 (PLF/JMF)
 7   THE PALESTINIAN AUTHORITY;       )
     et al.,                          )
 8                                    )
             Defendants.              )
 9   _____)
10
11
12
13
14          30(b)(6) DEPOSITION OF AFIF SAFIEH
15                  JERUSALEM, ISRAEL
16                  FEBRUARY 10, 2011
17
18
19
20
21
22
23
24
25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

Page 86

1  Q. And on what date did the PLO create the
2  Palestinian National Authority?
3  A. You know that the negotiations in Oslo, the
4  back channel, were from the beginning of '93 until
5  August of '93. And that agreement, on the interim
6  period, was signed on the White House lawn on the
7  13th of September, '93. And a couple of months later,
8  Yasser Arafat had it endorsed by the Executive Committee
9  of the PLO. And Mr. Zanoun convened a session of the
10 Central Council to endorse that agreement that was
11 signed and to give its green light for the creation
12 of it.
13      But once that was decided, the PA, or PNA,
14 starts to have its own autonomous existence with its
15 own institutions. And if you remember, it all started
16 with the Gaza-Jericho agreement. And the Israelis
17 withdrew out of the urban centers of the West Bank in
18 December '95, allowing the presidential elections of
19 early '96.
20      But, by the way, these decisions were not easy
21 to take. There was a lot of persuasion needed. But
22 they were moments of hope. We would always say that
23 history now is in the making. And we were unreasonably
24 reasonable to give hope a chance.
25  Q. At the time the PLO created the Palestinian

Page 87

1  National Authority in 1993, did the PLO cause the
2  Palestinian National Authority to become separately
3  incorporated?
4  A. Again, I --
5      MR. HIBEY: I'm going to object to the use of
6  the word "incorporated."
7      THE WITNESS: I'm not comfortable, and I don't
8  know what you mean by "separately incorporated."
9      MR. HIBEY: Calls for a legal conclusion.
10     THE WITNESS: The Palestinian National
11 Authority is a result of a bilateral agreement,
12 with the world as our witness, between the government
13 of Israel and the PLO, negotiating on behalf of
14 the totality of the Palestinian people to create a
15 self-governing body in the territories occupied in '67,
16 which are the West Bank, including East Jerusalem, and
17 Gaza. And the organs that emanated would be organs
18 that represent that constituency.
19  Q. BY MR. HEIDEMAN: Thank you.
20  A. So it's a new dynamic for a totally separate
21 structure. But the green light for its birth was
22 given by the PLO, who had negotiated on behalf of the
23 Palestinian people. Yes.
24  Q. Thank you.
25      At the time of the elections in 1996, was

Page 88

1  Fatah the dominant party?
2  A. Now you're taking too much on the word
3  "dominant." In 1996, yes. And it was so comfortable
4  in Palestinian public opinion that there were certain
5  factions that were not on the official list of Fatah,
6  but who wanted to run for the legislative elections,
7  who ran as independents against the official list.
8  And a few of them won in those elections against the
9  officials.
10      So it was comfortable, and we were speaking
11 still at the moment of political hope. That election
12 occurred two months after the Israeli withdrawal out of
13 the urban centers. I remember, from London, I had sent
14 to Bethlehem 12 bagpipes donated by the Lord Provost,
15 Lord Mayor of Glasgow. And I remember the student --
16 the scout movement playing -- and it's an instrument
17 I detest -- playing the bagpipes to celebrate the
18 withdrawal out of the urban center of Bethlehem. And
19 that was before it was caged --
20  Q. Thank you.
21  A. -- and all the urban centers of the West Bank.
22 So there was a moment of hope.
23      And in Palestinian politics, always bear in
24 mind there's the vehicles of hope and the vehicles of
25 anger.

Page 89

1  Q. At the time of the 1998 session of the PNC,
2  was Fatah the dominant party?
3  A. You make me regret having used the word
4  "dominant party."
5      And as I told you, dominant party was a
6  concept I used. I borrowed it from the political
7  science lexicon, the continental European politics.
8  But I use that word.
9      In '98, it was still a moment of hope. And I
10 would still consider Fatah to have been in a comfortable
11 situation. Especially each PNC session takes place in
12 a particular moment, and the environment is important.
13     An American president was coming to attend
14 our session. He was also there to inaugurate the first
15 airport, the Gaza airport, that functioned slightly for
16 a couple of months and was then bombed out of existence.
17     So it was a moment of hope. Then it was easy
18 to ask people: We are re-amending what we have already
19 done, amending the charter, and let's do it again.
20 So people saw hope in the presence of Clinton and the
21 opening of the airport, et cetera. The atmospherics
22 were conducive for Fatah to be extremely comfortable.
23     A meeting today, when Palestinians would have
24 just read in the paper that 12 dunams and a half have
25 been confiscated here, at a walking distance from the

Page 130

```
 1  goal of Palestinian statehood in the final status.
 2       But on day-to-day management, et cetera, the
 3  Palestinian cabinet is responsible and accountable to
 4  the Palestinian Legislative Council and not to any
 5  other.
 6    Q.  It's true, is it not, that the Palestinian
 7  Authority remains responsible for the negotiations with
 8  the State of Israel?
 9       MR. HIBEY:  Excuse me.  He's not here as a
10  Palestinian Authority witness.
11       MR. HEIDEMAN:  But he testified earlier that
12  the Palestine Liberation Organization was responsible
13  for the negotiations with the State of Israel.
14       MR. HIBEY:  Yes.
15       MR. HEIDEMAN:  And I'm trying --
16       MR. HIBEY:  But you are putting a question to
17  him about the Palestinian Authority.  He is not in the
18  chair for the Palestinian Authority.
19       MR. HEIDEMAN:  I understand that.
20    Q.  BY MR. HEIDEMAN:  But I would like to
21  know, sir, on behalf of the Palestine Liberation
22  Organization, who is responsible for negotiations
23  with the State of Israel during the time period
24  after the creation of the Palestinian Authority?
25       Was it the PLO, or was it the PA?
```

Page 131

```
 1       MR. HIBEY:  Excuse me.  I object to the
 2  question because you have to be more precise about
 3  the negotiations you're talking about.  The witness
 4  has made it very clear what negotiations fell in the
 5  bailiwick of the PLO.
 6    Q.  BY MR. HEIDEMAN:  The Palestinian security
 7  forces that were established were under the command
 8  of Chairman Arafat; isn't that correct?
 9    A.  He was the overall official commander of all
10  the security institutions.  But each one of them had its
11  own existence.  And from 2000 onwards, they had received
12  a serious blow that disrupted their normal functioning.
13       Because, unfortunately, in every Israeli
14  action against -- in response or in preemption of
15  Palestinian possible activity, it was the Palestinian
16  security forces that were targeted, ending in them
17  becoming totally incapacitated, meaning that their
18  headquarters, their branches, their offices, their
19  mobility, capabilities in cars, and whatever were
20  damaged and incapable of moving from one area to the
21  other.
22    Q.  And before we break for lunch, it's true, is
23  it not, that the ultimate authority of the Palestinian
24  Authority is the Palestine Liberation Organization and
25  the Palestine -- Palestinian Authority is accountable
```

Page 132

```
 1  to the Palestine Liberation Organization Executive
 2  Committee?
 3       Isn't that true?
 4    A.  There is a supremacy of the PLO in the
 5  sense that the PLO is the body that encapsulates and
 6  represents the totality of the Palestinian people.  The
 7  PA represents only a segment of those people that happen
 8  to be in those territories designated as the West Bank
 9  and Gaza.
10       So there is supremacy of the PLO on the PA,
11  if you want.  But they are two distinct entities.  The
12  PNA was created through a positive opinion of the PLO
13  organ.  So it's the PLO that decided, after agreement
14  with the Israelis, to create the Palestinian National
15  Authority.
16       But once the Palestinian National Authority
17  was created, it has a distinct, separate, autonomous
18  existence with organs accountable one to the other,
19  such as the cabinet, the ministry to the Palestinian
20  Legislative Council and to the electorate in the final
21  analysis.
22    Q.  But the Palestinian Authority was made
23  accountable to the PLO Executive Committee; isn't
24  that true?
25       MR. HIBEY:  I'm going to object.  That
```

Page 133

```
 1  question has been asked and it has been answered.
 2  And I don't think that you should be putting it to
 3  him again.
 4    Q.  BY MR. HEIDEMAN:  Not withstanding the
 5  objection, please answer the question.
 6       It's true, is it not, the Palestinian
 7  Authority was made accountable to the PLO Executive
 8  Committee?
 9       MR. HIBEY:  I am going to object.  It's been
10  asked and answered.
11       THE WITNESS:  I think I will take the advice
12  of my counsel.
13    Q.  BY MR. HEIDEMAN:  Please answer the
14  question.
15       MR. HIBEY:  Don't answer the question.
16    Q.  BY MR. HEIDEMAN:  It's true, it is not,
17  that --
18       MR. HIBEY:  Don't answer the question.
19       MR. HEIDEMAN:  Certify that to the Court,
20  please.
21    Q.  BY MR. HEIDEMAN:  It's true, is it not,
22  that the Palestinian Authority remains responsible
23  for the negotiations with the State of Israel as
24  of --
25       MR. HIBEY:  Regarding what?
```