# EXHIBIT 3

## Page 1

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK


MARK I. SOKOLOW, et al.,          )
                                  )
         Plaintiffs,              )
                                  )
  v.                              )  Civil Action No.
                                  )  04cv397(GBD)(RLE)
THE PALESTINE LIBERATION          )
ORGANIZATION, et al.,             )
                                  )
         Defendants.              )
_____ )




              DEPOSITION OF DOV WEINSTEIN

                   JERUSALEM, ISRAEL

                   OCTOBER 16, 2013










REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

            OCTOBER 16, 2013 - DOV WEINSTEIN
```

## Page 2

        Deposition of DOV WEINSTEIN, taken in the
above-entitled cause pending in the United States
District Court, for the Southern District of New York,
pursuant to notice, before BRENDA MATZOV, CA CSR 9243,
at the American Colony Hotel, Executive Room, First
Floor, Jerusalem, Israel, on Wednesday, the 16th day
of October, 2013, at 9:00 a.m.


APPEARANCES:

FOR PLAINTIFFS:

    ARNOLD & PORTER, LLP
    By:  PHILIP W. HORTON, ESQ.
    555 Twelfth Street, NW
    Washington, DC 20004-1206
    (202) 942-5000 / Fax (202) 942-5999
    philip.horton@aporter.com

FOR DEFENDANTS:

    MILLER & CHEVALIER CHARTERED
    By:  BRIAN A. HILL, ESQ.
         ANDREW T. WISE, ESQ. (partial)
    655 Fifteenth Street, NW
    Suite 900
    Washington, DC 20005-5701
    (202) 626-5800 / Fax (202) 626-5801
    bhill@milchev.com
    awise@milchev.com

ALSO PRESENT:

    RACHEL WEISER, Esq.

    RICK GASKINS (via Skype audio, partial)

            OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 3

                      I N D E X

WITNESS

Dov Weinstein


EXAMINATION                                       PAGE

By Mr. Hill                                         6




            D E F E N D A N T S '   E X H I B I T S

NUMBER         DESCRIPTION                       MARKED

Exhibit 319    Curriculum Vitae of Dov
               Weinstein
               (No Bates Number)                    6

Exhibit 320    List of Prior Expert Testimony
               of Dov Weinstein
               (No Bates Number)                   50

Exhibit 321    Document Entitled "Expert
               Opinion, The Plaintiff -
               The Estate of Mr. David
               Gritz," Undated
               (No Bates Number)                  123

Exhibit 322    Document Entitled "RE:  Expert
               Opinion - The Estate of Mr. David
               Gritz, Supplemental Report on
               Personal Consumption," Dated
               October 9, 2013
               (No Bates Number)                  178

Exhibit 323    Document Entitled "Total
               Economic Loss," Undated
               (No Bates Number)                  180



            OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 4

            D E F E N D A N T S '   E X H I B I T S

NUMBER         DESCRIPTION                       MARKED

Exhibit 324    Document Entitled "Total
               Economic Loss," Undated
               (No Bates Number)                  183

Exhibit 325    Document Entitled "Expert
               Opinion, The Plaintiff -
               The Estate of Mr. Stuart
               Scott Goldberg," Undated
               (No Bates Number)                  203

Exhibit 326    Handwritten Document
               (No Bates Number)                  215

Exhibit 327    Document Entitled "Total
               Income Lost in NIS Currency,"
               Undated
               (No Bates Number)                  244

Exhibit 328    Document Entitled "Expert
               Opinion, The Plaintiff
               Mr. Shaul Mandelkorn,"
               Undated
               (No Bates Number)                  267

Exhibit 329    Document Entitled "Expert
               Opinion, The Plaintiff
               Mr. Shaul Mandelkorn,"
               Undated
               (No Bates Number)                  268

Exhibit 330    Document Entitled "Expert
               Opinion, The Plaintiff
               Mrs. Varda Guetta," Undated
               (No Bates Number)                  287

Exhibit 331    Document Entitled "Expert
               Opinion, The Plaintiff
               Mrs. Varda Guetta," Undated
               (No Bates Number)                  288

Exhibit 332    Hebrew Document
               (No Bates Number)                  291



            OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 9

1  Organization had nothing to do with the death of your
2  child?
3       A.   It was the Hamas, not the -- not one of
4  these -- not -- not the Palestinian organization or
5  nothing to do in that case.  In any situation, I was
6  not involved in any activity that's against them, or
7  I didn't feel that the -- the children that was involved
8  was responsibility [sic] to that.  Only the people that
9  they send in the neighborhood.
10      Q.   Okay.
11      A.   So I saw it as a -- as a case that --
12      Q.   Have you taken any legal action to receive
13 damages --
14      A.   Yes.
15      Q.   -- in response --
16      A.   Here in Israel.
17      Q.   -- to the death of your child?
18           Okay.  Mr. --
19      A.   And I think -- no.  It was something else.
20 I involved in the sue [sic] against the Arab -- the
21 Arab Bank.
22      Q.   Okay.  Mr. Weinstein, just -- I should have
23 said this maybe at the beginning.  But because we're
24 being taken down verbatim by Brenda, I need you to wait
25 until I finish my question before you give your answer.

                OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 10

1  And I'll try and --
2       A.   Oh, I'm sorry.
3       Q.   -- wait until you finish.
4       A.   I am sorry.
5       Q.   Because, if we interrupt each other, it makes
6  it harder for her to take down.  Okay.
7            You mentioned that you were a plaintiff in
8  a lawsuit against the Arab Bank?
9       A.   Yes, I was involved -- they -- they -- they
10 came to me and asked me to be involved.
11      Q.   Okay.  And where was that lawsuit against
12 the Arab Bank filed?
13      A.   I think that they asked me to visit in,
14 I think, in the States.
15      Q.   Okay.  You're a plaintiff in a lawsuit
16 against the Arab Bank in the United States; is that
17 correct?
18      A.   I'm involved in the -- in the big one.  So
19 I'm only one part of it.
20      Q.   Right.
21      A.   I don't know a lot about it, where it's
22 standing or --
23      Q.   Okay.  Do you understand that this is the
24 case that's scheduled to go to trial next year against
25 the Arab Bank?

                OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 11

1       A.   I think that they sent me something about it.
2  I'm not involved to know the detail.
3       Q.   Okay.  Do you believe that your involvement
4  in another lawsuit relating to -- to terrorism in the
5  Second Intifada affects your ability to be objective
6  as an expert witness in this case?
7       A.   I don't think so.  I think that, as I told
8  in the beginning, I was not involved -- I'm trying to --
9  even -- even the date that I make a mistake in the
10 beginning say that I'm all the time trying not to
11 think about this case.
12           Because after that Adam, my son, was killed,
13 we have another children -- we had another child.
14 And we are trying to live again, to be a happy family.
15      Q.   Okay.
16      A.   So I'm trying not to be involved in -- in
17 the situation that other victims of terror attack did.
18      Q.   Are lawyers from Shurat HaDin representing
19 you in the lawsuit you're involved in against the Arab
20 Bank?
21      A.   No.  In -- only in the Israeli case.
22      Q.   Okay.  Tell me about the Israeli case.
23           Who have you sued in the Israeli case?
24      A.   We sued the Hamas.  And it started around
25 seven years, just before it became to be old, after

                OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 12

1  the case was -- just want to be sure that I'm doing
2  everything that's necessary not to -- not to miss the
3  opportunity to sue someone.
4       Q.   Okay.  So you've brought a lawsuit in Israel
5  against Hamas; correct?
6       A.   Yes.
7       Q.   And the lawyers in that case are from the
8  organization Shurat HaDin; right?
9       A.   Yes.
10      Q.   And it's Shurat HaDin that's asked you to
11 be an expert witness in this case; right?
12      A.   Yes.  I met already another -- another two
13 cases in that -- in that issue in the States.
14      Q.   Okay.  You've been an expert witness in two
15 other cases in the U.S.?
16      A.   Yes.
17      Q.   And what were the names of those cases?
18      A.   One of them, I don't remember the name.
19 Just a moment.  They are very famous, but I don't --
20 I will remind [sic] the name a little later.
21      Q.   Do you remember what city in the United
22 States those lawsuits were filed in?
23      A.   In Washington.
24           (Court reporter clarification.)
25      Q.   BY MR. HILL:  Again, Mr. Weinstein, just

                OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 57

1   A.   I think.
2   Q.   You've never worked for Mr. Tolchin prior
3   to this case?
4   A.   I think not.
5   Q.   Okay.  And have you ever done any work for
6   Arnold & Porter, Mr. Horton's firm, prior to this case?
7   A.   Not, except if they involved in the other
8   case, but I don't think.
9   Q.   Do you think Mr. Horton's firm was involved
10  in the case in Washington?
11  A.   No.  Not -- not -- not Phil.  Not the people
12  that I met this time.
13  Q.   Okay.
14  A.   It's the first time that I met them here in
15  Israel.
16  Q.   Do you think Mr. Tolchin was involved in the
17  Washington cases?
18  A.   I don't think, but I don't know really how
19  big the office there.  So --
20  Q.   And do you know if Shurat HaDin was involved
21  in the case in Washington?
22  A.   Shurat HaDin, as I know, not involved in
23  the -- in the previous case -- cases.
24  Q.   Okay.  I may have asked you this already.
25  I apologize.

              OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 58

1         Is this the first time you've done any work
2   for Shurat HaDin?
3   A.   No.  I'm working with them -- with them, but
4   not for these cases.  I'm -- I'm the accountant, the
5   auditor of Shurat HaDin.
6   Q.   I see.  So Shurat HaDin is a client of yours?
7   A.   Yes.
8   Q.   How long have you been their auditor?
9   A.   About five years, to the Shurat HaDin.  And
10  Nitsana herself, more than that.
11  Q.   Ms. Darshan-Leitner is also a personal client
12  of yours?
13  A.   Yes.
14  Q.   Approximately how many -- how many shekels in
15  fees have you received for your auditing work for Shurat
16  HaDin?
17  A.   Yearly?
18  Q.   Yes, sir.
19  A.   Around, I think, 15,000 shekels.  So I would
20  say, let's say, 4,000 U.S. dollar --
21  Q.   Okay.  And so your fees for --
22  A.   -- a year.
23  Q.   Okay.  Your fees for auditing Shurat HaDin
24  are approximately 15,000 shekels per year?
25  A.   About.  I don't -- I'm not sure about the

              OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 59

1   number.  But it's not -- it's not a big difference
2   than that.
3   Q.   And for how many years has your firm audited
4   Shurat HaDin?
5   A.   I think five.  Nitsana Darshan, more than
6   that.
7   Q.   Okay.  How long has Ms. Darshan-Leitner been
8   a client of your firm?
9   A.   I think around, like, eight years or
10  something, or nine years.  Eight years.
11  Q.   And can you estimate for me the amount of fees
12  that she's paid you as a personal client of the firm?
13  A.   About five, 6,000 U.S. dollars.
14  Q.   For all years or on an annual basis?
15  A.   For all -- for every year.
16  Q.   Okay.  So the total amount of money your firm
17  has received in fees from Ms. Darshan-Leitner and Shurat
18  HaDin altogether, what do you think that number is?
19  A.   About -- around 10,000 a year.
20  Q.   Could you say that again?
21  A.   Around 10,000 a year, 10,000 U.S. dollar per
22  year.
23  Q.   For all years?
24  A.   For every year.
25  Q.   Oh, okay.  So for how many years have you been

              OCTOBER 16, 2013 - DOV WEINSTEIN

## Page 60

1   receiving approximately 10,000 U.S. dollars collectively
2   from Ms. Darshan-Leitner?
3   A.   Four or five it's -- it's the 10,000.  And
4   before that, it's the other.
5   Q.   Okay.  Would it be fair to say that you've
6   received over $50,000 in accounting fees from Shurat
7   HaDin and Ms. Darshan-Leitner over the course of your
8   relationship with her?
9   A.   You said fifty from -- for -- for all these
10  years?  I think a little more, but not a lot.
11  Q.   What's your best estimate for the total
12  amount of money you've been paid by Ms. Darshan-Leitner
13  and Shurat HaDin for doing accounting work for her and
14  for her law firm?
15  A.   What was the beginning of the question?
16  Q.   Give me your best estimate of the total amount
17  of fees that your firm has received for the services you
18  provided Shurat HaDin and Ms. Darshan-Leitner over the
19  course of your relationship with her.
20  A.   About fifty -- seventy -- sixty to -- fifty
21  or sixty or 70,000 U.S. dollars.
22  Q.   Okay.  And you're still the accountant for
23  Shurat HaDin and Ms. Darshan-Leitner?
24  A.   Yes.
25  Q.   And you anticipate that you'll continue to

              OCTOBER 16, 2013 - DOV WEINSTEIN