# EXHIBIT 4

```
 1                THE UNITED STATES DISTRICT COURT

 2                    THE DISTRICT OF COLUMBIA

 3

 4

 5    THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                           )
 6                          Plaintiff,     )
                                           )
 7            vs.                          )   Case No.
                                           )04-1173(PLF)(JMF)
 8                                         )
      THE PALESTINIAN AUTHORITY, et al.,   )
 9                                         )
                            Defendants.    )
10    _____)

11

12

13

14                         DEPOSITION OF

15                       HASAN ABU-LIBDEH

16                    East Jerusalem, Israel

17                        June 16, 2010

18

19

20

21

22

23

24

25    REPORTED BY:  AMY R. KATZ, RPR
```

Page 74

1  population registry?
2  A.  If a Palestinian is registered in the
3  population registry, that Palestinian has a unique
4  number.  If that Palestinian is not registered in the
5  population registry, they do not have a unique number.
6  They do not have a number, even.
7  Q.  And the definition of the term "unique
8  number," would that be synonymous or the same as an
9  identity or an identification number?
10  A.  I fail to understand the difference.
11  Q.  I don't think there is a difference, but if
12  there is, I'm trying to understand --
13  A.  I fail to understand the difference.
14  Q.  So would it be accurate to say, based on
15  your understanding, when you referred to the term "a
16  unique number," with reference to the Oslo Accords, you
17  are referring to the identity or identification number
18  assigned by Israel to each person registered in the
19  population registry of the Palestinian National
20  Authority; is that correct?
21  A.  Of the Palestinian people living in the West
22  Bank and Gaza.
23  Q.  Thank you.
24  A.  Including Jerusalem.
25  Q.  Thank you.

Page 75

1    Now, as to that identification number, when
2  a person is born in the West Bank or Gaza, after the
3  establishment of the Oslo Accords, does that person
4  receive an identification number, being the unique
5  number to which you've just referred?
6  A.  Yes.
7  Q.  And at the time of that birth, is it
8  registered in the Palestinian National Authority's
9  population registry?
10  A.  The Palestinian Authority does not have a
11  population registry.
12  Q.  Who maintains the population register?
13  A.  Israel.  We use the population registry, but
14  we don't own it.
15  Q.  Thank you.
16    So when there is a live birth in a
17  Palestinian area, then that live birth is registered in
18  the population registry maintained by the State of
19  Israel?
20  A.  Yes.
21  Q.  And made available to the Palestinian
22  National Authority; is that correct?
23  A.  Correct.
24  Q.  And each new live birth is given a unique
25  number or identification number by Israel, which is

Page 76

1  then the same identification number used, if I
2  understand correctly, in the records of the Palestinian
3  National Authority; is that correct?
4  A.  Yes.
5  Q.  Thank you.
6    Now, you also indicated, in answering a
7  previous question, that the Palestinian National
8  Authority's Personnel Bureau may also assign a serial
9  number for administrative records in the archives for
10  employees of the Palestinian National Authority; is
11  that correct?
12  A.  Correct.
13  Q.  Sir, that serial number, is it the same as
14  or a different number than the unique identification
15  number to which you have just been defining and
16  describing?
17  A.  It is a different number, but doesn't
18  replace the unique number.
19  Q.  Thank you.
20    Today, who is the head, as best you recall,
21  of the Palestinian National Authority's Personnel
22  Bureau?
23  A.  Dr. Hussein al-Araj.
24  Q.  And earlier you testified that the Personnel
25  Bureau is a -- maybe you used the word

Page 77

1  "semi-independent," I'm not sure of the exact word,
2  bureau.
3    Can you tell the court the status of the
4  Palestinian National Authority's Personnel Bureau
5  today, in terms of its relationship to the government
6  of the PA and its ministries?
7  A.  It is independent of the ministries,
8  accountable to the cabinet, but it's a government
9  agency.
10  Q.  Thank you.
11    Is the Personnel Bureau of the Palestinian
12  National Authority maintained in Ramallah, in the West
13  Bank, or somewhere else?
14  A.  Which period?
15    MR. O'TOOLE:  I'm going to object.
16  Q.  2000 -- 2000 to 2005.
17  A.  Mostly in Gaza, with a branch in Ramallah.
18  Q.  And where is the Personnel Bureau of the
19  Palestinian National Authority based today?
20  A.  In Ramallah.
21  Q.  Please describe to the court how, if at all,
22  the Hebron Accords or the Wye River Accords affected
23  the structure, ministries, infrastructure, and
24  institutions of the Palestinian National Authority, in
25  comparison to what you've already described that was

Page 186

1  A.  Correct.
2  Q.  Thank you.
3      I handed you what was exhibit --
4  A.  23?
5  Q.  23, now I'll hand you Exhibit 24 and ask if
6  you can identify this list, being Klieman Bates number
7  1271 through 1273, as the Palestinian National
8  Authority government for the calendar year 2002.
9      (Exhibit 24 marked.)
10 A.  Yes.
11 Q.  And in the calendar year 2002, did there
12 come a particular time when Dr. Salam Fayyad became the
13 finance minister?
14 A.  Yes.
15 Q.  And so this Exhibit 24 lists him as the new
16 finance minister; is that correct?
17 A.  Correct.
18 Q.  And earlier I asked you about the reforms
19 that were adopted by the Palestinian National Authority
20 in 2002, and you said you thought that happened perhaps
21 in August.  I asked you if it might have happened in
22 June.
23     In relation to those reforms, in the summer
24 of 2002, please tell the court, as the designated
25 representative of the Palestinian Authority, what were

Page 187

1  the areas of reforms that were adopted and implemented?
2  A.  You are referring to a report which was
3  drafted by the Legislative Council concerning reforms
4  that are related to the powers and responsibilities of
5  the Legislative Council, and reforms related to the
6  electoral environment, and reforms relating to the
7  civil society and others.  I don't remember the long
8  list of detailed reforms that they were demanding and
9  accepted, demanded by the Legislative Council and
10 accepted by the president in a speech which he
11 delivered, I think, in August 2002.
12 Q.  Did any of those reforms relate to issues,
13 sir, arising out of the existence of the Second
14 Intifada, or the Palestinian National Authority
15 learning information about the al-Aqsa Martyrs'
16 Brigades?
17 A.  I don't remember.
18 Q.  Thank you.
19     On March 24, 2002, were there members of
20 the Palestinian National Authority cabinet who were
21 also officers and officials within the Palestine
22 Liberation Organization, other than Chairman Arafat?
23 A.  I have to look.
24     Yes, there were two.
25 Q.  Who were they?

Page 188

1  A.  Number 2 and number 18.
2  Q.  And their names?
3  A.  Number 2 is Yasser Abed Rabbo, number 18 is
4  Dr. Samir Ghosheh; both were members of the Executive
5  Committee of the PLO, but both represented the cabinet
6  in their capacities as relating to political parties.
7  Q.  Which political parties?
8  A.  Yasser Abed Rabbo at the time was leading a
9  party called FIDA, which was -- it was a breakaway from
10 another party, and the other one was the chairman of
11 the -- what is it called?
12     (Brief comment in Arabic by the witness.)
13     INTERPRETER SHABIB:  "The Popular Struggle
14 Front."
15 A.  The Popular Struggle for Palestine, or
16 Front.  This was in their capacity, because the
17 government was formed as a result of coalition
18 discussions between political parties.  So those
19 political parties have designated representatives in
20 the government.
21 Q.  Were a majority of the ministers of the
22 cabinet as of March 24, 2002, from the Fatah party?
23 A.  The majority here does not mean 51 percent,
24 but the largest number of ministers were designated by
25 Fatah.

Page 189

1      MR. O'TOOLE:  Could the record reflect that
2  the witness is looking at the document, Exhibit 24, as
3  he's making this answer, and paraphrasing, it appears,
4  from paragraph 24, or from Exhibit 24.
5  Q.  Did the ministers receive their appointments
6  because they came from different political parties in
7  2002, or were there coalition agreements, or on what
8  basis did they become ministers of the Palestinian
9  National Authority?
10 A.  The Palestinian National Authority has its
11 very clear well-defined mandate, and the political
12 parties who were backing this cabinet -- because this
13 cabinet has to earn the vote of confidence in the
14 Legislative Council to function -- those who accepted
15 the program of this cabinet have voted for it, so it
16 became a legitimate creature.
17     So the agreement to enter into this was a
18 result of political dialogue between political parties.
19 But once the agreement is there, the program, mandate,
20 functions, and whatever was most of the PNA, because
21 the vote of confidence usually takes place not on the
22 basis of the political affiliation in the Legislative
23 Council, but rather in terms of what is being offered
24 as a program for deliberating on behalf of the
25 government.