# EXHIBIT 5

```
 1                THE UNITED STATES DISTRICT COURT

 2                     THE DISTRICT OF COLUMBIA

 3

 4

 5    THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                           )
 6                         Plaintiff,      )
                                           )
 7            vs.                          )   Case No.
                                           )04-1173(PLF)(JMF)
 8                                         )
      THE PALESTINIAN AUTHORITY, et al.,   )
 9                                         )
                           Defendants.     )
10    _____)

11

12

13

14                          DEPOSITION OF

15                         MAZEN JADALLAH

16                      East Jerusalem, Israel

17                          June 15, 2010

18

19

20

21

22

23

24

25    REPORTED BY:  AMY R. KATZ, RPR
```

Page 158

1  Interior and National Security Central Finance
2  Department, and it's from the public budget section of
3  the planning and budgeting department; is that correct?
4     A.   If this document is correct, yes.
5     Q.   And for the period of the second quarter of
6  2005, it shows this budget for an institution or
7  payment due for an institution of the special office of
8  Abu Samhadana of a total of 5,100 shekels; is that
9  correct?
10    A.   Somehow, yes, because it's not talking about
11 specifically the second half, because they are
12 mentioning dates here from May, 2005, to August, 2005.
13    Q.   And can you determine from looking at this
14 record if that special office is located in Gaza or in
15 the West Bank or where?
16    A.   It's not mentioned in that specifically
17 about Samhadana. For example, they are mentioning
18 about Nasser Yusuf, Gaza, but Abu Samhadana, they have
19 indicated nothing.
20    Q.   Is there an indication on the line, it would
21 be line number two, for Lieutenant General Nasser
22 Yusuf?
23    A.   Yes.
24    Q.   That is in Gaza?
25    A.   Yes, they put "slash Gaza."

Page 159

1     Q.   But it does not say that for Samhadana?
2     A.   No.
3     Q.   Since you are familiar, having worked until
4  2004 in the Gaza office of the Ministry of Finance, can
5  you tell from anything on this form whether or not this
6  relates to Gaza or the West Bank?
7     A.   If I want to give personal opinion, it's for
8  Gaza, because you have marine police, and we don't have
9  any sea in the West Bank.
10    Q.   Marine what? I'm sorry?
11    A.   Marine police, number three from the bottom
12 up.
13    Q.   Ah, yes, I see.
14    A.   And all the names looks like as if served in
15 Gaza, like General Ismail Albit (phonetic). So if this
16 document is part of ours, then it should have been for
17 Gaza, I believe.
18    Q.   Okay. Thank you very much.
19        Who would know more than you, who would be
20 the right person to ask about what was the reason for
21 the payment on this particular exhibit, with Exhibit 9,
22 to Abu Samhadana?
23    A.   If this was prepared in Gaza, I cannot see
24 anyone who has access to information. Even the
25 headquarters of the financial department there were

Page 160

1  demolished beginning in 2009. It was totally
2  destructed. So I don't know from where this paper is.
3  If it is here, of course, you have to ask somebody from
4  the Central Financial Administration of the Security
5  Forces.
6     Q.   And who is the top person at the central
7  financial department of the security forces?
8     A.   Right now?
9     Q.   Yes.
10    A.   It's Radwan Al-Halou (phonetic).
11    Q.   Thank you.
12        (Plaintiff's Exhibit 10 marked.)
13    Q.   Let me hand you a document marked as
14 Exhibit 10 and ask if you can identify this particular
15 document, and it bears a Bates number of 390. What is
16 this document, please, sir?
17    A.   Here is the same title, it's a list of the
18 budget of the second quarter of May 2005, budget plus
19 one half miscellaneous, August 2005, dated 2nd of
20 August, 2005.
21    Q.   And on the fifth line do you see there is
22 again a reference to the "special office of Abu
23 Samhadana"?
24    A.   Yes, it is written, "special office of
25 Samhadana."

Page 161

1     Q.   Do you have any knowledge as to whether this
2  is the same Abu Samhadana who was affiliated as one of
3  the people who established the Popular Resistance
4  Committees in Gaza?
5         MR. O'TOOLE: Objection, assumes facts not
6  in evidence.
7     A.   I don't know about which Abu Samhadana we
8  are talking, so I have no clue, absolutely.
9     Q.   Thank you.
10        Can you tell the court whether or not the
11 Abu Samhadana listed here in this Exhibit 10 held an
12 office at any time in the Palestinian Authority,
13 Palestinian National Authority?
14        MR. O'TOOLE: Objection, outside the scope
15 of the deposition notice, well outside.
16    Q.   You may answer.
17    A.   As I said, we have plenty of Abu Samhadanas.
18 It's a whole family, so there are many offices for Abu
19 Samhadana family, official, nonofficial, commercial --
20 so what we're talking about, I don't know.
21        I believe those questions should be
22 addressed to the security forces. They will be more
23 entitled to answer that.
24    Q.   Can you determine from looking at Exhibits 9
25 and 10 what the monies were for to the special office