# EXHIBIT 7

## Rick Gaskins, MBA, CPA
### Gaskins Associates, PC

**Forensic Economics**

PO Box 326
602 Cromwell Whye Lane
Monkton, MD 21111
Telephone: 410-357-9503
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

15 July 2013

Brian A. Hill, Esq.
Miller & Chevalier, Chartered
Suite 900
655 Fifteenth Street, NW
Washington, DC 20005-5701

Re:    Death of Mr. Benjamin Blutstein

Dear Mr. Hill:

You have asked me for my opinion of the information that would assist a jury in fairly assessing economic and non-economic damages in the above referenced legal action. This report presents a brief background of the case together with the information I believe would assist the jury in considering the claim for economic and non-economic damages. In this report I also provide the disclosures required in Federal Rule 26 pertaining to expert testimony.

Background and Understanding

I understand that on 31 July 2002 Mr. Benjamin Blutstein died in what is alleged to have been an intentional attack. The defendants deny responsibility for the incident. Mr. Blutstein was 25 years of age at his death, single with no dependents, and he planned to work as a teacher. Plaintiffs have produced forensic expert economic reports addressing economic damages. You have asked me to address the reasonable economic and non-economic damages should an award be made in favor of plaintiffs.

Scope of Report

This report presents my opinion, with supporting evidence, of information that would assist a jury in considering an award of economic and non-economic damages in the

case of Mr. Blutstein.  The approach applied is analysis of total awards for economic and non-economic damages in cases reasonably like the death of the plaintiff.

Beyond Scope of Report

I express no opinions regarding liability in the subject action.

Qualifications

I have thirty-four years of experience as an expert witness and consultant in forensic economics and accounting, addressing damages for personal injury, wrongful death, employment torts, commercial damages, and business and financial asset valuation. During that time, forensic economics has been virtually my entire practice, and the assessment of personal damages for injury, death, employment and other torts has been the large majority and focus of my forensic practice.  I have addressed personal damages for U.S. citizens and for foreign nationals under the damages laws of numerous jurisdictions and in complex cases where the law of damages was fashioned for the case.  For example, I was forensic economic expert for plaintiffs in the following noteworthy cases:

- The Vietnamese Babylift Aircrash Disaster occurring 4 April 1975 for approximately 140 surviving injured children and for approximately 140 children killed in the crash.[1]

- For the flight crew of Pan Am Flight 103, the Lockerbie Bombing, occurring 21 December 1988.[2]

- For victims of the terrorist-related aircraft crashes of September 11, 2001 under the September 11th Victim Compensation Fund (VCF) established by the U.S. Congress following the disaster.[3]

I have been an officer or director of the major professional organizations for forensic economics: the National Association of Forensic Economics (NAFE), of which I was elected Vice-President; the American Academy of Economic and Financial Experts (AAEFE), for which I served two non-consecutive terms on the board of directors; and the Collegium of Pecuniary Damages Experts (CPDE), of which I am currently past-

---

[1] http://en.wikipedia.org/wiki/Tan_Son_Nhut_C-5_accident.
[2] https://en.wikipedia.org/wiki/Pan_Am_Flight_103.
[3] http://www.vcf.gov/faq.html.

Brian A. Hill, Esq.                    15 July 2013                    Page 3

President.  I have authored publications on forensic economics in peer-reviewed academic journals.  I am frequently invited to speak at professional meetings for forensic economists.  My curriculum vitae is attached.

Basis

I was provided and reviewed plaintiffs' forensic economic expert reports on economic damages as well as deposition testimony related to Mr. Blutstein and his death.  I also obtained documents and information about court verdicts for wrongful death and about compensation to victims of the September 11, 2001 terror attacks in the United States.  The documents and information I reviewed in working on this assignment are listed in report Appendix A, Documents Reviewed.  In reaching my opinion I also relied on my judgment, experience and expertise developed through over thirty years as a forensic economist assessing personal damages.

Supporting Information and Analyses

I have selected two major sources of relevant information about the amount of compensation for wrongful death and I present them as objective information that is consistent with my opinion formed by experience and expertise.  These sources are:

- The statistically expected damages that a New York jury would award for economic and non-economic damages in cases involving the death of male of Mr. Blutstein's age, marital status and earnings, based on analysis of actual jury verdicts compiled by the Jury Verdict Research company.

- The amounts awarded for economic and non-economic damages for deaths resulting from the terror attacks in the United States of September 11, 2001, through the Victim Compensation Fund (VCF).

I have prepared analyses for each of these information topics together with a summary.  The attached schedules are:

Schedule 1, Summary, Analysis of compensation for wrongful death

The summary shows the results of damages indicated by the sources detailed in Schedules 2 and 3.  The indicators for total economic and non-economic damages range from a low of approximately $1,520,155 to a high of approximately $2,846,000, averaging approximately $1,916,468.

Brian A. Hill, Esq.                    15 July 2013                         Page 4

Schedule 2, Analysis of court verdict data for comparable death claims

    The Jury Verdict Research (JVR) company, a subsidiary of the legal information and publishing company Thompson Reuters, is a data acquisition and publishing company that has collected case information, jury verdicts and settlement information for nearly 400,000 personal damages cases in the United States.  In conjunction with the case data, JVR provides an analytical service that permits one to specify case parameters and obtain a detailed report of probable award amounts.  Schedule 2 shows the case parameters for the analysis specified to provide an estimate of the probable award related to the subject of this report at the time of their death.[4]  The analysis results in a verdict award estimate of approximately $2,846,000, total, for both economic and non-economic damages.

Schedule 3, Analysis of 9/11 Victim Compensation Fund awards for death

    The United States government established a victim compensation fund in 2001 to compensate victims of the terror attacks in the United States of September 11th, 2001.  The Victim Compensation Fund (VCF) compensated victims of the September 11th attack for both economic and non-economic damages.  The Special Master overseeing the fund took care to create guidelines for compensation that would be both fair and transparent.  For death, the method for determining the presumed award for economic damages was documented in "Explanation of Process for Computing Presumed Economic Loss" (Revised August 27, 2002), which the Special Master made publicly available on the internet, and which had the filename "vc_matrices.pdf".  The VCF award guidelines presumed that non-economic damages for death would be fairly compensated at $250,000 for the decedent and if there were a surviving spouse or dependents of the decedent non-economic damages of $100,000 to each such person.

    Schedule 3 presents data from the final report of the Special Master of that compensation fund for categories of claimants that appear comparable to the circumstances of the subject of this report at death.  For reference purposes it also presents data for awards to uniformed workers (Police, Fire, Emergency

---

[4] The selected liability type is the available option closest to an intentional maiming/death in my opinion.  There should be no, or little, impact on economic damages, as the analysis of economic damages by forensic economists is unaffected by cause of death.

Brian A. Hill, Esq.                    15 July 2013                    Page 5

Medical Services and Port Authority) and for all death claims.  It is important to note that the reported awards include compensation for both economic and non-economic damages, and that the awards have been reduced for any applicable collateral source receipts.  As to fairness of the VCF plan of compensation, the Special Master stated that "The presumed methodology was designed to provide generous awards to the families …."[5]

Findings and Opinion

In my opinion the information and analysis in this report and its Schedules 1 through 3 provides substantial evidence for a trier of fact to consider in reaching a just and fair award verdict in the matters of the death of Mr. Blutstein should the trier of fact find liability.

Certification

1.    The statements of fact, reported analyses, opinions and conclusions expressed in this study are to the best of my knowledge and belief true and correct.

2.    This valuation was performed on a basis of non-advocacy, and I have no present or contemplated interest in the litigation, nor any interest or bias, which would impair a fair and unbiased appraisal.  My compensation for this appraisal is independent of the value reported and is not contingent on any action or event resulting from the appraisal.

3.    This appraisal has been conducted and this report issued in conformity with the Statement of Ethical Principles and Principles of Professional Practice of the National Association of Forensic Economics and the Statement of Ethical Principles of the American Academy of Economic and Financial Experts.

4.    No one provided significant professional assistance to me in the conduct of this appraisal.

Appendix A lists the documents I was provided or obtained, reviewed or considered that were relevant to my opinions in this report.

---

[5] "Final Report of the Special Master for the September 11th Victim Compensation Fund of 2001", page 7.

Brian A. Hill, Esq.                 15 July 2013                          Page 6

My qualifications and list of publications authored in the previous ten years are contained in my resume, which is attached to this report as Appendix B.

A list of all other cases in which I have testified as an expert at trial or by deposition during at least the previous four years is attached as Appendix C.

My compensation for review, analysis and preparation of this report is at my standard hourly rate of $380.  Subsequent expert services related to his case, including deposition and trial testimony, will be at my standard hourly rate of $380 per hour.  No invoice for services performed has been rendered as of this date.

For trial testimony I expect to use the three schedules of this report as exhibits supporting my testimony.

Should resolution of this matter require my testimony in deposition or trial, I would appreciate the opportunity to incorporate any additional data then known.

I hope this information contributes to a fair resolution of this matter.  If you require further assistance, I would be pleased to respond.

Very truly yours,

Rick R. Gaskins, MBA, CPA

Attachments: Schedules 1, 2 and 3
             Appendix A, Documents Reviewed
             Appendix B, Resume of Rick R. Gaskins, MBA, CPA
             Appendix C, Testimony List, Rick R. Gaskins, MBA, CPA

Schedule 1
Summary
Analysis of compensation for wrongful death
Fact pattern applied for Mr. Benjamin Blutstein
Total awards for economic (EC) and non-economic (NEC) damages (per decedent)

| | Reference schedules | Total award for EC + NEC |
|---|---|---|
| Analysis of jury verdict data for fact pattern | | |
| Probable plaintiff verdict | 2 | $ 2,846,000 |
| | | |
| Analysis of 9/11 Victim Compensation Fund awards for death | | |
| Decedent income $25,000 to $99,999 | 3 | $ 1,520,155 |
| Male age age 25 and under | 3 | $ 1,743,255 |
| Occupation Other | 3 | $ 1,556,461 |

| | |
|---|---|
| Indicators low | $ 1,520,155 |
| Indicators average | $ 1,916,468 |
| Indicators high | $ 2,846,000 |

Schedule 2

CASE EVALUATION REPORT

Case Evaluation Report

This report indicates the results of the Thomson Reuters Expert Witness Services Case Evaluation Service. The nature of the report means these numbers often fluctuate.

## Case Information

**Case Name:**                Benjamin Blutstein
**Report Date:**              April 24, 2013

### Case Summary

Benjamin Blutstein was killed when a bomb exploded in a cafeteria at Hebrew University in Jerusalem in 2002

**Geographic Information**

**State:**                    New York
**County:**                   New York

**Plaintiff Information**

**Age:**                      25
**Sex:**                      Male
**Marital Status:**           Single
**Occupation:**               Teacher

**Defendant Information**

**Defendant Type:**           Multiple Defendants

**Liability Information**

**Liability Type:**           NonVehicular
**General Liability:**        Personal Negligence
**Specific Liability:**       Personal Liability, Other Intentional Acts
**Admitted Liability:**       No

## Death Information

| | | |
|---|---|---|
| Base Injury Value: | | $2,611,404 |
| **TOTAL BASE INJURY VALUE:** | | **$2,611,404** |
| | | |
| Geographic Region: New York,New York | [8%] | $208,912 |
| Multiple Defendants | [5%] | $130,570 |
| Plaintiff Occupation: Teacher | [-4%] | $-104,456 |
| *Total Case Specific Adjustments to Injury Value:* | | $235,026 |
| | | |
| **PROBABLE VERDICT AMOUNT:** | | **$2,846,430** |

Schedule 3
Analysis of 9/11 Victim Compensation Fund awards for death
Total awards for economic (EC) and non-economic (NEC) damages
For reported award categories representative of Mr. Benjamin Blutstein's status

| VCF categories closest to subject | Source | Number of claims | Total amount awarded | Average total award for EC + NEC |
|---|---|---|---|---|
| Claims for death<br>    Decedent income $25,000 to $99,999 | 1 | 1,591 | $2,418,567,254 | $ 1,520,155 |
| Claims for death<br>    Male age age 25 and under | 2 | 96 | $167,352,504 | $ 1,743,255 |
| Claims for death<br>    Occupation Other | 3 | 153 | $238,138,485 | $ 1,556,461 |
| Avg award for VCF categories closest to subject | | 1,840 | $2,824,058,243 | $ 1,534,814 |

| Reference data for VCF death awards for other categories of decedent | | | | |
|---|---|---|---|---|
| Claims for death, uniformed workers<br>    Fire, Police, EMS, Port Authority | 4 | 406 | $657,717,962 | $ 1,619,995 |
| Claims for death, all | 5 | 2,880 | $5,996,261,003 | $ 2,082,035 |

Sources:
    1 "Final Report of the Special Master for the September 11th Victim Compensation Fund
      of 2001", Table 2.
    2 Ibid. Table 3.
    3 Ibid. Table 8
    4 Ibid. Table 9.
    5 Ibid. Table 8.

**Appendix A**

Documents Reviewed

Economic Analysis Report of Michael Soudry M.B.A., 18 March 2013, economic loss to estate of Benjamin Blutstein.

Economic Analysis Report of Michael Soudry M.B.A., 2 May 2013, economic loss to estate of Benjamin Blutstein.

Explanation of Process for Computing Presumed Economic Loss, vs_matrices.pdf, Revised 27 August 2002.

Final Report of the Special Master for the September 11th Victim Compensation Fund of 2001, Volume 1.

JVR Case Evaluation Service report, Thompson Reuters, 24 April 2013.

Transcript of the deposition of Katherine Baker, 12 July, 2012.

Transcript of the deposition of Rebekah Blutstein, 13 July, 2012.

Transcript of the deposition of Richard Blutstein, MD, 12 July, 2012.

U.S. Life Tables, 2008, National Center for Health Statistics, at http://www.cdc.gov/nchs/data/nvsr/nvsr61/nvsr61_03.pdf.

**Appendix B**

**Rick Gaskins, MBA, CPA**
**Gaskins Associates, PC**                                          **Forensic Economics**

PO Box 326
602 Cromwell Whye Lane
Monkton, MD  21111
Telephone:  410-357-9503
E-mail:  RRGaskins@aol.com
http://www.RickGaskins.com

1 May 2013

Resume of Rick R. Gaskins, MBA, CPA

Experience:     Rick Gaskins has 36 years of experience in the public
                accounting profession and 34 years of experience as an expert
                witness and consultant in the fields of forensic economics and
                accounting.  He has extensive experience in performing and
                directing consulting engagements involving:

                o  Damages for personal injury, death and employment torts
                o  Business, pension and financial assets valuation
                o  Damages in commercial disputes
                o  Complex litigation and proof of damages
                o  Punitive damages
                o  Civil and criminal matters
                o  Alternate dispute resolution

                Prior to forming Gaskins Associates he was senior Management
                Advisory Services Partner with a regional certified public
                accounting (CPA) firm.  Earlier he was a senior consultant with the
                health care consulting division of a national CPA firm.  His
                experience also includes management positions in banking and
                higher education.

                He is a past adjunct instructor at the Georgetown University School
                of Business Administration where he taught financial and
                managerial accounting theory.  He also serves as an instructor for
                continuing professional education seminars on forensic economics,
                forensic accounting and business damages/valuation.

                He augments his consulting capabilities with computer
                programming skills in high-level languages, database management
                systems, computer modeling and statistical analysis tools.  He has
                training and experience in collaborative law and a genuine interest
                in contributing to the advancement of alternative dispute resolution.

Representative
Engagements:

**Forensic accounting, economic analysis and expert testimony**

Economic loss in personal injury and wrongful death cases, before federal and state courts.

Economic damages in employment law matters.

Economic damages under the Antiterrorism Act of 1991.

Identification, valuation and analysis for distributions of marital property.

Business valuation and lost profits analysis for commercial torts and business interruption, before state courts.

Mediation of business value in alternate dispute resolution.

Damages from violations of lending laws and for damage to credit standing.

Funds flow analysis in criminal fraud and RICO case, before federal court.

Business valuation and pension valuation in marital dissolutions.

Economic analysis of a real estate investment trust's (REIT's) management of a major real estate development project, before bankruptcy court.

Assessment of damages for contract cancellation and misappropriation of intellectual property (software), before federal court.

Analysis of punitive damages claims.

Cost of proposed (injunctive relief) worldwide medical treatment program, financial management, and accounting to the court, in federal court.

Assessment of damages resulting from cancellation of wholesale distribution agreement, before federal court.

Forensic accounting regarding fraud, embezzlement and Securities Acts violations by bank management, before federal court.

Economic loss of foreign nationals for injury and death, before federal courts.

Representative
Engagements
(continued)

**Cost studies and economic analyses not in litigation:**

Fraud and abuse detection system for a federal health insurance program.

Market assessment and forecast for worldwide demand of a pharmaceutical product for private placement of securities.

Differential costs of two policy options for a federal program.

Stock valuation for wholly-owned subsidiary of national professional association.

Medicare data collection cost.

Economics of burn injury treatment in 500 hospitals.

Business valuation and negotiation for purchase of a technical consulting firm.

**Computer system consulting and software development:**

Comprehensive automation for 245-bed acute care general hospital: system specification and selection.

Distribution system for 500,000-member not-for-profit association: remedy flawed system selection and stalled software development.

Point-of-sale system for 15-store retail chain: specification and selection.

Real-time order entry and dispatch system for delivery of highly perishable product: custom software design and development.

Design and development of programs for preparation and transmission of Federal Reserve (NACHA) formatted direct deposit payroll and direct debit transactions to banks via data communications.

License:

Certified Public Accountant, Maryland, Certificate 5039, issued January 31, 1977.

| | |
|---|---|
| Education: | Continuing professional education seminars and teaching |
| | Professional seminars and meetings on forensic economics, valuation and forensic accounting annually |
| | Multi-disciplinary collaborative law |
| | Wharton School, University of Pennsylvania, 1975, Master of Business Administration (emphasis in accounting, economics, finance, statistics and quantitative methods) |
| | University of Rhode Island, studies in mathematics and accounting |
| | Brown University, 1971, BA in English literature, minor in sciences |

Professional Affiliations:

American Academy of Economic and Financial Experts
    Board of Directors 2001 - 2004
    Board of Directors 2006 - 2009

American Institute of Certified Public Accountants

Collegium of Pecuniary Damages Experts
    Past-president Pro-tem 2008 - 2009
    Vice-president 2011 - 2012
    President 2012 - 2013
    Past-president 2013 -

*Journal of Legal Economics*
    Board of Editors, 2006 – 2007

National Association of Forensic Economics
    Vice-president, Eastern Region 2002 - 2005

*The Earnings Analyst*
    Board of Editors, 2012 -

Publications:

*The Costs of Acute Care Utilization Review Activities Conducted by Medicare Fiscal Intermediaries, Medicaid State Agencies, and State Licensing and Certification Agencies* (Report OPEL 77-12), Gaskins, Rick R., et al., U.S. National Technical Information Service, Washington, DC.

| Publications:<br>(continued) | "Worklife Estimates by Occupation: A Comment", Gaskins, Rick R. and Paul C. Taylor, *Journal of Forensic Economics*, Vol. 11, No. 2, Spring/Summer 1998, pp. 139-141. |
|---|---|
| | "The Effect of the Loss of a Parent on the Future Earnings of a Minor Child", Kane, John, Lawrence M. Spizman, James D. Rodgers and Rick R. Gaskins, *Eastern Economics Journal*, 2010 36, pp. 370-390. |
| | "Damage Awards Using Intermediate Term Government Bond Funds vs. U.S. Treasuries Ladder: Tradeoffs in Theory and Practice", Rosenberg, Joseph I. and Rick R. Gaskins, Journal of Forensic Economics, Vol. 23, No. 1, March 2012, pp. 1-31. |
| Publications<br>in process: | "Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of Maryland", Gaskins, Rick R. and Joseph I. Rosenberg. |
| | "The Application of Time Expectancy Data in Personal Damages Assessment", Gaskins, Rick R. |

**Appendix C**

Page 1 of 2

Rick R. Gaskins, MBA, CPA
Deposition and trial testimony listing
1 January 2009 to 10 July 2013

| Date | Dep/Trial | Attorney | Parties | Court | Case # |
|------|------|----------|---------|-------|--------|
| 05/30/09 | T | Johnson, Esq., William C., Jr. | Glover v. AIG et al | MDCirc PG Cnty | |
| 07/13/09 | D | Heatherington, Esq., Robert B. | Wagner v. Moore | MDCirc PG Cnty | |
| 10/15/09 | D | Palmer, Esq., Mark D. | Blank v. Truffles at the Belvedere | MDCirc Baltimore | 24-C-09-001453 |
| 11/05/09 | D | Decker, Esq., Suzanne W. | Findley v. Mack Trucks | USDist Maryland | 1-08-cv-3509 |
| 11/12/09 | D | Fowler, Esq., Stephen T. | Nguyen v. Roth & Rau AG | USDist Maryland | CCB 06-1290 |
| 12/09/09 | D | Smith, Esq., Douglas R. | Grossman v. Ain & Bank | | |
| 04/08/10 | T | Espo, Esq., Joseph B. | Blank v. Truffles at the Belvedere | MDCirc Baltimore | 24-C-09-001453 |
| 06/16/10 | D | Proctor, Esq., Melissa | St. Holder v. Horton | USDist Maryland | 8:09-cv-2953 |
| 11/23/10 | D | Gunderson, Esq., Eric W. | Sheila Alford v. Providence Hosp | USDist DC | 10-132 (EGS) |
| 12/30/10 | D | Burns, Esq., David M. | Scott v. Merck & Company, Inc. | USDist Baltimore | 1:09-cv-03271-BEL |
| 01/12/11 | T | Freeman, Esq., Andrew D. | Scott v. Merck & Company, Inc. | USDist Baltimore | 1:09-cv-03271-BEL |
| 01/20/11 | D | Williamson, Jr., Esq., Thomas S. | Parks v. Alpharma, Inc. | USDist Baltimore | 06-cv-2411 RDB |
| 05/03/11 | T | May, Esq., John T. | Antoine v. Shapiro & Burson, LLP | USDist DC | 1:08-cv-00615 |
| 07/22/11 | D | Sieler, Esq., Jean Ann | Holland v. Rostocki | CofCP, Lucas Cnty, OH | CI 09-4636 |
| 10/10/11 | D | Parler, Esq., William C. | Erie Ins Co v. Lorton Contracting | MDCirc PG Cnty | CAL10-28643 |
| 10/14/11 | D | Battocchi, Esq., Raymon D. | Nuechterlein v. Ain & Bank | USDist Alexandria | 1:11-cv-454 GBL/TRJ |
| 07/17/12 | D | Santoni, Esq., Jane | Allen v. Paymap | USDist Maryland | 1:11-cv-00033-CCB |
| 09/20/12 | T | Bonello, Esq., John A. | Idexcel Inc. v. Wm Kardias | Fairfax, VA, Circuit | 2011-10159 |

Page 2 of 2

Rick R. Gaskins, MBA, CPA
Deposition and trial testimony listing
1 January 2009 to 10 July 2013

| Date | Dep/ Trial | Attorney | Parties | Court | Case # |
|------|------------|----------|---------|-------|--------|
| 09/26/12 | D | Porwick, Esq., Katharine | Howard v Nexcom, Inc. | USDist Maryland | 8-10-cv-00659-PJM |
| 02/08/13 | D | Shaw, Esq., Clinton | Durose et al. v. Petroleum Recov | USDist Alexandria | 1:12cv1137(LMB/TCE |
| 02/11/13 | D | Jacobovitz, Esq., Jeffrey | William Scherlis v. William Penn | DC Supr | 2008-6144 |
| 04/02/13 | D | Feeley, Esq., Cheryl A. | Daggett v. Landmark | MDCirc AA Cnty | 02-C-12-169832 |
| 05/10/13 | D | Allen, Esq.,Geoffrey D. | Howard v Emmons-Brule | DC Supr | 2011 CA 007592 M |