# EXHIBIT 9

**Curriculum Vitae: David Miller**

**Appointments: Jan 2012** – present, Professor of Sociology, University of Bath; **Aug 2004-Dec 2011**, Professor of Sociology, Strathclyde University. (Aug 2004-Dec 2011, Dept Research Director/School Research Leader; Aug 2005-Jul 2008, Head of Department); **Jan-Jul 2001**, Visiting Fellow, Institute for the Study of Social Change, University of California, Berkeley; **1994-2004**, Lecturer, Reader (2000), Film and Media Studies, Stirling University; **May-Jul 1994**, Research Fellow, MRC Medical Sociology Unit, Glasgow University **Jan 1990-Apr 1994**, Researcher, Research Fellow, Dept of Sociology, Glasgow University.

**Higher Education 1994** PhD, Sociology, Glasgow University; **1985** BSc, Biological Science, Glasgow University

**Relevant Recent funding (ESRC unless otherwise stated)**
**2013-2015** Understanding and explaining terrorism: Expertise in practice **Global Uncertainties Leadership Fellowship,** £400k
**2012-3** Identity Management in Cyberspace EPSRC, £15k
**2011-12** Knowledge Exchange Opportunities project £7k
**ESRC studentships**: **2010-13** CASE studentship with the *British Medical Journal*; **2009-12** CASE studentship with the Scottish Islamic Foundation, **2008-11** CASE studentship with the Scottish Information Commissioner; **2007-10** CASE studentship with Friends of the Earth.
**2008-9** Science communication symposium, £1,700 - EPSRC Bridging the Gap.
**2000-2003** Corporate Public Relations in British and Multinational companies, PI, £214k
**1999-2000** Political Communication and the Scottish Parliament, ESRC Devolution programme. £45k
**1998-2001** Political Communication and Democracy, ESRC 'Media Culture and Media Economics' Programme. £200k
**1996-1998** Media and Expert Constructions of Risk, ESRC Risk Programme £138k
**1992-1994** Food Panics in the Media project funded by the ESRC Nation's Diet Initiative £98k
**Other recent research funding: 2011** Terrorism: interdisciplinary meetings, Bridging the Gap £950; **2011-16** Networks of influence in addictions ALICE RAP, FP7, European Commission, €250k; **2009-10** Teaching about Terrorism, C-SAP, Higher Education Academy £12k.

**Publications: Books**
David Miller, Jessie Blackbourn, Rani Dhanda and Helen Dexter (Eds)(in press, 2014) *Critical Terrorism Studies since 11 September 2001: What has been learned?,* London: Routledge.

Neil Davidson, Patricia McCafferty and David Miller, (Eds), (2010) *Neoliberal Scotland: Class and Society in a Stateless Nation*, Newcastle Upon Tyne: Cambridge Scholars Publishing.

Miller D. and Dinan W. (2008) *A Century of Spin*, Pluto Press.

Dinan, W. and Miller D. (eds) (2007) *Thinker, Faker, Spinner, Spy* London: Pluto Press. Also in Korean (2011) with Window of Times in Seoul.

Miller, D. (Ed.) (2004) *Tell Me Lies: Media and Propaganda in the attack on Iraq*, London: Pluto Press. Also in Arabic, (2007) published in Beirut by Educart, ISBN 009611308216_7

Gill Hubbard and David Miller (Eds) (2005) Arguments Against G8, London: Pluto. Also in: Japanese translation: (2005) Tokyo: Transworld; Korean translation (2006) Sidaew: Seoul. Arabic: (2006) Obeikan Publishers, Riyadh, Saudi Arabia, ISBN 0-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

Miller, D. (Ed.) (1998) *Rethinking Northern Ireland*, Harlow: Longman.

Miller, D., (1994), *Don't Mention the War: Northern Ireland, Propaganda and the Media* London: Pluto.

**Publications: articles and chapters**

1

**2012**

Dinan, W. and Miller, D., 'Sledgehammers, Nuts and Rotten Apples: Reassessing the Case for Lobbying Self-Regulation in the United Kingdom, *Interest Groups and Advocacy*, Volume 1 Issue 1, advance online publication, March 27, 2012; doi:10.1057/iga.2012.5

Blackbourn, J., Dexter, H., Dhanda, R. and Miller, D. 'Editor's Introduction: A Decade on from 11 September 2001: What Has Critical Terrorism Studies Learned?', *Critical Studies on Terrorism* Vol. 5, No. 1, April 2012, 1–10.

Miller, D. and Sabir, R., 'Propaganda and Terrorism: Doctrine and Practice' in D. Freedman and D. Thussu (Eds.) *Media and Terrorism: Global Perspectives*, London: Sage, 2012.

Miller, D. and Sabir, R., 'Counterterrorism as Counterinsurgency in the UK "War on Terror"' in D. Whyte and S. Poynting (Eds.) *Counter Terrorism and State Political Violence*, London: Routledge, 2012.

**2011**

Miller, D. and Mills, T. (2011), 'Introduction: Teaching and Researching Terrorism: pressures and practice', *Critical Studies on Terrorism*. 4(3): 389-92.

Miller, D., Mills, T. and Harkins, S., (2011) 'Teaching about terrorism in the UK: how it is done and what problems it causes', *Critical Studies on Terrorism*. 4(3): 405-20.

**2010**

Miller, D. and Mooney, G., 'Introduction to the Themed Issue. Corporate Power: Agency, Communication, Influence and Social Policy', *Critical Social Policy*, Themed Issue on Corporate Power: Agency, Communication, Influence and Social Policy Vol. 30 (4), November: 459-471, 2010.

Sklair, L. and Miller, D. 'Capitalist Globalisation, Corporate Social Responsibility and Social Policy', *Critical Social Policy*, Themed Issue on Corporate Power: Agency, Communication, Influence and Social Policy Vol. 30 (4), November: 472-495, 2010.

Miller, D. and Harkins, C., *'*Corporate Strategy and Corporate Capture: Food and Alcohol Industry and Lobbying and Public Health*', Critical Social Policy*, Themed Issue on Corporate Power: Agency, Communication, Influence and Social Policy Vol. 30 (4), November: 564-589, 2010.

Miller, D. and Ahmad, I., 'Powerbase: A Collaborative Resource for Monitoring Power Networks', *Radical Statistics*, No. 102, 'Whose Statistics', October 2010, p. 4-16, 2010.

Miller, D. and Mills, T., 'Counterinsurgency and Terror Expertise: The Integration of Social Scientists into the War Effort', *Cambridge Review of International Affairs*, Vol 23 No. 2, 203-221, June 2010.

Miller, D., 'How Neoliberalism Got Where It Is: Elite Planning, Corporate Lobbying and the Release of the Free Market', *The Rise and Fall of Neoliberalism The Collapse of an Economic Order?*, Edited by Kean Birch and Vlad Mykhnenko, Zed Press, June 2010.

Miller, D., 'Who Rules Scotland? Neoliberalism, the Scottish Ruling Class and its Intellectuals' in *Neoliberal Scotland: Class and Society in a Stateless Nation*, Edited by Neil Davidson, Patricia McCafferty and David Miller, Newcastle Upon Tyne: Cambridge Scholars Publishing, pp. 93-136, 2010.

Miller, D. and Dinan, W., 'Introduction' in Jeff Klaehn (Ed), *The Political Economy of Media and Power*, New York, Peter Lang, March 2010, pp. 1-5. ISBN 978-1-4331-0773-3 pb

Miller, D., 'Public Relations' in D. Albertazzi and P. Cobley (eds.) *The Media: An Introduction*, 3rd Ed. London: Longman, 2010.

**2009**

Miller D. and Mills, T., '[The Terror Experts and the Mainstream Media: The Expert Nexus and its Dominance in the News Media](#)', *Critical Studies on Terrorism*, Volume 2, issue 3. December 2009, pages 414 – 437

Miller, D., 'Corporate Lobbying's New Frontier: from Influencing Policy-Making to Shaping Public Debate', in Dieter Zinnbauer (Ed.) *Global Corruption Report*, Cambridge: Cambridge University Press in association with Transparency International, 2009.

Miller, D., 'Las Nuevas Fronteras del Lobby Corporativo: de la Influencia en la Elaboración de Políticas a la Definición del Debate Público' in Dieter Zinnbauer, Rebecca Dobson y Krina Despota (eds) *Informe Global De La Corrupcion 2009: Corrupción y sector privado* Cambridge University Press. 2009, pp. 44-46.

Miller, D. 'La Nouvelle Frontière du Lobbying d'Entreprise: de l'Influence sur les Décisions Politiques au Façonnage du Débat Public', *Rapport mondial sur la corruption 2009 La corruption et le secteur privé*, Cambridge University Press, 2009.

Miller, D., 'Korrumpierung der Spielregeln: Von Legitimer Einflussnahme zur Eroberung von Regulierung und Politik' (Corrupting the rules of the game: lobbying and regulatory and policy capture) *Forschungsjournal Neue Soziale Bewegungen* (Research Journal of New Social Movements), Jg. 22 1/2009, Lucius & Lucius: Stuttgart, p. 40-47.

Miller, D. and Dinan, W., 'Revolving Doors, Accountability and Transparency - Emerging Regulatory Concerns and Policy Solutions in the Financial Crisis', (GOV-PGC-ETH-2009-2), Paper prepared for the OECD and the Dutch National Integrity Office organized Global Forum on Public Governance "Building a Cleaner World: Tools and Good Practices for Fostering a Culture of Integrity" on 4-5 May 2009 in Paris.

Dinan, W. and Miller, D. 'Journalism, Public Relations and Spin' in Karin Wahl-Jorgensen and Thomas Hanitzsch (Eds) *Handbook of Journalism Studies*, New York: Routledge, 2009.

**2008**

Miller, D. and Dinan, W., 'Corridors of Power : Lobbying in the UK' in 'Les Coulisses du Pouvoir' sous la direction de Susan Trouvé-Finding, special Issue of *L'Observatoire de la Société Britannique* Numéro 6, June 2008, 245 pages, ISBN: 2-9526-375-5-5.

Dinan, W. and Miller, D., *'Transparency in EU Decision Making, Holding Corporations to Account: Why the ETI Needs Mandatory Lobbying Disclosure*' in Corruption and democracy: Political finances - conflicts of interest - lobbying - justice , Strasbourg: Council of Europe.

**2007**

Miller, D., 'Introduction: Unearthing Corporate Spin' in *Thinker, Faker, Spinner, Spy: Corporate PR and the Assault on Democracy*, Dinan, W. and Miller, D. (Eds) London: Pluto Press.

Mlller, D., 'Spinning Farmed Salmon' in *Thinker, Faker, Spinner, Spy: Corporate PR and the Assault on Democracy*, Dinan, W. and Miller, D. (Eds) London: Pluto Press.

Miller, D. and Dinan, W. , 'Conclusion: Countering Corporate Spin' in *Thinker, Faker, Spinner, Spy: Corporate PR and the Assault on Democracy*, Dinan, W. and Miller, D. (Eds) London: Pluto Press.

Miller, D., 'Public Relations as a Conspiracy Against Democracy', in *A Complicated, Antagonistic and Symbiotic Affair: Journalsim, Public Relations and Their Struggle for Public Attention*, Bernd Merkel, Stephan Russ-Mohl and Giovanni Zavaritt (eds) Lugano: Universita Della Svizzera Italiana, 2007, pp. 153-160.

Miller, D., 'La Democracia Manipulada por la Propaganda: el Reino Unido y las Lecciones de Irak' in Colin Leys and Leo Panitch (Eds) *Socialist Register 2006: diciendo la verdad*, Buenos Aires : Consejo Latinoamericano de Ciencias Sociales - CLACSO : Centro Cultural de la Cooperación Floreal Gorini, 2007.

**2006**

Dinan, W. and Miller, D., 'Transparency in the EU Decision Making, Holding Corporations to Account: Why the ETI needs mandatory Lobbying Disclosure' in Tom Spencer and Conor McGrath (eds)*Challenge and Response  Essays on Public Affairs and Transparency*, Brussels: Landmarks Publishing, 2006.

Miller, D. provided the Foreword British Propaganda in Ireland and its Significance Today to Brian Murphy's *The Origin and Organisation of British Propaganda in Ireland 1920*, Aubane Historical Society and Spinwatch, 2006.

'Unspinning Social Inequality: An Interview with David Miller'  by JefferyKlaehn in
J. Klaehn (ed.) *Bound By Power: Intended Consequences*, Toronto: Black Rose Books, 2006.

Miller, D., 'Propaganda and the "Terror Threat' in the UK' in Elizabeth Poole and John E. Richardson (Eds.)*Muslims and the News Media*, London: I B Tauris. ISBN 1-8451-1172-9. 2006.

Miller, D. (2006) 'Propaganda-Managed Democracy: The UK and the Lessons of Iraq' in
Colin Leys and Leo Panitch (Eds) *Socialist Register 2006: Telling the Truth*, London: Merlin Press. ISSN: 0081-0606.

**2005**

Hubbard, G. and Miller, G. 'Barbarism Inc' in Hubbard, G and Miller D. (eds) *Arguments Against G8*, London: Pluto.

Miller, D. and Hubbard, G., 'Naming the Problem' in Hubbard, G and Miller D. (eds) *Arguments Against G8*, London: Pluto.

Philo, G. and Miller, D., 'Communication and power: Production, consumption and reproduction' in Martin Holborn (Ed.) *Developments in sociology : an annual review*, Volume 21, Causeway Press, 2005.

**2004**

3

Miller, D., 'System Failure: It's Not Just the Media - the Whole Political System has Failed', *Journal of Public Affairs*, Vol. 4(4), November 2004: 374-383, 2004.

Miller, D., 'Information Dominance: The Philosophy of Total Propaganda Control' in Kamalipour, Y. and Snow, N. (Eds) War, Media and Propaganda: A global perspective, Lanham, Maryland: Rowman and Littlefield. pp7-16, 2004.

Miller, D., 'The Propaganda Machine' in Miller, D. (Ed.) Tell Me Lies: Media and Propaganda in the attack on Iraq, London: Pluto Press, 2004.

**2003**

Miller, D., 'Propaganda and the "Terror Threat" in the UK', *Media Education Journal*, Issue 34, Autumn: 31-33, 2003.

Miller, D. and Dinan, W., 'Global public relations and global capitalism' in David Demers (Ed.), Terrorism, Globalization and Mass Communication (Spokane, WA: Marquette Books), 2003.

Miller, D., (2003) 'Embed with the military' in Danny Schechter Embedded: Weapons of Mass Deception: How the Media Failed to Cover the War on Iraq, New York: Prometheus Books, p.73-76, 2003.

**2002**

Miller, D., 'Propaganda and Peace in Ireland', in *Media in Ireland: Issues in Broadcasting*, Damian Kiberd (Ed.), Dublin: Four Courts Press, 2002.

Miller, D., 'Promotion and Power' in A. Briggs and P. Cobley (eds.) *Introduction to Media*, 2nd Ed. London: Longman, 2002.

Miller, D., Schlesinger, P. & Dinan, W. (2002), 'A closed Scotland? Lobbying at Holyrood'. C Warhurst & G Hassan (eds), in: *The anatomy of the new Scotland: power, influence and change.* Edinburgh: Mainstream.

Philo, G. and Miller, D., 'Circuits of Communication and Power: Recent Developments in Media Sociology' in M. Holborn (ed) Developments in Sociology, Ormskirk: Causeway Press, ISBN 1-902796-42-X, June 2002, p1-22.

Miller, D. and Philo, G., 'Developments in Research on Communication and Power', Social Science Teacher, Vol 31, 3, Spring 2002: 3-8.

Miller, D., 'World Opinion Opposed the Attack on Afghanistan', *Media Development*, vol. XLIX (1): 52-54, 2002.

Miller, D., 'Opinion Polls and the misrepresentation of public opinion on the war with Afghanistan', *Television and New Media*, Vol. 3 No. 2, May 2002: 153-161.

**Editorial work:** Member editorial board, *Sociology*, (Jan 2012-December 2014); lead co-editor, special issue, *Critical Studies on Terrorism*, (in press, 2012); Co-editor special section *Critical Studies on Terrorism*, 'Teaching About Terrorism' (2011); Co-Editor, Special issue of *Critical Social Policy* (2010)

**Research networks:** Member of the Critical Terrorism Studies Working Group of the British International Studies Association, run the Teaching About Terrorism research network and co-moderate the international Think Tank Networks initiative.

**Conferences organised**

- 2011 **British Academy** funded 'A decade of terrorism and counter-terrorism', University of Strathclyde 8-11 September. http://decadeofterrorismandcounterterrorism.wordpress.com/
- 2010 **BISA Critical Terrorism Studies Working Group** conference: Focused on "Teaching and Researching Terrorism', Manchester University.
- 2008 **Strathclyde Conflict and Resolution** (SCAR) international conference 'Reconsidering Conflict, Terror and Resolution' September 11-12, University of Strathclyde.
- 2007 **Communication and Conflict:** Propaganda, Spin and Lobbying in the Global Age. Strathclyde University, 7-9 September.

4