IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION TO OVERRULE DEFENDANTS' AUTHENTICITY AND HEARSAY OBJECTIONS TO 177 PROPOSED TRIAL EXHIBITS THAT DEFENDANTS PRODUCED**

The following documents—which are in the record or have been designated by the parties as exhibits or deposition testimony for use at trial—are relevant to and referred to in plaintiffs' accompanying Memorandum of Law in Support of Motion To Overrule Defendants' Authenticity and Hearsay Objections to 177 Proposed Trial Exhibits that Defendants Produced (the "Memorandum").

| **EXHIBIT A (tabs below correspond to trial exhibit numbers)** | **Plaintiffs' Designated Trial Exhibit** |
|---|---|
| **Employment Records** | |
| A.1 | Document with Bates number D 02: 000590-91. |
| A.2 | Document with Bates number D 02: 004473-75. |
| A.3 | Document with Bates number D 02: 004476-78. |
| A.4 | Document with Bates number D 02: 004479-81. |
| A.5 | Document with Bates number D 02: 004482-83. |
| A.6 | Document with Bates number D 02: 004484-86. |
| A.7 | Document with Bates number D 02: 004487-91. |
| A.8 | Document with Bates number D 02: 004492-96. |

| | |
|---|---|
| A.9 | Document with Bates number D 02: 004497-99. |
| A.10 | Document with Bates number D 02: 004500-04. |
| A.11A | Document with Bates number D 02: 004505-07. |
| A.11B | Document with Bates number D 02: 004508-10. |
| A.11C | Document with Bates number D 02: 004511-13. |
| A.13 | Document with Bates number D 02: 006031-33. |
| A.15 | Document with Bates number D 02: 006363-68. |
| A.25 | Document with Bates number D 02: 007328. |
| A.36B | Document with Bates number D 02: 008957-60. |
| A.36C | Document with Bates number D 02: 008961-66 (at 02:008961-64 only). |
| A.36D | Document with Bates number D 02: 008967. |
| A.43 | Document with Bates number D 02: 008991-92. |
| A.44 | Document with Bates number D 02: 008994-95. |
| A.46 | Document with Bates number D 02: 008998. |
| A.47 | Document with Bates number D 02: 008999-9001. |
| A.48 | Document with Bates number D 02: 009002. |
| A.49 | Document with Bates number D 02: 009003-21. |
| A.55 | Document with Bates number D 02: 009042. |
| A.58 | Document with Bates number D 02: 009046. |
| A.59 | Document with Bates number D 02: 009049. |
| A.62 | Document with Bates number D 02: 009131-33. |
| A.88 | Document with Bates number D 02: 009412. |
| A.89 | Document with Bates number D 02: 009413. |
| A.90 | Document with Bates number D 02: 009414. |
| A.91 | Document with Bates number D 02: 009416. |
| A.94 | Document with Bates number D 02: 009433-55. |
| A.95 | Document with Bates number D 02: 009456-81. |
| A.103 | Document with Bates number D 02: 009501-04. |
| A.104 | Document with Bates number D 02: 009505-06. |
| A.105 | Document with Bates number D 02: 009507-08. |
| A.106 | Document with Bates number D 02: 009509. |
| A.107 | Document with Bates number D 02: 009510-31. |
| A.108 | Document with Bates number D 02: 009532. |
| A.109 | Document with Bates number D 02: 009533-36. |
| A.110 | Document with Bates number D 02: 009537-39. |
| A.111 | Document with Bates number D 02: 009540-43. |
| A.112 | Document with Bates number D 02: 009545. |
| A.113 | Document with Bates number D 02: 009546. |
| A.114 | Document with Bates number D 02: 009547. |
| A.115 | Document with Bates number D 02: 009548-54. |
| A.116 | Document with Bates number D 02: 009555. |
| A.118 | Document with Bates number D 02: 009576-9623. |
| A.119 | Document with Bates number D 02: 009624-25. |
| A.120 | Document with Bates number D 02: 009627-28. |
| A.121 | Document with Bates number D 02: 009631. |

| | |
|---|---|
| A.122 | Document with Bates number D 02: 009632. |
| A.123 | Document with Bates number D 02: 009633-36. |
| A.125 | Document with Bates number D 02: 009639. |
| A.126 | Document with Bates number D 02: 009640. |
| A.127 | Document with Bates number D 02: 009641. |
| A.128 | Document with Bates number D 02: 009642-52. |
| A.891 | Document with Bates number D 02: 009030. |
| A.892 | Document with Bates number D 02: 009031-32. |
| A.895 | Document with Bates number D 02: 009415. |
| A.896 | Document with Bates number D 02: 009544. |
| A.897 | Document with Bates number D 02: 009629-30. |
| **Ministry of Detainees Files** ||
| A.18 | Document with Bates number D 02: 006775-78. |
| A.26 | Document with Bates number D 02: 007731-42. |
| A.36C | Document with Bates number D 02: 008961-66 (at 02:008965-66 only). |
| A.36E | Document with Bates number D 02: 008968. |
| A.37 | Document with Bates number D 02: 008969-70. |
| A.38 | Document with Bates number D 02: 008971-75. |
| A.39 | Document with Bates number D 02: 008976-79. |
| A.40 | Document with Bates number D 02: 008980-81. |
| A.41 | Document with Bates number D 02: 008982-84. |
| A.42 | Document with Bates number D 02: 008985-87. |
| A.50 | Document with Bates number D 02: 009024-26. |
| A.51 | Document with Bates number D 02: 009027-29. |
| A.52 | Document with Bates number D 02: 009033-35. |
| A.53 | Document with Bates number D 02: 009036-38. |
| A.54 | Document with Bates number D 02: 009039-41. |
| A.61 | Document with Bates number D 02: 009081-9130. |
| A.63 | Document with Bates number D 02: 009134-63. |
| A.64 | Document with Bates number D 02: 009164-77. |
| A.65 | Document with Bates number D 02: 009178-9200. |
| A.66 | Document with Bates number D 02: 009201-26. |
| A.67 | Document with Bates number D 02: 009227-37. |
| A.69 | Document with Bates number D 02: 009232-34. |
| A.70 | Document with Bates number D 02: 009235. |
| A.71 | Document with Bates number D 02: 009238-56. |
| A.72 | Document with Bates number D 02: 009257-72. |
| A.73 | Document with Bates number D 02: 009273-76. |
| A.75 | Document with Bates number D 02: 009287-95. |
| A.76 | Document with Bates number D 02: 009296-9304. |
| A.83 | Document with Bates number D 02: 009305-43. |
| A.84 | Document with Bates number D 02: 009354-64. |
| A.85 | Document with Bates number D 02: 009365-68. |
| A.86 | Document with Bates number D 02: 009369-85. |
| A.87 | Document with Bates number D 02: 009400-11. |

| | |
|---|---|
| A.96 | Document with Bates number D 02: 009482-9500. |
| A.117 | Document with Bates number D 02: 009556-75. |
| A.893 | Document with Bates number D 02: 009277-86. |
| A.894 | Document with Bates number D 02: 009344-53. |
| **Martyr Files** | |
| A.16 | Document with Bates number D 02: 006415. |
| A.17 | Document with Bates number D 02: 006761-74. |
| A.19 | Document with Bates number D 02: 006827-34. |
| A.21 | Document with Bates number D 02: 007183-84. |
| A.22 | Document with Bates number D 02: 007290-303. |
| A.23 | Document with Bates number D 02: 007304-16. |
| A.24 | Document with Bates number D 02: 007317-27. |
| A.27 | Document with Bates number D 02: 007893-95. |
| A.28 | Document with Bates number D 02: 007896-97. |
| A.29 | Document with Bates number D 02: 007898. |
| A.36A | Document with Bates number D 02: 008952-56. |
| A.45 | Document with Bates number D 02: 008996. |
| A.60 | Document with Bates number D 02: 009050-80. |
| A.92 | Document with Bates number D 02: 009417-29. |
| A.93 | Document with Bates number D 02: 009430-32. |
| A.317A | Document with Bates number P 3: 1-18. |
| A.326 | Document with Bates number P 3: 55-58. |
| A.890 | Document with Bates number D 02: 008997. |
| **GIS Documents** | |
| A.129 | Document with Bates number D 02: 009866-70. |
| A.130 | Document with Bates number D 02: 009871-78. |
| A.131 | Document with Bates number D 02: 009879-86. |
| A.132 | Document with Bates number D 02: 009887-88. |
| A.133 | Document with Bates number D 02: 009889-93. |
| A.134 | Document with Bates number D 02: 009894-98. |
| A.135 | Document with Bates number D 02: 009899-9904. |
| A.136 | Document with Bates number D 02: 009905-06. |
| A.137 | Document with Bates number D 02: 009907-08. |
| A.138 | Document with Bates number D 02: 009909-16. |
| A.139 | Document with Bates number D 02: 009917. |
| A.140 | Document with Bates number D 02: 009918-19. |
| A.141 | Document with Bates number D 02: 009920-23. |
| A.142 | Document with Bates number D 02: 009924-25. |
| A.143 | Document with Bates number D 02: 009926-29. |
| A.144 | Document with Bates number D 02: 009930-41. |
| A.145 | Document with Bates number D 02: 009942. |
| A.146 | Document with Bates number D 02: 009943-44. |
| A.147 | Document with Bates number D 02: 009945-51. |
| A.148 | Document with Bates number D 02: 009952-54. |
| A.149 | Document with Bates number D 02: 009955-56. |

| | |
|---|---|
| A.150 | Document with Bates number D 02: 009957-58. |
| A.151 | Document with Bates number D 02: 009959-61. |
| A.152 | Document with Bates number D 02: 009962-64. |
| A.153 | Document with Bates number D 02: 009965-67. |
| A.154 | Document with Bates number D 02: 009968-72. |
| A.155 | Document with Bates number D 02: 009973-75. |
| A.156 | Document with Bates number D 02: 009976-87. |
| A.157 | Document with Bates number D 02: 009988-93. |
| A.158 | Document with Bates number D 02: 009994-96. |
| A.159 | Document with Bates number D 02: 009997-10001. |
| A.160 | Document with Bates number D 02: 010002-06. |
| A.161 | Document with Bates number D 02: 010007-14. |
| A.162 | Document with Bates number D 02: 010015-25. |
| A.163 | Document with Bates number D 02: 010026-29. |
| A.164 | Document with Bates number D 02: 010030-38. |
| A.165 | Document with Bates number D 02: 010039-41. |
| A.166 | Document with Bates number D 02: 010044. |
| A.167 | Document with Bates number D 02: 010045-50. |
| A.168 | Document with Bates number D 02: 010051-52. |
| A.169 | Document with Bates number D 02: 010193-96. |
| A.233 | Document with Bates number P 1: 554. |
| A.1028 | Document with Bates number D 02: 010197. |
| A.1029 | Document with Bates number D 02: 010200. |
| A.1030 | Document with Bates number D 02: 010201-02. |
| A.1031 | Document with Bates number D 02: 010204. |
| A.1032 | Document with Bates number D 02: 010217-18. |
| A.1033 | Document with Bates number D 02: 010219-22. |
| A.1034 | Document with Bates number D 02: 010223. |
| A.1035 | Document with Bates number D 02: 010227-30. |
| A.1036 | Document with Bates number D 02: 010231. |
| A.1037 | Document with Bates number D 02: 010249-52. |
| A.1038 | Document with Bates number D 02: 010253-56. |
| A.1039 | Document with Bates number D 02: 010257. |
| A.1040 | Document with Bates number D 02: 010258. |
| A.1041 | Document with Bates number D 02: 010259-62. |
| A.1060 | Document with Bates number D 02: 010270. |
| **Ministry of Finance Account Statements** | |
| A.20 | D 02: 006835-40 |
| A.173 | D 04: 000493-494 |

| | |
|---|---|
| **EXHIBIT B** | Excerpts from the Transcript of the Conference before the Hon. George B. Daniels, dated March 4, 2014. |

| | |
|---|---|
| **EXHIBIT C** | Plaintiffs' Letter to Defendants, dated March 21, 2014. |

| | |
|---|---|
| **EXHIBIT D** | Email from Kent Yalowitz to Brian Hill, dated June 13, 2013. |

| | |
|---|---|
| **EXHIBIT E** | Defendants' Letter to Plaintiffs, dated March 31, 2014. |

| **EXHIBIT F** (tabs below) | **Description** |
|---|---|
| F.1 | The Mandelkorn Plaintiffs' First Request to Produce Documents and Things, dated March 26, 2012. |
| F.2 | The Sokolow Family Plaintiffs' First Request to Produce Documents and Things, dated April 23, 2012. |
| F.3 | Seventh Request to Produce Documents and Things by all Plaintiffs and Appendix 1, dated August 28, 2012. |
| F.4 | The Bauer Plaintiffs' Third Request to Produce Documents and Things, dated November 21, 2012. |
| F.5 | The Goldberg Plaintiffs' Request to Produce Documents and Things, dated November 21, 2012. |
| F.6 | The Gould and Waldman Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| F.7 | The Mandelkorn Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| F.8 | The Sokolow Family Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| F.9 | The Blutstein, Carter, Coulter and Gritz Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |

| **EXHIBIT G** (tabs below) | **Description** |
|---|---|
| G.1 | The Bauer Plaintiffs' First Set of Interrogatories, dated August 26, 2011. |
| G.2 | The Sokolow Family Plaintiffs' First Set of Interrogatories, dated September 19, 2011. |
| G.3 | Defendants' Objections and Responses to the Sokolow Family Plaintiffs' First Set of Interrogatories, dated October 24, 2011. |
| G.4 | Defendants' Third Supplemental Objections and Responses to the Sokolow Family Plaintiffs' First Set of Interrogatories, dated March 16, 2012. |
| G.5 | Defendants' Second Supplemental Objections and Responses to the Bauer Plaintiffs' First Set of Interrogatories, dated March 16, 2012. |

| **EXHIBIT H** (tabs below correspond to trial exhibit numbers) | **Plaintiffs' Designated Trial Exhibit** |
|---|---|
| H.295 | P 2: 314-316 |
| H.321 | P 3: 30-39 |
| H.324 | P 3: 47 |

| | |
|---|---|
| H.376 | P 5: 42-43 |
| H.377 | P 5: 44-48 |
| H.426 | P 7: 100-15 |
| H.464 | P 7: 7-14 |

| | |
|---|---|
| **EXHIBIT I** | Expert Report of Israel Shrenzel, dated April 10, 2013. |

| | |
|---|---|
| **EXHIBIT J** | Excerpts from the Expert Report of Alon Eviatar, dated June 14, 2013, and corrected on September 29, 2013. |

| | |
|---|---|
| **EXHIBIT K** | Article titled, "Paying salaries for the employees has become a burden on the Palestinian Authority" (Docket Entry 329-5). |

| | |
|---|---|
| **EXHIBIT L** | Excerpts from the Expert Report of Itamar Marcus, dated March 22, 2013. |

| | |
|---|---|
| **EXHIBIT M** | Court Order dated March 24, 2014 (Docket Entry 447). |

| | |
|---|---|
| **EXHIBIT N** | Memorandum Order from *Klieman v. The Palestinian Authority*, Civil No. 04-1173 (PLF/JMF), Judge John Facciola, dated February 11, 2013. |