# EXHIBIT A.1

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER