# EXHIBIT A.2

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER