# EXHIBIT A.3

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER