# EXHIBIT A.4

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER