# EXHIBIT A.5

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER