# EXHIBIT A.6

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER