# EXHIBIT A.8

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER