# EXHIBIT A.9

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER