# EXHIBIT A.10

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER