# EXHIBIT A.11A

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER