# EXHIBIT A.11B

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER