# EXHIBIT A.11C

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER