# EXHIBIT A.13

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER