# EXHIBIT A.15

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER