# EXHIBIT A.25

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER