# EXHIBIT A.36B

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER