# EXHIBIT A.36D

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER