# EXHIBIT A.44

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER