# EXHIBIT A.47

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER