# EXHIBIT A.48

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER