# EXHIBIT A.49

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER