# EXHIBIT A.55

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER