# EXHIBIT A.58

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER