# EXHIBIT A.62

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER