# EXHIBIT A.88

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER