# EXHIBIT A.89

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER