# EXHIBIT A.90

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER