# EXHIBIT A.91

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER