# EXHIBIT A.94

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER