# EXHIBIT A.95

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER