# EXHIBIT A.103

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER