# EXHIBIT A.104

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER