# EXHIBIT A.105

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER