# EXHIBIT A.106

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER