# EXHIBIT A.107

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER