# EXHIBIT A.108

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER