# EXHIBIT A.109

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER