# EXHIBIT A.110

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER