# EXHIBIT A.111

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER