# EXHIBIT A.112

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER