# EXHIBIT A.113

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER