# EXHIBIT A.114

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER