# EXHIBIT A.115

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER