# EXHIBIT A.116

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER