# EXHIBIT A.118

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER