# EXHIBIT A.119

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER