# EXHIBIT A.120

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER