# EXHIBIT A.121

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER