# EXHIBIT A.122

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER