# EXHIBIT A.123

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER