# EXHIBIT A.125

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER