# EXHIBIT A.126

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER