# EXHIBIT A.127

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER