# EXHIBIT A.128

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER