# EXHIBIT A.891

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER