# EXHIBIT A.892

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER