# EXHIBIT A.895

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER