# EXHIBIT A.896

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER