# EXHIBIT A.897

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER