# EXHIBIT A.26

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER