# EXHIBIT A.36E

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER