# EXHIBIT A.37

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER