# EXHIBIT A.40

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER