# EXHIBIT A.41

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER