# EXHIBIT A.42

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER