# EXHIBIT A.50

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER