# EXHIBIT A.51

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER