# EXHIBIT A.53

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER