# EXHIBIT A.54

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER