# EXHIBIT A.61

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER