# EXHIBIT A.63

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER