# EXHIBIT A.64

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER