# EXHIBIT A.65

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER