# EXHIBIT A.66

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER