# EXHIBIT A.67

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER