# EXHIBIT A.69

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER