# EXHIBIT A.70

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER