# EXHIBIT A.71

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER