# EXHIBIT A.72

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER