# EXHIBIT A.73

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER