# EXHIBIT A.75

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER