# EXHIBIT A.76

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER