# EXHIBIT A.83

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER