# EXHIBIT A.84

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER