# EXHIBIT A.85

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER