# EXHIBIT A.86

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER