# EXHIBIT A.87

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER