# EXHIBIT A.96

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER