# EXHIBIT A.117

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER