# EXHIBIT A.893

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER