# EXHIBIT A.894

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER