# EXHIBIT A.16

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER