# EXHIBIT A.19

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER