# EXHIBIT A.21

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER