# EXHIBIT A.22

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER