# EXHIBIT A.23

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER