# EXHIBIT A.29

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER