# EXHIBIT A.36A

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER