# EXHIBIT A.45

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER