# EXHIBIT A.60

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER