# EXHIBIT A.92

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER