# EXHIBIT A.93

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER