# EXHIBIT 326

**First: Personal Information:**

| | |
|---|---|
| Local No.: *508 / 013243*   *B* | Central No.: *13243* |
| Case Name: *Fawzi Hamdi Mustafa Marar* | Code Name: |
| Citizenship: *Palestinian* | Identity Card No.: *[illegible]* |
| Full Name of Beneficiary:<br>(<u>wife</u>, father, mother, brother, sister)<br>*Ula Atiyeh Mohamed Marar* | Identity Card No.: *905607883* |
| Full Name of the Mother: *Khairiya Mohamed Samour* | Mother's Identity Card No.: |
| Name of Wife: *Ula Atiyeh Mohamed Marar* | Wife's Identity Card No.: *905607883* |
| Date and Place of Birth: [redacted] *1975 – Ramallah* | Country of Origin: *Al-Lod* |
| Religion: *Moslem*    Sex: *Male* | Marital Status: *Married* |
| Former Occupation: *Military in Force 17 (lieutenant)* | Current Occupation: |
| Education: *First year of high school* | |
| Date and Number of Letter of Approval: | |
| Date of Approval at the Institution: | |

**Second: Administrative Information:**

| | |
|---|---|
| Military Rank: *Lieutenant* | Organizational Rank: |
| Rank's Letter of Approval: | No.:            Date: |
| Changes in Previous Allowance | Current:       Amendments: |
| Organization Membership: *Fatah* | Section: |
| Date of Joining the Revolution:       Organizationally:       Militarily:       Full-time: | |
| Courses Passed: | |
| Date and Place of the Incident: *March 5, 2002 – Ramallah (Industrial Zone)* | |
| Nature of the Incident: *The occupation army's aircraft bombed the car that the martyr was riding in along with the martyrs Muhannad Dayriya and Omar Maqdad (in a cowardly assassination operation), as the three were prominent activists in the intifada and in the al-Aqsa Martyrs Brigades (the military wing of the Fatah movement), leading to the immediate martyrdom of the three.* | |

**Brief Biography:**
*The martyr was born in Ramallah City. He studied at al-Wakala School until the first year of high school. Afterward, he held different jobs, including in a store owned by his relatives. He married and had four children. Recently, he remarried and did not have any children from his last wife. He joined Force 17 and remained there until his martyrdom. He was an activist in the intifada and had been arrested earlier by the occupation forces.*

Family Residence:    Personal Property: [✓]  Rent:  Joint:
Monthly Rent:
Full Address: [redacted] *– next to the mosque*
Nearest Telephone: [redacted] *Martyr's cousin (Maher Marar) / Martyr's brother (Samer):*
[redacted] *residence of martyr's wife Ula.*

CONFIDENTIAL                                       06:000070
                                                 [Stamp] P 3: 55

*Ramallah / Martyr of Aqsa: Fawzi Hamdi Mustafa Marar*   M + B

**Section's Recommendation:**
* One of the al-Aqsa Intifada's martyrs, the martyr has two wives. The first one gave him four children, and he had no children from the second wife.
* The martyr was in the military (lieutenant in Force 17), and was an activist in the intifada and in the al-Aqsa Martyrs Brigades. He became a martyr in a cowardly assassination operation carried out by enemy aircraft (he was martyred along with two other activists).
* That is why we recommend approving him as a martyr of the al-Aqsa intifada without a salary from the establishment, since he is in the military. We recommend dividing any external allowances into the two M and B shares.   Date: March 17, 2002   Signature: *Suleiman al-Dik*

**Decision of the Establishment's Director:** (                              )

*First Share: M to the childless wife: May Husni Mohamed Anaeem*
*Second Share: B to the wife with four children: Ula Atiyeh Mohamed Marar*

Date:                                    Signature:

**Allowance Account**

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total in Dinars |
|---|---|---|---|---|---|---|

Other bonuses:
Total in dinars:
Total in shekels:

**Approval of the Director General:**
*Designated a martyr (from al-Aqsa martyrs) as of March 1, 2002 without allowances from the establishment given that he is in the military.*
*He has two wives. This will be taken into consideration at the Islamic Bank.*

**Auditing Notes:**        Date: *March 17, 2002*        Signature: [Signature]
                          [illegible; looks like "new"]
                          [illegible] Management

**Computer Notes:**       Date:                          Signature

CONFIDENTIAL                                              06:000071

[Stamp] P 3: 56

CONFIDENTIAL                                      06:000072

### First: Personal Information:

| | |
|---|---|
| Local No.: 508 / 013242   M | Central No.: 13242 |
| Case Name: *Fawzi Hamdi Mustafa Marar* | Code Name: |
| Citizenship: *Palestinian* | Identity Card No.: *951023845* |
| Full Name of Beneficiary: (wife, father, mother, brother, sister) *May Husni Mohamed Anaeem* | Identity Card No.: *920100245* |
| Full Name of the Mother: *Khairiya Mohamed Samour* | Mother's Identity Card No.: |
| Name of Wife: *May Husni Mohamed Anaeem* | Wife's Identity Card No.: *920100245* |
| Date and Place of Birth: ▇▇▇ *1975 – Ramallah* | Country of Origin: *Al-Lod* |
| Religion: *Moslem*    Sex: *Male* | Marital Status: *Married* |
| Former Occupation: *Military Force 17 (lieutenant)* | Current Occupation: |
| Education: *First year of high school* | |
| Date and Number of Letter of Approval: | |
| Date of Approval at the Establishment: | |

### Second: Administrative Information:

| | |
|---|---|
| Military Rank: *Lieutenant* | Organizational Rank: |
| Rank's Letter of Approval: | No.:                    Date: |
| Changes in Previous Allowance | Current:              Amendments: |
| Organization Membership: *Fatah* | Section: |
| Date of Joining the Revolution:   Organizationally:   Militarily:   Full-Time: | |
| Courses Passed: | |
| Date and Place of the Incident: *March 5, 2002 – Ramallah (Industrial Zone)* | |
| Nature of the Incident: *The occupation army's aircraft bombed the car that the martyr was riding in along with the martyrs Muhannad Dayriya and Omar Maqdad (in a cowardly assassination operation), as the three were prominent activists in the intifada and in the al-Aqsa Martyrs Brigades (the military wing of the Fatah movement), leading to the immediate martyrdom of the three.* | |

### Brief Biography:

*The martyr was born in Ramallah City. He studied at al-Wakala School until the first year of high school. Afterward, he held different jobs, including in a store owned by his relatives. He married and had four children. Recently he remarried and did not have any children from his last wife. He joined Force 17 and remained there until his martyrdom. He was an activist in the intifada and had been arrested earlier by the occupation forces.*

Family Residence:    Personal Property: [✓]  Rent:          Joint:
Monthly Rent:
Full Address: ▇▇▇▇ *(Ramallah) – next to the mosque   May: 0099940069*
Nearest Telephone: *Martyr's brother (Samer):* ▇▇▇▇▇▇▇ *the mother of the martyr's second wife (May):* [illegible] ▇▇▇ [illegible]

[Stamp] **P** 3: 57

*Ramallah / Martyr of Aqsa: Fawzi Hamdi Mustafa Marar*   M + B

### Section's Recommendation:

*\* One of the al-Aqsa Intifada's martyrs, the martyr has two wives. The first one gave him four children, and he had no children from the second wife.*
*\* The martyr was in the military (lieutenant in Force 17), and was an activist in the intifada and in the al-Aqsa Martyrs Brigades. He became a martyr in a cowardly assassination operation carried out by enemy aircraft (he was martyred along with two other activists).*
*\* That is why we recommend approving him as a martyr of the al-Aqsa intifada without a salary from the establishment, since he is in the military. We recommend dividing any external allowances into the two M and B shares.   Date: March 17, 2002   Signature: Suleiman al-Dik*

### Decision of the Establishment's Director: (                                        )
*First Share: M to the childless wife: May Husni Mohamed Anaeem*
*Second Share: B to the wife with four children: Ula Atiyeh Mohamed Marar*

　　　　　　　Date:　　　　　　　　　Signature:

**Allowance Account**

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total in Dinars |
|---|---|---|---|---|---|---|

Other bonuses:
Total in dinars:
Total in shekels:

### Approval of the Director General:
*Designated a martyr (from al-Aqsa martyrs) as of March 1, 2002, without allowances from the establishment given that he is in the military.*
*He has two wives. This will be taken into consideration at the Islamic Bank.*

**Auditing Notes:**　　　Date: *March 17, 2002*　　　Signature: [Signature]
　　　　　　　　　　　　[illegible; possibly "new"]
　　　　　　　　　　　　[illegible] Management

**Computer Notes:**　　　Date:　　　　　　　　　Signature

CONFIDENTIAL　　　　　　　　　　　　06:000073

[Stamp] P 3: 58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3 55-58.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 3 55-58.

Dated: February 28, 2014

                                                        _____
                                                          Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

## أولا: معلومات ذاتية:

٥٠٨

الرقم المحلي: 013243     الرقم المركزي: ١٢٤٤٢

اسم الحالة: نوزين محمد مصطفى مراس     الاسم الحركي: ـــ

الجنسية: فلسطيني     رقم الهوية: ٤٢٨٢٥

اسم المستفيد رباعي: جمال عطية محمد مراس     رقم الهوية: ٩٠٥٦٧٨٨٢
(الزوجة، الأب، الأم، الأخ، الأخت)

اسم الأم كامل: ضريبة محمد سمور     رقم هوية الأم:

اسم الزوجة: جمال عطية محمد مراس     رقم هوية الزوجة: ٩٠٥٦٧٨٨٢

تاريخ ومكان الميلاد: ١٩٧٥ ـ رام الله     البلد الأصلي: اللد

الديانة: مسلم     الجنس: ذكر     الحالة الاجتماعية: متزوج

العمل السابق: عسكري مع ٧٧ (ملازم)     العمل الحالي: ـــ

المؤهل العلمي: الأول الثانوي

تاريخ ورقم كتاب الاعتماد:

تاريخ الاعتماد بالمؤسسة:

## ثانياً: معلومات إدارية:

الرتبة العسكرية: ملازم     الرتبة التنظيمية:

كتاب اعتماد الرتبة:     رقم:     تاريخ:

تطورات المخصص السابق:     الحالي:     التعديلات:

التنظيم التابع له: فتح     القطاع:

تاريخ الالتحاق بالثورة:     تنظيميا:     عسكريا:     تفرغاً:

الدورات التي اجتازها:

تاريخ ومكان الحادث: ٢٠٠٤/٢/٥ ـ رام الله (المنطقة الصناعية)

كيفية حدوث الحادث: قامت طائرات جيش الاحتلال بقصف السيارة التي كان يستقل الشهيد مع الشهيد منذر درية وعبد معتصم (بني غلية) بصيال بجانبه حيث أنهم كانوا الطارئة مع النشطاء البارزين في الانتفاضة وذلك كتاب شهداء الأقصى والبناء العدس حركة فتح، مما أدى الى استشهاد الثلاثة على الفور.

موجز سيرته الذاتية:

ولد الشهيد في مدينة رام الله ودرس في مدرسة الرمالة حتى الصف الأول الثانوي، وبعدها عمل من عدة مجالات منها في محل تجاري لأقرباءه، وقد تزوج وأنجب أربعة أبناء ومعذراً تزوج مرة أخرى ولم ينجب منها، وقد التحق بثورات أول ١٩٩١ ويقبل منذ هذا استشهاده حيث كان من أهم نشطاء الانتفاضة وكان قد اعتقل من قبل سلطات الاحتلال سابقاً.

سكن الأسرة: ملك ✓     ايجار:     مشترك:

الايجار الشهري:

العنوان الكامل: بيانه المسجد ▇▇▇▇▇▇▇

أقرب تلفون: ابنه الشهيد (ماهر مراس) / شقيقه (رشيد سامر): ٠٥٩٧١١٦١٩

المنزل زوجة الشهيد جملا ▇▇▇▇▇▇▇

CONFIDENTIAL

06:000070

P 3: 55

بسم الله / استشهد الأقصى: [اسم غير واضح]   P + ب

**توصية القسم:**

* أحد شهداء انتفاضة الأقصى - الشهيد متزوج سرا اثنتين/ولد أنجب منه أربعة أبناء والثانية لم ينجب منها أبناء
* الشهيد كان عسكريا (ملازم ج م.ب.و) وكان أحد نشطاء الانتفاضة وكتائب شهداء الأقصى وتنفذ استشهد في عملية اغتيال جبانة من قبل طائرات العدو (هو وشخصية أخرى).
* لذا نرجو باعتباره شهيداً من شهداء انتفاضة الأقصى وبصرف راتب سر المؤسسة بصفته عسكريا ولزوجته بأقساط أي مونيعات خارجية والجمعية P و ب . التاريخ: 17/2/ [...]   التوقيع: [توقيع]

**قرار مدير المؤسسة:** ( )

الحصة الأولى: P للزوجة بدون أبناء: م حسني محمد الغني
الحصة الثانية: ب للزوجة مع أربعة أبناء: علا علية محمد مراد

التاريخ: .......   التوقيع: .......

**حساب المخصص:**

| أساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى: 
المجموع بالدينار: 
المجموع بالشيكل: 

**اعتماد المدير العام:**

[نص مكتوب بخط اليد غير واضح]

**ملاحظات التدقيق:**   التاريخ 17/2/ [...]   التوقيع [توقيع]

**ملاحظات الحاسب الآلي:**   التاريخ   التوقيع

CONFIDENTIAL

06:000071

P 3: 56

CONFIDENTIAL

06:000072

أولاً : معلومات ذاتية :

الرقم المحلي : ٢٠١٣٩٢   ٥٠٨
الرقم المركزي : ١٢٤٤٤
اسم الحالة : فوزي جريس معنى مراس
الاسم الحركي :
الجنسية : فلسطيني
رقم الهوية : ٩٥١٠٤٢٨٢٥
اسم المستفيد رباعي ( الزوجة ، الأب ، الأم ، الأخ ، الأخت ) : مي جميل محمد النعيم
رقم الهوية : ٩٥٠١٠٠٤٤٥
اسم الأم كامل : فهيمة محمد حمور
رقم هوية الأم :
اسم الزوجة : مي جميل محمد النعيم
رقم هوية الزوجة : ٩٥٠١٠٠٤٤٥
تاريخ ومكان الميلاد : ١٩٧٥ — رام الله
البلد الأصلي : اللد
الديانة : مسلم
الجنس : ذكر
الحالة الاجتماعية : متزوج
العمل السابق : عسكري مدني (ملازم)
العمل الحالي :
المؤهل العلمي : الأول الثانوي
تاريخ ورقم كتاب الاعتماد :
تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات ادارية :

الرتبة العسكرية : ملازم
الرتبة التنظيمية :
كتاب اعتماد الرتبة : رقم :   تاريخ :
تطورات المخصص السابق :   الحالي :   التعديلات :
التنظيم التابع له : فتح
القطاع :
تاريخ الالتحاق بالثورة :   تنظيميا :   عسكريا :   تفرغا :
الدورات التي اجتازها :
تاريخ ومكان الحادث : ٥/١٢/٢٠٠٢ — رام الله ( المنطقة الصناعية )
كيفية حدوث الحادث : تمت مؤامرات جيش الاحتلال تعصف السيارة التي كان يستقلها الشهيد مع ثلاثة من رفاقه ميناء درية وعمر مقدامه ( نوعية اغتيال مبانية ) حيث انهم كانوا الثلاثة من الشطبا والبارزين في الانتفاضة ورغم تنا شبه شهداء الأوض ( البنى والعسكري نكبة منح ) مما أدى إلى استشهاد الثلاثة على الغور.

موجز سيرته الذاتية :

ولد الشهيد في مدينة رام الله ودرس في مدرسة الوكالة حتى الصف الأول الثانوي وبعدها عمل عدة مجالات منها في محل تجاري للأخبارة وقد تزوج وانجب خمسة أبناء ومفرط تزوج مرة اخرى ولم ينجب منها ورمد التحق بقوات أك ٧٧ وتعيين حتى استشهد مسألة من شهداء الانتفاضة وكان من المستخدمين سلمات الاحتلال سابقاً.

سكن الأسرة : ملك : —   ايجار : —   مشترك :
رقم التشهيري : ٠٥٩٥٩٢٠٠٦٨
العنوان الكامل : (رام الله) — جانب المسجد
رقم التليفون : شمبر شرف سامر
والدة زوجة الشهيد الست (مي)

P 3: 57

بسم الله / الشهيد الأقصى : [اسم] ۹ + ب

**توصية القسم :**

* أحد شهداء انتفاضة الأقصى ...
* الشهيد كان عسكرياً ...
* لذلك نوصي ...

التاريخ : ۱۷/۲/ ... التوقيع : ...

**قرار مدير المؤسسة :** ( )

الجبهة الأولى : ... للزوجة ... أبناء : ...
الجبهة الثانية : ... للزوجة ... أبناء : ...

التاريخ : ... التوقيع : ...

**حساب المخصص :**

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ...
المجموع بالدينار : ...
المجموع بالشيكل : ...

**اعتماد المدير العام :**

...

**ملاحظات التدقيق :** ...
التاريخ ۱۷/۲/ ... التوقيع ...

**ملاحظات الحاسب الآلي :** التاريخ ... التوقيع ...

CONFIDENTIAL
06:000073
P 3: 58