# EXHIBIT A.890

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER