# EXHIBIT A.130

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER