# EXHIBIT A.131

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER