# EXHIBIT A.133

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER