# EXHIBIT A.134

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER