# EXHIBIT A.135

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER