# EXHIBIT A.136

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER