# EXHIBIT A.137

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER