# EXHIBIT A.138

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER