# EXHIBIT A.139

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER