# EXHIBIT A.140

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER