# EXHIBIT A.141

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER