# EXHIBIT A.142

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER