# EXHIBIT A.143

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER