# EXHIBIT A.144

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER