# EXHIBIT A.145

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER