# EXHIBIT A.146

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER