# EXHIBIT A.147

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER