# EXHIBIT A.148

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER