# EXHIBIT A.149

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER