# EXHIBIT A.150

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER