# EXHIBIT A.151

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER