# EXHIBIT A.152

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER