# EXHIBIT A.153

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER