# EXHIBIT A.154

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER