# EXHIBIT A.155

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER