# EXHIBIT A.156

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER