# EXHIBIT A.157

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER