# EXHIBIT A.158

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER