# EXHIBIT A.159

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER