# EXHIBIT A.160

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER