# EXHIBIT A.161

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER