# EXHIBIT A.162

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER