# EXHIBIT A.163

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER