# EXHIBIT A.164

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER