# EXHIBIT A.165

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER