# EXHIBIT A.166

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER