# EXHIBIT A.167

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER