# EXHIBIT A.168

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER