# EXHIBIT A.169

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER