# EXHIBIT A.1028

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER