# EXHIBIT A.1029

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER