# EXHIBIT A.1030

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER