# EXHIBIT A.1031

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER