# EXHIBIT A.1033

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER