# EXHIBIT A.1034

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER