# EXHIBIT A.1035

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER