# EXHIBIT A.1036

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER