# EXHIBIT A.1037

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER