# EXHIBIT A.1038

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER