# EXHIBIT A.1039

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER