# EXHIBIT A.1040

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER