# EXHIBIT A.1041

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER