# EXHIBIT A.20

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER