# EXHIBIT A.173

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER