# EXHIBIT D

**From:** Yalowitz, Kent A.
**Sent:** Thursday, June 13, 2013 3:39 PM
**To:** bhill@milchev.com
**Cc:** Horton, Philip W.; 'rtolchin@berkmanlaw.com'; Pildis, Sara K.; McMillan, Lucy S.; 'Rachel Weiser'; 'dsrovner@gmail.com'; 'Mordechai Haller'; 'Hibey, Richard'; 'Rochon, Mark'
**Subject:** Sokolow v. PLO

Brian,

Plaintiffs have obtained what we believe are copies of the documents contained in Fawzi Murar's martyr file, attached. Would you please confirm (1) whether the attached represents true and correct copies of the documents contained in Murar's martyr file, and (2) whether the attached is a complete copy of the martyr file?

Also, I left word about a separate issue I would like to discuss, so just give me a call when you have a moment on that issue.

Many thanks,

Kent

Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1113
Kent.Yalowitz@aporter.com
www.arnoldporter.com

1