# EXHIBIT F.3

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK SOKOLOW, et al.,

        Plaintiffs,

                                      Civ. No. 04-397 (GBD) (RLE)

      v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

        Defendants.

## SEVENTH REQUEST TO PRODUCE DOCUMENTS AND THINGS
## BY ALL PLAINTIFFS
### (Nos. 24-46)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, all Plaintiffs, by counsel, request that Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") produce the documents and things described below to Plaintiffs' counsel within thirty (30) days of the service of these requests.

### INSTRUCTIONS AND GENERAL DEFINITIONS

1.      Defendants shall respond to these requests as required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.      The full text of the definitions and rules of construction set forth in Local Civil Rule 26.3(c) and (d) is incorporated by reference herein and governs these requests.

### SPECIFIC DEFINITIONS

1.      "PA" means and refers to defendant The Palestinian Authority and any ministry, agency, division, bureau, department or instrumentality thereof.

2.      "PLO" means and refers to defendant The Palestine Liberation Organization and any agency, division, bureau, department or instrumentality thereof.

3.     "Defendants" means and refers collectively to Defendants PA and PLO and any ministry, agency, division, bureau, department or instrumentality thereof.

4.     "PA Martyr Form and File" in respect to any deceased or injured person, means and refers to the complete paper form and file regarding that person from the PA's Ministry of Social Affairs, or any predecessor or successor entity thereto. The documents produced by defendants as Bates 02:006827-34 are an illustrative example of a PA Martyr Form and File.

5.     "PA Prisoner Form and File" in respect to any person who is or was a prisoner, means and refers to the complete paper form and file regarding that person from the PA's Ministry of Prisoner Affairs, or any predecessor or successor entity thereto. The existence of PA Prisoner Forms and Files was confirmed in the deposition of Jawad Amawi in the matter of *Klieman v. Palestinian Authority* at pp. 51; 64.

6.     "PLO Martyr File" in respect to any deceased or injured person, means and refers to the complete paper file from the PLO's Social Affairs Institution, or any predecessor or successor entity thereto. The existence of PLO Martyr Files is evidenced by the document produced by defendants in the matter of *Gilmore v. Palestinian Authority* as Bates 06:000086.

## REQUESTS FOR DOCUMENTS AND THINGS

23.     The PA Martyr Form and File for each of the terrorists listed in Appendix 1.

24.     The PLO Martyr File for each of the terrorists listed in Appendix 1.

25.     All documents concerning all payments made and/or all financial or in-kind benefits provided by the PA and/or PLO to any person at any time after the death or injury of the terrorists listed in Appendix 1, in relation to, as a result of and/or due to their deaths or injuries.

26.     All PA Prisoner Forms and Files created between January 1, 1994 and January 1, 2006, in which the prisoner is identified as belonging to Fatah.

27.     All documents concerning all payments made and/or all financial or in-kind benefits provided by the PA and/or PLO to any person at any time, in relation to, as a result of and/or due to the imprisonment of the prisoners whose PA Prisoner Forms and Files are sought in Request No. 26.

28.     All PA Prisoner Forms and Files created between January 1, 1994 and January 1, 2006, in which the prisoner is identified as belonging to Hamas.

29.     All documents concerning all payments made and/or all financial or in-kind benefits provided by the PA and/or PLO to any person at any time, in relation to, as a result of and/or due to the imprisonment of the prisoners whose PA Prisoner Forms and Files are sought in Request No. 28.

30.     Copies of all PA Martyr Forms and Files, PA Prisoner Forms and Files and/or PLO Martyr Files produced or disclosed by the defendants in any lawsuit in the United States.

31.     All published and unpublished volumes, parts and drafts of the PA's "Al Aqsa Intifada: Diary and Documents" (انتفاضة الأقصى يوميات ووثائق) (sometimes also captioned as "Diaries of the Intifada" (يوميات الانتفاضة)), and all documents referenced, relied upon and/or utilized to create such volumes, parts and drafts.

32.     All documents concerning all real properties located in Qalqilya that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

33.     All documents concerning all real properties located in Ramallah or Al Bireh that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including

without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

34.     All documents concerning all real properties located in Jenin that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

35.     All documents concerning all real properties located in Tulkarem that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

36.     All documents concerning all real properties located in Nablus that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

37.     All documents concerning all real properties located in Hebron that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

4

38.     All documents concerning all real properties located in Jericho that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

39.     All documents concerning all real properties located in Bethlehem that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

40.     All documents concerning all real properties located in the Gaza Strip that were used by Hamas for any purpose between January 1, 1994 and July 31, 2002, including without limitation all documents concerning the description, location, ownership, purchase and/or rental of such properties, the sources of all funds used to purchase and/or or rent such properties, and the uses to which such properties were put by Hamas.

41.     All documents concerning the capacity of the PA to sue or be sued.

42.     All documents concerning the capacity of the PLO to sue or be sued.

43.     All documents filed or served by the PA in any suit, petition or other legal proceeding that was initiated by the PA in any court between January 8, 2001, and today.

44.     All documents filed or served by the PLO in any suit, petition or other legal proceeding that was initiated by the PLO in any court between January 8, 2001, and today.

45.     In respect to any documents or information that the plaintiffs sought or seek to discover in this action regarding which the defendants claim a privilege under PA law – all

legislative or executive statutes, laws, ordinances, regulations, enactments and/or orders under

which such privilege is claimed.

46.     All documents utilized, examined and/or relied on by defendants in answering any

interrogatory propounded by plaintiffs in this action.

August 28, 2012

Plaintiffs, by their Attorney,

_____
Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943
rjt.berkman@gmail.com

## CERTIFICATION

I hereby certify that on August 28, 2012, I caused the within to be served by U.S. mail

and electronic mail on the counsel listed below:

Brian A. Hill
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701

_____
Robert J. Tolchin

6

**APPENDIX 1**

| No. | Name of Suicide Terrorist | Date of Terrorist Attack |
|---|---|---|
| 1. | Hamed Falah Mustafa Abu Hijlah | January 1, 2001 |
| 2. | Ziyad 'Arsan Hafez Kilani (survived) | March 1, 2001 |
| 3. | Ahmad Omar Hamdan 'Alian | March 4, 2001 |
| 4. | Dhiya' Hussein Muhammad Tawil | March 27, 2001 |
| 5. | Fadi 'Atallah Yussuf 'Amer | March 28, 2001 |
| 6. | Imad Kamel Sayid Zubeidi | April 22, 2001 |
| 7. | Mahmoud Ahmad Mahmoud Marmash | May 18, 2001 |
| 8. | Osama Nimr Darwish Abu al-Hija | May 25, 2001 |
| 9. | Ala Hilal 'Abd al-Sattar Sabah | May 25, 2001 |
| 10. | Sayid Hassan Hyssein Hutri | June 1, 2001 |
| 11. | Jihad Jawdat Muhammad Jarar | July 11, 2001 |
| 12. | Nidal Ibrahim Mustafa Abu Shaduf | July 16, 2001 |
| 13. | Murad Ahmed Muhammad Tawalbeh | July 22, 2001 |
| 14. | Muhammad Sa'id Abdallah Abu Khadr | August 2, 2001 |
| 15. | Izz al-Din Shuheil Ahmed al-Masri | August 9, 2001 |
| 16. | Muhammad Mahmoud Bakr Nasr (Daraghmeh) | August 12, 2001 |
| 17. | Ra'ed Nabil Ibrahim Barghouti | September 4, 2001 |
| 18. | Sheikh Muhammad Shaker Salah Hebesha | September 9, 2001 |
| 19. | Ahmed Abd al-Mun'em Ahmed Daraghmeh | October 7, 2001 |
| 20. | Muayyad Mahmoud Salah al-Din 'Iyadeh | November 8, 2001 |
| 21. | Samer 'Amer Ahmed As'ad | November 29, 2001 |
| 22. | Osama Muhammad 'Id Baher | December 1, 2001 |
| 23. | Maher Muhi al-Din Kamal Hebesha | December 2, 2001 |
| 24. | Dawud Ali Ahmed Sa'ad | December 5, 2001 |
| 25. | Nimer Muhammad Yussuf Abu Siffin | December 9, 2001 |

| | | |
|---|---|---|
| 26. | Amjad Abd Rabo Ibrahim Fayad | December 12, 2001 |
| 27. | Ali Ibrahim Mahmoud Ashour | December 12, 2001 |
| 28. | Safwat 'Abd al-Rahman Muhammad Khalil | January 25, 2002 |
| 29. | Wafa' 'Ali Khalil Falyfel (Idris) | January 22, 2002 |
| 30. | Murad Muhammad 'Abd al-Fatah Abu 'Assal | January 30, 2002 |
| 31. | Nidhal Jowad Ta'er Surkaji | February 6, 2002 |
| 32. | Sadeq 'Ahid Mahmoud 'Abd al-Hafez | February 16, 2002 |
| 33. | Muhammad 'Abd al-Hamid Saleh Hamuda | February 17, 2002 |
| 34. | 'Abd al-Jaber 'Abd al-Qadr Abd al-Jaber Khaled. | February 17, 2002 |
| 35. | Omar 'Abd al-Fatah Hafez Yassin | February 19, 2002 |
| 36. | Muhammad Tawfiq Muhammad Dar Yassin | February 22, 2002 |
| 37. | Muhammad Ahmad Abd al-Rahman Daraghmeh | March 2, 2002 |
| 38. | 'Abd al-Kareem 'Issa Khalil Tahayinah | March 5, 2002 |
| 39. | Nidhal 'Id Tim Mashal | March 7, 2002 |
| 40. | Shadi Muhammad Sidqi Nasser | March 7, 2002 |
| 41. | Bilal Wajih Kamal Walid 'Ali | March 7, 2002 |
| 42. | Fuad Ismail Ahmad al-Hurani | March 9, 2002 |
| 43. | Akram Ishak 'Abdallah al-Nabatiti | March 17, 2002 |
| 44. | Rafat Tahsin Salim Najib Abu Diyak | March 20, 2002 |
| 45. | Muhammad Mashhur Muhammad al-Hashaykah | March 21, 2002 |
| 46. | 'Inad Rashid Hussein Shqeirat | March 22, 2002 |
| 47. | 'Abd al-Basset Muhammad Odeh | March 27, 2002 |
| 48. | Ayat Muhammad Lutfi al-Akhras | March 29, 2002 |
| 49. | Muhannad Ibrahim Fayadh Salahat | March 30, 2002 |
| 50. | Majdi 'Abd al-Jawad 'Abd al-Jabar Khanfar | March 30, 2002 |
| 51. | Fathi 'Amirah | March 30, 2002 |
| 52. | Shadi Zakariya Ridha Tubasi | March 31, 2002 |

| 53. | Jamil Khalaf Mustafa Hamid | March 31, 2002 |
|---|---|---|
| 54. | Rami Muhammad Hussein 'Issa al-Shawana | April 1, 2002 |
| 55. | Raghab Ahmad 'Izzat Jaradat | April 10, 2002 |
| 56. | 'Andalib Khalil Muhammad Suliman Tqatqa | April 12, 2002 |
| 57. | 'Muhammad Jamil Ahmad Mua'mar | May 7, 2002 |
| 58. | Zidan Muhammad Sayid Nimr Zidan | May 8, 2002 |
| 59. | Osama 'Adel Ahmad Bushkar | May 19, 2002 |
| 60. | 'Issa 'Abd Rabbo Ibrahim Badir | May 22, 2002 |
| 61. | 'Amer Muhammad 'Issa Shkukani | May 24, 2002 |
| 62. | Jihad Ibrahim Saud Titi | May 27, 2002 |
| 63. | Hamzah 'Aref Hassan Samudi | June 5, 2002 |
| 64. | Imad Muhammad Ahmad Ziadeh | July 11, 2002 |
| 65. | Muhammad Haza' 'Abd al-Rahman al-Ghoul | July 18, 2002 |
| 66. | Sayid Waddah Hamid Awada | July 19, 2002 |
| 67. | Ibrahim Yasser Naji Walwil | July 17, 2002 |
| 68. | Muhammad Ismail Hassan 'Atallah | July 17, 2002 |
| 69. | Hizam 'Ata Yussuf Sarsara | July 30, 2002 |
| 70. | Jihad Khaled Hamada | August 4, 2002 |
| 71. | Muhammad Zaki Zakariya Asfar | August 6, 2002 |
| 72. | Marzuk Midhat 'Abd al-Latif Ghawarda | September 18, 2002 |
| 73. | Iyad Na'im Subhi Radad | September 19, 2002 |
| 74. | Rafik Muhammad 'Ali 'Abd al-Rahman Hamad | October 10, 2002 |
| 75. | Rafat Rashid 'Abdallah Muqdi | October 11, 2002 |
| 76. | Muhammad Fawzi Sa'adi/Hamada Hasanain | October 21, 2002 |
| 77. | Ashraf Salah Ahmad al-Asmar | October 21, 2002 |
| 78. | Muhammad Feisal Bustami | October 27, 2002 |
| 79. | Khaled Nabil Khamis Sawalha | November 4, 2002 |

| 80. | Na'il 'Azmi Musa Abu Halil | November 21, 2002 |
|---|---|---|
| 81. | 'Alaa 'Ali 'Abdallah Karaki | December 28, 2002 |
| 82. | Buraq Rifat 'Abd al-Rahman Khalifa | January 5, 2003 |
| 83. | Samir 'Imad Muhammad al-Nouri | January 5, 2003 |
| 84. | Muhammad 'Umran Salim Qawasmeh | March 5, 2003 |
| 85. | Rami Muhammad Jemil Mutlaq Ghanem | March 30, 2003 |
| 86. | Muhammad Muhammad Khanil Yunis | April 15, 2003 |
| 87. | Ahmad Khaled Muhammad Ridha Khatib | April 24, 2003 |
| 88. | 'Asef Muhammad Khanif ("Abu Muhammad") | April 30, 2003 |
| 89. | Omar Khan Sharif | April 30, 2003 |
| 90. | Fuad Jawad 'Umran Qawasmeh | May 17, 2003 |
| 91. | Bassem Jamal Darwish al-Takrouri | May 18, 2003 |
| 92. | Mujahid 'Abd al-Fatah Mustafa al-Masri Ja'bari | May 18, 2003 |
| 93. | Hiba 'Azem Sa'id Daraghmeh | May 19, 2003 |
| 94. | 'Abd al-Mu'ti Muhammad Salih Muhammad Shabaana Tamimi | June 11, 2003 |
| 95. | Ahmad Khiri Fathi Yehia | July 7, 2003 |
| 96. | Ahmad 'Ali 'Abahara | July 19, 2003 |
| 97. | Hamis Ghazi Feisal Jaruwan | August 12, 2003 |
| 98. | Islam Yussuf Taleb Kteshat | August 12, 2003 |
| 99. | Raid 'Abd al-Hamid 'Abd al-Rizaq Musk | August 19, 2003 |
| 100. | Ihab 'Abd al-Kadir Mahmoud Abu Salim | September 9, 2003 |
| 101. | Ramez Fahmi Izz al-Din Abu Salim | September 9, 2003 |
| 102. | Hanadi Taysir 'Abd al-Malik Jaradat | October 4, 2003 |
| 103. | Sa'id (Tha'ir) Kamal Jamil Hanani | December 25, 2003 |
| 104. | Reem Saleh Mustafa Awad (Al-Riyashi) | January 14, 2004 |
| 105. | Ali Munir Yussuf Jaarah | January 29, 2004 |

| 106. | Muhammad Issa Khalil Zaghal | February 22, 2004 |
| 107. | Nabil Ibrahim Muhammad Mas'oud | March 14, 2004 |
| 108. | Muhammad Zuheir Mahmoud Salem al-Qassem | March 14, 2004 |
| 109. | Tareq Dhiyab Abd Hamid | April 28, 2004 |
| 110. | Ahmed Moussa Qaoud Abu Jamus | May 28, 2004 |
| 111. | Nassim Muhammad Ali Abd al-Ghani Ja'bari | August 31, 2004 |
| 112. | Ahmed Abu al-Afu Abd al-Fatah Qawasmeh | August 31, 2004 |
| 113. | Zeinab Ali Issa Abu Salem | September 22, 2004 |
| 114. | Amer Abd al-Rahim Ahmed Ali Abdallah (Amer al-Far) | November 1, 2004 |
| 115. | Abdallah Sa'id Ibrahim Badran | February 25, 2005 |
| 116. | Ahmed Sami Abu Khalil | July 12, 2005 |
| 117. | Abd al-Rahman Qaisiya | August 12, 2005 |
| 118. | Hassan Ahmed Hassan Abu Zeid | October 26, 2005 |
| 119. | Lutfi Amin Abd al-Latif Abu Sa'ada | December 5, 2005 |