# EXHIBIT H.324

PLAINTIFF'S EXHIBIT 324

Date: 9 Elul 5764
      August 26, 2004

File No.: 3465/02

## Military Court, Judea

**Before the Honorable President of the Court: Lieutenant-Colonel Shlomi Kochav**
           **Judge: Captain Shlomo Katz**
           **Judge: Captain Menachem Lieberman**

**The Military Prosecution**             Mr. Munzar Noor

- v. -

**The Defendant: Munzar Mahmoud Khalil Noor Identity No. 902442607/ Israel Prison Service – Present**
(Represented by Counsel, Adv. Gozlan – Present)

**Recorder: Corporal Natalia Michaelov Berezovsky**
**Interpreter: Staff Sergeant Fares Falah**

## Sentence

After having considered the arguments of the parties, we have decided to sentence the Defendant to the following:

a.   Life imprisonment in respect of intentionally causing the death of the late Pinhas Emanuel Tokatli.

b.   30 years actual imprisonment, **consecutive** to the life imprisonment, this being in respect of the other offenses of which he was convicted.

Reasons for the sentence will be provided as soon as possible.

Right of appeal to be counted from the date that the reasons for sentence are given.

**Given and announced this day, August 26, 2004, in public and in the presence of the parties.**

[Stamp] P 3: 47

| [Signature] | [Signature] | [Signature] |
| :---: | :---: | :---: |
| Judge | President of the Court | Judge |

-4-

[Stamp] P 3: 47 [continued]

| [Signature] | [Signature] | [Signature] |
| :---: | :---: | :---: |
| Judge | President of the Court | Judge |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

           Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

           Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P3: 47.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P3: 47.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

KIRUT J MHRETS
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704