# EXHIBIT K

# Paying salaries for the employees has become a burden on the Palestinian Authority

**\* 272 million Shekels is what was paid in May.**

"Hayat (Life) and Souk (Market)" has obtained an official document in which it states that the amount the Palestinian Authority pays for salaries is higher than what it is actually believed.

According to the document, the total amount the Palestinian Authority paid for the past month of May reached 727287824 Shekels.

"Hayat and Souk" has analyzed the document in order to identify the categories of people receiving the money and what their shares are. Further, the analysis will provide the average rate of salaries within every category (Please see enclosed charts)

In examining the document, a number of questions have manifested. For instance, the question regarding the number of representatives in the parliament, what is the exchange rate that was considered and whether such exchange rate fluctuated. Another question is the raise of the One Thousand Shekels Pension which the total amount increased by 3.5 million Shekels. All these questions are discussed below and we hope that the officials will provide us with the answers. We are committed to publishing these answers and we will give them greater importance.

The document shows that public officials receive the largest share with the total amount of 293435045 Shekels (That is a percentage exceeding %40). The number of public officials receiving such amount is 101802 in which 3/4 of them are from the West Bank.
The average income of a public official working for the Palestinian National Authority is 2882 Shekels. It should be noted that the change in this amount (and other amounts discussed below) is unknown. Therefore, it is difficult to know to what extent the difference between categories with high income salaries and categories with low income salaries are. Furthermore, it is difficult to know the number of employees in each of these categories.

Military officials came second on the document with almost %24 and a total amount reaching 172873226 Shekels and surprisingly military officials from the Gaza strip covered more than %55 of this amount. The average income of a military official working for the Palestinian National Authority is 2704 Shekels.

In addition, %19 of the amount paid by the Palestinian Authority to cover salaries of employees is used to pay other additional incomes in the form of insurance, retirements, compensations and loans. The total amount of such additional incomes is 140507010 Shekels.

The Palestinian Authority transfers abroad around %7 of the total amount of the income paid and this occurs in the form of salaries to officials working in embassies, the National Fund, and the Palestinian Liberation Organization and its institutions. The total amount for such transfers is 51872446 Shekels.

Meanwhile detainees receive about %2.5 of the income paid by the Palestinian Authority in the form of salaries with an amount reaching 17678247 Shekels. On the other hand, families of martyrs either inside the country or abroad receive about %3.5 of the income paid with a total amount of 26458137 Shekels.

The West Bank received the largest share of salaries designated for detainees. The average income a detainee receives is 3129 Shekels. The Gaza strip, on the other hand, received the largest share of salaries designated for the families of martyrs.

About %2 of the total amount for salaries paid by the Palestinian Authority, 12428 people benefited from the so-called One Thousand Shekels Pension with the total amount reaching 15965383 Shekels (Gaza strip received %91 of this amount).
It is important to note that the total amount received by the beneficiaries of this pension (1000 Shekels **x** the number of beneficiaries) is short by more than 3.5 million Shekels from the actual amount paid.

The salaries of the representatives of the Legislative Council (the Palestinian parliament) represents %0.5 of the total amount of salaries paid which is 3272316 Shekels. The interesting thing is that the number of representatives paid was 325 parliamentarians while the known real number is 203 parliamentarians (the number of representatives in the actual Legislative Council is 132 **plus** 88 representatives from the previous council **minus** 17 representatives who served in both terms). The average income of a parliamentarian has reached 10000 Shekels.

In addition, The document reported a sum of 3022987 Shekels in form of costs to support salaries and the budget.

On the other hand, the document contained detailed items of projects, contracts, and employees receiving their income in dollars. The total amount of these items is 2198022 Shekels which represents less than % 3 of the total income paid by the Palestinian Authority.

**Abd Alkareem: "1.5 Billion dollars every Year"**

The economy expert Dr. Nassar Abd Alkareem commented on these numbers. He said: " the document shows that the monthly net bill to cover the salaries exceeds $200 million a month, that is 1.5 billion dollars every year"

According to Abd Alkareem, this "number is extremely high and shows clearly that the National Authority will not be able to cover all salaries". He added: " It is clear that the biggest chunk of salaries goes to public officials and military officials. The military officials receive about 1/3 of these salaries. This demonstrates what is commonly known that 1/3 of the Palestinian National Authority's budget goes to the security sector. Meanwhile the public sector will be affected by 2/3 plus the parliamentarians, the detainees, the missions, and the embassies abroad"

Furthermore, Abd Alkareem criticizes the amount of monthly salaries the detainees receive. He says: " this number is lower in comparison to what the detainees are experiencing"

Dr. Abd Alkreem believes that "the real number is the number of civilian and military employees. This number cannot be disagreed upon and there is no going backwards" and he emphasizes that " the most difficult point facing the Financial Administration of the National Authority is how we re-examine our view regarding spending so we can reduce our reliance on (international) aids especially since our salaries consume more than %75 of our budget…. This is the main question, the rest is less important"

In addition, Abd Alkareem questions the costs that are designated for contracts and projects in which they exceed two million Shekels. He says: " where are these contracts? And how were people appointed in order to receive these costs especially since the Palestinian Authority has stopped, in its budget of 2011, any new appointments? And why these contract?... perhaps the income coming form these contracts is outside the scope of the law of public service, and perhaps these contracts were made according to unknown and unfamiliar assumptions". He adds: " the Palestinian Authority is operating by appointing people in huge numbers and for short term contracts…. And this is problematic because the contracts will remain outside the scope of accountability and transparency".

Finally. Abd Alkareem said that " it is remarkable how the distribution of salaries is made, according to the document. %60 for the West Bank and %40 for the Gaza strip which contradicts, in somehow, what has been said that the Palestinian Authority spends between %60 to %85 from its budget on Gaza".

CITY OF WASHINGTON )
) ss.
DISTRICT OF COLUMBIA )

I, <u>Chafik Leblalta</u>, hereby certify that the document "**Paying salaries for the employees has become a burden on the Palestinian Authority**" is to the best of my knowledge and belief, a true and accurate translation from Arabic into English.

Chafik Leblalta

Sworn to before me this
6 day of August, 2013.

_____
Notary Public

Eva S. Pinkney
District of Columbia, Notary Public
My Commission Expires
February 15, 2015







60 % للضفة و40 % لقطاع غزة. وهذا يخالف بعض الشيء ما كان يقال عبر السنوات الماضية من أن السلطة تنفق من 60 % إلى 85 % على قطاع غزة».

ويؤكد عبد الكريم ان التخلص من الاعتماد على الآخرين غير ممكن، وبالتالي فالتصريحات الصادرة بهذا الشأن غير واقعية على الاطلاق.

Copyright © 2013 alhayat-j. All Rights Reserved.

Site By InterTech