IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS

KENT A. YALOWITZ hereby declares:

1.      I am a member of the bar of this Court and of the law firm of Arnold & Porter LLP, counsel for the plaintiffs in the above-captioned action. I submit this declaration to provide documents in support of plaintiffs' motion for discovery sanctions.

2.      Attached to this declaration as Exhibit A are true and correct copies of the following discovery materials:

| EXHIBIT A<br>(tabs below) | Description |
|---|---|
| A.1 | The Bauer Plaintiffs' Third Request to Produce Documents and Things, dated November 21, 2012. |
| A.2 | The Blutstein, Carter, Coulter and Gritz Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| A.3 | The Goldberg Plaintiffs' Request to Produce Documents and Things, dated November 21, 2012. |
| A.4 | The Gould and Waldman Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| A.5 | The Guetta Plaintiffs' Third Request to Produce Documents and Things, |

| | |
|---|---|
| | dated November 21, 2012. |
| A.6 | The Mandelkorn Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| A.7 | The Sokolow Family Plaintiffs' Second Request to Produce Documents and Things, dated November 21, 2012. |
| A.8 | Defendants' Objections and Responses to the Bauer Plaintiffs' First Request to Produce Documents and Things, dated April 23, 2012. |
| A.9 | Defendants' Objections and Responses to the Blutstein, Carter, Coulter and Gritz Plaintiffs' First Request to Produce Documents and Things, dated April 23, 2012. |
| A.10 | Defendants' Objections and Responses to the Gould and Waldman Plaintiffs' First Request to Produce Documents and Things, dated April 23, 2012. |
| A.11 | Defendants' Objections and Responses to the Guetta Plaintiffs' First Request to Produce Documents and Things, dated December 1, 2011. |
| A.12 | Defendants' Objections and Responses to the Guetta Plaintiffs' Second Request to Produce Documents and Things, dated December 5, 2011. |
| A.13 | Defendants' Objections and Responses to the Mandelkorn Plaintiffs' First Request to Produce Documents and Things, dated April 30, 2012. |
| A.14 | Defendants' Objections and Responses to the Sokolow Plaintiffs' First Request to Produce Documents and Things, dated May 29, 2012. |
| A.15 | Defendants' Supplemental Privilege Log |
| A.16 | Comparison of Redacted and Un-redacted GIS Document Regarding Mazen Freitakh |
| A.17 | Comparison of Redacted and Un-redacted GIS Document Regarding Ahmed Salah. |

3. Attached to this declaration as Exhibit B is a true and correct copy of the following declaration:

| **EXHIBIT B** | Declaration of Arieh Dan Spitzen, dated August 27, 2013. |
|---|---|

4. Attached to this declaration as Exhibit C are true and correct copies of the following correspondence:

| **EXHIBIT C (tabs below)** | **Description** |
|:---:|:---|
| C.1 | Letter from B. Hill to Judge Ellis, dated August 13, 2013. |
| C.2 | Letter from K. Yalowitz to B. Hill, dated December 20, 2013. |
| C.3 | Letter from B. Hill to Judge Ellis, dated March 27, 2014. |
| C.4 | Email from R. Tolchin to R. Hibey, dated February 19, 2013. |

5. Attached to this declaration as Exhibit D is a true and correct copy of the following declaration:

| **EXHIBIT D** | Declaration of Prime Minister Salam Fayyad, dated October 30, 2007. |
|:---:|:---|

6. Attached to this declaration as Exhibit E is a true and correct copy of the following declaration:

| **EXHIBIT E** | Declaration of Majed Faraj, dated May 23, 2013. |
|:---:|:---|

7. Attached to this declaration as Exhibit F is a true and correct copy of excerpts from the following deposition transcript:

| **EXHIBIT F** | Excerpts from the Deposition Transcript of Mosaab Yousef, dated January 10, 2012. |
|:---:|:---|

8. Attached to this Declaration as Exhibit G are true and correct copies of excerpts from the following expert reports:

| **EXHIBIT G (tabs below)** | **Description** |
|:---:|:---|
| G.1 | Excerpts from the Expert Report of Alon Eviatar, dated June 14, 2013. |
| G.2 | Excerpts from the Expert Report of Itamar Marcus, dated March 22, 2013. |
| G.3 | Excerpts from the Expert Report of Israel Shrenzel, dated April 10, 2013. |

9. Attached to this declaration as Exhibit H is a true and correct copy of the following document:

| **EXHIBIT H** | "Force 17 Terrorist Mohand Said Muniyer Diriya," March 5, 2002, Israel Ministry of Foreign Affairs (*Gilmore et al. v. PA et al.*, No. 1:01-cv-00853-GK, DE 333-20) |
|---|---|

10. Attached to this declaration as Exhibit I are true and correct copies of the following plaintiffs' trial exhibits:

| **EXHIBIT I** (tabs below correspond to trial exhibit numbers) | **Plaintiffs' Designated Trial Exhibits** |
|---|---|
| I.2 | Document with Bates number D 02: 004473-4475. |
| I.3 | Document with Bates number D 02: 004476-4478. |
| I.4 | Document with Bates number D 02: 004479-81. |
| I.14 | Document with Bates number D 02: 006034. |
| I.36B | Document with Bates number D 02: 008957-60. |
| I.36C | Document with Bates number D 02: 008961-66. |
| I.44 | Document with Bates number D 02: 008994-8995. |
| I.58 | Document with Bates number D 02: 009046. |
| I.83 | Document with Bates number D 02: 009305-9343. |
| I.91 | Document with Bates number D 02: 009416. |
| I.112 | Document with Bates number D 02: 009545. |
| I.113 | Document with Bates number D 02: 009546. |
| I.118 | Document with Bates number D 02: 009576-9623. |
| I.129 | Document with Bates number D 02: 009866-9870. |
| I.131 | Document with Bates number D 02: 009879-9886. |
| I.132 | Document with Bates number D 02: 009887-9888. |

| EXHIBIT I (tabs below correspond to trial exhibit numbers) | Plaintiffs' Designated Trial Exhibits |
|---|---|
| I.137 | Document with Bates number D 02: 009907-9908. |
| I.139 | Document with Bates number D 02: 009917. |
| I.141 | Document with Bates number D 02: 009920-9923. |
| I.145 | Document with Bates number D 02: 009942. |
| I.147 | Document with Bates number D 02: 009945-9951. |
| I.148 | Document with Bates number D 02: 009952-9954. |
| I.155 | Document with Bates number D 02: 009973-9975. |
| I.156 | Document with Bates number D 02: 009976-9987. |
| I.157 | Document with Bates number D 02: 009988-9993. |
| I.163 | Document with Bates number D 02: 010026-10029. |
| I.164 | Document with Bates number D 02: 010030-10038. |
| I.233 | Document with Bates number P 1: 554. |
| I.247 | Document with Bates number P 11-3: 233-235. |
| I.260 | Document with Bates number P 2: 145-48. |
| I.295 | Document with Bates number P 2: 314-316. |
| I.313 | Document with Bates number P 2: 52-58. |
| I.317A | Document with Bates number P 3: 1-18. |
| I.317C | Document with Bates number P 3: 20-25. |
| I.321 | Document with Bates number P 3: 30-39. |
| I.334 | Document with Bates number P 3: 82-96. |
| I.336 | Document with Bates number P 4: 20-23. |
| I.337 | Document with Bates number P 4: 24-25. |
| I.339 | Document with Bates number P 4: 35-39. |
| I.340 | Document with Bates number P 4: 40-47. |
| I.353 | Document with Bates number P 5: 157-158. |

| EXHIBIT I (tabs below correspond to trial exhibit numbers) | Plaintiffs' Designated Trial Exhibits |
|---|---|
| I.359 | Document with Bates number P 5: 210-17. |
| I.360 | Document with Bates number P 5: 218-35. |
| I.361 | Document with Bates number P 5: 236. |
| I.364 | Document with Bates number P 5: 281-288. |
| I.371 | Document with Bates number P 5: 320-324. |
| I.377 | Document with Bates number P 5: 44-48. |
| I.384 | Document with Bates number P 6: 11-30. |
| I.426 | Document with Bates number P 7: 100-15. |
| I.464 | Document with Bates number P 7: 7-14. |
| I.492 | Human Rights Watch, "Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians" (2002). |
| I.559 | Israel Ministry of Foreign Affairs, Israel Security Agency (ISA) and IDF forces arrested terrorists suspected of shootings (January 26, 2001). |
| I.616 | Israel Ministry of Foreign Affairs, "Statement of Indictment: Marwan Bin Khatib Barghouti" (August 14, 2002). |
| I.880 | Defendants' Objections & Responses to the Sokolow Family Plaintiffs' First Set of Interrogatories. |
| I.897 | Document with Bates number D 02: 009629-9630. |
| I.1032 | Document with Bates number D 02: 010217-18. |
| I.1038 | Document with Bates number D 02: 010253-56. |
| I.1052 | Document with Bates number P 1: 4479-4483. |
| I.1060 | Document with Bates number D 02: 010270 . |

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 15, 2014

_____
Kent A. Yalowitz