# EXHIBIT A.15

Sokolow v. PLO: Defendants' Supplemental Privilege Log

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Mohammad Sami Ibrahim Abdullah. | Intelligence report regarding Mohammad Sami Ibrahim Abdullah created in response to request from counsel. | Unidentified GIS intelligence officer | File | Dec. 6, 2012 – Dec. 12, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Kamal El-Deen Abed. | Intelligence reports regarding Kamal El-Deen Abed created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential source | File | Feb. 26, 2012 – Feb. 27, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Walid Abdulaziz Abdulhadi Anjas. | Intelligence reports regarding Walid Abdulaziz Abdulhadi Anjas. | Unidentified GIS intelligence officer relying, in part, on confidential sources | File | Oct. 10, 2005 – Dec. 6, 2012 | State secret; law enforcement |

1

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Nasser Mahmoud Ahmed Aweis. | Intelligence reports regarding Nasser Mahmoud Ahmed Aweis created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential source | File | March 3, 2012 – March 4, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Abdullah Ghaleb Abdullah Barghouti. | Intelligence reports regarding Abdulla Ghaleb Abdullah Barghouti. Report dated November 4, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. | File | July 18, 2005 – Nov. 4, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Ahmad Taleb Mustafa Barghouti. | Intelligence reports regarding Ahmad Taleb Mustafa Barghouti. | Unidentified GIS intelligence officer | File | 2007- December 6, 2012 | State secret; law enforcement |
| GIS file related to Marwan Haseeb Hussein Barghouti. | Intelligence reports regarding Marwan Haseeb Hussein Barghouti. | Unidentified GIS intelligence officer relying, in part, on confidential source | File | Oct. 10, 2005- Dec. 6, 2012 | State secret; law enforcement |

2

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Mohammed Hassan Ahmad Erman. | Intelligence reports regarding Mohammed Hassan Ahmad Erman. Report dated November 30, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential sources and interrogations of security prisoners | File | June 13, 2010 – Dec. 6, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Mazen Marwan Fayez Freitekh. | Intelligence report regarding Mazen Marwan Fayez Freitekh created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential source | File | Dec. 9, 2012 – Dec. 10, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Firas Sadeq Mohammed Ghanem. | Intelligence report regarding Firas Sadeq Mohammed Ghanem created in response to request from counsel. | Unidentified GIS intelligence officer | File | Dec. 6, 2012 | State secret; law enforcement; work product; attorney-client |

3

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Hilmi Abdul Karim Mohammed Hamash. | Intelligence reports regarding Hilmi Abdul Karim Mohammed Hamash. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer | File | Nov. 18, 2004 – Dec. 12, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Haytham Almutafeq Khalil Hamdan. | Intelligence reports regarding Haytham Almutafeq Khalil Hamdan. Report dated December 6, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer | File | Oct. 10, 2005 – Dec. 6, 2012 | State secret; law enforcement; work product; attorney-client |

4

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Ibrahim Jamil Abdul Ghanim Hamed. | Intelligence reports regarding Ibrahim Jamil Abdul Ghanim Hamed. | Unidentified GIS intelligence officer relying, in part, on confidential sources, the Ramallah GIS, interrogations of security prisoners, and confidential sources. | File | Oct. 10, 2005 – Dec. 6, 2012 | State secret; law enforcement |
| GIS file related to Mohammed Mashour Mohammed Hashayka. | Intelligence reports regarding Mohammed Mashour Mohammed Hashayka created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential sources. | File | Nov. 3, 2011 – Feb. 25, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Ali Mohammed Hamed Haliel. | Intelligence reports regarding Ali Mohammed Hamed Haliel. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. | File | July 13, 2004 – Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |

5

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Ali Munir Yousef Ja'ara. | Intelligence report regarding Ali Munir Yousef Ja'ara created in response to request from counsel. | Unidentified GIS intelligence officer | File | Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Mohammed Issa Mohammed Ma'li. | Intelligence reports regarding Mohammed Issa Mohammed Ma'li. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer | File | April 29, 2004 – Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Abdel Rahman Yousef Abdel Rahman Muqdad. | Intelligence reports regarding Abdel Rahman Yousef Abdel Rahman Muqdad. | Unidentified GIS intelligence officer | File | June 12, 2004- Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Mohammed Abdel Rahman Salem Musleh. | Intelligence reports regarding Mohammed Abdel Rahman Salem Musleh. | Unidentified GIS intelligence officer relying, in part, on confidential sources. | File | Oct. 10, 2005 – Dec. 6, 2012 | State secret; law enforcement |

6

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Mohammed Ishaq Shehadah Odeh. | Intelligence reports regarding Mohammed Ishaq Shehadah Odeh. Report dated December 6, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. | File | Dec. 14, 2009 – Dec. 6, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Wael Mahmoud Mohammed Ali Qasem. | Intelligence reports regarding Wael Mahmoud Mohammed Ali Qasem. | Unidentified GIS intelligence officer | File | Oct. 10, 2005 – Dec. 6, 2012 | State secret; law enforcement |
| GIS file related to Said Ibrahim Said Ramadan. GIS Background report on Said Ibrahim Said Ramadan | Intelligence reports regarding Said Ibrahim Said Ramadan. GIS Background report on Said Ibrahim Said Ramadan. Report dated December 12, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential sources. | File | June 1996 - Dec. 10, 2012 | State secret; law enforcement; work product; attorney-client |

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS documents related to Qahira Said Ali Al Sa'adi. | Intelligence reports regarding Qahira Said Ali Al Sa'adi. | Unidentified GIS intelligence officer relying, in part, on the Jenin GIS and confidential sources. | File | April 20, 2010 – Dec. 8, 2012 | State secret; law enforcement |
| GIS file related to Ahmad Mohammed Ahmed Saad. | Intelligence reports regarding Ahmad Mohammed Ahmed Saad. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. | File | Sept. 30, 2004 – Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Ahmad Salah Ahmad Salah. | Intelligence reports regarding Ahmad Salah Ahmad Salah. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. | File | Oct. 16, 2004 – Dec. 8, 2012 | State secret; law enforcement; work product; attorney-client |

8

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS file related to Sana' Mohammed Hussein Shehadeh. | Intelligence reports regarding Sana' Mohammed Hussein Shehadeh. | Unidentified GIS intelligence officer relying, in part, on confidential source. | File | May 25, 2010 – Dec. 5, 2012 | State secret; law enforcement |
| GIS file related to Nayef Fathi Nayef Abu Sharkh. Memorandum re: work and arrest history. | Intelligence reports regarding Nayef Fathi Nayef Abu Sharkh. Memorandum discussing background and arrest record. Report dated December 8, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer. Memorandum discussing background and arrest record from GIS Nablus. | File. Memorandum discussing background and arrest record to GIS West Bank. | Oct. 23, 2001– Dec. 10, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS file related to Nasser Jamal Moussa Shawish. | Intelligence reports regarding Nasser Jamal Moussa Shawish. Report dated December 9, 2012 created in response to request from counsel. | Unidentified GIS intelligence officer relying, in part, on confidential source. | File | Oct. 10, 2005 – Dec. 11, 2012 | State secret; law enforcement; work product; attorney-client |

9

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| GIS memorandum related to Saed Wadah Hamed Awadeh. | Memorandum prepared in response to request from counsel. | Head of GIS for Nablus Governorate | Head of GIS for Northern Governorates | Dec. 12, 2012 | State secret; law enforcement; work product; attorney-client |
| GIS documents related to Majed Ismail Mohammad Masri | Intelligence reports regarding Majed Ismail Mohammad Masri. | GIS intelligence officer, relying in part on confidential source. | File | Oct. 3, 2007 | State secret; law enforcement |
| GIS file related to Abdel Karim Rateb Yunis Aweis | Third party statements which mention Abdel Karim Rateb Yunis Aweis. | Unknown | File | April-June 2003 | State secret; law enforcement |

10

1319884.1

| Type of Document | Subject Matter | Author | Recipient | Date | Privilege Asserted |
|---|---|---|---|---|---|
| Certain documents contained in the bates ranges 02:008939-9042 have been selected for translation at the direction of Defendants' counsel. The translations themselves are therefore protected as work-product. Moreover, the decision to translate certain documents (or portions of certain documents) within the above-referenced bates ranges was made by counsel for the purpose of litigation. The identification of which documents (or portions of documents) counsel chose to select for translation, and the disclosure of the dates on which such translations were obtained, would therefore reveal counsel's mental impressions, which are also protected from disclosure as work product. | | | | | Work product |

11

1319884.1