## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009818 | Memo to File | Confidential intelligence information related to third parties | 6/18/2006 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009819 | Memo to File | Confidential intelligence information related to subject of the file | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques, including GIS analysis. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009820 | Memo to File | Confidential intelligence information related to GIS | 3/25/2010 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

SOKOLOW v. PLO
REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009820 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 3/25/2010 | GIS Intelligence Officer | File | Employer/Employee | *Second Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009821 | Memo to File | Confidential information related to GIS | 2/8/2010 | GIS Intelligence Officer | File | Employer/Employee | *First Redaction*: Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009821 | Memo to File | Confidential intelligence information related to third part(ies) | 2/8/2010 | GIS Intelligence Officer | File | Employer/Employee | *Second Redaction*: Reveals intelligence techniques and confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009821 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 2/8/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009821 | Memo to File | Confidential intelligence information related to third part(ies) | 9/23/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009821 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 9/23/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009822 | Memo to File | Confidential intelligence information related to third part(ies) | 11/04/2010 | GIS Intelligence Officer | File | Employer/Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009822 | Memo to File | Confidential intelligence information related to third part(ies) | 11/04/2010 | GIS Intelligence Officer | File | Employer/Employee | *Second Redaction*: Reveals confidential source(s) and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009822 | Memo to File | Confidential intelligence information related to third part(ies) | 5/11/2010 | GIS Intelligence Officer | File | Employer/Employee | *Third Redaction*: Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

67

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009822 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 5/11/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009822 | Memo to File | Confidential intelligence information related to subject of file | 3/11/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction*: Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009823 | Memo to File | Confidential intelligence information related to third part(ies) | 5/24/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009823 | Memo to File | Confidential information related to GIS | 5/24/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009823 | Memo to File | Confidential intelligence information related to third part(ies) | 2/4/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction*: Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009823 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 2/4/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

69

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009825 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 11/3/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009825 | Memo to File | Confidential intelligence information related to third part(ies) | 11/29/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009825 | Memo to File | Confidential intelligence information related to third part(ies) | 11/29/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009826 | Memo to File | Confidential intelligence information related to third part(ies) | 11/27/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009826 | Memo to File | Confidential intelligence information related to third part(ies) | 11/27/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009827 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009827 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005 |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009828 | Memo to File | Confidential intelligence information related to third part(ies) | 10/2/2007 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009828 | Memo to File | Confidential intelligence information related to third part(ies) | 10/2/2007 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009828 | Memo to File | Confidential intelligence information related to third part(ies) | 10/2/2007 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009830 | Memo to File | Confidential intelligence information related to third part(ies) | 10/29/2009 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

SOKOLOW V. PLO
REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009830 | Memo to File | Confidential intelligence information related to third part(ies) | 10/29/2009 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009830 | Memo to File | Confidential intelligence information related to third part(ies) | 10/29/2009 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009830 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

73

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009830 | Memo to File | Confidential information related to GIS | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction:* Reveals intelligence techniques, including analysis by GIS officers. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009830 | Memo to File | Confidential information related to GIS | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Sixth Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009833 | Memo to File | Confidential intelligence information related to subject of file | 12/6/2010 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s) and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege, law enforcement privilege, and attorney-client and work product privileges. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

SOKOLOW V. PLO REDACTION LOG

74

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009835 | Memo to File | Confidential intelligence information related to third part(ies) | 12/14/2009 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009837 | Memo to File | Confidential intelligence information related to third part(ies) | 5/21/2010 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009838 | Memo to File | Confidential intelligence information related to third part(ies) | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009838 | Memo to File | Confidential intelligence information related to subject of file | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Withheld on the basis of attorney-client and work product privileges. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

SOKOLOW V. PLO
REDACTION LOG

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009839 | Memo to File | Confidential intelligence information related to third part(ies) | 6/22/1996 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009839 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 6/22/1996 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals intelligence techniques and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009842 | Memo to File | Confidential intelligence information related to subject of file | 5/25/2010 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

SOKOLOW V. PLO REDACTION LOG

76

1344350.1

## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009842 | Memo to File | Confidential intelligence information related to subject of file | 5/25/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009842 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 10/18/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals intelligence techniques and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009843 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 10/18/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

77

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009843 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 10/25/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009843 | Memo to File | Confidential intelligence information related to third part(ies) | 10/24/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009843 | Memo to File | Confidential intelligence information related to third part(ies) | 10/24/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

SOKOLOW v. PLO
REDACTION LOG

78

1344350.1

## SOKOLOW v. PLO
## REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009845 | Memo to File | Confidential intelligence information related to subject of file | 10/23/2001 | Director of the Nablus Governate Intelligence Agency | Director of Intelligence- West Bank Governates | GIS Employees | *First Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009847 | Memo to File | Confidential intelligence information related to subject of file | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege, law enforcement privilege, and attorney-client and work product privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009849 | Memo to File | Confidential intelligence information related to third part(ies) | 4/20/2010 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s). Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

79

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009849 | Memo to File | Confidential intelligence information related to third part(ies) | 4/20/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009849 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 4/20/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s) and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009849 | Memo to File | Confidential intelligence information related to third part(ies) | 3/14/2010 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1