## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009849 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 3/14/2010 | GIS Intelligence Officer | File | Employer/Employee | *Fifth Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009849 | Memo to File | Confidential intelligence information related to third part(ies) | 3/14/2010 | GIS Intelligence Officer | File | Employer/Employee | *Sixth Redaction*: Reveals confidential source(s) and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009850 | Memo to File | Confidential information related to GIS | 10/22/2011 | GIS Intelligence Officer | File | Employer/Employee | *First Redaction*: Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

81

1344350.1

## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009851 | Memo to File | Confidential intelligence information related to subject of file | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s), intelligence techniques, and law enforcement techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009851 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s), intelligence techniques, and law enforcement techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009851 | Memo to File | Confidential intelligence information related to third part(ies) | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009851 | Memo to File | Confidential information related to GIS | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction*: Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009852 | Memo to File | Confidential intelligence information related to third part(ies) | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009852 | Memo to File | Confidential intelligence information related to third part(ies) | 10/22/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009852 | Memo to File | Confidential intelligence information related to third part(ies) | 10/25/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009853 | Memo to File | Confidential information related to GIS | 11/17/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009853 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 11/17/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals intelligence techniques and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

84

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| | | | SOKOLOW v. PLO REDACTION LOG | | | | |
| 02:009853 | Memo to File | Confidential information related to GIS | 11/17/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009853 | Memo to File | Confidential intelligence information related to subject of file | 11/17/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009853 | Memo to File | Confidential information related to GIS | 11/23/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

85

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009853 | Memo to File | Confidential intelligence information related to subject of file | 11/23/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Sixth Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009854 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 11/26/2011 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009854 | Memo to File | Confidential information related to GIS | 11/26/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

SOKOLOW v. PLO REDACTION LOG

86

1344350.1

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OR REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009854 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 11/26/2011 | GIS Intelligence Officer | File | Employer/Employee | *Third Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009855 | Memo to File | Confidential information related to GIS | 11/30/2011 | GIS Intelligence Officer | File | Employer/Employee | *First Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009855 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 11/30/2011 | GIS Intelligence Officer | File | Employer/Employee | *Second Redaction:* Reveals intelligence techniques and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

87

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009855 | Memo to File | Confidential intelligence information related to third part(ies) | 11/30/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction*: Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009855 | Memo to File | Confidential intelligence information related to GIS | 1/15/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction*: Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009855 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 1/15/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction*: Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009856 | Memo to File | Confidential information related to GIS | 7/10/2012 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009856 | Memo to File | Confidential intelligence information related to third part(ies) | 7/1/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009856 | Memo to File | Confidential intelligence information related to third part(ies) | 7/1/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

SOKOLOW v. PLO
REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009857-9 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 7/1/2012 | GIS Intelligence Officer | File | Employer/ Employee | *All Redactions:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s) and intelligence techniques. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 1/1/1900 (sic.) | GIS Intelligence Officer | File | Employer/ Employee | *Third Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 12/25/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fourth Redaction:* Reveals information that would undermine the privacy of subjects of the investigation.. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 12/25/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Fifth Redaction:* Reveals information that would undermine the privacy of subjects of the investigation.. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009861 | Memo to File | Confidential intelligence information related to third part(ies) | 12/25/2011 | GIS Intelligence Officer | File | Employer/ Employee | *Sixth Redaction:* Reveals information that would undermine the privacy of subjects of the investigation.. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009862 | Memo to File | Confidential intelligence information related to third part(ies) | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s). Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009862 | Memo to File | Confidential intelligence information related to subject of file | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege, law enforcement privilege, and attorney-client and work product privileges. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

1344350.1

## SOKOLOW v. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATIONSHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009863 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 9/23/1991 | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009863 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | 12/9/2012 | GIS Intelligence Officer | File | Employer/ Employee | *Second Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege, law enforcement privilege, and the attorney-client and work product privileges. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

93

1344350.1

## SOKOLOW V. PLO REDACTION LOG

| BATES PAGE | TYPE OF DOCUMENT | SUBJECT MATTER OF REDACTION | DATE | AUTHOR | RECIPIENT | RELATION-SHIP BETWEEN AUTHOR AND RECIPIENT | BASIS FOR REDACTION AND PRIVILEGES ASSERTED |
|---|---|---|---|---|---|---|---|
| 02:009864 | Memo to File | Confidential intelligence information related to subject of file | none | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals intelligence techniques, including GIS analysis. Withheld on the basis of the state secrets privilege, law enforcement privilege, and the attorney-client and work product privileges. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |
| 02:009865 | Memo to File | Confidential intelligence information related to subject of file and third part(ies) | none | GIS Intelligence Officer | File | Employer/ Employee | *First Redaction:* Reveals confidential source(s), intelligence techniques, and information that would undermine the privacy of subjects of the investigation. Withheld on the basis of the state secrets privilege and law enforcement privilege. Protected from disclosure under the PA's General Intelligence Law No. 17 of 2005. |

94

1344350.1

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PALESTINIAN LIBERATION )<br>ORGANIZATION, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 04-397 (GBD) (RLE) |

### DECLARATION OF MAJED FARAJ

Pursuant to 28 U.S.C. § 1746, I, Majed Faraj, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in the city of Ramallah, in the State of Palestine.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I am currently the Head of Intelligence for the General Intelligence Service ("GIS") of the State of Palestine, formerly the Occupied Palestinian Territory, or Palestinian Authority ("PA").

4. I understand that Plaintiffs in the above captioned action have requested all files in possession of the PA (now, the State of Palestine) relating to the following individuals:

   - Nasser Shawish
   - Mohammad Hashaika
   - Abdel Karim Aweiss
   - Sana' Shehadeh
   - Kahira Saadi

1

1334903.1

- Marwan Barghouti
- Ahmad Taleb Mustapha Barghouti
- Abdullah Barghouti
- Ibrahim Hamed
- Mohammad Hassan Ahmad Arman
- Wael Mahmoud Mohammad Ali Qasam
- Walid Abdel Aziz Abdel Hadi Anjas
- Mohammad Aschak Odeh
- Wisam Said Abbasi
- Ali Munir Ja'ara
- Abdel Rahman (Zaher) Yousuf Abdel Rahman Makdad
- Ahmad Salah Ahmad Salah
- Halmi Abdel Karim Hamash
- Ahmad Mohammad Ahmad Sa'ad
- Mohammed Issa Mahmoud Ma'ali
- Ali Mohammad Hamed Abu Halail
- Ahmad Abu Radab
- Said Ramadan
- ~~Majed Al-Masri~~
- Mohammad Abdel Rahman Salam Maslah
- Naser Aweiss
- Faras Sadak Mohammed Ghanem
- Mohammad Sami Ibrahim Abdullah

2

1334903.1