REDACTED - PUBLICLY FILED VERSION

# EXHIBIT C.2

REDACTED - PUBLICLY FILED VERSION

# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 20, 2013

**VIA E-MAIL AND FEDEX**

Brian A. Hill, Esq.
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
                 <u>Docket No. 04-CV-397 (GBD)(RLE)</u>

Dear Brian:

        I write on a serious matter concerning defendants' production on November 6, 2013 of unredacted documents from the files of the Palestinian Authority's General Intelligence Service ("GIS"). As you know, by Order dated November 5, 2013, Judge Ellis ordered that all withheld documents be produced by November 6. It is now apparent that defendants have violated the Court's order by withholding large numbers of responsive documents. Unless all such documents are produced immediately, we will have no choice but to seek sanctions for this violation.

        The fact that materials have been withheld is clear from the face of the unredacted documents. ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████ A non-exhaustive list of other such underlying documents referenced in this and other summary reports that defendants produced on November 6 is attached hereto.

        ████████████████████████████████████████████████████ █████████████████████████████████████████████ ██████████████████████████████████████████████████

# ARNOLD & PORTER LLP

Brian A. Hill, Esq.
December 20, 2013
Page 2

████████████████████████ This further demonstrates that the GIS has files for the perpetrators that were not produced to plaintiffs.

Defendants have long been on notice that there are underlying documents that need to be produced. Paragraph 5 of the Affidavit of Arieh Spitzen, which was submitted to the Court in support of our motion to compel production of the withheld GIS documents, demonstrates that even the unredacted versions of these documents made clear that there were substantial numbers of underlying documents that had not been produced. The unredacted documents further confirm the fact that documents are still being withheld.

Our review of the unredacted documents has also revealed that the formerly redacted versions of the GIS documents do not reveal the names of confidential informants. Thus, defendants' representations to the Court that defendants should have been allowed to withhold or redact these documents on the ground that they contained the names of confidential informants is manifestly not correct.

Unless all such underlying records are produced immediately, we will seek appropriate relief from the Court, including sanctions both for improperly withholding the documents and for incorrectly asserting that the redacted portions of the documents contain the names of confidential informants.

Sincerely,

Kent A. Yalowitz /ctr

Kent A. Yalowitz

cc: All ECF Counsel

Defendants' Redaction

02:009866 T

# Defendants' Redaction

# Defendants' Redaction

02:009867 T

Defendants' Redaction

02:009867 T (continued)

# Defendants' Redaction

02:009868 T

# Defendants' Redaction

02:009869 T

Defendants' Redaction

Defendants' Redaction

02:009870 T

**<u>Missing Documents:</u>**

<u>Abdel Rahman Maqdad</u>

02:009867 

02:009870

<u>Hilmi Hamash</u>

02:009873 

02:009874
02:009875

02:009876
02:009877

<u>Ahmed Salah</u>

02:009881 

02:009882
02:009883

02:009885

<u>Haliel</u>

02:009891 
02:009892
02:009893

<u>Ahmed Saad</u>

02:009895 
02:009896
02:009898
02:009898

1

Mohamed Ma'ali

02:009901 ████████████████████████████████
████████████████

02:009902 ████████████████████████████████████
████████

02:009903 ████████████████████████████████████
██████████████████

Kamel a-Abed

02:009908 ███████████████████████████████████
██████

Walid Anjas

02:009911 ██████████████████████████
02:009912-13 █████████████████████

Abdullah Barghouti

02:009922 █████████████████████████████████
██████████████████████████████████████

Ahmed Barghouti

02:009925 ████████████████████████████████
███████

Marwan Barghouti

02:009929 ████████████████████████████████
████████████████████████████████
███████████████████████

Mohamed Erman

02:009931 ███████████████████
02:009933 ████████████████████████████████████
02:009934 ███████████████████
02:009935-37 ███████████████████████████
02:009939 ████████████████████
02:009940 ████████████████████████████

2



<u>Ibrahim Hamed</u>

02:009946
02-009947

02:009949

02:009950
02:009951

<u>Mohamed Hashaikah</u>

02:009954

<u>Mohamed Mousleh</u>

02:009958

<u>Wael Qassem</u>

02:009963

<u>Abu Sharakh</u>

02:009973
02:009974

<u>Qahira Sa'adi</u>

02:009980
02:009983
02:009984
02:009994

# Defendants' Redaction

**CONFIDENTIAL**                    **02:010051 T**

Defendants' Redaction

**CONFIDENTIAL**          **02:010051**