# EXHIBIT C.4

# Hill, Brian

| | |
|---|---|
| **From:** | tolchinlaw@gmail.com on behalf of Robert Tolchin <rjt.berkman@gmail.com> |
| **Sent:** | Tuesday, February 19, 2013 2:12 PM |
| **To:** | Hibey, Richard |
| **Cc:** | Hill, Brian; Rochon, Mark; Robert Tolchin; Mordechai Haller; Nitsana Darshan-Leitner; Rachel Weiser |
| **Subject:** | Sokolow - Guetta claim - Fawzi Murar |
| **Attachments:** | Fawzi Murar photo.pdf |

Dick,

The *Sokolow* plaintiffs hereby supplement their Rule 26 disclosures and discovery responses with the attached document. Please be advised that the attached document is a photograph of the late Fawzi Murar, who was an officer in Force 17, and that Varda Guetta has identified Fawzi Murar as one of the gunmen that opened fire on her and her son.

--Bob Tolchin

