# EXHIBIT F

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK SOKOLOW,
 4
                              PLAINTIFF,
 5

 6           -against-          Case No:
                                04-397(GBD)(RLE)
 7

 8   PALESTINE LIBERATION ORGANIZATION,

 9                             DEFENDANT.
     ------------------------------------------X
10

11                DATE:  January 10, 2012

12                TIME:  10:00 A.M

13

14

15            VIDEOTAPED DEPOSITION of the

16   non-party witness, MOSAAB HASSAN YOUSEF,

17   taken by the Plaintiff and Defendant,

18   pursuant to an Order and to the Federal

19   Rules of Civil Procedure, held at The

20   Berkman Law Offices, 111 Livingston Street,

21   Brooklyn, New York  11201, before RICHARD

22   W. BARRY, a Notary Public of the State of

23   New York.

24

25
```

```
 1                    - Y O U S E F -
 2           foundation.
 3           A.    If I remember right he was born
 4     in Kuwait and lived in different Arab
 5     countries and moved back to the Palestinian
 6     territories, couple of years before the
 7     Palestinian, second Intifada started.
 8           Q.    Have you met Abdula Barghouti.
 9           A.    Well, I never met him in
10     person, like in a meeting.  But I was at
11     the location where he was arrested.
12           Q.    Where was that?
13           A.    It happened that that was just,
14     the building next to our residence in
15     Ramallah.  We heard the-- some fire,
16     gunfire, and in a couple of minutes we
17     received a phone call and it was Marwan
18     Barghouti, telling my father to meet with
19     him outside because Jaber Perju, the PA
20     were trying to arrest two Hamas people.
21                 Now, we didn't know who are the
22     two Hamas people and it happened that it
23     was Abdula Barghouti and Bila Barghouti and
24     that was their second arrest.
25                 Now, Marwan Barghouti was
```

```
 1                    - Y O U S E F -
 2     trying to force Jaber Perju not to arrest
 3     them, and this why he called my father.
 4                 So now, there was a huge
 5     argument between Jaber Perju, Marwan
 6     Barghouti and my father just steps away
 7     from where Bila and Abdula were hiding.
 8                 Now, the Palestinian Authority
 9     was afraid that if they get into the place,
10     they get shot.  And they were afraid at the
11     same time to kill Hamas bomb maker.
12                 So, I was in that area, in that
13     sensitive situation, hearing all the
14     argument, listening to Abdula saying things
15     and threatening to kill anybody who gets
16     into the apartment.
17                 Finally, Marwan Barghouti had
18     kind of deal with Jaber Perju on the side,
19     I didn't know what they said and he talked
20     to Abdula and had actually my father to
21     talk to him, convince him to go with the
22     forces, and they would release him
23     afterwards.  That was the closest time that
24     I got to Abdula.
25                 After he was released, I did
```