REDACTED - PUBLICLY FILED VERSION

# EXHIBIT G.3

# EXPERT REPORT OF ISRAEL SHRENZEL IN SOKOLOW V. PALESTINIAN AITHORITY, CASE NO. 04-397 (S.D.N.Y.)

## I. EDUCATIONAL BACKGROUND AND PROFESSIONAL QUALIFICATIONS

I was born in 1958 and currently reside in Tel Aviv, Israel. I have an M.A. in Middle Eastern Studies (1987) and a B.A. in Arabic Language and Literature and Modern Middle Eastern Studies (1979) from Tel Aviv University. I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of French, Spanish and Russian.

Between 1980 and 1985, I served as a research officer in the Intelligence Branch of the Israel Defense Forces ("IDF"), with an expertise in Palestinian and Syrian affairs.

Between 1988 and 2004, I served as an intelligence analyst in Israel's General Security Service ("GSS"), which is Israel's main domestic intelligence and security agency, roughly equivalent in its role and tasks to the FBI in the United States.

During most of my period of service in the GSS I was a Department Head in the GSS Research Division and held a GSS rank equivalent to Colonel. I reported to my Division Head above whom were only two people – the Department Head and the Head of the GSS. In that position I was responsible (among other things) for supervising the work of GSS research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 15-20 people. As part of my position I also provided numerous briefings about Palestinian affairs, in Israel and abroad, to foreign officials.

In the course of my services in the GSS, I received and read many thousands of intelligence items – including raw intelligence data obtained from electronic and human sources, as well as analyses and summaries compiled from such raw data, many of which my team prepared under my supervision – relating to the activities of the Palestinian Authority (the "PA"), the Palestine Liberation Organization (the "PLO") and the full range of Palestinian groups, organizations, institutions and personalities.

Since leaving the GSS, I have taught at Tel Aviv University as an Adjunct Professor of Modern Islamic Thought in the Arabic and Islamic Studies Department. I have also edited a number of books, some of which are relevant to the Palestinian issue, including <u>Hamas Lexicon</u> (Ma'arachot 2008) and <u>Ticking Bomb</u> (Ma'arachot 2006) (a collection of articles dealing with suicide bombings). I also served as language editor for a new Hebrew-language translation of the Quran published by Professor Uri Rubin (Tel Aviv University Press 2005). During 2007, I

1

I have received no documents indicating whether Bashar Barghouti, ▮, received ▮▮▮ from the PA as the result of his imprisonment. I note, however, that in deciding to impose on Bashar Barghouti a relatively lenient sentence, the Israeli court stated:

It could have been demanded from the defendants that he at least act to prevent the crime by notifying the security forces in his area, but in the circumstances of the incident one gets the impression that it was indeed those security forces which intended to execute the crime. Clearly this situation placed the defendant between the hammer and the anvil &[148]

## II.     Terrorist Suicide Attack on January 27, 2002, in Jerusalem on Jaffa Road

On January 27, 2002, a suicide terrorist attack was carried out on Jerusalem's Jaffa Road. One person was killed in the terrorist attack and approximately 150 others were wounded, among them members of the Sokolow family, plaintiffs in this case. This attack was initiated and planned, and the bomb was provided, by Kamal a-Din Isma'il Musa al-Abed, an officer in PA Military Intelligence, who served in PA headquarters in Ramallah (the Muqataa).[149] The PA's General Intelligence Service was also involved in the bombing and an attempted cover-up.[150]

The suicide terrorist who detonated the explosive device on her person was Wafa Idris,[151] who served as a confidential agent/informant for PA Military Intelligence and was a Fatah operative. Fatah publicly took "credit" for the attack, and Fatah leader Marwan Barghouti not only attended a symbolic funeral held for Wafa Idris in Ramallah on January 31, 2002, but told the press at the funeral that "the Fatah movement has not changed its strategy. This is a clear strategy the focus of which is the continuation of the struggle against the Israeli occupation."[152]

Munzir Noor who, like Idris, was a confidential agent/informant for PA Military Intelligence with a background of activity within Fatah, was convicted for his involvement in this attack.[153] The verdict and sentence against Munzir Noor, and his statements to the Israeli police, indicate that Wafa Idris, who served (as mentioned above) as a confidential agent and

---

[148] Sentencing decision dated January 13, 2003, in Case No. 3159/02

[149] For information on the role played by Al Abed see inter alia Munzir Noor's police statements dated May 13, 2002, and April 25, 2002, as well as the sentencing decision dated December 1, 2004, verdict dated August 26, 2004, and the indictment in Court File 3465/02.

[150] See Document No. P8-176, which is an official internal memorandum created by senior officers in the PA's Preventive Security Service. See also Documents Nos. 4505-4513 and 6031-6033.

[151] See profile below

[152] See Document No. P1-3034.

[153] See profile below.