# EXHIBIT I.2

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER