# EXHIBIT I.4

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER