# EXHIBIT I.14

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER