# EXHIBIT I.36C

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER