# EXHIBIT I.44

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER