# EXHIBIT I.58

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER