# EXHIBIT I.83

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER