# EXHIBIT I.91

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER