# EXHIBIT I.112

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER