# EXHIBIT I.113

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER