# EXHIBIT I.118

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER