# EXHIBIT I.129

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER