# EXHIBIT I.131

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER