# EXHIBIT I.132

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER