# EXHIBIT I.137

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER