# EXHIBIT I.139

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER