# EXHIBIT I.141

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER