# EXHIBIT I.148

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER