# EXHIBIT I.155

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER