# EXHIBIT I.156

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER