# EXHIBIT I.157

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER