# EXHIBIT I.163

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER