# EXHIBIT I.317C



PLAINTIFF'S EXHIBIT 317C

P/2 June 10, 2013
Statement by       Israel Police       Statement No. _ Sheet No. _

| Identity number 410052617 | First name *Freij* | Family name *Adwan* | Name in Roman characters | | | |
|---|---|---|---|---|---|---|
| Previous name | Marital status | ☐ married ☒ single ☐ divorced ☐ widower | | | Sex *M* | Religion *Muslim* |
| Date of birth [redacted] 1969 | Place of birth *Jordan* | Home telephone number | | Business telephone number | | |
| Home address *Ramallah* | | Business name and address | | | | |
| Mobile telephone no. | Father's name *Asad Salah* | Parents' address | | | | |

| April 8, 2002 | 3:52 p.m. | Russian Compound Facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

*Today, at 3:52 p.m., I saw the above mentioned individual before me at the detention facility in Jerusalem (the Russian Compound) and notified the above mentioned individual that I, a police officer, Zion Avraham, am informing you that you are suspected of belonging to a hostile organization and conspiring to commit a crime, carrying out a shooting attack at an Israeli vehicle, attempted murder and sale of weapons insofar as during the [illegible] year, you belonged to a hostile organization and joined, with others, in carrying out shooting towards Israeli vehicles with the aim of harming Israelis, and you purchased weapons of various types. [Signature]*
*You do not have to say anything, but everything that you do say will be written down me and will be used as evidence. Abstention from responding to questions may reinforce the evidence against you. After he understood the warning, the suspect signed of his own free will and volition. [Signature]*

*I wish to tell you the truth. About nine months to about a year ago, in the afternoon, I do not remember the time, I met Naim Abu Lakak at Café Europe [illegible] in Ramallah and Naim asked me: What do you have? I told him that I had a problem, and that I needed money and I wanted 1000 shekels or 200 dinars. I want to go to Jordan. And I asked him to lend me the money, and when I would return from Jordan, I would pay him back the money. And he said to me: I do not have any, and then he went and I stayed there. And then Naim returned after about 10 minutes and told me: You want money? I said to him: Sure I want money. He said to me: Come with me. [illegible] I got into his car with him, a silver Mazda, and we drove to the Greenberg Hotel [as written] in Ramallah, and there I met: 1. Muhannad Abu Halawa, aged about 25, living in Akraba in Nablus; 2. Abd Abd, aged about 37, living in Ramallah, and there was also Omar Kadan there, from Tul Karem, aged about 22 years, and Fawzi Murar from Ramallah, from Ein Musbah, aged about 25 years. And when we were in the hotel, Naim said to me that we would go to shoot at Israeli vehicles, and we would film the event by video, and after that I shall give you the money, and then I saw Abu Halawa*
[Signature]

[Signature]

Statement taking end time

M.3007

(1.02) 2600 x 50 x 2
[Stamp] P 3: 20

| Statement of: | | Israel [Emblem] Police | | Statement ____ Sheet _____ | |
|---|---|---|---|---|---|
| Identity number | First name *Freij* | Family name *Adwan* | | Name in Roman characters | |
| Previous name | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth *Continued* | Home telephone number | | Business telephone number | |
| Home address | | Business name and address *2* | | | |
| Mobile telephone no. | Father's name | | Parents' address | | |

| April 8, 2002 | 4:15 p.m. | Jerusalem detention facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

and he had with him a Kalashnikov rifle and 2 M-16 rifles, and we walked about 500 meters. We climbed a hill in Rafat, and there we stood above a road on which Israeli cars were driving, and then Abu Halawa gave me an M-16 rifle and said to me: You shoot this at the road. Abu Halawa took the Kalashnikov rifle and Naim took the other M16, and Fawzi was hitchhiking in the vehicle, and Omar was the driver of the vehicle. And then Abu Halawa fired at the road and Naim fired with me and I lifted up the M16. I aimed at the road and fired 3 rounds, and then I had a jam, and I took the M-16 and fled from the site, and Omar Kaadan fled with me, and I ran away to Fawzi; and Omar, after that, returned to them and I stayed where I was in Ramallah; and then Fawzi contacted Abu Halawa with a Mirs handset, and told them: Freij is with me. And then we got into a car, Fawzi and I, and we drove to Ramallah and went around there for about an hour; and Naim and Omar and Abu Halawa came in another vehicle, and then when we met, Abu Halawa and all the rest said to me: You ran away; and we argued between us, and then they took the rifle away from me and they did not pay me and they left. And then I went to the Mukataa, and a month after that I heard and knew that an argument had arisen between Abu Halawa and Naim about the tape that was filmed when we carried out the shooting. And I learned from them that we had fired at the same time at a bus. And Abu Halawa wanted the tape. And in the end he took the tape to him, and Abu Halawa took the tape and gave it to Abu Hassin Atrai [as written], and he is a worker of the [Palestinian] Authority in [the field of] security, and he is the commander of the security [force] in the Ramallah area; and after that I heard from Abu Halawa that the tape had reached Arafat's hands. And after this case I stopped going with them anymore, and I had no contact with them for about six months. And then I saw Fawzi at work and in the street. And one day I saw Fawzi in the Mukataa and he asked me: Where are you going? And I said to him that I was going to call my mother in Jordan; and then Fawzi said to me: Come with me. I said to him: Leave me alone. You go your way and I go mine. Each of us [Signature]

[Signature]

Statement taking end time

M.3007

(1.02) 2600 x 50 x 2

[Stamp] P 3: 21

| Statement of: | | Israel [Emblem] Police | Statement ____ Sheet ____ | | |
|---|---|---|---|---|---|
| Identity number | First name  *Freij* | Family name  *Adwan* | Name in Roman characters | | |
| Previous name | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth  *Continued* | Home telephone number | Business telephone number | | |
| Home address | | Business name and address  3 | | | |
| Mobile telephone no. | Father's name | | Parents' address | | |

| April 8, 2002 | 4:45 p.m. | Jerusalem detention facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

has his own way. And then he asked me: Have you heard about the young woman who detonated herself, and I said to him that I had not heard about that. And then he said to me: I took a young woman to Israel, started to cry and said to me: I have ruined my home. I asked him how and then he said to me that he had sent a young woman to blow herself up in Israel and also sent with her two young men, the driver was Hafez Al Shanal and with him was his maternal or paternal cousin, a relative of his, a boy, and I asked him: Did they know that you sent with them a young woman to blow herself up in Israel? And he said to me: No, they did not know. I asked him: Why are you scared? And then he said to me: I am scared that the family of the boy will know about me and kill me. I said to him: Are you not ashamed? This is what you did to the boy. And he said to me that Abu Halawa had convinced him to do it, and Abu Halawa said to me that they were talking about me, saying that I am a collaborator, and if I were to do this action, then I would clear myself and everyone would know that I was not a collaborator. And therefore I sent the young woman with the two young men. And then I said to him: You have five children and Abu Halawa is single, do you not think about your children? I said to him: You have ruined your home, you are wanted for car theft and now you are in trouble; you are married to two wives. You are willing to have your wife or your sister or your child to go to the market and for someone to come and explode by them with an explosive device, do you accept that? And then he said to me: Abu Halawa has ruined my home, and Fawzi said to me: You did a good thing by keeping away from us, after the case of the shooting at the bus. I said to him that a thousand eyes would cry; except for my eyes, and those of my mother, which would not cry. And then we arrived in Manara Square. There I got out of the vehicle and said goodbye to him.

After about a week I met Fawzi in Ramallah, and he was there drinking coffee and then Fawzi asked me: Do you know [illegible] who lives in Israel, who will bring a young man to Israel to shoot at people? I said to him that I did not know and did not want to hear about it, and Fawzi asked why. And I said to him: Fawzi, I am not a man like you who sends children to Israel to blow up; and then he was angry and went [Signature]

[Signature]

_____
Statement taking end time

M.3007

(1.02) 2600 x 50 x 2

[Stamp] P 3: 22

| Statement of: | | Israel [Emblem] Police | | Statement ____ Sheet _____ | |
|---|---|---|---|---|---|
| Identity number | First name *Freij* | Family name *Adwan* | | Name in Roman characters | |
| Previous name | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth *Continued* | Home telephone number | | Business telephone number | |
| Home address | | Business name and address 4 | | | |
| Mobile telephone no. | Father's name | Parents' address | | | |

| April 8, 2002 | 5:05 p.m. | Detention facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

*A day or two later, I met Abu Halawa in the street, and then Abu Halawa said to me: Did you meet Fawzi? And I said to him: Yes, and I do not want to know what you and Fawzi want of me. And then he said to me: You work at the DCO, and you work with the Jews. I said to him: Talk. What do you want from me? Keep away from me, leave me alone to live my life and you live yours. And after some time I heard and also saw that Abu Halawa and Fawzi, Omar Kaadan had died; they were assassinated in a vehicle when they were together; the Israelis bombed the vehicle that they were in from a helicopter in the air. And that was about a month and a half or two months ago.*

*About a year and two months ago, at 10:00 p.m., when I was sitting in the street in Ramallah and was waiting for somebody to come and give me a ride home; then Fawzi stopped next to me in his Mazda vehicle, and said to me: Come, get into the vehicle, you want 500 dollars. And then he took money out of his pocket and I asked him: What, is this counterfeit money? He said to me: No, this is real money. And then I said to him: Okay, give me 100 dollars, and I shall give it back to you next month. And then he said to me in a week, what, take 500 dollars from me, and for that you have to go next to the Psagot area and you have to shoot at the settlers, and that is it. I said: What, am I crazy? I would go to shoot at settlers for 500 dollars, and then they would shoot me and kill me, so what have I done? Then he said to me: Okay, do something else, and took me in his vehicle. When we arrived at a hill next to the school Alashamia, a short way after the school there is a hill, and then I stayed in the area, but not on the hill but in the street. And then Fawzi drove, brought Abd, and we climbed the hill together, which overlooks the road, but it was far away, and we sat there for about two hours. And then we saw lights of a vehicle approaching, but it was far away, and it was raining and cold, and before that Fawzi had taken out two short Kalashnikov rifles and gave them to me and Abd. And when we saw the lights, Fawzi said: Shoot at the vehicle. I said to him that it was far. Why shoot? And Fawzi said: Shoot at the vehicle, it doesn't matter, and then each of us fired 7 rounds.*
[signature]

[Signature]

_____
Statement taking end time

M.3007

(1.02) 2600 x 50 x 2

[Stamp] P 3: 23

| Statement of: | | Israel [Emblem] Police | | Statement ____ Sheet _____ | |
|---|---|---|---|---|---|
| Identity number | First name *Freij* | Family name *Adwan* | Name in Roman characters | | |
| Previous name | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth *Continued* | Home telephone number | Business telephone number | | |
| Home address | | Business name and address 5 | | | |
| Mobile telephone no. | Father's name | Parents' address | | | |

| April 8, 2002 | 5:40 p.m. | Detention facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

*And then we got into Fawzi's vehicle, and he took us to Ramallah, but while we were shooting at the vehicle, which was approaching from a distance, Fawzi was not with us. He hid far from us. And then before we fired, Abd said to me, let's not shoot, and he cocked the gun twice and extracted cartridges from the magazine and hid [them], and said: We can tell them that we fired. I said to him: What are you doing this for? They will find out that we did not fire the guns; and then when the vehicle arrived, each of us fired 7 rounds, as I said earlier, and we went down to the vehicle. There, Fawzi was waiting for us and he took us. He dropped me off in Ramallah and Abd he took home, and he took the rifles from us. And Fawzi said to me: Tomorrow I shall pay you. I want to hear the news and I shall come to pay you the money. And then on the following day I met Fawzi in Manara Square. I was drinking coffee there. And Fawzi said to me: You are a liar. You did not shoot. I saw the cartridges that Abd had; you did not shoot at all. Fawzi and I argued, and there was a problem between me and Fawzi. And I said to him: I thank God that nothing happened, and I said: From today onward I want nothing to do with you.*

*A few months before this case, I do not remember exactly, one day, I asked Fawzi for his vehicle. He had a Hundai [as written], a rental vehicle; I wanted to buy food for my home, and then I bought the food in the Ramallah area, and when I came to put the food in the car I opened the vehicle's trunk and then I saw an M1 rifle, a large rifle, and then I took out the rifle and pulled the (trigger) iron piece that was on the rifle and a round was discharged towards a piece of iron that was next to the vehicle. And praise be; nobody was hurt. And the neighbors who were there, when they heard this, went and complained about me to my boss, Amid Rabhi Arafat. And he warned me about going with Fawzi. I remember something else, about 3 years ago, Fawzi came to me and made an offer for me to buy from somebody 1500 9mm cartridges for 500 shekels. And I bought [them] from him in order to sell them to others and make a little money; and this young man from whom I bought them is called Abd. I do not remember the rest of his details [Signature]*

[Signature]

_____
Statement taking end time

M.3007

(1.02) 2600 x 50 x 2

[Stamp] P 3: 24

| Statement of: | | Israel [Emblem] Police | Statement ____ Sheet _____ | | |
|---|---|---|---|---|---|
| Identity number | First name *Freij* | Family name *Adwan* | Name in Roman characters | | |
| Previous name | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth *Continued* | Home telephone number | Business telephone number | | |
| Home address | | Business name and address 6 | | | |
| Mobile telephone no. | Father's name | Parents' address | | | |

| April 8, 2002 | 6:00 p.m. | Detention facility | Investigator | 55035 | 1st Sgt. | Zion | Avraham |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

*exactly. The one who knows him well is Fawzi. And I gave some of the cartridges to friends. And I fired these cartridges at weddings, and it was a long time ago, a year and a half before the Intifada.*

*Question: For how long have you known Fawzi and Abu Halawa and all the other people whom you mentioned in your statement?*

*Answer: I have known Fawzi for about 3 years. He was a driver in joint patrols, and there we became friends, and Abu Halawa I got to know through Fawzi, they are good friends. And Fawzi introduced us to one another, and to Abd. Abd I met in 1990. We were confined together in a Syrian prison. And after that I did not see him. I met him in Ramallah and Omar I met through Fawzi and Naim I met about a year ago from the café in Ramallah.*

*Question: When you carried out the shooting at the vehicle, you were with Naim and Abd and Omar, at what vehicle did you shoot, and were people hurt or killed?*

*Answer: I did not take aim. I raised the rifle overhead and fired towards the road. But after I fled and after some time I understood from Abu Halawa that it was a small bus and one person was killed. I did not see, but Abu Halawa said that.*

*Question: Who filmed the whole event?*

*Answer: The one who filmed the whole event was Abd Abd. And as I said to you, Abu Halawa took the tape and gave it to Abu Hassin Tirawi, who is responsible for the Palestinian security. And Abu Hassin gave the tape to Yasser Arafat.*

*Question: Have you belonged to any hostile organization?*

*Answer: I have not belonged to any hostile organization.*

*Question: Where would Fawzi get the weapons from?*

*Answer: Fawzi told me that he would get the weapons from the Tanzim Fatah, to which he did not belong.*

*This is my statement, which has been read before me and confirmed as correct by my signature.*

[Signature]

[Signature]

Statement taking end time

M.3007

(1.02) 2600 x 50 x 2

[Stamp] P 3: 25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3: 20-25.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 3: 20-25.

Dated: March 6, 2014

                                                            Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

*Leonor Troyano*
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014

[Handwritten Hebrew/Arabic police form — illegible]

[Handwritten Hebrew/Arabic police form - contents not legibly transcribable]

[Handwritten Hebrew police report form - illegible handwriting]

[Handwritten Hebrew police report form - illegible handwriting]

[Handwritten Hebrew/Arabic police form from משטרת ישראל (Israel Police) - handwritten statement, not legibly transcribable]

[Handwritten Hebrew police statement form - משטרת ישראל. Form fields in Hebrew and Arabic for personal identification details (ID number, name, family name, English spelling, previous name, date/place of birth, address, phone numbers, workplace, marital status, gender, religion, father's name, parents' address).

Handwritten entry dated 8/4/08, location/time fields filled in, officer details including number 55035.

28 lines of handwritten Hebrew text follow, which are not legibly transcribable from this image.]

P 3:25