# EXHIBIT I.334



A

P 3: 000082

PLAINTIFF'S EXHIBIT 334



B

P 3: 000083



C

P 3: 000084



D

P 3: 000085



E

P 3: 000086



F

P 3: 000087



G

P 3: 000088







J

P 3: 000091



K

P 3: 000092



L

P 3: 000093



M                                                                                          P 3: 000094



N

P 3: 000095



O

P 3: 000096