# EXHIBIT I.336


PLAINTIFF'S
EXHIBIT
336

Sunday, November 18, 2012

| Palestinian Information Center | | | | | | |
|---|---|---|---|---|---|---|
| Home Page | About Us | Contact Us | Sitemap | November 18, 2013 | Home Page | |
| Back | | | Special files | | | |

The martyr and leader Naef Abu Sharah...
When men pay the price for their "no"



http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 20**

Sunday, November 18, 2012


Nablus – Special Report:

When men shout "no!" at the top of their lungs, they know there will be a heavy price to pay and that their life will be targeted, just like their dignity is tested when the whole world and its pleasures are thrown before them in exchange for their "yes" - which they refuse to give.

Naef Abu Sharah, General Leader of the al-Aqsa Martyrs Brigade in the West Bank, was one of those men who stood in the face of corruption, a huge "no" born from the suffering of his people. From the old alleys of Nablus, "no" to the suspicious projects of compromise, "no" to the dark conspiracies, "no" to all initiatives that despise the rights of the Palestinian people in the name of realism, pragmatism, and rationality.

Martyr Naef Fathi Abu Sharah was born in the Old Town of Nablus in 1966, the eldest of five brothers. His harsh life made of him a strong man: He started working at an early age, first in a sawmill and then in a tile factory. He was only one year old at the time of the June disaster. This deeply affected his personality: he despised the Occupation and refused to accept the humiliation of his people. He participated in the resistance while still a child, and was arrested twice, once for a month and once for 18 days. He married his cousin in 1983 and had two children. He was arrested again in 1986, and was denied the sight of his children during the 8-year period of his arrest. He was moved between the Central Prison of Nablus and the Jaleed Prison before being released with the creation of the Palestinian Authority at the end of 1993, only 16 days before the end of his term.

After his release, he had two more children and worked on helping the prisoners to whom he was a caring brother and father. He co-founded the Palestinian Prisoners Club and became its first chairman before he moved on to work in the Palestinian Liaison. The mistakes and corruption he saw there led him to quit and work in the Secret Service instead.

Naef was a natural-born leader, and used his skills to help his fellow countrymen of all backgrounds and bring them together. He succeeded in unifying the al-Awda Brigades with the al-Aqsa Martyrs Brigade. His martyrdom itself testifies to his success in this regard, as he was martyred along with the leader of the Ezzeddine al-Qassam Brigades, Jaafar al-Masri, and the leader of Saraya al-Quds Fadi al-Bahti, Sheikh Ibrahim.


http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 21**

Sunday, November 18, 2012

Naef was the target of four assassination attempts during the al-Aqsa *Intifada*. The Zionist state accused him of recruiting suicide bombers and claimed he received instructions and support from the Lebanese Hezbollah. Hebrew newspapers frequently mentioned him as an obstacle to plans for compromise. Naef was a symbol of resistance to the objectives, wishes and interests of many.

His family also suffered from the Zionist occupation. His house, which secured a roof for five families, was first closed down in 1986 and then destroyed. His older son Fathi was arrested about one year ago and is awaiting trial. His house was also frequently raided in order to pressure him to give himself up. Occupation soldiers even ended up believing that he was hiding under the ground or inside the walls of his house!

The largest arrest attempt took place earlier on this year, when occupation forces invaded the Old Town for 12 consecutive days, raiding and wreaking havoc in the Abdel Hadi Mansion, to no avail. They then turned to their lowly methods, arresting his wife and sister, and forcing them to ask him via megaphones to turn himself in.

Naef spent the last few months of his life moving from one house to another, and from one hideout to another, as the Occupation stepped up its efforts to locate him and his comrades. The Occupation repeatedly distributed his picture, claiming he was wanted and warning citizens against offering him shelter or help. His last hideout was a small room in Hosh al-Jitan in the Old Town along with other wanted Palestinian resistance leaders and activists. A few hours before he was martyred, Naef was in contact with Palestinian Prime Minister Abu Alaa, who offered the intercession of the head of the Egyptian Intelligence, Omar Suleiman. The plan called for the end of the blockade of the Old Town in exchange for the surrender of Naef and his comrades. Naef refused the offer and insisted on remaining no matter the consequences.

On the third day of the invasion, Nablus lost seven of its heroes. The first of them was martyr Nidal al-Wawi, who was martyred around noon when he left his hideout. Naef was next to him and was hit with a bullet in his hand before retreating back to the hideout, where he prayed until the enemy blew the room up and threw poisonous bombs to make sure everyone there was killed.

http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 22**

Sunday, November 18, 2012

Eyewitnesses recount that Naef was taken to the Nablus Specialty Hospital alive, but died after a few minutes. He was brought back on the shoulders of angry crowds who called for vengeance for his blood and that of his comrades.

Land and History of Palestine | The Palestinian Cause | Occupied Jerusalem | Blessed al-Aqsa Mosque | Hamas | Zionist Terrorism | Political Analysis | Multimedia | Palestinian Heritage | History and Events | Fatwas and Legal Rulings | Books and Publications | Rights and Liberties | Palestinian Poetry and Literature | Articles and Reports | Selections from the Press | Readers' Section | Palestinian Network for Dialogue | Contact Us | Site Search | Home Page

http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 23**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 4 20-23.

2.     I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 4 20-23.

Dated: February 28, 2014

                                                         _____
                                                          Clark Hayes

ss.: New Jersey *New York*

On the *28* day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
*28* day of February, 2014


*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20*15*

الرئيسية

من نحن؟

للإتصال بنا

عودة

خريطة
الموقع

November 18, 2012

ملفات خاصة

Home Page

الشهيد القائد نايف أبو شرخ .. حين يوقع الرجال ثمن غلبة "لا"

نابلس – تقرير خاص :

ابراهيم ."

كان لما ينشأ به نايف من شخصية قيادية من الأخذية ورؤى في تحجيم الصحيون داخل أسوار السجون .. فكان أحد مؤسسي نادي الأسير الفلسطيني و أول مدير يد في نابلس التي أن انتقل الى المعتل في الارتباط الفلسطيني الذي يعمل في جهاز المخابرات.

الهدف فور لما راد من نايف شهيد على جثامين الشهداء و تجنى في توجيه شهيد على اختلاف توجهاتهم و استشر هذه الصفة لدى نايف من الأخذية دور في تجميع قيادية من الأخذية في إطار واحد و تحمل على توحيد الشهداء عن الدين القسام جعفر الصحيون و قائد سرايا القدس الشهيد قادري البيطي "الشيخ

و بعد خروجه من السجن بزرق بمولودين الخير و الصديق به للعمل على خدمة أخوانه الأسرى و من خلال السجين بعد أن كان لهم نعم الأخ و الأخ في الصمود الذي يضربه المحدثين .. فكان أحد مؤسسي نادي الأسير القلسطيني و أول مدير يد في نابلس التي أن انتقل الى القسام جعفر الأ..

سنوات هي مدة الحكم الذي صدر بحقه .. و نقل خلالها أواخر عام 93 و لم يتبق له حينها سوى 16 يوما لإنهاء مدة حكوميته.

حكم بالسجن في المطار 83 من إنهاء الرزق مثلى بظهارن في العام 86 لمحرر من اختطاله اليه صحة 18 يوما .. و تزوج في العام 83 من السجين المركزي و سجن الجديد فإن أن الطاعة التي نفذت في صباه لمدة شهر و الأخرى لمدة 18 شهر .. تنفق خلايه بين سجن نابلس عام ايده اعتقاله و لا تنام عينك بعد عام واحد من خروجه للثاني .. اعتقل مرتين في صباه احداهما لمدة شهر و

الكبير هو وثاب حياة قتني أبو شرح في البلدة القديمة من نابلس عام 1966 ليحمل بين خمسة أخوة كان هو المحامين .. فاعتقل من بين شخصيته التي نهضت في العام الابر و الابراهيم و كان شاب مشاريع للبلاطة في شخصيته التي نهضت في العام ونضج العلم أورزق مثلى بظهارن في عمره بحقه ..

القديمة للناس ..، "1" اللي المبادرات التي تنال من حقوق الشعب القلسطيني باسم الوطنية و المقاليدية . القديمة للناس ..، "1" اللي المبادرات التي تنال من حقوق الشعب القلسطيني باسم الوطنية و المقاليدية . نايف أبو شرح القدم المعام تكتابه شهداء في القطعة الغربية كان رحم محاباة إنباء شهيد.. من أوئك الرجال الذين حين يصرح به الرجال بأخي صوتهم : "1" .. فتأتهم بدرعي أن ثبت هذه الكلمة سيكون كبير جدا . و "1" اللي المبادرات التي تنال من سكنى عليهم حين تضربهم الدنيا بمتاعيها و وقفوا في وجه القدم المعام تكتابه شهداء في القطعة الغربية كان رحم محاباة إنباء شهيد.. من أوئك الرجال الذين

و بعد دقائق معدودة ليصل على الاكتاف و تطوف به الجماهير الغاضبة شوارع المدينة شبرًا عنوة و ذاك بالقرب من اتجاه الجيش يستقدم تعزيزاته لنابلس الشخصي و هو على قيد الحياة و نقله المستشفى الفوري الذي سيفجع في يده سيعده من اطلبوا .. فقد كان اولئع الشهيد هو و الصبير نابلس برصاصة في ساعات الخدمات في الصباح و الدعاء الى ان قام الجيش بتغيير الغرفة و بث غازات سامة في الحي الصغير قتل جميع من بداخله .

و في ثلاث ايام الاجتياح كانت نابلس على موعد مع وداع شهيد اخر ، فقد نشر جيش الاحتلال من منزل لاخر ، و من مخبأ لاخر بعد ان اقتحمت مطاردات الاحتلال على ان الغرفة الصغيرة في حدث قتلي الثاني و جلسته القديمة "ابو العلاء" الذي عرض عليه مع وداع حتى يبقى مصير المحورون . رئيس اجتياح قوات الاحتلال للبلدة القديمة ، و قيل ساعات قليلة من استشهاده كان نابلس على الجيشان بالبلدة القديمة يرفقه عدد كبير من قادة و نشطاء المقاومة الفلسطينية "ابو العلاء" الذي عرض عليه حتى يبقى مصير المحورون .

و لكن من ابرز محاولات اعتقاله كانت مطلب العام العامي حينما ابتلعت قوات الاحتلال ان تتمكن من اعتقاله القديمة لمدة 12 يومًا متواصلة و نفذت اعمال تخريب في قصره عبد الهادي حيث حتى باقي مصير المحورون . الى اسلوبه الترخيص بمستقال كرامة زوجته التي تد اعتقالها مع شقيقه و اجبرت على مشاهدة شكيرات الصهيونية الاكبر و متنكرة من منزل لاخر ، و من مخبأ لاخر بعد ان اقتحمت مطاردات الاحتلال الجيشان بالبلدة القديمة ، و قيل ساعات قليلة من قبل عدد مساعديه او ابوابه .. و كان شكيرات القابلة بيع القتال مع اختتاج قوات الاحتلال للبلدة القديمة .

و تلك اسرة نايفه تصيبها من العدوان اثناء مطولاته الاحمر عقب اعتقاله عام 86 .. انا تخيفه اليكم عبادات .. ثلاث مرات و سفوفها اخلاق المنزل بالتشجيع الاحمر عقب اعتقاله بدون البلاط ، و داخل اعمدة المنزل "انا" فقد اعتقل منذ نحو عام و ينتظر المحاكمة .. كما لم تنظفي مدافعت تحت البلاط او داخل اعمدة المنزل التنظيمي نفسه .. و دائع النووس بخدوء الاحتلال الى حد الاعتقاد انه يختفي تحت البلاط او داخل اعمدة المنزل الصهيونية ضد منات المنزل !

تعرفتي نايفه لاربع محاولات اغتيال خلال انتفاضة الاقصى .. حيث تعرف له دولة الكيان الصهيوني و الصهيونية عن تخليد العديد من الاستشهابيين ، بعدا نفيهما حزب الله اللبناني و تختلف عنه الصحافة العبرية كبير ، ابله وقف حجر عنزة اسم لسوق تخطيطها بأنه طريقة الغرض و خيلات و مصالح الحسن و الاخر .. لقد كان نايفه يمثل المعادلة التي ينبغي بعض الجهات المنتشذة .







لأخو الله الشهداء .

فلسطين أرض وتاريخ | فلسطين القضية | القدس المحتلة | المسجد الأقصى | المذابح |
حركة حماس | تاريخ الإرهاب الصهيوني | التحليل السياسي | فلسطين بالصوت والصورة | حقوق |
أسرار فلسطيني | تواريخ وأحداث | المقاومة والبطل المسلح | مقالات ومنابر | مختارات | كتب وإصدارات |
وحدات النشر والدرس الفلسطيني | مجلات ودوريات | معالم أثرية | اسلنا | ابحث في الموقع | ركن القراء |
شبكة فلسطين للحوار | الصفحة الرئيسية |