# EXHIBIT I.337


PLAINTIFF'S EXHIBIT 337

Sunday, November 18, 2012

| Info | Combat Doctrine | IDF Structure | IDF Insignia & Symbols | Archives | Links | Home Front Command | Homepage | English |

**April 15, 2003**

**Head of Nablus area PFLP military wing detained**

Last night (Tuesday), IDF forces in Nablus detained 28-year-old Kamil Said Hassan Abu Hanish, local leader of the PFLP military wing. Abu Hanish was directly responsible for numerous terror attacks carried out by the Nablus branch of the PFLP, including the following brutal assaults:

- Suicide bombing in Netanya on May 19, 2002, in which three civilians were killed and another 59 were injured.

- The June 20, 2002, Itamar attack in which five members of the same family and another four people were slaughtered.

- Suicide bombing on March 7, 2002, in the lobby of the Eshel Hashomron Hotel in the town of Ariel, injuring 10 civilians.

- Shooting attack at an IDF outpost in the Shomronim neighborhood on February 6, 2003, killing two IDF soldiers and wounding another two.

- Shooting attack at the IDF's Golani Brigade training base on April 10, 2003, killing two IDF soldiers and wounding another eight.

Abu Hanish was taken for interrogation by the security forces.


**Terrorist who killed IDF officer this morning is responsible for the deaths of another 30 Israelis.**

The Tanzim activist, Mazen Faritakh, killed an IDF officer and wounded another soldier in Nablus this morning. Faritakh, who was also involved in carrying out onerous suicide bombings in Israel in which 30 Israeli civilians were killed and over 140 were injured, was killed during a pre-dawn raid by the IDF and general security forces. During the raid, Hamas activist Nahel Sakhel, who was involved in carrying out terror attacks, and Tanzim operative, Zia Takriri, an explosives expert, were detained.

[Stamp] P 4: 24

The 28-year-old Faritakh, a resident of the Yasmina neighborhood of Nablus, was a Tanzim operative in Nablus and was responsible for carrying out terror attacks in Israel and against IDF forces in the Nablus area. As part of his activities, Faritakh was involved in the double suicide bombing in Neve Sha'anan Street in Tel Aviv on January 5, 2003, in which 23 people were killed and another 106 were injured, as well as the suicide bombing at French Hill in Jerusalem on June 19, 2002, in which seven people were killed and 37 injured.

He was also involved in numerous bombing attacks in Nablus and shootings throughout Judea and Samaria.

[Stamp] P 4: 24 [continued]

Sunday, November 18, 2012

☐ **Share with a friend**
☐ **Printed version**

All rights reserved. Israel Defense Forces © 1996-2003 www.idf.il

Inquiries relating to the website: IDF Spokesperson Unit, Public Inquiries Division
Fax: 03-6080343
Email ☐ Write to us

[Stamp] P 4: 25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 4: 24-25.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 4: 24-25.

Dated: February 20, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

KIRUT J MANZETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704



‏15 באפריל, 2003

‏נעצר ראש הפלג הצבאי של החזית העממית באזור שכם

‏הלילה (ג') עצר כוח צה"ל בשכם את כמיל סעיד חסן אבו חניש, בן 28, ראש
‏הפלג הצבאי של החזית העממית באזור שכם. אבו חניש היה אחראי באופן ישיר
‏למספר רב של פיגועים אשר בוצעו על ידי החזית העממית בשכם, בהם הפיגועים
‏הרצחניים הבאים:

‏- פיגוע ההתאבדות בנתניה ב- 19/5/02, בו נהרגו 3 אזרחים ונפצעו 59.

‏- פיגוע החדירה לישוב איתמר ב- 20/6/02, בו נרצחו חמישה בני משפחה אחת
‏וארבעה נוספים נפצעו.

‏- פיגוע ההתאבדות ב- 7/3/02 בכניסה למלון אשל השומרון באריאל בו נפצעו 10
‏אזרחים.

‏- פיגוע החדירה למוצב צה"ל בשכונת השומרונים ב- 6/2/03, בו נהרגו שני
‏חיילי צה"ל ונפצעו שניים נוספים.

‏-פיגוע החדירה לבסיס האימונים של גולני ב- 10/4/03 בו נהרגו שני חיילי
‏צה"ל ונפצעו שמונה נוספים.

‏אבו חניש הועבר לחקירת כוחות הביטחון.

**‏המחבל שרצח קצין צה"ל הבוקר אחראי למותם של 30 ישראלים נוספים**

‏מאזן פריתח, פעיל התנזים, אשר הרג הבוקר קצין צה"ל ופצע חייל נוסף בשכם
‏וכן היה מעורב בהוצאת פיגועי התאבדות קשים בישראל בהם נהרגו 30 אזרחים
‏ישראלים ונפצעו למעלה מ- 140, נהרג במהלך פעילות כוחות צה"ל ושירות
‏הביטחון הכללי בשעות הבוקר. כמו-כן, במהלך הפעילות, נעצרו נאחל סחל, פעיל
‏חמאס המעורב בביצוע פיגועים, ודיאא תכרורי, פעיל תנזים, מומחה בהכנת
‏מטענים.

‏פריתח, בן 25, תושב שכונת יאסמינה בשכם, נמנה כפעיל תנזים בשכם, האחראים
‏להוצאת פיגועים בשטח ישראל וכן לביצוע פיגועים לעבר כוחות צה"ל באזור שכם.
‏במסגרת פעילותו היה מעורב פריתח בהוצאת פיגוע ההתאבדות הכפול ברחוב נווה
‏שאנן בתל אביב בתאריך 5.1.03, בו נהרגו 23 בני אדם ונפצעו 106 נוספים,
‏ובהוצאת פיגוע ההתאבדות בגבעה הצרפתית בירושלים בתאריך 19.6.02, בו נהרגו
‏שבעה בני אדם ונפצעו 37 נוספים.

‏בנוסף, היה מעורב במספר רב של פיגועי מטענים בשכם, וכן בפיגועי ירי ברחבי
‏יהודה ושומרון.

P 4: 24

Sunday, November 18, 2012

שלח לחבר
גירסה להדפסה

כל הזכויות שמורות-צבא ההגנה לישראל www.idf.il © 1996-2003

לפניות בנוגע לאתר: חטיבת דובר צה"ל, מדור פניות ציבור
פקס: 6080343 - 03
דואר אלקטרוני ☐ כתוב לנו

P 4: 25