# EXHIBIT I.1032

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER