# EXHIBIT I.1052

Tuesday, February 18, 2014



- [Home](#)
- Palestinian Mission
- Official News
- Consular Services
- Contact Us
- English

**POLITICAL INFORMATION**

- Government
- International resolutions
- Conflict Issues
- Conferences and Conventions
- Palestinian Liberation Organization
- Press Releases

**AMBASSADOR**

Ambassador Pr. Dr. Manuel Sarkis Hassassian, President of the Palestinian Mission to the United Kingdom          More



Search

P 1: 4479



PLAINTIFF'S
EXHIBIT
1052

Tuesday, February 18, 2014

# Palestinian National Liberation Movement – Fatah

**The Beginning:**

The roots of the Fatah movement go back to 1956, with a meeting between six people: Yasser Arafat, Khalil al-Wazir, Adil Abdelkarim, Abdallah al-Dannan, Youssef Amira, and Tawfiq Shadid. This meeting was the first founding meeting of the Fatah movement. The founders established what was called "The Revolutionary Building Structure" and "Our movement's Declaration". New members joined since 1959, the most prominent of whom were Salah Khalaf, Khaled al-Hassan, Abdelfattah Hammoud, Kamal Adouan, Mohammed Youssef al-Najar, Abdelfattah Ismail, and Mahmoud Abbas.

In 1959, the Fatah movement appeared through Beirut-based magazine "Our Palestine – The Call of Life", which was its first media platform. The first issue of the magazine came out in November, under the management of Tawfiq Khoury. During the period of 1959 – 1964, Our Palestine spread the word about the movement and its ideology. The magazine was instrumental in the rise of several other organizational and revolutionary groups, as the following new members joined this emerging group: Majed Abu Sharrar, Ahmed Qurei, Farouq Qadoumi, Sakhr Habash, Yahya Ashour, Zakaria Abdelhamid, Samih Abu Kweek, Abbas Zaki, as well as many others.

**The Launch:**

On December 31, 1964, the Fatah leadership decided to start the armed struggle under the name of the "al-Asifa" forces with the famous operation Eilabun Tunnel in which an Israeli water network was bombed. Fatah continued its operations and started to intensify them starting 1965, causing a great deal of trouble to the Israeli Army. The first political declaration came out on January 28, 1965, illustrating that the Fatah political and military plans are not in contradiction with the Palestinian and Arab plans. The movement later emphasized the need for military mobilization. The movement announced its inception on January 1, 1965, as the day of the explosion of the contemporary Palestinian revolution.

The beginning of Fatah's armed struggle in January 1965 represented the true birth of the contemporary Palestinian resistance and its national identity after the Nakbah *[The catastrophe]*, to restore the national identity of the Palestinian people, and draw attention to the Palestinian issue as one of the just and important liberation movements all over the world.

**Ideology:**

P 1: 4480

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

The Fatah movement bases its ideology on the principle that the land of Palestine belongs to all Palestinians. It is an Arab land and all Arabs must take part in its liberation. The organization shaped its struggle program to mobilize the Palestinian people with all its groups and classes, and no matter where they are, and avoid any type of conflict between social classes, groups and religious factions, as well as any type of regional conflicts. The movement emphasized the need to work on restoring the Palestinian identity of the land and the people [of Palestine], and the importance of ascertaining the independence of the Palestinian will, strengthening its ties with the Arab nation, and attracting its support and protection. After that, Fatah started to prepare for the start of the armed struggle through the al-Asifa forces.

**Strategic Constants and Periodic Policies of the Fatah Movement:**

Fatah started out as a national movement to liberate the Palestinian people, and a revolution that aims at enlightening, uniting, organizing and liberating the Palestinian people, so that they could take charge of their issue and move it from inaction into action to put an end to the occupation and the colonization, and return the refugees back to their homeland.

As a constant principle, the movement refused to adopt any one-sided party ideology, as it considered itself a national liberation movement that represents all factions, classes and groups within the Palestinian society, and opened its doors to political and ideological groups so that they can be part of it.

The objectives defined in the Fatah strategy can be summarized as follows:

I.  Liberating Palestine, ending the colonization and obtaining the inalienable rights of the Palestinian people: These rights include the right of the Palestinian people to self-determination, which is an inalienable and non-negotiable right that was recognized and established by the international community, without any statute of limitation. They also include the Palestinian people's right to establish their own independent and sovereign state, with Jerusalem as its capital, on liberated Palestinian land that Israel occupied after June 4, 1967, as well as the refugees' right to return and compensation, pursuant to the United Nations charter and Resolution 194 of the General Assembly.

II. Methods and Forms of Struggle:
    The struggle is based on the Palestinian people's right to resist the occupation and fight against colonization, expulsion, displacement and racial discrimination. This right is guaranteed by all religions and all international laws.

III. Independent National Palestinian Personality and Identity:
    Fatah's strategy is focused on the Palestinian people and their struggle, and on the premise that there is no alternative but their homeland. Therefore, the movement did not spare any effort in all areas to emphasize the independent national Palestinian personality, and strengthen the Palestinian identity.

**P 1: 4481**

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

IV. Palestinian National Unity:
The Palestinian people are people with a clear identity and sense of belonging to their nation, and have been struggling for almost a century to safeguard its homeland and its national identity, and liberate its land from occupation and colonization. The Arab Palestinian people are one unit inside the homeland, in the [West] Bank and its heart, in the [Gaza] Strip, behind the red line and outside, in the Diaspora.

V.  Arab Identity:
The Fatah movement works on the premise that the Palestinian people are Arab and form an integral part of the Arab nation.

VI. Islam and Divine Religions in the Fatah Strategy:
Palestine is the Holy Land of all three divine religions. Islam is the religion of the majority of Palestinians, and is the official religion of the Authority and the State. Christianity and Samaritanism enjoy the same holiness and respect, and Fatah does not allow any discrimination between Palestinians on the basis of religion, creed or level of belief, and respects the freedom of worship for all.

VII.    Role of International Relations in the Fatah Strategy:
The movement always endeavors to build and develop its international relations to expand its circle of friends and allies, and remains strategically committed to the international law and the legitimacy of the United Nations and its charter. Fatah bases its foreign relations on the fact that it is a national liberation movement that is fighting against the Israeli occupation. As a popular and official movement, Fatah always bases [its work] on the Palestinian people's right to self-determination, independence and return, as well as on the protection guaranteed by the international human law, and especially by the Fourth Geneva Convention Relative to the protection of civilian persons in time of war and the protection of civilians under foreign occupation, and the provisions of the international law that recognizes the right of people to resist occupation and struggle for freedom, independence and self-determination.


**Military Wings**

1- Al_Asifa Forces: Al-Asifa was the main military wing [of Fatah] from 1956 to 1982, at which time several other Fatah wings came to existence.
2- The Black Panther and the Popular Army: These groups became active during the first Intifada. These were Palestinian military groups that used rudimentary weapons such as white weapons, guns, and a small number of riffles. These groups operated in the Gaza Strip and the West Bank.
3- Al-Aqsa Martyrs Brigades: This is the military wing of the Fatah movement. It started its activities at the beginning of the second Palestinian Intifada. It carried out a number of quality military operations and offered many martyrs.

**P 1: 4482**

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

**Fatah in the Twenty First Century:**

During its long existence, the Fatah movement faced several challenges, from the assassination of its leaders by the Israel intelligence, the MOSAD, to confrontations with Arab states and internal splits, and was able to successfully overcome them.

Since the beginning of the twenty-first century, Fatah faced several difficult challenges. At the outbreak of the 2000 al-Aqsa Intifada, the return to the armed struggle and commando operations carried out by groups affiliated with the movement represented a difficult challenge for the leadership of the movement who entered the political process and negotiation with Israel, starting with the Madrid Conference in 1991, which was followed by a series of agreements, the most important of which was the Oslo agreement, and all the subsequent security commitments.

The death of Yasser Arafat, the leader of the movement, was a huge point of transformation in the history of Fatah and the national Palestinian march in general. Arafat was a symbol of the Palestinian people, and in the absence of Abu Ammar, who was most probably killed by a poisonous substance that the Israeli intelligence was able to inject into his body, Mahmoud Abbas "Abu Mazen" took over the presidency of the movement, and worked on reforming the movement's institutions.

However, Fatah's defeat in the 2006 legislative elections by its competitor Hamas was one of the most devastating shocks for the movement. Fatah was still under this shock, when Hamas led a coup and assumed its military control over the Gaza Strip in 2007. As a result, many Fatah members at all levels called for the need to renew the movement and hold its conference which had not been held for years. The movement held its sixth conference on August 4, 2008. Some thought that this conference constituted a new beginning for the Fatah movement which was able to regain its strength and effectiveness, and renew its leadership and unity. Others considered that the movement needed more structural reforms in order to regain its leadership role.

Designed by the Palestinian Mission © 2012

Follow us on twitter or rss

**P 1: 4483**

http://palestinianmissionuk.com/arabic/?page_id=838

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

          vs.                                          No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P1: 4479-4483.

2.     I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 4479-4483.

Dated: March 6, 2014

                                                  _____
                                                  Adnane Ettayebi

ss.:  New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

Notary Public

TRAVIS D GARCIA
Notary Public
State of New Jersey
My Commission Expires Nov. 17, 2016
I.D.# 2352547



فلسطين

البعثة الفلسطينية في
المملكة المتحدة

**معلومات سياسية**

- الرئيسة
- البعثة الفلسطينية
- الأخبار الرئيسية
- الخدمات القنصلية
- اتصل بنا
- المركز الإخباري

- الحكومة
- قرارت دولية
- قضايا الصراع
- مؤتمرات واتفاقيات
- منظمة التحرير
- البيانات الصحفية

**السفير**

السفير أ. د. مانويل سركيس حساسيان رئيس البعثة الفلسطينية لدى المملكة المتحدة البريد



P 1: 4480

# حركة التحرير الوطني الفلسطيني – فتح

بحث

## الفكرة:

لقد شكل انطلاق حركة فتح بالكفاح المسلح في يناير 1965 ولادة حقيقية لحركة المقاومة الفلسطينية و عدائية و مكانتها بين حركات التحرر في أرجاء العالم.

الفلسطيني و شخصية حركة فتح، فقد نقلت كل الأنظار إلى القضية الفلسطينية و عدائية و مكانتها بين حركات التحرر في أرجاء العالم.

الفلسطيني و شخصية حركة فتح، و بعد الكفاح المسلح في يناير 1965 ولادة حقيقية لحركة المقاومة المسلحة، و أعلنت الحركة عن انطلاقتها في الأول من كانون ثاني / يناير من العام 1965 كيوم للثورة الفلسطينية المعاصرة.

28/1/1965 مبينة أن المخططات العربية كانت تتباعد عند العام 1965 مبينة أثر على التخطيط للعمل "لا تتعارض مع المخططات الرسمية الفلسطينية و العربية، و أكدت الحركة لاحقاً على ضرورة قررت قيادة "فتح" المباعدة بين الكفاح المسلح في 31/12/1964 باسم قوات "العاصفة" بالعملية الشهيرة التي تم فيها تفجير شبكة مياه اسرائيلية تحت اسم عملية

## الانطلاقة:

تعود جذور نشأة حركة "فتح" إلى أواخر العام 1957 حيث تم عقد لقاء ضم ستة أشخاص هم: ياسر عرفات، و خليل عبد الكريم، و عادل عبد الله الدنان، ويوسف عمير، و توفيق شديد، و عثر هذا اللقاء بمثابة اللقاء التأسيسي الأول لحركة "فتح"، و صاغ المؤسسون ما سمي "هيكل البناء الثوري" و "بيان حركتنا"، و تم ذلك القطاع اسماعيل و محمود عباس.

في العام 1959 ظهرت "فتح" من خلال نشر الأعلامي الأول مجلة "فلسطيننا – نداء الحياة" التي صدرت في بيروت منذ شهر تشرين ثاني / نوفمبر، و التي أدارها توفيق خوري و قامت "فتح" بمهمة التعريف بالحركة و نشر فكر ما بين 1959 – 1964 و استقطبت من خلال العديد من الشخصيات التنفيذية العربية الأخرى، فانضم للحركة خلال تلك الفترة كل من: ماجد أبو شرار، و أحمد قريع و فاروق قدومي و صخر حبش و يحيى عاشور، و زكريا عبد الحميد و صلاح أبو القطاع اسماعيل و محمود عباس.

## النشأة:

تبلورت الحركة إثر بناء تنظيمي لها تميز بالسرية التامة، و نمت بشكل عنقودي، و توفرت شديدة، و اعتبر هذا اللقاء بمثابة اللقاء التأسيسي الأول لحركة "فتح"، و صاغ المؤسسون ما سمي "هيكل البناء الثوري" و "بيان حركتنا"، و وكمال عدوان، و محمد يوسف النجار، و عبد الفتاح حمود، و كمال عدوان، و عبد الله الدنان.

P 1: 4481

رابعا: الوحدة الوطنية الفلسطينية شعب وضحى الهوية والانتماء الى وطنه وبذلوا كل ما نقرب من القرن من الزمان من أجل الحفاظ على وطنه وهويته الوطنية وتحرير أرضه من الشعب الفلسطيني.

ثالثا: الشخصية الوطنية والهوية الفلسطينية. ارتكزت استراتيجية حركة فتح على الشعب الفلسطيني ونضاله، واذ لا بديل له عن وطنه، ولذلك فقد بذلت الحركة جهودها في كل الميادين لتأكيد الشخصية الوطنية.

ثانيا: أساليب النضال وأشكاله. ينطلق النضال من حق الشعب الفلسطيني في مقاومة الاحتلال وفي النضال ضد الاستيطان والطرد والترحيل والتهجير، وهو حق تكفله الشرائع والقوانين الدولية.

أولا: تحرير فلسطين والهدف الاستيطان والوصول الى الحقوق الثابتة للشعب الفلسطيني. ويشمل ذلك المستقلة ذات السيادة وعاصمتها القدس على الأرض الفلسطينية المحررة التي اختلها اسرائيل بعد الرابع من يونيو 1967 وحق اللاجئين في العودة والتعويض.

وذكرية للانتماء اليها. وبمكن تلخيص الأهداف المحددة في استراتيجية حركة فتح بما يلي:

أطلقت فتح كحركة للتحرير الوطني للشعب الفلسطيني، وثورة تستهدف تحرير الشعب الفلسطيني وتوحيده وتنظيمه وتحرير ارادته لكي يأخذ زمام قضيته فيدفعها من ثائت الحركة في ثوابها عن شتى لكل حربي أحادي بخيارها حركة تحرر وطني تمثل الشعب بطوائفه وطبقاته وفئاته كافة وفتحت الباب أمام تيارات سياسية.

القرارات الاستراتيجية والسياسات المرحلية لحركة فتح:

النضال الذي لا شئ يجهز كل الباب ليب، المرونة، وكان تنبذ وترتكب على المصالح المطلقة على أن فلسطين أرض للفلسطينيين جميعا وهي أرض عربية ليب بالمهور والوطني والقومي والطائفي والإقليمي وركز على المحل النضال التحرري والثوري ضمن حدود تأريخها، كتلك على استقلالية الكيان السياسي من خلال قوات الحامية.

تستند حركة فتح في مبادئ على أن فلسطين أرض للفلسطينيين جميعا وهي أرض عربية ليب بالمهور والوطني والقومي والطائفي والإقليمي، وركز على المحل النضال التحرري والثوري ضمن حدود تأريخها، كتلك على استقلالية الكيان السياسي من خلال قوات الحامية، الأحداد لاختلاق الكيان السياسي الفلسطيني للأرض والشعب، وعلى أهمية تربية نسيج استقلال الارادة الفلسطينية وتحطيم ارتباطهم بالأمة العربية واستقبالها بعيدا وحمايتها، وبذلت فتح بمحاولة ربطها، وبلورت بأنجح

P 1: 4482

تعرضت حركة "فتح" خلال مسيرتها الطويلة إلى العديد من التحديات سواء كانت عمليات التصفية لقياداتها في الحركة على يد المخابرات الإسرائيلية "الموساد"، أو مواجهات مع دول عربية، أو انتقلت داخلية، واستمات الحركة تخطي ذها.

٣- كتائب شهداء الأقصى: تعتبر الذراع العسكري لحركة فتح بدأت نشاطها منذ بداية الانتفاضة الفلسطينية الثانية وكان لها عمليات عسكرية نوعية وقصمت العديد من

٢- مجموعات القهد الأسود والجيش الشعبي: نشأت هذه المجموعات خلال الانتفاضة الفلسطينية الأولى وهي مجموعات عسكرية فلسطينية ذات أسلحة بسيطة كانت لها نشاطاتها منذ بداية الانتفاضة الفلسطينية في قطاع غزة والضفة الغربية.

١- قوات العاصفة: تعتبر الجناح العسكري الرئيسي منذ عام ١٩٦٥ وحتى ١٩٨٢ حيث برزت بعد ذلك أجنحة متعددة لحركة فتح.

**الأجنحة العسكرية:**

رابعاً: نشر العلاقات الدولية في إطار التوعية فتح: تسعى الحركة إلى تنمية علاقاتها الدولية وتطوير ها وتوسيع دائرة أصدقائها وحلفائها على المستوى الدولي وتنشر حركة فتح في علاقاتها الدولية من كونها حركة تحرر وطني تكافح ضد أنواع الاحتلال والعدوان مستندة في حركتها الشعبية والرسمية إلى حق الشعب الفلسطيني في الحياة الحرة الكريمة على أرض الوطن، وإلى أحكام القانون الدولي الإنساني وبالأخص اتفاقية جنيف الرابعة لعام ١٩٤٩ وكذلك القانون الدولي الذي أكدت حق الشعوب في مقاومة الاحتلال والحق في تقرير مصيرها.

ثالثاً: الإسلام والأديان السماوية في إستراتيجية فتح: فلسطين هي الأرض المقدسة للأديان السماوية وهي مهد الديانة المسيحية والديانة الإسلامية، وتسعى حركة فتح بأي تغيير بين الفلسطينيين على أساس ديني، وحرية الأديان وممارسة الشعائر والطقوس الدينية في ظل الاحتلال هو دين الأرض من أبناء الشعب الفلسطيني وهو مقدس لأبناء الشعب الفلسطيني ومقدس للإسلام والأديان السماوية على أساس دينهم أو عقيدتهم، أو فقار إيمانهم، وتحترم حرية العبادة للجميع.

ثانياً: الانتماء العربي: تنطلق حركة فتح من أن الشعب الفلسطيني شعب عربي وجزء لا يتجزأ من الأمة العربية.

خامساً: الاحتلال والاستيطان، والشعب العربي الفلسطيني وحدة واحدة داخل الوطن في الضفة وقطاع القدس، وفي القطاع، وخلف الخط الأخضر، وخارجه في الشتات.

http://palestinianmissionuk.org/arabic/?page_id=838

Tuesday February 18, 2014

© تأسست عام 2012 البعثة الفلسطينية

rss أو twitter

Designed By .

وشكلت وفاة زعيم الحركة ياسر عرفات نقطة تحول كبرى في مسيرة "فتح" والمسيرة الوطنية الفلسطينية بشكل عام لما شكله عرفات من حالة رمزية للشعب الفلسطيني. وعقب وفاته "أبو عمار" الذي توفي على الأرجح بمادة سامة اسقلت عليه المخابرات الإسرائيلية بمادة سامة تولى رئاسة الحركة محمود عباس "أبو مازن" وعمل على إجراء بعض الإصلاحات في مؤسسات الحركة.

ومنذ مطلع القرن الواحد والعشرين وجهت "فتح" العديد من التحديات الصحية القديمة التي تتذبذب محمود عباس تابعة للحركة مطالبة بتصحيح الأداء قيادة الحركة التي خاضت العملية السياسية والمفاوضات مع اسرائيل منذ مؤتمر مدريد للسلام في العام 1991 وما نتج ذلك من اتفاقات كان ابرزها اتفاق "أوسلو" وما ترتب عليه من التزامات أمنية. فتبع اندلاع انتفاضة الأقصى في العام 2000 شكلت العودة للنضال المسلح والعمليات

إلا أن هزيمة "فتح" في الانتخابات التشريعية عام 2006 على يد منافستها الرئيسية "حماس" كانت من أقوى الصدمات التي تلقتها الحركة ولم تلبث أن تستوعب الهزيمة حتى وقع انقلاب "حماس" وسيطرتها العسكرية على قطاع غزة في 2007. ونتيجة لذلك تلاشت الأصوات في صفوف حركة "فتح" التي تبنى أن هذا المؤتمر مستوى وطنياً بصدور التجديد وعقد مؤتمر الحركة الذي ينبغي للسنوات طويلة غاب السلاح حقيقي وطائفية وحقق تجديدا القيادي ووجدانياً. فيما اعتبر اخرون أن الحركة بحاجة المزيد من الإصلاحات الثورية جديدة للحركة فتح الاستعداد لممارسة دورها القائد. على 4/8/2008 وراى البعض أن هذا المؤتمر شكل