# EXHIBIT I.1060



PLAINTIFF'S EXHIBIT 1060

<u>Sent</u>

**Palestinian National Authority**

**Palestinian General Security**
**General Intelligence**
**West Bank Governorates Directorate**
**Department:** _____



No.: _____
Date: <u>2/10/2002</u>

General Intelligence
Office of Head of Service
No.: 3807/ME/2002
Date: 2/22/2002
**Incoming**

His Excellency, Brother, President and General Commander, may Allah protect him.

Greetings of the homeland.

<u>**Subject: Islamic Jihad**</u>

The person, who wanted to perpetrate a suicide operation, of whom I told your Honor yesterday, was arrested today in Tulkarm. The arrest took place in the afternoon in cooperation with the brothers from the Preventive Security.

That person was:

1. Mohamed Mashhur Mohamed Hashaika, who was born in Taluza in 1981.

Two other men were arrested along with him. The two recruited him, equipped him, and were about to transfer him across the Green Line:

2. Nasser Jamal al-Shawish, who was born in al-Fari'ah in 1971.
3. Saleh al-Bukhari, who was born in Nablus in 1976.

They are all being interrogated.

The matter is at your Excellency's discretion.

Please accept my utmost respect.

Head of General Intelligence
Northern Governorates
Tawfiq al-Tirawi
[signature]

CONFIDENTIAL                              02:010270

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010270.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010270.

Dated: March 12, 2014

                                                          Yaniv Berman



السلطة الوطنية الفلسطينية

مخابرات العامة الفلسطيني
المخابرات العامة
مديرية محافظات الضفة
دائرة

الرقم: ----------
التاريخ: ١٠/١٢/٢٠٠٣

الوارد

سيادة الأخ الرئيس القائد العام ... حفظه الله

تحية الوطن ،،،

الموضوع :- الجهاد الإسلامي

نود إعلامكم بأنه تم اعتقال الشخص الذي كان ينوي القيام بعملية انتحارية وكنت قد أبلغت سيادتكم عنه بالأمس ، وتم الاعتقال ظهر اليوم بالتعاون مع الاخوة في الأمن الوقائي وهو:

١- محمد مشهور محمد حشايكة     مواليد طلوزة -(١٩٨١م).

كما تم اعتقال الذي قام بتنظيمه وتجهيزه والذي كان سيوصله إلى داخل الخط الأخضر :-

١- نصر جمال الشاويش      مواليد الفارعة -(١٩٧١م).
٢- صالح البخاري           مواليد نابلس -(١٩٧٦م).
- نجري معهم التحقيق ...

والأمر سيادتكم
وتفضلوا بقبول، فائق الاحترام

مدير المخابرات العامة
المحافظات الشمالية
توفيق الطيراوي

CONFIDENTIAL    02:010270