UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

-vs.-

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

------------------------------------------------------- X

No. 04 Civ. 00397 (GBD) (RLE)

**MOTION FOR WITHDRAWAL**
**OF APPEARANCE**

*[Signature: George B. Daniels]*

JUN 16 2014

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 16 2014]

**PLEASE TAKE NOTICE** that Aaron N. Solomon hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York
         March 27, 2014

                                               By:

                                                   Aaron N. Solomon
                                                   30 Vesey Street
                                                   New York, NY 10007
                                                   Tel: (212) 581-0990
                                                   solomon@oneillaw.com