UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MARK I. SOKOLOW et al.,

                Plaintiffs,

-against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 16 2014

ORDER
04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

Plaintiff Nevenka Gritz's unopposed motion under Federal Rule of Civil Procedure 25(a)(1) to substitute herself as the sole heir of deceased Plaintiff Norman Gritz is GRANTED.

The clerk of the court is directed to close the motion at ECF No. 460.

Dated: June 16, 2014
      New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge