UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW et al.,

                Plaintiffs,

-against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 16 2014

ORDER
04 Civ. 397 (GBD)(RLE)

GEORGE B. DANIELS, United States District Judge:

For the reasons articulated at the April 11, 2014 oral argument, Defendants' motion for reconsideration of this Court's Opinion and Order of March 30, 2011 denying Defendants' motion to dismiss for lack of personal jurisdiction is DENIED.

The clerk of the court is directed to close the motion at ECF No. 421.

Dated: June 16, 2014
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge