UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
MARK I. SOKOLOW et al.,

                    Plaintiffs,

    -against-
                                         ORDER
PALESTINE LIBERATION ORGANIZATION, et al.,    04 Civ. 397 (GBD)(RLE)

                    Defendants.

------------------------------------- X

GEORGE B. DANIELS, United States District Judge:

    The parties' requests for an enlargement of time and page limits, to the extent unopposed, is GRANTED.

    Defendants' request to file a "reply" Rule 56.1 Statement is DENIED.

Dated: June 19, 2014
       New York, New York

                                                SO ORDERED:

                                                *George B. Daniels* (signature)
                                                GEORGE B. DANIELS
                                                United States District Judge