# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

212.715.1113
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

June 19, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-14

**BY ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
      Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

Plaintiffs respectfully request a one-week enlargement of the time for plaintiffs to submit reply papers in support of their motion for sanctions, to and including June 27, 2014.

No prior request for an extension of time has been made as to this filing. Defendants have authorized us to state that they consent to this request.

Respectfully,

Kent A. Yalowitz

cc:   All ECF Counsel

**SO ORDERED**

Ronald Ellis 6-20-14

RONALD L. ELLIS   U.S.M.J.