**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW et al.,                          :

                 Plaintiffs,     :

        -against-              :

PALESTINE LIBERATION ORGANIZATION, et :
al.,                                             :

               Defendants.     :

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



ORDER
04 Civ. 397 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

       Defendants filed a motion requesting that this Court certify for appeal its interlocutory

order denying Defendants' motion seeking dismissal on the grounds that this Court cannot

exercise general personal jurisdiction over them in light of the Supreme Court's decision in

*Daimler AG v. Bauman*, 134 S. Ct. 746 (2014).   Defendants have failed to show that there is at

issue "a controlling question of law as to which there is substantial ground for difference of

opinion and that an immediate appeal from the order may materially advance the ultimate

termination of the litigation."   28 U.S.C. § 1292(b).   Defendants' motion to certify is therefore

DENIED.

       The clerk of the court is directed to close the motion at ECF No. 472.

Dated: June 19, 2014
      New York, New York

                            SO ORDERED:

                            *George B. Daniel*

                            GEORGE B. DANIELS
                            United States District Judge