# EXHIBIT A.2

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

Case 1:04-cv-00397-GBD-RLE   Document 547-2   Filed 06/25/14   Page 1 of 1