# EXHIBIT A.14

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER