# EXHIBIT A.15

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER

Case 1:04-cv-00397-GBD-RLE   Document 547-11   Filed 06/25/14   Page 1 of 1