# EXHIBIT A.52

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER