# EXHIBIT A.56

# PLACEHOLDER FOR EXHIBIT 56

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 00:00-02:26 | Song:<br>I walk the streets of the city of love<br>Seeing the love wrapped in shrouds<br>Pouring the punishment on my body as you want<br>There are no witnesses to the punishment of the jailer<br>We grew up, father<br>And the days grew inside us<br>The responsibility grew with us<br>Also the dreams<br>For my father<br>My father, share the responsibility with me<br>Don't be afraid my daughter<br>You are the light of my life<br>I will not leave you alone<br>I know you have become a young woman<br>And you should have a brother | أغنية:<br>مدينة الحب أمشي في شوارعكِ<br>وأنا أرى الحب محمولاً بأكفانِ<br>صبوا العذاب كما شئتم على جسدي<br>فلا شهود على تعذيب سجان<br>وكبرنا يا بيي<br>وكبرت فينا الأيام<br>المسؤولية كبرت معانا<br>وكبرت الأحلام<br>كرمال يا بيي<br>شاركني المسؤولية يا بيي<br>ما تخافي يا بنتي<br>يا زهرة عيني<br>وحدك ما بخليكي<br>بعرف صرتي صبية<br>وصار لازم خاويكي |
| 02:26-03:41 | I am Hala, the daughter of the captive Maged El Masry, who is in Hardrek prison sentenced to life imprisonment. How are you, dad? I love you so much and I am asking about you. I am in the sixth grade and my studies are fine. I have no problems with my sister and mother. We love each other a lot, and we don't want to make you angry. We love you so much and want you to know that we are fine. I was two and a half years old when my father was imprisoned; I don't remember his face. They stole him from me and I have never known a father's comfort. We had to live (me, my father, my mother and my sister) together in Al Helwan like other girls. Dad, I love you so much. I miss my father so much when other girls say, "My father helped me with this mathematical problem or some other thing." And I miss him too on the holy days. I miss him everywhere because all the other girls | أنا حلا بنت الأسير ماجد المصري وهو في سجن هادريك ومحكوم عشان مؤبدات كيفك يا بابا أنا كثير بحبك أنا كثير باسلم عليك. أنا في الصف السادس دراستي مليحة كثير وأنا وأختي كثير متفاهمين إحنا وماما كثير يعني إحنا وماما بنحب بعض كتير وما بنحب نزعلك يا بابا وإحنا كتير بنحبك وبنطمنك علينا ولما اتسجن بابا كان عندي سنتين ونصف أنا ما فاكرة كيف كان بابا هما سرقوا بابا مني سرقة وأنا ما عشت حنان الأب وكان لازم أن نعيش إحنا وبابا وماما وأختي بآل حلوان زي أي بنات تانيين وأنا كتير بحبك يا بابا بافتقد بابا لما البنات لم يحكوا إن بابا درس لي هذه المسالة في الرياضيات درسني أي شيء وأنا لما بالأعياد هيك بافتقد بابا وبافتقد بابا في أي مكان باكون فيه لأن أي بنات تانيين بيكون معاهم اباهاتهم بس أنا الوحيدة إللي ما يكون معايا أبويا |

| Time | English | Arabic |
|---|---|---|
| | walk with their fathers except me. | |
| 03:42-04:06 | I am the daughter of the captive Maged El Masry. How are you, dad? We miss you a lot and we hope that you get out of prison to be among us again, because I miss you a lot. I met you years ago and you are still in my memories. My father was so good; he brought us everything we needed without delay. | أنا بنت الأسير ماجد المصري كيفك يا بابا إحنا كتير اشتقنا لك وإنشاء الله تخرج وتكون بيناتنا لأني كتير اشتقت لك بابا قابلت من سنين ولسة في ذاكرتي وكان بابا كتير مليح وكان يجيب لي كل شيء وماكنش يقصر منا في أي شيء |
| 04:07-05:34 | Song:<br>Oh, my daughter,<br>When you were young<br>I held you in my arms<br>I held you while you rested<br>Now you have grown up<br>And you have become my arms<br>I see with your eyes<br>I was so afraid for you at this time<br>So I drew pictures and images for you then. | أغنية<br>إييه يا بنتي<br>لما زغيري كنتي<br>خبيتك تحت جناحي<br>خبيتك تا ترتاحي<br>وكبيري هلا صرتي<br>صرتي انتي جناحي<br>بحلف بعينيك بعينيكي<br>من كتر خوفي بوقتها عليكي<br>كنت أرسملك صور وأخبار |
| 05:35-06:14 | I remember my father when I was young; he was so good. When we asked him for anything he brought it immediately. When my father was being hunted, he called us and said, "If you want anything I will bring it for you." I love music so much, my father made me love it. When he asked me if I want anything, I asked him to bring me a piano and he did even though he was a wanted man. | أنا بتذكر بابا لما كنت صغيرة وكان بابا كتير كتير مليح وبعدين لما نطب منه أي شيء يعني دوغري بيجبه لنا بابا لما كان مطارد يعني اتصل فينا هو وصار يحكي لي بابا إذا بدك أي شيء أجيب لك أنا بابا كتير باحب الموسيقى وبابا شدني ليها أكثر صار يحكي لي إذا بدك شيء أجيب لك طلبت منه بيانو فجاب لي البيانو كان هو مطارد |
| 06:16-06:39 | Song:<br>Don't be afraid my daughter<br>You are the light of my life<br>I will not leave you alone<br>I know you have become a young woman<br>And you should have a brother | أغنية<br>ما تخافي با بنتي يا زهرة عيني<br>وحدك ما بخليكي<br>بعرف صرتي صبية<br>وصار لازم خاويكي |
| 06:41-07:14 | I love his kindness, his words and everything about him. When will you come back? I love you, Insha'Allah | بحب حنانه وبحب حكيه كل شيء بحبه فيه امتى راح ترجع أنا بحبك إن شاء الله ترجع بالسلامة |

| Time | English | Arabic |
|---|---|---|
| | you will come back. | |
| 07:15-07:50 | Song:<br>When a black cloud passes in front of me<br>You wonder what I am thinking of<br>I think of your words<br>I think of your glasses | أغنية<br>كل ما غيمة سودا قبالي<br>مرقت شو بتخطر ع بالي<br>تخطر ع بالي كلماتك<br>تخطر ع بالي نظارتك |
| | Above all this, there is a barrier between you and me. They don't allow us to touch you or to embrace you, but we love you so much. When we return home after our visit, I am overcome with weariness and when my mother asks me I tell her about my father's movements not his words I describe your words for her because I want to remember them. | يعني فوق كل هذا فيه بيني وبينك حاجز يعني ما بيسمحولناش ننتر فيه أو نحضنه وكتير باحبك وأول ما نرجع البيت من الزيارة يعني خلاص أنا باكون تعبانه ولما ماما تقعد تسالني بقول لها على حركات بابا يعني ما بقولهاش شو قال لي بابا باوصفلها إياه يعني ما بقولهاش إللي حكى عليه بابا يعني كمان بدي اتذكره |
| 08:23-09:51 | I am the wife of the captive Maged al-Masry. He was sentenced to ten years, and he has now done eight years. I want to send him my greetings and to ask about his health in Hadarim prison. I want to tell him that we are fine and have everything except you, and I hope you will be with us soon. As for my visits to Maged, I was refused by the security authorities, so I can only I visit him once a year. I visited him last Thursday. I hadn't seen him in a year, my permission was always refused by the security authorities and it is limited to only one visit a year. I tried a lot to be strong alone and to take over the responsibility. I thank God I can do this successfully, but the girls always have something missing in their lives, which is the presence of their father. I send you my greetings.<br>I send my greetings to the dear brother, Nasser Awass. He knows how much I respect him. I also send my greetings to the other youths, Amir | أنا زوجة الأسير ماجد المصري محكوم عشر مؤبدات له بالسجن 8سنوات بحب أن أسلم عليه وأقوله كيفك يا ماجد في سجن هدرايم بقول له كيفك يا ماجد إحنا بخير والحمد لله مش ناقصنا إلا أنت وإنشاء الله يا رب إنك بتكون بنا في أقرب وقت إنشاء الله تعالي<br>أنا بالنسبة للزيارة لماجد أنا مرفوضة أمنيا بازورة مرة في السنة يعني زرته الثلاثاء الماضي كان لي سنة مش شايفة ماجد وطلعي لي تصريح دايما بيطلع التصريح رفض أمني لزيارة لمرة واحدة حاولت كتير كتير ولحد هلا الحمد لله أن أكون قوية لحالي واتحمل المسؤولية صح والحمد لله إني كنت بتحمل المسؤولية صح وممتازة بس طبعا بيظل عند البنات إشي ناقصهم وفيه نقص اسمه أشي أب وبسلم عليك<br>بسلم كمان على ناصر عويص أخ عزيز كتير كتير وبيعرف قد إيش معزته وبسلم كمان على الشباب |

| Time | English | Arabic |
|---|---|---|
|  | Zofan and Ahmed Abu Akhder, their comfort will come soon, God willing. My brother Samer is in this prison too, for 3 and a half years. I want to send my greetings to him and tell him to take care of himself and his health; you are also the light of our lives and don't worry about your son, we are taking care of him. | اللي معاهم أمير زوفان وأحمد أبو خضر بسلم عليهم كتير والفرج قريب إنشاء الله أخويا سامر كمان بالسجن هذا بقى له 3سنين ونصف وبحب أسلم عليه وأقول له حبيبي دير حالك على بالك وانت كمان نور عيوننا أنت التاني ودير بالك على حالك وماتقلق على ابنك إنشاء الله إنه بعيوننا ودير بالك على صحتك |
| 09:51-11:40 | Song:<br>I feel that you are tired<br>I feel that you are angry<br>I see black clouds in your eyes<br>I see your eyes full of worries<br>Help me my father<br>Don't let me<br>Return the laugh to my heart<br>Laugh and good days will return<br>I will not let you go for a minute<br>I will not let you wait for long<br>Tonight before tomorrow<br>I will return the laugh to your heart<br>I will return<br>My father, I have no doubt<br>If we talk<br>I will understand you<br>And you will understand me<br>Oh, my father<br>Oh my daughter | أغنية<br>حاسس إنك تعابني..<br>حاسس إنك زعلاني<br>عم شوف بعينيك<br>غيوم سودا<br>عم تشتي هموم هموم<br>ساعدني يا بيي<br>ما تتركني يا بيي<br>ردلي على قلبي الضحكة<br>راح ترجعلك الضحكة وأيام الهنا<br>عنك مش راح أتخلى ولا دقيقة أنا<br>ومش راح خلي تطول النظرة والليلة قبل ع بكره<br>ع قلبك راح رد الضحكة<br>رح رد أنا<br>ما كان عندي شك يا بيي<br>أنو إذا حكينا .. أخذنا وأعطينا<br>راح أفهم عليك<br>وراح تفهم علي<br>إيبي يا بيي<br>إيبيه يا بنتي |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 02 009044.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02 009044.

Dated: February 28, 2014

                                                                                             _____
                                                                                             Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015