# EXHIBIT A.57

# PLACEHOLDER FOR EXHIBIT 57

## SEE ENCLOSED DVD

| |
|---|
| Once again, I would like to wish all my dear brothers, male and female prisoners in the Israeli occupation prisons, a happy feast. |
| My love, my life! <br><br> [Male voice] Enough! Leave her. *Allahu akbar!* You have already seen her, leave her! <br><br> My love, your children are so happy to see you. |
| I cannot believe it. I am dreaming. I do not want to speak; I will not be able to speak. I am dreaming. But there is one thing that I would like to say: Nine female prisoners, and the most important one is Lina al-Jarbouni [who was sentenced to] seventeen years. She has served ten years and seven years are left. She is sending a message to the entire Palestinian people: Why did you forget Lina? Lina asks you why you have forgotten her. How could you? What did Lina do to make you forget her? I left her alone! My life companion! The representative of female prisoners! She has been suffering, and is oppressed, for ten years. No one is left with her. Lina should have been the first to get out. The entire Palestinian people have forgotten her. All the factions, including the Islamic Jihad, Hamas and Fatah, are responsible for forgetting Lina al-Jarbouni. She suffered the utmost oppression. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 02 009045.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02 009045.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015