# EXHIBIT A.124

# PLACEHOLDER FOR EXHIBIT 124

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 00:01-00:24 | Feelings of joy at the long-awaited reunion with loved ones and feelings of renewed sadness over their loss were intermingled during the funerals of martyrs Ali Jaara, from the Aida Camp, and Mohamed al-Zaalouli, from the village of Hussan, which were held by official and public organizations in the Bethlehem Governorate. | في أجواء الاحتفالية التي امتزجت فيها مشاعر الفرح بلقاء الأحبة الذين طال انتظارهم بفعل الإجراءات الاحتلالية بمشاعر الألم المتجدد بفراقهم شيعت محافظة بيت لحم بمؤسساتها الرسمية والشعبية رفات الشهيدين الشهيد علي جعرة من مخيم عايدة والشهيد محمد الزعولي من قرية حوسان |
| 00:25-00:33 | I would like to take this opportunity to say that we will continue our campaign until all our martyrs are returned to us. | خلال هذه المناسبة أنا بوجه كلمة أن نظل مستمرين بالحملة على أساس نحرر جميع شهداء الأرقام |
| 00:34-00:29 | We will stay here, on our land, where I will place a bouquet of roses and read the Fatiha. | أن يبقى هون عنا كما في البلد وأظل أحط عليه بوكيه ورد وأقرأ عليه الفتحة |
| 00:40-01:02 | Popular and official ceremonies were held to receive the bodies of the martyrs in an official procession held in the streets of Bethlehem, in recognition of their sacrifices. Calls were made for the international community to force Israel to release the bodies of the estimated seventeen martyrs it still holds. | الفاعليات الشعبية والرسمية استقبلت جثامين الشهداء في موكب رسمي جاب شوارع بيت لحم وفاء بتضحياتهم وسط مطالبات للهيئة الدولية لإجبار إسرائيل على بالإفراج عن الشهداء المحتجزين لدى حكومة الاحتلال من أبناء المحافظة والذين يقدر عددهم بسبعة عشر شهيد وشهيدة |
| 01:04-01:26 | Here in Bethlehem there are two martyrs, martyr Mohamed Zaaloul and martyr Ali Jaara. A meeting was held with all national forces, organizations, and figures in Bethlehem governorate, and funerals were held in recognition of the martyrs' sacrifices. | لدينا هنا بمحفظة بيت لحم اثنين من الشهداء الشهيد محمد زعول والشهيد علي جعرة تم ترتيب اجتماع بحضور كافة القوى والمؤسسات والفعاليات الوطنية في محافظة بيت لحم ورتب برنامج لفعاليات إقامة جنازات لهؤلاء الشهداء بقدر تضحياتهم |
| 01:27-01:52 | We strongly refuse the way the Zionist occupation has acted in the matter of the Arqam cemeteries [the cemeteries of numbers], holding bodies of al-Aqsa martyrs, from Fatah, from Hussan, from the Palestinian nation, at the Arqam cemeteries since February 22, 2004. | نرفض رفض شديد الاحتلال الصهيوني الذي اتعامل في مقابر الأرقام وحجز بين كتائب شهداء الأقصى ابن فتح ابن حصان ابن الوطن الفلسطيني في مقابر الأرقام من 22/2/2004 لحتى هذه الساعة |

| Time | English | Arabic |
|---|---|---|
| 01:53-02:19 | On the altar of freedom, independence, and in defense of the First of the two Qiblas and the Third of the Two Holy Mosques, which is also the location of the Church of Nativity, Bethlehem honors its martyrs who have watered our land with their blood in a great sacrifice to defend the rights of the Palestinian people in the face of the occupation and its unending ambitions. | على مذبح الحرية والاستقلال والدفاع عن أولى القبلتين وثالث الحرمين الشريفين القدس الشريف وساحة كنيسة المهد ببيت لحم تحتضن أبنائها الشهداء الذين رووا بدمائهم ثرى الوطن في صورة تجسد عظم آيات التضحية والفداء لقاء الدفاع عن حقوق الشعب الفلسطيني في وجه الاحتلال ومطامعه الدائمة |
| 02:20-02:42 | This is Palestine, honoring its martyrs who are nobler than us all, and telling the entire world that our martyrs are not in Arqam [cemeteries] but are a candle lighting our peoples' path to freedom and independence. (Alaa al-Din al-Abd – Palestine TV – Bethlehem.) | ها هي فلسطين تحتضن أبنائها الشهداء الأكرم منا جميعا وتوجه رسالة للعالم أجمع بأن شهداءنا ليسوا بالأرقام بل هم شمعة تضئ نفق الحرية في درب الاستقلال لشعبنا الفلسطيني (علاء الدين العبد - تليفزيون فلسطين -بيت لحم.) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 02 009638.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02 009638.

Dated: February 28, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15