# EXHIBIT A.174



PLAINTIFF'S
EXHIBIT
174

Institute for Palestine Studies
Institute for Palestine Studies     [emblem]
www.palestine-studies.org

Journal of Palestine Studies, Volume 13, Issue 49 (2002), Page 146

### Statement of an Official Palestinian Spokesman Regarding the Assassination of Israeli Tourism Minister Rehavam Ze'evi
### Gaza October 17, 2001*

This morning, Rehavam Ze'evi, the resigned Israeli tourism minister, was subject to an assassination attempt by bullet shooting at the Hyatt Hotel in Jerusalem, leading to his death.

The Palestinian Authority stresses its absolute disapproval and condemnation of assassinations and liquidations.

The National Authority has warned of the danger of this continued policy at all levels. To this effect, and in spite of Minister Rehavam Ze'evi's extremist right-wing stance, the Palestinian Authority, out of commitment to the peace process, reiterates that it firmly disapproves, opposes and condemns the resort to this act and other acts of liquidation and assassination. It also presents its condolences to the Israeli Government, the Knesset, and the Minister's wife and family.

The Authority stresses its resolution calling for a complete ceasefire; the National Authority shall fulfill everything that its commitments dictate in this regard, in accordance with the law.

---

* WAFA (electronic version) (Gaza), October 17, 2001.

[Stamp] **07:000001**

Institute for Palestine Studies          Journal of Palestine Studies, Volume 13, Issue 90 (2002), Page 190
Institute for Palestine Studies    [emblem]
www.palestine-studies.org

Palestinian Documents

## Statement of the Palestinian Leadership, Declaring a State of Emergency in All Palestinian Territories
### Ramallah December 2, 2001*

The Palestinian Leadership headed by President Yasser Arafat held an urgent meeting this afternoon, Sunday December 2, 2001, to examine the dangerous situation following the actions and bombings in Israel, which targeted Israeli civilians in public places and buses. Those actions were also aimed at harming the international, American, European, Russian, Arab and UN efforts to implement the agreements to establish a Palestinian state whose capital is glorious Jerusalem, and at harming the national Arab position.

The leadership decided to declare a state of emergency in all of the Palestinian territories and authorize the Palestinian Security Forces to implement emergency laws and procedures effective that date.

The leadership decided that any movement, organization or group that does not comply with the leadership's decisions - and particularly those who with their actions serve the purposes of the extremist forces in Israel - be regarded outlawed, particularly those taking responsibility for these actions and bombings against Israeli civilians. The Palestinian Security Forces are authorized to hunt down the organizers and implementers of these actions and bombings and bring them to justice.

The leadership, out of concern for our Palestinian people and its utmost national interest, is calling upon our public to fully comply with these decisions, in order to prevent Sharon's government from executing its bloody-minded plan against our people and stifling our national goals, and in order to protect our Christian and Islamic holy places.

The leadership is calling upon the international community to make a prompt decision to protect the peace process and immediately send international supervisors to the Palestinian Territories.

---

WAFA (electronic version) (Gaza), December 2, 2001.

[Stamp] 07:000002

Institute for Palestine Studies
Institute for Palestine Studies       [emblem]
www.palestine-studies.org

Journal of Palestine Studies, Volume 13, Issue 50 (2002), Page 190

### President Yasser Arafat's Speech on the Occasion of Eid al-Fitr, Confirming the Cease Fire
### Ramallah, December 16, 2001* [Selections]

[...]

From the depth of this suffering and this fabled resistance of our people and our institutions, I say that this brutal war launched by Israel will never break the backbone of the people of great might and will, and never diminish its strength and glory, which cannot be slighted; cannot be slighted. History is the best witness of what I am saying.

In this spirit, my brothers, I would like to stress that we will not allow anyone whatsoever to shake our great cultural and national project, put obstacles in its way, distort its form, and tamper with its pure, white national Arab content.

We will allow none but one authority in this land, in this society and nation. When this authority makes a decision, that decision will inevitably be honored; inevitably be honored. When it makes a contract, that contract will inevitably be kept; when it establishes an agreement or makes an initiative, one will inevitably assume complete reliability to its position.

Brothers, we have declared a state of emergency; we have embarked on a series of arrangements and procedures, which we will continue with, including the declaration of unauthorized terrorist formations as outlawed. We have also embarked on a cease fire initiative, and it is incumbent upon everyone to honor this initiative and follow it. The Israelis are not honoring it and do not want a cease fire, but we ourselves must honor what we do; we must say yes to honoring this initiative and follow it. I am fully aware of everything that Sharon is driving towards – his growing military aggression, his blockades on our towns, villages and camps, and his occupation of our territories, while taking advantage of the actions against Israeli civilians, actions we have condemned and still condemn.

This complicated conflict we are in does not permit and must not permit challenging the reliability of the leadership and its decisions. It must not allow or grant Sharon and his military institutions the justifications he needs to escalate his aggression; we must not help him in smearing our legitimate, brave fight for liberation, with terror and killing of civilians.

[Stamp] 07:000003

Today I reconfirm the complete and immediate cessation of all armed operations, call again for a complete cessation of any operations and actions, especially suicide attacks which we have always condemned, and whose initiators and planners we will hold accountable. I also call for cessation of shooting mortars, which are aimed at nothing but giving an excuse for Israeli attacks against us, our people, our children and our women.

Any violation of this resolution shall bring misfortune and harm to the utmost national interests of our people and our Arab nation. Those violating it shall be pursued rigorously.

The purpose of that is stressing the reliability of our approach and our choices aimed at restoring stability, in order to implement the Mitchell recommendations and the Tenet understandings, and return to the negotiation table which is and must be the only means for resolving the conflict.

I am aware of the firm national consensus about aiming for liberation and independence, and building the independent Palestinian state with glorious Jerusalem as its capital, and this within the framework of the international law, including resolutions 242, 338, 425 and 194. Resolution 194 deals with the refugees and the principle of land for peace.

[...]

---

* WAFA (electronic) (Gaza), December 2, 2001.

1

[Stamp] **07:000003** [continued]

The Palestinian National Authority    General Information Service

## The Palestinian Information Center

Statement on Behalf of the President and the Palestinian Leadership:
Condemnation of all Terrorist Acts which Target Civilians, be they Israeli or Palestinian,
and whether Carried out by a State, Groups or Individuals

Ramallah April 13, 2002 WAFA – President Yasser Arafat and the Palestinian leadership are condemning all the terrorist acts which target civilians, be they Israelis or Palestinians, and whether this terror is carried out by a state, groups or individuals. The condemnation stems from a deep-rooted principle which rejects the resort to violence and terror against civilians, or as a means of fulfilling political goals.

We declared this position in 1988 and when signing the Oslo Accords at the White House. We reiterated it several times including on December 16, 2001, after which we received no Israeli response, but rather a military escalation, a stifling blockade and continuous occupation of our people, our camps, our towns, and our villages, and total destruction of our infrastructure. Stemming from our declaration is our strong condemnation of violent actions that targets Israeli civilians, and particularly the last one in Jerusalem. We also strongly condemn the massacre and slaughters which were committed and are still committed by the Israeli occupation forces against civilians and Palestinian refugees in Nablus and the Jenin Camp, and against the Church of the Nativity in Bethlehem, as well as in other Palestinian territories over the past two weeks.

We call upon the international community, the Security Council and Mr. Colin Powell who is performing an international task for peace, to examine these massacres and slaughters which were conducted against our people owing to the Israeli occupation, and the insistence of the Israeli government to crush our people's hope for freedom and independence through military power, tanks, planes, missiles, shells and machine guns.

[Stamp] **07:000004**

In the name of the Palestinian people we reconfirm our commitment to the option of just peace between the two people and the two states; a peace that offers Israelis security, and independence and freedom in an independent state for the Palestinian people. Only through peace will security for all be achieved; not by occupation, military force, massacres and terrorist acts, particularly against civilians. They will grant neither security nor peace; neither to the Israelis, nor to the Palestinians.

Especially after the resolutions of the Security Council, the international resolutions, the declarations of President Bush and his Minister of Foreign Affairs, the statement of the Quartet (the USA, Russia, the EU and the UN) in Madrid, and also Mr. Colin Powell's trip and his presence among us, we must work together to put an end to this war and towards the Israelis' immediate withdrawal; towards the immediate beginning of the implementation of the Tenet understandings and the Mitchell report and immediate negotiations on the basis of what the Arab summits have agreed; also on the basis of the Saudi initiative which the Arab summit adopted in Beirut. We must work to protect our Christian and Islamic holy places. It is important to have an international peace corps present in order to follow on the implementation of that.

[Stamp] **07:000005**

Institute for Palestine Studies          Journal of Palestine Studies, Volume 13, Issue 51 (2002), Page 179
Institute for Palestine Studies    [emblem]
www.palestine-studies.org

Statement of the Palestinian Leadership Regarding President Yasser Arafat's
Endorsement of the Military Tribunal's Rulings in the Case of Those Accused in the
Murder of Israeli Tourism Minister Rehavam Ze'evi
Ramallah April 25, 2002*

President Yasser Arafat, head of the executive committee of the Palestinian Liberation
Organization and President of the Palestinian National Authority and Commanding General,
endorsed this morning the ruling of the military tribunal which had convened today, regarding
the punishments which it had issued against those accused in the murder of Israeli tourism
minister Rehavam Ze'evi.

The military field tribunal, which convened at *al-Muqata'ah* in Ramallah on April 25, 2002,
sentenced the defendants as follows:

- The first defendant: Hamdi Othman Qar'an – eighteen years' imprisonment with labor
- The second defendant: Basel Abdel Rahman al-Asmar – twelve years' imprisonment
- The third defendant: Majdi Hossein Irhimi – eight years' imprisonment
- The fourth defendant: Aahed Yusef Musa Abu Ghalma – one year

The court convened based on a decision made by the President, with Brigadier General Rubhi
Arafat presiding, and Police Colonel Mohamed Jurist Mahmoud Salah and Captain Munjed
Mahmoud Abu Ghazala serving as members. The defense attorney was Brigadier General Mu'az
Yunes (Sameh), and the prosecutor on behalf of the General Attorney was Captain Salim
Waheed al-Madhun.

---

* WAFA (electronic) (Gaza), April 25, 2002

1

[Stamp] **07:000006**

Statement from President Arafat Regarding the Condemnation of Terrorist Acts Against
Israeli and Palestinian Civilians

Ramallah May 8, 2002 WAFA – President Yasser Arafat, head of the executive committee of the
Palestinian Liberation Organization and president of the Palestinian National Authority, issued
today the following statement: "I, by virtue of my title as President of the Palestinian Liberation
Organization and the Palestinian National Authority, reiterate my commitment and collaboration
with the United States of America and the international community in their war against terror. I
have ordered the Palestinian security forces to confront and prevent any terrorist acts attacking
Israeli civilians from any Palestinian body, and at the same time, in parallel, to confront any
attack on Palestinian civilians from the Israeli army and the settlers – all of which we condemn
fully.

I appeal to the United States of America, President Bush and the international community to
secure the immunity and the necessary support to the Palestinian security forces, whose
infrastructure was destroyed by the Israeli occupation, so they perform their tasks and implement
the orders issued to them - bringing an end to any terrorist attempt to attack Israeli and
Palestinian civilians as a political means to fulfill its predefined goals. We, in our commitment to
war against terror, I [Translator's note: as written] call upon and lay claim to the importance of the
presence of the international force to assist us in stopping the aggression and help enforce peace.

[Stamp] **07:000007**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 07- 000001-7.

2.  I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 07- 000001-7.

Dated: February 28, 2014

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

```
┌─────────────────────────────────┐
│         ANGELICA PINZON          │
│  Notary Public · State of New York │
│         NO. 01PI6251092          │
│      Qualified in Queens County   │
│ My Commission Expires NOV·1470    │
└─────────────────────────────────┘
```

مجلة الدراسات الفلسطينية، المجلد 13، العدد 49 (شتاء 2002)، ص 186

مؤسسة الدراسات الفلسطينية
Institute for Palestine Studies
www.palestine-studies.org

بيان لناطق رسمي فلسطيني بشأن اغتيال

وزير السياحة الإسرائيلي، رحبعام زئيفي

غزة، 2001/10/17،*

تعرض الوزير الإسرائيلي رحبعام زئيفي وزير السياحة الإسرائيلي المستقيل صباح اليوم، لمحاولة اغتيال بإطلاق الرصاص عليه في "فندق الحياة" بمدينة القدس أدت إلى وفاته.

إن السلطة الفلسطينية تؤكد رفضها المطلق وإدانتها لأعمال الاغتيالات والتصفية.

وقد حذرت السلطة الوطنية من خطورة استمرار هذه السياسة على كافة الأصعدة، وفي هذا الصدد وبالرغم من مواقف الوزير رحبعام زئيفي اليمينية المتطرفة، فإن السلطة الفلسطينية من واقع التزامها بعملية السلام، تعيد تأكيد موقفها الثابت برفض ومعارضة وإدانة اللجوء إلى هذه العملية وغيرها من عمليات التصفية والاغتيال، كما تتقدم بتعازيها إلى الحكومة الإسرائيلية والكنيست وإلى زوجة وعائلة الوزير.

وتؤكد السلطة على قرارها الداعي إلى وقف إطلاق النار بشكل شامل، وستقوم السلطة الوطنية بكل ما تمليه عليها التزاماتها في هذا الصدد وفقاً للقانون.

---

* "وفا (الإلكترونية)" (غزة)، 2001/10/17.

1

مؤسسة الدراسات الفلسطينية
Institute for Palestine Studies
www.palestine-studies.org

مجلة الدراسات الثلث، طوقية، المجلد 13، العدد 50 (ربيع 2002)، ص 199

## وثائق فلسطينية

### بيان للقيادة الفلسطينية تعلن فيه حالة الطوارئ

#### في جميع المناطق الفلسطينية

رام الله، 2001/12/2.*

عقدت القيادة الفلسطينية برئاسة السيد الرئيس ياسر عرفات، اجتماعاً طارئاً ظهر اليوم الأحد 2001/12/2 لتدارس الموقف الخطير بعد العمليات والتفجيرات في إسرائيل والتي استهدفت المدنيين الإسرائيليين في الأماكن العامة والحافلات والتي استهدفت كذلك ضرب الجهود الدولية الأميركية والأوروبية والروسية والعربية والأمم المتحدة لتنفيذ الاتفاقات ولإقامة الدولة الفلسطينية وعاصمتها القدس الشريف، وكذلك ضرب الموقف القومي العربي.

وقد قررت القيادة إعلان حالة الطوارئ في جميع المناطق الفلسطينية وتكليف أجهزة الأمن العام بتطبيق قوانين وإجراءات الطوارئ اعتباراً من تاريخه.

وقررت القيادة اعتبار أي حركة أو تنظيم أو تجمع لا يتجاوب مع قرارات القيادة وخاصة من يخدمون بأعمالهم أهداف القوى المتطرفة في إسرائيل خارجة على القانون وخاصة من يتبنون هذه العمليات والتفجيرات ضد المدنيين في إسرائيل، وتكليف أجهزة الأمن بملاحقة مدبري ومنفذي هذه العمليات والتفجيرات وتقديمهم إلى العدالة.

إن القيادة وانطلاقاً من حرصها على شعبنا الفلسطيني ومصلحته الوطنية العليا تدعو جماهيرنا إلى التجاوب الكامل مع هذه القرارات لمنع حكومة شارون من تنفيذ مخططها الدموي ضد شعبنا وسحق أهدافنا الوطنية والقومية ومن أجل حماية مقدساتنا المسيحية والإسلامية.

إن القيادة تدعو المجتمع الدولي لاتخاذ قرار عاجل لحماية عملية السلام وبإرسال مراقبين دوليين على الفور إلى الأراضي الفلسطينية.

---

* "رنا (الإلكترونية)" (غزة)، 2001/12/2.

1

07:000002

مجلة الدراسات الفلسطينية، المجلد 13، العدد 50 (ربيع 2002)، ص 290

مؤسسة الدراسات الفلسطينية
Institute for Palestine Studies
www.palestine-studies.org

كلمة للرئيس ياسر عرفات، بمناسبة حلول عيد

الفطر، يؤكد فيها وقف إطلاق النار

رام الله، 2001/12/16\*. [مقتطفات]

[......]

إنني ومن عمق هذه المعاناة، وهذا الصمود الأسطوري لشعبنا، ومؤسساتنا، أقول إن هذه الحرب الباغية، التي تشنها إسرائيل لن تكسر شوكة شعب الجبارين ولن تنال من عزيمة وكبريائه الذي لا يمكن أن يهان.. لا يمكن أن يهان، والتاريخ خير شاهد على ما أقول.

وأيد بـا إخوتي في هذا الظرف أن أؤكد بأننا لن نسمح لكائن من كان، بأن يزعزع مشروعنا الوطني والقومي والحضاري الكبير، أو يضع العراقيل في طريقه، أو يشوه صورته، وينزّر مضمونه الوطني العربي الناصع البياض.

لن نسمح بغير سلطة واحدة على هذه الأرض، وفي هذا المجتمع والوطن، سلطة حين تتخذ قرارها فلا بد أن يحترم.. فلا بد أن يحترم، وحين تقطع عهداً فلا بد وأن يوفى.. وحين تبرم اتفاقاً أو تتخذ مبادرة فلا بد من توافر، نعم المصداقية الكاملة لمرتكبها.

إننا، أيها الأخوة، أعلنا حالة الطوارئ وقمنا بسلسلة من الترتيبات والإجراءات وسنستمر بها بما فيها إعلان التشكيلات غير الشرعية ذات النشاطات الإرهابية خارجة عن القانون، وأقدمنا على مبادرة وقف إطلاق النار، ويدعو على الجميع احترام هذه المبادرة والتقيد بها. "الإسرائيليون لا يحترمونها ولا يريدون وقف إطلاق النار، ولكن علينا أن نحترم نحن ما نقوم به"، نعم احترام هذه المبادرة والتقيد بها، وإنني أعلم علم اليقين، بكل ما يرمي إليه شارون، من عدوانه العسكري المتصاعد وحصاره المحكم لمدننا وقرانا ومخيماتنا واحتلاله لمناطقنا مستدلاً هذه العمليات التي تحدث ضد المدنيين الإسرائيليين والتي أدناها وندينها.

إن هذا الصراع المعقد الذي نحن فيه، لا يسمح ويجب أن لا يسمح بهز مصداقية القيادة وقراراتها، ولا يجب أن نسمح أو نمنح لشارون ومؤسساته العسكرية كل ما يحتاج من مبررات لتصعيد عدوانه وتزويده بما يساعده على وصم نضالنا التحرري المشروع والشجاع بالإرهاب وقتل المدنيين،،

إنني أؤكد مجدداً اليوم، الرفض الشامل والفوري لجميع الأعمال المسلحة، وأدعو مجدداً إلى وقف تام لأية عمليات وأعمال وخاصة الهجمات الانتحارية التي أدناها دائماً وسنحاسب كل مديريها والمخططين لها، وكذلك إطلاق الهاونات التي لا هدف لها سوى إعطاء المبرر للهجمات الإسرائيلية ضدنا ضد شعبنا ضد أطفالنا ونسائنا.

وإن أي خديع على هذا القرار سيمد مساً وإضراراً بالمصالح الوطنية العليا لشعبنا ولأمتنا العربية وسيتم ملاحقة الخارجين عليه بصلابة.

إن الهدف من ذلك هو تأكيد مصداقية توجهنا وخياراتنا بغية استعادة الهدوء لتنفيذ توصيات ميتشل وتفاهمات تينيت والعودة إلى طاولة المفاوضات التي تشكل ويجب أن تشكل الوسيلة الوحيدة لحل الصراع.

إنني على يقين من صلابة الإجماع الوطني على هدف الحرية والاستقلال وبناء الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، وفي إطار قرارات الشرعية الدولية بما فيها 242، 338، 425، و194 الخاص باللاجئين، ومبدأ الأرض مقابل السلام،

[......]

---

\* "إرنا (الإلكترونية)" (غزة)، 2001/12/16.

07:000003



بيان باسم السيد الرئيس والقيادة الفلسطينية:

إدانة كافة الأعمال الإرهابية التي تستهدف المدنيين سواء كانوا إسرائيليين أو فلسطينيين
وسواء كان هذا الإرهاب إرهاب دولة أو جماعات أو أفراد

رام الله13-4-2002وفا- يعبر الرئيس ياسر عرفات والقيادة الفلسطينية عن إدانتهم لكافة الأعمال
الإرهابية، التي تستهدف المدنيين سواء كانوا إسرائيليين أو فلسطينيين، وسواء كان هذا الإرهاب،
إرهاب دولة أو جماعات أو أفراد، انطلاقاً من مبدأ راسخ يرفض اللجوء إلى العنف والإرهاب ضد
المدنيين، أو كوسيلة لتحقيق أغراض سياسية.

وانطلاقاً من هذا الموقف، الذي أعلناه منذ عام 1988، ولدى التوقيع على اتفاق اوسلو في البيت
الأبيض، والذي كررناه عدة مرات بما فيها ما علناه في 16-12-2001 وبعد ذلك ولم نجد أي
استجابة إسرائيلية لها وإنما تصعيداً عسكرياً وحصاراً خانقاً واحتلالاً مستمراً لشعبنا ومخيماتنا ومدننا
وقرانا وتدميراً لبنيتنا التحتية تدميراً شاملاً، فإننا ندين بشدة العمليات العنيفة التي تستهدف المدنيين
الإسرائيليين وخاصة العملية الأخيرة في القدس، كما ندين بقوة وبشدة المذبحة والمجازر التي ارتكبتها
وترتكبها قوات الاحتلال الإسرائيلي ضد المدنيين واللاجئين الفلسطينيين في مدينة نابلس ومخيم
جنين وضد كنيسة المهد في بيت لحم، وغيرها من المناطق الفلسطينية، على مدى الأسبوعين
الماضيين.

وإننا لندعو المجتمع الدولي ومجلس الأمن والسيد كولن باول الذي يقوم بمهمة دولية من أجل
السلام، إلى الإطلاع على هذه المجازر والمذابح التي حلت بشعبنا، بسبب الاحتلال الإسرائيلي،
وإصرار الحكومة الإسرائيلية على قمع تطلع شعبنا إلى الحرية والاستقلال بالقوة العسكرية وبالدبابات
والطائرات والصواريخ والقذائف والرشاشات.

07:000004

إننا باسم الشعب الفلسطيني نؤكد مجدداً التزامنا بخيار السلام العادل بين الشعبين والدولتين، السلام الذي يوفر الأمن للإسرائيليين والاستقلال والحرية في دولة مستقلة للشعب الفلسطيني، فبالسلام وحده يتحقق الأمن للجميع، وليس بالاحتلال والقوة العسكرية والمجازر والعمال الإرهابية وخاصة ضد المدنيين فإنها لن توفر لا الأمن ولا السلام لا للإسرائيليين ولا للفلسطينيين.

وعلينا أن نعمل جميعاً وخاصة بعد قرارات مجلس الأمن والقرارات الدولية وتصريحات الرئيس بوش ووزير خارجيته وكذلك بيان اللجنة الرباعية (الأمريكية والروسية والأوروبية والأمم المتحدة) في مدريد، وكذلك جولة السيد كولن باول ووجوده بيننا لإيقاف هذه الحرب والانسحاب الفوري للإسرائيليين والبدء الفوري بتنفيذ تفاهمات تينيت وتقرير ميتشيل والمفاوضات الفورية على أساس ما قررته القمم العربية والمبادرة السعودية التي تبنتها القمة العربية في بيروت ولحماية مقدساتنا المسيحية والإسلامية وأهمية وجود قوة سلام دولية لمتابعة تنفيذ ذلك.

07:000005

مجلة الدراسات الفلسطينية، المجلد 13، العدد 51 (صيف 2002)، ص 179



مؤسسة الدراسات الفلسطينية
Institute for Palestine Studies
www.palestine-studies.org

بيان للرئاسة الفلسطينية بشأن مصادقة الرئيس ياسر عرفات
على قرارات المحكمة العسكرية في قضية المتهمين
بقتل وزير السياحة الإسرائيلي، رحبعام زئيفي
رام الله، 2002/4/25.*

صادق الرئيس ياسر عرفات، رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية، رئيس السلطة الوطنية الفلسطينية، القائد العام، صباح اليوم، على قرار المحكمة العسكرية التي عقدت اليوم، بشأن العقوبات التي أصدرتها المحكمة بحق المتهمين بقضية مقتل وزير السياحة الإسرائيلي رحبعام زئيفي.

وقد حكمت المحكمة العسكرية الميدانية المنعقدة في مقر المقاطعة في رام الله بتاريخ 2002/4/25، على المتهمين بما يلي:

المتهم الأول: حمدي عثمان قرعان بالسجن ثمانية عشر عاماً مع الأشغال.
المتهم الثاني: باسل عبد الرحمن الأسمر بالسجن اثني عشر عاماً.
المتهم الثالث: مجدي حسين إرحيمي بالسجن ثمانية أعوام.
المتهم الرابع: عاهد يوسف موسى أبو غلمة مدة عام واحد.

وقد عقدت المحكمة بقرار من السيد الرئيس وبرئاسة العميد ركن ربحي عرفات، وعضوية كل من العقيد شرطة حقوقي محمد محمود صلاح، النقيب منجد محمود أبو غزالة. فيما مثل محامي الدفاع العميد معاذ يونس (سامح)، ومثّل الادعاء العام النقيب سليم وحيد المدهون.

* "وفا (الإلكترونية)" (غزة)، 2002/4/25.

07:000006

تصريح عن الرئيس عرفات بإدانة العمليات الإرهابية ضد المدنيين الإسرائيليين والفلسطينيين

رام الله 8-5-2002وفا- أصدر الرئيس ياسر عرفات، رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية، رئيس السلطة الوطنية الفلسطينية، اليوم، التصريح التالي:

"إنني وبصفتي رئيساً لمنظمة التحرير الفلسطينية والسلطة الوطنية الفلسطينية أكرر التزامي ومشاركتي الولايات المتحدة الأمريكية والمجتمع الدولي بحربها ضد الإرهاب، ولقد أعطيت أوامري لقوات الأمن الفلسطينية لمواجهة ولمنع أي عمليات إرهابية للتعدي على المدنيين الإسرائيليين من أي جهة فلسطينية كانت، وفي نفس الوقت وبالتوازي مواجهة أي اعتداء على المدنيين الفلسطينيين من قبل الجيش الإسرائيلي والمستوطنين والتي ندينها جميعها إدانة كاملة.

وإنني أتوجه إلى الولايات المتحدة الأمريكية وللرئيس بوش والمجتمع الدولي لتأمين الحصانة والدعم اللازم لقوات الأمن الفلسطينية، والتي دمر الاحتلال الإسرائيلي بنيتها التحتية، لكي تقوم بمهامها ولتنفيذ الأوامر الصادرة إليها للقضاء النهائي على أي محاولة إرهابية للاعتداء على المدنيين الإسرائيليين والفلسطينيين كوسيلة سياسية لتحقيق الأهداف المرسومة لها، ونحن بالتزامنا بالحرب ضد الإرهاب أدعو وأطالب بأهمية حضور القوة الدولية لمساعدتنا لوقف العدوان والمساعدة ولفرض السلام.

07:000007