# EXHIBIT A.176



PLAINTIFF'S
EXHIBIT
176

Gilmore 00181 T
SHATSKY-007684
P 1: 1018

*[Translation of Magazine Cover Page:]*

*[Seal of the Palestinian National Authority]*

# Al Shurta *[The Police]*

Volume 40  -  February 2001

*[photographic image of Yasser 'Arafat and a uniformed officer standing at attention and saluting, with a ceremonial table in the foreground, and other attendees in the background]*

**Gilmore 00181 T**
**SHATSKY-007684**
**P 1: 1018**

Gilmore 00182 T
SHATSKY-007685
P 1: 1019

*[**Table of Contents Page:** Includes names/titles of editorial staff, list of articles by page number, and the following magazine masthead, which appears within a block at the bottom of the page]*

## Al Shurta Magazine

**Monthly Magazine Devoted to the Law-Enforcement and Legal Sciences
Published by the Palestinian Police Command**

| Volume 40  - February |
| --- |

**Address:  General Command of the Police – Gaza – Telephone: 2866600–2863400  Extension-428**

**[Al Shurta, Vol. 40, pp. 2-3]**

Translator's Note:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Gilmore 00183A T
SHATSKY – 007686
P 1: 1020

A [Few Introductory] Words [About This] Volume  . . .

[Photograph of author]

The Settlements . . . Abysses of Evil and Landmines of Peace
By Yahya Rabah, State of Palestine Ambassador to Yemen

## In the past few days:

In the course of this total war that the Israeli government is launching against our Palestinian people and its National Authority, and in the long course of the heinous crimes that army soldiers and bands of settlers are committing, the crime of Hebron has occurred.  This is a crime that by itself suffices to confer the credential of the Gestapo officers of the Nazi era, for the Gestapo officers did not commit, in prison camps, gas chambers, or flesh crematoria, anything as hideous or excessive in *[truncated word]* crime, even morbidity,  as this crime that has taken place in the city of Hebron at the hands of the alliance that exists, these days, between the generals of the Israeli Army and bands of Israeli settlers.

## This crime . . .

is the crime of assassinating the young person Shakir Al-Husayni, which began with soldiers of the Israeli Army firing on him and wounding him in his legs, causing him to fall to the ground.

Soldiers then crowded around him and rained bullets down on to his body. The soldiers were as far as possible from any image of human beings.  They were like a pack of wolves quite needing

the smell of blood, and ripping apart their prey in a repugnant, animalistic manner.  And the

Gilmore 00183A T
SHATSKY - 007686
P 1: 1020
(continued)

Israeli soldiers were not satisfied with this, for they dragged the martyred youth through the streets, mutilated his body, and then hurried back to the settlers, who were waiting for them, so that they could all celebrate together, as in the Satan-worship celebrations of bygone days.  They even distributed sweets joyously during this bloody conjugal feast.

**This is not drawn from the fabric of fantasy:**

This is not taken from the scenes of fables, or from epic literature, or folk biographies.  Rather, this is an event that worldwide satellite media lenses recorded, and it is part of a long course of events that started with the killing of Muhammad Al-Durrah, and ended up in the furious outburst by the beast-of-prey bands of settlers against Palestinian people, homes, and trees in Mawasi Khan Yunis.  This brings matters to the point at which now looming large are the questions of why Barak is remaining silent, and whether the Israeli settlers are simply a group of opportunists who understand their position in the Israeli election campaigns, and who are exploiting opportunity to the greatest extent possible; or whether they are,  instead, a group of foolish adventurists who are prepared simultaneously to burn themselves and others, so that Israel, as a state, no matter the extremes to which it has gone in its delusions of power, may protect these settlers from reactions to their abominable crimes that cross the line.  These settlers are not planting

roses and onions on their settlements; instead, they are planting malice and black hatred.

Gilmore 00184A T
SHATSKY - 007687
P 1: 1021

## Israeli settlement:

is tantamount to an abyss of evil, to a cave of iniquity, and to ticking landmines planted on the road to the peace that would constitute the security, goal, and best option for this region.  This practice of Israeli settlement has, very effectively, been able to scorch and overturn all the claims upon which it is founded, consequently revealing the naked, unembellished truth that settlement is an aspect of Israeli state terrorism, and a part of a reckless fantasy of groups of criminals.  Settlements will come to only one inevitable end, and that is extinction, collapse, and bad memories, after all masks have fallen off the face of this odious practice. First to be overturned have been the Torah-based claims for such settlement, followed by security and economic

claims, for these settlements located within Palestinian territory are part of a curse, and the blood spilled because of these settlements confirms that they are an embodiment of Satanic instigation, and not an embodiment of the Lord's promise.  At the economic level, they are a burden on the neck of the Israeli state, and a burden on the neck of Palestinian existence, and not once has there been any successful plan that was not a lie that began to weigh heavily on the necks of Israelis themselves.  In a time of weapons technology, these settlements don't have even the lowest security-related value, and the generals of the Israeli Army, who are unable to imagine themselves without a war, or without aggression against others, know this.

## And with each incident that takes place . . .

And with each patrol confronted . . . and with each crime, in the contrivance of which settlers are so expert, the truth is becoming increasingly clear that these Israeli settlements inside our territory are an abyss of evil that can serve only as planted landmines that will explode at the appropriate time; and that the residents of these settlements, in whose name there is an auction during Israeli election seasons, are fuel for the fiery game, although

their recent deeds indicate that they have hit their last obstacle, and now have before them no choice but to flee or be burned up in the bloody game in which they have chosen to serve as blind pawns.  In the confrontations of recent months, and despite the fact that the Palestinian National Authority has distinguished itself by the greatest measure of self-restraint, self-control, and well-considered deportment, it has been proven that these settlements are the flaccid belly and weak spot, and shall be all the

Gilmore 00184A T
SHATSKY - 007687
P 1: 1021
(continued)

more so in the future.  Why are these settlers accepting that they should play the role of abyss of evil, or serve as points of provocation, or as a firewall?  Why do they accept being the body that hands in a political game use as a plaything, much in the way that Barak and Sharon are now game-playing?  Although most of this is bluster, Sharon himself demolished the Yamit settlement, when the time came.  At any rate, the Israeli Army has become immersed in the delusion of power, and it shall not remain a pawn in the hands of the adventurists among the residents of these settlements, protecting them throughout the day, by the hour and minute, especially since the settlers have undertaken increasingly loathsome practices for which no one will pardon them, such as the crime discussed at the start of this article, or the attack on Palestinian villages all across the West Bank and Gaza, the cutting down of trees, the wrecking of farms, the burning of properties, the shooting of children with hunting rifles, and the smashing of vehicles, with the killing and attacking of their occupants.  These acts paint ugly pictures of bands of settlers who are behaving as if they are wild animals in a jungle, and as if they are operating in times of hatred and abandon; or as if they are opposed to life . . . or, rather, are the enemies of life.

## There is no excuse for these settlers . . .

because no one among them will tell the truth about the false accounts they repeat constantly, and no one of them believes in anything except the

contentiousness of force, the madness of greed, and hatred for peace.  Every one of them knows that he is unlawfully seizing that which is not his, and occupying the land of Palestinians; that he is planted, like a landmine, in order to explode at any moment; that this is not a civilized and legitimate presence; and that accordingly, the generals in Israel today have been using the settlements as political cover with which to protect themselves, and that whosoever agrees to play this role shall have to bear the consequences. Without a doubt, the Israeli settlements on our land are, today, a symbol of evil and crime.

*******

**Al Shurta Magazine  -  February 2001  -  Volume 40  -  Page 3**
**[Al Shurta, Vol. 40, p. 44]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00185A T
SHATSKY - 007688
P 1: 1022

## Rumor and Its Inflammatory Effects

By Political Commissioner 'Abd Al-Khaliq Al-Farra

[photograph of author]

At the same time as the army of the Israeli occupation is becoming expert in frightening and killing our defenseless people, and in destroying their economy and imposing a blockade and starvation upon them, a band of suspicious turncoats rebelling from Palestinian ranks is slipping in, and they have given themselves over to serving the enemies of the homeland and the

community.  They are the mercenaries who are linked to the corps of the
occupation, recruited into serving its goals and spreading their poisons, so
that they may poison our community and sow discord within it in order to
undermine its steadfastness, unity, and struggle, and create confusion in its
ranks, and in order to crack its *[the community's]* structure and shred its
*[the community's]* fabric through lies, accounts, and rumors that they are
spreading, which have no basis in truth; [through] statements unlawfully
packed with falsehood, slander, allegation, defamation, and groundless
conjecture, [thereby] targeting public personalities for the purpose of
detracting from them and the homeland in the recountings of their *[public
personalities']* life
stories; and [through] the spreading of accounts about them *[public
personalities]* insidiously
and slanderously, in order to shake [public] trust in them *[public
personalities]*, [all] for the sake

Gilmore 00185A T
SHATSKY - 007688
P 1:1022
(continued)

of vile, cheap objectives that satisfy their *[the turncoats']* masters, prevent
consummation of their *[public personalities']* message, carry out their *[the
turncoats']* assignment, and plant doubt in their *[public personalities']*
integrity and leading-edge role in establishing and building [the homeland].
    It is the Police who look after the welfare of the citizen, protect the
homeland, defend its life, disseminate security and safety in [all] its *[the
homeland's]* territories, and extend and vindicate the rule of law.  They *[the
Police]* strive for the public interest and establishment of public order in
conformity with the law, out of an awareness of the dangers of rumor and its
destructive effects, the consequences of which our people bear.  It *[rumor]*
enters into the sphere of the psychological war that the occupation is feeding
in order to undermine our people and their legendary and commanding
steadfastness.  For this reason, they *[the Police]* must investigate every
piece of information that reaches their ears, ascertain its source, and [then]

notify officials of it, so that it *[false information]* may be refuted, and its originators may be shamed and prosecuted in accordance with the law, and their hands may be stricken, for the sake of protecting and fortifying society against its *[rumor's]* harms and unfavorable consequences.

Neither the officers nor the ranks of the Police, from the position of their responsibilities, may participate in disgraceful or subversive activity, and this [rule applies] to repeating what they hear in the way of rumors, without understanding, awareness, or realization, and without examining them *[rumors]* in order to learn their true substance and objectives. The Police officer is entitled to search out accurate information from their *[rumors']* sources, because no destructive element may be [apparent] in the absence of awareness, responsibility, and conscience. Our people, who observe the Police attentively, with admiration, appreciation, respect, and trust, assure them *[the Police]* of unequivocal cooperation in various spheres of life, for the sake of advancing the homeland, preserving freedom and dignity for the citizen, and

achieving his *[the citizen's]* security, safety, and protection from the trifling turncoats' toying with the law, and [from] those who slip in among their *[the people's]* ranks, enjoying their *[the people's]* protection disingenuously and falsely, and attaching themselves to them *[the people]*.

Gilmore 00185A T
SHATSKY - 007688
P 1:1022
(continued)

The foiler is the one who participates, full force, in extirpating them *[the turncoats]* whenever he finds out about them, so that they do not persist in their transgression, and so that they may serve as a warning to others.

The officers and ranks of the Police must be endowed with vigilance and cautiousness, and they [must] aspire to truth in what they say. They [must] seek to ascertain the truth in what they are hearing and speaking,

and not permit themselves, from [their] position of responsibility, to issue judgments devoid of truth, so that they do not fall into what is illicit, and so that they may deprive enemies of the homeland of opportunity, for the police officer is concerned with the truth, to which he is committed in word and action, since the truth shows the way to righteousness, righteousness shows the way to paradise, lie[s] show the way to depravity, and depravity shows the way to hellfire.

[As] God has stated [in the Qur'an]:

"Oh, you who have believed: If a sinner comes to you with information, investigate [it], lest you harm a people through [your] ignorance, and become regretful over what you have done." (Verse 6 of Surat Al Hujarat)

*********

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF LUCILLE KAPLAN

    I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1018-1022.

2.    I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P I: 1018-1022.

Dated: March 3 , 2014

LUCILLE KAPLAN



P 1: 1018

2TC 24213     2001/E

## المشرف العام

### اللواء / غازي الجبالي

## الفهرس

الصفحة

1- كلمة العدد – المستوطنات بؤر الشر والفام السلام – الأخ السفير يحيى زياب ........ 2

2- التحقيق الجنائي – طرق اكتشاف الحوادث – بقلم اللواء/غازي الجبالي ........ 4

3- محكمة العدل العليا وصلاحياتها في النظر في القرارات الادارية –بقلم الاستاذ/ مازن سيسالم ........ 6

4- النور الديني والاعلامي في مناقشة الظواهر السلبية (الحلقة 2) بقلم / أ.د. أحمد عمر هاشم ........ 9

5- اتجاهات الجريمة في دول العالم (الحلقة 3 ) – بقلم/ أ.د. محسن عبد الحميد أحمد ........ 11

6- صور السلوك الإنساني المجرم (الحلقة 4) – بقلم الفواء/ د. محمد فتحي عيد ........ 14

7- الامن الوطني ودور وسائل الاعلام في ترسيخه (الحلقة 4 ) – بقلم/ أ.د. حمود بن عبد العزيز البدر ........ 16

8- الملتقى الدولي الاعلامي في إقرار السلام والامن (الحلقة 1 ) – بقلم اللواء/ نذيف المناوي ........ 20

9- السلام الحاضر الغائب في الانتخابات الاسرائيلية – بقلم/عميد . د. كامل عيسى ........ 23

10- مهرجان جماهيري لتأبين الشهيد البطل اللواء الركن / عبد المعطي السبعاوي ........ 25

11- رحلة السبعاوي من خط التماس الأول إلى خط التماس الأخير–بقلم معالي الوزير/ نبيل عمرو ........ 34

12- الشهيد اللواء الركن / عبد المعطي السبعاوي ... في الذاكرة – بقلم عقيد/ يعقوب رحمي ........ 36

13- رفض أبو ياسر نحبه – بقلم / د. عبد النعيم عراق ........ 38

14- ذكرى الأربعين للشهيد القائد أبو ياسر السبعاوي – بقلم الملازم/خالد الشوا ........ 39

15- تهنئة بمناسبة عيد الأضحى المبارك ........ 41

16- ندوة المؤسسية التوجيه الوطني حول عمليات الاغتيال ودور العملاء فيها ........ 42

17- الاشاعة وآثارها المدمرة – بقلم المفوض السياسي/ عبد الخالق الفرا ........ 44

18- الإجهاض بين القانون الوضعي والشريعة الاسلامية – بقلم النقيب/ حسام الكحلوت ........ 45

19- علامات من الامان – بقلم م/ علاء فريد الشريف، ممثل الشرطة الجنائي ........ 47

20- من ذاكرة التاريخ – آثار القدس الدينية – بقلم / عقيد . د. عبد الرحمن المزين ........ 48

**مصورو الرئيس /** محمد الرواس – عمر الرشيدي – حسين حسين

**مصورو المركز الاعلامي /** سامح فارس – سعين عمر – يوسف عكيلة

**التدقيق اللغوي /** ملازم أول / عثمان زايد

تمت الطباعة بمطابع مركز رشاد الشوا الثقافي– بلدية غزة  هاتف: ٢٨٢٨٦٥

## المستشارون

الأستـاذ / ســليم الزعـنـون

الأستاذ/ زياد عبد الفتاح

الدكتور/ كمال الأسطل

الأستاذ / مازن سيسالم

العميد/ محمود عصفور

العميد / زياد عزيف

العميد / مازن عز الدين

العميد / عبد المعطي السبعاوي

العميد / طلال أبو زيد

العقيد/ يعقوب رحمي

## رئيس التحرير

عقيد / دكتور
عبد الرحمن المزين

# مجلة الشرطة

### مجلة شهرية متخصصة في العلوم الشرطية والقانونية

### تصدر عن قيادة الشرطة الفلسطينية

العــدد ٤٠ – فبـرايـر ٢٠٠١ م

العنـوان : القيادة العامة للشرطة – غـزة – هاتـف : ٢٨٦٦٠٠–٢٨٦٣٤٠٠ داخلـي – ٤٢٨

الشرطة

كلمة العدد ...

# المستوطنات ...
## بؤر الشر وألغام السلام

بقلم/ يحيى رباح – سفير دولة فلسطين في اليمن

## ي الأيام القليلة الماضية :

ي سباق تلك الحرب الشاملة التي تشنها الحكومة الاسرائيلية ضد
عبنا الفلسطيني وسلطته الوطنية، وفي سياق طويل من الجرائم
نظيعة التي يرتكبها جنود الجيش وقطعان المستوطنين، وقعت
ريمة الخليل، وهي جريمة تكفي لوحدها لاعطاء صك براءة لضباط
لجستابو' في زمن النازية، لانهم لم يرتكبوا في معسكرات
'عتقال، وأفران الغاز والمحرقة البشرية، شيئاً شنيعاً ومغرقاً في
ب الجريمة حتى المرض، كتلك الجريمة التي وقعت في مدينة
خليل على يد التحالف القائم هذه الأيام بين جنرالات الجيش
:سرائيلي وقطعان المستوطنين الاسرائيليين.

## لك الجريمة ...

ي جريمة اغتيال الشاب شاكر الحسيني التي بدأت أولا بقيام
نود الجيش الاسرائيلي باطلاق النار عليه واصابته في ساقيه،
يث يقع على الأرض، فاحتشدوا حوله وأمطروا جسده بالرصاص،
انوا بعيدين كل البعد عن أية صورة للكائنات البشرية، كانوا مثل
لعم من الذئاب المهتاجة يفعل رائحة الدماء، وتمزق الفريسة
سلوك حيواني بشع، ولم يكتف الجنود الاسرائيليون بذلك، بل
خبوا الشاب الشهيد في الشوارع، ومثلوا بجثته، ثم عادوا

مسرعين الى المستوطنين الذين كانوا في انتظارهم، ليحتفلوا معا
مثل احتفالات عبدة الشيطان في الأزمنة البائدة، بل لقد وزعوا
الحلوى ابتهاجاً في ذلك العرس الدموي.

## ليست هذه صورة من نسيج الخيال :

ولاهي فصل من فصول الاساطير، أو الادب الملحمي، أو السير
الشعبية، بل هو حدث سجلته عدسات الفضائيات العالمية، وهو جزء
من سياق طويل، بدأ بقتل محمد الدرة، وصولاً الى هيجان الوحوش
الضارية من قطعان المستوطنين ضد البشر والبيوت والاشجار
الفلسطينية في مواصي خانيونس، حتى ليكبر السؤال، لماذا يقف
باراك صامتاً، وهل المستوطنون الاسرائيليون مجرد مجموعات من
الانتهازيين، الذين يعرفون موقعهم في حملات الانتخابات
الاسرائيلية فيستغلون الفرص الى أقصى مدى، أم أنهم مجموعات
من المغامرين الاغبياء الذين على استعداد لأن يحرقوا أنفسهم
وغيرهم في آن واحد، حيث لاتستطيع اسرائيل كدولة مهما تمادت
في أوهام القوة، أن تحمي هؤلاء المستوطنين من ردود الافعال على
جرائمهم البشعة التي تفوق الحد، فهؤلاء المستوطنون لايزرعون
الورد ولايزرعون البصل في مستوطناتهم بل يزرعون الحقد
والكراهية السوداء.

P 1: 1020

الـــشـــرطــة

فيها، وفي مواجهات الشهور الاخيرة، وبرغم أن السلطة الوطنية الفلسطينية قد تحلت بأكبر قدر من ضبط النفس، والسيطرة، والسلوك المدروس، الا أن هذه المستوطنات قد ثبت انها البطن الرخو وانها نقطة الضعف، فكيف بالمستقبل ولماذا يقبل هؤلاء المستوطنون ان يقوموا بدور بؤر الشر، ونقاط الاستفزاز، وسياج الحرائق، لماذا يقبلون أن يكونوا هم الجسد الذي تعبث به الايدي في ألعابها السياسية مثلما يتبارى الان باراك وشارون، مع أن الاكثر جعجمة شارون نفسه هو الذي هدم مستوطنة "ياميت" حيث جاء الاوان، والجيش الاسرائيلي مهما أغرق في أوهام القوة، لن يظل رهينة في ايدي المغامرين من سكان هذه المستوطنات، يحميهم على مدار اليوم والساعة والدقيقة خاصة وأنهم أثقلوا أنفسهم بمزيد من الممارسات البشعة التي لن يغفرها أحد لهم، مثل الجريمة التي بدأنا بالحديث عنها في هذه المقالة، ومهاجمة القرى الفلسطينية في أنحاء الضفة والقطاع، وقلع الاشجار، وتخريب المزروعات، واحراق المتلكات، وصيد الأطفال بينادق القنص، وتحطيم السيارات وقتل من فيها والاعتداء عليهم، صور بشعة لقطعان من المستوطنين يتصرفون كأنهم وحوش في غابة .. كأنهم في أزمنة الحقد والانفلات، كأنهم ضد الحياة بل أعداء الحياة.

### لاعذر لهؤلاء المستوطنين ...

لأنه لا أحد منهم يصدق الخزعبلات التي يرددونها، ولأحد منهم يؤمن بشيء سوى عريدة القوة، وجنون الجشع وكراهية السلام، وكل واحد منهم يعرف أنه مغتصب لما ليس له، ومحتل لأرض الفلسطينيين، وأنه مزروع كلغم لكي ينفجر في أي لحظة، وليس كوجود حضاري مشروع، واذا كان الجنرالات في اسرائيل اليوم يستخدمون المستوطنات كسواتر سياسية يحتمون بها، فإن من يقبل على نفسه لعب هذا الدور، فإن عليه أن يتحمل العواقب، ويلاشك، فإن المستوطنات الاسرائيلية في أرضنا هي اليوم رمز للشر والجريمة.

* * * * * * *

P 1: 1021

## الشـــرطة



# الإشاعة وآثارها
# المدمرة

بقلم المفوض السياسي/
## عبد الخالق الفرا

في الوقت الذي يتفنن فيه جيش الاحتلال الاسرائيلي في ترويع وقتل شعبنا الأعزل وتدمير اقتصاده وفرض الحصار والتجويع عليه يتسلل نفر من المشبوهين والمارقين والخارجين عن الصف الفلسطيني ممن وهبوا أنفسهم لخدمة أعداء الوطن والأمة، إنهم المأجورون المرتبطون بجسم الاحتلال المجندون لخدمة أهدافه ينفثون سمومهم لتسميم مجتمعنا والايقاع به للنيل من صموده ووحدته ونضاله وخلق أرباكات في صفوفه لتصديع بنيانه وتمزيق نسيجه بما ينثرون من أكاذيب وأقاويل واشاعات لا أساس لها من الصحة وبيانات محشوة بالكذب والافتراء والادعاء والقذف بغير وجه.

حق والرجم بالباطل مستهدفين بعض الرموز للنيل منهم والطعن في سيرتهم واشاعة الأقاويل حولهم زوراً وبهتاناً لزعزعة الثقة بهم لأغراض دنيئة رخيصة ارضاءً لأسيادهم ليحولوا دون استكمال رسالتهم وأداء واجبهم واحداث الريبة في نزاهتهم ودورهم الطليعي في البناء والتشييد.

إن الشرطة التي تسهر على سلامة المواطن وحماية الوطن والدفاع عن حياته واشاعة الأمن والأمان في ربوعه وبسط سيادة القانون وانفاذه وتحرص على المصلحة العامة وأقرار النظام العام بما يتفق والقانون لمدركة مخاطر الاشاعة وأثارها المدمرة التي يتحمل شعبنا تبعاتها وهي تدخل في نطاق الحرب النفسية التي يغذيها الاحتلال للنيل من شعبنا وصموده الأسطوري المشرف اذا عليها التحقق من أي معلومة تصل الى مسامعها ومعرفة مصدرها وابلاغ المسؤولين بها لدحضها وفضح أصحابها وملاحقتهم بموجب القانون والضرب على أيديهم لحماية المجتمع وتحصينه من أضرارها وعواقبها الغير محمودة.

والشرطة ضباطاً كانوا أو أفراداً ومن موقع مسؤولياتهم لا يمكن أن يشاركوا في عمل مشين هدام وذلك بترديد ما يسمعون من شائعات دون فهم ووعي وادراك أو دون تحميصها لمعرفة كنهها وأهدافها وان كان من حق الشرطي أن يستقي المعلومات

الصحيحة من مصادرها لأنها تكريس هدم في غياب الوعي والمسؤولية والثقة إن شعبنا الذي يتطلع الى الشرطة الإكبار والتقدير والاحترام والثقة يريد التعاون الصريح في مختلف مجالات الحياة للنهوض بالوطن وصيانة حرية المواطن وكرامته وتحقيق أمنه وأمانه وحماية عبث العابثين من المارقين على الغد والمندسين في صفوفه والمجرورين عليه وبهتاناً ويلحقون به الأذى هم الذين بكل قوة في قطع دابرهم متى عرفوا يتمادوا في غيهم وليكونوا عبرة لغيرهم فعلى ضباط الشرطة والأفراد أن يتحلوا باليقظة والحذر ويتحروا الصدق فيما نقلوا وأن يتبينوا الحقيقة في كل ما يسمعون ويتحدثون وألا يسمحوا لأنفسهم ومن بيده المسؤولية إصدار أحكام عارية عن الصحة لئلا يقعوا في المحظور وليفوتوا الفرصة على أعداء الوطن فالشرطي معني بأنه ملتزم به في أقواله وأفعاله اذ الصدق يهدي الى البر والبر يهدي الى الجنة والكذب يهدي الى الفجور والفجور يهدي الى النار.

قال الله تعالى :

" يا أيها الذين آمنوا إذا جاءكم فاسق بنبأ فتبينوا أن تصيبوا قوماً بجهالة فتصبحوا على ما فعلتم نادمين".

(الآية ٦ من سورة الحجرات) .

* * * * * * * *

P 1: 1022