# EXHIBIT A.177

PLAINTIFF'S
EXHIBIT
177
tabbies

**[Al Shuhada', Vol. 51, Cover and Contents]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00265 T
SHATSKY - 006954
P 1: 1023

**Al Shuhada'** *[The Martyrs]*

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

*[Photographic image of a banner positioned, on a post,
atop a pile of what appears to be the rubble
of destroyed building structures]*

Returning, Albeit After a [Long] Period

Fifty-Five Years of the Nakba *[Israel's achievement of
statehood in 1948, known as "the calamity"]*

Gilmore 00265 T
SHATSKY - 006954
P 1: 1023

Gilmore 00266 T
SHATSKY - 006955
P 1: 1024

# Al Shuhada' *[The Martyrs]*

Monthly bulletin published by Political Guidance for the Border-Region Forces

---

### Editorial Panel

---

### Editor-in-Chief
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-Region Forces**

### Production and Coordination
**Major Ra'id Miqdad**

### Editorial Board
**Lt. Colonel Muhammad Jarada**
**Captain Muhammad Abu Hajras**
**First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

---

- Spreading greetings of peace

-       The Messenger of God, may God bless him and grant him peace, said, "You will not enter Paradise until you believe, and you will not believe until you love one another. May I not guide you to something that, if you do it, [will enable you] to love one another?  [That would be for] you [to] spread greetings of peace among yourselves."

-       There are three things, which, when gathered together by someone, comprise faith:  Fair treatment of yourself, dispensing peace to the world, and defraying the costs of [those living] in poverty.

-       From 'Abdallah Bin 'Umar, with whom God was pleased:  "A man asked the Prophet, may God bless him and grant him peace, 'What [aspect] of Islam is best?'  He *[the Prophet]* replied, 'Feed [people], and recite a greeting of peace to those whom you know, and those whom you do not know."

How to return the greeting of a nonbeliever who offers a greeting of peace:

-       "If [someone from] the People of the Book *[a Christian, Jew, Sabian, or Magian]* offers you a greeting of peace, then say [to him]: "And [peace be] upon you[, as well]."

---

**The Sweetest Words**

1- Don't be deceived by an easy ascent if the way down is rugged.

2 – The high-minded person yields when he is entreated, but the lowly person is merciless [even] when he is approached politely.

3 - A devout person without religious insight is like the mill donkey who goes in circles and doesn't get anywhere.

4 – Politeness in [times of] need is the most advantageous of means.

5 – God does not strike worshippers with any whip more tangible than poverty.

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00267 T
SHATSKY - 006956
P 1: 1025

| Study |
|-------|

## The Jewish Peril
### Protocols of the Learned Elders of Zion
#### [(I continuation of [materials] published in prior Volume )]

[Graphic of a Star of David with an octopus-like creature draped over it]

**-- Intellectuals' position on Zionism's war:**

As for this war between us and the Jewish people, the peril about which I am warning people:  I am in [the midst of] it.  As the pre-Islamic leader Al-Harith Ibn 'Ibada stated:

"I was not one of its perpetrators, God knows, but today, I am burning in its heat."  And as for the importance this has for me, this is an earnest concern that humanity's sanctity and values may be debased, regardless of the motive, means, or objective of this debasement, for the whole world is indeed a community of cursedness and lowliness when its people have colluded in the debasement of a single human's dignity, or in cruelty towards a single animal.  How can a people of goodness and virtue not become angered when a band of human beings, be they few or many, has colluded, as the Jews are colluding, to debase other communities, and to monopolize them and completely nullify their existence and lives?  There can be no motive but arrogance and selfishness that dictates to the Jews that they deem themselves to be God's chosen people, with other communities being at their disposal and having no value to them *[the Jews]* except to the extent of the  most ruthless types of uses to which the Jews may put [them *[other communities]*].

God knows that I wage Holy War against the Jewish peril only out of human solicitude, rather than waging Holy War against it out of nationalistic or religious zeal, and there is no personal grievance between me and this people *[the Jews]*, for I know of no one of them who has done me

Gilmore 00268 T
SHATSKY - 006957
P 1: 1026

any particular harm.  Rather, I see myself as owing somewhat of a debt of gratitude to those of their people whose lessons I have learned, and whose writings I have read.  I also regard [other] communities as being indebted to them *[Jews]* for some of what they *[Jews]* know and have taught.  Though I used to think that their *[Jews']* wealth lay in what could be derived from these [known and taught things] in the realm of culture, *[illegible word]* that they have contributed, greater yet would be what might be derived from these [known and taught things] in the realm of civilization; and [yet] they *[Jews]* have [actually] contributed absolutely nothing of either great or slight significance, for the Jewish people, since it manifested, has been a parasite upon those communities surrounding it, in all its aspects of cultural and civilized activity, just as it has been a parasite upon them *[those communities]* in acquiring sustenance and protection [from them].

My cry, here, regarding the Jewish peril, is not merely a war cry timed to coincide with the conflict ongoing between us and them *[the Jews]* today; and it is not merely the cry of one who has been wronged by the murder of a relative, but to whom blood revenge was denied in a previous conflict the vestiges of which are the conflict of today.  Insofar as I can reckon, my cry about this is a human cry about a perennial peril from which there shall be neither peace nor respite, for the world, unless this people *[the Jews]* changes the effects,  within its soul, of its savage teachings, which its aggressive and vicious stances towards other communities, throughout its long history, demonstrate.  This is a history that has wept and caused weeping for what it has committed against itself *[the Jewish people]*, including its own soul, in terms of its hatred for [other] communities and its effort to destroy them, in keeping with the spirit of its Satanic teachings and its infamous texts.

We can sum up what is [felt] in the soul of this [Jewish] people towards other communities as an objectification of these [other communities], as if these communities were inanimate objects that have no feelings, will, comprehension, or the least measure of dignity or rights.  This objectifying view or philosophy nullifies the sanctity of humanity, and even the sanctity of life and of animal nature, and this is lower than our view towards animals, because our view towards them *[animals]* is ethical, and we always feel compassion for them, and, for the most part, we obligate

Gilmore 00268 T
SHATSKY - 006957
P 1: 1026
(continued)

ourselves to treat them with reverence.  This compels us to acknowledge, in them *[the animals]*,

the sanctity of life, even if [the living being] is a wild animal or

---

Gilmore 00269 T
SHATSKY - 006958
P 1: 1027

predator.   We do not harm them *[animals]* unless necessary, and we are not cruel to them when *[illegible word or words]* constraints *[or 'distresses,' depending on meaning of illegible word(s)]*, so that we may avoid sinning, and be fretful about the remorse [described] in the verses of devoutness *[illegible word or words]* "We purify [our] souls."

Our view towards socialized domesticated animals whom *[illegible word or words]* we have tamed, who have our *[illegible word]*, and with whom we exchange feelings and understanding,  is a view *[illegible word or words]* from that, for it exceeds, in us, an inclination towards love, and it surpasses *[illegible word or words]* to the zenith of feelings of close spiritual and living ties between us and them, as though *[illegible word or words]* affinity of souls, or kinship of flesh and blood.

This or that view of ours towards [both] socialized and wild animals *[illegible word or words]*, and is more humane than Jews' view toward [other] communities, and we should not call *[illegible word or words]* as their objectifying view, even if our [own] view towards socialized and wild animals does not reach [the level of the] soul-transmigrationists' or Brahmanists' sanctification or worship [of animals].   [Our view] may not be Sufist, as is the view of one of the saints who would talk to a bird and call him "my brother," feeling for him with the depth of his understanding, the breadth of his spirit, and the purity of his essential nature, with alive and far-reaching ties of kinship between him and the bird;

But our view towards many inanimate objects is more generous and more reverential than this objectifying Jewish view towards us, for a sense of the values of beauty, goodness, and truth are promoted within us through religion, art, worship, intimacy, or necessity; or through other pathways of life to which God guides us.  At times, we have [even] come to regard many inanimate objects around us as if they were part of our lives, and we accord them the respect and dignity that we accord living animals, or even people, friends, and relatives, even if we are not believers in incarnation or the unity of existence. Whatever be the impetus, in us,

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (51) – 5th *Year* – May 2003                                                        [P.] 21

Gilmore 00270 T
SHATSKY – 006959
P 1: 1028

towards this humane view, which is deeply fixed in the depths of our natures, with [its] roots riveted to the roots of the life within us, it *[this view]* is not how the Jews regard us, [with their] objectifying view that values only the immediate crude material benefits [to be gotten] by those, alone, to whom they inure, to the exclusion of other humane and lofty benefits and gratifications of empathy, intellect, good taste, and morals that [could] flow back those to whom [such] benefits [would] inure [directly], as well as to other humans and the general public of sentient beings.

Hence, I have described this Jewish view, or philosophy, as being objectifying, and this [is intended] in the broadest terms, and to the greatest extent that I know to be [possible], despite the inadequacy of this *[my]* description. But a [good] explanation of this term would be one that renders it faithfully, just as any term [must] equate to what it signifies. Indeed, is the Jewish view of us not lower than *our* humane view of the inanimate objects around us, as we have clarified previously? For we do not view these *[inanimate objects]* as though they were our enemies, and as if it were therefore our duty to destroy them; [nor] do we believe that de-valuing them is an act pleasing to God. In addition, the Jews view us through eyes of hatred, and they believe, through what their Lord Jehovah commands them, that they should inflict upon us elements of decay and annihilation for the sake of his *[God's]* pleasure, in hopes of being rewarded by him *[God]*, and with a wariness of his *[God's]* wrath in the event they fail to destroy us, for if they do not do this *[destroy us]*, they shall be sinners who, according to both him *[God]* and them[selves], shall deserve the most loathsome kinds of retribution and exemplary punishment.

If it is not this, then any emotional, intellectual, aesthetic, moral, or even expedient and crude economic justification, apart from this crazed hatred, [may be at play, here], though in the most ancient barbaric laws, the mentally sane individual is [in fact] permitted to commence, [either] weakly or strongly, and [either] individually or in a group, with hatred, and then [move on] to assassination. Even if he conquers a country, it is not enough for him to control it; rather,

Gilmore 00270 T
SHATSKY - 006959
P 1: 1028
(continued)

he kills its combatants, whether they be defenders or attackers.   Then, he exterminates all its women, children, and elders, and then all its sheep, donkeys, and the rest of

Gilmore 00271 T
SHATSKY - 006960
P 1: 1029

its animals, and then, when he has attained the level of atrocity and exemplary punishment, he burns down its *[the country's]* buildings, which become rubble and ruins.

This is what Jewish teachings convey, what their *[Jews']* Torah (the recording of which they *[Jews]* attribute to Moses, [who received it] as a revelation from Jehovah, their Lord of Armies) says, and what the rest of their holy books clarify. They *[Jews]* give allegiance only to these teachings, and they implement only these in their treatment of other communities; and under the inspiration of these teachings, hatreds of [other] communities have taken root in their souls. The strife-[mongering], malice, and foul cunning in the treatment of others and of one another, for which they *[Jews]* have become notorious, were derived from these [teachings], and their history is a chain of conspiracies, seditions, and bloody wars among themselves, and between them and other communities. Their wars, especially the foreign ones, are wars of annihilation, consistent with what they did with the other tribes with whom they had close contact in Palestine when they entered it in ancient times; and consistent with what they did to many of the villages and cities when they stormed Palestine, years ago, and then ousted, from its *[Palestine's]* *[illegible word]* that their little state of Israel occupied, its indigenous Arab inhabitants, out of an inability to exterminate them *[Arab inhabitants]*, on the one hand, and in order to shake up the Arab nations by driving them *[displaced Palestinians]* to them, on the other hand.

### The Jewish Peril
**Protocols of the Learned Elders of Zion**

[Large graphic of a
Star of David with an
octopus-like creature
draped over it]

**[Al Shuhada', Vol. 51, pp. 24-28]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

The translated word "peg," appearing in the early portion of the translation of the first full paragraph of p. 28 of the source text, was arrived at through the tracing of a footnote reference (reported as "1" in the source text) for which no actual footnote content was provided in the source text. The footnote in the source text follows the word "wad," which means love/affection, and, if tracked in historical materials, matches the placement of a footnote in the Al Bukhari rendering of the anecdote translated here, which also followed the word "wad." The Al Bukhari footnote content conveys that the intended term was "watad," (peg), and not "wad" (love/affection).

Gilmore 00272 T
SHATSKY - 006961
P 1: 1030

> **Islamic Gifts**

## Islam's Position on the Jews

{"Indeed you have, in the Messenger of God, an excellent example for those whose hope is in God and the Final Day, and who invoke God often." *[Qur'an Sura Al Ahzab, Verse 21]*}

*[(continuation of [material] published in prior volume)]*

**The Raid Against the [Jewish] Banu Qurayza:**

The Raid of Al Ahzab *[also known as the Battle of the Trench or the Battle of 'Confederates]* ended, in [the month of] Shawwal, in 5 A.H., by God's favor and grace, in a devastating defeat inflicted upon the confederates *[non-Muslim Arab and Jewish tribes who had besieged Medina]*. These [confederates] were: The Quraysh and the Kanana, led by Abu Sufyan, the tribes of Ghatfan, led by 'Uyayna Bin Hassan, the Banu Murra, led by Al-Harith Bin 'Awf, the Banu Ashja', led by Mis'ar Bin Rukhayla, and numerous members of the Banu Asad, the Banu Salim, and other [tribes]. The Noble Qur'an has depicted for us, in Sura Al Ahzab, this formidable assault by the infidel confederates and tribes, and God said *[in the Qur'an]*: "Oh you who believe, remember God's grace upon you when armies came and we sent [against] them a wind and armies whom you could not see. God is acutely aware of [all] that you are doing.

Gilmore 00272 T
SHATSKY - 006961
P 1: 1030
(continued)

[Remember] when they came at you from above and below you, when eyes flitted, and hearts reached throats, and you were having *[various doubtful]* thoughts about God." [Sura] Al Ahzab ([Verses] 9-10).

Despite these forces advancing from various directions, and, beyond that, the cunning of the Banu Qurayza and their breach of pacts and covenants, God deprived them of the opportunity, and reflected their stratagem back on to them, as he *[God]* stated in his book: "God repelled those who, in their fury, disbelieved and achieved nothing good.  God sufficed for the lethal believers, as God is strong and powerful." [Qur'an Sura] Al Ahzab ([Verse] 25).

The Jews had played a great role in gathering the confederates, and [in orchestrating] their incitement against the Muslims.  Twenty leaders of the Jewish Banu Al Nadhir went out to the Quraysh, the Ghatfan, the Banu Murra, and other tribes who were still infidels, urging them to raid the Muslims in Medina, and promising to provide them with all [manner of] assistance and support, in this.

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (51) – 5th Year – May 2003                                        [P.] 24

Gilmore 00273 T
SHATSKY - 006962
P 1: 1031

Huyay Bin Akhtab, leader of the Banu Al Nadhir, set out to [see] Ka'b Bin Asad, chief of the Banu Qurayza, but he *[Ka'b Bin Asad]* locked his gate to exclude him *[Huyay Bin Akhtab]*, and he *[Ka'b Bin Asad]* continued to keep him *[Huyay Bin Akhtab]* out until he *[Ka'b Bin Asad]* [finally] allowed him *[Huyay Bin Akhtab]* to enter his fortress. Huyay [then] said to Ka'b: "I have come to you, Ka'b, at an auspicious time, and in an overflowing sea. I have brought you the Quraysh and its leaders and chiefs, and I have brought you the Ghatfan and its leaders and chiefs, and numerous [other] tribes behind them, who have committed and pledged to me that they shall not budge until you extirpate Muhammad and those who are with him." Ka'b [then] said to him, "You have come to me at an ignominious time, and woe unto you, Huyay, who has called upon me, for I am not [interested] in this. I regard Muhammad only with sincerity and in good faith." Huyay continued to discuss [this] with him, ensnare him, and debate with him, until Ka'b heard him out. After Huyay Bin Ahktab bound him *[Ka'b]* to allow him to enter his *[Ka'b's]* fortress with him, what came over Ka'b [also] came over him. K'ab Bin Asad revoked his pledge *[of fealty to the Muslims]*, was freed of what had been between him and the Muslims, and, with the polytheists, entered the warfare against the Muslims.

News [of this] ultimately reached the Messenger of God, and he wished to verify the information and seek to clarify the situation, and so he organized a delegation of [his] followers, including Sa'd Bin Mu'adh, Sa'd Bin 'Ubada, and 'Abdallah Bin Rawaha, and said, "Set out until you can observe whether what has reached us regarding these people is true or not, and if it is true, recite to me a saying that I can recognize, but do not discourage the people. If they *[the people]* are loyal *[to Islam]*, then openly declare this *[the betrayal by Ka'b and his affiliates]* to the people."

When they *[the delegation]* got close to them *[Ka'b's affiliates]*, they found them to be as malicious as can be, and they *[Ka'b's affiliates]* proclaimed insult[s] and hostility to them *[the delegation]*. They said: "Who is the Messenger of God?! There is neither pact nor covenant between us and Muhammad."

So they *[the delegation]* left them *[Ka'b's affiliates]*, and when they reached the Messenger of God, they recited to him, saying, "'Adal and Qarah," i.e., [conveying] that they

Gilmore 00273 T
SHATSKY - 006962
P 1: 1031
(continued)

*[Ka'b's affiliates]* were as treacherous as the [Banu] 'Adl and [Banu] Qarah [had been] with the [Prophet's] companions at Al Raji' *[where the 'Adl and Qarah had massacred companions of the Prophet]*.

In this way, the Messenger of God, may God bless him and grant him peace, verified the treachery of the Banu Qurayza, and their revocation of the pact [with Muhammad]; and the Muslims found themselves between two conflagrations: that of the confederates from the outside, and that of the Banu Qurayza from within. {"There the believers were tested, and they were rattled by a severe shaking."} [Qur'an Sura] Al Ahzab ([Verse] 11)

**Gabriel, may peace be upon him, incites the raid against the Banu Qurayza:**

The confederates fled, turning their backs, escaping and yielding to the depths of failure and defeat. The Messenger of God, may God bless him and grant him peace, lay down his weapon, and proceeded to wash up from the dust of battle. Suddenly, Gabriel, may peace be upon him, came to him, saying, "Have you, then, laid down the weapon?

Gilmore 00274 T
SHATSKY - 006963
P 1: 1032

But the angels have not laid down their weapons, and I have only just come back from summoning the people; and so get up and go, with those who are with you, to the Banu Qurayza, for I shall be traveling ahead of you, and shall shake them in their fortresses, and shall strike fear in their hearts." The Messenger of God, may God bless him and grant him peace, then ordered a muezzin to call to the people, "Whoever is hearing this and is obedient should not pray the afternoon prayer until he has reached the Banu Qurayza."

Accordingly, the Muslims responded to the call of the Messenger, may God bless him and grant him peace, and the Islamic army started moving, with its strength [at the level of] three thousand men. They imposed a siege on the Banu Qurayza, and they intensified this [siege] against them until the Banu Qurayza gave up all hope of salvation. Their chief, Ka'b Bin Asad, assembled them, and presented them with three options:

First: To surrender and enter into Muhammad's religion, and believe [in Islam], with their blood and their wealth. He said to them, "By God, it has been made clear to you that he is indeed a sent prophet, and that he is the one whom you find [referenced] in your [holy] book."

Second: To kill their own children and women, and then go out to the Muslims with their swords, and do battle with them until either they *[the Banu Qurayza]* defeat them *[the Muslims]*, or are [themselves] killed at others[' hands].

Third: To attack the Messenger of God on the [Jewish] Sabbath, when Muslims are not expecting their *[the Banu Qurayza's]* attack, due to the [day's] sacredness to them *[the Jewish Banu Qurayza]*. They *[the Banu Qurayza]* refused[, however,] to heed him *[Ka'b Bin Asad]*, and so they surrendered to the Messenger of God, may God bless him and grant him peace, and yielded to his authority.

The Messenger of God, may God bless him and grant him peace, ordered the arrest of the [Banu Qurayza] men, and shackles were placed on their hands. [Their] women and children were separated from them, [and moved] to another quarter.

The [Muslim] 'Aws [tribe] said to the Messenger of God, may God bless him and grant him peace, "You have done with the Banu Qaynuqa' what you know, though they are allies of

Gilmore 00274 T
SHATSKY - 006963
P 1: 1032
(continued)

our brothers the Khazraj. These [Qurayza] are [also] our associates, and so do well by them."
[The Prophet Muhammad,] may be peace be upon him[, then] said, "Would you be satisfied if a
man from among you passes judgment on them?" [And] they responded, "Of course!" He
*[Muhammad]* [then] said, "[Then] that [shall] be Sa'd Bin Mu'adh." [And] they replied, "[Now]
we are satisfied."

**Sa'd's Ruling:**

The Prophet, may God bless him and grant him peace, sent word to Sa'd Bin Mu'adh,
who was in Medina, not having gone out [to do battle] with them *[the Muslim army]* due to an
injury that had been inflicted on his medial arm vein at the Battle of Al Ahzab. He *[Sa'd Bin
Mu'adh]* [then] rode a donkey, and traveled with them *[fellow Muslim warriors]* to the
Messenger of God, may God bless him and grant him peace, until he got [there], and the
Messenger of God, may God bless him and grant him peace, said to the [Muslim] companions,
"Go to your chief *[Sa'd Bin Mu'adh]*."

Gilmore 00275 T
SHATSKY - 006964
P 1: 1033

The [Banu] 'Aws [then] encircled him *[Sa'd Bin Mu'adh]*, saying "Oh, Sa'd, act decently with your associates, and do well by them." Sa'd was silent, not reacting to them with words. When they pressed him, he said, "Perhaps the criticism of a blamer should not take Sa'd [away] from God['s will]."

When [news of] this reached the Messenger of God, may God bless him and grant him peace," he said to him, "Sa'd, these people *[the Banu Qurayza]* have yielded to your judgment." He *[Sa'd]* replied, "And is my judgment enforceable against them?" They *[his tribesmen]* [then] said, "Yes," and he asked, "And [is it enforceable] according to the Muslims?" and they *[his tribesmen]* replied "Yes," and he asked, "And [also] according to those who are right here?" And he looked away, pointed in the direction of the Messenger of God, may God bless him and grant him peace, exalting and glorifying him, and said, "All right by me[, then]." He [then] said, "Then I rule that the *[Qurayza]* men shall be killed, the children shall be taken as prisoners, and the wealth shall be parceled out." The Messenger of God [then] said, "You have indeed disposed of them by the judgment of God from above the seven heavens."

God's judgment upon them *[the Banu Qurayza]* was executed, and between 600 and 700 *[Qurayza]* men were killed and beheaded. The war-criminal leader of the Banu Nadhir, Huyay Bin Akhtab, as the fomenter of sedition and the one who incited Al Ahzab to war, was among those killed.

Only one Banu Qurayza woman, who had thrown a hand mill at Khalad Bin Suwayd and killed him, was killed, and she was killed for reason of that [act].

**Liquidation of Another War Criminal:**

### The Killing of Abu Rafi' Salam Bin Abu Al-Huqayq

The 'Aws had won the honor of liquidating Ka'b Bin Al-Ashraf, the arrogant tyrant of the Banu Al Nadhir, and so it was the Khazraj's prerogative to seek permission from the Messenger of God, may God bless him and grant him peace, to have the honor of liquidating the latest war criminal, Abu Rafi' Salam Bin Abu Al-Huqayq, in retribution for his role in rallying the confederates, and provoking them against the Messenger and the Muslims. And so he *[Muhammad]* granted them permission to do this after he *[Muhammad]* achieved victory over Huyay Bin Akhtab, the first provocateur of the Raid of Al Ahzab. A detachment of the Khazraj,

Gilmore 00275 T
SHATSKY - 006964
P 1: 1033
(continued)

led by 'Abdallah Bin 'Utayk, departed towards him *[Abu Rafi' Bin Abu Al-Huqayq],* and they headed towards Khaybar, where Abu Rafi''s fortress was [located].  The author of <u>The Sealed Nectar</u> *[a biography of the Prophet Muhammad]* recounts to us that "'Abdallah Bin 'Utayk said to his companions 'Stay in your place, for I am setting out and shall cajole the gatekeeper to allow me to enter.'"  He then proceeded until he was close to the gate, and then shielded his face with his clothing,

Gilmore 00276 T
SHATSKY - 006965
P 1: 1034

as if here were relieving himself. The people [of the fortress then] entered, and the gatekeeper called to him, "'Servant of God, if you want to enter, enter, for I want to lock the gate."

'Abdallah Bin 'Utayk said, "And so I entered and I hid, and when the people [of the fortress] entered, he *[the gatekeeper]* closed the gate and hung the keys on a peg." He [then] said, "I got up for the keys, and took them, and I opened the gate. Abu Rafi' was engaged in evening conversation nearby me, in one of his rooms. When those who had been conversing with him left, I ascended to where he was, and each time I opened a door, I then locked it from the inside. I [then] said [to myself], '[This way,] if the people are warned of me [being present], they will be unable to catch me until I have killed him.' So I ultimately reached him. He *[Al-Huqayq]* was in a dark house, in the midst of his family members, and I did not know where, in the house, he was. So I cried, 'Abu Rafi', and he said, 'Who is that?' And I proceeded in the direction of [his] voice, and struck him by sword, but as I was confused, this *[the strike]* was to no avail. He cried out, and I left the house. I then stayed in place, for not too long, and then entered again, and said, 'What is this voice, Abu Rafi'?' And he replied, 'Woe to your mother, there is a man in the house who earlier struck me with a sword.' He *[Bin 'Utayk]* then said, 'I gave him a sound thrashing, but I did not kill him. I then placed the sword point into his belly until it nearly reached his back, and I knew that I had killed him, and so I got the doors open, one by one, until I ended up at its *[the house's]* staircase. I put my leg down, and I could see that I had reached ground, and found myself in a moonlit night. My leg had been broken, and so I wrapped it with a turban, and then set out, until I could sit at the gate. I then said, 'I cannot leave tonight until I know that I have killed him.' And when the rooster crowed, the crier of death announcements called out [from] atop the [fortress] wall, saying 'I announce the death of Abu Rafi', merchant of the Hijaz.' I then set out to [meet with] my companions, and told [them], 'We must save ourselves, for God has killed Abu Rafi'.' I ultimately reached the Prophet, may God bless him and grant him peace, and recounted [this] to him. He [then] said, 'Extend your leg.' I extended my leg, and he stroked it with his hand; and it was as if I had had no cause for complaint."

Gilmore 00276 T
SHATSKY - 006965
P 1: 1034
(continued)

*[Following the text of the article, there appears an ornamental calligraphic rendering of
"In the name of God, the Merciful and the Compassionate," followed by:]*

"Indeed you will find  the Jews and polytheists to be the most
hostile to those who believe *[Muslims]*; and indeed you will find those who say "we are
Christians" to be the friendliest towards those who believe.  This is because
there are priests and ascetics among them *[Christians]*, and they are not arrogant."
[Sura] Al Ma'ida ([Verse] 82)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief.   The document is designated as P 1: 1023-1034.

2.    I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 1023-1034.

Dated: March 7, 2014

LUCILLE KAPLAN



P 1: 1023





(٢١)

**دراسة**

# الخطر اليهودي

## بروتوكولات حكماء صهيون

تابع ما نشر في العدد السابق

**— موقف المفكرين في حرب الصهيونية :**

أما هذه الملحمة بيننا وبين الشعب اليهودي الذي أحمد

خطره وأحذر الناس إياه فأنا كما قال للحارث ابن عباد

الزعيم الجاهلي :

« لم أكن من جناتها علم الله وإني بحرها اليوم صالي »

وأما مكاني منها فهـــو مكان الغيور على الانســـان

يستهان بحرماتها وقيمها مهما يكن الباعث أو الوسيلة أوالغايا

من هذه الاستهانة ، فإن العالم كله لأهل للعنة والهوان إذا تواطأ

أهله على الاستهانة بكرامة إنسان واحد أو القسوة على جار

واحد ، فكيف لا يغضب أهل الخير والمروءة حين تواطأ شذاذ

من البشر قلت أو كثرت كما يتواطأ اليهود على الاهانة سائر

الأمم واحتقارها وإهدار كياتها وحياتها جملة . لا باعث الا

الكبرياء والأثرة التي تسلى لليهود أن يعتقدوا أنهم شعب الله

المختار « وأن سائر الأمم متاع لهم لا قيمة له الا بقدر ما يجد

اليهود أغلظ أنواع المنفعة » .

. والله يعلم أني لا أجاهـد الخطر اليهـودي الا عن غيرة

انسانية قبل أن أجاهده عن غيرة قومية أو غيرة دينية ، وليس

بيني وبين هذا الشعب ترة شخصية ، فما أعرف أحداً منه ثأرت

P 1: 1025

ى أرى مدينا بحظ من الفضل لمن تلقيت دروسهم
من أبنائه ، كما أرى الأمم مدينة له ببعض ماعلم
أرى أن خذه فيما أخذ منها فى عالم الثقافة
، وأكثر من ذلك ما أخذ منها فى عالم الحضارة
الاجتما لا يؤبه به فى كثير ولا قليل . فقد كان
ظهر عالة على من حوله من الأمم فى كل
الثقافية والحضارية كما كان عالة عليها فى اكتساب

ما بالخطر اليهودى صيحة حرب مؤقته
الصراع القائم بيننا وبينه اليوم ، ولا صيحة
من صراع سابق أثارها صراع اليوم ، بقدر
صيحة انسانية من خطر دائم لا سلام معه ولا
الآن نعى هذا الشعب ما بنفسه من آثار
دلت عليها مواقفه العدائية الشريرة تجاه
تاريخه الطويل ، وانا لتاريخ باك ومبك بما جناه.
من بعضائه الأمم وسعيه فى خرابها وفقا
الشيطانية ونصوصها الفاضحة .

أن نجيل ما بنفس هـذا الشعب تجـاه ســائر
اليها نظرة « شيئية » كأن هذه الأمم أشياء
ولا ارادة ولا فهم ، فليس لها أدنى حظ من
وهذه النظرة أو الفلسفة « الشيئية » تهدر
حرمة الحياة أو الحيوانية ، وهى أحط من
الحيوانات ، لأن نظرنا اليها أخلاقى ، فنحن
نعطف عليها ، ونوجب غالبا على أتقنسنا البر بها ،
على أن نعرف لها حرمة الحياة ولو كانت آبدة أو

P 1: 1026



مفترسة ، فلا نؤذيها بلا ضرورة ، ولا نقسو عليها
الضرورات حتى نتألم ونغتم ، والندم من آيات ..
نطهر النفوس .

وان نظرتنا إلى الحيوانات الاجتماعية الداجنة
النبا لها فصيرنا واياها تتبادل الشعور والفهم ــ بل
من ذلك ، لأنها تجاوز بنا العطف إلى المودة ، ورقت
إلى أفق الشعور بالوشائج النفسية الحية بيننا وبين
صداقة نفوس أو قرابة لحم ودم .

ونظرتنا هذه أو تلك إلى الحيوانات آنسا وأكرم
وأكبر انسانية من نظرة اليهود إلى الأمم ، ولا يبغى ..
كنظرتهم « شيئية » وان لم تبلغ نظرتنا إلى آنس ..
وآبدها أن تكون تناسخية أو برهمية في التقديس أو ..
ولا أن تكون صوفية كنظرة بعض القديسين وهؤلاء
فيدعوه « أخى » اذ يشعر له في عمق بصيرته وسره
وصفاء عنصره بوشائج الرحم الحية البعيدة بينه وبين

بل ان نظرتنا إلى كثير من الجمادات أكرم وأبر من
النظرة الشيئية اليهودية الينا ، فقد ارتقى فينا الاحسا..
الجمال والخير والحق عن طريق الدين أو الفن أو الـ..
العشرة أو الحاجة أو غيرها من طرق الحياة التى يهدينا ..
إليه . فصرنا أحيانا ننظر إلى كثير من الجمادات حولنا كأ..
حياتنا ونعرف لها من الحرمة والكرامة ما نعرف للأحيا..
الحيوانات بل الناس ، بل الأصدقاء والأقرباء ، وان ..
مؤمنين بالحلول ولا بوحدة الوجود ، وأيا كان الذى ..

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد 51 السنة الخامسة ..

21

(٢١)

النظرة الناسوتية    وهى عميقة القرار فى أغوار
وصوله الجذور بجذور الحياة فينا ــ فهى ليست كما
بل الى نظرة شيئية مقدرة بالمنافع المادية الغليظة القريبة
صاحبها وحده دون سائر المنافع والمتع الانسانية
وجدانية وعقلية وذوقية وأخلاقية تعود على صاحبها
ن البشر وعامة الأحياء الشاعرة .

وصفت هذه النظرة أو هذه الفلسفة اليهودية بأنها
وغاية وسع اللغة وغاية علمى بها مع ما فى هذا
ن تصور ، ولكن بيان هذا المصطلح هو الذى يجعله
فى كل مصطلح بدلالته والا فان نظرة اليهود الينا
نظرتها الانسانية الى الأشياء الجامدة حولنا كما
ن قبل ، ونحن لا ننظر اليها كأنها أعداؤنا ، وكأن من
ن تدميرها وترى أن افسادها قربة الى الله ، كمـا
ون الينا بعيون البغضاء ، ويرون فيما أمرهم به ربهم
أن يسلطوا علينا عوامل الفساد والابادة ابتغاء
ضاها فى مشيئته وتوقيا لغضبه اذا قصروا فى تدميرنا .
علوا ذلك فهم الآثمون المستحقون عنده وعندهم لأبشع
التقنة والنكال .

يكن ذلك فأى مسوغ وجدانى أو عقلى أو ذوقى أو
اى مسوغ اقتصادى نفعى غليظ بمعزل عن هذه
الهوية . ولو فى أعرق الشرائع الهمجية ، يسوغ لغير
يبدأ ضعيفا أو قويا من الأفراد أو الفرق بالبغضاء ثم
حتى اذا فتح بلدا لم يكتف بالتسلط عليها بل قتل
ولو كانوا مدافعين لا مهاجمين ، ثم استأصل كل
والرجال وشيوخها ثم جميع غنها وحميرها وسائر

P 1: 1028



حيوانها ، فاذا بلغوا بها غاية التفظيع والنكال أجرموا فتصير أنقاضا ويبابا .

هــكذا تقول التعاليم اليهــودية كما تذكر توراتهم ينسبون الى موسى كتابتها وحيا من ربهم « يهوه » الذى وكما توضح ذلك سائر كتبهم المقدسة ، وهم لا يدينون بهذه التعاليم . ولا ينفذون غيرها فى معاملة سائر الأمم . ونرى هذه التعاليم رسخت فى نفوسهم بغضاء الأمم ، وأورثتهم ما اشتهروا به من الشغب والشكاسة والمكر السئ فى غيرهم وفى معاملة بعضهم بعضا ، فكان تاريخهم سلسلة المؤامرات والفتن والحروب الدموية فيما بين بعضهم وبعض بينهم وبين سائر الأمم ، وكانت حروبهم ولاسيما الخارجية حرب استئصال ، كما فعلوا مع سائر القبائل التى التحموا بها فى فلسطين حين دخلوها قديما ، وكما فعلوا بكثير من القرى والمدن حين اقتحموا فلسطين منذ سنين ، ثم أجلوا عن بلدهم الذى قامت فيه دويلتهم اسرائيل سكانه الأصلاء من العرب عجزا عن استئصالهم من جانب ، وزعزعة الدول العربية بادخال اليها من جانب آخر .

(٩٩)

# صفحات إسلامية

## مــوقـف الإسـلام مـن اليـهـود

﴿لَقَدْ كَانَ لَكُمْ فِي رَسُولِ اللَّهِ أُسْوَةٌ حَسَنَةٌ لِّمَن كَانَ
يَرْجُو اللَّهَ وَالْيَوْمَ الْآخِرَ وَذَكَرَ اللَّهَ كَثِيرًا﴾

**تابع ما نشر في العدد السابق .**

... غزوة الأحزاب :

... وقوع غزوة الأحزاب "شـوال سـنة خمس هـ " بـفضل الله ونعمته
... أربع أصحاب الأحزاب وهم : "قريش وكنانة بقيادة أبي سفيان، وقبـائل
... عيينة بن حصن، وبنو مرة يقودهم الحارث بن عوف، وبنو أشـجع
... وبين دخلة والعديد من بـني أسـد وبـني سـليم وغيرها ".

... القرآن الكريم في سورة الأحزاب هذا الإطباق الهائل من الأحزاب
... الكثرة وفضل تعالى : ﴿ يَا أَيُّهَا الَّذِينَ آمَنُوا اذْكُرُوا نِعْمَةَ اللَّهِ عَلَيْكُمْ
... أَرْسَلْنَا عَلَيْهِمْ رِيحًا وَجُنُودًا لَّمْ تَرَوْهَا وَكَانَ اللَّـهُ بِمَا تَعْمَلُونَ
... مِن فَوْقِكُمْ وَمِنْ أَسْفَلَ مِنكُمْ وَإِذْ زَاغَتِ الْأَبْصَارُ وَبَلَغَتِ الْقُلُوبُ
... بِاللَّهِ الظُّنُونَا﴾ الأحزاب (٩-١٠).

... القوات الزاحفة من مختلف الجهات ، وفوق ذلك مكر بـني
... لليهود والمنافقين ، فقـد فوت الله عليهم الفرصة ورد عليهم
... في كتابـه : ﴿وَرَدَّ اللَّهُ الَّذِينَ كَفَرُوا بِغَيْظِهِمْ لَمْ يَنَالُوا خَيْرًا
... الْقِتَالَ وَكَانَ اللَّهُ قَوِيًّا عَزِيزًا﴾ الأحزاب (٢٥).

... لليهود دور كبير في تجميع الأحزاب وتأليبهم على المسلمين ،
... بني النضير عشـرون من زعمائهم إلى قـريش،
... مر وغيرهم من القبـائل التي ما زالت على الكفر ،
... غزو المسلمين في المدينة ويعدونهم بتقـديم كل عون،

24

P 1: 1030

(٥٣)

فانطلق حيي بن أخطب زعيم بـني النضير إلى كعب
بني قريظة ، فأغلق دونه بابه ، وما زال به حتى أدخله حصنه :
لقــد جئتك يا كعب بــعز الدهر ، وبحــر ملتطم
قــادتها وسـادتها ، وجئتك بـغطفان قـادتها
وراءهم العديد من القبــائل ، وقــد عاهدوني وعاهدوا
أن لا يبرحــوا حــتى تستـأصل محـمداً ومن معه :
جئتني بـذل الدهر ، ويحــك يا حيي نعم
فإني لم أر من محـمد إلا صدقـاً ووفاءاً ،فلم يزل خـيي بحيي
ويجادله حتى سمع له كعب ، وبعد أن تعهد له حيي بـن أخطب أن
حصنه فيصيبـه ما يصيب كعب ، فنقض كعب بـن أسـد عهده الذي
كان بينه وبين المسلمين ودخل مع المشـركين في المحاربـة ضد المسلمين.

انتهى الخبر إلى رسول الله ، فأراد أن يتحقق من الخبر وصحته
، فبعث وفداً من الأنصار بينهم سعد بن معاذ وسعد بن عبادة وعبد الله
وقــال : انطلقـوا حـتى تنظروا أحـق ما بـلغنا عن هؤلاء القـوم
فإن كان حقاً فألحنوا الي لحنا أعرفه ، ولا تفتوا في أعضاد الناس ،وإن
الوفاء ، فاجهروا به للناس .

فلما دنوا منهم ، وجدوهم على أخبث ما يكون ، فقد جاهروهم بانتقاضها
وقالوا : من رسول الله !؟ لا عهد بيننا وبين محمد ولا عقد .

فانصرفوا عنهم فلما أقبلوا على رسول الله ، لحنوا له ، فقالوا :
وقارة ، أي أنهم على غدر كغدر عضل وقاره بأصحاب الرجيع
وهكذا تحقق رسول الله ﷺ من غدر بـني قـريظة ونقضهم العهد ،ثم
المسلمون بين نارين ، نار الأحزاب من الخارج ونار بـني قـريظة من الداخل
﴿ هُنَالِكَ ابْتُلِيَ الْمُؤْمِنُونَ وَزُلْزِلُوا زِلْزَالاً شَدِيداً ﴾ الأحزاب (١١) .

### جبريل عليه السلام يحرض على غزو بـني قريظة :

شـرد الأحـزاب مولين ظهورهم مدبـرين يجرون أذيال الذل
والخيبـة ، ووضع رسـول الله ﷺ سلاحـه ودخل يغتسـل من غبار
المعركة ، فإذ بجبريل عليه السـلام يجيئه ويقـول : أوقـد وضعت السلاح

( ٢٥ )

‏ـكا‍ لم تضع أسلـحـتهم ، وما رجعت الآن إلاّ من طلب القـــــوم ،

‏ـن معك إلى بــني قـــــريظة فإني ســـائر أمامك ،

‏ـصونهم ، وأقــــذف في قلوبـــهم الرعب ، فأمر

‏مؤذنا فأذن في الناس : من كان سامعاً مطيعاً فلا يصلين العصر

‏ـتجاب المسلمون إلى نداء الرسول ﷺ وتحرك الجيش الإسلامي

‏ـه ثلاثة آلاف رجل وفرضوا على بــني قـــريظة

‏ـ ردّدوا عليهم ذلك حـــتى يئس بــنو قـــريظة

‏ـهم رئيــــهم كعب بـــــن أســـــد وعرض

‏ـلموا ويدخلوا مع محـــــمد في دينه فيأمنوا على

‏ـقال لهم : والله لقـد تبـيّن لكم أنه لنبـــي مرســــل وأنه

‏ـي كتابك

‏ـية أن ينثروا ذراريهم ونساءهم بــأيديهم ويخرجوا إلى المسـلمين

‏ـ حتى يظفروا بهم أو يقتلوا عن آخرهم .

‏ـثة أن يهاجموا رسول الله يوم السبت حـيث لا ينتظر المسـلمون

‏ـت عندهم ، فرفضوا الاستجابة له ، واستسـلموا الرسـول الله ﷺ

‏ـسول الله ﷺ باعتقال الرجال ، فوضعت القيود في أيديهم ، وعزل

‏ـراري في ناحية أخرى .

‏ـإذن لرسـول الله ﷺ : قــد فعلت في بــني ق

‏ـ علام لخواننا الخزرج . وهؤلاء موالينا ، فأحسن بهم . فقال

‏ـرضين أن يحكم فيهم رجل منكم ؟ قالوا : بلى . قال : فذاك سعد

‏ـارضينا

‏ـير إلى سعد بن معاذ وكان في المدينة لم يخرج معهم للجرح

‏ـي معركة الأحزاب ، فركب حماراً وجاء معهم إلى رسـول

‏ـقال رسـول الله ﷺ للصحابــة قـوموا إلى سـيدكم وقـد

‏ـتجمع الشبابي لقوات المناطق الحدودية العدد ٥١ السنة الخامسة مايو ٢٠٠٣

26

P 1: 1032

(٢٢)

أحــاطــوا بـــه الأوس وهم يقـــولون له : يا ســعد أجـ
وأحسن إليهم . وسعد ساكت لا يرجع إليهم قولاً . فلما أكثروا عليـ
لسعد أن لا تأخذه في الله لومة لائم .

ولما انتهى إلى رسول الله ﷺ قال له : يا سعد إن هؤلاء الفـ
على حـكمك . قــال : وحـكمي نافذ عليهم ؟؟ قـالوا : نعم . قـ
المسلمين ؟ قـالوا : نعم . قــال . قـال : وعلى من هاهنا ؟ وأعرض
وأشـار إلى ناحـية رسـول الله ﷺ إجلالاً له وتعظيماً . قـال
قـال : فإني أحـكم فيهم أن يقـتل الرجال وتسبى الذرية وتقسـ
فقال رسول الله : لقد حكمت فيهم بحكم الله من فوق سبع سماوا

وقد نفذ حكم الله فيهم فقتل من الرجال ما بـين الستمائة إلى
فضربت أعناقهم ، وقتل معهم مجرم الحرب زعيم بني النضير حيي
مؤجج الفتنة وداعية الأحزاب إلى الحرب .

ولم يقتل من نساء بني قريظة إلا امرأة واحدة كانت قد طرحت
على خلاد بن سويد فقتلته . فقتلت لأجل ذلك .


## تصفية مجرم حرب آخر :

### مقتل أبي رافع سلام بن أبي الحقيق

كانت الأوس قد فازت بشرف تصفيـة كعب بن الأشرف ذلك
المتعجرف من بـــني النضير ، فما كان من الخزرج إلا أن أسـ
رسول الله ﷺ بـأن يكون لها شـرف تصفية مجرم الحـرب الأخيـ
رافع سـلام بـن أبـي الحقـيق جزاء دوره في تحـزيب الأحـ
وتحـريضهم ضد الرسـول والمسـلمين ، فأذن لهم بـذلك و
ظفر بحيي بـن أخطب المحـرض الأول على غزوة الأحـزاب ، فخر
له مفرزة من الخزرج بقيادة عبد الله بن عتيك وتوجهوا إلى خيبر حيث
حصن أبـي رافع ، ويحـدثنا صاحب الرحـيق المختوم حـيث يذكر
قـال عبـد الله بـن عتيك لأصحابـه اجلسـوا مكانكم ، فإني منطلق ومتل
للبـواب ، لعلى أن أدخل ، فأقبـل حـتى دنا من البـاب ثم تقـنـع بثو

P 1: 1033



...اته ، وقد دخل الناس ، فهتف به البواب : يا عبد الله إن كنت تريد

...خله وإني أريد أن أغلق الباب .

...ن عند الن......... عتيك : فدخلت فكمنت ، فلما دخل الناس

...رج على الأغاليق على ود "١" قـــال : فقـــمت إلى الأقـــاليد

...ت الباب ، وكان أبـــو رافع يســـمر عنده ، وكان في

...بادت عند أهل ........مر صعدت إليه ، فجعلت كلما

...اطلقت علي من داخل . قـــلت : إن القـــوم لو نذروا بـــي

...حتى قتلوني ، فانتهيت إليه ، فإذا هو في بـيت مظلم وسـط

...أن هو من البيت ، قـلت : أبـــــا رافع ، قـــال : من هذا ؟

...اهويت فأضربـــه بالسيف وأنا دهش ، فما أغنيت شـــيئاً ،

...ح من البــــيت فأمكث غير بـــــعيد ، ثم دخلت إليه ،

...ما الصوت يا أبـــا رافع ؟ فقـــال : لأمك الويل ، إن رجلاً

...ي البيت قد ضربني بالسيف ، قـال : فأضربـــه ضربة أثخنته

...ت وضعت ضيب السيف في بـطنه حـــتى أخذ في ظهره ،

...ت أني قد قتلته فجعلت أفتح الأبـــواب بابـــاً بابـــاً ، حـــتى انتهيت إلى

...ج من درجتي ، وأنا أرى أني قد انتهيت إلى الأرض ، فوقـعت في

...رة مقمرة ، فانكسرت ساقي ، فعصبتها بـــعمامة ، ثم انطلقت حـــتى

...اب فقـلت : لا أخرج الليلة حـــتى أعلم أقـــتلته ؟

...اج الناعي على الســـور فقـــال : أنعى أبـــا رافع

...ر ، فانطلقت إلى أصحابـــي فقـــلت : النجاء

...انتهيت إلى النبي  ، فحدثته فقـال : أبسط رجلك ،

...ها فكأنها لم أشتكها .

...﴿المئدة عدد خمس وعشرة سورة للشيخ عشرة اليهود والدين اخترعوا﴾

...وسورة الرحيم سورة للشيخ عشـــرة الدين قالوا

...لا تساري كذلك بأن يكون وتنسبني

...درجة وارم لا بكثيرة ﴾

...المدثر ٨٢

P 1: 1034