# EXHIBIT A.192A



PLAINTIFF'S EXHIBIT 192A

In the name of God, Most Merciful, Most Compassionate

[handwritten]  For distribution to everyone

[Signature]    September 30, 2000

[Stamp]  Palestinian National Authority
Central Information

## Statement Issued by the National and Islamic Forces

Oh masses of our great people!

The premeditated crime perpetrated by the Barak government by firing on peaceful praying faithful in the al-Aqsa Mosque yesterday, and the protection of the provocative move undertaken by the butcher Sharon by desecrating the Noble Sanctuary, are a crossing of the red line and a blatant escalation in the posturing of arrogance and disregard for the feelings of our people, a denial of their rights, and an attempt to reaffirm the illegitimate Israeli sovereignty over Jerusalem and the sacred places. The National and Islamic Forces, which are meeting today on the evening of this savage massacre, declare the following:

1. Condemn the ugly massacre perpetrated in cold blood by the Barak government, demand the prosecution of those responsible, and condemn the American collusion with the butchers who committed this massacre, which equates executioner with victim on the pretext of so-called self-control.

2. Call on the masses of our people to continue the overwhelming popular action in protest against the ugly massacre and the persistent Israeli desecration of the Noble Sanctuary and all the other Islamic and Christian holy places, under the banner of the struggle to affirm full Palestinian sovereignty over Jerusalem and thwart any projects that undermine this sovereignty. In this context, the National and Islamic Forces demand that the Palestinian National Authority refrain from any measure to restrict the impetus of the masses' action, and call for the following:

    A. Declare full mobilization in the ranks of all factions to continue the masses' action, and immediately convene a meeting of the National and Islamic Forces, the active groups, and the institutions at the level of all governorates and locations to organize and sustain the action. The meeting has resolved to consider itself in permanent session to follow up on the masses' action.

[Stamp] **P 1: 1121**

    B.    Declare next Monday, October 2, 2000, the day commemorating the liberation of Jerusalem by the hero Salaheddin al-Ayyoubi, a day for a wide-ranging escalation by the masses for the liberation of the Holy City and affirming Palestinian sovereignty over it.

    C.    Call on the masses of our people to continue the sit-in in al-Aqsa Mosque, and organize a regular visits program by students and pupils by initiative from the National and Islamic Forces at the locations and with the cooperation of the Ministry of Education and Instruction and the Ministry of Higher Education.

    D.    Salute the masses of our people inside the 1948 borders and the crowds that have announced their rallying around al-Aqsa and their readiness to sacrifice for its sake, and which have translated this stance by the unity of the blood that was shed on the blessed soil of al-Aqsa, and act to bolster the unity of our people, wherever they are, in the struggle in defense of its sacred places and for the sake of its legitimate rights.

3.    The battle of defending Jerusalem requires measures to bolster our national unity and the cohesion of our society, and to marshal our domestic front beginning with releasing all political prisoners and banning political detention.

4.    Demand the cessation of ongoing negotiations in protest over the bloody crime and the continued contempt by Israel for our people and its denial of their rights, something that renders the continuation of the negotiations fruitless and futile in light of Israeli intransigence and the blind American bias to Israel which has expressed itself in the reviled law recently passed by the U.S. House of Representatives.

5.    Demand the immediate release of the National Security fighter who fired on the occupation soldiers in Qalqiliyah in response to Israeli arrogance and to the desecration of Islamic holy places in Jerusalem by the Israelis who bear full political and moral responsibility for triggering the cycle of violence with its continued occupation and hostile reckless practices.

6.    Call on the Arab and Islamic worlds, peoples, and governments to take practical measures to defend Jerusalem and its sacred places, show solidarity with our people and support its struggle for the liberation of the Holy City, and affirm Palestinian sovereignty over it.

The National and Islamic Forces salute the souls of the martyrs of the al-Aqsa massacre and all the other martyrs of our people, and pledge to the masses of our people to continue the struggle in redemption of their blood until the occupation is swept away and the rights of our people to return and to full national independence are extracted.

[Stamp] **P 1: 1121** [continued]

Victory to our fighting people and defeat to the occupation!

| | |
|---|---|
| Palestinian National Liberation Movement (Fatah) | Democratic Front for the Liberation of Palestine |
| Popular Front for the Liberation of Palestine | Palestinian People's Party |
| Palestinian Democratic Union (Fida) | Palestinian Popular Struggle Front |
| Arab Liberation Front | Palestinian Liberation Front |
| Islamic Resistance Movement (Hamas) | Palestinian Arab Front |

September 30, 2000

[Stamp] **P 1: 1121** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1121-25.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1121-25.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015



بسم الله الرحمن الرحيم

# بيان صادر من القوى الوطنية والاسلامية

يا جماهير شعبنا العظيم،،

ان الجريمة المدبرة التي ارتكبتها حكومة باراك باطلاق النار على المصلين المسالمين في المسجد الاقصى أمس، وحماية الخطوة الاستفزازية التي اقدم عليها السفاح شارون بتدنيس الحرم الشريف، هي تجاوز فظ للخط الاحمر وتصعيد لموقف العنجهية والاستهتار بمشاعر شعبنا والتنكر لحقوقه ومحاولة تكريس السيادة الاسرائيلية غير الشرعية على القدس والمقدسات. ان القوى الوطنية والاسلامية التي تجتمع اليوم عشية هذه المجزرة الوحشية تعلن ما يلي:

1- ادانة المجزرة البشعة التي ارتكبتها حكومة باراك بدم بارد والمطالبة بمحاكمة المسؤولين عنها، وادانة التواطؤ الامريكي مع السفاحين الذين ارتكبوا هذه المجزرة والذي يساوي بين الجلاد والضحية بحجة ما يسمى بضبط النفس.

2- دعوة جماهير شعبنا الى مواصلة التحرك الشعبي العارم احتجاجا على المجزرة البشعة والتدنيس الاسرائيلي المتواصل للحرم الشريف وسائر الاماكن المقدسة الاسلامية والمسيحية. وتحت شعار النضال من اجل تأكيد السيادة الفلسطينية الكاملة على القدس واحباط اية مشاريع تنتقص من هذه السيادة. وفي هذا المجال تطالب القوى الوطنية والاسلامية السلطة الوطنية الفلسطينية بالامتناع عن اي اجراء يحد من زخم التحرك الجماهيري وتدعو الى ما يلي:

أ- اعلان الاستنفار الشامل في صفوف جميع الفصائل لمواصلة التحرك الجماهيري والمبادرة الفورية الى اجتماع القوى الوطنية والاسلامية والفعاليات والمؤسسات على صعيد مختلف المحافظات والمواقع لتنظيم وأدامة التحرك.

وقد اقر الاجتماع اعتبار نفسه في حال انعقاد دائم لمتابعة التحرك الجماهيري.

ب- اعلان يوم الاثنين القادم 2000/10/2 يوم ذكرى تحرير القدس على ايدي البطل صلاح الدين الايوبي، يوما للتصعيد الجماهيري الشامل من اجل تحرير المدينة المقدسة وتأكيد السيادة الفلسطينية عليها.

ج- دعوة جماهير شعبنا الى استمرار الاعتصام في المسجد الاقصى، وتنظيم برنامج للزيارات المنتظمة من قبل الطلبة والتلاميذ بمبادرة من القوى الوطنية والاسلامية في المواقع وبالتعاون مع وزارة التربية والتعليم ووزارة التعليم العالي.

د- التحية لجماهير شعبنا داخل حدود 48، وللحشود التي اعلنت التفافها حول الاقصى واستعدادها للتضحية في سبيله والتي ترجمت هذا الموقف بوحدة الدم المسفوح على ارض الاقصى المباركة، والعمل على تعزيز وحدة شعبنا في جميع اماكن تواجده في النضال دفاعا عن مقدساته ومن اجل حقوقه المشروعة.

3- ان معركة الدفاع عن القدس تتطلب اجراءات لتعزيز وحدتنا الوطنية وتلاحم مجتمعنا وترتيب جبهتنا الداخلية وفي المقدمة الافراج عن جميع المعتقلين السياسيين وتحريم الاعتقال السياسي.

4- المطالبة بوقف المفاوضات الجارية احتجاجا على الجريمة الدموية وعلى استمرار استهتار اسرائيل بشعبنا وتنكرها لحقوقه الامر الذي يجعل استمرار المفاوضات عقيما ودون جدوى في ظل التعنت الاسرائيلي والانحياز الامريكي الاعمى لاسرائيل والذي عبر عن نفسه بالقانون المدان الذي اصدره مجلس النواب الامريكي مؤخرا.

5- المطالبة بالافراج الفوري عن مقاتل الامن الوطني الذي قام باطلاق النار على جنود الاحتلال في قلقيلية ردا على النطرسة الاسرائيلية وعلى تدنيس المقدسات الاسلامية في القدس من قبل الاسرائيليين والذين يتحملون كل المسؤولية السياسية والاخلاقية عن تفجير دوامة العنف بفعل استمرار الاحتلال وممارساته العدوانية الرعناء.

6- دعوة العالمين العربي والاسلامي، شعوبا وحكومات، الى التحرك بخطوات عملية للدفاع عن القدس ومقدساتها والتضامن مع شعبنا ودعم نضاله من اجل تحرير المدينة المقدسة وتأكيد السيادة الفلسطينية عليها.

ان القوى الوطنية والاسلامية تحيي ارواح شهداء مجزرة الاقصى وسائر شهداء شعبنا، وتعاهد جماهير شعبنا على مواصلة النضال وفاء لدمائهم حتى يتم كنس الاحتلال وانتزاع حقوق شعبنا في العودة والاستقلال الوطني الناجز.

النصر لشعبنا المجاهد والهزيمة للاحتلال

| | |
|---|---|
| حركة التحرير الوطني الفلسطيني «فتح» | الجبهة الديمقراطية لتحرير فلسطين |
| الجبهة الشعبية لتحرير فلسطين | حزب الشعب الفلسطيني |
| الاتحاد الديمقراطي الفلسطيني «فدا» | جبهة النضال الشعبي الفلسطيني |
| جبهة التحرير العربية | جبهة التحرير الفلسطينية |
| حركة المقاومة الاسلامية حماس | الجبهة العربية الفلسطينية |

30/9/2000