# EXHIBIT A.192B



PLAINTIFF'S
EXHIBIT
192 B
tabbies

972 2 2959768

02/12/2001      08:48      022987947                    ALRASEEF 2000            PAGE 01

[handwritten]: Dear brothers
This is the final version
[illegible]
[Signature]

In the name of God, Most Merciful, Most Compassionate

**Statement Issued by the National and Islamic Forces**

**No voice is louder than the *Intifada's* voice**

**A call to isolate the hostile Sharon government**

Oh masses of our struggling Palestinian people!

Oh masses of our glorious Arab and Islamic nation!

Oh heroes of the blessed *Intifada*!

The two worst people, Barak and Sharon, come together in the unity government that is hostile to our people. They build a project of destruction of the rights of our people, drawing the security sword that is aiming at sapping the will of our people and dealing a blow to the constants of our national project of freedom, independence, and the expulsion of the occupation; the embodiment of its steadfast and inalienable national rights, including the right of the refugees to return to their homes and possessions from which they were displaced; its right to self-determination and building its independent fully sovereign Palestinian state with its capital the blessed Jerusalem.

Sharon's hostile project compels a comprehensive state of mobilization at the Palestinian, Arab, and Islamic levels to boycott and isolate the aggression government, and for not falling into the trap of deception by giving it the opportunity to express its position vis-à-vis the resolution process. The stance of aggression is clear and there is no room to venture into the destructive world of ambiguity. The Sharonist security theory must be defeated by escalating the *Intifada* and the resistance.

[Stamp] **P 1: 1122**

The blessed *Intifada*, the *Intifada* of al-Aqsa, Jerusalem, independence, and return, constitutes a basic protective shield in confronting the government of aggression, and with the valiant resistance it constitutes the sword of justice and truth to isolate and topple the government of aggression. This requires that all forces in our Arab and Islamic nation stand decisively on the side of the *Intifada* and the resistance, and that the popular and official Arab support be a clear contribution in thwarting and confronting Sharon's hostile project by isolating him and not receiving him or dealing with his government.

The dangerous military escalation practiced by the government of the defeated Barak, in which the internationally prohibited nerve gas was used against our people in Khan Younis Camp, along with using internationally prohibited deadly weapons across the country, compels us to urge the international community to put sanctions in place against the perpetrators of this aggression and these ugly crimes against our people.

Sharon's plan aiming at division within the Palestinian people between those active in the framework of the *Intifada* and the resistance, and the people's masses, by granting reward and safety to those who submit to his policy and punishing the free revolutionaries.. this plan was smashed on the rock of the unshakable Palestinian truth that was proven by the hero Khalil Abu Olba and which affirms that inside each Palestinian is a spirit of sacrifice awaiting the decision in a moment of conscience that will no doubt come at the right time. So, salute, recovery, and freedom for the struggling fighter Khalil Abu Olba.

The National and Islamic Forces realize the nature and ferocity of the coming confrontation with the government of Zionist aggression, and realize the importance of consolidating comprehensive national unity by the coordination and understanding between all the institutions of the National Authority, the organizations, factions and forces of Palestinian civil society in the homeland and the diaspora. This requires putting order in the Palestinian home and eliminating all manifestations of corruption, apathy, negligence and indifference, because the committed serious stance that believes in the inevitability of victory and constant readiness for sacrifice is a fundamental necessity to achieve victory over the aggression.

The National and Islamic Forces salute the Democratic Front for the Liberation of Palestine on the thirty-second anniversary of its founding, which falls on February 22, 2001, and wishes the Front progress and prosperity on the road to victory.

The National and Islamic Forces also salute the steadfast people of Iraq and the Iraqi leadership, strongly condemn the savage American aggression, and call for lifting the oppressive siege from the people of Iraq, ending the American-British aggression, and abolishing the zones of prohibition that America imposes coercively and beyond all humanitarian norms.

[Stamp] **P 1: 1122** [continued]

The National and Islamic Forces call on our people to participate in the following events:

1) Tuesday, February 20, 2001: A day of popular anger against the use of poisonous gases and nerve gas on our people in Khan Younis, and against the American-British aggression on Iraq.

2) Friday, February 23, 2001: A day to isolate the Sharon government, expressed by appropriate marches, demonstrations, and events at the Palestinian level, and by calling on the masses of our Arab and Islamic nation to exercise their role in this isolation effort and to support the blessed *Intifada*.

While they affirm absolute confidence in our people's capacity to emerge victorious in this confrontation, the National and Islamic Forces also emphasize the importance of being prepared for the worst so that indifference does not contribute to increasing the suffering of our people.

Long live the blessed *Intifada* of our people!

Glory to the martyrs and victory to our people!

Recovery for the injured and freedom for the prisoners!

It is indeed an *Intifada* until victory!

The National and Islamic Forces

February 17, 2001

[Stamp] **P 1: 1122** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1121-25.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1121-25.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~  New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014


_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20_15_



بسم الله الرحمن الرحيم

بيان صادر عن القوى الوطنية والإسلامية
لا صوت يعلو فوق صوت الإنتفاضة
نداء عزل حكومة شارون العدوانية

يا جماهير شعبنا الفلسطيني المكافح ،
يا جماهير امتنا العربية والإسلامية المجيدة ،
يا ابطال الإنتفاضة المباركة ،

ويلتقي الاسوهان باراك وشارون في حكومة الوحدة العدوانية ضد شعبنا. يرفعان مشروعاً مدمراً لحقوق شعبنا ممتشـقـا
سيف الأمن الذي يسعى الى النيل من إرادة شعبنا وضرب ثوابت مشروعنا الوطني في الحرية والإستقلال ودحر الإحتـلال،
وتجسيد حقوقه الوطنية الثابتة غير القابلة للتصرف بما فيها حق اللاجئين في العودة الى ديارهم وممتلكاتهم التي شـردوا
منها، وحقه في تقرير مصيره وبناء دولته الفلسطينية المستقلة كاملة السيادة و عاصمتها القدس المباركة.

ان مشروع شارون العدواني يفرض حالة استثناء شامل على المستوى الفلسطيني والعربي والإسلامي لمقاطعة وعـزل
حكومة العدوان، وعدم الوقوع في فخ الخداع باعطائها فرصة التعبير عن موقفها من عملية التسوية، فالموقف العدواني
واضح ولا مجال لدخول عالم الغموض المدمر. ولابد من الفشل نظرياً بتصعيد الإنتفاضة والمقاومة.

ان الإنتفاضة المباركة، انتفاضة الأقصى والقدس والإستقلال والعودة،تشكل الدرع الواقي الأساسي في مواجهة حكومـة
العدوان، وهي تشكل مع المقاومة الباسلة سيف الحق والحقيقة لعزل حكومة العدوان واسقاطها. وهو الأمر الذي يتطلـب
من جميع القوى في امتنا العربية والإسلامية ان تقف بحزم الى جانب الإنتفاضة والمقاومة. وان يكون الدعم الشـعبي
والرسمي العربي مساهمة واضحة في التصدي والمواجهة لمشروع شارون العدواني، وذلك بعزلـه وعـدم استقبالـه او
التعامل مع حكومته.

ان التصعيد العسكري الخطير الذي تمارسه حكومة باراك المهزوم والذي استخدم فيه غاز الأعصاب المحرم دولياً ضد
اهلنا في مخيم خان يونس، الى جانب استخدام الأسلحة الفتاكة المحرمة دولياً في جميع ارجاء الوطن تفـرض علينـا ان
نحث المجتمع الدولي بان يمارس العقوبات ضد مرتكبي هذا العدوان وهذه الجرائم البشعة ضد شعبنا.

ان خطة شارون الرامية الى الفصل داخل الشعب الفلسطيني بين النشطاء في اطار الإنتفاضة والمقاومة وبيـن جماهير
الشعب بحيث يمنح الثواب والإدانة لمن يخضعون لسياسته وينزل العقاب بالثوار الأحرار... هـذه الخطـة تحطمـت علـى
صخرة الحقيقة الفلسطينية الراسخة التي أثبتها المناضل البطل خليل ابو علبة والتي تؤكد ان داخل كل فلسطيني روح فداء
ينتظر القرار في لحظة ضميرية لا بد ان تجيء في الوقت المناسب. فالتحية والشفاء والحرية للمناضل المجاهد خليل ابـو
علبة.

ان القوى الوطنية والإسلامية تدرك طبيعة وشراسة المواجهة القادمة مع حكومة العدوان الصهيوني، وتدرك اهميـة
ترسيخ الوحدة الوطنية الشاملة بالتنسيق والتفاهم بين كل مؤسسات السلطة الوطنية ومنظماته وفصائل وقـوى المجتمـع
المدني الفلسطيني في الوطن والشتات، وهو الأمر الذي يتطلب ترتيب البيت الفلسطيني والقضاء على كل مظاهر الفسـاد
والترهل والاهمال واللامبالاة. حيث ان الموقف الجدي الملتزم المؤمن بحتمية النصر والإستعداد الدائم للتضحيـة هـو
ضرورة اساسية لتحقيق النصر على العدوان.

وتتوجه القوى الوطنية والإسلامية بالتحية للجبهة الديمقراطية لتحرير فلسطين في الذكرى الثانية والثلاثيـن لتأسيسـها
الذي يوافق يوم ٢٢/شباط/٢٠٠١ متمنين للجبهة. التقدم والازدهار على طريق النصر.

كما تتوجه القوى الوطنية والإسلامية بالتحية الى الشعب العراقي الصامد ولقيادة بشدة العدوان الامريكي الوحشي
وتدعو الى رفع الحصار الجائر عن شعب العراق ووقف العدوان الامريكي البريطاني والغاء مناطق الحظر التي تفرضـهـا
امريكا قسرا وخروجا عن كل المبادئ الإنسانية.

وتدعو القوى الوطنية والإسلامية شعبنا للمشاركة في الفعاليات التالية:

١) يوم الثلاثاء الموافق ٢٠/شباط/٢٠٠١ يوم جماهيري غاضب ضد استخدام الغازات السامة وغاز الأعصاب ضد اهلنـا
في خان يونس. وضد العدوان الامريكي البريطاني على العراق.

٢) يوم الجمعة الموافق ٢٢/شباط/٢٠٠١ لعزل حكومة شارون يتم التعبير عنـه بمسـيرات ومظاهرات وفعاليـات
مناسبة على المستوى الفلسطيني ودعوة جماهير امتنا العربية والإسلامية بتفعيل دورهـا فـي العـزل وفـي دعـم
الإنتفاضة المباركة.

ان القوى الوطنية والإسلامية وهي تؤكد على الثقة على الخروج من هذه المواجهة الصعبة منتصراً،
فانها تؤكد على اهمية الإستعداد للصبر حتى لا تسامح اللامبالاة في المزيد من معاناة شعبنا.

عاشت انتفاضة شعبنا المباركة
المجد للشهداء والنصر لشعبنا
والشفاء للجرحى والحرية للأسرى
وانها لانتفاضة حتى النصر

القوى الوطنية والإسلامية
٢٠٠١/٢/١٧

P 1: 1122