# EXHIBIT A.192C

PLAINTIFF'S
EXHIBIT
192 C
tabbies

In the name of God, Most Merciful, Most Compassionate

## Statement Issued by the Supreme Follow-up Committee of the National and Islamic Forces

### No voice is louder than the *Intifada's* voice

**Oh masses of the al-Aqsa *Intifada*!**

Oh men, women and young people! Oh students, workers and merchants! Oh physicians, engineers and professionals! Oh stone throwers and makers of the future of Palestine! Oh soldiers, protectors of the homeland! Oh our entire people rising up in the face of aggression, killing, settlement, and occupation!

For a third week, the occupation army forces and the herds of armed settlers, by official decision from the Barak government, continue their bloody aggression on the sons of our people, on al-Aqsa, and all the sacred places… And as they escalate the scope of their aggression throughout the country, including their ugly crimes against the struggling masses of our people in our Palestinian cities in the Triangle, the Negev, the seacoast, the Galilee, and the steadfast fortress the heroic city of Nazareth, the masses of our people have united in all honor and determination to face the massacres across the homeland and in the squares of the diaspora and refuge in defense of al-Aqsa, Jerusalem and all the sacred Islamic and Christian places, and confront the aggression, the settlement and the settlers for the sake of independence and return, they proclaim [in] their united and resounding voice: **No voice is louder than the *Intifada's* voice**, and the *Intifada* will continue until the aggression is repelled and all its objectives are achieved.

The Supreme Follow-up Committee of the National and Islamic Forces declares its honor and pride at the unity of the people's forces and the *Intifada* masses and their determination to continue, and urges the sons of our people and all members and supporters of the national and Islamic political forces, all the popular and professional institutions, syndicates and unions, and civil organizations to deepen this unity and bolster their *Intifada* initiative and actions, beginning with a commitment to the action program adopted by the Supreme Follow-up Committee of the National and Islamic Forces, uniting to ensure their success, and refraining from unilaterally undertaking, by anyone under special directives, public actions other than the unified actions. It also calls for bolstering the role of the popular committees in the camps, the anti-settlement committees, and the prisoner solidarity committees, and working on expanding their role in the *Intifada* tasks and the duties of solidarity with the families of the martyrs and the wounded.

[Stamp] **P 1: 1123**

The Follow-up Committee calls on the institutions, unions, syndicates, and the national and Islamic political forces to strengthen the role of the *Intifada* coordination and action committees in all the governorates as a way to affirm comprehensive unity and provide the elements of resistance and sustainability.

**The Supreme Follow-up Committee emphasizes the following issues:**

1.   Give precedence to the spirit of unity and to raising loud the voice and objectives of a unified *Intifada* in all activities, marches and rallies, and raise the banners of the homeland.

2.   Boycott Israeli goods and products, particularly products from the settlements.

3.   We salute our valiant workers for refraining from working in the settlements, and we urge all concerned parties in the National Authority, the private and public sectors, and the Workers Syndicates Union to provide them with alternative work opportunities.

4.   Consolidate the struggle in the *Intifada* actions in order to eliminate all the settlement pits and locations, remove the settlers' weapons, evict the settlers, and remove the settlements.

5.   We underscore the importance of developing Palestinian industries and products, and we therefore urge Palestinian producers, manufacturers, and merchants to lower prices as a response to the difficult economic conditions, and in order to ensure the success of the campaign to boycott Israeli products.

6.   The National and Islamic Forces underscore the importance of continuing the educational process, securing its regularity at all school and university levels, and protecting it. They therefore repudiate the attacks on some schools and disturbing the educational process. We exhort our sons the students to an orderly participation in the *Intifada* actions after school hours, and also to those activities adopted by the Supreme Follow-up Committee with the approval of the Ministry of Education and Instruction.

7.   The Supreme Follow-up Committee salutes Palestinian women and their valiant struggle, and calls on them to unite their efforts in all its social actions and national mobilization campaigns, in solidarity and mutuality committees and first aid and field rescue operations, to actively participate in demonstrations and marches, and to contribute to advancing the participation of women in politics and the *Intifada* and achieving the goals of the *Intifada*.

8.   More work to protect the domestic front and increase vigilance and caution vis-à-vis malicious rumors.

[Stamp] **P 1: 1123** [continued]

9.  The National and Islamic Forces value the commitment of the Palestinian National Authority to the martyrs and the wounded and their families. We underscore the importance and the necessity to continue with this and approve permanent salaries for the martyrs and the disabled among the wounded of the *Intifada*. We call on the National Authority to provide immediate housing to the owners of homes destroyed by the rockets and artillery of the occupation forces.

10. The National and Islamic Forces call on the sons of our people and all members of its organizations to begin forming popular defense committees to participate in the defense of our people, particularly the regions subjected to the aggression and attacks of the occupation forces and the herds of armed settlers, especially the regions adjacent to settlements and military positions.

**Let all our efforts and capacities unite to promote and continue the *Intifada*!**

**Let us unite for the sake of the return, independence, and full sovereignty!**

**For our independent state and its capital Jerusalem!**

**Glory to the martyrs and victory for the *Intifada*!**

| | | | |
|---|---|---|---|
| Palestinian National Liberation Movement (Fatah) | Islamic Resistance Movement (Hamas) | Palestinian Democratic Union (Fida) | First Deputy to the President of the Palestinian Legislative Council |
| Popular Front for the Liberation of Palestine | Palestinian People's Party | Democratic Front for the Liberation of Palestine | Chairman of the Political Committee in the Palestinian National Council |
| Islamic Jihad Movement | Islamic National Salvation Party | Arab Liberation Front | Chairman of the Political Committee in the Palestinian Legislative Council |
| Palestinian Popular Struggle Front | Palestinian Liberation Front | Palestinian Arab Front | |

Palestine
October 2000

1210200          AYYAM

[Stamp] **P 1: 1123** [continued]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

      vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1121-25.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1121-25.

Dated: February 28, 2014

                                         _____
                                         Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

