# EXHIBIT A.192D

Case 1:04-cv-00397-GBD-RLE   Document 547-143   Filed 06/25/14   Page 2 of 10



PLAINTIFF'S EXHIBIT 192 D

**In the name of God, Most Merciful, Most Compassionate**

**Statement issued by the National and Islamic Forces**

**No voice is louder than the voice of the *Intifada***

**Call to bolster national unity and continue the *Intifada* and popular resistance**

> [Handwritten] Dear brothers. Salute of revolution and victory. This is the final version. Greetings. [Signature]

Oh masses of our great Palestinian people!

Oh masses of our glorious Arab and Islamic nation!

Oh valiant heroes of the *Intifada* and the resistance!

The government of the Zionist entity came out announcing its free rein to commit open criminality through the decision to liquidate the activists of the *Intifada* and the resistance, in addition to the intensive campaign by the butcher Sharon, supported by the Zionist Martin Indyk, the U.S. ambassador to the Zionist entity, against Brother Abu-Ammar by accusing him of terrorism for his upholding the right of return for the refugees and the Arab and Islamic identity of blessed Jerusalem.

These American and Israeli stances, which the Sharon government and the U.S. administration are trying to leverage as part of the intense psychological warfare against the Palestinian people and its leadership, and against the National Authority, aim at imposing dictates to achieve the goals of the Zionist entity, and forcing concessions on the Palestinian leadership under the sword of the threat of a military strike. Those Zionists and Americans have forgotten that the popular and official Palestinian stance has enshrined in this entire blessed *Intifada* and valiant resistance a covenant of steadfastness, defiance, and confrontation of all likely aggressions. Attempts to create a rift inside the Palestinian national arena, through some conduct by some brothers in the security services, and some field measures that might draw in reactions leading to a rift in the unified stance, should be confronted and rejected decisively by everyone, as for example trying to prohibit *Intifada* activities and events, such as marches and rallies or sit-ins in the Palestinian National Authority areas by which the sons of the Palestinian people express a patriotic stance against the Zionist aggression policy and against the American bias, which is in essence the expression of a stance supporting the National Authority's steadfastness in facing up to Israeli-American pressures.

[Stamp] **P 1: 1124**

The National Authority's attempt with a deluge of pretexts to prevent Sharon's aggression is not helped by repeating stated positions vis-à-vis initiatives that are rejected by Sharon's government. What is required is to steer toward a domestic initiative aiming at cementing the official and popular Palestinian national stance to confront and stand up to all contingencies. Going to the masses of our Arab and Islamic nation at this juncture is an important and necessary step to ensure a buttress of national and Islamic safety that reinforces our people's unwavering struggle and political stances that are inalienable and

1

[Stamp] **P 1: 1124** [continued]

for which the blessed *Intifada* and valiant resistance represent the main approach to achieve them, beginning with liberating Jerusalem and al-Aqsa, the right of return and to self-determination, establishing the independent fully sovereign Palestinian state with its capital blessed Jerusalem.

At this juncture, we call on all Islamic and Arab parties and forces to bolster and put to action their solidarity with our people and our blessed *Intifada*. We salute the Third General Conference of Arab Parties as it convenes in Beirut on Monday, July 9 through July 12, wishing the Conference success and progress in the interest of our Arab and Islamic nation, beginning with supporting the blessed *Intifada* and our steadfast Palestinian people.

We also salute the brothers in the Palestinian Popular Struggle Front on the occasion of the thirty-fourth anniversary of its launch, which falls on next Sunday, July 15, 2001. We wish the Popular Struggle Front all progress and prosperity on the road to victory. The National and Islamic Force [sic] calls on the masses of our people to participate in the following events:

1. Tuesday, July 10, 2001: A day of popular events and marches devoted to putting an end to the invasion of our markets by Israeli products and firming up their boycott at all levels by coordinating with the brothers at the Palestinian monitoring center – and the Israeli Goods Boycott Committees.

2. Friday, July 13, 2001: A day for firming up and reinforcing national unity, the continued *Intifada* and resistance, the Arab identity of Jerusalem and the freedom of al-Aqsa, to be expressed in marches and heading for prayers at al-Aqsa Mosque, rejecting the Zionist conspiracy aiming at Judaizing it and restricting the freedom of praying there.

The National and Islamic Forces call for supporting the event of the gathering of residents of the cities and towns displaced in 1948, and the popular actions for the right of return, which takes place on Saturday, July 14, 2001, in Ramallah and al-Bireh Governorates under the slogan "No Alternative to the Return."

The National and Islamic Forces also call on the National and Islamic Coordinating Committees in all governorates to prepare for Martyrs Day, a day to consecrate the pledge and the oath that the blood of the righteous martyrs is the guiding light on the path of the blessed *Intifada*, which will not go in vain. The events will be on Tuesday, July 17, 2001, a special day for the martyrs of the *Intifada*, and the *Intifada* of al-Aqsa, Jerusalem, independence and the return. Let it be a day to firm up and reinforce national unity and the continuation of the *Intifada* and the resistance.

[Stamp] **P 1: 1125**

Long live our people's blessed *Intifada*!

Glory and immortality for our righteous martyrs!

Recovery for the valiant wounded and freedom for the hero prisoners!

It is indeed an *Intifada* until victory!

**The National and Islamic Forces**

July 7, 2001

2

[Stamp] **P 1: 1125** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1121-25.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1121-25.

Dated: February 28, 2014

                                                            Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

بسم الله الرحمن الرحيم
بيان صادر عن القوى الوطنية والاسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء تعزيز الوحدة الوطنية واستمرار الانتفاضة والمقاومة الشعبية

يا جماهير شعبنا الفلسطيني العظيم
يا جماهير امتنا العربية والاسلامية المجيدة
يا ابطال الانتفاضة والمقاومة البواسل

أطلت علينا حكومة الكيان الصهيوني بالاعلان عن حريتها في الاجرام العلني من خلال قرار تصفية نشطاء الانتفاضة والمقاومة، اضافة الى الحملة المركزة من السفاح شارون يساندها الصهيوني مارتن اندك، السفير الاميركي لدى الكيان الصهيوني، ضد الأخ ابو عمار باتهامه بالارهاب لتمسكه بحق العودة للاجئين وبعروبة واسلامية القدس المباركة.

هذه المواقف الاميركية والاسرائيلية التي تحاول حكومة شارون والادارة الاميركية توظيفها في اطار الحرب النفسية المركزة ضد الشعب الفلسطيني وقيادته، وضد السلطة الوطنية، تستهدف فرض الاملاءات لتحقيق اهداف الكيان الصهيوني وفرض التنازلات على القيادة الفلسطينية تحت سيف التهديد بالضربة العسكرية. لقد نسي هؤلاء الصهاينة والاميركان ان الموقف الفلسطيني الشعبي والرسمي قد كرس في كل هذه الانتفاضة المباركة والمقاومة الباسلة عهد الصمود والتصدي ومواجهة كل احتمالات العدوان. ان محاولات احداث الشرخ داخل الساحة الوطنية الفلسطينية من خلال بعض التصرفات لبعض الاخوة في الاجهزة الامنية، وبعض الاجراءات الميدانية التي قد تستدرج ردود فعل تؤدي الى شرخ الموقف الواحد لا بد من التصدي لها ورفضها بكل حزم من الجميع مثل محاولة منع النشاطات والفعاليات الانتفاضية سواء المسيرات والمهرجانات أو الاعتصامات في مناطق السلطة الوطنية، والتي يعبر من خلالها ابناء الشعب الفلسطيني عن الموقف الوطني ضد سياسة العدوان الصهيوني وضد الانحياز الاميركي وهو في جوهره تعبير عن موقف يدعم صمود السلطة الوطنية في مواجهة الضغوط الاميركية الاسرائيلية.

ان محاولة السلطة الوطنية لسد الذرائع لمنع العدوان الشاروني لا يلبيها تكرار المواقف من المبادرات التي ترفضها حكومة شارون، وان ما يتوجب هو التوجه لمبادرة داخلية تستهدف تصليب الموقف الوطني الفلسطيني، الرسمي والشعبي للمواجهة وللتصدي لكل الاحتمالات. وأن التوجه الى جماهير امتنا العربية والاسلامية في هذه المرحلة هو امر هام وضروري لضمان طوق السلامة القومي والاسلامي الذي يعزز المواقف السياسية والنضالية الثابتة لشعبنا، غير القابلة للتصرف والتي تشكل الانتفاضة

1

المباركة والمقاومة الباسلة الاسلوب الرئيسي لتحقيقها، وفي مقدمتها تحرير القدس والاقصى وحق العودة وتقرير المصير واقامة الدولة الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس المباركة.

واننا اذ نتوجه في هذه المرحلة الى دعوة جميع الاحزاب والقوى العربية والاسلامية لتعزيز وتفعيل تضامنها مع شعبنا وانتفاضتنا المباركة فاننا نحيي المؤتمر العام الثالث للأحزاب العربية بمناسبة انعقاده في بيروت يوم الاثنين الموافق ٩ تموز وحتى ١٢ تموز متمنين للمؤتمر النجاح والتقدم لما فيه مصلحة امتنا العربية والاسلامية وفي مقدمة ذلك دعم الانتفاضة المباركة وشعبنا الفلسطيني الصامد.

كما نتوجه بالتحية للأخوة في جبهة النضال الشعبي الفلسطيني بمناسبة الذكرى الرابعة والثلاثين لانطلاقتها الذي يصادف يوم الاحد القادم ١٥ تموز ٢٠٠١ متمنين لجبهة النضال الشعبي كل التقدم والازدهار على طريق النصر. وتدعو القوة الوطنية والاسلامية جماهير شعبنا الى المشاركة في الفعاليات التالة :-

١- يوم الثلاثاء الموافق ١٠ تموز ٢٠٠١ يوم فعاليات ومسيرات شعبية مكرسة لوضع حد لغزو المنتجات الاسرائيلية لأسواقنا وتكرس مقاطعتها على كافة المستويات وذلك بالتنسيق مع الاخوة في المرصد الفلسطيني- ولجان مقاطعة البضائع الاسرائيلية.

٢- يوم الجمعة الموافق ١٣ تموز ٢٠٠١ يوم تكريس وتعزيز الوحدة الوطنية واستمرار الانتفاضة والمقاومة وعروبة القدس وحرية الأقصى يعبر عنه في المسيرات والتوجه للصلاة في المسجد الأقصى ورفض المؤامرة الصهيونية الهادفة الى تهويده وكبح حرية الصلاة فيه.

وتدعو القوى الوطنية والاسلامية الى دعم فعالية تجمع اهالي المدن والقرى المهجرة عام ١٩٤٨ والفعاليات الشعبية لحق العودة الذي يصادف يوم السبت الموافق ١٤ تموز ٢٠٠١ في محافظة رام الله والبيرة تحت شعار (لابديل عن العودة).

كما تدعو القوى الوطنية والاسلامية لجان التنسيق الوطني والاسلامي في جميع المحافظات للتحضير ليوم الشهداء، يوم تكريس العهد والقسم على ان تظل دماء الشهداء الابرار هي النور الهادي لدرب الانتفاضة المباركة، والذي لن يذهب هدرا، وتكون الفعاليات يوم الثلاثاء الموافق ١٧ تموز ٢٠٠١ يوم خاص لشهداء الانتفاضة وانتفاضة الاقصى والقدس والاستقلال والعودة ليكون يوم تكريس وتعزيز للوحدة الوطنية ولأستمرار الانتفاضة والمقاومة.

عاشت انتفاضة شعبنا المباركة
المجد والخلود لشهدائنا الابرار
الشفاء للجرحى البواسل والحرية للاسرى الابطال
وانها لانتفاضة مستمرة حتى النصر

القوى الوطنية والاسلامية
٢٠٠١/٧/٧

2