# EXHIBIT A.195

PLAINTIFF'S EXHIBIT 195



**Humat Al-Areen**

| Published by the Al-Areen Institute for Studies, Research, and the Arts | Slogan: Al-Areen Institute for Studies, Research, and the Arts | Documentation - Politics - Culture |
|---|---|---|

Issue 80 of 2001

Image

| White are our deeds ... Green are our pastures ... | The Arab League | Black is our reality ... Red is our past! |
|---|---|---|

The Arab nation will not die ... and in its name I defy you, oh Demise!!

- His Excellency the President and the Amman summit and its results
- Sabra and Shatila repeated in the homeland...
- Series of siege and genocide against our people...
- Studies, research, issues, and opinions
- Areas and prospects in Psychology
- For dignity, the Promised Land, the oath, and loyalty!

[SHATSKY-006976] [P 1: 3000]
Gilmore 00288TSpecial issue

| Humat Al-Areen<br>Documentation - Politics - Culture<br>Published by the Al-Areen Institute<br>for Studies, Research, and the Arts<br>Issue 80 - March 2001<br>Gaza Port - Omar Mukhtar Street -<br>Telefax 2825009 || Editor-in-Chief<br>and General Supervisor<br>Colonel Fakhri Abu<br>Al-Fawakhir<br>Director General of<br>Political Guidance<br>and General Inspection<br>for Presidential Security<br>Force 17 |
|---|---|---|
| Contents | Page | Advisory Board<br>– Dr. Nazmi Barakeh<br>– Dr. Abdulrahman<br>Almuzayyan<br>– Advisor: Naim Barakat<br>– Advisor: Kamel Abu Duff |
| Letter from Al-Areen | 2-3 | |
| Editorial | 4-7 | |
| The Political Position | 8-9 | |
| News of the Presidency – Daily News Digest | 10-23 | Editorial Director<br>Fr. Manuel Musallam<br>General Secretary<br>Sheikh Husni Ziyara |
| Concluding Statement of the Amman Arab Summit | 24-26 | |
| Activities of Presidential Security Force 17 | 27-29 | Editorial Staff<br>- Azhar Mashlah<br>- Itidal Al-Far'<br>- Ghada Abu Sharkh |
| Political Terms | 30-31 | |
| Activities of Presidential Security Force 17 | 32-41 | |
| Processions of Martyrs | 42-43 | |
| Commemorating Dignity and Land [Day] | 44-47 | |
| Studies and Research | 48-50 | |
| Sharon's 100-Day Plan | 51-52 | |
| Monitoring the Octopus of Settlement | 53-55 | |
| Salute to the Ministry of Health | 56-57 | |
| Salute to Mother's Day | 58 | |
| This Edition's Break | 59 | |
| Until we meet again | 60 | |

| This Edition's Words of Wisdom<br>We wanted it peaceful Complete and just<br>For the coming generations As a strategic choice<br>You wanted it fire ... Are you burning, Fire? | Typesetting and Computer<br>Ziyad Saleh / Itidal Al-Far'<br>Layout: Alaa Hassouneh<br>Follow-up: Al-Aff Al-Minawi |
|---|---|

All remaining topics in the next issue

[SHATSKY-006976] [P 1: 3001]
Gilmore 00289T

## On Mother's Day, the prisoner Amina Muna presents a bouquet to Palestine

\* On international Mother's Day, our Mother's Day in Palestine has a different flavor:

Our mothers stand at the forefront of the highest ranks of new Palestinian glory ... And the Palestinian era renewed in our blood shall have... belonging... and loyalty... and commitment...

It has been said that the mother that rocks the cradle with her right hand ... Rocks the world with her left ...

From the Land of Palestine, we say to our mothers:

"The mother that ululates in her sons' martyrdom procession will ululate at the eternal gates of Heaven."

For every Palestinian mother... For every wife of a martyr... For every sister of a prisoner... For every Palestinian nurse... Who has knocked on the gates of Glory... and History...



– The occupation court has indicted the prisoner Amina Muna:

An indictment has been submitted to the occupying military court in Beit El against the university student Amina from Bir Nabala on the suspicion of causing the death of the settler Ophir Rachum around two months ago. Israeli radio reported the occupying military's allegations that Amina Muna lured the settler Ophir Rachum from Ashkelon to the Ramallah area where

her accomplices from Fatah fired on him and killed him, according to Israeli allegations. The so-called "Military Prosecution" requested that the Court extend the detention of the student Ms. Muna on the pretext of completing the legal proceedings against her.

The gift of handcuffs ... And the sound of anklets

On international Mother's Day ... We offer the Palestinian mother Basme a present from the lips of Palestinian prisoner Amina Muna and handcuffs – bracelets – decorate her wrists and the whole of the country ... It is the distance between handcuffs and locks ... It is the gloom being cast off ... of the happy dawn of the State and its Capital the holy city of Jerusalem



Humat Al-Areen 58 [SHATSKY-006978] [P 1: 3002]
Gilmore 00290T

My Arab brother – they are planning [illegible] the first Qibla, the Third after the Two Holy Mosques and build the Third Temple on the ruins of your religion and your world!

My brother... The oppressors have gone too far! Jerusalem is in danger!



Marwani Mosque – new stairs – the Al-Aqsa Mosque – newly paved – the Islamic Museum – Al-Ka's Fountain – the Golden Gate (closed) – the Dome of the Chain – Tower Steps – Lions' Gate – the Dome of the Rock – Chain Gate – the Dome of the Prophet – the Gate of Forgiveness – the Gate of the Bath – the Gate of the Cotton Merchants – the Dark Gate – the Iron Gate – Gate of the Watchmen – Ghawanima Gate – Aladdin Street – Muslim Quarter – Chain Gate Quarter – Temple Tunnel [TN: Western Wall Tunnels] Path – Rabbinical Court – Wilson's Arch – Western (Wailing) Wall 58 m – Moroccans' Gate – Robinson's Arch – Moroccans' Gate – Archaeological Excavations – the Double Gate (closed) – Triple Gate (closed) – Single Gate (closed) – Silwan Garden

75 m – Length of the wall along Herodian Street excavations

Israeli reading of the Noble Sanctuary of Jerusalem [TN: the Temple Mount]

From the newspaper Haaretz

We seek to inform the Arab reader of Israeli beliefs and positions and of the political goals which they dream of...

[SHATSKY-006979] [P 1: 3003]
Gilmore 00291T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF TIMOTHY FRIESE

Timothy Friese hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3000-3003.

2. I am a professional translator with a Bachelor of Arts in Linguistics from the University of Chicago and a Masters of Arts in Teaching Arabic as a Foreign Language form the University of Michigan. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 3000-3003.

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Timothy Friese
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY FRIESE





عدد خاص ومميز

# مجلة حماة العرين

وثائقية – سياسية – ثقافية

تصدر عن مؤسسة العرين للدراسات والأبحاث والفنون

العدد " 80 " _ مارس 2001 م

المقر : الميتام – شارع عمر المختار – تليفاكس 2825009

**رئيس التحرير والمشرف العام**
العقيد / فتوى أبو القواز
مدير عام التنوير السياسي والتعبئة العام
القوائد أمن الرئاسة الـ 17

## الهيئة الاستشارية

* د. لطفي بـــــركة
* د. عبــــد الرحمن المزين
* المستشار : نعيم بركات
* المستشار : كامل أبو دف

## مدير التحرير
الأب / مانويل مسلم

## السكرتير العام
الشيخ / حسني زيارة

## أسرة التحرير
* أزهار المشلح
* إعتدال الفرع
* غادة أبو شرخ

الصف والكمبيوتر
زياد صالح / اعتدال الفرع
التصميم : علاء حســـونة
المتابعة : العف – الميناوي

| الموضوع | رقم الصفحة |
|---|---|
| افتتاحية العدد | 2-3 |
| الافتتاحية | 4-7 |
| الموقف السياسي | 8-9 |
| الأخبار الرئاسية وحصاد الأيام | 10-23 |
| المجمع الثاني للغة العربية / عنان | 24-26 |
| نشاطات أمن الرئاسة الـ 17 | 27-29 |
| مصطلحات سياسية | 30-31 |
| نشاطات أمن الرئاسة الـ 17 | 32-41 |
| كتاب الشهداء | 42-43 |
| يوم الكرامة والأرض | 44-47 |
| دراسات وأبحاث | 48-50 |
| المعركة يوم الشوروبية | 51-52 |
| قصة الخطيب الاستعطافي | 53-55 |
| خبر من وزارة الصحة | 56-57 |
| عالم الترفيه عدد الأم | 58 |
| الأخبار | 59 |
| الفن | 60 |

حكمة العدد

...

جميع المواضيع المتبقية في " العدد القادم "

# في عيد الأم تهدي الأسيرة آمنة منى باقة لفلسطين



* في عيد الأم العالمي تختلف أعياد أمهاتنا في فلسطين طعماً ولوناً ورائحة :-

وتتقدم أمهاتنا فوق كل سؤدد وعلاء للمجد الفلسطيني الجديد .. ولنزمن الفلسطيني المتجدد في دمائنا انتماءً ... وولاءً ... والتزاماً ...

فقد قيل سابقاً أن الأم التي تهز السرير بيمينها .. تهز العالم بيسارها ...

ونحن نقول من أرض فلسطين لأمهاتنا :-

" إن الأم التي تزغرد في موكب الشهادة لأبنائها ستزغرد على أبواب الجنة للخالدين "

إلى كل أم فلسطينية ... إلى كل زوجة شهيد ... إلى كل أخت أسير ... إلى كل ضمّادة للجراح الفلسطينية ...

ألف تحية وإجلال وإكبار في عيد الأم ... الأم الفلسطينية ... التي دقت أبواب المجد ... والتاريخ ...

* محكمة الاحتلال توجه لائحة اتهام للأسيرة آمنة منى :-

قدمت إلى المحكمة العسكرية الاحتلالية في "بيت إيل" لائحة اتهام بحق الشابة الجامعية آمنة منى من بير نبالا بدعوى الاشتباه فيها بالتسبب بموت المستوطن اوفير رحوم قبل نحو شهرين وذكرت إذاعة إسرائيل نقلاً عن مزاعم عسكرية احتلالية ان آمنة منى استدرجت المستوطن اوفير رحوم من عسقلان الى منطقة رام الله حيث قتله شركاء لها من اعضاء تنظيم فتح باطلاق الرصاص عليه حسب الادعاءات الإسرائيلية ، وطلبت ما يسمى بالنيابة العسكرية من المحكمة تمديد فترة اعتقال الطالبة منى بحجة الانتهاء من الإجراءات القانونية ضدها .

### هدية الأغلال ... ورئة الفتاة

في عيد الأم العالمي ... نقدم هدية للأم الفلسطينية بسمة على شفاه الأسيرة آمنة منى والأغلال ... أساور ... تزين معصم اليدين ومسافة الدولة ... هي المسافة الفاصلة بين الأغلال والأثقال ... اته إنسلاخ الدجى ... عن بسمة الفجر للدولة وعاصمتها القدس الشريف



حماة العرين 58

