# EXHIBIT A.196

# PLACEHOLDER FOR EXHIBIT 196

## SEE ENCLOSED DVD

Translation from Hebrew subtitles (not from Arabic)

|  | [Caption]<br><br>Telephone Interview with<br><br>Marwan Barghouti<br><br>General Secretary of Fatah in the West Bank<br><br>Date: October 18, 2001<br><br>Source: Al-Jazeera Television |
|---|---|
| Interviewer: | In response to that, might we expect an escalation on your part? |
| Marwan Barghouti: | Undoubtedly, our struggling people, standing up against a failing Israeli aggression, which has not been capable of providing security to Israelis |
| MB: | for a year, will oppose with all its courage and its strength, while maintaining national unity, (and will react) to these crimes. |
| MB: | Without a doubt, the reaction to the martyrdom of the leaders and fighters, will not be late in coming. |
|  | [Caption]<br><br>Telephone Interview with<br><br>Marwan Barghouti<br><br>General Secretary of Fatah in the West Bank<br><br>Date: October 18, 2001<br><br>Source: Abu Dhabi Television |
| MB: | The right of the Palestinian people, all its wings, without exception, to react to the cowardly assassination policy, |
| MB: | which was carried out and which still continues against Palestinian operatives and commanders of all ranks. |
| MB: | The Palestinian people is defending itself, and will continue to do so. At the same time, the rulers in Tel Aviv should know that our people will not permit |

1

Translation from Hebrew subtitles (not from Arabic)

| MB: | its operatives and leadership to be turned into a target, while they are safe. |
|---|---|
|  | [Caption]<br><br>Interview with<br><br>Marwan Barghouti<br><br>General Secretary of Fatah in the West Bank<br><br>while participating in the symbolic funeral for suicide terrorist Wafa Idris<br><br>Date: January 31, 2002<br><br>Source: Watan Television (Ramallah) |
| MB: | In my opinion, the Fatah movement has not changed its strategy. This is a clear strategy based primarily on continuation of the struggle |
| MB: | against the Israeli occupation, which bears full responsibility for the Zionist terror policy going on against our people, |
| MB: | in many and varied unending ways. |
|  | [Caption]<br><br>Telephone Interview with<br><br>Marwan Barghouti<br><br>General Secretary of Fatah in the West Bank<br><br>Date: March 5, 2002<br><br>Source: ANN Television |
| MB: | First allow me to express our deep sorrow over the martyrdom of the heroic commander, Mohanad Abu Halawah, |
| MB: | and his comrades, Fawzi and Amar. So far not all the details of the incident have been clarified, but our people is bidding farewell to a leader and founder of the al-Aqsa Martyrs Brigades, |
| MB: | one of the knights of Force 17 and the Fatah movement, one of the outstanding |

2

Translation from Hebrew subtitles (not from Arabic)

| | |
|---|---|
| | fighters who carried out acts of bravery that shook |
| MB: | the Israeli army and the Israeli settlers. This is a cowardly, treacherous action, to which will react |
| MB: | the al-Aqsa Martyrs Brigades, who are loyal to the blood of our people. |
| | [Caption]<br><br>Telephone Interview with<br><br>Marwan Barghouti<br><br>General Secretary of Fatah in the West Bank<br><br>Date: March 31, 2002<br><br>Source: Palestinian Television |
| MB: | We say that our message is clear: If your tanks are able to lay siege to the Chairman, Yassir Arafat, |
| MB: | and to carry out aggression against Chairman Yassir Arafat, who stands firm and fights, who is a role model, a leader and a fighter, from whom our people draw |
| MB: | the strength, the resilience, the power and the will, if your tanks were able to break through to the Muqata and the office of Chairman Arafat, then our heroes |
| MB: | have succeeded in breaking through to the Israeli cities, and to strike blow after blow. We say again: You will not feel secure, anywhere, as long as our people |
| MB: | does not enjoy freedom, [the right of] return, and independence. |
| MB: | If your tanks penetrate the streets of our cities, then our heroes will penetrate the streets of your cities, and you will not enjoy peace and security, |
| MB: | unless our people enjoys freedom, [the right of] return, and independence. |
| | Pictures taking responsibility for the shooting attack in Jerusalem<br><br>Source: Abu Dhabi<br><br>Date January 23, 2002 |

3

Translation from Hebrew subtitles (not from Arabic)

| Reporter: | The al-Aqsa [Martyrs] Brigades announced today that one of their operatives, named Sa'id Ibrahim Ramadan, carried out the terrorist attack |
|---|---|
| Reporter: | in response to the assassination of Ra'ad Karmi, one of their leaders, and as revenge for the killing of members of the Izz A-Din al-Qasam Brigades, |
| Reporter: | who fell in the Israeli action in Nablus yesterday morning. |
| | Pictures taking responsibility for the terrorist attack in Hadera<br><br>Source: Channel 2<br><br>Date January 18, 2002 |
| | [Caption] From the videotape distributed by the Tanzim |
| Reporter: | … in which can be seen the terrorist Abed Hasunah, aged 26, from the Nablus region. The Tanzim organization announced that the terrorist attack was carried out in revenge for the assassination of Ra'ad Karmi. |
| | [Russian television broadcast, no subtitles] |

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P1: 3034.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P1: 3034.

_____
Rina Ne'eman

ss.: New Jersey

On the 28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704