# EXHIBIT A.198


PLAINTIFF'S
EXHIBIT
198

Gilmore 00183 T
SHATSKY - 006878
P 1: 3036

# Al Shuhada' *[The Martyrs]*

Monthly Bulletin Published by Political Guidance
for the Border-Region Forces

**Face to Face, Taking Difference
Into Account**

[Photographic image of a civilian and uniformed peace

officer standing head-to-head]

Gilmore 00183 T
SHATSKY - 006878
P 1: 3036

Gilmore 00184 T
SHATSKY - 006879
P 1: 3037

Al Shuhada' *[The Martyrs]*

Monthly bulletin published by Political Guidance for the Border-Region Forces

**Editor-in-Chief:  Ahmad Ibrahim Halas, Political Commissioner for the Border-Region Forces**

**Production and Coordination: Captain Ra'id Miqdad**

**Editorial Board:**
**Major Muhammad Jarada**
**Captain Muhammad Abu Hajras**
**First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

[*Copy of Cover Photo image*]

Read in this Volume

**Study**

Summary of the History of Palestine

continued from what was published in the previous Volume

P. 26

The Jewish Peril
Protocols of the Learned Elders of Zion
continued from what was published in the previous Volume

24

First Responders

Asphyxia, Loss of Consciousness, and Pain

29

[*Image of bowl containing fish and vegetables*]

Healing with Nutrition and Herbs

34
The basics of vegetables and fruits

**[Al Shuhada', Vol. 41, p. 2-4]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00185 T
SHATSKY - 006880
P 1: 3038

[Graphic of a banner;
text content is illegible]

# They Are Asking You . . . About Terrorism

by Ahmad Ibrahim Halas

What is terrorism?  And who are the terrorists?!!
[This is] a question that has been circulating these days, and that I feel it is my duty to force myself to answer, out of a real desire to distinguish between truth and falsehood, and [in order to] end the confusion and mix-up between terrorism[, on the one hand,] and resistance in the cause of recovering stolen rights and ending the oppression that is the mark of occupation[, on the other].

And so terrorism . . . is any action that violates the law, encroaches on the rights of others, and attempts to control, or to impose a fait accompli, by force.

And terrorists are those who undertake these actions without mercy, morals or conscience.

Terrorism, in all its forms, is action against humanity, and contrary to nature.  It transgresses and offends the law of brotherhood, tolerance, and

empathy among humans.  And this is exactly what occupation, in all of its various forms, does.  Occupation is terrorism by the

Gilmore 00185 T<br>
SHATSKY - 006880<br>
P 1: 3038<br>
(continued)

force of weapons, and an illegitimate control that an unjust power asserts over a weaker people or group.  This is what Israel [has been] practicing today, and for over 50 years, against our Palestinian people.  It is a picture of practices by oppressive powers, over the course of eras, against vanquished peoples.

As for those who resist this terrorism, they are the strugglers, and they are the fighters who are sacrificing their spirits and their possessions in order to end the oppression that is befalling them.  There is a great difference between them and those who engage in illegal activities with the intention of acquiring private gains for an individual or group, and whose methods for this are killing, bloodshed, the weaving of conspiracies, and aggression against those who are peaceful.   Their *[the latter's]* terrorism is the kind we call individual or group terrorism, whereas the terrorism of occupation is systematic terrorism that the occupier-state cultivates and embraces. Because matters are upside-down in our era, due to the lack of power parity and the control of Zionist propaganda over the media, etc., the term "terrorism" has been applied to individuals, including our people, who are fighting in the cause of freedom.  Regimes have continued with this labeling, such that they have started applying this term to every action that inconveniences the power that is ruling and controlling the fates of the peoples who have been afflicted by it *[the ruling power]*.

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001**
**[P.] 2**

Gilmore 00186 T
SHATSKY - 006881
P 1: 3039

And so when a writer sets out to expose the truth, he is [deemed] a terrorist; and the fighter who bears a weapon in order to repel the oppression befalling himself and his family is [deemed] a terrorist; and the ordinary person who raises his voice in the face of oppression, exploitation, and domination is [deemed] a terrorist.

Until people cease to be described by these epithets that open them to pursuit and punishment, they have to remain silent forever, and they cannot object to what the tyrants and wielders of authority are doing. They can only bow down submissively, and bow down in praise of their rulers. Weak, occupied peoples have to remain silent, while [seeming] to deem the occupation to be an agent of development and modernization. [Just] so that no one can attribute terrorism to them, they *[the occupied peoples]* have to welcome the occupiers who are killing their children who rebel in the cause of everyone [being able to] live in peace and harmony.

It is ironic that the U.S. and Israel are announcing that they are against terrorism, and enlisting the whole world into combating it. I don't know what remains, beyond subjugation and oppression, that they *[the U.S. and Israel]* have not [already] committed against the peoples of the land, one and all!! It is similarly ironic that we find promoters of this philosophy among the rulers of Arabs and Muslims, and that we find drummers and pipers, people with distorted voices and faces, U.S. intelligence agents, and castle tyrants, who have been drafted into supporting the U.S. against terrorism, and who declare their desire to combat this trend and its sponsors, and to annihilate them *[ sponsors of terrorism]*.

What a deception this is!! And the most offensive [aspect] of all this is that we find some of the [leaders of the] vanquished, whom unjust American force has crushed and stripped of everything, even their dignity, declaring that they are against terrorism, and that they shall place all of their capabilities at the disposal of the first nation of justice in history, the United States, in the cause of combating terrorism, [seeking], in this way, to win the approval of the greatest nation *[the U.S.]*, and to guarantee that they shall remain in the hearts of their [own] peoples, and continue their control over the sustenance of these powerless peoples.

This dirty alliance between unjust powers and patron-opportunists is, in itself, terrorism, as well.  The loathsome image is completed when Israel enters into an international alliance to

Gilmore 00186 T
SHATSKY - 006881
P 1: 3039
(continued)

combat terrorism at the same time as it is killing our people, demolishing our houses, and destroying our lives, while calling those who resist it *[Israel]* terrorists.  You find, in this hypocritical realm, those who concur with it *[Israel]* in its claim that the Intifada is a terrorist action, and even [in its claims] that peace [should] prevail, along with love and brotherhood, and that the Intifada **must** end.  As for the settlers, the barricades of the occupation, the killing of the fighters, the demolition of houses, the destruction of farms, and the blockade, all this is not included within their understanding of the definition of terrorism, and [for those who concur with Israel], it merely [constitutes] preservation of law and order.  Whatever oppression there is, and whatever cowardice and depravity may come to them, those in our Arab community who today line up behind America, and those who have spent the splendor of their lives not uttering a single word against the presence of the Israeli occupation of our land, or [against] the savage conduct against our people,

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001 [P.] 3**

Gilmore 00187 T
SHATSKY - 006822
P 1: 3040

are declaring, we find today, their affiliation with the American-Zionist military camp that professes its combating of terrorism. Their *[pro-American Arabs']* anger is being suppressed because of it *[Israeli oppression]*, and because of its *[Israeli oppression's]* control and despotism, which is embodied in a state that practices it *[oppression]* systematically.

Yes, terrorism is a dishonorable activity, and those who practice it are criminals, according to Islamic law, [secular] law, and custom, but what about the occupation?!! What about the usurpation of authority by military force? What about the subjugation of peoples to the will of a single magnate?! What about sucking the blood of the people, and plundering the resources of communities?! What about exploiting all the capabilities of the universe to serve plans for American domination, globalization, and hegemony?!!

[These are] questions that need to be answered . . . and so can those who are rallying today to oppose terrorism, and who are offering up their air[space], their military bases, their land, their water, their wealth, and even their sons, in order to combat it *[terrorism]* . . . can they answer these questions?!!

We are therefore entitled to ask, and to demand an answer, because we are just Arabs.

*[An English-language news clipping from an unidentified source, preceded by the caption "Witness to the Falsity of the American Media," appears next as an inset to this article. It is followed by an Arabic translation (**back-translated here**) of the clipping]*

Witness to the Falsity of the American Media

## CNN Misuse of Palestinian reaction to attack on US

The scenes of Palestinian street celebrations that CNN quickly broadcast as celebrating the attack on the World Trade Center in the US are actually old images of Palestinians celebrating the invasion of Kuwait in 1991.

A professor at the State University of Campinas, Brazil, has a video recording of those scenes from the 1991 Gulf War. He sent electronic messages denouncing this fraud to CNN, and to Brazil's biggest TV network O'Globo, as well as to the daily press, according to Milka Rindzinski of the Mennonite Center in Montivideo, Uruquay.

The professor denounced what he classified as 'a crime

Gilmore 00187 T
SHATSKY - 006822
P 1: 3040
(continued)

**CNN's Abuse With Regard to Palestinian Reaction to the Attack on the U.S.:**

It has been established that the scenes that CNN quickly broadcasted of celebration on the Palestinian street over the attack to which the World Trade Center in the U.S. was subjected, were  actually an old image of Palestinians celebrating the invasion of Kuwait in '91, according to Malikar Danidzinski *[sic]* of the Mennonite Center in Montevideo, Uruguay.  A professor at Caminas *[sic]* University in Brazil owns a video recording of these scenes from the Gulf War of '91, and the latter *[the professor]* sent e-mails revealing this fraud to the CNN channel, to the largest television corporation in Brazil, O Flobo *[sic]*, and to daily newspapers.  In so doing, the professor uncovered what he considered to be a crime against public opinion.

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001**
**[P.] 4**
**[Al Shuhada', Vol. 41, p. 7-9]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00188 T
SHATSKY - 006883
P 1: 3041

[Graphic of a banner; text content is illegible]

## The Intifada Shall Go On. . . 'Till Jerusalem

by Ahmad Ibrahim Halas

A year has passed since the launch of the blessed Al Aqsa Intifada - - a year of martyrdom, heroism, and defiance, and a year of Palestinian pride in confronting the occupation in an escalating mode, and with sacrifice. Its result has been more than 670 martyrs and several thousands of wounded. Our will has not been broken, as the Zionist had wished; rather, firmness has increased, and our people's and leadership's defiance and vigor have increased in the face of Zionist arrogance. From the beginning, the people's resolve has been [for] an Intifada 'till Jerusalem and establishment of an independent state.

The price has been enormous, and we are still paying it on the first day of the second year of the life of our Intifada. We have proffered seven martyrs, and tens of wounded, and whenever a hero of our people has died a martyr, he has advanced us forward, pressing us to have faith in God and in our right to a free and decent life. The goal before us is clear, and our road  - - though it may be booby-trapped with Zionist conspiracies surrounded by hollow Arab slogans, summit conferences that discredit stances and results, and official Arab interference - - the beginning and end of the road have become clear  in relation to us: We shall walk along it until its inevitable end,

[which is] an independent, sovereign state with noble Jerusalem as its
capital.

Gilmore 00188 T
**SHATSKY - 006883**
**P 1: 3041**
**(continued)**

We have made considerable headway, and have gotten through battles
in which we have seen the greats of the Palestinian struggle.  They are
becoming martyrs as a sacrifice for the Palestinian dream, and in compliance
with the call of Al Aqsa.  We are still advancing, and we are on this long
journey, which constitutes the longest revolution in modern history.

We bend, in veneration and admiration, to the spirits of the great
martyrs of our people, who [number] in the thousands, and we remember
their sacrifices.  We grow in [our] faith, and our firm intentions are
freshening.  Our perseverance towards achieving what they have martyred
themselves for strengthens, and we seize the banner, leader after leader,
and we preserve Palestine in eyes and hearts, while [also] occupying minds,
through successive waves of self-sacrificing thrusting towards a homeland,
towards martyrdom, and towards immortality.  The Al Aqsa Intifada is
bringing about a new wave that shall continue until definitive victory, if God
so chooses, and it has resulted not merely in stirring up the rigid political
situation that Zionist governments favored after Madrid.  The Palestinian
people have adopted their resolve, after  becoming weary of promises,
political maneuvers, and un-implemented agreements, and while seeing the
illegal appropriation of their land, and the construction of settlements on it,
during the peace phase that did not realize, for them, what they had been
striving for in the way of attaining the rights that so-called international law
had established [for them], [and] which conformed to the Madrid Conference
of 11 years ago that was convened on the basis of U.N. resolutions.  Israel
exploited that phase of relative peace to leap for

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001**
**[P.] 7**

Gilmore 00189 T
**SHATSKY - 006884**
**P 1: 3042**

more gains on the ground, and it increased the number of settlements at the expense of our occupied territory, and fragmented our homeland with convoluted roads and roadblocks.   Our cities and villages became geographically and humanly isolated, and the zeal of Zionist plotting increased.   The storming, by Sharon and his troops, of the courtyard of Al Aqsa Mosque, was a clear provocation of the feelings of our people and of our Arab and Islamic community, and a desecration of our sacrosanct holy places.  Our people found themselves face to face with the necessity of adopting its resolve to defy.  With this resolve, thousands of our people in Jerusalem defied the butcher Sharon, and forced him to leave the area of Al Aqsa Mosque with their holy stones, and with incessant strikes.  The heroic martyrdom operations continued into the Zionist core, and confrontations on every foot of the homeland were synchronized with an immediate response from our people, inside the homeland that was occupied in the year 1948. Thirteen young men of our people were martyred on day one, and the enemy was taught a lesson that it shall not forget.  It *[the enemy]* realized that its security cannot come at the expense of our people, and that the souls of its soldiers and settlers shall not be in a safe place so long as our people are tasting death every day, and are besieged, and are fighting for a morsel of their lives.

The Zionist leaders found out that death shall not be the only lot of our people, and that the lie of peace by which the world has been deceived shall not come to pass through the muzzles of the guns of their soldiers, or under the tracks of their tanks and bulldozers.  [Peace shall come] only through acknowledgement and unequivocal establishment of our rights, the

withdrawal of occupation forces and settlers, and the ending of the state of military and economic blockade imposed upon our people.  They *[Zionist leaders]* understood that before them is a people who does not need death, but who has no fear of it *[death]* so long as it comes in the cause of freedom and dignity, [and who] is prepared to sacrifice its souls in the cause of its homeland.  [The Zionist leaders understood] that if they resume dealings with the overpowered Arab governments who possess no resolve, and try only to keep them *[Arab governments]* in the seats of power, then today, they face a people who is advancing in **its** leadership - - a leadership that leads [its] people in sacrifice and self-sacrifice, for numerous leading administrative officials, and political and military leaders, have been martyred.  They *[Palestinian leaders]* are

Gilmore 00189 T
**SHATSKY - 006884**
**P 1: 3042**
**(continued)**

on the battleground of the struggle, and at the forefront of the popular march towards nationalist goals.  The Palestinian heroism that has amazed the world has become manifest, and from the profundity of the surgeon, and from the blaze of the confrontations, the nationalist leaderships stand out, and they are advancing, with their masses, to a clash with the enemy.

Once upon a time, there was no such thing as conspiracies, government overthrows, or [other] such things that the U.S. intelligence mounts, with its take-over[s] of the reins of power in countries that have, unfortunately, become American protectorates that raise the Arab flag illegitimately.  Thus has appeared the great coward, who holds no sway over the Zionist except in the surrendering of our rights because we shall not *[i.e., refuse to]* retreat, conclude a truce, or bargain, as we are absorbed in a holy war of national liberation that the world recognizes as being against an occupation representative of the worst and most loathsome species of terrorism,   practiced by a U.N. member-state that is the only country in the world that still occupies, with its armies, the homeland of another people.

The terrorism that enlists the world, by various means, to wage war against it *[the homeland of another people]*, and that assembles everyone, including Arabs who have suffered and who are still suffering from the cruelty of Zionist and American terrorism, to join forces with it against it *[the homeland of another people]* - - this terrorism, in its most loathsome form, is the occupation and subjugation of the people.  For this reason, we today wage war in an advancing position; we wage war with the occupation;  and we wage war with the Zionist state's terrorism against our people, continuing in our Intifada.

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001 [P.] 8**

Gilmore 00190 T
**SHATSKY – 006885**
**P 1: 3043**

This international plotting, programmed by a Bush administration that stands side-by-side with the Zionist and forces the world to do whatever it wants, does not deter us from achieving our goals.  Some may retreat from their public stances out of greed and fear, and Arab rulers may slacken in fulfilling their duty towards their communities and holy places in order to preserve approval by the U.S., their benefactor and the preserver of their footholds, on a day when thrones are shaky and hearts are in throats, because they *[slackening Arab rulers]* have believed that it *[the U.S.]* is their deterrent against the anger of the masses who would definitely dispatch them to the trash heaps of history.  As for our great people, they shall achieve what they desire in spite of the Zionist, with faith in God, truth, and the national unity manifest in its *[national unity's]* most magnificent images as their weapon. [This shall happen] on a day when believers rejoice in the victory of God, and

on a day when our brave youths, and our finest, raise the flags of Palestine over the walls of Jerusalem, which we shall enter, if God so chooses, as conquerors, just as 'Umar Ibn Al-Khuttab and Saladin did.  For what is victory, if not the patience of an hour?  God is with those who are patient and those who wage holy war.

Glory and eternity to our righteous martyrs.  Happy new year, our people, and happy new year, our Intifada, which shall advance from victory to victory, 'till the victory of freedom, and 'till Jerusalem.

> *[Image of a banner  being hoisted by two hands]*

Gilmore 00190 T
SHATSKY – 006885
P 1: 3043
(continued)

### **Congratulations**

Brigadier General Khalid Sultan, Commander of the Border-Region Forces, the Political Commissioners of the Forces, and all the commands, officers, noncommissioned officers, and troops offer congratulations to each of the following Brother Officers:

Lieutenant Colonel Muhammad Jarada

Staff Major Bassam Diyab

Staff Major Haytham Diyab

First Lieutenant Fawwaz Halas

on their attainment of new promotions.  Here's to the [even] greater award of progressing together and jointly 'till Jerusalem, under the leadership of the President and symbol Yasser 'Arafat.

**[P.] 9**
**[Al Shuhada', Vol. 41, p. 13-14]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

P 1: 3044

# Opinion

by Muhammad Abu Hajras
Political Commissioner for the Second Border
Battalion

---

Is it true that the U.S. has not found out who committed the explosions?  Or does it prefer not to find out?  Americans have [been able] to reach the moon, and scientific progress in the U.S. has reached an amazing, even terrifying, level, between the hydrogen bomb and spy satellites that are able to monitor every movement on the ground, and its *[the U.S.'s]* electronic devices that can create images of the internal tissues of the brain and what these brains are thinking.  Or has it *[the U.S.]* posited a preconceived truth, wishing to put that into effect?  Truth requires more than one answer; and the answer requires more than one question, and [some] tracing back to the party who has the real underlying interest in these explosions.  This impels us to throw out several questions, in a single format, [about] who the party is with the interest in:

- Focusing the whole world's attention, [both] "East and West," on the explosions in New    York
- Lodging the accusation of terrorism against anyone who is Arab or Muslim, and striking        at the alliance that is in the process of being formed [among] Syria, Iraq, Iran,        Pakistan, and Afghanistan
- Obstructing the U.S. role and paralyzing its machinery in [relation to] the Middle East        problem, and causing the failure of any initiative that it *[the U.S.]* may launch to end the        current situation

Gilmore 00191 T
SHATSKY - 006886
P 1: 3044
(continued)

- Striking at the Palestinian people and exploiting the advantageous opportunity afforded        by the absence of worldwide media, and the

International Peace Conference sponsor's    preoccupation with what is going on (The International Federation)
-    Convincing the Israeli people that explosions and suicide operations [occur] not only in    Israel, but also in countries much stronger than Israel
-    [Getting the U.S. to] cooperate exclusively with Israel on intelligence matters, on    grounds that the Arab states are all terrorist states who should not be given any U.S.    assistance
-    Striking at the Palestinian Intifada on grounds that it is an aspect of international    terrorism, and not a legal right [inherent] in resistance against occupation
-    Jewish capitalism in the U.S. benefiting from this disaster through participation in the    rebuilding of what has been destroyed

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001 [P.] 13**

Gilmore 00192 T
SHATSKY - 006887
P 1: 3045

-    Greater circulation for newspapers, magazines, and periodicals.  We all know that most media institutions in the U.S. belong to the Jews, and as the proverb states, "What are misfortunes to some, are advantages to others."
-    The future benefit of all the information that the CIA is obtaining about terrorism, and of        full cooperation with Mossad and Shin Bet towards striking at Arab interests in the future, under the slogan of international cooperation against terrorism

Along with [all] that, there are embarrassing matters with which a person may not be [well] acquainted, and which [may] harm him, the more they are spoken about. Should he remain silent? [Should he] face these, or [instead,] ignore these? The informed person ignores, and avoids thinking about these [matters], like someone who averts his face from his wound out of pity for himself over the pain resulting from that disgraceful duplicity, which, in the life of many Arab nations, has overtaken the leadership, peoples, cultural institutions, and Arab intelligentsia, producing in them a sickness of political hypocrisy and ideological bankruptcy in which they want and don't want, they cry and laugh, and they state openly in their speeches that they are with the vanquished Arabs and Muslims led by the Palestinian Intifada, while at the same time stating publicly that they are with the U.S. alliance against terrorism. I know of no terrorism greater than the terrorism of Israel, the state that engages in it against the Palestinian people through daily practices that it institutes against the people, its institutions, and its authority, such as the demolition of houses, uprooting of trees, and destruction of the infrastructure and of its *[the Palestinian people's]* police stations. The American people sadden them *[the Palestinians]*, with all their might and the strength of their economy, and so they *[the Palestinians]* have competed [with Americans affected by the 9/11 explosions] in crying, and have [also] strewn flowers. They *[Americans]* would not have saddened them *[Palestinians]* if only they *[Americans]* had given a glance to the [Palestinian] people, who have started to lose the simplest basics of life.

Arabs have competed over a war they have nothing to do with, and Palestine, and its people and holy places, are being subjected daily to the most loathsome kinds of subjugation, humiliation, and destruction. Is it possible that daily death is turning in to a familiar routine for

**Gilmore 00192 T**
**SHATSKY - 006887**
**P 1: 3045**
**(continued)**

Arabs? Is it possible that this destruction, and this humiliation at crossing points, is becoming something usual for the Arab intelligentsia?

When many of our Palestinian people - - children, women, and elders - - have been martyred, and thousands wounded, and many arrested, those with Parisian neckties and jackets adorned with water of gold, and their children, whom they have been teaching, since childhood, to bow to the West and to the U.S., have not rushed to place roses and garlands of laurels at Palestinian Embassies.

For the flowers go to the U.S.,  while we have the repression and the police dogs who chomp at the flesh of the faithful sons of the community, [those] bearers of Arab anguish who are demanding freedom for Palestine and its daring people.

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001**
**[P.] 14**

**[Al Shuhada', Vol. 41, p. 24-28]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00193 T
SHATSKY - 006888
P 1: 3046

# The Jewish Peril
## Protocols of the Learned Elders of Zion
### [(] continuation of [materials] published in prior Volume [)]

**"We Jews are the masters of the world, and [also] its corrupters, its instigators of civil strife, and its executioners."  (Dr. Oscar Levy)**

**V – Sections of the Book and its Title (1):**

In his Introduction, from which we have quoted here, Professor Nilus has observed that the sections of these documents "do not always flow in logical sequence." We may add, to his observation, that their subject areas overlap, and that their writer has not handled each of these [subject areas] separately, in one or more protocol. He *[their writer]* has not put something else in its *[a topic's]* appropriate place, but, rather, has distributed some of these [topics] randomly across various locations, sometimes to more closely related [locations], and at other times, to inappropriate [locations].

I have not found, in the fifth English edition that I have translated here, sequential numbering of the protocols, except for numbers in the Table of Contents that indicate where they *[the protocols]* begin, within the body of the book. [Entries] that [are supposed to] point to the location of the start of one of the protocols in the [book's] body are, at times, devoid of a controlling [page] range; at other times, they are filled in with three asterisks (* * *). Alternatively, they [display] no gap or fill-in, but instead indicate it *[the location of the start of a protocol]* [simply] by resumption of discussion, on a new topic.

Gilmore 00193 T
SHATSKY - 006888
P 1: 3046
(continued)

I also do not find a title for every protocol that would indicate its topic or topics, and we suppose – – though supposition is not a substitute for truth – – that the English translator, consistent with the custom of his people, was preserving the divisions that he found

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001**

**[P.] 24**

Gilmore 00194 T
SHATSKY - 006889
P 1: 3047

in the Russian text from which he quoted, which was a text from the second Russian edition, of 1925, whose first translator and publisher in the world was Professor Nilus.   The "Britons *[a publishing house]*" moreover, indicated this *[preservation of divisions]* in their Introduction to the fifth English edition, from which we are quoting, as well.

The documents of this book of ours have two titles, the older of which is "Protocols" of the Learned Elders of Zion.  This is the most famous title by which the documents are known, in all languages, and they are almost unknown by any other [title], even in the English language, which has added to it another less famous title.

The one who coined this older, most famous title of the documents was the Russian Professor Sergei Nilus, their first publisher in the world, as his Introduction to the second Russian edition, which we have translated here, indicates.  [Also] indicating this are other statements by those who have taken an interest in studying the Protocols and their history, and in critiquing or defending them.  Some of these statements come from Professor Nilus, as well.

This title is "controversial," as our scholarly research forebears used to say, in their [work to] determine the hidden meanings of the expressions and

concepts, so that these would not be confused in [people's] minds.  The meaning of "protocol" has been hidden, for some translators, and so the truth of the documents and their system has escaped their understanding, and they have brought some readers and students down with them, in this error.  The explanation for this is that  the word "protocol" sometimes means "session minutes," and so when Professor Nilus named these documents "protocols," some translators believed that a faction of great Zionist leaders at the 33rd degree of the Jewish freemason society - - as the documents subscribe - - continued through several sessions, and after discussion, agreed, as a result of these [sessions], to several resolutions, including these documents, such that it was correct for them *[the documents]* to be called "protocols,"

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001 [P.] 25**

Gilmore 00195 T
SHATSKY - 006890
P 1: 3048

as Nilus called these, with much license.  Hence, some of them *[erroneous translators]* translated their *[the documents']* title [in terms] indicative of this.  Arabic translations for [the title] of these [documents] include the word[s] "resolutions" and "decrees."

But things were not as these translators, and those who followed them in this error, understood them to be, since there is not the slightest indication, in the documents, [to support] that [erroneous understanding]; and in a close reading of them *[the documents]* there is nothing that would support any such [understanding].  Instead, what is supported is what Professor Nilus grasped from these [documents], and what he referenced unequivocally in his Introduction, which stated, "We cannot ignore the indication that their title is not completely consistent with their contents, for they *[the contents]* are not, strictly speaking, minutes of meetings.  Rather, they are a report that an influential person set forth, with a distribution of sections that do not flow in logical sequence.  They *[the sections]* prompt us to sense that it *[the report]* is a portion

of a more momentous and more significant work, the beginning of which has been lost; and that the original *[full set]* of these aforementioned documents would have been clearly self-explanatory, for us."

It appears to us that Professor Nilus was correct in this view, for the documents are not minutes of meetings, as would be indicated by the word "protocols," which he chose as their name, and which appellation readers then greatly attacked, in error. Rather, the documents are a long lecture that some high-status leader delivered to a group of well-informed and influential Jews, so that they would become familiar with its contents as a report, and as a prophecy in which they *[Jews]* are afterwards given preference, until the Israeli kingdom rules the whole world. It appears that the lecture was delivered in more than one session, as indicated in the opening of the tenth protocol, which begins as follows, "Today, I shall begin by repeating what was mentioned previously. . .", and [as also indicated in] the opening of the twentieth protocol, in which he *[the lecturer]* stated, "I shall talk, today, about our financial program,

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4th Year – September 2001 [P.] 26**

Gilmore 00196 T
SHATSKY - 006891
P 1: 3049

which I left for the end of my report, because it is the most difficult of the issues"..

If we consider this, then it becomes possible for us to believe that the documents are a lecture delivered in three sessions: The first nine protocols were delivered during the first of these [sessions], and the five concluding protocols (20 through 24), which mostly expounded on the current program, summarized some of what had preceded, and then elucidated the ruling order in the anticipated internationalistic state, were delivered during the third session.

I observed this in my first readings of the documents, and when I wanted to translate these [protocols], I hesitated at length over translation of the word "protocols." I consulted dictionaries, my many readings, and my philologies of our language, about this, and also consulted many of our pioneers of thought and translation, and I was not happy with any translated word of which I was told [in these sources]. [I had] before me many words, such as "resolutions," "decrees," "minutes," "session minutes," and the like, but I passed on all of them, and stuck with the original word, as translated into Arabic *[the Arabic cognate for "protocols"];*

and many uses of it *[the Arabic cognate for "protocols"]* in our midst, in political discussions by the [media] organs, and on the pages of newspapers and magazines, have [since] cheered me.

My dilemma in translating [the term] "learned elders," which means knowledgeable elderly men, was easier, and I translated it as "elders" when the titles needed to be shortened. I published the first of the documents in Al Risala magazine under the title "Protocols of the Elders of Zion," and then I published these [documents] in their entirety, in the magazine Minbar Al Sharq, after the former [publication] ceased publishing (1) *[apparent footnote; footnote text not available for this translation].*

But I [eventually] passed on the word "elders," which I had chosen initially, and on the word "sages," which a translator at the magazine Rawz Al Yusuf had selected, when he indicated that our government had stumbled upon a copy of this book, despite the fact that

---

**[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (41) – 4ᵗʰ Year – September 2001**
**[P.] 27**

Gilmore 00197 T
SHATSKY - 006892
P 1: 3050

we had completed publication of the documents in their entirely, in <u>Minbar Al Sharq</u>.  I passed on the word "shaykh," which one of our great authors had chosen and used constantly in his articles and radio talks, in his attacks on "world Zionism;" and I favored the term "learned elders" because it is a more faithful semantic indicator than is the word "sages," is more tangible than the words "elders" and "shaykh," and is the first [term] not to comingle the terminology we use to refer to our revered Muslim scholars with [terms used for] the clerics of other religions.

This title "Protocols of the Learned Elders of Zion" is the one that has dominated, as a translation of the title of the documents, after we printed these in book form; and its *[this title's]* reputation has flourished among Arab readers, especially politicians, literati, and thinkers, to the point at which one of the advertising and publishing agencies selected it as the title for these documents, when it printed them.  After it claimed that it had translated these from an original French [version], and took whole paragraphs, verbatim, from start to finish, [including] even typographical errors, from our translation, our title became the title on its book jacket, after the zealous and attentive agency forgot that it had placed another title, "Protocol*[singular]* of the Learned Elders of Zion," in the interior of the book.

As for the second title of the documents - - which is less famous than the first - - it is "The Jewish Peril," coined by Professor Victor Marsden, correspondent for the London newspaper The Morning Post.  He is the individual who translated the documents from Russian into English, and he added this title to their first title, and he placed it *[the second title]* ahead of it *[the first title]*, in his printing.  He wrote it *[the second title]* in larger letters, so as to increase its emphasis, and we have followed suit in our Arab translation of it, not merely for the sake of integrity in transfer of meaning, but also because the book is, in our estimation, worthy of the new title, as well.

- To be continued in the next Volume

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3036-3050.

2.  I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3036-3050.

Dated: March 3, 2014

LUCILLE KAPLAN





# الشهداء

نشرة شهرية تصدر عن
التوجيه السياسي للقوات الحدودية

## رئيس التحرير
احمد إبراهيم حلس
المفوض السياسي لقوات المناطق الحدودية

## اعداد وتنسيق
نقيب / رائد مقداد

## اسرة التحرير
رائد/ محمد جرادة
نقيب/ محمد أبو هجرس
ملازم أول/ عاطف القطاطي
مصور/ عبدالحكيم القدرة

## اقرأ في هذا العدد

دراسة
موجز تاريخ فلسطين

تابع ما نشر في العدد السابق
ص ٢٢

الخطر اليهودي
بروتوكولات حكام صهيون
تابع ما نشر في العدد السابق
٢٤

الإسعافات الأولية
الاختناق
فقدان الوعي والألم
٢٩

الشفاء بالغذاء والنبات ٣٤
فوائد الخضار والفواكه



**بسلوك ... عن الإرهاب**

بقلم : احمد إبراهيم حلس

**الأوين هم الإرهابيون !!؟**

هذا الاستفسار من واجبي أن أقحم نفسي في الإجابة عليه ، من واقع الرغبة في التفوق
بالأدلة الليس والخلط بين الإرهاب والمقاومة من أجل نيل الحقوق المسلوبة
التي هي بسمة الاحتلال .

فهو عمل خارج على القانون ، والاعتداء على حقوق الغير ومحاولة السيطرة ،
غير الواقع ، بالقوة .

لأن من تلك الذين يقومون بهذه الأعمال ، مجردين من الرحمة والأخلاق والضمير .
ويشكل الاشكال ، عمل ضد الإنسانية ، ومخالف للطبيعة ، وتجاوز وتجني على قـانون
السماء والتعاطف بين البشر ، وهذا بالضبط ما يقوم به الاحتلال في كل شــكل مــن
الاحتلال الرهاب بقوة السلاح ، وسيطرة غير مشروعة ، تقوم بها قوة غاشمة علــى
حباجة اضعف منها ، وهذا ما تمارسه إســرائيل اليــوم ضــد شــعبنا الفلســطيني ،
من جنيس عاما ، وهو صورة من ممارسات القــوى الظالمــة عبـر العصــور ،
الثروات المنهوبة .

فأقيمون هذا الإرهاب فهم المناضلون ، وهم المرابطون الذيــن يضحــون بأرواحهــم ،
من أجل إزالة الظلم الواقع عليهم ، وهناك فرق كبير بينهم وبين أولئك الذين يقومون بأعمـال
خارج القانون بهدف الحصول على مكاسب خاصة لفرد أو جماعة ، وسيلتهم إلـى ذلـك
هتك الدماء ، ونسج المؤامرات ، والاعتداء على الآمنين ، وإرهابهم هذا مــن النــوع
المتبع لأفراد أو جماعات ، أما إرهاب الاحتلال فهو الإرهاب المنظم الذي ترعــاه
الدولة المنظمة ، ولأن الأمور مقلوبة في عصرنا ، بسبب عدم تكافؤ القوى ، وســيطرة
الصهيونية على الإعلام ، وغيره ، فقد أطلق لفظ الإرهاب على المناضلين مــن أجـل
قضيتهم شعبنا ، واستمرأت الأنظمة هذه التسمية ، فأخذت تطلق هذا اللفظ على كل عمـل
تهدف إلى نزع القوة الحاكمة ، والمسيطرة على مقدرات الشعوب التي ابتليت بها .



فالكاتب عندما يتصدى لإظهار الحقيقة فهو إرهابي ، والمناضل الذي يحمل السلاح لتحرير الأر...
الواقع على نفسه وأهله فهو إرهابي ، والشخص البسيط الذي يرفع صوته ضد ...
والاستغلال ، والسيطرة فهو إرهابي .

وحتى يسلم الناس من أن يوصفوا بهذه الصفات التي يستحقون عليها الملاحقة والعقاب ...
أن يصمتوا وإلى الأبد ، وعليهم ألا يعترضوا على ما يمارسه الطغاة ، وأصحاب المال ...
عليهم إلا أن يسجدوا خضوعاً ، ويسبحوا بحمد حكامهم ، وعلى الشعوب الضعيفة المغ...
تصمت معتبرة الاحتلال عامل تطوير وتحديث ، وأن ترحب بالمحتلين الذين يمنحون الذ...
المشاغبين ليعيش الكل في سلام ووئام ، فلا ينعتهم أحد بالإرهاب
ومن سخرية القدر أن أمريكا وإسرائيل تعلنان أنهما ضد الإرهاب ، وتجدان العالم كله محار...
، ولا أدري ماذا تبقى بعد من قهر وظلم لم تمارسه ضد شعوب الأرض قاطبة ..
ومن سخرية القدر كذلك أن نجد مروجين لهذه الفلسفة بين حكام العرب والمسلمين ، ورؤ...
الطبالين والزمارين ، وأصحاب الأصوات والوجوه الممسوخة وعملاء المخابرات الأمريكية ..
وطغاة القصور وقد تجندوا لمساندة أمريكا ضد الإرهاب ، ويعلنون عن رغبتهم في محاربة ه...
التيار ، وأصحابه والقضاء عليهم .

أية مغالطة هذه !!؟ والأشنع من ذلك كله أن نجد بعض المقهورين الذين سحقتهم القوة الأمريك...
الغاشمة ، وسلبتهم كل شيء حتى كرامتهم ، نجدهم يعلنون أنهم ضد الإرهاب ، وينضمون بكل...
إمكانياتهم تحت تصرف دولة العدالة الأولى في التاريخ الولايات المتحدة لمحاربة الإرهاب...
هكذا ، لكسب رضى الدولة العظمى ، ولضمان بقائهم على صدور شعوبهم ، واستمر...
سيطرتهم على قوت هذه الشعوب المغلوبة على أمرها .

هذا التحالف القذر بين القوى الغاشمة وبين الانتهازيين العملاء هو إرهاب في حد ذاته لجميع...
وتكتمل الصورة البشعة حين تدخل إسرائيل في تحالف دولي لمحاربة الإرهاب في الوقت الذي...
تقتل فيه شعبنا وتهدم بيوتنا ، وتدمر حياتنا ، وتسمى من يتصدون لها إرهابيين ، وتجد في هـ...
العالم المنافق من يجاريها في ادعائها بأن الانتفاضة عمل إرهابي ، وحتى يتم السلام ، والمح...
والإخاء ، فلابد من إنهاء الانتفاضة . أما المستوطنات وحواجز الاحتلال ، وقتل المناض...
وهدم البيوت ، وتدمير المزارع ، والحصار ، فكل هذا لا يدخل في عرفهم تحت تعريف...
الإرهاب ، وإنما محافظة على النظام والقانون . فأي ظلم هذا ، وأي جبن وذلة وصمت لهؤ...
هؤلاء الذين يصطفون اليوم وراء أمريكا من أمتنا العربية ، وهم الذين أمضوا سني أعمارهم لا...
ينطقون كلمة واحدة ضد وجود الاحتلال الإسرائيلي لأرضنا . وممارسة الوحشية ضد شع...



ونجدهم اليوم يعلنون انضمامهم إلى المعسكر الأمريكي الصهيوني الذي يدعي محاربته للإرهاب
وهم من المكبوته أنفاسهم بفعله ، وبسبب سيطرته وجبروته المتمثل في دولة تمارسها بشكل منظم .

نعم _ الإرهاب عمل شائن ، ومن يمارسونه مجرمون بحكم الشريعة والقانون والعرف ، ولكن
_ ماذا عن الاحتلال ؟!! ماذا عن اغتصاب الحكم بالقوة العسكرية ؟ ماذا عن إخضاع الشــعوب
لإرادة القطب الواحد ؟! وماذا عن امتصاص دماء الناس ونهب خيرات الأمم ؟! ومــــاذا عــن
تسخير كل مقدرات الكون لخدمة مشاريع السيطرة والعولمة ، والهيمنة الأمريكية ؟!!

أسئلة تحتاج إلى إجابة ، فهل يستطيع المحتشدون اليوم لمناهضة الإرهاب ، ويقدمون أجواءهم ،
وقواعدهم العسكرية وأرضهم ومياههم ، وأموالهم ، وحتى أبناءهم لمحاربته _ هل يســتطيعون
الإجابة على هذه الأسئلة ؟!!

هذا إذا كان من حقنا أن نسأل وأن نطلب الإجابة لأننا مجرد عرب .

## شاهد على زيف الإعلام الأمريكي .

# CNN misuse of Palestinian reaction to attack on US

THE scenes of Palestinian street celebrations that CNN quickly broadcast as celebrating the attack on the World Trade Center in the US are actually old images of Palestinians celebrating the invasion of Kuwait in 1991.

A professor at the State University of Campinas, Brazil, has a video recording of those scenes from the 1991 Gulf War. He sent electronic messages denouncing this fraud to CNN, and to Brazil's biggest TV network O'Globo, as well as to the daily press, according to Milka Rindzinski of the Mennonite Center in Montivideo, Uruguay.

The professor denounced what he classified as 'a crime against public opinion.'

تعسف أل C.N.N إزاء رد الفعل الفلسطيني على الهجوم ضد الولايات المتحدة
ثبت أن المشاهد التي بثتها أل C.N.N بسرعة عن احتفال الشارع الفلسطيني بالهجوم الذي
تعرض له مركز التجارة العالمي في أمريكا هي في الواقع صورة قديمة لفلسطينيين وهم
يحتفلون باجتياح الكويت عام ٩١ وفقاً لما نقل عن مليكار دنيذ زنسكي عن مركز مينوفني في
مونت فيديو في الأورجواي فإن برفيسورا في جامعة كامناس بالبرازيل يملك تسجيل فيديو
عن هذه المشاهد عن حرب الخليج عام ٩١ وأرسل هذا الأخير رسائل الكترونية كاشفة هذه
الحيلة لقناة أل C.N.N واكبر شركة تلفزيون في البرازيل اوغلوبو والصحف اليومية وبهذا
كشف البروفيسور ما اعتبره بالجريمة ضد الرأي العام .

# وتستمر الانتفاضة .. حتى القدس

بقلم / أحمد إبراهيم حلس



عام مضى ، على انطلاقة انتفاضة الأقصى المباركة ، عام من الشهادة والبطولة والتحدي ، عام من الشموخ الفلسطيني في مواجهة الاحتلال ، بوتيرة متصاعدة وتصعيدية كان نتيجتها أكثر من ستمائة وسبعين شهيداً ، وآلافا عدة من الجرحى ، ولم تنكسر إرادتنا ، كما أراد الصهاينة ، بل ازدادت صلابة ، وازداد شعبنا وقيادتنا ، تحدياً ، وعنفوانـاً في وجـه الغطرسـة الصهيونية ، وكـان قـرار الشعب منذ البداية ، انتفاضة حتى القدس وقيام الدولة المستقلة .

لقد كان الثمن باهظاً ، ومـا زلنا نقدمه ، في اليوم الأول من العام الثاني من عمـر انتفاضتنا ، قدمنا سبعة مـن الشهداء ، وعشـرات الجرحى ، وكلما استشهد بطل من شعبنا ، تقدمنا إلـى الأمام ، يدفعنا الإيمان بـالله وبحقنا في الحيـاة الحـرة الكريمة ، والهدف أمامنـا واضح وطريقنا وإن كـان

ملغومـة بـالمؤامرات الصهيونية ، تحيـط بهـا الشعارات العربية الجوفاء ، ومؤتمرات القمة المخزية المواقف والنتـائج ، والتخاذل الرسمي العربي ، فإن هذه الطريق أصبحـت واضحة البداية ، والنهايـة بالنسبة إلينا ، نمشيها حتى نهايتها التي لا محيد عنها ، دولة مستقلة ذات سيادة وعاصمتها القدس الشريف ، وقد قطعنا شوطاً لا بأس به ، ومررنا بمواقع رأينا فيهـا عمالقة النضال الفلسطيني ، وهم يستشهدون فداء للحلم الفلسطيني ، وتلبيـة لنـداء الأقصى ، وما زلنا نتقـدم ، ونحن في هـذه المسيرة الطويلة التي تشكل أطـول ثورة في التاريخ الحديث ، نحنـي إجـلالاً وإكبـاراً لأرواح الشهداء العظماء من شعبنا ، وهـم بـالآلاف ، ونتذكر تضحياتهم ، فـنزداد إيماناً وتشتـد عزائمنـا ، ويقوى إصرارنا علـى أن نحقق ما استشهدوا من أجله ، ونتلقف الراية قائداً إثـر

قائد ، ونحفظ فلسطين فـي العيون والقلـوب ، ومـلء العقـول ، عبـر موجـات متلاحقة من التدافع الفدائـي نحو الوطن ، نحو الشهادة ، نحو الخلود ، وتأتي انتفاضة الأقصى موجة جديدة نستمر حتى النصر الأكيد بـإذن الله ، ولم تأت لمجـرد تحريـك الوضع السياسـي الجامد الذي أرادتـه الحكومـات الصهيونية بعد مدريد ، فقد اتخذ الشـعب الفلسطيني قراره ، بعد أن سئم الوعود ، والمناورات السياسـية ، والاتفاقيات التي لا تنفذ وهي يرى أرضه يتم اغتصابهـا ، وبناء مستوطنات عليها فـي ظل مرحلة السلام التي لـم تحقق له ما كان يصبر إلـى من الحصول على حقوقه التي أقرتهـا مـا تسمـى لمؤتمر مدريد قبل أحد عشر عاماً ، والذي عقـد علـى أساس مقـررات الأمـم المتحدة حيث اعترف إسرائيل بمرحلة السـهودى النسبي تلـك للقفـز علـى

P 1: 3041

(ح)

الموت كل يوم ، ويحاصر ،
ويحارب في لقمة عيشـه ،
وعرف القادة الصهاينة أن
الموت لن يكون من نصيب
شعبنا وحده ، وإن أكذوبة
السلام التي خدعـوا بـها
العالم لن تمر مـن خـلال
فوهات بنادق جنودهم ، ولا
من تحت جنازير دباباتـهم
وجرافاتـهم ، وإنمــا
بـالاعتراف والإقـرار
الصريح بحقوقنـا ،
وانسحاب قوات الاحتـلال
والمستوطنين ، وإنهاء حالة
الحصـار العسـكري
والاقتصادي المفروضـة
على شـعبنا وفـهموا أن
أمامهم شعباً لا يحب الموت
ولكن لا يهابه ما دام مـن
أجل الحريـة والكرامـة ،
ومستعد للتضحية بـالأرواح
من أجل وطنه ، وإذا كـان
هؤلاء الصهاينة قد تعـودوا
على التعامل مع حكومـات
عربية مهزومـة لا تملـك
قرارها ، ولا تسعى إلا إلى
بقائها على كراسي الحكـم
فإنهم اليوم أمام شعب يتقـدم
بقيادته ، تلك القيادة التـي
تتقدم الشعب في التضحيـة
والفداء ، فاستشهد العديد من
الكوادر المتقدمـة والقـادة
السياسيين والعسكريين وهم
في معترك النضـال وقـي
مقدمة الزحف الجماهيـري
نحو الأهـداف الوطنيـة ،
حيـث تتجلى البطولـة
الفلسطينية التـي أدهشـت
العالم فمن عمق الجراح ومن

لهيب المواجـهات تـبرز
القيادات الوطنية وتتقدم مـع
جماهيرها للصدام مع العدو
، ولم نكن في يوم من الأيام
صنيعـة مؤامـرات أو
انقلابات أو كتلـك التـي
تنصبـها المخـابرات
الأمريكية وتسـلمها أزمـة
الأمور في بلاد أصبحـت
للأسف محميات أمريكيـة ،
ترفع أعلاماً عربية تجـاوزاً
، وهكذا ظهـر الفـاروق
الكبير ، ولا يملك الصهاينة
إلا التسليم بحقوقنا لأننا لـن
نتراجع ولن نهان ، ولـن
نساوم لأننا نخوض حـرب
تحرير وطنـي
مقدسة يعترف بـها العالـم
ضد الاحتلال الـذي يمثل
أسوأ وأبشع ألوان الإرهاب
الذي تمارسه دولة عضـو
في الأمم المتحـدة وهـي
الدولة الوحيدة فـي العالـم
التـي مـازالت تحتـل
بجيوشها وطن شعب آخـر
فالإرهاب الذي يتجدد العالم
لمحاربته ، ويتنادى الجميع
للتضامـن ضـده ومنـهم
العرب الذين عانوا ومازالوا
يعانون من قسوة الإرهـاب
الصـهيوني، والأمريكـي
بطرق مختلفـة ، هـذا
الإرهاب في أبشع صـوره
هو الاحتلال وقهر الشعوب
، وإذا فنحن اليوم نحـارب
في الموقع المتقدم ، نحارب
الاحتلال ، نحارب إرهـاب
الدولة الصهيونية ضد شعبنا
، مستمرين في انتفاضتنا لا

(٢)

يثنينا عن تحقيق أهدافنا هذا التآمر الدولي المبرمج من قبل إدارة بوش التي تقف إلى جانب الصهاينة وترغم العالم على ما تريد ، فيتراجع البعض عن مواقفهم المعلنة طمعاً وخوفاً ، ويتخاذل الحكام العرب عن القيام بواجبهم تجاههم أمتهم ومقدساتهم ، حفاظاً على رضى أمريكا ولى نعمتهم ومثبت أقدامهم يوم

تهتز العروش وتبلغ القلوب الحناجر ظناً منهم أنها ، مانعتهم من غضبة الجماهير التي سترسلهم لا محالة إلى مزابل التاريخ أما شعبنا العظيم ، فسوف يحقق ما يريد رغم أنف الصهاينة ، سلاحه الإيمان بالله والحق والوحدة الوطنية التي تتجلى في أروع صورها ، يوم يفرح المؤمنون بنصر الله ، يوم يرفع أشبالنا وزهراتنا

أعلام فلسطين ط القدس التي ... الله فاتحين كما... وما النصر... ساعة ، والشهـ... والمجاهدين... المجد والخلـ... الأبرار ، وكل... تخبرنا... وانتفاضتنا تتقـ... إلى نصر على... حتى القدس .



---

## تهنئة

العميد/ خالد سلطان قائد قوات المناطق الحدودية والمفوضين السياسيين للقوات وكافة القيادات والضباط وصف الضباط والجنود يتقدمون بأحر لكل من الأخوة الضباط وهم :-

مقدم/ محمد جرادة

رائد ركن / بسام دياب

رائد ركن / هيثم دياب

ملازم أول/ فواز حلس

لحصولهم على ترقيات جديدة فإلى المزيد من العطاء والتقدم ومعاً وبيـ

حتى القدس بقيادة الرئيس الرمز ياسر عرفات .



P 1: 3043



③

# رأي

بقلم : محمد أبو هجرس

المفوض السياسي للكتيبة الثانية الكذا

هل صحيح أن أمريكا لم تصل إلى من قاموا بالتفجيرات ؟ أم هي لا تريد أن تصل إليهم ؟ وصل الأمريكيون إلى القمر وبلغ التقدم العلمي في أمريكا حداً مذهلاً بل مرعباً بيـن القنا الهيدروجينية والأقمار الصناعية التجسسية والتي تستطيع مراقبة كـل حركة علـى الأرض وأجهزتها اللالكترونية التي تستطيع تصوير أنسجة الدماغ الداخلية وما تفكر فيه هذه الأدمغة أم هي وضعت حقيقة مسبقة وتريد تنفيذها ؟ إن الحقيقة تتطلب اكثر من جواب والجواب يتطلب اكثر من سؤال أو عودة إلى صاحب المصلحة الحقيقية من وراء هذه التفجيرات ؟ وهذا يجعلنا نطرح عدة أسئلة بصيغة واحدة من هو صاحب المصلحة في :

- تركيز أنظار العالم جميعاً " شرق وغرب " إلى التفجيرات بنيويورك .

- إلصاق تهمة الإرهاب بكل من هو عربي ومسلم وضرب حلف قيـد الإنشـاء ( سـوريا العراق ـ إيران ـ باكستان ـ أفغانستان ) .

- تعطيل الدور الأمريكي وشل آليته في مشكلة الشرق الأوسط وإفشال أي مبادرة قد تطالب بها لإنهاء الوضع القائم .

- ضرب الشعب الفلسطيني واستغلال الفرصة السانحة في ظل غياب الإعلام العالمي وانشغال راعي المؤتمر الدولي للسلام بما يجري ( التحالف الدولي ) .

- إقناع الشعب الإسرائيلي بأن التفجيرات والعمليات الانتحارية ليست في إسرائيل بل في دول أقوى بكثير من إسرائيل .

- التعاون مع إسرائيل استخبارياً فقط لأن الدول العربية جميعها دول إرهابيـة ولا يجـوز إعطاؤها أية مساعدة أمريكية .

- ضرب الانتفاضة الفلسطينية على أنها جزء من الإرهاب الدولي وليس حقاً مشـروعاً فـي مقاومة الاحتلال .

- استفادة رأس المال اليهودي في الولايات المتحدة من هذه المحنة حين المساهمة في إعــادة أعمار ما تم تدميره .

P 1: 3044



أوسع أكبر للجرائد والمجلات والدوريات وكلنا يعرف أن معظم دور الإعلام في أمريكـا للمؤيد وكما يقول المثل : مصائب قوم عند قوم فوائد .

الاستفادة المستقبلية من كل المعلومات التي تصل إليها الـ C.I.A. عن الإرهاب والتعـاون التام مع الموساد والشاباك لضرب المصالح العربية في المستقبل تحت شعار التعاون الدولي ضد الإرهاب .

وفي ذلك ثمة أمور مغزية لا يدري المرء معها ما الذي يؤلمه أكثر التحدث عنها أم صمـت من يعالجها أم يتجاهلها ؟ تجاهل العارف ويتجنب التفكير بها كمن يشـيح بوجهـه عـن شيء إشفاق على نفسه من الألم الناتج عن تلك الازدواجية المشينة التي أصبحت في حيـاة الكثير من الدول العربية قيادة وشعوب ومؤسسات ثقافية ومثقفين عرب تجلى فيهم مـرض الفناء السياسي والإفلاس الفكري في أنهم يريدون ولا يريدون ، يبكون ويضحكون ، يعلنون عن خطاباتهم أنهم مع المقهورين من العرب والمسلمين وعلـى رأس هـؤلاء الانتفاضـة الفلسطينية وفي نفس الوقت يعلنون أنهم مع التحالف الأمريكي ضد الإرهاب ولا أعـرف أي نوع أكثر من إرهاب الدولة التي تمارسه إسرائيل على الشعب الفلسـطيني مـن خـلال الممارسات اليومية التي تقوم بها ضد الشعب ومؤسساته وسلاته من هدم بيـوت واقتـلاع أشجار وتدمير للبنية التحتية ولمقار شرطته ، أحزنهم الشعب الأمريكي بكل جبروته وقـوة أبنائه ، فبكانوا على البكاء ونثروا الزهور ولم يحزنهم ولو للحظة الشعب الذي أصبح يفقد أبسط مقومات العيش .

أي حرب على حرب ليس لهم فيها ناقة ولا جمل وفلسطين وشعبها ومقدساتها تتعرض يومياً لشتى أنواع القهر والإذلال والتدمير هل يمكن أن يتحول الموت اليومي إلى روتين مـألوف للعرب ؟ هل يمكن أن يصبح هذا الدمار وهذا الإذلال على المعابر إلى شيء عادي لـدى مثقفي العرب ؟

استشهد الكثير من أبناء الشعب الفلسطيني أطفالاً ونساء وشيوخ وجرح الآلاف واعتقـل المئات بينما أصحاب ربطات العنق الباريسية والمشالح المرصعة بماء الذهـب وأطفالـهم يموتون من الصغر كيف الخنوع للغرب ولأمريكا إلى وضع الورود وأكاليل الغـار فـي تابوت فلسطين .

كل الزهور ولا القمع والكلاب البوليسية تنهش لحوم المخلصين من أبناء الأمة الحـاملين عبء المطالبين بالحرية لفلسطين وشعبها المغوار .

P 1: 3045



④

# الخطر اليهودي

## بروتوكولات حكماء صهيون

### تابع ما نشر في العدد السابق

(( نحن اليهود لسنا الا سادة العالم ومفسديه ، ومحرّكي
من فيه وجلّاديه )) ٠٠
( الدكتور أوسكار ليڤى )

٧ ـ اقسام الكتاب وعنوانه (١) :

لاحظ الأستاذ نيلوس فى مقدمته التى نقلناها عنه هنا أن
أقسام هذه الوثائق « ليست مطردة اطراداً منطقيا على الدوام »
وزيد على ملاحظته ، أن موضوعاتها متداخلة ، فلم يتناول
كاتبها كل موضوع منها على حدة فى بروتوكول أو أكثر ، ولم
يضعه موضعه المناسب، بل انه وزع بعضها اعتسافا فى مواضع
تبدو لأدنى ملابسة حينا ولغير مناسبة حينا آخر ٠

ولم أجد فى الطبعة الانجليزية الخامسة التى ترجمتها هنا
قسما مسلسلا للبروتوكولات الا أرقاما فى الفهرس تشير الى
بدايتها فى متن الكتاب ، وكل ما يدل على موضع البداية
لبروتوكول منها فى المتن انما هو فراغ بمقدار سطر حينا أو فاصل
ثلاثة نجوم ( ٭٭٭ ) حينا ، أولا فراغ ولا فاصل وان دل
على استئناف الكلام فى موضوع جديد ٠٠

كما لم أجد عنوانا لكل بروتوكول يدل على موضوعه أو
موضوعاته ، وظن ـ والظن لا يغنى من الحق ـ أن المترجم
الانجليزى كان كمادة القوم محافظا على التقسيم الذى وجده

P 1: 3046



في النسخة الروسية التي نقل عنها ، وهي نسخة من الطبعة
الروسية الثانية سنة ١٩٠٥ ، كان مترجمها وناشرها الأول
العالمي هو الأستاذ نيلوس كما أشار الى ذلك « البريطان » في
مقدمتهم للطبعة الانجليزية الخامسة التي نقلناها هنا أيضاً .

ولوثائق كتابنا هذا عنوانان أقدمهما هو « بروتوكولات
حكماء صهيون    Brotocols of Learned Elders of zion
وهـذا هو العنوان الأشـهر الذى عرفت به الوثائق فى جميع
اللغات ، وتكاد لا تعرف بغيره حتى فى اللغة الانجليزية التي
أضافت اليه عنوانا آخر أقل شهرة ٠

وواضع هذا العنوان الأقدم الأشهر للوثائق هو الأستاذ
الروسى سرجى نيلوس أول ناشر لها فى العالم ، كما تدل على
ذلك مقدمته لطبعتها الروسية الثانية التي ترجمناها هنا ، وعلى
ذلك تدل أقوال أخرى لمن اهتمـوا بدراسة البروتوكولات
وتاريخها ونقدها أو الدفاع عنها ، وبعض هذه الأقوال للأستاذ
نيلوس أيضاً ٠٠

وهذا العنوان « فيه نظر » كما كان يلفظ أسلافنا من العلماء
المحققين فى تحديدهم لمعانى الألفاظ أو الآراء الغامضة حتى
لا تختلط على الأذهان ٠ فقد غمض معنى « بروتوكول » على
بعض المترجمين فأخطأوا فهم حقيقة الوثائق ونظامها ، وأوقعوا
معهم بعض القراء والدارسين فى هذا الخطأ ٠ وبيان ذلك أن
كلمة « بروتوكول » تعنى أحيانا « محضر جلسة » فلما سمى
الأستاذ نيلوس هـذه الوثائق « بروتوكولات » ظن بعض
المترجمين أن ثلاثة بين كبار زعماء الصهيونية فى الدرجة الثالثة
والثلاثين فى جماعة الماسونية اليهودية ـ كما وقعت الوثائق ـ
قد اثمروا فى عدة جلسات ، وبعد المناقشة اتفقوا خلالها على
عدة قرارات منها هذه الوثائق ، فصح أن تسمى «برتوكولات»

( ٦٩ )

كما ساها نيلوس مع التجوز الكثير ٠ ومن هنا ترجم بعضهم
عنوانها بما يدل على ذلك ، ومن تراجمها فى العربيــة كلمــة
« قرارات » و « مقررات » ٠

وليس الأمر كما فهم هؤلاء المترجمون ومن تبعهم فى هذا
الخطأ ٠ اذ ليس فى الوثائق أدنى اشارة الى ذلك ، ولا فى قراءتها
الفاحصة ما يوحى الى الوعى شيئا منه ، بل يوحى هذا بما وعى
منها الأستاذ نيلوس وذكره صراحة فى مقدمته اذ قال : « نحن
لا نستطيع أو نفل الاشارة الى أن عنوانها لا ينطبق تماما
على محتوياتها ، فهى ليست على وجه التحديد مضابط جلسات
بل هى تقرير وضـــه شـخص ذو    minutes of meetings
نفوذ ، وقسمة أقساما ليست مطردة اطرادا منطقيا على الدوام ،
وهى تحملنا على الاحساس بأنه جزء من عمل أخطر وأهم بدايته
مفقودة ٠ وان كان أصل هذه الوثائق السالف ذكرها لـيعبر منا
بوضوح عن نفسه » ٠

ويبدو لنا أن الأستاذ نيلوس مصيب فى هذا الرأى فالوثائق
ليست مضابط جلسات كما تدل عليها كلمة « بروتوكولات »
التى اختارها اسما لها فأوقع بتسميته كثيرا من القراء فى الخطأ٠
ولكن الوثائق محاضرة طويلة ألقاها زعيم موقر المكانة على جماعة
من ذوى الرأى والنفوذ بين اليهود ليستأنسوا بمضامينها تقريرا
تنبؤا فيما هم مقدمون عليه بعد ، حتى تقوم مملكة اسرائيلية
تتسلط على كل العالم ، ويظهر أن المحاضرة قد ألقيت فى أكثر
من جلسة كما تدل فاتحة البروتوكول العاشر الذى يبدأ هكذا
« اليوم ســأشرع فى تكرار ماذكر من قبـل ٠٠ » ، وفاتحــة
بروتوكول العشرين ، اذ قال « سأتكلم اليوم فى برنأمجنا المالى



الذى تركته الى نهاية تقريرى لأنه أشد المسائل عسرا )

وإذا اعتبرنا هذا أمكننا الظن بأن الوثائق محاضرة ألقيت فى
ثلاث جلسات : ألقيت فى أولاها البروتوكولات التسعة الأولى
وألقيت فى الجلسة الثالثة البروتوكولات الخمسة الخيرة
( ٢٠ ــ ٢٤ ) التى بسط فى معظمها البرنامج الحالى ، وتلخص
بعض ما سبقه ، ثم وضح نظم الحكم فى الدولة العالمية المنتظرة .

وقد لاحظت ذلك فى قراءاتى الأولى للوثائق ، فلما أردت
ترجمتها حرت طويلا فى ترجمة كلمة « بروتوكولات » ، بحثت
عنها المعاجم ومطالعاتى الكثيرة وفتشى بلغتنا ، كما سألت كثيرا
من رواد الفكر والترجمة عندنا ، فلم أسترح الى كلمة مما
سمعت فى ترجمتها ، وكانت أمامى كلمات كثيرة مثل «وزارات»
و « مقررات » و « محاضر » و « مضابط جلسات » ونحوها ،
فعدلت عنها جميعا وأبقيت على أصل الكلمة معربة وآنسنى بها
كثرة استعمالها بيننا فى المداولات السياسية على الألسنة
وصفحات الجرائد والمجلات .

وكانت حيرتى أيسر فى ترجمة Learned Elders التى تعنى
العارفين من أكابر السن ، فترجمها « شيوخ » كما يبيح
للعناوين من اختصار ، وتحت عنوان « بروتوكولات » شيوخ
صهيون » نشرت أوائل الوثائق فى مجلة « الرسالة » ، ثم نشرها
كاملة فى مجلة « منبر الشرق » بعد توقف الأولى من إتمام
نشرها (١) .

ولكنى عدلت عن كلمة « شيوخ » التى اخترتها أولا ، وعن
كلمة « عقلاء » التى اختارها مترجم مجلة « روز اليوسف »
حين أشار الى عثور حكومتنا على نسخة من هذا الكتاب من

④

أننا كنا قد فرغنا من نشر وثائقه كلها فى « منبر الشرق » وعدلت
عن كلمة « مشيخة » التى اختارها أديب عندنا كبير ، ورددها
فى مقالاته وأحاديثه الاذاعية فى حملاته على « الصهيونية
العالمية » ؛ وآثرت كلمة « حكماء » لأنها أوفى دلالة من كلمة
« عقلاء » وأوقع من الكلمتين « شيوخ » و « مشيخة » وأولى
أن لا تختلط بما نلقب به للتوقير علماءنا المسلمين بين رجال
سائر الأديان •

وهذا العنوان « بروتوكولات حكماء صهيون » هو الذى
شاع ترجمة لعنوان الوثائق بعد أن طبعناها كتابا ، وفاض صيته
بين قراء العربية ولاسيما الساسة والأدباء والمفكرين ، حتى أن
هيئة من هيئات الدعاية والنشر اختارته عنوانا لهذه الوثائق
حين طبعتها • بعد أن ادعت أنها ترجمتها عن أصل فرنسى ،
وأخذت من ترجمتنا فقرا كاملة بحروفها وبدايتها ونهاياتها بل
تصحيفاتها المطبعية ، وكان عنواننا عنوان غلافها ، بعد أن
نسيت الهيئة النشيطة الواعية أنها وضعت للكتاب من داخله
عنوانا آخر هو « برتوكول حكماء صهيون » •

وأما العنوان الثانى للوثائق — وهو دون الأول شهرة —
فهو « الخطر اليهودى » وواضعه هو الأستاذ فكتور مارسدن
مراسل جريدة المورننج بوست اللندنية ، وهو الذى ترجم
الوثائق من الروسية الى الانجليزية ، وأضاف لها هذا العنوان
الى عنوانها الأول وقدمه عليه فى طبعته ، وكتبه بحروف أكبر
ليزيده تنويها ، وقد اتبعناه نحن فى ترجمتنا العربية عنه ،
لا لمجرد الأمانة فى النقل فحسب بل لأن الكتاب فى تقديرنا جدير
بالعنوان الجديد أيضا •

يتبع العدد القادم ...