# EXHIBIT A.199



PLAINTIFF'S
EXHIBIT
199

Gilmore 00199 T
SHATSKY - 007689
P 1: 3051

# The Martyrs

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

---

*[Photographic image of two males throwing rocks
at a tank positioned in front of a multi-level building,
bearing the caption
**"Intifada participants accosting a tank"**]*

## The Intifada Goes On

And the Occupation Continues Its Savage Aggression

Against Our People

Gilmore 00199 T
SHATSKY - 007689
P 1: 3051

Gilmore 00200 T
SHATSKY - 007690
P 1: 3052

**Al Shuhada'** *[The Martyrs]*

Monthly bulletin published by Political
Guidance for the Border-Region Forces

**Editor-in-Chief**
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-
Region Forces**

**Production and Coordination**
**Captain Ra'id Miqdad**

**Editorial Board:**
Lt. Colonel Muhammad Jarada
Captain Muhammad Abu Hajras
First Lieutenant 'Atif Al-Qutati

Photographer: 'Abd Al-Hakim Al-Qudra

[Image of an individual readying a slingshot]

Read in this Volume

**Study**

Summary of the History of Palestine

continued from what was published in the
previous Volume

P. 20

The Jewish Peril

Protocols of the Learned Elders of Zion

continued from what was published in the previous Volume

24

First Responders

29

[Image of bowl containing fish and vegetables]

Healing with Nutrition and Herbs

34

The basics of vegetables and fruits

**[Al Shuhada', Vol. 43, pp. 5-8]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00201 T
SHATSKY - 007691
P 1: 3053

> *[Graphic of a banner;*
> *text content is illegible]*

## Between Two Promises

by Ahmad Ibrahim Hilles

Between Balfour's promise to Zionists for establishment of a national homeland for them in Palestine, and Bush's promise to prepare to recognize a Palestinian state, are 84 years of conspiracies, massacres, killing, and expulsion to which our people have been subjected, and which Britain and Zionist gangs have perpetrated on the land of Palestine [since] before creation of the state of Israel in the year 1948, and beyond, to the present day. [All this was] supported on a worldwide basis by British colonial forces delegated, by the League of Nations, to manage Palestine, and, afterwards, through the American role that supports the Hebrew state materially, spiritually, and through armament. [This dynamic] has also been supported by direct protection [of Israel] on the part of the U.S., to the point at which Israel has become the sixth world power, against a backdrop of Arab fragmentation, decline, and collapse, and the feebleness of cowardly Arab regimes who are captive to America and Zionism by virtue of their being indebted to them *[Americans and Zionists]* for their existence and for their endurance in the hearts of their [own] people, as they [remain] supported by backing and assistance from the West and Zionism, which are hostile to the Arab nations. [This dynamic has been created] so that these regimes will

Gilmore 00201 T
SHATSKY - 007691
P 1: 3053
(continued)

persist in carrying out their *[Americans' and Zionists']* plans, while maintaining silence regarding what they *[Americans and Zionists]* are doing to debase their *[Arab]* communities, control their *[Arab]* capabilities, and exploit their *[Arab]* abilities in order to serve the goals that they *[Americans and Zionists]* favor.

Hence, the Balfour promise bestowed on the Jews, during the First World War, favor and appreciation for their role in helping Britain against the Ottoman State, [and had] the goal of planting an alien entity in the heart of the Arab homeland, the role of which was to rip apart its *[the Arab homeland's]* unity, and control its *[the Arab homeland's]* weak structures, which Britain had built before and after the First World War. [The promise also furthered] the goal of getting rid of the Jews and exiling them from Europe. The U.S.'s promise to the Palestinian people to prepare to support creation of a Palestinian state comes in the context of international conditions of utmost difficulty and intricacy, in that the U.S. and its allies are engrossed in a war against what they call

Gilmore 00202 T
SHATSKY - 007692
P 1: 3054

terrorism, and so if the premises [of this promise] are incongruous, the outcomes shall likewise be so.

The Jews obtained a promise to be permitted a state on Palestinian land for the aforementioned reasons, and these are reasons that impressed on Britain, and the European nations who supported it, the necessity of its *[Britain's]* promise being carried out, taking into account paramount British and European interests, and [also the necessity of] acceding to the Jewish urging of the British government to pay attention to the Zionist request, and to place it *[the request]* within the British-European scheme to control the Middle East region. What it *[the British government]* planned came to pass, and the Jews realized their hope of control over the land of Palestine, supported by all their vast capabilities and extensive influence over a colonialist state engrossed, at that time, in a war against the Ottoman Empire. The American promise to the Palestinians, however, does not rest on any factors such as those on which Balfour's promise to the Jews was constructed.

The U.S. makes this promise while in alliance with our enemy, and it *[the U.S.]* is its *[that enemy's]* primary sponsor, given that it *[the enemy]* is a most trusted ally. As a result of this, the American promise is bereft of the most basic of guarantees for its *[the promise's]* implementation, in the event the U.S. administration [even] exists in order to [be able to] implement, as the very existence of this administration is uncertain in the first place.

On the other hand, the Arab community, with its governments that go along with the U.S., are not able to form a pressure force for the supposed implementation of the U.S. promise, which would bestow favor on the Arabs at a time when the U.S. is striking Afghanistan, blockading Iraq and striking its cities and villages, and controlling the capabilities of the Arab community by hegemonic force [exerted] over those rulers. [As a result of such force,] they *[Arab states]* have become more loyal to it *[the U.S.]*, seeking its *[the U.S.'s]* approval and continuation of support, in order to extend the life of their rulerships in the context of conditions in which the likelihood that the U.S. promise [to support Palestinian statehood] will be implemented is becoming preposterous and not credible. [Implementation of the promise is unlikely] not only because the U.S. is not truthful in what it promised, but also because Arabs are

Gilmore 00202 T
SHATSKY – 007692
P 1: 3054
(continued)

absent from the U.S.'s sphere of contemplation and consideration, and it *[the U.S.]* deals with them *[Arabs]* not as partners in carrying out its policy, but, rather, as followers who are required to take orders and agree to everything that it *[the U.S.]* wants of them, to the point where if the order issued [for Arabs] to pay the bill for the U.S. attack on Iraq, and to send their sons, under the U.S. flag, into the operation called Liberation of Kuwait, they *[Arabs]* would today [feel] obliged to enlist all their capabilities under the U.S. flag, as well, in order to do battle with the so-called

Gilmore 00203 T
SHATSKY – 007693
P 1: 3055

terrorism coming out of Afghanistan.

This is happening without the U.S. paying any heed to the Israeli terrorism against the Palestinian people, and without [the U.S.] budging to stop this injustice that is befalling them *[the Palestinian people]*.

It is true that the U.S. shall not act at all in opposition to Israel, or force it to carry out the requirements of its *[the U.S.'s]* promise to the Palestinians, but what's more true is that Arab rulers have not been, and shall not be, a pressure force on the U.S., demanding implementation of the U.S. promise to establish a Palestinian state. This is because these regimes do not find their self-interest to be in the reality and actuality of such a state being established, because they fear the reality of its existence, since this state, upon its creation, would choke several interactions, [and this] could lead to the disappearance of many of these regimes from the sphere of rule in the countries they are currently ruling. This is one view, but from another point of view, the continued instability in the Arab region, and also the continued state of tension resulting from the Zionist presence and the Palestinian problem, furnish a climate suitable for these regimes' remaining in place, and gives them the space in which to operate in the position of broker between the peoples they rule and U.S. administrations, in hopes of obtaining, from these administrations, promises to improve conditions for these peoples or reduce Israeli pressure on the Arab community as a whole.

Here we should not forget that the majority of these regimes, whether they formed via an overthrow that cut down another [regime] under the slogan of liberating Palestine, or formed as a dictatorship that fetters freedoms in their homelands, under assertions of states of emergency that the homelands [must then] live through because of the Zionist presence in Palestine, *[illegible word]* at the same time, they do not *[illegible word]* an action that reminds an adversary of the Arab *[illegible word]*; rather they conclude secret and public agreements with them, and normalize relations with them through publicized agreements or through liaison offices in their capitals that function as embassies, or give the suspicious companies the freedom to conduct and do business with the Zionist entity, [even] to the degree of Arab countries either directly, or by intermediary, exporting materials to be used in the building of the

Gilmore 00203 T
SHATSKY – 007693
P 1: 3055
(continued)

settlements.  In addition, there is security cooperation between the Israeli security agencies and other, Arab ones, for the sake of unifying the two parties against what they consider to be a common enemy that poses a threat to Israel's security and [that] of these regimes.

This goes along with the these regimes' lack of readiness to perform any act, even if only verbally, and via the media, that could anger

Gilmore 00204 T
SHATSKY – 007694
P 1: 3056

the U.S.   For all these reasons, the U.S. promise is incapable of being implemented, for the U.S. promise is a lie, and [just] another deception that we should not believe.  The U.S. and Israel shall not contemplate establishing a Palestinian state that fulfills some of the aspirations of our people, except in one event, which would be an increase in the number of human casualties inflicted upon Israel, in the Palestinian battle to attain rights.  And as for the rulers who are the brokers of the Arab community, they are outside the framework of this concept, and these expressions that they *[Arab rulers]* utter in front of satellite [T.V.] cameras at their public press conferences should not deceive us, as all of these [expressions] do not bode well, for what is not being stated is of greater [consequence].

Accordingly, we must be endowed with caution, and not be deceived by what is said in relation to the U.S., or at the level of all the Arab regimes, without exception.  Rather, we must continue in the struggle, without relaxation, armed with complete faith in God and national unity, so that God's promise may be realized, and we may enter the mosque just as the believers entered it for the first time; and so that we may completely destroy that, of ours, which they have taken over *[allusion to Qur'an Surat Al Isra', Verse 7]*, for God does not break his promise.

Glory - - all the glory and immortality - - to the righteous martyrs.

Shame and disgrace to the coward rulers of these conspiring regimes.

Long live our heroic Palestinian people, who grab the small stone, constantly striving towards everlasting pride and glory.

And may the eyes of the cowards never sleep.

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (43) – 4th Year – October 2001                                                    **[P. 8]**

**[Al Shuhada', Vol. 43, pp. 24-28]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00205 T
SHATSKY - 007695
P 1: 3057

## The Jewish Peril
### Protocols of the Learned Elders of Zion
#### [() continuation of [materials] published in prior Volume ()]

[Graphic of a Star of David with an octopus-like creature draped over it]

Regarding the documents' second title - -  which is less well-known than the first - - It is "The Jewish Peril," and the individual who coined it was Professor Victor Marsden, correspondent for the London newspaper The Morning Post. He is the individual who translated the documents from Russian into English, and [who] added this title to their first title, placed it *[the second title]* ahead of it *[the first title]* in his printing, and wrote it *[the second title]* in larger letters in order to increase their emphasis. We have adopted it *[the second title]* in our Arabic translation of it *[the title]*, not merely for the sake of integrity in the transfer of meaning, but also because in our estimation, the book is worthy of this new title, as well.

The correspondent hit the mark of sagacity in [the way in which] he deliberated and made choices, as he did not view the Zionist movement in the world as being separate from advocacy for all Jews, as did, and still do, the joker-dilettantes who engage in policy, and in the study of oppressive social order[s] and historical movements, without an understanding of the philosophy of history and the hidden forces behind its *[history's]* local and worldwide trends.   For however much the rest of the Jews may be exculpated from associating with Zionists in their *[Zionists']* efforts to impose Jewish dominion locally or on a worldwide basis, there is no doubt but that

Gilmore 00205 T
SHATSKY - 007695
P 1: 3057
(continued)

these innocents - - [if only] in the weakest ways - - side with the Zionist movement in the[ir]

inclination and desire for [its] success

Gilmore 00206 T
SHATSKY - 007696
P 1: 3058

and backing, which, [by itself], does not expose them to the resentment of the community in which they live, or to the resentment of the government to whose authority they are subject. And there is no doubt but that the Zionist movement benefits from every Jew in the world, in a direct way, according to her or his preference. Some of these [Jews] may be opposed to it *[the Zionist movement]*, secretly or openly, with respect to its plans or the timing for carrying these out, but he *[a dissenting Jew]* shall never oppose it *[the Zionist movement]* to the extent that his Mosaic law would so dictate. If there had never been a Zionist movement, it would not be expected that he *[a Jew]* would forsake it *[Mosaic law]* at times of tribulations, or that his motives in his efforts and actions would differ from its *[Mosaic law's]* motives. To us, these motives are more important than the means and the end, because these *[motives]* determine the means and end, and design, for them *[the means and end]*, the [kinds of] support that they should have.

If that Jew has not acted out of faith in the Zionist movement or his Mosaic law, but, instead, out of a nationalistic fervor of which the Jewish soul has not been devoid, in [either] the darkest or brightest of eras, then it *[Mosaic law]* may find the Jew to be an atheist and denier with respect to all religion, and even a denier of every religious foundation in life, all the while, despite this, he is a fanatic of the Zionist mission. Among [such] of these [Jews] was the outstanding symbol Max Nordau, who was an overt atheist who denied every supernatural basis for religion, and for morals, as well. Despite all this, he was one of the chief founders of the Zionist movement, and one of its most powerful propagandists, by both pen and tongue. In fact, he was its *[the Zionist movement's]* propagandist in everything he wrote and orated, both openly and secretly, whether or not he wanted to be, by virtue of his firmly embedded Jewish tendency, the origins of which were in the most secret innermost thoughts of his mind; and by virtue of his cultural inheritances and traditions, and his whole way of life, which were fully developed, and obviously so, across all of his intellectual works.

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (43) – 4th Year – October 2001                                    [P. 25]

Gilmore 00207 T
SHATSKY - 007697
P 1: 3059

It is an excess of ignorance, foolishness, and caprice for a mind capable of understanding to think that the Jew would wish sincerely for the defeat or failure of the Zionist movement, however much he may oppose it in its plans, staging, methods, or timetables.  And it goes too far, in terms of excess, for a [thinking] mind to count on a Jew trying sincerely to resist the Zionist movement, by his pen, tongue, influence, or finances, even if his *[such a Jew's]* view thrusts its sword into the heart of an individual or entity who adheres to it *[the Zionist movement]* or a similar movement.  And however much the Jew may become accustomed, or obediently dedicated, to the hatreds and greed that are, by evil, deeply rooted in their *[Jews']* souls, there is no disagreement among them over who shall be the victims.  The victims are you and I, and the people of the *[other]* nations like us, for whom God has forbidden the honor of venerated Jewish descent; for they *[the Jews]* believe that they alone are "God's chosen people," and that everyone except them are "things" which are their property alone, to be disposed of as they please, without any restriction other than special Jewish interests.  The Torah and Talmud, the advisements of the rest of their community, and their leaders dictate this to them.

Whosoever has made his *[an otherwise thinking person's]* understanding of this impossible, has not blocked him from giving credence to the remotest absurdities:  He is unable to understand anything in the political and social spheres, though he may have knowledge of other things of a higher order.  If this wretched human *[whose practical understanding has been impaired]* has a hand in disposing of a nation's loftiest affairs - - especially during crises - - then it *[the nation]* is more wretched than he *[the wretched human]*, and worthier of the greatest compassion; and its *[the nation's]* fate, without a doubt, shall be annihilation, and all that is calamitous in annihilation.

8 – People are [Either] Jews or Goyim [() or Nations ()]

In olden times, the Romans divided people into two categories: Romans and Barbarians. They divided Arabs into two categories: Arabs and Persians; and divided the Jews, starting

---

Gilmore 00208 T
SHATSKY - 007698
P 1: 3060

35 centuries ago, into two categories: Jews and Goyim, or any "non-Jew" nations.   The meaning of Goyim, from their point of view, was pagans, unbelievers, brutes, and the unclean.  Here, for you, is the explanation:

The Jews believe that they are God's chosen people, that they are the children of God and his beloveds, that only Jews are permitted to pray to him, and that [only Jews] may have it *[their prayers]* answered.  Others are, therefore, Goyim, i.e., idol worshippers or pagans, regardless of the God whom they worship.  For this reason, the Jews alone are *[illegible word]*, and [all] others are therefore Goyim, or unbelievers.  The Jews believe - - according to the sayings of the Torah and Talmud - - that their spirits, alone, are created from God's spirit, that they are of his *[God's]* race, and that they alone are his children who are pure in essence.  They also believe that God granted them the original human form, in their honor, whereas he created others, [i.e.,] "Goyim," out of Satanic or unclean animalistic clay.  [They believe that God] created Goyim only in order to serve the Jews, and that he did not grant them human form except by way of imitation of the Jews, this for the purpose of facilitating dealings between the two groups, as a favor to the Jews.  Without this outward resemblance - - despite the racial difference - - mutual understanding between the group of the chosen masters, and the group of the despised slaves, would not be possible.  For this reason, the Jews are the purebreds of humanity and the unblemished ones, by virtue of their race being derived from God's race as an extension to the son from his father; while others are Goyim, i.e., animals and unclean:  animals by race, though they are human in form; and unclean, because their Satanic or animalistic race, as an origin, cannot be anything but unclean.

The Romans and Arabs, and some "Aryans" of the modern era, were themselves surpassing others in some intellectual and material virtues, but they *[Romans/Europeans, Arabs, and Aryans]* have believed that all of humanity is of a single origin, and believe that those other than themselves

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (43) – 4th Year – October 2001                                    [P. 27]

Gilmore  00209 T
SHATSKY - 007699
P 1: 3061

have rights that it is ethically appropriate for them to pursue. They *[Europeans, Arabs, and Aryans]* are committed to treating it *[all of humanity]* in a way consistent with morals and venerated religious laws, for they *[Europeans, Arabs, and Aryans]* - - regardless of how they may exaggerate or make too much of division[s] - - do not go to the extreme to which the Jews go in holding themselves above others, or in separating themselves from it *[the rest of humanity]* in terms of sharing in the origin[s] of the generalized innate human character and virtues.

But the Jews - - according to their creed, which we have elucidated here - - exceed all bounds in elevating and separating themselves above and from others, to a degree that is beyond insanity. They believe that the resources of the Earth and of the world are all a gift to them, alone, from God, and that people of other nations, or "Goyim," and everything that they possess, are the property of the Jews; that the Jews have the right, and even the sacred duty, to treat people of other nations as animals; and that the rules of conduct to which the Jews adhere need to be observed only in dealings among themselves, and are not [obligatory], and should even mandatorily be nullified, with respect to peoples of other nations. And so they *[Jews]* [feel that] it is their [prerogative] to steal from them *[non-Jews]*, afflict them, lie to them, deceive them, extort money from them, and tear apart their lands and kill them. And they *[Jews]* feel safe from discovery of their crimes, while they are committing every grave offense in their dealings. [They feel that] God does not punish them for these crimes, but, instead, counts them as pious and good deeds that he *[God]* shall reward, and that he *[God]* is pleased with them precisely for these *[crimes]*, and does not release them from [the mission of committing] these *[crimes]* except when they are in a predicament. The Qur'an has pointed out this criminal creed, and we refer to this only by way of providing information, and not in order either to condemn them *[the Jews]* or bear witness to their *[the Jews']* creed. [We provide this reference] because of their *[the Jews']* non-acknowledgment of the Qur'an. [Hence,] it is stated, in Surat Al 'Imran *[Verse 75]*: "Among the people of the Scripture *[non-Muslim adherents to the Old and New Testaments]* there are some who, if you entrust them with a great amount of wealth, shall return it to you. Among them are [also] some who, if you entrust them with a [single] dinar, shall not return it to you unless you stand over them, [demanding] persistently. This is because they *[non-Muslims]* say, 'We have no duties with respect to the unlearned'" i.e., we *[non-Muslim*

Gilmore 00209 T
SHATSKY - 007699
P 1: 3061
(continued)

*adherents to the Old and New Testaments]* are not obligated to comply with the venerated religious law of any learned people other than the Jews.

To be continued in the next Volume . .

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

     vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF LUCILLE KAPLAN

     I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3051-3061.

2.     I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3051-3061.

Dated: March 2, 2014

LUCILLE KAPLAN

# الشهداء

## نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية

43
x/2001



منتفضان يتصديان لدبابة

# الانتفاضة مستمرة

## والاحتلال يواصل عدوانه الهمجي ضد شعبنا



# الشهداء

نشرة شهرية تصدر عن
التوجيه السياسي للقوات الحدودية

**رئيس التحرير**

**احمد ابراهيم حلس**
المفوض السياسي لقوات المناطق الحدودية

**اعداد وتنسيق**

نقيب / رائد مقداد

**اسرة التحرير**

مقدم/ محمد جرادة
نقيب/ محمد أبو هجرس
ملازم أول/ عاطف القطاطي
مصور/ عبدالحكم القرة

اقرأ في هذا العدد

**دراسة**
موجز تاريخ فلسطين

تابع ما نشر في العدد السابق
ص ٢٠

الخطر اليهودي
بروتوكولات حكام صهيون
تابع ما نشر في العدد السابق
٢٤

الإسعافات الأولية
٢٩

الشفاء بالغذاء والنبات
٣٤
فوائد الخضار والفواكه



# بين وعدين

بقلم / أحمد

بين وعد بلفور للصهايتـــة بإنشاء وطن قومي لهم فـي فلسطين ، وبين وعد بـوش باستعداده للاعتراف بدولـة فلسطينية .. أربعة وثمانون عاماً مـن المؤامـــرات والمجازر والقتل والتشـريد الذي تعرض لـه شـعبنا ، مارسـته بريطانيــا ، والعصابات الصهيونية على أرض فلسطين قبل قيام دولة إسـرائيل عـام ١٩٤٨م ، وبعده وحتى يومنا هـــذا ، مدعومة بالقوة البريطانيـة الاستعمارية عالميـــاً ، والمنتدبة للإشـراف علـى فلسطين من قبـل عصبـة الأمم ، ومـن ثـم بـالدور الأمريكي الداعـم للدولـة العبريـة ماديـاً ومعنويـاً

وتسليحاً ، وحماية مباشـرة من قبل الولايات المتحـدة ، حتى أصبحت إسرائيل القوة السادسة في العالم ، وفـــي ظل تفكك وانحدار وانـهيار عربي ، وتخاذل الأنظمـة العربية الجبانة والأسـيرة لأمريكا والصهيونية ، بحكم كونها مدينة لهم بوجودهـا وبقائها على صدور شعوبها مدعومة بالتأييد والمـؤازرة من الغـرب والصهيونيـة العدوة للأمم العربية لتظـل هـذه الأنظمـة منفـذة لمخططاتهم ، صامتة عمـا يقومون به من إذلال لأمتهم وسيطرة على مقدراتـــها ، وتسخير لأمكانياتها لخدمـة الأهداف التي يريدون .

وإذا كان وعد بلفور أعطى لليهود إبان الحرب العالمية الأولى تقديراً لدورهـم في بريطانيا ضد الدولة العثمانية ، وبهدف إيجاد كيان غريب في قلب العالم العربي يكون دوره تمزيق وحدته ، والسيطرة على كياناته الضعيفة التي أوجدتها بريطانيا قبل وبعد الحرب الأولى ، بهدف تقطيع أوصال اليهود وإبعادهم عن بلادها ، فإن وعد أمريكا للشعب الفلسطيني باستعدادها لقيام دولة فلسطينية يأتي في ظل ظروف دولية غايـة في الصعوبة والتعقيـد ، إذ تخوض أمريكا وحلفاؤها حرباً ضد ما يسمـى



في ذلك الوقت ولكن الوعد الأمريكي للفلسطينيين لا يستند على أي من هذه المقومات التي بنى عليها وعد بلفور لليهود .

فالولايات المتحدة صاحبة هذا الوعد متحالفة مع عدونا وهي الراعية الأولى له ، باعتباره الحليف الأوثق بذلك يفقد الوعد الأمريكي أول ضمانة من ضمانات تنفيذه في حالة وجود إدارة أمريكية للتنفيذ ، وهذه الإدارة في حد ذاتها مشكوك في وجودها أصلاً .

ومن جهة أخرى فإن الأمة العربية بحكوماتها التابعة لأمريكا لا يمكن أن تشكل قوة ضاغطة من أجل التنفيذ المفترض للوعد الأمريكي الذي أعطي إرضاءً للعرب في مرحلة تضرب فيها أمريكا أفغانستان وتحاصر العراق وتضرب مدنه وقراه ، وتسيطر على مقدرات الأمة العربية بقوة مهيمنة

على هؤلاء الحكام بحيث أصبحوا أكثر ولاءً لها ، يطلبون الرضى منها ودوام التأييد لزيادة عمر حكمهم في ظل ظروف يصبح من غير المعقول التصديق بأن الوعد الأمريكي قابل للتنفيذ ، لا لأن أمريكا غير صادقة فيما وعدت وحسب ، بل أيضاً لأن العرب غائبون عن ساحة التفكير والاعتبار الأمريكي ، فهي لا تتعامل معهم كشركاء ، في تنفيذ سياستها ، ولكن كتابعين مطلوب منهم تلقي الأوامر ، والموافقة على كل ما تريده أمريكا منهم حتى لو اقتضى الأمر دفع فاتورة الهجوم الأمريكي على العراق وإرسال أبنائهم تحت الراية الأمريكية في عملية ما سُمي بتحرير الكويت واليوم عليهم التجند بكل الإمكانيات تحت الراية الأمريكية أيضاً من أجل محاربة ما يسمى

... بأن المقدمات ... كذلك ستكون النتائج ...

... حصلوا على وعد ... دولة على أرض ... لأسباب السالفة ... وهي أسباب ملحة ... بريطانيا والدول ... المؤيدة لها ، ... تنفيذ وعدها ... لمصالح بريطانية ... عليا ، واستجابة ... اليهودي على ... البريطانية من أجل ... إلى الطلب الصهيوني ... ضمن المخطط ... الأوروبي ... على منطقة الشرق ... وقد حدث ما ... له ، وحقق اليهود ... في السيطرة على ... فلسطين مدعومين ... قدراتهم الواسعة ... التأثير على دولة ... تخوض حرباً ... الإمبراطورية العثمانية

Ⓢ

بالإرهاب القادم مـــن
أفغانستان .

يحدث هذا دون أن تلتفت
أمريكا إلـــى الإرهاب
الإسرائيلي ضـد الشعب
الفلسطيني ، ودون أن
تتحرك لإيقاف هذا الظلــم
الواقع عليهم .

صحيح أن أمريكا لن تعادي
إسرائيل بالكامل ، فتجبرها
على تنفيذ متطلبات وعدها
للفلسطينيين ، ولكن الأصـح
أيضا هو ان الحكام العـرب
لم ولن يكونوا قوة ضاغطـة
على أمريكا تطالب بتنفيـذ
الوعد الأمريكي بإقامة دولة
فلسطينية ذلك لأن هـذه
الأنظمة لا تجد مــــن
مصلحتها فـي الحقيقـة ،
والواقع قيام مثل هذه الدولة
لخوفها على حقيقة وجودهـا
لأن هذه الدولة عند قيامهــا
ستخنق تفاعلات عـدة قـد
تودي إلى غياب الكثير مـن
هذه الأنظمة عـــن ساحة
الحكم فـي البلـدان التـي

تحكمها الآن ، هـــذا مــن
ناحية ، ومن ناحية أخـرى
فان استمرار عدم الاستقرار
في المنطقة العربية وكذلك
استمرار حالة التوتر الناتج
عن الوجود الصـهيوني
والمشكلة الفلسطينية يوفـر
مناخاً ملائما لهذه الأنظمـة
للبقاء ويعطيها المجال للعمل
بوظيفة سمسار بين الشعوب
التي تحكمها، وبين الإدارات
الأمريكية علـى أمـل
الحصول من هـذه الإدارات
على وعود بتحسين أوضاع
هذه الشعوب أو التخفيف من
الضغط الإسرائيلي علـى
الأمة العربية كلها.

وهنا، لا يجب أن ننسى أن
غالبية هذه الأنظمة إما نظم
انقلابية قامت على إنقـاص
أخرى تحت شعار تحرير
فلسطين واما نظم
ديكتاتورية تقيد الحريات في
أوطانها تحت دعوى حالات
الطوارئ التي تعيشها هـذه
الأوطان بسبب الوجود

الصهيوني
في الوقت ذاتـ ...
فعل بنك ثقافـ ...
العربية مـــن
الاتفاقات المبر ...
وتطبيع العلاقـ ...
اتفاقيات سـ ...
مكانية ارتباط الـ ...
لها ضفة الغار ...
الشركات المتعد ...
المصرفية بالـ ...
الكيان الصهيو ...
تصدير الموارد التـ ...
بناء المستوطنـ ...
عربية مباشر ...
وسيط كما تشهـ ...
الأمني بيـن جانـ ...
إسرائيلية وأخرى ...
لاتخاذ الطرفيـن ...
يعتبرانه عدو ...
خطراً على امة أ ...
وهذه الأنظمة ...
هذا إلى جانب و ...
هذه الأنظمة المتآمر ...
ولو شيئاً وبعـ ...
يمكن أن يكول لبلـ ...

P 1: 3055



الأمة العربية من الحكام فهم
تخرج إطار هذا المفهوم،
ولا حبذ أن تخدعنا تلك
العبارات التي يطلقونها أمام
كاميرات الفضائيـات فـي
مؤتمراتهم الصحفية العلنية،
وكلها لا تبشر بخير، أما ما
خفى فهو أعظم.

إذا علينا أن نتحلى بـالحذر،
وإلا ننخدع بما يقال أمريكياً
أو على صعيـد الأنظمة
العربية كلها وبلا استثناء ،
ولكن علينا الاستمرار فـي
النضال بلا هوادة متسـلحين
بالإيمان الكامل

بالله، وبالوحدة الوطنيــة .
ليتحقق وعــد الله فندخـل
المسجد كما دخله المؤمنـون
أول مرة، ولنتبر ما علونـا
تتبيراً، وان الله لا يخلـف
وعده.

المجد كل المجـد والخلـود
للشهداء الأبرار.

والخزي والعـار للجبنـاء
حكام هذه الأنظمة المتآمرة.
وعاش شـعبنا الفلسطيني
البطل، القابض على الجمر،
المتسامي دائماً نحو الفخـار
والمجد الأبدي.

ولا نامت أعين الجبناء

P 1: 3056



النى للوثائق ـ وهو دون الأول شهـرة ـ
يوردي ، وواضعه هو الأستاذ فكتور مارسدن
ية المردنج بوست اللندنيـة ، وهو الذى ترجـم
الروسية الى الانجليزيّة ، وأضاف لها هذا العنوان
الأول وقدمه عليه فى طبعته ، وكتبه بحروف أكبر
يا وقد اتبعناه نحن فى ترجمتنا العربيـة عنـه ،
الأمانة فى النقل فحسب بل لأن الكتاب فى تقديرنا جدير
الجديد أيضا .


لقد أصاب المراسل الحصيف فيما اجتهد واختار ، اذ لم
ى الحركة الصهيونية فى العالم بمعزل عن تأيـيـد جميـع
كما نظر ـ وما يزال ينظر ـ اليها غيره من الهواة الهازلين
يتعاطون السياسة ودراسة النظم الاجتماعية والحركات
يجمه عالمين ، دون فقه بفلسفة التاريخ والبواعث الخفية **من**
بناء تجاراته المحلية والعالمية ، فمهما يكن من تبرئة سائر اليهود
من مشاركة الصهيونيين مساعيهم لفرض سلطان اليهودية محليا
أو عالميا فلا شك أن هؤلاء الأبرياء ـ على أضـعف الوجوه ـ
متعاونون فى الحركة الصـهـيـونية بالعطف والرغبـة فى النجاح

P 1: 3057

⑥

والمساعدة التى لا تعرضهم لنقمـة الأمة التى يعيشــون
ولنقمة الحكومة التى يخضعون لسلطانها : ولاشك أن
الصهيونية تستفيد من كل يهودى فى العالم بطريق مباشر
هواها وهواه ، وبعض هؤلاء قد يخالفها سراً أو جهراً فى
أو وقت تنفيذها ولكنه لا يخالفها أبدا فى الغاية التى تسير
شريعته الموسوية ولو لم تكن هناك حركة صهيونية ، وليس
المنتظر أن يخذلها عند المحن ، أو تختلف بواعثه فى مسار
وأعماله عن بواعثها ، وهذه البواعث عندنا أهم من الوسائل
والغاية لأنها هى التى تحدد الوسائل والغايات وتدبر لها ما يلزم
من مساعدات .

واذا لم يفعل اليهودى ذلك من جانب الايمان بالحركة
الصهيونية أو بشريعته الموسوية فمن جانب الغيرة القومية التى
تخل منها نفس يهودى فى أحلك العهود ولا أشدها اشراقا ،
تجد اليهودى ملحداً منكراً لكل دين ، بل منكراً لكل أساس
دينى فى الحياة، وهو مع ذلك من غلاة الدعوة الصهيونية ، ومن
هؤلاء الغلاة التابعة ماكس نورداو الذى كان ملحـدا محاربا
ينكر كل أصل غيبى للدين وللأخلاق أيضا ، وكان مع كل ذلك
من رءوس المؤسسين للحركة الصهيونية ومن أقوى دعاتها بقلمه
ولسـانه . بل كان داعيتها فى كل ما كتب وخطب ظاهراً ، وكان
حيث أراد ذلك وحيث لم يرده بحكم نزعته اليهودية المزروعة
أصولها فى أخفى طوايا سريرته ، وبحكم موروثاته ومأثوراته
وأسلوب حياته جمعا . وهى ناضجة على كل آثاره الفكرية
بلا خفاء .

P 1: 3058

⑥

وإنه ممن الإفراط فى الجهل والغفلة والهوى أن يخطر على
... فإنه للفهم أن يهوديا يتمنى مخلصا خيبة الحركة الصهيونية
... مهما يخالفها فى خططها أو مراحلها أو وسائلها أو
... وأبعد من ذلك فى الشطط أن يستريح عقل الى أن
... يسعى مخلبا لمقاومة الحركة الصهيونية بقلمه أو لسانه
... ماله وان رآه يغمط ... ويسيئه فى قلب فرد أو هيئة من
... أو أتباع حركة سواها . ومما يتعاد اليهود أو يتفانوا
... فى توسيعهم من البغضاء والقتراوة بالشر فلا
... على من يكون الضحايا . والضحايا هم أنا وأنت
... من الأميين الذين حرميم الله شرف النسب اليهـودى
... وأنهم وحدهم «شـعب الله المختار» ومـن عداهم
... ملكهم وحدهم يتصرفون فيها على ما يشـاءون
... لمصلحة اليهود الخاصة ، فيكذا تملى عليهم التوراة
... وصايح سائر الأئمة بينهم والزعماء .

... وغيره قيم ذلك لم يعجزه التصديق بأبعد المستحيلات ،
... لأن يبقة شيئاً فى المجالات السياسية والاجتماعية
... العلم بغيرها فى أعلى مكان ، وان أمة يكون لمثل هذا
... ... يد فى تصريف شئونها العليا ـ لاسيما خلال
... أشد منه مسكنة وأولى بأبلغ الرحمة . ومصيرها
... وما هو شر من الفناء .

### يهود وجويم أو إمم :

... الرومان الناس قسمين : رومانا وبرابرة ،
... ... ، عريا وعجما ، وقسمهم اليهـود منذ

P 1: 3059

⑥

خمسة وثلاثين قرنا قسمين : يهودا وجوييم أو يهـــود » • ومعنى جوييم (١) عنـدهم وثنيون وأنجاس • واليك البيان :

يعتقد اليهـــود أنهـم شعب الله المختار وأن أحباؤه ، وأنه لا يستمح بعبادته ولا يتقبلها الا فغيرهم اذن جوييم ، أى عباد أوثان أو وثنيون الاله الذى يعبدونه • واليهود وحدهم لهذا النبـ فغيرهم اذن جوييم أى كفرة • واليهود يعتقدون ـ التوراة والتلمود ـ أن نفوسهم وحدهم مخلوقة وأن عنصرهم من عنصره • فهم وحدهم أبناؤه الأبرار كما يعتقدون أن الله منحهم الصورة البشرية أصلا على حين أنه خلق غيرهم « الجوييم » من طينة حيوانية نجسة • ولم يخلق الجوييم الا لخدمة الي يسخهم الصورة البشرية الا محاكاة لليهود ، لكى بين الطائفتين اكراما لليهود • اذ يغير هذا التشابه التام اختلاف العنصرين ـ لا يمكن التفاهم بين طائفة السادة وطائفة العبيد المحتقرين • ولذلك فاليهود أبناء الله وأطهار بحكم عنصرهم المستمد من عنصر الله استمداد أبيه ، وغيرهم اذن جوييم أى حيوانات وأنجاس عنصرا وان كانـــوا بشرا فى الشـــكل، وأنجـاس لأن الشيطانى أو الحيوانى أصلا لايمكن أن يكون الأبرار •

وكان الرومان والعرب « وبعض الآريين فى العصر ال يفضلون أنفسهم على غيرهم ببعض المزايا العقلية والـ ولكنهم يعتقدون أن البشر جميعا من أصل واحد وبراء

P 1: 3060



عليهم حقوقا يجب أداؤها أدبيا أداؤها له ، ويلتزمون فى معاملته مراعاة الأخلاق والشرائع الكريمة ، فهـم ــ مهمـا غلوا وأسرفوا فى التفرقة ــ لا يتطرفون تطرف اليهود فى التعالى على غيرهم وقطع ما بينهم وبينه من مشاركة فى أصل الخلقة والمزايا البشرية العامة ،

لكن اليهود ــ حسب عقيدتهم التى وضحناها هنا ــ يسرفون فى التعالى والقطيعة بينهم وبين غيرهم الى درجة فوق الجنون ، فهم يعتقدون أن خيرات الأرض والعالم أجمع منحة لهم وحدهم من الله ، وأن غيرهم من الأمميين أو « الجوييم » وكل ما فى أيديهم ملك لليهود ، ومن حق اليهود بل واجبهم المقدس معاملة الأمميين كالبهائم ، وأن الآداب التى يتمسك بها اليهود لا يجوز أن يبرموها إلا فى معاملة بعضهم بعضا ، ولكن لا يجوز لهم ، بل يجب عليهم وجوبا اهدارها مع الأمميين ، فلهم أن يسرقوهم ويغشوهم ويكذبوا عليهم ويخدعوهم ويغتصبوا أموالهم ويهتكوا أعراضهم ويقتلوهم اذا أمنوا اكتشاف جرائمهم ، ويرتكبوا معهم كل الموبقات ، والله لا يعاقبهم على هـذه الجرائم بل إن تعاليمه وحسناته يشيعهم عليها ولا يرضى منهم إلا بهـا ، فهم فيها مع الأمميين غير مشطرين ، وقد أشار القرآن الى هـذه العقيدة الأجرامية ، ونحن نذكر ذلك مـن باب الاستئناس ، لا لنبرهن على عقيدتهم به ، لعدم اعترافهم بالقرآن، يقول القرآن فى سورة آل عمران : « من أهل الكتاب من ان تأمنه بقنطار يؤده اليك ومنهم من ان تأمنه بدينار لا يؤده اليك الا ما دمت عليه قائما ذلك بأنهم قالوا : ليس علينا فى الأمميين سبيل » ،

وإذن فمراعاة أى شريعة كريمـة مع الأمميين « غير

يتبع العدد القادم ..