# EXHIBIT A.200



Gilmore 00211 T
SHATSKY - 007700
P 1: 3062

# The Martyrs

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

---

*[Photographic image of a child standing before the rubble of a damaged building structure, below which appears an inset of a fighter jet. This material bears the caption "Child emerging from the destruction that occupation troops have left behind in Beit Rima"]*

## Who is the Terrorist?!!!!

Gilmore 00211 T
SHATSKY - 007700
P 1: 3062

Gilmore – 00212 T
SHATSKY - 007701
P 1: 3063

Read in this Volume

**Al Shuhada'** *[The Martyrs]*

Monthly bulletin published by Political Guidance for the Border-Region Forces

**Editor-in-Chief**
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-Region Forces**

**Production and Coordination**
**Captain Ra'id Miqdad**

**Editorial Board:**
**Lt. Colonel Muhammad Jarada**
**Captain Muhammad Abu Hajras**
**First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

*[Image of an adult looking downward on to a structure or surface that not susceptible to identification due to poor photocopy quality, bearing the caption "Elderly Palestinian man still walking along the destruction from the disaster [illegible word] the carnage"]*

**Study**

Summary of the History of Palestine

continued from what was published in the previous Volume

P. 14

The Jewish Peril

Protocols of the Learned Elders of Zion

Continued from what was published in the previous Volume

21

First Responders

25

*[Image of a banner the text content of which is illegible]*

By Muhammad Jarada

Political Commissioner for the Headquarters Unit

p. 9

[Al Shuhada', Vol. 44, pp. 11-12]

---

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

---

<div style="text-align: right;">
Gilmore 00213 T<br>
SHATSKY – 007702<br>
P 1: 3064
</div>

## Ceasefire Between National Interests and International Pressures

<div style="text-align: right;">
by Ahmad 'Atiya<br>
Political Commissioner for the Third Battalion
</div>

---

It has become clear that the U.S. is trying to carry out a strategic plan in the East Asia region to assure its *[the U.S.'s]* * stability as a singular axis in the world, with all that that entails in the way of preventing creation of future alliances against [entities] such as the Asian Arc (Russia – China – India – Pakistan). It has therefore been incumbent on it *[the U.S.]* that it establish a foothold for itself, such as a military base in the center of the Arc, demarcating the focus of Asia to be Afghanistan.

With this, several of Bin Laden's 'birds' are being ensnared one by one. Among these 'birds' are:

1 – An advanced strategic position at the center of the arc of the future alliance,

2 – Getting hands on the oil and gas reserves in the Caspian Sea,

3 - Getting hands on the currency basket in the fluctuating Asian countries,

along with many other both anticipated and unanticipated benefits.

The essence of this is that it *[the U.S.]* has moved the weapons of its Middle East battlefield to East Asia, using all legal and non-legal justifications and covers to carry out its plan. With this, the Middle East region is [becoming] the equivalent of the rear battle lines for its *[the U.S.'s]* assault, and so it is time for it *[the U.S.]* to become quiet and stable, so that it may

Gilmore 00213 T
SHATSKY – 007702
P 1: 3064
(continued)

assure the stability of lines that it has connected from Western North Africa to Central Asia. This goes together well with Israel's loss of its strategic importance to the U.S. due to the transfer of the battlefield [away] from the Middle East.

The importance of this is that assuring the stability of the Middle East region may lie in solving the Palestinian problem, and as result, solving the Palestinian problem is becoming an American interest within the horizon of which U.S. pressure on Israel could be deemed appropriate. The time for this has come, after depletion of its *[Israel's]* strategic importance to the U.S., on one hand, and the increase in the importance of satisfying the Arab populace in order to assure stability of the U.S. connecting line to East Asia, the hot focus, on the other. So there is nothing strange in the emergence of an American plan to establish a Palestinian state at this time, and the future is brighter.

Israel realizes this completely, and what Sharon is attempting to do is race against time to return the region to square one, and implement demographic changes while the U.S. occupies itself in Afghanistan, so that he *[Sharon]* may assure a future negotiating position by which to protect himself from U.S. pressures to relinquish what he has usurped. Now and in the future, the U.S. justification for fighting terrorism is to depict oneself as a victim of terrorism, carry out one' plan under the same U.S. justification, and combat terror as [part of] the latest fad in the worldwide media market.

In the context of this clear image, it becomes clear that our historical leadership's position must be a ceasefire aimed at depriving Sharon of justification to carry out his plan, because he is trying to buy a justification like this via any means. [Our leadership's position must also be] that all efforts by Palestinian forces should be turned towards inflaming the popular Intifada until the image of the infamous child who challenges Israeli tanks with stones appears, for this image evokes Arab and Muslim sympathy,

---

**[Al Shuhada' [The Martyrs]]  Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (44) – 4th Year – November/December 2001          [P.] 11**

Gilmore 00214 T
SHATSKY - 007703
P 1: 3065

and [the sympathy of] the free world, and moves it *[the free world]* from the *[illegible word]* state to which western capitalism has been aspiring for decades, to a revolutionary state that values Arab interests in resolving the Palestinian problem through [much-] needed additional U.S. and European pressure on Israel; by the exertion of a greater effort to satisfy the Arab populace who is angry over [measures] that reverse, more than they confer, Palestinian rights; by placing Sharon himself within the circle of terrorism against Palestinian children; by exposing the occupation to be the filthiest [form of] terrorism in the vogue of worldwide terrorism; and by putting the rope back on Sharon's neck so that he can strangle himself.

On that basis, a ceasefire would be in Palestinians' unadulterated best interests, and it is incumbent on all the forces calling for resistance to seize upon their abilities to marshal their human energies in inflaming the popular Intifada, for everyone is in the same trench and confrontation, but we shall apply the ideally suitable weapon, for the time and place, to the enemy's point of weakness, in order to achieve the optimal goals.

We have placed trust in the leader and leadership to lead
[this] juncture to the righteousness of indemnity.

## On the anniversary of the martyrdom death of the hero Mahdi Abu Ramadan Khan Yunis / Al Tufah

In the name of God, the Merciful and Compassionate
*[Illegible words]* those who were killed for the sake of God, dead but yet alive, with their Lord, in God's embrace
An Al Aqsa Martyr

*[Image of man dressed in Palestinian military uniform alongside the image of a mosque draped in ribbons; Except for name of the honored deceased, captioning text is largely illegible]*

**[Al Shuhada' [The Martyrs]] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (44) – 4th Year – November/December 2001 [P.] 12**

**[Al Shuhada', Vol. 44, p. 13]**

---

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

---

Gilmore 00216
SHATSKY - 007704
P 1: 3066

# Opinion

by Muhammad Abu Hajras
Political Commissioner for the Second Border Battalion

---

*[A faint full-page-sized image of a scale appears as background behind the printed text of this article]*

I am absolutely sure, as are many of the Palestinian people, that Bush's words, in his speech before the U.N. on creation of a Palestinian state, were not the product of any strategic conviction or sudden [sense]* of American justice. Instead, these were spurious slogans by which he was attempting to achieve tactical goals in Afghanistan and Iraq. After these [words], all U.S. practices on the ground confirm clearly that it *[the U.S.]* is incisive in its arbitrary methodology against the Palestinian people and brother Iraq, and that what concerns it *[the U.S.]*, from these statements, is nothing but the state of Israel, its strategic ally. Giving the nod to a Palestinian state alongside Israel is nothing but throwing dust in the eyes *[i.e., creating a smokescreen]* in order to numb the emotions of Arabs, Arab leaders, and Muslims, who would actually be numb even if the Palestinian people were totally extirpated from their land. Then here comes the U.S., revealing the falsity of its slogans, time after time; and through its protection of the historical arrangement of its policy towards Israel, since its *[Israel's]* creation and through to today, the Bush administration, like its predecessors, and since its [electoral] victory, has done the following:

Gilmore 00216
SHATSKY – 007704
P 1: 3066
(continued)

- Condemned the Palestinian Intifada, deeming it to be a form of violence, and demanding that it be stopped;
- Refused to meet with President Abu 'Ammar, to listen to the Palestinian point of view, at a time in which it has met, many times, with Sharon;
- Refused to participate in the conference that was convened for discussion and support of Palestinian human rights being violated on occupied territories by Israel;
- Not condemned the settlement process, and not demanded cessation of the settlements, which are considered to be an obstacle to the peace process;
- Demanded a complete and 100% halt, as Sharon is demanding, to resistance against the occupation, which the U.S. administration calls, in deference to Israel, Palestinian violence;
- The U.S. State Department spokesperson blames the Palestinian side for its inability to stop the violence, and also calls for a period of 7 days, requested as proof of Palestinians' good intentions towards peace;
- Fought against any plan or resolution that demands that Israel withdraw from Palestinian territories, or that would stop Israeli terrorism, through use of the [U.S.'s Security Council] veto power, and by demanding that those [things] be achieved [only] through direct negotiation between the clashing parties;  Through this, the U.S. administration has equated the Palestinian stone and the Israeli tank missile, and even equated the victim and the executioner in this struggle, which is disproportionate, as is attested in all international customs and law.
- If only the U.S. President would be truthful in his slogans, he would not have left Sharon and his murdering soldiers to commit massacre after massacre on Palestinian territories, and, in addition to that, within a period of 24 hours, to kill thirteen martyrs in cold blood, including 6 children, [with] 5 [killed] by a mine that the murderers placed on the road to school, and the sixth killed at a time when they *[Israeli military personnel]* were steeped in excuses, in the loathsome and savage manner of these murderers.

Gilmore 00216
SHATSKY – 007704
P 1: 3066
(continued)

Based on what is presented above, the Palestinian people reject the yellow policy of the U.S. and its leader Bush, and our people shall continue the popular struggle and Intifada until achievement of the sought-after and historical goal, which is defeat of the occupation, a sweeping away of the settlement process, establishment of an independent state with noble Jerusalem as its capital, and a return of the refugees, in spite of the haters and those skeptical of the justness of our cause, which we have taken on through our historical and continuous struggle against the occupation, and through waterfalls of blood that the Palestinian people have offered up on a daily basis, across all spheres; and not through the glittering words of the [U.S.] President, for all that glitters is not gold, and we are not simpletons who would even believe that a mirage will shower rain.

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (44) – 4th Year – November/December 2001                [P.] 13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3062-3066.

2. I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3062-3066.

Dated: March 3, 2014

_____
LUCILLE KAPLAN



# الشهداء

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية

من بين الدمار الذي خلفته عصابات الاحتلال في بيت ريما

## من الإرهابي ؟!!!!





## وقف إطلاق النار بين المصلحة الوطنية والضغوطات الد...

أصبح واضحاً أن أمريكا تسعى لتنفيذ مخطط استراتيجي في منطقة شرق آسيا لضمان استقرارها كقطب أوحد في العالم بما يقتضي ذلك من منع تكوين أحلاف مستقبلية مضادة مثل القوس الآسيوي (روسيا – الصين – الهند – باكستان) فكان لزاماً عليها أن تضع لها موطئ قدم كقاعدة عسكرية في مركز القوس وتحديداً وسط آسيا في أفغانستان.

وبذلك تصطاد عدة عصافير بابن لادن واحدة ومن هذه العصافير:-

• موقع استراتيجي متقدم في بؤرة قوس الحلف المستقبلي.
• وضع اليد على مخزون النفط والغاز في بحر قزوين.
• وضع اليد على سلة العملات في دول النموز الآسيوية.

وفوائد أخرى كثيرة منها المنظور وغير المنظور.

وخلاصة ذلك أنها نقلت ساحة معركتها من الشرق الأوسط إلى شرق آسيا متخذة كل المبررات والأغطية الشرعية وغير الشرعية لتنفيذ مخططها

وبذلك تكون منطقة الشرق الأوسط بمثابة خطوط خلفية لهجمتها فآن لها الأوان أن تصبح هادئة ومستقرة لضمان استقرار خطوط تواصلها من المغرب حتى وسط آسيا ويترافق ذلك مع فقد إسرائيل لأهميتها الاستراتيجية بالنسبة لأمريكا لانتقال المعركة من الشرق الأوسط.

وأهمية ذلك أن ضمان استقرار منطقة الشرق الأوسط يكمن في حل المشكلة الفلسطينية وبذلك يصبح حل المشكلة الفلسطينية مصلحة أمريكية يتراءى في أفقها ضغط أمريكي على إسرائيل وقد آن أوانه بعد استنفاذ أهميتها الإستراتيجية لأمريكا من ناحية وتعاظم أهمية إرضاء الجماهير العربية لضمان استقرار خط التواصل الأمريكي لشرق آسيا البؤرة الساخنة فلا غرابة من بزوغ خطة أمريكية بإقامة دولة فلسطينية في هذا الوقت والمستقبل أكثر إشراقاً.

وتترك إسرائيل ذلك تماماً وما يحاول شارون فعله هو مسابقة

الزمن لإعا... العربي الأو... ديمغرافية و... بنفسها في أف... موقع تفارض... نفسه ي... الأمريكية لبنا... الآن مستغلاً الن... في مقاومة الإر... نفسه أنه ضد... مخططه تحت ا... الأمريكي مكان... كأحدث صرع... الإعلام العالمي... وفي ظل م... الواضحة ينصح... التاريخية بأنه يج... إطلاق النار... شارون المز... مخططه لأنه يس... مبرر كهذا بكل ال... تتوجه كل الج... الفلسطينية لتأجيج الانت... الشعبية حتى تظ... الطفل العاري الذ... الدبابات الإسرائيلية... لأن هذه الصورة... التعاطف العربي وال...
نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية – العدد (٤٤) – السنة الرابعة – نوفمبر – ديسمبر 200...

١١



| | |
|---|---|
| المزيد من تلبية الحقوق الفلسطينية ووضع شارون نفسه في دائرة الإرهاب ضد الأطفال الفلسطينيين وإبراز الاحتلال كأقذر إرهاب في مرحلة موضة الإرهاب العالمي ورد الحبل على عنق شارون ليخنق نفسه. وعلى ذلك يكون وقف إطلاق النار مصلحة فلسطينية بحتة | وعلى كل القوى المناضلة بالمقاومة أن ترينا مقدرتها على حشد الطاقات البشرية في تأجيج الانتفاضة الشعبية فجميعا في نفس الخندق والمواجهة ولكن نستغل السلاح الأمثل الملائم للزمان والمكان في نقطة ضعف العدو لتحقيق أفضل الأهداف. |

كما نثق بالقائد والقيادة ليقودا المرحلة إلى بر الأمان

### الذكرى السنوية لاستشهاد البطل / مهدي أبو رمضان
### خان يونس / التفاح



١٢




العنوان

أجزم كما يجزم الكثير من أبناء الشعب الفلسطيني أن كلمة بوش في خطابه أمام الأمم المتحدة الفلسطينية لم يصدر عن قناعة استراتيجية أو عن العدل الأمريكي المفاجئ بل هي شعارات وأهداف تكتيكية في أفغانستان والعراق بعدها حيث تؤكد كل الممارسات الأمريكية على أنها ماضية في نهجها التعسفي ضد الشعب الفلسطيني والعراق الشقيق ولا يهمها من مصير إسرائيل حليفتها الاستراتيجية وأن الإشارة لدولة فلسطينية إلى جانب إسرائيل ما هي إلا لتخدير الوجدان العربي والقادة العرب والمسلمين الذين هم في الأصل مخدرون حتى من أرضه فيها هي أمريكا تكشف عن زيف شعاراتها مرة تلو المرة ومن خلال مضاعفتها لسياستها اتجاه إسرائيل منذ قيامها وحتى اليوم حيث عملت إدارة بوش كسابقاتها ومنذ فوزها

- إدانة الانتفاضة الفلسطينية واعتبارها شكلا من أشكال العنف والمطالبة بوقفها
- رفض اللقاء بالرئيس أبو عمار للاستماع لوجهة النظر الفلسطينية في حين أنه
- رفض المشاركة في المؤتمر الذي عقد بشأنه وبحضور حقوق الإنسان الفلسطيني المحتلة من قبل إسرائيل.
- عدم إدانة الاستيطان أو المطالبة بإزالة المستوطنات التي تعتبر عائقاً في وجه عملية
- المطالبة بوقف مقاومة الاحتلال والذي تسميه الإدارة الأمريكية إرضاء لإسرائيل بالعنف وبنسبة ١٠٠٪ كما يطالب شارون.
- المتحدث الأمريكي باسم الخارجية الأمريكية يلوم القيادة الفلسطينية لعدم تمكنها من وقف لمدة السبعة أيام المطلوبة لإثبات حسن النوايا الفلسطينية اتجاه السلام.
- محاربة أي مشروع أو قرار يطالب إسرائيل بالانسحاب من الأراضي الفلسطينية
- الإسرائيلي باستعمال حق الفيتو والمطالبة بتحقيق ذلك من خلال المفاوضات المباشرة وبهذا ساوت الإدارة الأمريكية بين الحجر الفلسطيني ودبابة الدبابة الإسرائيلية بل ساوت هذا الصدر عير المتكافئ وسيادة كل الأعراف والقوانين الدولية.
- لو أن الرئيس الأمريكي صادق في شعاراته لما ترك شارون وجنوده لقتل وذبح وتدمير الأراضي الفلسطينية وآخرها وفي حالات ٢٤ ساعة يقتلون بدم بارد ١٣ شهيدا فتى عمره ١٢ ووضعه القتلة في طريق المدرسة والقتلى يفعلون وقت يستعدون لتجهيزهم على الطريقة المنابة القتلة.

وبناء على ما تقدم يرفض الشعب الفلسطيني السياسة الصفراء للولايات المتحدة الأمريكية ويواصل شعبنا النضال والانتفاضة الشعبية حتى تحقيق الهدف المنشود والتاريخي وهو دحر الاحتلال وفي الدولة المستقلة وعاصمتها القدس الشريف وعودة اللاجئين رغم أنف الحاقدين والمشككين بحق اكتسبناها من خلال نضالنا التاريخي والمتواصل ضد الاحتلال وبفعل نضال الذي يفيض الآن وعلى كافة الساحات وليس بكلمات الرئيس اللامعة فليس كل ما يلمع ذهبا ولست من السذاجة بحيث سيسقط مطرا.

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية - العدد (44) - السنة الرابعة

١٣

P 1: 3066