# EXHIBIT A.201



Gilmore 00217 T
SHATSKY - 006909
P 1: 3067

# The Martyrs

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

---

*[Photographic image of Yasser 'Arafat smiling and forming the "V for Victory" sign with his right upraised hand, bearing the caption* **"What is Difficult for a People is Attainable if They Have Boldness at the Helm"***]*

Gilmore 00217 T
SHATSKY - 006909
P 1: 3067

Gilmore 00218 T
SHATSKY - 006910
P 1: 3068

**Al Shuhada'** *[The Martyrs]*

Monthly bulletin published by Political
Guidance for the Border-Region Forces

*Editor-in-Chief:*
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-
Region Forces**

*Production and Coordination:*
**Captain Ra'id Miqdad**

*Editorial Board:*
**Lt. Colonel Muhammad Jarada**
**Captain Muhammad Abu Hajras**
**First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

*[Inset of this volume's cover image of Yasser
'Arafat forming the "V for Victory" sign, but
bearing the following caption that differs from
the cover's actual caption:* **"Oh, mountain!
The wind cannot shake you."***]*

Read in this Volume

---

**Study**

Summary of the History of Palestine

continued from what was published in the
previous Volume

P. 12

---

The Jewish Peril

Protocols of the Learned Elders of Zion

Continued from what was published in the previous Volume

17

First Responders

25

Political Affairs . . . . .

By Muhammad Jared

Political Commissioner for the Headquarters Unit

p. 9

Read in this Volume

Preface to the Volume ……….….. p. 1

A Word About the Volume ……...p. 5

Opinion …………………...…....p. 11

Study……………………….…..p. 12

Military Sciences………………..p. 14

Wage Hiatus………………….…..p. 35

**[Al Shuhada', Vol. 45, pp. 17-20]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00219 T
SHATSKY - 006911
P 1: 3069

[Graphic of a Star of David with an octopus-like creature draped over it]

## The Jewish Peril
### Protocols of the Learned Elders of Zion
#### [[] continuation of [materials] published in prior Volume []]

One who studies the history of the Messianic sects would be surprised [to learn]* that some of these blaspheme the ancient covenant, disavow its legitimacy, and disclaim association with its *[the covenant's]* God and his prophets. Among these [blaspheming] sects is the sect called "Manichaeism" ([the religion of the] followers of "Mani," who appeared in Persia during the Third Century). Approximately three years ago, we elsewhere stated, with regard to this subject, that the Manicheans are near to the prophecy of Jesus, and approve of the prophecy of Moses, for reasons including the fact that they do not *[illegible word(s)]* "Jehovah" is, as the Torah describes him, a savage, evil Satan enamored of destruction, corruption, and the spilling of blood. If a reader of the Torah attempts to scrutinize the characteristics of "Jehovah, Lord of Soldiers," and his epic story with "his chosen people," he *[the reader]* must imagine him *[Jehovah]* to be a Satanic creature who is extravagant in [his] love for, and coddling of, his chosen people. He is the weakest of creatures, in wits, in managing them *[his chosen people]*, and in managing their adversaries. When he is content with them *[his chosen people]*, he is intensely content; and when he is displeased with them, he is intensely displeased. He is prodigious in malice and hatred for their enemies. Because of this, and because there is no limit to his power, and due to his lack of wit, he rains his blows down upon these enemies, excessively, insanely, mercilessly, and without limit. He wreaks the most loathsome revenge for

Gilmore 00219 T
SHATSKY - 006911
P 1: 3069
(continued)

the most trivial of reasons, and despite his limitless power, is a cowardly creature who fears what a person of ordinary courage does not fear, for he shrinks from waging war with some of his and their *[his chosen people's]* enemies, because th[ose] enemies have powerful wheels, in the wars. He leaves the Jews to their own devices, and does not become engrossed with them in their war[s], out of fear of those vehicles, and of

Gilmore 00220 T
SHATSKY - 006912
P 1: 3070

other similar impossible burdens [the contemplation of which] precludes the mind from preserving its integrity.  It *[the mind]* is nearly crushed under their *[thoughts of these burdens]* weight. (1) *[Footnote content not available]*

It is known, historically, that the Jews came unexpectedly upon religion, and that they are nomads who did not become civilized, and who [remain] nomads to this very day.  Their conscience is the conscience of a nomad, undeveloped over epochs of time; and their lives, despite their connection with various civilizations, are the lives of the wandering nomadic tribe. They stand aloof from the world, despite their connection with it, and they view it *[the world]* only as they would view an enemy:  They submit to it *[the rest of the world]* if it is stronger than they, and subjugate it if they are stronger than it.  Their lives are based around launching invasions, plundering, and sponging off of whatever others possess, as is the custom of nomadic tribes.  They are constantly mobilizing themselves under a weapon, in order to launch or repel an invasion, for their religious spirit, and tribal nomadic spirit, do not favor connection with others, and do not wish this.  Alternatively, as their Torah states, "Their hand is against each one, and the hand of each one is against them."

The highest ideals for the Jews are their prophets and their heroes, as the Torah, Talmud, and other [such authorities] depict these, along with the epic tales of their rabbis and their leaders, in general.  These holy examples whom the Jews consider to be saintly in their lives are [actually] the worst examples of people, for their *[the Jews']* holy books recount the[ir] *[the prophets', heroes', and rabbis']* debasements of their God.  [The way in which] most of their *[the Jews']* prophets and great personages comported themselves [placed them among] the ranks of the greatest criminals.  This is one of the sources of evil in the souls of the Jews, who adhere, more intensely than any other people, to their barbaric religious laws, and who are more rigid [than any other people] with respect to their criminal tribal traditions.  For this reason, their religion --in terms of moral humaneness - - is lower than all [other] religious canons, even that of

Gilmore 00220 T
SHATSKY - 006912
P 1: 3070
(continued)

savage paganism, because all [forms] of paganism [at least] require their adherents to treat others with kind decency, whereas Judaism exempts its followers from every precept, [in dealings] with

Gilmore 00221 T
SHATSKY - 006913
P 1: 3071

non-Jews, allows them *[Jews]* [to engage] in all manner of depravity with them *[non-Jews]*,
and monopolizes, for them, the amenities of this world and the gratifications of the next life.
This is a set of principles that is undoubtedly one of the scourges from which the world cannot be
saved except by liquidating *[i.e., annihilating]* the Jews, banishing them to a remote location
where they are prohibited from communicating with others, or re-educating their children in
rules of conduct different from the rules of conduct of their nomadic religion and its savage
teachings.

Anyone who reads their holy books will be alarmed and nauseated [to learn] that
conspiracy is the basis for their history, even with respect to their stance towards their God
"Jehovah;" [and to learn that] their *[Jews ']* lives are based on stealth, treachery, villainy,
violence, and obstinacy, whether this be in their dealing[s] with one another, or in their
dealing[s] with the nations who have had the misfortune of having close relations with them.  For
it would be unusual for you to see them *[Jews]* in their relationships with these [other nations]
except [in the role of] servants cowering to them *[other nations]* as they*[Jews]* cheat them *[other
nations]*, when they *[other nations]* are stronger than they *[the Jews]*; or [in the role of]
tyrannical giants, subjugating them *[other nations]*, when they *[Jews]* are stronger than they
*[other nations]*.  They *[Jews]* recognize no covenant and grant no pact; rather, they take refuge
in treachery and wrongdoing, whenever they sense themselves to have power.

Many of their prophets in their holy books have described them *[Jews]* as a hard-hearted
and stiff-necked people, and as sons of serpents and slayers of prophets; and among the
prominent phenomena in their history is the large number of their prophets.  *[Several illegible
words]* are without parallel, in this, set apart from the rest of the nations.  As a great Egyptian
author has opined, there is no explanation for this except for deep-seated evil in their *[Jews ']*
upside-down intrinsic nature, and if not for this firmly fixed evil, they would not need the
assemblages of this number of prophets and fixers.  Due, however, to the deep-seated
disfigurement of their natures, they have always been an evil people.   Whenever they have been

**Gilmore 00221 T**
**SHATSKY - 006913**
**P 1: 3071**
**(continued)**

in a desirable situation, with the help of a prophet or fixer, they have kept reverting to their evilness and their refractoriness; and so they have needed one [prophet or fixer] after the other, on a rapid basis, and the large number of their prophets is one of their shameful features, and not something for them to boast of, as they would wish to believe; and people understand this.

Gilmore 00222 T
SHATSKY - 006914
P 1: 3072

Wherever they have settled in a region, they have covertly attempted to infiltrate and assert dominion over it, economically and politically, by deception, longevity, bribery, and the like.  They have formed a sturdy connection between their interests and those of [the region], even to the point that if it *[the region]* has sensed their *[the Jewish]* peril over[taking] them, and tried to get rid of their *[Jewish]* evils, it has been unable to do so.  Even when it *[a region]* has been able [to do so], through expanding its structure [for handling] many upheavals and disturbances, they *[Jews]* are like a chronic parasitic disease, [lying] latent within an organ, and from which there is no escape except through cutting out some or all of the organ, or destroying its function.

Like parasitic diseases, they *[Jews]* live off of peoples and their civilizations, and their religion allows them to use every sordid means that other[s'] religious laws would not allow.  Despite sensing danger due to their small numbers, they *[Jews]* cooperate with financial, cultural and political operations more so than do others, so that they *[others]* shall not sense the danger [to Jews], [due to their] ignominy and small [numbers], that they *[Jews themselves]* are sensing.  To this end, they *[Jews]* succeed financially and politically where others might sometimes fail.  They attribute any genius, or superiority over others, that they may have, to this, and to God's selection of them over all of creation, despite the fact that if others would permit themselves the evil means that they *[Jews]* are permitted, they *[others]* would get the better of them *[Jews]* in every field.  In addition, in every region, they *[Jews]* are a secret society that works only in its [own] special interests, thwarting the interests of others even when there is no need to do so. (1)  *[Footnote content unavailable]*  They live in isolation and clandestinely, however they may appear.  Their shamelessness has reached a level at which some of their writings, during the First World War, asked that England recognize two [types] of citizenship for them *[Jews]*:  English civilian [status], and Jewish religious [status], despite the fact that they *[Jews]* were able to attain

Gilmore 00222 T
SHATSKY - 006914
P 1: 3072
(continued)

the rank[s] of Prime Minister and Chief Justice, the two highest [positions] that an Englishman may attain.

To be continued in the next Volume . .

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                     Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                   Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3067-3072.

2. I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3067-3072.

Dated: March 2, 2014

LUCILLE KAPLAN



# الشهداء

### نشرة شهرية تصدر عن التوجيه السياسي لقوات الشرطة الحدودية

وما استعصى على قوم منالٌ

إذا الإقدام كان لهم ركابا



# الشهداء

نشرة شهرية تصدر عن
التوجيه السياسي للقوات الحدودية

## رئيس التحرير

احمد ابراهيم حلس
المفوض السياسي لقوات المناطق الحدودية

## اعداد وتصميم

نقيب / رائد مقداد

## اسرة التحرير

مقدم/ محمد جرادة
نقيب/ محمد أبو هجرس
ملازم أول/ عاطف القططي
مصور/ عبدالحكيم القدرة

يا جبل ما يهزك ريح ..

اقرأ في هذا العدد
افتتاحية العدد .......ص ١
كلمة العدد .........ص ٥
رأي ..............ص ١١
دراسة .............ص ١٢
علوم عسكرية ........ص ١٤
استراحة المقاتل ....ص ٣٥

اقرأ في هذا العدد
دراسة
موجز تاريخ فلسطين
تابع ما نشر في العدد السابق
١٢ ص

الخطر اليهودي
بروتوكولات حكماء صهيون
تابع ما نشر في العدد السابق
١٧

الاسعافات الأولية
٢٥

شؤون سياسية ......
بقلم : محمد جرادة
المفوض السياسي لوحدة الخان
٣٥ ص



# الخطر اليهودي

## بروتوكولات حكماء صهيون

**تابع ما نشر في العدد السابق**

ومن يدرس تاريخ الفرق المسيحية يدهشه أن بعضها يكفر بالعهد القديم وينكر شرعيته ، ويتبرأ من الهه وأنبيائه . ومن هذه الفرق فرقة تسمى « المانوية » ( أتباع « ماني » الذى ظهر فى فارس خلال القرن الثالث ) . وقد قلنا منذ ثلاثة أعوام تقريباً بصدد هذا الموضوع فى مكان آخر : كان المانويون يعدفون بنبوة عيسى ويرفضون نبوة موسى ، لأسباب منها : أن لا « يهود » كما وصفته التوراة شيطان متوحش شرير شغوف بالخراب والفساد واراقة الدماء . وان قارىء التوراة اذا حاول أن يتبين صفات « يهوه رب الجنود » وسيرته مع « شعبه المختار » وجب عليه أن يتصوره مخلوقا شيطانيا مسرفا فى الحب والتدليل لشعبه المختار . وهو أعجز المخلوقات حيلة فى سياستهم وسياسة خصومهم . فبينما هو راض عنهم كل الرضا اذ هو ساخط عليهم كل السخط . وهو مفرط فى الحقد والكراهة لأعدائهم . فهو ــ لذلك ولأنه لاحد لقدرته ، ولعدم حيلته ــ ينزل ضرباته على هؤلاء الأعداء فى اسراف وجنون وقسوة لا حد لها . وينتقم لأتفه الأسباب أبشع انتقام . وهو ــ رغم قدرته التى لا حد لها ــ مخلوق « جبان » يهاب مالا يهابه انسان ذو شجاعة عادية فهو ينكص عن محاربة بعض أعدائه وأعدائهم ، لأن للأعداء فى الحروب عجلات قوية ؛ فهو يترك اليهود وشأنهم، ولا يخوض معهم فى حربهم لهم خوفا من هـذه العربات . الى



من تلك من الفروض المستحيلة التى لا يستطيع العقل أن يحتفظ وحده معها . ويكاد ينسحق تحت وطأتها » (١) .

ومن المعروف تاريخيا أن اليهود فوجئوا بالدين وهم بدو لم يتغيروا فهم بدو حتى الآن ؛ وضميرهم ضمير بدوى لم يتطور على الغرور ؛ وحياتهم رغم اتصالهم بمختلف الحضارات حياة البسيلة البدوية الجوالة ؛ فهم يعتزلون العالم رغم اتصالهم به . لا ينظرون اليه الا نظرتهم الى عدو : يخضعون له اذا كان أقوى منهم ، ويستعبدونه اذا كانوا أقوى منه ، وحياتهم تعتمد على الغارات والسلب والتطفل على ما فى أيدى غيرهم كعـادة القبائل البدوية . وهم دائما معبئون أنفسهم « تحت السلاح » لصد غارة أو دفع غارة ٠ فروحهم      الملية روح بدوية قبليـة لا تحسن الاتصال بغيرها ولا تريده . أو هم كما تقول توراتهم « يدهم على كل أحد ، ويد كل أحد عليهم » ٠

والمثل العليا لليهود هم أنبياؤهم وأبطالهم كما تصورهم التوراة والتلمود وغيرهـا . وسير ربانييهم وزعمائهم عامة ٠ فثلاثة المثل المتدسون الذين يعتقد اليهود فى حياتهم بقداستهم هى أسوأ مثل للانسان . فكتبهم المقدسة تحكى من فضائح الهم الشانيهم وخطاياهم ما يلك أكثرهم فى عداد أكابر المجرمين ٠ وهى تصدر من مصادر الشر فى نفوس اليهود الذين هم أشد تمسكا بشرائعهم الهمجية . وجسـودا على مأثوراتهـم الاجرامية . ولذلك كانت دياناتهم ـ من الوجهة الانسانية الخلافية ـ دون كل الشرائع حتى الوثنية الوحشية ، ذلك كل وثنية تلزم اتباعهـا فى معـاملة غيرهم ببعض الآداب النبيلة ؛ على حين أن اليهودية تعفى أتباعها من كل قانون مع



غير اليهود . وتبيح لهم كل رذيلة معه ، وتحتكر لهم نعم الدنيا
ومتع الجنة    وهذا أصل لا ريب فيه من أصول البلاء الذى
لا خلاص للعالم منه الا بتصفية اليهود أو تنظيم فى مكان منقطع
يمنعون فيه الاتصال بغيرهم ، أو اعادة تعليم أمثالهم أدبا غير
أدب دياناتهم البدوية وتعاليمها الوحشية .

ومن يقرأ كتبهم المقدسة يروعه ويغشيه أن « المؤامرة » قوام
تاريخهم حتى فى موقفهم تجاه الههـم « يهوه » . والاعتماد فى
حياتهم على الخفاء والغدر والخسة والعنف والعناد سواء أكان
ذلك فى معاملتهم بعضهم بعضا . أم فى معاملتهم الأمم التى نكبت
بوصالهم ، فيندر أن تراهم فى صلاتهم بها الا عبيدا أذلاء لهـا
يمكرون بها اذا كانت أقوى منهم . أو جبابرة غاشمين يستعبدونها
اذا كانوا أقوى منها . وهم لا يعترفون بعهد ولا يدينون بذمة ،
بل يلجئون الى الغدر والبغى كلما أحسوا من أنفسهم قوة .

وقد وصفتم كثير من أنبيائهم فى كتبهم المقدسة بأنهم شعب
غليظ القلب صلب الرقبة . وبأتهم أبناء الأفاعى وقتلة الأنبياء
ومن الظواهر البارزة فى تاريخهم كثرة أنبيائهم . ربـــــــــ بى ،
ينفردون به دون سائر الأمم ، ولا تعليل له ـ كمـا يرى أديب
مصرى كبير ـ الا السوء العريق فى دخائلهم المنكوسة، ولولا
هذا السوء اللازب لما احتاجوا الى معشار هذا العدد من الأنبياء
والمصلحين ، ولكنهم لمسخ طباعهم العريق كانوا على الدوام أهل
سوء . فكلما حسنت حالهـم على يد نبى أو مصلـح ثم بات .
ارتدوا الى سوئهم وعصيانهم . فاحتاجوا سريعــا الى غيره .
وهكذا دواليك . فكثرة أنبيائهم مخزاة من مخازيهـم وليست
مفخرة من مفاخرهم كما يريدون أن يفهموا ويفهموا الناس .

P 1: 3071



وإنما حلوا فى قطر حاولوا الاندساس فيه . والتسلط عليه
اقتصاديا وسياسيا فى خفاء : بالخديعة والنساء والرشوة وغير
ذلك . وربطوا ربطا محكما بين مصالحهم ومصالحه ؛ حتى اذا
أحس خطرهم عليه وحاول التخلص من شرورهم لم يستطع .
واذا هو استطاع فبتعريض بنيانه لكثير من الهــزاهز
والاضطرابات ؛ فهم كالمرض الطفيلى المزمن الدفين فى العضو .
لا نجاة منه الا ببتر العضو نفسه أو بعضه أو اتلاف وظيفته .

وهم يعيشون كالأمراض الطفيلية على الشعوب وحضاراتها .
وان دياناتهم تبيح لهم استعمال كل الوسائل الخسيسة كما
لا تبيحه الشرائع الأخــرى . ـ مع الاحساس بالخطر لقلة
عددهم ـ وهم يتعاونون فى الأعمال المالية والثقافية والسياسية
أشد مما يتعاون غيرهم . لأنه لا يحس من خطر الذلة والقلة
ما يحسون ، ومن أجل ذلك ينجحون ماليا وسياسيا حيث يخفق
غيرهم أحيانا . وهـذا ما يعدونه آية عبقريتهم وامتيازهم على
غيرهم واختيار الله اياهم دون العالمين . مع أن غيرهم لو استباح
لنفسه من الوسائل الشريرة بعض ما يستبيحون لغلبهم فى كل
مجال . كما أنهم فى كل قطر « جماعة سرية » لا تعمل الا لمصلحتها
الخاصة . كما تهدر مصالح غيرها ولو بلا ضرورة [1] . ويعيشون
يعمرون فى الخفاء مهما كانوا ظاهرين . وقد بلغ من وقاحتهم أن
بعض كتابهم خلال الحرب العالمية الأولى طالبوا أن تعترف لهم
انجلترا بجنسيتين : مدنية انجليزية . ودينية يهودية ؛ مع أنهـم
هناك يستطيعون أن يصلوا الى مرتبة رياسة الوزراء ورياسة
القضاء . وهما أسمى ما يمكن أن يصل اليه انجليزى .

يتبع العدد القادم ..