# EXHIBIT A.202



PLAINTIFF'S
EXHIBIT
202

Gilmore 00223 T
SHATSKY - 006915
P 1: 3073

# Al Shuhada' *[The Martyrs]*

Monthly Bulletin Published by Political Guidance
for the Border-Region Forces

*[Photographic image of the face and shoulders
of Yasser 'Arafat poised above an image of the
shield of the Fatah military wing [Al 'Asifa,
i.e., "storm troopers"]. Shield contains
images of a crossed automatic rifle and bayonet,
each held by a hand. "Al 'Asifa"is written near
the top of shield, and at the bottom of the shield,
below the image of a globe, appears the organization
name "Fatah." Wrapping the bottom border of
the shield are the words "Palestinian National
Liberation Movement" [Fatah]].*

*[To the right of the images described above, bordered by a wavy square suggestive of an official edict or other
pronouncement, appears the following text]:*

In the name of God, the Merciful and the Compassionate

**Military Communiqué No. (1)**

**Issued by the General Command of the 'Asifa Forces on January 1, 1965**

In our reliance upon God, and with our faith in the right of our people to fight to reclaim its usurped
homeland, our faith in the duty of Holy Jihad, our faith in the stance of the rebellious Arab from the
Ocean to the Gulf, and our faith in support from the free and honorable people of the world: Flanks of
our striking forces took action, on the night of Friday, December 31, 1964/January 1, 1965, and carried
out, to completion, the operations required of them within the occupied territory; and all of them
returned to their military encampments safely.

We warn the enemy against taking any measures against peaceful Arab civilians, wherever they may
be, for our forces shall respond to aggression with commensurate attacks, and shall consider such
measures to be war crimes.

In addition, we warn all nations against intervening on behalf of the enemy in any manner, for our
forces shall respond to such action by subjecting the interests of these nations, wherever these may be,
to destruction.

Long live the unity of our people

And long live their struggle to recover their dignity and their homeland

General Command of the 'Asifa Forces

38 Years of Sacrifice . . Devotion . . and Giving

Gilmore 00223 T
SHATSKY - 006915
P 1: 3073

Gilmore 00224 T
SHATSKY - 006916
P 1: 3074

**Al Shuhada'** *[The Martyrs]*

Monthly Bulletin Published by
Political Guidance for the Border-
Region Forces

---

**Editorial Panel**

---

*Editor-in-Chief*
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-
Region Forces**

*Production and Coordination*
**Major Ra'id Miqdad**

*Editorial Board*
**Lt. Colonel Muhammad Jarada
Captain Muhammad Abu Hajras
First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

---

**Recitations for Morning and Evening** *[Extracts of Islamic Hadiths, i.e., sayings and deeds of the Prophet Muhammad]*

1- When evening came, The Prophet, may God bless him and grant him peace, used to say: "We have entered upon evening, and God's kingdom has entered upon evening. Praise be to God. There is no God but God alone, who has no partner. His is the kingdom, and to him is the praise. He is capable of all things. Lord, I ask you for what is good in this night, and for what is good in what follows it; and I seek refuge in you from the evil that is in this night, and the evil that is in what follows it.

"Lord, I seek refuge in you from laziness, and from the evil of old age. Lord, I seek refuge in you from punishment in hellfire and punishment in the grave." And when morning came, he also said this: "We have entered upon morning, and God's kingdom has entered upon morning."

2- The Messenger of God, may God bless him and grant him peace, used to teach his companions, saying: "When each one of you gets up in the morning, he should say, 'God, by you we enter upon the morning, and by you we enter upon the evening; by you we live, and by you we die. To you is the resurrection.'

"And when each of you enters upon the evening, let him say, 'God, by you we enter upon the evening, and by you we enter upon the morning; by you we live, and by you we die. To you we return.'"

3- He *[the Prophet Muhammad]*, may God bless him and grant him peace, said: "The best way to ask for forgiveness is to say, 'God, you are my Lord. There is no God but you. You created me and I am your servant, and I conform to your covenant, pledging to the best of my ability. I seek refuge in you from the evil that I have committed. I acknowledge to you the favors you have conferred upon me, and I acknowledge to you my sins. Forgive me, for no one but you can pardon sins.'"

He *[the Prophet Muhammad]* said, "He who says this during the day, with firm belief in it, and who dies that same day, before evening, is a dweller of Paradise; and he who says this at night, with firm belief in it, and who dies before morning, is a dweller in Paradise."

[Al Shuhada', Vol. 48, p. 5-7]

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00225 T
SHATSKY - 006917
P 1: 3075

| The Word for th[is] Volume | **From Palestine to Iraq,**<br>**An Arab Stain of Disgrace** |
| --- | --- |
| | by Ahmad Ibrahim Hilles |

The Zionist carouses boisterously in the land of Palestine, killing its people, demolishing its homes, uprooting its trees, destroying all manifestations of life, and defiling the holy places of the holiest spot on Earth, [which is] the land of [the Prophet Muhammad's]* missions and of the site of [the Prophet Muhammad's] night journey and ascent to the seven heavens; [and the land] of the first of the two Qiblahs *[directions towards which Muslims pray]* and of the third *[Al Aqsa Mosque]* to the two noble Holy Places *[the Sacred Mosque in Mecca and the Mosque of the Prophet in Medina]*. Prominent figures of the Hebrew state impugn the greatness of the Arabs, if there is [any] greatness that remains, for them. They *[Israeli figures]* flutter in the skies of their *[Arabs']* capitals, while offices [used] for spying, for liaising, for tourism, and for Zionist companies spread throughout Arab territory. We hear, from them *[Arabs]*, only words that have lost their meanings in the face of the submissiveness and shameful silence that these broken-down *[Arab]* regimes have adopted as "a way in which to co-exist with U.S.-Zionist hegemony" in the region and in the world. They *[Arab regimes]* consider it *[submissiveness and silence]* to be a life buoy for remaining alive, even with all the shame. What is said about them *[Arab regimes]* doesn't matter to them; and what history will record about their weakness, their degradation, and their decline does not distress them, [these] gloomy-

Gilmore 00225 T
SHATSKY - 006917
P 1: 3075
(continued)

faced, easily-dismissed regimes who are despicably cruel to their peoples, and who act cowardly before Americans and Jews. They *[Arab regimes]* organize celebratory festivals for observance[s] of the accession [to power] of some king, prince, sultan, or President who has spent [his whole] life on his throne, even if it *[the throne]* [has stood] above the skulls of the righteous among their *[Arab regimes']* peoples. They *[Arab regimes]* convene conferences called "the summit,' for [a kind of] backbiting [over] the fall, tumbling, and decline of [regimes] more eminent and stronger than are they, in rank, and more exalted than are they, in position. [These regimes] have lost [all] shame, falling even into the mud; and they boast of their accomplishments - - which shall be falsely recorded in history - - and of tales of untruth. They glorify America and Israel as idols of their [own] making who display those *[Arab regimes]* on television screens just as the slave trader displays his slave. Whenever there is something new on the Palestinian scene - - and this is a daily happening - - we hear these regimes declaring, in the language of Americans and Jews translated into Arabic, that they *[Arab regimes]* are with the Palestinian people and its just cause; but while we can hear the clapping of the flour mill, we do not see any flour.

Twenty-two calamities: These are the full complement of the 'Arab League of Comedies,' which has done nothing but what a zero to the left of a number does. Even the man who had a loud voice condemning Israel's actions against our people has been inducted into it *[the League]* as Secretary General, so that they *[League members]* may put him into the trash bin with them, and silence his voice forever, such that whenever he speaks, his words shall come out polluted with the official Arab rot.

These regimes take shelter under the American Zionist umbrella, and they make use of it as a shield in facing any popular gust that may develop in response to nationalistic sentiment, [and in facing any] rebellion [that develops] against the injustice befalling these populations, which [injustice] is taming them *[the populations]* and removing them from the nationalistic, and even nationalist, framework, through a perpetual effort to brainwash them and distort the image of the freedom fighters and righteous sons of this nation in the minds of the majority of peoples, who are beleaguered from abroad, and repressed domestically. Palestine is not alone, in terms of

Gilmore 00225 T
SHATSKY - 006917
P 1: 3075
(continued)

the occupation, for all the regions of the Arab homeland, from Bahrain to Mauritania, and from the darkness of this black night that envelops the Arab homeland, are engaged in the blessed Palestinian Intifada, not merely in order to resist the occupation, but also in order to tear off the masks that the idols of the regimes have placed over their *[Arab regime leaders']* faces, revealing the truth of their reality, and stripping them of the shredded mulberry leaves

Gilmore 00226 T
SHATSKY - 006918
P 1: 3076

with which they have concealed their defects for [many] long years.  From Palestine to Iraq, the official Arab stain of disgrace extends, and the comedy is repeated, for the American [military] bases in Saudi Arabia, Kuwait, Qatar, Bahrain, Oman, and Jordan, and the permanent installations in the Suez Canal, the Bab Al Mandab, and all the Arab ports, form centers for the launching of the anticipated U.S. attack on Iraq, which has the blessing of many of the regimes who are talking about this with impudence, and holding their tongues in the manner of the abashedness of prostitutes, protesting [only] via intermediaries.  Every one of them *[the Arab regimes]* is a collaborator in the crime, and a partner in doing damage to Iraq, and to the Arab community from a distance, supporting the resolutions of the Security Council that require inspection, infringement of Iraq's inviolability, and the besieging and humiliation of it *[Iraq]*. Not one of these cowardly regimes will dare utter a word that would [question] why Israel is exempt *[from inspection and infringement]*?!!

So what would you say remains for these regimes?  And with what can you debate when they *[the regimes]* are treacherous, cowardly, and submissive?  The most impudent among them might say that the Arabs can do no [more] than plead with the U.S., while at the same time relying on there being no Arab regime capable of outbidding him *[the impudent interlocutor]* or even criticizing his methods in presenting issues within earshot of the community and the world; for each of them *[Arab regimes]* is polluted in the way that he is, each of them is subordinate in the way that he is, and each of them is a broker for U.S. and Zionist interests, as he is.  He is, however, endowed with an [even] greater measure of impudence, and because of this, we find him working a transformation of himself, his prince, and his country [into] a sponsor of treatises and schemes calling for solutions; or [into] a circulator of American ideas.  It is as if the [impudent] interlocutor and country have a thinker [hailing] from the age of the empire of the universe, in which eunuchs competed to serve the cosmic crowned king, to please him, and to hasten assistance to his white house or plantation, time and again.  Whenever he *[the king]* received them *[the eunuchs]*, and put his boots on their faces during his sessions with them, they maintained a deathlike silence, and were content with the honor of his agreeing to receive them; and whenever they requested something, they would seek his approval, and avoid being placed

Gilmore 00226 T
SHATSKY - 006918
P 1: 3076
(continued)

on the list of those to be replaced or banished from their seats.  Not one of them *[Arab regimes]*
dares to discuss or even suggest what is going on in Palestine, or what is besetting Iraq in the
way of injustice and subjugation, and whenever it *[Palestine]* listens to their *[Arab regimes']*
radio broadcasts, or watches their *[Arab regimes']* satellite broadcasts, it listens with
astonishment, and sees comedies in which they *[Arab regimes]* are saying that leader so-and-so
had a discussion with the U.S. President, etc., etc., and are showing him *[the leader]* as he is
returning from his blessed trip, focusing on the reception that his followers are giving him, as if
he were returning from the battle of the conquest of Amuriyah. *[the Sack of Amorium of 1838, in
which an 'Abbasid caliph triumphed over Byzantines]*.  Comedies ensue, and shame is
corroborated every day, until it starts to stick to these countries [as represented] in the persons of
their rulers.  And [as for] Palestine - - the settlements plunder it.  The planes, tanks, and teams of
Arabists are killing its families; and the blockade is killing every beautiful concept, even [that of]
holidays.  Inspection teams trample Iraq, the planes of the U.S. and Britain bomb it, and the
blockade strangles it.  The sweeping attack is coming, and our Arab community is still talking
about summit conferences, strategic peace plans, and a just and comprehensive pace, viewing the
nomination of [Amram] Mitzna to enter the Israeli elections in order to confront Sharon as a
good omen.  They *[Arab regimes]* consider their support of him *[Mitzna]* to be a jihad against
injustice, and a defense of the occupied homeland, but his *[Mitzna's]* response is that he shall
break the heads of the Palestinians any time they rebel against the solutions he shall propose,
should he succeed in the elections, and take office as Prime Minister.

      Those of our people who are indulgent say that the Arab regimes are paying [large]
monetary sums to support the steadfastness of our people in its Intifada,

---

Gilmore 00227 T
SHATSKY - 006919
P 1: 3077

and that the Beirut conference is a good testimonial to this support, with its generous resolutions; but implementation [of these resolutions] evaporated like clouds after the close of the conference. If the U.S. were to ask them *[Arab regimes]* to pay hundreds of millions to cover invoices for the costs of the American presence in the Gulf, then not a one of them *[Arab regimes]* would dare delay in making [such] payment. If an elephant is sick in the London Zoo, or the mating of female dog in New York is desired, or a Siamese cat is missing from one of the homes of the Princes in the French Riviera, mutual affection, reciprocity, and charitable donation checks become serious business, and the echo of Arab pride overtakes the newspaper columns in the capitals [made famous by] Khalid Bin Al-Walid, Tareq Bin Ziyad, the Ayyubid Salah Al-Din, and Jamal 'Abd Al-Nasser. This is happening at the same time as American spy planes are striking the people of the community in Yemen, and all cargos of the vessels of the greatest nations coming in to the ports of Arab nations are being inspected. We hear no commentary or criticism, or even protest; and these *[Arab]* nations have relished the life of submissiveness, and they are not angry. [The poet] Al-Mutanabbi spoke the truth [when he said], "He who is weak facilitates his [own] humiliation, and he is not disparaged [even] by the carrion of a banquet."

---

*[Image of young men assembled on a wide street lined with building structures, using slingshots, and holding and throwing stones, bearing the caption:* **And the Blessed Intifada Goes On . . .***]*

---

**[Al Shuhada', Vol. 48, p. 8]**

---

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

---

Gilmore 00228 T
SHATSKY - 006920
P 1: 3078

## Opinion

by Muhammad Abu Hajras
Political Commissioner for the Second Border Battalion

---

It is strange that the United States is making a stir, but has accomplished no [real] upheaval, after protesting against Iraq's possession, or alleged possession, of ballistic, biological, or nuclear weapons, and mobilizing *[U.S.]* * armies. The contrivance of an invasion of Iraq under the pretext of fighting Iraqi terrorism shall count as [even] stranger than Israel taking up the role of warning the world of the disastrous consequences of Iraq possessing this weapon, [thus] supporting the U.S. view.  There is truth in the proverb that states, "If you are not ashamed, then do as you please."  These stances really point to a clear recklessness, and to denial of the right of peoples and nations to protect their security and to confront the dangers that surround them and make them a target of threat[s], pilfering, and [forced] compliance, due to the policy of fait accompli that the colonialist settler countries, foremost among them Israel, practice, as if this *[fait accompli]* is a right which, once attained, cannot be contested by anyone.

U.S. policy towards Iraq and Palestine, and [towards] other issues connected to the Arab-Israeli conflict provoke amazement and disgust, for at a time when its *[U.S. 's]* eyes are opened widest, and its surveillance of the Arab and Islamic nations is intensified, every resistance or protest against practices is mistakenly described as terrorism.  [This is happening] at a time when Israel is reaching the highest [levels] of what its military techniques have attained, with the goal of developing its nuclear capabilities and modernizing its lethal weapons, which are being tested

Gilmore 00228 T
SHATSKY - 006920
P 1: 3078
(continued)

on the Palestinian people on a daily basis, and in all cities, without the U.S. intervening and saying, to its ally, "enough of [this] arrogance."

This twisted policy is tantamount to an in-depth lesson that we and the Arab nations should defy well, for today Iraq, and tomorrow Syria, and after that, Hizballah and others, until there is no end but for Israel to remain without a challenger. It suffices *[illegible word]* behind the American master, following its whims, caprices, and contradictory stances, for the flow behind it shall bequeath nothing but submissiveness and degradation, and shall lead only to ruin, penury, and more blockade[s] by the specter of the Israeli force that intensifies day after day, while we are inattentive and heedless, passing the time with the trivialities of material support devoid of moral [support], fighting among ourselves over nothing. National unity is the quest, from both the Palestinian and Arab point of view, and the Palestinian people [who are] on the cusp of a new year need to set out soaring towards their convictions, their choices, their right of return, and their [right to] an independent state with noble Jerusalem as its capital, rejecting the occupation, the liquidation operations, and the assassinations, and supporting a comprehensive dialogue that unites the people and [its governing] authority.

[Al Shuhada', Vol. 48, pp. 18-20]

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00229 T
SHATSKY - 006921
P 1: 3079

Study

*[Graphic of a Star of David with an octopus-like creature draped over it]*

## The Jewish Peril

### Protocols of the Learned Elders of Zion

[(] continuation of [materials] published in prior Volume [)]

--    **Judaism mocks religions and cultures in order to serve its self-interest:**

The Jew is a Jew before all other things, whether these [things]* be his nationality or his outward embrace of tenets and principles in order, through his embrace of these, to serve himself and his people.  He may acquire English, American, or French nationality, and may affirm his nationality, so long as this is in the Jewish self-interest, but if the two interests *[national and Jewish]* conflict, he is a Jew, only, and stands up for his Judaism while giving up his other nationality.

The Jew hypocritically becomes a Muslim or a Christian, in order to corrupt Islam and Christianity; or he steers instruction in this new religion and its traditions in a direction that redounds to the benefit of the Jews, or disseminates the spirit of friendship and affection to them *[Muslims and Christians]*.   Wherever a principle or erudite or philosophical doctrine emerges, the Jews rush to support it, and to act [in accordance] with it [in ways] advantageous to them.

Gilmore 00229 T
SHATSKY - 006921
P 1: 3079
(continued)

When a repression of them *[Jews]* surfaces, the call for freedom, brotherhood, and equality will appear. Their history with Islam is [the same as] their history with every faith and doctrine: They have waged war with it *[Islam]* from the beginning, mounting the most violent war, until, if they failed, they retreated, making a peace with it *[Islam]* that was a worse calamity for it *[Islam]* than [was] its manifest war. Many of them became Muslims during the era of the Rashidun Caliphs and subsequently.

High-ranking learned non-Muslims, for example, would interpret the Qur'an, and relate *[Qur'anic]* accounts, filling all of this *[interpretations and accounts]* with what we call "Israelites." Then, many Jews would transmit

Gilmore 00230 T
SHATSKY - 006922
P 1: 3080

this subsequently as their epic story, to the point where the backs of scores of groups having the worthiest of firm resolve indeed [came to] bear the burden of ridding the exalted Islamic books of the Israelites. Then, from another point of view, he *[the Jew]* participated in the conspiracy of the murder of [the Caliph] 'Umar. He *[a Jew]* notified him *['Umar]* of this cunningly, three days prior to the event, reporting to him *['Umar]* that he *[the Jew]* saw this in the Torah. 'Umar was then astonished by the mention of his name in it *[the Torah]*, and a high-ranking [court official] disposed of this by [finding] that what [actually] appeared in it *[the Torah]* was his *['Umar's]* description, and not his name. Despite this, he *[the high-ranking official]* advised him *['Umar]* to appoint someone as his successor before his death. 'Umar was then killed three days later, as he *[the high-ranking official]* had specified. Afterwards, his *[the Jew's]* perfidy was directed at 'Uthman, and then his *[the Jew's]* perfidy was directed at other great Muslims, which makes his *[the Jew's]* story a long one.

    *[The Jew]* 'Abdallah Bin Sab' would busy himself with an activity of another kind. He provoked the anger of Muslims towards their Caliph 'Uthman, over what he *['Uthman]* had [purportedly] brought about in the way of heresies: If he *[the Jew 'Abdallah Bin Sab']* was banished from one of the large cities, he would go to another, and undertake this *[illegible word]* activity. While he was wandering among Iraq, Egypt, and Syria, he was forming "secret cells" that were hostile to 'Uthman, and these provoked vengeance upon him *['Uthman]*. He *['Abdallah Bin Sab']* persuaded some of the very excellent learned men of the weak, exposed wing of the Companions of the Prophet to engage in provocation with him, and he incited mobs to the heights. He corrupted everyone's trust in one another, with matters culminating in the murder of 'Uthman, and the division of Muslims into partisan groups. He provoked the feuding parties one against the other, and he incited them to engage in combat. He intertwined the Sab'iyyism of the mobs with the war between the army of 'Ali and the Ashab Al Jumal *[Shi'ites who deemed the Hadiths (Sayings of the Prophet) to be their ultimate authority]*, before the leaders ordered this. From another point of view, he *[the Jew]* was active in spreading principles devastating to Islam, for he called for faith in the return of the Prophet [Muhammad] after his *[the Prophet's]* death, and when Imam 'Ali was killed, he *[Abdallah Bin Sab']* declared that he

Gilmore 00230 T
SHATSKY - 006922
P 1: 3080
(continued)

would deny that 'Ali had been killed, even if they *[his opponents]* were to present him with his *[Ali's]* lifeless head seventy times.

　　　In this way, Muslims were deceived, and they accumulated, in their books and [in] their minds, the fables of the Torah.

Gilmore 00231 T
SHATSKY - 006923
P 1: 3081

Thus, the action of the Jews towards Christians and others is without creeds or doctrines. They *[Jews]* have crept in behind Islam and Christianity to a degree to which many Muslims and Christians have begun to accord recognition to the holiness of their *[Jews']* books, and to receive these [books] and their heroes with good will. The Jewish propaganda has prospered in publications[s] by many faiths and creeds, and this has actualized their *[Jews']* self-interest; and so we see the spirit of friendship and acclaim for the sons of Israel and their holy places prevailing over some of the Christian and Islamic holy places. For this reason, many Christians and Muslims refrain from opposing Israelis' actions with the true discernment and deterrent punishment that these [actions] warrant, some of them *[Christians and Muslims]* believing that these *[Israeli actions]* are the will of God.

Why is the detailing of [all] this, and the support of it with facts, enough to fill a very heavy volume? If we take a broad leap into the modern era, we [can] see that the Jews are behind every doctrine, philosophy, and theory, and every human energy, spreading principles of brotherhood, freedom, and equality whenever they have sensed repression; but no doctrine that would lead to [their fair] share of detriment has emerged that they have not, sooner or later, killed or altered by corrupting **it**, and turning it to **their** advantage. Everything that has led to what is good for them directly, they have promoted to all the corners of the Earth, and they have elevated its originator to [the ranks of] the scholars of the culture of both worlds *[life and the hereafter]*, even if he *[the originator]* is despicable. In this way, they *[Jews]* make propaganda for every pen, so long as its *[the pen's]* influence, either intentionally or unintentionally, helps to corrupt people and elevate the importance of the Jews. They also did this with respect to Nietzsche, who assailed Christianity and its morals, and divided morals into two types: The morals of the master, such as violence and contempt for principles, and the morals of the slave, such as compassion and benevolence, [a formulation] that is consistent with the spirit of Judaism and its history, which [spirit] paves the way for these *[types of morals]*, and causes these *[types of morals]* to surpass [even] Nietzsche. (1) *[Footnote content unavailable]* Similarly, they

Gilmore 00231 T
SHATSKY - 006923
P 1: 3081
(continued)

*[Jews]* have promoted doctrines of evolution, and interpreted it *[evolution]* with explanations that never occurred [even] to Darwin; and they *[Jews]* have used this to condemn religions, ethnicities, and laws. . .

[Al Shuhada', Vol. 48, pp. 23-27]

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Individuals credited, in the latter part of this material, with accounts of the sayings or deeds (i.e., the Sunna or Hadiths) of the Prophet Muhammad or his companions, whose names precede or follow the quoted sayings/reports in this translation, are either renowned scholars of the Sunna, or historical figures from whom the Sunna scholars derive their accounts. The accounts ultimately originate from reports provided by individuals who were contemporaries of the Prophet Muhammad.

Gilmore 00232 T
SHATSKY - 006924
P 1: 3082

## Islamic Gifts

## Islam's Position on the Jews

{"Indeed you have, in the Messenger of God, an excellent example for those whose hope is in God and the Final Day, and who invoke God often." *[Qur'an Sura Al Ahzab, Verse 21]*}

### Our countries are a target of invasions:

Several are the invaders with whom our blessed countries have been afflicted during their long histories, and our Arab homeland was afflicted with the wars of foreigners, and invasions by the European Crusaders, over the course of two full centuries, from 1096 – 1291. Noble Jerusalem was occupied in the year 1099 A.D., after a painful massacre in which their *[invaders']* * horses [had to] wade into the blood of Muslim martyrs [flowing] in its *[Jerusalem's]* streets, in order to be ridden.

Jerusalem and its blessed Al Aqsa continued to groan under the occupation, until God sent it the warrior-hero Saladin the 'Ayyubid, and he liberated it in the year 583 A. H. (1187 A.D.).

Gilmore 00232 T
SHATSKY - 006924
P 1: 3082
(continued)

After these invasions came the Mogul invasion led by Hulagu, whose forces swept away the 'Abbasid Caliphate and Baghdad, its capital, and spread to the land of Palestine, where they *[Hulagu's forces]* were repelled at 'Ayn Jalut in the year 658 A.H. (1260 A.D.), by Al Malik Al Muzaffar *["the triumphant king," the Mamluk Sultan]* Qutuz and his warrior-commander Al-Dhahir Baybars.

Then there were the British, French, and Italian colonial invasions, in the latter part of the 19th Century and at the start of the 20th Century, which some historians call "the New Crusades Campaign," and which Westerners call "the Eastern Question" arising from the weakness of the Ottoman state and the beginning of its disintegration and dissolution, which led to the break-up of the legacy of *[the region's]* "Sick Man" pursuant to [the terms of] the Sykes-Picot Agreement of 1916.

This is the agreement that led English General Lambie to enter Jerusalem in the year 1918, where he spoke his famous words, "The Crusader Wars have now ended."    In addition,

Gilmore 00233 T
SHATSKY - 006925
P 1: 3083

French General Gouraud entered Damascus in the year 1920, and stood at Saladin's tomb, kicked it with his leg, and said, "Look, Saladin! We have returned!"

All these invasions were military in nature, with economic ambitions wrapped in religious slogans, and these would kill, occupy, destroy, oppress, and plunder; but they *[the invasions]* did not oust inhabitants from their homes, and, instead, subjected them *[inhabitants]* [only] to occupation and humiliation. They were not in the nature of [colonial] settlement, except for the French occupation of Algeria.

**The Zionist invasion:**

As for the modern Zionist invasion of Bayt Al Muqaddas *[Jerusalem]* and the environs of Bayt Al Muqaddas, the practical threads of which started to be woven at the Basel Conference in Switzerland, in the year 1897, which [conference] sketched a policy of establishing a Jewish state, it *[the Zionist invasion]* was to operate on the basis of not encompassing all Jews of the world within that state.

The goals of worldwide Jewry came together with the hidden desires on the part of the majority of the leaders of the old colonialism, and [with] their *[colonial leaders']* encouragement towards the planting of an alien cancerous mass in this region that would siphon off its *region's]* powers, and stand in the way of its *[the region's]* unity and the resurgence of its *[the region's]* peoples and their *[the people's]* comfort.

Worldwide Jewry relied on their Croesus-level treasures and enormous wealth, of which Jews boast frequently, and used these to achieve their goals. The deception that had afflicted their ancestors before them [then] afflicted them, as they *[Jews]* [are quoted as saying in the Qur'an]: "God is poor, while we are rich." {"God has heard the statement of those *[Jews]* who have said, 'God is poor, while we are rich,' and we shall record what they have said, and [record] their unlawful killing of the prophets, and we shall say 'Sample the punishment of the fire.'"} [from Qur'an Sura] Al 'Imran, [Verse] (181).

Their modern Croesus, Baron Rothschild, was able, with his wealth, to obtain the Balfour promise of the year 1917. In addition, they *[Jews]* played special and important roles in World Wars I and II, in order to obtain support for their plans and goals from all the colonialist nations,

Gilmore 00233 T
SHATSKY - 006925
P 1: 3083
(continued)

and from the League of Nations and its successor, the United Nations, so that they were able to realize their goals of establishing their state in Palestine.

The Zionist invasion was distinguishable, because it was an invasion of settlement based on occupation of the land, terrorization of inhabitants, and the exiling of them *[inhabitants]* [to locations] outside of the homeland, through sundry methods of terrorism, injustice, and arbitrariness; and so the Nakba *[calamity]* of the year 1948, and the Naksa *[setback]* of 1967, have lasted

---

Gilmore 00234 T
SHATSKY - 006926
P 1: 3084

more than a half century, and the occupation continues, and the exile of the people of Palestine to the corners of the Earth is [still] ongoing.

Despite the harshness of the onslaught, and the fortification of the threads of conspiracy, the issue of Palestine and the cause of our people remained alive, and even became visible in world reality after being buried in the drawers of the U.N., in the margins of the operations of UNRWA, the U.N. agency that aids and employs Palestinian refugees.

It has become the central hot-button issue that shall threaten world peace unless the Palestinian people acquire [at least] the smallest measure of their rights, which international law guarantees to them!!  What [can] be wrong in this issue remaining alive, and this people continuing to fight, when they are defenseless except for their faith in their Lord and their reliance on Him?

The secret in this is the will of God, the secret that he promised in his mighty and miraculous book, the holiness of this land, and the dignity of the people who stand positioned for Resurrection Day.

## The Wondrous Nature of the Noble Qur'an in Warning Us of Them:

1 – The noble Qur'an connected Al Aqsa Mosque and Masjid Al Haram *[the Sacred Mosque of Mecca]* with an eternal link prior to establishment of the Islamic state in Medina, and prior to the conquest of the countries of the Levant.  {"Exalted is he who made his servant travel by night from Masjid Al Haram to Al Aqsa Mosque, the surroundings of which we have blessed in order to show him our signs; for indeed, he is the hearing and the seeing."} [from Qur'an Sura] Al Isra' [Verse] (1) *[Footnote content unavailable]*  And this is a Meccan [Sura]!

2 -  The Qur'an made clear that the Jews are the vanguard of the enemies of this religion *[Islam]*, and that this perpetual enmity is something that we must not ignore, and for which we [must] be perpetually prepared.

**God said [in the Qur'an]:**  {"You will find that the people most intense, in enmity, to the believers are the Jews and Pagans; and you will find those with the greatest affection for the believers to be those who say, 'We are Christians.'  This is because among these [Christians] are

Gilmore 00234 T
SHATSKY - 006926
P 1: 3084
(continued)

people devoted to learning and people who have renounced the world, and they are not arrogant."} [from Qur'an Sura] Al Ma'ida [Verse] (82)  {". . . And they will continue to fight you until they turn you away from your religion, if they are able to do so. And whoever of you turns away from his religion, and dies a disbeliever, your deeds shall have become worthless in this world and the hereafter, and you shall be companions of the Fire, who remain in it eternally."} [from Qur'an Surat] Al Baqara [Verse] (217)

**The Almighty said:**  {"And neither the Jews nor the Christians shall approve of you until you follow their religion, and so say, 'Indeed, the guidance of Allah is the [only] guidance.' If you follow their desires after what has come to you of knowledge, you shall have in God no protector or helper."}  [from Qur'an Sura] Al Baqara [Verse] (120)

3 – The Qur'an has informed us that they *[Jews]* keep no covenant, such that we [must] beware of them even in peace.  **God said [in the Qur'an]:**

Gilmore 00235 T
SHATSKY – 006927
P 1: 3085

{"Is it not the case that every time they make a covenant, some faction among them repudiates it? In fact, most of them are faithless."} [from Qur'an Sura] Al Baqara [Verse] (100)

4 -- The noble Qur'an reveals their *[Jews']* conduct in their dealings with the prophets, and the speed of their return to blasphemy, in many of its *[the Qur'an's]* Suras. So if we follow Sura Al Baqara Verses 39 through 123, we find that these attest to their *[Jews']* bad morals, the corruption of their dogma, their unlawful killing of the prophets, and their abrogation of agreements and covenants. . .

5 - God promised us victory over the Jews in Sura Al Isra', [in which] God stated: {"If you do good, you do good for yourselves; and if you do evil, you do it to yourselves. Then the promise of the hereafter came, so that they *[adversaries]* could sadden your faces and enter the Temple, just as they entered it the first time, in order destroy totally what they had taken over ."} [from Qur'an Sura] Al Isra' [Verse] (7)

**The Illustrious Sunna** *[sayings and deeds of the Prophet Muhammad]*:

The Messenger of God *[Muhammad]* taught us, in practical terms, how we should deal with Jews, through his pure life story and his triumphant path. He treated them as citizens on paper, who had freedom of religion and rituals, and who had rights as citizens who have duties, until enmity and abrogation of covenants and agreements began, on their part, and he was resolute with them, and he eradicated them from Medina, by the roots. He plucked out their thorns and stripped them of their weapon[s] in Khaybar, Fadak, Wadi Al Qura, and Tayma, as is explained in this abbreviated study.

With this, the Messenger enriched the memory of the Muslims and their culture regarding Bayt Al Muqaddas *[Jerusalem]* and its blessed Al Aqsa *[Mosque]*, and the yearnings and affectionate attachments of Muslims ascended to it *[Al Aqsa Mosque]*. And so he informed us:

**1 - The Seniority of Al Aqsa Mosque:**

From Abu Nir, may God be pleased with him, who said: "I said, 'Oh Messenger of God, which mosque was placed on Earth first?' He *[Muhammad]* responded, 'Masjid Al Haram *[The Sacred Mosque of Mecca]*.'" [Abu Nir then] said, "I said, 'And then which one?' He *[Muhammad]* responded, 'Al Aqsa Mosque,' and [then] I said, 'How many [years] between the two?,' and he *[Muhammad]* said, 'Forty years, and then after that, wherever you are when it is time for prayer,

Gilmore 00235 T
SHATSKY - 006927
P 1: 3085
(continued)

pray there, for that is the best thing to do.'"   Al Bukhari excerpted this [from Abu Nir's accounts].

Al-Hafiz Bin Hajar attributed greater weight to what Ibn Hisham stated, [which was] that when Adam, may peace be upon him, built the Ka'ba [sacred cubic structure in Mecca], God ordered him to travel to Bayt Al Muqaddas [Jerusalem] and to establish it, and so he established it [Jerusalem] and led a devout life there.  [Ibn Hisham had also stated] that what our lord Abraham, may God's peace be upon him, did was to rebuild the Ka'ba; and what our lord Solomon did was to rebuild Al Aqsa, just as Al-Walid Bin 'Abd Al-Malik [later] did, yet again.

## 2 – Al Aqsa, The First Qiblah [direction towards which Muslims pray]:

Al Aqsa Mosque and noble Jerusalem were the Muslims' first Qiblah

Gilmore 00236 T
SHATSKY - 006928
P 1: 3086

for a period of 16 months after the Hijra *[migration of the Prophet Muhammad and his followers from Mecca to Medina in 622 A.D.]*; but God, be he praised and exalted, granted the wish of his messenger to change the Qiblah to the Ka'ba, the Qiblah of his *[Muhammad's]* ancestor Abraham, and in order to distinguish [Muslims] from the Jews, he *[God]* ordered him *[Muhammad]* to face Mecca.

### 3 – Prayer in It *[Al Aqsa Mosque]* is Worth 500 Prayers:

Abu Darda', may God be pleased with him, related to us that a prayer in Al Aqsa Mosque is worth 500 prayers in any other mosque, except for Masjid Al Haram *[the Sacred Mosque of Mecca]* and the Mosque of the Prophet *[in Medina]*.

### 4 – The Traveler Journeys to It *[Al Aqsa Mosque]* In Order To Pray There :

From Maymuna, may God be pleased with her, who said: "Oh Messenger of God, tell us about the legal injunction regarding Bayt Al Muqaddas *[Jerusalem]*." And he *[Muhammad]* said, "Go and pray there *[Al Aqsa Mosque]* – The cities were, at that time, affected by war – If you cannot go and pray there, then send oil that may be lit in its lamps." [Conveyed via] Abu Da'ud

And from Abu Sa'id Al Khudri, who said: "The Messenger of God said: 'The traveler should journey only to three mosques: Masjid Al Haram *[the Sacred Mosque of Mecca]*, Al Aqsa Mosque, and this, my mosque.'" Al Bukhari recounted this.

### 5 - Those Standing at the Ready Shall Triumph to Resurrection Day:

From Abu Amama, who said: "The Messenger of God said: 'A segment of my community shall continue to overcome for the religion, vanquishing their enemy; and those who oppose them shall not harm them – except for the hardships that injure them – until God's command comes to pass for them.' They similarly said: 'Oh Messenger of God, where are they?' And he said, '[In] Bayt Al Muqaddas *[Jerusalem]* and the environs of Bayt Al Muqaddas.'"

Gilmore 00236 T
SHATSKY - 006928
P 1: 3086
(continued)

## 6 - The Prophet Shall Bring Us Good News of Victory:

According to Abu Huraira, the Messenger of God said, "The [last] hour *[Resurrection]* shall not come until the Muslims fight the Jews, and the Muslims kill them; and until the Jew hides behind the tree and the stone, and the stone or tree says 'Oh Muslim, oh servant of God, this Jew is behind me, and so come and kill him," except for the Gharqad *[Boxthorn]* tree, for it is a tree of the Jews." [Imam] Muslim recounted this.   And in one of the tellings of this Hadith *[report of a saying or deed of the Prophet Muhammad]*, there appears a statement by the Messenger that describes [as follows] the location of th[is] battle: "You are east of Jordan, with them to the west of it" (intended reference is to the Jordan River).


[Sketched image of an historic mosque]


To be  continued in the next Volume . . .

---

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3073-3086.

2.  I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3073-3086.

Dated: March 1 , 2014

LUCILLE KAPLAN





أذكار الصباح والمساء

١- كان النبي ﷺ إذا أمسى قال : « أمسينا وأمسى الملك لله ، والحمد لله ، لا إله إلا الله وحده لا شريك له ، له الملك وله الحمد ، وهو على كل شيء قدير . ربّ أسألك خيرَ ما في هذه الليلة وخيرَ ما بعدها ، وأعوذ بك من شرّ ما في هذه الليلة وشرّ ما بعدها . ربّ أعوذ بك من الكسل وسوء الكبر . ربّ أعوذ بك من عذاب في النار وعذاب في القبر » . وإذا أصبح قال ذلك أيضًا : « أصبحنا وأصبح الملك لله » .

٢- كان رسول الله ﷺ يُعلّم أصحابه يقول : « إذا أصبح أحدكم فليقل : اللهم بك أصبحنا وبك أمسينا ، وبك نحيا وبك نموت ، وإليك النشور » .

وإذا أمسى فليقل : « اللهم بك أمسينا وبك أصبحنا ، وبك نحيا وبك نموت ، وإليك المصير » .

٣- قال ﷺ : « سيّد الاستغفار أن يقول : اللهم أنت ربي ، لا إله إلا أنت ، خلقتني وأنا عبدُك ، وأنا على عهدك ووعدك ما استطعت ، أعوذ بك من شرّ ما صنعت ، أبوء لك بنعمتك عليّ ، وأبوء لك بذنبي ، اغفر لي ؛ فإنه لا يغفرُ الذنوب إلا أنت » .

قال : « ومن قالها في النهار موقنًا بها ، فمات من يومه قبل أن يُمسي ؛ فهو من أهل الجنة . ومن قالها في الليل ، وهو موقن بها ، فمات قبل أن يُصبح ؛ فهو من أهل الجنة » .

الشهداء

نشرة شهرية تصدر عن التوجيه السياسي للقوات الحدودية

هيئة التحرير

رئيس التحرير
أحمد إبراهيم علي
المفوض السياسي لقوات المناطق الحدودية

إعداد وتنسيق
رائد / رائد مقداد

أسرة التحرير
مقدم / محمد جرادة
نقيب / محمد أبو هجرس
ملازم أول / عاطف القطاطي
مصور / عبدالحكيم القدرة

（١٥）

# كلمة العدد

## من فلسطين إلى العراق
## وصمة عار عربية

بقلم/ أحمد إبراهيم حلس

يعربد الصهاينة في أرض فلسطين، يقتلون شعبها، ويهدمون بيوته ويقتلعون أشجاره، ويدمرون كـل مظاهر الحياة ويدنسون المقدسات في أقدس بقعة على ظهر الأرض، في أرض الرسالات وموطـن الإسراء والمعراج، أولى القبلتين وثالث الحرمين، وأعلام الدولة العبرية تجرح كبريـاء العـرب إن كان ثمة كبرياء بقيت لهم،وهي ترفرف في سـماء عواصمهم ومكاتب التجسس والارتباط والسـياحة والشركات الصهيونية تنتشر في أرض العرب ولا نسمع منهم إلا الكلمات التي فقدت معانيها إزاء هذا الخنوع والصمت المخزي الذي تتخذه هذه الأنظمة المتهالكة " أسلوب تعايش مع الهيمنة الأمريكيـة الصهيونية "، في المنطقة والعالم، وتعتبره طـوق نجاة لتبقى على قيد الحياة حتى ولو بالعار كله، لا يهمها ما يقال عنها، ولا يعنيها ما يسجل التـاريخ من ضعفها وهوانها وانحطاطها، أنظمـة كالحـة الوجوه، تافهة الطرح، قاسية على شعوبها دنيئـة جبانة أمام الأمريكان واليهود، تنظم مهـرجانات احتفالية بعيد جلوس ملك أو أمـير أو سـلطان أو رئيس مدى الحياة على كرسيه حتى ولـو فـوق جماجم الشرفاء من شعوبها ، وتعقد المؤتمـرات باسم القمة، وقاع السقوط والـتردي والانحطـاط أعلى منها وأعز منزلة ، وأسمى مكانـة. أنظمـة فقدت الحياء، سـاقطة حتى الوحـل، تفـاخر بإنجازاتها وتسجل تاريخاً مكذوباً، وأحاديث إفـك وتمجد أصناماً صنعتها أمريكا وإسـرائيل التـي تعرضها على شاشات التلفزة، كما يعرض النخاس

عبيده، وإذا ما جدّ جديد على الساحة الفلسطينية، وهذا واقع يومي، نسمع هذه الأنظمة تعلن بلغـة الأمريكان واليهود مترجمة إلى العربية أنها مـع الشعب الفلسطيني وقضيته العادلة، ونسمع جعجعة ولا نرى طحناً.

اثنتان وعشرون مصيبة هي كامل نصاب جامعة المهازل العربية، لم تقم إلا بما يفعل الصفر علـى يسار العدد، حتى الرجل الذي كان له صوت عـالٍ مدوياً أفعال إسرائيل ضد شعبنا تم تنصيبه أميـناً عاماً لها حتى يدخلوه إلى حاوية القمامة معـهم ويسكتوا صوته إلى الأبد، وإذا ما تكلم فإن كلامه سيخرج ملوثاً بالعفن العربي الرسمي.

هذه الأنظمة تحتمي بالمظلة الأمريكية الصهيونية، وتتخذها درعاً في مواجهة أية هبة جماهيرية قـد تحدث استجابة لشعور قومي، أو تمرداً على ظلـم واقع على يد الجماهير التـي يجـري تدجينـها وإخراجها من الإطار القومي، وحتى الوطني، في ظل جهد دائم لغسل أدمغتها وتشـويه صـورة المناضلين والشرفاء من أبناء هذه الأمة في أذهان غالبية أبناء شعوب تحاصر خارجياً وتقمع داخلياً. فليست فلسطين وحدها محتلة وإنما كـل أقطـار الوطن العربي من البحرين حتى موريتانيا، ومـن ظلام هذا الليل الأسود الذي يلف الوطن العربـي تأتي الانتفاضة الفلسطينية المباركـة، لا لتقـاوم الاحتلال وحسب، ولكن أيضاً لتمزق الأقنعة التي يضعها أبناء الأنظمة على وجوهـهم وتكشـف حقيقة واقعهم، وتعريهم من أوراق التوت الممزقـة

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

5

P 1: 3075

(١٥)

الأبيض أو إلى مزرعته مرات ومـرات وإذا مـا
قابلهم ووضع حذاءه في وجوههم أثنـاء جلوسـه
معهم صمتوا صمت الموتـى، واكتفـوا بشـرف
موافقته على استقبالهم، وإذا ما طلبوا شـيئاً فهـم
يطلبون رضاءه عنهم، وعدم إدراجهم في قائمـة
المطلوب تغييرهم وإزاحتهم عن كراسيهم، لا أحـد
منهم يجرؤ على مناقشة أو حتى طرح ما يجـري
في فلسطين أو ما يحيق بالعراق من ظلم وقسـر،
وإذا ما سمعت إلى إذاعاتهم أو شاهدت فضائياتهم
سمعت عجباً، ورأيت مهازل، يقولون ناقش الزعيم
فلان مع الرئيس الأمريكي، كذا وكذا، ويعرضونه
وهو عائد من رحلته المباركـة مركزيـن علـى
استقبال أتباعه له وكأنه عائد مـن معركـة فتـح
عمورية، مهازل تتوالى، وعار يتكرس كل يـوم
حتى أصبح يلازم هذه الأمة في شخوص حكامها،
وفلسطين تنهبهـا المسـتوطنات وتقتـل أهلـها
الطائرات والدبابات وفرق المسـتعمرين، ويقتـل
الحصار كل معنى جميل حتـى أيـام الأعيـاد،
والعراق تدوسه فرق التفتيش وتقصفـه طـائرات
أمريكا وبريطانيا، ويخنقه الحصـار، والهجـوم
الكاسح قادم، وما زالت أمتنا العربية تتحدث عـن
مؤتمرات القمة، ومشروعات السلام الاستراتيجية،
والسلام العادل والشامل وتتفاعل خـيراً بترشـيح
متسناع ليخوض الانتخابـات الإسـرائيلية فـي
مواجهة شارون، ويعتبرون تأييدهم له جهاداً ضـد
الظلم، ودفاعاً عن الوطن المحتل، فكان رده أنـه
سيكسر رؤوس الفلسطينيين إذا ما تمردوا على مـا
يطرحه من حلول إذا ما نجـح فـي الانتخابـات
وتولى رئاسة الوزراء.

قد يقول متسامح من شعبنا أن الأنظمـة العربيـة
تدفع مبالغ مالية لدعم صمود شعبنا في انتفاضتـه،

... بها عزراتهم ... طويلـة، ومـن
... إلى العراق، تمتد وصمة العار الرسـمية
... وتنكزر الميزلة، فالقواعد الأمريكية فـي
... والكويت وقطـر والبحريـن، وعُمـان
... والتسهيلات الدائمة في قنـاة السـوس
... وكل الموانئ العربية، تشكل مراكز
... الهجوم الأمريكي المنتظر علـى العـراق
... كثير من الأنظمة المتحدثـة بذلـك
... والمتواطئة علـى اسـتحياء البغايـا
... بأساليب السمسارة، والجميـع منهـم
... في الجريمة مشارك في الإضرار بالعراق
... من بعد، يؤيدون قرارات مجلـس
... والتفتيش وانتهاك حرمة العـراق،
... وذلالاً، ولا يجرؤ أحـد مـن هـذه
... على النطق بكلمة مفادها: ولمـاذا
... إسرائيل؟!!

... يبقى لهذه الأنظمة أن تقول؟ وبمـاذا
... تحتج إذا ما وصفت بالعمالة، والجبـن
... تقول قائل منهم، وهو الأكثر وقاحـة،
... الإذلال، ستجدوا أمريكا، وهو فـي
... معتمد على أنه ليس هناك مـن نظـام
... على المزايدة عليـه أو حتـى انتقـاد
... الفضايا علـى مسـامع الأمـة
... مرات مثله، وكلهم تابع مثله، وكلهم
... الأمريكية والصهيونيـة مثلـه،
... أكثر من الوقاحة لذا نجده يصنـع
... ودولته المسخ عراب أطروحات
... حلول، ومروج أفكار أمريكيـة
... والدولة مفكر العصـر فـي
... الكون، وينطباق الخصيـان لخدمـة
... وإرضائه فيرعون إلى بيتـ...

* صادر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

P 1: 3076

(١٥)

ومؤتمر بيروت خير شـاهد علـى هـذا الدعـم بقراراته السخية، ولكن التنفيذ تبخرت سحبه بعـد انفضاض المؤتمر، ولكن لو طلبت أمريكا منهـم دفع مئات الملايين لتسديد فواتير كلفـة الوجـود الأمريكي في الخليج فإن يجرؤ أحد على التـأخر عن الدفع، ولو أن فيلاً مريضاً في حديقة حيـوان لندن أو كلبة يراد تزويجها في نيويورك أو قطـة سيامية فقدت من أحد منازل الأمراء في الريفـيرا الفرنسية، لو جدت التعاطف والتضامن وشـبيكات التبرعات، وصدى النخوة العربية تغطي أعمـدة الصحف في عواصم خالد بن الوليد، وطارق بـن

زياد، وصلاح الدين الأيوبي، رجمال ......، يحدث هذا في الوقت الذي تضرب فيـه التجسس الأمريكية أبناء الأمة في الدين سفن الدولة العظمى كل الشبهات لمـا موائن الدول العربية، ولا نسمع تعليقـا احتجاجاً، وقد استمرأت هذه الأمة حياة الذل تغضب، ويصدق فيها المتنبي:

من يهن يسهل الهوان عليه :: ما لجرح بميت إيلام.



# وتستمر الانتفاضة المباركة ...

P 1: 3077



رأي

بقلم / محمد أبو هجرس
المفوض السياسي بالكتيبة الثانية الحدودية

العربية أن تقـوم الولايـات المتحـدة
الأمريكية الدنيا ولم تقعدها بعـد احتجاجـاً
على امتلاك العـراق أو الظـن بـامتلاك
أسلحة بالسـتية أو جرثوميـة أو
نوويـة يجيش الجيوش وتعد العـدة لغـزو
العراق تحت ذريعـة محاربة الإرهاب
الدولي والأكثر غرابة أن تقوم إسـرائيل
محذرة العالم من العواقب الوخيمة
لامتلاك العراق لهذا السلاح مؤيدة النظـرة
الأمريكية وصدق المثل القائل " فـإن لـم
تستحي فاقعل ما شئت " فهذه المواقف فـي
مجملها تدل على استهتار واضح وإنكـار
لحقوق الشعوب والدول فـي حمايـة أمنهـا
درء الأخطار التي تحدق بها وتجعلهـا
عرضـة للتهـديد والابـتزاز والرضـوخ
للسياسات الواقع التي تمارسها الـدول
الاستعمارية والاستعلائية وعلـى رأسـها
أمريكا زكانه حق يكتسب لا ينازعها فيه
في حين تقدم لإسرائيل أرقى مـا وصلـت
إليه تقنياتها العسكرية بهدف تطوير قدراتها
النووية وتحديث أسـلحتها الفتاكـة التـي
تجرب على الشعب الفلسطيني يومياً وفـي
كل المدن دون أن تتدخل أمريكـا وتقبـول
لحليفتها كفى غطرسة.

أن هذه السياسـة المتحيـزة بمثابـة درس
عميق ينبغي لنا وللدول العربيـة أن تعيـه
جيداً فاليوم العراق وغداً سـوريا وبعدهـا
حزب الله وغيرها إلى ما لا نهايـة حتـى
تبقى إسرائيل دون منازع فكفى لـهانا وراء
السيد الأمريكي ومتابعة أهوائـه ونزواتـه
ومواقفه المتناقضـة فـالجري وراءه لـن
يورث غير الذل والهوان ولا يؤدي إلا إلى

السياسة الأمريكيـة حيـال العـراق
وغيرها من القضايـا المتصلـة
بالصراع العربي الإسرائيلي تثير العجـب
والاستنكار في حين تفتح عيونهـا علـى
إسرائيل وتعيد مراقبتها علـى الـدول
الإسلامية وتصف كل مقاومـة أو
ممارسات خاطئة بالإرهـاب،
الضياع والتسول ومزيد من الحصار بشبح
القوة الإسرائيلية التي تتعاظم يومـاً بعد يـوم
بينما نحن ساهون غافلون نتلهى بصغـائر
الدعم المادي دون المعنوي، نقتـائل فيمـا
بيننا من أجل لا شيء فالوحدة الوطنية هـي
المطلب فلسطينياً وعربياً بل يجـبُ علـى
الشعب الفلسطيني على أبواب العام الجديـد
أن ينطلق محلقاً نحو قناعاتـه وخياراتـه
وحقـه فـي العـودة والدولة المسـتقلة
وعاصمتها القدس الشريف رافضـاً الاحتلال
وعمليات التصفيـة والاغتيـالات داعمـاً
لحوار شامل يوحد الشعب والسلطة.

نقلاً عن النشرة السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة بناير ٢٠٠٣م

٨



(۲)

**دراسة**

# الخطر اليهودي
## بروتوكولات حكماء صهيون

**تابع ما نشر في العدد السابق**

## ـ اليهودية تعبث بالأديان والثقافات لمصلحتها :

اليهودي يهودي قبل كل شيء ، مهما تكن جنسيته ومهما يعتنق من عقائد ومبادىء في الظاهر ليخدم باعتناقها نفسه وأمته ، فهو يتجنس بالجنسية الانجليزية أو الأمريكية أو الفرنسية ويؤيد جنسيته طالما كان ذلك في مصلحة اليهودية ، فاذا تعارضت المصلحتان لم يكن الا يهودياً ، فعضد يهوديته وضحى بجنسيته الأخرى .

واليهودي يسلم أو يتنصر نفاقا ليفسد الاسلام والمسيحية ، أو يوجه تعاليم هذا الدين الجديد وتقاليده وجهة تعود بالخير على اليهود أو تبث روح المودة لهم والعطف عليهم ، وحيثما ظهر مبدأ أو دين أو مذهب علمي أو فلسفي . هب اليهود ليكونوا من رواده . ويتصرفوا معه بما ينفعهم ، وحيث ظهر اضطهاد لهم نهزت الدعوة الى الحرية والاخاء والمساواة . وتاريخهم مع الاسلام هو تاريخهم مع كل دين ومذهب : حاربوه في البـدء ناهراً أعنف حرب ، حتى اذا فشلوا ارتدوا يسالمونه سلاماً كان أخطر عليه من حربه الظاهرة . وأسلم منهـم في عهـد الخلفـاء الراشدين وبعده كثير .

وكتب الأخبار مثلا يفسر القرآن ويروى الأخبار ويملأ ذلك كله بما يسمى عندنا « الاسرائيليات » ، ثم يسير كثير من اليهود

نقلا عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

بعلمه سيرته . حتى ان تخليص الكتب الاسلامية العامة
الاسرائيليات لتنوء به كواهل عشرات الجماعات من أول ال
ثم انه من جهة أخرى يشترك فى المؤامرة بقتل عمر ويخبر
مكراً قبل حدوثه بثلاثة أيام ، ويقرر له أنه رأى ذلك فى ال
فإذا دهش عمر من ذكر اسمه فيها تخلص كعب بان ما جاء
هو وصفه لا اسمه . وهو مع ذلك يوصيه بأن يستخلف
قبل موته ثم يقتل عمر بعد ذلك بثلاثة أيام كما حدد كع
وهناك غشه لعثمان بعد ذلك ثم غشه لغيره من كبار ال
مما يطول شرحه .

وينشط عبد الله بن سبأ نشاطا من نوع آخر . فير
غضبة المسلمين على خليفتهم عثمان لما أحدث من بدع : فإذا
من احدى الأمصار ذهب الى غيرها ونشط هذا النشاط ال
وهو فى تنقلاته بين العراق ومصر والشام يؤسس « الجم
السرية » التى تتنقم على عثمان وتثير النقمة عليه ، وهو ينض
اليه بعض أفاضل الصحابة من الجانب الضعيف المكشوف في
ليثوروا معه . وهو يغرى الرعاع بالأغنياء . ويفسد ثقة الج
بعضهم ببعض ، حتى ينتهى الأمر بقتل عثمان وانقسام المس
أحزابا ويثير الأحزاب المختصمة بعضها على بعض ، ويغريه
بالقتال . وينشب السبئية الرعاع الحرب بين جيش على وأصحاب
الجمل قبل أن يأمر به القواد . وهو من ناحية أخرى ينشط
لنشر المبادىء الهدامة للاسلام ، فيدعو الى الايمان برجعة الي
بعد موته . واذا قتل الامام على أعلن أنه ينكر قتله ولو أت
برأسه ميتا سبعين مرة .

وهكذا انخدع المسلمون فحشدوا فى كتبهم وعقو
خرافات التوراة .

نشرة شهرية تصدر عن التوجيه السياسى لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ١٩٧٣

P 1: 3080

١٢

وهكذا فعل اليهود مع المسيحيين وغيرهم من ذوى النحل
الأخرى . فهم قد اندسوا من وراء الاسلام والمسيحية حتى
أن كثيرا من المسلمين والمسيحيين يعترفون لهم بقداسة كتبهم ،
بأنها هى وأبطالها بالولاء • وقد أفلحت الدعاية اليهودية
وأدخلت كثيرا من العقائد والنحل بما يحقق مصلحتهم ، فنرى روح
التوراة والتلمود لبنى اسرائيل ومقدساتهم يهيمن على بعض
الكتب المسيحية والاسلامية • ولذلك يتحرج كثير من
المسيحيين والمسلمين عن مقابلة أعمال الاسرائيليين بما تستحقه
من التوبيخ والجزاء الرادع ، اعتقادا منهم بأن هذه هى

ولو كان تفصيل ذلك وتأييده بالوقائع مما لا يحتمله الا
مجلد فانا نقفز قفزة واسعة الى العصر الحديث فنرى أن
اليهود وراء كل مذهب وفلسفة ونظرية وكل نشاط انسانى ،
فمبادىء الاخاء والحرية والمساواة اذا أحسوا الاضطهاد•
مذهب فكان مؤديا الى سهم بالأذى من قريب أو بعيد
مذهب يحوروه بما يفسده هو وينفعهم هم • وكل ما كان
يحدث فى مباشرة روجوه فى كل أنحاء العالم ورفعوا
من أساتذة الثقافة العالميين ولو كان حقيرا . وكذلك
كل قلم مادامت آثاره عن قصد أو غير قصد تساعد
على الناس ورفع شأن اليهود كما فعلوا مع نيتشه الذى
قرر المسيحية وأخلاقها ويقسم الأخلاق قسمين : أخلاق
العبيد والاستخفاف بالمبادىء . وأخلاق عبيد كالرحمة
تتناشى وروح اليهودية وتاريخها . ويشهد لها فى
تفضيلها سابقة على نيتشه (١) • وكذلك روجوا مذاهب
أدلوه تأويلات ما خطرت لداروين على بال •
ووسائل القضاء على الأديان والقوميات والقوانين...

مجلة التوجيه السياسى لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

P 1: 3081



# نفحات إسلامية

## مـوقـف الإسـلام مـن اليهـود

{ لَقَدْ كَانَ لَكُمْ فِي رَسُولِ اللَّهِ أُسْوَةٌ حَسَنَةٌ لِّمَن كَانَ يَرْجُو اللَّهَ وَالْيَوْمَ الْأَخِرَ وَذَكَرَ اللَّهَ كَثِيراً }

### بلادنا هدف للغزاة :

كثيرون هم الغزاة الذين ابتليت بهم بلادنا المباركة في تاريخها الطويل فقد ابتلي وطننا العربي بحروب الفرنجة وغزوات الصليبيين الأوربيين طيلة قرنين كاملين " ١٠٩٦ – ١٢٩١ " فقد احتلوا القدس الشريف عام ١٠٩٩ م بعد مذبحة مؤلمة خاضت بها خيولهم في دماء الشهداء المسلمين في شوارعها حتى ركبها .

وبقيت القدس وأقصاها المبارك يئن تحت الاحتلال حـتـى قـيـض الله لها البطل المجاهد صلاح الدين الأيوبي فحررها عام ٥٨٣هـ الموافق ١١٨٧م .

ثم تلا هذه الغزوات غزوة المغول بقيادة هولاكو التي اجتاحت قواته الخلافة العباسية وعاصمتها بغداد وامتدت إلى أرض فلسطين حيث تم صدها في عين جالوت سنة ٦٥٨هـ الموافق ١٢٦٠م . على يد الملك المظفر قطز ، وقائده المجاهد الظاهر بيبرس .

ثم كانت الغزوات الاستعمارية البـريطانية والفرنسـية والإيطاليـة في أواخر القرن التاسع عشر ومطلع القـرن العشـرين ، والتي يسـميها بـعـض المؤرخين " الحـمـلة الصليبـية الجديدة " والتي يسـمـيـهـا الغربـيـون " المسألة الشرقية " الناجمة عن ضعف الدولة العثمانية وبداية تفسخها وانحلالها، والتي أدت إلى اقتسـام تركة " الرجل المريض " وفق اتفاقـيـة " سايكس – بيكو " ١٩١٦ .

هذه الاتفاقية التي أدت بالجنرال الإنكليزي اللمبي إلى دخول القدس سـنة ١٩١٨م حيث قال قولته المشهورة :" الآن انتهت الحروب الصليبـية " . كما دخل

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

P 1: 3082

الجنرال الفرنسي غورو دمشـق سـنة ١٩٢٠م ووقـف على قبـــر صلاح الدين وركله برجله وقال : " ها قد عدنا يا صلاح الدين !!".

جميع هذه الغزوات كانت ذات طابع عسـكري ومطامع اقـتصادية مغلفة بشعارات دينية ، كانت تقتل وتحتل وتدمر وتظلم وتنهب ، لكنها لم تجل السـكان عن منازلهم بـل كانت تخضعهم لاحـــتلالها وإذلالها ، ولم تكن ذات طابـــع استيطاني باستثناء الاحتلال الفرنسي للجزائر .

## الغزوة الصهيونية :

أما الغزوة الصهيونية الحديثة لبـيت المقـدس وأكناف بـيت المقـدس فالتي بدأت خيوطها العملية تحاك منذ مؤتمر بال بسويسرا سـنة ١٨٩٧م الذي رسم سياسـة إقـــامة دولة يهودية تعمل على لم شـــمل جميع اليهود في العالم في تلك الدولة .

وقد تلاقت أهداف اليهودية العالمية مع رغبات دفينة لدى معظم قـادة دول الاستعمار القديم وتشجيعهم لزرع جسـم سـرطاني غريب في هذه المنطقــة تستنزف ثـرواتها ويحـــول دون وحـــدتها ونهضة شعوبـــها ورفاهيتهم .

وقد اعتمدت اليهودية العالمية على كنوزها القـارونية وأموالها الطائلة ، التي طالما تفاخر فيها يهود واستخدموها في تحقيق أهدافهم وقد أصابهم الغرور الذي أصاب أجدادهم من قبل حين قالوا : إن الله فقير ونحن أغنياء .

لَّقَدْ سَمِعَ اللَّهُ قَوْلَ الَّذِينَ قَالُوا إِنَّ اللَّهَ فَقِيرٌ وَنَحْنُ أَغْنِيَاءُ سَنَكْتُبُ مَا قَالُوا وَقَتْلَهُمُ الْأَنْبِيَاءَ بِغَيْرِ حَقٍّ وَنَقُولُ ذُوقُوا عَذَابَ الْحَرِيقِ ﴾ آل عمران (١٨١)

لقد استطاع قارونهم الحديث البارون روتشيلد بماله الحـصول على وعد بلفور سنة ١٩١٧م كما لعبوا أدواراً خاصة وهامة في الحربين العالميتين الأولى والثانية ، للوصول إلى دعم خططهم وأهدافهم من جميع الدول الاسـتعمارية ، وعصبة الأمم وخليفتها هيئة الأمم حتى تمكنوا من تحقـيق أهدافهم بإقـامة دولة يهود في فلسطين .

وقد تميزت الغزوة الصهيونية بأنها غزوة استيطانية عملت على احـتلال الأرض وإرهاب السـكان وتهجيرهم خارج الوطن بشـتى أسـاليب الإرهاب والتدمير والتعسف ، فكانت النكبة عام ١٩٤٨م والنكسة عام ١٩٦٧م وقـد مضى

صدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٨ السنة الرابعة يناير ٢٠٠٣م

P 1: 3083



أكثر من نصف قــرن والاحــتلال مســتمر ، وتهجير شــعب فلسـ
في أنحاء العالم قائم .

ورغم قساوة الهجمة وإحكام خيوط المؤامرة بقيت قضية فلسطين وبـ
شعبها حية بل عادت ماثلة في واقع العالم بعد أن طويت في إدراج الأمم المتحـ
وعلى هامش أعمال هيئة الأمم المتحدة لإغاثة وتشــغيل اللاجئين الفلسطينيـن
" الأونروا "

وأصبحت القــضية المركزية المتفجرة والتي تهدد الســلم العالمـي لا
يحصـــل الشـــعب الفلســطيني على القــدر الأدنى من حقوقــه التي كفلهـا لـه
(الشرعية الدولية) !!. فما هو السر في بقاء هذه القضية حية وبقاء هذا الشـ
يجاهد وهو أعزل إلا من إيمانه بربه واعتماده عليه ؟!

السر في ذلك هو إرادة الله والسر الذي أودعه في كتابه العزيز المجـ
وقداسة هذه الأرض وكرامة الشعب المرابط حتى يوم القيامة.

## إعجاز القرآن الكريم في تحذيرنا منهم:

1- ربط القرآن الكريم بين المسجد الأقصى والمسجد الحرام ربطاً إلهياً أبدياً قبل
قيام الدولة الإسلامية بالمدينة، وقبل افتتاح بلاد الشام { سُبْحَانَ الَّذِي أَسْرَى بِعَبْدِهِ
لَيْلاً مِنَ الْمَسْجِدِ الْحَرَامِ إِلَى الْمَسْجِدِ الأَقْصَى الَّذِي بَارَكْنَا حَوْلَهُ لِنُرِيَهُ مِنْ آيَاتِنَا إِنَّهُ هُوَ
السَّمِيعُ البَصِيرُ} الإسراء(1) وهي مكية !!.

2- يبين القــرآن أن اليهود هم طليعة أعداء هذا الدين وأن هذه العداوة خالدة معهـ
يتوجب أن لا نغفل عنها ونستعد لها أبد الدهر:

قال تعالى: { لَتَجِدَنَّ أَشَدَّ النَّاسِ عَدَاوَةً لِلَّذِينَ آمَنُوا الْيَهُودَ وَالَّذِينَ أَشْرَكُوا وَلَتَجِدَنَّ أَقْرَبَهُمْ
مَوَدَّةً لِلَّذِيــنَ آمَنُوا الَّذِينَ قَالُوا إِنَّا نَصَارَى ذَلِكَ بِأَنَّ مِنْهُمْ قِسِّيسِينَ وَرُهْبَاناً وَأَنَّهُمْ لا
يَسْتَكْبِرُونَ} المائدة(82) {... وَلا يَزَالُونَ يُقَاتِلُونَكُمْ حَتَّى يَرُدُّوكُمْ عَنْ دِينِكُمْ إِنِ اسْتَطَاعُوا
وَمَنْ يَرْتَدِدْ مِنْكُمْ عَنْ دِينِهِ فَيَمُتْ وَهُوَ كَافِرٌ فَأُولَـئِكَ حَبِطَتْ أَعْمَالُهُمْ فِي الـدُّنْيَا وَالآخِرَةِ
وَأُولَـئِكَ أَصْحَابُ النَّارِ هُمْ فِيهَا خَالِدُونَ} البقرة(217)

وقــال عز من قــائل : { وَلَنْ تَرْضَى عَنْكَ الْيَهُودُ وَلا النَّصَارَى حَتَّى تَتَّبِعَ مِلَّتَهُمْ قُلْ
إِنَّ هُدَى اللَّهِ هُوَ الْهُدَى وَلَئِنِ اتَّبَعْتَ أَهْوَاءَهُمْ بَعْـدَ الَّـذِي جَـاءَكَ مِـنَ الْعِلْمِ مَا لَكَ
مِنَ اللَّهِ مِنْ وَلِيٍّ وَلا نَصِيرٍ} – البقرة(120).

3- أخبرنا القرآن بــأن لا عهد لهم فلنحــذرهم حــتى في الســلم قـال تعالـى

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد 48 السنة الرابعة يناير ٢٠٠٢

P 1: 3084



... وَرِضُوَانُ مِّنْهُمُ بَلْ أَكْثَرُهُمْ لَا يُؤْمِنُونَ﴾ البقرة:(١٠٠)

... تعاملهم مع الأنبياء وسرعة عودتهم للكفر في

... سورة البقرة من الآية ٣٩ وحتى الآية ١٢٣

... وفساد عقيدتهم ، ويقتلهم الأنبياء بغير حق ونقضهم

... على اليهود في سورة الإسراء قال تعالى :

... وَإِنْ أَسَأْتُمْ فَلَهَا فَإِذَا جَاءَ وَعْدُ الْآخِرَةِ لِيَسُوؤُوا وُجُوهَكُمْ

... أَوَّلَ مَرَّةٍ وَلِيُتَبِّرُوا مَا عَلَوْا تَتْبِيرًا﴾ { الإسراء(٧)

... علمنا عمليًا كيف نتعامل مع اليهود في سيرته الطاهرة

... عاملهم معاملة المواطنين في الصحيفة، لهم حريتهم في

... حقوقهم كمواطنين وعليهم واجبات حتى بدت منهم العداوة

... كان ما معهم فاستأصل شأفتهم

... وأطلع شوكتهم وجردهم من سلاحهم في خيبر وفدك ووادي

... بين في هذه الدراسة الموجزة .

... الرسول ذاكرة المسلمين وثقافتهم عن بيت المقدس

... وعواطفهم فأخبرنا:

الأقصى:

... قلت يا رسول الله أي مسجد وضع

... المسجد الحرام . قال : قلت : ثم أي ؟

... كم كان بينهما ؟ قال : أربعون سنة ، ثم أينما

... فإن الفضل فيه " أخرجه البخاري.

... حجر ما ذكر ابن هشام أن آدم عليه السلام

... بالسير إلى بيت المقدس وأن يبنيه فبناه ونسك فيه.

... إبراهيم عليه السلام إعادة بناء الكعبة ، وما

... إعادة بناء الأقصى ، كما بناه الوليد بن عبد الملك

الأولى:

... الأقصى والقدس الشريف قبلة المسلمين الأولى

P 1: 3085



لمدة ستة عشر شهراً بعد الهجرة . ولكن الله سبحانه وتعالى استجاب لرغبة رسوله في تغيير القبلة إلى الكعبة قبلة أبيه إبراهيم وصرفه عن اليهود أمره بالتوجه إلى مكة.

### 3 – الصلاة فيه بخمسمائة صلاة :

حدثنا أبو الدرداء رضي الله عنه : أن الصلاة في المسجد الأقصى بخمسمائة صلاة في غيره ما عدا المسجد الحرام والمسجد النبوي .

### 4 –شد الرحال إليه للصلاة فيه :

عن ميمونة رضي الله عنها أنها قالت : يا رسول الله أفتنا في بيت المقدس قال :" إئتوه فصلوا فيه – وكانت البلاد إذ ذاك حرباً فإن لم تأتوه وتصلوا فيه فابعثوا بـزيت يسـرج في قـناديله " أبـو داود.

وعن أبي سعيد الخدري قال : قال رسول الله   : " لا تشد الرحال إلا إلى ثلاثة مساجد : المسجد الحرام والمسجد الأقصى ومسجدي هذا" رواه البخاري.

### 5 – المرابطون المنصورون إلى يوم القيامة :

عن أبي أمامة قـال : قـال رسـول الله : " لا تزال طائفة من أمتي على الدين ظاهرين ، لعدوهم قـاهرين ، لا يضرهم من خالفهم إلا ما أصابهم من لأواء – حتى يأتيهم أمر الله وهم كذلك قالوا : يا رسول الله اين هم قال : ببيت المقدس وأكناف بيت المقدس" .

### 6 – الرسول يبشرنا بالنصر :

عن أبي هريرة أن رسول الله قـال :" لا تقـوم السـاعة حتى يـ قـاتل المسلمون اليهود ، فيقـتلهم المسلمون ، حـتى يختبـى اليهودي من وراء الشـجر والحـجر ، فيقـول الحـجر أو الشـجر يا مسلم يا عبد الله هذا يهودي خلفي فتعال فاقتله ، إلا الغرقد فإنه من شجر اليهود " رواه مسلم.
وفي إحدى روايات هذا الحديث جاء قول الرسول ﷺ يصف مكان المعركة: انه شرقي الأردن وهم غربيه " (يقصد نهر الأردن).

يتبع العدد القادم