# EXHIBIT A.204


PLAINTIFF'S
EXHIBIT
204

Gilmore 00249 T
SHATSKY - 006941
P 1: 3099

# Al Shuhada' *[The Martyrs]*

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

### The Iraqi Republic

*[Sketch of a map of Iraq and surrounding regions bearing geographically appropriately-placed labels for the following populated areas and topographic features, presented here from north to south:*

*Turkey
Mosul
Arab Republic of Syria
Irbil
Sulaymaniya
Karkuk
Al Jazira [region]
The Euphrates
Baghdad
Al Dulaym
Diyala
Iran
Ramadi
Al Kut
Al Hilla
Northern Desert
Karbala
Al 'Imara
Al Diwaniya
Al Muntafiq [misspelled "Al Muntafik"]
Nasiriya
Basra
Southern Desert
Kingdom of Saudi Arabia*

## The War on Iraq
## Why? and Where?

Gilmore 00249 T
SHATSKY - 006941
P 1: 3099

Gilmore 00250 T
SHATSKY - 006942
P 1: 3100

# Al Shuhada' *[The Martyrs]*

Monthly bulletin published by Political
Guidance for the Border-Region Forces

## Editorial Panel

### Editor-in-Chief
**Ahmad Ibrahim Hilles**
Political Commissioner for the Border-
Region Forces

### Production and Coordination
**Major Ra'id Miqdad**

### Editorial Board
Lt. Colonel Muhammad Jarada
Captain Muhammad Abu Hajras
First Lieutenant 'Atif Al-Qutati

Photographer: 'Abd Al-Hakim Al-Qudra

*[Sketch of a map of Israel, the West Bank, the Gaza Strip, the Golan Heights, and surrounding nations, bearing geographically appropriately-placed labels [most illegible] for populated areas; Shading over portions of the map covers a mixture of both Israel-occupied territories and land within the internationally recognized borders of Israel (such as the Mediterranean coast north of the Gaza Strip and the eastern portion of the Negev)]*

*[Sketch of a banner being hoisted by two human hands]*

**[Al Shuhada', Vol. 50, p. 3]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00251 T
SHATSKY - 006943
P 1: 3101

## Introduction to the Volume

### Oh, You Sheep . . . . The Time for Your Slaughter Has Come

by Ahmad Ibrahim Hilles

To the sheep who rule the regions of the lost Arab homeland goes [our] respect . . .[for]* it has now become necessary that you be slaughtered, because you are useless and have no horns, your teats have dried up, your wool is full of impurities, you eat a lot, no benefit is gotten from you, and you have a rotten odor.   What warrants your continued existence up to this, our [present] day?!!

Oh, you lowliest servants - - Oh, those of you who have no dignity or respect, and who still sit on your thrones that are guarded by the Zionists and the Americans, installed over the greats of your peoples;  Oh, you chronic curse with which time is punishing this community for the neglect, regionalism, and [Arab-deprecating] Shu'ubism that it *[the curse]* has perpetrated.

Oh, you who violate all the values and measures of manhood and gallantry;  Oh, you who are sinking into the swamps of servitude, 'till your disfigured faces have vanished into their mud.

Gilmore 00251 T
SHATSKY - 006943
P 1: 3101
(continued)

Here you are, today, receiving into the putrefied fold of your League a new patron *[U.S. and Zionist interests]* like yourselves, so that Iraq may be represented in the congregation of abasement, humiliation, and subservience.  So receive it *[the new patron]*, and perhaps it may add a new numeral to your numbers, so that you may grow more insolent by it, while you assemble, in the last bits of rubbish, from the White House to Kuwait, passing through Sharm Al Shaykh.

Give it *[the new U.S./Zionist patron]* a reception party, and welcome it.  Rely on its signature on the surrender documents, and bestow upon it a new signet, so that a contract with you for the sale of the Arab homeland to the Jews and Americans may be sealed.  Evil is the time in which the likes of you govern us.  It is a time of domination over servants, a time that condones the leading of the sheep *and* the wolf by halter.

Oh, you who graze in the vile field.  You have exceeded all boundaries, showing no deference to God, peoples, or homelands.  Oh, you modern turncoats, there is no Abu Bakr *[the first Muslim Caliph]* for your apostasy, who would slash your necks with a sword.  Oh, you sinners, there is no 'Umar *[the second Muslim Caliph]* to lash your backs with his whip, and no Ibn 'Abd Al-'Aziz *[an 8th-Century Muslim Caliph]* to teach you virtue.

You are the sickness in the body of this community, and there is no cure for you but extermination, and no remedy for your necks twisted with pomposity and deception except to cut them with the sword of truth.

Oh, you who seize control over your peoples, if you grumble and whine like dogs whenever you hear the voices of your masters, fence your feudal systems in with iron and fire, silence the voices of truth, and applaud what is absurd . . . [then] your continued existence is a sin against us, and your presence is a disgrace upon us; and by God, there is no option but for you to be slaughtered, just as sick sheep are slaughtered.

Shame and disgrace on you, and let your eyes [see] no sleep, oh, cowards.

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (50) – 5th Year – April 2003                                    [P.] 3

[Al Shuhada', Vol. 50, pp. 19-23]

**Translator's Notes:**

Where flow of English has necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing has been supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, has been supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00252 T
SHATSKY - 006944
P 1: 3102

*[Graphic of a Star of David with an octopus-like creature draped over it]*

| Study |
| --- |

# The Jewish Peril

### Protocols of the Learned Elders of Zion

[(] continuation of [materials] published in prior Volume [)]

**13 - Zionist Principles are Worse than Machiavellian Principles (1):**

From what may be discerned from the Protocols since their appearance in Russian, and through to their distribution in other languages, some tyrants and their aides adopted them *[the Protocols]*, either partially or in toto, as their constitution for governing and administering. This would contradict those who rush to take exception to [the likelihood] of their *[the Protocols']* being transferred, in this [way], as if they *[the tyrants themselves]* were the ones who incited those tyrants to tyranny and taught them its *[tyranny's]* methods. But had those tyrants not taken an interest in these documents *[the Protocols]*, they would not have inclined towards tyranny, or discovered a way to it.

Th[is] observation is not devoid of accuracy and impartiality, and so the objections, in all their respects, are futile, unjust, and, beyond that, stupid; and the disease, as those who are well-informed know, is of longstanding.

Gilmore 00252 T
SHATSKY - 006944
P 1: 3102
(continued)

From what [Alfred] Rosenberg, who was dubbed "the philosopher of Nazism," stated, [it emerges that] he *[Rosenberg]* acquainted himself with the Protocols and turned them to his advantage, as he established his political philosophy. He was an aide to the tyrant Hitler, in his nationalistic and internationalist policy, which resembled the policy of the Protocols, [only] with Germans put in the place that they *[the Protocols]* [had assigned] the Jews, so that he *[Hitler]* could have supremacy over his people, and his people could have supremacy over the world. He *[Hitler]* persecuted the Jews in accordance with the methods that the Protocols outlined, and he made them swallow the deadly poison and contaminated water that they had prepared for the [rest of the] world.

Regardless of the Protocols' influence on Rosenberg's political philosophy, and, in turn, his influence upon Hitler - - though there is no proof of this - -

Gilmore 00253 T
SHATSKY - 006945
P 1: 3103

Hitler would not have been a tyrant if not for the combined ancient and modern geographic and historical circumstances of his nation. These circumstances, alone, were what made any ruler of Germany, be he the greatest of princes of noble descent or the mad Sergeant-housepainter Hitler of lowly descent, capable of tyranny.

One who acquaints himself with the history of the nation of Germany in the last two centuries, even if only in summary, and who grasps something of its nationalistic spirit, should not be surprised by the possibility of its rulers imposing despotism, despite its advanced culture and civilization. This is a despotism that a nation lesser than it *[Germany]* in numbers, culture, and civilization could not have withstood, unless its historical and geographical circumstances were better than the circumstances of that colossal nation. Similarly, one who acquaints himself with a little German political philosophy and its theories of the nation-state prior to Hitler, [will] not [find] lacking, in these, all the roots of Hitlerian policy, [as expressed through] the great German philosophers such as Kant, Hegel, and Nietzsche. All of them *[the great German philosophers]* had [already] died before the appearance of the Protocols, and before Rosenberg's fashioning of his political philosophy, which, inevitably, was a faded, confused form of the political philosophy of the great German philosophers who preceded him, though his *[Rosenberg's]* form was more contemporary.

Those who are familiar with the philosophy of history know that among its truths, from the most ancient to the most recent eras, is that the relationship between the ruler and the ruled, in a nation, can rest only upon the spirit of the nation and its circumstances, the formation and renewal of which [come] with exaggerated slowness and deliberateness. This relationship has been shaped as a deeper form, and the Prophet's *[Muhammad's]* remarks at one of the mosques summarized this [in the words], "That which you are, shall [reciprocally] be what governs over you."

In addition, as the pre-Islamic leader Al-Afwah Al-Audi illustrated, the most important

Gilmore 00253 T
SHATSKY - 006945
P 1: 3103
(continued)

aspects of this relationship, regardless of the social and political circumstances of the nations, are his *[a ruler's]* wise and intense protection *[of his people]*, and he *[Al-Audi]* said:

Gilmore 00254 T
SHATSKY - 006946
P 1: 3104

"A house cannot be built without buttresses,

    And there is no buttress if pegs have not been anchored,

Even if the peg and buttresses are combined

    And the dwellers have arrived, in which case

The people can barely remedy the chaos, and they have no leader.

    And there is no leader if their *[the people's]* ignorant ones are in charge.

Matters are shown, by those who are knowledgeable, not to have been remedied.

    And if he *[an ignorant leader]* takes power, then he shall lead with evildoers.

Then a leader of the *people* shall take up command over them *[the people]*,

    [And] thus, command over the people shall thrive, and they *[the people]* shall multiply."

    Along these lines, our Egyptian writer Mr. Tawfiq Al-Bakri alluded to the basis of

tyranny when he said, in light of what appears above and other such [formulations]:

"Do not be surprised by the tyranny that envelops a nation.

    Acknowledge it as the illiteracy of transition,

[And as] the oppression of the citizenry as a punishment for its ignorance.

    One who is sick suffers the punishment of neglect."

    Those who are familiar with history know that tyranny is the oldest method of rule,

reaching far back into the barbarian ages, and that the forms of democratic methods vary vastly

with the different milieus, circumstances, and ethical values of nations, in their *[democratic*

*methods']* motivations, methods, goals, and [both] accurate and false claims, as well as in their

manifestations.  As for the method of tyranny, its governments seem harmonious in its

manifestations since it *[tyranny]* "is close [to democracy] when you look [at the two] from close

up," *[allusion to a proverb that compares religious scholars to ignoramuses, and concludes that*

*little separates them, on close examination]*, as our learned elder Al Ma'ari *[a religious skeptic]*

[once] said.  Scarcely do the two forms of tyranny *[democracy and tyranny]* differ, over

Gilmore 00254 T
SHATSKY - 006946
P 1: 3104
(continued)

distances of time and place, and the single source of it *[tyranny]* in [people's] souls is the vanishing

Gilmore 00255 T
SHATSKY - 006947
P 1: 3105

of community, such that its *[community's]* political awareness becomes absent, its ways of life become disarrayed, its bonds dissolve, its ambitions languish, or its self-respect weakens. Where the deficiency involves inattentiveness or weakness, tyranny's mandate plays out its trickery and its repression; and where there is no inattentiveness, there is no trickery, and where there is no weakness, there is no repression. Afterwards, there is no need for a despotic mandate or establishment of tyranny. It is only trust between the powerful and the lowly that induces everyone to cooperate jointly in sharing the milk of useful services, and staving off the sour milk, each partner with his share of strength and integrity, followed by opportunity provided through either agreement or interdiction among the powerful and the lowly, with the powerful remaining powerful without haughtiness or arrogance, and the lowly remaining lowly without shame or obsequiousness.

From this proposition, the stupidity and contradiction in the exception that the hasty critics take to the transfer of the Protocols across languages, and to their distribution among nations to warn them *[nations]* of the Jewish peril, emerges, for us, given that this distribution and warning were a duty imposed upon anyone who was capable of carrying it out through his strength, integrity, and opportunity.

This type of stupid and contradictory objection into which narrow[-minded], confused thought slips is also an old scourge in human history. When our writer Al-Jahiz published, eleven centuries ago, his book The Robber's Tricks, some of his contemporaries and their followers from among his enemies and the enemies of his speculative-dogmatism school of thought objected to it on grounds that it spread these tricks into circulation, and taught and incited theft. It was as if they had not comprehended an obvious truth, [even] when looking at it head-on, which was that Al-Jahiz wanted to reveal these tricks [in order to] warn people against falling [victim] to them, and [in order to] make them aware of them, so that their funds and souls would not become easy spoils for swindlers. Along these lines, they *[objectors]* accused him of teaching

Gilmore 00256 T
SHATSKY - 006948
P 1: 3106

and inciting swindling by merchants, when he wrote to reveal the methods of adulterating commodities. Per these accusations, a man would have to be wronged by both his *[Al- Jahiz's]* intentions and the result of his *[Al-Jahiz's]* action, even though [in actuality] the number of evil-doing larcenists and swindling merchants increased by not a single one, after dissemination of Al-Jahiz's writings about robbers' tricks and swindling in business, and, instead, the number of individuals cheated went down greatly.

Wasn't Al-Jahiz, along with other men of morals, especially those who were heavily ridiculed [their] in intentions and writing, merely like one who is held up like a lamp along a road [that contains] many steep inclines, tortuous turns, rugged passages, and pitfalls, so that he may reveal these *[hazards]* to [other] wayfarers, and they, be they righteous or profligate, may be warned of these?

Among these wayfarers is one who went out, [with his way] illuminated by a lamp, to a place where he [could] pray to God, visit a friend, pay a call to a sick person, form a kinship, fulfill, for himself or another, some requirement of duty, or, along these lines, [complete] some actions of righteousness. And no doubt, among the wayfarers are those who go out [with their way] illuminated by a lamp, eager to commit an assault, assassination, some harmful act, or other such acts of depravity. But does an intelligent person come up with the idea of leaving the roads dark in order to render those profligates incapable of committing their crimes at night? And what [wrongdoing] is prevented from being carried out to its fullest extent, by this stupid idea? So we protest the rising of the moon, and then the rising of the sun, on the pretext that darkness is a deterrent of crime, and light is one of its facilitators and invites it *[crime]*, at times; but then is light not an aid to the police, the defenders of security, in the[ir] pursuit of criminals?

---

[Al Shuhada', Vol. 50, pp. 24-28]

**Translator's Notes:**

Where flow of English has necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing has been supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, has been supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00257 T
SHATSKY - 006949
P 1: 3107

| Islamic Gifts |
| :---: |

## Islam's Position on the Jews

{"Indeed you have, in the Messenger of God, an excellent example for those whose hope is in God and the Final Day, and who invoke God often." *[Qur'an Sura Al Ahzab, Verse 21]*}

[(] continuation of [materials] published in prior Volume [)]

**The Direct Cause of the Raid Against the *[Jewish]* Banu Qaynuqa':**

Ibn Hisham referenced [the following], in [his work] <u>The Life of the Prophet</u>: It so happened, with the Banu Qaynuqa', that an Arab woman came with her slave, and sold him in the market of the Banu Qaynuqa'. She [then] sat down with a Jewish jeweler, and some Jews started to entice her to uncover her face, and she refused. The jeweler then approached the fringe of her dress, and gathered it up at her back, so that when she stood up, her private parts were exposed. They laughed at her and she screamed, and a Muslim man then pounced on the jeweler, who was a Jew, and killed him. The Jews [then] attacked the Muslim man and killed him, and the Muslim kinsmen cried out for Muslims to help them against the Jews. The Muslims were angry, and the battle and siege ensued. At the time, the Messenger of God *[the Prophet Muhammad]*, may God bless him and grant him peace, lost patience, and he appointed Abu Lubaba Bin 'Abd Al-Mundhir as commander over Medina, and gave him Hamza Bin 'Abd Al-Mutallib as brigade commander over the Muslims. He *['Abd Al-Mutallib]* went with his army to the Banu Qaynuqa', who had violated the covenant and displayed hostility and hatred; and the Banu Qaynuqa' fortified their positions in their fortresses and strongholds. The Muslims then

Gilmore 00257 T
SHATSKY - 006949
P 1: 3107
(continued)

besieged them most intensively for 15 nights ([from] the 15th of Shawwal to the 1st of Dhu Al-Qa'da, [in the year] 2 A.H.).  God struck fear into their *[the Jews']* hearts, and they surrendered and yielded to the Messenger of God's authority over them, with their necks, their wealth, their women, and their offspring, and he *[the Prophet Muhammad]* commanded them and they were shackled.

**The Role of the Profligates in Protecting Them** *[the Jewish tribes]*:

Ibn Ishaq recounted to us, saying:  "At that time, 'Abdallah Bin Ubayy Bin Salul *[an infamous profligate]* went to the Messenger of God, may God bless him and grant him peace, and said: 'Do well by my supporters, who are allies of the Khazraj.'"  [Ibn Ishaq] said: "The Messenger of God, may God bless him and grant him peace, was slow to respond to him, and so he *[Bin Salul]* [then] said, 'Oh, Muhammad, do well by my supporters.'"  [Ibn Ishaq] said, "He *[the Prophet Muhammad]* turned away from him, and he *[Bin Salul]* [then] put his hand into the pocket of the Messenger of God's shirt, and the Messenger of God, may God bless him and grant him peace, said to him, 'Let go of me,' and the Messenger was angered to the point where they could see [his] face darken.  He then said, 'Woe unto you, let go of me.'  He *[Bin Salul]* [then] said, 'No, by God,

Gilmore 00 258 T
SHATSKY - 006950
P 1: 3108

I will not let go of you until you do well by my supporters, 400 unarmed ones and 300 armed ones. Whosoever is my helper from among the red and the black, you mow down in a single morning, and I am, by God, the most frightened man in [your] districts.' And the Messenger, may God bless him and grant him peace, said: 'They are yours.'"

'Abdallah Bin Ubayy was a new entrant into Islam, and he spent only a single month in this religion. The Messenger of God ordered them *[Bin Ubayy and his supporters]* to clear out of Medina, and never to be in his vicinity, in it *[Medina]*, for they had violated the covenant. The Banu Qaynuqa' left for Adra'at, or Dar'a, in Syria, after leaving their homes and their looted wealth behind for the Muslims.

**The Murder of Ka'b Bin Al-Ashraf:**

**The First Self-Sacrifice *[guerilla-style]* Operation in Islam**

Ka'b Bin Al-Ashraf was one of the Jewish leaders of the Banu Al Nadhir, and one of their poets. He was opulently rich and conceited, and he bore rancor and hatred for the Messenger, may God bless him and grant him peace, and for the new religion. After the raid of Badr, the Muslims' triumph *[illegible word]* him, and the defeat of the Quraysh saddened him, and so he went to Mecca to support the Quraysh, to provide relief for its wounded, and to incite them *[the Quraysh]* to take revenge on the Muslims. He also urged the unbeliever tribes to help the Quraysh against the Muslims. When he returned to Medina, he started to irritate the Muslims and to flirt with their women, 'till the Messenger, may God bless him and grant him peace, became irritated with him, and ordered his assassination in order to provide Muslims with relief from his wickedness, and [from] the foulness of his language.

[Sunna scholar] Al Bukhari, [who] recounted from Jabar, stated: "The Messenger of God, may God bless him and grant him peace, said: 'Who [can be] for Ka'b Bin Al-Ashraf, if he irritates the Messenger of God?!' Muhammad Bin Maslama [then] stood up and said: 'Oh, Messenger of God, would you like me to kill him?' [And] he *[the Prophet Muhammad]* said, 'Yes.' And he *[Bin Maslama]* said, 'May I say something *[derogatory about you as a pretext to get close to him]*?' And he *[the Prophet Muhammad]*, peace be upon him, said: '[Yes], say

Gilmore 00258 T
SHATSKY - 006950
P 1: 3108
(continued)

[something].'  [Then] Muhammad Bin Maslama came to him *[Ka'b Bin al-Ashraf]* and said, 'This man (meaning the Messenger of God, may God bless him and grant him peace) has asked us for charity and is imposing on us, and I have come to you and borrowed from you.'  Ka'b [then] said, 'By God, you surely have had your fill of him.'"

"Bin Maslama said: 'We have followed him *[the Prophet Muhammad]*, and we need not leave him until we see through to whatever may transpire in the matter.  We want you to lend us one or two camel-loads [of food].'  Ka'b Bin Al-Ashraf said, 'Yes, [but] give me [something as] security [on the loan.]'  They said, 'What would you like?'  Ka'b said, 'Give me your women as security,' and they said, 'How can we give you our women as security when you are the handsomest of the Arabs?!'  He *[Ka'b]* replied, 'Then give me your sons as security.'  They [then] said, 'How can we give you our sons as security, when they would [later] be scorned when it was said of them that they were given as security for a camel-load or two [of food]?  That would be a disgrace upon us; but we [are willing to] give you our cuirass[es], or armature, as security.'  And so he *[Bin Maslama]* arranged to come [back] to him *[Ka'b ]*.

---

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (50) – 5th Year – April 2003                                    [P.] 25

Gilmore 00259 T
SHATSKY – 006951
P 1: 3109

Ibn Maslama came [back] to him *[Ka'b]* at night, and with him was Abu Na'ila, Ka'b's foster brother. Ka'b invited them into the fortress, and he went down to them. His wife [then] said to him, 'Where are you going at this hour?' He replied, 'It's just Muhammad Bin Maslama and my brother, Abu Na'ila,' and she said, 'I hear a voice that seems to have blood dripping from it.' He [then] said, 'It's [just] my brother Muhammad Bin Maslama and my foster brother Abu Na'ila; and a generous man must respond, in the night, even if he is being summoned for an attack.'"

He *[Al Bukhari]* stated, "Muhammad Bin Maslama entered, and with him were two men, and he said, 'When he *[Ka'b]* arrives, I will talk about his hair and smell it, and when you see that I have taken hold of his head, at that moment, strike him.' Ka'b went down to them, with his clothes thrown on loosely and emanating a good fragrance, and he *[Bin Salama]* said, 'Never 'till today have I encountered a fragrance so good,' and Ka'b said, 'I have the sweetest-smelling Arab women, and the most beautiful Arab women.' Ibn Maslama [then] said, 'Would you permit me to smell your head?' He [Ka'b] replied, 'Yes.' And so he *[Bin Maslama]* smelled it and then made his friends smell it. He then asked, 'May I [do so again]?' And [he] *[Ka'b]* said, 'Yes,' and when he *[Bin Maslama]* was able to take hold of him *[Ka'b]*, he said, 'Now! Kill him!' And they *[Bin Maslama's party]* killed him *[Ka'b]*, and then went to the Prophet, may God bless him and grant him peace, and informed him of [all] this."

**The Journey of the *[Jewish]* Banu Al Nadhir:**

After the murder of Ka'b Bin Al-Ashraf (one of the leaders of the Banu Al Nadhir) , and after the expulsion of the Banu Qaynuqa' Jews from Medina, [and the attendant Jewish] humiliation, the hearts of the Banu Al Nadhir Jews became filled with rage and hatred, and they began to look forward to a good opportunity to violate the covenant with the Muslims, and to do away with them.

**The Opportunity Came:**

After the battle of Uhud, and the harsh lessons that the Muslims experienced as a result of the[ir] lancers' contravention of the order of the Messenger of God, may God bless him and grant him peace, and [as a result of their] lack of adherence to application of all of the details of

Gilmore 00259 T
SHATSKY – 006951
P 1: 3109
(continued)

his battle plan, the Muslims met with great hardship, in Uhud, which transformed assured victory into painful defeat. This brought joy to the Jews of Medina. The Banu Al Nadhir and the Banu Qurayza believed that weakness had pervaded the ranks of the Muslims, and that the opportunity had arrived, especially after the occurrence of two distressing and painful incidents, these being the murder of [the members of] the Mission of Al Raji', and the tragedy at Bi'r Ma'una, where nearly thirty memorizers of the Qur'an fell victim to treachery. A summary of their story follows: --

**The Mission of Al Raji':**

In the month of Safar in the fourth year after the Hijra, a people from the 'Adl and Qara tribes came to the Prophet, may God bless him and grant him peace, informed him that they had converted to Islam, and asked him to send them some who would teach them

---

Gilmore 00260 T
SHATSKY – 006952
P 1: 3110

the religion, and read Qur'an to them.  And so the Messenger of God, may God bless him and grant him peace, sent them ten men, and Murthad Bin Abu Murthad Al-Ghanawi was made their commander, 'till they reached Al Raji', which was between Rabigh and Jeddah.  They called for help to the Banu Lahyan of the Hudhayl *[tribe]*, and they *[the Banu Lahyan]* [then] double-crossed them and killed them.

**The Tragedy at Bi'r Ma'una:**

In the same month, another tragedy occurred, and in short, this was that Abu Bara'a 'Amir Bin Malik, known as "the player with spearheads," came to the Messenger of God, may God bless him and grant him peace, though he had not [yet] converted to Islam.  He said to him *[the Prophet Muhammad]*, "If you will send your companions *[missionaries]* to the people of Najd calling them to your religion, you may be hopeful that they shall be responsive."  And the Messenger of God, may God bless him and grant him peace, said, "I am afraid of the people of Najd," and Abu Bara'a said, "I shall protect them *[the Muslim missionaries]*."  And so he *[the Prophet Muhammad]* sent him *[Abu Bara'a]* some of the contingency of [Qur'an] memorizers and readers, and Al Mundhir Bin 'Amr was made their commander.  They traveled until they took up lodgings at Bi'r Ma'una, a territory of the Banu 'Amir, and they sent one of the[ir mission], Haram Bin Milhan, with a message, to the leader of the Banu 'Amir, 'Amir Bin Al Tufayl.  'Amir did not look at the message, and, instead, ordered a man to kill Haram, and the Banu 'Amir were then requested by him to help kill the remaining *[Muslim missionaries]*.  They *[the Banu 'Amir]* refused, however, because of Abu Bara'a's [pledge to] protect [the Muslims], and so he *[Al Tufayl]* got the help of the Banu Salim, and the 'Usayya, Ri'l, and Dhakwan [clans] complied with him, and they attacked and killed every last one of them *[the Muslim missionaries]*.

The Messenger of God, may God bless him and grant him peace, suffered terribly over this tragedy and the tragedy of Al Raji', and he set out to invoke [a curse] against them *[the killers of Muslim missionaries]*.  In [an account] by [Sunna scholar] Sahih [Muslim], [derived] from Anas [Bin Malik], he *[Sahih Muslim]* stated, "The Prophet, may God bless him and grant

Gilmore 00260 T
SHATSKY – 006952
P 1: 3110
(continued)

him peace, invoked, in a morning prayer, a [curse] of thirty days upon those who killed his companions *[missionaries]* in Bi'r Ma'una, [namely] the R'il, Dhakwan, Lahyan, and 'Usayya [clans]."

**The Direct Cause of the Raid Against the *[Jewish]* Banu Al Nadhir:**

In these straitened circumstances that the Muslims experienced after the defeat of Uhud and the tragedi[es] of Al Raji' and Bi'r Ma'una, the Banu Al Nadhir resolved to breach the covenant with the Messenger of God, may God bless him and grant him peace. Ibn Qayyam Al-Jawziyya tells us, in his book Provisions of the Hereafter, about the cause of this, in [the following of] his words: "The Messenger of God, may God bless him and grant him peace, went out to the Banu Al Nadhir with a group of his companions, and told them *[the Banu Nadhir]* that they should set aside, for him, the blood money for the two dogs whom 'Amr Bin Amiyya Al Dhamri had killed, and they replied, 'We'll do [it], oh, Abu Al Qasim *[an epithet of the Prophet Muhammad]*. Sit right here until we carry out your request.' They [then] separated from one another, and Satan enticed them into the wretchedness ascribed to them in writings, and they resolved to kill him *[the Prophet Muhammad]*, may God bless him and grant him peace. They said, 'Who of you shall take this hand mill and take the lead, throwing it upon his *[the Prophet Muhammad's]* head, crushing it with it?' Their brother 'Amr Bin Jahsh replied, 'I [will].' And Salam Bin Mishkam said to them, 'Don't do [it], for by God, they shall be informed of what you have in mind, and that would be a violation of the covenant between us

Gilmore 00261 T
SHATSKY – 006953
P 1: 3111

and him, and his blessed and exalted lordship shall immediately become aware of what they intend for him, and he will rise up quickly, head for Medina, connecting with his companions.' And they replied, 'You have risen up, and we have not noticed you, so notify them of what the Jews have planned for him.' The Messenger of God, may God bless him and grant him peace, [then] sent them *[the Banu Nadhir]* the [following message]: 'Leave Medina and do not share quarters within it, and I give you ten days [in which to do so]. If I find any of you there after that, I shall beat his neck.' So they remained for [a few] days, getting themselves ready, and the profligate 'Abdallah Bin Ubayy was sent to them[, and he said]: 'Don't leave your homes, for I have two thousand [men] with me who can be placed into your fortress with you, and they *[Muslim fighters]* shall die under you[r attack]. Qurayza and your allies from the Ghatafan [clans] shall render you victorious.' Their *[the Banu Nadhir's]* chief Hayy Bin Akhtab was emboldened by what he *[Bin 'Ubayy]* had said to him, and he sent [a message] to the Messenger of God, saying 'We are not leaving our homes, and so do whatever seems right to you.' [Thus] he aggravated the Messenger of God, may God bless him and grant him peace, and his companions, and they pounced on him. 'Ali Bin Abu Talib *[a future Muslim Caliph]* had with him a battalion, and when it met up with them *[ the Banu Nadhir and their allies]*, they *['Ali Bin Abu Talib's forces]* scaled their fortresses, hurling arrows and stones, and the Qurayza retreated. Ibn Ubayy had betrayed them *[the Banu Nadhir]* and their allies from the Ghatafan [clans], and for this reason, [the Prophet Muhammad,] may he be praised and exalted, cited their *[the Banu Nadhir's]* story for comparisons, and deemed their example [to be] {"like the example of Satan [first] telling people to 'Disbelieve,' and then, when they do disbelieve, saying to them 'I am absolved of [responsibility] for you, [for] I fear God, Lord of the worlds.'"} [Qur'an Sura] Al Hashr [Verse] 16

Sura Al Hashr is the Sura of the Banu Nadhir, and in it is the moral of their story and its ending, for the Messenger of God, may God bless him and grant him peace, besieged them, and cut down and burned the date palms of the Banu Al Nadhir. And so they *[the Banu Nadhir]* sent him *[the Prophet Muhammad]* the message, "We are leaving Medina." He [then] compelled

Gilmore 00261 T
SHATSKY – 006953
P 1: 3111
(continued)

them to leave it *[Medina]*, [applying the expulsion to both] their persons and their [future] descendants, and [directed] that they [keep] what their camels could carry, except for weapons. The Prophet, may God bless him and grant him peace, [thus] seized the[ir] wealth and coterie, (meaning their weapons).

*[photographic image of a large mosque*
*viewed through the arches of another structure]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF LUCILLE KAPLAN

    I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief.  The document is designated as P 1: 3099-3111.

2.    I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 3099-3111.

Dated: March 3, 2014

LUCILLE KAPLAN



# الشهداء

## نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الجنوبية

### الحرب على العراق
#### مــاذا ؟ والـــى أيـــــن ؟



# الشهداء

### نشرة شهرية تصدر عن
### التوجيه السياسي للقوات الحدودية

## هيئة التحرير

رئيس التحرير

**احمد إبراهيم حلس**

المفوض السياسي لقوات المناطق الحدودية

إعداد وتنسيق

**رائد / رائد مقداد**

الدورة المختارة

مقدم/ محمد جرادة
نقيب/ محمد أبو هجرس
ملازم أول/ عايف القططي
مصور/ عبدالحكيم القدرة



(١٧)

## افتتاحية العدد

### أيتها النعاج .. حان موعد ذبحك

#### بقلم / أحمد إزن

إلى النعاج الحاكمة في أقطار الوطن العربي المهدور الكرامة .. لقد أصبح من الضروري الآن أن تذبحي ، لأنك عقيمة ولا قرون لك ، وضروعك جفت ، وشعرك ملوث بالقذارة ، وتأكلين كثيراً ، ولا يستفاد منك بشيء ، ولك رائحة نتنة ، فما أدراك ما يومنا هذا ؟ !!

أيها العبيد الحضيان – يا من لا شرف لكم ، ولا كرامة ، وما زلتم تورثون عروشكم المحروسة بالصهاينة والأمريكان ، والمقامة على عظام شعوبكم أيتها المزمنة التي يعاقب الزمن بها هذه الأمة ، على ما اقترفته من تهاون ، وفلتت

أيها الخارجون على كل القيم ومعايير الرجولة والشــهامة ، أيها الغارقون في مستنقعات العمالة ، حتى اختفت في وحلها وجوهكم الشائهة .

ها أنتم اليوم تستقبلون إلى حظيرة جامعتكم العفنة عميلاً جديداً منكم يمثل في محفل الهوان والذل والاستخذاء ، فاستقبلوه لعله يضيف إلى عددكم رقماً جديداً في وقاحة وأنتم تجتمعون في مواخير القمامة من الدار البيضاء إلى الكويت مروراً بالرياض أقيموا له حفل استقبال  ورحبوا به ، واعتمدوا توقيعه على وثائق الاستسلام ختماً جديداً ، ليمهر به معكم عقد بيع الوطن العربي لليهود والأمريكان ، إنه الزمن الذي يحكمنا فيه أمثالكم ، إنه زمن سيادة العبيد ، أنه زمن قيادة النعاج والنعاج .

أيها الراتعون في حقل الرذيلة ، لقد تجاوزتم كــل الحــدود ، لا تراعون الشعوب ولا الأوطان  . أيها المرتدون الجدد ، ولا أبا بكر لردتكم ، يحصد رقابكم أيها الفاسقون ، ولا عمر يجلد ظهوركم بدرته ، ولا ابن عبد العزيز يعلمكم الفضيلة ، أنتم المرض في جسد هذه الأمة ، ولا علاج لكم إلا الاستئصال ، ولا دواء لأجسادكم المعوجة صلفاً وغروراً إلا القطع بسيف الحق .

يا من تستأسدون على شعوبكم إذا تململت وتهربُون كالكلاب إذا ما ستدعاكم أسيادكم ، وتسيجون إقطاعياتكم بالحديد والنار ، وتسكتون أصوات الحق وتصفدون الأبرار ، حرام علينا بقاؤكم ، وعار علينا وجودكم ، وليس لكم والله إلا أن نذبحكم كما تذبح النعاج المريضة .

*الخزي والعار لكم ، ولا نامت أعينكم أيها الجبناء*

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٥٠ السنة الخامسة ١٤٢٠هـ

P 1: 3101



دراسة

# الخطر اليهودي

## بروتوكولات حكماء صهيون

تابع ما نشر في العدد السابق

**١٣ ــ المبادىء الصهيونية شر من المبادىء المكيافيلية (١) :**

ومما لوحظ على البروتوكولات منذ ظهورها في أوروبا حتى اتتشارها في لغات أخرى : أن بعض الطغاة وأعوانهم يتخذونها دستورا لهم في الحكم والسياسة جزئيا أو كليا ، وقد يرجع ذلك بعض المتعجلين إلى مؤاخذة نقلتها في ذلك كأنهم الذين أغروا أولئك الطغاة بالطغيان وعلموهم وسائله ، وكأنما أولئك الطغاة لو لم يقفوا على هذه الوثائق لما نزعوا إلى الطغيان ولا عرفوا إليه سبيلا .

والملاحظة لا تخلو من صحة وعدل ، ولـكن المؤاخذة من جميع وجوهها باطلة ظالمة ، وهي فوق ذلك سخيفة ، والداء كما يعلم المطلعون قديم .

فمما صرح به روزنبرج الذي كان يلقب «فيلسوف النازية» أنه أطلع على البروتوكولات وانتفع بهـا في وضع فلسفته السياسية ، وكان عونا للطاغية هتلر في سياسته القومية والعالمية التي تشبه سياسة البروتوكولات مع وضع الألمان منها مكان اليهود ليكون له سلطان أمته ، ويكون لأمته سلطان العالم ، وقد اضطهد اليهود وفق الوسائل التي رسمتها البروتوكولات فجرعهم ما أعدوا للعالم من الرعاف والزعاق .

ومهما يكن من تأثر روز نبرج بالبروتوكولات في فلسفته السياسية ، ثم من تأثيره في هتلر ... وهذا مالا دليل عليه ــ فان

أحوال أمته الجغرافية والتاريخية قديما
... جاهها هي التي تمكن كل حاكم لأثانيا
... ابرازها فى ضخامة الحسب والنسب،
... المتور مثل فى فناءة حسبه ونسبه .

... الذلابيه فى القرنين الأخيرين ولو
... من روجها القوميعة ، لا يعجب
... انيا من استبداد مع تقدمها فى الثقافة
... الا طبيعه أمة أقل منها عددا وثقافة
... التاريخية والجغرافية خيراً من أحوال
... من طالع لما من الفلسفة السياسية
... ليل هذا لا يعدم فيها كل جذور
... أكثر فلاسفة الألمان مثل كنت وهجل
... ظهور البروتوكولات . وقبل
... السياسية التى لا تعدو أن تكون
... الفلسفة السياسية عند من سبقوه من
... كتاب سيرته أكثر عصرية .

... التاريخ يعلنون من حقائقه منذ أقدم
... العلاقة بين الحاكم والمحكوم فى أمة انا
... واحوالها التى تكونها وتجددها فى بطء
... ورت هذه العلاقة أبلغ صورة وأوجزها فى
... الثوره « كما تكونوا يول عليكم » .
... لى « الأفود الأودئ » أهم جوانب هذه
... أحوال الأمم الاجتماعية والسياسية فى
... ... :

والبيـــت لا يبتنى الا لـه عمـــد

ولا عمـــاد اذا لــم تــرس أوتاد

فان تجمـــع أوتاد وأعمـــدة

وساكن بلغوا الأمـــر الذى كادوا

لا يصلح الناس فوضى لا سراة لهم

ولا سراة اذا جهالهـــم ســـادوا

تبـــدى الأمور بأهل الرأى ماصلحت

فان تولت فبـــالأشرار تنقـــاد

اذا تــولى سراة النــاس أمــرهم

نما على ذاك أمـــر القـــوم فازدادوا

وكذلك ألمع أدبينا المصرى السيد توفيق البكرى الى أبناس
الطغيان ، اذ قال على نور مما تقدم وغيره :

لا تعجبـــوا للظـــلم يغشى أمــــة

فتبـــوء منـــه بفادح الأثقـــال

ظلم الرعيـــة كالعقـــاب لجهلهـــا

ألم المريض عقـــوبة الاهمـــــال

وقد يعلم المطلعون على التاريخ أن الطغيان أعرق أساليب
الحكم فى أعرق عصور الهمجية ، وأن صور أساليب الدمقراطية
تختلف اختلافا كبيرا فى بواعثها ووسائلها وغاياتها ودعاواها
الصحيحة والزائفة ثم فى مظاهرها أيضا ، باختلاف بيئات الامم
وأحوالها وخلائقها ، وأما أسلوب الطغيان فان حكوماته كتوائم
ومظاهره حيث كان « قريب حين تنظـــر من قريب » كما قال
حكيمنا المعرى . وقلما تختلف أى صورتين للطغيان مع تباعد
الأزمنة والأمكنة ، كما أن مرجعه فى النفوس واحد هو اضمحلال

(١٨)

الجماعة لتخلف وعيها السياسى ، أو اضطراب معايشها ، أو
ذلك أواصرها ، أو تخاذل همها ، أو فتور نخوتها ، وحيث
يكون القصور عن غفلة أو ضعف تقوم وصاية الطغيان بخداعه
وبطشه ، وأما حيث لا غفلة فلا خداع ، وحيث لا ضعف فلا
قهر ، ولا حاجة بعد ذلك الى وصاية طاغية ولا قيام لطغيان ،
انما هى ثقة بين الكبار والصغار تحفز الجميع الى التعاون
النشط على جلب المنافع ودفع المضار مشتركين ، وكل شريك
حظه من القوة والأمانة ، ثم من الفرصة المتاحة عن تراض أو
تجوز بين الكبار والصغار ، مع بقاء الكبير على كبره دون تيه
، ولا تطاول ، وبقاء الصغير على صغره دون خزى منه ولا ذلة ،

وبين هذا العرض يظهر لنا السخف والتهافت فى المؤاخذة
التى يعقب بها النقاد المتعجلون على نقل البروتوكولات بين
اللغات ، ونشرها بين الأمم ليحذروها الخطر اليهودى ، مع أن
هذا النشر والتحذير واجب حتم على كل من استطاعه بقوته
وأمانته وفرصته ،

وهذا النوع من المؤاخذات السخيفة المتهافتة التى ينزلق
بها الفكر الضيق الطائش بلاء قديم أيضا فى تاريخ البشر ،
فعندما نشر أدبنا الجاحظ قبل أحد عشر قرنا كتابه « حيل
اللصوص » آخذه بعض معاصريه وتابعيهم بين أعدائه وأعداء
مذهبه الاعتزالى بأنه يروج هذه الحيل فيعلم السرقة ويغرى
بها ، كأنهم لم يفطنوا الى حقيقة لاخفاء فيها على نظر برىء من
الغرض ، هى أن الجاحظ أراد من كشف هذه الحيل تحذير
الناس من الوقوع فيها ، وتبصيرهم بها حتى لا تكون أموالهم
وأرواحهم نهبا يسيرا للمحتالين وكذلك اتهموه بتعليم التجار

P 1: 3105

ألغش وأغراؤهم به حين كتب يكشف وسائل غش السا...
يكن الرجل في هذه التهم الا مظلوما في نيته ونتيجة علم...
فان عدد الأشرار من اللصوص وغششة التجار لم يزد بعد...
بعد انتشار كتب الجاحظ في حيل اللصوص وغش الت...
بل نقص عدد المخدوعين كثيرا .

وهل كان الجاحظ وغيره من ذوى الأقلام ولاسيما
ينهجون نهجة في النية والتأليف الا كمن يرفع مصباحا في
كثيرة العقبات والمنعطفات والمآثر والمزالق كى يكشفها لل...
فيحذروها ، وفيهم البررة والفجرة ؟

من هؤلاء السارين من خرج مستضيئا بالمصباح ا...
بخيلى لله أو يزور صديقا ، أو يعود مريضا ، أو يصل رح...
أو يقضى لنفسه أو لغيره حاجة في حق ، أو نحو ذلك من ا...
البر ، ومن السارين لاشك من يخرج مستضيئا بالمصباح عند...
السطو أو الغيلة أو الرية أو نحوها من أعمال الفجور ، وك...
أيقترح عاقل ترك الطرق مظلمة لتعجيز أولئك الفجرة لئلا...
يجرمون ؟ وماذا يمنع من المضى مع هذا الاقتراح السخيف ا...
فنعترض على شروق القمر ثم شروق الشمس بحجة أن الظ...
من عوائق الجريمة والنور من ميسراتها والمغريات بها احيا...
ثم أليس النور عونا للشرطة حماة الأمن على مطاردة المجرمين ؟

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٥٠ السنة الخامسة أول...

23


لا أرسلك حتى تحسن في موالي ، أربعمائة حاسر وثلاثمائة دارع ذر
عوني من الأحمر والأسود ، تحصدهم في غداة واحدة
امرؤ أخشى الدوائر ، فقال رسول ﷺ : هم لك .

وكان عبد الله بن أبي حديث دخول بالإسلام لم يمض علي
الدين سوى شهر واحد ، وقد أمره رسول الله بـإجلاء
المدينة ولا يجاورونه فيها أبداً لأنهم نقضوا العهد ، فخرج بني قينقاع
إلى أذرعات "درعا" في بلاد الشام . بعد أن تركوا ا
وأملاكهم غنيمة للمسلمين .

## مقتل كعب بن الأشرف :

### أول عملية فدائية في الإسلام

كعب بن الأشرف من زعماء يهود بني النضير وشاعرهم ، وكان
متعجرفاً ، يحمل الغل والحقد للرسول ﷺ وللدين الجديد. بعد غزوة بدر و
انتصار المسلمين، وأحزنه هزيمة قريش فذهب إلى مكة، يواسي ويثور
من مصابها، ويحرضها الأخذ الثأر من المسلمين، كما دعا القبائل الكافرة و
قريش ضد المسلمين ولما عاد إلى المدينة أخذ يؤذي المسلمين ويشبب بن
حتى تأذى منه الرسول ﷺ فأمر باغتياله ليريح المسلمين من شره وبدأ أن

روى البخاري عن جابر قال: قال رسول الله ﷺ : "من لكعب بن الأشرف
فإنه قد آذى رسول الله ؟! قام محمد بن مسلمة فقال : يا رسول الله أت
أن أقــتله ؟ قــال : نعم قــال : فأذن لي أن أقــول شيئاً
قال عليه السلام : قل أتاه محمد بن مسلمة فقال : إن هذا الرجل
"يعني رسول الله ﷺ قد سألنا صدقة ، وإنه عنانا ، وإني قد جئتك
استسلفك قال "كعب "وأيضاً والله لتملنه .

قال بن مسلمة : إنا قد اتبعناه ، فلا يجب أن ندعه حتى ننظر إلى أي شيء
يصير شأنه ، وقد أردنا أن تسلفنا وسقاً أو وسقين ، فقال كعب بن الأشرف
أرهنوني . قالوا : أي شيء تريد ؟ قال كعب : أرهنوني نساءكم ، قالوا كيف
نرهنك نساءنا وأنت أجمل العرب ؟! قال : فارهنوني أبناءكم ، قالوا كيف نرهن
أبناءنا ؟ فيسب أحدهم فيقال : رهن بوسق أو وسقين ، هذا عار علينا وك
نرهنك اللأمة " الـدروع "فواعده أن يأتيه

(١٢)

...مسلمة ليلاً ومعه أبو نائلة أخو كعب من الرضاعة ، فدعاهم كعب إلى
...فنزل إليهم ، فقالت له امرأته : أين تخرج هذه الساعة ؟ قـــال : إنما هو
...مسلمة وأخي أبو نائلة ، قالت : إني أسمع صوتاً كأنه يقـطر منه الدم ،
...أخي محمد بن مسلمة ورضيعي أبو نائلة ، إن الكريم لو دعي إلى طعنة

...ليدخل محمد بن مسلمة ومعه رجلان فقال : إذا جاء فإني قائل بشعره
...فإذا رأيتموني استمكنت من رأسه فدونكم فاضربــوه . فنزل إليهم كعب
...وهو ينفح من ريح الطيب ، فقــال : ما رأيت كاليوم ريحـاً ، أي طيب ،
...عندي أعطر نساء العرب ، وأجمل نساء العرب ، فقال ابن مسلمة :
...أشم رأسك ؟ قال : نعم فشمه ثم أشم أصحابه . ثم قال : أتأذن لي ؟ قال
...استمكن منه قال : دونكم فاقتلوه ، قتلوه ثم أتوا النبي ﷺ فأخبروه بذلك.

**بني النضير :**

...كعب بن الأشرف من زعماء بني النضير وبعد إجلاء يهود بني قينقـاع
...وإذلالهم ، امتلأت قلوب يهود بني النضير بـالغيظ والحقـد وأخذوا
...الفرصة السانحة لينقضوا العهد مع المسلمين وينقـضـوا عليهم .

...بركة أخذ والدروس القاسية التي لاقــاها المسلمون نتيجة مخالفة
...رسول الله ﷺ وعدم التمسك بتطبيـق خطته القتالية بحـذافيرها ،
...المسلمون في أحد محنـة عظيمة حـولت النصر المؤكد إلى هزيمة
...دخل ذلك النـرور على يهود المدينة وبـنـي النضير وبـنـي
...وإذا أن الضعف قـد دب في صفوف المسلمين وأن الفرصة
...ولا سيما بعد وقوع حـادثين مؤسفين مؤلمين هما مقـتـل
...ومأساة بـئر معونة إذ ذهب ضحـية الغدر ما يقـرب من
...القراء وملخص قصتهم الآتي : –

...على رسول الله ﷺ في شهر صفر من السنة الرابعة للهجرة قوم من
...وأخبروه بأنهم قد أسلموا وسألوه أن يبعث معهم من يعلمهم



الدين ويقرئهم القرآن ، فبـعـث معهم رسـول الله ﷺ عـد
وأمر عليهم مرثد بن أبي مرثد الغنوي حتى وصلوا الرجيع ما بين رابغ
استصرخوا عليهم بني لحيان من هذيل فغدروا بهم وقتلوهم .

## مأساة بئر معونة :

في نفس الشهر حدثت مأساة أخرى وملخصها أن أبا براء عامر بن
المدعو " ملاعب الأسنة " قـدم على رسـول الله ﷺ ولكنه لم ينسلم فقال
لو بـعـثت أصحابـك إلى أهل نجد يدعونهم لدينك لرجوت أن يجيبوا
فقال رسول الله ﷺ إني أخاف عليهم أهل نجد ، فقـال أبـو بـراء أنا جـار
فأرسل معه ببعض من الصحابة الحفاظ والمقرئين وأمر عليهم المنذر بن عمر
، فسـارواحـتى نزلوا على بـئر معونه وهي أرض لبني عامر فأرسلوا
أحـدهم وهو حـرام بـن ملحـان بـكتاب إلى زعيم بني عامر
عامر بن الطفيل " فلم ينظر فيه عامر بـل أمر رجلاً فقـتـل حـرام واستنفر
وأيه بني عامر للقضاء على البقية فرفضوا لأجل جوار أبي براء ، فاستنفر بني
سليم فأجابته عصية ورعل وذكوان فهجموا عليهم وقتلوهم عن بكرة أبيهم
وقـد تألم رسـول الله ﷺ لهذه المأساة ومأساة الرجيع المأساتين
وأخذ يدعوا عليهم ، ففي الصحيح عن أنس قـال : دعا النبـي ﷺ على الذين
قـتلوا أصحابـه ببـئر معونة ثلاثين صباحـاً في صلاة الفجر على رعل
وذكوان ولحيان وعصية .

## السبب المباشر لغزو بني النضير :

في هذه الظروف الحرجة التي مر بها المسلمون بعد هزيمة أحد ومأساة
الرجيع وبئر معونة صمم بنو النضير نقض العهد مع رسول الله ﷺ ، يحدثنا ابن
قيم الجوزية في كتابه زاد المعاد عن سبب ذلك بقوله : خرج رسـول الله ﷺ إلى
بني النضير في نفر من أصحابه وكلمهم أن يعينوه في دية الكلابيين اللذين قتلهما
عمرو بن أمية الضمري ، فقالوا : نفعل يا أبا القاسم ، اجلس ها هنا حتى نقضي
حاجتك ، وخلا بعضهم ببعض ، وسول لهم الشيطان الشقـاء الذي كتب عليهم
فتأمروا بقـتله ﷺ ، وقـالوا : أيكم يأخذ هذه الرحـا ويصعد ، فيلقـيها على
رأسه يشدخه بها ؟ فقال أشقاهم عمرو بن جحاش : أنا ، فقال لهم سلام بن مشكم
لا تفعلوا فوالله ليخبـرن بـما هممتم بـه ، وإنه لنقـض العهد الذي بيننا

١٩

وجاء الوحي على الفور إليه من ربه تبارك وتعالى بـما هموا به ، فنهض مسرعاً ، وتوجه إلى المدينة ، ولحقه أصحابه ، فقـالوا : نهضت ولم تشعر بك ، فأخبرهم بما همت يهود به ، وبعث إليهم رسول الله ﷺ : أن اخرجوا من المدينة ، ولا تساكنوني بـــها ، وقـــد أجلتكم عشــراً ، فمن وجدت بـــعد ذلك بـــها ، ضربـــت عنقـــه ، فأقـاموا أياماً يتجهزون ، وأرسل إليهم المنافق عبد الله بن أبي : أن لا تخرجوا من دياركم ، فإن معي ألفين يدخلون معكم حصنكم ، فيموتون دونكم ، وتنصركم قـريظة وحلفاؤكم من غطفان ، وطمع رئيسهم حيـي بـن أخطب فيما قـال له ، وبعث إلى رسول الله ﷺ يقول : إنا لا نخرج من ديارنا ، فاصنع ما بدا لك ، فكبـر رسول الله ﷺ وأصحابه ، ونهضوا إليه ، وعلي بن أبي طالب يحـمل اللواء ، فلما انتهى إليهم ، قاموا على حصونهم يرمون بالنبل والحجارة ، واعتزلتهم قريظة ، وخذلهم ابن أبي وحلفاؤهم من غطفان ، ولهذا شبهه سبحانه وتعالى قـصتهم ، حين مثلهم ﴿كَمَثَلِ الشَّيْطَانِ إِذْ قَالَ لِلْإِنسَانِ اكْفُرْ فَلَمَّا كَفَرَ قَالَ إِنِّي بَرِيءٌ مِّنكَ إِنِّي أَخَافُ اللَّهَ رَبَّ الْعَالَمِينَ﴾ الحشر(١٦)

فإن سورة الحشر هي سورة بني النضير ، وفيها مبدأ قـصتهم ونهايتها ، فحاصرهم رسول الله ﷺ وقـطع نخلهم ، وحـرق (نخل بـــني النضير) وأوحى إليه : نحـــــن نخرج عن المدينة ، فأنزلهم على أن يخرجوا عنها بنفوسـهم وذراريهم وأن لهم ما حـــملت الإبـل إلا السلاح ، وقبض النبي ﷺ الأموال والحلقة ، وهي السلاح .



مجلة الحدود عن التوجيه السياسي لقوات المناطق الحدودية العدد ٥٠ السنة الخامسة أبريل ٢٠٠٣

P 1: 3111