EXHIBIT A.217

# PLACEHOLDER FOR EXHIBIT 217

## SEE ENCLOSED DVD

| # | T.C. in | T.C. out | www.youtube.com/watch?v=F0U3AMvn9A8 |
|---|---------|----------|-------------------------------------|
|   | 0:01    | 0:47     | The tragedy is that the Palestinian Authority cannot disclose all the information it has. I want to quote some examples, only in the Gaza Strip, I do not want to make it longer by including the West Bank. We, in the Gaza Strip, a whole year before the Intifada, all the staff of the Hamas Movement and the Islamic Jihad were under the protection of the Preventive Security Force and the Palestinian security apparatus. This is the main reason that these staff members… We prevented a large number of assassination operations that Israel has planned for. We cannot disclose all that we have done, and consequently… when this Intifada began we did not constitute a barrier in face of any Palestinian faction that wished to express its warrior position and protect the Palestinian people and the interests of the Palestinian Authority. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

    vs.                                                  No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1 3838.

2.    I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 3838.

Dated: March 4, 2014

                                                                 _____
                                                                 Yaniv Berman