# EXHIBIT A.218

# PLACEHOLDER FOR EXHIBIT 218

## SEE ENCLOSED DVD

| # | T.C. in | T.C. out | www.youtube.com/watch?v=Mlz2KFx89g4 |
|---|---|---|---|
| | 0:00 | 00:20 | Many people quote the practices of the Preventive Security [Force] that you headed (the oppression, arrest campaigns, liquidations that were carried out against staff members and leaders of Hamas by you) as the main reason for this coup. |
| | 00:20 | End | I arrested as an implementation of a political decision by President Abu Ammar and the entire Palestinian leadership, but not a single staff member of Hamas was injured. I can say more than that, and they can look me in the eyes ten years later, seven years later or even twenty years later. Israel could not reach any of those that I had arrested. I did not release anyone after that, at the beginning of the Intifada, except through an agreement with the Hamas Movement. The majority of those that I had released through agreement with them, and by decision from the President Abu Ammar, I don't care for side agreements – but we were inclined at a certain point to release them because we were in a resistance and conflict status that Israel has imposed on us, the occupation imposed on us. All the important leaders of Hamas were protected by us. We did not make them a favor, this was a national duty and a Palestinian political decision. After that they proved to be ungrateful and the first thing that they did was to kill the security officers who provided protection for the wanted Hamas staff. This caused me a greater pain that all other disputes. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF YANIV BERMAN**

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1 3839.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 3839.

Dated: March 4, 2014

Yaniv Berman