# EXHIBIT A.219

# PLACEHOLDER FOR EXHIBIT 219

## SEE ENCLOSED DVD

| # | T.C. in | T.C. out | http://www.youtube.com/watch?v=MQE2HG0vjw4 |
|---|---|---|---|
| | 0:01 | 0:53 | The Al-Aqsa Martyrs' [Brigades] are an integral part of the Fatah Movement. They were established to defend the Palestinian people at the beginning of the aggression that began - at the beginning of this Intifada - in 2000. I want to remind Professor Shitrit that the Palestinian people had not shot a single bullet at Israel during the first sixty days of this Intifada. Only one Israeli was injured or killed at the beginning of the Intifada while we saw an average of ten Palestinian *shuhada* [martyrs] going every day. The Palestinian security forces did not shoot a single bullet at the Israeli side until Israel had gone too far in killing and oppressing the Palestinian people during the first sixty days. Therefore, the Al-Aqsa Martyrs' Brigades are an integral part of the Palestinian people and an important part of the Fatah Movement. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF YANIV BERMAN**

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1 3840.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 3840.

Dated: March 4, 2014

Yaniv Berman