# EXHIBIT A.220

# PLACEHOLDER FOR EXHIBIT 220

## SEE ENCLOSED DVD

| # | T.C. in | T.C. out | www.youtube.com/watch?v=dWnpx35ies8 |
|---|---------|----------|--------------------------------------|
|   | 0:01    | 0:28     | He has been a dear brother and friend since we were students. Marwan Barghouti shouldered the burden of this Intifada since its beginning. Brother Marwan Barghouti was tortured. He paid a personal, social, national and political price. Therefore I do not talk of brother Marwan, and of all the warrior brothers who were in prison, in a way that could offend them. Some brothers have gone too far in offending them, but not... |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>　　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1 3841.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 3841.

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Yaniv Berman