# EXHIBIT A.228

# PLACEHOLDER FOR EXHIBIT 228

## SEE ENCLOSED DVD