# EXHIBIT A.229


PLAINTIFF'S EXHIBIT 229

Wednesday, December 26, 2012    al-Ayyam [Days]    Palestinian Days    3

[Top right]

## Factions: Widespread Reports on Egyptian Plans to Convene Reconciliation Meeting Next Month Untrue

By Hassan Jabr:

Politicians belonging to national factions said that the reports that have been circulating recently about impending meetings to be held in Cairo in order to achieve reconciliation on the Palestinian front are untrue, stressing that the rumors on convening a meeting next month are nothing but individual expectations that have no basis in truth.

For his part, Walid al-Awad, a member of the Political Bureau of the Palestinian People's Party, stated that to date the factions do not have any information, indicating that what is being rumored are just expectations based on personal assessments.

Al-Awad underscored that the expectations are based on the assumption that the Egyptian President Mohamed Morsi will settle the domestic matters within the next few days and will be interested in showcasing any accomplishment, and the issue of reconciliation seems to him to be the easiest international one to tackle.

He pointed out that no one informed the factions about any dates regarding the reconciliation and he hoped that reconciliation will be realized and that the split will be eliminated as soon as possible, adding that it is important that the engine of reconciliation should be stronger than the attempts to disrupt it.

Along the same lines, Dr. Rabbah Mohanna, a member of the Political Bureau of the Popular Front, stated that Egypt did not send any invitations to anyone concerning the Palestinian reconciliation. He underscored that Egypt is still able to play a strong and effective role in the Palestinian reconciliation.

Mohanna also stressed that it is important to believe that the split between the Fatah and Hamas movements must end in order to escape the predicament that the Palestinian cause is going through.

He mentioned a few separate attempts made by the Popular Front and the Islamic Jihad movement in order to set the reconciliation case into motion, and pointed out that the attempts have failed after each of the two divided parties alluded in vague terms to the reconciliation and the end of the division.

[Stamp] **P 1: 440**

He added that not allowing the Fatah movement to organize the *intilaqa* [takeoff] festival in Katiba Square could affect the mood of reconciliation that recently prevailed, and underscored that the refusal of Hamas is wrong and reflects the overpowering mentality of the Brotherhood movement, as if the Hamas movement owned the Katiba land.

He also stated that the security reasons that Hamas is putting forth in order to turn down the festival are not acceptable at all.

For its part, Hamas maintained that it did not know of any plan to convene a reconciliation conference with Fatah in Cairo under Egyptian auspices at the end of next November.

A senior officer in Hamas, Salah al-Bardawil, affirmed that President Mahmoud Abbas is liable for the interruption of the reconciliation efforts, and indicated that Abbas insisted on holding the elections before any reconciliation measure.

In statements to the press, he said that Abbas's insistence on holding the elections violates the package deal signed by the two movements, and maintained that the government that Abbas is entrusted to form is the one that is authorized to hold the elections.

Sources at Egypt's Ministry of Foreign Affairs recently maintained that a conference for Palestinian reconciliation will be held in Cairo at the end of next month once the internal situation in Egypt becomes stable.

[Stamp] **P 1: 440** [continued]

[Article right center]

## Police Reveal Circumstances Surrounding Theft of Gold Jewelry in Nablus

Nablus – Al-Ayyam: The police revealed yesterday the circumstances surrounding the theft of gold jewelry from a Nablus home.

A statement issued yesterday by the police's Public Relations and Information Department indicated that a local woman filed a complaint with the Police Bureau of Investigation, claiming that her gold jewelry was stolen from her home.

The statement added that "the staff that was assigned on this case inspected the home and noticed that there was no evidence on its doors or windows of a break-in. After some inquiries, the woman's relative, who had visited the complainant at her home, was brought in. During the interrogation she admitted to the theft and that she disposed of the loot."

[Stamp] **P 1: 440** [continued]

[Article top left]

## Bethlehem: Laying Foundation Stone of Housing Project in al-Obaydiya for Prisoners Serving Life Sentences



[Photo caption: Laying the foundation stone]

Bethlehem – Al-Ayyam: The town of al-Obaydiya, which lies east of Bethlehem, two days ago celebrated the laying of the foundation stone for the Hope Suburb Housing Project for life sentence prisoners.

The event was attended by the head of the Presidential Office, Dr. Hussein al-Aaraj, who represented President Abu Mazen, the Minister of Prisoner Affairs, Issa Qaraqe', the head of al-Obaydiya municipality, Suleiman al-Aasa, the project's manager Najla al-Hajj, the director of the Prisoners Directorate in Bethlehem, Munqidh Abu Atwan, several representatives of national institutions and authorities, and the families of life prisoners in the governorate of Bethlehem.

In his speech, Dr. al-Aaraj mentioned that this project, which stemmed from the creative and pioneering initiative of Bethlehem prisoners' families, confirms the determination of the Palestinian people to resist, set the prisoners free, and cling to life and liberty.

He considered the birth of the housing project as a model and example that should be expanded to all governorates, given that it represents cooperation, solidarity, and collective responsibility in confronting the challenges that are facing the Palestinian people. He added that this project shows loyalty and love towards the prisoners, that they are not alone, and that everyone is waiting for their return so that they can live in their own homes with their families.

[Stamp] **P 1: 440** [continued]

What is more, al-Aaraj stated that the Palestinian leadership and the relevant institutions will provide the resources to complete this pioneering project as soon as possible.

For his part, Qaraqe' said that the Hope Suburb Housing Project will give hope to the prisoners whose dreams, as the occupation authorities would like to believe, have been shattered by life in prison and inside the dark jails. It opens a window to a new Palestinian life and determination affirming that freedom is near and that the prisoners will return to live their honorable and free life like people everywhere.

Likewise, Qaraqe' expressed his appreciation for the role of the Aman [Security] Association, which comprises families of prisoners and which started and oversaw this project. He thanked all the institutions and ministries which supported it and provided it with all means of assistance.

The deputy governor, Mohamed Taha, indicated that the housing project for life prisoners in the governorate is the first project of its kind in Palestine and was the product of individual initiative. He added that it represents aspects of Palestinian solidarity and cooperation that provide honorable livelihood for the prisoners and their families.

For her part, Najla al-Hajj, the wife of prisoner Abdul Rahman Yousef Maqdad, sentenced to 21 life sentences plus 15 years, who came up with the idea of the project, said that following instructions from President Abu Mazen, the Hope Suburb Housing Project for the families of life prisoners was inaugurated. She added that the number of participants in the project comprised 73 prisoners sentenced to life in prison. They represent different districts of Bethlehem governorate, including al-Ayzaria and Abu Diss, and some of them carry Gaza identity cards.

Moreover, al-Hajj stated that the idea of the project is to help life prisoners who are spending the best years of their lives in jail. Once the prisoner leaves prison he will find a house waiting for him. She added that she did not have her own house, and that she is living with her parents.

She mentioned that her idea was well received in the Gulf countries, notably in Saudi Arabia and the United Arab Emirates, and she indicated that the realization of this project has become realistic and feasible.

She also stated that, "we bought a parcel of land measuring 11 dunams [11,000 square meters] for the recipients' families in al-Obaydiya district. The parcel's owner donated one dunam [1,000 square meters]." She also cited the cooperation of the Local Rule Minister, Khaled al-Qawasmi, who provided total exemption from all licenses and stated that he was prepared to secure the project's infrastructure.

[Stamp] **P 1: 440** [continued]

Likewise, she indicated that the Association of Engineers set out to work on all the plans. She thanked the Association and its president, engineer Khaled Adeyli, for exempting the project from all project registration fees, which come to 73,000 Jordanian dinars.

She stated that the Minister of Works, Maher Ghneim, procured the vehicles and bulldozers, which started working on the project 20 days ago in order to build a road and complete all the excavations.

Of note is that the Hope Suburb Housing for life prisoners in Bethlehem lies on the western hills of al-Obaydiya city, on the outskirts of Jerusalem. The project's area totals 11,921 square meters, and is earmarked for 73 families of prisoners serving life sentences in the governorate of Bethlehem.

[Stamp] **P 1: 440** [continued]

[Article left center]

## Qaraqe': Depriving Prisoners of College Education Violates International Laws

Ramallah – Al-Ayyam: The Minister of Prisoners, Issa Qaraqe', said that the decision of the Israeli Supreme Court to prevent the prisoners in the occupation jails from pursuing secondary and college education is a vindictive policy against the prisoners and a violation of the Third and Fourth Geneva Conventions, the International Covenant on Civil, Political, and Cultural Rights, and the Universal Declaration of Human Rights, adding that it is also a breach by the Israelis of the promises that the Prisons Administration made to the Prisoners' Committee during the strike of April 17, 2012, to reinstate education for the inmates.

During a press conference given yesterday, Qaraqe' stated that this decision will trigger new protests inside the prisons and new belligerent reactions in order to restore the prisoners' lost rights. He added that these rights were stripped away from the prisoners pursuant to Israeli political decisions and under Israeli legal cover, and that this will usher a new battle that the prisoners will wage inside the prisons.

He indicated that depriving the prisoners of education was a political decision taken by the Israeli Prime Minister Netanyahu during the detention of Private Shalit, following which he issued a series of severe measures against the prisoners, making the latter scapegoats for an Israeli political objective.

Qaraqe' called on UNESCO and the United Nations' Human Rights Commission to intervene and stop these practices which violate the prisoners' human and cultural rights, and to force Israel to comply with international humanitarian law with regard to the rights of the detainees.

[Stamp] **P 1: 440** [continued]

[Article bottom left]

## Wife of Prisoner Ezzeddine Continues Hunger Strike for Fourth Day in Solidarity with her Husband

Jenin – Al-Ayyam: The wife of prisoner Jaafar Ezzeddine, who is from the town of Araba, southwest of Jenin, continued her hunger strike yesterday for the fourth consecutive day in solidarity with her husband, who has been on a hunger strike for twenty-nine days, in protest against the decision to transfer him to administrative detention.

The family of prisoner Ezzeddine said that his wife, Umm Hamza [Hamza's mother], is waging a hunger strike in solidarity with him. She is refusing to eat anything, even though she has a seven-month-old infant she gave birth to during the previous administrative detention of her husband and his open-ended hunger strike.

The family emphasized that the health condition of prisoner Ezzeddine is noticeably and gravely deteriorating. Ezzedine's family learned from the lawyer who visited him that his health condition is not reassuring and that he looked very weak. He lost 12 kilograms, and his blood pressure decreased from 88 to 62. His sugar level was 72, and his heart rate 68. He also continues to feel dizzy and was unable to continue the conversation with his lawyer due to fatigue and extreme weakness as a result of his determination, along with two other prisoners, Sheikh Tareq Qaadan and Yousef Yasin, to pursue an open-ended hunger strike and to have only water, in protest against their administrative detention.

Moreover, Ezzeddine's family appealed to the legal and humanitarian organization in order to quickly intervene to set him free along with the hunger strikers who reject the administrative detention policy, and to pressure the occupation authorities to close this case.

Ezzeddine, who is 41 years old, had waged an open-ended hunger strike that lasted 54 days, in protest against administrative detention. This led to recurrent feelings of dizziness which he continued to suffer from after the end of the strike and his liberation. He also continued to suffer from exhaustion and emaciation. He was set free on July 20 of this year before being incarcerated again on November 22 of this year during a campaign of arrests that reached a number of Islamic Jihad staff in the West Bank. He is detained in Megiddo Prison along with two other prisoners who have been on hunger strike for 29 days, Sheikh Tareq Qaadan, from Araba, and Yousef Yasin, from the village of Anin.

[Stamp] **P 1: 440** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1- 440.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1- 440.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

Case 1:04-cv-00397-GBD-RLE    Document 547-166    Filed 06/25/14    Page 12 of 13

[Arabic newspaper page - الأيام, الأربعاء ٢٠١٢/١٢/٢٦]

## فصائل: لا صحة للأحاديث الرائجة عن تحركات مصرية لعقد اجتماع حول المصالحة الشهر المقبل

## بيت لحم: وضع الحجر الأساس لمشروع إسكان أسرى المؤبدات في العبيدية

## الشرطة تكشف سرقة مصاغ ذهبي في نابلس

## قراقع: حرمان الأسرى من التعليم الجامعي انتهاك للقوانين الدولية

## زوجة الأسير عز الدين تواصل لليوم الرابع إضراباً عن الطعام تضامناً مع زوجها



[إعلان: الخصم هون لحق حالك يا زبون 30%-50% تصفية على بضائع 2012 لغاية 2013/1/1 - RAWAJ FURNITURE]

[إعلان: اشتري بـ 2012 وابدأ الدفع بـ 2014 - UMT الشركة المتحدة لتجارة السيارات]