# EXHIBIT A.233

[handwriting] National Security Command, be informed. This information proves that the General Intelligence are involved in the issue of Wafa Idris. You can discreetly check this with her brother.

**Palestinian National Authority**
[Handwriting:] 2/14/2002  [illegible handwriting]
**Preventive Security H.Q.**
**Ramallah Directorate**

[Logo of the Preventive Security]
8

**Palestinian National Authority**

**Preventive Security H.Q.**
**Ramallah Directorate**

<u>Important</u>
02/14/2002

In the name of Allah, the Compassionate and Merciful
To the Brother Head of National Security, may Allah protect him.
To the brother Head of Political Security, may Allah protect him,
Greeting of the nation,

Subject: Private information regarding the issue of *shahida* [female martyr] Wafa Idris

At the night in which it was revealed that the person, who carried out the attack was *shahida* [female martyr] Wafa Idris - and before anyone claimed responsibility for the attack - Tawfik al-Tirawi, head of the General Intelligence, called Khalil Idris, the elder brother of the *shahida* [female martyr], several times and requested that the family would not announce that Wafa was the one who carried out the attack, but that she got married and moved to Jordan or to any other place. In return, al-Tirawi was willing to facilitate Khalil's visit to Jordan despite the fact that he is on the Israeli wanted list. Khalil answered that he could not sell the blood of his sister in this way.
The family indicated that during her last day, Wafa did not show any signs that she was not coming back. She said that she was traveling to Nablus and might be late.

For your information
With respect,

Amna Aidiya
Political Security

[Handwriting:] Brother [illegible]:

Important: Confirm this with her brother and inform me as soon as possible.
[signature]
2/22/2002

[Handwriting:] To the Brother, head of the Directorate, may Allah protect him.
Be informed.
May you last long.
[illegible]  02/16/2002

P 1: 554

PLAINTIFF'S EXHIBIT 233

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

           Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

           Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1: 554.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 554

Dated: March 7, 2014

_____
Yaniv Berman



**السلطة الوطنية الفلسطينية**
قيادة الأمن الوقائي
مديرية رام الله

Palestinian National Authority
Preventive Security H.Q.
Ramallah Directorate

٢٠٠٢/٢/١٤

بسم الله الرحمن الرحيم

الأخ مدير الأمن الوطني ......... حفظه الله
الأخ مدير الأمن السياسي ......... حفظه الله

تحية الوطن وبعد،

الموضوع / معلومات خاصة حول موضوع الشهيدة وفاء ادريس

في الليلة التي تم الكشف فيها عن منفذة العملية أنها الشهيدة وفاء ادريس وقبل أن يتم تبني العملية من أي جهة قام مدير المخابرات العامة توفيق الطيراوي بالاتصال هاتفيا ولعدة مرات مع أخ الشهيدة الأكبر خليل ادريس يطلب منه أن لا يتم الاعلان من قبل العائلة على أن وفاء هي منفذة العملية وإنما هي تزوجت وسافرت إلى الأردن أو إلى أي مكان آخر ومقابل ذلك يستعد الطيراوي أن يقوم بتقديم تسهيلات لخليل للسفر إلى الأردن على الرغم من أنه في قائمة المطلوبين لدى الإسرائيليين وأجاب خليل بأنه لا يمكن أن يبيع دم اخته بهذه الطريقة.

وما تم تأكيده من قبل العائلة أن وفاء في يوم خروجها الأخير لم يظهر عليها أي دليل بأنها لن تعود إنما أشارت إلى أنها ذاهبة إلى نابلس واحتمال أن تتأخر.

لاطلاعكم
مع الاحترام

آمنة عايدية
الأمن السياسي