# EXHIBIT A.250B



PLAINTIFF'S EXHIBIT 2508

The Military Prosecution
in the Judea Districts
Tel.: 02-5884242
IDF telephone: 0208-4242
Fax: 02-5884455
July 30, 2003
1 Av 5763

Military Advocate General Headquarters – Deputy Military Advocate General
Judea and Samaria Legal Advisor Office – Legal Advisor
The Supervisor of Prosecutions in Judea and Samaria – here
**IDF Spokesperson**

Reminder File 444/02

### Re: Sentence in the case of
### Ahmed Talab Mustafa Barghouti Identity No.: 994466860

1. Today, July 30, 2003, a sentence on the matter of the above mentioned Ahmed Barghouti was handed down by the Judea Military Court.

2. The Judea Military Court acquiesced to the request of the military prosecution and sentenced the subject to 13 cumulative life imprisonment terms.

3. The above mentioned Ahmed Barghouti is a relative and personal assistant of the head of the Tanzim of the Fatah, Marwan Barghouti, who is standing trial before the District Court in Tel Aviv. Within his terrorist activity, Ahmed Barghouti habitually reported the attacks that he carried out to Marwan Barghouti.

4. Ahmed Barghouti himself was one of the most senior military operatives in the al-Aqsa Martyrs Brigades organization, the military arm of the Tanzim of the Fatah, and in effect served as the head of this organization in the Ramallah region.

5. Ahmed Barghouti was convicted, *inter alia*, of causing the deaths of **12 Israeli civilians and the injury of many dozens more.**

[Stamp] P 11-8: 198

6. Ahmed Barghouti participated in the planning of the attacks, supplied the weapons for their execution and personally dispatched their perpetrators (including suicide terrorists).

7. Ahmed Barghouti was convicted of the execution of the following attacks:

   A. The murder of **Elazar Akiva Pashkos of Blessed Memory** on January 25, 2001 in the Atarot Industrial Zone in northern Jerusalem.

1

[Stamp] P 11-8: 198 (continued)

B. The murder of **Yaniv Ben-Shalom of Blessed Memory, Sharon Ben-Shalom of Blessed Memory and Doron Yosef Savari of Blessed Memory** on August 25, 2003, on Highway 443 (Givat Ze'ev – Modi'in).

C. The murder of **Meir Weishaus of Blessed Memory** on September 15, 2001 on the Ramot – French Hill Road in Jerusalem.

D. The murder of **Yoela Chen of Blessed Memory** at the fuel station next to Givat Ze'ev on January 15, 2002 and the injury of Rachelle (Rachel) Eini.

E. The execution of a suicide attack, which occurred on January 22, 2002, at which time the suicide terrorist opened fire at civilians on Jaffa Street in Jerusalem. The Defendant was convicted of causing the deaths of two female civilians who were murdered in the said attack (**Ora (Svetlana) Sandler of Blessed Memory and Sarah Hamburger of Blessed Memory**) and the injury of more than 45 other civilians.

F. The murder of police officer **Galia Arbiv of Blessed Memory**, on February 25, 2002 in Jerusalem (a shooting attack in which a number of civilians and other police officers were injured).

G. The execution of a suicide attack, which occurred on March 5, 2002, on which occasion the suicide terrorist opened fire at the occupants of the Sea Food Market restaurant in Tel Aviv. The Defendant was convicted of causing the deaths of three civilians who were murdered in the said attack (**Salim Barakat of Blessed Memory, Yosef Habi of Blessed Memory, Eliyahu Dahan of Blessed Memory**) and the injury of dozens of other civilians.

H. The execution of a large number of shooting attacks in the Ramallah region, on roads near Ramallah and inside Jerusalem. In some of these attacks, Israeli civilians were injured.

[Signature]
**Michal Kotlik, Captain**
**The Supervisor of Prosecutions**
**in the Judea Districts**

Reference: 444-02 Sentence
Attachment: sentence

2

[Stamp] P 11-8: 199

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 11-8: 198-99.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 11-8: 198-99.

Dated: March 6, 2014

_____
Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

*Leonor Troyano*
Notary Public

LEONOR TROYANO
ID # 2365580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/3/2014

| התביעה | הצבאית |
|---|---|
| בנפות | יהודה |
| טל': | 02-5884242 |
| מטכ"לי: | 0208-4242 |
| פקס: | 02-5884455 |
| 30 יולי 2003 |
| א' אב תשס"ג |

מפצ"ר - ט' מצ"ר
יועמ"ש איו"ש - יועמ"ש
הממונה על התביעות באיו"ש - כאן
דובר צה"ל
ת.ת. 444/02

## הנדון: גזר-הדין בעניינו של
## אחמד טאלב מוצטפא ברגותי, ת.ז. 994466860

1. היום, 30.07.03, בבית המשפט הצבאי יהודה ניתן גזר-דין בעניינו של אחמד ברגותי שבנדון.

2. בית המשפט הצבאי יהודה נעתר לבקשת התביעה הצבאית וגזר על הנדון עונש של 13 מאסרי עולם מצטברים.

3. אחמד ברגותי הנ"ל הינו קרוב משפחתו ועוזרו האישי של ראש ה"התנזים" של הפת"ח, מרואן ברגותי, העומד לדין בפני בית המשפט המחוזי בתל-אביב. במסגרת פעילותו התבלנית אחמד ברגותי נהג לדווח למרואן ברגותי על הפיגועים ואתם ביצע.

4. אחמד ברגותי בעצמו היה אחד מהמפעילים הצבאיים הבכירים בארגון "גדודי חללי אלאקצא", הזרוע הצבאית של ה"התנזים" של הפת"ח, ולמעשה שימש כראש הארגון הנ"ל באיזור רמאללה.

5. אחמד ברגותי הורשע, בין היתר, בגרימת מותם של **12 אזרחים ישראליים ופציעתם של עשרות רבות נוספים**.

6. אחמד ברגותי השתתף בתכנון הפיגועים, סיפק כלי הנשק לצורך ביצועם ושלח באופן אישי את מבצעיהם (כולל מחבלים מתאבדים).

7. אחמד ברגותי הורשע בהוצאה לפועל של הפיגועים הבאים:

א. רציחתו של אלעזר עקיבא פשקוס ז"ל ביום 25.01.01 באיזור תעשיה עטרות בצפון ירושלים.

1

ב. רציחתם של **יניב בן שלום ז"ל, שרון בן שלום ז"ל וחזרון יוסף סווירי ז"ל** ביום 25.08.03 בכביש 443 (גבעת-זאב - מודיעין).

ג. רציחתו של **מאיר ויסבוז ז"ל** ביום 15.09.01 בכביש רמות - הגבעה הצרפתית בירושלים.

ד. רציחתה של **יואלה חן ז"ל** בתחנת הדלק ליד גבעת-זאב ביום 15.01.02 ופציעתה של רשל (רחל) עיני.

ה. הוצאה לפועל של פיגוע התאבדות, אשר אירע ביום 22.01.02 - אז פתח המחבל המתאבד באש לעבר אזרחים ברחוב יפו בירושלים. הנאשם הורשע בגרימת מותן של שתי אזרחיות שנרצחו בפיגוע האמור **(אורה (סבטלנה) סנדלר ז"ל ושורה המבורגר ז"ל)** וכן בפציעתם של מעל 45 אזרחים נוספים.

ו. רציחתה של השוטרת **גלית ארביב ז"ל** ביום 25.02.02 בירושלים (פיגוע ירי, אשר בו נפצעו מספר אזרחים ושוטרים נוספים)

ז. הוצאה לפועל של פיגוע התאבדות, אשר אירע ביום 05.03.02 - אז פתח המחבל המתאבד באש לעבר יושבי המסעדה "סי-פוד מרקטי" בתל-אביב. הנאשם הורשע בגרימת מותם של שלושה אזרחים שנרצחו בפיגוע האמור **(שלים ברכאת ז"ל, יוסף חבי ז"ל, אליהו דהן ז"ל)** וכן בפציעתם של עשרות אזרחים נוספים.

ח. הוצאה לפועל של מספר רב של פיגועי ירי באיזור רמאללה, בכבישים הסמוכים ברמאללה ובתוך ירושלים. בחלק מן הפיגועים הנ"ל נפצעו אזרחים ישראליים.

מיכאל קוטאייב סרן
הממונה על התביעה
בגפות יהודה

סימוכין: 444-02 גזד
לוט: גזר-דין

2