# EXHIBIT A.250C



PLAINTIFF'S EXHIBIT 250C

The Military Prosecution
in the Judea Districts
Tel.: 02-9970110
IDF telephone: 0205-5110
Fax: 02-9970635
May 15, 2003
13 Iyar 5763

**Military Advocate General Headquarters – Deputy Military Advocate General**
**Judea and Samaria Legal Advisor Office – Legal Advisor**
**The Supervisor of Prosecutions in Judea and Samaria – here**
**IDF Spokesperson**

Reminder File 444/02

Re: <u>Verdict in the case of</u>
<u>Ahmed Talab Mustafa Barghouti  Identity No.: 994466860</u>

1. Today, March 15, 2003, the Military Court in Beit El held a hearing on the matter of the above mentioned Ahmed Barghouti.

2. After the military prosecution negotiated at length with the Counsel for the Defense for Ahmed Barghouti, the above mentioned Ahmed Barghouti, through the Counsel for the Defense, has now asked to withdraw his plea of not guilty to the indictment, and to plead guilty to the offenses attributed to him.

3. Based on the guilty plea of Ahmed Barghouti, the Military Court in Beit-El has convicted him of all of the offenses that are attributed to him in the indictment.

4. The hearing on the case of the above mentioned Ahmed Barghouti has been deferred for a sentencing plea session on June 26, 2003.

5. The above mentioned Ahmed Barghouti is a relative of the head of the Tanzim of the Fatah, Marwan Barghouti, who is standing trial before the District Court in Tel Aviv. Within his terrorist activity, Ahmed Barghouti habitually reported the attacks that he carried out to Marwan Barghouti.

[Stamp] P 11-8: 200

6. Ahmed Barghouti himself was one of the most senior military operatives in the Al Aqsa Martyrs Brigades organization, the military arm of the Tanzim of the Fatah, and in effect served as the head of this organization in the Ramallah region.

7. Ahmed Barghouti has been convicted, *inter alia*, of causing the deaths of **12 Israeli civilians and the injury of many dozens more.**

8. Ahmed Barghouti participated in the planning of the attacks, supplied the weapons for their execution and personally dispatched their perpetrators (including suicide terrorists).

1

[Stamp] P 11-8: 200 (continued)

9. Ahmed Barghouti was convicted of the execution of the following attacks:

   A. The murder of **Elazar Akiva Pashkos of Blessed Memory** on January 25, 2001 in the Atarot Industrial Zone in northern Jerusalem.

   B. The murder of **Yaniv Ben-Shalom of Blessed Memory, Sharon Ben-Shalom of Blessed Memory and Doron Yosef Savari of Blessed Memory** on August 25, 2003, on Highway 443 (Givat Ze'ev – Modi'in).

   C. The murder of **Meir Weishaus of Blessed Memory** on September 15, 2001 on the Ramot – French Hill Road in Jerusalem.

   D. The murder of **Yoela Chen of Blessed Memory** at the fuel station next to Givat Ze'ev on January 15, 2002 and the injury of Rachelle (Rachel) Eini.

   E. The execution of a suicide attack, which occurred on January 22, 2002, at which time the suicide terrorist opened fire at civilians on Jaffa Street in Jerusalem. The Defendant was convicted of causing the deaths of two female civilians who were murdered in the said attack (**Ora (Svetlana) Sandler of Blessed Memory and Sarah Hamburger of Blessed Memory**) and the injury of more than 45 civilians more.

   F. The murder of police officer **Galia Arbiv of Blessed Memory**, on February 25, 2002 in Jerusalem (a shooting attack in which a number of civilians and other police officers were injured).

   G. The execution of a suicide attack, which occurred on Mach 5, 2002, on which occasion the suicide terrorist opened fire at the occupants of the Sea Food Market restaurant in Tel Aviv. The Defendant was convicted of causing the deaths of three civilians who were murdered in the said attack (**Salim Barakat of Blessed Memory, Yosef Habi of Blessed Memory, Eliyahu Dahan of Blessed Memory**) and the injury of dozens of other civilians.

   H. The execution of a large number of shooting attacks in the Ramallah region, on roads near Ramallah and inside Jerusalem. In some of these attacks, Israeli civilians were injured.

Michal Kotlik, Captain<br>
**The Supervisor of Prosecutions**<br>
**in the Judea Districts**

Reference: 444-02 Verdict

2

[Stamp] P 11-8: 201

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 11-8: 200-201.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 11-8: 200-201.

Dated: March 6, 2014

_____
Rina Ne'eman

ss.: New Jersey

    On the __6__ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
__6__ day of March, 2014

_Leonor Troyano_
Notary Public

LEONOR TROYANO
ID # 2365500
NOTARY PUBLIC OF NEW JERSEY
Commission Expires ... 2014

| התביעה | הצבאית |
|---|---|
| בנפות: | יהודה |
| טל': | 02-9970110 |
| מטכ"לי: | 0205-5110 |
| פקס: | 02-9970635 |
| 15 מאי 2003 |
| י"ג אייר תשס"ג |

מפצ"ר - ס/ פצ"ר
יועמ"ש איו"ש - יועמ"ש
הממונה על התביעות באיו"ש - כאן
דובר צה"ל
ת.ת. 444/02

הנדון: **הכרעת הדין בעניינו של**
**אחמד טאלב מוצטפא ברגותי, ת.ז. 994466860**

1. היום, 15.05.03, בבית המשפט הצבאי בבית-אל התקיים דיון בעניינו של אחמד ברגותי שבנדון.

2. לאחר שהתביעה הצבאית ניהלה משא ומתן ממושך עם סניגוריו של אחמד ברגותי וכתוצאה ממנו, אחמד ברגותי הנ"ל, באמצעות סניגורו, ביקש היום לחזור בו מכפירתו בכתב האישום ולהודות בעבירות המיוחסות לו.

3. על יסוד הודאתו של אחמד ברגותי, בית המשפט הצבאי בבית-אל הרשיע את האחרון בכל העבירות המיוחסות לו בכתב האישום.

4. הדיון בעניינו של אחמד ברגותי הנ"ל נדחה לישיבת טיעונים לעונש ליום 26.06.03.

5. אחמד ברגותי הנ"ל הינו קרוב משפחתו של ראש "התנזים" של הפת"ח, מרואן ברגותי, העומד לדין בפני בית המשפט המחוזי בתל-אביב. במסגרת פעילותו החבלנית אחמד ברגותי נהג לדווח למרואן ברגותי על הפיגועים אותם ביצע.

6. אחמד ברגותי בעצמו היה אחד מהמפעילים הצבאיים הבכירים בארגון "גדודי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפת"ח, ולמעשה שימש כראש הארגון הנ"ל באיזור רמאללה.

7. אחמד ברגותי הורשע, בין היתר, בגרימת מותם של **12 אזרחים ישראליים ופציעתם של עשרות רבות נוספים**.

8. אחמד ברגותי השתתף בתכנון הפיגועים, סיפק כלי הנשק לצורך ביצועם ושלח באופן אישי את מבצעיהם (כולל מחבלים מתאבדים).

1

P 11-8: 200

9. אחמד ברגותי הורשע בהוצאה לפועל של הפיגועים הבאים:

א. רציחתו של **אלעזר עקיבא פשקוס** ז"ל ביום 25.01.01 באיזור תעשיה עטרות בצפון ירושלים.

ב. רציחתם של **יניב בן שלום** ז"ל, **שרון בן שלום** ז"ל ו**דורון יוסף סוויר**י ז"ל ביום 25.08.03 בכביש 443 (גבעת-זאב - מודיעין).

ג. רציחתו של **מאיר וייסבויז** ז"ל ביום 15.09.01 בכביש רמות - הגבעה הצרפתית בירושלים.

ד. רציחתה של **יואלה חן** ז"ל בתחנת הדלק ליד גבעת-זאב ביום 15.01.02 ופציעתה של רשל (רחל) עיני.

ה. הוצאה לפועל של פיגוע התאבדות, אשר אירע ביום 22.01.02 - אז פתח המחבל התאבד באש לעבר אזרחים ברחוב יפו בירושלים. הנאשם הורשע בגרימת מותן של שתי אזרחיות שנרצחו בפיגוע האמור (**אורה (סבטלנה) סנדלר** ז"ל ו**שרה המבורגר** ז"ל) וכן בפציעתם של מעל 45 אזרחים נוספים.

ו. רציחתה של השוטרת **גלית ארביב** ז"ל ביום 25.02.02 בירושלים (פיגוע ירי, אשר בו נפצעו מספר אזרחים ושוטרים נוספים).

ז. הוצאה לפועל של פיגוע התאבדות, אשר אירע ביום 05.03.02 - אז פתח המחבל התאבד באש לעבר יושבי המסעדה "סי-פוד מרקט" בתל-אביב. הנאשם הורשע בגרימת מותם של שלושה אזרחים שנרצחו בפיגוע האמור (**שלים ברקאת** ז"ל, **יוסף הבי** ז"ל, **אליהו דהן** ז"ל) וכן בפציעתם של עשרות אזרחים נוספים.

ח. הוצאה לפועל של מספר רב של פיגועי ירי באיזור רמאללה, בכבישים הסמוכים לרמאללה ובתוך ירושלים. בחלק מן הפיגועים הנ"ל נפצעו אזרחים ישראליים.

מיכאל קושלבסקי  
הממונה בנפות  
סרן התביעה יהודה

סימוכין: 02-444 הכד

2