# EXHIBIT A.264



PLAINTIFF'S
EXHIBIT
264

8    Palestinian Days    Al-Ayyam    Sunday September 5, 2010

He Visited Several Prisoners' Families in Deheisheh

### Qaraqe': Occupation Detained 300 Citizens from West Bank Last Month

Bethlehem – AL-AYYAM: The Minister of Detainees' and Ex-Detainees' Affairs, Issa Qaraqe', and a delegation from the Ministry and the Fatah Movement in Deheisheh Camp in Bethlehem Governorate yesterday visited the homes of several families of prisoners in Deheisheh Camp, as part of a program of visits to the prisoners' families organized by the Ministry during the month of Ramadan.

Qaraqe' met the families of the prisoner Mahmoud Sarahneh, sentenced to 17 life sentences and who has been in detention for nine years; the family of prisoner Imad Assaf, sentenced to eight years and who is injured; and the family of prisoner Hilmi Hamash, sentenced to 12 life sentences and detained since 2003.

Qaraqe' said that during this past August the occupation forces detained 300 citizens from across the West Bank, with a high concentration in the region of Hebron, and have executed 1,196 home raids and searches that are accompanied by arrests and the terrorizing and assaulting of residents.

He said that the campaign of arrests included 12 children under 18 years of age from Hebron, and he explained that the detainees are taken to nearby settlements and are then transferred to investigation centers. They are assaulted and subjected to savage torture.

Qaraqe' provided examples on the practices of Israeli investigators with the detainees, which is what happened with prisoner Ramzi Omar Abu Maria (22 years old) from Beit Ummar in Hebron Governorate, who was arrested from his home during *iftar* and transferred to Assioun Prison. In the process, an occupation soldier sat on him during the entire trip from his home to the prison such that he almost died from asphyxiation. Also, prisoner Hassan Mohamed Abu Kabiir (33 years old) from Dora, whose home was raided with sound bombs and police dogs, was savagely assaulted.

Qaraqe' was accompanied on his tour by the Director of the Freed Prisoners Association, Mohamed Hamideh; the Director of the Prisoner Club, Abdel Fattah Khalil; the Director General of Public Relations in the Ministry of Prisoners Affairs, Hassan Abed Rabbo; and a number of freed prisoners. Qaraqe' presented the prisoners' families with symbolic gifts as a symbolic expression of loyalty to their just cause and the devotion to the freeing of the prisoners without conditions and distinction.

[Stamp] **P 2: 178**

Punctuated by Sarcasm

**Gaza: Storyteller's Return to Ramadan Evenings with Stories Touching on Siege and Division**

Mohamed al-Baba wrote:

The storyteller returned this year with a distinctive costume and another language to appear at the Ramadan evenings, using the living conditions, the siege, and the division as a starting point for his stories that do not lack sarcasm between one story and the other.

At the restaurant and hotel al-Mathaf [the Museum] in Gaza, Ramadan evenings succeed one another every day, and the audience of children and women respond to them.

Citizen Samah Ahmad expressed her satisfaction with the storyteller's return to the Ramadan gatherings in Gaza, noting that the sarcasm that punctuates the stories of old about electricity interruptions, the Gaza darkness, and the state of dispersal and division, lightens the stress felt by citizens and makes them listen more carefully to the details.

She remarked that she listens to the storyteller with all her senses, even though it is the children who interact more with him, emphasizing that in his stories he does not deal with children's tales or the stories of their age, but in fact transcends that by addressing himself to all age groups.

Samah demanded that the storyteller's phenomenon be expanded through the year and not just limit it to the Ramadan evenings, praising the value of the desirable benefit from the storyteller, especially to children, if it is geared in a pedagogical manner to specific issues.

At the restaurants Roots and Crazy Water, and several major restaurants in Gaza, the storyteller donned a special costume that attracts children, and wandered among the audience as he told his stories, stirring up an atmosphere of fun and joy by blending in with them.

The child Enas Mohamed (12 years old) said that she understands the storyteller's stories, and she pays attention to him and works to implement many of his recommendations. She noted that his parody of Palestinian reality attracts her, such as his allusions to the interruptions of electricity and the darkness when he says, "The ogress will come to snatch away Hassan the Good Boy after the electricity is cut off from Gaza."
She demanded that the storyteller be made into a specific persona and be preserved throughout the year for the children to gain their trust, and consequently to learn from him and benefit from his stories.

[Stamp] **P 2: 178** [continued]

Enas added, "She asks about the storyteller before choosing any place to spend the evening with her family or her friends during the month of Ramadan," commending the patriotic songs and the historic stories in their fashioning of a child's personality.

At the al-Mathaf restaurant, the storyteller refused to speak directly to the media in his name, preferring to remain disguised in a red costume, wearing a cap that covers some of his wild hair. Still, he mentioned that he works daily to preserve the stories that he mixes with the present situation, trying to exploit appropriate moments during the narration to expose the siege and the division, and the situation that has come to be in Gaza.

Between the storyteller and reality lie sarcasm, entertainment, and knowledge, in light of the need by the Gaza citizen, child or youngster, for new old means to alleviate his worries and the stress of the siege on him.

### Jerusalem: Fayyad Partakes in *Iftar* at Mar Youssef Hospital, Visits Patients

Jerusalem – AL-AYYAM: The evening before last, Prime Minister Dr. Salam Fayyad took part in a group *iftar* organized by the Friends of the Hospital Association in Sheikh Jarrah in Jerusalem, which was attended by Bishop William Shomali, Abdel Qader al-Husseini, engineer Hisham al-Omari, attorney Mazen Qobti, engineer Hisham al-Bakri, Dr. Raed al-'Ilmi, the French Consul, the Cooperation and Cultural Affairs attaché at the Consulate General of France, and a number of hospital officials and association members.

The President of the Friends of the Hospital Association, Sameh al-Masri, expressed his deep gratitude to the Prime Minister for accepting the invitation to the *iftar*, and for what this gesture means to Jerusalem and the hospital which is considered a grand institution offering its services to all citizens of Jerusalem, the West Bank and the Gaza Strip.

He praised the hospital administrators and all its employees, specifically mentioning engineer Hani Abu Diyab for his great efforts to obtain a permit for erecting a new building for the hospital. He said that over the past few years the Association was able to accomplish a lot for the hospital, including securing modern and advanced equipment, and he pointed out the obstacles placed before him by the occupation authorities.

Fayyad visited some of the hospital wings and the work process in them, in particular the Internal Medicine Department which has been the object of a comprehensive rehabilitation in recent times, and which is slated to be officially inaugurated soon. He visited with the patients and wished them speedy recovery, and presented them with his congratulations for the happy feast of *al-Fitr*. The patients were surprised to see their Prime Minister visiting with them, and they appeared to be touched deeply by this noble humanitarian gesture.

[Stamp] **P 2: 178** [continued]

**North Gaza: Distribution of Flour and Oil to Needy**

Gaza – MA'AN: The Peasant Charitable Association in Palestine said that yesterday it distributed 2,000 bags of flour and quantities of oil to the needy families of North Gaza Governorate, with backing from philanthropists in the Arabian Gulf countries. It said that this comes in an effort by the Association to alleviate the economic burden on those families who experience difficult circumstances and conditions, and that these food packages are part of the Ramadan relief campaign that the Association holds each year for poor families.

The Association President, Dr. Ramadan Tanbourah, said: "This distribution aims at bringing joy to the poor families, particularly under the siege imposed on the Gaza Strip," noting that the unemployment rate in Gaza has reached 80% which has led to a noticeable rise in poverty rates.

He said that the distribution included various areas of the northern Strip, and that the food packages were handed out in Jabaliya al-Nazleh, Jabaliya Camp, the city of Beit Lahya, and the city of Beit Hanoun which is constantly subjected to infiltrations and invasions.

Tanbourah also said that the Peasant Association will continue to work on providing what it can to help the needy, and it will carry on the charity mission it has adopted to bring a smile to the faces of the disadvantaged and to assist the widows and orphans.

He called upon the local and international associations to provide more aid and relief so that the citizen can overcome the difficult circumstances he is experiencing, and he stressed that the Association works independently of any partisanship and its activities target all citizens regardless of their political affiliations.


**Hebron: Price Increase Deprives Poor of Holiday Cheer**

Hebron – WAFA: The joyful holiday of *al-Fitr* is upon us in a few days, and obviously every father and mother try to bring joy to their home, their children's hearts, and those around them, despite the occupation and the dire conditions. We are a people, said poet Mahmoud Darwish, "who love life if we can find a way to it."

It is sad to go to the market to buy some gifts and toys for your children, and return empty-handed for reasons beyond your control, namely the tough economy, the lack of money, and prices beyond imagination.

When you enter the markets of Hebron these days, your feet force you to walk slowly, in short halting steps because of the crowdedness, but this crowdedness remains only in the streets while the stores seem empty except for their owners.

[Stamp] **P 2: 178** [continued]

Citizen Imad Abu Zaynah, of modest income, says, "I have children and I work in construction. The occupation is one of the reasons for the bad economic situation and the meager financial capabilities in people's hands, but the merchants' exploitation of citizens and the monopoly of the markets by certain capitalists in Hebron in particular, will have the huge effect of limiting the holiday cheer to the rich only."

Abu Zaynah adds: "Ramadan has arrived, and since its beginning the prices of food have become unbelievable. Vegetables and meats have gone up to multiples of what they were before Ramadan, and now the prices of clothes, especially children's clothes, have risen as if they were painted with gold; unreal prices that are not within everyone's reach."

Ammar al-Nadher, the employee in Hebron Municipality, hopes that the National Authority will monitor prices and markets and protect the consumer against the exploitation of some merchants who monopolize the markets and do not care for the financial condition of the citizens.

Al-Nadher adds: "I went today to buy some clothes and food for my children, but the prices astonished me. Clothes have doubled, also chicken, beans, parsley, cauliflower and other vegetables have multiplied beyond imagination. As for meats, it's even worse with 75 shekels for a kilo of goat and mutton, which are now for the rich only, and chicken is almost there if it continues to go up."

Merchant Ibrahim al-Hammouri says that the markets are not getting better. The holiday which falls in back-to-school season and the deteriorating conditions for the citizen will make shopping for the holiday limited to only certain classes of society, the rich really. As for the middle class, which mostly consists of employees and workers, their main concern will be to ensure the basic necessities for their children and clothing them appropriately for the holiday and for going back to school.

The Hebron Governorate Police Chief, Colonel Ramadan Awad, said that the police are working round the clock to provide protection for the citizens, and in agreement with the National Economy Ministry, it will not allow merchants to monopolize the markets, and he also called on citizens not to rush into buying clothes and food supplies.

Awad disclosed that a security plan was put in place that is commensurate with the congestion of the city during the holiday, explaining that some streets leading into downtown will be diverted or closed in order to ease the flow of traffic and prevent traffic jams. Police directorates will open their doors round the clock to preserve public safety, and they will not allow anyone to exploit the holiday to raise prices.

[Stamp] **P 2: 178** [continued]

## Mustafa al-Barghouti: Going to Negotiations without Freezing Settlement Activity an Unwise Decision

Ramallah – Al-AYYAM: The Secretary General of the Palestinian National Initiative Movement, Dr. Mustafa al-Barghouti, said yesterday that settlement activities are ongoing during negotiations, and that going to the negotiations is an unwise decision.

He added that Israel has definitely not frozen settlement activity in Jerusalem, and the decision to freeze did not include Jerusalem and its suburbs, and that construction operations are also continuing in the West Bank.

He asserted that settlers in several settlements in the West Bank have begun to bring equipment and cement mixers since last Wednesday, in anticipation or building houses and community centers.

He disclosed an Israeli plan to build 3,000 new houses in settlements over West Bank lands.

He said that some days ago the settlers began construction of a new settlement spot on lands of the farming village of al-Buqaa, east of Hebron Governorate.

He said: Israel's talk about freezing settlement activity is only a deception, and reminded that the Israeli government approved last month the building of 23 classrooms in 8 settlements in the West Bank.

## Sofia: Forum Commemorating International Jerusalem Day ... and Israeli Objection

Ramallah – WAFA: The Middle East Studies Center held a forum the evening before last at the Hilton Hotel in the Bulgarian capital, on the occasion of "International Jerusalem Day."

Attending the forum was Bishop Atallah Hanna, the archbishop of Sebastia for the Greek Orthodox, a crowd from the Arab expatriate communities, and a group of Bulgarian supporters and friends of Palestine, in addition to a number of ambassadors and representatives of Bulgarian official and religious bodies.

The Israeli ambassador to Bulgaria, Noah Gal Gendler, sought to outdo the forum with a statement he issued regarding Bishop Atallah Hanna's visit to Bulgaria, in which he included an objection to the visit on the pretext that the Bishop "supports suicide operations against Israeli citizens."

[Stamp] **P 2: 178** [continued]

The Palestinian ambassador, Dr. Ahmad al-Madhbouh, expressed his gratitude to the Bulgarian friends for sharing with the Palestinians the commemoration of International Jerusalem Day, stressing the Palestinian people's desire for peace.

The head of the Middle East Studies Center, Dr. Mohamed Abu Assi, condemned the statement issued by the Israeli ambassador and the Israeli Embassy's seeking to undermine the Orthodox Church of Jerusalem with attempts to distort the image of the Archbishop of Sebastia.

The Palestinian Bulgarian Friendship Association President, Dr. Kiryak Tsonev, emphasized the depth of the relation between the Palestinian and Bulgarian peoples, and condemned the Israeli ambassador's interference in Bulgarian affairs, describing his statement on Bishop Hanna's visit as a transgression of diplomatic norms and traditions.

In his address, Bishop Hanna exposed the Israeli practices aiming to Judaize the city of Jerusalem by demolishing the citizens' houses and evicting national personalities from the city and places of worship, and he stressed the Palestinian Islamic-Christian brotherhood that prevails in Jerusalem and the other cities.

[Stamp] **P 2: 178** [continued]

------------------------------------------------------------------------------------------------------------

[emblem]          In the name of God, Most Merciful, Most Compassionate          [logo]

**Palestinian National Authority**

Ministry of Public Works and Housing

Tenders Central Department

For the Ministry of Agriculture

**Call for Tender**

1.  The Ministry of Agriculture seeks to obtain engineering services to prepare plans and tender documents for the project described below:

    Project no.: 150:14/09/2010

    Project name:    Construction of Fish Farming Ponds

    Preliminary Meeting Date:  Wednesday September 22, 2010

    Preliminary Meeting Location: General Administration of Fisheries, Ministry of Agriculture / Ramallah

2.  The Ministry of Agriculture invites engineering bureaus that are qualified and registered with the Engineers Syndicate in the field of architecture of buildings or building construction to present in sealed envelopes their tenders for executing the services required in the tender.

3.  Those concerned may obtain additional information from the General Administration of Fisheries at the Ministry of Agriculture.

4.  A copy of tender documents may be obtained from the Tenders Central Department in the Public Works and Housing Ministry building during official business hours as of September 5, 2010, for a non-refundable fee of 50 dollars per bid to be deposited at the Bank of Palestine Limited to the benefit of Finance Ministry-Works Revenues in account number 3001/219000/8 at the bank.

5.  The tenders must be valid for 90 days following the date of opening the envelopes. The tender must be accompanied with insurance (bid bond) of 200 dollars as stated in the tender documents.

[Stamp] **P 2: 178** [continued]

6.   All engineering bureaus are invited to participate at the preliminary meeting at 10:00 a.m. on the date and place shown in the table above.

7.   The deadline for submitting bid offers is 12:00 noon on Wednesday September 29, 2010.

Address: Tenders Central Department

Ministry of Public Works and Housing

Umm al-Sharait – al-Amin Rotary, al-Bireh – West Bank

Telephone: 00972 2 2987 888   Fax: 00972 2 2987 890

**TENDERS CENTRAL DEPARTMENT**

Note: Advertisement fees shall be paid by the tender recipient.

--------------------------------------------------------------------------------------------------------------

[emblem]          In the name of God, Most Merciful, Most Compassionate          [logo]

**Palestinian National Authority**

Ministry of Local Government

Tulkarm Municipality

**Call for Tender Notice**

The Municipality of Tulkarm announces an offer for tender for the supply, installation, and operation of a measurement system (Intermediate Pressure Counters) in accordance with the general terms enclosed with the tender. Those interested in applying for this tender should abide by the following terms:

1.   The applying company should submit a preliminary insurance guarantee of 5% of the tender amount, in the form of a bank guarantee valid for no less than 90 days, or a certified bank check. No personal checks or cash amounts are accepted.

2.   The applying company must be duly registered with the Taxation Departments.

3.   Prices to include all taxes and a Deduction at Source Certificate

[Stamp] **P 2: 178** [continued]

4.  Any supplier wishing to apply for this tender can obtain a copy of the tender as of Saturday September 4, 2010 from Municipality Hall / Contracts and Purchasing Unit for a non-refundable sum of 100 shekels during official business hours.

5.  The Municipality is not bound by the lowest prices.

6.  The deadline for accepting and opening tenders is Sunday, September 19, 2010 at 11:00 a.m.

7.  Fees for newspaper advertisement shall be paid by the winning bidder.

8.  For more information, please contact the Municipality (Electricity Technical Department) during official business hours.

**Iyad Abdel Karim Jallad**

**Tulkarm Municipality Chief**

------------------------------------------------------------------------------------------------------------------------

[four logos]

**Notice of Call for Tender for Construction of Electro Solar Station in Western Bani Zayd**

As part of the development project of the Instructional Environmental Center for alternative energy services that is financed by the Small Grants Program / Global Environmental Facility of the United Nations Development Program (SGP / GEF / UNDP), and which will be implemented by the Palestinian Hydrology Group (PHG), a call for tender is initiated for the supply of electro-solar and wind power materials, and the design and installation of thermal solar equipment.

Tender documents may be purchased as of Sunday, September 5, 2010, and offers must be returned in sealed envelopes by a deadline of no later than 9:00 a.m. on Monday, September 13, 2010. Copies of the tender are purchased for the non-refundable sum of 100 shekels for each [of the two] from the Palestinian Hydrology Group offices located on the second floor above Bravo Supermarket / al-Nahda Building / al-Nahda Street / Ramallah.

A session for opening tenders will be held on Thursday, September 16, 2010, at 10:00 a.m. at the Palestinian Hydrology Group offices in Ramallah. For more information, please contact the Group at telephone / fax numbers 022966315 / 022966319.

[Stamp] **P 2: 178** [continued]

Note: Fees for newspaper advertisement shall be paid by the winning bidder.

-------------------------------------------------------------------------------------------------------------

[four logos]

**Invitation for Bids - Prices / Goods**

**Khan Younis Municipality`**

**Grant No.: TF096990**

**Project name: Supply Spare Parts for Service Vehicle Maintenance**

1.   The Palestine Liberation Organization has obtained for the benefit of the Palestinian National Authority – Municipal Development and Lending Fund – a grant valued at 5,218,068 dollars from the Danish government through the International Bank, as part of the Second Emergency Municipal Services Rehabilitation Program, EMSRPII. In this context, the Khan Younis Municipality has obtained a sub-grant from the Municipal Development and Lending Fund (grant recipient) to execute the project of: Supplying spare parts for the maintenance of service vehicles, and it intends to use a portion of the funds of this sub-grant to make direct legal payments from the Municipal Development and Lending Fund to the supplier's account under contract number (DANE1512010205) for which this call has been issued.

2.   The Khan Younis Municipality invites contractors to come forward and solicit bids for prices for the project of: supplying spare parts for the maintenance of service vehicles.

3.   Solicitations of price bids will be for local procurement and according to procedures approved by the Municipal Development and Lending Fund. Purchasing is according to local procurement procedures, and is open to qualified local suppliers in accordance with the solicitation of price bid documents.

4.   Interested suppliers may obtain the required information from Khan Younis Municipality, ground floor – Finance Department / Procurement Section, telephone: 082053062, fax: 082050599, and they may view and receive the tender documents from the address below from 7:30 to 1:30 p.m., from September 4, 2010, through September 19, 2010.

[Stamp] **P 2: 178** [continued]

5.  Price bids must be submitted to the address below on or before September 19, 2010, at 12:00 p.m. Price bids by electronic means are not accepted. Price bids received later than the set deadline will be rejected. Price bids will be opened in the presence of the contractors or their representatives and whoever wishes at the address: Khan Younis Municipality building – Ground Floor / Finance Department – Procurement Section, at 12:00 p.m. on September 19, 2010.

6.  The project is inclusive of the Value Added Tax, and suppliers must submit their prices inclusive of the Value Added Tax.

7.  The address referred to above is: Palestine, Gaza Strip, Khan Younis, Khan Younis Municipality, ground floor - Finance Department – Procurement Section.

**Khan Younis Municipality**

---------------------------------------------------------------------------------------------------------------------

[emblem]          In the name of God, Most Merciful, Most Compassionate          [emblem]

**Palestinian National Authority**

Ministry of Public Works and Housing

Tenders Central Department

For the Ministry of Agriculture

**Call for Tender**

1.  The Ministry of Agriculture intends to obtain consulting services needed for the preparation of studies required for the project described below:

Project no.: 149:14/09/2010

Project name:    Conduct an evaluation study of early drought system

Preliminary Meeting Date:  Monday, September 20, 2010

Preliminary Meeting Location: General Administration of Soil and Irrigation, Ministry of Agriculture / Ramallah

[Stamp] **P 2: 178** [continued]

2. The Ministry of Agriculture invites engineering bureaus that are qualified and registered with the Engineers Syndicate in the field of Water and Sewer Engineering or Environmental Engineering, and also quasi-governmental organizations, research centers and universities operating in the two sectors of water and environment, to submit in sealed envelopes their tenders for executing the services required in the tender.

3. Those concerned may obtain any additional information from the General Administration of Soil and Irrigation at the Ministry of Agriculture.

4. A copy of tender documents may be obtained from the Tenders Central Department in the Public Works and Housing Ministry building during official business hours as of September 5, 2010, for a non-refundable fee of 50 dollars per bid to be deposited at the Bank of Palestine Limited in the revenues account of the Finance Ministry -Works in account number 3001/219000/8 at the bank.

5. The tenders must be valid for 90 days following the date of opening the envelopes. The tender must be accompanied by insurance (bid bond) of 250 dollars as stated in the tender documents.

6. All participants are invited to participate at the preliminary meeting at 10:00 a.m. on the date and place shown in the table above.

7. The deadline for submitting bid offers is 12:00 noon on Tuesday September 28, 2010.

   Address: Tenders Central Department

   Ministry of Public Works and Housing

   Umm al-Sharait – al-Amin Rotary, al-Bireh – West Bank

   Telephone: 00972 2 2987 888

   Fax: 00972 2 2987 890

                                              **TENDERS CENTRAL DEPARTMENT**

Note: Advertisement fees shall be paid by the tender recipient.

-----------------------------------------------------------------------------------------------------------

[emblem]        In the name of God, Most Merciful, Most Compassionate        [emblem]

                                              [Stamp] **P 2: 178** [continued]

**Palestinian National Authority**

**Ministry of Health**

**Nablus**

**Announcement**

**Tender number 115/2010**

**Purchase and Supply of Order Forms to Central Supplies Warehouses**

Nablus – The Ministry of Health announces its need to call for a tender for purchasing and supplying request forms to the Central Supplies Warehouses of the Ministry of Health in the northern governorates, in accordance with the conditions and specifications detailed in the tender brochure and documents. Duly registered competent companies wishing to participate in this tender should contact the Ministry of Health / Nablus / Supplies Unit opposite the former building of the Governorate during official business hours to obtain the specifications brochure and tender documents for a non-refundable sum of 50 shekels.

The deadline for accepting price bids in sealed envelopes in the tenders box at the Supplies Unit, Health Ministry – Nablus is Tuesday, September 7, 2010, until 11:00 a.m.

Note:

1- A certified bank check or certified bank guarantee at 5% of the total tender amount must be enclosed as participation insurance, and should be valid for a period of 60 days from the date of the final deadline for submitting bids.

2- Prices must be presented in shekels and should be inclusive of all fees and taxes.

3- The Tenders Committee is not bound to accept the lowest prices.

**Ministry of Health**

-------------------------------------------------------------------------------------------------------------

[emblem]        In the name of God, Most Merciful, Most Compassionate        [logo]

**Palestinian National Authority**

[Stamp] **P 2: 178** [continued]

Ministry of Local Government

Tulkarm Municipality

**Call for Tender Notice**

The Municipality of Tulkarm announces a call for tender for the purchase and supply of electricity transformers in accordance with the general terms enclosed with the tender. Those interested in applying for this tender should abide by the following terms:

1.   The applying company should submit a preliminary insurance guarantee of 5% of the tender amount in the form of a bank guarantee that is valid for no less than 90 days, or a certified bank check. No personal checks or cash amounts are accepted.

2.   The applying company must be duly registered with the Taxation Departments.

3.   Prices to include all taxes and a Deduction at Source Certificate

4.   Any supplier wishing to apply for this tender can obtain a copy of the tender as of Saturday September 4, 2010 from Municipality Hall / Contracts and Purchasing Unit for a non-refundable sum of 100 shekels during official business hours.

5.   The Municipality is not bound by the lowest prices.

6.   The deadline for accepting and opening tenders is Sunday, September 19, 2010, at 11:00 a.m.

7.   Fees for newspaper advertisement shall be paid by the winning bidder.

8.   For more information, please contact the Municipality (Electricity Technical Department) during official business hours.

**Iyad Abdel Karim Jallad**

**Tulkarm Municipality Chief**

-------------------------------------------------------------------------------------------------------------

[emblem]        In the name of God, Most Merciful, Most Compassionate        [logo]

**Palestinian National Authority**

[Stamp] **P 2: 178** [continued]

Ministry of Local Government

Tulkarm Municipality

**Call for Tender Notice**

The Municipality of Tulkarm announces a call for tender for the supply of spare operating parts for the wells of Tulkarm Municipality in accordance with the general terms enclosed with the tender. Those interested in applying for this tender should abide by the following terms:

1.   The applying company should submit a preliminary insurance guarantee of 5% of the tender amount in the form of a bank guarantee that is valid for no less than 90 days, or a certified bank check. No personal checks or cash amounts are accepted.

2.   The applying company must be duly registered with the Taxation Departments.

3.   Prices to include all taxes and a Deduction at Source Certificate

4.   Any supplier wishing to apply for this tender can obtain a copy of the tender as of Saturday, September 4, 2010, from Municipality Hall / Contracts and Purchasing Unit for a non-refundable sum of 100 shekels during official business hours.

5.   The Municipality is not bound by the lowest prices.

6.   The deadline for accepting and opening tenders is Sunday, September 19, 2010, at 11:00 a.m.

7.   Fees for newspaper advertisement shall be paid by the winning bidder.

8.   For more information, please contact the Municipality (Water and Sewage Disposal Department) during official business hours.

**Iyad Abdel Karim Jallad**

**Tulkarm Municipality Chief**

[Stamp] **P 2: 178** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 178.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 178.

Dated: February 2*3*, 2014

                                                             _____
                                                             Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6182573
Qualified in Kings County
Commission Expires March 12, 20 15

# قراقع: الاحتلال اعتقل ٢٠٠ مواطن من الضفة خلال الشهر الماضي

## الخليل: ارتفاع الأسعار يحرم الفقراء من بهجة العيد

## القدس: فياض يشارك بافطار في مستشفى ماريوسف ويعود المرضى

## شمال غزة: توزيع كميات من الطحين والزيت على المحتاجين

## صوفيا: ندوة انسانية يوم القدس العالمي ... واعتراف اسرائيلي

## غزة: عودة الحكواتي لأمسيات رمضان بحكايات تطال الحصار والانقسام


















