# EXHIBIT A.266


PLAINTIFF'S EXHIBIT 266

Wednesday, December 19, 2012

**Palestine Issue 194**   Wednesday, December 19, 2014 1:05:54 PM (Jerusalem Time)
[Emblem: The Storm
Palestinian National Liberation Movement
Revolution until Victory]

**Palestinian National Liberation Movement (Fatah)**
**National Relations Commission**

| The Commission | Contribute an Article | Documents | Free Space for Comments | Contact us | Search |
|---|---|---|---|---|---|

Bethlehem and Qabatiya Escort their Martyrs to their Final Resting Place



| Published on June 1, 2012   Number of Visitors: 1611 | Mawtini [My Homeland] Radio 93.6 FM |
|---|---|
| **Bethlehem Escorts its Two Martyrs to their Final Abode**<br><br>Large crowds of people in Bethlehem Governorate escorted on Friday its two martyrs, Ali Ja'ara, from Aida Camp, and Mohamed Zaaoul, from the village of Housan, to their final abodes, amid great sadness and condemnation of the inhumane and unethical actions of the Israeli occupation towards the bodies of the martyrs.<br><br>The funeral procession set off from Manger Square in front of the Umar ibn al-Khattab Mosque, in the center of Bethlehem, after the funeral prayers were offered for their virtuous bodies. They were carried on the shoulders of a few National Security men, and were taken through the streets of Bethlehem to the village of Artas, where the body of the martyr Ja'ara was laid to | Abu Ammar 75 Stars<br>News Guest<br>December 19, 2019  Review [illegible]   1101<br>Incitement and racism in the Israeli media<br><br>- The Independent: Palestinian Judgment of Blair is that he is Useless and Irrelevant |

[Stamp] **P 2: 182**

**Palestine Issue 194**

| | |
|---|---|
| rest in the martyrs' cemetery there.<br><br>Afterward, the procession, which included hundreds of civilian and military vehicles, headed towards the village of Housan, where the martyr Zaoul was buried in the village cemetery.<br><br>In addition to the family members and relatives of the two martyrs, and a great number of people, the funeral procession included Deputy Governor Mohamed Taha Abu Alia, the Minister of Detainees and Ex-Detainees, Issa Qaraqe', senior security officers, Governorate officials and public figures, Deputy Mohammed Khalil al-Lahham, and the mufti of Bethlehem Governorate.<br><br>**Qabatiya Escorts the Mortal Remains of its Martyr Abu Zayd in a National Wedding Ceremony**<br><br>Thousands of people from the town of Qabatiya, south of Jenin, escorted after Friday's prayers today the mortal remains of the martyr Hassan Ahmed Abu Zayd in a solemn and official procession.<br><br>The mourners were preceded by Jenin Governor Talal Dwaikat, who was representing President Mahmoud Abbas, the region's deputy commander, Major Issam Nabhan, the police deputy director, Major Muhannad Sawwan, members of the Legislative and Revolutionary Councils of the Fatah movement, in addition to various officials, authorities, and public and civilian institutions.<br><br>The mourners carried the coffin, wrapped with the Palestinian flag, through the town's streets and alleyways, before heading to the town's cemetery to bury the mortal remains of the martyr that the occupation authorities had kept for nearly eight years in the al-Arqam [Numbers] Graveyard.<br><br>In a speech delivered during the funeral procession, Governor Dwaikat conveyed the greetings of President Mahmoud Abbas, who was proud of the sacrifices of the martyrs and the struggles of the Palestinian people, and of all those who in the past few years took part in the efforts to retrieve their bodies from the occupation state which has deceived the world, and is still deceiving it, by presenting itself as a just and democratic state. | [illegible] and Camps 2045<br><br>Palestine Embassy in Bulgaria holds the annual philanthropic event for diplomats<br><br>- Video of aircraft bombing once more al-Yarmouk and half of the camp's residents are fleeing it<br><br>625<br>Our prisoners are appealing to you for help… Answer their calls.<br>Sami Ibrahim Fawda<br>Readers' Comments<br><br>- The Fatah movement is not imploring (and if it) implores it will fall?! Ahmed Daghlas<br><br>Israeli [illegible] 1738<br>Israeli Affairs<br>The Israeli newspapers are highlighting the unprecedented American criticism of Netanyahu's settlement policy<br><br>- Highlights from the Israeli newspapers<br><br>Popular and Civilian [illegible] 2006<br>Employees Trade Union substitutes the strike with a "resistance" program<br><br>[Emblem] Civil Servants Trade Union [illegible]<br><br>- Launch of the Women's Education Enlightenment Days Conference |

[Stamp] P 2: 183

He stated that the Israeli occupation is carrying out all kinds of oppression, injustices and crimes, in addition to an organized state terrorism policy against an unarmed population that yearns for a peace that is just, permanent and comprehensive. He called on the world to act in order to put a stop to the aggression of the occupation which has displaced, evicted and deported millions of people, which has planted hundreds of bogus graves in the outskirts of Jerusalem, which is still killing, trespassing, detaining, and giving full rein to the terrorism of the settlers, and which reneges on all agreements.

He added that the occupation does not stop at organized state terrorism, but it is still holding the remains of more than 250 martyrs, and this is a state of occupation, despotism, injustice, and oppression.

For his part, in a speech on behalf of the town's officials and inhabitants, Jamal al-Habash praised the role of President Mahmoud Abbas who remains steadfast with nationalist principles and the path blazed by the martyrs, at the forefront of which is the late martyr Abu Ammar, who had been calling for national unity in order for our people to realize its dream and hope, and who told the whole world that we are a people that deserves to live.

In his speech on behalf of the National Committee for the Recovery of the Martyrs' Bodies, Issam al-Arori, the director of the Jerusalem Legal Affairs Center, stated that our message in this national wedding ceremony is for the decision makers and the national action groups to seek national unity, focus on protecting the blood of the martyrs, and enhance national affiliation efforts. He also referred to the great role of President Mahmoud Abbas in recovering the remains of the martyrs.

For his part, the former detainee Sheikh Khidr Adnan, called for following the path blazed by the martyrs, for maintaining nationalist goals and principles, and for giving expression to national unity until our legitimate rights are realized.

Afterward, the family of the martyr Abu Zayd gave a speech praising and thanking Jenin's governor, Dwaikat, and called for unity around the leadership, in appreciation for the

[Stamp] **P 2: 183** [continued]

**Palestine Issue 194**

| | |
|---|---|
| efforts made by President Mahmoud Abbas and all those who enabled them to bury the remains of their martyr and martyr of Palestine.<br><br>The General Secretary of the Palestinian Workers General Trade Union Federation, Riyad Kamil, stressed the need to achieve national unity, to strive to end the split, and to maintain nationalist principles and abide by the wills of the martyrs. He added that these goals will not be achieved unless we unite around our national leadership, embodied by Mahmoud Abbas, who is following the path of the immortal and quintessential martyr Abu Ammar.<br><br>In a related matter, a great number of people from Jenin Governorate took part in a solemn military funeral procession yesterday evening, Thursday, for the remains of the martyrs Omar Mahmoud al-Shafi'i, whose nickname was Abu al-Layl [Father of the Night], who hailed from Jenin City, and who carried out the Savoy operation 37 years ago, and the martyr Samer Samih Massad, from the village of al-Arqa west of Jenin, whose remains were held by the occupation authorities for 6 years. The procession took place after their remains were received at the Governorate's headquarters.<br><br> | Women and Youths [illegible] 1149<br><br>Ramallah: Call to increase focus on handicapped women's rights<br><br>- Study: Lack of political will to change the laws on "honor" crimes |

[Stamp] **P 2: 184**

**Palestine Issue 194**



[Stamp] **P 2: 185**

Palestine Issue 194



All Rights Reserved for the National Relations Commission © 2012

[Stamp] **P 2: 186**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 182-86.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 182-86.

Dated: February 28, 2014

                                                                                       Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

Case 1:04-cv-00397-GBD-RLE   Document 547-182   Filed 06/25/14   Page 10 of 15



Wednesday, December 19, 2012

P 2: 182

http://www.fatehwatan.ps/page-28278-ar.html



Wednesday, December 19, 2012

http://www.fatehwatan.ps/page-28278-ar.html

P 2: 183



Wednesday, December 19, 2012

http://www.fatehwatan.ps/page-28278-ar.html

P 2: 184




P 2: 185

Wednesday, December 19, 2012

http://www.fatehwatan.ps/page-28278-ar.html



Wednesday, December 19, 2012

http://www.fatehwatan.ps/page-28278-ar.html

P 2: 186