# EXHIBIT A.272


PLAINTIFF'S EXHIBIT
272

Wednesday, December 19, 2012

| WAFA<br>Palestinian News<br>& Info Agency | WAFA Images<br>January 6, 2012<br>Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | Eye on Palestine<br><br>WAFA<br><br>From the Archive |
|---|---|---|
| Search | Time of Publication: 3:35:26 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and Heritage<br>- Sports<br>- Politics<br>  Detainees' Affairs<br>  Women's Affairs<br>- Notables<br>  Palestine's Martyrs<br>  Special Pictures<br>- Nature<br>- Palestinian Institutions<br>- Local News<br>- Palestinian Cities Activities<br><br>WAFA Multimedia | *[photograph of funeral procession with two coffins and crowd of mourners]* | |

http://www.wafaimages.ps/photo.aspx?is=12368

[Stamp] **P 2: 202**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,202,946

http://www.wafaimages.ps/photo.aspx?is=12368

[Stamp] **P 2: 203**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 202-03.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 202-03.

Dated: February 28, 2014

                           Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_[signature]_
~~Notary Public~~

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015



Wednesday, December 19, 2012

http://www.wafaimages.ps/photo.aspx?id=21368

P 2: 202



Wednesday, December 19, 2012

http://www.wafaimages.ps/photo.aspx?id=21368

P 2: 203