# EXHIBIT A.276

PLAINTIFF'S
EXHIBIT
276

Wednesday, November 21, 2012



 police Info
police Images
police Multimedia

شرطة الفلسطينية
Palestinian police

| Wednesday, November 21, 2012, at 9:2[truncated] | Home | Inspector General | Specialized Departments | Governorates | News | Opinion | Contact Us |



Top News: Higher Committee for [truncated]

**Police Prisoners**
List of the names of Palestinian Police members being held in Israeli Occupation Forces prisons and detention centers

| Rank | Rank Type | Name |
| --- | --- | --- |
| Colonel | – | Majed Ismail Mohamed al-Masri |
| Captain | – | Mahmoud Yousef Nimr al-Khatib |
| Captain | Security | Ahmed Taleb Moustafa al-Barghouti |
| Captain | – | Arif Mohamed Rajeb Tabanjeh |
| First Lieutenant | Honor | Bannan Abdel Latif Ali Barham |
| First Lieutenant | Honor | Wael Shakir Mahmoud Misheh |
| Second Lieutenant | 3/6 | Salah Ahmad Mohamed Jarmi |
| Second Lieutenant | Honor | Mohamed Abdel Karim Hasan Zawahreh |
| Second Lieutenant | Honor | Jamal Nayef Hussein Kheirallah |
| Second Lieutenant | Honor | Nuaman Abdullah Yousef Allawneh |



**About the Director General of the Police**
Major General Hazim Attalah, Director General of the Police, gave a lecture at a conference of senior executive officers in Garmisch, Germany.

**About the Police**
**Police Martyrs**
**Police Prisoners**
**Lost Property**
**Studies and Statistics**

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 228**

Wednesday, November 21, 2012

| First Lieutenant | Honor | Bassam Shafiq Atieh Akteaa |
|---|---|---|
| First Lieutenant | Honor | Malek Khalil Maham Dufish |
| First Lieutenant | Honor | Atallah Mohamed Atallah Hashash |
| First Lieutenant | Honor | Shahir Aziz Mahmoud Halahleh |
| First Warrant Officer | – | Samir Sabry Hatim Habal |
| First Warrant Officer | – | Ibrahim Abdel Qader Robin Samhan |
| First Warrant Officer | – | Wisam Ali Mohamed Radi |
| First Warrant Officer | – | Samer Qasim Mohamed Awad |
| First Warrant Officer | – | Riyad Suleiman Zahdi Marshoud |
| First Warrant Officer | – | Mohamed Saeed Abd Hamad |
| Warrant Officer | – | Bilal Wajih Mohamed Kayid |
| Warrant Officer | – | Jawad Jamil Khalil Hosheih |
| Warrant Officer | – | Mohamed Taisir Abdel Hafith Zahran |
| Warrant Officer | – | Tariq Khalid Mohamed Tabash |
| Warrant Officer | – | Nidal Mahmoud Amin Daghlus |
| Warrant Officer | – | Abdel Salam Abdel Rahim Abdullah Bani Odeh |
| Warrant Officer | – | Khalid Othman Musa Al-Hamarneh |
| Warrant Officer | – | Hilmi Abdel Karim Mohamed Hamash |
| Warrant Officer | – | Mahmoud Yousef Mohamed Asfour |
| Warrant Officer | – | Basil Ammad Subhi Aref |
| Warrant Officer | – | Haitham Ahmad Samareh Antari |
| Warrant Officer | – | Shadi Ahmad Mohamed Kheir al-Din |
| Warrant Officer | – | Alaa Omar Mohamed al-Namleh |
| Warrant Officer | – | Mohamed Ahmad Mohamed Darwish |
| Warrant Officer | – | Jihad Amin Mohamed Ramaheh |
| Warrant Officer | – | Fadi Issa Musa Jalayita |
| Warrant Officer | – | Murad Mohamed Rida Ahmad Aboul Rabb |
| Warrant Officer | – | Mohamed Mahmoud Salih al-Qadoumi |



Relevant Laws
Medical Services
Community Photos
Media &
Publications
Police Magazine
Sports
Complaints &
Suggestions

Israeli
Violations
Legal Advisor

Photo Library
Ideal Police

[Stamp] P 2: 229

Wednesday, November 21, 2012

| Warrant Officer | – | Shadi Abdel Samia Suleiman Zaid |
| Warrant Officer | – | Majid Khairy Mohamed Hassoun |
| Warrant Officer | – | Ahmad Aid Dib Jawad |
| Warrant Officer | – | Bilal Ghalib Ahmad Bahloul |
| First Sergeant | – | Mahmoud Ismail Mahmoud Abu Zahrah |
| First Sergeant | – | Musa Mohamed Abdel Hamid Aies |
| First Sergeant | – | Mohamed Mustafa Mohamed al-Najar |
| First Sergeant | – | Salih Husni Abdel Rahman al-Shubeki |
| First Sergeant | – | Tariq Ibrahim Hussein Salah |
| First Sergeant | – | Jihad Rizq Mohamed Qasim |
| First Sergeant | – | Jamal Ismail Mustafa Qisieh |
| First Sergeant | – | Mutawakkil Mohamed Mahmoud Radwan |
| First Sergeant | – | Zaki Ali Zaki Radwan |
| First Sergeant | – | Abdel Basit Mohamed Ahmed Sawafteh |
| First Sergeant | – | Basim Abdullah Mustafa Mazhar |
| First Sergeant | – | Raed Mahmoud Jamil al-Sheikh |
| First Sergeant | – | Mohamed Mahmoud Ahmad Hamad |
| First Sergeant | – | Muayyid Ali Mohamed Jarradat |
| First Sergeant | – | Hasan Falih Ahmad Bazour |
| First Sergeant | – | Wael Hamdan Abdel Hadi Ishtiwi |
| First Sergeant | – | Salih Qannah Salih Mansour |
| First Sergeant | – | Rafit Amin Mohamed Turkman |
| First Sergeant | – | Hussein Mustafa Hasan al-Luh |
| First Sergeant | – | Mohamed Nasr Issa Qandil |
| First Sergeant | – | Nidal Hussein Abdel Salam Haddad |



**Pictures & Comments**



http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 230**

Wednesday, November 21, 2012

| First Sergeant | – | Bashar Abdel Halim Ahmad Arshid |
|---|---|---|
| First Sergeant | – | Samer Amin Mohamed Abu Maryam |
| Sergeant | – | Abdel Muhsin Khidr Shukri Abu Shakr |
| Sergeant | – | Salah al-Din Fakri Abdel Muttalib al-Natsheh |
| Sergeant | – | Salah Abdel Qadir Talib Amr |
| Sergeant | – | Nabih Nabil Imran al-Sharbati |
| Sergeant | – | Mahmoud Mohamed Mahmoud Amr |
| Sergeant | – | Jamal Ibrahim Abdel Jawad Omar |
| Sergeant | – | Mohamed Sufyan Yasir Khalil Aqnibi |
| Sergeant | – | Muhsin Mohamed Ali Imran Sharbati |
| Sergeant | – | Imran Abdel Hamid Musa Abu Sabih |
| Sergeant | – | Ibrahim Khalil Mahmoud Atieh |
| Sergeant | – | Bilal Adnan Ismail Zeitoun |
| Sergeant | – | Yousef Salah el-Din Mahmoud Abu Saeed |
| Sergeant | – | Ibrahim Ahmad Ismail Abu Aud |
| Sergeant | – | Hazim Qasim Mohamed Awad |
| Sergeant | – | Basim Nassar Nasr Shaarawi |
| Sergeant | – | Mohamed Jasir Ismail Abu Saris |
| Sergeant | – | Amjad Omar Mustafa Khalil |
| Sergeant | – | Ayad Walid Ahmad Mahlous |
| Sergeant | – | Wael Ali Abdel Rahim Abu Qamar |
| Sergeant | – | Amir Omar Khidr Abdou |
| Sergeant | – | Mahmoud Salih Mahmoud Mahr |
| Sergeant | – | Mohamed Radwan Mohamed Abu Rizq |

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 231**

Wednesday, November 21, 2012

| Sergeant | – | Tariq Hussan Ahmad Athem |
| Sergeant | – | Bahaa Samih Mohamed Sawalmeh |
| Sergeant | – | Ahmad Shakir Mahmoud Shitiwi |
| Sergeant | – | Mohamed Fawz Mohamed Yadak |
| Sergeant | – | Abdel Qadir Ahmad Nafia Aboul Rabb |
| Sergeant | – | Shadi Shahadeh Abdel Hadi Shulaldeh |
| Corporal | – | Musa Ahmad Daoud Aql |
| Corporal | – | Marwan Naji Mohamed Abu Ghoneim |
| Police officer | – | Samid Mahmoud Abdel Qadir Ishtiwi |
| Probationary Police officer | – | Mohamed Wajih Jamil Wahdan |

Number of prisoners and detainees from among the Palestinian police forces is 102.

Last update May 13, 2012 // A.S.

Published on Wednesday, March 31, 2010, at 11:02 p.m. Categorized under "Police Prisoners". You can view any comments via the link RSS 2.0. You may leave a comment.

[reader comments follow]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 232**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 233**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 234**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 235**

Wednesday, November 21, 2012

[reader comments, continued]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 236**

Wednesday, November 21, 2012

[form to enter reader comments, webpage footer]

http://www.palpolice.ps/ar/?p=4830

[Stamp] **P 2: 237**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as P 2 228-37.

2.    I am a professional translator with advanced ACTFL Certification in Arabic.  I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 228-37.

Dated: February 2C, 2014

                                                        _____
                                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

Wednesday, November 21, 2012

## اسرى الشرطة

قائمة بأسماء منتسبي الشرطة الفلسطينية المعتقلين في سجون و معتقلات قوات الاحتلال الاسرائيلي

| الرتبه | نوع الرتبه | الاسم |
|---|---|---|
| عقيد | - | ماجد اسماعيل محمد المصري |
| نقيب | - | محمود يوسف نمر الخطيب |
| نقيب | امني | احمد طلب مصطفى البرغوثي |
| نقيب | - | عارف محمد راتب طنبوزه |
| ملازم اول | شرف | بلال عبد اللطيف علي برهم |
| ملازم اول | شرف | وائل شاكر محمود منشه |
| ملازم | 6/3 | صلاح احمد عبد الكريم حسن زواهره |
| ملازم | شرف | محمد عبد الكريم حسن خير الله |
| ملازم | شرق | جمال نايف حسين خير الله |
| ملازم | شرق | نعمان عبد الله يوسف علاونه |

الشرطة الفلسطينية
Palestinian police

الاربعاء 21 نوفمبر 2012 - الساعة 9:2 اهم الاخبار المجلس الاعلى لصا

الرئيسية | المفتش العام | الادارة العامة | القيادات | النشاطات | اخبار افلام و ام

police Info

police Images

police Multimedia

مدير عام الشرطة في سطور

سعادة مدير عام الشرطة اللواء حازم
عطا الله في مؤتمر كمال الضباط
المعايير مدينة خانيس في الماني

نبض الشرطة

شهداء الشرطة

اسرى الشرطة

جنكات مفتوحه

دراسات و احصائيات



| | | |
|---|---|---|
| ملازم | شرف | بسام شفيق عطيه الكبع |
| ملازم | شرف | مالك خليل محم دوفش |
| ملازم | شرف | عطا الله عطاالله حنشن |
| مساعد أول | | شاهر عزيز محمود خلاطه |
| مساعد أول | ١ | سمير صبري حاتم هبل |
| مساعد أول | ١ | ابراهيم عبد القادر ربمن |
| مساعد أول | ١ | سمحان |
| مساعد أول | ١ | وسام علي محمد راضي |
| مساعد أول | ١ | سامر قاسم محمد عواد |
| مساعد | ١ | رياض سليمان زهدي محمد عبد |
| مساعد | ١ | محمد سعيد عبد حماد |
| مساعد | ١ | بلال وجيه محمد كايد |
| مساعد | ١ | جواد جمعل خليل جوشيه |
| مساعد | ١ | محمد تيسير عبد الحفيظ زهران |
| مساعد | ١ | طارق خالد محمد طمش دلمن |
| مساعد | ١ | نضال محمود امين دلكس |
| مساعد | ١ | عبد السلام عبد الرحيم عبد |
| مساعد | ١ | الله يحي عودة |
| مساعد | ١ | خالد عثمان موسى الحمازره |
| مساعد | ١ | حلمي عبد الكريم محمد محمد |
| مساعد | ١ | قماش |
| مساعد | ١ | محمود يوسف محمد تمهور |
| مساعد | ١ | باسل عماد سمحي عريف |
| مساعد | ١ | هيثم احمد سماره عنتري |
| مساعد | ١ | شادي احمد محمد خير الدين |
| مساعد | ١ | علاء عم محمد المفله |
| مساعد | ١ | محمد احمد محمد درويش |
| مساعد | ١ | جواد امين محمد واحه |
| مساعد | ١ | فادي عيسى موسى خلاطه |
| مساعد | ١ | مراد محمد رضا احمد ابو الرب |
| مساعد | ١ | محمد محمود صالح القدومي |

P 2: 230

| رقيب اول / مساعد | | الاسم |
|---|---|---|
| مساعد | - | شادي عبد السميع سليمان زيد |
| مساعد | - | ماجد خيري محمد حسون |
| مساعد | - | احمد عبد ذيب جواد |
| مساعد | - | بلال غالب احمد بوابك |
| رقيب اول | - | محمود اسماعيل محمود ابو زهرة |
| رقيب اول | - | موسى محمد عبد الحميد عيسى |
| رقيب اول | - | محمد مصطفى محمد الجمل |
| رقيب اول | - | صالح حسني عبد الرحمن الشويكي |
| رقيب اول | - | طارق ابراهيم حسين صلاح |
| رقيب اول | - | جهاد رزق محمد قاسم |
| رقيب اول | - | جمال اسماعيل مصطفى قسيمة |
| رقيب اول | - | منوكل محمد محمود رضوان |
| رقيب اول | - | زكي علي زكي رضوان |
| رقيب اول | - | عبد الباسط محمد احمد موافقة |
| رقيب اول | - | باسم عبد الله مصطفى مرقة |
| رقيب اول | - | رائد محمود جميل الشيخ |
| رقيب اول | - | محمد محمود احمد حماد |
| رقيب اول | - | مؤيد علي محمد حرذات |
| رقيب اول | - | حسن فالح احمد برغر |
| رقيب اول | - | وائل حمدان عبد الهادي الشربتي |
| رقيب اول | - | صالح قنه صالح منصور |
| رقيب اول | - | زاهي امين محمد تركمان |
| رقيب اول | - | حسين مصطفى حسن اللوح |
| رقيب اول | - | محمد نصر عيسى قنديل |
| رقيب اول | - | نضال حسين عبد السلام حداد |



صورة وطنية

P 2: 231

| | | |
|---|---|---|
| بشار عبد الحليم احمد ارشيد | رقيب | اول |
| سامر امين محمد ابو مريم | رقيب | اول |
| عبد المحسن خضر شكري ابو شكر | رقيب | |
| صلاح الدين فكري عبد المطلب النشه | رقيب | - |
| صلاح نبيل عبد القادر طالب عمرو | رقيب | - |
| نبيه نبيل عمران الشرباتي | رقيب | - |
| محمود محمد محمود عمرو | رقيب | - |
| جمال ابراهيم عبد الجواد عمر | رقيب | - |
| محمد سفيان ياسر خليل القيسي | رقيب | - |
| محسن محمد علي عمران | رقيب | - |
| عمران عبد الحميد موسى ابو شرباتي | رقيب | - |
| ابراهيم خليل محمود عطيه صبيح | رقيب | - |
| بلال عدنان السماعيل زلوم | رقيب | - |
| يوسف صلاح الدين محمود ابو سحويل | رقيب | - |
| ابراهيم احمد السماعيل ابو توبني | رقيب | - |
| خازم قاسم محمد عواد | رقيب | - |
| ياسم نصار نصر شحروري | رقيب | - |
| محمد جابر السماعيل ابو سبيس | رقيب | - |
| احمد عمر مصطفى خليل | رقيب | - |
| الاء وليد احمد مهاوش | رقيب | - |
| وائل علي عبد الرحيم ابو قمر | رقيب | - |
| عامر عمر خضر عبدو | رقيب | - |
| محمد رضوان محمود ابو زرقة | رقيب | - |

| | الاختيار |
|---|---|
| رقيب | طارق حسان احمد عطم |
| رقيب | بهاء سميح محمد سواسه |
| رقيب | احمد شاكر محمود شنتوكي |
| رقيب | محمد فوز محمد بلال |
| رقيب | عبد القادر احمد نافع ابو الرب |
| | شلالدي شحادة عبد الهادي |
| عريف | موسى احمد داوو عقل |
| عريف | مروان ياحي محمد ابو عنم |
| شرطى | صابد محمود عبد القادر |
| شرطى تحت الاختبار | محمد وحيد جمعل وهدان |

42 من المعلمات د "اسرى قصيره"

1. مصطلحت / علموو علامات :S047/S
at 2:42 am 21/09/2012
الله بعك اسركم محسا

2. علارس / مواد عثمام دراستده :S047/S
at 8:02 pm 22/08/2012
الله بعك اسركم الله ضرحيا علوم با رب شوب علوم

3. علارس اسكل عساك شمار شريف :S047/S
at 5:51 am 05/08/2012

4. اسرى رئيس :S047/S
at 12:39 am 31/07/2012

5. مركز اصلاح ليمك :S047/S

Wednesday, November 21, 2012

5. الفهم فلا شئ ليدنا
at 8:17 pm 11/07/2012

6. مساعدتم / علاء فرماوي
says: عند الجانب الشرقي وخلف السور هذا الفهم من عمليات لوطنا الطاهر
at 1:40 pm 10/06/2012

7. حاتم راضي
says: تحية إمل إلى البواسل من جيلنا وشباب شعبنا الذي اشعل الشرق الداخل وسط عيش الاسرى على راضي، وسمك الله ان يعك السجع ويرحم الى الفناء
at 7:10 am 08/06/2012

8. اسرف / راضي
says: حكم مسجع سجعات وثبت الشرقي الفهم الامين
at 12:00 am 27/05/2012

9. اسرف / راضي
says: السجع الطل يوص استلمت الميه هم اعلام الاشرق وسر راضي
at 11:55 pm 26/05/2012

10. لوائح راضي
says: القيمه كل السيه الى اسرلة الطاهر اسرك الشرطة الطلستية الهام وانى راكز اخى الاسير ومار راضي
at 6:44 pm 06/05/2012

11. منازر ابل عبد الله الملك
says: سع الاخلاص عن اسير راكز على سجعات ذكر حيالى سجع سجعات في سجعون الفهم وسجع اخلاص عن الله الد راكز ** لاء الالل الد سكف والاد القمد الد سكسمر **
at 7:02 am 04/5/2012

12. أمو محمس
says: الفرع الداخل والسور الشرطة الشرقه واسم الاسرى ** لاء الالل الد سكف والاد القمد الد سكسمر **
at 2:29 pm 17/04/2012

13. رقيب الولء / مصلح الصحراوي
says: الله بكل اسرى الاسود الشرفاء وسلامى للاسر لالح على ملايل
at 3:52 pm 08/02/2012

14. محبون صلاحات
says: اللهم فك اسر اسرلة مبعا—على قلبه خالد يدعو — دعا من المسادس على فكه هذه القلبه للبيعا محدث لائه وجد السجاد الفرع تمهم — دعوا من المسادس على فكه هذه القلبه للبيعا
at 1:05 pm 01/02/2012

15. مازم / سماتح الفسطي
says: لد خير اكبر فيت بلء للله وكل الاسرام الى حسط الشرق—بدون اسماء
at 6:36 pm 29/01/2012

احب البير
الفرع حبد و نسجم الفصل به فيه السكة الله
:

16. محمد جميل للشرطة الفلسطينية 🌐
:says at 1:07 pm 29/01/2012
بسم الله الرحمن الرحيم وكل الشرطة الفلسطينية خلف الشباب وكل قطاع الامن والشرطة المحترمين وساهموا وكل حطل الشباب

17. سلام بارك للشرطة
:says at 8:12 pm 21/12/2011
اللهم فرح قلوبهم وفكك سراحهم بارك الشباب

18. ابو سلام للشرطة
:says at 1:03 am 28/02/2011
كل الشكر لكل الشرطة والى نجدة الى الامن وسراحهم هؤلاء خلف وعندهم قدرة وحسب على معلوماتهم وبكل بطولة وبكل الشكر صادقة السلام عليكم نجدة

19. ابو سلام للشرطة
:says at 12:37 am 27/10/2011
السلام عليكم ورحمة الله وبركاته رجاء نعرفوا عنكم دعاء واجب لا الصداقة دنيا واجب الشرطة وحسب المجتمع فيكم يا ميسر ورشاكم

20. نبيه / نبيل الماوى الصهاوي
:says at 10:35 am 06/09/2011
نبيه الى جميع الماوى خلف الصحاف الايمم في الرجال في دنيا نبيه بها قرحاً

21. نبيل محمد للعدالة للعامل للعامل
:says at 2:24 pm 17/08/2011
الله نجزي جميع جميعا

22. صولت عثمان
:says at 11:23 pm 19/07/2011
الفرح العادل والسبب العمل الشرف

23. أحمد الجوهيسن الاسلامية والقانون
:says at 9:05 pm 07/03/2011
المرء العادل العادل عن المصطلب ... بلاء الميل الى بحلف بلا لا للعبد الا بنكس

24. ريحانة أبريلة
:says at 7:49 pm 28/02/2011
لله الميل لا بستلف ولله الصد لا بنكس

25. عباس عبد الرحمن للشرطة
:says at 2:21 am 30/09/2010
السلام عليكم الشرطة عمل للعدالة انه يتم الاعتراف على جهود الشرطة الفلسطينية دون استناد واحترام بلكل الوطني وهلك صديق لنا في الشرطة وهو اللص المسمى الذي احمد عفان بلكل شريطة لرام الله

26. اندر مسماره
:SBYS
at 6:30 pm 24/09/2010

27. ملام ارقل تعريلک تحسين الوطنيه
:SBYS
at 5:48 pm 31/08/2010

28. اسماء الله الصديقه اهفلردين عن الطلاب طلبتنا حماس فى مصر المستحقه
:SBYS
at 2:32 pm 28/08/2010

29. والده حسيني حسن السكاله
:SBYS
at 6:39 am 12/08/2010

30. مروه محمد سليمان ايد
:SBYS
at 11:47 am 06/08/2010

31. ابو يوسف الكلاوى
:SBYS
at 9:11 am 09/06/2010

32. ملام ارقل ريد تجارته
:SBYS
at 8:11 pm 30/05/2010

33. ملام ارقل وقنيمه تجوفس
:SBYS
at 11:46 pm 17/05/2010

34. حسانت ارگرم اضطلايره
:SBYS
at 5:09 pm 09/05/2010

35. ‫‪:SBYS‬‬ ‫فائز أبو ليلى‬
at 12:19 pm 08/05/2010
الله سلك سمهم الله نصرى عليهم يا شهيد عليهم

36. ‫‪:SBYS‬‬ ‫احمد‬
at 3:13 pm 27/04/2010

37. ‫‪:Mahmoud SBYS‬‬
at 10:01 pm 13/04/2010

38. ‫‪:SBYS‬‬ ‫إيناس ابراهيم ابوعياش‬
at 9:41 am 13/04/2010

39. ‫‪:SBYS‬‬ ‫اشرف المرجيس‬
at 11:10 pm 12/04/2010

40. ‫‪:SBYS‬‬ ‫ابو جهاد‬
at 10:37 pm 08/04/2010

41. ‫‪:SBYS‬‬ ‫راشد الخليل‬
at 8:15 am 08/04/2010

42. ‫‪:SBYS‬‬ ‫مصطفى/ياسر/سمكر‬
at 12:53 am 04/04/2010

P 2: 237

Wednesday, November 21, 2012



الاسم (مطلوب)

البريد الإلكتروني (لن يتم نشره) (مطلوب)

رابط موقعك (غير مطلوب)

إرسال التعليق