# EXHIBIT A.277


PLAINTIFF'S EXHIBIT 277

al-Aqsa Events                                                                                              March 5, 2013

| **Palestinian National Authority** | **State Information Service** |
|---|---|
| **Palestinian National Information Center** ||

News

Latest events of al-Aqsa Intifada

May 2, 2002

**10:00 p.m.**

Medical sources announced this evening in Bethlehem that a citizen was injured by Israeli fire in the town of al-Khidr.

They said: Hamza Ibrahim Sabih, 20, was moderately wounded when occupation forces stationed in the west side of the town opened fire at him when he was walking in front of his house in a rugged populated area near Solomon's Pools.

**9:30 p.m.**

Israeli occupation forces this morning sent written orders to fourteen people who own land lying in the al-Sayafa area of Beit Lahia in the north of the Gaza strip informing them of their determination to seize their land, the area of which is in excess of 300 dunams.

**9:00 p.m.**

Occupation forces in Beit Jala delivered notices today to citizens in the Bir Awnah area, indicating their determination to seize about 500 dunams of their land.

Mr. Khaled al-Azza, chairman of the People's Committee for Defending Land and Opposing Settlement, reported that occupation forces intend to seize these lands in the Bir Awnah area in the direction of the tunnels - Street 60 - with the aim of breaking ground on a settlement road 15 km long, to cut off the roads of Beit Jala in the direction of Helwa tomb and the villages of al-Khas and al-Nu'man and in the direction of the village of Za'tara to the southeast of Bethlehem. This threatens to demolish approximately 20 homes at the hands of the occupation forces.

These forces also delivered similar notices to citizens in the area of al-Rashaida south of

www.idsc.gov.ps/arabic/quds/arabic/news/2002/2002_5/quds_cont_02.html                                    1/6

[Stamp] **P 2: 238** [continued]

al-Aqsa Events                                                                 March 5, 2013

Bethlehem, demanding that they leave the al-Mura'i region within 48 hours.

**8:30 p.m.**

Dr. Muawiya Hasanein, Director General of Reception and Emergency at al-Shifa Hospital in Gaza, reported that the bodies of two martyrs who fell to Israeli occupation forces fire in the besieged Church of the Nativity in the Bethlehem Governorate last week arrived today in the Gaza strip.

Dr. Hasanein said that martyr Hasan Abdullah Nasman, from Jabaliya Refugee Camp in the northern Gaza Strip, arrived at noon today at Dar al-Shifa Hospital and was followed by the arrival of the body of martyr Khaled Abu Sayyam, from Rafah in the southern Gaza Strip.

It is planned that the bodies of the two martyrs will be escorted to their final resting places after Friday noon prayers tomorrow, each near his place of residence.

**8:00 p.m.**

Witnesses in Bethlehem Governorate stated that Israeli occupation forces this afternoon conducted widespread clearing and destruction of citizens' land in the Jadawel region between Aida Refugee Camp and the town of Beit Jala.

Witnesses said bulldozers of the occupation assisted by military forces cleared dozens of dunams of olive trees belonging to citizens Ahmad al-Rumi, Mohsen al-Malihi and Jamal al-Juwarish. Residents of the region said that occupation forces raided al-Rumi's home and searched it before the occupation's bulldozers started to destroy it, which had an area of 100 square meters. They also destroyed a water well in the area.

**5:00 p.m.**

After an occupation that lasted almost a month, occupation forces left behind great destruction and ruin in the Ministry of Culture, displaying the extent of Israeli hatred for all that is Palestinian.

**4:00 p.m.**

Israeli occupation soldiers arrested four youth from the town of Anza in Jenin Governorate after an invasion of the town by occupation mechanized vehicles after midnight yesterday and raiding several homes and vandalizing their contents.

The youth are: Saleh Awwad Obeid, 30, Sidqi Qasim Amour, 27, Rami Suleiman

www.idsc.gov.ps/arabic/quds/arabic/news/2002/2002_5/quds_cont_02.html                    2/6

[Stamp] **P 2: 239**

al-Aqsa Events                                                                 March 5, 2013

Khidr, 20, and Nayel Ahmad Obeid, 20.

**3:30 p.m.**

"If your adversary is the judge, complain to the one who ordered you." With these words, the hajj Jamil Mahmoud Majdoub, from the village of al-Ras south of Tulkarm, who is approaching eighty years of age, began speaking as he watched the Israeli bulldozers uproot his Roman olive trees that are more than 400 years old. He shed tears and pointed with his finger at the tree that the bulldozer uprooted, and addressed those gathered around him, "My grandfather, Lord have mercy on him, planted this tree and under it the sweat poured from his brow. We used to sit here with his friends relaxing, eating watercress and ixiolirion during the tilling season."

He continued his talk: We inherited this land from our ancestors and we planted it with olives, almonds, apricots, wheat and barley and put all of our effort into it and it was our only source of livelihood and it was lost in the blink of an eye. Sharon came and forbade us from it and put a fence around it in order to seize it with the aim of swallowing it up and seizing it. It is not, as he claims, a security fence. He can build this fence next to the "green line" and take possession of it, not at a distance of 5 km as it is with our land. He indicated that this fence alone will cause him to lose 500 dunams of the most fertile land.

**3:00 p.m.**

Today the young man Mohamed Abu Aabed, 20, was martyred by a terrorist occupation sniper bullet in the Church of the Nativity.

Witnesses stated that bullets from a sniper hit citizen Abu Abed, a member of the general intelligence services and among those surrounded in the Church of the Nativity, which led to his martyrdom. Medical sources announced that citizen Ahmed Salah was gravely wounded in the criminal Israeli aggression toward those surrounded in the Church of the Nativity.

**2:30 p.m.**

The General Security Directorate announced at noon today the martyrdom of citizen Sobha Ghanem, 45, from Rafah in the southern Gaza Strip, by bullets of the Israeli occupation forces.

The Directorate said that occupation tanks opened fire with their heavy machine guns on residential areas, citizens' homes, and pedestrians near Salah al-Din Gate and the border with

www.idsc.gov.ps/arabic/quds/arabic/news/2002/2002_5/quds_cont_02.html                    3/6

[Stamp] **P 2: 240**

al-Aqsa Events                                                                 March 5, 2013

Egypt, which injured a number of citizens, among them citizen Ghanem who was martyred as a result of her wounds upon her arrival at the Martyr Mohammed Yousef al-Najjar Hospital in Rafah.

**1:30 p.m.**

A group of Bracha settlers entered north of the town of Huwara and stole 17 sheep and killed two ewes belonging to citizen Abdel Hussein al-Batouni.

The village of Burin south of Nablus has been subjected to repeated aggressions by Israeli settlers and occupation soldiers for about a week.

Witnesses stated that the settlers from Bracha and Yitzhar have changed the life of the citizens into an unbearable hell, where they riot and open fire on citizens' homes.

The witnesses reported that another group of Yitzhar settlers invaded Burin Boys' School and vandalized its contents. The citizens have not been able to enter the school to find out the extent of the damage and loss suffered due to those forces preventing their access to it.

**1:00 p.m.**

Occupation forces today increased their choking siege of Nablus and blocked its connection to the surrounding villages from all four sides.

Those forces pursued the citizens among the olive groves, mountains and valleys in the Zawata region west of Nablus. Israeli tanks fired at them from their machine guns and prevented the citizens from going toward Nablus from the village of Sura west of Nablus.

Occupation forces continue to prevent citizens from going toward Huwara south of Nablus, where they opened fire on everyone who tried to approach the roadblock.

With the invasion of the village Tal south of Nablus, occupation forces cut off the road to citizens of southwestern villages and Nablus from one side, and the central southern governorates from the other side.

Occupation tanks continue to take up positions on the al-Badhan road connecting the city to Jericho Governorate from one side and the northern villages from the other side.

Since the morning hours checkpoints have spread in the areas surrounding the village of Salem, Deir al-Hatab, Beit Furik and Beit Dajan east of Nablus. Citizens are prevented from entering the city or traveling between these villages.

www.idsc.gov.ps/arabic/quds/arabic/news/2002/2002_5/quds_cont_02.html                    4/6

[Stamp] **P 2: 241**

At times, the occupation measures prevent teachers from reaching their schools, which disrupts the learning process.

**11:00 a.m.**

A citizen was injured this morning by gunfire from occupation forces at al-Matahin checkpoint north of Khan Younis.

Witnesses said the occupation forces opened fire on citizens' cars at the checkpoint randomly and for no reason, which lead to the injury of citizen Marwan Ali al-Bardini, 45, with a wound to his shoulder.

**10:00 a.m.**

Occupation forces at dawn this morning imposed a curfew on al-Arroub camp north of Hebron and launched a widespread arrest campaign among the citizens.

The arrest campaign extended to many citizens, after raiding their homes that were ravaged by vandalism and destruction.

At dawn this morning occupation forces also invaded the town of Sa'ir northeast of Hebron and arrested many citizens and set off explosions in some of the citizens' homes.

In addition, a curfew continued today imposed by occupation forces on some parts of Hebron accompanied by intermittent gunfire.

**9:30 a.m.**

Israeli occupation forces this morning invaded the village of Tal southwest of Nablus in the midst of intense artillery shelling and heavy machine gunfire from Apache helicopters. Occupation forces have launched widespread arrest campaigns among many citizens. Among the known arrested are: Darar Ramadan, Osama Jabr Asida, Sa'id Ramadan and Nasim Ramadan.

**9:00 a.m.**

Witnesses in Bethlehem stated that fire broke out early this morning, at dawn, on the top floor of the Church of the Nativity in Bethlehem due to the attack on it by the Israeli occupation. Witnesses indicated that fire broke out near the Latin and Orthodox sect seats in

[Stamp] **P 2: 242**

the church compound. A cloud of smoke rose from the place and covered the sky over the church. In the hours before dawn, Israeli occupation forces started machine gun fire and sound bombs on the Church of the Nativity.

Four citizens suffered burns during this time and the terrorist criminal aggression came from various points.

**8:30 a.m.**

Witnesses in Ramallah stated that at an early hour of dawn this morning, violent explosions took place in the National Security and Protection headquarters within the district.

Witnesses said: A cloud of smoke rose in the sky over the area and flames erupted from the two sites.

**8:00 a.m.**

Witnesses stated that in Bethlehem at an early hour of dawn this morning Israeli occupation forces started machine gun fire on the Church of the Nativity in Bethlehem.

Witnesses stated that at that moment, occupation forces were firing on the church with sound bombs.

Main Page

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 238-43.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 238-43.

Dated: February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

3/5/13 أحداث الأقصى



## الأخبـــار
آخر أحداث انتفاضة الأقصى

## 02/5/2002

### الساعة 22:00

أعلنت مصادر طبية مساء اليوم، في بيت لحم، عن إصابة أحد المواطنين بالنيران الإسرائيلية في بلدة الخضر.

وقالت: إن حمزة إبراهيم صبيح، 20 عاماً، أصيب بجراح متوسطة، حين فتحت قوات الاحتلال المتمركزة في الجهة الغربية من البلدة، النار صوبه وقت أن كان يتجول أمام منزله في منطقة وعر عامر جوار برك بركة سليمان.

### الساعة 21:30

سلمت قوات الاحتلال الإسرائيلي، صباح اليوم، أوامر مكتوبة لأربعة عشر شخصاً يملكون أراضي تقع في منطقة السيفا في بيت لاهيا، بشمال قطاع غزة، تفيد باعتزامها مصادرة أراضيهم، التي تزيد مساحتها عن 300 دونم.

### الساعة 21:00

سلّمت قوات الاحتلال في بيت جالا، اليوم، مواطنين في منطقة بئر عونة إخطاراتٍ باعتزامها مصادرة حوالي 500 دونم من أراضيهم.

وأفاد السيد خالد العزة، رئيس اللجنة الشعبية للدفاع عن الأراضي ومواجهة الاستيطان، بأن قوات الاحتلال تنوي مصادرة هذه الأراضي في منطقة بئر عونة، باتجاه الأنفاق – شارع 60، لغرض شقّ طريقٍ استيطانيةٍ على طول 15كلم، لتخترق طرق بيت جالا باتجاه منطقة قبر حلوة وقرية الخاص والنعمان، وباتجاه قرية زعترة إلى الجنوب الشرقي من بيت لحم، الأمر الذي يهدد حوالي 20 منزلاً بالهدم على أيدي قوات الاحتلال.

كما سلمت هذه القوات إخطاراتٍ مماثلةً لمواطنين في منطقة الرشايدة، إلى الجنوب من

3/5/13 أحداث الأقصى

بيت لحم، وطالبتهم بمغادرة منطقة المراعي خلال 48 ساعة

الساعة 20:30

أفاد الدكتور معاوية حسنين، مدير عام الإستقبال والطوارئ في مستشفى الشفاء في غزة، أن جثاميني شهيدين سقطا بنيران القوات الإسرائيلية في كنيسة المهد المحاصرة في محافظة بيت لحم الأسبوع الماضي وصلا اليوم، إلى قطاع غزة
وقال د. حسنين، أن الشهيد حسن عبد الله نسمان، من سكان مخيم جباليا للاجئين شمال قطاع غزة، وصل ظهر اليوم، إلى مستشفى دار الشفاء، تبعه وصول جثمان الشهيد خالد أبو صيام، من سكان مدينة رفح جنوب قطاع غزة
ومن المقرر أن يشيع جثماني الشهيدين إلى مثواهما الأخير بعد صلاة ظهر غد الجمعة، كل قرب مكان سكناه

الساعة 20:00

ذكر شهود عيان في محافظة بيت لحم، أن قوات الاحتلال الإسرائيلي قامت بعد ظهر اليوم، بعمليات تجريف وتدمير واسعة النطاق لأراضي المواطنين في منطقة الجداول بين مخيم عايدة للاجئين وبلدة بيت جالا
وقال الشهود، جرافات الاحتلال تساندها قوات عسكرية، قامت بتجريف العشرات من دونمات الزيتون التي تعود للمواطنين أحمد الرومي، محسن المالحي وجمال الجواريش
وقال أهالي المنطقة، أن قوات الاحتلال داهمت منزل المواطن الرومي، وقامت بتفتيشه، قبل أن تباشر جرافات الاحتلال بتدميره والبالغ مساحته 100متر مربع، كما دمرت بئر مياه في المنطقة

الساعة 17:00

بعد احتلال دام قرابة الشهر، خلفت قوات الاحتلال دماراً وخراباً كبيرين في وزارة الثقافة، يظهر مدى الحقد الإسرائيلي على كل ما هو فلسطيني .

الساعة 16:00

اعتقل جنود الاحتلال الإسرائيلي أربعة شبان من بلدة عنزة في محافظة جنين، بعد اقتحام آليات احتلالية للبلدة بعد منتصف الليلة الماضية، ومداهمة عدة منازل والعبث بمحتوياتها
والشبان هم: صالح عواد عبيد، 30 عاماً صدقي قاسم عمور، 27 عاماً رامي سليمان

3/5/13

أحداث الأقصى

خضر، 20 عاماً ونائل أحمد عبيد، 20عاماً

الساعة 15:30

"إذا كان غريمك القاضي تشكي لمين أمرك " بهذه الكلمات بدأ الحاج جميل محمود مجدوب من قرية الراس جنوب طولكرم، والذي شارف على الثمانين من عمره حديثه وهو ينظر إلى الجرافات الإسرائيلية وهي تقتلع أشجار زيتونه الرومي الذي يزيد عمره عن 400 عام وهو يذرف الدموع ويشير بإصبعه إلى الشجرة التي اقتلعتها الجرافة، ويخاطب المتواجدين من حوله هذه الشجرة زرعها جدي رحمه الله وتحتها انصب العرق من جبينه هنا جلسنا بصحبته نستريح تناولنا الجرجير والزيتمان وكان وقتها موسم حراثه

وتابع حديثه ورثنا هذه الأرض عن أجدادنا وزرعناها بالزيتون واللوز والمشمش والقمح والشعير وأعطيناها كل جهدنا، وكانت مصدر رزقنا الوحيد وفي رمشة عين ضاعت منا. جاء شارون وحرمنا منها، ويقيم حولها سياجاً لمصادرتها بهدف ابتلاعها ومصادرتها، وليس كما يدعي أنه سياج أمني فبإمكانه إقامة هذا السياج بجانب "الخط الأخضر" وبمحاذاته وليس على بعد 5 كم كما هو الحال في أراضينا

وأشار إلى أن هذا السياج سيفقده لوحده ما يزيد عن 500 دونم وهي من أخصب الأراضي

الساعة 15:00

استشهد اليوم، الشاب محمد أبو عابد، 20 عاماً برصاص قناص احتلالي إرهابي في كنيسة المهد

وذكر شهود عيان، ان قناصاً أصاب المواطن أبو عابد، أحد أفراد الاستخبارات العامة، ومن المحاصرين في كنيسة المهد بالرصاص، مما أدى الى استشهاده.

وأعلنت مصادر طبية، ان المواطن أحمد صلاح، أصيب بجراح بالغة الخطورة في الاعتداء الإسرائيلي الإجرامي بحق المحاصرين داخل كنيسة المهد

الساعة 14:30

أعلنت مديرية الأمن العام ظهر اليوم، عن استشهاد المواطنة صبحه غانم 45عاماً، من سكان مدينة رفح جنوب قطاع غزة برصاص قوات الاحتلال الإسرائيلي

وقالت المديرية أن دبابات الاحتلال فتحت نيران رشاشاتها الثقيلة باتجاه الأحياء السكنية ومنازل المواطنين والمارة قرب بوابة صلاح الدين، والشريط الحدودي المحاذي

3/5/13 أحداث الأقصى

لمصر، مما أدى إلى إصابة عدد من المواطنين من بينهم المواطنة غانم التي استشهدت متأثرة بجراحها لدى وصولها إلى مستشفى "الشهيد محمد يوسف النجار" في مدينة رافح

**الساعة 13:30**

قامت مجموعة من مستوطني "براخا" بدخول شمال بلدة حوارة وسرقت 17 رأس غنم وقتلت شاتين تعودان إلى المواطن عبد حسين الباطوني
وتتعرض قرية بورين جنوب مدينة نابلس منذ نحو أسبوع إلى اعتداءات متكررة من قبل المستوطنين وجنود الاحتلال الإسرائيلي
وذكر شهود عيان أن المستوطنين من "براخا" و"يتسهار" حولوا حياة المواطنين إلى جحيم لا يطاق، حيث يقومون بأعمال عربدة ويطلقون النار باتجاه منازل المواطنين
وأفاد الشهود أن مجموعة أخرى من مستوطني "يتسهار" قامت باقتحام "مدرسة ذكور بورين" وعبثت بمحتوياتها، ولم يتمكن المواطنون من دخول المدرسة للتعرف على حجم الأضرار والخسائر التي أصابتها بسبب منع تلك قوات لهم من الوصول إليها

**الساعة 13:00**

شددت قوات الاحتلال، اليوم، من حصارها الخانق على مدينة نابلس ومنعت تواصلها مع القرى المحيطة بها من الجهات الأربع
وقامت تلك القوات بمطاردة المواطنين بين أشجار الزيتون والجبال والوديان في منطقة زواتا غرب نابلس، وأطلقت الدبابات الإسرائيلية الأعيرة النارية من أسلحتها الرشاشة باتجاههم، ومنعت المواطنين من الحركة باتجاه مدينة نابلس من جهة قرية صرة غرب نابلس
وما زالت قوات الاحتلال تمنع المواطنين من الحركة باتجاه حوارة جنوب نابلس، حيث تطلق النار على كل من يحاول الاقتراب من الحاجز
وباجتياح قرية تل جنوب قرب مدينة نابلس، تكون قوات الاحتلال قد قطعت الطريق على مواطني القرى الجنوبية الغربية ومدينة نابلس من جهة، وعلى المحافظات الوسطى الجنوبية من جهة أخرى
وما تزال دبابات الاحتلال ترابط على طريق الباذان الواصلة بين المدينة ومحافظة أريحا من جهة ومع القرى الشمالية من جهة أخرى
وانتشرت منذ ساعات الصباح الحواجز الطيارة في محيط قرى سالم ودير الحطب وبيت فوريك وبيت دجن شرق نابلس، وتمنع المواطنين من الدخول إلى المدينة والتنقل فيما بين هذه القرى

3/5/13 أحداث الأقصى

وحالت الإجراءات الاحتلالية دون وصول المعلمين إلى مدارسهم، الأمر الذي أدى إلى تشويش العملية التربوية

الساعة 11:00

أصيب صباح اليوم، مواطن برصاص قوات الاحتلال على حاجز المطاحن شمال خانيونس
وقال شهود عيان، إن قوات الاحتلال أطلقت النار على سيارات المواطنين عند الحاجز بشكل عشوائي ودون سبب، مما أدى إلى إصابة المواطن مروان علي البرديني، 47عاماً بجراح في كتفه

الساعة 10:00

فرضت قوات الاحتلال فجر اليوم نظام منع التجول على مخيم العروب شمال الخليل، وشنت حملة اعتقالات واسعة في صفوف المواطنين
وطالت حملة الاعتقال العديد من المواطنين، بعد مداهمة منازلهم التي عاثت بها خراباً ودماراً
كما اقتحمت قوات الاحتلال فجر اليوم بلدة سعير شمال شرق الخليل واعتقلت العديد من المواطنين، وأجرت تفجيرات في بعض منازل المواطنين
الى ذلك استمر منع التجول اليوم الذي تفرضه قوات الاحتلال على بعض احياء مدينة الخليل الذي يصاحبه اطلاق نار متقطع

الساعة 09:30

اجتاحت قوات الاحتلال الإسرائيلي صباح اليوم قرية تل جنوب غرب مدينة نابلس، وسط إطلاق كثيف لاطلاق قذائف المدفعية والرشاشات الثقيلة من طائرات "الاباتشي" وتشن قوات الاحتلال، حملات اعتقال واسعة في صفوف المواطنين شملت العديد منهم. وعرف من المعتقلين: ضرار رمضان، اسامة جبر عصيدة، سعيد رمضان ونسيم رمضان

الساعة 09:00

ذكر شهود عيان في بيت لحم، أن النيران اشتعلت في ساعة مبكرة من فجر اليوم، في الطابق العلوي من كنيسة المهد في بيت لحم جراء الاعتداء الاحتلالي الإسرائيلي عليها
وأشار الشهود، إلى أن النيران اشتعلت جوار مقري طائفتي اللاتين والأرثوذكس في

3/5/13 أحداث الأقصى

مجمع الكنيسة، وان سحباً من الدخان تصاعدت من المكان وغطت سماء الكنيسة

وكانت قوات الاحتلال الإسرائيلي قامت في وقت سابق من ساعات الفجر، بعمليات رماية بالرشاشات وبالقنابل الصوتية على الكنيسة المهد

حيث أصيب أربعة مواطنين بحروق خلال ذلك، وان الاعتداء الإجرامي الإرهابي كان من مختلف المحاور

الساعة 08:30

ذكر شهود عيان في رام الله، في ساعة مبكرة من فجر اليوم، أن انفجارات عنيفة وقعت في مقر الأمن الوطني والحماية داخل المقاطعة.

وقال الشهود : إن سحباً من الدخان تصاعدت في سماء المنطقة، وان السنة اللهب تعالت من الموقعين

الساعة 08:00

ذكر شهود في بيت لحم، أن قوات الاحتلال الإسرائيلي قامت في ساعة مبكرة من فجر اليوم، بعمليات رماية بالرشاشات على كنيسة المهد في بيت لحم

وذكر الشهود ، أن قوات الاحتلال تقوم في ذات الوقت، بعمليات رماية على الكنيسة بالقنابل الصوتية

الصفحة الرئيسية

P 2: 243