# EXHIBIT A.278

PLAINTIFF'S EXHIBIT 278

