# EXHIBIT A.279



