# EXHIBIT A.280



PLAINTIFF'S EXHIBIT 280

