# EXHIBIT A.281

Case 1:04-cv-00397-GBD-RLE    Document 547-195    Filed 06/25/14    Page 2 of 2




PLAINTIFF'S EXHIBIT 281

P 2: 247