# EXHIBIT A.282

PLAINTIFF'S EXHIBIT 282



P 2: 248