# EXHIBIT A.283

PLAINTIFF'S EXHIBIT 283

