# EXHIBIT A.284

PLAINTIFF'S EXHIBIT 284

