# EXHIBIT A.285


PLAINTIFF'S
EXHIBIT
285

Sunday, March 3, 2013

Search

PNN Palestine News Network

Homepage | Quick Tour | Local news | Politics | Prisoners | Sports | Economics | Miscellaneous | Ideas | Culture and Arts | Non-violent Resistance | Broadcast Reports | Israel Said

## Bethlehem Police Chief Visits Al-Deheisheh Camp and Prisoner Hilmi Hamash's House



Details – published Sunday, September 30, 2012 // 8:33 a.m.

Bethlehem / PNN – The Chief of Police of Bethlehem Governorate, Lieutenant Colonel Attorney Alaa' al-Shalabi, today visited the institutions of al-Deheisheh Camp and the house of the prisoner Second Lieutenant Hilmi Hamash.

A statement by the police Public Relations and Information Department reported that today, Lieutenant Colonel Attorney Alaa' al-Shalabi visited the institutions of al-Deheisheh Camp. He began with the Phoenix Center, accompanied by the Deputy Chief of Police of the governorate, Lieutenant Colonel Attorney Hussam Awwad; the Director of Public Relations and Information Major Aahed Hassayen; and the Director of Bethlehem City Center, Major Zayed al-Shaaer. They were received by Representative Mohamed al-Lahham Abu Khalil; the Deputy Governor of Bethlehem Governorate Mohammad Taha; the Fatah Movement Secretary in the camp Mohammad al-Jaafari; the Deputy Commander of Bethlehem Region Lieutenant Colonel Nadher Omar; Sami Shaheen; Jaddou' Zawahrah; and a gathering of camp cadres.

http://www.pnn.ps/index.php/local/28576

[Stamp] **P 2: 251**

Sunday, March 3, 2013

Representative al-Lahham welcomed the visit of Lieutenant Colonel al-Shalabi and the accompanying delegation, and qualified it as a noble gesture that serves to bolster the excellent relations between the Deheisheh Camp and the security institution in the governorate. He presented a description of the Phoenix Center and the nature of services it offers to the governorate, and reviewed the camp's various institutions which have become a model for other camps.

For his part, Lieutenant Colonel al-Shalabi stated that this visit comes within the directives of the leadership and the policy of the Governorate Police Command for the need to communicate with all public and civil institutions, and to promote real partnerships with the police with the objective of communication and cooperation as this is in the public interest that reinforces security and safety for everyone.

Representative al-Lahham and a number of the camp cadres escorted Lieutenant Colonel al-Shalabi and the accompanying delegation on his tour inside the camp, which included a visit to the relief agency office in the camp during which they met the Camp Director, Mr. Mustafa al-Soubani. They also visited the Ibdaa Institution, the medical center, and the offices of the local committee for the rehabilitation of the disabled.

The visit was concluded at the house of the prisoner Lieutenant Hilmi Hamash, a member of the Palestinian Police, where they were received by the prisoner's family. Lieutenant Colonel al-Shalabi conveyed the greetings of the Police Command to them and assured them that the Police are keen to communicate with all its sons and their families.

For their part, the family of prisoner Hamash considered the visit by Lieutenant Colonel al-Shalabi, his Deputy, and the accompanying delegation to be important and meaningful, and that it reflects the genuineness of Palestinian Police and its Command.

http://www.pnn.ps/index.php/local/28576

[Stamp] **P 2: 252**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

## DECLARATION OF CLARK HAYES

        Clark Hayes hereby certifies as follows:

1.      The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 251-52.

2.      I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 251-52.

Dated: February 28, 2014

                                                        _____
                                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28th day of February, 2014


Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

P 2: 251

Sunday, March 03, 2013



PNN
شبكة فلسطين الإخبارية
Palestine News Network

الرئيسية | 2013 | 03 | 03 | English | Deutsch | Français | Español

الاعتصام: بلدنا غزة

مخطفات | سياسة | الأسرى | رياضة | الاقتصاد | موضوعات | أفكار | ثقافة وفنون | مقاومة لا عنفية | مصادر إذاعية | جدار الفصل | قائمة إسرائيل

مدير شرطة بيت لحم دور معتصم الدهشية جامع الأسرى حامي فهماوي

08:33 | 2012-09-30

بيت لحم PNN– زار المعتصم حقوقي بيت لحم مؤسسات مدير شرطة محافظة بيت لحم اليوم مؤسسات معتصم الدهشية ومنزل الأسير العلاوي حلقمس فهماوي.

وكزر بيان إدارة العلاقات العامة والإعلام بالشرطةفإن المعتصم حقوقي علاء الشلبي مدير شرطة محافظة بيت لحم مؤسسات معتصم الدهشية بناءها بمركز الصحفي رافعه بالزيارة معتصم الدهشية حسام جواد نائب مدير شرطة المحافظة والرائد عاهد حسان مدير مدينة

المعاونة والإعلام والرائد زاد الشاتبي بيت لحم وكان في استقبالهم محمد الخاطر

http://www.pnn.ps/index.php/local/28576

رحب النائب النجاح بزيارة المعتمد الشلبي والوفد المرافق واعتبرها لفتة كريمة تصب في تعزيز العلاقة المميزة ما بين محمم البهنشة والمؤسسة الأمنية بالمحافظة وقدم شرحا عن مركز الفسق وطبيعة الخدمات التي يقدمها للمحافظة واستعدادهم بمؤسسات المحمم المختلفة والتي أصبحت نموذجا لمحمات أخرى.

من جهته أكد المعتمد الشلبي بأن هذه الزيارة تندرج ضمن تعليمات القيادة وسياسة الشرطة الجديدة مع الشركات الحكومية والأهلية وتعزيز التواصل مع كافة المؤسسات الحكومية والأهلية في ذلك من مصلحة عامة تصب في تعزيز الأمن والأمان للجميع.

وراقى النائب النجاح وعدد من كوادر المحمم المعتمد الشلبي والوفد المرافق في جولة داخل المحمم شملت زيارة مكتب وكالة الغوث للمحمم وتطور الشفوا خلالها مدير المحمم السيد مصطفى الشوباني وزارة مؤسسة إنتاج المركز.

القطب وهم اللجنة المحلية لأهالي المخالفين.

وأختتمت الزيارة لمنزل الأسير الغائب جلعت همامش اين الشركة الفلسطينية وكان في استقبالهم ذوق الأسير.

نقل المعتمد الشلبي تحيات قيادة الشركة لهم وأكد بأن الشركة حريصة على التواصل مع كافة أبنائها وتعزيز هذه وهذه تمت عن أمانة.

من جهتهم ثمنوا ذوق الأسير همامش اعتبروا زيارة المعتمد الشلبي والهم والوفد المرافق هادفة وهادفة تمت عن أمانة الشركة الفلسطينية وقيادتها.

