# EXHIBIT A.286



Wednesday, December 19, 2012

| Search | Archive | | Heb | Eng | Homepage | About WAFA | Contact Us | | E-mail |



Send a text to WAFA at 6575

**Bethlehem Escorts its Two Martyrs to their Final Resting Places**

- + Adjust font size

Bethlehem, June 1, 2012 Wafa – On Friday, large crowds of people in Bethlehem Governorate escorted their two martyrs, Ali Ja'ara from Aida camp, and Mohamed Zaoul from the village of Housan, to their final resting places, grieving and denouncing the inhumane and unethical actions of the Israeli occupation towards the bodies of the martyrs.

The funeral procession set off from Manger Square in front of the Umar ibn al-Khattab Mosque, in the center of Bethlehem, after the funeral prayers were offered for their virtuous bodies. They were carried on the shoulders of a few National Security men, and were taken through the streets of Bethlehem to the village of Artas, where the body of the martyr Ja'ara was laid to rest in the martyrs' cemetery there.

Afterward, the procession, which included hundreds of civilian and military vehicles, headed towards the village of Housan, where the martyr Zaoul was buried in the village cemetery.

In addition to the family members and relatives of the two martyrs and a great number of people, the funeral procession included Deputy Governor Mohamed Taha Abu Alia, the Minister of Detainees and Ex-Detainees, Issa Qaraqe', senior security officers, Governorate officials and public figures, Deputy Khalil al-Lahham, and the mufti of Bethlehem Governorate.

Latest News          More

1:48 p.m. - December 19, 2012 – Moscow: Israeli settlement policy threatens to torpedo the potential creation of a Palestinian state.

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 253**

Wednesday, December 19, 2012



[Photo caption] Funeral rituals for the bodies of Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa)

1:41 p.m. – December 19, 2012 – The occupation forces arrest three youth in Salfit City

1:39 p.m. – December 19, 2012 – "Miftah" [key] discusses the newspapers' coverage of the local elections

1:39 p.m. – December 19, 2012 – The occupation court releases Shirin al-Issawi on parole

1:33 p.m. – December 19, 2012 – Death of the former occupation army Chief of Staff Shahak

1:28 p.m. – December 19, 2012 – Abu Bakr informs the Red Cross of Israeli violations against the Governorate

1:20 p.m. – December 19, 2012 – The Ministry of Finance concludes an agreement to develop the industrial zone in Bethlehem City

1:18 p.m. – December 19, 2012 – The Palestinian embassy holds the annual philanthropic event for diplomats in Bulgaria

1:10 p.m. – December 19, 2012 – The President receives a congratulatory telegram for State membership from his Armenian counterpart

12:51 p.m. – December 19, 2012 – Fayyad: In response to the targeting of our citizens' livelihood, I call for boycotting Israeli products

12:38 p.m. – December 19, 2012 – Fatah's Central Command: Full support for our people in Syria against the conspiracies

12:38 p.m. – December 12, 2012 – The Agha meets with South Africa's ambassador and informs him of the situation in the Gaza Strip

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 254**

Wednesday, December 19, 2012

12:32 p.m. – December 19, 2012 – Jerusalem: Hunger strike carried out by three youth in solidarity with al-Issawi

12:30 p.m. – December 19, 2012 – The President receives a phone call from Fouad Siniora

11:52 a.m. – December 19, 2012 – Total strike at public institutions because of salary delay

11:39 a.m. – December 19, 2012 – The Minister of Agriculture and Toubas Governor discuss ways to promote the agricultural sector

11:36 a.m. – December 19, 2012 – Opening of the Korean Cinema Week in Hebron

11:27 a.m. – December 19, 2012 – Ministry of Finance: Disbursement of the welfare installment on Saturday and Sunday

11:04 a.m. – December 19, 2012 – Jerusalemite Bilal Abu Hussein enters his 25th year in prison

10:54 a.m. – December 19, 2012 – Conclusion of the eleventh conference of the heads of the Arab countries' legislative departments

President

Prime Minister

The Legislative Council

Liberation Organization

The Judiciary

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 255**

Wednesday, December 19, 2012

Sections:
President | Prime Minister | Legislative | Judiciary | Liberation Organization | Editorial | Economy | Sports | Culture | Local News | Arab and International News | Solidarity | Israeli Affairs | Reports | Political Analysis | Women's Affairs | Prisoners | Miscellaneous | Communities | Studies and Research | Legal Analysis | Politics | Palestinian Stock Exchange

All Rights Reserved to Wafa.ps

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 256**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 253-56.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 253-56.

Dated: February __, 2014

                                                                  Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



Wednesday, December 19, 2012

مراسم تشييع رفات الشهيدين علي جعارة ومحمد زغول (عبد احمد مزهر/وفا)

| | 13:41 19-12-2012 | قوات الاحتلال تعتقل ثلاثة شبان من مدينة نابلس |
| | 13:39 19-12-2012 | 'معتاج' تناقش تغطية الصحف للانتخابات المحلية |
| | 13:39 19-12-2012 | محكمة الاحتلال تفرج عن شيرين العيساوي بشرط |
| | 13:33 19-12-2012 | وفاة رئيس اركان الجيش ساتان الاحتلال الساطق حسني |
| | 13:28 19-12-2012 | ابو بكر يطلع النائب الاحمر على الانتهاكات الاسرائيلية ضد الصحافة |
| | 13:20 19-12-2012 | المالية توقع اتفاقية تفاهم لتطوير المنطقة الصناعية في مدينة بيت لحم |
| | 13:18 19-12-2012 | سفارة فلسطين تقيم الحفل الخيري السنوي للدبلوماسيين في لبنان |
| | 13:10 19-12-2012 | الرئيس يتلقى برقية تهنئة بعضوية الدولة من نظيره الارميني |
| | 12:51 19-12-2012 | فياض: رد لجنة عيسى على مطالبين اسرى الاحتلال |
| | 12:38 19-12-2012 | عسكرية اليخ: كل الدعم لحماية شعبنا في سوريا ضد المؤامرات |
| | 12:38 19-12-2012 | الارضا تشكي سعير حرب ومطامعه على اوضاع قطاع غزة |

P 2: 254

http://www.wafa.ps/arabic/index.php?action=detail&id=132303

P 2: 255

Wednesday, December 19, 2012

| | | |
|---|---|---|
| 12:32 19-12-2012 | القدس: إضراب ثلاثة شبان عن الطعام تضامنا مع العيساوي | |
| 12:30 19-12-2012 | الرئيس يتلقى اتصالا هاتفيا من فؤاد السنيورة | |
| 11:52 19-12-2012 | إضراب شامل في المؤسسات الحكومية بسبب تأخر الرواتب | |
| 11:39 19-12-2012 | وزير الزراعة وصحفاظة طوباس يبحثان سبل النهوض بالقطاع الزراعي | |
| 11:36 19-12-2012 | افتتاح السوق العام الكوري في الخليل | |
| 11:27 19-12-2012 | المالية: صرف دفعة احتياطية للمتقاعدين والجرحى | |
| 11:04 19-12-2012 | المعتصمون بلال أبو حسين يدخل عامه ال 25 في الأسر | |
| 10:54 19-12-2012 | اختطام أعمال المؤتمر الحادي عشر لرؤساء إدارات التشريع في الدول العربية | |

| رئاسة | رئاسة الوزراء | المجلس التشريعي | منظمة التحرير | القضاء |

http://www.wafa.ps/arabic/index.php?action=detail&id=132303

P 2: 256

