# EXHIBIT A.287


PLAINTIFF'S EXHIBIT 287

Wednesday, December 19, 2012

| Search | Archive | | Heb | Eng | Homepage | About WAFA | Contact Us | | E-mail |


Palestinian News & Info Agency

Send a text to WAFA at 6575

**Bethlehem Receives its Martyrs with Intense Sadness and Emotion**

-+ Adjust font size

Bethlehem May 31, 2012 WAFA - On Thursday evening, with intense sadness and emotion, the Governorate of Bethlehem received the bodies of its two martyrs Ali Ja'ara from Aida Refugee Camp in northern Bethlehem and Mohamed Zaoul from the village of Housan in the west of the governorate.

At the head of the representatives from the Governorate of Bethlehem receiving the bodies of the martyrs were Deputy Governor Mohamed Taha Abu Alia, the National and Islamic Forces, local figures and institutions, the National Gathering of Families of Martyrs of Palestine, the National Campaign to Return the Bodies of Martyrs and citizens from around the Governorate, at the square of Beit Jala Government Hospital.

The families of martyrs Ja'ara and Zaoul and a number of Bethlehem Governorate citizens bade farewell to the martyrs and read al-Fatihah sura on their pure souls. The martyrs will be transferred from the hospital to Umar Ibn al-Khattab Mosque in Manger Square tomorrow, Friday, at 11 in the morning to perform Friday prayers and funeral prayers over them. From there, the funeral procession of martyr Ja'ara will proceed toward Martyrs' Cemetery in Artas for his burial, while martyr Zaoul will be buried in Housan Cemetery. The Governorate of Bethlehem indicated that condolences for martyr Ja'ara will be received at the youth center in Aida Camp, and condolences for martyr Zaoul in the Housan stadium starting Friday evening.

Latest News          More

1:48 p.m. – December 19, 2012 – Moscow: Israeli settlement policy threatens to destroy horizons of establishing a Palestinian state

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

[Stamp] **P 2: 257**

Wednesday, December 19, 2012

1:41 p.m. – December 19, 2012 – Occupation forces arrest three youth from Salfit City

1:39 p.m. – December 19, 2012 – "Miftah" [key] discusses the newspapers' coverage of the local elections

1:39 p.m. – December 19, 2012 – Occupation court releases Shirin al-Issawi with conditions

1:33 p.m. – December 19, 2012 – Death of former occupation army Chief of Staff Shahak

1:28 p.m. – December 19, 2012 – Abu Bakr apprises the Red Cross of the Israeli violations against the governorate

1:20 p.m. – December 19, 2012 – Finance signs agreement to develop industrial zone in Bethlehem

1:18 p.m. – December 19, 2012 – Palestinian embassy holds annual charity ball for diplomats in Bulgaria

1:10 p.m. – December 19, 2012 – President receives greeting telegram on state membership from his Armenian counterpart

12:51 p.m. – December 19, 2012 – Fayyad: In reply to tossing morsel of bread to the citizens, demands boycott of Israeli products

12:38 p.m. – December 19, 2012 – Fatah center: All support to protect our people in Syria is against conspiracies

12:38 p.m. – December 19, 2012 – al-Agha receives ambassador of South Africa and apprises him of Gaza strip situation

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

[Stamp] **P 2: 258**

Wednesday, December 19, 2012

12:32 p.m. – December 19, 2012 – Jerusalem: Three youth on hunger strike in solidarity with al-Eisawi

12:30 p.m. – December 19, 2012 – President receives telephone call from Fouad Siniora

11:52 a.m. – December 19, 2012 – Total strike at public institutions because of salary delay

11:39 a.m. – December 19, 2012 – Minister of Agriculture and Governor of Tubas discuss means of advancement in agriculture sector

11:36 a.m. – December 19, 2012 – Opening of the Korean Cinema Week in Hebron

11:27 a.m. – December 19, 2012 – Finance: Social affairs payment disbursed on Saturday and Sunday

11:04 a.m. – December 19, 2012 – Jerusalem resident Bilal Abu Hussein enters 25th year in prison

10:54 a.m. – December 19, 2012 – Conclusion of the eleventh conference of legislative administration leaders in the Arab world

President

Prime Minister

The Legislative Council

Liberation Organization

The Judiciary

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

[Stamp] **P 2: 259**

Wednesday, December 19, 2012

Sections
President | Prime Minister | Legislative | Judiciary | Liberation Organization | Editorial | Economy | Sports | Culture | Local News | Arab and International News | Solidarity | Israeli Affairs | Reports | Political Analysis | Women's Affairs | Prisoners | Miscellaneous | Communities | Studies and Research | Legal Analysis | Politics | Palestinian Stock Exchange

All Rights Reserved to Wafa.ps

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

[Stamp] **P 2: 260**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                 Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                 Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 257-60.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 257-60.

Dated: February 28, 2014

                                                                     Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

Wednesday, December 19, 2012



P 2: 257

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

P 2: 258

إسرائيل

| | |
|---|---|
| قوات الاحتلال تعتقل ثلاثة شبان من مدينة سلفيت | 13:41 19-12-2012 |
| فصائل تناقش تغطية الصحف للانتخابات المحلية | 13:39 19-12-2012 |
| محكمة الاحتلال تفرج عن شبرين العباساوي بشروط | 13:39 19-12-2012 |
| وفاء رئيس أركان جيش الاحتلال السابق شاحاك | 13:33 19-12-2012 |
| أبو بكر يطلع الصليب الأحمر على الانتهاكات الإسرائيلية ضد الصحافة | 13:28 19-12-2012 |
| المالية توقع اتفاقية لتطوير الصناعة في مدينة بيت لحم | 13:20 19-12-2012 |
| سفارة فلسطين تقدم الطفل الجريح السوري للدبلوماسيين في لبنان | 13:18 19-12-2012 |
| الرئيس يتلقى برقية تهنئة بعضوية الدولة من نظيره الأرمني | 13:10 19-12-2012 |
| فياض: رد على استهواءات لجنة عيسر وفاطمية المواطنين أبو الإسرائيلية | 12:51 19-12-2012 |
| مركزية فتح: كل الدعم لحملة شعبنا في سوريا ضد المؤامرات | 12:38 19-12-2012 |
| افرنعا بتخفض سعر الأنتا وتصالبه على أوضاع قطاع غزة | 12:38 19-12-2012 |

Wednesday, December 19, 2012

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

P 2: 259

Wednesday, December 19, 2012

| | 12:32 19-12-2012 | الخليل: إضراب ثلاثة شبان عن الطعام تضامنا مع المسؤولي |
| | 12:30 19-12-2012 | الرئيس ملتقى الصالة هاتفيا من فؤاد السنيورة |
| | 11:52 19-12-2012 | إضراب شامل في المؤسسات الحكومية بسبب تأخر الرواتب |
| | 11:39 19-12-2012 | وزير الزراعة ومحافظ طولكرم يبحثان سبل النهوض بالقطاع الزراعي |
| | 11:36 19-12-2012 | افتتاح أسبوع العلوم الكبرى بالخليل |
| | 11:27 19-12-2012 | المالكية: صرف دفعة الشؤون الاجتماعية السبت والأحد |
| | 11:04 19-12-2012 | المهندس بلال أبو حسين بدل علامه 25k في الأسير |
| | 10:54 19-12-2012 | اختتام أعمال المؤتمر الحادي عشر لرؤساء إدارات التشريع في الدول العربية |

رئاسة
رئاسة الوزراء
المجلس التشريعي
منظمة التحرير
القضاء

http://www.wafa.ps/arabic/index.php?action=detail&id=132269



Wednesday, December 19, 2012

http://www.wafa.ps/arabic/index.php?action=detail&id=132269

P 2: 260