# EXHIBIT A.296



PLAINTIFF'S EXHIBIT 296

www.freedom.ps/showNews.php?id=1095        December 8, 2013

www.freedom.ps/ENGLISH

**Ministry of Detainees' & Ex-Detainees' Affairs**
**Palestinian National Authority**

[Emblem: Palestine]

### Qaraqe': The Issue of the Detainees is at a Crossroads this Year

July 13, 2013

The Minister of Detainees' & Ex-Detainees' Affairs, Issa Qaraqe', said that the issue of the detainees and their release is at a critical crossroads this year, especially in view of the existing political initiatives and international efforts carried out in order to resume the negotiations.

Qaraqe' indicated that the case of the detainees has become a political issue and part of any settlement with the Israeli side, and is not subject to Israeli bargaining and criteria.

He added that President Abu Mazen considers releasing the detainees as a condition for resuming the negotiations a red line that cannot be crossed or become a bargaining chip.

Qaraqe' cautioned that the absence of any progress in the issue of the detainees will lead to an insurrection inside and outside the prisons, especially since the detainees have threatened to carry out widespread collective protests if the political initiatives fail and if their case continues to be dealt with in an arbitrary and inhumane manner.

Qaraqe''s statements came during his visit to a number of detainees' families at al-Deheisheh Camp on the occasion of the holy month of Ramadan.

Qaraqe' visited the family of detainee Issa Abd Rabbo, the longest-held prisoner in Bethlehem Governorate, who has been jailed for 29 years. During this visit, he met with his ill and elderly mother. In addition, Qaraqe' visited the mother of detainee Hilmi Hamash, who has been sentenced to life imprisonment. His mother underwent surgery during which the toes of her left foot were amputated. Qaraqe' also visited the family of detainee Ahmed Salah, who is sentenced to prison for life and lost his two parents during his incarceration; he met with his sister.

Qaraqe' was accompanied by Mohamed al-Jaafari, the Secretary of the Fatah movement in al-Dheisheh Camp, Yousef Abu Laban, Director of the Martyrs and Injured Foundation in Bethlehem, and the wife of detainee Zaher Maqdad.

www.freedom.ps/showNews.php?id=1095        1/1
[Stamp] **P 2: 317**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 317.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 317.

Dated: February 28, 2014

                                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

8/12/13 www.freedom.ps/showNews.php?id=1095



**قراقع: العام الحالي بشكل مفترق طرق بخصوص قضية الأسرى**

13/7/2013

قال وزير شؤون الأسرى والمحررين عيسى قراقع أن هذا العام يشكل مفترق طرق حاسم بخصوص ملف الأسرى والإفراج عنهم لا سيما في ظل الحراك السياسي القائم والجهود الدولية المبذولة لاستئناف المفاوضات .

وأشار قراقع أن قضية الأسرى أصبحت قضية سياسية وجزء من أية تسوية مع الجانب الإسرائيلي وليست خاضعة للمساومات والمقاييس الإسرائيلية.

وقال أن الرئيس أبو مازن يعتبر الإفراج عن الأسرى كجزء من استئناف المفاوضات خطا احمر لا يمكن القفز عنه أو المساومة عليه.

وحذر قراقع أن عدم وجود تقدم في مسار قضية الأسرى سوف يفجر الأمور في السجون وخارجها وخاصة أن الأسرى قد هددوا بخطوات احتجاجية واسعة وجماعية في حال فشل الجهود السياسية واستمرار في التعاطي مع قضية الأسرى بطريقة تعسفية ولا إنسانية.

أقوال قراقع جاءت خلال زيارته لعدد من عائلات الأسرى في مخيم الدهيشة بمناسبة شهر رمضان المبارك.

وقد قام قراقع بزيارة عائلة الاسير عيسى عبد ربه أقدم الأسرى في محافظة بيت لحم ويقضي 29 عاما في السجون، حيث التقى مع والدته المريضة الكبيرة بالسن، وكذلك قام قراقع بزيارة إلى والدة الاسير حلمي هماش المحكوم بالمؤبد، وقد أجرت والدته عملية جراحية بتر خلالها أصابع قدمها اليسرى، وقام قراقع بزيارة إلى عائلة الاسير احمد صلاح المحكوم بالمؤبد والتقى مع شقيقته، وكان قد فقد والديه خلال اعتقاله.

ورافق قراقع كل من محمد الجعفري أمين سر حركة فتح في مخيم الدهيشة، ويوسف أبو لبن مدير مؤسسة الشهداء والجرحى في بيت لحم وزوجة الاسير زاهر مقداد.