# EXHIBIT A.299


PLAINTIFF'S
EXHIBIT
299

Date: 28 Tammuz 5765                                    Case No.: 2306/04
      August 4, 2005

## The Judea Military Court

**Before the Honorable Presiding Judge: Major Ronen Atzmon**
                  **Judge: Major Menachem Lieberman**
                  **Judge: Major Adrian Agasi**

**The Military Prosecution**
(Represented by Captain Sergei Morin)

- v. -

**The Defendant: Ali Mohamed Hamad Haliel, Identity No. 920629276 / Israel Prison Service**
            **– Present**
(Represented by Counsel, Adv. Khaled Alarj – Present)

**Court reporter: Sergeant Roni Weisman**
**Interpreter: Private Yossi Katash**

---

**The Presiding Judge opens the session and identifies the Defendant.**

### Course of the Hearing

Defendant: Adv. Alarj is representing me.

Defense Counsel: In this case, my client admits to the facts in the indictment, but he denies the charge. We argue that the proper charge is aiding and abetting.

Prosecutor: We request postponement of the file for summations.

### Decision

The Prosecution will submit its summations in writing to the court clerk and the defense by September 19, 2005.

The Defense will submit its summations in writing by October 20, 2005.

The file will be set for an internal memorandum, without the presence of the Defendant, on October 27, 2005.

[Stamp] P 2: 330

**Given and notified this day, August 4, 2005, in public and in the presence of the parties.**

| _____[Signature]_____ | _____[Signature]_____ | _____[Signature]_____ |
|:---:|:---:|:---:|
| **Judge** | **Presiding Judge** | **Judge** |

-1-

[Stamp] P 2: 330 [continued]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P2: 330.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 330.

_____
Rina Ne'eman

ss.:  New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014



Notary Public

MIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2392704

<div dir="rtl">

תיק מס׳: 2306/04

תאריך: כ״ח תמוז, תשס״ה
4 אוגוסט, 2005

ב י ת ה מ ש פ ט ה צ ב א י י ה ו ד ה

בפני כב׳ האב״ד: רס״ן רונן עצמון
השופט: רס״ן מנחם ליברמן
השופט: רס״ן אדריאן אגסי

**התביעה הצבאית**
(באמצעות סרן סרגיי מורין )

נגד

**הנאשם: עלי מוחמד חמאד הליל ת.ז 920629276/ שב״ס- נוכח**
(באמצעות ב״כ עו״ד חאלד אלאערג׳-נוכח)

רשמת: סמל רוני ויסמן
מתורגמן: טור׳ יוסי קטש

_____

אב״ד פותח את הישיבה ומזהה את הנאשם.

<u>מהלך הדיון</u>

נאשם: מייצג אותי עו״ד אערג׳.

סניגור: בתיק זה מרשי מודה בעובדות כתב האישום אך הוא כופר באשמה. אנו טוענים כי האשמה המתאימה היא סיוע.

תובע: אנו נבקש לדחות את התיק לסיכומים.

<u>ה ח ל ט ה</u>

התביעה תגיש את סיכומיה בכתב למזכירות ביהמ״ש ולהגנה עד ליום 19/09/05.

ההגנה תגיש את סיכומיה בכתב עד ליום 20/10/05.

התיק יקבע לתזכורת פנימית ללא נוכחות הנאשם ליום 27/10/05.

**ניתן והודע היום, 04/08/05, בפומבי ובמעמד הצדדים.**

שופט                    אב״ד                    שופט

</div>

-1-

P 2: 330