# EXHIBIT A.301



PLAINTIFF'S
EXHIBIT
301

Date: 7 Adar 5765                                                                 Case No.: 2306/04
February 16, 2005

### The Judea Military Court

**Before the Honorable Judge: Lieutenant Colonel Shlomi Kochav**

**The Military Prosecution**
(Represented by Captain Mark Koval)

- v. -

**The Defendant: Ali Mohamed Hamad Haliel, Identity No. 920629276 / Israel Prison Service
– Present**
(Represented by Counsel, Adv. Khaled Alarj – Present)

**Court reporter: Private Yifat Pitusi**
**Interpreter: Private Yossi Katash**

---

**The Presiding Judge opens the session and identifies the Defendant.**

### <u>Course of the Hearing</u>

Defendant: Attorney Alarj is representing me.

Defense Counsel: I request that the file be scheduled for a memorandum. At this stage, we are dealing with an indictment that charges the Defendant with participating in two terrorist attacks. At this stage, we admit to the facts of the two events; in other words, there is no disagreement on the very occurrence of the events and their results. I request that the memorandum be scheduled together with the partners. I agree to submit the technical material pertaining to witnesses nos. 10-93.

Prosecutor: I will check to see whether there is any need to draft agreed facts beyond what the Defense Counsel has already provided in the transcript. So in any case, there will be no need to submit the material relating to witnesses nos. 10-93.

### <u>Decision</u>

I am scheduling the case for a memorandum hearing before a central judge for March 22, 2005.

Until that time, the Prosecution will be able to submit agreed facts if there is any need to do so beyond the Defense Counsel's declaration in today's transcript.

[Stamp] P 2: 332

**Given and notified this day, February 16, 2005, in public and in the presence of the parties.**

_____[Signature]_____
**Judge**

-1-

[Stamp] P 2: 332 [continued]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                            Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## <u>DECLARATION OF RINA NE'EMAN</u>

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as P2: 332.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 332.

_____
Rina Ne'eman

ss.:  New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28th day of February, 2014


Notary Public

MIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

תאריך: ז' אדר א, תשס"ה
16 פברואר, 2005

תיק מס': 2306/04

**ב י ת ה מ ש פ ט ה צ ב א י י ה ו ד ה**

בפני כב' הנשיא: סא"ל שלומי כוכב

**התביעה הצבאית**
(באמצעות סגן מרק קובל)

נ ג ד

**הנאשם: עלי מוחמד חמאד הליל    ת.ז. 920629276 / שב"ס - נוכח**
(באמצעות ב"כ עו"ד ח'אלד אלאע'רג'י - נוכח)

**רשמת: טור' יפעת פיטוסי**
מתורגמן: טור' יוסף קטש

_____

אב"ד פותח את הישיבה ומזהה את הנאשם.

**מהלך הדיון**

נאשם: מייצג אותי עו"ד  אע'רג'י.

סניגור: אני מבקש לקבוע את התיק לתזכורת. בשלב זה מדובר בכתב האישום
שמייחס לנאשם השתתפות בשני פיגועים, בשלב זה אנו מודים בעובדות של שני
האירועים אדיינו שאין מחלוקת על עצם קרות האירועים ותוצאותיהם. אני מבקש
שהתזכורת תיקבע יחד עם השותפים. אנו מסכימים להגיש את החומר הטכני הנוגע
לעדים 10-93.

תובע: אני אבדוק אם יש צורך לנסח עובדות מוסכמות מעבר למה שהסניגור כבר
מסר בפרוטוקול. כך שבכל מקרה יתייתר הצורך להגיש את החומר המתייחס
לעדים 10-93.

**ה ח ל ט ה**

אני קובע את התיק לישיבת תזכורת בפני שופט מוקד לתאריך 22/03/05.

עד אותו מועד תוכל התביעה להגיש עובדות מוסכמות ככל שיש צורך בכך מעבר
להצהרת הסניגור בפרוטוקול היום.

**ניתן והודע היום, 16/02/05, בפומבי ובמעמד הצדדים.**

-1-

P 2: 332