# EXHIBIT A.302



PLAINTIFF'S EXHIBIT 302

Date: 5 Adar 5766
March 5, 2006

Case No.: 2306/04

# The Judea Military Court

**Before the Honorable Presiding Judge: Major Ronen Atzmon**
    **Judge: Major Menachem Lieberman**
    **Judge: Major Adrian Agasi**

**The Military Prosecution**
(Represented by Captain Sergei Morin)

- v. -

**The Defendant: Ali Mohamed Hamad Haliel, Identity No. 920629276 / Israel Prison Service – Present**
(Represented by Counsel, Adv. Alarj – Present)

**Court reporter: Sergeant Yifat Pitusi**
**Interpreter: Sergeant Rami Azi**

## Sentence

After hearing the pleadings of the parties and considering them against the gravity of the Defendant's deeds, and against the backdrop of the lethal results, we have chosen to sentence him to the following:

A. Eleven terms of life imprisonment for assisting in intentionally causing the deaths of the victims of the terrorist attack in January 2004.

B. One term of life imprisonment for assisting in the attempt to intentionally cause the deaths of the people who were injured in that terrorist attack.

C. Eight terms of life imprisonment for assisting in intentionally causing the deaths of the victims of the terrorist attack in February 2004.

D. One term of life imprisonment for assisting in the attempt to intentionally cause the deaths of the injured in that terrorist attack.

In total, we have sentenced the defendant to 21 terms of life imprisonment, to run concurrently so that in effect, he will serve one life sentence.

[Stamp] P 2: 333

The arguments for the sentence will be given separately.

**Right of appeal within 30 days from the date of publication of the arguments.**

**Given and notified this day, March 5, 2006, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|:---:|:---:|:---:|
| **Judge** | **Presiding Judge** | **Judge** |

-4-

[Stamp] P 2: 333 [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P2: 333.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 333.

_____
Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

HIRUT J MIHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D. # 2382024

תאריך: ה' אדר, תשס"ו
5 מרץ, 2006

תיק מס': 2306/04

## בית המשפט הצבאי יהודה

1
2
בפני כב' האב"ד: רס"ן רונן עצמון   3
השופט: רס"ן מנחם ליברמן   4
השופט: רס"ן אדריאן אגסי   5
6
**התביעה הצבאית**   7
(באמצעות סרן סרגיי מורין)   8
9
נגד   10
11
הנאשם: עלי מוחמד חמאד הליל ת.ז 920629276 / שב"ס - נוכח   12
(באמצעות ב"כ עו"ד אערג'י - נוכח)   13
14
רשמת: סמל יפעת פיטוסי   15
מתורגמן: סמל רמי עזי   16
17
18

### ג ז ר - ד י ן

19
20
לאחר ששמענו את טיעוני הצדדים ושקלנו אותם על רקע חומרת מעשיו של הנאשם   21
ועל רקע תוצאותיהם הקטלניות, החלטנו לגזור עליו את העונשים הבאים:   22
23
א. 11 מאסרי עולם בגין הסיוע לגרימת מותם בכוונה של הקורבנות בפיגוע   24
מינואר 2004.   25
ב. מאסר עולם אחד בגין הסיוע לניסיון לגרימת מותם של האנשים שנפצעו   26
בפיגוע זה.   27
ג. 8 מאסרי עולם בגין הסיוע לגרימת מותם בכוונה של קורבנות הפיגוע   28
מפברואר 2004.   29
ד. מאסר עולם אחד בגין הסיוע לניסיון לגרימת מותם של הפצועים בפיגוע   30
זה.   31
32
בסה"כ גזרנו על הנאשם 21 מאסרי עולם, שירוצו בחופף, כך שבפועל ירצה מאסר   33
עולם אחד.   34
35
נימוקי גזר הדין יינתנו בנפרד.   36
37
זכות ערעור תוך 30 יום מיום פרסום הנימוקים.   38
39
ניתן והודע היום, 05/03/06, בפומבי ובמעמד הצדדים.   40
41
42
43
שופט                    אב"ד                    שופט   44

-4-

P 2: 333