# EXHIBIT A.311



