# EXHIBIT A.316

PLAINTIFF'S EXHIBIT 316

[Emblem] of the State of Israel
State of Israel
Ministry of Defense
Office of the Spokesman – Coordination of Government Activities in the Territories

27 Tevet 5774
December 30, 2013
Reference: KL – 113441

To
**Adv. Dina Rubner**

Re: **Answer to Your Application Pursuant to the Freedom of Information Law – Fawzi Murar, Identity No. 951023845**

1. Further to your request dated October 13, 2013, the four photographs of Mr. Fawzi Muruar, which were found at the Civil Administration, are attached:

    A. A photograph that was attached to an application for an exit permit from 1991.

    B. A photograph that was attached to an application for an identity card in 1992.

    C. Two photographs that were attached to an application for receiving a laissez-passer in 1994.

2. You can contact us by telephone: 03-6977611 or by e-mail address: Cogatspokesman@gmail.com.

3. The photographs are attached (Appendix A).

4. Best regards

>Guy Inbar, Major
>Spokesman – Coordination of
>Government Activities in the Territories

Confidential

---

*Office of the Spokesman – COGAT. Hakiyra, Tel Aviv. Tel.: 972-3-6977611, Fax: 972-3-6977674*

[Stamp] P 3: 000118

**Appendix A:**

Photograph A



Photograph B



Confidential

*Office of the Spokesman – COGAT. Hakiyra, Tel Aviv. Tel.: 972-3-6977611, Fax: 972-3-6977674*

[Stamp] P 3: 000119

Photograph C (1)



Photograph C (2)



Confidential

*Office of the Spokesman – COGAT. Hakiyra, Tel Aviv. Tel.: 972-3-6977611, Fax: 972-3-6977674*

[Stamp] P 3: 000120

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3: 118-120.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 3: 118-120.

Dated: March 6, 2014

Rina Ne'eman

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

*Leonor Troyano*
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014

מדינת ישראל
משרד הביטחון
**Ministry of Defense**
**Office of the Spokesman    Coordination of Government Activities in the Territories**    לשכת הדובר

כ״ז בטבת התשע״ד
30 בדצמבר 2013
סימוכין : כל - 113441

לכבוד :
עו״ד דינה רובנר

הנדון : **מענה לפנייתך לפי חוק חופש המידע- פאוזי מוראר, ת.ז 951023845**

1. בהמשך לבקשתך מיום 13/10/13, מצ״ב ארבע התמונות של מר פאוזי מוראר, אשר אותרו במנהל האזרחי :

   א. תמונה שצורפה לבקשה להיתר יציאה משנת 1991.

   ב. תמונה שצורפה לבקשה לקבלת תעודת זהות משנת 1992.

   ג. שתי תמונות שצורפו לבקשה לקבלת תעודת מעבר משנת 1994.

2. באפשרותך ליצור קשר עמנו בטלפון : 03-6977611, או בכתובת המייל : Cogatspokesman@gmail.com.

3. מצ״ב התמונות (נספח א׳).

4. בברכה,

גיא ענבר,    רס״ן
דובר תאום פעולות
הממשלה ב ש ט ח י ם

שמור

לשכת דובר מתפ״ש : הקריה, תל-אביב.   טלפון : 03-6977611, פקס : 03-6977674
Office of the Spokesman, COGAT. Hakirya, Tel-Aviv.   Tel: 972-3-6977611 Fax: 972-3-6977674

P 3: 000118

נספח א:

תמונה א'



תמונה ב'



שמור

לשכת דובר מתפ"ש : הקריה, תל-אביב.   טלפון : 03-6977611, פקס : 03-6977674
Office of the Spokesman, COGAT. Hakirya, Tel-Aviv.   Tel: 972-3-6977611 Fax: 972-3-6977674

P 3: 000119

תמונה ג' (1)



תמונה ג' (2)



שמור

לשכת דובר מתפ"ש : הקריה, תל-אביב.    טלפון : 03-6977611, פקס : 03-6977674
Office of the Spokesman, COGAT. Hakirya, Tel-Aviv.    Tel: 972-3-6977611 Fax: 972-3-6977674

P 3: 000120