REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.317A

REDACTED - PUBLICLY FILED VERSION



In the name of God, Most Merciful, Most Compassionate

**Palestinian National Authority**

Ministry of Social Affairs                    [Emblem]

Martyrs' Families and Injured Care Establishment



In the name of God, Most Merciful, Most Compassionate

**Social Investigation**

Case: Martyr / al-Aqsa Intifada

<u>M + B</u>

Name:          Fawzi Hamdi Mustafa Marar

Local No.:     508                    Central No.:

Governorate:  Ramallah and al-Bireh – Ayn Misbah

Date:

Ramallah – Tel/ Fax: 02-2986268

[Stamp] **P 3: 1**

Ramallah / al-Aqsa Martyr:    Fawzi Hamdi Mustafa Marar        M

508 Local

**Third: Family table:** * married - single

1- Married: Enter wives and minor children first, then children above productive age, then parents and siblings.

2- Single: Enter parents and minor siblings first, then siblings above productive age.

| Serial | Name | Relation to case | Date of birth | Education | Occupation | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | May | Wife | 1982 | Seventh [grade] | Housewife | Widow | Ayn Misbah |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of dependents:   1
- Married: Wives and minor children: Wife only
- Single: Parents and minor siblings:
Notes:

[Stamp] **P 3: 2**

Mother's full name:  [illegible]                    Mother's Identity No.:

Wife's name:  'Ula Atiyah Mohamed Marar          Wife's Identity No.: 905607883

Date and place of birth:          1975 - Ramallah          Town of origin:  Lod

Religion:  Muslim          Gender:  Male          Marital status:  Married

Previous job:  Military / F. 17 (Second Lieutenant)  Current job:

Educational qualification:     First Secondary

Date and number of approval letter:

Date of approval by Establishment:

---

### Second: Administrative information:

Military rank:  Second Lieutenant                Organizational rank:

Letter of rank approval:                    No.:            Date:

History of previous assignment:              Current:        Amendments:

Organization of affiliation:  Fatah            Sector:

Date joined the revolution:        Organization:      Military:      Full time:

Courses he passed:

Date and place of incident:     March 5, 2002 – Ramallah (Industrial area)

Description of incident:        The planes of the occupation army fired on the car in which the martyr was riding with the two martyrs Muhannad Diriyeh and Omar Qa'daan (in a cowardly assassination operation). The three were prominent activists in the *intifada* and in the al-Aqsa Martyrs Brigades (the military wing of the Fatah Movement). This led to the martyrdom of the three on the spot.

[Stamp] **P 3: 3**

Biographical summary:

The martyr was born in the city of Ramallah, and he studied at the Agency's school until First Grade Secondary, after which he worked in several fields including in a commercial store belonging to his relatives. He married and had 4 children, and he recently married another and has no children with her. He enrolled in Forces 17 and stayed there until his martyrdom. He was an activist of the *intifada*, and had previously been arrested by the occupation authorities.

Family housing:        Homeowner:  ✓              Rental:               Shared:

Monthly rental:

Full address:          Ayn Misbah (Ramallah) – near the mosque

Nearest telephone:     2954683    The martyr's cousin (Maher Marar). / The martyr's brother
                       (Samer) 059711619

[Stamp] **P 3: 3** [continued]

Ramallah / al-Aqsa Martyr:    Fawzi Hamdi Mustafa Marar        <u>B</u>

**Third: Family table:** * married - single

1- Married: Enter wives and minor children first, then children above productive age, then parents and siblings.

2- Single: Enter parents and minor siblings first, then siblings above productive age.

| Serial | Name | Relation to case | Date of birth | Education | Occupation | Marital status | Address |
|--------|------|------------------|---------------|-----------|------------|----------------|---------|
| 1 | 'Ula | Wife | 1977 | 3 – 4 [grade] | Housewife | Widow | Ayn Misbah |
| 2 | ■■■ | Son | 1995 | First [grade] | Student | - | // |
| 3 | ■■■ | Daughter | 1997 | Child | | - | // |
| 4 | ■■■ | Daughter | 1998 | Child | | - | // |
| 5 | ■■■ | Son | 1999 | Child | | - | // |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of dependents:    5   Five
- Married: Wives and minor children: <u>Wife + 4 children = 5</u>
- Single: Parents and minor siblings:
Notes:

[Stamp] **P 3: 4**

Ramallah / al-Aqsa Martyr:    Fawzi Hamdi Mustafa Marar          M + B

**Department's Recommendation:**

\* One of the al-Aqsa Intifada martyrs, the martyr is married to two women / He had four children from the first, and no children from the second

\* The martyr was a military (lieutenant in F. 17). He was an activist of the *intifada* and the al-Aqsa Martyrs Brigades, and was martyred in a cowardly assassination operation by enemy planes (he and two other activists).

\* We therefore recommend he be approved as one of the martyrs of al-Aqsa Intifada without salary from the Establishment since he is military. We recommend dividing [illegible] M and B
Date:  March 17, 2002.          Signature [Signature]

The Establishment Director's Decision: (                                    )

\* First share: M to the wife without children: May Husni Muhammad al-Faym

\* Second share: B to the wife with four children: 'Ula Atiyah Mohamed Marar

                                                          Date: _____          Signature: _____

**Allocation Account:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in dinars |
|-------|------|----------|--------|--------|----------------|-----------------|
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |

Other allowances: _____

Total in dinars: _____

Total in shekels: _____

**Approval of the Director General:**

- He is considered a martyr (among al-Aqsa martyrs) as of March 1, 2002 and without allocations from the Establishment since he is a fighter.

\* His two wives, and this is taken care of at the Islamic Bank

| **Inspection notes:** | Date: | Signature: |
| [Signature] | | |

| **Computer notes:** | Date: | Signature: |

                                                          [Stamp] **P 3: 5**

9  5102384  5

Fawzi

Hamdi

Mustafa

[seal]     Marar

Khayriah

███████, 1975

Ramallah     Muslim

Ramallah  June 8, 1992

[emblem]

---

## Supplement to Identity Card

Identity No.:        9  5102384  5

Family name:     Marar

First name:        Fawzi

[illegible]

Ayn Misbah

Married

Name of spouse: 'Ula

[Four illegible lines]

---

## Children (up to age 16)

Name:              ███████

Gender:            Male          Identity No.: 8  5934508  4

Date of birth:     ████ 1995

Name:              ███████

[Stamp] **P 3: 6**

Gender:           Female        Identity No.: 4  0238798  9

Date of birth:    ████████ 1997

Name:             ████████

Gender:           Female        Identity No.: 4  0333341  2

Date of birth:    ████████████ 1998

Name:

Gender:                         Identity No.:

Date of birth:

---

**Children (up to age 16)**

Name:

Gender:                         Identity No.:

Date of birth:

Name:

Gender:                         Identity No.:

Date of birth:

Name:

Gender:                         Identity No.:

Date of birth:

Signature of card holder

[Stamp] **P 3: 6** [continued]

| | | |
|---|---|---|
| Palestinian Authority | | Identity Card |
| Identity No.: | 9  2010024  5 | |
| First name: | ███ | |
| Father's name: | Husni | [Seal] Authority. [illegible] |
| Grandfather's name: | Mohamed | |
| Family name: | An'im | |
| Mother's name: | Sabriyah | |
| Date of birth: | ███ 1982 | |
| Place of birth: | Ramallah | |
| Gender: | Female | Religion:  Muslim |
| Issued in: | Ramallah | Date:  [illegible] 19, 1998 |

---

Palestinian Authority

Supplement to Identity Card

Identity No.: 9  2010024  5

| | |
|---|---|
| Family name: | al-Faym |
| First name: | ███ |
| | al-Bireh |
| Marital status: | Miss [unmarried] |
| Husband/wife's name: | |
| Husband/wife's Identity No.: | |

[illegible]

[seal]

[Stamp] **P 3: 7**

Palestinian National Authority
Ministry of Health
Hospitals Division                    [Emblem]
Ramallah Hospital
Fax: 943 99570

                                                    Tel : 9982222
                                                    Fax : 9957942

Date:   March 6, 2002                        Number:
                                    [seal]  Palestinian National Authority
                                            Ministry of Health
                                            Ramallah Hospital – Medical Reporting
                                            General Administration of Hospitals


                            Medical Report

        Martyr's name:  Fawzi Hamdi Mustafa

                    Age:   27 years

                Address: Ramallah

            Injury date: March 5, 2002

        Martyrdom date: March 5, 2002


[black redaction bars]


                                Dr. Omar Ghattam

                                Emergency physician

                                [Signature]
                        [seal]  Palestinian National Authority
                                Ministry of Health
                                Ramallah Hospital – Medical Reporting
                                General Administration of Hospitals


                                            [Stamp] **P 3: 8**

[illegible]     [Emblem]

Leader of joint patrols

---

Membership Card          Palestinian Prisoner Club

Branch: Ramallah

Name:          Fawzi Hamdi Marar

Address:       Ramallah

Date of birth:  ▮▮▮▮▮ [illegible]

Profession:    [illegible]

---

[Stamp] **P 3: 9**

In the name of God, Most Merciful, Most Compassionate

Palestinian Authority

Public Security and Police                    [emblem]

Regional Security Committee

===============================================================================

The Honorable Brother Lieutenant Colonel / Abu Awad, Forces 17 official, Ramallah Governorate,

[Illegible]

The Liaison Forces have no objection to returning the records of Corporal / Fawzi Marar to you after terminating his association with the Liaison Forces.

Thank you.

Liaison Commander in the [West] Bank

Staff Brigadier General / Rubhi Arafat

[Signature]

November 8, 2001    [seal]   Palestinian Authority

                          Security Coordination Committee

                          West Bank Liaison Command

[Stamp] **P 3: 10**

In the name of God, Most Merciful, Most Compassionate

"And among His signs is that He created for you wives from among yourselves, that you may find repose in them, and He has put between you affection and mercy. Verily, in that are indeed signs for a people who reflect."

Palestinian National Authority [Emblem]

Chief Judge

Religious Court

The Religious Court of: Ramallah

Contract:    No.: 74910

Contract Date: Jumada al-Awwal 18, 1422 AH

Corresponding to:  August 7, 2001 AD

Contract Place:  The Court

## Marriage Contract Document

| | First name | Father | Grandfather | Family | Town | Birth place & date | Residence | Nationality | Religion | Marital Status | Occupation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Husband | Fawzi | Hamdi | Mustafa | (Maradj)[1] | Lod | Ramallah, 1975 AD | Ramallah | | | Married | Employee |
| | Wife Virgin / ~~Not Virgin~~ | May | Husni | Mohamed | An'im | Jaffa | Ramallah 1982 AD | Al-Bireh | Palestinian | Islam | Divorced before consummation | Housewife |
| 2 | Documents verifying age and absence of impediments: Husband's Identity No. 951023845, and wife's Identity No. 920100245. Irrevocable divorce deed in exchange for release with approval of financial guardian, no. 233/26/43 issued by Ramallah religious court on February 17, 1999 AD. | | | | | | | | | | | |
| 3 | Dowry and type | | | | | 11 Legitimate deletion and correction to Marar | The officiant: [Signature] | | | | |
| 4 | Dowry payment method: | | | | | | | | | | | |
| 5 | Contract Initiators: The husband in person, and the wife's representative being her father. | | | | | | | | | [seal] | | |
| 6 | Special conditions by any of the spouses:  None | | | | | | | | | | | |
| 7 | Witnesses, proxy and identification: Legally designated: Hamdi Mustafa Dhiyab Marar / Jerusalem, and Mohamed Mustafa Dhiyab Marar / Ramallah | | | | | | | | | | | |

[Stamp] P 3: 11

| 8 | Guarantee on the conditions: None |
|---|---|
| 9 | Consent of guardian or Court Authorization: Consent of wife's guardian, her father. |
| 10 | Contract declaration: The wife's representative said to the husband, I give to you in matrimony my daughter May who appointed me, for an ████████ |

Jamil Mohamed Mustafa, clerk and officiant of marriage contracts in the Court. I officiated this contract as detailed above after verifying the [illegible] conditions and the lack of impediments.    [seal]    Chief Judge
                                                                                        Religious Courts
                                                                                        Religious Judge

Witness & Identifier    Witness & Identifier    Husband or his representative    Wife or her representative    Legal Guardian    Officiant

[Signature]    [Signature]    [Signature]    [Signature]    [Signature]    [Signature]

[Signature]

[Stamp] **P 3: 11** [continued]

[Right-hand panel illegible]

**Children (up to age 16)**

Name: ████

Gender: Male          Identity No.: 8  5934508  4

Date of birth: ████ 1995

Name: ████

Gender: Female          Identity No.: 4  0238798  9

Date of birth: ████ 1997

Name: ████

Gender: Female          Identity No.: 4  0333341  2

Date of birth: ████ 1998

Name:

Gender:          Identity No.:

Date of birth:

---

**Children (up to age 16)**

Name:

Gender:          Identity No.:

Date of birth:

Name:

Gender:          Identity No.:

Date of birth:

Name:

Gender:          Identity No.:

Date of birth:

Signature of card holder

[Stamp] **P 3: 12**

The Hashemite Kingdom of Jordan

204872 B                  Marriage Contract              [illegible]

Husband's Copy               Officiant's fee:  1 dinar

The Religious Court of:  Birzeit

(1) Contract date: Shaaban 3, 1414 AH corresponding to January 15, 1994 AD

(2) Place where contract took place: House of the wife's father

| | Full name single | Town | Residence | Age | Nationality | Occupation |
|---|---|---|---|---|---|---|
| 3 | **Husband**: the sane adult man Fawzi Hamdi Mustafa Marar<br>**Wife**: the sane adult ~~not virgin~~ / virgin girl: 'Ula Atiyah Mohamed al-Duweik | Lod<br><br>Sarafand al-Ammar | Ramallah<br><br>Jalazone Camp | 19 years<br><br>17 years | Jordanian | Worker<br><br>Housewife |
| 4 | **Documents verifying age and absence of impediments:** Husband's statement and birth certificate stating his birth on ████, 1975, and the wife's birth certificate stating her birth on ████, 1977. | | | | | |
| 5 | **Dowry and type** ████ | | | | | |
| 6 | Dowry payment method: ████ | | | | | |
| 7 | Contract Initiators: The husband in person, and the wife's representative being her father whom she appointed before me. | | | | | |
| 8 | Special conditions by any of the spouses:   None | | | | | |
| 9 | Witnesses, proxy and identification: Legally designated: Mustafa Khalil Nakhleh, and Mahmoud Gibrail al-Zubaydi, both of whom are Jalazone residents. | | | | | |
| 10 | Guarantee on the conditions: None | | | | | |
| 11 | Consent of guardian or Court Authorization: Consent of guardian. | | | | | |
| 12 | **Contract declaration**: The wife's representative, her father, said to the husband, I give to you in matrimony my daughter 'Ula who appointed me, ████ | | | | | |

I, Zuhayr [illegible], marriage contract officiant in Jalazone, have officiated this contract as detailed above after verifying the fulfillment of conditions and the lack of impediments. Officiant's signature [Signature]

| Identity & special proxy witnesses [Signature] [Signature] | Husband or ~~his proxy~~ [Signature] | ~~Wife~~ or her proxy [Signature] | Conditions Guarantor / | Court Certification [Seal] [Signature] in Birzeit |
|---|---|---|---|---|

[Stamp] **P 3: 13**

Ministry of Interior

### Birth Certificate

Identity No.:

| | | | |
|---|---|---|---|
| First name: | ▮ | Father's name: | Fawzi |
| Grandfather's name: | [illegible] | Last name: | Marar |
| Gender: | Female | Religion: | Muslim |

Date of birth: ▮ 1998

▮ one thousand nine hundred and ninety eight

| | | | |
|---|---|---|---|
| Place of birth: | Ramallah | Hospital: | Ramallah Public |
| Nationality: | Palestinian | | |
| Mother's name: | 'Ula | Mother's last name: | Duweik |
| Address: | Ramallah | Ayn Misbah 0 - 0 | |

The details of the birth of the above-mentioned individual were recorded in the Register of Births for the year    1999

By the Civil Status Directorate of: Ramallah        Date: March 20, 1999

---

Seal of the Department                          [Signature]

[Seal] Palestinian Authority                    Signature of Authorized Official

Civil Status Directorate

Ministry of the Interior

[Stamp] **P 3: 14**

Ministry of Interior

## Birth Certificate

Identity No.:          4  0238798  9

First name:          ███████               Father's name:     Fawzi

Grandfather's name:   Hamdi               Last name:         Marar

Gender:              Female               Religion:          Muslim

Date of birth:       ████████  1997

                     ███████████  one thousand nine hundred and ninety seven

Place of birth:      Ramallah             Hospital:          Nazer Maternity

Nationality:         Palestinian

Mother's name:       'Ula                 Mother's last name:  Duweik

Address:             Ramallah        Ayn Misbah 0 - 0

The details of the birth of the above-mentioned individual were recorded in the Register of Births
for the year    1997

By the Civil Status Directorate of:  Ramallah        Date: March 18, 1999

---

Seal of the Department                    [Signature]

[seal] Palestinian Authority              Signature of Authorized Official

Civil Status Directorate – Ministry of the Interior

Ramallah

[Stamp] **P 3: 15**

[illegible]

Civil Status Department

Birth Certificate

### Newborn details

| | | | | |
|---|---|---|---|---|
| Family name: | Marar | | Gender: | Male |
| First name: | ███ | | Religion: | Muslim |
| Father's name: | Fawzi | | Nationality: | Palestinian |
| Grandfather's name: | Hamdi | | Identity No.: | 859345084 |
| Mother's name: | 'Ula | | | |

Mother's maiden name: Duweik

### Birth Details

Date of birth:    ███ 1995

███ one thousand nine hundred and ninety five

Place of birth:    Ramallah      Hospital name:  /

The details of the birth of the above-mentioned individual are according to the contents of the Register of Births for the year 1995

Issued by the Civil Status Department - Ramallah    Date: September 8, 1996

Department seal                  [Signature]
[seal] Civil Status Department        Signature of Authorized Official

[Stamp] **P 3: 16**

[Top largely illegible]

Time of birth

Place of birth: Name of the city, village and hospital

Weight at birth

| | | | | |
|---|---|---|---|---|
| B – Details of the parents | | Mother | Father | |
| → | 10. Identity No. | 1 56 07 3 | 151 23845 | ← |
| | 11. Family name | Marar | Marar | |
| → | 12. First names | ‘Ula | Fawzi | ← |
| | 13. Grandfather’s name (of father) | | Hamdi | ← |

C – Other Details 23 03 975

21. Date of marriage [several handwritten 03 03

22. Last name of mother’s father: Duweik illegible entries] 03 03

40500270-0

Nazer Maternity Hospital

[Stamp] **P 3: 17**

In the name of God, Most Merciful, Most Compassionate

Palestinian National Authority                                          Number:

Chief Judge                                                                    Date:

Religious Courts                    [illegible seal] [emblem]

Religious Court of:

## Limitation of Succession Deed

[illegible] ….. the late Fawzi Hamdi Mustafa Marar, a resident of Lod ….. his father Hamdi Mustafa [illegible] Marar, his mother Khayriah Mohamed [illegible], his wife 'Ula Atiyah Mohamed Duweik, and his children …..    and there are no heirs or parties entitled to the inheritance other than those mentioned, all heirs are of adult age except Nemer, Ahmad, Khayriah, and Narmine who are minors, this being based upon the request of the heir Hamdi here mentioned, his statement to us, after his identification by the two lawful designates, Mohamed [several illegible names] Hussein Abu Shaqra, all of whom are from, and residents of, Ramallah.

The legal notification: Accordingly, the legal inheritance question is resolved as consisting of ▮▮

Issued on Muharram 3, 1423 AH        corresponding to March 17, 2002.

Certified true copy of the original

| Register | Page | Number | The Pro Tempore Religious Judge of Ramallah |
|----------|------|--------|---------------------------------------------|
| 277      | 89   | 58     | Saleh Hussein Abu Zayd                      |
|          | The Clerk | | [Signature] |
|          | [Signature] | | [stamp] Palestinian National Authority |
|          |      |        | [illegible] |

[square stamp] [illegible]

[stamp] Palestinian National Authority

Chief Judge of the Religious Courts

Ramallah Religious Court

[Stamp] **P 3: 18**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

          Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3 1-18.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 3 1-18.

Dated: February 26, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية

بحث اجتماعي

الحالة : شهيد/ انتفاضة الأقصى

الاسم : نوزت عدنان مصطفى مراد

الرقم المحلي :                  الرقم المركزي :
المحافظة : رام الله والبيرة ـ بيت الحطاب
التاريخ :



ثالثاً : الجدول الأسري :  ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة الاكبر سن الانتاج .

| مسلسل | الاسم | تاريخ الميلاد | المؤهل العلمي | المهنة | الجنسية | العنوان |
|---|---|---|---|---|---|---|
| ١ | محمد | ١٩٨٤ | متزوجة | سائق | عربية بنت | أرملة / عبد الحميد و |
| ٢ | | | | | | |
| ٣ | | | | | | |
| ٤ | | | | | | |
| ٥ | | | | | | |
| ٦ | | | | | | |
| ٧ | | | | | | |
| ٨ | | | | | | |
| ٩ | | | | | | |
| ١٠ | | | | | | |
| ١١ | | | | | | |
| ١٢ | | | | | | |
| ١٣ | | | | | | |
| ١٤ | | | | | | |
| ١٥ | | | | | | |
| ١٦ | | | | | | |
| ١٧ | | | | | | |
| ١٨ | | | | | | |
| ١٩ | | | | | | |
| ٢٠ | | | | | | |
| ٢١ | | | | | | |

عدد المعالين :  (١)
- المتزوج : الزوجات والابناء القصر :  زوجة نقل
- الاعزب : الوالدين والاخوة القصر :
ملاحظات على الجدول الأسري :



اسم الأم كاملاً :

اسم الزوجة :  ـــــــــــ رقم هوية الزوجة : ٩٠٥٦٧٨٨٢

تاريخ ومكان الميلاد : ١٩٧٥ ـ رام الله

الديانة : مسلم    الجنس : ذكر    الحالة الاجتماعية : متزوج

العمل السابق : عسكري ص. ب ٢٣ (ملازم)    العمل الحالي :

المؤهل العلمي : الأول الثانوي

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ملازم    الرتبة التنظيمية :

كتاب اعتماد الرتبة :

تطورات المخصص السابق : الحالي : رقم :    تاريخ :

التنظيم التابع له : فتح    القطاع :    التعديلات :

تاريخ الالتحاق بالثورة :    تنظيما :    عسكريا :    غرضا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٢٠٠٢/٢/٥ ـ رام الله (المنطقة العسكرية)

كيفية حدوث الحادث :

موجز سيرته الذاتية :

سكن الأسرة : ملك    ايجار    مشترك :

الايجار الشهري :

العنوان الكامل :

اكتب تلفون :



بسم الله الرحمن الرحيم : نوزع على بعض من ...

## ثالثاً : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : تسجل الزوجات والأبناء القصر اولاً ثم الأبناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الأعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| العنوان | خانة الاجتماعية | المهنة | المؤهل العلمي | تاريخ ومكان الميلاد | العلاقة بالخلية | الاسم | م |
|---|---|---|---|---|---|---|---|
| غير لمعباع | أرملة | ربة بيت | ٤.٢ | ١٩٧٧ | زوجة | حيدر | ١ |
| ن | —— | طالب | الزرقاء | ١٩٩٥ | ابن | █ | ٢ |
| ع | —— | طفلة | ✓ | ١٩٩٧ | ابنة | █ | ٣ |
| ع | —— | طفلة | ✓ | ١٩٩٨ | ابنة | █ | ٤ |
| س | — | طفل | ✓ | ١٩٩٩ | ابن | █ | ٥ |
| | | | | | | | ٦ |
| | | | | | | | ٧ |
| | | | | | | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين :       (٥) خمسة
- المتزوج : الزوجات والأبناء القصر : زوجة + أبناء (٥)
- الأعزب : الوالدين والاخوة القصر :
ملاحظات على الجدول الأسري :



توصية القسم :

قرار مدير المؤسسة : (           )

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ                    التوقيع

ملاحظات الحاسب الآلي :

التاريخ                    التوقيع







Palestinian National Authority

Ministry of Health

Hospital Ddivision

Ramallah Hospital

Tel :9982222

Fax :9957942

السلطة الوطنية الفلسطينية

وزارة الصحة

ادارة المستشفيات

مستشفى رام الله

الرقم :

تقرير طبي

التاريخ : ٢٠٠٢/٣/٦

أسـم الشهيد : فوزي حمدي مصطفى

العمر : ٢٧ سنة

العنوان : رام الله

تاريخ الاصابه : ٢٠٠٢/٣/٥

تاريخ الاستشهاد : ٢٠٠٢/٣/٥











Ministry of Interior

تصبيجة ة ميلاد
Birth Certificate

تاريخ ث
G.F.'s name

الدين
Religion    مسلمة    أنثى    الجنس
Sex

لعام الف وتسعمائة و ثمان وتسعين    1998    تاريخ الميلاد
D. of birth

المستشفى    رام الله    مكان الميلاد
الحكومي    Hospital    P. of birth

فلسطينية    الجنسية
Nationality

عائلة الأم    علا    إسم الأم
دويك    M.'s family    M.'s name

عين مصباح    0 – 0    شارع    رام الله    العنوان
Address

في تفاصيل المدونة ولادة المذكور أعلاه قد رجت فى سجل الولادة لسنة 1999

The details about the above mentioned birth have already been registered in the birth file of year    1999

من قبل مديرية الأحوال المدنية بــ    رام الله    بــتاريخ    1999/03/20

by Department of Civil Affairs in    Ramallah    On    20/03/1999

توقيع
الموظف المختص





INTERIOR

وزارة الداخلية

مسلسل الجـدول

اســم العائلـة : ــ

الاسم الشخصي ── ████

اســم الاب ──

اســم الجـد ──

اســم الأم ── عـلا

اسم عائلتها قبل الزواج ──

**تفاصيل الولادة**

تاريخ الولاده ── ████ ١٩٩٥

مكان الولاده ── ████

اسم المستشفى ──

الدیانة ──

الجنسیة ──

رقم الهویة ████

التفاصیل المتعلقة بولادة المذكور اعلاه حسب ما هو في سجل الموالید سنة ١٩٩٥

اصدرت من دائرة الاحوال المدنیة رام الله

التاریخ : 0 2 SEP 1996

توقیع الموظف المختص

P 3: 16



مستشفى الناظر للتوليد
Nazar Maternity Hospital

