# EXHIBIT A.317B

PLAINTIFF'S
EXHIBIT
317B
tabbies



P 3: 19