REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.320A

REDACTED - PUBLICLY FILED VERSION

PLAINTIFF'S
EXHIBIT
320A



P 3: 26