REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.320B

PLAINTIFF'S EXHIBIT 320 B

[al-Aqsa Martyrs' Brigades Emblem]

In the name of God, Most Merciful, Most Compasionate

[illegible religious writing]

### The Heroic Martyr
**Muhannad Abu Halawa**

One of the leaders of the al-Aqsa Martyrs' Brigades in Palestine who was assassinated by the rockets of Zionist-American treachery

**The al-Aqsa Martyrs' Brigades; If said, it is done; if promised, it is fulfilled**

[Stamp] P 3: 27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3: 27.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as P 3: 27.

Dated: May 6, 2014

Clark Hayes

ss.: New Jersey

On the 6th day of May, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6th day of May, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

