REDACTED - PUBLICLY FILED VERSION

# EXHIBIT 326

**First: Personal Information:**

| | |
|---|---|
| Local No.: 508 / 013243    B | Central No.: 13243 |
| Case Name: Fawzi Hamdi Mustafa Marar | Code Name: |
| Citizenship: Palestinian | Identity Card No.: [illegible] |
| Full Name of Beneficiary: (wife, father, mother, brother, sister) Ula Atiyeh Mohamed Marar | Identity Card No.: 905607883 |
| Full Name of the Mother: Khairiya Mohamed Samour | Mother's Identity Card No.: |
| Name of Wife: Ula Atiyeh Mohamed Marar | Wife's Identity Card No.: 905607883 |
| Date and Place of Birth: [redacted] 1975 – Ramallah | Country of Origin: Al-Lod |
| Religion: Moslem    Sex: Male | Marital Status: Married |
| Former Occupation: Military in Force 17 (lieutenant) | Current Occupation: |
| Education: First year of high school | |
| Date and Number of Letter of Approval: | |
| Date of Approval at the Institution: | |

**Second: Administrative Information:**

| | |
|---|---|
| Military Rank: Lieutenant | Organizational Rank: |
| Rank's Letter of Approval: | No.:    Date: |
| Changes in Previous Allowance | Current:    Amendments: |
| Organization Membership: Fatah | Section: |
| Date of Joining the Revolution:    Organizationally:    Militarily:    Full-time: | |
| Courses Passed: | |
| Date and Place of the Incident: March 5, 2002 – Ramallah (Industrial Zone) | |
| Nature of the Incident: The occupation army's aircraft bombed the car that the martyr was riding in along with the martyrs Muhannad Dayriya and Omar Maqdad (in a cowardly assassination operation), as the three were prominent activists in the intifada and in the al-Aqsa Martyrs Brigades (the military wing of the Fatah movement), leading to the immediate martyrdom of the three. | |

**Brief Biography:**
The martyr was born in Ramallah City. He studied at al-Wakala School until the first year of high school. Afterward, he held different jobs, including in a store owned by his relatives. He married and had four children. Recently, he remarried and did not have any children from his last wife. He joined Force 17 and remained there until his martyrdom. He was an activist in the intifada and had been arrested earlier by the occupation forces.

Family Residence:    Personal Property: [✓]  Rent:  Joint:
Monthly Rent:
Full Address: [redacted] – next to the mosque
Nearest Telephone: [redacted] Martyr's cousin (Maher Marar) / Martyr's brother (Samer): [redacted] residence of martyr's wife Ula.

CONFIDENTIAL

06:000070
[Stamp] P 3: 55

Ramallah / Martyr of Aqsa: Fawzi Hamdi Mustafa Marar    M + B

**Section's Recommendation:**
* One of the al-Aqsa Intifada's martyrs, the martyr has two wives. The first one gave him four children, and he had no children from the second wife.
* The martyr was in the military (lieutenant in Force 17), and was an activist in the intifada and in the al-Aqsa Martyrs Brigades. He became a martyr in a cowardly assassination operation carried out by enemy aircraft (he was martyred along with two other activists).
* That is why we recommend approving him as a martyr of the al-Aqsa intifada without a salary from the establishment, since he is in the military. We recommend dividing any external allowances into the two M and B shares.    Date: March 17, 2002   Signature: *Suleiman al-Dik*

**Decision of the Establishment's Director:** (                    )

First Share: *M* to the childless wife: May Husni Mohamed Anaeem
Second Share: *B* to the wife with four children: Ula Atiyeh Mohamed Marar

            Date:                     Signature:

**Allowance Account**
Principal    Wife    Children    Father    Mother    Minor Siblings    Total in Dinars

Other bonuses:
Total in dinars:
Total in shekels:

**Approval of the Director General:**
Designated a martyr (from al-Aqsa martyrs) as of March 1, 2002 without allowances from the establishment given that he is in the military.
He has two wives. This will be taken into consideration at the Islamic Bank.

**Auditing Notes:**        Date: March 17, 2002      Signature: [Signature]
                          [illegible; looks like "new"]
                          [illegible] Management

**Computer Notes:**       Date:                      Signature

CONFIDENTIAL                                                                              06:000072

### First: Personal Information:

| | |
|---|---|
| Local No.: 508 / 013242   M | Central No.: 13242 |
| Case Name: *Fawzi Hamdi Mustafa Marar* | Code Name: |
| Citizenship: *Palestinian* | Identity Card No.: *951023845* |
| Full Name of Beneficiary:<br>(wife, father, mother, brother, sister)<br>*May Husni Mohamed Anaeem* | Identity Card No.: *920100245* |
| Full Name of the Mother: *Khairiya Mohamed Samour* | Mother's Identity Card No.: |
| Name of Wife: *May Husni Mohamed Anaeem* | Wife's Identity Card No.: *920100245* |
| Date and Place of Birth: ▓▓▓▓ *1975 – Ramallah* | Country of Origin: *Al-Lod* |
| Religion: *Moslem*    Sex: *Male* | Marital Status: *Married* |
| Former Occupation: *Military Force 17 (lieutenant)* | Current Occupation: |
| Education: *First year of high school* | |
| Date and Number of Letter of Approval: | |
| Date of Approval at the Establishment: | |

### Second: Administrative Information:

| | |
|---|---|
| Military Rank: *Lieutenant* | Organizational Rank: |
| Rank's Letter of Approval: | No.:              Date: |
| Changes in Previous Allowance | Current:         Amendments: |
| Organization Membership: *Fatah* | Section: |
| Date of Joining the Revolution:    Organizationally:    Militarily:    Full-Time: | |
| Courses Passed: | |
| Date and Place of the Incident: *March 5, 2002 – Ramallah (Industrial Zone)* | |
| Nature of the Incident: *The occupation army's aircraft bombed the car that the martyr was riding in along with the martyrs Muhannad Dayriya and Omar Maqdad (in a cowardly assassination operation), as the three were prominent activists in the intifada and in the al-Aqsa Martyrs Brigades (the military wing of the Fatah movement), leading to the immediate martyrdom of the three.* | |

### Brief Biography:

*The martyr was born in Ramallah City. He studied at al-Wakala School until the first year of high school. Afterward, he held different jobs, including in a store owned by his relatives. He married and had four children. Recently he remarried and did not have any children from his last wife. He joined Force 17 and remained there until his martyrdom. He was an activist in the intifada and had been arrested earlier by the occupation forces.*

Family Residence:    Personal Property: [✓]   Rent:       Joint:
Monthly Rent:
Full Address: ▓▓▓▓▓▓▓ *(Ramallah) – next to the mosque   May: 0099940069*
Nearest Telephone: *Martyr's brother (Samer):* ▓▓▓▓▓▓▓ *the mother of the martyr's second wife (May): [illegible]* ▓▓▓▓ *[illegible]*

[Stamp] **P** 3: 57

*Ramallah / Martyr of Aqsa: Fawzi Hamdi Mustafa Marar*   M + B

**Section's Recommendation:**

* *One of the al-Aqsa Intifada's martyrs, the martyr has two wives. The first one gave him four children, and he had no children from the second wife.*
* *The martyr was in the military (lieutenant in Force 17), and was an activist in the intifada and in the al-Aqsa Martyrs Brigades. He became a martyr in a cowardly assassination operation carried out by enemy aircraft (he was martyred along with two other activists).*
* *That is why we recommend approving him as a martyr of the al-Aqsa intifada without a salary from the establishment, since he is in the military. We recommend dividing any external allowances into the two M and B shares.*   Date: March 17, 2002   Signature: *Suleiman al-Dik*

**Decision of the Establishment's Director:** (                              )
*First Share: M to the childless wife: May Husni Mohamed Anaeem*
*Second Share: B to the wife with four children: Ula Atiyeh Mohamed Marar*

　　　　　Date:　　　　　　　　　Signature:

**Allowance Account**

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total in Dinars |
|---|---|---|---|---|---|---|
| | | | | | | |

Other bonuses:
Total in dinars:
Total in shekels:

**Approval of the Director General:**
*Designated a martyr (from al-Aqsa martyrs) as of March 1, 2002, without allowances from the establishment given that he is in the military.*
*He has two wives. This will be taken into consideration at the Islamic Bank.*

**Auditing Notes:**   Date: *March 17, 2002*   Signature: [Signature]
　　　　　　　　　　[illegible; possibly "new"]
　　　　　　　　　　[illegible] Management

**Computer Notes:**   Date:　　　　　　　Signature

CONFIDENTIAL　　　　　　　　　　06:000073

[Stamp] P 3: 58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3 55-58.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 3 55-58.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*Lanore C. Smith*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

أولاً : معلومات ذاتية :   ٥٠٨

الرقم المحلي : 013243   الرقم المركزي : ١٢٤٤٢
اسم الحالة : نوزت محمد مصطفى مراس   الاسم الحركي :
الجنسية : فلسطيني   رقم الهوية : ٤٢٨٤٥
اسم المستفيد رباعي : جمال عطية محمد مراس   رقم الهوية : ٩٠٥٦٧٨٨٢
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )
اسم الأم كامل : ضريبة محمد سمور   رقم هوية الأم :
اسم الزوجة : جمال عطية محمد مراس   رقم هوية الزوجة : ٩٠٥٦٧٨٨٢
تاريخ ومكان الميلاد : ١٩٧٥ ـ رام الله   البلد الأصلي : اللد
الديانة : مسلم   الجنس : ذكر   الحالة الاجتماعية : متزوج
العمل السابق : عسكري م. W ( ملازم )   العمل الحالي :
المؤهل العلمي : الأول الثانوي
تاريخ ورقم كتاب الاعتماد :
تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات ادارية :

الرتبة العسكرية : ملازم   الرتبة التنظيمية :
كتاب إعتماد الرتبة :   رقم :   تاريخ :
تطورات المخصص السابق :   الحالي :   التعديلات :
التنظيم التابع له : فتح   القطاع :
تاريخ الالتحاق بالثورة :   تنظيما :   عسكريا :   تفرغا :
الدورات التي اجتازها :
تاريخ ومكان الحادث : ٥/٢/٢٠٠٤ ـ رام الله ( المنطقة الصناعية )
كيفية حدوث الحادث : قامت طائرات جيش الاحتلال بقصف السيارة التي كان يستقلها الشهيد مع الشهيد منذ درية ورفيقه دم علية إسماعيل جمانة حيث أنهم كانوا في الطريق مع النشطاء البارزين في الانتفاضة وبرفقتهم شهداء الأقصى والجناح العسكري لحركة فتح ، مما أدى الى استشهاد الثلاثة على الفور.

موجز سيرته الذاتية :
ولد الشهيد نوزت مصطفى برام الله ودرس في مدرسة الركابة حتى الصف الأول الثانوي وبعدها عمل في عدة مجالات منها في مجال تجارة بارادات وقد تزوج ورزق أربعة أبناء ومعروف بزواجه ومساعدته ولم يغيب منزل وقد التحق بقوات الأمن الوطني فيما بعد حتى استشهاده حيث كان من أحد نشطاء الانتفاضة وكان قد اعتقل من قبل سلطات الاحتلال سابقاً.

سكن الأسرة : ملك : ✓   ايجار :   مشترك :
الإيجار الشهري :
العنوان الكامل : بيانات السيد [redacted]
أقرب تلفون : اخوه الشهيد ( ماهر مراس ) / شقيقه الرشيد ( سامر ) : ٠٥٩٧١١٦١٩
المنزل زوجة الشهيد جمال [redacted]

CONFIDENTIAL

06:000070

P 3: 55

بسم الله / استشهد الأقصى : موزيد عبد مصطفى مراد _____ P+ب

توصية القسم :

* أحد شهداء إنتفاضة الأقصى - الشهيد متزوج مدا اثنتين ولديه أربعة أبناء والأسنة لم ينجب منها أبناء
* الشهيد كان عسكرياً (ملازم في م.د.W) وكان أحد نشطاء والانتفاضة وكتائب شهداء الأقصى وقد استشهد في عملية اغتيال جبانة من قبل قوات العدو (هو وشقيقه أخرين).
* لذلك نوصي باعتباره شهيداً مدر شهداء إنتفاضة الأقصى وبدو سد راتب سد المؤسسة بميشأنه عسكرياً ولزوجته بأمتنا إبن موجبات خارجية والجمعين P وب . التاريخ : ١٧/٢/ ≤ ≥ التوقيع : سيف الدولي

قرار مدير المؤسسة : ( )

الحصة الأولى : P للزوجة بدو سد أبناء : مع حسن محمد الغني
الحصة الثانية : ب للزوجة بيع أربعة أبناء : علا عطية محمد مراد

التاريخ : ............ التوقيع : ...........

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |

علاوات أخرى :
المجموع بالدينار :
المجموع بالشيكل :

اعتماد المدير العام :

لشهيد مشيداً ( مدى حياة الأرمل ) بتب شهر م ١٢/٢/ ≤ ≥ وبدوزم حقها دن عبد المؤسسة.
دنه أم ذكرى .
لا رئيس دو إبرائم زائد فرع العبد ... .

ملاحظات التدقيق : ـــــــ التاريخ ١٧/٢/ ≤ ≥ التوقيع ـــــــ

ملاحظات الحاسب الآلي : ـــــــ التاريخ ـــــــ التوقيع ـــــــ

CONFIDENTIAL 06:000071

P 3: 56

CONFIDENTIAL                                                06:000072

أولاً : معلومات ذاتية :

الرقم المحلي : ٢٦٣٩٢          ٥٠٨          الرقم المركزي : ١٢٤٩٤

اسم الحالة : فوزي جريس معض مراس          الاسم الحركي :

الجنسية : فلسطيني          رقم الهوية : ٩٥١٠٤٢٨٢٥

اسم المستفيد رباعي : مي حسني محمد النعيم          رقم الهوية : ٩٤٠١٠٠٤٤٥
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : فهرية محمد حمور          رقم هوية الأم :

اسم الزوجة : مي حسني محمد النعيم          رقم هوية الزوجة : ٩٤٠١٠٠٤٤٥

تاريخ ومكان الميلاد : ١٩٧٥ - رام الله          البلد الأصلي : اللد

الديانة : مسلم          الجنس : ذكر          الحالة الاجتماعية : متزوج

العمل السابق : عسكري مدني (ملازم)          العمل الحالي :

المؤهل العلمي : الأول الثانوي

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات ادارية :

الرتبة العسكرية : ملازم          الرتبة التنظيمية :

كتاب اعتماد الرتبة :          رقم :          تاريخ :

تطورات المخصص السابق :          الحالي :          التعديلات :

التنظيم التابع له : فتح          القطاع :

تاريخ الالتحاق بالثورة :          تنظيما :          عسكريا :          تفرغا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٥/١٢/٢٠٠٢ - رام الله (المنطقة الصناعية)

كيفية حدوث الحادث : قامت قوات من جيش الاحتلال بقصف السيارة التي كان يستقلها الشهيد مع ثلاثة من رفاقه مهند دريعة وعمر مقداد (خوخلية واغتيال جبانة) حيث انهم كانوا اطلقوا الشارة من الشطاً والبازوكة والانفجارية وضع كنا بنن شهداء الاقصى (الجناح العسكري لحركة فتح) رمى ادى الى استشهاد الثلاثة على الفور.

موجز سيرته الذاتية :

ولد الشهيد في مدينة رام الله ودرس في مدرسة الوكالة حتى الصف الأول الثانوي وبعدها عمل عدة مهن الا انه عمل في محل تجاري للاقمشة ومنه تزوج وأنجب خمسة أبناء ومفرزا ومتزوج مدة أخرى ولم ينجب منها ، و تمد التحمت بقوات فتح ال ١٧ وتم ترفيعه حتى استشهاده مشكّلاً صدد شهداء الانتفاضة بدءاً منها تتقل سرعة سلطات الاحتلال سابقاً

سكن الأسرة : ملك :          ايجار :          مشترك :

الاسم الشهير :          ٠٥٩٩٤٠٦٨

بعده الكامل : (رام الله) - جانب المسجد

الشخص : شقيق شادي سامر ■■■■

■■■■■ - ولده

                                                            P 3: 57

بسم الله / الشهيد الأقصى : [اسم] ........... م + ب

**توصية القسم :**

* أحد شهداء انتفاضة الأقصى ...
* الشهيد ... عسكرياً ...
* لذلك نوصي ...

التاريخ : ١٧/٢/ ....    التوقيع : ..........

**قرار مدير المؤسسة :** (   )

الحصة الأولى : م للزوجة مع ...... أبناء : ...........
الحصة الثانية : ب للزوجة مع أربعة أبناء : ...........

التاريخ : ..........    التوقيع : ..........

**حساب المخصص :**

| أساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات أخرى : ..........
المجموع بالدينار : ..........
المجموع بالشيكل : ..........

**اعتماد المدير العام :**

..........

**ملاحظات التدقيق :** ..........
التاريخ : ١٧/٢/ ....    التوقيع : ..........

**ملاحظات الحاسب الآلي :** ..........
التاريخ : ..........    التوقيع : ..........

CONFIDENTIAL

06:000073

P 3: 58