REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.331

REDACTED - PUBLICLY FILED VERSION

PLAINTIFF'S EXHIBIT 331

July 14, 2003 [illegible] 1 February 10, 2002 Tsuri

**Statement of:** **Israel [Emblem] Police** **Statement 2 Sheet 1**

| Identity No. 0400996514 | First name Issa | Last name Natshe | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous name | Marital status | ☒ married ☐ single ☐divorced ☐ widower | | Sex Male | Religion Muslim |
| Date of birth [REDACTED] 1981 | Place of birth Jerusalem | Home telephone number [REDACTED] | Business telephone number | | |
| Home address Ramallah | | Business name and address Transportation driver/ gold plant | | | |
| Mobile telephone No. [REDACTED] | Father's name Grandfather Abdallah / Issa | Parents' address Ramallah | | | |

| Feb 4, 2002 | 7:50 p.m. | Jerusalem Police Station | Investigator | 100835-8 | SSM | Yitzhak | Yakobov |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

I saw the above named individual before me and I said to him: I, Police Officer Yitzhak Yakobov, Badge No. 100835-8, hereby inform you that you are suspected of activities against the security of the region. You are not obliged to say anything unless you wish to do so but anything that you do say shall be written down by me and may be used as proof against you [Arabic text] [Signature] Yitzhak Yakobov. After I read out the content of the above out loud and translated it for the above named individual he told me the following: ---

Q. Have you understood that of which you are suspected? ---

A. Yes, I have understood. ---

In my previous testimony to the police, I told you that Fawzi sent me to Taibeh in order to bring something. I want to tell you that I knew that I was going to Taibeh in order to bring a an Uzi rifle [sic] to Fawzi but when I reached Taibeh and met the person in Taibeh whom I mentioned in the previous testimony, I pretended that I did not know what it was all about and later on I contacted Fawzi Murar and I said to him that I do not want any trouble and that I am afraid to take the rifle. I then returned to Ramallah without the weapon. In my previous statement to the police I only related that Fawzi came to my home early in the morning and told me that he wanted me to take him and his friends to Beit Hanina to carry out a shooting attack and that Fawzi told me that ultimately he did not go with them and they were caught in Beit Hanina. I want to add that Fawzi told me that he did not go with them because his leg [Translator's note: could be foot; unclear] was injured. Also, Fawzi told me that one of the young men that went to carry out the attack, Salah Sarsur, who is about 25 years old and a resident of Ramallah, ran away. Another young man by the name of Salah was caught and there is another young man, Abed, who is still hiding in Beit Hanina. Subsequently, Fawzi asked me for my cell phone and spoke to Abed, who was hiding in Beit Hanina. Fawzi spoke to Abed and asked him where to send the driver and Abed replied to Fawzi that he would call him later on. Fawzi told me that he understood from Abed that he, Abed, was hiding water tank [sic]. Also Fawzi Murar told me that had the three young men carried out the shooting attack, each of them would have received 5000 dollars from Marwan Barghouti. Fawzi asked me to go and bring Abed from Beit Hanina but I refused. I left for work in my van and then Fawzi contacted me and asked me

Time of completion of statement

M.3007 D.M. J'lem 219470 (11.2000)10.000x50x2

[Arabic text]

[Signature] Yitzhak Yakobov

**Statement of:** **Israel [Emblem] Police** **Statement 2 Sheet 2**

| Identity No. 0400996514 | First name Issa | Last name Natshe | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous name | Marital status ☐ married ☐ single ☐divorced ☐ widower | | | Sex | Religion |
| Date of birth | Place of birth | Home telephone number Continued from previous page | Business telephone number | | |
| Home address | | Business name and address | | | |
| Mobile telephone No. | Father's name Grandfather Abdallah / Issa | Parents' address | | | |

| Feb 4, 2002 | 8:10 p.m. | Jerusalem Police Station | Investigator | 100835-8 | SSM | Yitzhak | Yakobov |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

about the situation on the road between Ramallah and Jerusalem and I told Fawzi that there were roadblocks and police in the Beit Hanina region. At around noon, I ran into Fawzi in Ramallah, by chance. He was with another young man by the name of Faraj, who is around 29 years old and is a resident of Ramallah who worked at the D.C.O. together with Fawzi Murar. Salah Sarsur was also with them. Fawzi told me that he thought that Abed had been caught because his cell phone was off. Fawzi called me again at night [illegible; crossed out] and told me that that Abed had tried to escape from Beit Hanina in a Subaru automobile that belongedto someone else, but he was caught. About two days later, Fawzi was arrested in the Palestinian Authority. In my previous statement to the police, I told you about the stolen vehicles that I would deliver from Lod to Ramallah. I wish to add that when I would come to Lod I would contact Fawzi and then Fawzi would give my number to one of the following people: (1) Assad al-Khayat, who is about 22 years of age and a resident of Lod. (2) Amir Kaban, who is about 33 years of age; he is a Jewish drug addict. (3) "Juha", who is an Israeli Arab about 33 years of age. (4) Ramzi, who is an Israeli Arab about 22 years of age. Subsequently, one of these people would call me and I would meet him in Lod. I would take delivery of the stolen vehicle and deliver it to Ramallah. There was someone by the name of Sami, who is about 26 years of age and a resident of Ramallah, who used to deliver stolen vehicles for Fawzi from Lod to Ramallah. I drove Sami to Lod twice and then he was arrested. This was approximately one year ago. ---

Q. Do you have anything to add? ---

A. No. ---

This is my statement that was read out loud to me and translated into Arabic and certified as accurate by my signature. ---

[Arabic text] [sig.] [illegible] Yitzhak Yakobov. Badge No. 100835-8, SSM

[Signature] [Yakobov]

Time of completion of statement

M.3007 D.M. J'lem 219470 (11.2000)10.000x50x2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as Issa Natshe Statement Implicating Fawzi Murar - February 4 2002 [police statement].

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, Issa Natshe Statement Implicating Fawzi Murar - February 4 2002 [police statement].

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2392704

10/2/02

משטרת ישראל

הודעה של / إفادة

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 040099614 | עיסא | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | נשוי متزوج ☒ | זכר | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| [redacted] .81 | ירושלים | [redacted] | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| רמאללה | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | כתובת ההורים العنوان الأب |
|---|---|---|
| [redacted] | עבדאללה / עיסא | רמאללה |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 4.2.02 | 1950 | מ' ירושלים | 1008358 | [illegible] | יצחק | יעקובוף |

[illegible] אני איש משטרה יצחק יעקובוף מ.א. 1008358

[illegible]

[illegible]

عيسى عبد الله عيسى الشنة △ יצחק יעקובוף

[illegible]

שאלה – האם הבנת את האזהרה שלך?

תשובה – כן אני הבנתי.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] 5000 דולר [illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

عيسى عبد الله عيسى الشنة

יצחק יעקובוף

P 3: 72

הודעת של / اعلان ب

משטרת ישראל

הודעה מס' / اعلان رقم: 2 גליון מספר / نسخة رقم: 2

| מס' זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 040099651/4 | עיסא | [illegible] | |

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل

מין / الجنس — דת / الدين

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة: [illegible] — טל. בבית / التلفون في البيت — טל. בעבודה / التلفون بمكان العمل

מען מגורים / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب: עבדאללה / עיסא — כתובת ההורים / العنوان الاب

תאריך / التاريخ: 11.2.02 שעה / الساعة: 20:00 מקום / المكان: [illegible] ירושלים החוקר / المحقق: מס' אישי / الرقم الشخصي: 1008352-8 דרגה / الرتبة: רס"ר שם פרטי / الاسم الشخصي: יצחק שם משפחה / اسم العائلة: [illegible]

לא המצב בכלל בין רמאללה לירושלים ואני אמרתי לבאסם שיש מחסומים וכולם [illegible] בתור [illegible] חנינא. [illegible] [illegible] [illegible] ברמאללה הוא היה את [illegible] בשם [illegible] בן 29 תושב רמאללה [illegible] ב-D.C.O. [illegible] [illegible] [illegible] בין בן [illegible] אדם [illegible] באסם אמר לי [illegible] [illegible] כי [illegible] [illegible] באסם [illegible] אמר לי [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] שמעתי [illegible] אני [illegible] [illegible] [illegible] [illegible] לרמאללה. אני [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] בן 22 [illegible] [illegible] בן 33 [illegible] [illegible] ישראלי בן 33 [illegible] [illegible] בן 22 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] לרמאללה. [illegible] [illegible] בן 26 תושב רמאללה [illegible] [illegible] [illegible] לרמאללה. אני [illegible] [illegible] [illegible] [illegible]

שאלה – האם יש לך מה להוסיף?

תשובה – לא

כל הדברים שנקראו בפני [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] יצחק [illegible] מ.א. 1008352-8 רס"ר

שעת סיום גביית ההודעה