REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.334





A                                                         P 3: 000082





C

P 3: 000084





E

P 3: 000086





G                                                                                                    P 3: 000088



H

P 3: 000089



P 3: 000090



J

P 3: 000091



K

P 3: 000092



L

P 3: 000093



M

P 3: 000094



N

P 3: 000095



O

P 3: 000096