# EXHIBIT A.335
## (1 of 2)

PLAINTIFF'S
EXHIBIT
335

[illegible] [Signature] *May 20, 2004*

| Statement by | Israel Police | | Statement No. 3 Sheet No. 1 | |
|---|---|---|---|---|

| Identity No. 900625641 | First Name Abed-Al Hadi | Last Name Ahmed | Name in Latin letters | |
|---|---|---|---|---|
| Previous name | Marital Status Married ☒ Single | Divorced Widowed | Gender Male | Religion Muslim |
| Date of Birth December 22, 1977 | Place of Birth Gaza | Home Phone | Office Phone | |
| Address of Residence Ramallah | | Name and Address of Workplace Palestinian Authority | | |
| Mobile phone No. | Father's Name Hassin | Parents' Address | | |

| Sept. 6, 2001 | 10:10 a.m. Time | Jerusalem police | Investigator | 94857 Serial no. | Msr. Sgt. Rank | David First name | Mizrachi Last name |
|---|---|---|---|---|---|---|---|
| Date | | Place | | | | | |

1  I saw before me the above mentioned individual and I said to him: I, a police officer, David Mizrachi 94857, inform you
2  that you are suspected of possession of war materiel, planning to carry out an attack, in contravention of the law. You do
3  not have to say anything but anything that you will say will be written down by me and may be used as evidence. After I
4  translated and read out to the suspect the above and after he understood he signed it.
5  94857 David Mizrachi [Signature]
6  I understand what you are telling me now. I want to tell you that on the day on which we went out to Beit Hanina and we
7  were arrested, the day before that I met in Ramallah in the Manara Square, I, [illegible] Safran Fawzi, Abu Nimer, and
8  there was with us there a [illegible] whose name was Randi Alhirsh, aged 23, single, working with me at the DCO, his
9  address is Jebalia, and today he lives in Ramallah. When we were there in Manara Square, Fawzi showed us the weapons
10  that we had inside the car and said to Randi that we were going out to carry out an attack in Jerusalem and he also
11  suggested to Randi that he should come with us to the attack, but Randi refused. After that I said that we should go to a
12  place where there are no people in order to shoot and learn to shoot, and when we went, Randi also came with us, and he
13  also fired a weapon. We fired only using the rifles that we had and that time Fawzi also had a Kalashnikov that he had
14  brought with him, but we did not shoot it.
15  Question: Who brought the weapons and the cartridges:
16  Answer: Fawzi brought it all.
17  Question: You told me in a previous statement that you were promised money. Was everyone offered money for the
   activity:
18  Answer: Don't know. Fawzi said to me that he would give me dollars for it.
19  Question: In the previous statement you said that you had called Umuna'am [?] Abu Zina. How many times did you talk to
20  him by telephone?
21  Answer: Twice. Once before we were caught, for about half an hour, it was not more than half an hour, when we were in
22  the car, I and Umuna'am and once before that after people saw us in Beit Hanina and asked us questions.
23  Question: Where do you know Umuna'am Abu Zina from?
24  Answer: From Hebron. He has sisters and aunts who live in Hebron in Harat A Sheikh and he would go there to visit them
25  and I would work in Hebron at the DCO so I got to know him.
26  Question: Where did Fawzi bring Abu Nimer the weapons from?
27  Answer: I don't know. He came to me and brought the weapon. I don't know from where.
28  [Arabic signature]            94857 David Mizrachi [Signature]

Time of completion of taking of statement

M. 3007

1

| Statement by | Israel Police | | Statement No. 3 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Abed-Al Hadi | Last Name<br>Ahmed | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐ Single ☐ | Divorced ☐ Widowed ☐ | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| Sept. 6,<br>2001<br>Date | Time | Place | Investigator | Serial No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1  Question: What weapons did you have when you were in Ramallah?
2  Answer: 2 Beretta rifles and two I do not remember which type, it was a long rifle and also a Kalashnikov of Fawzi's and
3  there was also an iron colored grenade.
4  Question: what happened with that grenade?
5  Answer: When we were in Ramallah I held the grenade in my hand, but after that when we departed for Beit Hanina I left
6  the grenade in the car because I was afraid that it would not explode.
7  Question: Where in the car did you leave the grenade?
8  Answer: Between the front seats.
9  Fawzi brought this grenade also and I left the grenade in the car.
10 Each rifle had one magazine that was filled with cartridges and we fired some of the cartridges in Ramallah, so in each rifle
11 except the Kalashnikov there were a few cartridges left.
12 At this stage I am showing handwriting in Arabic to the suspect and I asked whether it was his handwriting. I was
13 answered in the positive. I seized the handwriting and marked it with the initials of my name and the date, today, D.M.
14 September 6, 2001.
15 This is my statement that was translated and read out before me and confirmed by me as correct with my signature.
16 [Arabic signature] 94857 David Mizrachi [Signature]
17
18
19
20
21
22
23
24
25
26
27                                                                                                                      10:40 a.m.
28

Time of completion of taking of statement

M. 3007

2

*P/7* [Signature] *May 20, 2004*

| Statement by | Israel Police | | Statement No. 4 Sheet No. 1 | |
|---|---|---|---|---|
| Identity No.<br>900625641 | First Name<br>Abed-Al Hadi | Last Name<br>Ahmed | Name in Latin letters | |
| Previous name | Marital Status<br>☐ Married ☐ Single | ☐ Divorced ☐ Widowed | Gender<br>Male | Religion<br>Muslim |
| Date of Birth<br>December 22, 1977 | Place of Birth<br>Jebalia | Home Phone | Office Phone | |
| Address of Residence<br>Ramallah | | Name and Address of Workplace<br>Police officer at the Ramallah DCO | | |
| Mobile phone No. | Father's Name  Grandfather<br>Hassan  / Ibrahim | Parents' Address<br>Jebalia | | |

| Sept. 25, 2001 | 2:23 p.m. | Jerusalem | Investigato | 100835-8 | Sgt 1ˢᵗ | Yitzhak | Ya'akobof |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | r | Serial no. | Class<br>Rank | First name | f<br>Last name |

1  I saw the above mentioned individual before me and I said to him, I a police officer, Yitzhak Ya'akoboff, badge No.
2  100835-8, inform you that you are suspected of possession of war materiel and planning an attack against Israeli targets.
3  You do not have to say anything unless you want to, but anything you say will be written by me and may be used as
4  evidence against you.
5  [Arabic signature] Yitzhak Ya'akoboff
6  After I read out and translated to the above mentioned individual the content of the foregoing text, he said to me as follows:
7  Question: Do you understand the suspicions against you?
8  Answer: Yes, I have understood.
9  [illegible] a number of statements to the police and now I wish to tell you about what [illegible] the investigation. That is it
10 and [illegible].
11 On the day on which we departed to carry out the attack in Beit Hanina, as I said in my previous statements, Fawzi, alias
12 "Abu Nimer", gave me a grenade and a green [illegible]. This grenade was in my pocket. He gave me the grenade back in
13 Ramallah. [illegible] and I threw the Beretta rifle, I also threw the grenade next to the weapon.
14 That is my statement, which has been read out before me and translated into Arabic and confirmed as correct by my
15 signature.
16 [Arabic Signature] Yitzhak Ya'akoboff Badge No. 1008358 [Signature]
17
18
19
20
21
22
23
24
25
26
27
28

Time of completion of taking of statement

M. 3007

3

*P/3* [Signature] *May 20*

| Statement by | | Israel Police | | Statement No. 4 Sheet No. 1 | | | |
|---|---|---|---|---|---|---|---|
| Identity No.<br>96642228 | | First Name<br>Suhail | | Last Name<br>Safran | | Name in Latin letters | |
| Previous name | | Marital Status<br>Married ☐ Single ☒ | | Divorced ☐  Widowed | | Gender<br>Male | Religion<br>Muslim |
| Date of Birth<br>September 9, 1980 | | Place of Birth<br>Ein Yabroud | | Home Phone<br>2985117 | | Office Phone | |
| Address of Residence<br>Ramallah | | | | Name and Address of Workplace<br>Aluminum | | | |
| Mobile phone No.<br>050-522449 | | Father's Name  Grandfather<br>Ibrahim / Abdullah | | Parents' Address<br>Ramallah | | | |

| Sept. 25, 3:00 p.m.<br>2001  Time<br>Date | Jerusalem  Investigato<br>police  r<br>Place | 100835-8  Sgt 1ˢᵗ<br>Serial no.  class<br>Rank | Yitzhak  Ya'akobof<br>First name  f<br>Last name |
|---|---|---|---|

1  I saw the above mentioned individual before me and said to him: I, a police officer, Yitzhak Ya'akoboff, Badge No.
2  100835-8, inform you that you are suspected of throwing Molotov cocktails. You do not have to say anything unless you
3  want to, but anything that you shall say will be written down by me and may be used as evidence against you.
4  [Arabic signature]        Yitzhak Ya'akoboff
5  After I read out and translated to the above mentioned individual the content of the text above, he said to me as follows:
6  Question: Have you understood the suspicions against you?
7  Answer: Yes, I have understood.
8  Question: What do you have to say about this?
9  Answer: In 1991 I prepared a Molotov cocktail and departed with Jamil al Rakaiam aged about 21, a resident of Ramallah,
10  a poultry worker in Bir Naballah. We departed in order to throw the Molotov cocktail at an IDF patrol in our neighborhood
11  in Ramallah. I lit the Molotov cocktail in order to throw it, but the Molotov cocktail burned in my hand and I burned my
12  hand and did not throw the Molotov cocktail.
13  Question: Did you throw other Molotov cocktails?
14  Answer: No, that was the only time that I wanted to throw a Molotov cocktail, but I did not throw one this time either. I
15  wish to add that in the statement that I gave to the police on September 20, 2001, I said that in 1991 I along with Jamil Al
16  Rakaiam and other people threw a Molotov cocktail at a military patrol and at the police station in Ramallah. I want to tell
17  you that that is not correct, I just said that. I have never thrown Molotov cocktails. All the other things that I said in my
18  testimony are correct.
19  Question: Have you participated in throwing stones towards IDF forces?
20  Answer: Yes, in October 2000 I along with Salah Isa Sarsour, aged about 24, a resident of Ramallah, threw stones at IDF
21  forces at Ayosh Junction.
22  That is my statement, which was read out before me and translated into Arabic and confirmed as correct by my signature.
23  [Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Sergeant First Class [Signature]

Time of completion of taking of statement

M. 3007

4

*P/2* [Signature] *May* [illegible], *2004*

| Statement by | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|

| Identity No. 966422289 | First Name Suhail | | Last Name Safran | | Name in Latin letters | |
|---|---|---|---|---|---|---|
| Previous name | Marital Status Married ☒ Single ☐ | | Divorced ☐  Widowed ☐ | | Gender Male | Religion Muslim |
| Date of Birth September 5, 1980 | Place of Birth Ein Yabrud | | Home Phone 2985117 | | Office Phone | |
| Address of Residence Ramallah | | | Name and Address of Workplace Aluminum | | | |
| Mobile phone No. | Father's Name Ibrahim | | Parents' Address | | | |

| Aug. 31, 2001 Date | 2:20 p.m. Time | Jerusalem police Place | Investigator | 94857 Serial no. | Msr Sgt. Rank | David First name | Mizrachi Last name |
|---|---|---|---|---|---|---|---|

1. I saw before me the above mentioned individual and said to him, I, a police officer, David Mizrachi, 94857, inform you
2. that you are suspected of possession of war materiel and planning to carry out an attack, in contravention of the law. You
3. do not have to say anything, but whatever you say will be written by me and may be used as evidence. After I translated
4. and read out to the suspect the text and after he understood and signed, he said:
5. [Arabic signature] 94857 David Mizrachi [Signature]
6. I understand what you have said to me now, and I have no connection to this matter. Somebody laughed at me about this
7. matter and they are Abed and Salah, and they were the ones who laughed at me.
8. Question: Who are Abed and Salah and where do you know them from?
9. Answer: I know Abed through Salah and I have not known him for long. Abed is aged 24 and he said to me that he was
10. from Hebron. And I know Salah Sarsour and he is from Ramallah, he is aged about 25, I think that he is married and works
11. in aluminum, he used to work with me a long time ago in aluminum, at the Almasri place. We worked together for two
12. years, two years ago.
13. Question: If you worked until two years ago together and you are still together that means that you are in contact.
14. Answer: Yes, there is friendly contact between us and we previously had working contact, I still work as an employee and
15. he now works alone.
16. Q/A: Salah told me that Abed was working at the Palestinian Authority. In joint DCO patrols.
17. Question: Describe Abed to me.
18. Answer: He is about my height, maybe 180 cm, lean, maybe like me, I have not seen him for two years. His hair is black,
19. full, without a beard or mustache.
20. Question: How did you get to know Abed?
21. Answer: I met Salah, my friend who was with him by chance, Abed I also met, I met them in Manara Square and there we
22. got to know each other. And then we talked in general and I said to them that I had no money and that I was broke (in
23. Hebrew) and that's all. And then each of us went to our respective homes.
24. After about two days I met Salah and Abed again in Manara Square and they were together, and then it was Wednesday
25. and they asked me what I thought, what I thought about joining them so that they would bring weapons and we would
26. shoot at cars, and I asked them where we would bring weapons from and he did not answer this. After that I asked him
27. where we would shoot and they told me that it would be after the checkpoint of the airfield, and then they told me where
28. exactly, and they said that they would give me money.
29. [Arabic signature] 94857 David Mizrachi [Signature] /... 2

Time of completion of taking of statement

M. 3007

5

| Statement by | Israel Police | | Statement No. 1 Sheet No. 2 | | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Suhail | | Last Name<br>Safran | | Name in Latin letters |
| Previous name | Marital Status<br>Married ☐   Single ☐ | | Divorced ☐   Widowed | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | | Home Phone | Office Phone | |
| Address of Residence | | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address | | |

| Aug. 31,<br>2001<br>Date | Time | Place | Investigato<br>r | Serial no. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1   and they did not tell me how much money I would get, and then I agreed.

2   Question: Did they tell you that you would fire after the airfield checkpoint where it comes out and at whomever you

3   could?

4   Answer: It is after the checkpoint towards Jerusalem, and they said that we were to shoot at cars belonging to Jews, and

5   that can also be army. And they did not want me to know everything, and wanted everything to be secret, so that only they

6   would know about it.

7   Question: After you agreed, what happened?

8   Answer: They said to me that they would talk with me on the following day. Salah has my mobile phone number, maybe

9   050, I am not sure, and my mobile phone was seized when I was arrested!

10   On the following day, it was Thursday, Salah called me on my mobile phone and asked me whether I wanted to go with

11   them, and I said yes, and then Salah said to me that they would wait for me in Ramallah, in Manara Square, at seven

12   o'clock or seven thirty in the evening. I came to Manara Square and met Abed and Salah there, and they were without a

13   vehicle or a weapon. And then, when I met them, they asked me again what was with me, and I said to them that I was

14   going with them, and then Abed said that he was going for half an hour and that Salah and I were to wait for him in Manara

15   Square. We did not know why he was going, but when he returned and brought a weapon I understood why he went, and

16   then from there we went to a woods and that was an isolated place and there, Abed showed us two weapons. One long, I do

17   not know what its name is, but I do know that it is a long weapon, maybe 80 cm its length is, and another rifle, which Abed

18   told me was named MP-5 or Beretta, I do not remember. The two rifles were black. And then Abed showed me and Salah

19   how to cock the weapon and how to fire, and then Abed fired with the weapon maybe 5 rounds, and Salah and I did not

20   shoot, and I asked Abed where his weapon was, and he told me that he had it on him under his jacket, because Abed was

21   wearing a jacket. After that, we hailed a taxi to stop and we traveled to the airfield checkpoint, and from there we went on

22   foot towards Beit Hanina. There I saw that there were Border Guards and a helicopter above, and I said to them that I did

23   not want to deal with that and Salah also said that he wanted to go from there, and Abed also agreed, and we bypassed the

24   road so that we would not encounter the Border Guard and we saw there the Border Guard waiting and we hid behind the

25   fence, and then a police intelligence type police car came, and then they told us to stop and I put up my hands and gave

26   myself up to them, and then Abed fled and Salah also fled. Before he fled, he threw the bag to me. Inside the bag were the

27   rifles. That was a brown bag that Abed had brought. When Abed brought the weapons he brought them inside that bag.

28   [Arabic signature] 94857 David Mizrachi [Signature]

Time of completion of taking of statement

M. 3007

| Statement by | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No. | First Name Suhail | Last Name Safran | Name in Latin letters | |
| Previous name | Marital Status Married ☐ Single ☐ | Divorced ☐ Widowed | Gender | Religion |
| Date of Birth | Place of Birth Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

Aug. 31, 2001    Time      Place    Investigator     Serial no.    Rank    First name    Last name
Date

1. And when I saw the Border Guard and the helicopter, I said that I wanted to go, and Salah also said that he wanted to go.
2. We hid there inside a garden behind a fence, and when the car with the police officers arrived from the direction of the fuel
3. station, they braked and went down towards us and Salah and Abed started to run away. I also started to flee and then I
4. heard gunshots so I stopped and gave myself up, and then Abed, who was fleeing in the same direction as me, threw the
5. bag to me and then they caught me. I and Abed fled together and Salah in another direction.
6. Question: When you arrived by taxi from Ramallah to the checkpoint, how did you sit and where were the weapons?
7. Answer: That was a Palestinian yellow Mercedes taxi with seven places, and then I and Abed sat behind the driver and
8. behind us sat Salah, and the weapons were with Salah. There was another passenger in the taxi in the front. I do not know
9. him.
10. Question: when Abed showed you how to operate the weapons, did you and Salah cock them too?
11. Answer: Yes, but without cartridges.
12. Question: Do you want to add something?
13. Answer: No
14. This is my statement that has been translated and read before me and confirmed as correct by my signature.
15. [Arabic signature]     94857 David Mizrachi [Signature]

3:05 p.m.
Time of completion of taking of statement

M. 3007

7

[Illegible] *P/4 May 20, 2004*

| Statement by *Roy* | | Israel Police | | Statement No. 1 Sheet No. 1 | | | |
|---|---|---|---|---|---|---|---|
| Identity No. 900625641 | | First Name Abed-Al Hadi | | Last Name Ahmed | | Name in Latin letters | |
| Previous name | | Marital Status Married ☒ Single ☐ | | Divorced ☐  Widowed ☐ | | Gender Male | Religion Muslim |
| Date of Birth December 22, 1977 | | Place of Birth Gaza | | Home Phone | | Office Phone | |
| Address of Residence Ramallah | | | | Name and Address of Workplace Palestinian Authority – DCO | | | |
| Mobile phone No. | | Father's Name Hussein  Grandfather Ibrahim | | Parents' Address | | | |

| Sept. 3, 2001 Date | 3:30 p.m. Time | Jerusalem Police Place | Investigator | 94857 Serial no. | Msr Sgt. Rank | David First name | Mizrachi Last name |
|---|---|---|---|---|---|---|---|

1 I saw before me the above mentioned individual and I said to him: I, a police officer, David Mizrachi 94857, inform you
2 that you are suspected of possession of war materiel, use of weapons and planning to carry out an attack, in contravention
3 of the law. You do not have to say anything, but everything that you do say will be taken down by me and may be used as
4 evidence. After I translated and read out to the suspect the text and after he understood and signed, he said:
5 [Arabic signature]          94857 David Mizrachi [signature]
6 I understand what you are saying to me. I remember you. When we went out together to Beit Hanina, I shall tell you what
7 was with me. I have been working in the DCO for about 6 years. About 7 months ago I started working in Ramallah and
8 before that I worked in Hebron. During my work in Ramallah I met Fawzi, alias Abu Nimer, he is aged 27 and married
9 with children, living in Ramallah and hails from Ramallah and works in the DCO, after that it was about a month and a half
10 ago, Fawzi introduced to me his friend whose name was Suhail, who is aged 27, single, works in aluminum, lives in
11 Ramallah and he is detained now, and we would sit in a café in Manara Square. On Wednesday before I was arrested, I
12 would sit with other people to eat dinner, it was in the area of Albalua [?], where we bought food at a grocery and we sat to
13 eat in the street, and the people who were with me were: Fawzi Abu Nimer, Suhail and there was another young man
14 whose alias was Salia Sarsour, and I do not know what his name was. He is 27, works in aluminum, from Ramallah, and he
15 is a friend of Suhail. And then we talked between us and Suhail suggested to me to go out with them to the A-Ram area
16 and to shoot at cars of Israelis there, and I agreed, but in the end we did not go, and on the following day, I met Suhail in
17 the evening in the Clock Square in Ramallah. [illegible] and Suhail again asked me whether I [illegible] cars of Israelis. I
18 said to him yes, and then Suhail said to me that he needed to go and bring something and that we would meet half an hour
19 later in the Mukataa in Ramallah. [illegible] I met Suhail again and Salia and Fawzi were also there. Fawzi was with his
20 Isuzu car, which had military paintwork, and I saw that Suhail had a bag, and inside that bag was a weapon, a Beretta rifle
and another large rifle whose type I do not know.
21 Question: From where did Suhail bring the weapons?
22 Answer: I don't know. When I arrived they were ready.
23 When [illegible] in Fawzi's car to the checkpoint next to Urabi [?] and from there, I, Suhail and Salia traveled in the car to
24 the Kalandia checkpoint.
25 Question: [illegible] did not take you up to the Kalandia checkpoint?
26 Answer: Because he was not allowed to enter there with army clothes that he was wearing, that is Israeli territory there.
27 [Arabic]          94857 David Mizrachi [Signature]          /...2
28

Time of completion of taking of statement

M. 3007

8

| Statement by | Israel Police | | Statement No. 1 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Abed-Al Hadi | Last Name<br>Ahmed | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐ Single ☐ | Divorced ☐ Widowed ☐ | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| Sept. 3,<br>2001<br>Date | Time | Place | Investigator | Serial no. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1  Question: If you traveled in Fawzi's car and in the taxi, who had the bag with the weapons?
2  Answer: Salia Sarsour had it between his legs.
3  Question: [illegible] the weapons.
4  Answer: I think that it is Suhail.
5  [illegible] Kalandia checkpoint, we went from there on foot and we bypassed the checkpoint and went towards Beit
6  Hanina. Suhail carried the weapons. He took the bag with him and when we arrived at Beit Hanina, we saw that there was
7  a lot of army and police there, and I suggested to them that maybe we should return to Ramallah and they agreed to. But
8  they said that first we should go a bit [illegible] in Beit Hanina.
9  Question: At what time roughly did you arrive in Beit Hanina?
10  Answer: Between half past eight and nine in the evening, approximately.
11  Because we were in the [illegible] in Beit Hanina, we saw four young men from Beit Hanina, who asked us questions, why
12  we were scared and whom we were running away from and what we had inside the bag. And then I said to them that I had
13  a relative whose name is Abed Abu Zina, and he lives in Beit Hanina, and we had come to visit him, and I took [illegible]
14  his mobile phone and I called Abed Abu Zina by mobile phone and told Abed that I was in Beit Hanina and that he should
15  come to pick me up, but Abed said that he was in Muqasad hospital and could not come.
16  Question: Who is that Abed Abu Zina?
17  Answer: He is aged 22, single, he is disabled and lives in Beit Hanina, and I know him from the time I was in Hebron
   working, and he would come there to visit his family.
18  Question: If this is the case, he is not a relative of yours.
19  Answer: No, he is not a relative of mine. I just told them that he is a relative of mine so that they would think that I had
20  really come to visit him.
21  Question: Where do you know Abed's mobile phone number from?
22  Answer: I remember it maybe it is 052-389147, and I also wrote it down before we went out to Beit Hanina on Salia's
23  mobile phone.
24  And after they asked us again what was in the brown bag, I told them that there were drugs, grass, in it, and the suggested
25  that we should give them a little of the drugs, and then we saw that there was police there and I told them that we have
26  weapons inside the bag and I asked them to help us escape from the police, and then they told us where to flee to, and I ran
27  in one direction and Suhail continued to run too, and then the same young man
28  [Arabic signature]       94857 David Mizrachi    [Signature]

Time of completion of taking of statement

M. 3007

9

| Statement by | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Abed-Al Hadi | | Last Name<br>Ahmed | Name in Latin letters |
| Previous name | Marital Status<br>Married ☐ Single ☐ | Divorced ☐ Widowed | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | | Home Phone | Office Phone |
| Address of Residence | | | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | | Parents' Address | |

| Sept. 3,<br>2001<br>Date | Time | Place | Investigato<br>r | Serial no. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1 from Beit Hanina who ran with us told me to throw the weapons in some street between the houses. I took you on Friday
2 evening to that place and we did not find the weapons there. I threw it and I remember that next to it there was a building
3 on which "Kulia" something was written. After I threw the weapons I continued to run normally from the main street, and
4 there were soldiers and police officers there but they did not arrest me, because the weapons were no longer with me.
5 Question: When did you take the weapons with you and how many weapons were there?
6 Answer: I think that it was in the garden, I took with me one weapon that I took out of the bag. Inside the bag were two
7 rifles, a Beretta and one large rifle, and I took one that came out and that was all.
8 Question: And where did you put the weapon when you ran away?
9 Answer: On my body under my shirt.
10 I remember now that it was not in the garden that I took the weapon, it was before that, when we passed the checkpoint I
11 took the weapon with me, to make it easier for Suhail.
12 Question: Why were you the only one to take the weapon?
13 Answer: Because Suhail said to me:
14 [illegible] the weapon, I saw that Suhail had also thrown the bag with the weapons that he had [illegible] into the [illegible]
15 next to the place where I threw the weapon earlier, I and Suhail continued [illegible] and I went there normally. And I went
16 to the place below and I saw there a large stone and I hid behind this large stone all night. In the morning, I saw that there
17 was less army at the site and I decided to call Abed Abu Zina again, and I called Abed from my mobile phone, which I had
18 kept, and asked [illegible] to take me and I said to him that I was next to the fuel station, and after about half an hour, Abed
19 arrived and when I saw him I asked him to take me to the checkpoint, but he suggested that we go first to drink tea
20 together. But I said to him that I was tired and when we traveled I slept on the way in the back seat, and when Abed saw,
21 he slept also, and after some time I saw that the army was coming to the car, and I from the back seat got into the trunk.
22 When Abed asked me what had happened, I told him that I had a problem because I had no entry permit to Israel, so I got
23 into the trunk. And then the army came and opened the trunk and arrested me.
24 Question: In what car were you caught and whom did it belong to.
25 Answer: A white Subaru Grand Leone of Abed Abu Zina. Abed did not know what had happened to me with the weapon.
26 At this stage I show the suspect handwriting in Arabic and to my question as to whether it was his handwriting I was
27 answered in the affirmative. I also showed him a drawing and asked him what it was, and he said that it was a drawing of
28 the place at which he had thrown the weapon. I seized his handwriting and the drawing and marked them with the initials
of my name and the date today. D.M. Sep 3, 2001. This is my statement that was translated and read out before me and
confirmed as correct by my signature. [Arabic signature]          94857 David Mizrachi [Signature]

Time of completion of taking of statement

M. 3007

10

*Sept. 25, 2001* [Illegible] *May 20, 2004*

| Statement by | Israel Police | | Statement No. 3 Sheet No. 1 | |
|---|---|---|---|---|

| Identity No.<br>900625641 | First Name<br>Abed-Al Hadi | Last Name<br>Ahmed | Name in Latin letters | |
|---|---|---|---|---|
| Previous name | Marital Status<br>Married ☐ Single ☒ | Divorced ☐  Widowed ☐ | Gender<br>Male | Religion<br>Muslim |
| Date of Birth<br>Dec 22, 1977 | Place of Birth<br>Gaza | Home Phone<br>052-485520 | Office Phone | |
| Address of Residence<br>Ramallah | | Name and Address of Workplace<br>Police officer in the DCO in Ramallah | | |
| Mobile phone No. | Father's Name  Grandfather<br>Hassan /        Ibrahim | Parents' Address | | |

| Sept. 23, | 3:15 p.m. | Jerusalem | Investigato | 100835-8 | Sgt. 1st | Yitzhak | Ya'akobof |
|---|---|---|---|---|---|---|---|
| 2001 | Time | police | r | Serial no. | class | First name | f |
| Date | | Place | | | Rank | | Last name |

1  I saw the above mentioned individual before me and I said to him: I, a police officer, Yitzhak Ya'akoboff, Badge No.
2  100835-8, inform you that you are suspected of possession of weapons and planning to carry out an attack. You do not
3  have to say anything unless you want to, but anything you say will be taken down by me and may be used as evidence
4  against you. [Arabic signature]          Yitzhak Ya'akoboff.
5  After I read out and translated to the above mentioned individual the content of the text above, he said to me as follows:
6  Question: Have you understood the suspicions against you?
7  Answer: Yes, I have understood.
8  Question: according to the original plan, where did you want to carry out the attack?
9  Answer: I suggested that we carry out the attack in A-Ram, but Suhail Safran objected and said that it would be better if we
10  were to carry out the attack inside Jerusalem, so we traveled to Beit Hanina.
11  [illegible] Sarsour Fawzi Maghar [illegible] We agreed between us that after we would carry out the shooting attack,
12  [illegible] would come to us in a vehicle and return us to Ramallah. Before we went out to the attack, Fawzi Maghar called
13  Isa and agreed with him that he, Isa, would come to take us after the attack.
14  Question: when they tried to arrest you, did you shoot at IDF soldiers?
15  Answer: No, I threw away the Beretta MP5 rifle [sic] before I hid from the soldiers.
16  Question: Did you describe to [illegible] where you hid the rifle?
17  Answer: No, I did not hide the rifle, I threw it while I was running away.
18  Question: When did you enlist in the Fatah?
19  Answer: in 1988, when I was as schoolboy, Na'il Abu Ata, aged about 26, a resident of Jebalia, suggested to me to enlist
20  into the Shabiba and I agreed. And I stayed an active member of the Fatah until the day of my arrest. After I enlisted into
21  the Shabiba, I participated in unrest and in rallies, and in 1994 I joined the Kataib Al Shuhada Al Fatah [Al Fatah Martyrs
22  Brigade], which is also called Sukur Al Fatah. And then I wrote slogans and participated in unrest.
23  [Arabic signature]          Yitzhak Ya'akoboff
24
25
26
27
28

Time of completion of taking of statement

M. 3007

11

| Statement by | Israel Police | | Statement No. 3 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No.<br>900625641 | First Name<br>Abed-Al Hadi | Last Name<br>Ahmed | Name in Latin letters | |
| Previous name | Marital Status<br>☐ Married ☐ Single | ☐ Divorced ☐ Widowed | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name  Grandfather<br>Hassan /       Ibrahim | Parents' Address | | |

| Feb. 23,<br>2001<br>Date | 3:40 p.m.<br>Time | Jerusalem<br>police<br>Place | Investigato<br>r | 100835-8<br>Serial no. | Sgt. 1ˢᵗ<br>Class<br>Rank | Yitzhak<br>First name | Ya'akobof<br>f<br>Last name |
|---|---|---|---|---|---|---|---|

1  Question: Who were the people who were with you at the Kataib Al Shuhada Al Fatah?
2  Answer: (1) Salem Agu Shanar, aged about 30, a resident of Sheikh Raduan in Gaza, he was the coordinator of the Kataib
3  Al Shuhada Al Fatah. (2) Salah Iari, aged about 25, a resident of Jebalia, Gaza. (3) Na'il Abu Ata, aged about 27, a resident
4  of Jebalia, Gaza. (4) Jamal Abu Tahun, aged about 25, a resident of Beit Lakia, Gaza, he enlisted me into the Kataib Al
5  Shuhada Al Fatah. (5) Yusef Abu Rabia, aged about 25, a resident of Jebalia, Gaza, he works in a bank in Gaza. (6) Nihad
6  Awad, aged about 24, a resident of Jebalia, Gaza.
7  Question: Did you trade in war materiel?
8  Answer: Yes. In 1998 I bought 2000 M-16 cartridges from Mazen Kawasma [?], aged about 25, a resident of Hebron
9  whose alias was "Abu Shadi", working as a tailor. I got to know him when I worked at the Palestinian Authority in Hebron.
10  I paid Mazen NIS 1000 for the cartridges. I sold 1800 cartridges to Salah Abu Shanar, and he paid me NIS 1800 for the
11  cartridges. 200 cartridges are kept by me in my parents' home in Gaza to this day. To be honest, there are about a hundred
12  cartridges left in my home, because I fired off about 100 cartridges in a firing range of the National Security in Gaza. I
13  fired the cartridges from a rifle belonging to a friend of mine known as "Abu Kamal", aged about 45, working in the
14  National Security in Gaza. After about a month, I bought another 1000 M-16 cartridges from Abed-Al Hamid Abu
15  Gaheisha, aged 23, a resident of Dura, working as a porter with a cart in Hebron. I got to know him from my period of
16  working in the Palestinian Authority in Hebron. I paid Abed-Al Hamid 1000 shekels for the cartridges. I took these
17  cartridges with me to Gaza but the military police people (the suspect says this in Hebrew) searched my vehicle and found
18  the cartridges and took the cartridges and took me to prison for two weeks and after that they transferred me to work in the
    DCO in Ramallah.
19  In 1998, Salem Abu Shanar suggested to me to purchase for him war materiel, but I refused. In addition, in that year, Iad
20  Shamah, aged about 25, a resident of Hebron, hailing from Jericho, suggested to me to purchase him war materiel and hand
21  grenades, but I refused this time too. In that year, 1998, Hazem Al Natsha suggested to me to purchase for him a LAW
22  rocket, but I refused.
23  [Arabic signature]        Yitzhak Ya'akoboff
24
25
26
27
28

Time of completion of taking of statement

M. 3007

12

Case 1:04-cv-00397-GBD-RLE    Document 547-238    Filed 06/25/14    Page 14 of 23

| Statement by | Israel Police | | Statement No. 3 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No. 900625641 | First Name Abed-Al Hadi | Last Name Ahmed | Name in Latin letters | |
| Previous name | Marital Status ☐ Married ☐ Single | ☐ Divorced ☐ Widowed | Gender | Religion |
| Date of Birth | Place of Birth Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name Grandfather Hassan Ibrith | Parents' Address | | |

| Sept. 23, 2001 Date | 3:58 p.m. Time | Jerusalem police Place | Investigator | 100835-8 Serial no. | Sgt. 1st Class Rank | Yitzhak First name | Ya'akobof Last name |
|---|---|---|---|---|---|---|---|

1  Question: Do you know other war materiel dealers?
2  Answer: Yes, I know (1) Awal Abu Samara, aged about 26, a resident of Dir Al Balah, a worker in the Palestinian
3  Authority. (2) Ibah Abu Samara, aged about 25, a resident of Dir Al Balah. (3) Ibrahim Daoud aged about 22, a resident of
4  Al Burerij Refugee Camp in Gaza, he is a taxi driver. (4) Abed Salman, aged about 30, a resident of Hebron.
5  Question: how do you know that these people are war materiel dealers?
6  Answer: These people are known as war materiel dealers. All the people know them as war materiel dealers, and also
7  because I work at the Palestinian Authority, I know the war materiel dealers.
8  Question: I am showing you handwriting in Arabic (in total two white pages). Is this your handwriting?
9  Answer: Yes, this is my handwriting and I wrote what I told you now in a statement.
10 (I seized the handwriting and marked it with the initials Y.Y. and the date September 23, 2001).
11 This is my statement that was read out before me and translated into Arabic and confirmed as correct by my signature.
12 [Arabic signature]          Yitzhak Ya'akoboff Badge No. 100835-8 Sergeant First Class
13                [Signature]

Time of completion of taking of statement

M. 3007

13

*Sept. 6, 2001* [illegible]  *July 4, 2004 P/9* [Signature]

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 1 | | | |
|---|---|---|---|---|---|---|---|
| Identity No.<br>966422289 | | First Name<br>Suhail | | Last Name<br>Safran | | Name in Latin letters | |
| Previous name | | Marital Status<br>Married ☐ Single ☒ | | Divorced ☐ Widowed ☐ | | Gender<br>Male | Religion<br>Muslim |
| Date of Birth<br>Sep 5, 1980 | | Place of Birth<br>Ein Yabroud | | Home Phone<br>2985117 | | Office Phone | |
| Address of Residence<br>Ramallah | | | | Name and Address of Workplace<br>Aluminum | | | |
| Mobile phone No.<br>050:522443 | | Father's Name  Grandfather<br>Ibrahim – Abdullah | | Parents' Address | | | |

| Sept. 5, 2001 | 12:42 p.m.<br>Time | Jerusalem police | Investigato r | 95311-7 | Msr. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | | Place | | Serial no. | Rank | First name | Last name |

1  I saw the suspect before me and I said to him: I, a police officer, Master Sergeant Moshe Levi, 95311-7, inform you hereby
2  that you are still a suspect. In your confession of August 31, 2001, it was written that you along with others carried out
3  shooting attacks against Israeli targets, attempted murder, possession of war materiel, in contravention of the law. You do
4  not have to say anything unless you want to, but anything you say will be written down by me and may be used as
5  evidence.
6  Signature of the suspect: [Arabic signature]                    Signature of the police officer: [Signature]
7  After I read out and translated to the suspect the text above, he said to me:
8  I have understood what you have said to me and I want to add things that I did not say in my previous confession. About
9  10 days before I was arrested, I was with Abed, I do not know the name of his father or family, he is aged about 23, single,
10  works in the DCO, and hails from Hebron, a resident of Ramallah, [illegible] a friend of mine, Salah [illegible] aged about
11  24, married, working in aluminum,  a resident of Hebron. To put it briefly, we were standing in the street and then came
12  Fawzi Hamdi Maghar, aged about 25, a worker at the DCO, married to two women, a resident of Ramallah, a friend of
13  Fawzi, suggested to me to carry out a shooting attack against Israeli vehicles and we would receive money for it. After
14  [illegible] I was with Abed and Salah Sarsour in Ramallah, and once again I met Fawzi and he once again [illegible] carry
15  out a shooting attack at Israeli vehicles, and we agreed to do it. Fawzi said to us that he would bring weapons and told us
16  that we would get money for it in dollars. Fawzi told us that it was activity on behalf of Marwan Al Barghouti, who is a
    relative.
17  The day before I was arrested, Fawzi called my mobile phone and arranged with me a meeting in Ramallah. We came to
18  the meeting, I, Salah and Fawzi.
19  Q/A: Abed did not come to the meeting. In Ramallah, we sat down in Fawzi's vehicle, a green Kia vehicle, without
20  numbers on the vehicle. Fawzi called someone called "Abu Ka'ar" and told him that he was sitting with the young men
21  who were prepared to carry out a shooting attack,
22  [Arabic signature]
23
24
25
26
27
28

                                                                    Time of completion of taking of statement

M. 3007

| Statement by | Israel Police | | Statement No. 2 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No.<br>966422289 | First Name<br>Suhail | Last Name<br>Safran | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐  Single ☐ | Divorced ☐  Widowed | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued -2- | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name  Grandfather<br>Ibrahim        Abdullah | Parents' Address | | |

| Sept. 5,  12:57 p.m.<br>2001        Time<br>Date | Jerusalem    Investigato<br>Police       r<br>Place | 95311-7    Msr. Sgt.<br>Serial no.    Rank | Moshe      Levi<br>First name   Last name |
|---|---|---|---|

1   and he wanted weapons. Fawzi told me that he needed weapons. After that, Fawzi got out of the vehicle and returned after
2   about half an hour, returned and brought with him a weapon from "Abu Ka'ar". I asked Fawzi who "Abu Ka'ar" was and
3   Fawzi told me that it was one of the supervisors of the Shabiba in the West Bank. Fawzi explained to me about this
4   weapon, a Beretta type weapon, and fired by mistake, and a bullet came out through the car's front window.
5   I asked Fawzi if he had only this weapon, and Fawzi said that he would bring more weapons. Fawzi called one of the
6   bodyguards of Marwan Barghouti – I do not know his name, and Fawzi asked me "whether the matter was ready". The
7   bodyguard said to me that he was a bit busy with Marwan Barghouti, because they were in a mourning house, and asked
8   me to wait half an hour.
9   After about half an hour, Fawzi called him again and we traveled to the mourning house, and when we arrived, Fawzi went
10  to talk to the bodyguard in his vehicle, a black Daewoo vehicle. Fawzi went back and said that the guard had told him to
11  wait for a little longer, and finally Fawzi decided that he would arrange everything by tomorrow. We agreed, and we went,
12  each to his own home. The following day, I returned from my work at about 4:00 p.m. I got a phone call from Fawzi and
13  he said to me that everything was ready and asked for us to meet at 4:30 p.m. in Ramallah. I agreed and I came to the place
14  and there I saw Abed, Fawzi and someone else whose name is Randi, a friend of theirs, aged about 24, single, works with
15  them in the DCO, a resident of Ramallah. I do not know the name of his father. Fawzi suggested to Randi to come with us
16  to carry out a shooting attack. Randi refused and said to him that he was humane ("insani"). [?] We boarded, I, Fawzi,
17  Abed and Randi, we traveled to an area that is called Tira, in Fawzi's vehicle I saw two weapons, one a rifle of carbine
18  type and a Beretta rifle. In Tira Fawzi showed me how to shoot these weapons. We conducted shooting training, I, Abed
19  and Randi, and we fired the weapons [illegible] Salah, I said to him that he must work at home and we all traveled to
20  Salah's home, and he [illegible].
    [Signature] 95311-7          [Arabic signature]
21
22
23
24
25
26
27
28

Time of completion of taking of statement

M. 3007

15

| Statement by | Israel Police | | Statement No. 2 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No.<br>966422289 | First Name<br>Suhail | Last Name<br>Safran | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐ Single ☐ | Divorced ☐ Widowed ☐ | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued -3- | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name Grandfather<br>Ibrahim         Abdullah | Parents' Address | | |

| Sept. 5,<br>2001<br>Date | 1:13 p.m.<br>Time | Jerusalem<br>Police<br>Place | Investigato<br>r | 95311-7<br>Serial no. | Msr. Sgt.<br>Rank | Moshe<br>First name | Levi<br>Last name |
|---|---|---|---|---|---|---|---|

1  [illegible] weapon [illegible] of Marwan Barghouti. Fawzi [illegible] weapon of MP-5 type, at 7:30 p.m., after Fawzi put
2  the weapons in a bag and dropped off me, Salah and Abed at the Urabi checkpoint, Fawzi and Randi returned to Ramallah.
3  We took a taxi and we arrived at the checkpoint next to the Atarot airfield. There, we alighted on foot, we bypassed the
4  checkpoint, Abed took the MP5 and hid it under the jacket that he was wearing, and I saw something protruding under the
5  jacket. I asked him what do you have [illegible]. He said to me that it was a weapon, but I think that it is a hand grenade,
6  because when we were in Fawzi's vehicle, I saw in the vehicle weapons and a hand grenade, and apart from that I think
7  that Abed hid this grenade under his jacket. I held the bag with the weapon and we walked on foot to Beit Hanina, and then
8  I saw at the site police officers, a helicopter and Border Guard Soldiers, and we decided to [illegible]. We went into a
9  garden. People saw us and asked us what we were doing here. Abed answered them, saying that we were [illegible] and
10  asked for a telephone to call my friend, we came out of the garden, and then they caught us. I gave myself up. Abed left the
11  bag and ran away with Salah. I did not [illegible]. Abed and Salah were caught. I was arrested and they seized the bag too,
12  and that is what happened.
13  Question: What was your plan, where were you going to carry out an attack?
14  Answer: After Fawzi dropped us off from his vehicle, we talked, I, Abed and Salah, and we decided that we would travel
15  to Beit Hanina, the truth is that I asked Fawzi where we would go to carry out an attack, and Fawzi said to us to travel
16  towards the airfield and pass the checkpoint. I asked Fawzi "Shall we go to Beit Hanina to the traffic light?" And Fawzi
17  said to me: "Yes, go there". I know the area; I have traveled a few times to Jerusalem. I know the traffic light, so we
18  decided that we would travel to the traffic light in Beit Hanina, there we would shoot at vehicles of Jews and escape back
19  through the Arab houses, back to Ramallah, and that is what happened.
20  This is my confession that has been read out before me and confirmed as correct by my signature after it was translated
21  into my language.         [Signature] 95311-7                    [Arabic signature]
22
23
24
25
26
27
28

1:45 p.m.

Time of completion of taking of statement

M. 3007

16

[Illegible] May 20, 2004

| Statement by | Israel Police | | Statement No. 3 Sheet No. 1 | |
|---|---|---|---|---|
| Identity No.<br>96642228 | First Name<br>Suhail | Last Name<br>Safran | | Name in Latin letters |
| Previous name | Marital Status<br>Married ☒ Single ☐ | Divorced ☐   Widowed ☐ | Gender<br>Male | Religion<br>Muslim |
| Date of Birth<br>Sep 5, 1980 | Place of Birth<br>Ein Yabroud | Home Phone | | Office Phone |
| Address of Residence<br>Ramallah | | Name and Address of Workplace<br>Aluminum | | |
| Mobile phone No. | Father's Name<br>Ibrahim | Parents' Address | | |

| Sept. 20, 2001<br>Date | 7:00 p.m.<br>Time | Jerusalem police<br>Place | Investigator | 94857<br>Serial no. | Msr Sgt.<br>Rank | David<br>First name | Mizrachi<br>Last name |

1  I saw before me the above mentioned individual and said to him, I, a police officer, David Mizrachi, 94857, inform you
2  that you are suspected of membership and activity in a hostile organization, throwing of Molotov cocktails, trading in war
3  materiel, possession of war materiel, using weapons, attempted murder and attempted theft, in contravention of the law.
4  You do not have to say anything, but anything you say will be written down me and may be used as evidence. After I
5  translated and read out to the suspect the text and after he understood and signed, he said:
6  [Arabic signature]                94857 David Mizrachi
7  I understand what you are saying to me, and I shall tell you what happened with me from the beginning. In 1990 I was 11
8  years old and I was in a Fatah cell in which the others with me were: Muhannad Sarsour, today aged 20, single, works in
9  aluminum and lives in Ramallah, Khaled Altutu, aged 21 from Ramallah, Samer Hamdi Maghar, aged 20, single, a
10 mechanic, lives in Ramallah, Jamil Rakaiam, aged 21, single, works in poultry in Bir Neballah, and maybe today he is
11 unemployed, living in Ramallah. We all learned at Wakala School in Ramallah in the same class, and our activity was
12 throwing stones and closing roads, and we also threw a Molotov cocktail at an army patrol and at the police station in
13 Ramallah. In 1999, I, along with my brother Mohamed and my friend Fawzi Hamdi Maghar, who is aged 26, married and
14 has 4 children, he has 2 wives, works in the DCO, lives in Ein Musbah, he is the brother of Samer, and we bought together
15 a Kalashnikov rifle for 2100 dinars from a young man called Asam Farouh, who is 25, married, works in the prisoner's
16 club in Ramallah and also lives in Ramallah. And we kept the rifle for about a month and a half, and we did training on the
17 weapon, and Fawzi showed me how to operate the weapon and also we both fired the weapon, and shortly after that we
18 sold the rifle to Amar, who is 25 years old, he is a friend of Fawzi and works with him in the DCO. He is from Jenin, and
19 we sold the rifle for 1700 dinars and we lost money. We just wanted to sell it and at that time I and Fawzi bought an MP5
20 from a young man called Khal Shaham [?], who is aged 27, he is a friend of Fawzi from Kalandia Refugee Camp, for 2100
21 dinars, and after about a week, when we wanted to sell the weapon, then Fawzi said that there was a young man who
22 wanted to swap the rifle for a stolen vehicle and a pistol. That was a red Honda type vehicle and a "14" pistol, which was
23 kept by Fawzi Hasouna, aged 24, who works in a new and used spare parts store of his family in Bitunia and lives in
24 Bitunia. And I took the pistol and Fawzi took the car. After maybe two weeks I sold the pistol for 6000 shekels to
25 Mohamed Hasouna, who is aged 30, married, works in a car spare parts store in Bitunia and lives in Albireh. He is the
26 uncle of Fawzi Hasouna. After that Fawzi bought an M-16 for 2000 dinars from Asam Farouh, and I took it.
27 [Signature]                94857 David Mizrachi [Signature] / ...2

Time of completion of taking of statement

M. 3007

17

| Statement by | Israel Police | | Statement No. 3 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No.<br>951024033 | First Name<br>Suhail | Last Name<br>Safran | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐ Single ☐ | Divorced ☐ Widowed ☐ | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| Sept. 20, 2001 | Time | Place | Investigator | Serial no. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| Date | | | | | | | |

1 And I fired the rifle with Fawzi in the Tira area next to Ramallah. This rifle he sold afterward to his friend Amar for 1700
2 dinar. After that, Fawzi bought an M-16 from Ali Barghouti, aged 27, married, works in the intelligence of the Palestinian
3 Authority. Lives in Ein Um Sharait in Ramallah and this rifle he also sold afterward to Amar. In 1999 my brother
4 Mohamed bought a "14" pistol for 5000 shekels and saw that the pistol did not work and asked me to sell it, and I sold it
5 for 4500 shekels to Fuaz Mashhour, aged 24, single, from Ein Musbah in Ramallah. About a year ago, that was at the
6 beginning of the events, the village coordinators of the Tanzim came to us and decided to set up a committee that would
7 collect money to buy weapons and guard the village, and we collected 1200 dinars, and I, with Muhannad Sarsour, bought
8 for 1200 dinars a Kalashnikov, and after that we saw that the rifle did not work and gave it back to the man from whom we
9 had bought it, who is Maher Abu Hilawa, aged 26, married, working in the Palestinian Authority, living in Bitunia, and
10 after that, we added 300 dinars, and Maher brought another rifle, a Kalashnikov, and after that the coordinators wanted to
11 buy more weapons and take more money from people, but the people refused to pay, and then we stopped this matter of
12 guarding the village. Along with us, Mohamed Sarsour also sold and bought these rifles. Mohamed Sarsour, aged 28,
13 married, a welder in Ein Musbah, and after he sold the rifle, he returned to everyone the money that he had paid. 2-3
14 months ago. I purchased a "16" rifle for 8000 from Fauz Mashhour and on that day I sold this pistol for 8800 shekels to
15 Aiman Alawi, aged 30, he has a money collection office in Ramallah. The one who helped me buy this pistol is Nahad,
16 who is aged 27, an officer in the customs of the Palestinian Authority, and he also works with Aiman Alawi. About two
17 months ago, I was with Fawzi Maghar in Ramallah in his stolen white Isuzu jeep, and when we traveled we met Muhannad
18 Abu Halawa, who was alone in a stolen white Golf vehicle, and then Muhannad beckoned Fawzi to stop and when he
19 stopped, Fawzi asked Muhannad Abu Halawa to swap cars because he had things to transfer in the car, and Muhannad
20 asked us to transfer things from the Golf to the jeep for him,  and Fawzi said to me that I was to take a cardboard box from
21 the Golf car to the jeep, and when I went to the Golf I saw that there were explosive devices and grenades inside the
22 cardboard box, and I dropped one on the floor and stole it later, and brought it to my home, and it is still in my home in the
23 shed. I transferred the rest of the box to the jeep for Muhannad Abu Halawa. When I came home with this grenade, which
24 was inside a bag, my brother Samah [?] saw me and asked me what is was, and I told him that it was a grenade that I had to
25 transfer to someone, and he said to me that I must not bring it home, and on the following day my brother asked me what I
26 had done with it, and I told him that I had given it to the man to whom I was supposed to give it, and that is all. Before I
27 came home I showed it to my neighbor.
28 [Arabic signature]        94857 David Mizrachi [Signature]        /...3

Time of completion of taking of statement

M. 3007

18

| Statement by | Israel Police | | Statement No. 3 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No. 951024033 | First Name Suhail | Last Name Safran | Name in Latin letters | |
| Previous name | Marital Status Married ☐  Single ☐ | Divorced ☐  Widowed ☐ | Gender | Religion |
| Date of Birth | Place of Birth Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| Sept. 20, 2001 Date | Time | Place | Investigator | Serial No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1  Mohamed Sarsour but he does not know where I put it. About two weeks before I was arrested, Fawzi Maghar approached
2  me and suggested to me to carry out a suicide attack, and I refused, and he asked me to look for young men who would
3  agree to carry out a suicide attack, and jokingly I talked about it with Muhannad Sarsour and Jamil Alrakaiam [?], and both
4  of them refused to do this. before we went out to Beit Hanina on the day on which we were arrested, Fawzi Maghar
5  brought a weapon from Marwan Barghouti and another weapon from Naim Abu Ka'ak, who is aged 30, works in the
6  Palestinian Authority, lives in Ramallah, and that was so that he would receive money from the two people for the activity,
7  and before we were arrested, I saw that Abed-Al Hadi, who was arrested with us, had a grenade that was under his clothes,
8  and I asked him at the A-Ram checkpoint what it was and he said that it was a grenade. In 1993, a young man called Rami
9  Zir, aged 20, who studied with us at school in the same class, taught me and my friends Muhannad Sarsour and Jamil
10 Alrakaiam to make a makeshift rifle using a pipe, and we made one together and found cartridges from places where the
11 army shoots, and we tried to shoot with this rifle, and when an army patrol passed by I tried to shoot the cartridge, but the
12 pipe exploded. About 3 years ago, Mohamed Ayoubi, who is aged 27, married, from Ein Kinia [?] approached Fawzi
13 Maghar and suggested to him to steal a tractor, and he agreed, and they suggested to my brother Mohamed to go out with
14 them because my brother could drive a tractor, and they went out with Khaled Jamil Tarifi aged 26, married from Bitunia,
15 and Basel, who is aged 27, married, and they stole a tractor from a settlement next to Ofra, and after that the Palestinian
16 Authority caught them and returned the tractor to its owners. Fawzi buys and sells stolen cars and he knew a young man
17 who worked in Lod, whose name is Firas Dalish [?] aged 25, from Ramallah, Ein Manja, and he introduced Fawzi to stolen
18 car dealers from Lod who would trade cars with Fawzi. I and Salah Sarsour also went with Fawzi, who was a stolen car
19 dealer, but we did not share his profits. Some time ago Mohamed Ayoubi told us that there was a place where they were
20 building and that we were to come with him to steal work tools, and we all went in cars with a box that Fawzi had brought
21 and he also brought oxygen so that we could open the storeroom where the tools were kept, and we agreed and went, I,
22 Fawzi, Mohamed Ayoubi and Basel and my brother Mohamed, but in the end we did not steal anything because the army
23 and the police were there and we fled from there. There are people who work in Force 17 in the Palestinian Authority and
24 they are a cell and they have weapons. Fawzi has a Kalashnikov and an M-16, Muhannad Abu Halawa has an M-16 and a
25 Kalashnikov, Omar Startac, who is aged 23, because he is short we called him that, and he has an M-16, Abed Abed, aged
26 35, today imprisoned by the Palestinian Authority, Bashar, who also works in 17, hailing from Jerusalem, aged 35,
27 married, Khaled, aged 27, hailing from Jenin, has
28 [Arabic signature] 94857 David Mizrachi [Signature] /…4

Time of completion of taking of statement

M. 3007

| Statement by | Israel Police | | Statement No. 3 Sheet No. 4 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Suhail | Last Name<br>Safran | Name in Latin letters | |
| Previous name | Marital Status<br>Married ☐   Single ☐ | Divorced ☐   Widowed | Gender | Religion |
| Date of Birth | Place of Birth<br>Continued | Home Phone | Office Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| Sept. 20,<br>2001      Time<br>Date | _____      _____<br>Place | Investigato<br>r | _____      _____<br>Serial no.      Rank | _____      _____<br>First name      Last name |
|---|---|---|---|---|

1   an M-16 with a tube above it, I do not know what it is for. About 3 months ago, Fawzi asked me for a video camera
2   because he knew that my family had a video camera, and I gave him it and after a day he returned it to me. After about a
3   month, Fawzi told me that he had filmed with the video camera that I had given to him an attack in which they put an
4   explosive device on the road to Bitunia and he said to me that he had the cassette. He said to me that it was Muhannad Abu
5   Halawa, and I did not want to ask him any more questions. The attack that he talked about was in a base that is not on the
6   road, not on the main road [sic] next to Rafat. At that time, Fawzi told me that Muhannad Abu Halawa along with Hamada
7   Barash, who is from Alamari Refugee Camp, aged 24, is injured, and maybe today he is dead, I do not know, because both
8   of them carried out a shooting attack against Jews at the French Hill. And I asked him what else Muhannad Abu Halawa
9   had done, and Fawzi told me that he also shot and killed Kahane's son with his cell.
10  This is my statement, which has been translated and read out before me and confirmed as correct by my signature.
11  [Arabic signature]                          94857 David Mizrachi
12                                                      [Signature]
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Time of completion of taking of statement

M. 3007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

                                  No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 3: 98-117.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 3: 98-117.

Dated: March _6_, 2014

                                                Rina Ne'eman

ss.:  New Jersey

On the _b_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_b_ day of March, 2014


Notary Public

**LEONOR TROYANO**
**ID # 2385580**
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014