# EXHIBIT A.335
## (2 of 2)

משטרה ישראל

הודעה מס' / اعلان رقم: 3 | גליון מספר / نسخة رقم

הודעתו של: / اعلان تبع:

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 900695641 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין המין الجنس | דת الدين |
|---|---|---|---|
| | נשוי متزوج ☐ רווק اعزب ☒ גרוש مطلق ☐ אלמן ارمل ☐ | זכר | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 22/12/77 | [illegible] | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| רמאללה | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | חסין | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 6/9/01 | 10:10 | [illegible] | | 94857 | רס"ר | גלב | מזרחי |

ראיתי לנכון את הנ"ל והערתי לו אני איש משטרה גלב מזרחי 94857 מודיע לך [illegible]
[illegible]
[illegible]
[illegible]
94857 גלב מזרחי
[illegible]
[illegible]
[illegible] 23 [illegible]
[illegible] D.C.O [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
שאלה: [illegible]
תשובה: [illegible]
שאלה: [illegible]
תשובה: [illegible]
שאלה: [illegible]
תשובה: [illegible]
תשובה: [illegible]
[illegible]
[illegible]
שאלה: [illegible]
תשובה: [illegible]
[illegible] D.C.O [illegible]
שאלה: [illegible]
תשובה: [illegible]

94857 גלב מזרחי

שעת סיום גביית ההודעה

(5.2000) 2000×50×2

מ"פ 3007

משטרת ישראל

הודעה מס' 3
אמان رقم __ نسخة رقم 2
جلوان مسجل

| مس' وهوية رقم العبرية | اسم فرد الاسم الشخصي | اسم مشحة اسم العائلة | شم باسوتيوت لتيونيوت الاسم في حروف انكليزية |
|---|---|---|---|
| שם קודם الاسم السابق | מצב משפحתي الحالة الاجتماعية نسوي □ متزوج □ גרוש مطلق □ רווק أعزب □ אלמן ارمل □ | מין الجنس | دن الدين |
| تاريخ לידة تاريخ الولادة | מקום-לידة مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل | | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | كطروبة الهوريم العنوان الاب | |

החוקר المحقق

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | درجة الرتبة | מס' אישי الرقم الشخصي | מקום المكان | שעה الساعة | تاريخ التاريخ 6/9/01 |
|---|---|---|---|---|---|---|

1. [الكتابة اليدوية غير واضحة]
2. [الكتابة اليدوية غير واضحة]
3. [الكتابة اليدوية غير واضحة]
4. [الكتابة اليدوية غير واضحة]
5. [الكتابة اليدوية غير واضحة]
6. [الكتابة اليدوية غير واضحة]
7. [الكتابة اليدوية غير واضحة]
8. [الكتابة اليدوية غير واضحة]
9. [الكتابة اليدوية غير واضحة]
10. [الكتابة اليدوية غير واضحة]
11. [الكتابة اليدوية غير واضحة]
12. [الكتابة اليدوية غير واضحة]
13. [الكتابة اليدوية غير واضحة]
14. 6/9/01
15. [الكتابة اليدوية غير واضحة]
16. +19485 [غير واضح]
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1040

שעת סיום גביית ההודעה

(5.2000) 2000×50×2

משטרת ישראל

הודעה מס' / גליון מס' / אמלן רقם / نسخة

מס' תחת רقם الهوية 900

ישראל    משטרת

| שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية | | מס' זהות رقم الهوية |
|---|---|---|---|---|
| שם קודם الاسم السابق | | | | 9664222 |

| דת الدين | מין الجنس | | | | מצב משפחתי الحالة الاجتماعية | | | |
|---|---|---|---|---|---|---|---|---|

תאריך לידה تاريخ الولادة    5.9.8?

שעת סיום גביית ההודעה

225410 (3.2001) 6400X50X2  .ד.מ, ס-'מ

מ-3007

Case 1:04-cv-00397-GBD-RLE    Document 547-239    Filed 06/25/14    Page 7 of 22

משטרת    ישראל

הודעה מס'
סדרה מס'

| שם באותיות לטיניות | שם משפחה  אם העדה | שם פרטי לאִם השכשי | מס' זהות רקם הכוית |
|---|---|---|---|
| | | | 966422289 |

| דת הדין | מין הגנס | אלמן ☐  נשוי ☐ | מצב משפחתי | שם קודם השם הקודם |
| | | גרוש ☐  רווק ☐ | הגשה האישית | |

| טל. בעבודה  הטלפון במקום העבודה | טל. בבית  הטלפון בבית | מקום לידה  מקום הולדה | תאריך לידה  תאריך הולדה |
| | 2985117 | ١٦ | 5/9/80 |

| | שם ומען מקום העבודה | מען מגורים  העבודה |
| | | |

| | כתובת ההורים  העבודה האב | שם האב  אסם האב | מס' טלפון נייד  רקם הטלפון |

| שם משפחה  אם העדה | דרגה  הרתבה | מס' אישי  הרקם האישי | החוקר  המחקר | מקום המקאן | שעה הסאעה | תאריך התאריך |
| מחמד | 3/3 | 705 | 94857 | ل . - ٠م. | 1420 | 31/8/01 |

1. دائي ادي الر من ان الاحين ...
2. دي طم ملا دمنتم ...
3. ... 94857 ...
4. ...
5. ... 94857 ...
6. ...
7. ...
8. ...
9. ...
10. ...
11. ...
12. ...
13. ...
14. ...
15. ...
16. ... DCO
17. ...
18. ...
19. ...
20. ...
21. ...
22. ...
23. ...
24. ...
25. ...
26. ...
27. ...
28. ...

שעת סיום גביית ההודעה
(5.2000) 2000×50×2

94857

P 3: 000102

משטרת ישראל

| הודעה מס' | נליון מספר 2 | | | | | שם משפחה, שם העאئلה | שם באתיות לטיניות الاسم في حروف انكليزية | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | שם פרטי الاسم الشخصي | מס' זהות رقم الهوية | מס' זהות رقم الهوية |

| דת الدين | מין الجنس | אלמן □ ارمل   גרוש □ مطلق   רווק □ اعزب   נשוי □ متزوج | מצב משפחתי الحالة الاجتماعية | שם קודם الاسم السابق |
| --- | --- | --- | --- | --- |

| טל. בעבודה التلفون بمكان العمل | טל. בבית التلفون في البيت | מקום לידה مكان الولادة | תאريخ לידה تاريخ الولادة |
| --- | --- | --- | --- |

| שם ומען מקום העבודה اسم وعنوان مكان العمل | | מען מגורים العنوان |
| --- | --- | --- |

| כתובת ההורים العنوان الاب | שם האב اسم الاب | מס' טלפון נייד رقم الهاتف اللاسلكي |
| --- | --- | --- |

החוקר المحقق

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | מקום المكان | שעה الساعة | תאريخ التاريخ 01/8/3 |
| --- | --- | --- | --- | --- | --- | --- |

_[28 lines of handwritten Arabic text — illegible]_

שעת סיום בגבית ההודעה
(5.2000) 2000×50×2

94857

P 3: 000103

3007-מ'

משטרת ישראל

הודעה מס' / גליון מספר 3
אולאן רقم / نسخة رقم 3

| שם באותיות לטיניות الاسم في حروف انكليزية | שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | מס' זהות رقم الهوية |
|---|---|---|---|
| | | | |
| דת الدين | מין הجنس | גרוש/ה ارمل | אלמן/ה | רווק/ה اعزب | נשוי/ה متزوج | שם קודם الاسم السابق |
| טל. בעבודה التلفون بمكان العمل | טל. בבית التلفون في البيت | מקום ולידة مكان الولادة | תאריך לידה تاريخ الولادة |
| | שם ומקום העבודة اسم وعنوان مكان العمل | | מין מגורים العنوان |
| | כתובת ההורים العنوان الاب | שם האב اسم الاب | מס' טלפון נייד رقم الهاتف اللاسلكي |

החוקר
המחקר

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דוגה الرتبة | מס' אישי الرقم الشخصي | מקום המקان | שעה الساعة | תאריך התאריخ |
|---|---|---|---|---|---|---|
| | | | | | | 1/8/0 |

1. [handwritten Arabic text — illegible]
2. [handwritten Arabic text — illegible]
3. [handwritten Arabic text — illegible]
4. [handwritten Arabic text — illegible]
5. [handwritten Arabic text — illegible]
6. [handwritten Arabic text — illegible]
7. [handwritten Arabic text — illegible]
8. [handwritten Arabic text — illegible]
9. [handwritten Arabic text — illegible]
10. [handwritten Arabic text — illegible]
11. [handwritten Arabic text — illegible]
12. [handwritten Arabic text — illegible]
13. [handwritten Arabic text — illegible]
14. [handwritten Arabic text — illegible]
15. [handwritten Arabic text — illegible]
16. [handwritten Arabic text — illegible]
17. [handwritten Arabic text — illegible] 94857
18.

שעת סיום בגיית ההודעה 1505
(5.2000) 2000×50×2

מ-3007

415

משטרת ישראל

הודעתו של: הודעת מסי' 1 הודעה رقم | גליון מספר 1 نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 900625641 | עבד הלהאדי | אחמד | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | רווק أعزب ☒ | זכר | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 02/12/77 | עזה | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | [illegible] D.C.O. |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الأب |
|---|---|---|
| | חסן אברהים | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 3/9/01 | 1530 | [illegible] | | 94857 | רס"ר | [illegible] | מזרחי |

[illegible]

עבד אלהאדי חסן אבראהים אחמד

94857 [illegible] מזרחי

[illegible]

[redacted]

[illegible]

[redacted]

[illegible]

[redacted]

[illegible]

שעת סיום גביית ההודעה

(5.2000) 2000×50×2

94857 [illegible] מזרחי

עבד אלהאדי חסן אבראהים אחמד

2001/

מ"ד 3007

משטרת ישראל

הודעתו של: / إفادة:

הודעה מס׳ 1 / إفادة رقم — גליון מספר 2 / نسخة رقم

| מס׳ זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة: [illegible] | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס׳ טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים عنوان الاب | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 3/9/01 | | | | | | | |

שאלה: [redacted] [illegible]

תשובה: [redacted] [illegible]

שאלה: [redacted]

תשובה: אני [redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

שאלה: [redacted] [illegible]

תשובה: [redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

[redacted] [illegible]

[illegible]

שאלה: [illegible]

תשובה: [illegible]

שהיתי במעצר [illegible]

שאלה: [illegible] מרוב שמחה אך

תשובה: [illegible] מרוב שמחה [illegible]

[illegible]

שאלה: [illegible] הפלאפון [illegible]

תשובה: [illegible] 052-389142 [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

(7.2000) 4000×50×2 — מ״ד 3007

[illegible] 94857

[illegible signature]

3/9/01

משטרת ישראל

החוקר המבקר

משטרת ישראל

הודעה מס׳ _____ נלווית מסמך _____ נסחה רקם _____
תודעת מס׳ _____ אלמון רקם _____

| שם באתיית לטיניות ־ האסם בחרף האנגליזית | שם משפחה ־ שם האם | שם פרטי ־ האסם השכמי | הודעתו של: |
|---|---|---|---|
| | אותנרד | ארד הראד... | מס׳ זהות רקם הוזית 900625... |
| דת הדין | מין הגנס | מצב משפחתי | נשוי | שם קודם ־ האסם הסאבק |
| מוכלמי | זכר | נשוי | | |
| | מקום לידה תאריך הלידה | תאריך הלידה תאריך | |
| 058-50-41 בבית | צבה | 22.12 | |
| שם וזמן מקום העבודה אסם וענוקן מקום העמל | D.C.O ב־ אות | מען מגורים ־ העלוון |
| כתובת החורים העלון אב | שם האב אסם האב | מס׳ טלפון נייד רקם הבלפ |
| | הסן לאתראים | 23.9.0 |

| שם משפחה אסם העאלה | שם פרטי האסם השכמי | דרגה הרטבה | מס׳ אישי הרקם השכמי | החוקר 8-835-100 | מקום הבלן | א. ינתאשם | שעת הסאעה | תאריך התאריך 23.9.0 |

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. ~~_____~~
13. ~~_____~~
14. ~~_____~~
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. 1988 _____
24. _____
25. 1994 _____
26. _____
27. _____
28. _____

שעת סיום גביית ההודעה
ד. מ. ס: _____ 225410 (3.2001) 6400X50X2

משטרת ישראל

| | | | | | מספר זהות של: |
|---|---|---|---|---|---|
| הודעה מס' | שם משפחה אסם العائلة | שם פרטי الاسم الشخصي | | מס' קדום רقم الهوية 900625641 | |
| שם באותיות לטיניות الاسم في حروف الانكليزية | دت الدين | מצב משפחתי نشوي متزوج | | שם קודם الاسم السابق | |
| דת الدين | מין الجنس | אלמן ارمل גרוש مطلق רווק اعزب | | תאריך לידה تاريخ الولادة | |
| טל. בעבודה التلفون بمكان العمل | טל. בבית التلفون في البيت | מקום לידה مكان الولادة | | מען מגורים العنوان | |
| | שם ומען מקום העבודה اسم وعنوان مكان العمل | | | | |
| | כתובת ההורים العنوان الأب | שם האב اسم الاب | | מס' טלפון נייד رقم الهاتف اللاسلكي | |

| אסם משפחה הרקת הריבה الاسم الشخصي | דעת הריבה | מס פרטי الرقم الشخصي | החוקר المحقق 8033100 | מקום المكان | שעה الساعة 1540 | תאריך التاريخ 01.9.02 |
|---|---|---|---|---|---|---|

<p dir="rtl">[النص مكتوب بخط اليد باللغة العربية — غير واضح بما يكفي للقراءة الموثوقة]</p>

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. ...
9. ... سنة 1998 ... M-16 ...
10. ...
11. ... 50,000 ...
12. ...
13. ... 1860 ...
14. ...
15. ...
16. ...
17. ...
18. ... M-16 ... 1000 ...
19. ...
20. ... 100 ...
21. ...
22. ...
23. ...
24. ...
25. ... 1998 ...
26. ...
27. ...
28. ... 1998 ...

שעת סיום בגיית ההודעה
ד. מ. י-ם. 225410 (3.2001) 6400X50X2
3007-מ"ח

משטרת ישראל

| שם באותיות לטיניות الاسم في حروف الكينية | שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | מס' זהות رقم الهوية |
|---|---|---|---|
| | | | 900625641 |

הודעה מס' 3 נלווין מספר
اعلان رقم 3 نسخة رقم 3

| דת הדين | מין الجنس | מצב משפחתי الحالة الاجتماعية | שם קודם الاسم السابق |
|---|---|---|---|
| | אלמן □ גרוש □ | רווק □ ארמל □ נשוי □ מתزوج □ | |

| טל. בעבודה التلفون بمكان العمل | מקום לידה مكان الولادة | תאריך לידה تاريخ الولادة |
|---|---|---|

שם ומען מקום העבודה اسم وعنوان مكان العمل

| כתובת ההורים العنوان الاب | שם האב اسماب اسم الاب | מס' טלפון נייד رقم الهاتف اللاسلكي |
|---|---|---|

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | החוקר المحقق | מקום المكان | שעה الساعة | תאריך التاريخ |
|---|---|---|---|---|---|---|---|
| | | | 1008828 | | | 1558 | 9.9.23 |

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. ...
9. ...
10. ...
11. ...
12. ...
13. إبراهيم العابد / نتوقع إبراهيم / 1008828
14. ...

שעת סיום גביית ההודעה
225410 (3.2001) 6400X50X2 ד.מ.י.

P 3: 000110

משטרת ישראל

P 3: 000111

הודעתו של / إفادة

משטרת ישראל

הודעה מס' / اعلان رقم | גליון מספר / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 9064[illegible] | [illegible] | [illegible] | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة: [illegible] | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | [illegible] | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب: [illegible] | כתובת ההורים العنوان الاب | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 5.9.01 | 18:52 | [illegible] | | 953117 | [illegible] | [illegible] | [illegible] |

ושאל אותו נשק, פאיז אמר לו שהוא צריך נשק, ואחרי כן [illegible]
[illegible] פאיז [illegible] ואני [illegible] [illegible]
[illegible] נשק [illegible] אני [illegible] פאיז [illegible]
[illegible] ופאיז [illegible] [illegible] [illegible]
[illegible], פאיז [illegible] [illegible], נשק [illegible]
[illegible] [illegible] [illegible] [illegible].
[illegible] את פאיז [illegible] ופאיז אמר [illegible]
[illegible] [illegible], פאיז [illegible] [illegible]
[illegible] - אני [illegible] ופאיז [illegible]
[illegible] [illegible] אמר לו [illegible] [illegible].
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] פאיז [illegible] [illegible]
[illegible] פאיז [illegible] [illegible]
[illegible], פאיז [illegible] אמר לו [illegible]
[illegible] פאיז [illegible] [illegible], [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] אני [illegible] פאיז [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible], פאיז [illegible] [illegible] - [illegible]
[illegible] ב D.C.O [illegible] [illegible]
[illegible], פאיז [illegible] [illegible]
[illegible] ואמר לו [illegible] "[illegible]" [illegible], פאיז
[illegible] [illegible] [illegible] [illegible] פאיז
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] פאיז [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[redacted]

שעת סיום גביית ההודעה

(5.2000) 3000×50×2

[illegible signature]

[illegible signature] 953117

3007מ"

P 3: 000112

משטרת ישראל

הודעה מס' / اعلان رقم 2 — גליון מספר / نسخة رقم 2

הודעתו של: / اعلان عن:

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 9664[illegible] | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 5.9.01 | 13:3[illegible] | [illegible] | [illegible]-7 | [illegible] | [illegible] | [illegible] |

[redacted]

[illegible] [redacted] [illegible]

[illegible] [redacted] [illegible]

[illegible]

[redacted] [illegible] [redacted] [illegible]

[illegible] [redacted] [illegible] [redacted] [illegible]

[illegible]

שעת סיום גביית ההודעה 13:45

[illegible]

P 3: 000113

משטרת ישראל

| מסי זהות רקם الهوية | שם פרטו الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية | הודעה מסי 3 اعلان رقم |
|---|---|---|---|---|
| 9664228 | بلال / סلا | جبر | | |

שם קודם الاسم السابق

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | מצב משפחתי الحالة الاجتماعية | מין הجנס | דת الدين |
|---|---|---|---|---|
| 5/9/80 | خدر | נשוי □ רווק ☒ אלמן □ גרוש □ | ذكر | مسلم |

מען מגורים للعنوان

שם האב اسم الاب: ابراهيم

מסי טלפון נייד رقم الهاتف اللاسلكي

כתובת ההורים العنوان الاب

שם ומען מקום העבודה اسم وعنوان مكان العمل

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מסי אישי الرقم الشخصي | החוקר المحقق | מקום המקان مكان | שעה الساعة | תאריך التاريخ |
|---|---|---|---|---|---|---|---|
| المرخي | 3/3 | رقم | 94857 | | | 1900 | 20/9/01 |

1. [handwritten Arabic] ... 94857
2. [handwritten Arabic]
3. [handwritten Arabic]
4. [handwritten Arabic]
5. [handwritten Arabic]
6. [handwritten Arabic] ... 94857
7. [handwritten Arabic]
8. [handwritten Arabic]
9. [handwritten Arabic]
10. [handwritten Arabic]
11. [handwritten Arabic]
12. [handwritten Arabic]
13. [handwritten Arabic]
14. [handwritten Arabic] ... D.C.O
15. [handwritten Arabic] ... 2/100
16. [handwritten Arabic]
17. [handwritten Arabic]
18. [handwritten Arabic]
19. [handwritten Arabic] ... D.C
20. [handwritten Arabic]
21. [handwritten Arabic] ... MP-5
22. [handwritten Arabic] ... 2/100
23. [handwritten Arabic]
24. [handwritten Arabic]
25. [handwritten Arabic]
26. [handwritten Arabic] ... 600 ... 30
27. [handwritten Arabic]
28. [handwritten Arabic] ... 2000

שעת סיום גביית ההודעה

225410 (3.2001) 6400X50X2 מ. ס. ד.

94857

P 3: 000114

משטרת ישראל

הודעה מס' 3 اعلان رقم — גליון מספר 2 نسخة رقم

הודעתו של: اعلان تبع:

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | סלים [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| --- | --- | --- | --- |
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | [illegible] | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים عنوان الاب |
| --- | --- | --- |
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 20/9/01. | | | | | | | |

[illegible] ... 27 ...

[illegible] 1700 ... M-16 ... 27 [illegible]

[illegible]

[illegible] 99 ... 5000 [illegible]

[illegible] 4500 [illegible]

[illegible] 24 [illegible]

[illegible]

[illegible] 1200 ... 1200 [illegible]

[illegible]

[illegible] 300 [illegible]

[illegible]

[illegible]

[illegible]

[illegible] 28 [illegible]

[illegible] 8000 [illegible]

[illegible] 8800 ... 30 [illegible]

[illegible] 27 [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

ט.מ. 225410 (3.2001) 6400X50X2

[illegible] 3/3 94857

[illegible signatures]

3007-ם

משטרת ישראל

הודעה מס׳ / اعلان رقم: 3

גליון מספר / نسخة رقم: 3

הודעתו של: / اعلان تبع:

| מס׳ זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | סלאח | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל. בבית / التلفون في البيت | טל. בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | [illegible] | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס׳ טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
| --- | --- | --- |
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 20/9/01 | | | | | | |

[illegible]

שעת סיום גביית ההודעה

225410 (3.2001) 6400X50X2 ט.מ.-9

[illegible] 3/3 [illegible]

P 3: 000116

משטרת ישראל

הודעה מס' 3    נלווין מספר 4
אעלאן رقم    نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الإسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות لتسجيل الاسم في حروف انكليزية |
|---|---|---|---|
| | | | |

| שם קודם الاسم السابق | מין الجنس | דת الدين |
| נשוי متزوج □ רווק اعزب □ גרוש مطلق □ אלמן ارمل □ | מצב משפחתי الحالة الاجتماعية | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| | | | |

| מען מגורים العنوان | שם ומקום העובדה اسم وعنوان مكان العمل |
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת العنوان الاب |
| | | |

החוקר المحقق

| תאריך التاريخ | שעה השעה الساعة | מקום המקان | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| 20/9/01 | | | | | | |

1. [handwritten Hebrew text — illegible]
2. [handwritten Hebrew text — illegible]
3. [handwritten Hebrew text — illegible]
4. [handwritten Hebrew text — illegible]
5. [handwritten Hebrew text — illegible]
6. [handwritten Hebrew text — illegible]
7. [handwritten Hebrew text — illegible]
8. [handwritten Hebrew text — illegible]
9. [handwritten Hebrew text — illegible]
10. [handwritten Hebrew text — illegible]
11. [handwritten Hebrew text — illegible]
12. [handwritten] 97857
13.
14.
...
28.

שעת סיום גביית ההודעה

225410 (3.2001) 8400X50X2  ד. מ. י-פ