# EXHIBIT A.336



Sunday, November 18, 2012

| | | Palestinian Information Center | | | |
|---|---|---|---|---|---|
| Home Page | About Us | Contact Us | Sitemap | November 18, 2012 | Home Page |
| | Back | | | Special files | |

The martyr and leader Naef Abu Sharah…
When men pay the price for their "no"



http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 20**

Sunday, November 18, 2012

<u>Nablus – Special Report:</u>

When men shout "no!" at the top of their lungs, they know there will be a heavy price to pay and that their life will be targeted, just like their dignity is tested when the whole world and its pleasures are thrown before them in exchange for their "yes" - which they refuse to give.

Naef Abu Sharah, General Leader of the al-Aqsa Martyrs Brigade in the West Bank, was one of those men who stood in the face of corruption, a huge "no" born from the suffering of his people. From the old alleys of Nablus, "no" to the suspicious projects of compromise, "no" to the dark conspiracies, "no" to all initiatives that despise the rights of the Palestinian people in the name of realism, pragmatism, and rationality.

Martyr Naef Fathi Abu Sharah was born in the Old Town of Nablus in 1966, the eldest of five brothers. His harsh life made of him a strong man: He started working at an early age, first in a sawmill and then in a tile factory. He was only one year old at the time of the June disaster. This deeply affected his personality: he despised the Occupation and refused to accept the humiliation of his people. He participated in the resistance while still a child, and was arrested twice, once for a month and once for 18 days. He married his cousin in 1983 and had two children. He was arrested again in 1986, and was denied the sight of his children during the 8-year period of his arrest. He was moved between the Central Prison of Nablus and the Jaleed Prison before being released with the creation of the Palestinian Authority at the end of 1993, only 16 days before the end of his term.

After his release, he had two more children and worked on helping the prisoners to whom he was a caring brother and father. He co-founded the Palestinian Prisoners Club and became its first chairman before he moved on to work in the Palestinian Liaison. The mistakes and corruption he saw there led him to quit and work in the Secret Service instead.

Naef was a natural-born leader, and used his skills to help his fellow countrymen of all backgrounds and bring them together. He succeeded in unifying the al-Awda Brigades with the al-Aqsa Martyrs Brigade. His martyrdom itself testifies to his success in this regard, as he was martyred along with the leader of the Ezzeddine al-Qassam Brigades, Jaafar al-Masri, and the leader of Saraya al-Quds Fadi al-Bahti, Sheikh Ibrahim.

http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 21**

Sunday, November 18, 2012

Naef was the target of four assassination attempts during the al-Aqsa *Intifada*. The Zionist state accused him of recruiting suicide bombers and claimed he received instructions and support from the Lebanese Hezbollah. Hebrew newspapers frequently mentioned him as an obstacle to plans for compromise. Naef was a symbol of resistance to the objectives, wishes and interests of many.

His family also suffered from the Zionist occupation. His house, which secured a roof for five families, was first closed down in 1986 and then destroyed. His older son Fathi was arrested about one year ago and is awaiting trial. His house was also frequently raided in order to pressure him to give himself up. Occupation soldiers even ended up believing that he was hiding under the ground or inside the walls of his house!

The largest arrest attempt took place earlier on this year, when occupation forces invaded the Old Town for 12 consecutive days, raiding and wreaking havoc in the Abdel Hadi Mansion, to no avail. They then turned to their lowly methods, arresting his wife and sister, and forcing them to ask him via megaphones to turn himself in.

Naef spent the last few months of his life moving from one house to another, and from one hideout to another, as the Occupation stepped up its efforts to locate him and his comrades. The Occupation repeatedly distributed his picture, claiming he was wanted and warning citizens against offering him shelter or help. His last hideout was a small room in Hosh al-Jitan in the Old Town along with other wanted Palestinian resistance leaders and activists. A few hours before he was martyred, Naef was in contact with Palestinian Prime Minister Abu Alaa, who offered the intercession of the head of the Egyptian Intelligence, Omar Suleiman. The plan called for the end of the blockade of the Old Town in exchange for the surrender of Naef and his comrades. Naef refused the offer and insisted on remaining no matter the consequences.

On the third day of the invasion, Nablus lost seven of its heroes. The first of them was martyr Nidal al-Wawi, who was martyred around noon when he left his hideout. Naef was next to him and was hit with a bullet in his hand before retreating back to the hideout, where he prayed until the enemy blew the room up and threw poisonous bombs to make sure everyone there was killed.

http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 22**

Sunday, November 18, 2012

Eyewitnesses recount that Naef was taken to the Nablus Specialty Hospital alive, but died after a few minutes. He was brought back on the shoulders of angry crowds who called for vengeance for his blood and that of his comrades.

Land and History of Palestine | The Palestinian Cause | Occupied Jerusalem | Blessed al-Aqsa Mosque | Hamas | Zionist Terrorism | Political Analysis | Multimedia | Palestinian Heritage | History and Events | Fatwas and Legal Rulings | Books and Publications | Rights and Liberties | Palestinian Poetry and Literature | Articles and Reports | Selections from the Press | Readers' Section | Palestinian Network for Dialogue | Contact Us | Site Search | Home Page

http://www.palestine-info.com/arabic/spfiles/shuhada_2005/sh_Nables/nayef.htm

[Stamp] **P 4: 23**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 4 20-23.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 4 20-23.

Dated: February 28, 2014

_[signature]_
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

مركز الأسرى للدراسات والإعلام

November 18, 2012

الصفحة الرئيسية
من نحن؟
للاتصال بنا
خريطة الموقع
ملفات خاصة
Home Page

عودة

الشهيد القائد نايف أبو شرخ .. حين يدفع الرجال ثمن كلمة "لا"

نابلس – تقرير خاص :

حين يصرخ الرجال بأعلى صوتهم : "لا" .. فإنهم يدركون أن ثمن هذه الكلمة سيكون كبيراً جداً ، و يعلمون أن حياتهم ستكون محل استهداف كما تستهدف كرامتهم حين تعرض عليهم الدنيا بمتاعها و زينتها ليقولوا "نعم" ... و لا يقولوها ...

نايف أبو شرخ القائد العام لكتائب شهداء الأقصى في الضفة الغربية كان واحداً من اولئك الرجال الذين وقفوا في وجه الفساد ليقول بملء فيه "لا" كبيرة تُخرج من رحم معاناة أبناء شعبه ... من أزقة البلدة القديمة لنابلس ، "لا" لكل المبادرات التي تنتال من حقوق الشعب الفلسطيني .. "لا" لكل المؤامرات التي تُحاك في الظلام و تُصاغ في السر لتجريد الشعب الفلسطيني باسم الواقعية و البراغماتية و العقلانية .

ولد الشهيد نايف فتحي أبو شرخ في البلدة القديمة من نابلس عام 1966 ليعيش بين خمسة أخوة كان هو أكبرهم و نشأ قاسياً صنعت منه ريح البلدة القديمة من نابلس المركزي و صخور و مصنع للبلاط و أشجار ، و نقل خلافها بين عام و آخر من خروجه للنبي و الحجر و مصانع الصابون التي كانت تعمل منذ ستة قرون في البلدة القديمة أواخر عام 93 و لم يبق لـ حنينا سوى 16 يوماً لإتمام مدة يفرج عنه مع قدوم السلطة الفلسطينية .. و بعد عامه من خروجه للنبي و سجن الجديد لمدة ثماني سنوات هي مدة الحكم التي صدرت بحقه ... و تنقل خلافها بين سجن النقب و الحجر و سجن الجديد لمدة ثماني محكوميته .

في شخصيته .. فاعتقل مرتين في صباه احدها لمدة شهرين و الأخرى لمدة 18 يوماً .. و ترعرع في العام 83 من المحتلين ، كانت طفولته التي تنقض في أجواء ذكية حريران التي تمتع به رجلاً قوياً ، اذ عمل منذ صغره في منشار للحجر و ورشة ابنه عند بيزرق منها بطفولته و سرعان ما يباد اعتقال في العام 86 ليحرم من المعاناة اليومية للإنسان الفلسطيني أواخر عام 93 و لم يبق لـ حنينا سوى 16 يوماً لإتمام مدة

كان لما يمضي به نايف من شخصية قيادية دور في تجميع المحتارين لـ من كافة أبناء شعبه على اختلاف انتماءاتهم و استثمر هذه الصفة لتوحيد الخير، من الاجتماع في الربح بحيث في اطار واحد و نجح في توجيه كتائب الشهداء الفلسطيني ، و اول مدير له في نابلس إلى ان الشهيد فادي البيض "شيخ الشهيد فادي البيض" السجن بعد أن كان لـ عم نمر الأب و الأخ و المحدثين داخل اسوار السجون ، فكان أحد موسسي نادي الأسير الفلسطيني و أخطاء لا يمكن السكوت عنها ، لينتقل للعمل في جهاز المخابرات انتقام فيه لما راه من خلل و أخطاء لا يمكن السكوت عنها ، لينتقل للعمل في جهاز المخابرات العامة جعفر الصحراوي و قائد سرايا القدس الشهيد فادي البيض "الشيخ إبراهيم" .

و حسب شهود العيان فإن نايف انطلق إلى الاكتناف و تطوف به الجماهير الهاتفة شوارع المدينة متوجهة بإثاره له و هو على قيد الحياة و لكنه استشهد بعد دقائق معدودة ليدخل على الاكتناف و تطوف به الجماهير الهاتفة بعض الحاجات فاستشهد هو و أصيب الجيش يتخبر القرقة و بث غزارات يعود للبحث و يفتش فيه ساعات قليلة من الصلاة و الدعاء إلى أن قام الأرواح التي سيقيم في ساعات قبل أن يعود للبحث و يفتش فيه ساعات قليلة من الصلاة و الدعاء إلى أن قام

و في ثالث أيام الاحتجاج كانت نابلس على موعد مع وداع سبعة من أبطالها ، فقد كان أولهم الشهيد نضال الجيش يشتبه أن ينشر جيش الاحتلال صورة أخرى ، و من مخبأ لآخر بعد أن اشتدت مطاردات الاحتلال له

مطلوب للاحتلال بالبلدة القديمة يرفق عدد كبير من قياداته و نشطاء المقاومة الفلسطينية الذين تعقيلهم الجيشان بالبلدة القديمة برفق عدد كبير من قياداته و نشطاء المقاومة الفلسطينية الذين تعقيلهم

مع اخراج قوات الاحتلال البلدة القديمة ، و قبل ساعات قليلة من استشهاده كان نايف على اتصال مع رئيس المخابرات المصرية عمر سليمان رئيس الوزراء الفلسطيني "أبو العلاج" الذي عرض عليه أن يتم نقله مع رفاقه إلى سجن أريحا ، الأمر الذي رفضه نايف بشدة و أصر على البقاء حتى يلاقي مصيره المجهول.

و لعل من أبرز محاولات اعتقاله كانت مطلع العام الحالي حيث اجتاحت قوات الاحتلال البلدة القديمة لمدة 12 يوماً متواصلة و نفذت أعمال هدم و تخريب في قصر عبد الهادي دون أن تتمكن من اعتقاله و أجبرت على مغادرة مخابئه عبر

مكبرات الصوت تطلب منه تسليم نفسه.

و ثالث أسرة نايف تصيبها من العدوان الصهيوني أثناء مطاردته حيث هدم منزل العائلة الذي يؤوي خمس عائلات - ثلاث مرات و سيغوي أخلاق المنزل بالشمع الأحمر عقب اعتقاله عام .. 86 أنا نجاته الأكبر السابع نقيه ... و بلغ الهوس بجنود الاحتلال إلى حد الاعتقال أنه يختبئ تحت البلاط أو داخل أعمدة المنزل المبنية منذ مئات السنين ! .. كما لم تتفلج مدعمات الاحتلال لاسرته للضغط عليه

تحدث عنه الصحافة العبرية كثيراً بأنه وقف حجر عثرة أمام تسويق مشاريع التسوية التي ينفي تخطيطها بأنه طريقة للعرض رغبات و مصالح الحجين و الآخر ... لقد كان نايف يشكل المعادلة التي ينفي تخطيطها بأنه طريقة للعرض رغبات و مصالح

تعرض نايف لأربع محاولات اغتيال خلال انتفاضة الأقصى ، حيث نوجه له دولة الكيان الصهيوني و المسؤولية عنه الصحافة العبرية من الاستثناءين و ترعم أنه يلتقي دعماً و توجيهاً من حزب الله اللبناني و



لإخوانه الشهداء .

فلسطين أرض وتاريخ | فلسطين القضية | القدس المحتلة | المسجد الأقصى المبارك | حركة حماس | الإرهاب الصهيوني | التحليل السياسي | فلسطين بالصوت والصورة | اسرات فلسطين | توارخ وأحداث | فتاوى والنضال الشرعي | مختارات صحفية | كتب واصدارات | حقوق وحريات | الشعر والأدب الفلسطيني | مقالات وتقارير | ابحث في الموقع | الصفحة الرئيسية | ركن القراء | شبكة فلسطين للحوار | راسلنا