# EXHIBIT A.340


PLAINTIFF'S
EXHIBIT
340
tabbies

Sunday, November 18, 2012

Nablus City Website **through Nablus City Website**
Nablus Website Cultural Window
**Seventh Year / 2008**

| | Main News | Nablus Guide | Forums | Investigation | Contact us | Visitors' Register |
|---|---|---|---|---|---|---|
| News Summary | Al-Omari Mosque | | The Knight Saber has Dismounted | | Abu Saliha Family | |

| | | | | |
|---|---|---|---|---|
| Nablus Meals | Nablus Industry | Nablus Agriculture | Letters from Abroad | Nablus Education |
| Nablus Tourism | Archeological Sites in Nablus | Nablus Mosques | Nablus Institutions | Nablus Villages |
| Nablus Notables | Nablus History | Nablus Martyrs | Customs of Nablus Inhabitants | Nablus Literary Woks |
| The Samaritan Community | Nablus History Writing Project | Nablus Families | Nablus Women | Send an Article |

[Hebrew]

| **Nablus Martyrs** | **Read Also** |
|---|---|
| **The Martyr Mazen Fraitakh: I Insist on Becoming a Martyr... God Gave Him what He Wished** | ○ **The Martyr Ragheb Aajaaj**<br>○ **The Martyr Imad Midhat al-Khazzaz**<br>○ **The Martyr Asaad Izzat Fares Saad**<br>○ **The Martyr Moussa Izzat Fares Saad**<br><br>○ **Hani al-Aaqad – Commander of the National Resistance Battalion** |

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

[Stamp] **P 4: 40**

Sunday, November 18, 2012

| **Does this Article Need Modification?** | **A Man for One Hundred Men** |
|---|---|
| | ○ **The Martyr Mohamed Abdel Hamid Hamouda**<br>○ **The Martyr Nizam Nasser Abu Hawila**<br>○ **The Martyr Ali al-Saeh**<br>○ **Nidal al-Wawi**<br>○ **The Martyr Amer Bannat**<br>○ **The Martyr Jamal Suleiman Jumaa Harb**<br>○ **The Martyr Sudqi Hawash killed an Israeli Druze soldier** |

First published on August 29, 2005, 9:20:00 a.m.

Moral strength comes to those who are determined… This is in short the story of the martyr and holy warrior Mazen Fraitakh, one of the most remarkable leaders of al-Aqsa Martyrs Battalions in Nablus and Palestine… A leader who wrote through his jihad and sacrifices the most admirable lessons of glory and victory… He insisted on meeting God as a martyr, accepting his fate, and he received what he wanted…after the Zionists treated him with all kinds of torture…

The martyr Mazen Marwan Fraitakh was born on May 17, 1978, to a modest militant family in a simple home in the district of al-Yasmina, in the old city of Nablus. He had three brothers and four sisters. His father's joy was completed when he responded to the call of his Lord before seeing his son, and he became a holy warrior and a banner of the Resistance.

Our martyr was raised in a virtuous surrounding and was educated to love God and His noble prophet, peace be upon him. He went regularly to the mosque and prayed on a regular basis. He loved what is good and to do good. He was an exemplar of commendable morals and was loved by his family, his neighbors and friends. He was compassionate and loving to his siblings, especially to his three brothers. He was surrounded by his relatives, and since his young age he distinguished himself with his bravery, intensity, courage and strong personality…

Mazen received his education at Ibn al-Haytham School, and reached the first year of high school when his leg was hit by a treacherous bullet which prevented him from

continuing his studies during the confrontations with the occupation forces towards the end of the first *intifada*. Despite the difficult circumstances and the deteriorating living conditions, Mazen joined the workforce after his recovery. He took up the trade of bleacher in order to share responsibility with his older brother for his brothers and sisters in addition to his two paternal aunts who were living with them. Early on he was taking care of the family and acted as the head of the household, especially since his father died when he was young.

**"That which is with God is better and more enduring"**

Then the al-Aqsa Intifada erupted, and Mazen found in it what was waiting for him after seven dark years under the Oslo Accord… From the first weeks of the *intifada*, Mazen set out to do something. He had the desire and the determination, but he lacked one item for holy war… namely, a weapon… How could he get it? Where could he get enough money to buy it, while he was in charge of his household's expenses and when the means of living were limited and barely sufficient to buy food and beverage?!!

Our martyr had to deal with this predicament… With full confidence and without hesitation he decided to march to the fork in the road, sacrificing what is most valuable in his life in order to raise the word of God and drive away the Zionist aggressors. He hurriedly sold the house which he had bought since he was unable to pay the remaining installments on the house, and he used the money to buy an M-16 rifle and some ammunition for his jihad journey.

Barely one year into the blessed *intifada*, Mazen became a shining banner of jihad and resistance. He always took the initiative. Prior to the first invasion of Nablus City, there was no Zionist military presence within Nablus, and our martyr would go to meet them on his own. The byways and the military posts stretching across the mountain summits witnessed many of the battles and heroic fights that he carried out. He used to return from these clashes without a scratch, so that everything about him seemed normal to his family and neighbors. He kept his jihad action to himself,

far removed from hypocrisy.

Mazen used to love the martyrs deeply and he used to cry when they disappeared. He would not miss any funeral of a martyr, and he would march at the head of the procession. But what distinguished him from others is that he did not carry his weapon during these funerals, either disingenuously or to show off. He would not shoot into the air as many used to do. Rather, he would hold the bullet in his hand and say: "This bullet could be worth a Zionist soldier one of these days." He did not want to waste it… Then the large-scale invasion of Nablus City happened in April 2002 and the battle of wits began between our martyr and the Zionist occupation forces which rushed, within a few hours of the start of its assault on Nablus, to shell his house in broad daylight, making his paternal aunts, Zuha and Rasha, into martyrs, while his elder sister was severely injured and his brother, Ehab, who is currently incarcerated in the occupation prisons, was wounded, and his other brother, Bashar, who is also being held in the occupation jails, survived. He, too, survived with a few shrapnel injuries as a result of the shelling. As soon as the occupation forces entered Nablus, our martyr attacked them with all the firepower at his disposal despite the injuries he sustained. But the atrocity that befell his family and his home made him shake the dust off himself and keep going on the path that he had planned for himself…

Afterward, our martyr spent a whole year being hunted and wandering about. During that time he tasted the summer heat and the winter cold. He used to spend most of his nights vigilant and on the alert, keeping watch for the sake of God, at times in the plains, other times in the mountains, and still at other times on building rooftops… He would lie on the ground and wrap himself with the sky. As he was so eager and prepared to meet God at any time, our martyr did not move during the day and did not spend the night anywhere unless he had already performed the ritual ablution. He used to be, may God rest his soul, extremely careful and cautious. He was true to God, and God rescued him one night from the hands of the occupation forces even though they had seized his precious gun and all his ammunition. But God gave him another gun, and substituted it with one that is better.

Our martyr took part in several major operations, and the Zionists confirmed that he participated in operations in which more than 30 Zionists were killed and dozens injured. One of the operations that he helped organize and plan was the martyrdom

Sunday, November 18, 2012

operation at French Hill in occupied Jerusalem on June 20, 2002, which was carried out by the martyr Saed Awada and in which more than seven Zionists were killed and dozens were injured. He was also involved in the organization and planning of the major dual operation which was carried out by the martyrs Samer al-Nouri and Bara Khlafa at the old central bus station in Tel Aviv on January 5, 2003, which killed more than 23 Zionists and injured about 100. One of the most prominent battles in which our martyr fought directly against the occupation soldiers is the Aaloul and Abu Salhat building battle in downtown which he carried out with his companion, the martyr Ahmed Jawdallah, and in which he helped kill a number of occupation soldiers and injure others.

**Eagerness to become a Martyr:**

Mazen, may God rest his soul, wished that God Almighty would reward him with martyrdom, and he would often say: "I am afraid the al-Aqsa *Intifada* will end like the previous one before I obtain martyrdom…" Our martyr was eager to become a martyr, and he yearned to meet his Lord and to be in the company of his prophet, peace be upon him.

The situation remained the same for our martyr until he met with two of his brothers, the holy warrior Nael al-Sakhl, from the martyr Izzeddine al-Qassam Brigades, and the holy warrior Diya al-Takrawi, from the al-Aqsa Martyrs' Brigades, in a building in the district of al-Makhfiyya. He had an appointment with martyrdom that night on April 15, 2003. The building became surrounded by a huge number of occupation forces, tanks and helicopters. A fierce and violent battle erupted during which the Zionists used all the weapons and equipment at their disposal against three individual mujahedeen who were confident of God's victory… God willed that Mazen's two companions got hit early on and fell into the hands of the Zionists, while he alone continued fighting fiercely and bravely. During this confrontation he killed a senior officer who held the rank of colonel and injured two soldiers, one of them gravely, according to what was confirmed at the time by the Zionists.

The Zionist soldiers tried desperately to convince Mazen, through loudspeakers,

Sunday, November 18, 2012

to surrender after the arrest of his two companions. But these appeals were to no avail… He had waited for this moment hour after hour, and he gave up all his material possessions to be in this situation. He used to pray to God and say: "God, I am asking you to help me murder those who are above me and those who are below me; I beseech you, God, let me encounter the enemies…"

During that night, Mazen clashed more than once with the occupation forces. A few hours into the firefight, he came down from the building and slipped through the army's blockade and was far from their reach. He could have run to downtown Nablus and escaped from the Zionists. But he was true to God, and he had sincerely wanted martyrdom. He went into another building and began another gunfight even though he had been injured during the first clash. He asked the residents of the building to leave in order to be out of harm's way. Despite having lost his rifle in the first building after being wounded, he decided to carry on the battle. He pulled out his handgun and hid behind the counter of an apartment's kitchen. Even though the counter's height was not more than 50 cm, he found, thanks to his military experience, a strategic position from which he could shoot at the occupation soldiers like one hunts insects. Every shot blasting from his handgun was preceded by the exclamation "God is great" that shook the hearts of the enemy. As the Zionists were getting increasingly enraged at him, they began shelling him from their tanks and firing at him with their machine guns, thus ending one of the most magnificent chapters of heroism and self-sacrifice that this people who are engaged in holy war has ever known. His pure soul rose at this moment to its Creator… and he submitted the trusteeship to its owner.

No sooner did the battle end and the scattered remnants of the occupiers withdraw from the area than Nablus, including its old, young, children and women, rushed to remove this pure body from this apartment. Thousands of city residents took to the streets carrying the body, which had been shredded by the shells, while the forehead had been pierced by a bullet that caused a deep gaping hole. They roamed the streets of the city and the old town that he so much loved and where his love for the homeland grew.

With the martyrdom of Mazen, Nablus and Palestine lost one of its daring lions… one of its powerful knights, and one of its great heroes… But the wombs that have carried the likes of Mazen will not fail to give birth to thousands who will follow

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

Sunday, November 18, 2012

in his footsteps… and finish what those heroes have started.

==========================================================

**Notice: Adding a comment does not mean changing the text; to change the news item, click on the link at the beginning of the text**

**Add Comment**

Name Country

Comment

Send

Submit your comment through Facebook

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

[Stamp] **P 4: 46**

Sunday, November 18, 2012

All Rights Reserved for the Website of Nablus City
If content is copied, please refer to the source to protect the rights of those who contributed to the development of the site
Website design and development: MasterWeb – Website supervisor: M. Sami al-Sadr

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

[Stamp] **P 4: 47**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br>Plaintiffs,<br>vs.<br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF CLARK HAYES**

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 4 40-47.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 4 40-47.

Dated: February 28, 2014

[signature]
Clark Hayes

ss.: New ~~Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

[signature]
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

Case 1:04-cv-00397-GBD-RLE    Document 547-244    Filed 06/25/14    Page 12 of 20



Sunday, November 18, 2012

مدينة نابلس الالكترونية

واجهة نابلس الحضارية على شبكة الانترنت

السنة السابعة | 2008

عبر موقع مدينة نابلس الالكترونية

الرئيسية | دليل نابلس | المنتديات | بحث | اتصل بنا | دفتر الزوار

موجز الأخبار *** المسجد العمري *** ترجل الفارس صابر *** عائلة أبو صالحه

Like 4.3k Send

أكلات نابلسية | الصناعة في نابلس | الزراعة في نابلس | رسائل من الغربة | التعليم في نابلس

السياحة في نابلس | الاماكن الاثرية في نابلس | مساجد نابلس | مؤسسات نابلس | قرى نابلس

شخصيات نابلس | تاريخ نابلس | شهداء نابلس | عادات أهل نابلس | ادبيات نابلسية

الطائفة السامرية | مشروع كتابة تاريخ نابلس | عائلات نابلس | نابلسيات | أرسل مقال

HOT בהצעה משתלמת ומהפכנית לסטודנטים! לפרטים והצטרפות

## شهداء نابلس

# الشهيد مازن فريتخ : أصرّ على طلب الشهادة .. فمنحه الله ما تمنّى

+1 2

اقرأ أيضاً

- الشهيد راغب عجعج
- الشهيد عماد مدحت الخراز
- الشهيد أسعد عزت فارس سعد
- الشهيد مومى عزت فارس سعد
- هاني العقاد – قائد كتائب المقاومة

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

P 4: 40

تم النشر أول مرة بتاريخ2005/08/29 09:20:00

هل هذا المقال بحاجة الى تعديل؟

على قدر أهل العزم تأتي العزائمُ ... تلك هي باختصار قصة الشهيد المجاهد مازن فريتخ أحد أبرز قيادي كتائب شهداء الأقصى في نابلس و فلسطين .. ذاك القائد الذي سطّر بجهاده و تضحياته أروع آيات العزة و الانتصار .. أبى إلا أنْ يلقى الله شهيداً مقبلاً غير مدبر ، فكان له ما تمنّى .. بعد أنْ سام الصهاينة ألواناً مختلفة من العذاب ..

أطلّ الشهيد مازن مروان فريتخ على الدنيا بتاريخ 17/5/ 1978 لأسرةٍ مجاهدة متواضعة في بيتٍ بسيطٍ من بيوت حارة الياسمينة في البلدة القديمة من نابلس ليكون واحداً من بين أربعةٍ من الذكور و أربعة من الإناث و لتكتمل به فرحة الوالد الذي ما لبث أن لبّى نداء ربه قبل أنْ يرى طفله و قد أضحى رجلاً من رجال الجهاد و علماً من أعلام المقاومة .

نشأ شهيدنا النشأة الطيبة الصالحة و تربّى على حبّ الله و رسوله الكريم صلى الله عليه و سلم فكان ملازماً للمسجد ، ملتزماً بالصلاة ، يحب الخير و فعله و كان مثالاً للأخلاق الحميدة فأصبح محبوباً بين أهله و جيرانه و رفاقه ، و كان عطوفاً حنوناً على إخوته خصوصاً على أخواته الثلاث ، و يصل رحمه باستمرار و يتفقّد أقرباءه ، و تميّز منذ صغره بالجرأة و القوة و الشجاعة و قوة الشخصية ..

تلقّى مازن علومه في مدرسة ابن الهيثم و درس حتى الصف الأول ثانوي حيث أصابته رصاصة غادرة في

الوطنية – رجل بمائة رجل

- الشهيد محمد عبد الحميد حموضة
- الشهيد نظام ناصر ابو حويله
- الشهيد علي السائح
- نضال الواوي
- الشهيد عامر بنات
- الشهيد جمال سليمان جمعه حرب
- الشهيد صدقي هواش قتل جندي اسرائيلي درزي

ساقه أقعدته عن الدراسة ، خلال مواجهاتٍ مع قوات الاحتلال في أواخر الانتفاضة الأولى ، و بالإضافة إلى سوء الحال و تدهور الأوضاع المعيشية ، انخرط مازن بعد شفائه في ميادين العمل ، و امتهن القصارة ليأخذ على عاتقه مع شقيقه الأكبر مسؤولية إخوته و أخواته إضافةً إلى عمّتيه اللتين كانتا تقيمان معهم في نفس المنزل ، فتحمّل المسؤولية مبكّراً و كان أهلاً لها خاصة و أنّ والده توفي و هو صغير .

"و ما عند الله خير و أبقى" ..

و جاءت انتفاضة الأقصى ، فوجد فيها مازن ما كان ينتظره بعد سبع سنواتٍ سوداء من عهد أوسلو .. و منذ الأسابيع الأولى للانتفاضة ، شمّر مازن عن ساعديه ، و قد توفّرت لديه الرغبة و العزيمة ، و لكن كان ينقصه عنصرٌ أساس في العمل الجهادي ... ألا و هو السلاح ... فكيف يحصل عليه ؟ و من أين له المال الكافي لشرائه و هو المكلّف بالنفقة على أهل بيته و مصادر الرزق محدودة ، و بالكاد تكفي لشراء الأكل و الشراب ؟!!

أمام هذه المعادلة العصيبة وقف شهيدنا .. و بكلّ ثقة و دون تردّد قرّر السير في طريق ذات الشوكة مضحّياً بالغالي و النفيس لإعلاء كلمة الله و لدحر الصهاينة المعتدين ، فسارع إلى بيع المنزل الذي كان قد اشتراه و لم يتمكّن من سداد باقي أقساطه ليشتري بثمنه بندقية من طراز (أم 16) و كمية من الذخائر و ليبدأ بها مشواره الجهاديّ .

و لم تكدْ تنقضي السنة الأولى للانتفاضة المباركة حتى أضحى مازن علَماً لامعاً من أعلام الجهاد و المقاومة ، فكان هو دائماً صاحب المبادرة ، فقبل الاجتياح الأول لمدينة نابلس لم يكنْ هناك أيّ وجودٍ عسكريّ صهيوني داخل نابلس فكان شهيدنا يذهب إليهم بنفسه ، و تشهد له الطرق الالتفافية و النقاط العسكرية المترامية على قمم الجبال بالعديد من المعارك و الملاحم البطولية ، و كان يعود منها و لا يرى عليه أيّ أثر ، حيث كان يبدو بين أهله و جيرانه طبيعياً ، إذ كان يحتفظ بأسرار عمله الجهادي في نفسه

Industrial Box Coding

Buy Videojet Quality Box Coding Solution Today

Learn More! ►



بعيداً عن الرياء .

أحبّ مازن الشهداء حباً جمّاً و كان يبكي لفراقهم و لم تكنْ هناك جنازة لشهيد إلا و كان هو في مقدّمتها ، و لكن ما كان يميّزه عن غيره أنّه لم يكنْ يحمل سلاحه في تلك الجنازات رياءً أو مفاخرة ، و لم يكنْ يطلق الرصاص في الهواء كما كان يفعل الكثيرون ، بل إنّه كان يمسك بالرصاصة بإصبعيه قائلاً : "هذه الرصاصة قد تساوي جندياً صهيونياً في يوم من الأيام" ، فكان حريصاً على عدم ذهابها في غير مكانها ..

و جاء الاجتياح الشامل لمدينة نابلس في نيسان عام 2002 ليبدأ معها صراع الأدمغة بين شهيدنا و قوات الاحتلال الصهيوني التي سارعت و قبل ساعاتٍ معدودة من بدء عدوانها على نابلس بقصف منزله في وضح النهار لترتقي عمّتاه (زها و رشا) شهيدتين فيما أصيبت أخته الكبرى إصابة بالغة و أصيب شقيقه إيهاب المعتقل حالياً في سجون الاحتلال و نجا شقيقه الآخر بشار الذي يقبع هو الآخر في سجون الاحتلال ، و نجا هو كذلك رغم إصابته ببعض الشظايا من جراء القصف ، و ما إنْ دخلت قوات الاحتلال نابلس حتى انقضّ عليهم شهيدنا بكلّ ما أوتي من عدّةٍ و عتاد رغم جراحه التي أصيب بها ، لكنّ فظاعة ما حلّ بأهله و بيته جعلته ينفض عن نفسه الغبار و يواصل الطريق الذي اختطه لنفسه ..

أمضى شهيدنا بعد ذلك عاماً كاملاً من المطاردة و التشرّد ، ذاق خلالها حرارة الصيف و برودة الشتاء ، و كان يقضي معظم لياليه ساهراً يحرس في سبيل الله ، تارة في البراري و تارة في الجبال ، و أخرى على أسطح البنايات .. يفترش الأرض و يلتحف السماء ، و لشدة حرصه و استعداده للقاء الله في أيّ لحظةٍ كان شهيدنا لا يتحرّك نهاراً و لا يبيت ليلاً إلا و هو على وضوءٍ تامّ ، و كان رحمه الله شديد الحرص و الحذر ، و كان صادقاً مع الله فأنقذه الله ذات ليلة من بين أيدي جنود الاحتلال رغم أنّهم استولوا على بندقيته العزيزة و كامل ذخيرته و لكنّ الله هيّأ له بندقية أخرى و أبدله خيراً منها .

شارك شهيدنا في عدة عملياتٍ نوعية ، و أقرّ الصهاينة بأنّه شارك في عمليات قُتِل فيها ما يزيد على 30 صهيونياً و عشرات الجرحى ، و من بين العمليات التي شارك في إعدادها و التخطيط لها العملية

الاستشهادية في التلة الفرنسية بالقدس المحتلة في 2002/6/20 و التي نفّذها الاستشهاديّ سائد عوادة و قتل فيها أكثر من 7 و جرح العشرات من الصهاينة ، و كذلك العملية النوعية المزدوجة التي نفّذها الاستشهاديان سامر النوري و براء خلفة في محطة الباصات المركزية القديمة بتل أبيب في 2003/1/5 و التي أوقعت ما يزيد عن 23 صهيونياً و أصيب فيها نحو 100 بجروح . أما عن المعارك التي قابل شهيدنا جنود الاحتلال فيها وجهاً لوجه فكان أبرزها معركة بناية "عالول و أبو صالحة" وسط المدينة و التي خاضها هو و رفيق دربه الشهيد أحمد جود الله حيث شارك في قتل عددٍ من جنود الاحتلال و جرح آخرين .

إصرارٌ على الشهادة :

كان مازن رحمه الله يتمنّى من الله تعالى بصدقٍ أنْ يرزقه الشهادة ، و كثيراً ما كان يقول : "أخشى أنْ تنتهي انتفاضة الأقصى كما انتهت سابقاتها قبل أنْ أنال الشهادة" ... فقد كان شهيدنا يعشق الشهادة و يتلهّف للقاء ربه و صحبة نبيه صلى الله عليه و سلم .

و استمرّ شهيدنا على هذا الحال إلى أنْ استقرّ به المقام مع اثنين من إخوانه هما المجاهد نائل السخل من كتائب الشهيد عز الدين القسام ، و المجاهد ضياء التكروري من كتائب شهداء الأقصى داخل إحدى البنايات في منطقة المخفيّة ، فكان على موعدٍ مع الشهادة في تلك الليلة بتاريخ 2003/4/15 ، حيث حوصرت البناية بأعدادٍ ضخمة من قوات الاحتلال و دباباته و طائراته المروحيّة ، و بدأت معركة شرسة و عنيفة استعمل فيها الصهاينة كلّ ما يملكون من عدّةٍ و عتاد مقابل ثلاثة نفرٍ من المجاهدين الواثقين بنصر الله ... و يشاء الله أنْ يُصاب رفيقا مازن مبكّراً ليقعا في أيدي الصهاينة ، و ليبقى هو وحده يقاتل بضراوةٍ و استبسال ، فقتل منهم ضابطاً كبيراً برتبة كولونيل و جرح جنديّين آخرين أحدهما بحالة خطرة حسب اعترافات الجيش الصهيوني في حينه .

حاول الجنود الصهاينة يائسين إقناع مازن و عبر مكبّرات الصوت بالاستسلام بعد اعتقال رفيقيه ، لكنّ هذه

الدعوات لم تعرف إلى أذنيه طريقاً .. فهو الذي كان يتمنّى هذه اللحظة ساعةً بساعة ، و ضحّى في سبيلها بكلّ ما يملك من متاع هذه الدنيا ، و كان يدعو الله قائلاً : "اللهم إنّي أعوذ بك من أنْ أغتال من فوقي أو من أسفل مني ، و أسألك اللهم أنْ ألقى الأعداء لقاء ..." .

خاض مازن في تلك الليلة أكثر من اشتباكٍ مع قوات الاحتلال ، و بعد ساعات من القتال نزل من البناية و أفلت من حصار الجيش و أصبح بعيداً عن مرماهم ، و كان باستطاعته الهرب إلى وسط نابلس و الإفلات من أيدي الصهاينة ، لكنّه كان صادقاً مع الله فقد طلب الشهادة بصدق ، فصعد إلى بناية أخرى و خاض اشتباكاً ثانياً رغم إصابته في الاشتباك الأول و طلب من سكان البناية مغادرتها حتى لا يتعرّضوا للأذى ، و رغم أنّه فقد بندقيته في البناية الأولى بعد أنْ أصيب بجروحٍ إلا أنه قرّر مواصلة المعركة فاستلّ مسدسه و كمن على سدّةٍ في مطبخ إحدى الشقق ، و رغم أنّ السدة لا يتجاوز ارتفاعها 50 سم إلا أنه وجد فيها بخبرته العسكرية موقعاً استراتيجياً يتصيّد من خلالها جنود الاحتلال كما تصطاد الحشرات ، و كان يسبق كلّ طلقة رصاص من مسدسه بتكبيرةٍ يزلزل بها قلوب الأعداء . و عندما اشتدّ غيظ الصهاينة منه ، ما كان منهم إلا أنْ أطلقوا باتجاهه قذائف دباباتهم و مدافعهم الرشاشة لينهوا بها واحدة من أروع فصول البطولة و الفداء التي عرفها تاريخ هذا الشعب المجاهد ، ففاضت روحه الطاهرة إلى بارئها .. و أسلم الأمانة لصاحبها .

و ما إنْ انقضت المعركة و انسحبت فلول المحتلين من المنطقة حتى هبّت نابلس بشيبها و شبانها و أطفالها و نسائها ليُخرجوا ذاك الجسد الطاهر من تلك الشقة ، و خرج الآلاف من أهالي المدينة يحمِلون الجثمان على الأكتاف و قد مزّقته القذائف و اخترقت إحدى الرصاصات جبينه محدثة فيه ثغرة عميقة ، و طافوا به شوارع المدينة و البلدة القديمة التي عشقها و ارتوى في جنباتها حبّ الوطن .

لقد فقدت نابلس و فلسطين باستشهاد مازن أسداً من أسودها المغاوير ... و فارساً من فرسانها الأشداء و بطلاً من أبطالها العظماء .. و لكنّ الأرحام التي حملت أمثال مازن لن تعجز أن تلِد الآلاف ممّن يسيرون

Sunday, November 18, 2012

على ذات الدرب .. و يُكمِلوا ما بدأه هؤلاء الأبطال .

تنبيه: اضافة تعليق لا تعني تعديل النص، لتعديل الخبر اضغط على الرابط في بداية النص

## أضف تعليق

الاسم

الدولة

التعليق

أرسل

قم بالتعليق بإستخدام فيس بوك facebook

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

P 4: 46

Sunday, November 18, 2012

Add a comment...
Comment
Facebook social plugin

تعليقات من الزائرين

1) محمد يوسف

الله معك يا شعب الجبارين

جميع الحقوق محفوظة لموقع مدينة نابلس الالكترونية
يسعدنا في حال نسخ محتوى أن يتم الاشارة الى المصدر حفظاً لحقوق كل من ساهم في تطوير الموقع
الموقع من تصميم وتطوير: ماسترويب - مشرف الموقع: م. سامي الصدر

http://www.nablus-city.net/?page=details&cat=7&newsID=1540

P 4: 47