# EXHIBIT A.342B


PLAINTIFF'S EXHIBIT 342B

[Line numbering in Hebrew original]

Date: 8 Iyar 5764  
April 29, 2004

File Number: 3544/02

## Military Court, Judea

**Before the Presiding Judge: Lieutenant-Colonel Netanel Benichou**
      **Judge: Captain Aryeh Dorani**
      **Judge: Captain Zeev Afik**

**Military Prosecution**
(represented by Captain Vladi Borodovsky)

versus

**Defendant: Sanah Mohamed Shehadeh, Identity No. 81021198/ Prisons Service – Present**
(represented by her attorney, Adv. Ahlam Hadad)

**Recorder: Corporal Rosie Ivgi**
**Interpreter: Sergeant Naaman Madi**

**The Presiding Judge opens the hearing and identifies the Defendant.**

### HEARING

Prosecutor: We have reached a plea bargain, under which I move to amend the indictment within the body of the text, the Defendant will move to withdraw her denial of the charges and will admit to the amended indictment, and the parties will argue freely as to penalty.

Defense Attorney: I confirm the Prosecutor's statement and move to allow my client to withdraw her denial of the charges.

### DECISION

We permit the Prosecutor to amend the indictment in the body of the text, and the Defendant to withdraw her denial of the charges.

**Given and notified this day, April 29, 2004, in public and in the presence of the parties.**

[Stamp] P 5: 119

8

| _____[Signature]_____ | _____[Signature]_____ | _____[Signature]_____ |
|:---:|:---:|:---:|
| Judge | Presiding Judge | Judge |

Defense Attorney: I have explained the amended indictment to my client, she has understood it and she admits to it.

Defendant: My defense attorney has explained the amended indictment to me, and I concur with her statement.

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 116-120.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 116-120.

                                                                           _____<br>
                                                                             Rina Ne'eman

ss.: New Jersey

On the 28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

```
MRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704
```

תיק מס': 3544/02　　　　　　　　　　　　　　　　　　תאריך: ח׳ אייר, תשס״ד
　　　　　　　　　　　　　　　　　　　　　　　　　　29 אפריל, 2004

<div dir="rtl">

ב י ת   ה מ ש פ ט   ה צ ב א י   י ה ו ד ה

בפני אב״ד: סא״ל נתנאל בנישו
שופט: סרן אריה דורני
שופט: סרן זאב אפיק

התביעה הצבאית
(באמצעות סרן ולדי בורודובסקי)

נגד

הנאשמת: סנאא מחמד שחאדה   ת.ז 81021198 / שב״ס - נוכחת
(באמצעות ב״כ עו״ד אחלאם חדאד)

רשמת: רב״ט רוזי איבגי
מתורגמן: סמל נעמן מאדי

אב״ד פותח את הישיבה ומזהה את הנאשמת.

## מהלך הדיון

תובע: הגענו להסדר טיעון, במסגרתו אני מבקש לתקן את כתב האישום בגופו, הנאשמת תבקש לחזור בה מכפירתה ותודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן חופשי.

סניגורית: אני מאשרת את דברי התובע ומבקשת להתיר למרשתי לחזור בה מכפירתה.

## ה ח ל ט ה

אנו מתירים לתובע לתקן את כתב האישום בגופו ולנאשמת לחזור בה מכפירתה.

ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.

שופט　　　　　　　　אב״ד　　　　　　　　שופט

סניגורית: הסברתי למרשתי את כתב האישום המתוקן, היא הבינה אותו ומודה בו.

נאשמת: סנגוריתי הסבירה לי את כתב האישום המתוקן ואני מצטרפת לדבריה.

</div>

-1-

P 5: 119