# EXHIBIT A.349


PLAINTIFF'S
EXHIBIT
349

Date:     26 Tamuz 5764                                   File No.:   3529/02
          July 15, 2004

## Judea Military Court of Appeal

**Before the Honorable Presiding Judge: Colonel Shlomi Kochav**
**Judge: Major Yair Tirosh**
**Judge: Major Ronen Atzmon**

**The Military Prosecutor**
(Counsel for the Prosecution, Lieutenant Asher Ohayon)

- v. -

**The Defendant:   Kahira Sa'id Al-Sa'di, Identity No. 903946960 / Israel Prison Services -**
                   **Present**
(Counsel for the Defense, Adv. Azbarga - Present)

**Recorded by: Corporal Sivan Kedmi**
**Interpreter: Staff Sergeant Farris Falakh**

_____

**The Presiding Judge opens the hearing and identifies the Defendant.**

### Hearing

Defendant: I am represented by my counsel, Adv. Azbarga.

Prosecutor: We have reached a plea bargain under which I request that amendments be made in the body of the indictment. The Defendant will admit to the charges in the amended indictment and the parties will argue for sentencing in open court. The amendment is made by way of deleting counts 5, 6, 8 and changing counts 1-4 in the indictment to accessory to causing intentional death.

### Decision

We permit the indictment to be amended as it has been amended in its body and permit the Defendant to retract her denial.

**Granted and issued on this day, July 15, 2004, in public and in the presence of the parties.**


_____            _____            _____
      [Signature]                       [Signature]                       [Signature]
        Judge                         Presiding Judge                        Judge

1

[Stamp] P 5: 147

Counsel for the Defense: I confirm the words of the Prosecutor. I have read the indictment to my client and I have explained its contents to her; she understands the charges against her and admits to the charges attributed to her.

**The Court warns the Defendant and the parties that it is not bound to the plea bargain reached between them.**

Defendant: I confirm the words of my Counsel and admit to the counts in the amended indictment.

-1-

[Stamp] P 5: 147 [continued]

Date:     26 Tamuz 5764                                   File No.:     3529/02
          July 15, 2004

## Ruling

Based on her admitting to the charges, we convict the Defendant of the offenses attributed to her in the amended indictment.

**Granted and issued this day, July 15, 2004, in public and in the presence of the parties.**


<u>[Signature]</u>                 <u>[Signature]</u>                 <u>[Signature]</u>
Judge                          Presiding Judge                     Judge


The Parties: We request that arguments for sentencing be deferred to another date and we will not object to replacing the panel for arguments for sentencing.

## Decision

The case for arguments for sentencing is deferred to August 29, 2004.

**Granted and issued this day, July 15, 2004, in public and in the presence of the parties.**


<u>[Signature]</u>                 <u>[Signature]</u>                 <u>[Signature]</u>
Judge                          Presiding Judge                     Judge


3

-2-

[Stamp] P 5: 148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

     vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 147-148.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 147-148.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

NERUT J BHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2392704

תאריך : כ"ז תמוז, תשס"ד                    תיק מס' : 3529/02
15 יולי, 2004

ב י ת   ה מ ש פ ט   ה צ ב א י   י ה ו ד ה

בפני כב' הנשיא : סא"ל שלומי כוכב
שופט : רס"ן יאיר תירוש
שופט : רס"ן רונן עצמון

התביעה הצבאית
(באמצעות סגן אשר אוחיון)

נגד

הנאשמת : קאהירה סעיד עלי סעיד ת.ז 903946960 / שב"ס - נוכחת
(באמצעות ב"כ עו"ד אזברגה - נוכח)

רשמת : רב"ט סיון קדמי
מתורגמן : סמ"ר פארס פאלח

אב"ד פותח את הישיבה ומזהה את הנאשמת.

## מהלך הדיון

נאשמת : מייצג אותי עו"ד אזברגה.

תובע : הגענו להסדר טיעון במסגרתו אני מבקש לתקן את כתב האישום בגופו.
הנאשמת תודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן פתוח. התיקון
הוא על דרך של מחיקת פרטי האישום 5,6,8 והמרת אישומים 1-4 לסיוע לגרימת
מוות.

## ה ח ל ט ה

אנו מורים על תיקון כתב האישום כפי שתוקן בגופו ומתירים לנאשמת לחזור בה
מכפירתה.

ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.



שופט                          אב"ד                          שופט

סניגור : אני מאשר את דברי התובע. הקראתי למרשי את כתב האישום, הסברתי לו
את תוכנו, הוא הבינו ומודה במיוחס לו בו.

בית המשפט מבהיר לנאשם ולצדדים כי אינו כבול להסדר הטיעון שנקשר
ביניהם.

נאשמת : אני מאשרת את דברי סניגורי ומודה בכתב האישום המתוקן.

-1-

תיק מס׳ : 3529/02

תאריך : כ״ז תמוז, תשס״ד
15 יולי, 2004

<u>**ה כ ר ע ת - ד י ן**</u>

על יסוד הודאתה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לה בכתב
האישום המתוקן.

**ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.**

_____          _____          _____
שופט                              אב״ד                              שופט

הצדדים : נבקש לדחות את הטיעונים לעונש למועד אחר ואין לנו התנגדות להחלפת
הרכב לטיעונים לעונש.

<u>**ה ח ל ט ה**</u>

אנו דוחים את התיק לטיעונים לעונש ליום 29/8/04.

**ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.**

_____          _____          _____
שופט                              אב״ד                              שופט

-2-

P 5: 148