# EXHIBIT A.352

# PLACEHOLDER FOR EXHIBIT 352

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 01:48-01:52 | Taghreed, you have received a letter. | تغريد جالك مكتوب |
| 01:52-01:57 | Bring the letter so I can see it. I would like to be reassured about the girls by myself. | جيبي الرسالة أشوفها أحب أطمئن على البنات بناتي |
| 01:57-02:06 | Leila, you have a letter. | ليلى في لك مكتوب . |
| 02:07-02:08 | Don't I have one? | وأنا ما إلي |
| 02:08-02:13 | No, love. Latifeh, is there another one also? | لا حبيبتي .لطيفة في غيرها كمان |
| 02:15-02:15 | Adham | أدهم |
| 02:15-02:21 | Your son. Ahlam Nehmeh. | ابنك .أحلام نعمة |
| 02:25-02:45 | It has been a long time since I received something. This one is for Amani. Who is this one for? For Fatima. This one please. This one is for Kahira. Kahira al-Saadi. | صار لي فترة شيء ما وصلني هاي لأماني ها لمين .لفاطمة .هاي رجاء ها لقاهرة. لقاهرة السعدي |
| 02:55-03:09 | I am the captive Kahira al-Saadi, from Jenin camp, a mother of four kids. I was captured on May 7, 2002. The charge against me is facilitating a martyrdom operation and helping Mujahedeen. | أنا الأسيرة قاهرة السعدي من مخيم جنين أم لأربع أطفال اعتقلت في 7/5/2002 التهمة المنسوبة لي لتوصيل استشهادي ومساعدة مجاهدين |
| 03:34-05:20 | These are my children. This is Dunia, the youngest daughter I have. When I was captured she was 3 years old. Now, thank God, she has grown and became a young lady of 7 years. I also have Sandy. When I was captured she was 9 years old. Now she is 13 and a half. I have Mohamed, my son, and Raafat. All of them are my children. Of course I am not the only mother away from her children. I am just one of the Palestinian mothers who are in prison. There are a lot of Palestinian mothers who were killed and became martyrs. I mean there are a lot of children in Palestine who have lost their mothers in death; Israel killed them, I mean, shot them. | هي ولادي هاي دونيا أصغر بنت عندي لما أنا اعتقلت كان عمرها 3سنين هلا الحمد لله رب العالمين كبرت وصارت صبية عمرها 7سنين وعندي ساندي لما اعتقلت كان عمرها 9سنين هلا عمرها 13سنة ونصف عندي محمد ابني ورأفت هم كلهم ولادي طبعا مش بس أنا الوحيدة الأم اللي بعيد عن ولادها ممكن أنا من الأمهات الفلسطينيات اللي في السجن في كثير أمهات فلسطينيات قتلوا واستشهدوا يعني فيه أطفال كثير في فلسطين أمهم ماتت قتلوها إسرائيل يعني طخوها . |

| Time | English | Arabic |
|---|---|---|
|  | They are not upset with me because they know what I have done. To the contrary, they always tell me in the visit when they visit me, "You are a hero and you are strong, Mom. God willing, you will come back and be with us soon, and the Jews will stay away from us." I mean, my young daughter, her words to me always were, "God willing, He takes the Jews away and returns you to us, Mom." I lived in an institution with a lot of orphan kids. I used to think that everyone I saw had mothers. I would ask myself when I was young, "Why don't I have a mother? Why did my mother die?" And now the same thing I am experiencing, away from my children. | هم مش زعلانين مني لأنهم عارفين شو أنا عملت بالعكس دايما بيقولو لي في الزيارة لما يزوروني انت بطلة وأنت قوية ماما إنشاء الله ربنا يعني إنك ترجعلي لنا وتكوني معنا عن قريب ويبعد اليهود عنا يعني بنتي الصغيرة بس دائما كلمتها لي إنشاء الله بياخد اليهود ويترجعي لنا يا ماما أنا عشت في مؤسسة فيها عدد كبير من الأطفال الأيتام كنت أحسب كل اللي أشوفهم إلهم اميات واسال نفسي يعني وأنا صغيرة ليه أنا ماليش أم ليش أمي ماتت وأنا هلا نفس أشي التجربة معايا بعيد عن ولادي |
| 13:50-14:10 | From the day I was imprisoned, he has not sent me a letter, not even once. He wrote me a few words saying, "If your husband got married a second time, would you be happy?" If I endure, my dear, there is nothing I can do. I am in prison. I need to endure with my worry inside, I mean. | من يوم ما انحبست ما بعت لي رسالة ولا مرة كتب لي كلمة لو جوزك اتجوز عليكي بدك تكوني مبسوطة يعني انا بكابر حبيبتي أنا مش طالع بإيدي شيء أنا بالسجن بدي أكابر همل فيكي يعني |
| 14:10-14:42 | Yes, it is over a little, but at the same time I should not be selfish. First, in Islam it is legal for a husband to marry more than one person if he has to. Thanks God. It is normal. His wife is pregnant, pregnant and they say with a girl. He will call her Kahira, after me. This is evidence that he loves me | صح زايدة شوية بس بنفس الوقت يعني لازم ماكونش أنانية يعني حبة أول إشي بس الإسلام شرع أن الرجل يتزوج أكثر من واحدة إذا كان مضطر الحمد لله عادي يعني حتى أن مرته حامل وحامل بيقولوا فيها بنت بده يسميها قاهرة على اسمي هذا دليل على إنه بيحبني |
| 21:02-21:41 | We are about five. When we are out we work. In this way we oversee the girls. When there is need to help, we help of course. We have divided the work; one to distribute food, one to take care of the needs of the girls, one for this. I mean we have divided the | احنا تقريبا خمسة لما نكون برة بنشتغل احنا بنشرف هيك على البنات لما يكون في حاجة للمساعدة طبعا بنساعد في عندنا مقسمين الوضع مين يوزع الأكل مين يشوف طلبات البنات مين |

| Time | English | Arabic |
|---|---|---|
| | work among us.<br><br>Girls, girls, anyone of you wants burghol? Anyone in line? Wafa, come. She is shooting. Am I not talking to you?<br>- Thank God.<br>- What's your name? | هيك يعني مقسمين الشغل على بعضنا<br><br>صبايا يا بنات حدا منكم بده برغل هلا حدا في الدور. وفاء تعالي هي بتصور مش أنا بتحكي معك<br>-الحمد لله<br>-شو اسمك |
| 21:41-24:44 | Wafa al-Jaseem.<br>Where are you from?<br>From Jabalia. | وفاء الجسيم<br>من فين؟<br>من جباليا |
| 21:44-21:45 | How long have you been in prison, Wafa? | أديش لك في السجن يا وفاء |
| 21:46-21:47 | 12 years. | 12سنة |
| 21:48-22:14 | 12 years! What is the charge? A 12 year sentence. 12 years. Listen, Wafa, why did you think of blowing yourself up?<br>- I am afraid I if I speak up, she will go and tell someone.<br>- No, not even once. Shame on you. Why should I tell her? | 12سنة شو التهمة 12سنة الحكم 12 سنة اسمعي يا وفاء ليش فكرتي تفجري نفسك<br>-أخاف أحكي لها بتروح تقول لحد<br>-لا ولا مرة يا عيب الشوم عليكي<br>-على إيش بدي أحكي لها |
| 28:37-29:27 | I could die, and I have said it before, without going as a martyr, sitting at home. I could catch a bullet. And you know Israeli bullets; they don't distinguish between a resistor and a normal person at home. OK, I will answer your question. This one tells you, not necessary. That's it. I mean my life ended here. I cannot change that. This is God's destiny for me. This is known in our religion of Islam. I don't know if you are going to comprehend this or not.<br>I left at one-thirty in the afternoon. It was still noon. My children were back from school. I had prepared food for them and they had eaten. I left them at home and told Sandy, "Take care of your brothers and sisters while I go | ممكن أنا أموت وحكتها قبل هذه المرة بدون ما أنزل للاستشهاد وأنا قاعدة في البيت تجيني رصاصة وانت بتعرفي الرصاص الإسرائيلي ما بيميز ها مقاوم وها إنسان عادي قاعد في بيته ماشي برد على سؤالك هذا بقول لك يعني مش شرط خلاص يعني أنا انتهى عمري هون مقدرش أجل هذا قضاء ربي وقدره هذا أشي معروف عنا في الدين الإسلامي أنا ما بعرف إذ انت راح انك تستوعبي هذ الكلام أو لا<br>أنا رحت الساعة الواحدة والنصف الظهر كانت الدنيا ظهر لسة كان ولادي راجعين من المدرسة طبعا كنت حضرت لهم الأكل وكلوا وخلتهم في |

| Time | English | Arabic |
|---|---|---|
| | out, I won't be long." Mom had come down to Ramallah and I took the martyr from Ramallah right away from Ramallah to Jerusalem.<br><br>It was difficult for us to enter a place, like a restaurant or something similar because there was intense security in Jaffa Street, so the operation was performed in any street. There were two buses passing by and I asked the martyr to carry out the operation in the street because there was no way to enter another place. I told him, "Say you want to stop a bus as if you want to get on it. Go ahead of me a little and I will walk a little way with you." So he went ahead of me and he said, "Goodbye. There is no god but God. Mohamed is the messenger of God". I told him, "God will show you favor. God willing, you will reside in Paradise. May Mohamed entreat God for us". This means he will ask God to make us acceptable to him. It is true that you may fear what I am saying or it may upset you, but I am telling you what happened. He was very happy the last time I saw him when he left me saying his prayers. I mean I looked at him, and he was smiling. He was smiling and happy, he stopped two buses and then there was one explosion.<br>The first thing was the sound. The sound of the explosion was very strong. I felt the red fire, and most of all was the smoke. The smoke filled the area. I mean I no longer saw people, the marketplace and the people who were at the bus stop no longer in sight. There was nothing. Destruction and thick smoke, thick. This is the last thing I saw in the operation. I screamed. I put my hands on my face | البيت وقلت لساندي ديري بالك على اخواتك وأنا باطلع مشوار ومش حاطول كتير ماما نزلت على رام الله ومن رام الله أنا استلمت الشهيد من رام الله دوغري وأخذته من رام الله على القدس كان صعب ان إحنا ندخل على مكان فيه مثلا مطعم أو إشي لنه كان فيه مراقبة شديدة في شارع يافا فتمت العملية في الشارع هيك عشوائي يعني وكان فيه باصين مرين وطلبت من الشهيد أن هنا تصير العملية في الشارع لأن مفيش مجال ندخل على مكان تاني فقلت له أن أنت بتقول أن أنت بدك توقف الباص على أساس نركب فيه أسبقني وأنا أمشي شوية شوية معاك فهو سبقني وقال مع السلامة لا إله إلا الله محمد رسول الله أنا قلت له الله يرضى عنك أنشاء حياتك الجنة واتشفعلنا يا محمد يعني يطلب من ربنا أن نكون احنا مشفعين عنده إنشاء الله صح أنت يعني يمكن بتخافي من الكلام أو بيضايقك الكلام بس أنا بحكي اللي صار يعني أنت كان هو مبسوط كتير يعني آخر مقطع إليه شوفته فيه لما تركني وراح يستشهد يعني اطلع عليه وكان بيتسم كان مبتسم وكان مبسوط مسك اثنين وبعدين صار انفجار مرة واحدة أول أشي الصوت صوت الإنفجار كان قوي جدا حسيت فيه نار حمرا واكثر أشي الدخان يعني عبا المنطقاة دخان يعني بطلت أشوف ناس يعني البازار والناس اللي كانوا على الموقف بطلوا يبانوا مافيش ولا شيء دمار ودخان قوي قوي ده آخر شيء شوفته في العملية أنا صرخت حطيت أيدي على وجهي من صوت الإنفجار المنظر إللي أنا |

| Time | English | Arabic |
|---|---|---|
| | because of the sound of the explosion. I saw no people in the street because of the fog and smoke caused by the explosion.<br>Did you see the martyr when he blew himself up?<br>No, no. There was fog and smoke. I saw nothing. Everything disappeared. I screamed in this way. I found nothing except Jews, I mean Israelis pulling me and pushing me into a shop. This is the last thing. I mean, when I came to, I found myself inside the shop being treated, and something like that, because I had some blood on me and things from the operation. I had a minor injury, not injury, but a wound, and nothing. Blood and the things from them hit me a little and I was treated in the shop.<br>Blood splashed on my face and in my eye. Maybe Mohamed's blood also. There was blood on him. | شوفته مفيش ناس في الشارع من الضباب والدخان اللي سببه الإنفجار<br>شوفت الشهيد لما فجر حاله<br>لأ لأ كان فيه ضباب ودحنة ما شفتش أي شيء كله اختفى صرخت هيك أنا مالقيتش حاجة إلا ناس يهود يعني اسرائيليين عم بيشدوني وبيدخلوني على محل هذا آخر أشي يعني كنت يعني لما صحيت على حالي لقيت حالي جوة المحل عم بيعالجوني وأشي زي هيك لأن طلع شوية دم عليه وأشياء من العملية اتصبت إصابة بسيطة مش إصابة يعني انجرحت ولا إشيء دم والأشياء اللي منهم أجت فيه شوية وكان تم علاجي في المحل<br>في وجهي وعيني جه دم يمكن دم محمد كمان كان فيه دم عليه آه |
| 11:07-12:20 | I had a little difficulty in the camp being accepted. I was the only woman married who wore pants and a blouse, and in my hair there were a lot of ornaments. Shame, why is she like that? This matter worried me because why would they talk about me? I was young, I mean, I got married at 14 and I had my daughter at 15. I was like (incomprehensible word: Masah) but I did not know anything about prayer. I knew nothing. I had nothing. Maybe my relationship with God became stronger and I learned about religion here in prison when I met sisters, Muslims, wearing the hijab. I knew what I should be and how I should act. To the contrary, I want to get out of prison and get out of this outfit, and my camp would see me, and my people would see me, and my family | شوية لقيت صعوبات في المخيم أن يتقبل واحدة مني أنا كنت الامرأة الوحيدة اللي متزوجة اللي أنا بلبس بنطلون وبلوزة وبشعري كان فيه تعليقات كتير عليه يعني مثلا عيب ليش هيك طالعه اشي زي هيك كان هذا الأشي يتعبني لأن ليش بيحكوا عليه وكنت صغيرة في العمر حتى يعني أنا تزوجت بنت 14 سنة خلفت بنتي وأنا عمري 15 سنة كنت مثل مصاح بس معرفش أشي عن الصلاة معرفش شيء ولا إشي عندي يمكن اتقوت علاقتي بربنا وعرفت أمور الدين هون في السجن لما تعرفت على اخوات لي مسلمات ومتحجبات وعرفت شو أنا لازم أكون وكيف أنا لازم أتصرف بالعكس أنا كتير حابة أطلع من السجن وأطلع في هذا اللبس ويشوفني مخيمي ويشوفني ناسي يشوفوني أهلي كيف أنا بالفعل اتغيرت |

| Time | English | Arabic |
|---|---|---|
| | would see how I have really changed. What is the difference between white and blue? Why is blue forbidden? I mean all prisons are blue, but what I don't understand is why you always put on us such things, you restrict us.<br>- Why does the prison ask us to put you in orange? | شو الفرق بين ابيض وازرق إيش ممنوع الأزرق يعني كل السجن أزرق بس الشغلة مش فاهمة أنتم ليش بتحطوا علينا هيك دايما بتخانقوا علينا<br>-ليه حانحط علكيي ها السجن طلب إن احنا نحط اللون البرتقالي |
| 12:46-13:05<br>00:40-00:57 | Wearing a bracelet or what? Wear this. I don't know.<br>Come on darling.<br>Baheera, Baheera, do you have a white pin for Sabreen, which she puts here? Yes, like this.<br>Who is prettier: this, Shireen, Niveen, the open one or closed one?<br>No. Open. | لبسة أسورة أو شو البسي هذا<br>-مش عارفة<br>يالا - حبيبتي<br>بهيرة بهيرة عندك دبوس أبيض لصابرين من اللي بيتحطوا هون<br>-أيوة هيك<br>مين أحلى هذا شيرين نيفين المفتوح ولا المسكر<br>-لأ مفتوح |
| 00:57-02:25 | One will tell you. She gets out; she knows what she does and knows that her end will be in prison. What do you tell her?<br>Of course, prison is not the last, I mean, its suffering, end of life. I mean if you go to prison I am not going to do any ordinary thing. It is our duty when there is.<br>You see what she will be in is the right thing. Of course what she will be in is normal.<br>There is no verse.<br>No problem. There is life and afterlife. I mean in the eternal afterlife with God, and martyrdom is known to us.<br>Yes, a pregnant woman. I mean I did not determine and I did not mean to, no. That was it. No. When I took the martyr, I was going with not returning, and whatever I see I will not hesitate or retreat. I mean I will take the martyr and he will perform the operation no matter what happens. It does not mean that with our own hands we killed a pregnant woman or caused her children to become orphans at home. | -بتحكي ليك الواحدة بتطلع برة بتعرف أنها بتشتغل شغل هيك وعارفة إن نهايتها حا تكون السجن إيش تحكيلها<br>طبعا السجن مش آخر يعني أن معناته آخر الحياة يعني إذ خلاص دخلت السجن مش راح أرد أعمل أي أشي عادي هذا واجب علينا لما يكون فيه<br>انت شايفة إيه اللي بدها تكون فيه هو يعني الصح طبعا عادي ما تكون فيه<br>-مفيش آية<br>مش مشكلة فيه الدنيا والآخرة يعني في الحياة الآخرة الأبدية عند رب العالمين والشهادة معروفة<br>شو عندنا<br>آه امرأة حامل يعني أنا ما حددت ولا كنت قصدة أنه ما خلص لأ لما أنا أخدت الشهيد رايحة ومش راجعة يعني مش راح لو شو ما أشوف راح أتردد ولا أرجع يعني بدي أوصل الشهيد وبدو ينفذ العملية لو شو ما كان مش يعني بإيدينا أللي احنا قتلنا امرأة حامل أو يتمنا أطفالها في البيت لأ |

| Time | English | Arabic |
|---|---|---|
| | No. | |
| 08:15-13:41 | Suhair, here is my son. Hold him.<br>Sandy, I am out here.<br>Mom<br>Mom, darling<br>My darling, come, give me a kiss.<br>How are you? Come close to me.<br>Come, my darling. How are you? Get up a little on it.<br>Get up a little on it, Sandy. Little by little. Mom, bring it to me so I can see it.<br>My darling, come, give me a kiss.<br>How are you? I missed you too, darling. Sandy, you were very late.<br>What's the matter with you? I feel you are not happy. I feel you are not happy.<br>I am happy, Mom. Happy.<br>Tell me Sandy.<br>Mom, you heard me talking about you.<br>Yes, I heard. Crazy.<br>When are you going?<br>I don't know yet, Mom. When I go don't worry. It does not matter. This sentence is normal. No matter how long the sentence is. Don't tell me what your sentence is. Even if it is long, I will get out. Isn't it normal, Mom? Three life sentences is normal. I will go.<br>100 years.<br>No, who says 100 years? Maybe I will go. You don't know. Our God is great. Mom, I will go, OK, one day I will go. You will see, my darling. What do you want to do? You will see, my darling. I want you to pray for me. OK. They will let me hug you. Sandy. I missed you a lot, my darling. I missed you a lot, mother.<br>I love you, Mom.<br>You are my darling. You are my life. I missed you so much. I missed you. Who is your mother? Who is your | يا سهير هاك ولدي وشيليه ما<br>ساندي أنا برة هون<br>ماما-<br>ماما حبيبتي<br>حبيبتي تعالي بوس كيفك حالك قرب عليه تعالى<br>حبيبي كيف حالك قوم اطلع شوية عليها<br>اطلعي شوية شوية عليها ساندي شوية شوية مام جيبيلي أشوفها<br>حبيبتي تعالي بوس كيفك حبيبتي أنا كمان اشتقت لكم حبيبتي يا ساندي اتأخرتوا كتير عليه مالك<br>حاسك مش مبسوطة حاسة مش مبسوطة<br>مبسوطة يا ماما مبسوطة-<br>أحكيلي يا ساندي<br>ماما سمعتيني وأنا أحكي عنك-<br>أيوة سمعت تجنن<br>امتى بتروحي-<br>معرفش ماما لسة، بس باروح ماتخافيش مابيهمش هذا الحكم عادي أد ما يكون الحكم مابديش تقولولي أديش حكمك أديش حكمك حتى لو كبير باطلع مش هو عادي ماما 3 مؤبدات عادي بروح<br>100 سنة-<br>لأ مين قال لك 100 سنة يمكن أروح متعرفيش ربنا كبير ماما بروح طيب يوم من الأيام راح أروح بتشوفي يا حبيبتي أنتم شو بدكم تعملوا بتشوفي حبيبتي بدي أنكم تدعولي طيب حايخلوني أحضنكم ساندي اشتقت لكم كتير حبيبتي اشتقت لكم كتير يا أمي<br>أنا بحبك يا ماما-<br>أنت حبيبي أنت عمري اشقت لكم قد الدنيا اشتقت لكم .. مين أمك .. مين حبيبتك<br>يالا خلاص شباب يالا تعالوا يالا . يالا ولد يالا |

| Time | English | Arabic |
|---|---|---|
| | darling?<br>Come on guys, come on. Come, come on. Come on boy, come on. Come. Don't worry, Mom.<br>Sandy, every time I tell you to tell Dad. Why does Dad do this to me?<br>By God, Mom, he keeps calling your name, keeps doing, by God, Mohamed. Calls your name, by God, Mom.<br>Again?<br>Yes.<br>Sandy, look at the things, Mom… Do you hear me, Mohamed?<br>Yes, I remember she does not want to leave us.<br>It is difficult to leave them and go. This is the most difficult thing for me. I will not know how I will go. I will not imagine it. And I also have a little brother, Sharif. When they captured me, he was 7 months old, and now he is 4 years old. When I get out, he will be 4 years old. I saw him only once in a visit. I don't know how he looks. I keep imagining how I will receive him, I mean, and how he will receive me.<br>- I will ask you one thing, to take care of the children, especially the girls. I want Sandy to grow up and become like you.<br>- God willing.<br>- Teach her a lot about religion.<br>- I want to serve your children God willing.<br>- May God show you favor. I want you to do this request, God willing.<br>God willing. | تعالوا<br>-ماتخافيش ماما<br>ساندي كل مرة بحكي لك تحكي مع بابا ليش هيك بابا بيعمل معايا كدة<br>-والله ماما بيضل ينادي عليكي بيضل والله محمد<br>-بينادي عليكي والله يا ماما<br>-كمان<br>-آه<br>ساندي شوفي الأغراض ماما سامعني .. محمد<br>آه تذكرت مش حابة تتركنا<br>صعب إني راح أروح وأتركهم هون أصعب شيئ عليه حايكون مش عارفة كيف كيف تروحتي راح بتكون مش متخيلة أنا وكمان لي أخ صغير شريف لما اعتقلوني كان عمره 7 شهور هو صار عمره 4 سنين لما أطلع بيكون عمره 4 سنين ما شفتوش إلا مرة واحدة بالزيارة معرفش كيف شكله باظل أتخيل كيف راح استقبله يعني وهو كيف راح يستقبلني<br>-بدي أطلب منك طلب بتديري بالك على الولاد بالذات البنات بدي ساندي تطلع زيك<br>-إنشاء الله<br>-تعلميها كثير بأمور الدين<br>-بدي أنا أخدم ولادك إنشاء الله<br>-ربنا يرضى عليكي أنا بدي ها الطلب تعمليلي إياه<br>أنشاء الله<br>-إنشاء الله. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 156a.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 156a.

Dated: February 28, 2014

_____
Clark Hayes

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

            Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 156b.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 156b.

Dated: February 28, 2014

/s/ Clark Hayes
Clark Hayes

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*Lanore C. Smith*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 156c.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 156c.

Dated: February 08, 2014

                                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015