# EXHIBIT A.354



# ISRAEL MINISTRY OF FOREIGN AFFAIRS

MFA › Government › Communiques › 2002 › Most Wanted Terrorists - Status Report - 22-Apr-20

## Most Wanted Terrorists - Status Report - 22-Apr-2002

22 Apr 2002

22 April 2002

### Most Wanted Terrorists - Status Report

(Communicated by Israel security sources)

In December 2001, Israel presented US peace envoy Anthony Zinni with a list of 33 most wanted terrorists, requesting their arrest by the Palestinian Authority. The list was subsequently given by Zinni to the Palestinians.

Five of these most wanted terrorists have been arrested by Israel during Operation Defensive Shield:

1. Ibrahim Mahmoud Roub of Ramallah - Hamas
2. Nasser Aweis of Nablus - Tanzim
3. Abd el Karim Aweis of Jenin - Tanzim
4. Salim Haja of Burka - Hamas
5. Muhammed Abu Toul of Jenin - Tanzim

To date, three of these most wanted terrorists have been killed:

1. Ra'ed Karmi of Tulkarm - Tanzim (December 2001)
2. Riyadh Bader of Tulkarm - Islamic Jihad
3. Kais Adwan of Jenin - Hamas

See also:
- operation defensive shield: special update



PLAINTIFF'S EXHIBIT 354

P 5: 159

MFA Publications
Our Bookmarks
News Archive
MFA Library

**Feedback** | **Map** | **Hebrew**

© 2008 Israel Ministry of Foreign Affairs - The State of Israel. All rights reserved.   *Terms of use*   *Use of cookies*