# EXHIBIT A.357
## (5 of 5)

**פרט חמישים:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מסי 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מאי 2001 או בסמוך לכך, עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, ברמאללה, על-פי בקשתו של אשרף חדר עלי גיאבר, מסר לידי האחרון רוסי"ר קלצ'ניקוב עם מחסנית ו-28 כדורים. הנאשם ביצע את המיוחס לו בפרט האישום הזה לאחר שקיבל אישור לעשות כן ממרואן ברגותי, ראש "התנזים" של הפתיח באיזור. אשרף גיאבר השתתף בתהלוכה ברמאללה, כשהוא מחזיק ברוסי"ר קלצ'ניקוב הנ"ל. במהלך התהלוכה הנ"ל אשרף גיאבר היה רעול פנים וירה ברוסי"ר קלצ'ניקוב הנ"ל באוויר. לאחר מכן, אשרף גיאבר, על-פי הוראתו של הנאשם, העביר את רוסי"ר קלצ'ניקוב הנ"ל לידי זיאד אבן עין.

**פרט חמישים ואחד:**

**מהות העבירה:** מתן מקלט, עבירה לפי סעיף 57 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף שנת 2001 או בסמוך לכך, עזר או נתן מקלט לכל אדם שעבר עבירה על תחיקת הביטחון או עסק או שהיה עוסק בכל פעולה שמטרתה לפגוע בשלום הציבור, שלום כוחות צה"ל וחייליו וקיום הסדר הציבורי או שיש יסוד סביר לחשוד כי עשה כן, בין על-ידי מתן ידיעות, מחסה, מזון, משקה, כסף, בגדים, נשק, תחמושת, אספקה, מספוא, אמצעי תובלה, נפט או דלק מסוג כל שהוא ובין בדרך אחרת, דהיינו:
הנאשם הנ"ל, במועד האמור, ביחד עם מרואן ברגותי, העביר את בלאל יעקוב אחמד ברגותי ואת עבדאללה ברגותי מהכלא של הביטחון המסכל של הרשות הפלסטינית בביתוניא לדירה, אשר אותה שכר הנאשם ברמאללה תחתא. בלאל ברגותי ועבדאללה ברגותי הנ"ל הם פעילים בכירים בארגון החמאס, שהוא התאחדות בלתי מותרת, ואחראיים לביצוע מספר פיגועים נגד אזרחים ישראליים, ביניהם פיגוע תופת במסעדה "סבארו" בירושלים ביום 09.08.01. הנאשם ומרואן ברגותי הלינו את בלאל ברגותי ואת עבדאללה ברגותי בדירה הנ"ל במשך מספר ימים. לפני שבלאל ברגותי ועבדאללה ברגותי עזבו את דירתו הנ"ל של הנאשם, הנאשם מסר לכל אחד מהם אקדח 14.

**פרט חמישים ושניים:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מסי 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף שנת 2001 - תחילת שנת 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, שוחח באמצעות טלפון עם נאצר מחמוד עוויס, פעיל צבאי בכיר בייתנוזים" של הפתיח, שהוא התאחדות בלתי מותרת, בשכם. נאצר עוויס אמר לנאשם כי הוא צריך 1,000 כדורים לרוסי"ר M-16. הנאשם הבטיח להביא לנאצר עוויס את הכדורים המבוקשים. לאחר מספר ימים הגיע אל הנאשם, ברמאללה, אדם בשמו של נאצר עוויס. הנאשם מסר לאחרון 1,000 כדורים לרוסי"ר M-16 על מנת שיעביר אותם לשכם לנאצר עוויס. תמורת 1,000 כדורים הנ"ל נאצר עוויס העביר לחשבון הבנק של הנאשם סכום של 3,000 ש"ח.
הנאשם ביצע את המיוחס לו בפרט האישום הזה ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

**פרט חמישים ושלושה:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס' 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש ינואר 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
נזאר אל הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, פנה נזאר שוכרי אמין שאהין. נזאר שאהין ביקש מהנאשם לקבל שלושה אקדחים על מנת למוסרם לידי פעיל צבאי ב"יגדודי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפתיח, זאפר ע/גיואד ע/רחמאן רימאווי לצורך ביצוע פיגוע ירי במחסום סורדא של צה"ל.
הנאשם הסכים לבקשתו של נזאר שאהין ומסר לידי האחרון 3 אקדחים: אקדח בלגי 9 מ"מ, אקדח סטאר 9 מ"מ ואקדח שסוגו אינו ידוע לתביעה, וכן קופסת כדורים לאקדחים הנ"ל, המכילה 50 כדורים לאקדח בקוטר 9 מ"מ.
באותו היום, במפקדה של הביטחון המסכל של הרשות הפלסטינית בביתוניא או בסמוך לכך, נזאר שאהין העביר את שלושת האקדחים והכדורים הנ"ל לידי זאפר ע/גיאד ע/רחמאן רימאווי.
הפיגוע המתוכנן לא בוצע באמצעות האקדחים הנ"ל, מכיוון שלילה לפני המועד שבו היה אמור להתבצע הפיגוע הנ"ל, בוצע פיגוע ירי אחר במחסום סורדא.
לאחר כשלושה ימים, ברמאללה או בסמוך לכך, נזאר שאהין החזיר את האקדחים הנ"ל ביחד עם קופסת הכדורים הנ"ל לידי הנאשם.
הנאשם ביצע את המיוחס לו בפרט אישום זה ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

**עדי התביעה:**

1. רס"ר דוד מזרחי, מ.א. 94857, לח"ק יהודה. [גובה אמרות הנאשם מיום 16.04.02 ומיום 03.05.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח מסדר זיהוי תצלומים + לוח תצלומים]
2. רס"ר יצחק יעקובוף, מ.א. 1008358, לח"ק יהודה. [גובה אמרות הנאשם מיום 21.04.02 ומיום 13.05.02 ומגיש שני כתבי-ידו של הנאשם בערבית]
3. משה משה, מ.א. 993725, תשאול אמן לכיש. [גובה אמרת הנאשם מיום 05.09.02]
4. אשרף חדר עלי גיאבר, ת.ז. 901183764. (עצור)
5. חוסאם עקל רגיב שחאדה, ת.ז. 975564733. (עצור) (ת.ת. 243/02)
6. מחמד ע/רחמאן סאלם מצלח, ת.ז. 902845643. (עצור) (ת.ת. 242/02)
7. מחמד סאמי אבראהים עבדאללה, ת.ז. 979469954. (עצור) (ת.ת. 241/02)
8. הייתם אלמותופק חמדאן, ת.ז. 906934823. (עצור) (ת.ת. 265/02)
9. ע/כרים ראתב יונס עוויס, ת.ז. 980136675. (עצור)
10. נאצר מחמד יוסף נאגי (אבו-חמיד), ת.ז. 923918882. (עצור)
11. נצר (נחלום) מחמד יוסף נאגי (אבו חמיד), ת.ז. 923918890. (עצור) (ת.ת. 339/02)
12. שריף מחמד יוסף נאגי (אבו חמיד), ת.ז. 959770843. (עצור) (ת.ת. 355/02)
13. לואי מחמד אחמד עודה, ת.ז. 035775055. (עצור) (ת.ת. 311/02)
14. זאפר ע/גיואד ע/רחמאן רימאווי, ת.ז. 900070020. (עצור) (ת.ת. 345/02)
15. אמיר חסן סעיד אבו רדאחה, ת.ז. 954263042. (עצור) (ת.ת. 356/02)
16. מגיד מחמוד אחמד זיאדה, ת.ז. 914081757. (עצור) (ת.ת. 318/02)
17. נאצר מחמוד עוויס, ת.ז. 900358664. (עצור)
18. בלאל יעקוב אחמד ברגותי, ת.ז. 902826262. (עצור)
19. זיאד חמודה יעקוב חמודה, ת.ז. 902924117. (עצור) (ת.ת. 353/02)
20. ראמי מחמד מחמוד נור, ת.ז. 960971075. (עצור) (ת.ת. 221/02)
21. מאזן מחמד עומר אלקאדי, ת.ז. 907898134. (עצור) (ת.ת. 212/02)
22. מוראד נזמי רזק עג'ילוני, ת.ז. 081099095. (עצור)
23. מאמון בסאם עבדאללה אבו-שמה, ת.ז. 906138409. (עצור) (ת.ת. 639/01)
24. עלאא מחמד עלי חסן (ע/עזיז), ת.ז. 907276406. (עצור) (ת.ת. 174/02)
25. סעדי ג'יהאד מחמד-עלי מקבול, ת.ז. 920101466. (עצור) (ת.ת. 173/02)
26. וויליאם סאמח פארס אלחטיב (רימאווי), ת.ז. 904383452. (עצור) (ת.ת. 322/02)
27. נזאר שוכרי אמין שאהין, ת.ז. 902004928. (עצור) (ת.ת. 775/02)

29

ת.ת. 444/02 מתוקן

## ת.פ. 234/01 מת"מ י-ם

28. הרמן ספאק, מ.א. 6961290, צה"ל. (פרטים בתביעה) [עדות]
29. אריה רקח, ת.ז. 032271918. (פרטים בתביעה) [עדות]
30. יובל לב, ת.ז. 05405709. (פרטים בתביעה) [עדות]
31. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
32. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב]
33. רס"ל אבי ברקמן, מ.א. 972762, חקירות - תחנת ציון. [מגיש טופס לווי למוצגים]
34. רס"ל דניאל תורנגמן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
35. רפ"ק אורי בן-טובים, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 555/01] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
36. ד"ר דוד חזן, מ.ר. 29086, צה"ל. [עדות - קביעת מותו של אלעזר עקיבא פשקוס ז"ל]
37. ד"ר דוד מורל, מ.ר. 20952, קופ"ח כללית - ירושלים. [עדות + מגיש הודעת פטירה]

## ת.פ. 457/01

38. רס"מ אלי סוטר, מ.א. 588038, תחנת בנימין. [מגיש דו"ח פעולה]
39. רס"מ משה לביא, מ.א. 903260, תחנת בנימין. [מגיש זכ"ד-רכב GMC + שרטוט זירת האירוע + דו"ח תפיסה וסימון + טופס לווי למוצגים]
40. רס"מ שבי עובדיה, מ.א. 560441, מז"פ יהודה. [מגיש לוחות תצלומים + מזכר]
41. רפ"ק ניסים מזרחי, מ.א. 926998, המעבדה הניידת, מז"פ - מטא"ר, ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
42. יוסף כהן, ת.ז. 069397198. (פרטים בתביעה) [נפצע בפיגוע הירי]
43. אבי בן-שימול, ת.ז. 031310677. (פרטים בתביעה) [הגיע ראשון לזירת הפיגוע]
44. ד"ר איזבלה שוורץ, מ.ר. 28684, ביה"ח הדסה - הר-הצופים, ירושלים. [מגישה תעודת רופא - סכום ביניים] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

## ת.פ. 2159/01 בנימין

45. רס"ר רונן עמאר, מ.א. 956813, תחנת בנימין. [מגיש דו"ח פעולה]
46. רס"מ שבי עובדיה, מ.א. 560441, מז"פ, תחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]
47. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע - תפיסת תרמילים ושרידי קליעים]
48. רס"ר חיים טולדנו, מ.א. 1004332, תחנת בנימין. [מגיש זכ"ד - שרשרת מוצג + טופס לווי למוצגים + דו"ח ביקור בזירת העבירה]
49. רס"ל דניאל תורנגמן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
50. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4238/01] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
51. ד"ר ולדימיר גולר, מ.ר. 26163, מד"א - תחנת לוד. [מגיש דו"חות רפואיים מהשטח + הודעות פטירה + עדות]
52. ד"ר ניר אלון, ת.ז. 031849201, צה"ל. [עדות]
53. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. [מגיש שתי חוו"ד מומחה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
54. ציון סווירי, ת.ז. 000048850. (פרטים בתביעה) [זיהוי הרוגים]

## ת.פ. 7915/01 ציון

55. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
56. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
57. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
58. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
59. צוערת אדוה מלכה, מ.א. 1049089, מת"מ - תחנת ציון. [מגישה טופס לווי למוצגים]
60. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

61. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4539/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
62. ד"ר אייל יצחיאק, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
63. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבוייז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
64. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
65. יפה וקנין, ת.ז. 058857863. (פרטים בתביעה) (עדת ראיה)

**פ.א. 481/01 ציון**

66. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
67. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
68. פזית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

**פ.א. 8379/01 ציון**

69. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
70. רס"ר גבריאל עבד, מ.א. 958736, מת"ימ - תחנת ציון. [מגיש טופס לוואי למוצגים]
71. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
72. צוער דרור אברם, מ.א. 1039080, מת"ימ - תחנת ציון. [מגיש טופס לוואי למוצגים]
73. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
74. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
75. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
76. סיגל שאזו, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
77. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפצעה בפיגוע)
78. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפצעה בפיגוע)
79. אוהב עמי יחיאל, ת.ז. 059214320. (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
80. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
81. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

**פ.א. 39/02 בנימין**

82. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]
83. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
84. רס"ב אלי קוגימן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
85. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
86. רס"ר מאיר וענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
87. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
88. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל. (פרטים בתביעה) [עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]
89. ד"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
90. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפצעה בפיגוע)
91. סמי וענקנין, ת.ז. 027798040. (פרטים בתביעה) [עדות + סקיצה] (עד ראיה)
92. נחשון בראשי, ת.ז. 05033235. (פרטים בתביעה) (זיהוי ההרוגה)

**פ.א. 502/02 ציון**

93. פקד דרור אסרף, מ.א. 942276, מת"ימ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
94. רס"ב יגאל דניאל, מת"ימ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
95. צוער צביקה רייזנר, מת"ימ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]

96. רס"ל ציון טבדי, מ.א. 1043413, מת"מ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
97. רס"ב אשר לוי, מ.א. 47720, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
98. בני עזריאל, ת.ז. 303647598. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
99. עמאד ענידת, מ.א. 739037, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
100. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
101. נועם גבאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
102. חגן בנעים, מ.א. 1049188, יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
103. גנאדי (גיא) מלניק, ת.ז. 309130540. (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
104. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
105. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
106. חיים צאלח, ת.ז. 033401019. (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
107. בוריס אבטיסיאן, ת.ז. 309086171. (פרטים בתביעה) (עד ראיה)
108. יקותיאל-ישראל עלוש, ת.ז. 310101647. (פרטים בתביעה) (עד ראיה)
109. משה ממן, ת.ז. 06246911. (פרטים בתביעה) (עד ראיה)
110. טובה יצחקי, ת.ז. 051270353. (פרטים בתביעה) (עד ראיה)
111. מזל יצחקי, ת.ז. 04330150. (פרטים בתביעה) (עדת ראיה)
112. ירון אברהמי, ת.ז. 640712770. (פרטים בתביעה) (עד ראיה)
113. פנחס בנטורה, ת.ז. 055611230. (פרטים בתביעה) (עד ראיה)
114. כפיר קדם, ת.ז. 039381249. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
115. יעקב סנדלר, ת.ז. 307750984. (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
116. ד"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
117. ד"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט

**פ.א. 483/02 שפט**

118. רס"ל אבי פנחסי, מת"מ ימ"ר ירושלים. [מגיש דו"ח תפיסה וסימון]
119. רס"ר עודד מאירי, מ.א. 1065937, מת"מ ימ"ר ירושלים. [מגיש לוח תצלומים + שני טפסי לוואי למוצגים]
120. רפ"ק ליאור נדיבי, מ.א. 952127, זיהוי ציון. [מגיש דו"ח תפיסה וסימון + דו"ח ביקור בזירת העבירה + העברת המוצגים למז"פ - מטא"ר]
121. דן אוזנה, יחידת סיור 4, תחנת ציון. [מגיש דו"ח תפיסה וסימון]
122. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
123. ד"ר אבירם ניסן, ביה"ח הדסה הר-הצופים, ירושלים. [מגיש הודעת פטירה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
124. מאיר דהן, מ.א. 081086407. (פרטים בתביעה) [השתלט על המחבל, נפצע בפיגוע]
125. דן מור, ת.ז. 086019812. (פרטים בתביעה) [השתלט על המחבל]
126. ניר בן שמחון, ת.ז. 037670213. (פרטים בתביעה) [השתלט על המחבל]
127. עפיף חלואני, ת.ז. 023307358. (פרטים בתביעה) [עד ראיה]
128. יוסף קרדי, ת.ז. 0099752. (פרטים בתביעה) [עד ראיה]
129. סטס קריסנטסקי, ת.ז. 304389240. (פרטים בתביעה) [נפצע בפיגוע]
130. ליאור סקיזדה, ת.ז. 032087587. (פרטים בתביעה) [נפצע בפיגוע]
131. קרן קדמי, ת.ז. 032777716. (פרטים בתביעה) [נפצעה בפיגוע]
132. אדם גרפילד, ת.ז. 011935426. (פרטים בתביעה) [נפצע בפיגוע]
133. אלי אוחנה, ת.ז. 033404773. (פרטים בתביעה) [נפצע בפיגוע]
134. עמיחי דהאן, ת.ז. 039243944. (פרטים בתביעה) [נפצע בפיגוע]

135. תמרה ליפשיץ פיש, ת.ז. 306706318. (פרטים בתביעה) [נפצעה בפיגוע]

### ת.א. 4258/02

136. אבשלום פרידמן, ת.ז. 055594097, מתנדב ביחידת סיור ירקון. (פרטים בתביעה) [שתי עדויות, היה בידח עם סלים ברכאת ז"ל]
137. אפי ימין, זיהוי ירקון, משטרת ישראל.
138. פקד מירוד דניאל, קצין אח"ק ירקון.
139. שמעון רחמים, צח"מ ירקון.
140. יעקב עבד, ת.ז. 025714502. (פרטים בתביעה) [עד ראיה – היה בתוך המסעדה]
141. איגור קוטביצקי, ת.ז. 321940751. (פרטים בתביעה) [מאבטח במסעדה, נפצע בפיגוע]
142. עדי מוריז, ת.ז. 304615230. (פרטים בתביעה) [מאבטח במסעדה]
143. יוני חייל, ת.ז. 049170392. (פרטים בתביעה) [עד ראיה]
144. אירית רחמים, ת.ז. 027293034. (פרטים בתביעה) [עדת ראיה]
145. לימור פורמה, ת.ז. 025377029. (פרטים בתביעה) [עדת ראיה]
146. שלמה דוד, ת.ז. 00022280. (פרטים בתביעה) [נפצע קשה בפיגוע מדקירת סכין]
147. שרון יפרח, ת.ז. 9802115980. (פרטים בתביעה) [עדת ראיה, נפצעה בפיגוע]
148. יפתח קריתי, ת.ז. 029022902. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
149. אליהו צדקה, ת.ז. 028804599. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
150. איוונה רייכטמן, ת.ז. 309998540. (פרטים בתביעה) [נפצעה בפיגוע]
151. יעקב הורוביץ, ת.ז. 054188644. (פרטים בתביעה) [ראה את הרכב שבו הגיע המחבל]
152. רוית אבישג-יוספי, ת.ז. 024315632. (פרטים בתביעה) [עדת ראיה]
153. ויליאם חזן, ת.ז. 069828374. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
154. עלא מחמוד, ת.ז. 061247623. (פרטים בתביעה) [עד ראיה – עדות + שרטוט זירת האירוע]
155. באסם אבו לחאם, ת.ז. 035704568. (פרטים בתביעה) [עד ראיה]
156. בהאא אבו לחאם, ת.ז. 049824865. (פרטים בתביעה) [עד ראיה]
157. עלא מחאמיד, ת.ז. 061247623. (פרטים בתביעה) [עד ראיה]
158. יומי קונטנטה, ת.ז. 033876954. (פרטים בתביעה) [עד ראיה]
159. אבינועם יוסף, ת.ז. 056230584. (פרטים בתביעה) [עד ראיה]
160. איגור פוסטיננסקי, ת.ז. 311660328. (פרטים בתביעה) [עד ראיה]
161. דניאל קראדי, ת.ז. 02234597. (פרטים בתביעה) [עד ראיה – שתי עדויות – ראה את המחבל דוקר אנשים]
162. מאיר הבי, ת.ז. 5452229. (פרטים בתביעה) [זיהוי גופתו של יוסף הבי ז"ל]
163. נעם אספיר, ת.ז. 031877665. (פרטים בתביעה) [נפצע בפיגוע]
164. יוסי אזוז, ת.ז. 029416740. (פרטים בתביעה) [נפצע קשה בפיגוע]
165. מיכל גרובר, ת.ז. 043401140. (פרטים בתביעה) [נפצעה בפיגוע]
166. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] [יזומן לפי בקשה מפורשת של הסניגוריה בלבד].
167. רשומות בתי חולים - רשומה מוסדית.

רשימת עדים נוספת בנוגע לפצועים והרוגים בפיגוע במסעדה "סי-פוד מרקט" בתל-אביב ביום 05.03.02 תימסר במהלך המשפט

### ת.א. 568/02 שפט

168. ניסים כהן, מ.א. 70755855, מג"ב. (פרטים בתביעה) [עדות ומגיש דו"ח פעולה]
169. דקל עוזר, מ.א. 7015187, מג"ב [הפרטים בתביעה].
170. שלומי אטון, מ.א. 70192463, מג"ב [הפרטים בתביעה].
171. דרור כהן, מ.א. 1034842, זיהוי – תחנת ציון. [מגיש 2 דו"חות תפיסה וסימון + מוצגים מכרטיס לרישום מוצגים מסי 294/02].
172. רס"מ זהבה פול, מ.א. 57989, תחנת ציון - חבלה. [מגישה דו"ח פעולה]
173. רפ"ק מרקו אלמליח, מ.א. 942979, מז"פ - מעבדת חבלה, מטא"ר, ירושלים. [מגיש חוו"ד מומחה בצירוף טפסי לווי למוצגים] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד)
174. רס"ל דניאל תורנימן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר, ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד)
175. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד).

### ת.א. 783/02 בנימין

176. רס"ל יצחק רוקח, מ.א. 1011626, תחנת בנימין. [מגיש דו"ח פעולה]

33

ת.ת. 444/02 מתוקן

177. רס"ב אלי קוגימן, מ.א. 46951, זיהוי יהודה. [מגיש דו"ח ביקור בזירת עבירה + לוח תצלומים]
178. רס"מ אבי מנחם, מ.א. 57556, תחנת בנימין. [מגיש טופס לווי למוצגים + זכ"ד + מוצגים מכרטיס מס' 106/02]
179. סמיר קרש, ת.ז. 080062771. (פרטים בתביעה) [נפצע בפיגוע הירי]
180. ד"ר שאול בייט, מ.ר. 33027, בי"ח הדסה עין-כרם, ירושלים. [מגיש דו"ח רפואי] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
181. שאילתא לאיתור והקרנת פרטי רכב ובעליו [רשומה מוסדית].

סרן          מיכאל קוט___
צבאי         תובע

תאריך: 29.09.2002
סימוכין: 02-444 מתוקן

34

ת.ת. 444/02 מתוקן