# EXHIBIT A.368

# PLACEHOLDER FOR EXHIBIT 368

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE   Document 547-273   Filed 06/25/14   Page 3 of 7

| Time | English | Arabic |
|---|---|---|
| 02:23-00:39 | I would like to tell my dad that I miss him very, very much. Dad, I pray to God to set you free so that you can come live with us. We will be happy when that happens. God willing, when next Ramadan comes you will be with us, and you will take us to buy clothes for Eid. And on *waqfah* day [the day before the Ramadan Eid] you will take us out and we will all have fun together. | راح باحكي لبابا أن أنا مشتاقة لك كتير كتير الله يفك أسرك يا بابا وتروح وتعيش معنا يعني وتنبسط وإنشاء الله رمضان الجاي وتكون عندنا وانت تاخدنا وتشتري لنا أواعي العيد وننزل احنا وياك يوم الوقفة وننبسط |
| 00:40-00:50 | I am proud of him. He is a poet. I pray to God to set him free. He struggled for his homeland, to defend his homeland. And his paintings blow your mind away. | بفتخر فيه لأنه شاعر الله يفك أسره ناضل يعني من أجل وطنه وللدفاع عن وطنه ورسوماته بتجنن |

BACKGROUND TEXT

| Time | English | Arabic |
|---|---|---|
| 00:01- | The prisoner, the hero, the poet Nasser al-Shawish who was detained on 2/6/2002<br>The prisoner, the hero, the poet Nasser al-Shawish has been in prison for ten years.  He is married and has two children: Khaled and Wahba.<br>He has two brothers in prison plus a martyred brother<br>How could the heart not bleed in sorrow and grief over a little girl dreaming about her father's return, and waiting…? | الأسير البطل الشاعر ناصر الشاويش أعتقل بتاريخ 2/6/2002<br>الأسير البطل الشاعر ناصر الشاويش له بالأسر 10سنوات<br>متزوج وله ولدان: خالد وهبة<br>له اثنين من الأخوة بالأسر وأخ شهيد<br><br>كيف لا يدمى القلب حزنا وأسى..<br>عندما تحلم طفلة بعودة والدها وتنتظر…؟؟؟!!! |
| 00:51- | With your pen you set fire to the idea of revolution…<br>Light the path of the free ones.<br>Your poems will remain alive forever, for the generations, in all times and places.<br>You walked the path and continue walking …<br>Believing in the cause… | بقلمك أشعلت فكر الثورة…<br>تنير درب الأحرار…<br>ستبقى أشعارك خالدة للأجيال في كل زمان ومكان<br>كنت وما زلت سائرا على الدرب…<br>مؤمنا بالقضية… |

| Time | English | Arabic |
|---|---|---|
|  | Yearning for the light of freedom and the rays of the sun.<br>You painted freedom's features...<br>Documenting the sighs and suffering of free Palestinians.<br>You shall remain the pulse of freedom.<br>You make us live... and keep us alive.<br>I don't care about prison nor<br>Pay attention to the chains. | توقا لنور الحرية وخيوط الشمس...<br>رسمت معالم الحرية...<br>مؤثقا آهات ومعاناة الفلسطيني الحر..<br>ستبقى نبض الحرية ...<br>تحيينا  ...وتبقينا...<br>ما همني سجني ولا<br>بالقيد كنت مباليا |
| 00:50-01:34 | Remain steadfast and don't bow, he who bows his head lives in humiliation<br>Rise above glory and walk, draw a machine gun on your hand<br>If they ban my voice or my lines, memorize my poetry and [don't] forget<br>If they imprison the word in the poet's heart, the word will intensely explode<br>You've carried the the suffering of your country in a bundle [on your back] since you were a child. | ظلك صامد واوعى توطي اللي وطى بذلة عاش<br>اصعد فوق المجد وخطي وارسم على ايدك رشاش<br>وان منعوا صوتي او خطي احفظ اشعاري و تنساش<br>ان حبسوا الكلمة في قلب الشاعر لازم تتفجر تفجير<br>شيلوك هم بلادك في اللفة من وانت صغير |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 316.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 316.

Dated: February 28, 2014

                                                                       _____
                                                                       Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015