# EXHIBIT A.369

# PLACEHOLDER FOR EXHIBIT 369

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 00:01-00:22 | In light of the news coming from inside the occupation prisons about the deterioration of their son's condition, the family of the captive Nasser al-Shawish, from Aqaba village in the province of Doubaz, went through a state of anxiety and fear for their son's life. He has spent eleven years inside the occupation prison with a sentence that reached 4 life sentences. | وفي ظل الأنباء الواردة من داخل سجون الاحتلال التي تتحدث عن تدهور حالة ابنها عاشت عائلة الأسير ناصر الشاويش من قرية عقابا بمحافظة دوباظ حالة من القلق والخوف على حياة ولدها الذي أمضى إحدى عشرة سنة داخل سجون الاحتلال من حكم وصل إلى أربعة مؤبدات |
| 00:23-00:26 | May God have favor on you, my son | الله يرضى عليكم يا مه |
| 00:27-00:42 | The mother of the captive Nasser al-Shawish inside the prisons of the occupation could do nothing but appeal to all concerned organizations and bodies to save her son's life after the deterioration of his health due to the deliberate medical negligence on the part of the prison administration. | لم تجد والدة الأسير ناصر الشاويش الذي يقبع في سجون الاحتلال إلا أن تناشد جميع الجهات والهيئات المختصة لإنقاذ حياة ابنها بعد تدهور حالته الصحية وسط الإهمال الطبي المتعمد من قبل إدارة السجون |
| 00:42-01:03 | I appeal to our father Abu Mazen and everyone with us. I appeal to them by God, the Lord of the world, I appeal to them by God to check the condition of my son Naser. His condition is continually worsening. Please, please have pity on me, a mother who lost four of her household | أناشد أبونا أبو مازن وكل واحد معنا بناشدهم بالله بعد رب العالمين بناشدهم بالله أنهم ينظروا لحالة ناصر ابني ناصر حالة كل ما بالها بتسيء بترجاكم رجاء أنكم تشفقوا علي أنا ام فقدت أربعة من داري |
| 01:04-01:23 | The captive Nasser al-Shawish's, who is serving 4 life sentences plus 20 years at Shatta prison, health condition began to deteriorate two years ago, feeling severe pain in his back and joints. And because he was denied necessary treatment by the prison administration, he is suffering even more and his lungs are swollen. | الأسير ناصر الشاويش والمحكوم أربعة مؤبدات و 20 عاما ويقبع في سجن شطة بدأت حالته الصحية بالتدهور قبل عامين بالشعور بألم شديد في الظهر والمفاصل ولعدم تقديم العلاج اللازم له من قبل إدارة السجون ادى الأمر غلى تفاقم الأوجاع والإصابة بانتفاخ بالرئتين |

| Time | English | Arabic |
|---|---|---|
| 01:24-01:41 | He is experiencing the onset of osteoporosis, and this osteoporosis is causing his backbone to bend. Instead of growing, it is shrinking. The children are competing with him for height. I do not know what the cause is. Does it mean he needs to be exposed to the sun? He also has inflammation in his lungs | فيه عنده بداية لمرض هشاشة العظام وهذا مرض هشاشة العظام أنه عم بيعمل لنا تقوص في العمود الفقري فهو ما بيطول كل ما له ما بيقصر يعني حاليا عم بينافس الولاد عما بينافسوه بالطول ما بعرف شو إيش السبب هل هو يعني بحاجة للتعرض لأشعة الشمس وكذلك الأمر عنده الالتهاب الرئوي |
| 01:42-02:23 | At the residence of this captive, we hold the Israeli Prison Administration fully responsible for the life of this captive, the life of this captive and the sick captives, because the whole world and all legal associations around the world should take action for those sick captives.<br>The captive Nasser al-Shawish is also the brother of two other captives, Khaled and Mohamad, who is also the father of Hiba, and Khaled whose eleventh birthday is today. But the joy is incomplete because he cannot hug his father who has been held inside the prison of the occupation for over eleven years, not even once. | ونحمل من هنا من بيت هذا الأسير إدارة السجون الإسرائيلية المسؤولية الكاملة عن حياة هذا الأسير عن حياة هذا الأسير والأسرى المرضى إذ يجب أن يتحرك كل العالم وكل المؤسسات الحقوقية في العالم من أجل هؤلاء الأسرى المرضى وكما أن الأسير ناصر الشاويش شقيق لأسيرين آخرين هم خالد ومحمد فهو أيضا آب لهبة وخالد الذي يصادف اليوم عيد مولده الحادي عشر ولكن الفرحة تبقى منقوصة لعدم تمكنه من احتضان والده الذي يقبع في سجون الاحتلال منذ أحد عشر عاما ونيف ولو لمرة واحدة |
| 02:24-02:32 | Dad, today is my birthday January 24, 2013. I turned 11 years old, I wish I could hug you and kiss you | بابا اليوم عيد ميلادي 24/1/2013 ووصل عمري 11 سنة ونفسي يابابا احضنك وأبوسك |
| 02:33-02:47 | And the suffering of the captives in the prisons of the occupation continues, and worsens and deteriorates day after day due to the adoption of the policy of medical negligence practiced by the occupation authorities and its prison administration (Akram) | وتستمر معاناة الأسرى في سجون الاحتلال بل وتتفاقم وتتدهور يوما بعد يوم في ظل اعتماد سياسة الإهمال الطبي التي تمارسها سلطات الاحتلال وإدارات سجونها (أكرم) |

BACKGROUND TEXT

| Time | English | Arabic |
|---|---|---|
| 00:47-00:52 | The mother of the captive Nasser al-Shawish | والدة الأسير ناصر الشاويش |
| 01:28-01:32 | The wife of the captive Nasser al-Shawish | زوجة الأسير ناصر الشاويش |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>       Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 317.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 317.

Dated: February 08, 2014

                               _____
                               Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015