# EXHIBIT A.370

# PLACEHOLDER FOR EXHIBIT 370

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE    Document 547-275    Filed 06/25/14    Page 3 of 10

| Time | English | Arabic |
|---|---|---|
| 0:01-00:18 | The recent prisoner swap deal resulted in the release of 477 prisoners, both men and women. In the days to come, 'This Morning' will be covering the atmosphere of joy in welcoming the freed prisoners home. | عن صفقة التبادل التي أبرمت مؤخرا وتم الإفراج عن 477 أسيرا وأسيرة ونحن في خلال هذا الصباح على مدار الأيام المقبلة سنستمر في رصد أجواء الفرحة والاستقبال التي تمت لهؤلاء الأسرى المحررين. |
| 00:19-00:52 | Of course, every freed prisoner has a story springing from pain and a story arising from suffering and torture. But there is also a story of hope and happiness, especially when the prisoners are freed. Our colleague, Maisa Iyad, was at the scene to cover preparations by the family of detainee Sana Shehade of Jerusalem to welcome her home. Her family is getting ready to greet their daughter who spent about nine years in the prisons of the occupation forces. | طبعا مع كل أسير محرر وكل اسيرة محررة هناك يعني قصة تطلع من الألم وقصة من المعاناة والعذاب وإلى ذلك أكيد هنا قصة من الأمل والفرح من السعادة خصوصا مع خروج الأسرى المحررين طبعا ميساء عياد زميلتنا رصدت يعني استعدادات عائلة الأسيرة المقدسية سناء شحادة وهي تستعد لاستقبال ابنتها التي قضت في سجون الاحتلال حوالي تسع سنوات |
| 00:53-00:58 | Nine years spent out of five life sentences and more than eighty years in the occupation prisons. | تسع سنوات من أصل خمس مؤبدات وأكثر من ثمانين عاما في سجون الاحتلال |
| 00:58-01:00 | Let's watch the report together. | نشاهد هذا التقرير سويا |
| 01:01-01:44 | The residents of Qalandia Camp are preparing to greet the camp's daughter who was gone for nine years in the occupation prisons. For this special day, they have decorated her home, hung her picture, and raised the Palestinian flag across the walls of the camp.<br>From the crack of dawn this Tuesday morning, children race to beat the adults to Qalandia military checkpoint and await her with patience and passion at the gate. | الآن يستعد أهالي مخيم قلنديا لاستقبال ابنة المخيم التي غابت عنه تسع سنوات قضتها في سجون الاحتلال فأعدوا لهذا اليوم عدته وزينوا المنزل وعلقوا الصور ورفعوا الرايات الفلسطينية التي ازدانت بها جدران المخيم<br>منذ بزوغ الشمس في صباح الثلاثاء استعد الأطفال قبل الكبار فرابطوا على حاجز قلنديا العسكري وانتظروها بصبر وشغف أمام الحاجز |
| 01:45-02:15 | [song]<br>Tell your era who you are – Fulfill your aspirations – Strive<br>Enhance the visions in your mirror – for those to come to see<br>Tell your era who you are – Fulfill your | أغنية<br>عرف زمانك من تكون ارضى طموحك اجتهد<br>افتح لمرأتك عيون يبصر بها من جاء بعد<br>عرف زمانك من تكون إرضى طموحك اجتهد |

| | | |
|---|---|---|
| | aspirations – Strive<br>Enhance the visions in your mirror – for those to come to see | افتح لمرآتك عيون يبصر بها من جا بعد |
| 02:16-02:18 | Thank God for your safety, my sister. | حمدالله على السلامة يا أختي |
| 02:48-02:57 | Sana. She challenged the prison and the jailer and with her unrelenting determination she shattered the ruling of five life sentences and 81 years. | المراسلة<br>سناء التي تحدت السجن والسجان وكسرت حكم المؤبدات الخمس و 81 عاما بإرادة وعزيمة لا تلين |
| 02:58-03:04 | I thank God. I am so very content that I have been released after ten years. I wish for this same freedom for all the male and female prisoners, dear Lord! | سناء<br>الحمدلله أنا كتير كتير مبسوطة يعني إني تحررت بعد عشرسنين واتمنى هاالحرية لكل الأسرى والأسيرات كمان يا ربي |
| 03:05-03:49 | [song]<br>Oh, mother, distance is like passion – it is sweetened with anguish and longing – like a river that only flows with the rain and lightning.<br>However long, dear mother, we are parted – keep your head high – the fire of my heart yearns to express my longing.<br>Steadfast, steadfast – Ward off humiliation and let not your resoluteness waiver. | أغنية<br>يا أمه البعد مثل العشق يحلا بعذاب وشوق مثل النهر ما يندفق إلا بمطر وبروق<br>مهما ياميما نفترق خليك راسك فوق ونار قلبي ولعت لحكي لها حني<br>صامد صامد ولا بتنذل فيك العزم ما قل |
| 03:50-04:10 | In the midst of ululations and cheers, flowers and fireworks, the lady of the scene emerged through an atmosphere of tight security imposed by the Israeli occupation forces at the Qalandia military checkpoint. The scene was of overflowing tears and moments of patience stretched beyond its limits while waiting for the day to embrace the freed prisoner, Sana Shehade. | وسط زغاريد وهتافات وورود وألعاب نارية كانت سيدة المشهد وسط أجواء أمنية مشددة فرضتها قوات الاحتلال الإسرائيلي على حاجز قلنديا العسكري فكان المشهد الذي ذرفت فيه الدموع ولحظات مل الصبر فيها من صبره في انتظار هذا اليوم لمعانقة الأسيرة المحررة سناء شحادة. |
| 04:13-04:26 | Hooray! Say Inshallah! This victory is from you, oh God! | أزغرد قول إنشاء الله<br>ها النصر من عندك يا الله |
| 04:27-04:42 | The convoy, crowded with tens of vehicles adorned with the Palestinian flag and pictures of the freed prisoner, set out from the Qalandia quarter passing by the grave of Yasser Arafat at the presidential seat in Ramallah. | سار الموكب يضم العشرات من المركبات المزينة بالأعلام الفلسطينية وصور الأسيرة المحررة منطلقا من حي قلنديا بجانب ضريح السيد ياسر عرفات في مقر الرئاسة بمدينة رام الله |

| | | |
|---|---|---|
| 04:43-05:14 | [song]<br>Your patience in the face of bitterness, dear mother, is strong.<br>It challenges the moments of subjugation, as toughly as the beast of the barren land.<br>Among enemies, be a rock – No one can destroy you.<br>The shackles sing for you, tune after tune. | أغنية<br>صبرك على مر الصبر يا ميمتي قوي<br>هو إتحدى نوبات القهر وحش الفلا يخاويه<br>بين العدى ظلك صخر ما في حدا يفنيك والقيد<br>بيزغرد إلك رنه بعد رنة |
| 05:15-05:34 | May our Lord have mercy on him, oh Lord. God willing, he will be among the martyrs and righteous. I pray for mercy on all of our martyrs, too. We also vow, God willing, that we will stay on this land until all prisoners, men and women, are freed. We make this vow to him that we will remain steadfast on the covenant he taught us to keep, God willing. | ربنا يرحمه وإنشاء الله يا رب حا يكون مع الشهداء والصالحين وجميع شهداءنا كمان الرحمة ليهم نطلبها وبنعاهدهم إنشاء الله نظل على هذه الأرض يعني حتى نحرر جميع الأسرى والأسيرات يعني نعاهده ونظل على العهد اللي هو ربانا عليه إنشاء الله |
| 05:35-06:47 | Joy and happiness engulfs the camp while the [Silver Love] group greets Sana.<br>With this beautiful, patriotic celebration, Sana is crowned with the medal of heroism and carried on shoulders through the streets and passageways of the camp, breathing the fragrance of freedom after nine years in the occupation prisons.<br>The day Sana was released from the grip of prison and the jailer was a historic day for Muhammad Shehade, father of the freed prisoner. He could not express his feelings the moment he greeted his daughter. | فرح وسعادة خيمت على المخيم فمجموعة الحب الفضية قامت باستقبال سناء<br>في هذا العرس الوطني الجميل توجت سناء بوسام البطولة حملت على الأكتاف في زفة وسط اشوارع وأزقة المخيم وتتنشق عبق الحرية بعد تسع أعوام في سجون الاحتلال<br>فيوم تحرير سناء من السجن والسجان يوم تاريخي بالنسبة لمحمد شحادة والد الأسيرة المحررة الذي لم يستطع وصف شعوره لحظة لقاءه بابنته |
| 06:48-07:23 | First of all, I applaud my good fortune and congratulate everyone on the release of my daughter as well as all prisoners that have been freed. I wish them all well as I wish for my daughter and I tell them that, thanks to God, your preparedness and patience was not wasted. Goals were realized and, God willing, they will return to their | أول شيء بهنئ حالي وبهنئ الكل بتحرير ابنتي نفس الشيء كل الأسرى اللي اتحرروا واللي كانوا معانا بتمنى لهم كل الخير مثلما باتمناه لبنتي وبقول لهم الحمدالله استعدادكم وصبركم ما ضاع واتحققت الأمور بإذن الله وإنشاء الله بيرجعوا لأهاليهم وبيرجعوا لمكانهم حتى إيه الفراغ اللي كان فارغ |

| | | |
|---|---|---|
| | families, to their homes and fill the spaces that were empty for so long. | يملؤه |
| 07:24-07:30 | The freed prisoner's brothers greet the well-wishers upon the return of their sister. They are unable to express their joy. | فأشقاء الأسيرة المحررة رحبوا بالمهنئين بعودة شقيقتهم فلم يستطيعوا وصف فرحتهم. |
| 07:31-07:57 | By God, I cannot describe how I feel. Naturally, there are no words to express myself, just unlimited happiness. For us in general, the sentence was like an actual death sentence. We thought she would be in the Arqam cemetery [cemetery of numbers]. We felt she and others like her would need a miracle to be released from prison. | والله شعوري يعني لا يوصف يعني بالعادي مفيش كلمات أحكيها من كثر الفرحة لأنه بالنسبة لينا بشكل عام كان حكم بالإعدام عبارة عن شبيه بالإعدام فكنا نفكر أن هاي راح تكون في مقبرة الأرقام وإلى آخره وحكينا أن يعني بحاجة لمعجزة ليها وللي زيها أن يخرجوا من هذا السجن |
| 07:58-08:14 | By God, I feel the same as my brother. I cannot describe it, it is impossible to describe. I never in my life expected that my sister would be released. Thanks to God for releasing her. I am so extremely happy to see her. God willing, all prisoners will be released, with God's leave. | والله شعوري زيما حكى أخويا لا يوصف ومستحيل أقدر أوصفه لأن هذا الشيء في حياتي ما توقعت أنه يتم الإفراج عن أختي والحمدلله تم الإفراج عليها يعني وكتير مبسوط زيادة عن اللزوم إن نشوفها وإنشاء الله عقبال جميع الأسرى بإذن الله |
| 08:15-08:22 | The waiting and watching lasted a long, long time. Now, Sana's mother can beautify her eyes with the sight of her daughter. | انتظار وترقب طال طويلا فحان الان لوالدة سناء أن تكحل عينيها لرؤية ابنتها |
| 08:23-08:39 | I am unable to comprehend. Is she standing there in front of me or it is just a vision? I am collapsing like never before. I can't comprehend it. I want to walk but I am exhausted and shaking. I believe but can't believe it. | مش قادرة استوعب إن هي قدامي ولا مش قدامي انهيار ما بعده انهيار مش قادرة استوعبه يعني بطلت أقدر أمشي انتهكت صار معي رجه هيك كأن مصدق ومش مصدق يعني |
| 08:40-09:14 | I thank God that I have returned to my mother and father's home. It was my dream. I mean, I had hope, and hope in the Lord of the Worlds, but it seemed so difficult to achieve, especially because I had life sentences and 81 years, Jerusalem identity. I mean, even the passport is implicit. I would like to convey my greetings to my sister and beloved Lina al-Jarbuni. The most | الحمد لله رجعت لديار أمي وأبويا كان حلم يعني كنت شايفة أمل وأمل في رب العالمين بس كنت شايفة إنه صعب يتحقق خاصة إني أنا مؤبد كنت مؤبدات 81 سنة هوية قدس يعني حتى البسبورت يعني ضمني بوجه تحيتي إلى اختي وحبيبتي لينا الجربوني أنا كان أصعب لحظة تركتها ورايا |

| | | |
|---|---|---|
| | difficult moment was leaving her behind with a sentence of 17 years, of which she has spent 10 years. 7 years remain. Especially because she's from the '48 territories, I mean, she needs another deal to be released. | محكومة 17 سنة قضت 10 سنين باقي لها 7 سنين خاصة هي من 48 يعني بدها تخرج في صفقة ثانية |
| 09:15-09:32 | Joy spoiled in the shadow of nearly 5,000 or more prisoners still in prison. Sana sends this message to prisoners still behind bars in the hopes that one day, however long the wait, there will be a bright tomorrow and the prisoners will be armed with hope, only hope. | فرحة منقوصة في ظل وجود ما يقارب خمسة آلاف أسير أو ما يزيد داخل السجون رسالة ابرقتها سناء للأسرى خلف قضبان السجون عله يأتي يوم وإن طال انتظاره بغد مشرق واسرى يتسلحون بالأمل والأمل فقط |
| 09:33-10:00 | In truth, our happiness is always lacking. We, the Palestinian people - believe me, in this week when the list of prisoners names was announced, we were not happy because there are so many of our sisters who are still imprisoned. Although we were celebrating we were also consoling them up to the moment of our release. It was a difficult moment saying goodbye and leaving them behind, female prisoners in particular, as well as male prisoners. | حقيقة يعني الفرحة منقوصة دائما يعني لينا إحنا الشعب الفلسطيني صدقيني في هذا الأسبوع اللي تم فيه إدراج الاسامي للأسرى والأسيرات لم نفرح لأن هناك أخواتنا ظلوا في الأسر يعني نفرح ونواسيهم حتى اللحظة لما أحنا اتحررنا كأن صعب نخرج ونودعهم وتاركين ورانا اسيرات يعني بالأخص كمان أسرى |
| 10:01-10:40 | A tear of hope and a tear of pain, mixed with longing and farewells upon being released from prison and arriving home. The will of the judges, jailers, and their commanders in Israeli prisons and their attempts to break the prisoners determination and put despair in the hearts were finally shattered.<br>(Maisa Iyad from Qalandia Camp, TV Palestine). | دمعة أمل ودمعة ألم اختلطت بالحنين والوداع عند تحريرها من السجن والسجان ووصولها إلى منزلها فإرادة القاضي في سجون إسرائيل تتحطم عندها محاولات السجانين وقادتهم في محاولة كسر عزيمتهم وإدخال الياس في قلوب هؤلاء الأسرى (ميساء عياد من مخيم قلنديا – تليفزيون فلسطين). |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>       Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 319.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 319.

Dated: February 28, 2014

                          _____
                          Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15