# EXHIBIT A.373

# PLACEHOLDER FOR EXHIBIT 373

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE    Document 547-278    Filed 06/25/14    Page 3 of 8

| Time | English | Arabic |
|---|---|---|
| 00:01-00:35 | This is the girl, full of confidence, who will sit for the official high school exam. Sandy's is the story of a young girl deprived of her mother's affection over the last few years by the Israeli occupation. This is because they have incarcerated her mother, who received three life sentences plus thirty additional years. But the occupation has failed to break Sandy's unbending determination. She spoke to us with complete confidence, and with honor and pride in her mother who battled the occupation in the Jenin camp during the years of the *intifada*. | أنها هذه الفتاة بكل ثقة لتقديم امتحانات الثانوية العامة ساندي قصة فتاة حرمها الاحتلال الإسرائيلي من حنان الأم طيلة السنوات الماضية بسبب اعتقال والدتها المحكومة ثلاثة مؤبدات وثلاثين عاما لكن الاحتلال فشل في كسر إرادتها التي لا تلين وتحدثت إلينا بكل ثقة وشموخ واعتزاز بوالدتها التي قارعت الاحتلال خلال سنوات الانتفاضة في مخيم جنين |
| 00:36-00:51 | I am deeply affected when I think about my mother, Nihaya. But thank God I am, I mean, holding firm with all my hope pinned on my studies. Just to keep my mother happy. Can you imagine the oppression and grief that she endures? So I try my best, just to make her happy. | كثير أثر علية أنه بافكر في أمي نهايته بس الحمد لله يعني شادد حالي وحاصد كل أملي في دراستي بس علشان أنا أفرح أمي شايفة الكبت اللي هي فيه والحزن اللي هي فيه فبعمل كل جهدي بس علشان يعني افرحها |
| 00:52-01:04 | Sandy al-Saadi, who has fought, and who continues to fight, so hard to earn a good cumulative average. She has put aside all her suffering and grief in order to please her mother who is languishing behind the [prison] bars of the occupation. | ساندي السعدي التي صابرت ولا تزال للحصول على معدل علمي جيد ركنت كل همومها وحزنها جانبا لنيل رضى والدتها القابعة خلف قضبان الاحتلال |
| 01:05-01:28 | Early on in her incarceration, I was deeply affected and depressed. Psychologically, I was sliding backwards very, very, very much. I lost so much weight because Mama was not here. But, thank God, I was able to collect myself and to regain my strength and move on. I didn't want my mother to know that I was suffering because of her situation. I am still very sad. I have always wanted to make her happy…. do | أول ما انحبست كتير اثر علي كثير تراجعات كتير كتير كتير رحت نقصت بس ماما ماكنتش هون بس الحمد الله وبعدين رجعت تماسكت ورجعت شديت حالي بس حسيت أمي أن أنا هي سبب تعب وهيك يعني حزنانة كتير يعني كان نفسي إني أفرحها وبأية شيء حاولت أني أشد حيلي وأرجع |

| Time | English | Arabic |
|---|---|---|
|  | anything that would make her happy. I tried to stay strong and excel in school, the way I always was. I was among the top of the class and, thank God, I tried my best and I am now like I was before, one of the students who achieved the highest cumulative average. | زي ما أنا لأني كنت من الأوائل الحمد لله شديت حيلي ورجعت من الأوائل |
| 01:29-01:49 | Israel has issued repressive arbitrary decisions against prisoners and detainees. It has imposed on them additional pressure and punitive measures. But this has not stopped Sandy, the student, from continuing her studies. Her father Nasser al-Saadi, has been playing the role of father and mother at the same time, raising his children and providing them with whatever they might need. | قرار إسرائيل تعسفي بحق الأسرى والمعتقلين وفرض المزيد من الضغط والعقوبات عليهم لم يثن الطالبة ساندي عن متابعة دراستها ووالدها ناصر السعدي بات يلعب دور الأب والأم في تربية أبنائه وتقديم كل ما يلزم |
| 01:50-02:02 | I would like to tell her [imprisoned mother] that she shouldn't worry. Thank God, she [Sandy] is fine and in good health. God willing, she will make us proud when she achieves a good cumulative average, God willing, God the Lord of All Worlds. Look carefully at Sandy. Thank God, Sandy is strong and God willing, she will make us very proud of her, God willing. | بقول لها ماتعتليش هم الحمد لله هي بخير وبصحة جيدة وإنشاء الله رب العالمين حاترفع راسك فوق بمعدلها وتجيب معدل مليح إنشاء الله رب العالمين وإذا تأمليت في ساندي ساندي الحمد لله قوية وإنشاء الله حاترفع راسنا |
| 02:03-02:36 | With one eye on the picture of her incarcerated mother and with the other eye on the school books, this is how Sandy lives today. This is the season of the official high school exams. Sandy al-Saadi is a typical example of many of the daughters and the sons of our people who challenge hardships with strong determination. This is Sandy, enduring adversity with patience, so as to score a good scholastic cumulative average that will enable her to make her way toward a | عين على صورة والدتها الأسيرة والعين الأخرى على كتب العلم هكذا تعيش ساندي هذه الأيام ايام تقديم امتحان الثانوية العامة ساندي السعدي نموذج للكثير من بنات وأبناء شعبنا الذين تحدوا الصعاب بالإرادة الصلبة وها هي ساندي تصابر من أجل تحصيل علمي جيد تشق من خلاله الطريق نحو مستقبل باهر |

| Time | English | Arabic |
|---|---|---|
| | promising future.<br>[Reporting] from al-Zahra High School in Jenin, I am Nizar Samoudi – Palestine TV | من مدرسة الزهراء الثانوية في جنين - نزار سامودي - تلفزيون فلسطين |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 326.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 326.

Dated: February 28, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*Lanore C. Smith*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15