# EXHIBIT A.374

# PLACEHOLDER FOR EXHIBIT 374

## SEE ENCLOSED DVD

| Time | Hebrew | English |
|---|---|---|
| 00:00 – 00:17 | מדבר על כך שאין שום סימן בשטח לכך שיש איזושהי היערכות לקראת הפסקת אש. תמונת המצב. הערכת המצב כרגע של המשטרה: יש כוונה לבצע פיגועים נוספים גם בירושלים וגם באזורים אחרים בישראל. המשטרה פרוסה בכל מקום בכוננות גבוהה מאד. | We're talking about the fact that there is no sign on the ground that there is any kind of preparation for a cease-fire. The status. The police evaluation of the situation right now: there is an intention to carry out additional attacks, in Jerusalem as well as other areas of Israel. The police are deployed everywhere and are on very high alert. |
| 00:18 – 00:23 | כן. איפה בדיוק מתרחש הפיגוע? ליד איזה מקום? ליד איזו מסעדה ואיך זה קורה? | Yes. Where exactly does the attack take place? Near what place? Near what restaurant, and how does it happen? |
| 00:24 – 01:24 | סמוך לשעה ארבע ועשרים המחבל המתאבד חוצה את מעבר החצייה מהגדה הזו של רחוב קינג ג'ורג' לגדה שבה אנחנו עומדים. מתקרב אל חנות בגדים שנמצאת עשרים, שלושים מטרים מאחוריי במעלה הרחוב ומפוצץ את עצמו בכניסה לחנות הבגדים. נזק אדיר נגרם לחנות הבגדים הזו. היא נהרסה כמעט כליל. גם לחנויות הסמוכות. כפי ששמענו – יותר מ-60 פצועים, כמה מהם במצב קשה, ושני הרוגים. למרות שאנחנו מדברים על מספר נפגעים גדול מאד עדיין נאמר מספר האנשים, כמות האנשים שהסתובבה ברחוב, עברה ברחוב קינג ג'ורג' יחסית הייתה נמוכה לשעה כזו, בשעת...שעת אחר צהריים. אנחנו מדברים על הכנות לקראת חג. בדרך כלל בשנים עברו יש כאן תנועה ערה יותר של עוברים ושבים. בשל ההתראות, בשל החשש, המתח הביטחוני, מעט מאד אנשים יחסית, יחסית לנפח התנועה כאן ברחוב הזה הסתובבו כאן. אנחנו בכל אופן מדברים על פיגוע קשה מאד. שני הרוגים ויותר מ-60 פצועים. | At around 4:20, the suicide bomber crosses at the crosswalk from that side of King George Street to the side where we are standing. He approaches a clothing store which is about twenty, thirty meters behind me up the street, and blows himself up at the entrance to the clothing store. Tremendous damage was caused to this clothing store. It was almost completely destroyed. Also to the surrounding stores. As we heard – more than 60 wounded, some of them in serious condition, and two killed. Although we are talking about a very large number of wounded, we can still say that the number of people, the amount of people who were walking around the street, who were passing by on King George Street, was relatively low for this time of day, at… in the afternoon. We are talking about holiday preparations. Usually, in years past, there has been more lively movement of passersby. Because of the warnings, because of the fear, the security tension, relatively few people, relative to the volume of traffic here on this street, were walking around here. Still, we are talking about a very serious attack. Two killed and more than sixty wounded. |
| 01:26 – 01:38 | כן, אני רק רוצה להבין חיים. אומרים לי שאתה דיברת עכשיו עם מפקד מחוז ירושלים של המשטרה ואני מניחה שמרכז העיר מאז ומעולם בחודשים האחרונים עמוס בשוטרים. אף אחד מהם לא הצליח לזהות, לא הצליח למנוע לפי התוצאה. | Yes, I just want to understand, Chaim. They are telling me that you just spoke with the commander of the Jerusalem district of the police, and I assume that the center of the city has always been full of policemen for the last few months. None of them were able to identify, none were able to prevent, judging by the result. |

| | | |
|---|---|---|
| 01:39 – 02:05 | נכון. אף אחד מהשוטרים שמוצבים באזור מרכז העיר לא הצליח להבחין במחבל. זה לפחות הנתונים שיש למפקד מחוז ירושלים כעת. אני מניח שאולי בהמשך, שהוא יתחקר את כל השוטרים הרבים שפרושים ברחבי העיר אולי הם יוכלו להצליב עדויות, ואולי מישהו כן הבחין במחבל, אבל ודאי שאף אחד מהם לא הצליח למנוע את הפיגוע הזה. המחבל חצה את הכביש על מעבר החצייה, הגיע אל המדרכה שאנחנו עומדים, כמה עשרות מטרים מאחוריי, ופוצץ עצמו בכניסה לחנות הבגדים. | Right. None of the policemen who are stationed in the area of the city center was able to identify the terrorist. At least, these are the facts held by the Jerusalem district commander at this time. I assume that perhaps later, when he interrogates all of the many policemen who are deployed throughout the city, maybe they will be able to cross testimonies, and maybe someone here identified the terrorist, but certainly none of them succeeded in preventing this attack. The terrorist crossed the street on the crosswalk, reached the sidewalk on which we are standing, several dozen meters behind me, and blew himself up at the entrance to the clothing store. |
| 02:06 – 02:15 | כן, ולידך חיים אני מבינה מצטרף עכשיו מנהל מסעדת סברו שנמצאת בסמוך. חנן? האם הוא נמצא לידך? שלום חן. | Yes, and next to you, Chaim, I understand that the manager of Sbarro restaurant, located nearby, is joining you. Chanan? Is he next to you? Hello, Chanan. |
| 02:15 – 02:16 | רונן | Ronen. |
| 02:17 – 02:22 | רונן. סליחה. אתה היית במסעדה היום בארבע וחצי אחר הצהריים? | Ronen. Excuse me. You were in the restaurant today at 4:30 in the afternoon? |
| 02:23 – 03:00 | כן. אנחנו את האמת התחלנו כמו כל יום רגיל. עבדנו רגיל. ובמהלך היום בזמן האחרון התחיל להיות עבודה. ביומיים האחרונים התחילה להיות התאוששות...ומורגשת מאד. היום בשעות ה... לפני שעה וחצי שעתיים, לקראת השעה ארבע וחצי, נשמע פיצוץ אדיר. ממש חזק. ואנחנו היינו ב...כאילו ליד החלון, הסתכלנו. ראינו במרחק של ארבעים מטר בערך עשן... עשן ומלא אנשים רצים מבהלה. ניסינו... | Yes. The truth is, we started like any ordinary day. We worked as usual. And throughout the day lately, we've begun to have work. In the last two days, things have begun to pick up... and it's very much felt. Today in the... an hour and a half or two hours ago, around four thirty, we heard an enormous explosion. Really loud. And we were in... like next to the window, we looked. We saw smoke, at a distance of about forty meters... smoke and lots of people running in panic. We tried... |
| | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 327.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 5: 327.

Dated: February 20, 2014

                                                                           Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HINUT J WHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2302704