# EXHIBIT A.386
## (3 of 3)

פרט עשרים ושבעה:   (פ.א. 502/02 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום העשרים וחמישה, במעשיו המתוארים בפרט האישום העשרים וחמישה, ניסה לגרום בכוונה למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברחוב יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ומחמד סאמי אברהים עבדאללה, **נפצעו מעל 45 אזרחים.**

פרט עשרים ושמונה:   (פ.א. 502/02 ציון)

**מהות העבירה:** היזק בזדון לרכוש, עבירה לפי סעיף 53ג לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, הרס רכוש או פגע בו במזיד ושלא כדין, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום העשרים וחמישה, במעשיו המתוארים בפרט האישום העשרים וחמישה, פגע במזיד ברכוש רב הכולל חנויות ברחוב יפו, תחנת אוטובוס "אגד", אוטובוס "אגד" קו 27 וכן כלי רכב רבים, אשר נפגע כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ומחמד סאמי אברהים עבדאללה.

פרט עשרים ותשעה:

**מהות העבירה:** החזקת כלי-יריה ללא היתר, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, החזיק ברשותו כלי-יריה, תחמושת, פצצה, רימון-יד או חפץ נפיץ או מבעיר, כלי או חפץ או דבר המתוכנן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, בנסיבות המתוארות בפרט האישום העשרים וחמישה, החזיק ברוסי"ר M-16, שתי מחסניות לרוסי"ר M-16 וכדורים, וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו.

פרט שלושים:

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש ינואר - תחילת חודש פברואר 2002 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
1. במועד האמור, הנאשם התקשר אל מחמד סאמי אברהים עבדאללה. הנאשם מסר למחמד עבדאללה כי אחמד ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרוואן ברגותי - ראש "התנזים" של הפת"ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל נוסף, אשר יבצע בירושלים פיגוע התאבדות, דוגמת הפיגוע המתואר בפרט האישום העשרים

14

ת.פ. 240/02

P 6: 311

וחמישה, במטרה לגרום למותם של אזרחים רבים ככל הניתן. מחמד עבדאללה הסכים להצעת הנאשם להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.

2. הנאשם ומחמד עבדאללה סיכמו כי יסיעו את המחבל המתאבד לירושלים ברכב סוברו, אשר אותו יבקשו מאחמד ברגותי.

3. באותו היום, הנאשם ומחמד עבדאללה נסעו לרמאללה ושם נפגשו עם אחמד ברגותי. הנאשם ומחמד עבדאללה ביקשו מאחמד לקבל רכב לצורך הסעת המחבל המתאבד לירושלים. אחמד ברגותי מסר לידי הנאשם ומחמד עבדאללה רכב סוברו אפור, השייך למשפחתו של אחמד ברגותי. מחמד עבדאללה חזר עם רכב הסוברו לביתו בביר נבאללה, ואילו הנאשם נסע עם רכב איסוזו טנדר שלו לביתו בכפר עקב.

4. יום למחרת, אחמד ברגותי התקשר אל הנאשם ואל מחמד עבדאללה והורה להם להגיע לתחנת הדלק הנמצאת ברמאללה תחתא, לאסוף משם את המחבל המתאבד ולהסיע אותו לירושלים על מנת שיבצע שם את פיגוע ההתאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים.

5. מחמד עבדאללה נסע ברכב הסוברו עד למחסום קלנדיה, שם הוא החנה את הרכב ועלה לרכב האיסוזו של הנאשם שהגיע למקום. משם המשיכו השניים למקום המפגש האמור.

6. ברמאללה, בתחנת הדלק הנ"ל, הנאשם ומחמד עבדאללה נפגשו עם אחמד ברגותי, אשר הציג בפניהם את המחבל המתאבד שהיה עמו. אחמד ברגותי מסר לידי המחבל המתאבד רובה M-16 ושלוש מחסניות מלאות בכדורים לרוסי"ר M-16.

7. הנאשם ומחמד עבדאללה הסתירו את רוסי"ר M-16 והמחסניות בתוך רכב האיסוזו של הנאשם.

8. הנאשם ומחמד עבדאללה נסעו ביחד עם המחבל המתאבד לירושלים במטרה שהאחרון יבצע שם פיגוע ירי ויגרום למותם של אזרחים רבים ככל הניתן.

9. הנאשם, מחמד עבדאללה והמחבל המתאבד הגיעו למחסום קלנדיה ועקפו אותו. לאחר מכן, מחמד עבדאללה עבר לרכב הסוברו, שהשאיר במקום קודם לכן ונסע לצומת א-ראם. מחמד עבדאללה עבר ברכב הסוברו את מחסום א-ראם והמתין במקום לנאשם והמחבל המתאבד שעקפו את מחסום א-ראם ברגל. לאחר מכן, הנאשם חזר, עלה לרכב האיסוזו שלו, שבו היה מוסתר הנשק הנ"ל, ועבר את מחסום א-ראם כשהוא נוסע לבד ברכב האיסוזו עם הנשק.

10. מחמד עבדאללה הסיע את המחבל המתאבד עד למסגד בשועפאט. לשם הגיע גם הנאשם ברכב האיסוזו עם הנשק והתחמושת.

11. שם, המחבל המתאבד ביקש להיכנס למסגד ולהתפלל לפני שיבצע את פיגוע ההתאבדות. הנאשם ומחמד עבדאללה הסכימו לבקשת המחבל המתאבד.

12. בזמן שהמחבל המתאבד התפלל במסגד האמור, הנאשם ומחמד עבדאללה נסעו ברכב הסוברו לגבעת שאול שבירושלים במטרה לבדוק אם יש בדרך מחסומי צה"ל או משטרה. הנאשם ומחמד עבדאללה תכננו להסיע את המחבל המתאבד לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן וזאת מכיוון שיש במקום האמור אזרחים רבים.

13. כאשר הנאשם ומחמד עבדאללה חזרו למסגד בשועפאט על מנת לאסוף משם את המחבל המתאבד ולהסיע אותו לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן, השניים לא מצאו את המחבל המתאבד במסגד.

14. הנאשם ומחמד עבדאללה התקשרו אל אחמד ברגותי ודיווחו לו כי המחבל המתאבד ברח להם. אחמד ברגותי הורה לנאשם ומחמד עבדאללה לחזור לרמאללה.

15. הנאשם ומחמד עבדאללה חזרו לרמאללה, נפגשו שם עם אחמד ברגותי ומסרו לידי האחרון את רכב הסוברו, את רוסי"ר M-16 ואת המחסניות עם הכדורים.

**פרט שלושים ואחד:**

**מהות העבירה:** החזקת כלי-יריה ללא היתר, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, במועד האמור בפרט האישום הקודם או בסמוך לכך, החזיק ברשותו כלי-יריה, תחמושת, פצצה, רימון-יד או חפץ נפיץ או מבעיר, כלי או חפץ או דבר המתוכנן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, ובנסיבות המתוארות בפרט האישום הקודם, החזיק ברוסי"ר M-16, שלוש מחסניות לרוסי"ר M-16 וכדורים, וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו.

15

ת.ת. 240/02

**פרט שלושים ושניים:**

**מהות העבירה:** קשירת קשר לגרימת מוות בכוונה, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר הוראות הביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, באמצע חודש פברואר 2002 או במועד הסמוך לכך, קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, ביום 15.02.02 או בסמוך לכך, ברמאללה או בסמוך לכך, נפגש עם מחמד סאמי אברהים עבדאללה, חוסאם עקל רג'ב שחאדה ועם אחמד ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרואן ברגותי - ראש "התנזים" של ארגון הפת"ח באיזור, שהוא התאחדות בלתי מותרת.

במהלך הפגישה הנ"ל, אחמד אל פראנסי ביקש מהנאשם וחבריו הנ"ל להכניס לתוך ירושלים מחבל מתאבד, אשר יבצע שם פיגוע התאבדות במטרה לגרום למותם של אנשים רבים ככל הניתן. הנאשם וחבריו הנ"ל הסכימו להצעה האמורה. אחמד אל פראנסי הודיע לנאשם וחבריו הנ"ל כי יביא אליהם את המחבל המתאבד בעוד כיום-יומיים.

הנאשם, חוסאם שחאדה ומחמד עבדאללה תכננו להכניס את המחבל המתאבד לירושלים ברכב איסוזו טנדר של הנאשם. הנאשם וחבריו הנ"ל תכננו להוביל את המחבל המתאבד לאחד המקומות בירושלים שיש בו הרבה אנשים על מנת ששם המחבל המתאבד יבצע את פיגוע ההתאבדות המתוכנן. הנאשם, ביחד עם חוסאם שחאדה ומחמד עבדאללה אף ערכו סיור בירושלים ובחרו את המקומות המתאימים, לדעתם, לביצוע פיגוע ירי נגד אזרחים ישראליים. בין היתר, בחרו הנאשם וחבריו הנ"ל במלון "רמדה", המנהרות של כביש בגין וצומת הגבעה הצרפתית.

תכניתם הנ"ל של הנאשם וחבריו הנ"ל לא יצאה אל הפועל מכיוון שכיומיים לאחר הפגישה הנ"ל, ביום 17.02.02, חוסאם שחאדה נעצר על-ידי כוחות הביטחון הישראליים, כעבור יום, ביום 18.02.02, גם הנאשם נעצר על-ידי כוחות הביטחון הישראליים, וביום 20.02.02 נעצר מחמד עבדאללה על-ידי כוחות הביטחון הישראליים.

16

ת.פ. 240/02

עדי התביעה:

1. רס"ר יצחק יעקובוב, מ.א. 1008358, לח"ק יהודה. [גובה אמרת הנאשם מיום 07.04.02]
2. צוער איתמר בורגול, מ.א. 1038272, מפלג המיעוטים - ירושלים. [גובה אמרת הנאשם מיום 24.02.02]
3. חוסאם עקל רגיב שחאדה, ת.ז. 975564733. (עצור) (ת.ת. 243/01)
4. מחמד ע/רחמאן סאלם מצלח, ת.ז. 902845643. (עצור) (ת.ת. 242/01)
5. מחמד סאמי אבראהים עבדאללה, ת.ז. 979469954. (עצור) (ת.ת. 241/01)
6. הייתם אלמותפק חמדאן, ת.ז. 906934823. (עצור) (ת.ת. 265/02)

**פ.א. 1900/01 בנימין**

7. פקד יובל רביבו, מ.א. 1001123, תחנת בנימין. [מגיש דו"ח ביקור ראשוני בזירת העבירה + דו"ח ביקור רמ"ח בזירת העבירה]
8. רס"ר צבי שדה, מ.א. 903286, תחנת בנימין. [מגיש טופס לוואי למוצגים]
9. רס"ר אלברט שלו, מ.א. 58159, תחנת בנימין. [מגיש טופס לוואי למוצגים]
10. רס"ב עזרא אפיף, מ.א. 464974, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
11. רס"ב זיוח חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
12. רפ"ק האוורד סילברווטר, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 3811/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
13. רס"ב אלי קוגימן, מ.א. 46951, מז"פ יהודה. מגיש לוחות תצלומים
14. פרופ' יהודה היס, המרכז הלאומי לרפואה משפטית. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
15. ד"ר ולדימיר ליטבינויוק, מ.ר. 30032, צה"ל. [מגיש הודעת פטירה]
16. שמואל לנדאו, ת.ז. 051541092. (פרטים בתביעה) (אביו של רון לנדאו ז"ל - נהג ברכב שנפגע)
17. מאיר לוי, ת.ז. 036592442. (פרטים בתביעה) (היה ברכב שנפגע)
18. מוטי נמיר, ת.ז. 025002726. (פרטים בתביעה) (נהג ברכב נוסף שנפגע)
19. גליה עמר, ת.ז. 022838551. (פרטים בתביעה)

**פ.א. 2059/01 שפט**

20. רס"ר יורם חתן, מ.א. 943068, תחנת שפט. [מגיש דו"ח פעולה]
21. רס"ר אבי דדנה, מ.א. 462341, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירת העבירה]
22. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח בדיקת רכב טרנזיט מ.ר. 9319725]
23. שמשון בן שמואל, ת.ז. 054334495. (פרטים בתביעה) (נהג האוטובוס)
24. ג'מעיום מחמד חליל, ת.ז. 023358716. (פרטים בתביעה) (נהג הטרנזיט)
25. אנדרו פייצוש, ת.ז. 111720639. (פרטים בתביעה) (נפצע בפיגוע)
26. חנה שפירא, ת.ז. 025290917. (פרטים בתביעה) (בתה נפצעה בפיגוע)

**פ.א. 2159/01 בנימין**

27. רס"ר רונן עאמר, מ.א. 956813, תחנת בנימיי. [מגיש דו"ח פעולה]
28. רס"מ שבי עובדיה, מ.א. 560441, מז"פ, תחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]
29. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע - תפיסת תרמילים ושרידי קליעים]
30. רס"ר חיים טולדנו, מ.א. 1004332, תחנת בנימין. [מגיש זכ"ד - שרשרת מוצג + טופס לוואי למוצגים + דו"ח ביקור בזירת העבירה]
31. רס"ל דניאל תורגימן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
32. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4238/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
33. ד"ר ולדימיר גולר, מ.ר. 26163, מד"א - תחנת לוד. [מגיש דו"חות רפואיים מהשטח + הודעת פטירה + עדות]
34. ד"ר ניר אלון, ת.ז. 031849201, צה"ל. [עדות]
35. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. [מגיש שתי חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

17

ת. 240/02

**פ.א. 7915/01 ציון**

36. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
37. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
38. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
39. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
40. צוערת אדוה מלכה, מ.א. 1049089, מת"מ - תחנת ציון. [מגישה טופס לוואי למוצגים]
41. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
42. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4539/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
43. ד"ר אייל יצחיאק, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
44. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבויז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
45. משה וייס, ת.ז. 024001505. [פרטים בתביעה] (נפצע קשה בפיגוע)
46. יפה וקנין, ת.ז. 058857863. [פרטים בתביעה] [עדת ראיה]

**פ.א. 481/01 ציון**

47. טוני עמיאל, ת.ז. 032441040. [פרטים בתביעה] (נהגת רכב ההונדה)
48. פיני מימון, ת.ז. 025759762. [פרטים בתביעה] (נוסע רכב ההונדה)
49. פזית מימון, ת.ז. 040128084. [פרטים בתביעה] (נוסעת רכב ההונדה)

**פ.א. 8379/01 ציון**

50. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
51. רס"ר גבריאל עבד, מ.א. 958736, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
52. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
53. צוער דרור אברם, מ.א. 1039080, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
54. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
55. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
56. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
57. סיגל שאוו, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
58. מלכה כהן, ת.ז. 038791386. [פרטים בתביעה] (נפגעה בפיגוע)
59. פנחס כהן, ת.ז. 038348256. [פרטים בתביעה] (נפגעה בפיגוע)
60. אוהב עמי יחיאל, ת.ז. 059214320. [פרטים בתביעה] (עד ראיה - טיפל בפצועים)
61. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
62. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

**פ.א. 39/02 בנימין**

63. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]
64. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
65. רס"ב אלי קוגימן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
66. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
67. רס"ר מאיר וענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
68. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
69. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל. [פרטים בתביעה] [עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]

70. ד"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
71. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפצעה בפיגוע)
72. סמי זעקנין, ת.ז. 027798040. (פרטים בתביעה) [עדות + סקיצה] (עד ראיה)
73. נחשון בראשי, ת.ז. 05033235. (פרטים בתביעה) (זיהוי ההרוגה)

## פ.א. 502/02 ציון

74. פקד דרור אסרף, מ.א. 942276, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
75. רס"ב יגאל דניאל, מת"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
76. צוער צביקה רייזנר, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + צלומים]
77. רס"ל ציון טבדי, מ.א. 1043413, מת"מ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
78. רס"ב אשר לוי, מ.א. 47720, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
79. בני עזריאל, ת.ז. 303647598. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
80. עמאד ענידת, מ.א. 739037, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
81. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
82. נועם גבאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
83. חנן בנעים, מ.א. 1049188, יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
84. גנאדי (גיא) מלניק, ת.ז. 309130540. (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
85. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
86. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
87. חיים צאלח, ת.ז. 033401019. (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
88. בוריס אבטיסיאן, ת.ז. 309086171. (פרטים בתביעה) (עד ראיה)
89. יקותיאל-ישראל עלוש, ת.ז. 310101647. (פרטים בתביעה) (עד ראיה)
90. משה ממן, ת.ז. 06246911. (פרטים בתביעה) (עד ראיה)
91. טובה יצחקי, ת.ז. 051270353. (פרטים בתביעה) (עד ראיה)
92. מזל יצחקי, ת.ז. 04330150. (פרטים בתביעה) (עדת ראיה)
93. ירון אברהמי, ת.ז. 640712770. (פרטים בתביעה) (עד ראיה)
94. פנחס בנטורה, ת.ז. 055611230. (פרטים בתביעה) (עד ראיה)
95. כפיר קדם, ת.ז. 039381249. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
96. יעקב סנדלר, ת.ז. 307750984. (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
97. ד"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
98. ד"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט

מיכאל קוטליק, סגן
תובע צבאי

תאריך: 21.04.2002
סימוכין: 240-02

19

ת. 240/02

P 6: 316