# EXHIBIT A.399

# PLACEHOLDER FOR EXHIBIT 399

## SEE ENCLOSED DVD

| P6-361 | Arabic | English |
|---|---|---|
| 00:01-03:28 | أغنية<br><br>زنودها بين والمجد والنشامى بالعز ارضها زرعت الله رام<br>يغني موج عيونها كحل والنصر اقدامها تحت والغاصب<br>الشهامة الله رام يا دمنا في الشهاده حب عتابا<br><br>يالدمع أبوها كفن وشالت طلعت لبتوها ما نادت الله رام<br>الصورة خلوا المعتدي إجرام على ارسموها صورة هامت مة علا<br><br>زنودها بين والمجد والنشامى بالعز ارضها زرعت الله رام<br>يغني موج عيونها كحل والنصر اقدامها تحت والغاصب<br>الشهامة الله رام يا دمنا في الشهاده حب عتابا<br><br>صبرنا وياما نصبر الصبر ع بطلنا حاصر الله رام أرضك<br>رام يا الدافئ الحضن ترابك في انتصرنا احنا يدي في يدك الشهامة الله<br><br>انتصارها ولنا نقوى بالله وجدارها أرضها نهوى اللي إحنا المنارة أرض ضوى اللي الشعب | Song<br><br>Ramallah has planted its soil with glory, pride and honor between its arms. The usurper is under its feet. Victory is the jewel of its eyes, a wave that sings and scolds. Love of martyrdom is in our blood, O courageous Ramallah.<br><br>Ramallah shouted but no one paid any attention. It emerged carrying the death shroud of its father.<br><br>With tears it has wandered, an image that you must draw of the crime of the aggressor, let the image be a symbol.<br><br>Ramallah has planted its soil with glory, pride and honor between its arms. The usurper is under its feet. Victory is the jewel of its eyes, a wave that sings and scolds. Love of martyrdom is in our blood, O courageous Ramallah.<br><br>We are the ones who love its soil and its walls. With God, we will be strong and victory will be for the people that have lit the land of the lighthouse. |
| 03:29-04:23 | محمد جميع الناس بتحبه لأن كل ما يحبسوه في السجن ما حدش بيطلع من السجن إلا لما يمدح فيه الحمد لله وكل الناس بتحبه وتحترمه لأنه بيحترم الناس وبيوجب الناس عمره ما قصر مع حدا في شيء طول عمره محترم وخلوق وصاحب دين والكل بيحبه ويبحترمه عمره ما كسر مع أحد في شيء طول ومع أهله كمان إنشاء الله يا محمد تطلع من السجن ونشوفك عن قريب وإنشاء الله اطلع تصريح وأجي أزروك إنشاء الله الفرج قريب وكل سنة بدعيلك أنت وجميع الأسرى خليك صابر ودير بالك على حالك والسجن ما بيسكر على حدا والشهادة ضريبة جميع الناس بتدفعها مش بس أنت أو الأسرى جميع الناس الشهدا والجرحى والأسرى واللي انهدت بيوتهم هذه طول عمرها ضريبة على شعبنا وإنشاء الله الفرج قريب لك وجميع الأسرى وإنشاء الله عن قريب حانشوفك احنا | Everyone loves Mohamed. Everyone they put in jail comes out to tons of praise and adoration, praise God. Everyone loves him and respects him because he respects people and treats them well. He was never negligent with anyone. All his life he has been respectful and well-mannered. He was also religious. Everyone loves him and respects him. He never let anyone down. He was the same way with his family. God willing, Mohamed, you will be released from jail, and we will see you soon. God willing, I will get an authorization to see you. God willing, deliverance is near. Every year, I pray for you and for all the prisoners. Be patient and take care of yourself, you and all the prisoners. Prison does not enclose anyone. And martyrdom is a tax that everyone pays, not only you or the prisoners. Everyone is a martyr, the wounded, the prisoners, and those whose houses have been demolished. This has been a tax that our people have been paying all those years. God willing, deliverance is near for you and all the prisoners. God willing, we will see you soon. |
| 04:30-04:44 | محمد يا وبحبك سطحه أبو مصلح محمد الأسير والد أنا بالسلامة وتطلع عنك يفرج رب يا الله إنشاء كثير لك مشتاق بخير وزوجتك وولادك بخير كلهم العيال بخير كلنا واحنا تقلق لا لله والحمد مليحة صحتي وأنا لله والحمد كويسين كلنا | I am the father of the detainee Mohamed Musleh Abu Satha. I love you, Mohamed, I miss you so much. God willing, the Lord will deliver you and you will leave safely. We are all fine. Everyone in the family is fine. Your children and your wife are fine. We are all OK. |

| | | | |
|---|---|---|---|
| | | علي | Praise the Lord, my health is good. Praise the Lord, do not worry about me. |
| 04:45-05:24 | | أن يعني والمرار العذاب من رحلة هادول سنين 10 والله 11 بـ نزل كان محمد سنين 10 بنزور احنا سنين 10 انسجن لما سنة 50 و مؤبدات تسع حكم ومعاه محبوس حضني على ابنه أخذ وكنت شهور 7 ابنه عمر كان محمد من الصبح من نطلع لسجن مسجن من شهور 7 صغير وهو الساعة بالليل 12 الساعة الدار على نرجع نطلع 5 الساعة الاثنين على ومرة أنا البيت دخلت مرة الصبح ربع إلا 3 عذاب ورحلة تقريبا يومين يعني الليل في أنا البيت دخلت الأسرى اهالي الناس لكل لي بس مش يعني | My God, it's been 10 years, a journey of torture and bitterness. I mean, it's been 10 years that we have been visiting. 10 years for Mohamed, going on 11. He is jailed and was sentenced to nine life sentences plus 50 years. When Mohamed was jailed, his son was 7 months old. I used to put his son on my lap when he was 7 months old. From one prison to another. We leave in the morning, at 5 o'clock; we go and return home at 12 midnight. One day I came home at quarter to 3 in the morning. Another time it was two o'clock at night when I went home. That means about two days in a journey of torment. But you know, it's not like this is just for me, it is for all of the families of the detainees. |
| 05:26-05:09 | | العذاب .. العذاب للأباء .. العذاب للأسرة كليتنا أنا عمري 60 سنة شو اللي ظل من عمري يعني عشان أشوف ابني في كل شهر وكل أسبوعين وكل شهرين هذا عذاب في السجن بيتعذب الولد بيتعذب وأبوه كمان بيتعذب أكثر منه لأنه بيحب دائما يروح يشوف ابنه لو بينظره بس نظره من ورا الزجاج تشفي غليله فيه بس العذاب شو بدنا نساوي | Torture... Torture for the parents.... Torture for the whole family. I am 60 years old. How many more years do I have to live? You know, before I see my son, every two weeks, every two months. This is torture. In prison, my son is suffering. And his father is suffering even more than him because he always wants to go and see his son. It is enough to see him behind the glass, for him to vent his anger. But there is the torment, what can we do? |
| 06:00-06:28 | | أنا خايفة عليه أنا بحكي يعني خايفة عليه ليش يا مه هيك ليش بيسير هيك وإشي قال لي لأ يامه أنا ما بحب أسمع هذا الحكي أنت اللي علمتينا الصبر وانت اللي علميتنا نكافح ما نسكتش على الظلم ولا أشي أنا كل هذا اتعلمته منك ومن أبويا بقولي يامه وأنت ما تحكيلي هيك يامه والحمد لله يعني دايما أنا بقوي معنوياته وهو بيعطيني معنويات أنا دايما بقوي معنويته وهو بيقوي معنوياتي ما شاء الله عليه | I fear for him. I am talking, you know, and I am afraid for him. Why, why is it like this? Why do things like that happen? My son told me, "No, mom, I don't like to hear this talk; you are the one who taught us to be patient, you are the one who taught us to fight, not to overlook injustice; all of that, I learned from you and from my parents." He says, "Mom, don't talk to me like that, mom." Praise God. You know, I always try to lift his spirits, and he lifts my spirits, God bless him. |
| 06:28-06:56 | | أنا بخاف من اليهود عليه بس ما يحطوا لهم إشي ما يحطوا لهم هما اليهود نفسهم بيسببوا لهم رعب محمد صحته كويسة والحمد لله مليح وصاحي لحاله لأنه مش ولد صغير وبعدين مثقف بيعرف شو معناة السجن الحمد لله صحته كويسة إن شاء الله يامه ما بيطول هو وجميع الأسرى وكل الأسرى المحكومين مؤبدات | I am afraid the Jews will harm him. I hope they won't give them something bad. It's the Jews who put fear in them. Mohamed's health is good, praise God. He is fine and aware of his condition because he is not a child. He is also educated. He knows what a prison means. Praise God, his health is good. God willing, what can I say, he will not stay long, he and all the prisoners, all the prisoners sentenced to life. |
| 06:57-08:20 | | الله يرضى عليك يامه الله يرضى عليك برضى قلبي الله يرضى عليك ملائكة السماء والأرض ترضى عليك يا محمد يا حبيبي الله يامه يحن عليك ويطلعك بالسلامة يامه الله يورينا وشك على خير أنت وكل الشباب والله لا يطولها عليكم ها الشدة يا رب ويا حبيبي ما تحملش همنا احنا كويسين وملاح وبخير ومشاء الله عنا الكل عندنا بخير وانت بخير احنا بخير وابنك مليح وصحته كويسة ومرتك مليحة والكل بخير يا مه الله يرضى عليك يا حبيبي الله | May God protect you, my son! May God bless you! May God help me! May God help you! May the angels in heaven and on earth protect you, my Mohamed, my love! My son, may God be kind to you and get you out safely. My son, may God let us see you along with the other guys in good health. I hope that you will be out of your misery soon, O God. My love, do not worry about us. We are fine. Thank God, we are all fine, and we hope you are fine. Your son is doing well and he is in good health. Your wife is also fine. Everyone is OK, |

| Time | Arabic | English |
|---|---|---|
| | يسعدك ودير بالك على حالك يقوله وخلي معنوياتك عالية واصبر الصبر مفتاح الفرج يا حبيبي ياماي وخليك مداوم على قراءة القرآن والصلاة وانت من برة بعرفك صاحب دين الله يرضى عليك وسلم على جميع الأسرى بسلم على جاد معلم وقوله كيف حالك يا جاد إنشاء الله تكون بخير وصحتك مليحة واحنا مشتاقين لك ولمحمد وللجميع وبسلم على باسل العريف ويقول له كيف حالك إنشاء الله تطلعوا بالسلامة كلياتكم يا رب يا الله بسلم على أبو القسم وبسلم بأكثر هم ما بدي أعد أسماء أقول لهم جميع المساجين وعلى أمجد حمدان نسيبنا الثاني بسلم عليه وعلى الكل أمجد الصالحية وأمجد زيادة كلهم وحسام شحادة وعبد الباسط وعلى الجميع | my son. God be with you, my love. May He make you happy! Take good care of yourself. Keep your spirits up, and be patient. Patience is the key to happiness, my love, my son. Keep reading the Koran, and keep praying. I know when you were out how religious you were. May God bless you and bless all the prisoners. Say hello to Jad Moallem and ask him how he is. Jad, I hope you will be well and that your health is good. We miss you, and we miss Mohamed and everyone. Say hello to Basel al-Arif. Ask him how he is. God willing, you will all leave safely. Oh Lord, oh God. Say hello to Abu al-Qasem, and say hello to everyone. I don't want to mention all the names. I send my greetings to all the prisoners, to Ali Amjad Hamdane, our second son-in-law. Say hello to him, and to everyone, Amjad al-Salihiya and Amjad Ziyada, everyone, and Hussam Shehade, Abdel Baset, and everybody else. |
| 08:21-08:35 | الله يمسيك بالخير يابني دير بالك على حالك واحنا كويسين وطول ما أنت كويس احنا كويسين دير بالك على حالك والفرج إنشاء الله قريب أقرب ما تتصور أنت واقرب ما نتصور احنا إنشاء الله | Good evening, my son. Take good care of yourself. We are fine, and as long as you are fine we are too. Take good care of yourself. Relief will come soon, God willing, sooner than you imagine. Sooner than we can imagine, God willing. |
| 08:35-10:42 | أغنية<br>أنا عندي حنين ما بعرف لمين<br>ليلي بيخطفني من بين السهرانين<br>بيصير يمشيني لبعيد يوديني<br>نا أعرف لمين و ما بعرف لمين<br>عديت الأسامي ومحيت الأسامي<br>ونامي يا عيني إذا راح فيكي تنامي<br>و بعدو هالحنين من خلف الحنين | [Song]<br>I have a longing, I don't know for whom<br>The night is snatching me from those who are awake<br>It is steering me and taking me far away<br>I don't know to whom, I don't know to whom<br>I counted the names and erased the names<br>My eye will sleep if you can sleep<br>And there is still this longing behind the longing |
| 10:43-11:00 | شوف الله وحده بس بيعلم فيك يعني فيه أيام سهران صاحي بس بفكر فيك كيف بدي أسوفك كيف صار شكله الأيام هيه بادعيله إنشاء الله يا رب يا أله إنه ما يطول إنشاء الله باحكيلوه بدي الله إنشاء الله يعني في خلال اقرب فرصة إنشاء الله أنه يكون بينا بإذن الله | You know, only God knows about you. I mean, there are days when I am awake, and I think about you, how I will see you, how you look these days. I pray for you. God willing, oh Lord, that it won't be long, God willing. I talk to Him. I pray to God, God willing, that you will be with us as soon as possible, God permitting. |
| 11:01-11:26 | محمد يعني بتعجز الكلمات عن وصف أخويا وحبيبي ورفيق دربي محمد وعشت أنا وإياه في السجن يعني وعانيت من الأسر قبل محمد ويعني مش عارف يعني الكلمت اللي توصف شعور الأسير ولا شعور أهله ولا أصدقاءه في هذه المرحلة يعني .. يعني الكلمة اللي بقدر أحكي له إياها إللي أخرج سيدنا يونس من بطن الحوت يقدر يخرجه من سجن اليهود الله سبحانه وتعالى | Mohamed, you know, words cannot describe my brother, my love, and my partner. Mohamed and I have lived together in prison. I endured prison before Mohamed. I mean, I don't know the words to describe the feelings of the prisoners, the feelings of his family, of his friends, during that phase. I mean... I mean, what I can say is that the One who let our master Jonas emerge from the belly of the whale, will free him from the prison of the Jews, God Almighty. |
| 11:27-11:40 | في كتير مواقف حلوة يعني ساعات وأنا بس يعني صعب الواحد يتذكرها يعني الأشي اللي صار مع محمد نسانا كل | There are some pleasant moments, I mean, sometimes when I am... it is hard for one to remember, you know, |

| Time | Arabic | English |
|---|---|---|
| | شيء صار معانا في السابق كل السنين | the things that happened to Mohamed. We forgot everything that we have gone through in the past, in all those years. |
| 11:41-11:57 | في هذا المكان يعني هو أول ما سمع سؤالك يعني هو وجميع أصدقاء اللي في السجن بيصيروا يضحكوا على المواقف اللي بتحكى اللي صارت معي بباب البيت يعني هو لما أحكي له على كلمة عالأمانة بيفهم لحالة هو الشباب اللي جوة | In this place, you know, he is the first one who heard your question. You know, he and all his companions who are in jail. They start laughing about the situations that I experienced at the doorsteps of the house. I mean, when I talk to him honestly, he understands the situation of the guys inside. |
| 11:58-12:18 | هذا اليوم اللي احنا كل يوم بنفكر فيه وبنستناه عليه و عايشين عليه يعني أمل يعني لحظة بلحظة عايشين عليه إن نشوفه بينا هنا نشوفه قاعد مع ابنه مع زوجته وقاعد بينا | We are thinking about that day every day; we live for it. It means hope, you know. We are living moment to moment with the hope of seeing him amongst us, seeing him sitting with his son, with his wife, and sitting amongst us. |
| 12:19-12:35 | أنا زي ما حكيت لك الكلمات اللي بتوصل بتعجز عن وصفه هو وجميع الأسرى لأنه بصراحة خيرة شباب هذا البلد خيرة شباب هذا البلد تحت التراب وفي السجون الله يفرج عنهم بس | Just like I told you, words cannot describe him, or describe all the other prisoners, because, frankly, he represents the elite of the young people of this country, the elite of those young people who are buried and who are in jail. May God set them free! |
| 12:36-13:00 | بقول له يا محمد دير بالك على حالك واحنا يعني الكل بيعرفك يا محمد أنت زلمة قد حالك ورجعت إلال دير بالك على حالك ودير بالك على الشباب اللي عندك لأن كلهم بيحبوك وأنت بتحبهم واللي بيعرف محمد مضبوط يطلع على أي جبل في فلسطين إيش محمد وإيش يعني صمود محمد | I tell him, Mohamed, take good care of yourself. We all know, Mohamed, that you are an upstanding man. Take good care of yourself, and take good care of the young people who are with you, because they all love you, and you also love them. Anyone who knows Mohamed well will climb any mountain in Palestine. This is Mohamed, and this is what Mohamed's steadfastness means. |
| 13:01-14:12 | أغنية<br>يا جبل ما يهزك ريح لو حرق قلبك نيران<br>ناصب يا هنا مراجيح والغيم فوقك تيجان<br>فتحت زهورك بيض بساعة الغروب<br>ونجوم بتضوي وبتسير على كل الدروب<br>والأرض بدور على ترابها<br>والأم بدور ع حبابها | [Song]<br>O mountain, the wind will not shake you, even if your heart is burned by fire<br>You have erected a swing and the clouds above you are like two crowns<br>Your white flowers bloomed at sunset<br>And the stars twinkle and move in all directions<br>The earth twists around itself<br>And the mother is looking for her loved ones |
| 14:13-16:35 | هذا المكان كتير بعيز علي أنا وأخويا محمد يعني أكثر اثنين وأمي كان بنعيد هيك ومرتّي تطلع الشغل وأنا وياه وأمي في البيت ونجيب شاي وزيت وزعتر ونقعد تحت ها الشجرات أنا و محمد كتير أخوي ومحمد مش أخوي صحبة كتير أنا وياه وبحبه كتير يعني قد إيش بوصف لك صعب كتير كتير محمد عزيز علي كتير أخوته كتير بتعز عليه بس هو شيء ثاني كتير كتير وحياة النبي شو بدي أقول له أكثر من هيك هو بيعرف شو إيه جوايا هو أنا وياه يعني لما باروح على | This place is very dear to me and to my brother Mohamed. I mean with my mother, she goes to work, and me and him we are at home and we bring the tea along with the oil and thyme. We used to sit, me and Mohamed, under those trees. He is not only my brother, but he is my close friend. I love him dearly. I can't describe to you how hard it is. Mohamed is very dear to me. His brothers too. But he is special. By the |

| | | |
|---|---|---|
| | الزيارة رحت آخر زيارة زرتة أنا وإبنه يعني كتير كانت زيارتنا حلوة وبوسنا بعض يعني الكل كان مستغرب يعني سبحان الله كان ها الشباك مفتوح في وجهنا كمان بوسته وبوسني كتير وانبسطنا أحلى زيارة كانت رحت زرته قبل تقريبا سنة منعونا من الزيارة هاي أنا ومحمود أخويا إنشاء الله في شهر ثلاثة إنشاء الله بنزورك يا محمد وإنشاء الله أنت بتزورنا هذا الموجود وهذا اللي احنا عايشيون فيه الواقع اللي عايشين فيه يارب يفك أسرك وأسر جميع الشباب يا رب أنت الكل بيشكر فيك يا محمد مفيش شاب مفيش بني آدم يقعد معاك كتير بتلاقي لك صحاب من زمان كلهم بيشكروا فيك وبيحبوك وكلهم بيوصلوا لك السلام إش مش كل يوم يوم بعد يوم واللي بيوصل سلام يوم تاني يوم بيوصلك سلام ما شفوش بيسأل علي إلا علشانك كتير بتعز على جميع الشباب يا محمد مش على اخواتك بس وعلى أهلك كل الشباب بيحبك أنت زلمة طول عمرك زلمة بحب أفكر في شيء زمان وأنا صغير كنت لما تيجي عليه تقول لي معاك مصاري أقولك معي وكنت استحي أخذ منك كتير كنت استحي خلاص أخويا بس ما بقتش أخذ منه يقول لي معاك مصاري أقول له أه أه كتير يسألني ما لقيش معاك 50شاكل قلت له لا والله ما معايا بقول خد طيب ها هي فطلعوا الـ 50 شاكل شو أقول لك فراقه كتير كتير صعب عليه كتير كتير يعني أنا بني آدم مميز معرفش إيش الله يفك أسرك يارب كل يوم أقسم بالله إذا مش كل اسبوع كل يوم باحلم فيك وبحس إنك هون طالع عملتلك بوستر يوم الإفراج من الأسر على هون أكيد أن الواحد بيتمنى إن الواحد يبقى مبسوط بس خلص الانبساط من غيرك برضه ربنا يفك أسرك يا رب | life of the prophet, what can more I say about him? He knows about this. When I go for a visit, the last visit I made was with his son, and it was pleasant. We kissed each other. Everyone was surprised. I mean, glory to God, the window was open in front of us. I kissed him, and he kissed me a lot. We were happy. It was the nicest visit I had. I visited him about a year ago. They did not let me and Mahmoud, my brother, visit. God willing, in the third month, God willing, we will visit you, Mohamed. God willing, you will visit us also. This is the way it is, this is what we have to deal with in reality, what we have to live with. May God set you free and set free all the young people, oh Lord. Everyone sings your praises, Mohamed. There is not one young man, there is not one person who will sit with you long enough without feeling like he has been your friend for a long time. They all sing your praises, and they all love you. They all send you their greetings, every day. They send their greetings one day, and then the next, and when they see me, they do not ask about me as much as they do about you. You are dear to these people, Mohamed, and not only to your brothers and your family. All the guys love you. You have been a gentleman all your life, a gentleman. I like to reminisce about something long ago, when I was a kid. You would come to me and ask if I had any money. I would say, "Yes." I was ashamed to take a lot from you. I was ashamed, I would say, "Enough." I could not take from him. He would ask, "Do you have money?" I would say, "Yes, yes, a lot." He asked me once if had 50 shekels. I said, "No, I swear to God, I don't." He then said, "Here they are." And he took out 50 shekels. What can I tell you? Our separation is very, very hard on me. I am a reasonable person; I don't know when God will set you free. Oh Lord, every day, I swear to God, if not every week, every day I dream about you, and I feel you are here, released from the prison. Of course, someone hopes to remain happy, but happiness is gone without you. With God's blessing, you will be free. Oh Lord. |
| 16:36-17:19 | أنا سماء بنت سامي وبدي أقول لك يا عم محمد إنشاء الله تطلع أنت وكل الأسرى<br><br>جوة الزنزانة سمعتك يا إما تناديني يامهجة فؤادي يامة يا حبة عيني قالوا لي إنك عطشان بردان يا أمه وجوعان قالوا عن صبر أيوب زي الفلسطيني | I am Sama, the daughter of Sami, and I would like to tell you, uncle Mohamed, that God willing you and all the other prisoners will be free.<br><br>Inside the prison cell I heard you calling out to me. You are the blood of my heart, the twinkle of my eye. They told me that you were thirsty, that you were cold, that you were hungry. They talked about Job's patience like that of the Palestinian. |
| 17:20-17:34 | أنا روءا سالم بسلم عليك يا عم محمد إنشاء الله الفرج القريب لك ولكل الأسرى وأنا مشتاقة لك كتير وإنشاء الله تطلعلنا ونشوفك بهذا العيد وتكون عندنا بهذا الرمضان | I am Rua, Salem sends you his greetings. Uncle Mohamed, God willing, deliverance is near for you and for all the prisoners. I miss you a lot. God willing, you will come to us and we will see you in this holiday; |

| Time | Arabic | English |
|---|---|---|
| | كمان وأنا مشتاقة لك وإنشاء الله تطلع لنا يا رب | you will be with us during this Ramadan also. I miss you. God willing, you will be with us. |
| 17:35-17:53 | أنا رها بنت أخ للأسير محمد مصلح بوجه سلامي له ولجميع الأسرى وباحكيلهم الفرج قريب إنشاء الله وبحكي لعمي محمد إن احنا مشتاقين له كتير ودايما بنتذكر الأيام اللي كنا نقضيها قبل ما ينسجن فبنسلم عليه وبنحكيله إن إحنا كتير مشتاقين له ودير بالك على حالك | I am Raha, the daughter of the brother of detainee Mohamed. Musleh sends his greetings to him and to all the prisoners. We hope that you will be free soon, God willing. I tell my uncle Mohamed that we miss him a lot and that we always remember the days when we used to spend together before he was put in prison. We send him our greetings and we want to tell him that we miss him very much and to take good care of himself. |
| 17:54-18:20 | أنا بنت أخت الأسير محمد أبو سطحة دعاء أمجاد وبحكي له إن شاء الله الفرج قريب واحنا كتير اشتقنا لك يا خالو إحنا كتير بنشتاق لك وبنسلم عليك كلياتنا نحن بنسلم عليك وإنشاء الله الفرج قريب | I am the daughter of the sister [sic] of detainee Mohamed Abu Satha, Dua Amjad, and I want to tell him that God willing, freedom is near, and we miss you a lot, uncle. We miss you so much and all of us send you our greetings. God willing, deliverance is near. |
| 18:20-21:26 | اغنية<br><br>وحشت الدار يا حبيب .. وحشت الدار<br>وحشنا قلبك الطيب .. وحشت الدار<br>وحشنا ولا تمر شالمانع عسى ماشر<br>لا طاري ولا اخبار .. وحشت الدار<br>مو بس الدار ولهانه مو بس الدار<br>شير سكتنه وأغصانه مو بس الدار<br><br>فريج أظلم بعد عينك<br>وكل شي يسألك وينك<br>لا طاري ولا اخبار<br>وحشت الدار<br><br>حمام الدار سافر لك حمام الدار<br>ترك عشه ورحل يمك حمام الدار<br>مو بسك عاد متغيب كفاية بعاد يا حبيّب<br>لا طاري ولا اخبار .. وحشت الدار | [Song]<br><br>The house misses you, dear… The house misses you<br><br>We miss your good heart… The house misses you<br><br>We miss you, [unintelligible] perhaps [unintelligible]<br><br>No [unintelligible] and no news… The house misses you<br><br>Not only the house, not only the house<br><br>The tree and its branches, not only the house<br><br>Darkness has set after your eyes<br><br>And everything asks you where you are<br><br>No [unintelligible] and no news<br><br>The house misses you<br><br>The house dove has left for you, the house dove<br><br>It left its nest and went away, the house dove<br><br>It is no longer here, enough separation, my love<br><br>No [unintelligible] and no news… the house misses you |
| 21:27-24:40 | يحكيله محمد يعني هذا البيت كان لي ولمحمد كتير ذكريات حلوة عشنا فيه أحلى أيام حياتنا كانت أيام كتير حلوة كل زاوية في هذا البيت في لنا ذكرى فيها ذكرى كتير حلوة كل ما بطلع بأي زاوية بتذكر شيء حلو كان بيني وبين محمد يعني هذا البيت جمعنا مع بعض هذا البيت كان كله حب كان كله كانت علاقتنا كتير كتير مليحة الحمد لله ذكرياتنا كتير حلوة كتير حزينة إن هو مش معايا طبعا بيتي أنا انهدم | I am speaking to Mohamed, I mean, this house holds a lot of pleasant memories for me and for Mohamed. We spent the most beautiful days of our lives here. Those days were lovely. Every corner of this house holds memories for us. Every which way I look, I remember something nice between us. I mean, this house has brought us together. This house was filled with love. Our relationship was extremely good, praise God. We |

have very nice memories and very sad ones too. He is not with me, of course. My house was destroyed. I did a lot of repairs to it. I miss the old house, because I built it with Mohamed. I mean, both of us, hand in hand, we made it. We had nice memories in the old house, in this house, I mean, I still remember the nice things, I relive the beautiful days, reminisce about my husband. Once a year or every six months I get an authorization. The last authorization I got, I was not able to visit him. My husband was being punished. Now, they have holidays. Naturally, I cannot use the authorization that was issued in the last period. You know, it is very difficult for a wife not to be near her husband. Because she will have a lot of responsibilities all by herself. She will have the responsibility of raising her children, of providing for the house, of protecting herself. It is very difficult. You are living alone, without a husband. But, praise God, my spirits are high. My husband supports me a lot. He trusts me. I mean, I have endured a lot, I put up with a lot; I assumed responsibility for the education of my son, I endured the separation of my husband, and that was very hard, but at the same time it's something good, because I am sacrificing for a person that I love a lot. You know, the more I sacrifice, the more I am happy, because I am sacrificing for Mohamed… Mohamed is the one I loved. Mohamed is the one I lived with many lovely days. He deserves more than that. I mean, whatever I do for him is still not enough, because he is a great person and I love him so much. I mean, I am ready to sacrifice myself for him and with him. I will sacrifice and wait. I mean it is impossible to abandon him. I will keep to the promise I made to him. I will wait for him, and God willing, after 10 years of prison, I will renew my promise and my vow to him. I am waiting for him and I am talking to him through your screen, the screen of Palestine television, and through your great program, "For You." I will tell him through that great screen, I will tell him, Mohamed, I will wait for you, I love you a lot. I will sacrifice for you. I am here in your house, I will keep waiting for you until the day you are released, and God willing, oh Lord, you will be free soon. Now, Mohamed, you have seen the house now, you have looked at your house, you saw your family, you saw your son, you saw me, God willing, oh Lord, I hope that you enjoyed seeing us. God willing, Mohamed, now I will take Ahmad to town, to Ramallah, to visit the grave of President Yasser Arafat, to show him the streets, Mohamed, that hold so many beautiful memories. I hope you will relive these memories and you will be happy.

ورجعت صلحته كتير بحن للبيت القديم لأن البيت القديم عملته أنا محمد مع بعض يعني احنا الاثنين عملناه أيد بأيد بأيد فكانت لنا ذكريات حلوة بالبيت القديم في هذا البيت يعني برجع بتذكر أشياء حلوة بعيش أيام حلوة ذكريات حلوة عايشة على ذكرى ذكرياتي مع زوجي أنا كل سنة أو كل ست شهور بيطلعلي مرة تصريح وآخر تصريح طلعلي مش قادرة أزور عليه كان زوجي كان معاقب وهلا في عندهم أعياد فالتصريح اللي طلع لي في آخر فترة ما استفدت منه طبعا أي ست إذا زوجها بعد عنها بتكون حياتها كتير صعبة لأنها راح بتحمل مسؤولية بتحمل مسؤولية أنها تربي ولادها مسؤولية أنها تعيل حالها تعيل زوجها تعيل دارها تحافظ على نفسها كتير صعب أنك تعيشي لحالك بدون زوج بس الحمد لله أنا معنوياتي كتير قوية جوزي كتير بيدعمني كتير بيثق فيه يعني أنا صمدت كتير وتحملت كتير تحملت أن ربيت ابني تحملت فراق جوزي كان هذا اشي كتير صعب وبرضوا كتير حلو لأني عمالة بضحي كرمال لشخص أنا كتير بحبه يعني كل ما بضحي كل ما بكون مبسوطة لأني بضحي كرمال محمد .. محمد اللي أنا حبيته محمد اللي عشت معاه أيام كتير حلوة بيستاهل أكثر من هيك يعني شو ما أقدم له بكون مقصرة معاه لأنه إنسان كتير عظيم وأنا بحبه كتير يعني مستعدة أضحي عنه معه وأضحي وأستنى يعني مستحيل أتخلى عنه راح أظل على العهد له إني أستناه.إنشاء الله بعد 10 سنين من سجن محمد أجدد له وعدي وعهدي له إني أنا مستنياه وباحكي له من خلال شاشتكم شاشة تلفزيون فلسطين ومن برنامجكم العظيم برنامج لأجلكم باكي له عبر هذه الشاشة العظيمة أن أنا محمد راح حاستناك أنا بحبك كتير راح أضحي كرمالك أنا هون في بيتك راح أضل أستناك لما ييجي الإفراج عنك وإنشاء الله يا رب يجيك الإفراج قريبا .هلا محمد أنت شوفت البيت واتفرجت على بيتك وشوفت أهلك وشوفت ابنك وشوفتني إنشاء الله يارب تكون انبسطت بشوفتنا إنشاء الله محمد أنا هلا راح أخذ أحمد على البلد على رام الله وعلى ضريح الرئيس ياسر عرفات لأوريك الشوارع هذه الشوارع محمد كان لنا فيها ذكريات كثيرة حلوة يتمنى أن تستعيد هذه الذكريات وتنبسط كتير

| | | | |
|---|---|---|---|
| 24:41-26:52 | | اغنية<br><br>مرت حبيبي أيام من بعدك<br>صوت الحنين يعذب إحساسي<br>ماعاد ليا عيون من بعدك<br>تبكي حبيبي بعدك القاسي | [Song]<br><br>Days have passed after you, my love<br><br>The sound of longing is tormenting my being<br><br>I have no eyes left as you are far away<br><br>They cry, my love, for the harsh distance that separates us |
| 26:53-27:42 | | مرحبا بابا كيف حالك أنا ماشي في شوارع رام الله عشان أذكرك بأيام زمان وعشان لما أكبر وأكبر شو اسمه مشيت أنا وياك فيهم نمشي مع بعض ونطلع لفات أنا وياك في رام الله بدي أحكيلك على مدرستي وماتقلقش عليه أنا شاطر كتير في المدرسة وشو اسمه أنا بالصف الخامس وعندي صحاب كتير كتير وعمري 10 سنين يا بابا ما تقلق عشاني وعشان ماما أنا بدير بالي عليها وبحبها كتير وهي في شغلها مبسوطة ما بتحرمني من أي شيء زيك أنت كمان ما يتحرمني من أي شيء وبنحبك كتير كتير كتير | Hello, dad, how are you? I am walking on the streets of Ramallah to remind you of the days past, and so that when I grow up I will remember that I walked with you and explored Ramallah. I want to tell you about my school. Don't worry, I am doing very well at school, and, you know, I am in fifth grade, and I have a lot of friends. I am 10 years old. Dad, don't worry about me and about mom. I am taking care of her. I love her a lot. She is happy in her work and she does not deprive me of anything, like you, you do not deprive me of anything. And we love you very, very, very much. |
| 27:43-28:40 | | من هون من عند دوار الرئيس ياسر عرفات بننهي جولتنا اليوم يا محمد وإنشاء الله تكون انبسط كتير واتفرجت على شوارع رام الله اتفرجت على الشوارع اللي قضيت فيها أيام حلوة وعدت ذكرياتك فيها وإنشاء الله يا رب إنشاء الله قريبا ترجع لنا وأكون أنا وياك وابنك أحمد بهاي الشوارع وبنقضي أيام كتير حلوة وبنعوض كل الأيام الصعبة اللي عدت علينا ومن هون من عند دوار الرئيس ياسر عرفات بوجه التحية كتير كبيرة لكل الأسرى بوجه التحية للأسير باسل عريف وباحكي له إنشاء الله يا باسل الرب يفرج عنك قريبا وبوجه التحية لمجدي زيادة ولأحمد الفرنسي ومروان البرغوثي ولجاد معلق ولكل أسرى فلسطين وإنشاء الله يا رب يفرج عنكم وترجعوا قريبا ترجعوا تعدوا هذه الشوارع ترجعوا ماضيكم وتعيشوا حياتكم حياة الحرية يا رب | From here, from President Yasser Arafat Square, our journey ends, Mohamed. God willing, you enjoyed that and you were able to see the streets of Ramallah, to see the streets where you spent beautiful days, and your memories of the place came back to you. God willing, oh Lord, God willing, you will soon return to us and I can be with you and your son Ahmad on these streets, spending very pleasant days, and making up for the difficult days that we had. From here, from President Yasser Arafat Square, I send you a very strong hello and to all the prisoners. I send also my greetings to Majdi Ziada, Ahmad al-Faransi, Marwan al-Barghouti, Jad Muallek, and all the prisoners of Palestine. God willing, oh Lord, you will be free and will return soon, you will return to these streets, you will return to your past, and you will live your life in freedom, oh Lord. |
| 28:41-30:22 | | اغنية<br><br>حق الله لو بدك ضو العين ورمش العين .. عفت روحي على يدك وروحي وين وقلبي وين..<br>وحق الله لو بدك ضو العين يرخصلك ضو العين ورمش العين<br><br>يا روح الروح ما عوفك ورب الدين إله الدين وندرا يوم ماشوفك لطفي العين ماريد العين | [Song]<br><br>It is God's truth if you want the glow in your eye and eyelashes… I have left my soul in your hands. Where is my soul? Where is my heart?<br><br>It is God's truth if you want the glow in your eyes, the glow dancing in your eyes and eyelashes<br><br>O spirit, the spirit did not flee before the Lord of religion, the God of religion And the day my eye cannot see you, I don't want the eye |

BACKGROUND TEXT:

| | | |
|---|---|---|
| 03:29-04:23 | شقيق الأسير محمد أبو سلامة - رام الله | The brother of the detainee Mohamed Abu Salama – Ramallah |
| 03:30-94:44 | والد الأسير محمد أبو سطحة - رام الله | The father of detainee Mohamed Abu Satha – Ramallah |
| 04:45-05:24 | والدة الأسير محمد أبو سطحة - رام الله | The mother of detainee Mohamed Abu Satha – Ramallah |
| 05:26-05:09 | والد الأسير محمد أبو سطحة - رام الله | The father of detainee Mohamed Abu Satha – Ramallah |
| 06:57-08:20 | والدة الأسير محمد أبو سطحة - رام الله | The mother of detainee Mohamed Abu Satha – Ramallah else. |
| 08:21-08:35 | والد الأسير محمد أبو سطحة - رام الله | The father of detainee Mohamed Abu Satha – Ramallah |
| 10:43-16:00 | شقيق الأسير محمد أبو سطحة - رام الله | The brother of detainee Mohamed Abu Satha – Ramallah |
| 16:36-17:19 | ابنة أخ الأسير محمد أبو سطحة - رام الله | The daughter of the brother of detainee Mohamed Abu Satha – Ramallah |
| 21:27-24:40 | زوجة الأسير محمد أبو سطحة - رام الله | The wife of detainee Mohamed Abu Satha – Ramallah |
| 26:53-27:42 | ابن الأسير محمد أبو سطحة - رام الله | The son of detainee Mohamed Abu Satha – Ramallah |
| 27:30-27:40 | زوجة الأسير محمد أبو سطحة - رام الله | The wife of detainee Mohamed Abu Satha – Ramallah |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 6 361.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 6 361.

Dated: February 28, 2014

                                                                Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015