# EXHIBIT A.418
## (2 of 2)

15.  Mohamed Isa Yusef Jaber, Identity No. 943584052. (detainee) (Prosecution Case 573/01)

16.  Abed Aziz Yusef Mustafa Salah, Identity No. 911615599. (detainee) (Prosecution Case 621/01)

17.  Master Sergeant George Hasper, Badge No. 1021658, Binyamin Station. [statement]

18.  Avraham Levi, Identity No. 036360642. (details held by the prosecution) [statement]

Prosecution Case 242/02 Amended          13

[Stamp] P 6: 56 [continued]

19. Mark Gutkin, M.D., license no. 72365, Hadassah Ein Kerem Hospital, Jerusalem [submitter physician's certificate dated July 13, 2001] (will be summoned upon explicit demand of the defense only).

20. Chen Kugel, M.D., the National Center of Forensic Medicine. [submitter of expert opinion] (will be summoned upon explicit demand of the defense only).

---

**Detailed Incident 5/01 Binyamin**

21. First Sergeant Shabi Ovadia, Badge No. 560441, Yehuda Forensic Identification. [submitter of visit/seizure and marking report & action/seizure and marking report & photograph tables].

22. Ze'ev Adar, Identity No. 00260114 (details held by the prosecution [traveled in the vehicle that was damaged]

23. Avraham David, Identity No. 033781949 (details held by the prosecution) [injured in the attack]

---

**Detailed Incident 234/01 Jerusalem Special Duties Department.**

24. Herman Spak, Serial No. 6961290, IDF. (details held by the prosecution) [statement]

25. Arie Rakah, Identity No. 032271918. (details held by the prosecution) [statement]

26. Yuval Lev, Identity No. 05405709. (details held by the prosecution) [statement]

27. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification – Zion Station. [submitter of seizure and marking report]

28. Superintendent Ofer Chelouche, Badge No. 916718, Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of vehicle inspection report]

29. Master Sergeant Avi Barkman, Badge No. 972762, Investigations - Zion Station. [submitter of exhibit cover form]

[Stamp] P 6: 57

30. Sergeant First Class Daniel Turgeman, Badge No. 1013796, the Exhibits Office - Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate - receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

31. Superintendent Uri Ben-Tuvim, Firearms Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 - 555/01] (will be summoned upon explicit demand of the defense only)

32. David Hazan, M.D., license no. 29086, IDF. [statement - pronouncement of the death of the late Elazar Akiva Fashkos]

33. David Moral, M.D., license no. 29052, Clalit Healthcare Service - Jerusalem. [statement & submitter of death notice]

---

**Detailed Incident 457/01**

34. First Sergeant Eli Suto, Serial No. 588038, Binyamin Station. [submitter of action report]

35. First Sergeant Moshe Lavi, Badge No. 903260, Binyamin Station. [submitter of memorandum – GMC & drawing of incident scene & seizure and marking report & exhibit cover form]

36. First Sergeant Shabi Ovadia, Badge No. 560441, Yehuda Forensic Identification. [submitter of photograph tables & memorandum]

37. Superintendent Nissim Mizrachi, Badge No. 926998, Mobile Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of photograph tables & vehicle inspection report]

38. Yosef Cohen, Identity No. 069397198. (details held by the prosecution) [wounded in the shooting attack]

39. Avi Ben-Shimol, Identity No. 031310677. (details held by the prosecution) [arrived first at the scene of the attack]

40. Isabella Schwartz, M.D., license no. 28684, Hadassah Hospital - Mount Scopus, Jerusalem. [submitter of physician's certificate - interim summary] (will be summoned upon explicit demand of the defense only)

[Stamp] P 6: 57 [continued]

**Detailed Incident 2159/01 Binyamin**

41. Master Sergeant Ronen Amar, Badge No. 956813, Binyamin Station. [submitter of action report]

42. First Sergeant Class Shabi Ovadia, Badge No. 560441, Binyamin Station. [submitter of photograph tables & seizure and marking report].

43. Superintendent Ofer Chelouche, Badge No. 916718, Mobile Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of initial incident scene visit report - seizure of cartridge cases and bullet fragments]

44. Master Sergeant Chaim Toledano, Badge No. 1004332, Binyamin Station. [submitter of memorandum - exhibit chain & exhibit cover form & crime scene visit report]

45. Sergeant First Class Daniel Turgeman, Badge No. 1013796, Exhibits Office - Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate - receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

46. Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 - 4238/01] (will be summoned upon explicit demand of the defense only)

47. Vladimir Goler, M.D., license no. 26163, Magen David Adom ambulance service - Lod station. [submitter of medical reports from scene & death notice & statement]

48. Nir Alon, M.D., Identity No. 031849201, IDF. [statement]

49. Ricardo Nachman, M.D., National Institution of Forensic Medicine. [submitter of two expert opinions] (will be summoned upon explicit demand of the defense only)

50. Zion Sviri, Identity No. 000048850 (details held by the prosecution) [identification of victims]

[Stamp] P 6: 57 [continued]

**Detailed Incident 7915/01 Zion**

51.  Master Sergeant Zion Sasson, Badge No. 957068, Zion Station. [submitter of action report]

52.  Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification - Zion Station. [submitter of initial scene visit report & photograph tables]

53.  Superintendent Yoram Saar, Zion Station. [finder of cartridge cases at the incident scene - chain of evidence]

54.  Superintendent Ami Leifer, Badge No. 959841, Mobile Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of vehicle inspection report – seizure of bullet fragments]

55.  Cadet Adva Malka, Badge No. 1049089, Zion Station Special Duties Department. [submitter of exhibit cover form]

56.  Sergeant Major Ziva Hoter, Badge No. 512699, Exhibits Office - Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate - receipt exhibits for examination] (will be summoned upon explicit demand of the defense only)

57.  Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 - 4239/01] (will be summoned upon explicit demand of the defense only)

58.  Eyal Yitzhiak, M.D., license no. 31004, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Moshe Weiss] (will be summoned upon explicit demand of the defense only)

59.  Yaakov Globerman, M.D., Hadassah Ein Kerem Hospital, Jerusalem. [submitter of death certificate of the late Meir Weisshaus] (will be summoned upon explicit demand of the defense only)

60.  Moshe Weiss, Identity No. 024001505. (details held by the prosecution) (severely injured in the attack)

61.  Yaffa Vaknin, Identity No. 058857863. (details held by the prosecution) (eyewitness)

_____

[Stamp] P 6: 58

38

**Detailed Incident 481/01 Zion**

62. Tonie Amiel, Identity No. 032441040. (details held by the prosecution) (driver of the Honda)

63. Pini Maimon, Identity No. 025759762. (details held by the prosecution) (passenger in the Honda)

64. Pazit Maimon, Identity No. 040128084. (details held by the prosecution) (passenger in the Honda)

————————————————

**Detailed Incident 8379/01 Zion**

65. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification - Zion Station. [submitter of initial scene visit report & seizure and marking report]

66. Master Sergeant Gavriel Abed, Identity No. 958736, Special Duties Department - Zion Station. [submitter of exhibit cover report]

67. Superintendent Ami Leifer, Badge No. 959841, Mobile Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of vehicle inspection report - seizure of bullet fragments]

68. Cadet Dror Avram, Badge No. 1039080, Special Duties Department - Zion Station. [submitter of exhibit cover report]

69. Zion Sadeh, Identity No. 029505724, Exhibits Office - Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate - receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

70. Sergeant Major Yossi Ben Israel, Badge No. 44771, Exhibits Office - Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate - receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

71. Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 - 4723/01] (will be summoned upon explicit demand of the defense only)

[Stamp] P 6: 58 [continued]

72.  Sigal Shazu, Zion Station. [finding of cartridge cases in the field – chain of evidence]

73.  Malka Cohen, Identity No. 038791386. (details held by the prosecution) (injured in the attack)

74.  Pinchas Cohen, Identity No. 038348256. (details held by the prosecution) (injured in the attack)

75.  Ohav Ami Yechiel, Identity No. 059214320. (details held by the prosecution) (eyewitness - cared for casualties)

76.  Yair Eden, M.D., license no. 33272, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Pinchas Cohen] (will be summoned upon explicit demand of the defense only)

77.  Menachem Gross, M.D., license no. 30416, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Malka Cohen] (will be summoned upon explicit demand of the defense only)

---

**Detailed Incident 39/02 Binyamin**

78.  Inspector Michael Malka, Badge No. 1040320, Patrol Unit - Binyamin Station. [submitter of action report]

79.  First Sergeant Kobi Sabag, Badge No. 56494, Binyamin Station. [submitter of investigation memorandum / seizure and marking]

80.  Sergeant Major Eli Kojeman, Badge No. 46951, Yehuda Forensic Identification. [submitter of photograph tables & collected cartridge cases from the incident scene]

81.  Superintendent Ami Leifer, Badge No. 959841, Mobile Laboratory, Forensic Identification, National Headquarters - Jerusalem. [submitter of photograph tables & vehicle inspection report]

82.  Master Sergeant Meir Vaanunu, Badge No. 1018332, Binyamin Station. [submitter of exhibit cover report]

[Stamp] P 6: 58 [continued]

83.   Sergeant Major Ziva Hoter, Badge No. 512699, Exhibits Office – Forensic Identification, National Headquarters - Jerusalem. [submitter of civil servant certificate – receipt exhibits for examination] (will be summoned upon explicit demand of the defense only)

84.   Lieutenant Nir Eilon, M.D., license no. 33216, IDF (details held by the prosecution) [statement - pronouncement of the death of the late Yoela Chen & care for the casualty]

Prosecution Case 242/02 Amended                    15

[Stamp] P 6: 58 [continued]

85. Shaul Beit, M.D., license no. 33027, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of physician's certificate - illness summary of Rachel Eini] (will be summoned upon explicit demand of the defense only)

86. Rachel Eini, Identity No. 075966614. (details held by the prosecution) (injured in the attack)

87. Sami Vaknin, Identity No. 027798040. (details held by the prosecution) [statement & sketch] (eyewitness)

88. Nachshon Barashi, Identity No. 05033235 (details held by the prosecution) (identification of the victim)

---

**Detailed Incident 502/02 Zion**

89. Chief Inspector Dror Asraf, Badge No. 942276, Special Duties Department - Zion Station [submitter of memorandum, seizure and marking report]

90. Sergeant Major Yigal Daniel Special Duties Department - Zion Station [submitter of seizure and marking report]

91. Cadet Zvika Reisner, Special Duties Department - Zion Station [submitter of memorandum, seizure and marking report & photographs]

92. Sergeant First Class Zion Tabadi, Badge No. 1043413, Special Duties Department - Zion Station [submitter of action report - finding of magazine coupler]

93. Sergeant Major Asher Levi, Badge No. 47720, Questioning - Zion Station [submitter of seizure and marking report]

94. Benny Azriel, Identity No. 303647598. (details held by the prosecution) (eyewitness - pursued the terrorist)

95. Amed Anidat, Badge No. 739037, Jerusalem Border Guard. (eyewitness - pursued and shot at the terrorist)

96. Shai Cohen, Badge No. 1042043, Patrol Unit 2 - Zion Station. (eyewitness - shot at the terrorist)

[Stamp] P 6: 59

97. Noam Gabai, Identity No. 033121070, Jerusalem Subdistrict Unit. (eyewitness - pursued and shot at the terrorist)

98. Chanan Benaim, Badge No. 1049188, Motorcycle Special Patrol Unit - Shalem Station. (eyewitness - pursued the terrorist, disarmed the terrorist after the terrorist was killed)

99. Genadi (Guy) Melnik, Identity No. 309130540. (details held by the prosecution). (eyewitness – a security guard who was at the site - opened fire and shot the terrorist)

100. Alon Halfon, Badge No. 761775, Detectives - Jerusalem Central Unit. (eyewitness - pursued and shot at the terrorist)

101. Avi Ben-Ami, Badge No. 996140, Detectives - Jerusalem Central Unit. (eyewitness - shot at the terrorist)

102. Chaim Salah, Identity No. 033401019. (details held by the prosecution) (eyewitness - driver of Egged bus who was at the site of the attack)

103. Boris Abtisian, Identity No. 309086171. (details held by the prosecution) (eyewitness)

104. Yekutiel-Israel Alouche, Identity No. 310101647. (details held by the prosecution) (eyewitness)

105. Moshe Maman, Identity No. 60246911. (details held by the prosecution) (eyewitness)

106. Tova Yitzhaki, Identity No. 051270353. (details held by the prosecution) (eyewitness)

107. Mazal Yitzhaki, Identity No. 04330150. (details held by the prosecution) (eyewitness)

108. Yaron Avrahami, Identity No. 640712770. (details held by the prosecution) (eyewitness)

109. Pinchas Bentura, Identity No. 055611230. (details held by the prosecution) (eyewitness)

110. Kfir Kedem, Identity No. 039381249. (details held by the prosecution) (eyewitness – saw the terrorist arriving at the attack site on foot)

111. Yaakov Sandler, Identity No. 307750984. (details held by the prosecution) (identification of the body of the late Ora (Svetlana) Sandler)

112. Dafna Wilner, M.D., license no. 29234, Hadassah Ein Kerem Hospital, Jerusalem. (submitter of death notice of the late Ora (Svetlana) Sandler) (will be summoned upon explicit demand of the defense only)

[Stamp] P 6: 59 [continued]

113. Elena Vaslov, M.D., Hadassah Ein Kerem Hospital, Jerusalem. (submitter of death notice of the late Sarah Hamburger) (will be summoned upon explicit demand of the defense only)

An additional list of witnesses with respect to the casualties in the attack in Jaffa Street on January 22, 2002, and medical certificates related to their injury will be delivered during the trial

[Signature]

Michael Kotlik, Captain
Military Prosecutor

Date: January 12, 2003
Reference No.: 242-02 Amended

Prosecution Case 242/02 Amended                16

[Stamp] P 6: 59 [continued]

44

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P6: 44-59.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P6: 44-59.

                                                        Rina Ne'eman

ss.: New Jersey

On the ℛ8 ] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
ℛ8 day of February, 2014



Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2892704

<div dir="rtl">

צבא                    הגנה                         לישראל

בבית    המשפט    הצבאי          תיק ביח"מ          3250/02
בבית             אל               תיק תביעה          242/02
בפני            הרכב               תיק פ.א.           3135/00 בנימין
                                                     234/01 מחי"מ י-ם
                                                     2159/01 בנימין
                                                     39/02 בנימין
                                                     7915/01 ציון
                                                     481/01 ציון
                                                     8379/01 ציון
                                                     5/01 בנימין
                                                     457/01 בנימין
                                                     502/02 ציון

במשפט שבין התובע הצבאי - המאשים

- נ ג ד -

מחמד ע/רחמאן סאלם מצלח (מכונה "אבי סטחחי")
ת.ז 902845643, יליד 25.04.77, תושב עין אום שראיט - רמאללה
עצור מיום 17.02.02

- ה נ א ש ם -

כ ת ב - א י ש ו ם מ ת ו ק ן

הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:

פרט ראשון: (פ.א. 234/01 מח"מ י-ם)

מהות העבירה: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה
והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון), חשכ"ח-1968

פרטי העבירה: הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 25.01.01 או במועד הסמוך לכך,
גרם בכוונה למותו של אחר, דהיינו:

1   הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם ג'יאד אבריהים מעלא וטארק מאלחי א-נוף
    הנאשם קשר עם חבריו הנ"ל לנסוע לא-ראם ולנגוב שם רכב.

2   הנאשם, ביחד עם טארק א-נוף וג'יאד מעלא נסע לא-ראם שם, הנאשם וחבריו הנ"ל חיפשו
    רכב לגנוב. לאחר שלא מצאו רכב שאפשר לגנוב אותו, הנאשם חזר לרמאללה, ואילו טארק
    א-נוף וג'יאד מעלא נשארו בא-ראם במטרה להמשיך לחפש רכב שניתן לגנוב אותו

3   ברמאללה, הנאשם נפגש עם אחמד טאלב מצטפא ברנותי, שומר ראש של מרזאן ברנותי -
    ראש "התבונ"חי" של הפת"ח. הנאשם ביקש מאחמד ברנותי אקדחא וריכב לצורך ביצוע פיגוע ירי
    נגד יהודים

1

פ.ת 242/02 מחי"ם

</div>

4   כפי בקשתו של הנאשם, אחמד ברנוותי מסר לו אקדח 16 עם מחסנית המלאה בכדורים וכן
    רכב פולקסווגן בורה גנוב בצבע כסף.

5   הנאשם נסע ברכב הפולקסווגן הנ"ל לא-ראם, כשחוא חמוש באקדח 16 הנ"ל. בא-ראם,
    הנאשם נפגש עם ג'אד מעלא וסארק א-נוף.

6   הנאשם הציע לג'אד מעלא לעלות ברכב הפולקסווגן ולנסוע לאיזור עטרות לחפש רכב ישראלי
    במטרה לבצע לעברו פיגוע ירי ולגרום למותם של נוסעי הרכב. ג'אד מעלא הסכים להצעתו של
    הנאשם ועלה לרכב הפולקסווגן.

7   הנאשם המשיך לנהוג ברכב הפולקסווגן ומסר את אקדח 16 הנ"ל לידי ג'אד מעלא. הנאשם
    הורה לג'אד מעלא לירות באמצעות האקדח הנ"ל לעבר רכב ישראלי, אשר אותו השניים
    ימצאו באיזור עטרות, וזאת במטרה לגרום למותם של נוסעי הרכב.

8   סמוך לשעה 15 :18, באיזור התעשיה עטרות, הנאשם וג'אד מעלא הבחינו ברכב GMC ספארי,
    מ.ר. 7901306 (להלן: הרכב) אשר בו נהג אלעזר עקיבא פשקוס ז"ל.

9   הנאשם החל לנסוע אחרי הרכב. הנאשם עקב אחרי הרכב מאיזור התעשיה עטרות עד צומת
    א-ראם ובחזרה.

10  כאשר הרכב חזר לאיזור התעשיה עטרות ונתע בכביש הראשי, הנאשם נסע ברכב הפולקסווגן
    בסמוך לרכב.

11  ג'אד מעלא פתח את החלון וירה באקדח 16, אשר אותו מסר לו הנאשם, כ-7 כדורים לעבר
    הרכב במטרה לגרום למותו של נהג הרכב. מספר הקליעים פגעו ברכב, כאשר קליע אחד פגע
    בצווארו ואחד בחזהו של אלעזר עקיבא פשקוס ז"ל, אשר נהג ברכב.

12  משהבחין הנאשם כי הרכב נעצר, הוא נמלט ברכב הפולקסווגן, ביחד עם ג'אד מעלא,
    לרמאללה.

13  ברמאללה, הנאשם החזיר את הרכב ואת האקדח 16 לאמיר אבו רדאחה. הנאשם מסר לאמיר
    אבו רדאחה מספר כדורים במקום הכדורים, אשר אותם ירה ג'אד מעלא כאמור לעיל.

14  לאחר מכן הנאשם יצר קשר עם אחמד ברנוותי (המכונה "אל פראנסי"), שומר ראשו של
    מרוואן ברנוותי, ראש "התנגוים" של הפת"ח באיזור, שהוא התאחדות בלתי מותרת, ודיווח לו
    על חלק מן הפיגוע שביצע ביחד עם ג'אד מעלא.

15  **במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותו של אלעזר עקיבא פשקוס ז"ל,**
    אשר נפטר כתוצאה מפגיעת הקליעים שנורו על-ידי ג'אד מעלא כפי שתואר

16  לאחר יום, אחמד ברנוותי מסר לג'אד מעלא כ-300 דולר ארה"ב עבור ביצוע הפיגוע הנ"ל. את
    הכסף האמור אחמד ברנוותי קיבל מידי מידי עלי פרני ברנוותי.

<u>פרט שני:</u>

<u>מהות העבירה:</u> חברות בהתאחדות בלתי מותרת, עבירה לפי תקנות 1(2)(א) ו-1(185)(א) לתקנות
ההגנה (שעת חירום), 1945.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, החל מאמצע שנת 2001 ועד ליום מעצרו, היה חבר או פעל
כחבר בהתאחדות בלתי מותרת, דהיינו:

הנאשם הנ"ל, במהלך תקופות האמורה, היה חבר בחוליה צבאית, אשר שמה לה למטרת ביצוע
פיגועים נגד אזרחים ישראליים הן באיזור, הן מחוצה לו. הנאשם פעל בחוליה הצבאית האמורה
ביחד עם מחמוד סאמי אברהים עבדאללה, חוסאם עקל רביע שחאדה, פראס צאדק מחמד עיאנם
והמכונה "אל חיטאואוי"), חיותם אלמומתכק מכדאן, זיד אאל בדווי, ג'יואר והדאן ועלי עליאו
לצורכי פעילוחו בחוליה האמורה. הנאשם וחבריו בחוליה נהגו לקבל סיוע כספי מאחמד טאלב
ברנוותי, עזרו של ראש "התנוים" של הפת"ח, מרוואן ברנוותי הנאשם עצמו קיבל במספר
הזדמנויות סכומי כסף שונים, בין 100 ל-300 דולר ארה"ב בכל פעם.

הנאשם פעל בחוליה הצבאית האמורה כפי שיתואר בפרטי האישום הבאים.

2

<u>פרט שלישי:</u>  (פ.א. 2159/01 בנימין)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה
והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות בעבירה (יהודה
והשומרון), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד חסמוך לכך, גרם בכוונה למותו
של אחר, דהיינו

1. הנאשם הנ"ל, בחודש אוגוסט 2001, בעין אום שראייט שברמאללה, נפגש עם חוסאם עקל
רביב שחאדה. פראס צאדק מחמד עיאם (חמכונה "אל חיטאווי") וטארק מאלחי א-נוף

2. טארק א-נוף, חוסאם שחאדה ופראס עיאם אמרו לנאשם כי בכוונתם לבצע פיגוע ירי במסגרת
לגרום למותם של אזרחים ישראליים. השלושה ביקשו מן הנאשם יספק להם כלי נשק לצורך
ביצוע פיגוע חירי המתוכנן.

3. ביום 25.08 01, פנו אל הנאשם פראס עיאם, חוסאם שחאדה וטארק א-נוף וביקשו לקבל עוד
באותה היום כלי נשק לצורך ביצוע פיגוע חירי המתוכנן.

4. באותו היום, הנאשם פנה אל אחמד טאלב מוצטפא ברגותי (המכונה "אל פרמנסי"), שומר
ראשו של מרוואן ברגותי, ראש "התנזים" של חפתי"ח באיזור, שהוא תתאחדות בלתי מותרת.
הנאשם ביקש מאחמד ברגותי לקבל כלי נשק לצורך ביצוע פיגוע ירי נגד אזרחים ישראליים
לאחר זמן קצר, עוד באותו היום, אחמד ברגותי מסר לידי הנאשם תמי"ק 5-MP עם מחסנית
המלאה בקדורים.

5. בשעות הערב, באותו היום, ברמאללה או בסמוך לכך, הנאשם מסר את תמי"ק 5-MP
והתחמושת הנ"ל לפראס עיאם וחוסאם שחאדה, אשר הגיעו ברכב איסוזו טנדר של פראס,
וזאת על מנת שפראס וחוסאם יבצעו באמצעות הנשק הנ"ל פיגוע ירי וגרמו למותם של
אזרחים ישראליים

6. מיד לאחר קבלת הנשק, פראס עיאם, חוסאם שחאדה, הייתם אלמותפם חמדאן ועלי עליאן
יצאו מרמאללה לכיוון כביש 443 במטרה לבצע שם את פיגוע חירי המתוכן האנשים הנ"ל
נסעו בשני כלי רכב - האחד, איסוזו טנדר של פראס עיאם והשני, רכב סובארו גנוב שהביא
עלי עליאן לצורך ביצוע הפיגוע המתוכנן.

7. בהגיעם לכביש 443, פראס עיאם המשיך לנסוע לבדו ברכב האיסוזו, כקילומטר לפני רכב
הסובארו שבו נסעו חוסאם, הייתם ועלי עליאן, על מנת להודיע לחבריו הנ"ל על מחסומי
צה"ל והמשטרה בדרך.

8. כל האנשים הנ"ל נסעו בכביש 443 לכיוון תל-אביב, כאשר עלי נוהג ברכב הסובארו, לידו יושב
הייתם חמדאן, החמוש ברוסי"ר קלצ'ניקוב, ובמושב האחורי יושב חוסאם שחאדה, החמוש
בתמי"ק 5-MP, אשר אותו סיפק הנאשם.

9. באותו היום, ב-25.08.01, סמוך לשעה 22.30, ליד תחנת הדלק "דור אנרגיה", הבחינו נוסעי רכב
הסובארו הנ"ל ברכב פולקסוגון פאסאט, מ.ר. 6902818, אשר בו נסעו בני הזוג יניב ישרון בן
שלום ז"ל שני ילדיהם ודורון יוסף סוירי ז"ל

10. עלי עליאן, שנהג ברכב הסובארו, עקף את רכב הפולקסווגן הנ"ל ונסע במקביל אליו. בשלב
זה, הייתם חמדאן וחוסאם שחאדה פתחו באש אוטומטית בתמי"ק 5-MP, אשר אותו סיפק
הנאשם, וברוסי"ר קלצ'ניקוב, לעבר רכב הפולקסווגן הנ"ל במטרה לגרום למותם של נוסעיו

11. מספר רב של הקליעים שנורו על-ידי הייתם חמדאן וחוסאם שחאדה פגעו ברכב הפולקסווגן
ובנוסעיו

12. לאחר שנוסעי רכב הסובארו הבחינו כי רכב הפולקסווגן נוסע בזיגזג, הם חאיצו את המהירות
ונמלטו לכפר בית לקיים. שם חמתין להם פראס עיאם. עלי עליאן, חוסאם שחאדה והייתם
חמדאן עלו לרכב האיסוזו של פראס עיאם ונסעו לכפר בית סירא, שם הם הסתירו את כלי
הנשק בסמוך לכיתו של הייתם חמדאן. לאחר מכן, חוסאם שחאדה, פראס עיאם, הייתם
חמדאן ועלי עליאן חזרו לרמאללה ברכבו של פראס עיאם.

13. מיד לאחר חזרתם לרמאללה, הנאשם נפגש בעין אום שראייט עם פראס עיאם, אשר דיווח
לנאשם על הפגיעו שבוצעה באמצעות הנשק שנמסר למטרה זו על-ידי הנאשם

14. לאחר מספר ימים, פראס עיאם הביא את תמי"ק 5-MP הנ"ל מבית סירה והחזירו לנאשם
הנאשם חעביר את כלי הנשק הנ"ל לידי אחמד ברגותי הנ"ל ודיווח לאחריו על פיגוע חירי
שבוצע בכלי הנשק הנ"ל

15. הנאשם הנ"ל, במעשיו המתוארים לעיל, גרם בכוונה למותו של יניב בן שלום ז"ל אשר נפטר
כתוצאה מפגיעות קליעים בראשו ובגבו, אשר נורו מתמי"ק 5-MP המתואר לעיל, ומרוסי"ר
קלצ'ניקוב על-ידי הייתם חמדאן וחוסאם שחאדה.

16. לאחר מספר ימים, על-פי בקשתו של הנאשם, אחמד ברגותי מסר לנאשם סכום של 500 דולר
ארה"ב על מנת שהנאשם יחלק אותו לחבריו, אשר ביצעו את הפיגוע המתואר לעיל

<u>פרט רביעי:</u> (ת.פ.א. 2159/01 בנימין)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51)(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ו-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלישי, במעשיו המתוארים בפרט האישום החמישי, גרם בכוונה למותה של <u>שדוו בן שלום ז"ל,</u> אשר נפטרה כתוצאה מפגיעות קליעים בראשה ובגבה, אשר נורו ממתמ"ק MP-5, אשר אותו סיפק הנאשם כמתוארב בפרט האישום השלישי, וברוסייר קלצ'ניקוב

<u>פרט חמישי:</u> (ת.פ.א. 2159/01 בנימין)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51)(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ו-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלישי, במעשיו המתוארים בפרט האישום החמישי, גרם בכוונה למותו של <u>דורון סוזרי ז"ל,</u> אשר נפטר כתוצאה מפגיעות הקליעים, אשר נורו ממתמ"ק MP-5, אשר אותו סיפק הנאשם כמתואר בפרט האישום השלישי, ומרוסיי"ר קלצ'ניקוב.

<u>פרט שישי:</u> (ת.פ.א. 7915/01 ציון)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51)(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ו-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך. גרם בכוונה למותו של אחר, דהיינו:

1. באמצע חודש ספטמבר 2001, פנה אל הנאשם פראס צאדק מוחמד ע'אנם (המכונה "אל חיטאווי") וביחד עם אדם נוסף וביקש לקבל תמ"ק MP-5 על מנת לבצע באמצעותו פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.

2. הנאשם הסכים לספק את כלי הנשק המבוקש לצורך ביצוע פיגוע הירי המתוכנן וביום 15.09.01 פנה אל אחמד ברנוחי, שומר ראשו של מרוואן ברגותי, ראש "התנזים" של הפת"ח באיזור, שהוא התאחדות בלתי מותרת. אחמד ברגותי הפנה את הנאשם אל ח'אלד שוויש הנאשם פנה אל ח'אלד שוויש וקיבל מהאחרון תמ"ק MP-5.

3. מאוחר יותר באותו היום, הנאשם מסר את תמ"ק MP-5 הנ"ל לפראס ע'אנם במטרה שהאחרון יבצע באמצעותו פיגוע ירי ויגרום למותם של אזרחים ישראליים.

4. יותר מאוחר באותו היום, מחמד סאמי אברהים עבדאללה נפגש בראמללה עם חוסאם עקל רג'ב שחאדה, פראס צאדק מוחמד ע'אנם (המכונה "אל חיטאווי"), הייתם אלמותמק תמדאן ועלי עליאן. חוסאם שחאדה הגיע לפגישה הנ"ל כשהוא חמוש בתמ"ק MP-5, אשר אותו קיבל פראס ע'אנם מידי הנאשם לצורך ביצוע פיגוע ירי, ואילו הייתם תמדאן הגיע כשהוא חמוש באקדח טופי

5. חברי הנאשם הנ"ל החליטו לצאת לירושלים ולבצע שם פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.

6. בסביבות השעה 22.00, ביום 15.09.01, האנשים הנ"ל נסעו מרמאללה לירושלים ברכב איסוזו טנדר של פראס ע'אנם

7. פראס ע'אנם נהג ברכב האיסוזו הנ"ל ונסע ביחד עם מחמד עבדאללה וחבריו על מנת להראות להם מקום שבו יצעצו את פיגוע הירי המתוכנן וכן על מנת להראות לחבריו איך להימלט לאחר ביצוע הפיגוע האמור. פראס ע'אנם הסיע את חבריו אל כביש מס' 9 המחבר בין שכונת

4

רמות לבין שכונת הגבעה הצרפתית בירושלים  פראס ע'אנם הראה לחבריו איפה לבצע את
הפיגוע המתוכנן ואיך להימלט לאחר מכן. בסיום הסיור האמור, החבורה הנ"ל חזרה
הרמאללה.

8  בסביבות השעה 22:30, באותו היום, מחמד עבדאללה חוסאם שחאדה והיותם
חמדאן נסע ברכב גונב בצבע אפור עם לוחיות רישוי ישראליות, אשר אותו סיפק להם על-
על*ואן לצורך ביצוע הפיגוע המתוכנן (לחזל הרכב) לפניהם נסע פראס ע'אנם ברכב האיסוזו
הנ"ל זואת על מנת לתדרג באמצעות טלפון סלולרי לחבריו על מחסומי משטרה וצה"ל

9  מחמד עבדאללה נהג ברכב הנ"ל, לידו ישב חוסאם שחאדה, חמשוש בתמ"ק MP-5, ובמושב
האחורי ישב הריאם חמדאן, חמוש באקדח טופי

10. החבורה הנ"ל נעצרה בככיש מס' 9 בסמוך לצומת המוביל לשכונת רמת שלמה וחמהנה לרכב
ישראלי בודד אינ'י למושם במטרה לבצע לעברו פיגוע ירי ולגרום למותם של נוסעי הרכב

11. לאחר מספר דקות, בסמוך לשעה 23. 10, הגיע למושם רכב רנו אקספרס לבן, מ.ר 2273706,
ולהכן  הרנו) אשר נסע מכיוון שכונת רמת שלמה ופנה לכביש מס' 9 לכיוון שכונת רמות.

12. מחמד עבדאללה החל לנסוע אחרי הרנו ועקף אותו

13. כשהרכב נסע במקביל לרנו, חוסאם שחאדה והיותם חמדאן פתחו באש בתמ"ק MP-5
ובאקדח טופי לעבר נוסעי הרנו במטרה לגרום למותם.

14. מספר קליעים שנורו על-ידי חוסאם שחאדה והיותם חמדאן פגעו ברנו ובשני נוסעי הרנו ·
משה וייס ומאיר וייסבויז ז"ל. לאחר מכן, מחמד עבדאללה המשיך לנסוע לכיוון שכונת רמות
ובסמוך למקום שבו בונים גשר חדש פנה ימינה לדרך עפר המובילה לבּיר נבאללה.

15. לפני הכניסה לבּיר נבאללה, מחמד עבדאללה וחבריו שחיו עמו ברכב נפגשו עם פראס ע'אנם
שחמתין להם במקום ברכב האיסוזו. משם כולם ביחד המשיכו בנסיעה לבּיר נבאללה ולאחר
מכן נמלטו לרמאללה.

16. לאחר מכן, פראס ע'אנם, חוסאם שחאדה, מחמד עבדאללה וטארק א-נוף הגיעו אל הנאשם,
החזירו לו את תמ"ק MP-5 הנ"ל ודיווחו על הפיגוע, אשר אותו ביצעו באמצעות כלי הנשק
הנ"ל.

17. **במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותו של מאיר וייסבויז ז"ל**, אשר נפטר בבית
החולים מאוחר יותר באותו היום כתוצאה מפגיעות הקליעים הקלקליים שנורו על-ידי חברי הנאשם
בתמ"ק MP-5, אשר אותו סיפק הנאשם ובאקדח טופי.

**פרט שביעי: (פ.א. 7915/01 ציון)0(**

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף (א)51) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מס' 378), תש"ל-1970) וסעיפים (א)14) ו-19 לצו בדבר כללי האחריות לעבירה
(יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך,
ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 23. 10, במקום המתואר בפרט האישום הקודם,
במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותו של משה וייס, אשר נהג
ברכב רנו אקספרס לבן, מ.ר 2273706, המתואר בפרט האישום הקודם, אחד הקליעים שנורו
על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשו של משה וייס ופצע אותו

**פרט שמיני: (פ.א. 481/01 ציון ו-פ.א. 8379/01 ציון)**

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף (א)51) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מס' 378), תש"ל-1970) וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך,
ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בראשית חודש אוקטובר 2001, ברמאללה או בסמוך לכך, ביחד עם מחמד
סאמי אברהים עבדאללה, חוסאם עקל רגיב שחאדה ופראס ע'אנם צאדק מחמד ע'אנם (המכונה "אל
איטאואדי"), החליטו לבצע פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.

2. לצורך ביצוע פיגוע המתוכנן, הירי המתוכנן, הנאשם קיבל מידי מאניד, תושב אלביירה, רכב מיזדה 323
גונב בצבע אפור עם לוחיות רישוי ישראליות.

5

ח.ח 242/02 מיהרה                                                                                                     111

3. לצורך ביצוע פיגוע הירי המתוכנן, הנאשם קיבל מאחמד ברגותי, שומר ראשו של מרוואן ברגותי, ראש "התנזים" של הפת"ח באיזור, שהוא חתאמחדות בלתי מותרת, תמ"ק MP-5.

4. ביום 01.10 03, הנאשם יצא מרמאללה לכיוון ירושלים במטרה לבצע שם את פיגוע הירי המתוכנן כשהוא מחזיק בתמ"ק MP-5 הנ"ל ונוסע ברכב המזדה הנ"ל, אשר בו נהג אחמד עבדאללה.

5. פראס עיאנם וחוסאם שחאדה נסעו ברכב איסוזו טנדר של פראס עיאנם לפני רכב המזדה שבו נסע הנאשם וזאת במטרה להודיע על מחסומי המשטרה צה"ל בדרך

6. הנאשם וכל חבריו הנ"ל הגיעו לבית חנינא החדשה שבירושלים שם מחמד עבדאללה החנה את רכב המזדה וביחד עם הנאשם הסתיר בתוך הרכב את תמ"ק MP-5 הנ"ל

7. הנאשם ומחמד עבדאללה עלו לרכב האיסוזו ומשם המשיכו ברכב האיסוזו ביחד עם פראס עיאנם וחוסאם שחאדה לכיוון כביש בגין

8. הנאשם וחבריו הנ"ל הגיעו לכביש בגין. שם, פראס עיאנם הראה לנאשם ושאר חבריו איפה לבצע את פיגוע הירי המתוכנן ואיך להימלט לאחר ביצוע פיגוע הירי הנאשם וחבריו הנ"ל החליטו לבצע את פיגוע הירי המתוכנן במנהרה הראשונה של כביש בגין מכיוון רמות וזאת על מנת שלא ישמעו את קולות הירי. לאחר מכן, הנאשם וכל חבריו הנ"ל חזרו לבית חנינא, למקום שבו הושארו רכב המזדה.

9. הנאשם עלה לרכב המזדה כשהוא חמוש בתמ"ק MP-5 הנ"ל, ואילו מחמד עבדאללה נהג ברכב המזדה האמור. כשם הנאשם נסע ברכב המזדה לכביש בגין במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראליים.

10. הנאשם ומחמד עבדאללה נסעו בכביש בגין הלוך ושוב מספר פעמים כשהם מחפשים רכב ישראלי נודד במטרה לבצע לעבור את פיגוע הירי המתוכנן במטרה לגרום למותם של נוסעי הרכב.

11. בסמוך לשעה 23:35, כשהם נוסעים לכיוון צפון, במחצדרה האחרונה לכיוון נסיעתם, הנאשם ומחמד עבדאללה הבחינו ברכב הונדה אקורד, מ.ר. 1103217, הנוסע בכביש בגין לכיוון צפון. ברכב ההונדה נסעו טוני עמיאל, פיני מימון ופיית מימון.

12. מחמד עבדאללה עקף את רכב ההונדה הנ"ל. בעת שמחמד עבדאללה נסע במקביל לרכב ההונדה הנ"ל, הנאשם ירה כדור אחד בתמ"ק MP-5, אשר בו החזיק, לעבר נוסעי רכב ההונדה, במטרה לגרום למותם. הקליע שורה על-ידי הנאשם לא פגע ברכב ההונדה הנ"ל.

13. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד עבדאללה המשיכו בנסיעתם לכיוון כביש מס' 9 המחבר בין שכונת רמות לשכונת הגבעה הצרפתית.

14. לאחר שהנאשם ביחד עם מחמד סאמי אברהים עבדאללה ביצעו את פיגוע הירי כפי שתוזאר לעיל, השניים המשיכו בנסיעתו ברכב המזדה לכיוון כביש מס' 9, המחבר בין שכונת רמות לשכונת הגבעה הצרפתית במטרה להגיע משם לבית חנינא ובהמשך לרמאללה

15. במהלך הנסיעה הנ"ל, הנאשם, על-פי בקשתו של מחמד עבדאללה, בדק את תקינותו של תמ"ק MP-5, אשר בו החזיק, ואף ירה מספר כדורים באוויר

16. במהלך הנסיעה בכביש מס' 9 הנ"ל, בסמוך לשעה 23:45, הנאשם ומחמד עבדאללה הבחינו ברכב סקודה, מ.ר. 6567709, אשר נסע בכביש מס' 9 לכיוון הגבעה הצרפתית. ברכב הסקודה נסעו כהן מכלכה כהן ומנחם כהן.

17. הנאשם ומחמד עבדאללה החליטו לבצע פיגוע ירי לעבר רכב הסקודה הנ"ל ולגרום למותם של הנוסעים בו. מחמד עבדאללה, האשר, כאמור, נהג ברכב המזדה, עקף את רכב הסקודה.

18. בעת שמחמד עבדאללה נסע במקביל לרכב הסקודה הנ"ל, הנאשם ירה תמ"ק MP-5 מספר יריות לעבר רכב הסקודה הנ"ל במטרה לגרום למותם של נוסעי רכב הסקודה.

19. מספר קליעים שורו ע"י הנאשם פגעו ברכב הסקודה. שני קליעים שורו על-ידי הנאשם פגעו במנחם כהן וקליע נוסף פגע במלכה כהן.

20. מנחם כהן נפצע באורח בינוני מפגיעות שני קליעים בבטנו, ואילו מלכה כהן, שהיתה בשבוע ה-28 להריון, נפצעה באורח בינוני מפגיעת קליע בראשה.

21. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד עבדאללה המשיכו בנסיעה לכיוון הגבעה הצרפתית ומשם הגיעו לבית חנינא החדשה. שם, הנאשם ומחמד עבדאללה החנו את רכבם וירכוי קשר טלפוני עם חוסאם עקל רביב שחאדה ופראס ואצד מחמד עיאנם ("זמדכוך"יאל חיטאווי"), אשר הגיעו למקום ברכב האיסוזו של פראס עיאנם על מנת להסיע אותם הנאשם ומחמד עבדאללה, וזאת לפי תכנונם האמור בפרק האישום הקודם.

22. הנאשם ומחמד עבדאללה הסתירו את תמ"ק MP-5 הנ"ל ברכב האיסוזו ועלו לרכב האיסוזו. הנאשם ושלושת חבריו הנ"ל נסעו ברכב האיסוזו מירושלים לרמאללה, אך לא הצליחו לעשות כן בגלל מחסומי צה"ל והמשטרה. הנאשם וחבריו הנ"ל נשארו ללון אצל יאסר אבו אלחטיב, חברו של חוסאם שחאדה, בבית חנינא החדשה בירושלים.

23. יום למחרת, 04.10.01, פראס עיאנם הסיע את הנאשם, ברכב האיסוזו שלו, לרמאללה.

6

<div dir="rtl">

**פרט תשיעי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון [יהודה
והשומרון] (מס' 378), תשל"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירות [יהודה
והשומרון], תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, גרם בכוונה למותו
של אחר, דהיינו:

1. ביום 14.01.02 נהרג ראאד כרמי אשר היה פעיל צבאי בכיר ב"תנזים" של ארגון הפת"ח,
   שהוא התאחדות בתאי מותרת. בעקבות מותו של ראאד כרמי הנ"ל, ראש "התנזים" של
   הפת"ח באיזור - מרוואן ברעותי פתח אוהל אבלים בלכביריה.

2. ביום 15.01.02, הנאשם הגיע לאוהל האבלים הנ"ל ונפגש שם עם מחמד סאמי אברהים
   עבדאללה, פראס צאדק מחמד עיאנם (המכונה "אל חוסאווי"), טארק מאלחי א-נוף, ווידאן
   אב בדוו ואחמד ברעותי (המכונה "אל פראנסי") שהוא שומר ראש של מרוואן ברעותי הנ"ל.

3. אחמד ברעותי הנ"ל מסר לנאשם ולחבריו הנ"ל כי מרוואן ברעותי, ראש "התנזים" של הפת"ח
   באיזור, מבקש כי הנאשם וחבריו יבצעו באופן מיידי פיגוע נקמה על מותו של ראאד כרמי
   הנ"ל וגרום למותם של אזרחים ישראליים. לצורך ביצוע הפיגוע, אחמד ברעותי מסר לנאשם
   תמ"ק MP-5 ואקדח 16.

4. הנאשם וחבריו הנ"ל, באוהל האבלים הנ"ל, החליטו לבצע עוד באותו הערב פיגוע בתחנת
   הדלק בעיינם שנמצאת בכביש 443 בסמוך לכניסה לנבעת זאב וגרום למותם של אזרחים
   ישראליים.

5. בשעות הערב באותו היום, 15.01.02, מחמד עבדאללה יצא מאוהל האבלים הנ"ל ביחד עם
   פראס עיאנם. מחמד עבדאללה ופראס עיאנם נסעו ברכב איסוזו טנדר של פראס עיאנם לתחנת
   הדלק הנ"ל במסרת לבצע שם את פיגוע חורי המתוכנן. אחרי רבע האיסוזו הנ"ל נסעו
   הנאשם, החמוש באקדח 14, ווידאן, החמוש באקדח 16, וטארק א-נוף, החמוש בתמ"ק MP-5
   השלישה) נסעו ברכב מזדה בצבע חום בחיר לעבר תחנת הדלק הנ"ל במסרת לבצע שם את
   פיגוע המתוכנן.

6. הנאשם וכל חבריו הנ"ל הגיעו עד ערמת עפר החוסמת את היציאה מכפרים ביר נבאללה
   ואל'ניב לכביש 443 במרחק של כ-100 מטר מתחנת הדלק הנבעונים. הנאשם וחבריו התנו את
   כלי הרכב שלהם, איסוזו ומזדה, עם הפנים לכיוון הכפר ביר נבאללה על מנת שיוכלו להימלט
   מהמקום מיד לאחר ביצוע הפיגוע המתוכנן.

7. הנאשם, החמוש באקדח 14 שלו, ווידאן, החמוש באקדח 16, וטארק א-נוף, החמוש ב-MP-5,
   ירדו מכלי הרכב הלכו לחתות הדלק הנ"ל במסרת לבצע שם את פיגוע חורי המתוכנן ולגרום
   למותם של אזרחים ישראליים.

8. מחמד עבדאללה ופראס עיאנם נשארו בכלי הרכב הנ"ל על מנת לשמור שלא יגיע למקום סיור
   של צה"ל או אנשים אחרים. מחמד עבדאללה ישב בקיסא הנהג ברכב המזדה על מנת שיוכל
   למלט באופן מיידי את שלושת חבריו שיצאו לבצע את הפיגוע המתוכנן מיד לאחר ביצוע
   הפיגוע.

9. הנאשם וטארק א-נוף נעמדו בכניסה לתחנת הדלק הנ"ל.

10. לאחר מספר דקות, בסמוך לשעה 19:45, הנאשם וטארק א-נוף הבחינו ברכב פיאט אונו לבן,
    מ.ר 6424905, שנכנס לתחנת הדלק הנ"ל ואשר בו נהגה יואלה חן ז"ל וילידה ישבה רשל (רחל)
    עיני.

11. הנאשם וטארק א-נוף ניגשו אל רכב הפיאט הנ"ל במסרת לבצע לעברו ירי וגרום למותן
    של נוסעות הרכב. נוסעות רכב הפיאט הבחינו באקדח שבו החזיק הנאשם והחלו לצעק
    ולצעור. הנאשם הכניס את האקדח מכניסי) ואמר לנוסעות הרכב שלא יפחדו.

12. בשלב זה, טארק א-נוף פתח באש אוטומטית בתמ"ק MP-5 לעבר נוסעות רכב הפיאט במסרת
    לגרום למותן. אז גם הנאשם שוב הוציא את אקדחו והחל לירות לעבר נוסעות הרכב במסרת
    לגרום למותן.

13. הנאשם וטארק א-נוף ירו מטווח קצר מאוד מספר רב של כדורים לעבר יואלה חן ז"ל ולעבר
    רשל (רחל) עיני שהיו ברכב הפיאט הנ"ל.

14. כ-28 קליעים, שנורו על-ידי הנאשם וטארק א-נוף, פגעו בשמישה הקדמית של הרכב, מספר
    קליעים פגעו בעד הרכב ובשמשת חלון דלת הנהג.

15. במהלך ביצוע פיגוע חורי המתואר, ווידאן, אשר עמד במרחק קצר מאחורי הנאשם וטארק
    א-נוף, שימש כשומר ומראיע.

16. פראס עיאנם, מיד לאחר ששמע את קולות הירי, נסע מהמקום ברכב האיסוזו שלו על מנת
    להודיע לנאשם וחבריו אם יש מחסומים בדרך לרמאללה.

</div>

<div dir="rtl">7</div>

17. הנאשם, טארק א-נוף וזידאן, לאחר שביצעו את פיגוע חירי כאמור לעיל, חזרו ברכבו אל רכב
המזדה שבו המתין מחמד עבדאללה. לאחר שהשלושה הניחו עלו לרכב, מחמד עבדאללה הסיע
אותם לרמאללה.

18. ברמאללה הנאשם, טארק א-נוף, מחמד עבדאללה וזידאן נפגשו עם פראס ע'אנם.

19. לאחר מכן, הנאשם נפטש ברמאללה עם אחמד ברבותי הנ"ל, החזיר לו את המ"ק MP-5 ואת
הרכב וכן דיווח על הפיגוע שביצע כמתואר לעיל.

20. במיצעיו הימתוארים לעיל, הנאשם גרם בכוונה למותה של **יואלה חן ז"ל**, אשר נפטרה במקום
כתוצאה מפגיעות הקליעים שנורו על-ידי הנאשם וטארק א-נוף.

**פרט עשירי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51א(א) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מס' 378), תשל"ו-1970 וסעיפים 19 לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 02.01.15 או במועד הסמוך לכך, ניסה לגרום בכוונה
למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, בסמוך לשעה 19:45, במקום המתואר בפרט האישום הקודם,
במיצעיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותה של רשל (רחל) עיני, אשר
נסעה ברכב פיאט אונו לבן, מ.ר. 6424905, המתואר בפרט האישום הקודם. אחד הקליעים שנורו
על-ידי הנאשם וטארק א-נוף, כפי שתואר בפרט האישום הקודם, פגע בראשה של רשל (רחל עיני)
ושני קליעים נוספים פגעו בכתפה השמאלי ופצעו אותה באורח בינוני.

**פרט אחד-עשר:** (פ.א. 3135/00 בנימין)

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מס' 378), תשי"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 12.10.00 או במועד הסמוך לכך, עשה מעשה או מחדל
שיש בהם פגיעה, חיזוק, תפרעה או סכנה לביטחון האיזור או לביטחון כוחות צה"ל וחייליו או
לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אווירון, נמל, רציף, מזח, מעגן, שדה
תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה
ציבורית, או מפעלי ציבוריות או כל מפעל מוסד, או ציוד חמשעמש מסוגל לשמש ליצורם,
הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של
מדינת ישראל או של צה"ל, דהיינו:

1. ביום 12.10.00, בסמוך לשעה 10:00, נכנסו שני חיילי צה"ל, רס"ל יוסף אברהמי ז"ל ורב"ט
ודים נורז'יץ ז"ל בטעותם לתוך העיר רמאללה, הנתונה לשליטת הרשות הפלסטינית. מאחר
ששני חיילי צה"ל הנ"ל נסעו ברכב הנשא לוחיות רישוי ישראליות, הבחינו בהם השוטרים
הפלסטיניים שימומתו בתחנת המשטרה הפלסטינית ברמאללה ועצרו אותם.

2. לאחר שהשוטרים הפלסטיניים הבינו כי מדובר בשני חיילי צה"ל, הם נטלו מרס"ל יוסף
אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל את נשקיהם ואת החפצים האישיים, הוציאו אותם מתוך
הרכב, בו נסעו השניים, והכניסו אותם לתוך תחנת המשטרה הפלסטינית ברמאללה. בתוך
תחנת המשטרה נחקרו רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל בנוגע להגעתם
לרמאללה ואף הוכו על-ידי השוטרים הפלסטיניים שהיו במקום.

3. בסמוך לתחונת המשטרה הפלסטיינית ברמאללה עברה באותה עת תהלוכת הלוויה, אשר בה
השתתפו הנאשם, ומפתה השמועה כי בתוך תחנת המשטרה נמצאים שני חיילים ישראליים. אז
פנו האנשים שהשתתפו בלוויה אל תחנת המשטרה במטרה לרצוח את שני חיילי צה"ל שהיו
שם האנשים עצמו המשיך עם תהלוכת הלוויה.

4. המון המתפרעים, לאחר שהגיע אל תחנת המשטרה הפלסטינית ברמאללה, חרס והעלה באש
את רכבו של רב"ט ודים נורז'יץ ז"ל, אשר נשאר מחוץ לתחנת המשטרה הנ"ל.

5. ההמון ביקש להיכנס אל תוך תחנת המשטרה הנ"ל במטרה לרצוח את רס"ל יוסף אברהמי
ז"ל ורב"ט ודים נורז'יץ ז"ל.

6. ההמון ניסה להגיע אל דלתה של תחנת המשטרה הנ"ל, אך שם נעצר על-ידי שוטרים
פלסטיניים, אשר ביקשו מהחמון לא להתפרץ אל תוך התחנה, כאשר הם מבטיחים להוציא
את שני חיילי צה"ל אל מחוץ לתחנת המשטרה וכי ההמון יוכל לרצוח אותם.

8

ת.פ 242/02 מהדורך

7. למרות הכל הצליחו מספר רב של המתפרעים להיכנס אל תוך תחנת המשטרה הנ"יל כשכיריהם אלות, סכינים וציוורות ברזל.

8. המתפרעים אשר הצליחו לחיכנס לתחנת המשטרה הנ"יל, הגיעו אל החדר בקומה השניה שבו היו באוחם עת רס"יל יוסף אברהמי ז"יל ורב"יט ודים נורוויץ ז"יל. המתפרעים, ביחד עם השוטרים הפלסטינים שהיו במקום, היכו את רס"יל יוסף אברהמי ז"יל ורב"יט ודים נורוויץ ז"יל בידיים, בעטו בהם, היכו אותם במכשירים קהים ודקרו אותם במכשירים חדים

9. המתפרעים הנ"יל תשליכו את רב"יט ודים נורוויץ ז"יל, כשהוא פצוע קשה, מהחלון של החדר הנ"יל בקומה השניה של תחנת המשטרה האמורה, אל חצר התחתנה.

10. מספר רב של המתפרעים הגיעו אל רב"יט ודים נורוויץ ז"יל, במטרה לרצוח אותו. התחמו הוצאה את רב"יט ודים נורוויץ ז"יל לרחוב מחוץ לחצר תחנת המשטרה הנ"יל, שם המון המתפרעים המשיך לחבות את רב"יט ודים נורוויץ ז"יל בכל חלקי גופו.

11. בשלב זה, אנשים שהיו בין המון המתפרעים גררו את רב"יט ודים נורוויץ ז"יל לכיו כר מנארה.

12. הנאשם היה בכיכר מנארה, כשהוא חמוש ברוסי"ר M-16. הנאשם הנ"יל ירה באמצעות רוסי"ר M-16 הנ"יל מספר כדורים ברב"יט ודים נורוויץ ז"יל. המון האנשים שהיו במקום הרימו את הנאשם על כתפיהם לאור המעשה שביצע כאמור לעיל אל מול עיניהם

13. לאחר מכן, האנשים שהיו במקום שפכו על רב"יט ודים נורוויץ ז"יל בנזין והציתו אותו.

14. כתוצאה מהמכות והדקירות שגרם המון המתפרעים נהרגו חיילי צה"יל רב"יט ודים נורוויץ ורס"יל יוסף אברהמי ז"יל.

---

### פרט שנים-עשר:

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירות (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"יל, באיזור, בסוף שנת 2000 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו.

הנאשם הנ"יל, במהלך התקופה האמורה, בסמוך לצומת איוייש, ב-3 חזדמנויות שונות, ירה ברוסי"ר M-16, אשר אותו קיבל מזידאן אלמנתרה (אלבדווי), לעבר חיילי צה"יל שהיו במקום, וזאת בכוונה לגרום למותם של חיילי צה"יל הנ"יל

ביחד עם הנאשם היו אנשים רבים נוספים, אשר גם הם ירו לעבר חיילי צה"יל הנ"יל בכוונה לגרום למותם

---

### פרט שלושה-עשר:   (פ.א. 5/01 בנימין)

**מהות העבירה:** ניסיון לגרמת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968

**פרטי העבירה:** הנאשם הנ"יל, באיזור, ביום 01.01.01 או במיעוד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו.

1. הנאשם הנ"יל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם טארק מלחי א-נגא ועם זיאד אלמחרב. טארק מלחי וזידאן אלמנתרב נסעו ברכב סיאט בצבע לבן, נושא לוחיות רשיי ישראליות. טארק מלחי וזידאן רמזדאן היו חמושים כל אחד באקדח טארק מלחי נהגו בוזידאן אלמחרב הציעו לנאשם לבצע פינוע ירי לעבר כלי רכב ישראליים באיזור קלנדיה במטרה לגרום למותם של אזרחים ישראליים

2. הנאשם הסכים להצעה הנ"יל. הנאשם עלה לרכב הסיאט הנ"יל והתיישב בכיסא הנהג. הנאשם נהג ברכב הסיאט ממאללה לכיוון קלנדיה על מנת לבצע שם את פינוע הירי המתוכנן. טארק מלחי וזידאן מחוב נסעו ביחד עם הנאשם ברכב הסיאט הנ"יל, כשהם חמושים באקדחיהם הנ"יל.

3. הנאשם וחבריו הנ"יל נסעו לצומת קלנדיה ושם פנו שמאלה לכביש המוביל לצומת אדם. לאחר הנסיעה של כ-500 מטר, הנאשם וחבריו הנ"יל הבחינו ברכב רנו קנגו לבן, מ.ר 4424829, אשר בו נסעו זאב אדר ואברהם דוד, מכיוון עשרות לכיוון היישוב אדם

4. הנאשם וחבריו הנ"יל החליטו לבצע פינוע ירי לעבר רכב הרנו הנ"יל בכוונה לגרום למותם של הנוסעים בו:

9

5. הנאשם עקף את רכב הרגו ובזמן שהנאשם נסע במקביל לרכב חרנו, טארק מלחי וזידאן אלמברב פתחו באש באקדחים, אשר בהם החזיקו, לעבר רכב חרנו בכוונה לגרום למותם של נוסעי רכב חרנו

6. מספר קליעים, אשר נורו על-ידי חברי הנאשם, פגעו ברכב חרנו.

7. קליע אחד, אשר נורה על-ידי חברי הנ"ל של הנאשם, פגע-בנג עליון שמאל של אברהם דוד, ושאר נסע ברכב הרנו הנ"ל, ופצע את אברהם דוד.

8. מיד לאחר ביצוע פיגוע הירי הנ"ל, הנאשם וחבריו הנ"ל נמלטו לרמאללה.

## פרט ארבעה-עשר: (פ.א. 457/01 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף (51א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשי"ל-1970) וסעיפים (14א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 25.02.01 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם מהנד אבו חלאווה, טארק מלחי (א-נוף) ואחמד טאלב מוצטפא ברנוחי, שומר ראש של מרואן ברנוחי, שהוא ראש "יתתנוימ" של הפת"ח

2. הנאשם וחבריו הנ"ל דנו במצב באיזור הנאשם וחבריו הנ"ל טענו כי אין פעילות נגד המטרות הישראליות. אחמד ברנוחי שאל את הנאשם וחבריו הנ"ל מה ניתן לעשות על מנת לשפר את המצב. הנאשם וחבריו הנ"ל ביקשו כי אחמד ברנוחי יספק להם רכב וכלי נשק וחם יבצעו פיגוע נגד האזרחים הישראליים בכוונה לגרום למותם.

3. אחמד ברנוחי הסכים להצעת הנ"ל. אחמד ברנוחי מסר לידי הנאשם וחבריו הנ"ל רכב מסוג פולקסווגן בורה, צבע אפור, מודל שנת 2001, נושא לוחיות רישוי ישראליות, וכן תמ"ק MP-5 עם מחסנית וכדורים.

4. הנאשם, מהנד אבו חלאווה וטארק מלחי (א-נוף) נסעו ברכב הנ"ל, כשחם חמושים בתמ"ק MP-5 הנ"ל וברוס"י קלצ'ניקוב. הנאשם וחבריו הנ"ל הגיעו לאיזור גשר עטארה.

5. בסמוך לשעה 13:15, הנאשם וחבריו הנ"ל הבחינו ברכב GMC ואנדורה, מ.ר 3082518, אשר בח נהג יוסף כהן, כשהרכב האמור יוצא מייאשוב עטרת ופונה לכיוון גשר עטארה.

6. הנאשם וחבריו הנ"ל החליטו לבצע פיגוע ירי לעבר רכב ה-GMC הנ"ל בכוונה לגרום למותם של הנוסעים בו.

7. הנאשם וחבריו הנ"ל החליטו להמתין עד שרכב הסיטרואן שנסע לפניהם יעקוף את רכב ה-GMC ואז לעמוד את רכב ה-GMC ולבצע לעברו את פיגוע הירי המתוכנן.

8. ברכב הסיטרואן הנ"ל נסעו וילי'אם סאמח פארס אלחטיב (רימאווי), רבחי זוהדי אלאסמר (רימאווי) ואברם עבדאללה מחמד קאסם (עזאווי), החמושים ב-2.2 רוס'רי קלצ'ניקוב ורוס"ר 16-M. נוסעי רכב הסיטרואן הנ"ל פתחו באש בכלי הנשק הנ"ל לעבר רכב ה-GMC הנ"ל בכוונה לגרום למותם של הנוסעים בו. 29 קליעים שנורו על-ידי האנשים הנ"ל פגעו ברכב ה-GMC הנ"ל. 3 קליעים פגעו בראשו ובצוואר של יוסף כהן, אשר נהג ברכב ה-GMC הנ"ל. כתוצאה מפגיעת הקליעים הנ"ל וכן מפגיעות הרסיסים בכל חלקי גופו, יוסף כהן נפצע באורח קשה.

9. לאחר שהנאשם וחבריו הנ"ל הבחינו כי כתוצאה מפיגוע הירי שבוצע מרכב הסיטרואן שנסע לפניהם, רכב ה-GMC נפגע, ירד מהכביש ונהג הרכב נפצע, הנאשם וחבריו הנ"ל נמלטו בחזרה לרמאללה.

10. ברמאללה, הנאשם וחבריו הנ"ל החזירו לאחמד ברנוחי את רכב הפולקסווגן הנ"ל ואת תמ"ק MP-5 הנ"ל. הנאשם, מהנד אבו חלאווה וטארק מלחי (א-נוף) דיווחו לאחמד ברנוחי כי ביצעו פיגוע ירי באמצעות הרכב וכלי הנשק הנ"ל וכי כתוצאה מכך נפצע נהג יהודי.

10

<u>פרט חמישה-עשר:</u>

<u>מהות העבירה:</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם חנ"ל, באיזור, באמצע שנת 2001 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם חנ"ל, במועד האמור, נפגש ברמאללה עם ג'אד אברהים מוסא מעלא ועם נאצר מחמד יוסף נאג'י (אבו-חמיד). הנאשם וחבריו חנ"ל החליטו לבצע פיגוע ירי, אשר במהלכו יורו מרכב חולף לעבר רכב ישראלי באיזור עטרות בכוונה לגרום למותם של אזרחים ישראליים.

הנאשם וחבריו חנ"ל יצאו מרמאללה ברכב, אשר בו נהג הנאשם. ליד הנאשם ישב נאצר אבו-חמיד, החמוש באקדח זינ-זאור וברובה-סער M-16, ובמושב האחרון ישב ג'אד מעלא, החמוש באקדח 14.

הנאשם וחבריו חנ"ל הגיעו לעטרות. שם הנאשם וחבריו חנ"ל זיהו ברכב ה-GMC עם לוחיות רישוי ישראליות. הנאשם וחבריו חנ"ל חתכו לנסוע אחרי רכב ה-GMC חנ"ל במטרה לעקוף אותו ולבצע לעברו פיגוע ירי בכוונה לגרום למותם של הנוסעים ברכב ה-GMC. אך ג'אד מעלא טען כי רכב ה-GMC הינו ערבי ולכן הנאשם וחבריו חנ"ל לא ביצעו את פיגוע הירי וחזרו לרמאללה.

<u>פרט שישה-עשר:</u>  (פ.א. 502/02 ציון)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם חנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. אחמד טאלב מוצטפא ברגותי, שומר ראשו של ראש "התנזים" של פתח" - מרואן ברגותי, בחודש ינואר 2002, החליט כי ברצונו להוציא לפועל פיגוע התאבדות בתוך שטחה של מדינת ישראל על מנת לגרום למותם של אזרחים ישראליים רבים ככל האפשר.

2. אחמד ברגותי פנה באמצעתו טלפון אל נאצר מחמוד עוויס, פעיל בכיר ב"תנזים" של הפת"ח, שהוא התאחזות בלתי מותרת, בשכם. אחמד ברגותי ביקש מנאצר עוויס לשלוח אליו אדם המוכן לבצע פיגוע התאבדות. אחמד ברגותי מסר לנאצר עוויס כי הוא עצמו ידאג להכניס את המחבל המתאבד לירושלים על מנת שיבצע שם פיגוע התאבדות.

3. לאחר מסר ימים, ביום 22.01.02, ברמאללה, אחמד ברגותי נפגש עם סעיד רמדאן, תושב כפר תל בנפת שכם, אשר חודיע כי נשלח על-ידי נאצר עוויס לצורך ביצוע פיגוע התאבדות.

4. אחמד ברגותי התקשר אל הנאשם וביקש מהאחרון להגיע אליו.

5. הנאשם נפגש עם אחמד ברגותי ועם סעיד רמדאן חנ"ל באותו היום ברמאללה. הנאשם ערך חקירת מן השישים. הנאשם ומחמד מצלח לקחו את סעיד רמדאן למסיבת על מנת שיסתתר לפני ביצוע פיגוע התאבדות המתוכנן.

6. לאחר מכן, הנאשם ואחמד ברגותי התקשרו אל פראס צאדק מחמד עיאש (מכונה "חיטואלי") וביקשו מהאחרון לחסיע מחבל מתאבד מרמאללה לירושלים על מנת שהמחבל המתאבד יבצע בירושלים פיגוע התאבדות וגרום למותם של אזרחים ישראליים רבים ככל האפשר.

7. פראס עיאש הגיע לרמאללה ביחד עם מחמד סאמי אברהים עבדאללה, וזאת לאחר שהאחרון הסכים להשתתף בהסעת המחבל המתאבד מרמאללה לירושלים. פראס עיאש הגיע לפגישה ברכבו להשתתף עם לוחיות רישוי ישראליות.

8. לפי הוראתו של אחמד ברגותי, פראס עיאש ומחמד עבדאללה נסעו ברכב האיסוזו חנ"ל מרמאללה לירושלים על מנת למצוא דרך שאין בה מחסומי משטרה וזאת ובזאת במטרה להסיע יותר מאוחר באותה הדרך את המחבל המתאבד שיבצע את הפיגוע המתוכנן בירושלים.

11

ת.פ. 242/02 מחטרין

9.   מוחמד עבדאללה ופראס ע'אנם נסעו מרמאללה דרך ראפאת והגיעו לאיזור התעשיה עטרות,
שם השניים חזרו לבביש הראשי ירושלים-רמאללה ונסעו שמאלה עד לכוחמת המוביל למחתנה
רמה, שם הם הם פנו ימינה ונסעו עד לצוחמת אדם. בצומת אדם השניים פנו ימינה ונסעו עד
לצוחמת חיזמא, שם הם פנו ימינה ונכנסו לענתא. דרך ענתא, הם הגיעו לצומת חבצעת
הצרפתית, שם השניים פנו ימינה וחזרו לרמאללה. מוחמד עבדאללה ופראס ע'אנם ראו כי
בדרך שבה נסעו ניתן לחנוק את המחבל המתאבד לירושלים מבלי להיעצר במחסומי משטרת
וצה"ל.

10.  באותו הזמן, ברמאללה, הנאשם ואחמד ברנותי לקחו את סעיד רמדאן חנ"ל להתפלל ואף קנו
עבור סעיד רמדאן חנ"ל אוכל, בגדים ועעלים חדשים. אחמד ברנותי שילם בכסף שלו עבור
הקנייה חנ"ל סכום של 1,200 ש"ח. הנאשם ואחמד ברנותי לקחו את סעיד רמדאן לביתו של
אחיו של הנאשם על מנת שיחליף שם בגדיו.

11.  הנאשם, על-פי בקשתו של אחמד ברנותי, הביא רוסי"ר 16-M ו 3-1 מחסניות לרוסי"ר חנ"ל
מלאות בכדורים, כאשר שתי מחסניות היו מחוברות בצולבת.

12.  לפי התכנון של הנאשם וחבריו חנ"ל, היה על סעיד רמדאן להגיע לתוך ירושלים ולירות שם
באזרחים ישראליים בכוונה לגרום למותם עד שהוא עצמו ייהרג מאש כוחות הביטחון
הישראליים.

13.  לאחר מכן, באותו היום, הנאשם, אחמד ברנותי וסעיד רמדאן נפגשו עם מוחמד עבדאללה
ופראס ע'אנם באיזור המלון "סיטי אין" באלבירה.

14.  אחמד ברנותי הסביר למוחמד עבדאללה ולפראס ע'אנם כי סעיד רמדאן חנ"ל הוא המחבל
המתאבד, אשר אותו הם צריכים להוביל לירושלים על מנת שיבצע שם פיגוע התאבדות
כשירייה לעבר אזרחים ישראליים במטרה לגרום למותם של אזרחים רבים ככל הניתן.

15.  מוחמד עבדאללה ופראס ע'אנם הסתירו את רוסי"ר 16-M והמחסנית , אשר אותם הביא
הנאשם לצורך ביצוע פיגוע התתאבדות המתוכנן, ברכב האיסוזו חנ"ל.

16.  הנאשם ואחמד ברנותי איחלו לסעיד רמדאן הצלחת וחשלושה נסע לירושלים. הנאשם אמר
למוחמד עבדאללה ופראס ע'אנם כי עליהם לקחת את סעיד רמדאן לבצע את פיגוע התהתאבדות
בכל מקום בירושלים שהם יבחרו.

17.  פראס ע'אנם נהג ברכב האיסוזו, סעיד רמדאן ישב בכיסא שליד כיסא הנהג ומוחמד עבדאללה
חתיישב במושב האחורי.

18.  מוחמד עבדאללה ופראס ע'אנם הסיעו את סעיד רמדאן לירושלים בדרך. אשר אותה בדקו
מוקדם יותר באותו היום כפי שתואר לעיל.

19.  בירושלים, מוחמד עבדאללה ופראס ע'אנם נסעו לרחוב שיח' ג'ראח שם הם הוציאו את רוסי"ר
16-M והמחסניות שהיו מוסתרים בתוך הרכב. נתחו ומסרו אותם לידי סעיד רמדאן. מוחמד
עבדאללה עבר לשבת בכיסא שליד כיסא הנהג ואילו סעיד רמדאן עבר למושב האחורי,
כשהוא מחזיק בידיו את רוסי"ר 16-M ואת המחסניות.

20.  מוחמד עבדאללה ופראס ע'אנם הסיעו את סעיד רמדאן לרחוב הנביאים.

21.  במהלך הנסיעה, סעיד רמדאן תחלונן בפני מוחמד עבדאללה ופראס ע'אנם כי הנעלים
החדשים, אשר אותם קנה לו הנאשם עבור הפיגוע, קטנות ולוחצות לו. מוחמד עבדאללה
הוריד את נעליו "ריבוק" ומסר אותן לסעיד רמדאן באומרו "תעלה". לגו עדן עם נעלי
"ריבוק"!!

22.  בהגיעם לצומת הרחובות שטראוס והנביאים, מוחמד עבדאללה ופראס ע'אנם עצרו את רכב
האיסוזו.

23.  מוחמד עבדאללה ופראס ע'אנם אמרו לסעיד רמדאן לרדת ברגל לרחוב יפו ולהתחיל לירות
במקום שירצאה בו הרבה אנשים.

24.  לאחר שסעיד רמדאן ירד מהרכב עם רוסי"ר 16-M והתחמושת, מוחמד עבדאללה ופראס ע'אנם
נסעו מהמקום ברכב האיסוזו, יצאו דרך שכונה מוסררה לכביש מספר 1, ומשם נסעו דרך
הכביש הראשי לרמאללה.

25.  סעיד רמדאן, מספר דקות לאחר שירד מהרכב של מתחמד עבדאללה ופראס ע'אנם, הגיע לרחוב
יפו.

26.  בסביבות השעה 20 ,16, כשהוא עומד מול בית מס' 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן
טען את רוסי"ר 16-M, אשר אותו זיפק הנאשם, צעק "אללה הוא אכבר" ופתח בירי אוטומטי
לכל עבר, לעבר האנשים שהיו ברחוב יפו, בתחתת האוטובוס הנמצאת במקום, בתוך אוטובוס
"אגד" קו 27 שהיה באותה עת בתחנה חנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות
בכוונה לגרום למותם של אנשים רבים ככל הניתן. סעיד רמדאן, כשהוא ממשיך לירות, נמלט
מהמקום לעבר חתחניון המצאא ברחוב הרב קוק. שם סעיד רמדאן חחליף מחסניות והמשיך
לירות לעבר האזרחים בכוונה לגרום למותם. סעיד רמדאן ירח ברוסי"ר 16-M, שבו החזיק,
מעל 38 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים
והשוטרים שהניעו למקום.

12

27. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותה של אורה (סבטלנה) סנדלר ז"ל, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן.

28. לאחר שנודע לאחמד ברגותי על ביצוע הפיגוע הנ"ל, אחמד ברגותי ניגש אל עלי פרג' ברגותי וקיבל מהאחרון סכום של 1,000 דולר ארה"ב עבור ביצוע הפיגוע הנ"ל. אחמד ברגותי נתן לנאשם וכן למחמד עבדאללה ופראס עיאמם 100 דולר ארה"ב לכל אחד עבור השתתפותם בהוצאה לפועל של הפיגוע הנ"ל.

## פרט שבעה-עשר:  (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירות (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום הקודם, במעשיו המתוארים בפרט האישום הקודם, גרם בכוונה למותה של **שרה המבורגר** ז"ל, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן ברובה M-16, אשר אותו סיפק הנאשם.

## פרט שמונה-עשר:  (פ.א. 502/02 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירות (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום, במעשיו המתוארים בפרט האישום השישה-עשר, ניסה לגרום בכוונה למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברובע יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן ברובה M-16, אשר אותו סיפק הנאשם **נפצעו מעל 45 אזרחים**.

## עדי התביעה:

1. רס"מ יעקב ברזני, מ.א. 99106, לחי"ק יהודה. [גובה אמרת הנאשם מיום 25.02.02]
2. רס"מ מרקון דהן, מ.א. 568394, לחי"ק יהודה. [גובה אמרת הנאשם מיום 19.03.02]
3. רס"ר משה לוי, מ.א. 902845643, לחי"ק יהודה. [גובה אמרת הנאשם מיום 18.04.02]
4. מחמד סאמי אברהים עבדאללה, ת.ז 979469954. (עצור) (ת.ת. 241/02)
5. חוסאם עקב רוב'ב שחאדה, ת.ז. 755564733. (עצור) (ת.ת. 243/02)
6. הייתם אלמותפק חמדאן, ת.ז. 906934823. (עצור) (ת.ת. 265/02)
7. אחמד טאלק מוצטפא ברגותי, ת.ז 994466860. (עצור) (ת.ת. 444/02)
8. נאצר מחמד יוסף נאג'י (אבו-חמיד), ת.ז. 923918882. (עצור)
9. אמיר חסן סעיד אבו ראדאחה, ת.ז. 954263042. (עצור) (ת.ת. 356/02)
10. וילייאם סאמח פארס אלקטיב (רימאווי), ת.ז. 904383452. (עצור) (ת.ז 322/02)
11. אכרם עבדאללה מחמד קאסם, ת.ז. 900959677. (עצור)

### פ.א. 3135/00 בנימין

12. ויאד חמודה יעקוב חמודה, ת.ז 902924117. (עצור) (ת.ת 353/02)
13. ראאד מחמוד ג'מיל שייך, ת.ז. 900248998. (עצור) (ת.ת. 633/00)
14. מחמד האשם אחמד-חסן נוארה, ת.ז. 921746111. (עצור) (ת.ת. 561/01)
15. מחמד עיסא יוסף גיבר, ת.ז. 943584052. (עצור) (ת.ת. 573/01)
16. ע'עוזי יוסף מוצטטפא צאלחה, ת.ז. 911615599. (עצור) (ת.ת. 621/01)
17. רס"ר חורחה הספר, מ.א. 1021658. תחנת בנימין. [עדות]
18. אברהם לוי, ת.ז. 036360642. [פרטים בתביעה] [עדות]

13

19. ד"ר מרק גוטקין, מ.ר. 72365, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא מיום 13.07.01] [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

20. ד"ר חן קוגל, המרכז הלאומי לרפואה משפטית. [מגיש חווי"ד מומחה]. [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

## פ.א. 5/01 בנימין

21. רסי"מ שבי עובדיה, מ.א. 560441, זיהוי יהודה. [מגיש דו"ח ביקור/תפיסה וסימון + דו"ח פעולת/תפיסה/וסימון + לוחות תצלומים]

22. ואב אדר, ת.ז. 00260114. [פרטים בתביעה]. [נסע ברכב שנפגע]

23. אברהם דוד, ת.ז. 033781949. [פרטים בתביעה]. [נפצע בפיגוע]

## פ.א. 234/01 מח"מ י-ם

24. חרמן ספאק, מ.א. 6961290, צה"ל. [פרטים בתביעה] [עדות]

25. אריה רקח, ת.ז. 032271918. [פרטים בתביעה] [עדות]

26. יובל לב, ת.ז. 05405709. [פרטים בתביעה] [עדות]

27. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]

28. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב]

29. רסי"א אבי ברקמן, מ.א. 972762, חקירות - תחנת ציון. [מגיש טופס לוואי למוצגים]

30. רסי"ל דניאל תורג'מן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

31. רפ"מ אורי בן-טוביים, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חווי"ד מומחה מתיק מז"פ וב/07- /555] [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

32. ד"ר דוד חזן, מ.ר. 29086, צה"ל. [עדות - קביעת מותו של אלעזר עקיבא פשקוס ז"ל]

33. ד"ר דוד מורל, מ.ר. 20952, קופ"ח כללית - ירושלים. [עדות + מגיש חודדעת פטירה]

## פ.א. 457/01 בנימין

34. רסי"מ אלי סוטל, מ.א. 588038, תחנת בנימין. [מגיש דו"ח פעולה]

35. רסי"מ משה לביא, מ.א. 903260, תחנת בנימין. [מגיש זכי"ד-רכב GMC + שרטוט זירת האירוע + דו"ח תפיסה וסימון + טופס לוואי למוצגים]

36. רסי"מ שבי עובדיה, מ.א. 560441, מז"פ יהודה. [מגיש לוחות תצלומים + מזכר]

37. רפ"ק נסים מזרחי, מ.א. 926998, המעבדה הניידת, מז"פ - מטא"ר, ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]

38. יוסף כהן, ת.ז. 069397198. [פרטים בתביעה]. [נפצע בפיגוע חירי]

39. אבי בן-ישימון, ת.ז. 031310677. [פרטים בתביעה] [הגיע ראשון לזירת הפיגוע]

40. ד"ר איובלה שוורץ, מ.ר. 28684, ביה"ח הדסה - הר-הצופים, ירושלים. [מגישה תעודה רופא - סכום ביניים] [תזומן ע"פי דרישה מפורשת של הסניגוריה בלבד]

## פ.א. 2159/01 בנימין

41. רסי"ר רונן עמאר, מ.א. 956813, תחנת בנימין. [מגיש דו"ח פעולה]

42. רסי"מ שבי עובדיה, מ.א. 560441, מז"פ, תחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]

43. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע + תפיסת תרמילים ושרידי קליעים]

44. רסי"ר חיים טולדנו, מ.א. 1004332, תחנת בנימין. [מגיש זכי"ד - שרשרת מוצג + טופס לוואי למוצגים + דו"ח ביקור בזירת העבירה]

45. רסי"ל דניאל תורג'מן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יזומן ע"פי דרישה מפורשת של הסניגוריה בלבד]

46. רפ"מ אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חווי"ד מומחה מתיק מז"פ וב/07- /4238] [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

47. ד"ר ולדימיר גולר, מ.ר. 26163, מד"א - תחנת לוד. [מגיש דו"חות רפואיים מהשטח + חוודעות פטירה + עדות]

48. ד"ר ניר אלון, ת.ז. 031849201, צה"ל. [עדות]

49. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. [מגיש שתי חווי"ד מומחה] [יוזמן ע"פי דרישה מפורשת של הסניגוריה בלבד]

50. ציון סוורוד, ת.ז. 000048850. [פרטים בתביעה] [זיהוי חרוגים]

14

P 6: 57

## ציון 7915/01 .א.ס

51. רסי"צ ציון ששון, מ.א 957068, תחנת ציון. [מגיש דו"ח פעולה]

52. רפי"ק ליאור נדיבי, מ.א. 952127, מזי"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]

53. רפי"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]

54. רפי"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מזי"פ, מטא"ר - ירושלים [מגיש דו"ח בדיקת רכב - תפוסה שרידי קליע]

55. צוערת אדוה מלכה, מ.א 1049080, מת"ימ - תחנת ציון [מגישה טופס לוואי למוצגים]

56. רסי"צ זיוה חוטר, מ.א. 512699, משרד מוצגים - מזי"פ, מטא"ר - ירושלים [מגישה תעי"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

57. רפי"ק אבי קופמן, מעבדת נשק, מזי"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מזי"פ זב/07 - (4539/01) (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)]

58. ד"ר אריאל יצחקיה, מ.ר 31004, ביה"ח הדסה עין-כרם, ירושלים [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

59. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים [מגיש חוו"ד פטירה של מאיר וייסבזוי י"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

60. משה וייס, ת.ז 024001505. [פרטים בתביעה] (נפצע קשה בפיגוע)

61. יפה וקני, ת.ז. 058857863. [פרטים בתביעה] (עדת ראיה)

## ציון 481/01 .א.ס

62. טוני עמיאל, ת.ז. 032441040. [פרטים בתביעה] (נהגת רכב ההונדה)

63. פיני מימון, ת.ז. 025759762. [פרטים בתביעה] (נוסע רכב ההונדה)

64. פזית ניומון, ת.ז. 040128084. [פרטים בתביעה] (נוסעת רכב ההונדה)

## ציון 8379/01 .א.ס

65. רפי"ק ליאור נדיבי, מ.א. 952127, מזי"פ - תחנת ציון [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסת וסימון]

66. רסי"ל גבריאל עבד, מ.א. 958736, מת"ימ - תחנת ציון. [מגיש טופס לוואי למוצגים]

67. רפי"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מזי"פ, מטא"ר - ירושלים [מגיש דו"ח בדיקת רכב - תפוסה שרידי קליע]

68. צוער דרור אברם, מ.א. 1039080, מת"ימ - תחנת ציון. [מגיש טופס לוואי למוצגים]

69. ציון שדה, ת.ז. 029505724, משרד מוצגים - מזי"פ, מטא"ר - ירושלים. [מגיש תעי"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

70. רסי"צ יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מזי"פ, מטא"ר - ירושלים [מגיש תעי"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

71. רפי"ק אבי קופמן, מעבדת נשק, מזי"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מזי"פ זב/07 - (4723/01) (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)]

72. סיגל שאול, תחנת ציון. [מוצאת תרמילים בשטח - שרשרת ראיות]

73. מלכה כהן, ת.ז. 038791386. [פרטים בתביעה] (נפצעה בפיגוע)

74. פנחס כהן, ת.ז. 038348256. [פרטים בתביעה] (נפצע בפיגוע)

75. אוהב עמי יחיאל, ת.ז. 059214320. [פרטים בתביעה] (עד ראיה - טיפל בפצועים)

76. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

77. ד"ר מנחם גרוס, מ.א. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

## בנימין 39/02 .א.ס

78. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין [מגיש דו"ח פעולה]

79. רסי"מ קובי סבג, מ.א. 56494, תחנת בנימין [מגיש זכ"ד תקהור/תפיסה וסימון]

80. רסי"צ אלי קוגימן, מ.א. 46951, מזי"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]

81. רפי"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מזי"פ, מטא"ר - ירושלים [מגיש לוחות תצלומים + דו"ח בדיקת רכב]

82. רסי"ר מאיר ועונג, מ.א. 1018332, תחנת בנימין [מגיש טופס לוואי למוצגים]

83. רסי"צ זיוה חוטר, מ.א. 512699, משרד מוצגים - מזי"פ, מטא"ר - ירושלים [מגישה תעי"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

84. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל [פרטים בתביעה] (עדות - קביעת מיתה של יואלה חן י"ל + טיפול בפצועים)

15

85. דייר שאול בייט, מ.ר. 33027, בי"ח הדסה עין-כרם, ירושלים [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עינן) [יזומן לפי דרישת מפורשת של הסניגוריה בלבד]
86. רחל (רשל) עיני, ת.ז 075966614 [פרטים בתביעה) [נפצעה בפיגוע]
87. סמי ועתניו, ת.ז. 027798040. [פרטים בתביעה) [עדות + סקירגה] [עד ראיה]
88. נחשון בראשי, ת.ז. 05033235. [פרטים בתביעה) [זיהוי ההרוגה]

**מ.א. 502/02 ציון**
89. פקד דרור אסרף, מ.א. 942276, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
90. רס"ב יגאל דניאל, מת"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
91. צוער צביקה ריינגר, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]
92. רסי"ל ציון טברי, מ.א. 1043413, מת"מ - תחנת ציון. [מגיש דו"ח מעולכה - מציאת צולבת]
93. רס"ב אשר לוי, מ.א. 47220, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
94. בני עוזריאל, ת.ז. 303647598. [פרטים בתביעה) [עד ראיה - רדף אחרי המחבל]
95. עמ"ד עוידת, מ.א. 739037, מגי"ב ירושלים. [עד ראיה - רדף אחרי המחבל ויריה לעבר המחבל]
96. שי כהן, מ.א. 1042043, יחי"ס 2 - תחנת ציון. [עד ראיה - ירה לעבר המחבל]
97. נועם נבאי, ת.ז. 033121070, ימ"ר ירושלים. [עד ראיה - רדף אחרי המחבל ויריה לעבר המחבל]
98. חנן בנעים, מ.א. 1049188, יס"ימ אופנועים - תחנת שלם. [עד ראיה - רדף אחרי המחבל, הרהיים את נשקו של המחבל לאחר שהמחבל נהרג]
99. גנאדי (גיא) מלניק, ת.ז. 309130540. [פרטים בתביעה) [עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו]
100. אלון חלפון, מ.א. 761775, בילוש - ימי"ר ירושלים. [עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל]
101. אבי בן-עמי, מ.א. 996140, בילוש - ימי"ר ירושלים. [עד ראיה - ירה לעבר המחבל]
102. חיים צאלה, ת.ז. 033401019. [פרטים בתביעה) [עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע]
103. בורים אבטיסיאן, ת.ז. 309086171. [פרטים בתביעה) [עד ראיה]
104. יקותיאל-ישראל עליש, ת.ז. 310101647. [פרטים בתביעה) [עד ראיה]
105. משיה ממן, ת.ז. 06246911. [פרטים בתביעה) [עד ראיה]
106. טובה יצחקי , ת.ז. 051270353. [פרטים בתביעה) [עד ראיה]
107. מזל יצחקי, ת.ז. 04330150. [פרטים בתביעה) [עדת ראיה]
108. ירון אברחמזי, ת.ז. 640712770. [פרטים בתביעה) [עד ראיה]
109. פנחס בנטורה, ת.ז. 055611230. [פרטים בתביעה) [עד ראיה]
110. כפיר קדם, ת.ז. 039381249. [פרטים בתביעה) [עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל]
111. יעקב סנדלר, ת.ז. 307750984. [פרטים בתביעה) [זיהוי גופתה של אורח (סבטלנה) סנדלר ז"ל]
112. ד"ר דפנה וילנר, מ"ר. 29234, בי"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורח (סבטלנה) סנדלר ז"ל] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
113. ד"ר ילנה וסלוב, בי"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ק] [תזומן לפי דרישה מפורשת של הסניגורים בלבד]

<u>רשימת עדים נוסף בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות</u>
<u>לפציעתם תימסר בהמשך המשפט</u>

מיכאל קופ?יים          סרן
צבאי                  תובע

תאריך   12.01.2003
סימוכין   242-02 מתוק[ן]

16

ח ת 242/02 מתוק[ן]