REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.421

REDACTED - PUBLICLY FILED VERSION

PLAINTIFF'S EXHIBIT 421

Statement by *September 21, 2003* Israel Police

| Identity No.<br>902845643 | First Name<br>Mohamed | Last Name<br>Maslah | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status<br>☒ Married ☐ Single ☐ Divorced ☐ Widowed | Sex<br>M | Religion<br>Muslim |
| Date of Birth<br>[redacted] 1977 | Place of Birth<br>Bir Naballah | Home Phone<br>[redacted] | Work Phone |
| Address of Residence<br>Jerusalem, Ein Um Sharait | | Name and Address of Workplace<br>Palestinian Authority Preventive Intelligence | |
| Mobile Phone No.<br>Salam brother [redacted] [redacted] | Father's Name Grandfather<br>Ibrahim Abdel Rahman Salam | Parents' Address<br>[Stamp] Authentic Copy<br>[Stamp] Judea and Samaria Military Court | |

| Feb. 25, 2002 | 10:43 a.m. | Jerusalem Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I saw the above-named individual before me and informed him that I, a police officer, Yaakov Barazani, badge number 99106, inform you that you are suspected of membership and activity in a hostile organization, in planning terrorist attacks and aiding in carrying out terrorist attacks and activities against the security of the Area. You do not have to say anything but this will strengthen the evidence against you and whatever you say will be taken down by me. After he understood the content of the warning and the charge, he said of his good free will

[Arabic] Barazani Yaakov99106

I understand everything that you have said to me and I wish to give my statement of my good free will.

Question: Do you know Saad Abu Musaad Saad a-Din, a man from Amari Camp?

Answer: Yes, I know him since school because we studied in the same class when we were little and we learned at school in Amari together. We have not been in touch since school, because we studied until the sixth grade or so.

Question: Do you know Nasser Abu Hamid of Amari Camp?

Answer: I heard about him and know him only by sight, but not more than that.

Question: In his statement, Saad a-Din states that you participated in shooting at IDF forces with Nasser Abu Hamid at al-Balua (Ish Junction) with many others. What is your response?

Answer: This is not true and nobody knows why he said that about me, and I did not do this ever, and maybe he is saying this about me because he saw me when I was wearing clothes belonging to Amni al Wakai of the Palestinian Authority Preventive Security, and I have a Kalashnikov and an M-16 from work. And I did not shoot anywhere.

Answer: What is your full name? And what is your alias?

Answer: Me, my name is Mohamed Abdel Rahman Salem Maslah and I am called Abu Satha, because I had an injury in the forehead when I was small and I have the alias Abu Satha since I was little in Saudi Arabia.

Answer: Since when have you been working at Amni Al Wakai?

Answer: I have been working at the Preventive Security Force for two years. Initially I would "volunteer" a source and I would get 500 shekels a month, and I was armed with a firearm, and five months ago I started to work with Jibril Rajoub officially, and I get a salary every month.

Question: I say that Saad a-Din states that at the beginning of the events you participated in shooting. Is this true?

[Arabic signature] Barazani Yaakov 99106

Time of completion of taking of statement

M. 3007 (5.2000) 2000 x 50 x 2

[Stamp] **P 6: 62**

Statement by Israel Police Statement No. 1 Sheet No. 2

| Identity No. | First Name<br>Mohamed | Last Name<br>Maslah | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Authentic Copy<br>[Stamp] Judea and Samaria Military Court | | |

| Feb. 25, 2002 | 11:08 a.m. | Jerusalem Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

Answer: I did not shoot and at the beginning of the events I was a guard in Jibril Rajoub's house, which is in al-Balua and I did not shoot at this time and I would only guard and hear the gunfire at al-Balua and also I did not see who was shooting on the Palestinian side.

Question: Do you know Bashar Hassan Abed Barghouti of al-Bireh, who is a doctor?

Answer: I don't know if I know him, if I see his picture maybe I will remember him.

Question: In his statement of February 18, 2002, Bashar says that you have a forged Israeli identity card with which you brought in a terrorist who carried out attacks in Jerusalem. What do you have to say about this?

Answer: That is not true and I have no forged Israeli identity card and also I have not done anything to help terrorists come in to carry out attacks in Jerusalem and we at the Preventive Security Force prevent such things in our work.

Question: If so, why did two people testify that you do these serious acts?

Answer: Maybe because I worked at Marwan Barghouti's office because I worked s at Marwan's office for two month- from July 15, 2001, until two months thereafter.

Question: And did Marwan have anything to do with these attacks?

Answer: I work at the legislative council as a driver at Abu Ala's office instead of a friend of mine who traveled to America, and because there was no vehicle in the office, they sent me to work at Marwan's office as a member of legislative council and I worked for two months, and I saw that the situation was bad and dangerous, because the Jews wanted Marwan Barghouti, and because of that I stopped working for Marwan and I went straight to work for the Preventive Security Force.

Question: Who is your friend Zidan from Um Sharait?

Answer: His name is Zidan Al Badawi, aged about 26, works with a truck because his brother has a gravel truck and he and his brothers work on the truck in transporting gravel, and I want to tell you that two years ago I went on a course in the police on disassembling and assembling Kalashnikovs and M-16s. The course was in a-Tira and we did not fire the guns and we only learned about them and whoever studies in a course on firearms at the Palestinian Police learns only disassembly and assembly in a-Tira. That is my notice and I sign to everything that I said in my statement being the truth after my statement was read and translated into Arabic.

[Arabic signature] Barazani Yaakov 99106

Time of completion of taking of statement

M. 3007 (5.2000) 2000 x 50 x 2

[Stamp] **P 6: 63**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 6: 62-63.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 6: 62-63.

Dated: February 28 2014

[signature]
Rina Ne'eman

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2382704

משטרת ישראל

הודעתו של: / افادة: [illegible]

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 902845643 | מחמד | מצלח | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | נשוי متزوج ☒ / רווק اعزب ☐ / גרוש مطلق ☐ / אלמן ارمل ☐ | ז | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| [redacted] 77 | | [redacted] | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| רמאללה עין אום שריט | ממ"ס רש"פ |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| [illegible] [redacted] | עבד א־רחמאן סאלם | נכון להעתקה |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 25.2.02 | 1043 | מ. ירושלים | | 99106 | רס"מ | יעקב | ברנס |

הזהרתי את הנ"ל בפני והודעתי לו כי אני שוטר משטרה ברנס יעקב מ.א. 99106
ומודיע כי הנך חשוד בחברות ובפעילות בארגון עוין התנזים פיגועים ופיגוע
לפיגוע פיגועים ובפעילות וסיוע בארגון התנזים אין אתה חייב לומר דבר אלא אם
ברצונך לעשות כן וכל אשר תאמר ירשם על ידי [illegible] תוכן האזהרה
והאשמה אשר מיוחסת לו [illegible] ברנס יעקב
99106
[illegible]
אני מבין את מה שאמרת לי [illegible]
שאלה: האם אתה מכיר את סעד אדין [illegible]
תשובה: כן [illegible]
[illegible]
[illegible]
שאלה: [illegible]
תשובה: [illegible]
שאלה: [illegible]
[illegible]
תשובה: [illegible]
[illegible]
[illegible]
[illegible]
שאלה: מה [illegible]
תשובה: [illegible]
[illegible]
[illegible]
שאלה: [illegible]
תשובה: [illegible]
[illegible]
[illegible]
שאלה: [illegible]

שעת סיום גביית ההודעה

(5.2000) 2000×50×2

ברנס יעקב
99106

[illegible]

הודעה מס׳ 1 גליון מספר 2
إعلان رقم نسخة رقم

משטרת ישראל

הודעתו של
إعلان شيخ

| מסי זהות رقم الهوية | | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|---|
| | | מוחמד | מסלח | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי ☐ متزوج | רווק ☐ اعزب | גרוש ☐ مطلق | אלמן ☐ ارمل | מין الجنس | דת الدين |
|---|---|---|---|---|---|---|---|

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|

| מען מגורים العنوان | המשפט | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|---|

| מסי טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מסי אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 25.2.02 | 11:08 | מ.י. מ | | 99106 | רס״ב | יעקב | ברגיג |

תשובה: אני לא יודע ובתחילת האינתפאדה הייתי שומר בבית ג׳בריל רג׳וב המוקטעה בבית לחם ולא יריתי בזמן זה ורק הייתי שומר ושומע את הירי באזור בית לחם ועם של [illegible] מי יורה מצד הפלסטינים.

שאלה: האם אתה מכיר את באשר חסן עבד ברגותי מבית בירה הוא פ״ר?

תשובה: אני לא יודע שם שאני מכיר אם אראה תמונתו אוכל לזכור אותו.

שאלה: בתאריך 18.2.02 [illegible] באשר ב[illegible] ת״ז ישראלית מזוייפת [illegible] [illegible] מחבלים [illegible] [illegible] [illegible] לאמר לך בקשר?

תשובה: זה לא נכון אני [illegible] ת״ז ישראלית מזוייפת [illegible] לא [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

שאלה: אם כך [illegible] שעה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]?

תשובה: אני [illegible] [illegible] [illegible] מרואן ברגותי [illegible] [illegible] [illegible] [illegible] של מרואן [illegible] 1050 [illegible] [illegible] [illegible] [illegible].

שאלה: האם למרואן יש קשר לפיגועים כאלה?

תשובה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] מרואן [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] את מרואן ברגותי [illegible] [illegible] [illegible] [illegible] מרואן [illegible] [illegible] [illegible] במאס.

שאלה: מי זה [illegible] זיאד [illegible] [illegible]?

תשובה: שמו זיאד [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ("המאפ") [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] בבית לחם [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

ברגיג יעקב
99106

שעת סיום גביית ההודעה

[signature]

(5.2000) 2000×50×2