# EXHIBIT A.424



PLAINTIFF'S EXHIBIT 424

Date: 9 Shevat, 5763  
January 12, 2003

File Number: 3251/02

## Military Court at Beit El

### Transcript of Hearing before the Bench

**Before the Honorable President of the Court: Lieutenant-Colonel Nathaniel Benichou**  
**Judge: Major Yoel Hadar**  
**Judge: Captain David Schonberg**

[Round Stamp]  
Military Appeals Court  
Judea and Samaria

**Prosecutor: Lieutenant Ra'id Shinan – Present**  
**Defense Attorney: Adv. Akram Samara - Present**

[Stamp] Certified Copy

**Defendant: Mohamed Sami Ibrahim Abdullah, Identity No. 979469954/Israel Prison Service – Present**

**Interpreter: Staff Sergeant Mohamed Nasraldin**  
**Reporter: Corporal Inbal Hess**

---

The President of the Court opens the hearing and identifies the Defendant.

## HEARING

Prosecutor: We have reached a plea bargain, under which I request to file an amended indictment; the Defendant will request to withdraw his denial of the charges, will admit to the amended indictment, and the parties will argue as to sentencing at the next hearing. The Military Prosecution wishes to declare before the Defendant that it will not be able to make any use of his admission before the Court in other cases relating to his accomplices.

Defense Attorney: I confirm the Prosecutor's statement and move to permit my client to withdraw his denial of the charges.

[Stamp] P 6: 87

## DECISION

We permit the Prosecutor to file an amended indictment, and the Defendant to withdraw his denial of the charges.

**Handed down and notified this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | President of the Court | Judge |

Defense Attorney: I have explained the amended indictment to my client and he admits to it.

Defendant: My Defense Attorney has explained the amended indictment to me and I agree to what my Defense Attorney has said.

1

[Stamp] P 6: 87 [continued]

Date: 9 Shevat, 5763              File Number: 3251/02
January 12, 2003

# VERDICT

On the basis of his admission of guilt, we convict the Defendant of the offenses attributed to him in the amended indictment.

**Given and notified this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | President of the Court | Judge |

Parties: We request to postpone the hearing for the arguments as to sentencing.

# DECISION

Deliberation in the case is postponed to a hearing for arguments as to sentencing, on February 5, 2003.

**Given and notified this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | President of the Court | Judge |

[Round Stamp]
Military Appeals Court
Judea and Samaria

.1[Stamp] Certified Copy

[Stamp] P 6: 88

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 6: 87-88.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 6: 87-88.

Dated: March 6, 2014

_____
Rina Ne'eman

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

_____
Notary Public

LEONOR TROYANO
ID # 2305560
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/5/??

תאריך: ט' שבט, תשס"ג
12 ינואר, 2003

מספר התיק: 3251/02



1
2 בית המשפט הצבאי בבית אל
3
4 פרוטוקול הדיון של ישיבת הרכב
5
6 בפני האב"ד: סא"ל נתנאל בנישו
7 שופט: רס"ן יואל הדר
8 שופט: סרן דוד שונברג
9
10 תובע: סגן ראיד שנאן - נוכח
11 סניגור: עו"ד אכרם סמרה - נוכח
12
13 נאשם: מחמד סאמי אברהים עבדאללה ת.ז 979469954 / שב"ס - נוכח
14
15 מתורגמן: סמ"ר מחמד נסראלדין
16 רשמת: רב"ט ענבל הס
17 ------------------------------
18 אבה"ד פותח את הישיבה ומזהה את הנאשם.
19
20 **מהלך הדיון**
21
22 תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן, הנאשם
23 יבקש לחזור בו מכפירתו, יודה בכתב האישום המתוקן, והצדדים יטענו לעונש
24 בישיבה הבאה. התביעה הצבאית רוצה להצהיר בפני הנאשם כי לא תוכל לעשות כי
25 שימוש בהודעתו בפני ביהמ"ש בתיקים אחרים הנוגעים לשותפיו.
26
27 סניגור: אני מאשר את דברי התובע ומבקש להתיר למרשי לחזור בו מכפירתו.
28
29 **ה ח ל ט ה**
30
31 אנו מתירים לתובע להגיש כתב אישום מתוקן, ולנאשם לחזור בו מכפירתו.
32
33 ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.
34
35
36
37 שופט           אב"ד           שופט
38
39
40 סניגור: הסברתי למרשי את כתב האישום המתוקן והוא מודה בו.
41
42 נאשם: סנגורי הסביר לי את כתב האישום המתוקן ואני מסכים למה שאמר
43 סנגורי.
44
45
46
47
48

1

תאריך: ט' שבט, תשס"ג  
12 ינואר, 2003

מספר התיק: 3251/02

## ה כ ר ע ת - ד י ן

3 על יסוד הודאתו באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
4 האישום המתוקן.

7 ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.



_____  _____  _____
שופט          אב"ד          שופט

13 הצדדים: אנו מבקשים לדחות את הדיון לטיעונים לעונש.

## ה ח ל ט ה

17 הדיון בתיק נדחה לישיבת טיעונים לעונש ליום 5/2/03.

19 ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.

_____  _____  _____
שופט          אב"ד          שופט



נאמן למקור