# EXHIBIT A.427

PLAINTIFF'S
EXHIBIT
427

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|
| Identity No. fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name Passport:- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | Home Phone 059-878131 | Office Phone | |
| Address of Residence Beit Rima | | Name and Address of Workplace Satellite dish assembly | | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | Parents' Address Jordan | | |

| Mar 12, 2003 Date | 10:50 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff
2  Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military
3  organization, military training without a permit, possession of war materiel, manufacturing explosives and
4  explosive devices, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted
5  murder. You do not have to say anything unless you want to, but whatever you will say will be written down by
6  me and may be used as proof against you in the court.
7  [Arabic signature] Yitzhak Ya'akoboff
8  After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:
9  Question - Have you understood the suspicions against you?
10  Answer - Yes, I have understood.
11  Question - Before we begin the statement, do you have any problem that you wish to tell me about?
12  Answer - No, everything is okay, they woke me up, but all is well.
13  Question - What is your full name as written in your passport?
14  Answer - Abdullah Ghaleb Abdullah Mohamed Al Gamal; that is what it says in my passport.
15  Question - Do you have another last name?
16  Answer - Yes, Barghouti, that is the last name of the large clan and therefore people know me by the name of
17  Abdullah Barghouti.
18  Question - Where were you born and where have you lived?
19  Answer - I was born in Kuwait in 1972 and I was there until 1990, at which time I traveled with my family to
20  Jordan and to this day my family lives in Amman. In 1994 I traveled to South Korea and I was there until 1996,
21  and then I returned to Jordan until 1999. In early 1999 I arrived in the West Bank and I have been here since. I
22  think that in 1997 I came to visit the West Bank, but I am not sure of the date.
23  Question - Tell me about the military training that you had in Kuwait.
24  Answer - In 1989, after the Iraqi forces entered Kuwait, I participated in military training of the Arab Liberation
25  Front. This training lasted about a week and we learned to field strip and assemble a Kalashnikov and after that
26  we fired a Kalashnikov.
27
28  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement
[Stamp] P 7: 116

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 2 |

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 11:10 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1　The trainers were Palestinians from Iraq. After the Gulf War ended, I wanted to go out to study in Jordan and I
2　submitted an application, and then they arrested me and interrogated me about the military training that I had
3　had, and I was detained for about a month, and then I departed to Jordan. In Jordan I also participated in training
4　on weapons, but that was within the school.
5　Question - When did you start your military activity in the Hamas?
6　Answer - I do not remember exactly, but I think that it was in May 2001, about half a year after the Al Aqsa
7　Intifada started. I talked with a relative, Bilal Ya'akub Ahmed Barghouti, aged about 25, a resident of Beit Rima,
8　and said to him that I wanted to engage in military activity in the Hamas, and I asked him to introduce me to
10　military activists of the Hamas so that I could work with them in military activity.
11　Question - Why did you talk with Bilal Barghouti about military activity in the Hamas?
12　Answer - Because he himself is a military operative in the Hamas and he is familiar with the military operatives.
13　Question - Did you talk with anybody else concerning the military activity in the Hamas?
14　Answer - Yes. Before I talked to Bilal Barghouti about the military activity in the Hamas, I talked with Akram
15　Salah Barghouti, aged about 35, a resident of Beit Rima, a military operative in the Al Aqsa Martyrs. In that
16　period he had in his home wanted men of the military Tanzim. I asked Akram Barghouti to introduce to me
17　military operatives, and after a few days, Akram Barghouti told me to come to his home. I went to his home and
18　he showed me a pipe bomb and asked me whether I in explosive devices [sic]. This explosive device was sealed
19　on both sides with cement. I took the device to my home and on the following day I took the device to my
20　supermarket, and there I disassembled the explosive device and took out some of the material that was inside the
21　explosive device. After that I lit the material and the material burned well. After that I tried to make electric
22　circuits with an alarm clock and I conducted an experiment with the rest of the explosives that I took out of the
23　explosive device that I took from Akram Barghouti, but I was unsuccessful.
24　(Comment– it is now 11:30 a.m. and the suspect goes out for a toilet break at his request. It is now 11:35 a.m.
25　The suspect is returned to the interviewing room and the statement continues).
26　Question - What did Bilal Barghouti say to you concerning the military activity in the Hamas?
27　[Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 117

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by          Israel Police                     Statement No. 1 Sheet No. 3

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 11:43 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1 Answer - Bilal Barghouti asked me what I was able to do and I answered him that I could manufacture explosive
2 devices. I took the material from the explosive device that Akram Barghouti had given to me and I also took the
3 clock and I departed with Bilal Barghouti to conduct a trial with the material, but the material did not explode.
4 After that, Bilal Barghouti told me that he wanted to introduce to me a person from Nablus, and that person
5 would decide whether I could work in the manufacturing of explosive devices and explosives.
6 Question - Who is that man from Nablus who was an expert in explosives and explosive devices?
7 Answer - Aiman Halawa, aged about 35, a resident of Nablus, who was killed just more than a year ago.
8 Question - How did you get to know Aiman Halawa?
10 Answer - About three weeks after I asked Bilal Barghouti to introduce me to military operatives of the Hamas, I
11 traveled with Bilal Barghouti to Nablus, where I met an unidentified person called Alsheikh. We met him next to
12 a restaurant in the city hall square in Nablus. We boarded a taxi and the unknown person told the taxi driver to
13 driver to Street No. 10. About four hours before the mosque, I did not see the way that we took because they told
14 me to keep my head down and not look at the road. We arrived at a building in which there were two floors and
15 we descended to the ground floor. I was given a balaclava to wear and they put me in the room. Bilal Barghouti
16 and the identified person stayed in another room. After that, Aiman Halawa entered the room. On that day he
17 was masked, and said to me that his alias was Alsheikh, and only after that did I know that it was Aiman Halawa.
18 Aiman Halawa said that we would meet once a week and he would teach me to manufacture an explosive that
19 was called Um Al Abed, and after that he would teach me to manufacture explosive devices. I told Aiman
20 Halawa that I agreed and that was why I had come to him.
21 Question - What did Aiman Halawa teach you the first time you met him?
22 Answer - He taught me to manufacture an explosive that was called Um Al Abed and about stopwatches.
23 Question - What did you learn in the meetings that you had afterward with Aiman Halawa?
24 Answer - I met him three more times. I would come to a restaurant in Nablus
25 [Arabic signature] Yitzhak Ya'akoboff
26
27
28

Time of completion of taking of statement

[Stamp] P 7: 118

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | Statement No. 1 Sheet No. 4 | | |
|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 12:08 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1 where I would meet the unidentified man known as Alsheikh and he would take me to meetings with Aiman
2 Halawa.
3 (Note – the suspect tells me that he has a problem with rheumatism and that he prefers to sit on the floor and not
4 on the chair. I said to the suspect that as far as I was concerned, there was no problem, and he moved to sit on the
5 floor. I said to him that whenever he wanted to, he could sit on the chair again).
6 In my meetings with Aiman Halawa, he taught me to manufacture explosive devices that are activated by
7 connecting a mobile phone to a charge, manufacturing of charges that are activated by the alarm of a vehicle
8 with remote activation, manufacturing of explosive devices that are hidden in a wooden box on which one
10 applies cement with paint to make it look like a stone and inside the wooden box one puts the explosive that is
11 called Um Al Abed. In my next meeting with Aiman Halawa, he taught me to manufacture hand grenades,
12 explosive belts, how to manufacture an explosive device with a drink can. The next time I met Aiman Halawa,
13 he taught me about how we would keep in contact. In addition he also taught me to make poison from potatoes.
14 This is a poison that is put into the explosive device with the explosives, and this substance, i.e. the drug, mixes
15 with the screws that the explosive device contains and this substance also kills the people who are injured after
16 the explosion if a screw laced with the drug enters the body. At the end of each meeting with Aiman Halawa, he
17 would give me a piece of paper with instructions on how to manufacture the explosive devices that he taught me
18 about. In addition, Aiman Halawa told the Sheikh to buy me a Joule mobile phone, and the Sheikh bought me a
19 Joule mobile phone and all of my contact with Aiman Halawa was with this mobile phone. I do not remember
20 the number of the mobile phone.
21 (Comment – the suspect sits back on the chair)
22 Question - Tell me about the explosives and the pistol that Aiman Halawa gave you.
23 Answer - At the end of my second meeting with Aiman Halawa, I with Aiman Halawa and the unknown person
24 Alsheikh took two plastic drums of olives. Into each drum we put in about 13 kg of Um Al Abed explosives.
25 Above the explosives we put in a bag with olives. That is what we did with two drums. In addition, Aiman
26 Halawa gave me a 9 mm pistol
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 119

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1 Sheet No. 5

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 12:47 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  with a magazine containing 14 cartridges. He put the pistol inside a bag in one of the drums. Aiman Halawa told
2  me that we would transfer these two drums with the explosives and the pistol to Beit Rima.
3  Question - How did you transfer the drums with the explosives and the pistol to Beit Rima?
4  Answer - The Sheikh purchased a cupboard from Nablus. Inside the cupboard he put the two drums containing
5  the explosives in the pistol. He gave the cupboard containing the explosives and the pistol to a transport vehicle
6  owner and told him to transfer the cupboard to the Al Amal supermarket in Beit Rima. That is the supermarket
7  that was mine. The Sheikh told the transport driver that the proprietor of the site, i.e. I, was waiting for him at the
8  site. I traveled from Nablus to Salfit and from there to Beit Rima in my vehicle. I traveled to my supermarket,
   and after about half an hour, the driver arrived with the cupboard containing the drums with the explosives and
10 the pistol. I traveled with the transport driver to my home. There, we took down the cupboard containing the
11 drums with the explosives and the pistol and the driver received money from me and drove off. After about a
12 week, Aiman Halawa sent me with a special delivery driver a gallon [sic] containing 20 liters of $H_2O_2$ (the
13 suspect said this in English). The driver came to me with the substance to Salfit, and there I took the substance to
14 my home.
16 Question - What did you need the substance $H_2O_2$ for?
17 Answer - That is the substance that is used to make the explosives Um Al Abed.
18 (It is now 1:02 p.m. The statement taking is stopped and the suspect and I depart for a noon break.)
19 (It is now 1:36 p.m. The suspect is returned to the interview room and the interview continues.)
20 Note – I explain to the suspect that he is still under warning and that he does not have to say anything unless he
21 wants to and that everything that he would say would be written down by me and might be used as proof against
22 him in court. [Arabic signature] Yitzhak Ya'akoboff
23 Question - Where exactly did you take the two drums with the explosives and the gallon with the $H_2O_2$ substance
24 to?
25 Answer - When I worked in satellite dishes I rented a storeroom from a man called Mustafa Barghouti. He lived
26 in Venezuela. I rented the storeroom through Abdullah Za'al Jamal Barghouti, aged about 33, a resident of Beit
27 Rima, he is my cousin.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 120

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 6 |

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 1:44 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1 This storeroom is in Beit Rima. I made a laboratory in this storeroom and to there I transferred the explosives
2 and the $H_2O_2$. In addition, I transferred to the laboratory the mechanisms of the remote control that Aiman
3 Halawa sent me with a taxi driver to Salfit. In this laboratory I manufactured the explosives and the explosive
4 devices:
5 Question - What were the first explosive devices that you manufactured in this laboratory in Beit Rima?
6 Answer - Two stone charges. I told you how one makes these explosive devices. The wooden box in these
7 explosive devices measured 25X20X40, into them I inserted the Um Al Abed explosives from the top, I added
8 gypsum with paint so that it would look like a stone.
10 Question - What did you do with these explosive devices?
11 Answer - I informed Aiman Halawa that I had manufactured the explosive devices and he told me to put one of
12 the explosive devices into the trunk of my vehicle and drive to Salfit and leave the automobile next to the girls'
13 school in Salfit, leaving the trunk open, and return after half an hour to take the vehicle. Aiman said that during
14 that time a person would arrive to take the explosive device. I did what Aiman told me to do and left the vehicle
15 with the explosive device in Salfit, and when I returned to the vehicle, I saw that they had taken the explosive
16 device. I know that the person who took the explosive device has the alias Salfit, aged about 25, a resident of
17 Salfit. I do not know his real name. I wish to add that together with the explosive device I put pictures of the
18 explosive device and I wrote on them instructions on how to activate the explosive device so that person would
19 know how to activate the explosive device.
20 Question - What did you do with the second stone explosive device that you made?
21 Answer - I gave it to Bilal Barghouti and after a few days he was arrested by the Preventive Intelligence, and
22 they came to his home and took the explosive device.
23 About a week after I transferred the explosive device to Salfit, as Aiman said to me, he, Aiman, called me and
24 told me that there was a resident of Salfit with whom there was a problem and he asked me for that person to hid
25 in my home for a day or two, and after that I would take him to Salfit and he would return to Nablus. I agreed
26 and met that person in Salfit.
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 121

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 7 | |

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence  *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:11 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1　I do not remember the alias of that person. I took that person in my vehicle from Salfit to my home in Beit Rima.
2　He slept over at my place for one night and on the following day I returned him in my vehicle to Salfit and he
3　returned to Nablus.
4　Question - What did you talk about with that person in Salfit when he visited your home?
5　Answer - He told me that he was the one who took the stone explosive device from my vehicle in Salfit and hid
6　it in an abandoned house in Salfit, and there children found it and ruined the explosive device.
7　Question - Did that person tell you where he wanted to place the explosive device?
8　Answer - He said that he wanted to place the explosive device at a bus stop next to Ariel Junction and told me
10　that he wanted me to connect a mobile phone to this explosive device so that he could activate the explosive
11　device remotely. I told him that I would send him two mobile phones so that he could connect one of them to the
12　explosive device, while he was to keep the other to use it to call the mobile phone that was connected to the
13　explosive device and activate the explosive device. But in the end I did not send him the mobile phones and I do
14　not know what he did with that explosive device. I wish to add that then that unidentified person from Salfit was
15　in my home, he gave me a 7 mm [sic] pistol and I gave him the 9 mm pistol that I had received from Aiman
16　Halwa along with 150 cartridges. I swapped pistols with that man because Aiman Halawa told me to do so. As I
17　told you, in the following morning I took him in my vehicle to Salfit and he returned to Nablus.
18　Question - Why did he come to your home and did not travel two days earlier to Nablus?
19　Answer - Because there were checkpoints on the way and he was afraid of being arrest.
20　(Comment – At this stage the suspect moves again to sit on the floor at his request)
21　After two days, Aiman Halawa called me and told me to come to him in Nablus. When I came to him, he gave
22　me 100 dollars and I met with that same unknown person from Salfit in Nablus, and I gave him the hundred
23　dollars that Aiman Halawa had given me. In addition, according to the instruction of Aiman, I gave that
24　unknown person my mobile phone number.
25　Question - What is your connection with the attack that occurred in the supermarket in Jerusalem with the beer
26　can?
27　Answer - During my first meetings with Aiman Halawa, when he taught me to prepare explosives and explosive
28　devices, he told me that there was a young man
　　[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 122

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | | Statement No. 1 Sheet No. 8 | | |
|---|---|---|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | | | Name in Latin letters | |
|---|---|---|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | | | Office Phone | |
| Address of Residence _____ **Continued** _____ | | | Name and Address of Workplace | | | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | | | |

| Mar 12, 2003 Date | 2:39 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1 who wanted to carry out a suicide attack. Aiman told me to ask Bilal Barghouti whether he had somebody who
2 could bring the suicide bomber into Israel. When I returned to Beit Rima I called Bilal Barghouti and asked him
3 whether he knew a person who would be able to bring a suicide bomber into Israel. Bilal Barghouti told me that
4 he knew somebody but he needed to check the matter out. I talked to Bilal Barghouti when I was on the way to
5 Beit Rima and when I arrived in Beit Rima he told me that there was an attempt to eliminate Hamas operatives in
6 Nablus. On the Al Jazira television they said that the elimination attempt was in Street 10 in Nablus, so we
7 understood that they had tried to eliminate Aiman Halawa. We, i.e. I and Bilal, tried to call Aiman's mobile
8 phone but he did not answer. After about three weeks, Aiman Halawa called me on my mobile phone and told
10 me to come to him in Nablus. I went to him and saw that his hands were burned. I told Aiman that Bilal
11 Barghouti had found somebody who could bring the suicide bomber to Israel. Aiman told me that before that
12 person would take the suicide bomber, we would give him a test and give him a small explosive device to bring
13 into Israel, to see whether that person could be trusted. I agreed and Aiman told me that on the following day he
14 would send me a small explosive device to Ramallah. Aiman said that it would be an explosive device that
15 would explode an hour after its activation. Aiman told me that I would decide where to put the explosive device,
16 i.e. inside a can of juice or something else. In addition, Aiman told me that in the future he would send the
17 suicide bomber to me to Al Bireh and I would meet the suicide bomber at the Gamal Abed-Al Nasser Mosque,
18 and he also gave me code words for the meeting with the suicide bomber (note – the suspect sits again on the
19 chair)
20 That night, I returned to Ramallah and I slept in the home in Ramallah. In the morning, Aiman called me and
21 told me that he had sent me the explosive device to Ramallah through a passenger transport driver. I went to the
22 public transport stop and took the package that Aiman had sent me. In side it there was the explosive device.
23 After that I traveled to Beit Rima. I called Bilal Barghouti and asked him what to put the explosive device in.
24 Bilal told me that he wanted to ask the person who would be taking the explosive device. After that, Bilal
25 Barghouti called me and told me to put the explosive device inside a juice can. I said to Bilal that he would buy
26 me three long cans of beer. Bilal bought three long cans of bear and returned to Beit Rima. We opened the beer
27 cans.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 123

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 9 |
|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** _____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:58 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1 I put inside one of the cans the explosive device. Before that of course I poured out the beer that was in the can.
2 After I put the explosive device into the beer can, I put in toilet paper or cotton wool, I do not remember exactly,
3 into the beer can, so that the device would not play inside the can. After that I sealed the can with its cap. I used
4 super glue to connect the cap. On the bottom of the beer can I made a hole and connected an On/Off switch (the
5 suspect says this in English) to it. The switch is connected to the explosive device with electric wires and I did
6 this before I sealed the can. After I prepared the explosive device in the beer can, I gave the explosive device to
7 Bilal Barghouti and he traveled to Ramallah and gave the explosive device to a man who would take it to
8 Jerusalem. After that I talked with Bilal Barghouti by mobile phone and he told me that the explosive device
9 should explode at noontime, at about 1:30 p.m. I heard in the news that they had announced that there was an
10 explosion in a supermarket in Jerusalem and that the explosive device was inside a can of beer. I knew right
11 away that this was the explosive device that I had prepared, but nobody was killed or injured by this explosive
12 device, because it was just like a test for that person before he brought the suicide bomber in.
13
14 After a few hours, I heard from residents of Beit Rima that there were checkpoints between Ramallah and Beit
15 Rima and that residents of Beit Rima were being stopped and their mobile phones were being checked, because
16 residents of Beit Rima were the ones who carried out the attack with the beer bomb in the supermarket in
17 Jerusalem. I and Bilal Barghouti understood that they had heard us talking on the mobile phone about the attack
18 and from that day we knew that we were wanted by Israel. On the following day I traveled with my vehicle from
19 Beit Rima to Salfit. I left the vehicle in Salfit and I traveled by passenger transport vehicle to Nablus and from
20 there I traveled by passenger transport vehicle to Ramallah.
21 Question - Why did you not travel from Beit Rima directly to Ramallah?
22 Answer - Because there were checkpoints between Beit Rima and Ramallah.
23 Question - Where exactly did you flee to in Ramallah?
24 Answer - On the day on which I arrived in Ramallah I slept in a hotel and on the following day I went to Bilal
25 Barghouti's home in Ein Um Sharait. At Bilal's home I saw the two drums with the Um Al Abed explosives that
26 Aiman Halawa had sent me, the activation mechanisms of the explosive devices
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 124

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1 Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 3:26 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  and the stone explosive device that I had given him as I told you earlier. That is the explosive device that was
2  taken by the Preventive Security. On the following day I rented a house in Ein Um Sharait next to Bilal
3  Barghouti's home. On the day on which I rented the home, Aiman Halawa called me and I asked him to send me
4  the large explosive device, i.e. the device for the suicide bombing that I told you about earlier in the same was as
5  he had sent me the small explosive device that I put into the beer can, i.e. he was to send me the explosive device
6  by passenger transport vehicle, and only after I would prepare the explosive device would he send me the suicide
7  bomber.
8  Question - What was your connection to the suicide attack that occurred in the Sbarro Restaurant in Jerusalem?
9  Answer - That was the suicide attack we talked about, I and Aiman Halawa. As I told you, I asked Aiman to send
10 me the large explosive device for the suicide attack with the passenger transport vehicle, and really after about a
11 week Aiman sent me the large explosive device inside a plant pot in which there was a plastic plant. I went to the
12 passenger transport stop, took the plant pot in which the large explosive device was hidden and I traveled to my
13 home in Ain Um Sharait, where I took the explosive device out of the plant pot.
14 Question - Describe this explosive device to me.
15 Answer - It was an explosive device that consisted of two shampoo bottles containing Um Al Abed explosives,
16 two batteries and electrical wires and an activation switch.
17 Question - What did you do with this explosive device?
18 Answer - Bilal Barghouti purchased a guitar. That was a natural wood colored guitar. Bilal brought the guitar to
19 my home. I put the explosive device that Aiman Halawa had sent me into the guitar, and I also put in two plastic
20 bags filled with Um Al Abed explosives and also stuck screws with super glue to the wood of the guitar on the
21 inside. I sealed the hole of the guitar with glass so that nobody could see what was inside it. On the other side of
22 the guitar I made a small hole through which I connected the wires to the explosive device and on the other end
23 of the wires I connected the activation switch.
24 (It is now 3:54 p.m. The statement taking is stopped. The suspect is taken out of the room for dinner and a toilet
25 break. It is now 4:33 p.m. The suspected is returned to the interview room and the statement taking is continued).
26 Note: I explained to the suspect that he was still giving a statement under warning concerning the suspicions that
27 were attributed to him.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 125

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1 Sheet No. 11

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 4:35 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  I put the guitar containing the explosive device into the guitar's case (the guitar's housing), which was a black
2  cloth case. I made a hole in the guitar case through which I extracted the wires with the switch and I put the
3  switch into a pouch that was on the case of the guitar from above. After that I and Bilal Barghouti called Aiman
4  Halawa and told him that we had finished preparing the explosive device and I concluded with him that he
5  should send on the following day after the noontime prayers the suicide bomber to the Gamal Abed-Al Nasser
6  Mosque in Al Bireh. After that, Bilal Barghouti took the guitar containing the explosive device and took it to his
7  home. I said to Bilal Barghouti that he was to go on the following day after the noontime prayers to the Abed-Al
8  Nasser Mosque and take the suicide bomber from there, and he agreed. Two days after I had prepared the guitar
9  with the explosive device, I met Bilal Barghouti at 10:00 a.m. in the morning in the vegetable market in
10 Ramallah, and he told me that the day before he took the suicide bomber from the Jamal Abed-Al Nasser
11 Mosque and had lodged him in his home, and on the following day in the morning, i.e. that day, when I met Bilal
12 in the market in Ramallah, people came and took the suicide bomber with the guitar containing the explosive
13 device to Jerusalem. After about an hour, i.e. at about 11:00 a.m., I and Bilal Barghouti were arrested for
14 questioning by the Preventive Security in Ramallah. Before they started to interview us, we heard that there had
15 been an attack in the Sbarro Restaurant in Jerusalem and many people had been killed and many people had been
16 injured. Bilal Barghouti told me immediately that it was our attack because he knew that they were going to
17 carry out the attack in a restaurant in Jerusalem and on that evening, after they announced the name of the
18 suicide bomber, Al Masri, Bilal told me that it was definitely our attack because he knew the suicide bomber.
19 Question - What did they question you about at the Preventive Security?
20 Answer - It was not an ordinary interview, but only questions. They asked me whether I knew where there were
21 explosive devices and explosives, and I sent them to my apartment in Ein Um Sharait and to my storeroom in
22 Beit Rima and they took from my home in Ein Um Sharait the two drums of olives containing the Um Al Abed
23 explosives in them. Bilal Barghouti transferred to my home these drums when we planned the attack with the
24 guitar. In addition, they took from my home electricity wires, super glue, a soldering iron, from my storeroom in
25 Beit Rima.
26
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 126

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 12 | | | |

| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | | Name in Latin letters | |
|---|---|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | | Office Phone | |
| Address of Residence          *Continued* | | | Name and Address of Workplace | | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | | |

| Mar 12, 2003 Date | 5:01 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  They took only Um Al Abed explosives. The gallon with 20 liters of $H_2O_2$, they left in the storeroom. I do not
2  know what happened to Bilal with his questioning, but they took from Bilal's home the stone explosive device
3  and the 7 mm [sic] pistol that I had given to Bilal Barghouti on the night before we were arrested.
4  Question - What did they do with you after the interview?
5  Answer - We were detained in the Preventive Security prison in Ramallah from that day until the day on which
6  Abu Ali Mustafa was eliminated. After his elimination they released us from the prison.
7  Question - To where exactly did they release you?
8  Answer - Jibril Rajoub delivered me and Bilal Barghouti to Marwan Barghouti and we stayed in Marwan
9  Barghouti's home for about three weeks. Marwan Barghouti's home is in Ramallah, it is next to the Arab Bank.
10 (Note – at this stage, at his request, the suspect moves to sit on the floor)
11 Question - Who were the people who came to visit you in the period in which you were detained by the
12 Preventive Security?
13 Answer - (1) Marwan Barghouti. This was the first time I met him. I and Bilal Barghouti asked Marwan
14 Barghouti for clothes and I also said to him that I wanted to see my wife Faida and Marwan brought us clothes
15 and also brought my wife Faida who visited me in the prison of the Preventive Security in Ramallah.
16 Question - How exactly did your wife come to visit you in the prison?
17 Answer - My cousin Mohamed Taher Barghouti, aged about 25, a resident of Beit Rima, took my wife Faida to
18 Ahmed Faransi and he, Ahmed Faransi, brought my wife Faida to visit me in prison.
19 (2) Sheikh Hassan Yusef, known as Abu Musab, and I gave him my bank account number and that of Bilal
20 Barghouti, and also the bank account number of my parents in Amman.
21 (3) Ahmed Faransi came a few times to visit us with Marwan Barghouti.
22 (4) Bilal Barghouti's mother.
23 Question - Tell me about the $H_2O_2$ material that Mohamed Taher Barghouti transferred to you while you were
24 hiding, you and Bilal Barghouti, in Marwan Barghouti's home.
25 Answer - I told Ahmed Faransi that my storeroom in Beit Rima
26 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 127

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 13 | |
|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 5:22 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1　had H$_2$O$_2$, from which one prepares the Um Al Abed explosive, in it. I told Ahmed Alfaransi that Mohamed
2　Taher Barghouti knew where this material was kept and that he should ask him to transfer this material to me.
3　Ahmed Alfaransi met Mohamed Taher Barghouti. Mohamed Taher Barghouti gave Ahmed Alfaransi the gallon
4　containing 20 liters of H$_2$O$_2$. Ahmed Alfaransi arrived to Marwan Barghouti's home with this gallon, and I
5　traveled in Ahmed Alfaransi's vehicle and transferred the gallon with the H$_2$O$_2$ material to the home of Bilal
6　Barghouti in the Ein Misbah neighborhood. In addition, on that day, Ahmed Alfaransi bought me a Joule mobile
7　phone, whose number I do not remember.
8　Question - What explosive devices did you miniature with the H$_2$O$_2$ material that Mohamed Taher Barghouti
9　transferred to you through Ahmed Alfaransi?
10　Answer - First of all I made the Um Al Abed explosives in Bilal Barghouti's home. After that I used these
11　explosives for manufacturing four stone explosive devices, three explosive devices in orange juice cartons, these
12　are liter cartons like those of milk. In addition, I used this material for the computer explosive device, an
13　explosive belt and a black cloth bag. The computer explosive device, the explosive belt and the bag of bad cloth
14　in which I put explosives were used by the two suicide bombers who carried out the suicide attack in Jerusalem.
15　They exploded with the explosive belt and the computer and the bag exploded inside a car shortly after they
16　exploded. I do not remember how many people were killed or injured in that attack, but there had not yet been
17　such an attack with two people having committed suicide together immediately followed by the explosion of a
18　vehicle that had an explosive device inside it.
19
20　Question - Tell me about the weapon that you bought from Ahmed Alfaransi for Mohamed Taher Barghouti.
21　Answer - I bought from Ahmed Alfaransi a Kalashnikov and a Belgian 14 pistol, and I gave the war materiel to
22　Mohamed Taher Barghouti. Mohamed Taher Barghouti is the one who asked me to buy him a weapon. I do not
23　know what he wanted the war materiel for.
24　Question - Tell me about the explosive devices that you manufactured for Marwan Barghouti.
25　Answer - In the period in which we were hiding, I and Bilal Barghouti, in the home of Marwan Barghouti, he,
26　Marwan, asked me to prepare explosive devices
27　[Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 128

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | Statement No. 1 Sheet No. 14 | | |
|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 5:52 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  in order for him to use these explosive devices in case IDF forces would enter Ramallah. About a month after I
2  moved to a house in the Al Iksal neighborhood in Ramallah I manufactured two stone explosive devices for
3  Marwan Barghouti. After that I called Marwan Barghouti and told him that I had prepared two explosive devices
4  for him. In that evening I met Marwan Barghouti in the street in downtown Ramallah. He entered my vehicle and
5  I told him that the explosive devices that I had prepared for him were in the trunk of the vehicle. Marwan
6  Barghouti talked to a few people using his mobile phone and then told me that IDF forces would not be entering
7  Ramallah in the near future and therefore he told me to keep the explosive devices. I returned the explosive
8  devices to the laboratory in Al Iksal Street and after the IDF entered Ramallah I fled from that house, and a
10 person called Salah told me that he had taken all of the things that were in the laboratory, i.e. four stone
11 explosive devices and three juice explosive devices and had given them to another person who was also called
12 Salah, but the first is Salah 2 and the second is Salah 1.
13 Question - Who is Salah 1?
14 Answer - My interrogator has shown me a picture and I have identified Ibrahim Hamad, he was the one who was
15 known as Salah 1.
16 Question - In other words, all of the explosive devices that were taken from the laboratory in Al Iksal Street were
17 transferred to Ibrahim Hamad?
18 Answer - Yes.
19 Question - Tell me about your activity with Ibrahim Hamad.
20 Answer - About ten days after we fled to Marwan Barghouti's home, Bilal Barghouti left Marwan's home. After
21 two days I met Bilal Barghouti, and he told me that he was in an apartment in Ein Misbah and told me to come to
22 an apartment in Ein Misbah, because there was a person there who wanted to see me. Two days after that, I came
23 to Ein Misbah Street, where I met Bilal Barghouti, and he took me to an apartment where I met Ibrahim Hamad,
24 who was known as Salah 1. During the meeting with Ibrahim Hamad, I was masked, although Bilal had told me
25 my full name, I did not want him to see my face.
26 [Arabic signature] Yitzhak Ya'akoboff
27
28

Time of completion of taking of statement

[Stamp] P 7: 129

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by          Israel Police          Statement No. 1 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 Date | 6:12 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  I stayed with Ibrahim Hamad alone in the room and he suggested that I leave Marwan Barghouti's home and
2  come to life with them in their home. I said to Ibrahim Hamad that I wanted to live at home alone and not with
3  Bilal. After that I returned to Marwan Barghouti's home and after two days Ibrahim Hamad told me that they
4  had found an apartment for me. I slept in that apartment one night but I was not happy and I left the apartment. I
5  told Bilal Barghouti of that and I told him that they were to look for another house for me and I returned to
6  Marwan Barghouti's home. After two days, I arrived at Bilal Barghouti's home in the Ein Musbah
7  neighborhood, where I met Ibrahim Hamad again, and he suggested that we work together, and he would be
8  responsible for me for me on the part of the Az A-Din Alqassam Brigades of the Hamas. In addition, he asked
10 me to stop my activity with the Hamas operatives from Nablus and told me that we would carry out attacks with
11 explosive devices that I would manufacture, and also asked me to teach other people how to manufacture
12 explosives and explosive devices. I agreed to everything that Ibrahim Hamad said and then he told me that my
13 alias would be Kamal and that I was to work only with him irrespective of Bilal Barghouti, and that there would
14 be a contact person called Salah 2 who would be the coordinator between us and him. As I said to you, I agreed
15 to everything that Ibrahim Hamad told me.
16 Question - Why should he be your supervisor?
17 Answer - Because Ibrahim Hamad was responsible for all of the activity of the military arm of the Hamas in the
18 Ramallah area.
19 Comment – I explained to the suspect that it was late and therefore we would stop the testimony taking at this
20 stage and continue it tomorrow, God permitting
21 This is my statement, which was read out before me and translated into Arabic and confirmed as correct with my
22 handwriting.
23
24 [Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]
25
26
27
28

Time of completion of taking of statement

[Stamp] P 7: 130

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 116-30.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 7: 116-30.

Dated: March 6 , 2014

_____
Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 10/23/14
































