
# EXHIBIT A.428

(2 of 2)

1/6/03

רס"ן חן רובינשטיין 2193663
שופט צבאי

הודעתו של: / اعلان شيع

משטרת ישראל

הודעה מס' 2 / اعلان رقم
גליון מס' 1 / تسلسل رقم

מספר זהות / رقم الهوية: 030300028

מצב משפחתי / الحالة الاجتماعية: נשוי

E-891/98

תאריך לידה / تاريخ الولادة: 5.10.72

מס' טלפון בבית / التلفون في البيت: 059-878131

תאריך / التاريخ: 13.3.03

מקום / مكان

החוקר / المحقق — מס' אישי / الرقم الشخصي: 1008

עבדאללה גאלב עבדאללה אלברגותי

عبد الله غالب عبد الله البرغوثي

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 2

גליון מס' / صفحة رقم: 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | דת / الدين | מין / الجنس |
|---|---|---|---|
| E-89/98 | נשוי / متزوج; רווק / اعزب; גרוש / مطلق; אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טלפון בבית / التلفون في البيت | טלפון בעבודה / التلفون مكان العمل |
|---|---|---|---|
| | | | |

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03 — שעה / الساعة: 10:29 — מקום / المكان — החוקר / المحقق — מס' אישי / الرقم الشخصي — דרגה / الرتبة — שם פרטי / الاسم الشخصي — שם משפחה / اسم العائلة

נאמן למקור

משטרת ישראל

הודעתו של: / علان تبع

הודעה מס' / اعلان رقم: 2    גיליון מס' / نسخة رقم: 3

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לועזיות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | | | |

| שם פרטי קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | רווק / اعزب | נשוי / متزوج | גרוש / مطلق | אלמן / ارمل | מין / الجنس | דת / الدين |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

| מען מגורים / العنوان | שם מקום העבודה / اسم وعنوان مكان العمل |
| --- | --- |
| | |

| טל' סלולרי / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / العنوان الأب |
| --- | --- | --- |
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / مكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 10 | | | | | |

שעת סיום גביית ההודעה

הודעתו של: / إفادة

משטרת ישראל

הודעה מס' / إفادة رقم: 2

גיליון מס' / نسخة رقم

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-891198 | נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| טל' סלולרי / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / عنوان الاب |
|---|---|---|
| | עבדאללה | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 11:30 | | 1008538 | | | |

שעת סיום גביית ההודעה

הודעתו של: / إفادة

משטרת ישראל

הודעה מס׳ / إعلان رقم: 2 — גיליון מס׳ / نسخة رقم: 5

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف لاتينية |
|---|---|---|---|
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | E-891/98 | | |

שנת לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל׳ בבית / التلفون في البيت — טל׳ בעבודה / التلفون بمكان العمل

מען מגורים / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס׳ טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13.3.03 | | | | 1008250 | | | |

שעת סיום גביית ההודעה

חתימה

משטרת ישראל

הודעתו של: / إفادة

הודעה מס' / إفادة رقم 2 — גליון מס' / صفحة رقم 6

**משטרת ישראל**

**הודעתו של:** / اعلان تبع

הודעה מס' / اعلان رقم: 2 גליון מס' / نسخة رقم: 7

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-89/98 ברגותי | נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل ☐ | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

מען מגורים / العنوان:

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.05 | 13:28 | [illegible] | [illegible] | רס"מ | [illegible] | [illegible] |

את כל הדברים שאני עשיתי [illegible] הם כתבו את תחילת ההודעה
שלי ואני נתתי להם את תחילת ההודעה את שם אשרף אלאחמד
שהיה הראשון שלי. כמו כן אני גם סיפרתי את הדברים על שם
[illegible] אני [illegible] [illegible] אשרף
שאלה – ספר לי על [illegible] בבנין [illegible]?
תשובה – [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
שאלה – האם גם [illegible]?
תשובה – [illegible]
[illegible]
[illegible] 2002 [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
שאלה – ספר לי על [illegible] בבנין [illegible]?
תשובה – [illegible] 2002 [illegible]
[illegible]
[illegible]

עם סיום רישום ההודעה

חתימת החוקר: [illegible] חתימה: عبدالله [illegible] (signature)

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' 2 / اعلان رقم — בגיליון מס' 8 / نسخة رقم

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-89/198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / رقم التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

מען / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 1354 | | | 100858 | | | |

[Handwritten statement text, lines 1–28]

שעת סיום גביית ההודעה

חתימה

משטרת ישראל

הודעתו של: / اعلان شيخ

מספר זהות / رقم الهوية: 030300028

שם משפחה / اسم العائلة

שם פרטי / الاسم الشخصي

תאריך / التاريخ: 13.3.03

הודעתו של: / اعلان شيع

משטרת ישראל

הודעה מס' 2 / اعلان رقم
גליון מס' 10 / نسبة رقم

מספר זהות / رقم الهوية: 030300028

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שם באותיות לטיניות / الاسم في حروف لاتينية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل

מין / الجنس

דת / الدين

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל' בבית / التلفون في البيت

טל' במקום העבודה / التلفون بمكان العمل

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / عنوان الاب

תאריך / التاريخ: 13.3.03

שעה / الساعة

מקום / المكان

החוקר / المحقق

מס' אישי / الرقم الشخصي

דרגה / الرتبة

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

חתימת החוקר / توقيع المحقق

שעת סיום גביית ההודעה

הודעתו של: / إفادة

משטרת ישראל

הודעה מס' 2 / إعلان رقم

גליון מס' 11 / صفحة رقم

מספר זהות / رقم الهوية: 030300028

שם משפחה / اسم العائلة | שם פרטי / الاسم الشخصي | שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية: רווק / أعزب, נשוי / متزوج, גרוש / مطلق, אלמן / أرمل | מין / الجنس | דת / الدين

E-891/98

תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون مكان العمل

מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת הורים / عنوان الأب

תאריך / التاريخ: 13.3.03 | שעה / الساعة: 20 | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

הודעתו של: / إفادة
משטרת ישראל

הודעה מס' 2 / גליון מס' 1 / 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-89/98 | רווק / נשוי / גרוש / אלמן | | |

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מען / العنوان — מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الأب — כתובת ההורים / عنوان الأب

תאריך / التاريخ: 13.3.03 — שעת / الساعة: 16:50 — מקום / المكان — החוקר / المحقق: מס' אישי / الرقم الشخصي, דרגה / الرتبة, שם פרטי / الاسم الشخصي, שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

P 7: 142

הודעתו של:
علان تبع

משטרת ישראל

הודעה מס' 2 / افادة رقم
גליון מס' 13 / نسخة رقم

מספר זהות / رقم الهوية: 030300028

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: רווק / اعزب, נשוי / متزوج, גרוש / مطلق, אלמן / ارمل

E-89/98

מין / الجنس

דת / الدين

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל' בבית / التلفون في البيت

טל' בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03

שעה / الساعة

מקום / المكان

החוקר / المحقق

מס' אישי / الرقم الشخصي

דרגה / الرتبة

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

(1.03) 2600*50*2

משטרת ישראל

הודעתו של: / اعلان شمع

הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 1

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לועזיות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | [illegible] | [illegible] | |

שם קודם / الاسم السابق — מצב משפחתי / الحالة الاجتماعية: E-891/98 — מין / الجنس — דת / الدين

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

טל' סלולרי / رقم الهاتف اللاسلكي — שם האב / اسم الأب — כתובת ההורים / العنوان الأب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق — מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible handwritten statement, lines 1–28]

שעת סיום גביית ההודעה

(1.02) 2600×50×2

[illegible signatures]

משטרת ישראל

הודעתו של:

P 7: 145

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 16

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 033030028 ק.פ | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-89/198 [illegible] | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / مكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 1834 | מ. יהודה | 1008358 | רס"ר | [illegible] | [illegible] |

שאלה- [illegible] ?

תשובה- [illegible] ?

שאלה- [illegible]

[illegible] ?

תשובה- [illegible]

[illegible]

[illegible]

[illegible]

[illegible] 1008358 [illegible]

נאמן למקור

שעת סיום גביית ההודעה

(1.02) 2600×50×2

3007"ס