# EXHIBIT A.429

PLAINTIFF'S EXHIBIT 429

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Signature] *June 1, 2003*
[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by Israel Police Statement No. 3 Sheet No. 1

| Identity No. fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | | Home Phone 059-878131 | Office Phone | |
| Address of Residence Beit Rima | | | Name and Address of Workplace Satellite dish assembly | | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | | Parents' Address Jordan | | |

| Mar 30, 2003 | 5:43 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military organization, military training without a permit, possession of war materiel, manufacturing explosive devices and explosives, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted murder. You do not have to say anything unless you want to, but whatever you will say will be written down by me and may be used as proof against you in the court.
[Arabic signature] Yitzhak Ya'akoboff
After I read and translated to the individual above the content of the text above, he said to me as follows:
Question - Have you understood the suspicions against you?
Answer - Yes, I have understood them.
Question - I want to show you photographs and for you to tell me who the person in the photograph is, okay?
Answer - No problem.
Question - I am showing you a photo that I have marked with the number 1. Who is the man in the photo?
Answer - That is Salah 1, who is Ibrahim Hamad. I have already seen this picture. The Shin Bet interrogators showed me this photograph and I identified the man in the photograph as Salah 1.
(I seized the photograph and marked it with the in initials Y.Y. and the date March 30, 2003).
Question - I am showing you a photo, which I have marked with the number 2. Who is the man in the photo?
Answer - This is Salah 2, whom I told you about in my statement. I have already seen this photograph. The Shin Bet interrogators showed me the picture and I identified the man in the photograph as Salah 2. Of course, I have told you about Salah 1, who is Ibrahim Hamad, in my statement.
(I seized the photograph and marked it with the in initials Y.Y. and the date March 30, 2003).
Question - I am showing you a photograph that I have marked with the number 3. Who is the man in the photograph?
Answer - The Shin Bet interrogators also showed me this photograph, and I identified the man in this photograph as the Sheikh, whom I have told you about in my statement. I met him in Nablus and he took me to Aiman Halawa.
(I seized the photograph and marked it with the in initials Y.Y. and the date March 30, 2003).
[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 147

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 3 Sheet No. 2

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 30, 2003 | 6:00 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

Question - I am showing you a photograph that I have marked with the number 4. Who is the man in the photograph?

Answer - The Shin Bet interrogators showed me this photograph too, I identified the man in the photograph. This is the man in Salfit whom I hid in my house because he was wanted, and I also gave him an explosive devices. I told you about him in my statement:

(I seized the photograph and marked it with the in initials Y.Y. and the date March 30, 2003).

Question - In the first statement that you gave me on March 12, 2003, you told me about an explosive device that Aiman Halawa sent you in order to test a suicide bomber and see whether he could be trusted. You told me that this was an explosive device that exploded an hour after its activation. Can you explain to me when exactly the explosive device exploded?

Answer - This explosive device explodes on the hour, that is, if you activate the explosive device at 10:05 a.m. it will explode at 11:00 a.m.

Question - In your second statement that you gave me I asked you about the two forged identity cards that you had and I asked you took with you. Are you prepared to tell me again with which identity card you took with you?

Answer - I took with me the identity card to the name of Arafat Taher Barghouti.

Question - In the first statement that you gave me on March 12, 2003 (page 13 line 14) and in the second statement that you gave me on March 13, 2003 (page 9 line 21) you told me that you had prepared an explosive belt, a black fabric bag containing an explosive device and a computer containing an explosive device, and that an attack in Jerusalem was carried out with that explosive belt, the bag and the computer. You said that the two suicide bombers exploded with the explosive belt and the bag and after that the computer that was inside a vehicle exploded. I ask you, who asked you to manufacture these explosive devices?

Answer - Salah 2 came to me and said that Salah 1, that is, Ibrahim Hamad, wanted me to manufacture two explosive belts and a bag containing an explosive device. Because I did not have enough materials, I said to Salah 2 that I would manufacture one explosive belt, a bag containing an explosive device and a computer containing an explosive device instead of the explosive belt. Salah 2 agreed and then I took a computer that I had in my home,

[Arabic signature] [illegible]

Time of completion of taking of statement

[Stamp] P 7: 148

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 3 Sheet No. 3

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 30, 2003 | 6:26 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

dismantled it and inserted into it plastic milk bottles that I had filled with Um Al Abed explosives and screws, and then I closed up the computer. But the attack was not like you said to me. The first to explode was the bomber who held the computer. After that the terrorist [sic] who had the explosive belt exploded and afterward the bag with the computer that was inside the vehicle exploded. The explosive device that was inside the vehicle was activated by a clock. It was a device that explodes on the hour. After I made these explosive devices, I gave them to Salah 2. He took them by himself form the apartment in Iksal Street. I do not know to whom exactly he gave them.

Question - who were the terrorists who committed suicide in this attack with the explosive devices that you manufactured?

Answer - One is called Aiman, one is called Osama. Both are residents of Azaria or Abu Dis.

Just a moment. I think that one is called Osama Batar and not Aiman and the other Nabil Halabia.

Question - How did you know that they carried out the attack with the explosive devices that you manufactured?

Answer - First of all, there was never such an attack in which two suicide bombers exploded and then a bag exploded inside a vehicle, and this attack was also exactly according to the plan, that is, Salah 2 told me that Salah 1 wanted the attack to be like this before I manufactured the explosive devices. In addition I have already told you that inside these explosive devices I put rat poison. That was the only time I used rat poison.

Question - You told me about many explosive devices that you prepared and you also said that you used screws and only on the explosive device that was in the attack in the Hebrew University you said that you used nuts. What do you have to say about that?

Answer - In all of the explosive devices I used nuts and sometimes I used screws and black nails.

Question - Do you have anything to add?

Answer - No.

This is my statement, which has been read before me and translated into Arabic and confirmed as correct by my signature.

Question - Before you sign, I forgot to ask you another question. Tell me about the bank account that you opened before you became wanted in Israel.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 149

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 3 Sheet No. 4

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | ***Continued*** | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 30, 2003 | 6:43 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

Answer - Before I became wanted, I opened a bank account under my name at the Arab Bank in Manara Square in Ramallah. Salah 1 deposited into this account NIS 40,000. It was in about September 2001. In October 2002, I opened a bank account under the name of Arafat Taher Barghouti at the Arab Bank in Al Bireh, account no. 14948. I wanted Salah 2 to put into this account the money for the apartment that I had purchased in the Alkarma building, but like I told you in the previous statement, Salah 2 gave me the money for the apartment in cash.

Question - Do you have anything to add?

Answer - No.

This is my statement, which has been read before me and translated into Arabic and confirmed as correct by my signature.

[Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]

Time of completion of taking of statement

[Stamp] P 7: 150

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 147-50.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 7: 147-50.

Dated: March 6, 2014

Rina Ne'eman

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

Leonor Troyano
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires [illegible]

1/6/03

הודעתו של: 2193663 קפטן חנן רוזנשטיין שופט צבאי

اعلان تبع

משטרת ישראל

הודעה מס' اعلان رقم: 3

גליון מס' نسخة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
| --- | --- | --- | --- |
| E-891198 [illegible] | נשוי متزوج ☒ / רווק اعزب ☐ / גרוש مطلق ☐ / אלמן ارمل ☐ | [illegible] | [illegible] |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| 15.10.72 | [illegible] | 059-878131 | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- |
| [illegible] | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
| --- | --- | --- |
| | [illegible] | [illegible] |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 30.3.03 | 1743 | [illegible] | 1008358 | [illegible] | [illegible] | [illegible] |

[illegible handwritten statement text, lines 1–28; references to "30.3.03" appear in lines 17, 23 and 28, and the number 1008358 in line 1]

חתימות גביית ההודעה

[illegible]

P 7: 147

משטרת ישראל

הודעתו של: / اعلان تبع

| | |
|---|---|
| הודעה מס' / اعلان رقم | גליון מס' / نسخة رقم: 2 |
| מספר זהות / رقم الهوية | 030300278 |
| שם פרטי / الاسم الشخصي | |
| שם משפחה / اسم العائلة | |
| שם באותיות לטיניות / الاسم في حروف انكليزية | |
| שם קודם / الاسم السابق | E-89/198 |
| מצב משפחתי / الحالة الاجتماعية | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل |
| מין / الجنس | |
| דת / الدين | |
| תאריך לידה / تاريخ الولادة | |
| מקום לידה / مكان الولادة | |
| טל' בבית / رقم التلفون في البيت | |
| טל' בעבודה / رقم التلفون بمكان العمل | |
| המען / العنوان | |
| שם ומען מקום העבודה / اسم وعنوان مكان العمل | |
| מס' טלפון נייד / رقم الهاتف اللاسلكي | |
| שם האב / اسم الاب | |
| כתובת ההורים / عنوان الاب | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 30.3.03 | 18:00 | | | 1008258 | | | |

משטרת ישראל

הודעה מס' / اعلان رقم: 3 גליון מס' / نسخة رقم: 3

הודעתו של: / اعلان تبع:

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

שם קודם / الاسم السابق — מצב משפחתי / الحالة الاجتماعية: רווק / أعزب · נשוי / متزوج · גרוש / مطلق · אלמן / ارمل — מין / الجنس — דת / الدين

E-891/98

תאריך לידה / تاريخ الولادة: 1972 — מקום לידה / مكان الولادة — מס' טלפון בבית / رقم التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

המען / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب: גאלב עבדאללה — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 30.3.03 | 18:25 | מ.ע. ירושלים | | 1007367 | רס"ר | יעקב | [illegible] |

המקום אליו [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. אבל
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] הוא
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
שאלה: מי היו המחבלים [illegible] [illegible] [illegible] [illegible] [illegible]?
תשובה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
שאלה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]?
תשובה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
כן [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
שאלה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
תשובה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] ([illegible]) [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ([illegible]) [illegible] [illegible]
[illegible] [illegible] [illegible]
שאלה: [illegible] [illegible] [illegible] [illegible]?
תשובה: [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
שאלה: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]?

שעת סיום גביית ההודעה

(7.02) E500×50×2

عبد الله غالب عبد الله البرغوثي

[illegible]

מ-3007

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' / اعلان رقم: 3

גליון מס' / نسخة رقم: 4

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| ת"ז 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברג[illegible] E-891198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان لعمل |
|---|---|---|---|
| | [illegible] | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / عنوان الاب |
|---|---|---|
| | סעיד / עבדאללה | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق — מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 30.3.03 | 1843 | מ. ירושלים | 1008353 | רס"ר | [illegible] | [illegible] |

שאלה – לפני [illegible] לחוקר [illegible] בבנק [illegible] הבנק [illegible]
[illegible] ברגותי [illegible] (אלבגבה) [illegible] 1 [illegible] 40.000 [illegible]
[illegible] 2001 [illegible] אוקטובר 2002 [illegible]
[illegible] הבנק [illegible]
[illegible] 14948 [illegible] 2 [illegible]
[illegible]
[illegible] 2 [illegible] —
[illegible] לך [illegible]?
תשובה – לא
[illegible]
[illegible] عطا البيز [illegible] / [illegible] 1008353

[illegible signature]

[illegible stamp]

שעת סיום גביית ההודעה

(7.02) 6500x50x2

מ-3007