# EXHIBIT A.430

PLAINTIFF'S EXHIBIT 430

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Signature] *June 1, 2003*
[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by Israel [logo] Police Statement No. 4 Sheet No. 1

| Identity No. 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|---|
| Prior Name | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth | | Home Phone | Office Phone | |
| Address of Residence Beit Rima | | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Abdullah | | Parents' Address | | |

| May 12, 2003 | 10:50 a.m. | Jerusalem Police | Investigator | 95311-7 | M. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I have seen the above mentioned individual before me, and I said to him: I, a police officer, Master Sergeant Moshe Levi, Badge No. 953117, inform you hereby that you are suspected what you were told on March 21, 2003, March 13, 2003, March 30, 2003, all of which is in contravention of the law. You do not have to say anything unless you want to, but whatever you will say will be written down by me and may be used as proof.
Signature of the suspect: [Arabic signature] Signature of the police officer: [Signature]
After I read and translated to the suspect the foregoing, the suspect said to me as follows:
Q: Do you have anything else to add to what you said in your previous statements?
A: Yes, I do. During the Gulf War, I went out with volunteers in order to fight with the Iraqis against America. They took us to a camp in Iraq and I received a Kalash [sic] type weapon, and I [illegible] detained in Kuwait. And I want to tell you that in 2001, I talked to Aiman Halawa and Aiman told me that an engineer from Jordan should be arriving, to teach them about war materiel, explosive devices. Bilal Barghouti told me that and Aiman thought that it was me, I explained that it was not me and in the period, and in that period that I was working with Ibrahim Hamad, I heard from him that an engineer from Jordan who had been sent to the West bank had been arrested. Ibrahim told me that the engineer was arrested because he had worked with a cell that the Shin Bet had managed to get into. I want to tell you that [illegible] Aiman Halawa trained me, Aiman asked me to prepare a room to keep in it abducted soldiers, I agreed and I told him that he should only prepare me a day beforehand [illegible] my family to Amman [?].
Q/ A: I prepared a room in my home in Beit Rima, this house was demolished by the army. Aiman also gave me a telephone number of somebody [illegible] and told me that it was [illegible] the operatives and I was busy with the [illegible]. When Bilal Barghouti [illegible] and executed the Sbarro attack, I did not call that person, and [illegible] only 4 days after I was released from the prison of the Palestinian Authority, I talked with [illegible] who told me that his name was Salah 1. In the end I knew that it was Ibrahim [illegible] a resident of Ramallah, who is wanted today, a Hamas operative.

[Signature] [Arabic signature]

Time of completion of taking of statement

[Stamp] P 7: 151

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by Israel [logo] Police Statement No. 4 Sheet No. 2

| Identity No. 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth -2- | | Home Phone | Office Phone | |
| Address of Residence | | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | |

| May 12, 2003 | 8:00 p.m. | Jerusalem Police | Investigator | 95311-7 | M. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

and Ibrahim fixed with me a meeting next to the Jordanian Bank in Ramallah. I agreed and I sent Bilal Barghouti to this meeting. After that I met Bilal, who told me that he was in the meeting and everything was okay, and later I met Ibrahim in the apartment in the Ein Misbah neighborhood. I want to tell you that the first young man whom Ibrahim Hamad sent me, I believe that he is an engineer, because when we sat in the apartment in Ein Misbah and I taught him about the electric circuit for the explosive device, he wrote like engineers, because he was in the apartment with us, in the room [illegible] knew what I was teaching him, after an hour I saw that the young man did not understand, [illegible] and I stopped him and Ibrahim asked me to [illegible] him Salah 2.

Q/A: When I say "[illegible] that does not mean that [illegible], it is just known that the [illegible] are "silly", do not understand [illegible], that is all.

I shall continue to tell you what was after that. 15 days before I was arrested, Salah 2 came to me. [illegible] Ibrahim Hamad in order for me to teach him to prepare explosive devices, the young man, aged 25 [illegible], I sat and taught him while both of us were masked, I taught him how to prepare electric circuits, an electric circuit to a mobile phone and how to connect to a clock. I want to tell you that while I was in the apartment in Ein Misbah, I bought a computer and a scanner in order to transfer the papers on which there are instructions for manufacturing explosives that I had received from Aiman, and then I put the papers into diskettes because the planning was to transfer the diskettes to people who would undergo training. In this period, Ibrahim Hamad visited me and Ibrahim told me that the Palestinian Islamic Jihad in Ramallah [illegible] instructions for manufacturing explosives and explosive devices, and then I gave him a diskette filled with instructions, and Ibrahim said that he would pass the Diskette to the Palestinian Islamic Jihad so that they [illegible] a young man who would learn from that diskette.

Something else that I want to tell you is that shortly before the attack at the Moment, Salah 2 [illegible] me a young man who needed to go out to perform a suicide attack using [illegible] and Ibrahim asked [illegible] Salah 2

[Signature] [Arabic signature]

Time of completion of taking of statement

[Stamp] P 7: 152

[Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by
Israel [logo] Police
Statement No. 4 Sheet No. 3

| Identity No. 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| May 12, 2003 | 8:23 p.m. | Jerusalem Police | Investigator | 95311-7 | M. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

[Illegible] okay [illegible] change his mind, I talked to him and [illegible] that he was okay, [illegible]told me that the [illegible]depart for a suicide attack because his father was under suspicion of collaboration and he wanted to clear his name, and I said that to Ibrahim, and Ibrahim said [illegible] because he was not prepared to send someone on a suicide attack only to clear his name. I returned him [illegible], he did not carry out an attack. A few days after I entered the apartment in the Al-Iksal neighborhood, I talked to Ibrahim and asked him to send me somebody else who would help me except for Salah 2, who would be with me during the day, because Salah 2 was busy during the day, and so Ibrahim agreed and sent me somebody who would be with me. I trained him – theoretical training [illegible] and I gave him a pistol for protection. This young man went to visit his family and did not come back. Ibrahim told me that he was under surveillance and the connection with him was broken off, and [illegible] with that young man.

Q/A: I do not know his name, [illegible]

Q/A: I do not know the [illegible] I can identify him.

After a while I heard from Salah 2 or from Ibrahim [illegible] I do not remember exactly that this young man had carried out an attack in Jerusalem in [illegible] in which a few people had been killed and the Fatah took responsibility. I do not remember whether they told me that the attack was in [illegible], a car [illegible] bus [illegible] but somebody who [illegible] I do not remember.

Question - What can you add about [your relations with the infrastructure [illegible].

Answer – I was not related to any cell, except the cell that carried out the Sbarro attack [illegible] and operative Bilal Barghouti [illegible] I was [illegible], but [illegible] the Sbarro attack there are [illegible] that I handled such as [illegible] Osama Batar and Nabil Alabia whom I have already talked about. And [illegible] them I also talked about before [illegible] "the new line" [illegible] that did the attack on the bus in Tel Aviv, and the attempted attack next to the U.S. Embassy in Tel Aviv.

[Signature] [Arabic signature]

Time of completion of taking of statement

[Stamp] P 7: 153

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by Israel [logo] Police Statement No. 4 Sheet No. 4

| Identity No. 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | ***Continued*** | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| May 12, 2003 | 8:36 p.m. | Jerusalem Police | Investigator | 95311-7 | M. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

There they caught the terrorist [sic] who wanted to carry out the suicide attack.

Q/A: [illegible] after the arrest of [illegible] Ibrahim Hamad [illegible] opened a new line [illegible] and Ibrahim answered yes, there were more [illegible] that is [illegible] with Salah 2. A month before I was arrested, while Salah 2 asked me for more bottles of explosives, I asked Salah whether they were "good guys" and Salah 2 told me that they were good, and had carried out three or four attacks in Petach Tikva. Salah also told me that the members of the cell had been arrested several times in the past and they were "from inside", that is, from Jerusalem, and about the other Salah said that he was from our side, that is, from the Ramallah area. Salah 2 told me that the guys had already [illegible] the explosive belt.

Then I understood and ascertained that one of the two members of the cell had received training from Salah 2. I prepared 5 bottles of explosives and after that another 4 bottles of explosives for this cell, but I did not give them to Salah because he was arrested and the Shin Bet had seized them in my laboratory in the Shurfa neighborhood. There is another cell in which there is one or more, and they are in direct connection with Ibrahim Hamad and this I understood from Salah 2. And there is of course my cell, in which I, Ibrahim [illegible] and Salah 2 were members, which is three.

I want to tell you that in the evening half a year ago, because of the arrest of the Silwan cell, I we decided to [illegible] the activity to a number of [illegible], but I estimate now that the Hamas [illegible] the attacks. I want to tell you that I had heard through Salah 2 [illegible] to make explosive devices for people who needed to undergo training to carry out attacks, the Silwan cell received [illegible] through Salah 2, I talked with the members of the Silwan cell and asked them for details. I received from Aiman Halawa and Masad [illegible] an idea of how to carry out from a vehicle [illegible] with a remote control a car bomb.

Two weeks before I was arrested, Salah 2 had to bring me three

[Signature] [Arabic signature]

Time of completion of taking of statement

[Stamp] P 7: 154

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by Israel [logo] Police Statement No. 4 Sheet No. 5

| Identity No. 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| May 12, 2003 | 9:00 p.m. | Jerusalem Police | Investigator | 95311-7 | M. Sgt. | Moshe | Levi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

gallons of $H_2O_2$, and brought me only one gallon. When I asked him why only one, Salah told me that he had transferred one to [illegible] and one [illegible] him, so I ascertained that Salah 2 and the [illegible] cell had prepared explosive devices. Laboratories [illegible] the laboratory in Shurfa that had gallons of $H_2O_2$.

Q/A: $H_2O_2$ is like firewater and this is a material for preparing explosives. I want to tell you that before I was arrested [illegible] Tamimi [illegible] Ahmed [illegible] in Jericho and ask to [illegible] him in [illegible], but I did not do anything [illegible]. There is something else that I wish to tell you, which is while I was in the home of Marwan Barghouti, I prepared 3 control , and that was for [illegible] Salah [illegible] would ring the control [illegible] with me, that was good for 100 meters. One was kept by me and the other by Salah, and then the third I do not remember to whom I gave.

Maybe to give to [illegible] Barghouti [illegible] Yusef and maybe to Ibrahim [illegible] took it.

Q/A: That is all, everything that I have told you now.

That is my statement that has been read before me and confirmed as correct my signature after it was translated before me.

[Signature] 953117 [Arabic signature]

Time of completion of taking of statement

9:10 p.m.

[Stamp] P 7: 155

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 151-155.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 151-155.

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

4/6/03

רס"ן ... 2193663
שופט צבאי

**הודעתו של:** / إفادة السيد:

משטרת ישראל

הודעה מס' / اعلان رقم: 4 — גליון מס' / نسخة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 030300097 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☒ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | [illegible] | [illegible] |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 15.10.78 | | | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق — מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 19.5.03 | 1254 | [illegible] | 953117 | [illegible] | [illegible] | [illegible] |

[illegible]

953117 [illegible]

19.3.03 13.3.03 30.3.03

[illegible]

נאמן למקור

שעת סיום גביית ההודעה

(7.03) 6500×50×2

נ"מ 3007

הודעתו של:
اعلان شيء

משטרת ישראל

הודעה מס' / اعلان رقم

גליון מס' / نسخة رقم

מספר זהות / رقم الهوية: 0830300098

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج; רווק / اعزب; גרוש / مطلق; אלמן / ارمل

מין / الجنس

דת / الدين

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל' בבית / التلفون في البيت

טל' בעבודה / التلفون بمكان العمل

העונה / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / عنوان الاب

תאריך / التاريخ: 19.5.03

שעה / الساعة

מקום / المكان

החוקר / المحقق

מס' אישי / الرقم الشخصي

דרגה / الرتبة

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

(7.02) 6500-50-3

מ-3007

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم

גליון מס' / نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 0303000 | | | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب | |

| התאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 19.5.03 | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

שעת סיום גביית ההודעה

(7.02) 65661-50×2

מ"ט 607

הודעתו של: / اعلان شيخ:

משטרת ישראל

הודעה מס׳ / اعلان رقم

גליון מס׳ / نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 0303000 | | | |

שם קודם الاسم السابق

מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل

מין الجنس

דת الدين

תאריך לידה تاريخ الولادة

מקום לידה مكان الولادة

טל׳ בבית التلفون في البيت

טל׳ בעבודה التلفون بمكان العمل

המען العنوان

שם ומען מקום העבודה اسم وعنوان مكان العمل

מס׳ טלפון נייד رقم الهاتف اللاسلكي

שם האב اسم الاب

קרבת ההורים القران الاب

| תאריך التاريخ | שעה الساعة | מקום המקום مكان | החוקר المحقق | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 19.5.03 | | | | | | | |

שעת סיום גביית ההודעה

(7.02) 6500=50×2

ט-3003

משטרת ישראל

הודעתו של: / إفادة

הודעה מס' / اعلان رقم

גליון מס' / نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 3030[illegible] | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| הכתובת العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים المنزل الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 19.5.03 | 9/00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

[illegible]

שעת סיום גביית ההודעה

(7.02) 6500×50×2

מ"ש 3007