# EXHIBIT A.431



PLAINTIFF'S EXHIBIT 431

Ra'id Shanan v. Abdullah Ghaleb Abdullah Barghouti / Russian Compound

# The Military Court
## Beit El
### -Transcript-

Court hearing dated: June 1, 2003   Before the Presiding Judge: Lieutenant Colonel Natanel Benishu
                                                     Judge: Lieutenant Colonel Hanan Rubinstein
                                                     Judge: Major Eli Bar-On

Prosecutor: Captain Ra'id Shanan
Defense Counsel: Adv. Basoul - present

**Defendant:**   **Abdullah Ghaleb Abdullah Barghouti Identity No.: 30300028 / Russian Compound – Present**

Stenographer: Sergeant Sivan Harel
Interpreter: Staff Sergeant Mohamed Nasraladin

**The Presiding Judge opens the session and identifies the Defendant.**

## Course of the Hearing

Prosecutor: As recommended by the Honorable Court in the remand hearing of the Defendant today, we ask for the arraignment to be conducted now.

## Decision

As requested.

**Handed down and announced this day, June 1, 2003, in public and in the presence of the parties.**

| _____ | _____ | _____ |
|:---:|:---:|:---:|
| **Judge** | **Presiding Judge** | **Judge** |

Defense Counsel: I have explained the indictment to my client; he understands it and requests to plead guilty to it.

[Stamp] P 7: 15

<u>                                      Ra'id Shanan v. Abdullah Ghaleb Abdullah Barghouti / Russian Compound                                      </u>

**Handed down and announced this day, January 26, 2012, in public and in the presence of the parties.**

| | | |
|---|---|---|
| <u>                              </u> | <u>                              </u> | <u>                              </u> |
| **Judge** | **Presiding Judge** | **Judge** |

The parties: We shall ask to schedule the case for a concluding session.

## Decision

The hearing of the case has been stayed to a concluding session that will be held on July 13, 2003.

The secretariat of the Court will contact the secretariat of the Military Court in Samaria in order to release Adv. Basoul from appearing in the cases that have been scheduled for him on this date at the Court in Samaria.

**Handed down and announced this day, June 1, 2003, in public and in the presence of the parties.**

<u>                                                                           </u>                                         54678313

| | | |
|---|---|---|
| <u>                              </u> | <u>                              </u> | <u>                              </u> |
| **Judge** | **Presiding Judge** | **Judge** |

The text of this document is subject to changes in wording and editing.

Click here concerning editing and changes in ruling, legislation and other documents on the Nevo website

<u>                                                       2                                                       </u>
Nevo
*nevo.co.il*

[Stamp] P 7: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 15-16.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 15-16.

                                                                                   _____
                                                                                   Rina Ne'eman

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Hala Y. Gobrial_
Notary Public

> **HALA Y GOBRIAL**
> Notary Public
> State of New Jersey
> My Commission Expires Apr. 18, 2017
> I.D.# 2419990

ראיד שנאן נ' עבדאללה עיאלב עבדאללה ברגותי / מגרש הרוסים

## בית המשפט הצבאי
## ב י ת - א ל
## - פ ר ו ט ו ק ו ל -

דיון בית משפט מיום : 01/06/2003      בפני האב"ד : סא"ל נתנאל בנישו
שופט : סא"ל חנן רובינשטיין
שופט : רס"ן אלי בר-און

תובע : סרן ראיד שנאן
סניגור : עו"ד בסול - נוכח

נאשם : עבדאללה ע'אלב עבדאללה ברגותי  ת.ז.: 30300028 / מגרש הרוסים - נוכח

רשמת : סמל סיון הראל
מתורגמן : סמ"ר מוחמד נסראדלין

**אב"ד פותח את הישיבה ומזהה את הנאשם.**

### מהלך דיון

תובע : בהמלצת ביהמ"ש הנכבד בדיון הארכת מעצרו של הנאשם מהיום, נבקש כי הקראת כתב האישום תתבצע עתה.

### ה ח ל ט ה

כמבוקש.

**ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.**

_____          _____          _____
שופט                      אב"ד                      שופט

סניגור : הסברתי למרשי את כתב האישום, הוא מבין אותו ומבקש להודות בו.

נאשם : אני מאשר את דבריו של סניגורי ומודה במיוחס לי בכתב האישום.

### ה כ ר ע ת - ד י ן

על יסוד ההודאה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב האישום.

1

ראיד שנאן נ' עבדאללה עיאלב עבדאללה ברגותי / מגרש הרוסים

**ניתן והודע היום, 26/01/12, בפומבי ובמעמד הצדדים.**

_____   _____   _____
שופט                אב"ד                שופט

הצדדים : נבקש לקבוע את התיק לישיבת סיום.

## ה ח ל ט ה

הדיון בתיק נדחה לישיבת סיום אשר תתקיים בתאריך 13/07/03.

מזכירות ביהמ"ש תפנה למזכירות ביהמ"ש הצבאי בשומרון על מנת לשחרר את עו"ד בסול מהופעה בתיקים שנקבעו לו בתאריך זה בבית המשפט בשומרון.

**ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.**

54678313 _____ _____ _____

_____                              
שופט                     אב"ד                 שופט
נוסח מסמך זה כפוף לשינויי ניסוח ועריכה

בעניין עריכה ושינויים במסמכי פסיקה, חקיקה ועוד באתר נבו – הקש כאן

2

נבו
nevo.co.il

P 7: 16