REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.432

REDACTED - PUBLICLY FILED VERSION

PLAINTIFF'S
EXHIBIT
432

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge
[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria *June 1, 2013*

**Statement of:**                     **Israel [Emblem] Police**              **Statement 6   Sheet 1**

| Identity number *Fictitious 030300028* | First name *Abdullah* | Family name *Barghouti* | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous name | Marital status | ☒ married ☐ single ☐divorced ☐ widower | | Sex *Male* | Religion *Muslim* |
| Date of birth _____, 1972 | Place of birth *Kuwait* | Home telephone number | | Business telephone number | |
| Home address *Beit Rima* | | Business name and address | | | |
| Mobile telephone no. | Father's name *Ghaleb/* grandfather *Abdullah* | Parents' address *Jordan* | | | |

| May 22, 2003 | 4:45 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military organization, military training without a permit, possession of war materiel, manufacturing explosive devices and explosives, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted murder. You do not have to say anything unless you want to, but whatever you will say will be written down by me and may be used as proof against you in the court. [Arabic signature] Yitzhak Ya'akoboff
After I read and translated to the above mentioned individual the content of the text above, he said to me as follows: ———
Question - Have you understood the suspicions against you? ———
Answer - Yes, I have understood them.
Question - During your statement on March 30, 2003, I showed you a photograph and you identified the man in the photograph as "Salah 2" that you told me about in the statements that you gave to the police. I ask you know what other details do you know about "Salah 2"? ——
Answer - During my questioning, they said that his name was Sayed Sheikh Qassam. In addition, during the time in which I lived in the apartment in Shurfa, Salah 2 came to visit me and I had a problem with the hot water, and Salah 2 fixed the problem for me. I asked him how he knew that that was the problem, and he said to me that he was knowledgeable in this work and therefore I guess that he is a plumber. ———
Question - Why did you want to murder Jibril Rajoub? ———
Answer - Because he arrested me and Bilal Barghouti and he handed Bilal Barghouti over to Israel, and I also heard that he handed Marwan Barghouti over to Israel, and therefore I wanted to murder him. But I received a message from Salah 1, who is Ibrahim Hamad, through Salah 2, and in the note it said that the spokesman of the Hamas in Gaza, Abed-Al Aziz Rantisi, asked not to murder Jibril Rajoub. ———
Question - What is your connection to the attack that occurred in the bus in Tel Aviv and the terrorist who was caught with the explosive belt next to the U.S. Embassy in Tel Aviv? ———

[Stamp] P 7: 156

Answer - I manufactured these explosive belts and I gave them to Salah 2. After a while, Salah 2 told me that one of the explosive belts he had given to a suicide terrorist who had been caught next to the U.S. Embassy in Tel Aviv and the other explosive belt

Time of completion of statement

M.3007 [Arabic signature]     Yitzhak Ya'akoboff     D.M. J'lem 219470 (11.2000)10.000x50x2

[Stamp] P 7: 156 [continued]

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge
[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement of: | | Israel [Emblem] Police | | Statement 6  Sheet 2 | |
|---|---|---|---|---|---|
| Identity number *Fictitious 030300028* | First name *Abdullah* | Family name *Barghouti* | Name in Roman characters | | |
| Previous name *Passport -* ▮ | Marital status | ☐ married ☐ single ☐ divorced ☐ widower | | Sex | Religion |
| Date of birth | Place of birth | Home telephone number *Continued* | | Business telephone number | |
| Home address *Beit Rima* | | Business name and address | | | |
| Mobile telephone no. | Father's  name  *Ghaleb/ grandfather Abdullah* | Parents' address | | | |

| <u>May 22, 2003</u> | <u>5:14 p.m.</u> | <u>Jerusalem Prison</u> | Investigator | <u>100835-8</u> | <u>M. Sgt.</u> | <u>Yitzhak</u> | <u>Ya'akoboff</u> |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

to the suicide bomber who performed a suicide attack on a bus in Tel Aviv.

Question -- Do you have anything to add?

Answer - No

This is my statement, which has been read before me and translated into Arabic and confirmed as correct by my signature.

[Arabic signature]     Yitzhak Ya'akoboff  Badge No. 100835-8 Master Sergeant
[Signature]

Time of completion of statement

[Stamp] P 7: 157

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

     vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

             Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 156-157.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 156-157.

_____
Rina Ne'eman

ss.: New Jersey

On the [~~23~~] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
~~28~~ day of February, 2014


Notary Public

> **HALA Y GOBRIAL**
> Notary Public
> State of New Jersey
> My Commission Expires Apr. 18, 2017
> I.D.# 2419990



משטרת ישראל

הודעתו של:
اعلان تبرع:

| מסי זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | הודעה מסי / الاعلان رقم | גליון מסי / نسخة رقم |
|---|---|---|---|---|
| 0303033ٵ | أكرم | بركات | 6 | 2 |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | | | פרי / الجنس | דת/דין / الدين |
|---|---|---|---|---|---|
| بركان | [redacted] | נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل | | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טלי בעבודה הטלפון بمكان العمل |
|---|---|---|
| | | |

العنوان / העברית

| מסי טלפון / رقم الهاتف الاسلكي | שם האב / اسم الأب | כתובת האב / عنوان الأب |
|---|---|---|
| | | بركات |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | מסי אישור / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 22.5.03 | 13:44 | | | | | |

1. [handwritten Arabic]
2. [handwritten Arabic]
3. [handwritten Arabic]
4. [handwritten Arabic]
5. [handwritten Arabic]
6. [handwritten Arabic]
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.