# EXHIBIT A.436




19. DEC. 2010 13:47 762-022 CHAIRMAN OFFICE LAND ... 12/2010 11:24:14 ... Total Printed: (81) NO. 457 P. 2

6. Abu Mohammed Mustafa Sayad – Tulkarm, head of the Hamas infrastructure in Tulkarm. He was involved in planning and directing bombing attacks. He continues to plan bombing attacks.

7. Nasar Abd El-Rauk Abdallah Nasal – Qalqilya. He is connected to Ayman Halawa's infrastructure and is involved in the planning of bombing attacks.

8. Abd El-Salaam Mohamed Abd El-Rahman Hamad – Qalilya. He is connected to Ayman Halawa's infrastructure and is involved in the planning of bombing attacks.

PIJ:

9. Mohamed Ahmad Mohamed Tawalba (Nazal) – Jenin Refugee Camp. He was involved in planning and executing the recent PIJ terrorist attacks that emanated from the Jenin region. He is currently involved in planning additional terrorist attacks.

10. Ali Suleiman Said Saadi (Safuri) – Jenin Refugee Camp. He was involved in planning and executing the recent PIJ terrorist attacks that emanated from the Jenin region. He is currently involved in planning additional terrorist attacks.

11. Wael Mundek Mohammed Asaf – Araba/Northern Samaria. He was involved in planning and executing PIJ terrorist attacks during the past months that emanated from northern Samaria and is involved in planning additional terrorist attacks.

12. Thabet Amal Suleiman Mardawi – Araba/Northern Samaria. During the past months, he was involved in planning and executing PIJ terrorist attacks that emanated from northern Samaria and is currently involved in planning additional terrorist attacks.

PFLP:

13. Ahmed Saeir Yousef Abd El-Razeq – Ramallah, head of the PFLP military apparatus in the West Bank. He has been involved in planning and directing the car bombings in Jerusalem and is involved in the planning of an additional car bomb.

14. Abed Yousef Musa Qalama – Ramallah. He was closely involved in planning and directing the car bombings in Jerusalem that were perpetrated during the past year and is involved in the planning of an additional car bomb.

Tanzim/Fatah:

15. Raed Mohammed Burl Karmi – Tulkarm. He is a murderer who has been continuously involved in shooting attacks in the Tulkarm region since the outbreak of the violent events.

19. DEC. 2010 13:47 762.023 CHAIRMAN OFFICE LAND /2010 11:24:15     Total Print NO. 457    P. 3

Potential Suicide Bombers:

16. Mohammed Fawz Mohammed Khalil – Na'lin, Hamas. He intends to perpetrate a suicide bombing and has already made preparations towards that end.

17. Abd El-Sattar Mahmoud Omar Odeh – Tulkarm, Hamas. He intends to perpetrate a suicide bombing in the immediate future.

18. Soud Munir Mohammed Jobriah – Bethlehem, Hamas. He is a terrorist who is currently located in Samaria. He plans to perpetrate terrorist attacks in the immediate future.

The Gaza Strip

Hamas:
19. Salah Munzah Mohammed Shhada – Beit Hanun, head of the Hamas military apparatus in the Gaza Strip. He is involved in planning and executing bombing and suicide attacks both in the Gaza Strip and in Israel.

20. Wafiq Mahmoud Moussa Saftih – Gaza. He is currently involved in planning and executing bombing attacks, most likely in the southern Gaza Strip.

21. Ayed Abd El-Qader Ismail Basishali – Rafah. He is currently involved in planning and executing bombing attacks, most likely in the southern Gaza Strip.

PIJ:
22. Nabil Hasan Salem Shamshi – Nuseirat. Since the outbreak of the violent events, he has been responsible for attempts to send suicide bombers. He is still working towards perpetrating a successful suicide bombing.

23. Bashir Abd El-Kader Mohamed Dabash – Maghazi Area, senior activist in a PIJ grouping in the southern Gaza Strip that is planning to perpetrate a bombing attack in the immediate future. He is also involved in the mortar attacks.

PA:
24. Talal Tawfik Mohamed Musleny – Gaza, officer in the PSO, explosives expert. He is a central activist in the production of explosive charges and mortar shells in the Gaza Strip. He directs shooting, mortar, and explosive charge attacks.

TOTAL P.03
TOTAL P.03
TOTAL P.03