# EXHIBIT A.441

 PLAINTIFF'S EXHIBIT 441

| 6 | Local News | Tuesday, May 28, 2013 – No. 6311 | Al-Hayat al-Jadida [The New Life] |

[Article top right]

## Solidarity Gathering for Prisoners in Tulkarm

**Tulkarm – Al-Hayat al-Jadida – Murad Yassin –**

The Ihsan Samara School in Tulkarm organized a solidarity cultural forum for the prisoners of the occupation under the auspices of the Ministry of Education, the Ministry of Culture, and the Tawfiq Ziad National Culture and Innovation Association in Nazareth. The forum was most notably held in solidarity with the hunger strikers and the administrative prisoners, and included also the poets Abdel Nasser Saleh, Muflih Tabouni, and Tareq Abdel Karim Mahmoud, besides the school principal, Mr. Nazih al-Jamal, and the school's administrative and teaching staff as well as dozens of students.

In his speech, the school principal al-Jamal talked about the solidarity of our people with the prisoners, stating, "We will not let our men and women prisoners become the prey of prison wardens, and our message is to show support for your militant actions."

For his part, the Cultural Ministry's director general, the poet Abdel Nasser Saleh, hailed the male and female prisoners who are defying the prison guards and the occupation from behind bars through "empty stomach" combat. He called for a sweeping popular *intifada* in solidarity with the prisoners who are subjected to a number of systematic and planned violations in a desperate attempt to break their resolve and their will. He added that to do this we must take practical steps to help them without partisan slogans. The poet Saleh then appealed to the legal and humanitarian institutions to expose the Israeli violations and crimes against the prisoners, and to take steps to prosecute those criminals and lawbreakers before international courts.

The poet Tabouni said that he considered the empty stomach combat that the prisoners are staging a militant battle and another step to usher more forcefully the Palestinian cause before international public opinion and onto the agenda of foreign governments, especially in the wake of the broad and increasing international support that the Palestinian efforts have received at the United Nations. Likewise, the poet Abdel Karim Mahmoud called on Palestinian and Arab ambassadors to mobilize at once in support of the men and women prisoners by means of governments and popular movements, and he said that he considered supporting the prisoners in their strike a national, Arab and Islamic duty.

Then the poets Abdel Nasser Saleh, Muflih Tabouni and Abdel Karim Mahmoud read their poems in an atmosphere characterized by great interaction with the female students.

[Stamp] **P 7: 182**

[Article right margin, center page]

## Election of New Administrative Board at Association for Care of Mothers, Children in Tulkarm

**Tulkarm – Al-Hayat al-Jadida**

The Association for the Care of Mothers and Children in Tulkarm held a meeting at the Association's headquarters in Tulkarm once a quorum was established for the members of the General Meeting. The meeting was held in order to read the financial and administrative reports and to elect a new General Board for the Association. The voting process was overseen by the Ministry of the Interior and the Ministry of Social Affairs. Those elected were Mahdiah Hamshari, Chairwoman; Nadia Sawwan, Deputy Chairwoman; Sherin al-Naji, Secretary; Safia Mushrif, Treasurer; Hamsa al-Tayah and Khayriya Tafal, Media and Public Relations; Lubna Jallad, Social Committee; Basima Issa, Activities; and Nariman Abu Shams, Member.

[Article left of above article]

## Transfer of Prisoner on Hunger Strike to Hospital after Deterioration of his Condition

**Ramallah – Wafa –** The Minister of Detainees and Ex-Detainees Affairs, Issa Qaraqe', stated that the prisoner on hunger strike, Imad al-Bitran, was transferred from Ofer Prison to the Ramla Prison Hospital after his health condition deteriorated. In a telephone conversation with Wafa yesterday, Qaraqe' indicated that al-Bitran, who had been on a hunger strike since May 7 of this month in protest against his continued administrative incarceration, was transferred to Ramla Hospital because his heath condition has worsened.

[Article in box right margin, 5/25 D]

5/25 D

**Announcement Issued by the Office of the Companies Supervisor**

The Companies Supervisor at the Ministry of National Economy announces that the private joint stock company, Solid Rocks & Asphalt Investments, which is registered with us under no. 562525071, has submitted an application for a change of address and head office from Bethlehem City to Ramallah City. Anyone who has any objection may contact the Office of the Companies Supervisor / Ministry of National Economy.

**Companies Supervisor**
**Ministry of National Economy**

[Stamp] **P 7: 182** [continued]

[Article in box on right margin, below the one above]

5/22 D

**Popular Campaign to Help the Palestinian Refugees from Syria Under the Slogan "One People… One Wound…"**

**The General Association of Palestinian Women**

**The Popular Campaign to Help our People
The Palestinian Refugees from Syria**

**From May 8 to June 8, 2013**

Invite the masses of our people from all our homeland's governorates to take part in a campaign of solidarity with our Palestinian people who are refugees from Syria and to contribute to the campaign by donating to its Account No. 2211707 at Bank of Palestine.

[Article top left]

## With Participation of Qaraqe', Governor Ghannam, Ex-Detainees

## Solidarity Visit to Family of Prisoner Abdullah al-Barghouti who is on Hunger Strike



[Photo caption: Qaraqe' and Ghannam during their visit of detainee Abdullah al-Barghouti's family]

[Stamp] **P 7: 182** [continued]

**Ramallah – al-Hayat al-Jadida** – The Minister of Detainees' and Ex-Detainees' Affairs, Issa Qaraqe', and the Governor of Ramallah and al-Bireh, Dr. Leila Ghannam, conducted a solidarity visit to the family of prisoner Abdullah al-Barghouti, who has been on a hunger strike for 25 days along with six Jordanian prisoners, and is currently being kept in isolation at Ramla Hospital.

During the meeting with the prisoner's wife, children and family, Qaraqe' cautioned about the health condition of the Jordanian prisoners who are staging a hunger strike and who have been restrained and separated from each other. Some of them, including the prisoner Mounir Mar'i, were transported to the hospital as a result of their worsening health condition. Qaraqe' said that contact is being made with the Jordanian Government in order to intervene to save their lives and exert pressure to meet their demands. Qaraqe' put the onus on the Israeli Government for the lives of the jailed Jordanian hunger strikers. For her part, the Governor of Ramallah and al-Bireh, Dr. Leila Ghannam, stated that the Palestinian people and its leadership, headed by President Abu Mazen, are standing alongside their Jordanian brothers and friends who are jailed, and added that we will not allow them to remain in solitary confinement. Ghannam hailed all those who are incarcerated in addition to the family and children of the detainee Abdullah al-Barghouti.

The wife of the detainee Abdullah said that during the past ten years she visited him only twice, and that it has been 14 years since her husband saw his mother last. She appealed to the different authorities to intervene in order to put a stop to the tragedy of the striking prisoners and to work to free them. She also appealed to His Majesty the King of Jordan Abdullah II to personally intervene with the Israelis in order to release her husband and all the detainees who are on a strike.

We should note that the detainee Abdullah al-Barghouti (31 years old) received the greatest jail sentence, which is 67 life sentences plus 5,200 years. He was arrested on March 5, 2003, and was placed in isolation, following the strike, at Ramla Hospital where all electronic devices were taken away from his cell and he was left with only a bed and a blanket for sleeping. He was also forbidden to receive newspapers or buy mineral water and cleaning materials from the canteen.

There are still six Jordanian prisoners who are staging an open hunger strike. They are Abdullah al-Barghouti, Mounir Mar'i, Ala Hamad, Mohamed al-Rimawi, Abdullah Jaber, and Hamza Othman.

[Stamp] **P 7: 182** [continued]

[Article on left margin, below the one above]

## They Called for Commemorating the Defeat in front of Ofer

## [National, Islamic] Forces: Return to Negotiations Contingent on Stopping Settlements, Endorsing Political Process

**Ramallah – al-Hayat al-Jadida – Nael Moussa –** The National and Islamic Forces stressed that the return to the negotiations requires stopping the settlements and the endorsement of the political process by the Israeli Government on the basis of legitimate international resolutions, international law, and the release of the prisoners.

Yesterday, the Forces reiterated their rejection of the American initiative which aims to resume the negotiations based on an economic agenda, stating that this represents a violation of the national consensus program and exempts the occupation from its obligations to implement the international resolutions, most notably the complete withdrawal of the occupation forces from the Palestinian State territories that are recognized as the 1967 occupied territories, with Jerusalem as their capital.

In their weekly statement, titled "Appeal for Rejecting Normalization," the Forces rejected the so-called "Deadlock Breaking Initiative" between Palestinian and Israeli businessmen, especially since these initiatives, which are taking place at a time when our people are fighting the battle for national independence, are extremely detrimental to our national struggle and building bridges to Arab normalization. Yesterday, the leaders of the Forces held their regular meeting in Ramallah and discussed the latest political developments and current domestic issues. The Forces expressed their belief that it would be useless to talk about opening a political channel or about negotiations in the backdrop of a government which is more rightwing and extremist, which is based on colonization, Judaization and aggression, which requires the recognition of the Jewish character of the state, which is attempting to give legitimacy to the settlement colonies, which refuses to withdraw from all the occupied territories, and which is promoting a state with interim borders.

[Stamp] **P 7: 182** [continued]

In this regard, the Forces have warned against speculating about opening a political channel in view of these positions concerning the occupation and the blatant American bias. They called for joining international organizations immediately, for ratifying international conventions and agreements, for prosecuting war criminals and for isolating and boycotting this criminal right-wing government. They also called for ending the internal division and restoring national unity as a priority for our national program and for confronting the challenges and dangers. They further called for quick agreement on the formation of a national government that is competent and independent, for designating a date for conducting the presidential, parliamentary and National Council elections, and for inviting the Committee for Reviving and Developing the Liberation Organization to convene and make the decisions that will help realize that.

In a related matter, the Forces called for respecting public freedoms and for not infringing on people's rights. They demanded putting a stop to all summonses and arrests that are politically motivated throughout the territories of the Palestinian state, and they denounced the arrest and summoning of the former minister Ibrahim Abrash in Gaza, and the attempts to pass laws and statutes that harm people. Moreover, the Forces rejected the decision of the government to raise the value added tax and requested the government to withdraw the decision and to reduce taxes which constitute an additional burden on our people.

On the eve of the commemoration of the defeat, the Forces called for participating in the main events that are set for June 5 in front of the Ofer occupation camp in order to revive the June commemoration.

[Stamp] **P 7: 182** [continued]

[USAID announcement, right margin]

**USAID**
**From the American People**       **CHF**
                                    **International**       **Building a Better World**

**Invitation to Tender**

Project for the construction of Khillat al-Mih Secondary School for Boys – Hebron Governorate for the benefit of the Village Council and the residents of Khillat al-Mih, al-Dayrat, Irfaiyah, Um Lasfa, Um al-Shaqhan, Sahl Wad al-Ma
(Tender No.: 24043-13-SW-SA028)
With Funding from USAID as part of the local government program and LGI infrastructure

1. CHF International, in cooperation with the Ministry of Education, invites the contractors who are classified with the National Classification Committee within at least the area and category designated below, to submit their bids in sealed envelopes for the procurement and execution of the works required in the tender.

2. The contractors concerned may obtain additional information from the Department of Tenders/ CHF International (T: 022413616; Fax: 022413614), and review the tender documents from 9 a.m. until 3 p.m.

3. The tender documents may be obtained by submitting a written application to CHF International, VIP3 Building, Tawfiq Ziad Street, al-Balou – al-Bireh, in return for non-refundable tender fees for each copy in the amount indicated below.

4. The bids must be submitted to the office of CHF at the address indicated below on or prior to the deadline shown. Any bid that arrives after that date will be rejected. All bids must be accompanied by a Tender Bond Guarantee (TBG) as described below. The envelopes will be opened in the presence of the bidders who wish to be present on the same date. Please note that the bid will not be awarded to any contractor who currently has two or more contracts with CHF International, if the completion rate of these contracts does not exceed 50%, and the decision in this matter will be at the discretion of CHF International.

5. The preliminary meeting (prior to the bid) and the field trip:

All contractors are invited to participate in the field trip which will take place on the date shown. It will start from the Village Council of Khillat al-Mih and immediately after the trip a preliminary meeting will take place at the Council, where the contractors will arrange for their transportation.

[Stamp] **P 7: 182** [continued]

| Minimum category required: | Area: Buildings, first-class at a minimum |
|---|---|
| Non-refundable tender fees for each copy: | USD 100 (one hundred U.S. dollars) |
| Final date for submitting the bids: | 12 p.m. Monday (June 10, 2013) |
| Tender Bond Guarantee | 180,000 Israeli Shekels. The guarantee will be rejected if it is submitted in another currency. The guarantee must be valid as of June 10, 2013 and must not expire prior to September 8, 2013. |
| The preliminary meeting (prior to the bid) and the field trip: | At 9:30 a.m. on Monday (June 3, 2013) at the Khillat al-Mih Village Council. |
| Address of CHF for submitting the bid: | CHF International: VIP3 Building, Tawfiq Ziad Street, al-Balou – al-Bireh, Phone: 02 2413616 |

[Announcement 5/26 D, center box, above center box on bottom of page]

---

5/25 D

[Emblem: Palestine]
**State of Palestine**
**Ministry of Palestinian National Economy – Companies Supervisor Department / Bethlehem**

**Announcement Issued by the Office of the Companies Supervisor**

The Companies Supervisor at the Ministry of Palestinian National Economy announces that Rashico Trade General Partnership, which is registered with us under no. 562118018, has submitted an application through its counsel, attorney Rami Qaysiya, requesting to change the form of the company from a general partnership to a private limited joint stock company. Anyone who has any objection may contact the Office of the Companies Supervisor or the Company's main office.

**Companies Supervisor**
**Ministry of National Economy**

[Stamp] **P 7: 182** [continued]

[Announcement 5/26 D, center box, bottom of page]

| 5/26 D |
|---|
| [Emblem: Palestine]<br>**State of Palestine**<br>**Ministry of Local Government – Masha Town Council** |
| **Invitation to Tender for Procurement of Electric Equipment**<br><br>The Mishat Village Council in the Governorate of Salfit is inviting tenders for the procurement of electric equipment for the power grid. Anyone who wishes to submit their bids are invited to obtain the documents in order to review the terms and specifications from the headquarters of the Mishat Village Council during the official business hours (8 a.m. – 2 p.m.).<br>1. Newspaper announcement fees are to be paid by the awarded bidder.<br>2. Final date for receiving the bids is Sunday, June 2 at 2 p.m.<br>3. The cost of the tender copy is 400 shekels and is non-refundable.<br>4. The bid is to be submitted in a sealed envelope until Wednesday, June 5, 2013.<br>5. For any inquiries please call phone number 092991363 or the mobile number 0595630554.<br>6. Procurement must be within one week after awarding of the bid.<br><div style="text-align:right">**Chairman of Mishat Village Council**<br>**Wael Amer**</div> |

[USAID announcement, left margin]

**USAID**
**From the American People**          **CHF**
                                      **International**          **Building a Better World**

**Invitation to Tender**

**Project for adding classrooms and a restroom at al-Hurriya al-Asasiya al-Mukhtalata School [Basic Freedom Co-Ed School] – Taqou – Bethlehem Governorate, for the benefit of Taqou municipality and its residents**
**(Tender No.: 24043-13-SW-SA029)**
**With Funding from USAID as part of the local government program and LGI infrastructure**

1. CHF International, in cooperation with the Ministry of Education, invites the contractors who are classified with the National Classification Committee within at least the area and level designated below, to submit their bids in sealed envelopes for the procurement and execution of the works required in the tender.

[Stamp] **P 7: 182** [continued]

2. The contractors concerned may obtain additional information from the Department of Tenders/ CHF International (T: 022413616; Fax: 022413614), and review the tender documents from 9 a.m. until 3 p.m.

3. The tender documents may be obtained by submitting a written application to CHF International, VIP3 Building, Tawfiq Ziad Street, al-Balou – al-Bireh, in return for non-refundable tender fees for each copy based on the amount indicated below.

4. The bids must be submitted to the office of CHF at the address indicated below on or prior to the date shown. Any bid that is received after that date will be rejected. All bids must be accompanied by a Tender Bond Guarantee (TBG) as described below. The envelopes will be opened in the presence of the bidders who wish to be present on the same date. Please note that the bid will not be awarded to any contractor who currently has two or more contracts with CHF International, if the completion rate of these contracts does not exceed 50%, and the decision in this matter will be at the discretion of CHF International.

5. The preliminary meeting (prior to the bid) and the field trip:

All contractors are invited to participate in the field trip which will take place on the date shown. It will start from the Taqou municipality, and immediately after the trip a preliminary meeting will take place at the municipality, where the contractors will arrange for their transportation.

| | |
|---|---|
| **Minimum category required:** | Area: Buildings, second-class at a minimum |
| **Non-refundable tender fees for each copy:** | USD 100 (one hundred U.S. dollars) |
| **Final date for submitting the bids:** | 11 a.m. Monday (June 10, 2013) |
| **Tender Bond Guarantee** | 80,000 Israeli shekels. The guarantee will be rejected if it is submitted in another currency. The guarantee must be valid as of June 10, 2013 and must not expire prior to September 8, 2013. |
| **The preliminary meeting (prior to the bid) and the field trip:** | At 12 p.m. on Monday (June 3, 2013) at the municipality of Taqou. |
| **Address of CHF for submitting the bid:** | CHF International: VIP3 Building, Tawfiq Ziad Street, al-Balou – al-Bireh, Phone: 02-2413616 |

[Stamp] **P 7: 182** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7 182.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 7 182.

Dated: February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

الحياة الجديدة — Tuesday 28 May 2013 - No.6311 — محليات 6

## حفل تضامني مع الأسرى في طولكرم

طولكرم - الحياة الجديدة - عماد ياسين - نظمت مدرسة أصيل بسمارة في طولكرم ندوة تضامنية مع الأسرى في سجون الاحتلال، برعاية وزارة التربية والتعليم ووزارة الثقافة وجمعية توفيق زياد للثقافة الوطنية والإبداع في الناصرة. وخاصة المحررين عن الطعام والمعتقلين الإداريين وثلاث بمشاركة الشعراء: عبد الناصر صالح، مفلح طبعوني، وطارق عبد الكريم محمود، وحضور مدير المدرسة الأستاذ نزيه الجمل والكادر الإداري والتعليمي للمدرسة وعشرات الطلبة.

وأبرز مدير المدرسة الجمل، في كلمته عن تضامن شعبنا مع الأسرى، قائلاً: أنائي نترك أسرنا وأسيراتنا فريسة للسجان وأن رسالتنا هي إظهار الدعم لحقوقاتهم النضالية.

وحضر مدير عام وزارة الثقافة الشاعر عبد الناصر صالح، الأسرى والأسيرات الذين يتحدون السجان والاحتلال من خلف القضبان عبر معركة « الأمعاء الخاوية »، داعياً إلى انتفاضة شعبية عارمة للتضامن مع الأسرى المضربين يغربون لحظة من الانتهاكات المبرمجة والمخططة لها، في محاولة بائسة...

### تختار هيئة إدارية جديدة لجمعية رعاية الأم والطفل في طولكرم

طولكرم - الحياة الجديدة - عقدت الهيئة العامة لجمعية رعاية الأم والطفل اجتماعها السنوي في مقر الجمعية في طولكرم، وذلك بعد اكتمال النصاب القانوني لأعضاء الهيئة العامة، من أجل قراءة التقريرين المالي والإداري وانتخاب هيئة إدارية جديدة للجمعية. وأشرف على عملية الانتخابات كل من وزارة الداخلية والشؤون الاجتماعية. وفاز نزين الناجي أمين - صفية مشرف، أمين الصندوق، محمد الثابو وثلاثة نقل الإعلام والعلاقات العامة، انس واجد اللجنة الاجتماعية، بسيمة عيسى الأنشطة، نازمين أبو شمس عضواً.

### نقل أسير مضرب عن الطعام للمستشفى بعد تردي وضعه

رام الله - وفا - قال وزير شؤون الأسرى والمحررين عيسى قراقع، إنه جرى نقل الأسير المضرب عن الطعام عماد البطران من سجن «عوفر» إلى مستشفى سجن الرملة بعد تردي وضعه الصحي. وأوضح قراقع في اتصال هاتفي مع مؤسسة «أمس»، أنه جرى نقل البطران المضرب عن الطعام منذ السابع من أيار/مايو الماضي، احتجاجاً على استمرار اعتقاله الإداري، إلى مستشفى الرملة لتدهور وضعه الصحي.



### إعلان صادر عن مكتب مراقب شركات

يعلن مراقب الشركات لدى وزارة الاقتصاد الوطني الفلسطيني في شركة رفايكو للتجارة العامة والصيانة...


### الحملة الشعبية لإغاثة اللاجئين الفلسطينيين من سورية
### تحت شعار:
### "شعب واحد..... جرح واحد....."

### الاتحاد العام للمرأة الفلسطينية

الحملة الشعبية لإغاثة اللاجئين الفلسطينيين في سوريا

من 5/8 - 6/8/2013

تدعو جماهير شعبنا في عموم محافظات الوطن للمشاركة بحملة التضامن والتكافل مع شعبنا الفلسطيني اللاجئ من سوريا والتبرع للحملة على حسابها المفتوح لدى بنك فلسطين رقم 2211707 .

---

## زيارة تضامنية لعائلة الأسير عبد الله البرغوثي المضرب عن الطعام

### بمشاركة قراقع والمحافظة غنام وأسرى محررين

رام الله - الحياة الجديدة - قام وزير شؤون الأسرى والمحررين عيسى قراقع، ومحافظة رام الله وليلى غنام بزيارة تضامنية إلى عائلة الأسير عبد الله البرغوثي المضرب عن الطعام منذ 25 يوماً مع 6 من الأسرى الأردنيين وبقع في عزل مستشفى الرملة. ونقل اللقاء مع زوجة وأطفال الأسير وعائلته حذر قراقع من خطورة الوضع الصحي للأسرى الأردنيين المضربين عن الطعام والذين تم شمهم وعزلهم وعطمهم نقل إلى المستشفيات بسبب تردي وضعهم الصحي كأسرى عبير عرعر. وقال قراقع أن اتصالات تجري مع الحكومة الأردنية من أجل التدخل والتحرك لدى إسرائيل لإنقاذ حياتهم والضغط من أجل الاستجابة لمطالبهم محملاً قراقع المسؤولية لحكومة إسرائيل عن حياة الأسرى الأردنيين المضربين عن الطعام. وقالت محافظة رام الله ليلى غنام أن الأسير عبد الله البرغوثي الذي وعلى رأسهم الرئيس أبو مازن يطمئنون إلى جانب أشقائهم وأخوتهم الأسرى الأردنيين، وإنما لن تسمح...

الأسير عبد الله البرغوثي في خاتمة الملكة الأردنية عبد (5200) ولم يصله شخصياً لدى الجانب الإسرائيلي وأن زوجها لم يرها لأكثر من 14 عاماً وناشدت كافة الجهات المسؤولية للتدخل لوضع حد لمأساة الأسرى المضربين والعمل على

إطلاق سراحهم ووجهت نداء إلى زوجة البرغوثي، وقالت زوجة الأسير «أن أنها لم تزره خلال العشر سنوات الأخيرة سوى مرتين وأن زوجها يعمل بكل طاقته لإطلاق سراح كافة الأسرى المضربين عن الطعام، ومؤكدة أن زوجها الشيخ عبد الله البرغوثي يقضي 67 حكماً على

 قراقع وغنام أثناء زيارتهما لعائلة الأسير عبد الله البرغوثي

في السجون وهو 67 مؤبداً ومنع شراء المواد المعلنة ومواد التنظيف من المكانت وما زال 6 من الأسرى الأردنيين يخوضون إضراب مفتوحا عن الطعام وهم عبد الله البرغوثي، وأسم عرعر، علاء حمد، منير الرماوي، عبد الله جابر، حمزة عثمان...

### "القوى": العودة للمفاوضات منوط بوقف الاستيطان والإقرار بمرجعية العملية السياسية

### دعت إلى إحياء ذكرى النكسة أمام «عوفر»

رام الله - الحياة الجديدة - نائل موسى - أكدت القوى الوطنية والإسلامية أن العودة إلى المفاوضات يتطلب وقف الاستيطان وإقرار حكومة إسرائيل بمرجعية العملية السياسية استناداً إلى قرارات الأمم المتحدة والقانون الدولي وإطلاق سراح الأسرى. وجددت القوى أمس، رفضها للتحركات الأميركية الهادفة إلى استئناف المفاوضات وفق مسار اقتصادي وقالت أنه يشكل مساساً بإبرامهم الإجماع الوطني، ويمضي الاحتلال عن التراجع لتنفيذ القرارات الدولية وفي مقدمتها، جلاء الاحتلال تماماً عن الأراضي الدولة الفلسطينية المعترف بها على الأراضي المحتلة عام 67 والقدس عاصمتها. ورجعت القوى في بيانها الأسبوعي والذي حمل عنوان «نداء رفض التطبيع»، ما يسمى بمبادرة كسر الجمود ونداء رجال أعمال فلسطينيين وإسرائيليين. سجوان هذه المبادرات التي تأتي في وقت يخوض شعبنا معركة الاستقلال الوطني يشكل جبلاً بالفعل بنضالنا الوطني. ومنذ

جسور التطبيع العربي وكانت قيادة القوى عقدت اجتماعها الدوري برام الله. أمس. وبحثت من آخر المستجدات السياسية وقضايا الوضع الداخلي. ورأت القوى عدم جدوى من الحديث عن فتح مسار سياسي/أو مفاوضات في ظل حكومة هي الأكثر يمينية وتطرفاً وترك إدارة الاستيطان والتهويد والعدوان، وتشبث الاعتراف بيهودية الدولة ومحاولة اعتداء شريحة في المستعمرات. ورفض الاستحياء، من كل أراضي المعتلة. واعتقالات على خلفية سياسية في كل أراضي الدولة الفلسطينية وأدانت اعتقال واستدعاء الوزير الأسبق إبراهيم الراضي في غزة ومحاولات تسيل فواتير وشكر يعك قادم الشعب بالمواصل، وفي القوى قرار الحكومة بزيادة ضريبة القيمة المضاعة وطالبت الحكومة بالتراجع عن القرار وفرضت سياسية الضرائب التي تشكل عبئاً إضافياً على جماهير شعبنا. وعشية ذكرى النكسة عدت القوى إلى المشاركة في الفعاليات المركزية المقررة في الخامس من حزيران للمقبل أمام معسكر عوفر الاحتلالي إحياء لذكرى جزيران...

التوافق على تشكيل حكومة الكفاءات الوطنية المستقلة وتحديد موعد الانتخابات الرئاسية والبرلمانية والمجلس الوطني ودعوة لجنة تفعيل وتطوير منظمة التحرير للاجتماع واتخاذ القرارات الكفيلة بتحقيق ذلك. وفي سياق متصل دعت القوى إلى الالتزام بالدرجات العامة وعدم المساس بحقوق المواطنين وطالبت بوقف أية استحقاقات أو اعتقالات على خلفية سياسية في كل أراضي الدولة الفلسطينية...









دولة فلسطين
وزارة الاقتصاد الوطني الفلسطيني - قسم مراقب الشركات - بيت لحم

### اعلان صادر عن مكتب مراقب شركات

يعلن مكتب مراقب الشركات لدى وزارة الاقتصاد الوطني الفلسطيني في شركة رفايكو للتجارة العامة والصيانة (المساهمة الخصوصية المحدودة) والمسجلة تحت الرقم (562118018) قد تقدمت لدينا بطلب تغيير عنوانها الحالي: رام الله بواسطة تغيير نوع الشركة من شركة عادية مراجعة مكتب مراقب الشركات أو مراكز الشركة الرئيسي...

مراقب الشركات/ إدارة الاقتصاد الوطني

---

دولة فلسطين
وزارة الحكم المحلي - مجلس قروي مسحة

### إعلان طرح عطاء، توريد مواد كهربائية

يعلن مجلس قروي مسحة في محافظة سلفيت عن طرح عطاء لتوريد مواد كهربائية خاصة بشبكة الكهرباء، فعلى من يرغب بتقديم عروضه الحضور لاستلام الوثائق للاطلاع على الشروط والمواصفات من مقر مجلس قروي مسحة خلال ساعات الدوام الرسمي من 8:00-2:00.

| التصنيف المطلوب كحد أدنى | مبلغ الكفالة درجة كحد أدنى |
|---|---|
| أ- رسم الإعلان غير المسترد لكل نسخة | USD $100 |
| ب- آخر موعد لاستلام العروض يوم الأحد 6/10 | الساعة 11:00 صباحاً 10/6/2013 |
| ج- قيمة التأمين الابتدائي | 60,000 شيكل إسرائيلي بصيغه ضمان الكفالة من بنك معتمد |
| د- الاجتماع التمهيدي (قبل فتح العطاءات) | في الساعة 12:00 10/6/2013 |
| عنوان مؤسسة CHF لتقديم العطاء | مؤسسة CHF الدولية - بيت لحم VIP3 - الباطن - قيلد هاتف 02- 2413616 |

رئيس مجلس قروي مسحة
وائل ناصر

---


(USAID) CHF

### دعوة لتقديم عطاء

مشروع إضافة صف شعبي لمدرسة أساسية بيت لحم
منح بلدية بلدي قروع / محافظة بيت لحم
رقم العطاء (24043-13-SW-SA029)

بتمويل من الوكالة الأمريكية للتنمية الدولية USAID ضمن برنامج الحكم المحلي والبنية التحتية LGI

1. تدعو مؤسسة CHF الدولية وبالتعاون مع وزارة التربية والتعليم المسموح لهم من المصنف الوطني في أي فئة والراغبة بالموصي لديه لتقدم بعطاءاتهم في مظاريف مختمة لتنفيذ وتسليم الأعمال المطلوبة في العطاء.

2. يمكن للمقاولين الحصول على معلومات إضافية من جهة العطاءات في مؤسسة CHF الدولية:
هاتف: 022413616 فاكس: 022413614 بإشعار بكل الأعمال من الساعة 9:00 صباحاً وحتى 15:00 مساء.

3. يمكن الحصول على نسخة العطاءات وذلك بتقديم طلب خطي إلى مؤسسة CHF الدولية لدى مكتبها VIP3، ومن خلال ذلك يعلم مقدم العطاء تطوير أسماء أفراد في العمليات الرئيسية قبل شراء أي عطاء جديد.

4. يجب تقديم العطاءات في مكتب مؤسسة CHF في العنوان الموضح أعلاه في مدة أقصاها اليوم الخميس ويسمح رفضها. أما تسعيرات مرفقة بضمان دخول العطاء مستوى. وفي المعلومات الواردة في دخول المصلحة. وعلى كل ذي يرفع وجب تقديم القائمة مع الشاحنة مرفقة ب CHF الدولية سارية المفعول لأكثر من 90 يوماً من تاريخ فتح مؤسسة CHF الدولية من تاريخ فتح العطاء.

5. الاجتماع التمهيدي (قبل فتح العطاءات): سيتم عقد اجتماع تمهيدي مع المقاولين في الموعد الموضح، سيتم عقد الاجتماع التمهيدي في مكتب المنتجات...

| مبلغ درجة كعدد كحد أدنى | |
|---|---|
| رسم الإعلان غير المسترد لكل نسخة | USD $100 |
| آخر موعد لاستلام العروض | 11:00 صباحاً 10/6/2013 |
| قيمة التأمين الابتدائي (قبل العطاء) | 60,000 شيكل إسرائيلي بصيغه ضمان الكفالة من بنك معتمد 10/6/2013 |
| الاجتماع التمهيدي (قبل فتح العطاءات) | في الساعة 12:00 31/5/2013 |
| عنوان مؤسسة CHF الدولية لتقديم العطاءات | مؤسسة CHF الدولية - VIP3 - الباطن - قيلد هاتف 02- 2413616 |

---


(USAID) CHF

### دعوة لتقديم عطاء

مشروع إنشاء مدرسة خلق الربوع الثانوية للبنين - محافظة الخليل
إصلاح مجلس قروي واحد في خلة الخليل - نوع جزء: LGI
(رقم 24043-13-SW-SA026)
بتمويل من الوكالة الأمريكية للتنمية الدولية USAID ضمن برنامج الحكم المحلي والبنية التحتية LGI

1. تدعو مؤسسة CHF الدولية المقاولين ذوو الخبرة الحاصلين على تصنيف المصنف الوطني للمقاولين / الدرجة الأولى في فئة الأبنية.
2. يمكن للمقاولين الحصول على معلومات إضافية من مؤسسة CHF الدولية - هاتف: 022413616 - فاكس: 022413614 بإشعار بكل الأعمال من الساعة 9:00 صباحاً وحتى 15:00 مساء.
3. يمكن الحصول على نسخة العطاءات وذلك بتقديم طلب خطي إلى مؤسسة CHF الدولية لدى مكتبها VIP3.
4. يجب تقديم العطاءات في مكتب مؤسسة CHF الدولية العنوان الموضح أعلاه في مدة أقصاها اليوم الخميس ويسمح رفضها. أما تسعيرات مرفقة بضمان دخول العطاء. 
5. الاجتماع التمهيدي (قبل فتح العطاءات): سيتم عقد اجتماع تمهيدي مع المقاولين في الموعد الموضح.

| التصنيف المطلوب كحد أدنى | مبلغ درجة كعدد كحد أدنى |
|---|---|
| رسم الإعلان غير المسترد لكل نسخة | USD $100 |
| آخر موعد لاستلام العروض | 12:00 10/6/2013 |
| قيمة التأمين الابتدائي | 180,000 شيكل إسرائيلي بصيغه ضمان الكفالة معتمدة المفعول لأكثر من 90 يوماً من تاريخ 10/6/2013 |
| الاجتماع التمهيدي (قبل فتح العطاءات) | في الساعة 09:30 2/6/2013 |
| عنوان مؤسسة CHF لتقديم العطاءات | مؤسسة CHF الدولية - بيت لحم VIP3 - الباطن - قيلد هاتف 02-2413616 |

P7.182