# EXHIBIT A.442

# PLACEHOLDER FOR EXHIBIT 442

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 00:10-03:03 | My land, give up your treasures and men. The cry of my existence is a gun shot in the face of the impossible<br>O land, you will return crowned with hopes<br>Buffeting winds have never shaken mountains<br>You have burdened your back with heavy loads yet you have never faltered<br>I seek patience in the darkness of your night that is far too long<br>You sang your poems in chorus with Galilee birds<br>And bitterness you drank all the way from Ramallah to Hebron<br>O rope that runs rings around our necks<br>Tell the arteries that, for us, death will be a celebration<br>When we opened the door for dignity and high-mindedness to come in<br>We shut the door in the face of the fear imposed on our land<br>O roses, how come you have buds in a thicket of thorny bushes?<br>O bird, who showed you the way up to the high sky?<br>Taking a lesson about dignity is wisdom for human beings<br>O child's palm that carries a stone with which you protect the land<br>O morning, you have dyed your eyelids with mist<br>Say hi to the land of heroism and sacrifice<br>Plant our seeds throughout all times across the field of vision<br>The uprising is a torch for whoever seeks guidance<br>You [the uprising] have embroidered your dress with the suffering of the refugees<br>O Jenin you made your dress with your own tears | يا أرضي جودي بالغوالي والرجال<br>صرخة وجودي طلقة في وجه المحال<br>لازم تعودي يا مكللة بالامال<br>ما عمريها ريحاً تزحزح بالجبال<br>حملتي ظهرك بالحمايل ما يميل<br>يا جمري صبرك ظلمي ليلك شو طويل<br>غنيتي شعرك مع عصافير الجليل<br>وشربتي مرك من رام الله والخليل<br>يا طوق يلي تشد فوق رقابنا<br>بلغ عروق الموت هي تهابنا<br>لما فتحتنا للكرامة بابنا<br>سكرنا باب الخوف فوق ترابنا<br>يا ورد ويش الزهرك بين الدما<br>يا طير مين العرفك درب السما<br>درس الكرامة للخلايق علما<br>يا كف طفل حامل حجار الحما<br>يا صبح يا مكحل جفونك بالندى<br>سلم ع ارض البطولة والفدى<br>ازرع شهادتنا على طول المدى<br>الانتفاضة شعلة يا مين اهتدى<br>طرزتي ثوبك من آلام اللاجئين<br>وبنيتي ثوبك من دموعك يا جنين |

| Time | English | Arabic |
|---|---|---|
|  | You remind us of Sabra and Shatila [refugee camps in Lebanon] and Dir Yasin [a Palestinian village in pre-1967 Israel]<br>Free you shall remain regardless of how much the usurpers will exercise tyranny over us<br>Ye who have waited for truth<br>Truth's round [turn] is coming soon<br>And the falsehood that is imposed<br>Its edifice they [Palestinians] have destroyed<br>Stand up [rebel] may the protection of the Lord be with you<br>No… No… Do not remain silent<br>This position [uprising] is one of dignity<br>You simply need to stand firm | زكرتي بـ صبرا وشاتيلا ودير ياسين<br><br>رح تبقي حرة مهما جار الغاصبين<br><br>يلي انتظرتوا الحق<br><br>حانت جولتو<br><br>والباطل اللي قام<br><br>هدوا دولتو<br><br>قومو حماكم ربي<br><br>لا.. لا تسكتوا<br><br>الوقفة وقفت عز بس اثبتوا |
| 03:03-08:28 | Let me start by wishing a speedy release for all our prisoners. Hopefully, with the grace of God, they will soon return to their spouses and their children. The absence of Ibrahim in the house has a great impact. But, I mean, praise be to God, Lord of All Worlds, he gave me the ability to shoulder the responsibility – responsibility for myself, and responsibility for the house and taking care of the children, from the smallest thing to the biggest thing. Our Lord has his way of making things somewhat easier. And frankly, one feels that God is with us to help in all situations, and thank the Lord of All the Worlds for that. But, of course, we always hope that he could be with us all the time. Every second, on every occasion, at all times we feel his absence. He is always on our mind. Yes, physically he is absent, but he is always present in our hearts, in our inner psyche, we always think of him. He is always in our prayers. Even | بداية نتمنى الفرج العاجل لجميع أسرانا إنشاء الله<br>كلهم يعودوا لبيوتهم لزوجاتهم لأبنائهم غياب<br>إبراهيم عن البيت له أثر كبير يعني لكن الحمد لله<br>رب العالمين إن ربنا مكني إني أتحمل المسؤولية<br>مسؤلية نفسي مسؤولية البيت الأولاد بكل تفاصيل<br>من أبسط الأمور لأكبرها الحمد لله رب العالمين<br>ربنا بيسر الأمور وبيسهلها والواحد صراحة<br>بيشعر بمعية الله في كل المواقف يعني الحمد لله<br>رب العالمين لكن طبعا احنا بتمنى وجوده دائما<br>في كل اللحظات في كل المناسبات في كل الأوقات<br>نستشعر غيابه دائما حاضر غائب جسما لكن<br>حاضر في قلوبنا في نفوسنا في عقولنا ما بيغيب<br>عنا في الدعاء ما بيغيب عنا وقت حتى لما نجلس<br>على السفرة وبنتذكره وبنتذكر بعض الشغلات<br>بنتذكر مثلا إيش الأكلة اللي بيحبها إيش الأكلة اللي<br>ما بيحبها يعني بهاي الأمور يعني بهاي المرحلة |

| Time | English | Arabic |
|---|---|---|
|  | when we sit at the table to eat we remember him. We remember a few things. For example, we remember the meals that he likes and the meals that he doesn't like. I mean, we remember things like that. Now, at this stage, the children expect the mother to be self-composed, to remain patient. This is why I left work. I mean, I have devoted myself to them completely over the last three years. The children need a strong mother. Plus, the wife of the prisoner or the martyr must show as much patience as possible. She has to attend to the needs of everyday living as if the father were here, I mean do that in a normal way, and smoothly too in order that the children live a normal life. As for Ali Ibrahim [one of the children] I think that he has a good retentive memory for literature. If he reads a book or a story, or even if he watches a program, I mean you feel that he has an idea about the main point, or let me say, he can summarize what he has read or seen. Regarding Salma, thank God, Lord of All Worlds, I feel that she is more inclined toward sciences, I mean, mathematics, for example. Since she was a child, when she was a little girl very early in her schooling I felt that, unlike most children in her age group she found no difficulty understanding any topic. In terms of appearance, they look like you. Sometimes, when they appear to be under the weather, I ask them why, and they say "nothing". This is the same thing that I have noticed in you whenever I asked you "what's wrong? Why do you look depressed?" Both Ali and Salma have the same trait. A day or two later, when they've gotten better they open up and tell me what | الأولاد بدهم الأم تظلها هيك هادية ورايقة وهذا السبب اللي خلاني أترك الشغل يعني من ثلاث سنين أتفرغ لهم أكثر يعني بدهم أم قوية كمان يعني مطلوب من زوجة الأسير أو زوجة الشهيد أنها تكون قوية متجملة بالصبر قدر المستطاع تمشي أمور الحياة بشكل طبيعي بشكل سلس وكأن الأب موجود وأحسن كمان. بالنسبة لعلي إبراهيم بشعر أن عنده ذاكرة أدبية قوية يعني ما شاء الله يعني إذا قرأ كتاب أو قصة وحتى إن حضر برنامج بتحسه يعني عنده خلاصة أو عنده ذاكرة قوية إنه يرجع يلخص شو قرأ أو شو شاف وسلمى الحمد لله رب العالمين سلمى بحسها ذهنها علمي أكثر يعني رياضيات من هي طفلة ومن هي صغيرة بداية السنوات الأولى ما شعرت أن فيه شيء كان صعب عليها كل شيء أو الأشياء اللي كانت صعبة على الأطفال اللي بعمرها كانت بالنسبة لها سهلة يعني أما أن إبراهيم بالنسبة للشبه بيشبهوك لما يكون مالهم شيء وأسألهم شو مالكم شو يصيروا يحكولي ولا إشي طبعا أكيد هيك شغلة يعني استشفيتها موجودة فيك يعني أن إيش مالك ليش مضايق أو إشي علي وسالمة عندهم نفس هذا الطبع إن إيش مالكم وبعدين لما يهدوا ويروقوا على حالهم أو بعد يوم أو يومين بيحكوا إيش كان مالهم بس طبعا أنا دائما شاعرة فيهم يعني شاعرة لما بيكونوا متضايقين من إشي بشعر أن فيه أشي بيضايقهم وبحب أعرف علشان أطمئن عليهم علي زيك بيحب القراءة وبينام نفس طريقتك إبراهيم بيحط إيديه تحت راسه |

| Time | English | Arabic |
|---|---|---|
| | was wrong with them. I can tell how they feel. I can sense their frustration and I try to understand where it's coming from to make sure that they're okay. Ali is like you. He loves reading. He sleeps the way you sleep. He puts his hands under his head when he goes to bed. He keeps moving when he reads. Salma does the same thing especially when she talks on the phone. She keeps moving and moving, from spot to spot, and from room to room. Praise Be to God, they have strong personalities. Sometimes this makes me think that I am no match for them. They are kind. They are sociable. They easily make friends and socialize with other people. Ibrahim, rest reassured about us. Don't worry. With God's grace, the children and I are doing fine. God will always take care of us. I pray for you and for the children too. I ask God to protect you all. May God, the Exalted, the High reunite us with you very soon, God willing. Praise Be to the Lord, our prisoners always step up to the plate. They carry an important message. I pray for them. I encourage and support them. I urge them to take care of each other. I ask them to be in solidarity with each other in all situations, to be one hand, and to feel with each other. Hopefully, Our Lord, with his grace will end their hardship very soon. I also would like to send a message to the Palestinian street. I would like all Palestinians to have the interests of the prisoners in their heart. God willing, the prisoners and their example are the road to victory. The prisoners are real men, may God protect them. God has chosen them to carry out a mission that very few people can take. For | لما ينام بيحب يحوس وهو بيقرا يلف وسلمى كمان تستخدم هذا الأسلوب أكثر إيشي لما تكون تحكي في التليفون وتظلها تلف وتلف وتمشي من غرفة لغرفة وتتنقل من مكان لمكان شخصيتهم ما شاء الله عليها قوية يعني من هذا الموضوع مرات بخاف على حالي منهم أمورهم ممتازة يعني الحمد لله رب العالمين اجتماعيين بسرعة بيصادقوا وبسرعة يتعرفوا على الناس إبراهيم كمان أنا بطمأنك إن إحنا إنشاء الله بحفظ المولى أنا والأولاد وربنا إنشاء الله هو اللي بيحافظنا وهو اللي بييسر كل أمورنا وأكيد أنت بتدعيلنا دائما أن أنت بتستودعنا دائما لله سبحانه وتعالى وأنا دائما بستودعك أنت والأولاد وبستودع نفسي لله سبحانه وتعالى ربنا إن شاء الله يحفظنا ويجمعنا فيك قريبا بإذن الله تعالى أكيد ما شاء الله أسرانا بيحملوا في قلوبهم وفي نفوسهم رسالة كتير مهمة رسالة يعلوا فيها كلمة الله يعلوا فيها كلمة الحق حقنا في وطنا حقنا في بلادنا وأنا على يقين إنشاء الله بالله سبحانه وتعالى أن أسرانا على قد هاي المسؤولية وما شاء ا لله عليهم وبشد على أيديهم أنهم يتعاضدوا ويتكاتفوا في كل المواقف ويكونوا إيد واحدة ويكون قلبهم على بعض إن شاء الله يكون ربنا إنشاء الله يكون الفرج قريب عليهم إنشاء الله وبوجه كمان رسالة للشارع الفلسطيني كمان يكونوا برده قلبوا على الأسرى لأن الأسرى هم طريقنا إنشاء الله لتحرير النصر بإذن الله تعالى هادول رجال ما شاء الله عليهم ربنا اختارهم لمهمة مش أي حد بيقوم فيها يعني ومش |

| Time | English | Arabic |
|---|---|---|
| | sure, and with God's grace, our prisoners are the cream of the elite. They are the ones who can liberate the homeland and restore rights to their owners. I say to Ibrahim, I tell him that I love him so much, I miss him so much... I mean, I have these emotions toward you not simply because you are my husband and the father of my children, but also because Ibrahim Hamed has exerted efforts and offered sacrifices along the path prescribed by God. Hopefully, God willing this absence that separates us shall be our contribution to God's cause. You are always on our mind. You are always in our conscience. You never depart from our thoughts, absolutely not. We always pray for you. We are waiting. God willing, this adversity will disappear very soon and, God willing, we will reunite sooner than that. | أي إنسان بيقوم فيها فأكيد أن أسرانا هم إنشاء الله صفوة الصفوة هم القادرين أنهم يحرروا البلاد ويرجعوا الحق لأصحابه. بقول لإبراهيم بحكيلوا إبراهيم كل الاحترام وكل التقدير وكل الحب وكل الشوق لك يعني هاي المشاعر مش بس لأنك زوجي ووالد أطفالي لأ لأنك إبراهيم حامد إللي قدم وضحى في سبيل الله إنشاء الله وإنشاء الله هذا الفراق اللي بيناتنا إنشاء الله نحتسبه لله سبحانه وتعالى أنت دائما في البال ودائما في الخاطر ما بتغيب نهائيا الدعاء حاضر لك بس وإحنا في الانتظار وإنشاء الله يكون الفرج قريب واللقاء أقرب بإذن الله |
| 08:29-11:14 | [song]<br>O hope that I chase... O sigh of the separated lover... I am waiting and waiting<br>For you I yearn... tell me when you are going to come... my yearning for you is much too much<br>Enough what I endure... grief and pressure and separation<br>I called you... I called out loudly only to hear the echo of my own voice<br>For God's sake answer my call... for God's sake answer my call<br>Your absence has exhausted me... your love has tortured me and no one can compensate for your absence.<br>O love, you ask how I feel?<br>I called you... I called out loudly | أغنية<br>يا منية الخاطر يالهفة المشتاق. ناطر أنا ناطر ولشوفتك أشتاق .. قلي متى الجيا شوقي مهو شويه يكفيني مافيني .. هم وتعب وفراق<br>ناديت لك ناديت بصوتي العالي اسمع صدى صوتي<br>جاوبني يالغالي<br>ما قلت لك ناديت بصوتي العالي اسمع صدى صوتي<br>جاوبني يالغالي وجاوبني يالغالي<br>غيابك اتعبني والحب عذبني والناس عنك دوم ياروحي تسألني!..؟؟<br>ناديت لك ناديت بصوتي العالي |
| 11:15-11:48 | I am Salma Ibrahim Hamed, daughter of the prisoner Ibrahim Hamed who is in the Zionist detention prisons. He received fifty life sentences. | أنا سلمى إبراهيم حامد بنت الأسير إبراهيم حامد في سجون الاعتقالات الصهيونية محكوم عليه |

| Time | English | Arabic |
|---|---|---|
| | Hopefully, he will be released with all the prisoners, God willing. Of course we love him. We love you dad. We always pray for you as well as for all the prisoners. Of course, I am very proud of dad. He is a source of dignity, of pride, of noble-heartedness for the city of Silwad, the city of Ramallah, Palestine. | بخمسين مؤيد إنشاء الله هو بيتحرر هو وجميع الأسرى إنشاء الله طبعا إحنا بنحبه بنحبك يا بابا دايما بندعيله بالصلاه هو وجميع الأسرى. طبعا أنا يعني فخورة كتير في بابا مصدر عزة وكرامة وفخر لقرية سلواد لمدينة رام الله لفلسطين |
| 11:49-13:01 | Sure, in the absence of my father, I have to shoulder some responsibility. But because of my young age… you can see that I am a responsible young individual in the sense that, even though I am young I have very good and very beautiful friends. They are exceptionally fantastic. I mean, praise be to God, when it comes to friends and the selection of friends, when it comes to the people with whom I socialize, what I learn from them and what I reject, when it comes to what I do to make them happy and what they do to make me happy, I mean, when it comes to all of that my friends are so good. This is as far as friendship goes, in my case, being as young as I am. But that's not all. I very much like to read. I mean, the last thing I was reading about was written by Sheikh Fathallah [incomprehensible], may God bless his soul. I mean, I have an interest in reading. Also, thank God, my life is very normal. I mean, my father is always present with us wherever we might be. Dad, you are present with me wherever I go. May the Lord bless you… I mean, seriously… I mean, seriously, you are present with me in every place, and your name shines. | بغياب الوالد صحيح أنا بتحمل مسؤولية لكن أنا بحكم صغر السن شايفة كيف أنا بتحمله بنوع ما بحسب سني حسب كوني كشاب عندي الحمد لله صحبة طيبة صحبة جميلة جدا من أروع ما يكون يعني الحمد لله من باب الصحبية واختيار الصحبة والناس اللي بتمشي معي واللي بمشي معاهم كمان كيف باخذ منهم وكيف ما أخذ منهم كيف أبسطهم وكيف يبسطوني في نفس الوقت الحمد لله يعني صحبتي تمام أنا كشاب من باب الصحبة ومن باب آخر كحياة بحب أنا أقرا كتير الحمد لله مهتم نحو القراءة يعني آخر الأمور اللي كنت أقرأ فيها للشيخ فتح الله كولت رحمة الله عليه الحمد لله يعني موجه نحو القراءة كذلك والحمد لله أنا كمان الحمد لله حياتي طبيعية جدا يعني الوالد صحيح إحنا يعني الوالد سبحان الله حاضر معانا في كل مكان يعني أنت يا والدي حاضر معي في كل مكان ما شاء الله عليك يعني عن جد صدقا يعني بجد في كل مكان تتواجد معي في كل مكان اسمك بيلمع |
| 13:02-13:39 | God, I hope that you are fine. We miss you. I always wish you well in my prayers. Take good care of | بابا إنشاء الله أنت تكون بخير إحنا مشتاقين لك ودايما بدعيلك بالصلاة دير بالك على حالك في هذه |

| Time | English | Arabic |
|---|---|---|
|  | yourself. You are now in the Ramon prison. God willing, everything with you is fine and you are doing alright in jail, in the section where you are now. We took the exams of the first month and, thank God… I mean, my grades are good. Today, we recited Sura (Qur'anic chapter) Sad. I recited Sura Sad and scored a perfect grade. This semester, I memorized two Suras, the Sad and Al-Hujrat, then we will move to Surat Luqman, God willing. | الفترة لأنك في سجن ريمون إنشاء الله أنت تكون بخير وأوضاعك تكون في السجن مليحة وفي القسم طبعا إحنا خلصنا امتحانات الشهر الأول الحمد لله يعني علاماتي مليحة الحمد لله اليوم سمعنا صورة صاد سمعت أنا صورة صاد وجبت عليها علامة كاملة الحمد لله فهاي الفصل حفظت صورتين صورة الحجرات وصورة صاد وراح نبدأ في صورة لقمان إنشاء الله |
| 13:40-14:45 | Dad, there isn't a single day that passes without you being on our mind. Of course, this confirms our love for you and our longing for you. We also wish you well in our prayers. Dad, I mean that we never forget you, not at all. Despite our struggle with this long absence you have been, with God's grace, on our mind. We miss you constantly. The first person we would like to see before anyone else is you. And if Our Lord does not reunite us with you in this life, we pray to him to reunite us in the afterlife, in Paradise, God willing. When this situation changes, when things start to look up, I will invite you to my house and you will invite me to yours. No, I mean you will always live with me in my house. This is what we imagine. We imagine that we are in a house, in Paradise, I mean… O good Lord… I mean sitting together with the best companions and with the prophet, may the prayers and the peace of God be upon him. And we will be happy and in good spirits. This is what we imagine if God does not ordain our reunion in this life. But hopefully, with the grace of God, the Exalted, the High, you will come back if not today, then tomorrow, and if not tomorrow, | ما بيمر يوم يا والدي إلا وأنت في البال يعني هذا طبعا بيأكد إن إحنا بنحبك ومشتاقين لك يعني وبندعيلك كمان في الصلاة يعني مش ناسينك يا والدي بالمرة رغم هذا التصارع الطويل إن أنت سبحان الله في البال ويعني في الاشتياق يعني أنت اول شخص بنشتاق لك أول شخص بدنا نشوفك أول شخص إنشاء الله إذا ربنا ما جمعنا فيك في الدنيا إنشاء الله بيجمعنا فيك في الآخرة وفي الجنة إنشاء الله بإذن الله في أحسن المواقف وأحسن الأماكن وأعزمك على بيتي وتعزمني على بيتك أو لأ أنت بتكون عندي في البيت ساكن إنشاء الله احنا بنتخيل هيك إحنا نكون في البيت في الجنة يعني سبحان الله جالسين مع أطيب الرفقة مع صحابها والنبي صلى الله علي وسلم مع كل هؤلاء الناس مع أخيار الناس وأخيار الخلق وبنكون مبسوطين ملحين إذا ما اجتمعنا في هذه الدنيا ما قدر لنا لكن إنشاء الله إحنا على أمل بالله عز وجل بأن انت حاتيجي بإذن الله سواء كان اليوم ولا بكرة ولا بعده |

| Time | English | Arabic |
|---|---|---|
| | then after tomorrow. In the end, we will see you either in this life or in the afterlife, God willing. | ولا في الدنيا ولا في الآخرة إنشاء الله إحنا حانشوفك أخرتها |
| 14:46-15:07 | Dad, I have participated in a class room contest and we are supposed to write a story, or an essay, or a point of view about Jerusalem and the Al-Aqsa mosque. I'm writing…I am trying to write about the suffering of a father, a mother and a child. The father and mother were martyred as the child was watching. | بابا أنا شاركت ها الصف في مسابقة في كتابة قصة أو مقالة أو خاطرة عن القدس والأقصى ويعني بكتب يعني بحاول أكتب قصة معاناة أب وأم وطفل الأب والأم استشهدوا أمام أعين الطفل |
| 15:08-15:28 | Dad, we are waiting. I mean, we are waiting for your release and, God willing this will happen soon, with God's permission. We are waiting for your release. We are waiting for the day when you come here so that we cherish your presence and your cherish ours. We will enjoy seeing you and you will enjoy seeing us, God willing, with God's permission. I pray to God, the Exalted, to reunite us here in town, in the West Bank, in our house which is almost completely constructed except for the inside. We are waiting for that day and, God willing, it will come. | بالمقابل والدي إحنا بنستنى يعني طلعتك إنشاء الله بإذن الله بنستنى الطلعة بنستنى اليوم اللي راح تجينا فيه ونفرح بيك وتفرح فينا بشوفتك وشوفتنا إنشاء الله بإذن الله عز وجل نكون مجتمعين في البلد في الضفة في بيتنا اللي يعني اتبنا الآن بس هو على العضم تقريبا بنستنى هذا اليوم بإذن الله |
| 15:29-15:46 | Dad, God willing you will come back here, I mean here to our house, and stay with us and take the load off the back of Mum. She's always playing the role of the father and mother. We want Mum to get some rest, I mean. | إنشاء الله بابا أنت تيجي يعني على بيتنا وتقعد معنا ونكون ما تغلب ماما هي دايما واخدة دور الأب والأم يعني بس ما تغلبها دي ماما |
| 15:47-17:02 | My dear father, today the TV crew visited us and, Good Lord, they are so good may God reward them for their kindness. A snag complicated their visit a little bit but thank God, this visit that you had requested, did take place, and praise be to God for that. They came and visited us, may God | والدي العزيز إحنا اليوم زارنا التلفزيون ما شاء الله عليهم الله يجازيهم بالخير يعني كانت زيارتهم فيها شوية إعاقة وهي كانت الزيارة كانت بطلبك والحمد لله جم زارونا الله يجازيهم الخير ويعني |

| Time | English | Arabic |
|---|---|---|
|  | reward them for that. They worked hard, I promise you that. As for us, we are doing fine. Don't worry about us. Take care of yourself. Take care of your health. This is the most important thing for us, dad. As I told you, we are fine and we are doing well, and thank God, thank God, thank God for that. We are grateful to God for His provisions. Everyone here is doing just fine, including all our relatives. My grandmother Mufdiyya, Umm Al-Abed sends her greetings to you, and my aunts and uncles also send their greetings. My aunt Fatima and my aunt Khadija are fine, and in good health, thank God for that. But recently my aunt Khadija had some pain. Thank God, we are dutiful toward them. We always visit them and also visit my other aunts, including my aunt Ameena and my aunt Ruqayya and Ayda as well as my uncles, all of them, including my uncle Hamza, and my uncle Abed, and my uncle Muhammad, and my uncle Jihad. They are all fine and send their regards. Their families are also fine. Don't worry about any of us. We are all fine. Take care of yourself, dad, and thank God. | مجهودهم كبير بطمنك عني يابا إحنا والحمد لله بخير ما تحمل هم بس دير بالك على حالك ودير بالك على صحتك يعني أهم شيء بالنسبة لنا الله يكرمك يابا إحنا زي ما قلت لك يعني إن إحنا بخير وملاح الحمد لله نحمد الله الحمد الله بخير نحمد ناالله فضل من الله ونعمة الكل بخير والأقارب جميعا ستي مفدية أم العبد بتسلم كذلك عمامي وعماتي عمتي فاطمة وعمتي خديجة الحمد لله ملاح وبخير وخالتك يابا خالتي خديجة الحمد لله بخير وبصحة وسلامة بس فيه عندها قبل فترة كان فيه شوية وجع شوية ألم الحمد لله إحنا ما مقصرين بنزورهم وكمان خالاتي خالتي أمينة وخالتي رقية وخالاتي كلهم خلتي عايدة وأخوالي جميعهم وخالي حمزة وخالي عبد وخالي محمد الحمد لله وخالي جهاد كلهم بخير وبيسلموا يا بابا وملاح هم وعيالهم ما تحمل هم ولا حد فينا يابا الحمد لله إحنا بخير وملاح ودير بالك على حالك يابا الحمد لله |
| 17:03-17:20 | Dad, we are waiting for you. My room is big and it has enough space for you. I will take good care of you and Mum will do the same thing, of course, and Ali as well. Come, come to us very soon. | بابا إحنا بنستناك، وأنا غرفتي كبيرة وراح توسعك انت وراح أدير بالي عليك وطبعا ماما كمان وكمان علي وتعالى عندنا بسرعة |

| Time | English | Arabic |
|---|---|---|
| 17:22-18:30 | Dad, I would like to send my greetings to the prisoners who are with you in the room. God willing, they'll get released pretty soon. Our greetings to all the prisoners, men as well as women. God willing, this hardship will be over very soon, with the permission of God. May they also be released soon, very soon and much… much… much sooner than we imagine, God willing. The worst is over. The more difficult the situation becomes, the sooner it will correct itself. I mean, the worst is over. Dad, tell the prisoners to be patient, and take care of yourself, dad. My greetings to all the prisoners, and to the prisoners who are in solitary confinement now because of the position they have taken in regard to the martyr, Maysara Abu Hamdiyya, may God bless his soul. I send my greetings to my incarcerated uncle Hasan Abu Salameh, sorry Hasan Salameh, I mean. Hopefully, God will set you free and reward you kindly. And greetings also to the prisoner, uncle Kamal Abu Al-Hayja, the prisoner uncle Abbas Al-Sayyed, and to the prisoner uncle Abdullah Al-Barghouthi, may God set them free, and to Mahmoud Isa and to Ahed (incomprehensible) as well as to all prisoners, men and women alike. I pray to God to set you free, all of you, and to lift this hardship pretty soon, God willing. When that happens, we all will have a huge national wedding, God willing, with God's permission. | بسلم على الأسرى يابا اللي معاك في الغرفة وإنشاء الله يعني بيطلعوا عن قريب سلاماتنا لجميع الأسرى والأسيرات وإنشاء الله الفرج قريب بأذن الله والتحرير قريب إنشاء الله بإذن الله أقرب من مما تتصور أقرب بكثير كتير كتير إنشاء الله يعني ما ظل إلا القليل اشتدي يا أزمة تنفرجي إنشاء الله بإذن الله يعني ما ظل إلا القليل بإذن الله فيابا صبرا للأسرى ودير بالك على حالك يا با وسلاماتي إلى جميع الأسرى والأسرى إللي انعزلوا في هذه الفترة علشان مواقفهم للشهيد الله يرحمة ميسرة أبو حمدية وسلام لعمي الأسير حسن أبو سلامة حسن سلامة عفوا إنشاء الله ربنا يفك أسرك ويجزيك بالخير والأسير كمان عم كمال أبو الهيجة والأسير عم عباس السيد والأسير عم عبد الله البرغوثي إنشاء الله ربنا يفك اسركم ومحمود عيسى وعاهد هلمة وجميع الأسرى والأسيرات إنشاء الله يا رب بيطلعكم وبيفرجكم فرج عن قريب إنشاء الله في عرس وطني كبير إنشاء الله بإذن الله |
| 18:31-18:35 | I mean, I haven't seen you dad | يعني أنا ماشفتاكش بابا |
| 18:35-19:43 | [song]<br>O my daughter, when you were little, I used to hide you under my wing… I hid you so you could rest and relax. | أغنية<br>ايه يا بنتي لما صغيره كنتي |

| Time | English | Arabic |
|---|---|---|
|  | And now that you've grown older, you have become my wing.<br>I invoke your eyes in oaths I make… | خبيتك تحت جناحي خبيتك لتترتاحي<br>وكبيره هلىء صرتي صرتي انتي جناحي<br>بحلف بعينيك |
| 19:43-20:06 | I mean, even though you are not with us under the present circumstances, yet Mum always makes us feel that you are present with us. We feel that when we talk about you and, dad, you are always in our hearts. | يعني في ظل ظروف أنت مش معنا بس الحمد لله يعني ماما هي يعني دايما بتحسسني إن فيه موجود بابا دايما بتحسسني أن دايما بنحكي عنه وانت دايما بابا في قلوبنا |
| 20:06-23:24 | [song]<br>Whenever I see a black cloud passing,<br>It reminds me so much of you…<br>Your words come to my mind<br>Your looks come to my mind… | أغنية<br>كل ما غيمه سوده قبالي<br>مرقت شو بتخطر ع بالي تخطر ع بالي كلماتك<br>تخطر ع بالي نظراتك |
| 20:42-21:00 | Dad, we love you and we will always love you. We miss you always. You will always reside in our hearts, God willing. Of course, we will not forget you and, God willing, we will be reunited with you. | احنا دايما بابا بنحبك ومشتاقين لك دايما أنت حاتفضل في قلوبنا إنشاء الله إحنا طبعا مش راح ننساك إنشاء الله بنجتمع فيك |
| 21:01-24:37 | [song]<br>Fly O flock of pigeons<br>And with joy wend your way through the clouds<br>[incomprehensible word] in your imprisonment<br>In your heart yearning you have<br>O how beautiful the return will be<br>O how beautiful the return will be<br>No, no don't put out the candles, no, no, don't put out the candles<br>[incomprehensible]<br>No, no don't put out the candles, no, no, don't put out the candles<br>Fly O flock of pigeons<br>And with joy wend your way through the clouds<br>Fly O flock of pigeons<br>And with joy wend your way through the clouds<br>[incomprehensible word] in your | أغنية<br>طير يا سرب الحمام<br>بالفرح طير م الغمام<br>ليلته وانت سجين<br>وانت بصدرك حنين<br>اه يامحلى الرجوع<br>اه يامحلى الرجوع<br>لا تطفوا الشموع لا لا تطفوا الشموع<br>عفرقي تنسى الدموع<br>واللهي تنسى الدموع<br>لا تطفوا الشموع لا لا تطفوا الشموع لا<br>طير يا سرب الحمام<br>الفرح يا ام الغمام<br>طير يا سرب الحمام<br>الفرح يا ام الغمام<br>ليلته وانت سجين<br>وانت بصدرك حنين |

| Time | English | Arabic |
|---|---|---|
|  | imprisonment<br>In your heart yearning you have<br>Fly O flock of pigeons<br>And with joy wend your way through the clouds<br>[incomprehensible]<br>O how beautiful the return will be<br>O how beautiful the return will be<br>No, no don't put out the candles, no, no, don't put out the candles<br>[incomprehensible]<br>No, no don't put out the candles, no, no, don't put out the candles | طير يا سرب الحمام<br>الفرح يا ام الغمام<br>ليلته وانت سجين<br>وانت بصدرك حنين<br>اه يامحلى الرجوع<br>اه يامحلى الرجوع<br>لا تطفوا الشموع لا لا تطفوا الشموع<br>عفرقي تنسى الدموع<br>واللهي تنسى الدموع<br>لا تطفوا الشموع لا لا تطفوا الشموع لا |

## BACKGROUND TEXT

| Time | English | Arabic |
|---|---|---|
| 03:03-8:28 | Wife of the prisoner Ibrahim Hamed, Amman, Jordan | زوجة الأسير إبراهيم حامد/الأردن-عمان |
| 08:35-11:00 | Family of the prisoner Ibrahim Hamed / Jordan – Amman | عائلة الأسير ابراهيم حامد / الاردن - عمان |
| 11:15-11:47 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | ابنة الأسير إبراهيم حامد/الأردن-عمان |
| 11:48-13:00 | Son of the prisoner Ibrahim Hamed, Amman, Jordan | ابن الأسير إبراهيم حامد/الأردن-عمان |
| 13:02-13:41 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | ابنة الأسير إبراهيم حامد/الأردن-عمان |
| 13:42-14:45 | Son of the prisoner Ibrahim Hamed, Amman, Jordan | ابن الأسير إبراهيم حامد/الأردن-عمان |
| 14:45-15:08 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | ابنة الأسير إبراهيم حامد/الأردن-عمان |
| 15:10-15:30 | Son of the prisoner Ibrahim Hamed, Amman, Jordan | ابن الأسير إبراهيم حامد/الأردن-عمان |
| 15:30-15:43 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | ابنة الأسير إبراهيم حامد/الأردن-عمان |
| 15:48-17:03 | Son of the prisoner Ibrahim Hamed, Amman, Jordan | ابن الأسير إبراهيم حامد/الأردن-عمان |
| 17:03-17:16 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | ابنة الأسير إبراهيم حامد/الأردن-عمان |

| 17:23-18:30 | Son of the prisoner Ibrahim Hamed, Amman, Jordan | ابن الأسير إبراهيم حامد/الأردن-عمان |
| --- | --- | --- |
| 18:30-18:35 | Daughter of the prisoner Ibrahim Hamed, Amman, Jordan | اينة الأسير إبراهيم حامد/الأردن-عمان |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7 184.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 7 184.

Dated: February 18, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015