# EXHIBIT A.443

# PLACEHOLDER FOR EXHIBIT 443

## SEE ENCLOSED DVD

| P7-185 | Arabic | English |
|---|---|---|
| 00:41-01:14 | معنا بكم برحب الأسرى وأخونا مشاهدينا أوقاتا أسعدتم.<br>نخصها والتي لأجلكم برنامج من الخاصة الحلقة هذه في<br>والمحكوم بلال أبو عرمان محمد المناضل الأسير لأخي<br>بلدة من وهو هداريم بسجن حاليا والموجود مؤبد 37<br>محمد لأخي تحية أوجه الله رام محافظة حارث بني خربيا<br>الأسرى وأخوانا مشاهدينا إذن الكريمة ولعائلته عرمان<br>خربثا في عرمان محمد لعائلة وزيارة معا لنذهب بنا هي<br>حارث بني | Good evening, viewers. We hope that you are having a good time. Our brothers, the prisoners, join us in welcoming you to this special presentation of the program, "For You," which we dedicate to the family of the prisoner, the struggler Muhammad Amran aka Abu Bilal who has been sentenced to 37 life terms in jail. He is currently in Hadereem prison. He hails from the village Khirbet Bani Hareth in the Ramallah governorate. I send my greetings to brother Muhammad Arman and to his respectful family. Dear viewers, please join us as we go to pay a visit to the family of Muhammad Arman in Khirbet Bani Hareth |
| 01:15-05:27 | هو في مثلو الوطن يابا<br>هو في مثلو<br>أموت انا فدا لترابو<br>هو في مثلو<br>لف الأرض شرق وغرب<br>قتل عنو والله الغربة!!!<br>هو في مثله الوطن يابا<br>هو في مثلو<br>أموت انا فدا لترابو<br>هو في مثلو<br>يعطونا الارض<br>بطول وعرض<br>ومثلك والله ما في ارض<br>حر يا أسرك<br>عسل مرك<br>ثلج جمرك<br>شوكك ورد<br>هو في مثله الوطن يابا<br>هو في مثلو<br>أموت انا فدا لترابو<br>هو في مثلو | [Folk Song]<br>Is there anything like the homeland?<br>Is there anything like it?<br>I will sacrifice myself and die for the sake of its soil<br>Is there anything like it?<br>Tour around the world East and West<br>But wherever you go your yearning will bring you back to it<br>Is there anything like the homeland?<br>Is there anything like it?<br>I will sacrifice myself and die for the sake of its soil<br>Is there anything like it?<br>We will not trade our homeland for the whole world, from its nearest to its farthest corner.<br>Like you, there is nothing<br>Like our land, there is no land<br>Beauty-oozing are your chains<br>Honey-sweet is your tartness<br>Snow – cool are your burning embers<br>Rose-budding are your prickly twigs<br>Is there anything like the homeland?<br>Is there anything like it? |

| | | |
|---|---|---|
| | صباح الخير ومسا الخير<br>يا أرض الكل بعفا وخير<br>جوك بحرك برك سهلك<br>أهلك أهل الوفا والخير<br>لف الأرض شرق وغرب<br>قتل عنو والله الغربة!!!<br>هو في مثله الوطن يابا<br>هو في مثلو<br>أموت انا فدا لترابو<br>مثلو في هو | I will sacrifice myself and die for the sake of its soil<br>Is there anything like it?<br>Good morning, good evening to the land that gives and bountiful is the good it does give<br>Your air, your sea, your prairies, your open fields have no match<br>Your people are brimming with sincerity and all that is good<br>Tour around the world East and West<br>But whenever you go your yearning will bring you back to it<br>Is there anything like the homeland?<br>Is there anything like it?<br>I will sacrifice myself and die for the sake of its soil<br>Is there anything like it?<br>Tour around the world East and West<br>But wherever you go, your yearning will bring you back to it. |
| 05:27-06:07 | بقولك يا أخويا كل عام وأنت سالم بالشهر الفضيل إنشاء<br>الله ربنا بيفرجها عليك طبعا لينا 11 سنة ما شفناه وانشاء<br>الله يا رب الفرج قريب يا رب طبعا مابنزورهوش لأنه<br>من قبل جيش الاحتلال مرة بيقولولنا مرفوضة أمنيا ومرة<br>بيقولولنا لا توجد صلة قرابة ومن ها الشيء يطلعولنا كل<br>يوم في طلعة مرفوضة نهائيا ومابيردوش علينا | My brother, I want to tell you Happy Ramadan on the occasion of the coming of this holy month. God willing, our Lord will lift the hardship and set you free. It goes without saying that we haven't seen him since 11 years. We pray to God to lift the hardship soon. Of course we cannot visit him because of the occupying army. Sometimes they reject our application on security grounds. Sometimes they tell us that there are no family connections, or they tell us things of this sort. They come up with an excuse every time we try. They always reject and say no to us. |
| 06:08-06:22 | أنا أخويا محمد مسجون مع اليهود 11 سنة وأنا 11 سنة<br>ما شفته بسبب أن اليهود بيمنعوا ممنوع ما بيعطوا<br>تصاريح بيرفضوا حتى يعني أبويا مش بيقدر يعمل<br>تصريح | My brother Muhammad has been jailed by the Jews for eleven years so far and for eleven years I haven't see him because the Jews prohibit it. Forbidden. They don't give permits. They refuse. I mean, even my father can't get a permit. |
| 06:23- | أنه يعني الله هو طبعا بلال لأبو كلها محبة أحط دايما أنا | All my love is always for Abu Bilal, and this |

| | | |
|---|---|---|
| 07:11 | ويعطينا فينا يدعم دايما اللي هو وصابة مبدوش بلال أبو<br>الله شاء ما معنوياته عنده من القوة في ويعطينا الصبر<br>الله شا ما بنسمع يعني عنه الله شاء ما فلسطين على توزع<br>حاله على باله يدير بوصيه وأنا يحميه وربنا عنه شالله ما<br>هو الصبر الصبر شيء أهم الله عند من الصبر إحنا وبدنا<br>بلال أبو يا دعوتكم في لله الحمد قلنا وبعدين الفرج مفتاح<br>دوالي اعملنا لقينا ما يعني للأسف بس محاشي اعملنا<br>بلال أبو دار كمان يعني شوية وزيادة طلبته اللي واعملنا<br>الكرم دار | should be obvious. I mean, God… we need not ask Abu Bilal for anything because he is the one who always supports us, gives us patience, and gives us strength. His morale, good Lord, is so high that it could be enough for all of Palestine. I mean, we hear about him, Good Lord… Good Lord… May God protect him. My message to him is to take good care of himself. We need patience from God. Patience… Patience is the most important thing. Patience is the key to freedom from hardship. What else, praise be to God for your invitation Abu Bilal. We cooked stuffed zucchini but, unfortunately we could not find… we cooked grape leaves plus a little bit more than what you had asked for. I mean, the family of Abu Bilal is so generous. |
| 07:12-08:30 | عالية معنوياتك وخلي بلال أبو يا سلام السلام بقولك<br>ولجميع لك رب يا قريب الفرج الله وإنشاء ومرتفعة<br>يرضى الله بقوله ...بيفرجها الله يارب الله إنشاء الأسرى<br>الحمد ومحترم مليح خليك صحتك على بالك ودير عليك<br>راسنا رافعين إحنا لله والحمد السما في طايرة سيرتك لله<br>خيره بالقدر نؤمن ولازم حال كل على الله نشكر وراك من<br>والشكر الحمد على ودايما العالمين رب الحمدلله وشره<br>وتذكر تهليل تسبيح ربك ماينساش دايما أن رسالة ويعطيه<br>بطن من طلع كيف يونس سيدنا وتذكر يوسف سيدنا<br>العالمين رب ظلمات إلا ظلمات لا ظلمات سبع من الحوت<br>ها لله والحمد معتبره مش يعني إللي آدم للبنى يعطيها يوم<br>نهار مفيش ليل بيظل ليل مفيش دايما بتزول الظلمات<br>أن بالله إيمانك يعني خلي بلال أبو يا دايما نهار بيظل<br>بيفرجها غيرك على فرجها اللي الله إنشاء قريب الفرج<br>الله إنشاء عليك | I send you greetings… greetings Abu Bilal. Keep your morale high, very high. Hopefully, God will lift your hardship and the hardship of all the prisoners, God willing pretty soon. I pray to God to hasten that. May God be pleased with you. Take good care of yourself and of your health. Be nice, be respectable. Your good name is flying high, up into space, and praise be to God for that. Thank God we lift our heads with pride, thanks to you. We are grateful to God and we gladly accept whatever God causes to happen. We must believe in fate, whether it brings what is good or what is bad. Praise be to God for everything, He is the Lord of All Worlds. We also express our thanks and our gratitude to God. My message to Abu Bilal is this: Always keep God in your mind and heart. Always pray to God and in humiliation. Remember the story of the Prophet Yousef. Remember that of the Prophet Younes and how he could exit from inside the belly of the whale… from inside seven crushing adversities. There are no adversities except the adversities that come from God. God gives adversities to human beings to test them, and human beings are oblivious to this fact. Hopefully, these adversities will disappear with God's grace. Dark situations always vanish. The light of day follows the darkness of night. There is no night that lasts forever and there is no daylight that lasts forever either. Abu Bilal, I mean to say that at all times you should keep your faith in God. The hardship will go away soon. Hopefully, God who lifted the |

| | | |
|---|---|---|
| | | hardship of other prisoners will soon lift yours, God willing. |
| 08:31-09:44 | ساعدني يا خيي ما تتركني هيك .. أنا واحده منسيه مدلي ايديك يافلسطين يافلسطين يافلسطين بقوة الله متحدين متحدين متحدين بقوة الله منتصرين | Help me, brother, and don't leave me like that… I am a lonely and forgotten one, to me extend your helping hand O Palestine, O Palestine, with the power of God we are united, united, united we are and victorious we shall be. |
| 09:45-10:12 | هيك على سبيل المثال إحنا في الشهر الفضيل أكيد بنتلم على الفطور يعني وأكيد بنتذكر والله وعلى الصحور وأكيد له أكلاته الخاصة في الصحور في الفطور أكيد بنفتقده فيها وبنفتقده في العيد وبنفتقده في يوم الجمعة أكيد له خصوصية برده بيروح على صلاة الجمعة هيك يعني | As you might imagine, for example, in this holy month we all congregate to break the fast. And, I mean, we of course remember the special meals that he prefers to have both for suhur [pre-dawn meal in Ramadan] and for fast-breaking. We miss him on Eid. We miss him on Friday, which is a special day for him, a day on which he participates in group prayers. It's like that, you know. |
| 10:13-10:36 | أبويا إنسان ما بقدر اوصفه بالكلمات هذا اول اشى شخص عظيم جدا وشجاع وشريف الحمد الله ان كان عندى اب مثل ابي محمد عرمان الحمد الله رب العالمين طبعا أمام الجميع انا بافتخر في أبوي كتير وواخداه دائما مثلى الاعلى وقدوتى دائما فى كل شئ يعنى فى كل اشى بدى اعمله بيكون قدوتى | There are no words with which I could describe my father. First of all, he is a very great person. He is courageous. He is honorable. I thank God for having a father like this, a father with these virtues, and praises Be to God for that, Lord of All Worlds. Of course, I am so proud of my father in front of everyone. He is the most excellent example that I follow. He is the example that I emulate in everything. In whatever I might do, he is my example. |
| 10:37-11:13 | لما اسجن ابوى انا كان عمرى سنة وثلاثة اشهر وماكنتش اعرفه حتى الآن مش بتذكر أى اشى لما كان موجود وبلاشت اتعرف عليه لما كنا نروح نزور طبعا فى الصف الأول تقريبا لما تعرفت عليه ولا صحيت ان هذا والدى ابويا كان دايما يبعث لى رسائل حتى لما كان له موجودات من زمان زمان اتعرفت عليه هيك كل ما صرت اكبر شوية شوية زادت معرفتى فيه وفى اسرتنا | I was one year and three months old when my father was put in jail. I was too young to know anything about him. Even now, I can't remember anything from the days when he was present here. I started to know him when we went to visit. I mean I was a student in the first grade when I started to get to know him. It was around that time that I awoke and realized that this is my dad, my father. He always sent letters to me. Before that, a long, long time ago, I was introduced to my father through personal effects that he had left behind. It was like this, when I was growing up, little by little, that I began to know more about him and about the rest of my family. |

| | | |
|---|---|---|
| 11:14-11:21 | لى اربع سنين ما زارتوا إياه بقدم تصريح وبيحكوا لى إنى مرفوضه أمنيا لأسباب امنية | I haven't been able to visit him over the last four years. They wouldn't allow me. Whenever I apply for a visit permit they reject my application, citing security reasons for the rejection. |
| 11:22-11:48 | كل يوم أن أنا حبى بيزيد لأبويا وأفتخاري فيه بيزيد يعني أن كل أشى بنا بيزيد يعنى الحب والافتخار وأن أنا بحترم كتير لأبويا وكل زيارة أكيد يعنى الواحد شويه مش شوية كتير أن احنا من جونا بنزعل هيك بس كمان بنفرح أن بنشوفه كتير | My love for my father grows day after day, and so does my pride. I mean everything that has to do with him increases… I mean increases the love, the pride. I also have great respect for my father. Every visit, of course, one would be sad… we feel the sadness inside us. But we also feel happy when we feel that we are going to visit him and we will be very happy if we see him a lot. |
| 11:49-12:07 | انت يعنى مناضل مجاهد وأنا بفتخر فيه أمام الكل ورافع رأسنا الحمد الله وأن شاء يظل راسنا مرفوع رآسى كمان وان شاء عمر راسنا ما ينزل إلى الارض راسنا راح يظل دائما مرفوع من والدى وانشاء كل هيك | You are a struggler, a mujahed. I am proud of him in front of everyone. Because of him, we hold our heads high, and thank God for that. My head is held high also and, God willing, we will not bend our heads to the ground. Our heads will always be held high, and the credit for that goes to my father. All of us feel that way. |
| 12:08-12:31 | أبو بلال ما شاء الله عليه شجاع أبو بلال رجل شهم أبو بلال نادر ما تشوف مثله يعنى أكيد فى شباب بصحيح ورجال لكن ما شاء الله عليه ومش عارفة بتعجز الكلمات عن وصفه | May God bless Abu Bilal. He is courageous. Abu Bilal is a magnanimous man. You rarely find someone like him. Of course, there are good people, good men. But may God bless him, he is one of a kind. I don't know what to say. There are no words that can describe him. |
| 12:32-12:58 | لما أشوف مثلا بنات عمامى أول يعنى أقرب اشى وكل واحدة أبوها معاها وبجانبها وبياخدها وبجيبها فهذا الاشى أن أكيد فينا شعور بيكون إني بحس بأشي هيك إني بزعل واكيد طبعا صحباتى فى المدرسة كل واحدة ابوها مثلا بيجبها على المدرسة الصبح وبيجي بيسأل عنها فى المدرسة فهذا أكيد اشى بيحزنى بس كمان صابرين والحمد الله | When I see my nieces, for example, who are our closest relatives… when I see one of them with her father next to her, who goes out with her and brings her back… this thing, for sure, makes me feel… I mean just like that, I feel sad. And my friends in school, each one of them is brought to school by her father in the morning. From time to time he'll come to school to check on her. Of course, this makes me sad but, despite that, I endure patiently, and praise Be to God for that. |
| 12:59-13:14 | لا طالما ما بدنا نحكى الحمد اللى الحمد الله هذا قضاء ربنا اللى بيقدروا ربنا هو ده اللي بيصير وان شاء الله ما بيقضيه أن شاء الله يطلع فى هذا الشهر فنجتمع فيه | How often have we wanted to talk. Praise Be to God. Praise Be to God. This is God's will. Our Lord has destined that and this is what we have. God willing, sooner rather than later God will… hopefully, he will be released this month so that |

| | | |
|---|---|---|
| | | we can sit down with him. |
| 13:15-13:40 | واش بطمنتوا عليه أنا مليحة والحمد الله واكيد بنفتقدك ومشتاقين لك جدا وأكيد انت بتسمعنا وتشوفنا أن شاء الله ربي عن قريب بتسمعنا وبتشوفنا ونجتمع عن قريب أن شاء الله وأولادك بخير والحمد الله وهما في أيدي أمينة أن شاء الله ووالدك بخير الحمد الله ما شاء الله عليه وأن شاء الله نلتقي عن قريب | I want them to make sure that he is fine. As for me I am fine, and thank God for that. Of course, we miss your presence and we yearn for you so much. God willing, you will also hear us and see us. I pray to God that you see us and hear us very soon and, God willing, we will meet very soon. Your children are doing fine and praise Be to God for that. With the grace of God, they should be in good hands. Your father is fine and thank God for that. Good Lord, he really is fine, and, God willing, you will meet him very soon. |
| 13:41-14:20 | بحكى ما مثلك شيء بالمرة أحنا الحمد الله رب العالمين دائما ندعي لك في الصلوات ودائما أن حين تطلع وما يقضي وقت أكثر من اللي قضاه يعني أبويا قضى 10 سنين بعيد عني أني فوت المدرسة بدونه وصار لي 9 سنين بقرأ في المدرسة وغير سنتين في الروضة يعني درست 11 سنة بعيد عني أبوي ودائما أن كل أشي بعمله بعيد عنه وأن شاء الله بيطلع عن قريب وأحنا متأملين كثير وباب السجن مايسكرش حدا وهو دائما يكون عارف أن احنا الحمد لله معنوياتنا كثيرة والحمد الله رب العالمين. | I would like to say that there is no one like you, absolutely no one. As for us, praise Be to God, Lord of all worlds, we always pray for you and implore God to set you free. I hope that you will not spend any more time in jail. I mean to say, that my father has so far spent 10 years away from me. I enrolled in school without him being present. This is my ninth year in school, in addition, to two pre-school years. Everything that I do, I do without him being here. God willing, he will be out of jail pretty soon. We have high hopes. No one can keep the gates of jail locked for good. He should know that our spirits are always high and thank God, Lord of all worlds for that. |
| 14:21-14:42 | بحكي له أني أنا بحبه وأنا مشتاقة له وبتمنى له الفرج القريب وأن شاء الله يكون بيننا قبل نهاية هذا الشهر وإن شاء الله بنجتمع فيه هو وجميع الأسرى وإن شاء الله ما يظل في السجون أي أسير أو أي أسيرة وإن شاء لله لهم الفرج قريب | I would like to tell him that I love him and that I miss him and hope that the hardship will be lifted soon. My wish, God willing, is that he would be with us before the end of this month and God willing, we will meet him in the company of all the other prisoners. I pray to God to release all the prisoners, both male and female and, God willing, the hardship that they endure will be over pretty soon. |
| 14:03-16:40 | أغنية<br>ما لي صبر ياناس<br>لا لا تلوموني<br>مطرح ما ولفي داس<br>لو باست عيوني<br>يا طيور بالعالي حنوا علي حالي<br>ياطيور بالعالي حنوا علي حالي<br>مطرح ما هو الغالي مطرح ما هو الغالي | [Song]<br>O people, blame me not<br>No, no don't blame me<br>Wherever my beloved ones set foot<br>I kissed that location with my eyes<br>O birds that are flying high in the skies sympathize with me<br>O birds that flying high in the skies sympathize with me |

| | | |
|---|---|---|
| | مطرح ماهو الغالي للغالي ودوني<br>مالي صبر ياناس<br>لا لا تلوموني<br>مطرح ما ولفي داس<br>لو باست عيوني<br>ما لي صبر عالنار والنار تاكلني<br>والجسم ناحل صار<br>ما عاد يحملني<br>شد القلب ياخي ليقتلك حبك<br>ما لقلب مكوي كي قلبى على قلبك | Wherever the beloved one is<br>Wherever the beloved one is<br>Wherever the beloved one is<br>To the place where the beloved one is take me<br>O people, blame me not<br>No, no don't blame me<br>Wherever my beloved ones set foot<br>I kissed that location with my eyes<br>I can no longer endure the burning fire of longing…this fire is consuming me<br>My body has become so thin that it can no longer hold me<br>O brother keep your heart strong lest you get killed by love<br>My heart is burnt out because of my concern about your heart. |
| 16:41-16:50 | عقباله يشوف الروضة كد إيش أظن من الارض للسماء<br>على أبو بلال وعلى جميع الأسرى | [incomprehensible] I extend my greetings to Abu Bilal and to all the other prisoners |
| 16:51-17:17 | محمد يعنى معرفتى فيه يعنى كا حضنته وعرفته وربيته يعنى بدك شيء تقولى طلع رجل قوى شديد ما يقبلش الظلم وما يقبلش حريته تتكبد تتكبل أو يتقيد. | I mean, I have known Muhammad since he was a little child. I knew him when he was at that age and I have the pleasure of growing up with him. Muhammad grew up to be a strong man with a high degree of endurance. He hates oppression. He hates to see his freedom restrained or put in chains. |
| 17:18-18:16 | يعنى أعتقد مفيش أى كلمات يمكن أنا ما وجدت فى القاموس كلمات ممكن أعرف فيه أو أعرف فيها عن محمد عرمان فالحقيقة أو فى حقه طبعا هو والكثير كثير وكثير من الأسرى الفلسطينيين وغير الفلسطينيين العرب اللى قابعين فى سجون الاحتلال أعتقد أن قاموسنا يعجز عن وصف بطولات هؤلاء الناس أعتقد أن الكلمات تتقذى أمام هؤلاء الناس اللى رفعوا رأس الشعب والأمه والقيادة اللى أحنا بفضلهم الآن نقف هذه الواقفة اللى احنا بفضلهم وصلنا للأمم المتحدة حققنا دولة باعتراف غالبية العالم فينا. | I mean, I don't think that there are words in the dictionary that would be suitable enough to describe Muhammad. I couldn't find in the dictionary such words, words that would help me draw a picture of Muhammad Arman. Too many Palestinian prisoners, as well as non-Palestinian Arab prisoners, are languishing in the jails of occupation. I think that our dictionary does not have the words that could describe the heroism of these people. I think that words dwindle into insignificance in the face of these people who had enabled our people and the rest of the Arab people to hold their heads high [incomprehensible] thanks to these prisoners we succeeded in taking our case to the United Nations where we secured the recognition of most states in the world. |

| | | |
|---|---|---|
| 18:17-18:38 | أنا أبويا إن شاء الله بده يطلع مستحيل يعنى يظل فى السجن مدى حياته مفيش مستحيل وجميع الأسر ى يطلعوا من السجن أنا راسم هذه الصورة فى رأسى وأبويا عارف دايما أن مستحيل لحظة من اللحظات تجيله لحظة يأس أو يحزن أو يتندم على أشى سواه هذه دائما الصورة فى راسى. | I would say that, God willing, my father will be released soon. I mean, it is impossible that he would stay in jail for the rest of his life. No way. Impossible. All prisoners will be released from jail. This is the image that I am drawing in my head. My father knows that it is impossible for him to give up or despair or be overtaken with grief or regret anything that he has done. This is the image that is in my head. |
| 18:39-19:00 | أبو بلال محترم وكويس وما شاء الله عنه والحمد الله رحت وريته فى البقاع فى البرج وقال لى كيف تطلع ودشله قلت له واالله طلعنا يا ختيار كل هذا ولا مشفنا ابو بلال ذى ما قال المثل ها العصفور انزغت | Abu Bilal is a respectable good man. May God bless him. [Rambling incomprehensible words] |
| 19:01-19:31 | لما زرته قبل ثلاث أربع شهور يعنى الحمد الله رب العالمين لقيته يعنى ما شاء الله ما شاء الله يعنى معنوياته مرتفعة بيوزع علي وعلى كل أهلي معنويات فالحمد الله يعنى السجين لما بيكون عنده الصلابة والمناعة والقناعة والقناعة بالعمل اللي قام فيه صعب أنه ينكسر معنوياته أبدا | When I visited him three or four months ago I found out… I mean, praise be to God, Lord of all worlds… I mean, I found out that he has a very high morale, high enough to be sufficient for all of us in case we need to raise our morale. I mean, praise be to God for that. A prisoner who is solid, who is immunity against despair, who believes firmly… who believes firmly in what he had done is a prisoner who will not be depressed or demoralized. |
| 19:31-19:52 | طبعا للأسف من 12 عام أنا ما زرته11 عام 12 عام أنا ما زرته إلى الآن السبب إنه مانع أمنى طبعا فى مانع أمنى وفى مانع أمنى وفى أسباب أخرى كثيرة أحنا ما بنعرفها وبنجهلها | Of course, I have to say that to my bad fortune I have not visited him in 12 years. I mean, I haven't visited him over the past 11 or 12 years. Till now I haven't been given the chance to visit him and the reason for that has to do with security. There is a security reason and there are many other reasons which we don't know. |
| 19:53-20:25 | ياباى يعنى ما حد ما سمعوا أن فى تلفزيون وأن أبويا بده يشوف الحلقه هذه يعنى من امبارح في أجوا عند الدار عمتى نظيره إن شاء الله كثر خيرها ساعدتنا كثير اتشجع انا بس عشان أبويا يعرف شئ واقف معايا وكثير ناس بيسلموا عليك يا بويا كثير السلام وخصوصا أنس اليوم مقدرش يجيي فى عنده شغل فى الدار رنيت عليه وقلت له تعال صار يكون عنده شغل فى الدار وما يقدر وبيسلم عليك كثير السلام. | Dad, from the minute when they heard that there is a TV program and that my dad is going to watch this program… I mean, yesterday, when they came to the house of my aunt, Nazeera, may God reward her well… she really helped us a lot. [Rambling incomprehensible sentence]. Too many people send their regards to you, dad… their sincerest regards. Anas could not make it today because he has work to do at home. I called him and asked him to come. He told me that he has work to do at home and asked me to send his regards to you. |

| | | |
|---|---|---|
| 20:26-20:43 | الله بجاه النبي فك اسره من قريب بجاه محمد الحبيب يجاهك يا صاحب الجاه هو واخوانه كل المسجونيين يخلصنا من اليهود اللي حاقدين علينا بس دائما بقول يا الله يا رب ودائما بصلى وأقول يارب. | I implore God in the name of the Prophet Muhammad to set him free very soon. For the sake of Muhammad, the beloved prophet… O Muhammad, the dignified, the proud, I beseech you to release him and release all prisoners and help us get rid of the Jews who harbor hatred against us. But I have to say that I always pray to God, I always say, O Lord… I always pray and say O Lord. |
| 20:44-22:28 | دائما أنا بوصيه بأوصيا الحمد الله يعنى أن الله يلهمه الصبر وأوصيه يعني دائما يعتكف وإذا اعتكف يعتكف على ذكر الله وشكره وحمده لأن كل شئ بيسير على الأرض بإرادة إلهية ومكتوب فى السماء وبدايته على الارض إن شئنا ولا أبينا يعنى مفيش غير هدا وثانى شئ يعني بوصيه أن يكون محب للي زيه لأن هذا سجن وهو اسمه سجن لأنه عالم آخر لأن أنا عشته عالم آخر يعنى عالم أخر بده يتكيف فيه وأحسن تكييف للإنسان وللأسير أنه يكون محب للي زيه محب للناس اللي فى غرفته محب للناس اللى فى قسمه محب للناس اللى فى جميع السجن اخرى يعني مثل ما يحب لنفسه يحب لهم ما يعلى نفسه عنهم ما يعطى نفسه أزود حاجة إذا بيكون مسئول هناك او اى شيء زيادة عنهم يعنى يكون زيهم ويكون خادم لهم الأولى أن يكون خادم لهم وأنا يعنى أخر شئ بقول مش بس لمحمد ولا للسجناء بقول لشعب الفلسطيني ولا كان الآية القرآنية اللى بقولها كأنها بدها نزلت ها الكيف لنا للشعب الفلسطيني رب العز يقول" يا أيها اللذين أمنوا اصبروا وصابروا واتقوا الله لعلكم تفلحون "أصبر وصابر واتقى الله يعنى مش صبر واحد أصبر وصابر هان أهل فلسطين لازم أصبروا وصابروا يا أهل فلسطين | I always give him this advice, which is to always praise God. I mean, I pray to God to grant him the strength to be patient and enduring. I also advise him to always devote… devote his time to mentioning the name of God, to thank God, and to praise God because everything on this earth moves with the grace and the will of God. Whatever happens on earth has been written in the skies. Therefore, things happen whether we want them to happen or not. I mean, there is nothing else that we can do. My other advice to him is to love the people who are in his situation because this is a prison and it is called a prison. The prison is another world. I have had experience in this world. He has to adapt to the life in jail. One could adapt best if one empathizes with the other prisoners and loves the other prisoners. I know Muhammad. I know that he loves other people who are in the same division with him. He also loves all the other prisoners. I mean to say that he loves for them what he loves for himself. He doesn't show any arrogance toward them. I would like to add another point, in addition to loving his colleagues in jail, he should also offer to them any services that they might need. Finally, I would like to say something not only to Muhammad or to the prisoners but to all the Palestinian people. I want them to heed the Quranic verse in which God, the High, the Exalted, says:<br>O ye who believe!<br>Persevere in patience<br>And constancy; vie<br>In such perseverance;<br>Strengthen each other;<br>And fear God; |

| | | |
|---|---|---|
| | واتقوا الله لعلنا نفلح.عند الله عز وجل | That ye may prosper.<br>(Qur'an, Al-I'Imran, or the family of 'Imran, Sura III, Verse 200).<br>Be patient and persevere and fear God. I mean, it is more than just patience. It is patience and perseverance. The people of Palestine must exercise patience and perseverance. O people of Palestine fear God because if we fear God we will have a better chance to succeed, and at least we will be pleasing God, the Exalted, the High. |
| 22:29-22:53 | رسالتي لمحمد طبعا أقول لمحمد بكلمتين ولا يهمك ما تنهم وبشكل عام لقيادتنا الفلسطينية وللسيد الرئيس أبو مازن ولكل الأسرى أن مطلوب بذل جهود أكبر للتضامن والتعاضد ورفع قضية الأسرى إلى مستويات أعلى وأفضل لأنهم يستحقوا الأفضل | My message to Muhammad… of course, I will only say a few words to Muhammad: Don't you worry! Don't you worry! In General, I would like to say to our Palestinian leadership, to the President Abu Mazen, and to all prisoners, I would like to say that more efforts have to be invested, and a greater degree of solidarity must be shown so as to elevate the cause of the prisoners to a higher level, to a better level because they deserve much better than what they are getting now. |
| 22:54-23:21 | بسلم على جميع الأسرى اللى عند أبويا بسلم على جميع الأسرى اللى صادفتهم فى حياتى إذا نسيت منهم طبعا إنشاء الله مش ناسى منهم لكان زرنا منهم فى السجن كتير أنا فى سجون كتيرة إنشاء الله بتطلعوا عما قريبا جميع الأسرى أن شاء الله الفرج قريب وما تشيلوا هم إنشاء الله رمضان الجاى مثل هذا اليوم يابويا بتكون معانا والحلقة هذه بتكون بخصوص الإفراج عنك مش بخصوص أنك فى السجن | I send my greetings to all the prisoners who are in my father's division. I send my greetings to all the prisoners whom I have met. If I have forgotten anyone of them and I hope that I haven't really forgotten… there are many jails and many prisoners in these jails and I pray to God to release them all very soon. Hopefully, with the grace of God the hardship will be lifted pretty soon. I say to all the prisoners that they should not worry. Hopefully, when next Ramadan comes, you will be with us. And I would like to add that it is my wish that the next TV program will cover your release rather than your situation in jail. |
| 23:22-25:14 | يا ميجنا ويا ميجنا كل العيون<br>عيوني ومن جوه عيوني<br>كان يا شجرة جنب الدار حاميك أسد<br>وبنينا سور من كتر الحسد<br>يا ويلي يا حسرتي زرعتي طلعت وجه غيري حصد<br>خلاف التعب يا عين ما تلاقي غير الحسد | O you who come to us… O you who come to us… all eyes are my eyes as well as inside my eyes<br>O tree, once upon a time, next to the house there was a lion that protected you<br>And we built a wall so as to protect you against the eye of the jealous ones<br>O my misfortune… O my misfortune… whatever |

| | | |
|---|---|---|
| | ما في سمر عاد<br>.................... | I planted was harvested by others<br>O eye! In return for your hard work and endurance you reap nothing but the looks of the jealous ones<br>The good days of sociability are gone…. |
| 25:15-27:32 | أغنية<br>والله واحشني موت اخاف بعدك اموت...<br>قلبي لو من حديد ذاب وانتي بعيده...<br>لوخسرتك حبيبتي ...اشلون أحب من جديد وين القى وفاء<br>او أحس بدفاء<br>ظلما بعدك حياتي كل شي فيها أختفى...<br>روحي يمك حبيبي في ايديك أتمنى أموت<br>والله واحشتيني موت أخاف بعدك أموت<br>وين ذاك الحنان يعني معقوله هان<br>ما خدعنا بعضنا الزمن بيننا خان<br>وينك أنتي واجيك وأغفا ما بين ايديك<br>لوشفتيني حبيبتي حالي يصعب عليك<br>أخاف ابكي ودموعي فيها أغرق وأموت<br>والله واحشتيني موت أخاف بعدك أموت | [Song]<br>I swear to God that I miss you to the point of death …<br>I am afraid that I might die after you<br>My heart has melted away in your absence… If I lose you, my love how can I fall in love again<br>Where can I find loyalty like yours<br>Your absence has tamped down my life… my life has been hollowed out…<br>My soul is the property of my beloved and in her arms I would love to die<br>I swear to God that I miss you to the point of death …<br>I am afraid that I might die after you<br>Where is that affection… is it possible that it has gone<br>We have not deceived each other it is fate that has deceived both of us<br>Tell me where you are so that I could come to you and take a nap in your arms<br>O my love if you know how much pain I have you will earnestly pity my situation<br>I am scared to cry because if I cry I might drown in my tears and die<br>I swear to God that I miss you to the point of death and I am afraid that I might die after you |
| 27:33-28:09 | وعند العودة من زيارة عائلة أخينا الأسير المناضل محمد عرمان وصلنا إلى نهاية برنامج لأجلكم قبل ما أنهي أحب أوجه لأخي الأسير محمد عرمان ولعائلته الكريمة ولزوجته الرائعة جدا لوالدك الله يعطيك الصحة يا ولد محمد عرمان ولأخوتك ولأخواتك وكل اللي كانوا موجودين وأشكرهم على حسن الضيافة والاستقبال .تحية مني ومن مخرج البرنامج محمد عامر .نلتقيكم يوم السبت | With our return from the visit to the family of our brother, the prisoner, the struggler, Muhammad Arman, we come to the end of the program, "For You." Before closing, I would like to send my greetings to my brother, the prisoner Muhammad Arman, to his respectable family, to his marvelous wife, to your father, may God give him strength, to your brothers and sisters, and to all those who were present. I thank them all for their hospitality and for their gracious reception. Greetings from |

| | | |
|---|---|---|
| | القادم الساعة الثانية عشرة والنصف إنشاء الله ظهرا، إلى اللقاء. | me and from the producer, Muhammad Amer. We will see you again next Saturday at 12:30 noon time, God willing.<br><br>See you. |
| 28:10-28:55 | أغنية<br><br>لما الأرض تنادي رجالها بتلاقينا سيوف بتلمع<br>ما بيغلى الغالي كرمالك ما لغير الخالق ما بنركع<br>لما الأرض تنادي رجالها بتلاقينا سيوف بتلمع<br>ما بيغلى الغالي كرمالك و لغير الخالق ما بنركع<br>شوفوا انهي نجوم الليل بالليل اللي ما فيه نجوم<br>وعكساته بترد الويل وبوقفاته العز يدوم<br>كل ما يجن جنون كل ما تغفى عيون<br>تسهر على الحمى وعلى حدود الحمى عيني | [Song]<br><br>A sad popular lyric<br><br>When the land bids its men to come, all of us turn into shining swords.<br>For your sake, oh land, no sacrifice is too big, and only to the Creator do we kneel.<br><br>When the land bids its men to come, all of us turn into shining swords.<br>For your sake, oh land, no sacrifice is too big, and only to the Creator do we kneel.<br><br>We see stars in the pitch dark of a starless night. With his endurance he overcomes adversity and thanks to the strength of his belief, pride and dignity never retreat.<br><br>When madness is let loose, when all eyes sleep, my eye never sleeps. My eye remains awake, vigilantly watching the land and its front lines. |

BACKGROUND TEXT:

| | | |
|---|---|---|
| 05:27-06:07 | الله رام - حارث بني خربثا/ عرمان محمد الأسير شقيقة | The sister of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 09:45-10:12 | الله رام - حارث بني خربثا/ عرمان محمد الأسير زوجة | The wife of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 10:13-10:36 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابنة | The daughter of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 11:14-11:21 | الله رام - حارث بني خربثا/ عرمان محمد الأسير زوجة | The wife of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 11:22-11:48 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابنة | The daughter of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 12:08-12:31 | الله رام - حارث بني خربثا/ عرمان محمد الأسير زوجة | The wife of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 12:32-12:58 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابنة | The daughter of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 13:15-13:40 | الله رام - حارث بني خربثا/ عرمان محمد الأسير زوجة | The wife of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 13:41-14:20 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابنة | The daughter of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 16:41-16:50 | الله رام - حارث بني خربثا/ عرمان محمد االأسير والد | The father of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 16:51-17:17 | شقيق الأسير محمد عرمان/ خربثا بني حارث - رام الله | The brother of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah. |
| 18:17-18:38 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابن. | The son of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 18:39-19:00 | الله رام - حارث بني خربثا/ عرمان محمد االأسير والد | The father of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 19:01-19:31 | الله رام - حارث بني خربثا/ عرمان محمد الأسير شقيق | The brother of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 19:53-20:25 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابن | The son of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 20:26-20:43 | والد االأسير محمد عرمان/ خربثا بني حارث - رام الله | The father of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 20:44- | الله رام - حارث بني خربثا/ عرمان محمد الأسير شقيق | The brother of the prisoner Muhammad |

| | | |
|---|---|---|
| 22:28 | | Arman/Khirbet Bani Hareth, Ramallah |
| 22:54-23:21 | الله رام - حارث بني خربثا/ عرمان محمد الأسير ابن | The son of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |
| 23:22-25:14 | الله رام - حارث بني خربثا/ عرمان محمد االأسير والد | The father of the prisoner Muhammad Arman/Khirbet Bani Hareth, Ramallah |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF CLARK HAYES**

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7 185.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 7 185.

Dated: February 28, 2014

[signature]
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

[signature]
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015