# EXHIBIT A.449



Search Palestinian Media Watch  GO      Join Email list - enter email  GO

About Us    PMW Impact    Support Us    Contact Us    עברית

**PMW RESEARCH CENTER**
- Demonization of Jews/Israelis
- Libels
- PA depicts a world without Israel
- Violence and terror
- PA salaries to terrorists
- Violence-Diplomacy strategy
- Suicide terror & Shahada
- Children as combatants
- Religious War
- Rewriting history
- Holocaust denial and distortion
- Historically important
- Western funding
- Children & Youth
- PA personalities
- Israeli Arabs
- Pan-Islamism & Hatred of West
- Current news
- Jerusalem under assault
- Polls & trends
- Internal Palestinian issues
- Views on peace-making
- About Palestinian media

**THE PALESTINIAN WORLD**
- Education System
- Videos & TV
- Videos in other languages
- Cartoons
- Hijacking pop culture
- Palestinian maps erase Israel

**PMW ANALYSIS & FINDINGS**
- Op-eds & books
- PMW Bulletins
- Palestinian Daily News
- Special Reports
- Français
- Purchase "Deception"

עברית

RSS

### PMW Bulletins
# Fatah honors arch-terrorist by proudly listing 61 of his murders

by Itamar Marcus and Nan Jacques Zilberdik
July 25, 2013

Print    Email

Share |

## Fatah honors arch-terrorist
## by proudly listing 61 of his murders

**Fatah glorifies terrorist Abdallah Barghouti as "heroic prisoner" because he prepared the bombs for suicide terror attacks that:**
  - **"killed 15 Zionists" at Sbarro restaurant**
  - **"killed 11 Zionists" at Moment Café**
  - **"killed 15 Zionists" at Sheffield Night Club**
  - **"killed 9 Zionists" at Hebrew University**
  - **"killed 11 Zionists" at the Ben Yehuda pedestrian mall**

by Itamar Marcus and Nan Jacques Zilberdik



Fatah continues to follow Palestinian Authority policy documented by **Palestinian Media Watch** of honoring terrorists, among them Abdallah Barghouti.

A picture glorifying 5 of the suicide bombings that Barghouti prepared explosives for and which killed 61 "Zionists" was posted by the administrator of the Fatah's Facebook page, "The Main Page." Terrorist Barghouti was honored as the "heroic prisoner" and his attacks as "self-sacrificing activity" and "Martyrdom-seeking operations." "Martyrdom-seeking operations" is the Palestinian euphemism for suicide bombings.

Barghouti is serving 67 life sentences for preparing explosives for terror attacks in which 67 people were murdered - Sbarro restaurant (15 killed, Aug. 9, 2001), Sheffield Club (15 killed, May 7, 2002), Moment Café (11 killed, March 9, 2002), triple attack at Ben Yehuda pedestrian mall (11 killed, Dec. 1, 2001), Hebrew University (9 killed, July 1, 2002), and Bus 4 in Tel Aviv (6 killed, Sept. 19, 2002).

Following PMW's exposure of the visits this past May by PA TV to the homes of terrorist **Barghouti** and two other arch terrorists who between them are serving 166 life sentences, PA TV **criticized PMW** saying they are not terrorists but "heroes" and attacked PMW for calling them "terrorists".

Click to see further PMW documentation of **PA terror glorification**.

*The following is the full text of the official Fatah Facebook page:*

> "The brave prisoner, Abdallah Barghouti, who has the longest [prison] sentence in the history of the Palestinian cause"

**Text on photo:**
"The free prisoner Abdallah Barghouti
Personal information:
Born in Kuwait in 1972.
Married and father of one son and two daughters: Osama, Tala and Safa.
Studied electrical engineering in South Korea.

Date of arrest: March 5, 2003.
His self-sacrificing activity: Planning a series of Martyrdom-seeking operations (i.e., suicide terror attacks) during 2000-2003:

- The Sbarro restaurant operation in Jerusalem which killed 15 Zionists

**PMW on Facebook**

Follow PMW on Facebook
GO

**PMW on Twitter**

Follow PMW on Twitter
GO

**Purchase "Deception"**

Deception directly from PMW
GO

**From Terrorists to Role Models**

The Palestinian Authority's Institutionalization of Incitement
GO

**Bulletins July-Dec, 2012**

See bulletins July - December 2012
GO

**Bulletins Jan-June, 2012**

See bulletins Jan - June 2012
GO

**Bulletins July - Dec 2011**

See bulletins July - Dec 2011
GO

**Bulletins Jan - June 2011**
See bulletins Jan - June 2011

GO

**Bulletins July - Dec 2010**

See bulletins July - Dec 2010
GO

P 7: 367

11/7/13                                    Fatah honors arch-terrorist by proudly listing 61 of his murders - PMW Bulletins

- The Moment Café operation which killed 11 Zionists
- The Sheffield Night Club operation which killed 15 Zionists
- The Hebrew University operation which killed 9 Zionists
- The Ben Yehuda pedestrian mall operation which killed 11 Zionists

Prison sentence: 67 life sentences.
Recipient of the longest [prison] sentence in the history of the Palestinian issue."
[Fatah Facebook page, "The Main Page," July 22, 2013]

*Note: Abdallah Barghouti is serving 67 life sentences for preparing explosives for terror attacks in which 67 people were murdered: Sbarro restaurant (15 killed, Aug. 9, 2001), Sheffield Club (15 killed, May 7, 2002), Moment Café (11 killed, March 9, 2002), triple attack at Ben Yehuda pedestrian mall (11 killed, Dec. 1, 2001), Hebrew University (9 killed, July 31, 2002), and Bus 4 in Tel Aviv (6 killed, Sept. 19, 2002).*

 Previous Bulletin   Next Bulletin       Print   Email

 PMW Bulletins Archive



**Bulletins Aug - Dec 2009**
See bulletins Aug - Dec 2009
GO

**Bulletins Jan - July 2009**
See bulletins Jan - July 2009
GO

**Bulletins Aug - Dec 2008**
See bulletins Aug - Dec 2008
GO

**Bulletins Jan - July 2008**
See bulletins Jan - July 2008
GO



produced by EMESPHERE
powered by swat

Home Page | Videos & TV | Cartoons | Op-eds & books | PMW Bulletins
| News | Special Reports | | RSS
About Us | PMW Impact | | עברית | Support Us | Contact Us
© 1997-2013 Palestinian Media Watch | Reproduction Rights

P 7: 368