# EXHIBIT A.459



