# EXHIBIT A.465

PLAINTIFF'S EXHIBIT 465

| Statement by | | Israel Police | Statement No. 3  Sheet No. 1 |
|---|---|---|---|
| Identity No. 92442607 | First Name Munzar | Last Name Noor | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth Kuwait | Home Phone 059-720290 | Work Phone 02-2406515 |
| Address of Residence Ramallah, his workplace | | Name and Address of Workplace The Red Crescent (Hilal Ahmar), Ramallah | |
| Mobile phone No. 059-314801 | Father's Name Mahmoud | Parents' Address [Stamp]   Moshe Moshe   Ser. No. 993762-4 / Lachish Intel | |

| May 13, 2002 | 2:45 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  On the date and time and in the place indicated above, I saw the above-named individual before me,
2  and I said to him, I, a police officer, whose details are indicated above, inform you that I am about to
3  question you and take your statement further to the statements that you gave during your questioning
4  on April 23, 2002, and April 25, 2002. In addition, I remind you that you are being questioned under
5  caution and that you need not say anything unless you want to; however, anything you say will be
6  taken down by me and may be used as proof. Abstention from responding to questions may
7  strengthen the evidence against you.
8  [Arabic signature] [Signature]
9
10  After I read before the above-named individual the statement above and translated it into the Arabic
11  language for him, which he understands, he confirmed with his signature that he understood the
12  content of the charge and the warning, and said of his good free will:
13  I want to tell you further to what I said in my statement. In 1993, I went out with the Shabiba
14  movement in Anbata Tulkarm. When I was aged 14-15, I was approached in the neighborhood by
15  Muafak Hassan Abu Ramla, aged about 30, married, known as Abu Hamad, a resident of Anbata,
16  who suggested that I come with him for "activity", without telling me what he meant by activity.
17  Before the activity, Muafak Hassan Abu Ramla asked me to bring a tape recorder with me. And I
18  brought the tape recorder from home and at ten at night I departed with (1) Muafak Hassan Abu
19  Ramla; (2) Samir Najib Noor, today aged about 28-30, a police officer in the Palestinian Authority,
20  living in Anbata, and we went out on foot to the home of the Hasham Abu Zarar, aged about 35,
21  married, working as a painter (Dahayan) and living in Anbata; together with us six-seven masked men
22  came, and then we took Hasham Abu Zarar to a hill in Anbata, and we used force because Hasham
23  Abu Zarar wanted to escape, and we seized and tied his hands (Rabtana) with a cloth. And then we
   came to the hill in Anbata [illegible; crossed out] and after that
24
25
26
27
28

[Arabic signature]                                  [Signature]
                                                    Time of completion of taking of statement
M. 3007                          D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] P 8: 100

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 2 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Work Phone | |
| Address of Residence | Continued | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address<br>[Stamp]   Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:10 p.m. | ~~Continued~~ | Investigator | | | |
|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name Last name |

1  masked men stayed there and Muafak Hassan Abu Ramla and I returned to the village. Before
2  Muafak and I went down, Muafak Abu Ramla took the tape recorder from me and gave it to a masked
3  man. [illegible; crossed out]
4  And on the following day Muafak Abu Zahar returned the tape recorder to me, and after about 4-5
5  days I saw Hasham Abu Zarar in good physical condition. In the eighth month of 2001, Wafa Idris
6  recruited me as a source (Mansour) for military intelligence (Isthabarat) and introduced me to
7  Mohamed Katal; each time I had information, I would forward that information to Mohamed Katal. In
8  my first statement I said that his name was Mohamed Katal [illegible; crossed out] and he is
9  Mohamed Mahtasab Abu Ibrahim, but his real name is Kamal a-Din, aged about 40, whose is known
10 as Abu Talal, married and living in Bitunia and he hails from Kafr Laban, and he is tall, mustached,
11 fat and fair complexioned. In that period I worked and brought information of suspicions (Shibha) of
12 vice (alhalkiya) and theft: (1) Ahmed Ramadan, aged about 30, married, known as Abu Yusef, an
13 ambulance driver, a resident of Ramallah; (2) Mohamed Farah Awad, aged about 32, married, a first
14 aid (Asaf) center manager, living in Kafr Akab, who used to live in the U.S.; (3) Faik Hassin, aged
15 about 50, married, a deputy manager of the Red Crescent (Hilal al Ahmar) in Ramallah. A resident of
16 Ramallah, he was suspected of stealing money; (4) Mohamed Adal Hababa, aged about 30, married,
17 Abu Adal, an ambulance driver and a cleaner in Jerusalem, a resident of Beit Iksa. On January 2001,
18 he talked to me about military issues. Abu Talal talked with me about a suicide attack in Israel and
19 that this time a woman was sent, and the talk about the woman and the suicide raised the name of
20 Wafa Idris. Abu Talal asked me what I thought about Wafa. I said to him that I did not know and we
21 should ask her. And then Abu Talal approached Wafa Idris and invited her to his home
22
23
24
25
26
27
28

[Arabic signature]                    [Signature]
                                       Time of completion of taking of statement
M. 3007                D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] P 8: 101

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 3 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Work Phone | |
| Address of Residence | Continued | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:35 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  In the home of Abu Talal, we sat down, Abu Talal and Wafa Idris and I, and we talked about the
2  subject; I mean a suicide attack. And then initially Wafa Idris agreed and afterward she changed her
3  mind. We said that the attack would be in Jerusalem, we did not say where in Jerusalem. Wafa Idris
4  changed her mind because I told her that I was going down to Jerusalem, meaning that I would be a
5  partner with her in the attack, and because of this Wafa withdrew her consent, and she did not want to
6  be the reason that would endanger (Tathar) me.
7  And then Wafa Idris said that she would only put the explosive device in Jerusalem and so a suicide
8  bomber would not be needed, and then Abu Talal agreed and said, no problem "Mafish Mushkala".
9  After two days, Wafa Idris traveled to Jerusalem to go around the city and to check whether there
10 were soldiers, checkpoints, and after that she returned to Abu Talal's house, and said that it was worth
11 carrying out the attack in Yaffo Street, because there were many people there, and I was with her in
12 Abu Talal's house. Abu Talal said to her: "Tomorrow I will call you and explain to her what she must
13 do". This means how the explosive device will be activated. The explosive device had a clock
14 connected to it. The day before the attack the three of us, Abu Talal and Wafa Idris and I, met in Abu
15 Talal's house in the industrial area in Bitunia, and Abu Talal said to Wafa that she should come to the
16 Nablus Gate with the explosive device, give the explosive device to a young man who I do not know
17 and return; the young man knows what to do with the explosive device. Wafa Idris agreed to transfer
18 the explosive device to Jerusalem. On the day of the attack, Wafa Idris was late in arriving and taking
19 the explosive device from Abu Talal. Wafa Idris should have been at Mohamed Abu Talal's place at
20 half past nine in the morning, but she was late and arrived at half past ten in the morning. She took the
21 explosive device and traveled to Jerusalem, I do not know with which vehicle. Wifa Idris came to the
22 Nablus Gate and saw the young man

[Arabic signature]            [Signature]
                              Time of completion of taking of statement
M. 3007                       D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 102**

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 4 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | Last Name<br>Noor | | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | | Work Phone | |
| Address of Residence | **Continued** | Name and Address of Workplace | | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp]   Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | | |

| May 13, 2002 | 4:00 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  and said to him that she [illegible; crossed out] would place the explosive device by herself. The
2  young man telephoned Mohamed Abu Talal and told him that Wafa Idris would place the explosive
3  device by herself. Then Abu Talal said to him: it is not important who places the explosive device. I
4  know this because Abu Talal told me after the attack. At that time I was at work. An alarm clock was
5  connected to the explosive device and Abu Talal knew the time at which the device was supposed to
6  explode. When Abu Talal saw that the time was approaching, he called, from his mobile phone 059-
7  337647, Wafa Idris and told her that there were seven minutes left, and after that he called again and
8  told her that there were three minutes left. Wafa said to him "do not be scared about me" and hung up
9  the mobile phone. Abu Talal and I talked and our estimate (Tahlil) was that Wafa Idris had been
10 discovered with the explosive device and so [illegible; crossed out] she had not placed the explosive
11 device and after a few minutes the explosive device exploded.
12 Question: You work at the Red Crescent as a medic who is supposed to save life. After that you are
13 an accomplice in an attack in which people are killed.
14 Answer: I am explaining to you that I am not an accomplice, I just convinced Wafa to carry out the
15 attack.
16 Question: What happened after the attack?
17 Answer: Three days after the attack, on January 30, 2002, the Preventive Intelligence came to arrest
18 me. Abu Talal, who was at the site, argued with the Preventive Intelligence and told them that I was
19 under surveillance (Murtab) and that the military intelligence (Isthabarat) had to arrest me and then
20 Abu Talal took me to prison and told the prison warden, Abu Amadi, aged about 35, from Ramallah,
21 that I was not an ordinary detainee (Sajin Aadi) and that he had to guard me and give me and put me
22 in a room alone, without telling him why. After 40 days, Israeli aircraft bombed the Mukataa in
23 Ramallah and I was released. My parents asked me why they had arrested me.
24
25
26
27
28

[Arabic signature]                              [Signature]
                                                Time of completion of taking of statement
M. 3007                                         D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 103**

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 5 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | Last Name<br>Noor | | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | | |

| May 13, 2002 | 4:15 p.m. | Ashkelon | Investigator | | | |
|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name  Last name |

1  I said because of my ties with Wafa Idris and in order to guard me ~~from the security~~ from the
2  Preventive Intelligence and the IDF.
3  Question: What activity did Wafa Idris carry out that you know about?
4  Answer: She transferred cartridges from Qalandia checkpoint and transferred leaflets of the Fatah
5  Organization to a-Ram checkpoint, and I know this because Wafa Idris told me.
6  Question: What is your additional activity? Investigator's comment: the above-named individual
7  wishes to go to the toilet. It is 4:20 p.m. I stop the statement and allow the above-named individual to
8  go to the toilet. It is now 4:30 p.m. I inform you that you are still being questioned under caution and
9  you do not have to say anything unless you want to, but whatever you say will be written down by me
10 and may be used as proof. Abstention from answering questions may strengthen the evidence against
11 you. (Investigator's comment – I read him the question from row 17).
12 Answer: Abu Talal approached me before Wafa Idris carried out the attack in Jerusalem ~~and asked me~~
13 and suggested to me to transfer explosive devices in an ambulance. I refused because it would be a
14 mistake to involve the Red Crescent in military activity, but after Wafa Idris carried out the suicide
15 attack, I contacted Abu Talal and proposed that I drive explosive devices in the ambulance, but Abu
16 Talal said to me: forget about it, and asked me to bring him information about checkpoints, forces,
17 soldiers and arms and I gave him information about IDF forces before they went into Ramallah for
18 the first time.
19 This is his statement, which was given of his good free will, which was read to him and translated
20 into the Arabic language for him, which he understands, and he confirms it as correct by his signature.

[Arabic signature]                    [Signature]                          4:45 p.m.
                                                              Time of completion of taking of statement
M. 3007                                            D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] P 8: 104

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 100-04.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 100-04.

Dated: February 28, 2014

                                                             Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MIHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

[Handwritten Israeli Police witness statement form in Hebrew and Arabic — contents not legibly transcribable.]

[Handwritten Hebrew police report form - illegible handwriting]

[Handwritten Hebrew police report form - illegible handwriting]

[Handwritten Hebrew/Arabic police report form - משטרת ישראל - illegible handwriting]

[Handwritten Hebrew/Arabic police report form - Israel Police (משטרת ישראל). Form contains printed field labels in Hebrew and Arabic for personal details (ID number, name, date of birth, address, etc.) with handwritten entries that are largely illegible. The body of the page contains 28 numbered lines of handwritten text in Hebrew cursive, dated 13/05/02 at 16:15, ending at 16:45. Signature at bottom. Arabic handwritten note at bottom.]