# EXHIBIT A.472

# PLACEHOLDER FOR EXHIBIT 472

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 00:0-01:21 | After the suicide bombing, Palestinian Authority TV repeatedly broadcast this song praising the first female suicide terrorist<br><br>My sister Wafa,<br>My sister Wafa,<br><br>Oh the heartbeat of pride<br>Oh flower who was on Earth and is now in Heaven<br><br>God is great, oh Palestine of the Arabs<br>God is great, oh Wafa<br><br>But you chose martyrdom<br>In death you have brought the aspiration to life<br><br>But you chose martyrdom<br>In death you have brought the aspiration to life | After the suicide bombing, Palestinian Authority TV repeatedly broadcast this song praising the first female suicide terrorist<br><br>أختى وفاء يا نبضه من كبرياء<br><br>يا زهره كانت على الارض وصارت فى السماء<br><br>الله اكبر يا فسلطين العرب<br><br>الله اكبر يا وفاء<br><br>لكنكى اخترتى الشهاده بالموت احييتى الارادة<br><br>لكنكى اخترتى الشهاده بالموت احييتى الارادة |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

              Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8 178.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 8 178.

Dated: February 28, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*Lanore C. Smith*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015