# EXHIBIT A.473

PLAINTIFF'S EXHIBIT 473

STATE OF ISRAEL – MINISTRY OF HEALTH

**The National Center of Forensic Medicine**

Affiliated with the Sackler Faculty of Medicine

Tel Aviv University

67 Ben Zvi Rd.

P.O. Box 49015

Tel Aviv 61490

Israel                           Tel: 03-5127878 03-5127856 Fax: 03-6833813

Expert Opinion 3/160/2002<br>Date: January 29, 2002

**Expert Opinion**<br>Reference: The Evidence Ordinance (New Version), 1971

**Name of the expert: Prof. Yehuda Hiss.**
**Particulars of education: Physician since 1973**
**Professional experience: Pathology since 1975, forensic medicine since 1981.**

I am giving this opinion instead of testimony in court, and I hereby declare that I am well aware that for the purpose of the provisions of the criminal law concerning perjury, this opinion, bearing my signature will be considered as sworn testimony given in a court of law.

The body of Jane Doe (terrorist Wafa Idris, aged 28 years)

was brought on January 27, 2002 by Hashfela ambulance at the demand of the minorities department police, Jerusalem.

On January 27, 2002 an external examination was conducted.

On February 10, 2002 an autopsy was conducted.

No identification according to scientific criteria was carried out (the name was given by the minorities police, Jerusalem).

**Circumstances:**

Killed on January 27, 2002, on Jaffa St. in Jerusalem by an explosion (see also Expert Opinion 3/161/2002).

The external examination started at 3:55 p.m. with the assistance of assistant prosector Eitan Shachar.

[Stamp] P 8: 180

1

**Expert Opinion 3/160/2002**

**Report that was written at the time of the external examination:**

Body sections were transferred in separate bags:

1. The head of a young woman, decapitated via the inferior third of the neck anteriorly and the middle third posteriorly. The scalp is covered with brown, slightly wiry hair, of up to approximately 30 cm length, scorched in its anterior portion and superior portion with scorch induced curling.

   On the right forehead there are no signs of fresh trauma. On the left forehead, superior to the lateral half of the left eyebrow, there is a first to second degree burn, with sloughing of the skin that passes throughout the left cheek, including the left half of the palpebrae on the left and the chin on the left and the neck on the left and anteriorly, including the inferior half of the left auricle, covering a total area measuring approximately 28 * 12 cm.

   The eyebrows and eyelids are dark and scorched.

   The right palpebrae have no signs of fresh trauma, the right eyeball is flexible, the iris is brown. The left palpebrae have first-second degree burns in the lateral half. The eyeball is flexible, the iris brown, 3 petechiae were found on the surface of the conjunctiva of the eyeball, other parts of the conjunctivae are pale.

   On the surface of the nose there are first and second degree burns, with sloughing of the skin. The nasal skeleton was palpated to be fractured in the middle third. Bloody fluid was found in the nares.

   On the right cheek, superior to the zygoma, there is a first to second degree burn of approximately 4 cm diameter. The skin of the cheeks is relatively bright, sloughing here and there, particularly at the chin. The left cheek was described previously.

   Superior to the upper lip of the mouth, particularly on the left side, there are first and second degree burns with skin sloughing. There are fractures in the jaws that will be described later by Z. Kahane, D.M.D. The oral cavity contains no foreign objects and contains bloody fluid.

   Inferior to the left angle of the lips, approximately 1.5 cm away from it, there is a diagonal laceration of approximately 1.1 cm length, passing throughout the thickness of the lip. There are first and second degree burns in the mucosa and skin of the lower lip with sloughing. No bleeding was found on the gingival mucosae.

   In the area of the right angle of the mandible, a first to second degree burn, converging with burns in the skin of the neck was found.

   In the right auricle there are burns on the inferior half of the margins and on the lobe there is an earring piercing (without an earring). There is no damage posterior to the auricle. Bloody fluid was found in the external auditory meatus.

   In the left auricle, here and there, there are first and second degree burns. Posterior to the auricle there are a few burns. Bloody fluid was found in the external auditory meatus.

   [Stamp] P 8: 181

**Expert Opinion 3/160/2002**

4. There is traumatic amputation of the anterior neck, the length of the skin preserved from the base of the neck is approximately 9 cm and on the right side the length of the skin in the neck is approximately 12 cm; in addition, on the nape and on the left side posterior to the auricle there is traumatic amputation-cleaving of approximately 15 cm length, from which tears of blood vessels and a few crushed vertebrae of the cervical spinal column are visible.

5. A skin section from the superior part of the back, with some of the hair of the nape, of a color similar to that of the hairs of the scalp, measuring 31*29 cm, with tears and with subcutaneous adipose tissue and subcutaneous muscles.

   A stump of crushed thoracic spinal column, of approximately 20 cm length.

6. A stump of left upper limb with traumatic amputation through the superior third of the arm and shoulder, above which there are the following clothing items:

   A. Parts of a gray bra, with netlike fabric.
   B. A black tracksuit sleeve with a kind of embroidery in the shoulder area.
   C. A gray sweater sleeve, woven with longitudinal stripes.

   A stump of arm with cleaving of the muscles in the proximal half and comminuted fractures of the bones, including the scapula.

   The clavicle is intact. The skin color is bright and in the area of the axilla there are a few black hairs. The forearm has a comminuted fracture of the bones, the skin is relatively bright with relatively little black hair of up to 2 cm length. In the root of the forearm, on the medial aspect, there is an irregular laceration from which comminuted bone fractures protrude.

   In the hand, at the base of the fingers on the dorsal aspect, there are subcutaneous contusions. There is a comminuted fracture of the distal phalanx of the fifth digit. The fingernail margins are elongated, most probably covered with clear nail varnish.

7. Inferior stump of the right lower limb with cleaving at the knee height and crushing of bones and cleaving of muscles and a first and second degree burn, with sloughing of the skin and foot with 5 digits. The toenail margins are short, without damage. The length of the right foot, through to the outer margins of the bit toe, is 22 cm. There is a laceration in the inferior third of the leg, on the lateral side and 13 cm from the heel, almost vertical, of approximately 3 cm length.

   There is almost no hair on the skin.

   The left leg has traumatic amputation and cleaving at the height of the knee with a stump of approximately 11 cm length of the left femur.

[Stamp] P 8: 182

**Expert Opinion 3/160/2002**

There are comminuted fractures of the tibia in the middle third. The skin is preserved, more or less, only in its anterior part, of approximately 15 cm length, with laceration and cleaving of the muscles in the posterior portion. The skin has first and second degree burns with sloughing.

The foot is preserved with a laceration at ankle height on the lateral aspect, gaping with a comminuted fracture of approximately 8 cm length and approximately 7 cm distance superior to the ankle. The digits have no sign of trauma. The toenail margins are somewhat smooth, without fractures. The length of the left foot, through to the outer margins of the toenail, is 22.5 cm.

8. The scalp of the base of the cranium, particularly in the nape, has bleeding. There is no bleeding of the temporalis muscles. The bones of the base of the cranium have fractures, particularly, in the middle and posterior fossa, transverse, dividing the base of the cranium into the anterior and posterior part in the area of the sella turcica. The thickness of the cranial bones is within the normal with the frontal bone of approximately 0.7 cm thickness and the occipital bone of approximately 0.8 cm thickness. A little bloody fluid was found in between the meninges. Meninges are smooth and glossy. There are no thrombi in the sinuses of the dura mater.

The brain weighs 1095 with a normal external structure. No hematomas in repeat sections through the cerebrum, the cerebellum and the brainstem. No excessive fluid in the cavities of the brain.

No pathological changes in the basilar arteries.

Pituitary gland is normal.

Photographs and an x-ray were taken.

A blood specimen was taken for biological testing.

Muscle was taken for genetic profiling.

Clothing items were left for examination.

**Description of the teeth:**

Maxilla:

1. Old missing tooth 18.
2. Fresh fractures in the crowns of teeth 21 and 22.
3. Fresh fracture in tooth 26 and remains of an amalgam restoration.

Mandible:

1. Fresh fractures in the mandible between teeth 31-32 and 33-34.
2. Fresh fracture in tooth 36 and remains of amalgam restoration (most probably MODC).
3. Amalgam restoration in tooth 37 on OB aspect.   Z. Kahane, Superintendent

[Stamp] P 8: 183

4

**Expert Opinion 3/160/2002**

**Summary of main anatomic findings:**

1. Traumatic amputation of the head and limbs.
   - A. The torso, right upper limb and thighs are missing.
   - B. First and second degree burns on the head and lower limbs.
   - C. Fractures of the cranium.

**Expert opinion:**

Based on the results of the autopsy on the cadaver of a young woman (terrorist Wafa Idris, aged 28 years), I express my opinion that her death was caused by traumatic amputation of the head and limbs with crushing of the torso (missing) following the detonation of explosives.

The center of the explosion was near the torso.

[Signature]

Prof. Y. Hiss

R.I. 3-160-2002, January 29, 2002

A.B. February 12, 2002

R.I. February 24, 2002, March 4, 2002

[Stamp] P 8: 184

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                 Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                 Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 180-184.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 180-184.

                                                                                       Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

| | | |
|---|---|---|
| STATE OF ISRAEL - MINISTRY OF HEALTH<br>**The National Center of Forensic Medicine**<br>Affiliated to the Sackler Faculty of Medicine<br>Tel Aviv University |  | מדינת ישראל - משרד הבריאות<br>**המרכז הלאומי לרפואה משפטית**<br>מסונף לפקולטה לרפואה ע"ש סאקלר<br>אוניברסיטת תל אביב |
| 67 Ben Zvi Rd.<br>P.O.Box 49015<br>61490 Tel-Aviv<br>ISRAEL | FAX: 03-6833813 :פקס   TEL: 03-5127856, 03-5127878 :טל | דרך בן-צבי 67<br>ת.ד. 49015<br>תל-אביב 61490<br>ישראל |

חוו"ד: 3/160/2002

תאריך: 29 בינואר 2002

## חוות דעת מומחה

סימוכין: פקודת הראיות (נוסח חדש), 1971

שם המומחה: פרופ' יהודה היס.
פרטי השכלה: רופא משנת 1973.
ניסיון מקצועי: פתולוגיה משנת 1975, רפואה משפטית משנת 1981.

אני נותן חוות דעתי זו במקום עדות בבית המשפט, ואני מצהיר בזה כי ידוע לי היטב, שלעניין הוראות החוק הפלילי בדבר עדות שקר בשבועה בבית המשפט, דין חוות דעתי זו כשהיא חתומה על ידי כדין עדות בשבועה בבית המשפט.

גופת אלמונית (מחבלת ווופא אטיריס, גיל 28 שנה)

הובאה בתאריך 27.1.2002 ע"י אמבולנס "השפלה" עפ"י דרישת משטרת מפלג מיעוטים ירושלים.

בתאריך 27.1.2002 בוצעה בדיקה חיצונית.

בתאריך 10.2.2002 בוצעה נתיחה.

לא בוצע זיהוי עפ"י אמות מידה מדעיות (השם נמסר ממשטרת מיעוטים ירושלים).

### נסיבות:

נהרגה בתאריך 27.1.2002 ברחוב יפו בירושלים מפיצוץ (ראה גם חוו"ד 3/161/2002).

הבדיקה החיצונית החלה בשעה 15:55 בסיוע העוזר לפרוסקטור איתן שחר.

1

P 8:180

חוו"ד: 3/160/2002

**דין וחשבון שנרשם בשעת הבדיקה החיצונית:**

בשקיות נפרדות הועברו קטעי גופה:

1. ראש אישה צעירה כרות דרך השליש התחתון של הצוואר מקדימה והשליש העליון מאחורנית. הקרקפת מכוסה שיער חום, מעט מקורזל, באורך עד כ- 30 ס"מ, חרוך בקדמתו ובחלקו העליון עם סלסול מחריכה.

    במצח מימין אין סימני חבלה טרייה. במצח מצד שמאל, מעל החצי החיצוני של הגבה השמאלית, נמצאת כוויה מדרגה ראשונה-שנייה, עם התקלפות העור העובר על כל הלחי השמאלית, כולל החצי השמאלי של העפעפיים משמאל והסנטר מצד שמאל והצוואר משמאל ומקדימה, כולל החצי התחתון של האפרכסת השמאלית, על פני שטח כולל במימדים כ- 28 * 12 ס"מ.

    הגבות והריסים בצבע כהה, חרוכים.

    בעפעפיים מימין אין סימני חבלה טרייה, גלגל העין הימני גמיש, הקשתית חומה. בעפעפיים משמאל נמצאות כוויות מדרגות 1 ו- 2, בחצי החיצוני. גלגל העין גמיש, הקשתית חומה, על פני הלחמית של גלגל העין נמצאים 3 דימומים נקודתיים ושאר חלקי הלחמיות חיוורות.

    על פני האף נמצאות כוויות מדרגות 1 ו- 1 ו- 2, עם התקלפויות עור. שלד האף נמוש שבור בשליש האמצעי. בנחיריים נמצא נוזל דמי.

    בלחי הימנית, מעל לעצם העול, נמצא פצע כוויה מדרגה 1 – 2 בקוטר כ- 4 ס"מ. עור הלחיים בהיר באופן יחסי, מתקלף פה ושם, במיוחד בסנטר. הלחי השמאלית תוארה קודם.

    מעל השפה העליונה של הפה ובמיוחד משמאל, נמצאות כוויות מדרגות 1 ו- 2 עם התקלפות עור. קיימים שברים בלסתות אשר יתוארו בהמשך ע"י ד"ר צ' כהנא. בחלל הפה אין גופים זרים, ונמצא נוזל דמי.

    מתחת לזוית השמאלית של השפתיים, במרחק כ- 1.5 ס"מ ממנה, נמצא קרע אלכסוני באורך כ- 1.1 ס"מ, העובר את כל עובי השפה. קיימות כוויות בדרגות 1 ו- 2 בריריות ובעור השפה התחתונה עם התקלפויות. בריריות החניכיים נמצאים דימומים.

    באזור הזוית הימנית של הלסת התחתונה נמצאת כוויה בדרגה 1 – 2 המתלכדת עם כוויות בעור הצוואר.

    באפרכסת הימנית נמצאות כוויות בחצי התחתון של השוליים ובתנוך נמצא נקב מעבר לעגיל (ללא עגיל). מאחורי האפרכסת אין נזקים. בתעלת השמע החיצונית נמצא נוזל דמי. באפרכסת השמאלית, פה ושם, נמצאות כוויות בדרגות 1 ו- 2. מאחורי האפרכסת נמצאות כוויות מועטות. בתעלת השמע החיצונית נמצא נוזל דמי.

חוו"ד : 3/160/2002

4. קיימת קטיעה חבלתית של הצוואר מקדימה אורך העור השמור מבסיס הצוואר כ- 9 ס"מ ובצד ימין אורך העור בצוואר כ- 12 ס"מ, וכך גם בעורף ומצד שמאל מאחורי האפרכסת נמצאת קטיעה-שסיעה חבלתית לאורך כ- 15 ס"מ ומתוכה מבצבצים קרעים של כלי דם וחוליות בודדות מרוסקות של עמוד השדרה הצווארי.

5. קטע עור מחלק עליון של הגב, עם חלק משיער העורף, בגוון דומה לשערות הקרקפת, בממדים 29*31 ס"מ, עם קרעים ועם רקמת שומן תת עורית ושרירים תת עוריים.
גדם של עמוד שדרה גבי מרוסק, באורך כ- 20 ס"מ.

6. גדם של גף עליון שמאלי עם כריתה חבלתית דרך השליש העליון של הזרוע והכתף, ועליו מולבש:
   א. חלקי חזייה בצבע אפור, עם בד של כעין רשת.
   ב. שרוול אימונית בצבע שחור עם כעין רקמה באזור הכתף.
   ג. שרוול של סוודר בצבע אפור, סרוג עם פסים לאורך.
   גדם של זרוע עם שסיעה של השרירים בחצי המקורב ושברי ריסוק של העצמות, כולל עצם השכם.
   עצם הבריח שלמה. גוון העור בהיר ובאזור בית השחי נמצאות שערות בודדות בצבע שחור. האמה עם שבר ריסוק של העצמות, העור באופן יחסי בהיר עם מעט שיער באופן יחסי, בצבע שחור באורך עד 2 ס"מ. בשורש האמה, בצד הזרתי, נמצא פצע קרע בלתי סדיר ממנו בולטים שברי ריסוק של עצם.
   בכף היד, בבסיס האצבעות בצד האחורי, נמצאים דימומים תת עוריים. קיים שבר ריסוק בגליל המרוחק של הזרת. שולי הציפורניים מוארכים, קרוב לוודאי, משוחים בלק בהיר.

7. גדם תחתון של גף תחתון ימני עם שסיעה בגובה הברך וריסוק העצמות ושסיעת השרירים וכוויה מדרגה ראשונה ושנייה, עם התקלפות העור, וכף הרגל עם 5 אצבעות. שולי הציפורניים קצרים, ללא נזקים. אורך כף הרגל הימנית, עד השוליים החיצוניים של הבוהן, 22 ס"מ. נמצא פצע קרע בשליש התחתון של השוק, בצד החיצוני ובמרחק 13 ס"מ מהעקב, כמעט אנכי באורך כ- 3 ס"מ.
כמעט ואין שיער על העור.
שוק שמאלית עם קטיעה חבלתית ושסיעה בגובה הברך עם גדם באורך כ- 11 ס"מ של עצם הירך השמאלית.

3

חוו"ד: 3/160/2002

קיימים שברי ריסוק בעצמות השוק בשליש האמצעי. העור שמור, פחות או יותר, רק בחלקו הקדמי ברוחב כ- 15 ס"מ, עם קרע ושסיעת השרירים בחלק האחורי. העור עם כוויות בדרגות 1 ו- 2 והתקלפות.

כף הרגל שמורה עם פצע קרע בגובה הקרסול בצד החיצוני, פעור עם שבר ריסוק באורך כ- 8 ס"מ ובמרחק כ- 7 ס"מ מעל העקב. באצבעות אין סימני חבלה. שולי הציפורניים חלקים למדי, ללא שברים. אורך כף הרגל השמאלית, עד לשוליים החיצוניים של הבוהן, 22.5 ס"מ.

8. בקרקפת של בסיס הגולגולת, במיוחד בעורף, נמצאים דימומים. בשרירי הרקות אין דימומים. בעצמות בסיס הגולגולת נמצאים שברים, במיוחד בלשכה האמצעית והאחורית, רוחביים, המחלקים את בסיס הגולגולת לחלק קדמי ואחורי באזור האוכף התורכי. עובי עצמות הגולגולת בגדר הנורמה עם עצם המצח בעובי כ – 0.7 ס"מ ועצם העורף בעובי כ – 0.8 ס"מ. בין קרומי המוח נמצא מעט נוזל דמי. הקרומים חלקים ומבריקים. בסינוסים של הקרום הקשה אין פקקים.

המוח במשקל 1095 במבנה חיצוני תקין. בחתכים חוזרים דרך המוח הגדול, המוחון וגדם של גזע המוח אין דימומים. בחללי המוח אין נוזל יתר.

בעורקי בסיס המוח אין שינויים חולניים.

בלוטת יותרת המוח תקינה.

צולמו תצלומים ותצלום רנטגן.

לבדיקה ביולוגית נלקחה דגימת דם.

לפרופיל גנטי נלקח שריר.

פריטי הלבוש הושארו לבדיקה.

תיאור שיניים:

לסת עליונה:

1. חסר ישן של שן 18.
2. שברים טריים בכותרות שיניים 21 ו- 22.
3. שבר טרי בשן 26 ושרידי שחזור אמלגם.

לסת תחתונה:

1. שברים טריים בלסת בין שיניים 31 – 32 ו- 33 – 34.
2. שבר טרי בשן 36 ושרידי שחזור אמלגם (קרוב לוודאי MODC).
3. שחזור אמלגם בשן 37 ב- OB.

ד"ר צ' כהנא, רפ"ק

4

חוו"ד: 3/160/2002

<u>סיכום ממצאים אנטומיים עיקריים:</u>

1.     כריתה חבלתית של הראש והגפיים.
    א.     הגוו, הגף העליון הימני והירכיים חסרים.
    ב.     פצעי כוויה מדרגה ראשונה ושנייה בראש ובגפיים תחתונים.
    ג.     שברים בגולגולת.

<u>חוות דעת:</u>

על סמך תוצאות הנתיחה בגופתה של אישה צעירה (מחבלת-ווּפא איטריס בת 28 שנים), הריני לחוות דעתי כי מותה נגרם מקטיעה חבלתית של הראש והגפיים עם ריסוק הגוו (חסר) בעקבות פיצוץ חומר נפץ.

מרכז הפיצוץ היה סמוך לגוו.



פרופ' י' היס

ר.י. 3-160-2002, 29.1.2002  
א.ב. 12.2.2002  
ר.י. 24.2.2002, 4.3.2002

5

P 8:184