# EXHIBIT A.475



PLAINTIFF'S
EXHIBIT
475

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

3/160/2002

Picture No. 1
Head, left view



Picture No. 4
Left upper limb



2

[Stamp] P 8: 186

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

        vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

---

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.      The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 186.

2.      I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 186.

                                                                    Rina Ne'eman

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_Hala Y. Gobrial_
Notary Public

> HALA Y GOBRIAL
> Notary Public
> State of New Jersey
> My Commission Expires Apr. 18, 2017
> I.D.# 2419990

3/160/2002
תמונה מספר 3

ראש משמאל.



תמונה מספר 4

גף עליון שמאלי.

2