# EXHIBIT A.480



PLAINTIFF'S EXHIBIT 480

Israel Defense Forces

Hebron Military Court

Court Case.: *2900/91*
Prosecution case: *710/91*
Detailed incident case: *2722/91*

## Imprisonment Order

To Israel Police policeman / solider / prison guard.

I, the judge of this military court order the imprisonment of

<u>Hilmi Abed   Karim   Hamash            901415984</u>

First name  Father  Grandfather  Last name Identity No.

who has been sentenced on the charge of: 1. <u>*Throwing stones*                              </u>

2. <u>                                                         </u>

and deliver him with this imprisonment order to a guard at the prison below for him to be imprisoned for a period of <u>  /     </u> from the day of his arrest.

*One thousand two hundred*

The defendant has been fined NIS *1200*. The fine is to be paid by the day of his release from imprisonment, otherwise the defendant will serve *3 months* additional imprisonment days in exchange.

This imprisonment order serves as a reference for incarcerating him by any person who is authorized by law to do so

<u>          [Signature]          </u>
Signature of the judge

|      |       | 236399 | Major | Moshe [illegible] |
|------|-------|--------|-------|-------------------|
| Date | Stamp | Serial No. | Rank | First name and last name |

[Stamp] IDF Military Court

<u>January 27, 1992</u>

[Stamp] P 8: 27

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>vs. <br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 27.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 27.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Rina Ne'eman

ss.: New Jersey

On the 28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

צבא    הגנה    לישראל

בית משפט צבאי חברון

תיק בימ"ש: 81/2400
תיק תביעה: 19/310
תיק פ.א.: 19/2732

## פקודת מאסר

לשוטר משטרת ישראל/ לחייל/ לסוהר.

אני שופט בית משפט צבאי מצווה לאסור את: תל אל ערפי ש/א/ה 901415984
שם פרטי   האב   הסב   משפחה   ת.ז.

שנידון באשמה: 1. יידוי אבנים
2. _____

ולמוסרו עם פקודת מאסר זו לסוהר בבית סוהר ר"ים שיהיה אסור לתקופה של _____ מיום מעצרו.

(מאסר ו/ואחריה שש)
על הנאשם הוטל קנס כספי בסך 1200 ש"ח הקנס ישולם עד יום שחרורו מהמאסר ואם לא, ירצה הנאשם 3 חודשים ימי מאסר נוספים תמורתו.

פקודת מאסר זו משמשת אסמכתא להחזיקו במאסר על ידי כל מי שמוסמך לכך כדין.



חתימת השופט

_____   _____   2.36399   _____
שם פרטי ומשפחה   דרגה   מ.א   חותמת



27/1/92

1

P 8: 27