# EXHIBIT A.481



PLAINTIFF'S EXHIBIT 481

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

Date of birth: May 9, 1977  Marital status: Married  Address: Bethlehem  Religion: Muslim Arab  Country of birth: Israel

### *** Criminal Record – Admissible in Court ***

**Cases whose handling has ended**

*** The following verdict includes a suspended prison sentence ***

1. Ramallah Military Court Case 2900/91  Date of sentence: March 12, 1992

Sentence – fine of NIS 1200. A guarantee of NIS 4000 was imposed for not committing the offense for which he has been convicted for 3 years. 6 months suspended prison sentence for 3 years of not committing a similar offense.

1. Date and sections of the offense – 00/00/1991 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 2772/91

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

*** The following verdict includes a suspended prison sentence ***

2. Hebron Military Court Case 1572/93  Date of sentence: June 29, 1993

[Stamp] P 8: 28

Sentence – fine of NIS 1000 or two months imprisonment in its place. Two months imprisonment. 5 months suspended prison sentence for 3 years of not committing a similar offense.

1. Date and sections of the offense – 00/00/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 1674/93

2. Date and sections of the offense – 01/01/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 3112/93

3. Date and sections of the offense – 01/01/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 3110/93

4. Date and sections of the offense – 01/01/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 3111/93

5. Date and sections of the offense – 01/01/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 3113/93

6. Date and sections of the offense – 01/01/1993 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 3114/93

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

[Stamp] P 8: 28 (continued)

Name of mother: Rasamia, Rasamia

*** The following verdict includes a suspended prison sentence ***

3. Hebron Military Court Case 1444/95  Date of sentence: May 14, 1995

Sentence – imprisonment for 8 months. 12 months suspended prison sentence for 3 years of not committing a similar offense.

   1. Date and sections of the offense – February 16, 1995 – Throwing of stones, 66 of the Security Provisions Order.

   Unit and Detailed Incident No. – Etzion Station, 374/95

   2. Date and sections of the offense – March 31, 1995 – Throwing of stones, 66 of the Security Provisions Order.

   Unit and Detailed Incident No. – Etzion Station, 523/95

   3. Date and sections of the offense – February 19, 1995 – Throwing of stones, 66 of the Security Provisions Order.

   Unit and Detailed Incident No. – Etzion Station, 375/95

   4. Date and sections of the offense – February 14, 1995 – Throwing of stones, 66 of the Security Provisions Order.

   Unit and Detailed Incident No. – Etzion Station, 376/95

   5. Date and sections of the offense – February 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

   Unit and Detailed Incident No. – Etzion Station, 377/95

[Stamp] P 8: 28 (continued)

6. Date and sections of the offense – February 16, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 378/95

7. Date and sections of the offense – February 19, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 379/95

8. Date and sections of the offense – February 19, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

Unit and Detailed Incident No. – Etzion Station, 380/95

9. Date and sections of the offense – February 28, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 429/95

10. Date and sections of the offense – February 22, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 430/95

11. Date and sections of the offense – March 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 431/95

[Stamp] P 8: 29

12. Date and sections of the offense – January 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 432/95

13. Date and sections of the offense – January 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 433/95

14. Date and sections of the offense – February 23, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 434/95

15. Date and sections of the offense – March 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 435/95

16. Date and sections of the offense – March 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 436/95

17. Date and sections of the offense – February 23, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 437/95

18. Date and sections of the offense – February 17, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

[Stamp] P 8: 29 (continued)

Unit and Detailed Incident No. – Etzion Station, 438/95

19. Date and sections of the offense – February 27, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 439/95

20. Date and sections of the offense – February 26, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 440/95

21. Date and sections of the offense – February 14, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 441/95

22. Date and sections of the offense – February 28, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 442/95

23. Date and sections of the offense – February 28, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 443/95

24. Date and sections of the offense – February 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 444/95

25. Date and sections of the offense – February 13, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 445/95

26. Date and sections of the offense – January 1, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 466/95

[Stamp] P 8: 29 (continued)

27. Date and sections of the offense – February 9, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 471/95

28. Date and sections of the offense – March 1, 1995 – Throwing of stones, 66 of the Security Provisions Order.

[Stamp] P 8: 29 (continued)

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

    Unit and Detailed Incident No. – Etzion Station, 479/95

    29. Date and sections of the offense – March 2, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 484/95

    30. Date and sections of the offense – March 7, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 486/95

    31. Date and sections of the offense – January 29, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 515/95

    32. Date and sections of the offense – February 27, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 516/95

    33. Date and sections of the offense – March 11, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 522/95

    34. Date and sections of the offense – February 19, 1995 – Throwing of stones, 66 of the Security Provisions Order.

    Unit and Detailed Incident No. – Etzion Station, 524/95

[Stamp] P 8: 30

    35. Date and sections of the offense – February 8, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 525/95

36. Date and sections of the offense – March 8, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 526/95

37. Date and sections of the offense – February 5, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 527/95

38. Date and sections of the offense – March 5, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

Unit and Detailed Incident No. – Etzion Station, 528/95

39. Date and sections of the offense – February 3, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 531/95

40. Date and sections of the offense – February 7, 1995 – Throwing of stones, 66 of the Security Provisions Order.

Unit and Detailed Incident No. – Etzion Station, 532/95

*** The following verdict includes a suspended prison sentence ***

[Stamp] P 8: 30 (continued)

4. Adorayim Military Court Case 1715/02  Date of sentence: November 17, 2002

Sentence – fine of NIS 500 or 10 days imprisonment instead. 8 days imprisonment. 30 days suspended prison sentence for 2 years of not committing an offense under the Security Provisions Order. Disqualification from receiving a driving license for 3 years.

1. Date and sections of the offense – November 10, 2002 driving a registered vehicle in the Area according to the Security Provisions Order 5729-1969. Driving a motor vehicle without a license.

10 (A) of the Road Traffic Ordinance (New Version) 5721-1961.

Driving a vehicle without insurance 4 of order 141 for 1967.

Unit and Detailed Incident No. – Hebron Subdistrict, 3938/02

Identity No.: 901415984 (10) Civil case: 33223/91

First name: Hilmi, Tilmi  Last name: Hamash, Hamash  Name of father: Abed Akl Abed -Karim, Abed –Alkarim

Name of mother: Rasamia, Rasamia

************************************************

*** For your attention – you have reached end of subject ***

[Stamp] P 8: 30 (continued)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 28-30.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 28-30.

                                                              Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

*[signature]*
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D. # 2383704

מס' זהות: 901415984 (10)   ת"א: 33223/91
שם פרטי: חלמי,תלמי   שם המשפחה: המאש,חמאש   שם האב: ע אלכ,ע-כריים,ע-אלכברים
שם האם: רסמיה,רסמייה
ת.לידה: 09.05.77   מצב משפחתי: נשוי   כתובת: בית לחם   דת: מוסלמי ערבי
לידה: ישראל

*** מרשם פלילי – ניתן להצגה לבימ"ש ***

תיקים שהטיפול בהם הסתיים

*** גז"ד הבא כולל מע"ת ***

1. בימ"ש צבאי-רמאללה   תיק- 2900/91   תאריך גז"ד- 12/03/92
   גזר-הדין – קנס בסך 1200 ש"ח. הוטלה ערבות בסך 4000 ש"ח. שלא יעבור על
   המנע מעבירה בה הורשע במשך 3 שנים. 6 חודשים מע"ת ל-3-2 שנים. שלא
   יעבור על עבירה דומה.
   1.תאריך וסעיפי העבירה- 00/00/91 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 2772/91

מס' זהות: 901415984 (10)   ת"א: 33223/91
שם פרטי: חלמי,תלמי   שם המשפחה: המאש,חמאש   שם האב: יע אלכ,ע-כריים,ע-אלכברים
שם האם: רסמיה,רסמייה

*** גז"ד הבא כולל מע"ת ***

2. בימ"ש צבאי-חברון   תיק- 1572/93   תאריך גז"ד- 29/06/93
   גזר-הדין – קנס בסך 1000 ש"ח או חודשיים מאסר תמורתו. מאסר למשך חודשיים.
   5 חודשים מע"ת ל-3-2 שנים. שלא יעבור על עבירה דומה.
   1.תאריך וסעיפי העבירה- 00/00/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 1674/93
   2.תאריך וסעיפי העבירה- 01/01/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 3112/93
   3.תאריך וסעיפי העבירה- 01/01/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 3110/93
   4.תאריך וסעיפי העבירה- 01/01/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 3111/93
   5.תאריך וסעיפי העבירה- 01/01/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 3113/93
   6.תאריך וסעיפי העבירה- 01/01/93 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 3114/93

מס' זהות: 901415984 (10)   ת"א: 33223/91
שם פרטי: חלמי,תלמי   שם המשפחה: המאש,חמאש   שם האב: ע אלכ,ע-כריים,ע-אככריים
שם האם: רסמיה,רסמייה

*** גז"ד הבא כולל מע"ת ***

3. בימ"ש צבאי-חברון   תיק- 1444/95   תאריך גז"ד- 14/05/95
   גזר-הדין – מאסר למשך 8 חודשים. 12 חודשים מע"ת ל-3-2 שנים. שלא יעבור על
   עבירה דומה.
   1.תאריך וסעיפי העבירה- 16/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 374/95
   2.תאריך וסעיפי העבירה- 31/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 523/95
   3.תאריך וסעיפי העבירה- 19/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 375/95
   4.תאריך וסעיפי העבירה- 14/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 376/95
   5.תאריך וסעיפי העבירה- 02/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
   יחידה ומס' הפ"א- תחנת עציון, 377/95

6. תאריך וסעיפי העבירה- 16/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 378/95
7. תאריך וסעיפי העבירה- 19/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 379/95
8. תאריך וסעיפי העבירה- 19/02/95 ידוי אבנים 66 מצו הוראות הבטחון.

מס' זהות: 901415984 (10)   ת"א: 33223/91
שם פרטי: חלמי, תלמי   שם המשפחה: המאש,חמאש   שם האב: ע אלכ,ע-כרים,ע-אלכרים
שם האם: רסמיה,רסמייה
יחידה ומס' הפ"א- תחנת עציון, 380/95
9. תאריך וסעיפי העבירה- 28/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 429/95
10. תאריך וסעיפי העבירה- 22/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 430/95
11. תאריך וסעיפי העבירה- 02/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 431/95
12. תאריך וסעיפי העבירה- 02/01/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 432/95
13. תאריך וסעיפי העבירה- 02/01/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 433/95
14. תאריך וסעיפי העבירה- 23/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 434/95
15. תאריך וסעיפי העבירה- 02/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 435/95
16. תאריך וסעיפי העבירה- 02/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 436/95
17. תאריך וסעיפי העבירה- 23/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 437/95
18. תאריך וסעיפי העבירה- 17/02/95 ידוי אבנים 66 מצו הוראות הבטחון.

מס' זהות: 901415984 (10)   ת"א: 33223/91
שם פרטי: חלמי,תלמי   שם המשפחה: המאש,חמאש   שם האב: ע אלכ,ע-כרים,ע-אלכרים
שם האם: רסמיה,רסמייה
יחידה ומס' הפ"א- תחנת עציון, 438/95
19. תאריך וסעיפי העבירה- 27/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 439/95
20. תאריך וסעיפי העבירה- 26/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 440/95
21. תאריך וסעיפי העבירה- 14/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 441/95
22. תאריך וסעיפי העבירה- 28/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 442/95
23. תאריך וסעיפי העבירה- 28/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 443/95
24. תאריך וסעיפי העבירה- 02/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 444/95
25. תאריך וסעיפי העבירה- 13/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 445/95
26. תאריך וסעיפי העבירה- 01/01/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 466/95
27. תאריך וסעיפי העבירה- 09/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 471/95
28. תאריך וסעיפי העבירה- 01/03/95 ידוי אבנים 66 מצו הוראות הבטחון.

מס' זהות: 901415984 (10)    ת"א: 33223/91
שם פרטי: חלמי,תלמי        שם המשפחה: המאש,חמאש     שם האב: ע אלכ,ע-כרים,ע-אלבריט
שם האם: רסמיה,רסמייה

29.תאריך וסעיפי העבירה- 02/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 479/95
30.תאריך וסעיפי העבירה- 07/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 484/95
31.תאריך וסעיפי העבירה- 29/01/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 486/95
32.תאריך וסעיפי העבירה- 27/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 515/95
33.תאריך וסעיפי העבירה- 11/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 516/95
34.תאריך וסעיפי העבירה- 19/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 522/95
35.תאריך וסעיפי העבירה- 08/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 524/95
36.תאריך וסעיפי העבירה- 06/03/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 525/95
37.תאריך וסעיפי העבירה- 05/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 526/95
38.תאריך וסעיפי העבירה- 05/03/95 ידוי אבנים 66 מצו הוראות הבטחון.

מס' זהות: 901415984 (10)    ת"א: 33223/91
שם פרטי: חלמי,תלמי        שם המשפחה: המאש,חמאש     שם האב: ע אלכ,ע-כרים,ע-אלבריט
שם האם: רסמיה,רסמייה

יחידה ומס' הפ"א- תחנת עציון, 528/95
39.תאריך וסעיפי העבירה- 03/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 531/95
40.תאריך וסעיפי העבירה- 07/02/95 ידוי אבנים 66 מצו הוראות הבטחון.
יחידה ומס' הפ"א- תחנת עציון, 532/95
*** גזה"ד הבא כולל מע"ת ***
4. בימ"ש צבאי אדוריים    תיק- 1715/02    תאריך גזה"ד- 17/11/02
גזר-הדין- קנס בסך 500 ש"ח או 10 ימים מאסר תמורתו. מאסר למשך 6 ימים.
30 ימים מע"ת לשנתיים. שלא יעבור על עבירה כל שהיא מסעיב"ט. פסילה
מלקבל רשיון הנהיגה למשך 3 חודשים.
1.תאריך וסעיפי העבירה- 10/11/02 נהיגת רכב ושום באזור על פי צו הוראות
בטחון. 1969 - נהיגת רכב מנועי כלא רשיון
10 (א) פקודת התעבורה (בוסח חדש) תשכ"א 1961.
נהיגת רכב ללא בטוח 4 מצו 141 לשנת 1967.
יחידה ומס' הפ"א- מרחב חברון, 9938/02

מס' זהות: 901415984 (10)    ת"א: 33223/91
שם פרטי: חלמי,תלמי        שם המשפחה: המאש,חמאש     שם האב: ע אלכ,ע-כרים,ע-אלבר
שם האם: רסמיה,רסמייה
*********************************
*** כתשונות לבר - הנעה לסוף נותן ואשו נ ***