# EXHIBIT A.489

# PLACEHOLDER FOR EXHIBIT 489

## SEE ENCLOSED DVD

| Time | Hebrew | English |
|---|---|---|
| 00:00 – 00:09 | ונחזור לצומת הזה, למקום כאן ברחוב עזה בירושלים, בשעה רבע לתשע הבוקר. אורי כהן אהרונוב מסכם. | We'll return to this junction, to the site here on Gaza Street in Jerusalem, at a quarter to nine this morning. Uri Cohen Aharonov summarizes. |
| 00:10 – 00:42 | בשמונה חמישים וחמש הבוקר הרעיד קול פיצוץ גדול את ירושלים. גם אזרחים שהיו בשכונות מרוחקות שמעו את הפיצוץ ולרגע היה נדמה שזה בום על-קולי. מייד אחר כך הודיעה המשטרה על פיגוע ברחוב עזה, סמוך לקפה מומנט שבו כבר אירע פיגוע קטלני, וסמוך למעונו של ראש הממשלה. המראה היה קשה. אוטובוס אגד בקו 19 שעשה את דרכו מבית החולים הדסה עין כרם למרכז העיר היה במעלה רחוב עזה כשמחבל מתאבד התפוצץ בתוכו. | At 8:55 this morning, the sound of a big explosion shook Jerusalem. Citizens in distant neighborhoods also heard the explosion, and for a moment it seemed to be a supersonic boom. Immediately following, the police announced a terror attack on Gaza Street, near Café Moment, where a fatal terror attack had already taken place, and near the prime minister's residence. The scene was grim. An Egged bus on line 19 on its way from Hadassah Ein Kerem Hospital to the center of the city was at the top of Gaza Street when a suicide bomber blew himself up inside the bus. |
| 00:43 – 00:55 | שמעתי בום. ראיתי הבזק. את הבזק של הפיצוץ. וראיתי את הפתיחה של הגג ... כמו בסרט. אני יושב ורואה כמו בבמה. | I heard a boom. I saw the flash. The flash of the explosion. And I saw the roof open up… like in a movie. I'm sitting there and watching, like on a stage. |
| 00:56 – 01:07 | פתאום מבזק של... פלאש ככה לפנים שלנו. השמשה של המספרה והשמשה של האוטו שלי נפגעה. רצנו מהר אני והוא לכיוון האוטובוס. בינינו – זוועה, ממש זוועה. | Suddenly a flash of… a flash like that, in our faces. The window of the hairdresser and the windscreen of my car were hit. We ran quickly, he and I, toward the bus. Between us – horror, true horror. |
| 01:08 – 01:27 | זאת הפעם הראשונה שהמחבלים מצמידים למטען החבלה רסיסים של ברזל לבניין, רסיסים חדים ולא כדורי ברזל קטנים או אומים. 11 בני אדם נהרגו ובהם המחבל ועוד כחמישים נוסעים נפצעו, מהם יותר מעשרה מצבם קשה או קשה מאד. | This is the first time that terrorists have attached to the explosive device shards of metal building material, sharp shards and not small metal balls or nuts. Eleven people were killed, including the terrorist, and approximately fifty more passengers were wounded. Of these, more than ten are in serious or critical condition. |
| 01:28 – 01:38 | לצערנו, כאילו הכל היה אתמול. אותן פגיעות. פגיעות הדף קשות, פגיעות מפסולת מתכת באזורים שונים של הגוף, כוויות ופגיעות במערכות רבות. | Unfortunately, it's as if it were yesterday. The same wounds. Severe shock wounds, wounds from metal debris in various parts of the body, burns, and wounds in multiple systems. |
| 01:39 – 01:59 | מאז הפיגוע בקפה הילל בלילה של 9 בספטמבר 2003, חזרו הירושלמים מהר מכפי שחשבו לחיים רגילים. בתקופה זו סיכלו השב"כ ומשטרת ירושלים כמה פיגועים קשים. הבוקר, הופתעו כולם. בידי השב"כ | Since the attack at Café Hillel on the night of September 9, 2003, the Jerusalemites have returned more quickly than expected to normal life. During this period, the General Security Services (GSS) and the Jerusalem police foiled several serious attacks. This morning, |

| Time | Hebrew | English |
|---|---|---|
| | לא הייתה הבוקר התראה ממוקדת על פיגוע הצפוי להתרחש. | everyone was surprised. This morning the GSS did not have any specific warning about the expected attack. |
| 02:00 – 02:16 | אנחנו לרגע לא הסרנו את המבט מהאפשרות של פיגועים, גם ביום כזה וגם בימים אחרים. הפרישה שלנו הייתה בהחלט פרישה רחבה היום. גם על רקע חילופי השבויים, אבל גם לאור כמות רבה מאד של התראות ומידעים והערכות מצב. | Not for one moment did we lift our sights from the possibility of terror attacks, not on a day like today and not on other days. Today our spread was definitely a broad one. Both against the background of the prisoner exchange, but also in light of a very large number of alerts, information, and status evaluations. |
| 02:17 – 02:26 | לאחר שעה קלה החלה התמונה להתבהר. מפקד מחוז ירושלים, ניצב מיקי לוי, רמז כי החוקרים יודעים יותר ממה שמותר לפרט בשלב זה. | After about an hour, the picture began to clarify. Jerusalem district commander Major General Miki Levi hinted that the investigators know more than what may be specified at this point. |
| 02:27 – 02:29 | חלק מהנושאים ידוע לנו. אני לא יכול להרחיב על כך... | We know some of the issues. I can't expand on it… |
| 02:30 – 02:32 | זה ברור. אני שואל אתכם אם אתם יודעים. | That's clear. I'm asking you if you know. |
| 02:33 – 02:42 | ...כדי לא לפגוע בחקירה עצמה. אני מאמין שככל שיחלפו השעות התמונה תלך ותתבהר יותר, ידיעות מודיעיניות יזרמו יותר לצוות החקירה. | … so as not to damage the investigation itself. I believe that as the hours pass, the picture will become clearer, intelligence information will become more readily available to the investigation staff. |
| 02:43 – 02:50 | משטרת ירושלים עברה לכוננות גבוהה, וזאת כל עוד חסרים פרטים מי עמד בדיוק מאחורי הפיגוע. | The Jerusalem police has moved to high alert, and this is for as long as details are missing about who exactly stood behind the attack. |
| 02:51 – 02:54 | זה הבוקר בירושלים. ועכשיו, עודד גרנות... | This is this morning in Jerusalem. And now, Oded Granot… |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 9: 2.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 9: 2.

Dated: February 20, 2014

                           _____
                           Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

FIRUT J MNRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
ID # 8858704