# EXHIBIT A.492
## (6 of 6)

Appendix II                                                         159

**CHART 10**

**PFLP: Basic Statistics**

|  | PFLP | Joint[1] |
|---|---|---|
| Number of suicide bombings claimed | 3 of 60 total (5%) | 1 |
| Attacks in which targets were civilian, indiscriminate, and/or disproportionate | 2 | 1 |
| Number of victims killed | 3 (1%) | 3 |
| Civilian victims killed[2] | 3 | 3 |
| Number of victims wounded (minimum estimates) | 47 (1%) | 30 |

**Attack Location**



Detonated when caught[3] 33%

Occupied Territories 67%

---

[1] Attacks for which more than one group claimed responsibility. The PFLP and Hamas issued competing claims for the May 19, 2002 attack on the Netanya market.

[2] Data on the status of victims is based on information from the Israeli Ministry of Foreign Affairs.

[3] This category refers to incidents in which the suicide attack was committed by a bomber during the process of apprehension by the authorities. The intended target of the bomber is thus unknown.

160     Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians

**CHART 11**

**Islamic Jihad: Basic Statistics**

|  | Islamic Jihad | Joint[1] |
|---|---|---|
| Number of suicide bombings claimed | 12 of 60 total (20%) | 2 |
| Attacks in which targets were civilian, indiscriminate, and/or disproportionate | 11 | 2 |
| Number of victims killed | 31 (12%) | 19 |
| Civilian victims killed[2] | 12 | 19 |
| Number of victims wounded (minimum estimates) | 206 (11%) | 55 |

**Attack location**



Occupied Territories
8%

East and West Jerusalem
17%

Israel
75%

[1]Attacks for which more than one group claimed responsibility. Islamic Jihad and Hamas issued competing claims of responsibility for the August 9, 2001 attack on the Sbarro pizzeria. The Al Aqsa Martyrs' Brigades and Islamic Jihad both claimed responsibility for a July 17, 2002 attack near Tel Aviv railway station

[2] Data on the status of victims is based on information from the Israeli Ministry of Foreign Affairs.

Appendix II                                                                        161