# EXHIBIT A.507

PLAINTIFF'S EXHIBIT 507



**Palestinian National Authority**
**State Information Service**

# INTERNATIONAL PRESS CENTRE

اللغة العربية        Francais

Friday 11 - September - 2009

### Qurei' Refuses the Dissolution of Al Aqsa Brigades As the Dispute over the Egyptian Plan Is Underway

Check out our Mirror Website
www.ipc-ps.info

- ABOUT US
- NEWS STORIES
- INTERVIEWS
- CONFERENCE
- PRESS RELEASES
- REPORTS
- ARTICLE
- DOCUMENTS
- MEDIA WATCH
- NEWS PHOTO
- CARICATURE
- POSTER
- PHOTO GALLERY
- DAILY NEWSPAPERS
- STOCK EXCHANGE
- USEFUL LINKS
- GUEST BOOK

☐ MAIN PAGE

- EDITORIAL
- ARTICLE
- EYEWITNESS

GAZA, June 21, 2004 (IPC+Agencies)--The Palestinian Prime Minister Ahmed Qure' asserted that the Al-Aqsa Martyrs Brigades, military wing of the Fateh movement will not be dissolved and Fateh will never relinquish its military wing.

Qurei said in an interview with "*Al Sharq Al Awssat*" daily yesterday "the dispute is ended obviously over whom are the al Aqsa martyr brigade."

He added "al Aqsa martyr brigade would be absorbed in the Fateh institutions "we publicly declared the al Aqsa martyr brigade is a part of Fateh movement and we committed with that" Qurei asserted.

Speaking about the Egyptian initiative over the withdrawal from Gaza Strip, PM Qurei denied the Egyptian security moves in Gaza is a salvation collar for the Israeli premier Arial Sharon, Qurie said" the opposite is the true. The Egyptian move is a salvation for the Palestinian and their leadership "he added "Egypt's role is honored by the Palestinians, in which Egypt will train and rehabilitate the Palestinian security personnel."

Meanwhile, the commander of the Al-Aqsa Martyrs Brigades of Fateh in Jenin, Zakria Al-Zubeidi declared in a statement published by AFP that a document prepared by Al Aqsa Brigades, stipulates halting the attacks against the Israeli targets.

"Such a document is the first of its type and was completed on Saturday evening; a copy was sent to the President Yasser Arafat and the Prime Minister to be discussed on the table later on." Al Zubeidi said

The document cited the Al-Aqsa Brigades' conditions for striking Hudna, including uplifting the siege on President Arafat, Israeli withdrawal to 1967 and dismantling all the Israeli settlements, setting free all the prisoners and the Israeli hand over of all bodies of the Palestinians killed during the resistance battles and allowing the return of the all expelled Palestinian from the West Bank to Gaza Strip

He said "if Israel is ready to live up with such conditions, I will issue my instructions to stop all the attacks against the Israelis."

On the other hand, the military wing of Popular front for liberation of Palestine (PFLP), Abu Ali Mustafa battalion, in a statement, refused the Egyptian security initiative.

**News Archive.........**

© Copyright 2001 - 2004 IPC
Best Resolution is 800 by 600 pixels