# EXHIBIT A.508

PLAINTIFF'S EXHIBIT 508

Asharq Al-Awsat, International Arab Newspaper

Sunday, First Jumada 2, 1425 A.H., June 20, 2004, issue 9336

## Palestinian Prime Minister: I have no Quarrel with President Arafat over Powers

Ahmed Qurei to Asharq al-Awsat: The Egyptian Initiative is like a Lifesaver for the Palestinian People and their Leadership

Cairo: Jihan al-Hussaini



Palestinian Prime Minister Ahmed Qurei, Abu Alaa', denied that the Egyptian initiative was like a lifesaver for Israeli Prime Minister Ariel Sharon, and said, "It's the exact opposite. The Egyptian initiative is a lifesaver for the Palestinians and the Palestinian leadership." In speaking with Asharq al-Awsat, during his latest visit to Cairo, he denied that the Israeli withdrawal from Gaza will be at the cost of an expansion of settlements in the West Bank, stressing that that uncertainty surrounds not only the future of the West Bank but the situation as a whole.

He considered the al-Aqsa Martyrs Brigades to be part of the Fatah movement, and said, "We are committed to it," adding, "The Fatah movement honors all its responsibilities and we will work to ensure three issues for them on the basis of their commitment to the political program." He considered resistance not to be limited to an armed struggle; there are many forms of resistance. Qurei denied any disagreements between him and Arafat, and said, "I refuse to discuss the issue of powers with Abu Ammar, and I have no quarrel over powers with him."

\* Some have considered the Egyptian initiative to be a lifesaver for Israeli Prime Minister Sharon, who is facing a dilemma, and that Egyptian support for the Sharon proposal for a unilateral withdrawal is in the interest of the occupation and lays the foundation for occupying the West Bank.

- The exact opposite is the case. The Egyptian initiative is a lifesaver to the Palestinians and the Palestinian leadership. If the Israelis are facing internal difficulties, we Palestinians are facing a true crisis. Our people are under siege, the Palestinian president is surrounded, freedom of movement for the entire Palestinian population is limited, infrastructures and houses are destroyed on a daily basis, in addition to the assassinations and killings. We are the ones who suffer from all these unbearable measures. It is not smart for us to keep our people living under these difficult circumstances. We must look for a way to resolve our issues and put an end to the

torture of our Palestinian people who are suffering daily trying to provide the least means of livelihood.

* The Egyptians said that the withdrawal from Gaza will happen in parallel to, or will be followed by, an Israeli withdrawal from the West Bank, but we have not heard any such statement from the Israelis, so what is your comment?

- The Egyptian and Palestinian positions together speak about the unity of the West Bank and the Gaza Strip as a political and geographical entity, connected by a safe passageway controlled by Palestinians. Therefore, the withdrawal from Gaza will happen in parallel with a withdrawal from the West Bank. Some of the settlements in the north of the West Bank are being dismantled and emptied. In short, we have not negotiated any deal with the Israelis in this regard. They told us, "We will withdraw" and we responded, "Goodbye". We will not ask them to stay. They said, "We will dismantle settlements." We responded "Goodbye," and so on.

* But Israeli officials have totally denied the issue of withdrawal from the West Bank.

- That is not true. They will withdraw from the northern region. They have announced that. I repeat that we did not negotiate the withdrawals at all with the Israelis, but we will receive, administer, and take over all political, economic, and security responsibility for any land from which they withdraw.

* But Israeli Minister of Defense Shaul Mofaz said that settlers who are removed from Gaza will be moved to the West Bank and they will work on expanding the settlements in the West Bank.

- We will not accept that and we will resist them as we resist settlements in general. This is an illegitimate aggression against our land. We will reject it and we cannot accept it. If any settlement is moved from Gaza to the West Bank, that can only have happened by the force of the occupation, and would be illegitimate.

* So the withdrawal from Gaza will be costly and the West Bank will pay for it. Don't you think that the outlook for the West Bank is foggy, even uncertain?

- Uncertainty surrounds not only the West Bank. Uncertainty prevails over the situation as a whole, despite Israel's announcement that it will withdraw from Gaza. But in any case, our demands and rights will remain vital issues, until the Palestinian people regain all their legitimate national rights, including the right of return, self-determination, and establishment of an independent Palestinian state with its capital on Palestinian land that was occupied in 1967. We will not stop demanding all these rights, and this struggle will continue. The Palestinian problem will only be solved when the Palestinian people regain all their legitimate national rights, whether [Israel] withdraws from 1% or 5% or 20% [of the occupied territories].

\* How do you justify Jordan's King Abdullah's reluctance to propose the Jordanian alternative?

- First of all, the Jordanian alternative is not an option at all. Palestinians have their strategy based on establishing their own state on their Palestinian land. This matter has been decided internationally. Moreover, Palestinians are firmly holding on to their land, and will not leave their country. Experience has shown that more Palestinians return [to Palestine] than those who leave [Palestine]. Furthermore, U.S. President Bush, despite his promise to Sharon, sent me a letter affirming his commitment to the road map, and that issues in connection with negotiations for a final solution will be decided through negotiations.

\* As a condition for its initiative, Egypt called for all violence against civilians from both sides to stop. Are there guarantees that Israel will stop [its violence], especially since it is now digging a water trench on the Egyptian border? Is that not an escalation from the Israeli side that may negatively affect the Egyptian proposal?

- Egypt plays an important role and the Palestinians strongly welcome it. Egypt will train and restructure the security cadres. The training exercises will take place in Gaza, not in al-Arish. Egypt demanded that Israel cease all violations, including assassinations, destruction of homes, invasions, and destruction of infrastructure. The United States of America and the [Middle East] Quartet will help provide whatever is necessary for the success of this effort.

\* What is the future of the resistance in light of this Egyptian initiative, and what about the al-Aqsa Martyrs Brigades? Will they be dissolved?

- With regard to the al-Aqsa Martyrs Brigades, we have clearly stated that they were part of the Fatah movement. We are committed to it, and the Fatah movement shoulders its responsibility completely. We must guarantee three things for them on the basis of their commitment to the political program of the Palestinian Liberation Organization. First, in the context of the Fatah movement, [guaranteeing] their right to practice political work, which is a right guaranteed to every member. Secondly, ensuring their personal well-being, because they are pursued and threatened. We will achieve this by cooperating with the Quartet and the international community [cooperating] with the Israelis. Third, ensuring their livelihoods from the economic and social aspect, like any cadre in the Fatah movement that struggles to provide them with means of a noble existence. The quarrel about who the al-Aqsa Brigades are has been settled clearly. The al-Aqsa Martyrs Brigades will not be dismantled. How can we dissolve them while they are a part of the Fatah movement? They will be absorbed into the Fatah organizations like any other group.

\* What about the future of the resistance in general?

- The resistance is not only an armed fight. That is one form of resistance. As long as there is an occupation, there will be a resistance, but resistance must take different forms depending on the

time and the circumstances. Therefore, if there is a political horizon, the form of resistance must change. We want resistance that achieves a result, because we can no longer afford to pay the costs. We want a form of resistance that will lead to positive results and achieve gains for our Palestinian struggle and our cause in general.

\* Therefore, in Gaza, the resistance and armed strife are rejected, but does this mean that resistance, I mean armed strife, in the West Bank is needed in case the occupation continues there?

- As long as there is occupation, resistance is needed. However, it is up to us to decide what form would be appropriate for [each] juncture without chaos and interference.

\* Is achieving security for Israel the form of resistance required of you at this stage?

- Our role is to protect ourselves, to protect our people, and to protect our cause.

\* Who is the candidate most likely to take over the Ministry of the Interior?

- There is currently a Minister of the Interior, and to be honest with you, I don't know, that there is a change in Interior Ministry's portfolio.

\* Who will head up the three security apparatuses after they are reorganized – the Prime Minister or the Minister of the Interior?

- It is not a matter of Prime Minister or Minister of the Interior. There is a Palestinian organization, the National Authority headed by Palestinian President Yasser Arafat. There is a Prime Minister and there is a government. With all its activities, this organization is the one that leads the Palestinian work in all political, security, economic, and social aspects, by merging the 12 security apparatuses into three, as part of the organizational work that is absolutely necessary, and one can longer to try to get around it. There is a national security apparatus and an internal security apparatus, which is responsible for general security. There is also a political security apparatus, which includes the intelligence [section]. Each of these apparatuses must have a leader. The three leaders report to an individual affiliated with the National Security Council, which is headed by President Yasser Arafat. The Prime Minister is part of the National Security Council and decisions are made by consultation. There is no nonsense about giving power or taking power. This is not what we are here for. The road map forthrightly and clearly states that the three security apparatuses must be unified. We accepted the road map. President Arafat accepted it without any reservations, and if there is organization and the Palestinian Security Forces are restructured, there is no problem. Therefore, we don't have time to postpone this issue any further.

\* What is the truth to the rumors regarding conflicts between you and the Palestinian President about the powers of the Prime Minister, especially since the road map that President Arafat has accepted affirms that more powers should be granted to the Prime Minister?

- I refuse to discuss the issue of powers and I have no disagreement in this regard with Abu Ammar. President Arafat is the President of the [Palestinian] Authority and President of the Organization, and he is the one who appointed me to this office. I perform my work according to the powers vested in me by law. Brother Abu Ammar and I never had any disagreement about these responsibilities, and I refuse to discuss these power issues. I have never discussed the issue of powers with him. In fact, I told him frankly and openly, "All powers are in your hands, and let's leave them as they are. We will work with you; and rest assured that all that we'll do is yours". Thus, there is no disagreement about powers with Abu Ammar at all. This is not a matter of powers. This is a matter of organization. Do we want to organize ourselves or not?

\* What is your comment about the attempt to convince Arafat to become like Mandela?

- Mandela is not an honorary president. He led the struggle in South Africa until independence was declared [sic]. Then, he became President of independent South Africa. Abu Ammar leads this march until a Palestinian state is declared. Mandela got his status and title from his history, which everyone knows. In the end, Mandela is Mandela and Abu Ammar is Abu Ammar.

\* What is the latest that you have accomplished in the Palestinian-Palestinian internal dialogue?

- The dialogue was resumed recently with all the organizations in Gaza. There is a mechanism to ensure that this dialogue continues on a daily basis, and that there is at least one monthly meeting. We hope that this dialogue will result in a document that is prepared by all groups and forces. This document shall cover the issues of participation, reconstruction, the economy and security and how to achieve [these objectives], as well as the laws, elections and all the issues that are connected with the Palestinian people. In the end, these groups would meet in Cairo for a dialogue in which groups from inside and outside will participate to craft a unified Palestinian work document which all will agree upon. I affirm that the atmosphere between all forces is comfortable and good, and the dialogue is continuing in an extremely positive atmosphere.

\* What is the truth to the rumors about disagreements between Palestinian groups about the rejection of the Egyptian initiative, and that there is opposition from some forces?

- The report from the meeting that took place in Gaza, which was attended by all national and Islamic forces, states that everyone appreciated and valued the Egyptian role. I did not hear of any group that opposed the Egyptian initiative. There was no disagreement about that.

\* Recently a corruption issue has been raised in Egypt, in connection with a contract for cement that was transferred to Israel. This deal involved personalities affiliated with the Palestinian

Authority. What are the latest developments on this issue from the Palestinian side in light of the reforms and the fight against symbols of corruption?

- The issue is now before the Legislative Council, and it concerns a number of Palestinian companies that imported Egyptian cement, a portion of which was leaked to Israel through border crossings. A delegation from the Legislative Council led investigations in Egypt and turned over their report to the General Prosecutor. No one is immune. The law here is the deciding factor.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                     Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                     Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "AShark Al-Awsat Interview with Ahmed Qura' (June 20, 2004)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "AShark Al-Awsat Interview with Ahmed Qura' (June 20, 2004)."

Dated: February 20, 2014

                                                                Adnane Ettayebi

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

Case 1:04-cv-00397-GBD-RLE   Document 547-364   Filed 06/25/14   Page 10 of 13



الاحد 02 جمادى الاولى 1425 هـ - 20 يونيو 2004 العدد 9336



## رئيس الوزراء الفلسطيني: ليس لدي أي نزاع في الصلاحيات مع الرئيس عرفات

**أحمد قريع لـ «الشرق الاوسط» : المبادرة المصرية هي بمثابة طوق نجاة للشعب الفلسطيني وقيادته**

القاهرة: جيهان الحسيني

نفى رئيس الوزراء الفلسطيني احمد قريع «أبوعلاء» أن يكون التحرك المصري هو بمثابة طوق نجاة لرئيس الوزراء الاسرائيلي اريئيل شارون، وقال «العكس تماما التحرك المصري هو طوق نجاة للفلسطينيين وللقيادة الفلسطينية». ونفى في حديث لـ«الشرق الأوسط» أثناء زيارته الأخيرة الى القاهرة أن يكون الانسحاب الاسرائيلي من غزة ثمنه توسيع الاستيطان في الضفة، مؤكدا ان الغموض لا يكتنف مستقبل الضفة فقط بل يكتنف الوضع ككل.

واعتبر ان كتائب شهداء الأقصى جزء من حركة فتح، وقال «نحن ملتزمون بها» واضاف «حركة فتح تتحمل مسؤولياتها كاملة وسنعمل على تأمين ثلاث قضايا لهم على قاعدة التزامهم بالبرنامج السياسي». واعتبر ان المقاومة ليست فقط كفاحا مسلحا فهناك اشكال كثيرة للمقاومة. ونفى قريع وجود أية خلافات بينه وبين عرفات، وقال «لا أقبل مناقشة قضية الصلاحيات مع أبوعمار وليس لدي أي تنازع في الصلاحيات معه».

* اعتبر البعض المبادرة المصرية بمثابة طوق نجاة لرئيس الحكومة الاسرائيلية شارون الذي يواجه مأزقا وباعتبار ان دعم مصر للطرح الشاروني الانسحاب الأحادي الجانب يصب في مصلحة الاحتلال ويكرس احتلال الضفة؟

ـ بل العكس من ذلك تماما فالتحرك المصري هو طوق نجاة للفلسطينيين وللقيادة الفلسطينية، واذا كان الاسرائيليون يواجهون مصاعب داخلية فنحن الفلسطينيين نواجه أزمة حقيقية، شعبنا تحت الحصار وحرية الحركة للشعب الفلسطيني بأكمله محدودة وهناك عملية تدمير يومى للبنى التحتية وتدمير للمنازل وعمليات اغتيال وقتل، فنحن الذين نعانى من جراء كل هذه الاجراءات غير المحتملة، وليس من الذكاء ان نبقى شعبنا خاضعا لهذه الظروف المعيشية الصعبة بل يجب ان نبحث عن سبيل لحل قضيتنا ووضع حد للعذاب الذي يعانيها الشعب الفلسطيني يوميا من أجل توفير أدنى السبل الحياتية.

* قال المصريون ان الانسحاب من غزة سيسير بالتوازي أو سيليه انسحاب اسرائيلي من الضفة، لكن لم نسمع من الاسرائيليين مثل هذا الكلام، فما تعليقك؟

ـ الموقفان المصري والفلسطيني معا يتحدثان عن وحدة الضفة الغربية وقطاع غزة كوحدة سياسية وجغرافية واحدة ترتبط بممر أمن مسيطر عليه من قبل الفلسطينيين، ولذلك الانسحاب من غزة يسير بالتوازي مع الانسحاب من الضفة وهناك تفكيك وتفريغ لبعض المستوطنات في شمال الضفة الغربية، باختصار ليست هناك صفقة تفاوضنا عليها مع الاسرائيليين حول ذلك، هم قالوا لنا سننسحب ونحن رددنا عليهم مع السلامة نحن لا نقول لهم ابقوا، قالوا لنا سنفكك مستوطنات رددنا عليهم أيضا مع السلامة، وهكذا.

* لكن مسؤولين اسرائيليين نفوا تماما قضية الانسحاب من الضفة؟

ـ أبدا سيكون هناك انسحاب من منطقة الشمال، ولقد أعلنوا هم ذلك، أكرر أننا لم نتفاوض مع الاسرائيليين حول الانسحابات لكن أية أرض سينحسبون منها سنتسلمها وسندبرها وسنتولى كافة مسؤولياتنا السياسية والاقتصادية والأمنية.

* لكن وزير الدفاع الاسرائيلي شاؤول موفاز قال انه سيتم نقل المستوطنين الذين تم افراغهم من غزة الى الضفة وسيعملون على توسيع الاستيطان في الضفة؟

ـ نحن لن نقبل ذلك وسنقاومهم كما نقاوم الاستيطان بشكله العام فهذا عدوان غير شرعي على أرضنا نرفضه ولا يمكن أن نقبل به، واذا حدث وتم نقل أية مستوطنة من غزة الى الضفة فان ذلك سيكون قد تم فقط بقوة الاحتلال، وهذا وضع غير شرعي.

* اذن الانسحاب من غزة سيكون ثمنه غاليا وستدفعه الضفة، ألا ترى ان الرؤية بالنسبة لوضع الضفة ضبابية بل هي غامضة؟

ـ الغموض لا يكتنف وضع الضفة فقط، الغموض على الوضع ككل رغم اعلان اسرائيل عن الانسحاب من غزة، لكن في كل الظروف ستظل مطالباتنا وحقوقنا قائمة حتى تحقيق جميع الحقوق الوطنية المشروعة للشعب الفلسطينية بما فيها حق العودة وتقرير المصير واقامة الدولة الفلسطينية المستقلة وعاصمتها على الأرض الفلسطينية التي احتلت عام 1967، ولن نتوقف عن المطالبة بكافة هذه الحقوق ولن يوضع حد لهذا الصراع ولن تحسم المشكلة الفلسطينية الا بتحقيق جميع الحقوق الوطنية المشروعة للشعب الفلسطيني سواء انسحبوا من 1 في المائة أو 5 في المائة أو 20 في المائة.

* بماذا تبرر اذن مخاوف العاهل الاردني الملك عبد الله من طرح الخيار الاردني؟

ـ أولا الخيار الاردني غير قائم اطلاقا ولدى الفلسطينيين استراتيجيتهم القائمة على اقامة دولتهم على أرضهم الفلسطينية وهذا أمر محسوم دوليا، ثم ان الفلسطيني متمسك بأرضه لا يهاجر من وطنه، وأثبتت التجربة ان الفلسطيني الذي يغود أكثر من الذي يغادر، ثم ان الرئيس الاميركي بوش رغم وعده لشارون أرسل لي رسالة يؤكد تمسكه بخريطة الطريق وان قضايا مفاوضات الحل النهائي تحسمها المفاوضات.

* اشترطت مصر للتحرك ان تتوقف كافة عمليات العنف ضد المدنيين من الجانبين فهل هناك ضمانات ان تتوقف اسرائيل خاصة انها تعمل الآن على شق خندق مائى على الحدود المصرية وأليس ذلك يعتبر تصعيدا من جانب اسرائيل قد يؤثر سلبا على التحرك المصري؟

ـ دور مصر مهم ومرحب به فلسطينيا بقوة وستقوم بتأهيل واعادة هيكلة الكوادر الأمنية وستتم التدريبات في غزة وليس صحيحا مطلقا ان هذه التدريبات ستتم في العريش، وطالبت اسرائيل بالتوقف عن جميع انتهاكاتها سواء عمليات الاغتيال أو هدم المنازل أو الاجتياح وهدم البنى التحتية،

وستقوم الولايات المتحدة الاميركية واللجنة الرباعية للمساعدة بتوفير كل ما يتطلب لإنجاح هذا الجهد.

* ما مستقبل المقاومة في ضوء هذا التحرك المصري، وماذا عن كتائب شهداء الأقصى هل سيتم حلها؟

ــ بالنسبة لكتائب شهداء الأقصى فلقد أعلنا بوضوح أنها جزء من حركة فتح نحن ملزمون بها وحركة فتح تتحمل مسؤولية كاملة ويجب أن نعمل على تأمين ثلاث قضايا كاملة لهم على قاعدة التزامهم بالبرنامج السياسي لمنظمة التحرير الفلسطينية، أولا في إطار حركة فتح حقهم في ممارسة العمل السياسي وهذا حق مكفول لكل عضو، ثانيا العمل على تأمين سلامتهم الشخصية لأنهم مطاردون ومهددون وسنحقق ذلك بالتعاون مع اللجنة الرباعية والمجتمع الدولي مع الاسرائيليين، ثالثا تأمين حياتهم المعيشية من الجانب الاقتصادي والاجتماعي كأي كادر مناضل في حركة فتح لتوفر لهم سبل المعيشة الكريمة، ولقد تم حسم الجدل بوضوح حول من هم كتائب الأقصى، وليس هناك حل لكتائب شهداء الأقصى، والسؤال هو كيف نحلهم وهم جزء من حركة فتح، سيتم استيعابهم في مؤسسات فتح مثلهم مثل أي فصيل آخر.

* وماذا عن مستقبل المقاومة بشكل عام؟

ــ المقاومة ليست فقط كفاحا مسلحا فهي أحد أشكال المقاومة، وما دام هناك احتلال فهناك مقاومة، ولكن يجب أن تتخذ المقاومة أشكالا مختلفة حسب طبيعة المرحلة والظروف، فاذا توفر وجود الأفق السياسي فلابد أن يتغير شكل المقاومة، نريد مقاومة تحقق نتيجة لأنه لم يعد بامكاننا القدرة على دفع الأثمان، نريد مقاومة تتخذ الشكل الذي يحقق نتائج ايجابية ومكاسب لنضالنا الفلسطيني ولقضيتنا بشكل عام.

* إذن في غزة المقاومة والكفاح المسلح مرفوض، لكن هل هذا يعني ان المقاومة، أقصد الكفاح المسلح، في الضفة مطلوب في حال استمر الاحتلال هناك؟

ــ مادام هناك احتلال إذن المقاومة مطلوبة، لكن نقرر ما هو الشكل الذي يتناسب مع المرحلة بدون فوضى وتداخلات.

* هل شكل المقاومة المطلوب منكم في هذه المرحلة هو أن يحقق الأمن لاسرائيل؟

ــ دورنا حماية أنفسنا وحماية شعبنا وحماية قضيتنا.

* من هو المرشح الأكثر حظا لتولي وزارة الداخلية؟

ــ يوجد حاليا وزير داخلية، ولا أدري حقيقة أن هناك تغييرا في حقيبة الداخلية.

* من الذي سيرأس الأجهزة الأمنية الثلاثة بعد إعادة تنظيمها.. رئيس الوزراء أم وزير الداخلية؟

ــ ليس هناك شيء اسمه رئيس وزراء ووزير الداخلية، هناك مؤسسة فلسطينية وهي السلطة الوطنية ويرأسها الرئيس الفلسطيني ياسر عرفات، وهناك رئيس وزراء وهناك حكومة وهذه كل المؤسسة هي التي تقود العمل الفلسطيني بكل أنشطتها في كافة المجالات السياسية والأمنية والاقتصادية والاجتماعية بتوحيد الـ12جهازا أمنيا في ثلاثة أجهزة في إطار عمل تنظيمي مطلوب وضروري ولا مناص للمراوحة حوله ولم تعد هناك امكانية لمحاولة الالتفاف عليه، فهناك جهاز أمن للأمن الوطني وجهاز للأمن الداخلي يتولى كل النظام العام، وهناك جهاز للأمن السياسي وهو الذي يضم الاستخبارات، وكل جهاز من هذه الأجهزة يجب أن يرأسه قائد، والقيادات الثلاث مسؤولون أمام جهة يمثلها شخص مرتبط بمجلس الأمن القومي الذي يرأسه الرئيس ياسر عرفات، ورئيس الحكومة هو جزء في مجلس الأمن القومي وتؤخذ القرارات بالتشاور، ليست هناك بدعة ومقولة أعطي صلاحية أو أخذ صلاحية لأن هذا موضوعنا، خريطة الطريق تنص صراحة وبوضوح على توحيد الأجهزة الأمنية الثلاثة ونحن قبلناها والرئيس عرفات قبلها بدون أي تحفظ، واذا كان هناك نظام وتمت إعادة هيكلة قوات الأمن الفلسطينية فليست هناك مشكلة، لذلك لم يعد هناك مجال لتأجيل هذا الموضوع.

* ما صحة ما تردد عن خلافات بينك وبين الرئيس الفلسطيني حول صلاحيات رئيس الحكومة خاصة ان خريطة الطريق التي بها الرئيس عرفات تؤكد منح رئيس الحكومة مزيدا من الصلاحيات؟

ــ أنا لا أقبل مناقشة الصلاحيات وليس لدي أي تنازع في الصلاحيات مع أبوعمار، الرئيس عرفات هو رئيس السلطة ورئيس المنظمة وهو الذي اختارني لهذا الموقع، وأنا أمارس عملي بموجب الصلاحيات المخولة لي قانونا، ولم يحدث اطلاقا أي تناقض مع الأخ أبوعمار في هذه المسؤوليات وأرفض بحث عملية الصلاحيات هذه، وأنا أبحث معه قضية الصلاحيات بل لقد قلت له صراحة وعلنا إن كل الصلاحيات لك واترك الصلاحيات كما هي، ونحن سنعمل معك وتأكد ان جميع ما سنقوم به لك، وبالتالي لا يوجد أي تنازع صلاحيات مع أبوعمار على الاطلاق، والمسألة ليست قضية الصلاحيات، المسألة هي قضية التنظيم، هل نريد أن ننظم أنفسنا أم لا.

* ما تعليقك على محاولة اقناع عرفات أن يصبح مثل مانديلا؟

ــ مانديلا ليس رئيسا شرفيا وكان يقود النضال في جنوب افريقيا حتى تم اعلان الاستقلال وترأس الدولة المستقلة في جنوب افريقيا، وأبوعمار يقود هذه المسيرة الى أن تعلن الدولة الفلسطينية، ومانديلا اكتسب مكانته ولقبه من تاريخه الذي يعرفه الجميع، وفي النهاية مانديلا هو مانديلا وأبوعمار هو أبوعمار.

* ماهو آخر ما توصلتم إليه في الحوار الفلسطيني ــ الفلسطيني في الداخل؟

ــ استؤنف الحوار مؤخرا مع كافة التنظيمات في غزة وهناك آلية لضمان استمرار الحوار بشكل يومي وان يكون هناك لقاء شهري لمرة واحدة على الأقل، ونأمل ان تنتج عن هذا الحوار وثيقة يتم اعدادها من كافة الفصائل والقوى تتضمن المشاركة وإعادة البناء والموضوع الاقتصادي والأمني وكيفية تحقيقه والقوانين والانتخابات وكافة القضايا التي تتعلق بالانسان الفلسطيني، وفي النهاية تلتقي في القاهرة في حوار تشارك فيه الفصائل من الداخل والخارج لصياغة وثيقة عمل فلسطينية موحدة يتفق عليها الجميع، وأؤكد ان الأجواء مريحة وجيدة بين جميع القوى والحوار مستمر في أجواء ايجابية للغاية.

* ما صحة ما تردد حول خلافات بين رفض الفصائل الفلسطينية حول المبادرة المصرية فهناك معارضة من بعض القوى؟

ــ لقد صدر عن اللقاء الذي تم في غزة وحضره جميع القوى الوطنية والاسلامية ان الجميع يقدر الدور المصري ويثمن التحرك المصري ولم أسمع ان هناك فصيلا عارض التحرك المصري ولم يحدث خلاف حول ذلك.

* أثير في مصر أخيرا قضية فساد، وهي التي تتعلق بصفقة الاسمنت التي نقلت لاسرائيل، أطرافها شخصيات محسوبة على السلطة الفلسطينية فما آخر تطورات هذه القضية فلسطينيا في ضوء الاصلاحات ومحاربة رموز الفساد؟

ــ القضية مطروحة حاليا في المجلس التشريعي على عدد من الشركات الفلسطينية التي استوردت اسمنتا مصريا سرب جزء منه الى اسرائيل من خلال المعابر، وهناك وفد من المجلس التشريعي الذي أجرى تحقيقات في مصر وأحيل التقرير الى النائب العام، وليس هناك أحد محصن، فالقانون هنا هو الفيصل.

| Corrections | Subscriptions | Distribution | Advertising | Mail Address | Editorial | The Editor |
|---|---|---|---|---|---|---|
| تصويبات | الاشتراكات | التـــوزيــــــع | الإعــــــــلان | العنوان البريدي | هيئة التحرير | رئيس التحريــــر |

Copyright: 1978 – 2010 © Saudi Research & Publishing Company (SRPC)