# EXHIBIT A.509

PLAINTIFF'S EXHIBIT 509

INTERVIEW WITH JIBRIL RAJOUB, PALESTINIAN NATIONAL SECURITY ADVISOR, DISCUSSING SEIZURE OF PALESTINIAN BANKS BY ISRAEL AND DISCUSSING FATAH (AL JAZEERA, 15:00 (GMT+2), FEB. 25, 2004)

---

Copyright (c) 2009 by Federal News Service, Inc., Ste. 220 1919 M St. NW, Washington, DC 20036, USA. Federal News Service is a private firm not affiliated with the federal government. No portion of this transcript may be copied, sold or retransmitted without the written authority of Federal News Service, Inc. Copyright is not claimed as to any part of the original work prepared by a United States government officer or employee as a part of that person's official duties. For information on subscribing to the FNS Internet Service, please visit http://www.fednews.com or call(202)347-1400

---

(Note: The following was translated from Arabic)

ANCHOR: How do you describe the (seizure) of Ramallah and Al Barra, and the military events taking place there?

JIBRIL RAJOUB: It's my belief this action requires no review. What is taking place in Ramallah today -- and what took place in Gaza, Bethlehem, and most of the Palestinian territories yesterday -- is clearly a message from Israelis of their intent to continue and grow their one-sided attacks against Palestinians.

It's my belief what took place in Ramallah today is something which is not open to misinterpretation by either the worldwide community or any group. Now no-one can believe Israel has a political or peaceful alternative.

The banks they stormed operate according to the Monetary Authority's law and the international regulations. These banks are under the supervision of the World Bank and the worldwide community.

It's my belief that what took place and what is taking place violates every national and international standard, law and regulation.

ANCHOR: Moving to the convening of the Fatah Revolutionary Council.

What items are most urgent on the meeting's agenda?

JIBRIL RAJOUB: It's my belief that the most urgent item is the need to strengthen Fatah's stance and Fatah itself -- which was and continues to be Palestians' source of strength.

I believe our foremost goal is to come to agreement on a political agenda against which to measure our relations with one another as well as our relations with the worldwide community.

     The other item we should come to agreement on is an organizational structure. The whole organizational structure and the political activities of the 3.5 years since the last Revolutionary Council meeting should be examined.

     ANCHOR:   Is the Council really studying the option of disbanding the the Al-Aqsa Martyrs Brigades?

     JIBRIL RAJOUB:   This is nonsense which doesn't deserve comment.

     The Al-Aqsa Martyrs Brigade is part of Fatah. If there's a problem wihtin the Brigades, it will be dealt with internally. The Al-Aqsa Martyrs brigades need to adhere to the political agenda.

     If a political agenda and platform is approved, it's by belief the Al-Aqsa Martyrs Brigades will be the ones who ahere most fervently to the validity, and to the choices made by the Revolutionary council. There won't be any difficulty in establishing relations founded upon Fatah's strategic plan to end the conflict and resolve our trouble with the occupation, and with the worldwide community.

     Al-Aqsa Martyrs Brigades will not be a problem within Fatah. Fatah can't be divided. It's is above infighting. There are statements, issues and rebukes. Some of our brothers in Fatah feel wronged. All of these problems will be addressed within the framework of (pledging) to the movement's unity, its structure, and leadership.

     This is something which is not negotiable.

     So there is no worry about the Al-Aqsa Martyrs Brigades, Fatah, or the Palestinians.

     It's not my belief that Fatah can err at critical points. I believe this is the most tenuous point in Palestinian history.

     Fatah will continue to be the faction most able to express the hopes and desires of our people to gain freedom and independence.   END.