# EXHIBIT A.521
## (1 of 17)

PLAINTIFF'S
EXHIBIT
521



THE ARTS
CHILD POLICY
CIVIL JUSTICE
EDUCATION
ENERGY AND ENVIRONMENT
HEALTH AND HEALTH CARE
INTERNATIONAL AFFAIRS
NATIONAL SECURITY
POPULATION AND AGING
PUBLIC SAFETY
SCIENCE AND TECHNOLOGY
SUBSTANCE ABUSE
TERRORISM AND
HOMELAND SECURITY
TRANSPORTATION AND
INFRASTRUCTURE
WORKFORCE AND WORKPLACE

This PDF document was made available from www.rand.org as a public service of the RAND Corporation.

Jump down to document ▼

The RAND Corporation is a nonprofit research organization providing objective analysis and effective solutions that address the challenges facing the public and private sectors around the world.

## Support RAND

Purchase this document
Browse Books & Publications
Make a charitable contribution

## For More Information

Visit RAND at www.rand.org
Learn more about the RAND Corporation
View document details

### Limited Electronic Distribution Rights

This document and trademark(s) contained herein are protected by law as indicated in a notice appearing later in this work. This electronic representation of RAND intellectual property is provided for non-commercial use only. Permission is required from RAND to reproduce, or reuse in another form, any of our research documents.

This product is part of the RAND Corporation monograph series. RAND monographs present major research findings that address the challenges facing the public and private sectors. All RAND monographs undergo rigorous peer review to ensure high standards for research quality and objectivity.

# Building a Successful Palestinian State

The RAND Palestinian State Study Team

Supported by a gift from
David and Carol Richards



Research for this study was carried out from September 2002 through May 2004 by a multidisciplinary team of RAND researchers, working under the direction of the RAND Health Center for Domestic and International Health Security in conjunction with the Center for Middle East Public Policy (CMEPP), one of RAND's international programs. RAND Health and CMEPP are units of the RAND Corporation. Primary funding for the project was provided by a generous gift from David and Carol Richards. This research in the public interest was also supported by RAND, using discretionary funds made possible by the generosity of RAND's donors and the earnings on client-funded research.

**Library of Congress Cataloging-in-Publication Data**

Building a successful Palestinian state / the Rand Palestinian State Study Team.
     p. cm.
     "MG-146."
     Includes bibliographical references.
     ISBN 0-8330-3532-0 (pbk. : alk. paper)
     1. Arab-Israeli conflict—1993- —Peace. 2. Palestine—Politics and government. 3. Legitimacy of governments. 4. Education—Palestine. 5. Health care reform. I. Rand Palestinian State Study Team.

DS119.76.B85 2005
956.05'4—dc22

                                                                2005005242

The RAND Corporation is a nonprofit research organization providing objective analysis and effective solutions that address the challenges facing the public and private sectors around the world. RAND's publications do not necessarily reflect the opinions of its research clients and sponsors.

RAND® is a registered trademark.

*Cover design by Stephen Bloodsworth and Doug Suisman*
*Cover photo: "The Olive Tree: Hi Mama, I'm Home!"*
*Photographer: Steve Sabella at www.sabellaphoto.com*

© Copyright 2007 RAND Corporation

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from RAND.

Published 2007 by the RAND Corporation
1776 Main Street, P.O. Box 2138, Santa Monica, CA 90407-2138
1200 South Hayes Street, Arlington, VA 22202-5050
4570 Fifth Avenue, Suite 600, Pittsburgh, PA 15213-2665
RAND URL: http://www.rand.org/
To order RAND documents or to obtain additional information, contact
Distribution Services: Telephone: (310) 451-7002;
Fax: (310) 451-6915; Email: order@rand.org

## Study Group Directors

Steven N. Simon, C. Ross Anthony, Glenn E. Robinson, David C. Gompert, Jerrold D. Green, Robert E. Hunter, C. Richard Neu, Kenneth I. Shine

## RAND Research Staff by Task

**Introduction**
C. Ross Anthony
Glenn E. Robinson
Michael Schoenbaum
Steven N. Simon
Cynthia R. Cook

**Governance**
Glenn E. Robinson

**Internal Security**
Kevin Jack Riley
Seth G. Jones
Steven N. Simon
David Brannan
Anga R. Timilsina

**Demography**
Kevin F. McCarthy
Brian Nichiporuk

**Economics**
Justin L. Adams
Kateryna Fonkych
Keith Crane
Michael Schoenbaum

**Water**
Mark Bernstein
David G. Groves
Amber Moreen

**Health**
Michael Schoenbaum
Adel K. Afifi
Richard J. Deckelbaum

**Education**
Charles A. Goldman
Rachel Christina
Cheryl Benard

**Cost Team**
Keith Crane
Michael Schoenbaum
Cynthia R. Cook

**Communications Support**
Barbara Meade
Mary E. Vaiana



RAND MG146-M.1

**Israel/Palestine Region**



**Israel/Palestine Region with City Detail**

SOURCE: B'Tselem—The Israeli Center for Human Rights in the Occupied Territories at
http://www.btselem.org, from *Newsweek*, November 22, 2004, p. 33, © 2004 Newsweek, Inc. All rights
reserved. Reprinted by permission.

NOTE: The Green Line—control of the regions within these borders has been contested since Israel seized
the West Bank and Gaza in 1967.

RAND MG146-M.3

**Israeli Settlements in the West Bank**



SOURCE: Used with permission from the Washington Institute for Near East Policy.
RAND MG146-M.4

Security Fence Route Approved by the Israeli Government as of February 20, 2005

## Preface

In April 2005, the RAND Corporation released two path-breaking studies focused on an issue of enormous global consequence: How can an independent Palestinian state be made successful? RAND did not examine how an agreement creating such a state could be reached. Rather, we developed analytically based recommendations about the steps necessary to promote success in the first ten years of independent statehood.

The first study, *Building a Successful Palestinian State*, is described in this volume. It surveys a wide range of political, economic, social, and environmental challenges that a new Palestinian state would face. A multidisciplinary team of more than 40 RAND researchers examined governance, internal security, demography, economics, water, health, and education. (A subsequent volume, *Building a Successful Palestinian State: Security*, examined external security issues.) In each area, RAND assessed the status of relevant existing institutions and infrastructure, considered what might constitute "successful" development over the first decade of a state, identified policy options for moving from the status quo towards such success, and considered the financial costs of those options. Our work drew on detailed analysis of existing information as well as fact-finding trips to the region and consultation with local and international experts.

The second study, *The Arc: A Formal Structure for a Palestinian State*, describes an innovative new framework for transportation and urban planning to foster economic and social development in the context of a rapidly growing population and currently inadequate physical infrastructure. It also considers some related policy challenges, particularly the issue of immigration to a new state by Palestinian refugees and others currently living outside the West Bank, Gaza, and Israel.

The studies have been presented to a wide range of Palestinian, Israeli, U.S., and international audiences, including political and business leaders, academics, nongovernmental organizations and community groups.

We have not revised this volume since it was originally published in 2005; thus, it does not reflect recent political developments. However, RAND's research was neither conceived nor executed in response to any particular opportunity or timeline;

indeed, the original research was conducted mainly during the height of the second intifada—a period of active conflict and little political dialogue. RAND's work remains relevant and valuable because one of its original motivations was to advance prospects for peace by showing that a successful Palestinian State is feasible. The need to demonstrate feasibility has not changed. Nor has the validity of most of RAND's programmatic recommendations.

Now, as in 2005, a critical majority of Palestinians and Israelis, as well as the United States, the European Union, and other international parties remain committed to a negotiated settlement leading to an independent Palestinian state. When that occurs, progress along the lines we have identified will be necessary to move forward. And, as recent experiences from East Timor to Iraq underscore, research and planning in advance of political developments can be essential for success.

This work should be of interest to the Palestinian and Israeli communities; to policymakers in the Roadmap Quartet (the United States, the European Union, the United Nations, and Russia); to foreign policy experts; to organizations and individuals committed to helping establish and sustain a new state, and to the negotiating teams charged with the responsibility of reaching an accord.

Primary funding for these studies was provided by private individuals. *Building a Successful Palestinian State* was funded by a generous gift from David and Carol Richards. Support for this research in the public interest was also provided, in part, by donors and by the fees earned on client-funded research.

## Acknowledgments

Many people both within and outside RAND contributed to this book. The authors are deeply indebted to the numerous Palestinian and Israeli experts who graciously donated their time and expertise to provide source material for this analysis. We are equally indebted to Laurie Brand, Bruce Hoffman, Lawrence Freeman, Itamar Rabinovich, Yezid Sayigh, David Aaron, and Carl Bildt, who carefully reviewed several drafts of this entire study. Their thoughtful comments and in-depth knowledge of the Middle East helped us analyze and refine the policy implications of our research.

In addition to the reviews of the entire study mentioned above, each sector chapter was also reviewed by at least two external reviewers, as well as by a variety of technical experts within RAND. We wish to extend our thanks and gratitude to all of these individuals, whose critiques greatly helped to sharpen our analyses. These reviewers included Amitzur Barak, Sue Bodilly, Robert Bowker, Nathan Brown, Louay Constant, Julie DaVanzo, Sir Lawrence Freedman, Osman Galal, Sir Timothy Garden, Shimon Glick, Debra Knopman, Ellen Laipson, Robert Malley, Itamar Rabinovich, Alan Richards, Andrew Rigby, Yezid Sayigh, Avraham Sela, Khalil Shikaki, and Tarik Yousef. Of course, the final research and findings are the responsibility of the authors.

All authors would like to thank our RAND colleagues. We would especially like to thank Barbara Meade and Mary Vaiana, who reviewed the entire volume for clarity and structure, and Jane Ryan and Peter Hoffman, who coordinated book design and production. Christina Pitcher and Miriam Polon edited the manuscript and produced a greatly improved final version. Stephanie Griffith, Jacelyn Cobb, and Christine Carey's effective project management enabled us to keep track of each chapter through the lengthy writing and review cycles.

Work on this study would not have been possible without the support of David and Carol Richards, whose generous funding for this project reflects their deep commitment to peace in the Middle East. We are also grateful to RAND's corporate management team, whose encouragement and financial support enabled publication of this book. We extend special thanks to Michael Rich, RAND's Executive Vice President, and Robert Brook, Vice President and Director of RAND Health, for their timely reviews of the study and unflagging encouragement to the authors.

# Contents

Preface ........................................................................................ ix
Acknowledgments ........................................................................ xi
Figures ........................................................................................ xxi
Tables ......................................................................................... xxiii
Summary ..................................................................................... xxvii
Abbreviations .............................................................................. xxxix
Glossary ...................................................................................... xliii

CHAPTER ONE
Introduction ................................................................................ 1
Organization of This Book ........................................................... 2
Defining "Success" ...................................................................... 3
Conditions for Success ................................................................. 4
    Security ................................................................................... 4
    Good Governance and Political Legitimacy ............................. 4
    Economic Viability .................................................................. 5
    Social Well-Being .................................................................... 6
Crosscutting Issues: Permeability, Contiguity, and Security ......... 7
    Permeability ............................................................................ 7
    Contiguity ............................................................................... 8
    Security ................................................................................... 8
Estimating the Costs of Success ................................................... 9

CHAPTER TWO
Governance .................................................................................. 13
Summary ..................................................................................... 13
Introduction ................................................................................ 13
The Relationship Between State Legitimacy and Good Governance ... 15
    The Importance of the 1967 Borders ....................................... 15
    Contiguity of Land ................................................................. 16
    Jerusalem and State Legitimacy .............................................. 16

Legitimacy and Violence .................................................................. 17
Other Variables Affecting Good Governance ............................................. 17
PA Authoritarianism ...................................................................... 19
Requirements for Good Governance in Palestine............................................ 20
Promoting the Rule of Law................................................................ 23
Empovering Parliamentary Democracy ................................................... 25
Promoting Meritocracy in the Civil Service............................................... 28
Costs..................................................................................... 28
Conclusion ................................................................................. 29
Bibliography .............................................................................. 30

CHAPTER THREE

**Internal Security** ..........................................................................33

Summary.................................................................................. 33
Introduction .............................................................................. 34
Historical Overview ....................................................................... 35
Phases of Internal Security................................................................ 36
Terrorist and Militant Groups ............................................................ 36
The Palestinian Security Structure ....................................................... 38
Administration of Justice ................................................................. 39
Internal Security Challenges .............................................................. 40
Administration of Justice ................................................................. 44
Internal Security Options.................................................................. 46
Administration of Justice ................................................................. 46
Reform of the Security Services........................................................... 54
Costing the Options....................................................................... 60
General Reconstruction Costs ............................................................ 61
Cost Summary ........................................................................... 62
Bibliography .............................................................................. 64

CHAPTER FOUR

**Demography** ...............................................................................73

Summary.................................................................................. 73
Introduction .............................................................................. 74
The Palestinian Population and Its Post-1948 Diaspora .................................. 76
A Profile of the Population in the West Bank and Gaza ................................... 80
Prospects of Future Population Growth in the West Bank and Gaza........................ 84
Dynamics of Future Population Growth................................................... 84
Projected Growth ........................................................................ 85
Accuracy of the Underlying Assumptions................................................. 88
Implications of Population for the State-Building Process ................................. 93

Carrying Capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
Service Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
Demographic Pressures on the Palestinian Economy . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Prospects for Return Migration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Importance of the Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Key Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Estimates of Potential Returnees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

CHAPTER FIVE
Economics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
The Palestinian Economy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Major Challenges and Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Economic Scenarios and Implications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Policy Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Introduction: Overview of the Palestinian Economy . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Snapshot of Palestinian Economy in 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
Palestinian Economic Development from 1967 to the Oslo Accords in 1993 . . . . . . . . . 112
Palestinian Economic Development from the Oslo Accords to 1999 . . . . . . . . . . . . . . . . 113
The Palestinian Economy Under the Current Intifada . . . . . . . . . . . . . . . . . . . . . . . . 115
Principal Challenges and Critical Issues Confronting the Palestinian Economy . . . . . . . . . . . 116
Principal Challenges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
Critical Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122
Economic Scenarios for a Future Palestinian State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
Scenarios of Economic Development . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
Geographic Contiguity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
Economic Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
Four Scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
Summary of Implications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
Economic Implications of the Scenarios for a Future Palestinian State . . . . . . . . . . . . . . . . . 133
Growth Accounting Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133
Limitations of the Growth Accounting Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
Potential Inflows of Foreign Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
Best-Practice Economic Policies for Stimulating Economic Growth . . . . . . . . . . . . . . . . . . . 141
Fostering Free Trade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142
Partnering with Neighboring Countries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142
Investing in Infrastructure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
Easing Palestinian Employment in Israel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Expanding Access to Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Choosing Currencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146

Improving the Business Climate .......................................... 147
Investing in Human Capital .............................................. 148
Conclusions .................................................................. 149
Appendix 5.A: The Growth Accounting Model ............................ 150
Gross Domestic Product ................................................ 150
Total Factor Productivity (A) ........................................... 151
Capital Stock (K) ....................................................... 151
Elasticity of GDP with Respect to Capital (α) ......................... 152
Labor Force ............................................................ 152
Employment in Israel .................................................. 153
Domestic Employment ................................................. 153
Calculating Palestinian National Income .............................. 155
Bibliography ................................................................ 160

CHAPTER SIX
**Water** ......................................................................... 163
Summary.................................................................... 163
Introduction ................................................................ 164
Water, Agriculture, and Energy in the Middle East........................ 165
Water Scarcity in the Middle East ..................................... 165
The Jordan River ....................................................... 167
Integrated Management ................................................ 169
Water Issues in Israel and Palestine: The Past and Present .............. 172
Historical Context ..................................................... 172
Current Situation ...................................................... 174
Water for a Future Palestinian State: Policy Options .................... 180
Demand Management ................................................... 180
Supply Enhancement and Sustainability................................ 184
Infrastructure Improvements .......................................... 187
Modeling Future Water Demand and Supply for Palestine ............... 189
Modeling Mechanics ................................................... 190
Demand ................................................................ 191
Supply ................................................................. 192
Infrastructure ......................................................... 192
Project Cost ........................................................... 192
Options for the Future .................................................... 193
The Base Case .......................................................... 196
Supply ................................................................. 197
Costs................................................................... 202
Increased Efficiency Scenario .......................................... 202
Increased Efficiency–Reduced Gaza Agriculture Scenario .............. 206

Robust Policies ........................................................................ 208
Conclusions ............................................................................ 211
Appendix 6.A .......................................................................... 213
    Demand ............................................................................ 213
    New Supplies ...................................................................... 215
    Water Network...................................................................... 216
Bibliography ........................................................................... 218

CHAPTER SEVEN
Health ................................................................................. 223
Summary................................................................................ 223
Introduction ........................................................................... 225
What Is a Successful Health System?..................................................... 227
Alternative Scenarios for an Independent State........................................... 228
    Population Mobility................................................................. 228
    International Access ............................................................... 229
    Other Crosscutting Issues .......................................................... 230
Methods................................................................................ 231
Background ............................................................................. 231
    Health Status...................................................................... 232
    Health System Organization ........................................................ 234
    Health Care Infrastructure ........................................................ 235
    Health System Funding and Expenditures ............................................ 237
    Patient Benefits and Costs......................................................... 239
Strengthening Key Institutions, Policies, and Programs ................................. 243
    Health System Planning, Policy Development, and Policy Implementation ............ 243
    Health Insurance and Health Care Finance .......................................... 250
    Licensing and Certification of Health Professionals ............................... 258
    Licensing and Accreditation of Health Care Facilities and Services ................ 262
    Human Resource Development ........................................................ 264
    Health Care Quality Improvement ................................................... 270
    Policies on Prescription Drugs and Medical Devices ................................ 272
    Health Information Systems......................................................... 275
    Research .......................................................................... 279
    Programs for Rapid Improvement .................................................... 280
Priorities and Timing................................................................... 284
Cost .................................................................................. 285
Discussion............................................................................. 288
    Role of International Donors....................................................... 289
    Limitations of Our Analysis ....................................................... 289
    In Closing......................................................................... 290

xviii   Building a Successful Palestinian State

Appendix 7.A: Selected Objectives from Prior Palestinian Health Plans ....................291
Appendix 7.B: Methods ......................................................................294
Appendix 7.C: Letter of Introduction Regarding RAND's Health System Analysis .......297
    About RAND and RAND Health...........................................................297
    About RAND's Palestine Project .......................................................298
    About RAND's Analysis of the Palestinian Health System ..............................298
    Planned Trip to the Region............................................................300
Appendix 7.D: Integration with Prior and Concurrent Health Sector Analyses ...........301
Bibliography ................................................................................302

CHAPTER EIGHT

Education .................................................................................309
Summary...................................................................................309
Introduction ..............................................................................311
What Is a Successful Education System in the 21st Century?..............................312
    Access ...............................................................................313
    Quality...............................................................................314
    Delivery..............................................................................314
    Issues Crossing Multiple Domains......................................................315
    Relevance ............................................................................315
    Global Competencies ..................................................................316
    Gender Equity ........................................................................317
Historical Development of Palestinian Education (1517–2004) ............................319
    Education Under the Ottomans (1517–1917)..............................................319
    The British Mandate (1917–1948) ......................................................320
    1948–1967 ............................................................................320
    1967–1987 ............................................................................321
    The First Intifada (1987–1993)........................................................322
    Early Autonomy (1994–1999) ...........................................................323
    Al-Aqsa Intifada (2000–2004)..........................................................324
The Palestinian Educational System Today...................................................326
    Structure ............................................................................326
    Scope and Enrollment..................................................................327
    Governance ...........................................................................329
    Preschool and Special Services .......................................................329
    Grade Repetition and Dropout Rates....................................................330
    Classroom Context.....................................................................330
    Teacher Characteristics ..............................................................331
    Financing ............................................................................332

Strengths and Challenges Regarding Future Development .................................. 333
    Foundations to Build On: Strengths of the System.......................................... 334
    Challenges ........................................................................................... 340
Planning for the Future: Efforts to Date ........................................................ 350
Moving Forward: Recommendations for a Strong Education System in a
    Palestinian State ................................................................................... 351
    Maintaining and Expanding Access............................................................ 353
    Building Quality ................................................................................... 354
    Improving Delivery ............................................................................... 357
Costs of Building a Successful Palestinian Education System .............................. 358
Summary and Conclusion .......................................................................... 362
Appendix 8.A: Methods for Estimating Education Costs.................................... 365
    Per-Student Expenditures ...................................................................... 365
    Enrollments ........................................................................................ 368
Bibliography .......................................................................................... 370

CHAPTER NINE
Conclusions............................................................................................ 379
Requirements for Success .......................................................................... 380
    State Founding...................................................................................... 381
    State Enabling....................................................................................... 381
    State Maturation ................................................................................... 382
Options for Facilitating Success................................................................... 382
    Promoting Security................................................................................ 382
    Addressing Population Growth ................................................................ 383
    Developing a Vibrant Economy ............................................................... 383
    Improving the Quantity and Quality of Palestine's Water .............................. 384
    Improving Health Care........................................................................... 384
    Improving the Education System .............................................................. 385
Financing Successful Development ............................................................... 385
    Costs to Implement the Recommendations Described in This Study.................... 386
    Donor Funding and the Costs of Creating a Viable Palestinian State................... 389
In Conclusion ........................................................................................ 391
Appendix 9.A: Major Infrastructure Investments............................................. 392
    Road Improvements............................................................................... 392
    Gaza Seaport ....................................................................................... 393
    Airport............................................................................................... 393
    Electric Power Grid ............................................................................... 394

Index.................................................................................................... 395

## Figures

2.1. Governance Indicators for the West Bank and Gaza ............................... 21
2.2. Palestinian Perceptions of Corruption ............................................. 22
3.1. International Police Projections for West Bank and Gaza ........................... 54
4.1. Growth Rates of Palestinian Population by Area of Residence, 1950–2002 ......... 78
4.2. Age Pyramid for West Bank, 2000 ................................................. 82
4.3. Age Pyramid for Gaza, 2000 ....................................................... 82
5.1. Four Scenarios of Palestinian Economic Development ........................... 129
5.2. Estimated Palestinian Per-Capita GNI for 2004–2019 ........................... 135
A.5.1. Estimated Palestinian Unemployment for 2004–2019, by Scenario Type ......... 156
A.5.2. Estimated Palestinian Per-Capita GNI for 2004–2019, by Scenario Type ........ 159
6.1. Estimated Amount of Water That Could Be Available with Increased Water
      Resource Development to Select Countries Based on Rainfall, Topology, and
      Subsurface Characteristics ...................................................... 166
6.2. The Jordan River Basin ........................................................... 168
6.3. Current Consumption and Sustainable Yields for Major Aquifers ................ 177
6.4. Scenarios of Irrigation Water Demand for the West Bank and Gaza .............. 183
6.5. Projected Water Demand for the West Bank and Gaza in the Base Case Scenario . 197
6.6. Baseline Water Supplies for the West Bank and Gaza ............................ 198
6.7. Current and Possible Sustainable Aquifer Use by Palestinians and Israelis ........ 199
6.8. West Bank and Gaza Projected Water Supplies in the Base Case,
      from 2001 to 2020 ............................................................... 200
6.9. Gaza Agricultural Water Sources in the Base Case ............................... 201
6.10. Total Water Demand in the Base Case and in the Increased Efficiency Scenario
      for the West Bank and Gaza ..................................................... 203
6.11. West Bank and Gaza Projected Water Supplies in the Increased Efficiency
      Scenario, from 2001 to 2020 ..................................................... 204
6.12. Total Palestinian Water Supply for 2015 in the Base Case and in the Increased
      Efficiency Scenario .............................................................. 205
6.13. Gaza Agricultural Water Sources in the Increased Efficiency–Reduced Gaza
      Agriculture Scenario ............................................................. 207

6.14.  Gaza Projected Water Supplies in the Increased Efficiency–Reduced Gaza
        Agriculture Scenario, from 2001 to 2020 ........................................ 208
6.15.  Project Cost Phasing for the Base Case and the Increased Efficiency–Reduced
        Gaza Agriculture Scenario ....................................................... 210
7.1.   Ministry of Health Organizational Structure .................................... 236
7.2.   Flow of Funds in Palestinian Health System .................................... 240
8.1.   Newly Enrolled Students in Higher Education Institutions, 1994/95–2001/02 .. 347

## Tables

S.1: Aid Flows Analogous to Bosnia and Kosovo.................................... xxxvii
3.1. Palestinian Internal Security Forces .................................................. 39
3.2. Staffing Ratios for Internal Security Functions, Selected Countries ................ 48
3.3. Palestinian Internal Security Staffing Needs, by Function .......................... 48
3.4. Proposed Security Service Realignment ............................................ 56
3.5. Annual Cost of Rebuilding the Palestinian Internal Security System (in millions of 2003 US$) ........................................................................ 63
3.6. Ten-Year Cost of Rebuilding the Palestinian Internal Security System (in millions of 2003 US$)........................................................................ 64
4.1. Distribution of the Palestinian Population by Region of Residence, 1995 to 2002 . 76
4.2. Comparison of Selected Age Groups (% of total population) ...................... 83
4.3. Selected Comparisons of Fertility Potential of the Palestinian Population, 1998 ... 85
4.4. PCBS Medium Projections of Population Growth in West Bank and Gaza Between 2000 and 2025 .................................................................... 87
4.5. Projections of Total Palestinian Population in 2025 Under Alternative Fertility and Migration Assumptions............................................................ 88
4.6. Comparison of Female School Enrollment Rates by Age in Palestine and the United States (%).................................................................... 92
4.7. Estimates of Potential Return Migration by Area of Current Residence........... 103
5.1. Estimated Palestinian Per-Capita GNI for 2004–2019 (under each scenario, in 2003 dollars) ...................................................................... 134
5.2. Actual and Estimated Per-Capita GNI Real Growth Rates ........................ 136
5.3. Estimated Annual Average Domestic Private-Sector Job Growth Needed for Given Unemployment Reduction (under high- and low-integration scenarios) .......... 137
5.4. Estimated Palestinian Capital Stock Investment Required in 2005–2019 (under each scenario, in billions of 2003 dollars)................................... 138
5.5. Aid Flows Analogous to Those for Bosnia and Kosovo ........................... 141
A.5.1. Assumptions About Total Factor Productivity (A) ................................ 152
A.5.2. Assumptions About Average Annual Change in Palestinian Capital Stock (K) .... 152
A.5.3. Assumptions About Average Annual Change in Palestinian Labor Force.......... 153
A.5.4. Assumptions About Palestinian Employment in Israel............................ 154

A.5.5. Assumptions About Palestinian Domestic Public Employment .................... 154
A.5.6. Assumptions About Palestinian Domestic Private-Sector Employment ........... 154
A.5.7. Model Results Regarding Palestinian Gross Domestic Product ................... 156
A.5.8. Model Results Regarding Remittances from Palestinians Working in Israel ....... 157
A.5.9. Estimated Palestinian Per-Capita GNI for 2004–2019 (under each scenario, in
       2003 dollars) ................................................................... 159
6.1. Sustainable and Currently Used Water Resources in the West Bank and Gaza .... 175
6.2. West Bank and Gaza Agricultural Area and Net Water Demand in 2001 ......... 176
6.3. Water Quality in the Gaza Aquifer (in milligrams per liter) ...................... 178
6.4. Parameters and Policy Options Modeled and to Consider in Future Analyses..... 190
6.5. Capital, Operations, and Maintenance Costs for Water Management Activities
     for the Original CH2M HILL Model and the Model Used in This Analysis ...... 194
6.6. Base Case Scenario Model Parameters.............................................. 196
6.7. West Bank Water Supplies for 2001 and 2015 in the Base Case .................. 200
6.8. Gaza Water Supplies in the Base Case for 2001 and 2015 ......................... 201
6.9. Base Case Scenario Project Cost from 2005 Through 2014
     (in millions of 2003 US$) ...................................................... 202
6.10. Select Policy Options for the Base Case and the Increased Efficiency Scenario
      (in percentage)................................................................. 203
6.11. West Bank Water Supplies in the Increased Efficiency Scenario for 2001
      and 2015 ....................................................................... 203
6.12. Water Supplies for Gaza in the Increased Efficiency Scenario for 2001
      and 2015 ....................................................................... 205
6.13. Increased Efficiency Scenario Project Cost from 2005 Through 2014
      (in millions of 2003 US$) ...................................................... 206
6.14. Gaza Water Supplies in the Increased Efficiency–Reduced Gaza Agriculture
      Scenario, for 2001 and 2015..................................................... 207
6.15. Project Costs from 2005 to 2014 for the Base Case and the Increased Efficiency–
      Reduced Gaza Agriculture Scenario Under Expected Energy Costs and Population
      Growth, High Energy Costs, High Population Growth, and High Energy and
      High Population Growth Conditions (in millions of 2003 US$) ................. 209
7.1. Basic Health Indicators, Palestine and Elsewhere (1998–1999) ................... 232
7.2. Health System Infrastructure, Palestine and Elsewhere (2000–2001, unless
     otherwise noted)................................................................ 237
7.3. Distribution of Capacity Across the Sectors of the Palestinian Health System
     (2001)........................................................................... 238
7.4. Recommendations for Palestinian Health System Development .................. 244
7.A.1. Selected Objectives from the 1999 *National Strategic Health Plan* ............... 292
7.A.2. Selected Objectives from the 2001 *National Plan for Human Resource
       Development and Education in Health* .......................................... 293