# EXHIBIT A.521
## (17 of 17)

2005 as the initial year. Unless otherwise noted, we converted data on historical expenditures in dollars to 2003 dollars using the U.S. GDP deflator. We focus on the real costs of implementing our recommendations, considering changes in relative prices. In particular, we assume that productivity increases would counterbalance increases in dollar wages. Our cost estimates account for natural population growth (at annual rates of 3–5 percent), but we have assumed zero net migration. In the event of substantial immigration to an independent Palestinian state, most of the cost estimates would need to be increased to meet the specified development targets for a larger population. The main exception would be the costs for security, which are determined by the security environment and are not directly proportional to the population.

### Costs to Implement the Recommendations Described in This Study

As described in the Introduction, we use two approaches to estimating costs: the analogy approach (i.e., using costs of similar programs elsewhere to estimate the likely costs of these programs in Palestine) or parametric estimation (i.e., using relationships between costs and input variables based on historical data from similar projects to create a mathematical model for estimating costs in Palestine). In each case, the details supporting these estimates are provided in the relevant chapters.

**Internal Security.** We specify a variety of components that would be required for robust internal security. We estimate the costs of these components using analogies based on recent experience with the creation of new internal security institutions in Iraq. This approach results in a cost estimate for establishing and operating the institutions of internal security of $7 billion to $7.7 billion over ten years.

**Water.** The cost estimate is based on a previously developed model, which we have modified based on our best judgment for various scenarios. One of the benefits of a well-developed model is the ability it provides to examine multiple scenarios. The cost of our base case is $4.93 billion for the ten-year period from 2005 to 2014. However, in an alternative scenario, a combination of higher energy costs and increased population growth raises this estimate to $5.86 billion. Cost numbers for models based on improvements in the efficiency of water use combined with reducing agricultural use of water in Gaza range from $3.57 billion for the base case to $4.03 billion for an alternative scenario in which energy costs are relatively high and the population increases more rapidly.

**Health.** We use historical Palestinian data as a starting point and develop an incremental cost estimate for external support needed to increase health system spending to a satisfactory level, given health system development needs, population growth, and declines in spending during the second intifada. The total incremental cost ranges from $1.3 billion to $1.65 billion for the first ten years of statehood (2005–2014).

**Education.** We use UNESCO data on the ratio of education spending per student to GNI per capita in three categories of countries (those similar to Palestine with high-quality education systems, those similar to Palestine with moderate-quality education

systems, and those with different socioeconomic contexts *and* high-quality education systems) to propose base spending ratios for Palestine, which are multiplied by adjusted GNI per-capita figures for Palestine over the relevant time frame. (Base figures are adjusted for the large investments in capital stock that will be required and for differences between the time transition path of salary levels and the path of GNI per capita.) Palestinian enrollment projections through 2010 are used, supplemented by a youth population growth rate of 5 percent per year for 2010–2014, to calculate annual spending per student and total annual cost. Total annual cost for the Palestinian education system ranges from $1 billion to $1.54 billion for 2005–2014. We do not distinguish between donor and national investments.

**Other Key Infrastructures.** It is important to note that significant investment will be needed in a number of additional areas, for which detailed analysis was outside the scope of this book.[1] While we have not attempted to identify every additional program or investment necessary for a successful state, we provide brief information here about five additional areas where considerable investment will be needed to promote successful development: the Palestinian road network, including a road to connect Gaza and the West Bank; a commercial seaport in Gaza; rehabilitation and expansion of the airport in Gaza; upgrading and expanding the electric power grid; and improving and expanding the Palestinian housing stock. We present a summary discussion here; additional information is in Appendix 9.A.

- *Road Improvements.* A good system of roads is essential to efficiently move people and goods within a Palestinian state and between Palestine and its neighbors. The West Bank and Gaza currently have an extensive system of roads, but this infrastructure needs both improvement and expansion. A Palestinian state will also require suitable transportation links between the West Bank and Gaza that ensure Israel's security. Plausible estimates of the cost of a road linking the West Bank and Gaza range between $500 million and $1 billion, but we also found estimates ranging between $200 million and $10 billion.
- *Gaza Seaport.* Currently, all seaborne shipments of goods and services entering or leaving the West Bank and Gaza go through Israeli ports. If security concerns are resolved, a future Palestinian state would likely build a port in Gaza to facilitate trade. A plausible lower bound estimate of the cost of constructing such a port is $62 million—the value of a contract tendered in 2000 to build a seaport in Gaza. That seaport project was suspended because of the second intifada.
- *Airport.* The government of a Palestinian state may choose to construct an airport capable of handling commercial aircraft. The existing Gaza airport, built in 1998 at a cost of $64 million, was damaged by Israeli forces during the second intifada; in 2003, the cost of repair was estimated at $35 million. To our knowledge, the

---

[1] Doug Suisman, Steven N. Simon, Glenn E. Robinson, C. Ross Anthony, and Michael Schoenbaum, *The Arc: A Formal Structure for a Palestinian State*, Santa Monica, Calif.: RAND Corporation, MG-327-GG, 2005.

Gaza airport was never equipped to handle substantial commercial traffic, which would require additional investment.

- *Electric Power Grid.* In a 1999 needs assessment, the World Bank master plan "identified investment requirements over the next ten years (exclusive of generation and new transmission lines) totaling more than $600 million" for Palestine.[2] The costs of building generating capacity and new transmission lines would be appreciably more than this figure, especially if Palestine were to replace Israeli generating capacity with indigenous plants.

- *Housing Stock.* Very limited investments have been made in Palestinian housing since the beginning of the second intifada. Square meters per capita—one measure of the adequacy of housing stock—is low in the West Bank and Gaza, even compared with other Middle Eastern countries; and the number of people per room is relatively high. Improvements in the housing stock will involve repairing the existing stock and building new residences to provide for population growth and to reduce crowding. A companion RAND report will explore options for addressing housing and related requirements of a burgeoning Palestinian population.[3]

Decisions on the timing, size, and priority of major infrastructure investments will need to be made at a national level. In almost all cases, the Palestinian state will need financing from foreign donors and lenders for all large infrastructure projects. Financing will necessitate feasibility and cost studies. Consequently, foreign donors and lenders will be heavily involved in discussions concerning priorities and the design and construction of investment projects.

**Additional Areas of Investment.** The chapters on governance and demography do not contain explicit cost estimates. However, the activities and policies discussed in these chapters will require additional expenditures. Below are some areas where costs are likely to be incurred.

- *Governance.* This chapter identified some of the issues involved in creating a democratic state with an efficient, responsive government in Palestine. This will entail real financial costs, for conducting elections and establishing and operating the legislative and executive branches of government, among other costs. The chapter does not estimate the costs of these institutional changes, which would be in addition to those discussed above. Some instances of institutional change discussed in that chapter, however, are explored from different angles in other chapters. For example, the Internal Security chapter includes the costs of a judicial system,

---

[2] World Bank, *Project Appraisal Document on a Proposed Trust Fund Credit in the Amount of $15.0 Million to the West Bank and Gaza for an Electric Sector Investment and Management Project,* Report No. 19603-GZ, August 12, 1999, p. 17.

[3] Suisman et al., 2005.

while the Health chapter discusses needs associated with health system development, including strengthening the Palestinian Ministry of Health.

- *Demography.* This chapter describes demographic trends. While population growth substantially affects the costs of providing government services—for example, health care and education—it does not entail specific costs in and of itself. The chapter also discusses potential immigration to a Palestinian state of Palestinians living in other countries. These inflows could add substantially to the total population in ways that are hard to forecast because of uncertainty about the number and characteristics of the immigrants. In general, substantial immigration to a Palestinian state would increase the costs of achieving the development goals we describe.[4]
- *Economic Vitality.* Finally, the Economics chapter estimates levels of capital investment needed for successful development. Specifically, this chapter includes projections of increases in employment and economic output based on an annual level of capital investment of around $3.3 billion per year for a cumulative total of some $33 billion over the first decade of independence (and $50 billion over the period 2004–2019 considered in the chapter).

Using an accounting growth model at this assumed level of investment and assuming the changes in the Palestinian labor force and in total factor productivity specified in the Economics chapter, the model yields projections of future employment and Palestinian national income per capita. The capital costs of the estimates above (e.g., water projects, health and education infrastructure, roads, the seaport and airport, and the electric power systems) would be subsumed in these projections of gross fixed capital investment. However, operating costs, such as salaries of workers at water treatment plants, are not.

Much of this investment will be provided by the Palestinians themselves, especially investment in housing. It is hoped that rapid economic growth will generate revenues that can be applied toward a variety of state building investments, reducing the amount that must be raised from international donations. Nonetheless, a substantial share of this investment in gross fixed capital is likely to be financed from abroad, especially in the early years.

### Donor Funding and the Costs of Creating a Viable Palestinian State

This book provides a number of cost estimates of individual elements of a Palestinian state. However, it does not provide an estimate of the likely *total* costs of creating the new state. Nonetheless, some of the projections and estimates help explore these costs.

---

[4] As above, cost estimates in other chapters consider natural population growth but assume zero net migration. The cost estimates for several chapters, including Chapter Three, are directly proportional to population size (so that a 10 percent increase in population would increase costs by 10 percent, given the methods used in those chapters); this is also true for education costs, but with respect to specific age subgroups rather than the population overall.

The Economics chapter estimates that gross fixed capital investment of $3.3 billion per year will be needed over the first decade of statehood to generate the posited gains in employment. This aggregate figure includes all investment, whether funded by domestic or foreign sources. It exceeds the individual estimates of costs for the seaport, airport, connecting road, and improvements in the electric power system; the capital costs of expanding water and sewage systems; and even the costs of improving health care and education—many of which are *operating* rather than *investment* costs. Thus, this economic analysis of the Palestinian economy indicates that the individual cost estimate totals reasonably align with overall investment needs.

Although both cost-estimating approaches (analogical and parametric) help us estimate the financial challenge of creating a new state, neither approach distinguishes between resources provided by the Palestinians themselves and those that may be requested from foreign donors. To roughly determine the magnitude of funding that might be requested, we have resorted to the use of "reasonable" analogies: the amount of foreign funding that has been required to reconstruct Bosnia and Kosovo.

Like Palestine, these two entities suffered considerable damage from conflicts. Both have attracted considerable international interest and assistance. Both have had some success in creating democratic governments and revitalizing the local economies. In the first two years following the signing of peace accords in Bosnia and Kosovo, foreign assistance (grants and loans) averaged $714 and $433, respectively, per person per year. Applying these per-capita figures to the projected population of Palestine, an analogous inflow of assistance would range from $1.6 billion to $2.7 billion in the first year, rising to $2.1 to $3.5 billion by 2014 as a result of increases in the population (see Table 9.2). Over the ten-year period between 2005 and 2014, total flows of foreign assistance to a new Palestinian state analogous with those that have been granted to Kosovo and Bosnia would run from $18.8 billion to $31.1 billion. These dollar totals include all areas estimated in our study plus some others (e.g., transportation) that were beyond the scope of the present study.

By comparison, the World Bank estimated that the total volume of international aid to the West Bank and Gaza was $1.051 billion in 2002 and $0.929 billion in 2001.[5] Thus the amount of aid required in Palestine based on the Kosovo analogy would represent more than a 50 percent increase for 2005, relative to the 2002 level of international aid to the West Bank and Gaza, while aid based on the Bosnia analogy would require more than doubling the level of aid received in 2002.

Although large, this magnitude of costs is certainly sustainable through concerted international cooperation.

---

[5] The World Bank figures are in then-year U.S. dollars; World Bank, *West Bank and Gaza Update*, April–June 2003.

Table 9.2
Aid Flows Analogous to Bosnia and Kosovo

| Year | Estimated Palestinian Population | Total Aid (millions of 2003 dollars) | |
|------|---------------------------------|---------------------------------------|---|
| | | Bosnia Analogy | Kosovo Analogy |
| 2005 | 3,761,904 | 2,688 | 1,627 |
| 2006 | 3,889,249 | 2,779 | 1,683 |
| 2007 | 4,018,332 | 2,871 | 1,738 |
| 2008 | 4,149,173 | 2,964 | 1,795 |
| 2009 | 4,281,766 | 3,059 | 1,852 |
| 2010 | 4,416,076 | 3,155 | 1,910 |
| 2011 | 4,547,678 | 3,249 | 1,967 |
| 2012 | 4,676,579 | 3,341 | 2,023 |
| 2013 | 4,807,137 | 3,434 | 2,080 |
| 2014 | 4,939,223 | 3,529 | 2,137 |
| Total | | 31,068 | 18,813 |

## In Conclusion

At the time of this writing, the prospects for establishing an independent Palestinian state are uncertain. U.S. attention, without which a negotiated settlement between Palestinians and Israelis seems unlikely, has been primarily focused on Iraq to date. Nevertheless, a critical mass of Palestinians and Israelis—as well as the United States, Russia, the European Union, and the United Nations—remain committed to the goal of establishing a Palestinian state. Additionally, U.S. experience in Iraq and Afghanistan can only reinforce the value of having plans in place for the eventuality of an independent Palestine. The death of Yasser Arafat in November 2004, which spurred both Palestinians and the wider world to focus on the future of the region, may yet turn this eventuality into a more imminent reality.

Our book is not a prediction that peace will come soon. We firmly believe, however, that thoughtful preparation can help make peace possible. And when peace comes, this preparation will be essential to the success of the new state. This book is designed to help Palestinians, Israelis, and the international community—the United States, its Quartet partners, and Palestine's Arab neighbors—prepare for the moment when the parties are ready to create and sustain a successful Palestinian state.

## Appendix 9.A: Major Infrastructure Investments

This appendix describes how we assessed the potential costs of developing the Palestinian road network, including a road to connect Gaza and the West Bank; a commercial seaport in Gaza; rehabilitation and expansion of the airport in Gaza; and upgrading and expanding the electric power grid. Detailed examination of these areas was outside the scope of this project.

### Road Improvements

A good system of roads is essential to efficiently move people and goods within a Palestinian state and between Palestine and its neighbors. The West Bank and Gaza currently have an extensive system of roads, but the quality varies considerably. Palestine will need both more and better roads.

The West Bank and Gaza will also need suitable transportation links. Currently, Palestinians cannot move freely between the two areas. However, because road or rail connections would cross Israeli territory, they would have to be designed to ensure Israel's security.

A number of proposals have been made for a road and/or train connecting the West Bank and Gaza. One proposal envisages constructing an elevated road traversing the 47 kilometers from Beit Hanoun to Dura, referred to as the southern safe passage route. According to former Israeli Prime Minister Ehud Barak, the high end estimated cost of an elevated roadway of 47 kilometers is $10 billion. A traditional road would be considerably cheaper, potentially as little as $200 million, according to the Palestinian Economic Council for Development and Reconstruction. Israeli newspaper *Ha'aretz* cites another estimate by the Israeli Public Works Authority of $1 billion for a connecting road, which we consider to be a more realistic estimate than either of the two extremes.[6]

An alternative approach to using these estimates is to estimate the cost of constructing a road running through Israel lined on both sides by a security fence. We have created our own rough cost estimate assuming that the road would have to be lined on both sides with a security wall akin to the West Bank separation barrier currently being built by Israel. The cost of that barrier is reported to be approximately $2.2–$3.3 million per kilometer.[7] Assuming that this is an appropriate costing analogue, fencing both sides of a 47-kilometer road would cost between $207 and $310 million; this would be in addition to the costs of constructing the road itself and the costs of over- or underpasses connecting Israeli territory north and south of the road. Depending on

---

[6] Akiva Eldar, "There Is No Such Thing as a Magic Bridge," *Ha'aretz*, October 6, 1999.

[7] "Cost of Fence Could Rise to NIS 15 Million Per Kilometer," *Ha'aretz*, February 23, 2004.

the number of intersections, the costs of building these passages could add appreciably to the total costs.

## Gaza Seaport

Currently, all seaborne shipments of goods and services entering or leaving the West Bank and Gaza go through Israeli ports. If security concerns are resolved, a future Palestinian state would likely build a port for Gaza to facilitate trade. On April 20, 2000, before the second intifada, a contract for the development of a 20,000-square-meter Gaza seaport was tendered.[8] A Gaza port would be designed to handle commercial vessels of up to 35,000 deadweight tons, with a total throughput of one million tons a year.[9] While this volume is smaller than Israeli ports—Ashdod and Haifa have annual throughput of 16.5 million and 15 million tons of cargo, respectively[10]—it would probably be adequate for the needs of a Palestinian state during its first decade of existence. Construction costs for a port of this size were estimated at $62 million in 2000.[11] We note that the actual costs of such large public infrastructure projects are often higher than initially estimated. Construction was expected to take 25 months to complete; for this reason, and because the Palestinian government might choose to invest in a larger port, this cost estimate should be viewed as a lower rather than a midpoint estimate.

## Airport

The government of a Palestinian state may choose to construct an airport capable of handling commercial aircraft. An airport was built in Gaza in 1998 at a cost of $64 million.[12] The runway was 3,080 meters in length and could accommodate aircraft up to and including wide-bodied jumbo jets.[13] However, the airport was heavily damaged by Israeli forces during the second intifada, and it will require significant repair before it can be used again. In the summer of 2003, the Palestinian Authority's Transport and

---

[8] The Economist Intelligence Unit, *Country Profile: Palestinian Territories*, London, p. 23.

[9] "Dutch to Build Harbor at Gaza," *Dredging News Online*, Vol. 1, No. 28, May 26, 2000; and The Economist Intelligence Unit, *Country Profile: Palestinian Territories*, London, p. 23.

[10] Lloyds Register, *Fairplay Ports and Terminals Guide*, CD-ROM, 2003.

[11] "Full Steam Ahead at Gaza Port," *Middle East Economic Digest*, May 12, 2000. Construction of the Gaza seaport never began because of the second intifada.

[12] "Palestinians Get Their Wings," *The Economist*, November 7, 1998, p. 46.

[13] See http://www.gaza-airport.org/about1.html.

Communications Minister cited the figure of $35 million as the estimated outlay to repair and reopen the airport.[14] To our knowledge, the Gaza airport was never equipped to handle substantial commercial traffic, which would require additional investment.

## Electric Power Grid

In a 1999 needs assessment, the World Bank master plan "identified investment requirements over the next ten years (exclusive of generation and new transmission lines) totaling more than $600 million" for Palestine.[15] The costs of building generating capacity and new transmission lines would be appreciably more than this figure, especially if the Palestinians were to replace Israeli generating capacity with indigenous plants.

---

[14] "Israel Said to Agree 'in Principle' to Gaza Airport Rehabilitation," *BBC Monitoring*, July 9, 2003.

[15] World Bank, *Project Appraisal Document on a Proposed Trust Fund Credit in the Amount of $15.0 Million to the West Bank and Gaza for an Electric Sector Investment and Management Project*, Report No. 19603-GZ, August 12, 1999, p. 17.

# Index

Accountability, 51–52, 147–148

Accreditation, 262–264

Adler Committee, 1985, 243

Adult education, 344–345

Afifi, Adel, 298

*Agreement on the Gaza Strip and the Jericho Area,* May 1994, 35

Agriculture
climate zones, 123
crop mix, 183
labor intensive, 118
limiting irrigation, 183
wastewater reuse, 185
water demand, 164, 171, 175, 191–192, 206–208
water supplies, 123
*See also* Irrigation

Airports, 120, 144, 387–388, 393–394

Al-Amn al-Khass (Special Security Force), 38, 39, 56

Al-Amn al-Ri'asah (Presidential Security Service, PSS or Force 17), 38, 39, 56

Al-Amn Al-Watani (National Security Force), 38, 39, 56

Al-Amn al-Wiqa'i (Preventive Security Service), 38, 39, 56

Al-Aqsa intifada (2000–2004), 6, 36, 324–325

Al-Aqsa Martyrs Brigades, 36, 37

Al-Aqsa Mosque, 16

*Al-Ayyam* (newspaper), 336

Al-Quds University, 267, 271, 326

Al-Shurta (Civil Police), 39

Analogy estimating process, 10

Anemia, 180, 281–282

Anti-Terrorism Assistance (ATA) Program, 58

Aquifers
consumption rates, 164
definition, 167
management, 169–170
overuse, 176
reduced withdrawals, 184
saltwater intrusion, 176–177
sustainable yield, 167–168, 197–198

*Arab Human Development Reports,* 312, 313, 315–316

Arab-Israeli War, 1948, 15, 73, 76–80, 321

Arab League peace initiative, 15

Arafat, Yasser
Basic Law, 25
death of, 21, 391
efforts for judicial independence, 23
Palestinian Authority and, 19
protection of, 38

Attorneys General, appointment, 40

Australia, 24

Banias spring, 167

Banking sector, 121, 146

Barnea, T., 287

Basic education
definition, 311
enrollment, 95, 327, 328, 369
teachers, 332

Basic Law, 25, 50

Basic science research, 279–280

Bayt Hanun, 43

Behavioral risk factors, 277

Biometric technologies, 59

Birzeit University, 52, 271, 278

Borders, 38, 59, 114, 381
*See* also Contiguity; Permeability

Bosnia, 140, 141, 391

Bottom-up estimating process, 10, 11

Boycotts, 112, 119

British Common Law, 39–40

British Mandate (1917–1948), 23, 24, 76, 320

Brom, Shlomo, 37–38

Budgetary authority, 26

*Building a Knowledge Society,* 313

Bureau of Diplomatic Security, 58

Bush, George W., 1

Business climate, 147–148

Business registration, 148

Cancer/tumor registry, 277

Capital investments
access to, 108, 145–146
education spending and, 366
GNI trends and, 138–139
health sector, 235, 286–288

in internal security, 48–49,
    61–62
Palestinian State and, 390
Capital stock (K), 151
Central Intelligence Agency, 58,
    59–60
Central Unit for Quality of
    Health Care, 270
Certification, health
    professionals, 258–262
Cesspits, 179
CH2M HILL water modeling,
    176, 179, 184, 187, 192–193,
    194, 213–218
Chemicals industry, 114
Child detainees, 344
Child health clinics, 232
Child Health Committee in
    Gaza, 243
Child psychiatry, 265
Child Statistics Project, 284
Chloride levels, 170, 177
Christina, Rachel, 336
Citizenship rights, 75
Civil courts
    infrastructure, 24
    non-shari'a judiciary, 23
    Palestinian, 22
Civil Defense, 38
Civil Police (Al-Shurta), 38,
    39
Civil service meritocracy,
    22, 28
Class sizes, 358, 362
Classroom-Based Intervention
    program, 284
Climate zones, 123
Clinical screening records, 278
Coalition of Palestinian
    Educational NGOs, 339
Coalition Provisional Authority
    (CPA), 61–62
Coast Guard (Shurta Bahariya),
    38, 39, 56
Coastal Aquifer, 170, 174
Coastal Police, 38
Cobb-Douglas production
    function, 150

Colleges
    enrollment, 95, 327–328
    infrastructure, 96
    investment in human capital,
        148
    options, 326–327
Commercial law, enforcement,
    24
Communications networks
    damage to, 115–116
    infrastructure investment, 143
    internal security
        reconstruction, 61–62
    need for, 119
    PALTEL, 120–121
Community pride, 311,
    335–336
Company Law, 122
Computer literacy, 342
Conciliation Courts, 40
Constitution, construction of,
    25
Consumer rights, 248
Contiguity
    economic development and,
        127
    income levels and, 159
    legitimacy and, 14, 16
    of the Palestinian state, 8
    scenarios, 128–133
    strategic decisions, 108
    success of Palestine and, 381
    total factor productivity and,
        152
Contraceptive practices, 90
Co-option, definition, 57
Corruption, 21, 22
Costs of success
    contiguity, 381
    of desalination, 186–187
    education system, 358–362
    estimation of, 9–11
    general reconstruction, 61–62
    internal security options,
        60–64
    water supply projections, 206
Counseling services, 329–330
Counterterrorism, 58–59

Courts
    capital investment needs, 49
    internal security
        reconstruction, 61–62
    judicial independence in,
        50–51
    staffing needs, 47
Courts of Appeal, 44
Criminal courts
    infrastructure, 24
    non-shari'a judiciary, 23
    Palestinian, 22
Criminal justice system, 35
Currencies
    choice of, 146–147
    devaluations, 112
    three-tier system, 146–147
    use of, 112
Curricula, assessment of, 355
Curriculum Development
    Center, 323
Customs duties, 142
Customs union, 124–125

Dahlan, Muhammad, 57
Dan spring, 167
Data exchange systems, 278–
    279, 340
Day-care centers, 329
Dead Sea coast, 114
Dead Sea water, 188
Deckelbaum, Richard, 298–
    299
Democratic Front for the
    Liberation of Palestine, 36, 37
Demography, 73–106, 389
Dental schools, 265
Dependency ratios, 379
Desalination, 186–189, 193,
    194, 216
Detention facilities, 49, 52–54,
    61–62
Devaluations, currency, 112
Diabetes, trends, 277
Diaspora, Palestinian, 18
Dietary practices, 281–282
Discharge data, 278
District Courts, 40, 44

Divorces, 90
Domestic employment *(L)*,
153–155
Domestic private employment,
153–155, 154
Domestic public employment,
153, 154
Dropout rates, 330, 341, 344

Early childhood education, 354
*See also* Kindergarten;
Preschool services
East Ghor Canal, 167, 173
East Jerusalem, 39, 229, 239,
256–257
*See also* Jerusalem
Economic development
best-practice policies, 141–149
demographic pressures, 97–99
foreign assistance and, 139–
142
good governance and, 19
growth accounting model,
133–139
internal security and, 41–42
labor force and, 98–99
population growth and, 75
relations with Arab neighbors,
119–120
resources, 123–124
scenarios, 126–127, 128–133,
129
transaction costs and, 122–
123
underdeveloped sectors,
118–119
Economic development zones
(EDZs), 147
Economic integration
decisions about, 108
economic growth and,
142–143
employment and, 153–155
income levels and, 159
with Israel, 127–128, 143
scenarios, 128–133
total factor productivity and,
152

Economic viability
areas of investment, 389
challenge of, 3
contiguity and, 8
development of, 383–384
fertility rates and, 89
permeability and, 7–8
success of Palestine and, 4–5,
380
Economy, 107–162
1967–1993, 112–113
1993–1999, 113–115
1999, 110–112
challenges, 108
current, 115–116
immature government
institutions, 121–122
issues, 108
Palestinian economy, 107–
108
physical infrastructure and,
120–121
policy options, 109
political stability and, 116–
117
private-sector access to capital,
121
scenarios, 108–109
security threats and, 116–117
trade regime, 124–125
Education
1517–1917 Ottoman, 319–
320
1917–1948 British Mandate,
320
1948–1967, 320–321
1967–1987, 321–322
1987–1993 first intifada,
322–323
1994–1999 early autonomy,
323–324
2000–2004 Al-Aqsa intifada,
324–325
access to, 313–314
administrative "bulge,"
348–349
for adults, 344–345
basic sciences, 269

clinicians, 274
delivery of, 314–315
Egyptian administration,
320–321
female school enrollment, 92
fertility rates and, 89
financial barriers, 267–268
gender equality, 317–319
global competencies, 316–317
health care professionals,
267–268
health-related, 246
Israeli closure of schools, 324
Jordanian administration,
320–321
language of instruction, 347
nutritional status and, 281–
282
Palestinian women, 74, 91–92
pharmacists, 274
quality of, 314
relevance of, 315–316
spending on, 361
Education for All initiative, 312
Education Management
Information System, 323
Education system, 309–378
access, 333, 334–337,
340–345, 352, 353–354,
362–363
budget for, 321
class sizes, 362
classroom context, 330–331
cost estimates, 365–369,
386–387
costs of success, 358–362
criteria for success, 312–319
current status, 333
delivery, 333, 339–340,
349–350, 352, 357–358,
363–364
dropout rates, 330
enrollment, 327–329, 359
financing of, 332–333
future of, 333–350
governance, 329
grade repetition, 330
improvement of, 385

infrastructure, 361–362
per-student expenditure, 365–369
planning foci, 352
preschool services, 329–330
priorities, 363
projected enrollment, 369
quality, 333, 337–339, 345–349, 352, 354–357, 363
recommendations, 351–358
rehabilitation of, 311
scope, 327–329
service demands, 95
special services, 329–330
spending per student, 359–361
strengths, 334–340
structure, 326–327
teacher characteristics, 331–332
today, 326–333
Educational research, 348
Educational Science Facilities, 338
Egypt
border crossings, 144
health system infrastructure, 237
imports from, 119
Palestinian Authority relations with, 42
Palestinian trade with, 111
regional infrastructure investment, 144
security service training by, 58
Egyptian administration, 320–321
Elections, 27–28
Electoral districts, 27–28
Electric power grid, 388, 394
Electricity
dependence on Israel, 120
distribution grid, 120
hydropower, 123
infrastructure investment, 143
regional grids, 144
solar power, 123
water needs and, 172
See also Energy

Emergency Services, 38
Employment
domestic (L), 153–155, 154
domestic private, 153–155
domestic public, 153, 154
in Israel, 112, 115, 125, 145, 153, 154
worker migration issues, 98
See also Unemployment
Energy
costs of, 171–172
desalination, 186–187
water efficiency and, 206–211
water supply and, 171–172
See also Electricity;
Hydropower; Solar power
Enrollment
basic education, 95, 327, 328, 369
colleges, 95, 327–328
net enrollment rates, 327
parental education and, 318
projected, 369
schools, 92, 95
trends, 359
universities, 95
Epidemiological data, 228, 254, 275–276
Estimation of costs, 9–11
European Hospital, Gaza, 262, 276
European Union, 237
Evidence-based medicine, 271
Exports, 111, 113, 118, 142
Ezzedin al-Quassam, 57

Falkenmark, Malin, 165–166
Family sizes, desired, 89, 91
Fatah, 36, 37
Fathi Shikaki faction, 37
Federation of Palestinian
Chambers of Commerce,
Industry and Agriculture, 123
Fertility rates
education and, 91–92
Palestinian population, 77, 85
population growth and, 84–85

projected changes, 74, 87–92
Financial aid, per-capita, 140
Financial industries
international borrowing, 140
lending-to-deposit ratios, 121
private-sector access, 121
property rights and, 146
First intifada (1987–1993), 113, 322–323
Fluitman, Fred, 316
Folic acid supplementation, 281
Food availability data, 277
Food fortification, 281–282
Food security data, 277
Force 17 (Presidential Security Service or PSS), 39, 56
Foreign aid
for educational projects, 149
trade deficits and, 111
World Bank estimates, 140–141
See also International donors
Forensic science capability, 52
Free trade, 124–125, 142

Gas pipelines, 144
Gastroenteric diseases, 233
Gaza
agricultural water consumption, 207, 208
airport project, 23, 120
baseline water supply, 198
courthouses, 24
governance indicators, 21
groundwater, 170, 199
irrigation water scenarios, 183
Israeli annexation of, 15
judicial reform, 50
legal jurisdiction, 39
legal system integration, 24
population growth, 77–79, 84–92
population profile, 80–84
proportional representation and, 27
road and rail links, 128
security services, 38

water base case scenario, 196
water consumption, 93
water demand, 176, 197, 203
water supplies, 166, 175, 200, 201, 204, 205
Gaza Aquifer
  Israel's use of, 174
  Oslo recharge value, 176
  overdraft, 164
  reducing withdrawals, 184
  renewable yields, 192
  sustainable yield, 168
  water quality, 178
Gaza City, 329
Gaza Community Mental Health Center, 343
Gaza Seaport, 144, 387, 393
Gender equality, 317–319, 334–335, 341
Gender roles, 337
General Intelligence (Mukhabarat Salamah), 39, 56
General Intelligence Service, 38–39
Geneva Accord, 15
Germany, 52
Gill, Indermit, 316
Global educational competencies, 316–317
Golan Heights, 42
Goods-producing sector economy, 111
Governance
  areas of investment, 388–389
  challenge of, 3
  education system, 315, 329
  health care services and, 230
  legitimacy and, 17
  refugee return and, 18
  requirements for, 20–29
  state legitimacy and, 15–20
  success of Palestine and, 3–4, 13–31, 380
Government effectiveness, 21
Government health benefits, 239–242, 282

Government institutions, immaturity of, 121–122
Graywater reuse, 181–182, 194, 214
Green Line, 14, 43–44
Gross domestic product (GDP), 110, 150–152, 156
Gross national income (GNI)
  adjusted, 368
  calculation of, 155–159
  education spending and, 365
  per student spending and, 368
  scenarios, 158–159
  teacher salaries and, 367
  trends, 135, 136
  West Bank and Gaza, 110
Gross national product (GNP), 114
Groundwater, 164, 170, 190–191
Growth accounting model, 133–139, 150–159
Growth rates, problems due to, 73
  See also Population growth
Gulf War, 113

Haddad, Sa'd, 42
Haemophilus influenza B vaccine, 233, 282
Hamas, 36
  Ezzedin al-Quassam wing, 57
  goals of, 37
  PA security forces and, 41
  political arm, 57
  politics of, 28
Hansen, Peter, 343
Haram al-Sharif (Temple Mount), 16
Hasbani spring, 167
Health
  education and, 341
  success of Palestine and, 380
  water supply implications, 179–180
Health care system, 223–308
  access to, 232
  analysis methods, 231

background, 231–243
costs, 239–243, 285–288, 386
data management, 279
efficiency of, 254
elements of success, 227–228
expenditures, 237–239
facility accreditation, 262–264
facility licensing, 262–264
finance, 250–258
funding, 237–239, 257
health sector analyses, 301
human resource development, 264–269
improvement of, 384–385
infrastructure, 235–237
integration of, 246–248
interviewed stakeholders, 296
managers, 268
methods of analysis, 294–295
organization before 1994, 234–235
Palestinian Authority and, 235
patient benefits, 239–243
per-capita spending, 286–288
performance indicators, 252
planning, 248–250
policy development, 243–248, 249
policy implementation, 249–250
primary care services, 282–283
priorities, 284–285
professional education, 267–268
programs for rapid improvement, 280–284
quality improvement, 270–272
RAND letter of introduction, 297–300
recommendations, 244
referrals for care abroad, 255
responsibilities, 246–247
service demands on, 96–97
service strategies, 279–280

supply-side incentives, 254–255
tertiary care referrals, 251, 255
timing, 284–285
universal health coverage, 253–254
unmet needs for, 253
use statistics, 278
Health Development, Information and Policy Institute (HDIP), 271
Health information systems, 275–279
Health Inforum web site, 231, 276
Health insurance, 97, 237, 239, 241, 243, 250–258
Health manpower registries, 277
Health professionals, 258–262
Health status, 232–234
Heavy metals in aquifers, 170
Hebron, corridor to, 43
Hepatitis A vaccine, 233, 282
Hezbollah, 36, 37, 42
High Courts, 40, 44
Higher education. *See* Tertiary education
Home environment, learning and, 313
Homeschooling kits, 325
Hospitals, 96–97, 252, 278
*See also* Health care system
Housing, 94, 97, 388
Human capital, 108, 117–118, 148–149
Human resource development, 264–269
Human rights violations, 51, 57
Human Rights Watch, 44
Husseini, R., 287
Hydropower, 123
*See also* Energy
Hygiene, trends in, 232

Identification cards, 59
Immigrants, 381

Immunization rates, 233, 282
Imports, 111, 119
Income levels
economic development and, 19
health care spending and, 286
national, 155–159
Palestinian diaspora, 18
private-sector employment and, 137
trends, 115
World Bank statistics, 110
Industrial development, 108
Infant mortality, 84, 232, 318
Information technology, 143, 275–279, 317
Infrastructure
construction of, 115
detention facilities, 52–54
economic growth and, 143–145
education spending and, 366
education system, 95–96, 361–362
internal security needs, 48–49
internal security
reconstruction, 61–62
investments, 392
key elements, 387–388
leaking pipes, 179
regional projects, 144–145
repair of, 24
security challenges, 40–45
for trade, 120
water supplies, 93–94
Institute of Education, 338
Intellectual Property Law, 122
Intelligence Services, 38, 59–60
Inter-industry linkages, 118
Internal security, 33–71
challenges, 40–45
cost of rebuilding, 63, 64
costs of, 60–64, 386
historical overview, 35–40
options, 45–60
phases of, 36
security forces, 39
staffing issues, 46–48
*See also* Security

International access
health systems and, 229–230
restriction of, 250, 257–258, 262, 264, 269, 272, 275, 279, 280, 284
International aid, 53, 139–142
*See also* International donors; Nongovernmental organizations (NGOs)
International borrowing, 140
International Commercial Arbitration Law, 122
International Committee of the Red Cross, 234
International Criminal Investigative Assistance Program (ICITAP), 51–52
International donors
education projects, 323–324, 349–350
health care, 238–239, 289
to health care systems, 289
nonformal education projects, 344
Palestinian State and, 389–391
success of Palestine and, 381
International Monetary Fund (IMF), 126
Intestinal parasites, 170
Iran, 42
Iraq, 61–62, 113, 144
Irrigation
brackish water in, 178
drip methods, 183
efficiency, 194
limits on, 181, 183
water demand scenarios, 183
*See also* Agriculture
Islamic Resistance Movement, 41
Israel
1967 borders, 15
boycotts of, 119
collaboration on tourism, 143
customs union, 112, 142
economic integration with, 127–133

electricity from, 120
employment in, 6, 98, 112,
    125, 145, 153, 154
health system infrastructure,
    237
imbalance of power and, 20
Palestinian population
    growth, 77–79
recognition of the PLO, 5
state of, 76
tariffs, 111, 112
technology transfer, 112–113
trade with, 111
water availability per year, 166
water sources, 163
Israeli Defense Forces (IDF),
    36, 37–38, 40–41, 234
Israeli Health Ministry, 234
Israeli laws, 40
Israeli-Palestinian Agreement
    on the Gaza Strip and Jericho
    Area, 1994, 38
Israeli-Palestinian Interim
    Agreement, 38
Israeli settlements, 16, 43, 100,
    381
Israeli Water Commission, 179
Istikhabarat al-Askariya
    (Military Intelligence), 39, 56
Italian Cooperation project,
    278

Jails. See Prisons
Jerusalem, 16–17
    See also East Jerusalem
Jordan
    border crossings, 144
    East Ghor Canal, 167
    health system infrastructure,
        237
    PA relations with, 42
    Palestinian population
        growth, 77–79
    Palestinian trade with, 111
    refugees return from, 102,
        103, 104
    regional infrastructure
        investment, 144

security service training by, 58
water availability per year, 166
Jordan River, 167–169, 170,
    174
Jordan River Basin, 168
Jordan River Valley, 114
Jordanian administration,
    320–321
Jordanian Higher Council of
    Science and Technology, 280
Judicial Authority Law, 50
Judicial system
    administration of, 39–40
    basic reforms in, 49–54
    capital investment needs,
        48–49
    empowerment of, 23
    independence of, 50
    infrastructure, 24
    lending system caution and,
        121
    Palestinian, 22
    power of, 44
    See also Law enforcement;
        Police force
Judiciary, 23–24, 47, 49, 122

Kidney dysfunction, 180
Kidney failure, 180
Kindergarten, 331, 354, 369
Konrad Adenauer Foundation,
    52
Kosovo, 140, 141, 391
Kouhail, Hisham, 346
Kuttab schools, 319–320
Kuwait, 77–79, 113

Labor force
    annual change in, 153
    growth of, 97–98, 125
    projections, 152
    women in, 118
Lake Tiberias, 167, 170, 173,
    174
Land, Oslo Accords and, 114
Land registry, 146
Law enforcement
    basic tasks, 45

capacity building, 58
Civil Police role in, 38
foreign training for, 51–52
international involvement, 53
See also Judicial system; Police
    force
Learning, environment and,
    313
    See also Education system
Lebanese Council for Scientific
    Research, 280
Lebanon
    Hezbollah links to, 37
    Palestinian population
        growth, 79
    refugee return from, 18, 102,
        103, 104
    water availability per year, 166
Legal decisions, enforcement of,
    24–25
Legitimacy
    contiguity of lands and, 14
    good governance and, 13–14,
        15–20, 17
    Jerusalem and, 16–17
    political, 3, 8
    size of lands and, 14
    success of Palestine and, 381
    violence and, 17
Lending-to-deposit ratios, 121
Licensing
    health care facilities, 262–264
    health professionals, 258–262
    medical professionals, 234
Life expectancy, 84–85, 232
Lifelong learning opportunities,
    344–345
Litani River, 173
Literacy rates, 335
Lurie, Nicole, 298–299

Magistrates Court, 44, 47
Malnutrition, 281–282
Mandate Palestine, 23, 24, 76,
    320
Manpower registries, 277
Manufacturing sector economy,
    111

402   Building a Successful Palestinian State

Marriage patterns, 90
Maternal care clinics, 232
Maternal mortality rates, 232
Matriculation examinations, 323
Medical consumables, 275
Medical devices, 272–275, 275
Medical education, 265
  *See also* Medical schools
Medical records systems, 278
Medical research strategies, 279–280
Medical schools, 258–259, 267
Mediterranean Sea, 188
Meritocracy, 22, 28
Micronutrient deficiencies, 233, 281
Micronutrient supplementation, 281–282
Migration, return, 99–105
Militant groups, 36–38, 57, 60
  *See also specific groups*
Military assistance, international, 58–59
Military Courts, 40
Military Intelligence (Istikhabarat al-Askariya), 39, 56
Mineral supplements, 233
Ministry of Defense, 55
Ministry of Education (MoE), 235, 266, 315, 336, 349
Ministry of Finance, 235
Ministry of Health (MOH)
  European Union health sector review, 231
  health care spending, 238
  health system organization and, 225
  interministry cooperation, 247
  Ministry of Education and Higher Education and, 266
  organization, 236
  recommended programs, 281–282
  responsibility for health services, 235

Ministry of Justice, 40, 61–62
Ministry of Labor, 355
Ministry of the Interior, 55–56
Missionaries, education efforts, 320
Modeling. *See specific system*
Mortality rates, 74, 84–85, 87, 232, 318
Mountain Aquifers
  bacterial contamination, 177
  basins, 174
  Israel's use of, 174
  reducing withdrawals, 184
  renewable yields, 192
  stress on, 177
  sustainable yield, 168
Mukhabarat Salamah (General Intelligence), 39, 56
Municipal Courts, 40, 44
Muslim holy sites, in Jerusalem, 16

Nakaba riots, May 2000, 36
Napoleonic law, 24, 40
National health accounts data, 277–278
*National Plan for Human Resource Development and Education in Health,* 2001, 225, 228, 293
National Plan for Palestinian Children, 337
National Security Force (Al-Amn Al-Watani), 38, 39, 56
National Strategic Health Plan, 1999, 292
National Water Council, 174
Natural gas reserves, 171
Natural resources, 123–124, 171
  *See also* Water
Net enrollment rates, 327
Neurologists, 265
Newborns, screening of, 278
Nitrate levels, 170, 177, 180
Non-shari'a judiciary, 23
Noncommunicable diseases, 233, 277

Nonformal education, 344
Nongovernmental organizations (NGOs)
  aims, 244–245
  education projects, 324, 339, 349–350
  government control over, 249
  health services, 238, 242–243, 255–256
  nonformal education projects, 344
Norway, 52
Nurses, roles of, 282
Nutritional status, 228, 276, 277, 281–282
Nutritional supplements, 233

Obesity, trends, 277
Oil boom, collapse of, 113
Oncologists, 265
Operation Defensive Shield, 37–38
Operation Desert Storm, 77
*Operational Plan for Quality of Health Care in Palestine,* 270
Oslo Accords
  changes in legal jurisdiction, 39
  economic development zones, 147
  economic growth after, 115
  effect on Israeli control, 114
  institutions created by, 20–21
  interim nature of, 117
  Palestinian Authority and, 19
  police force before, 35
  refugee return and, 79–80
  on water issues, 173
Oslo I. *See* Oslo Accords
Oslo II. *See* Oslo Accords
Oslo peace process, 16
Ottoman laws, 40
Outpatient costs, 278

Palestine, State of
  carrying capacity, 93–94
  citizenship rights, 75
  economic scenarios, 126–133

enabling of, 381–382
factors for success, 380–382
financing of, 385–391
geographic contiguity, 127
government staffing levels,
46–48
health system infrastructure,
237
land area of, 15–16
maturation of, 382
net migration, 86
Supreme Court justices, 23
Palestine Liberation Army, 36,
113, 173
Palestine Liberation
Organization (PLO), 4–5, 15,
19–20, 245
Palestinian Authority (PA)
authoritarian practices of, 13,
19–20
control of security forces, 38
education budget, 332
education system control by,
323
establishment of, 5
government revenues, 20
imbalance of power and, 20
lack of social contract, 20
perception of corruption
within, 22
responsibility for health
services, 235
U.S. government support, 257
Palestinian Central Bureau of
Statistics (PCBS), 74, 84–87,
275–276, 340
Palestinian Council of Health,
225, 245
Palestinian Curriculum
Development Center
(PCDC), 337–338
Palestinian Health System, 238,
240
See also Health care system
Palestinian Human Rights
Monitoring Group, 44
Palestinian Hydrology Group
(PHG), 179

Palestinian Islamic Jihad (PIJ),
36, 37, 41
Palestinian Legislative Council
(PLC), 26, 122
Palestinian Monetary Authority
(PMA), 113–114, 122, 146
Palestinian National Authority,
97
Palestinian population
age-gender structure, 81–84
dependency ratios, 86, 379
distribution by region, 76
fertility potential, 85
growth rates, 78, 209
homeland for, 99
intensive service users, 81
projections for 2025, 88
worker migration, 98
See also Population density;
Population growth;
Population mobility
Palestinian Red Crescent
Society (PRCS), 262–263
Palestinian Water Authority
(PWA), 174, 181, 206
PALTEL, 120–121
Parametric estimating process,
10
Parasitic diseases, 233
Paris Protocol (Protocol on
Economic Relations of 1994),
111, 113
Parliamentary democracy, 22,
25–28
Patient cost sharing, 237
Patient rights, 248
Per-capita domestic
consumption, 213
Per-capita incomes, 5
Permeability, 7–8, 17
Pharmaceuticals, 241–242, 275
Pharmacists, training of, 274
Pharmacy data systems, 278
Phenylketonuria (PKU)
screening, 278
Police force
accountability of, 51–52
capital investment needs, 49

enforcement of legal decisions
by, 24–25
external assistance for, 51–52
human rights violations by, 57
international, 52–54
before the Oslo Accords, 35
responsiveness of, 51–52
staffing needs, 47
training of, 52–54
See also Judicial system; Law
enforcement
Police stations, 61–62
Political legitimacy, 3–4, 8
Political parties, 27
Political resistance, 322
Political risk insurance, 146
Political stability, 116–117
Political viability, 94–97
Political violence, 9
Pollution, 167, 171
Popular Front for the
Liberation of Palestine, 36
Population density, 93
Population growth
the economy and, 117–118
education spending and, 366
school growth and, 322, 330
state-building and, 93–99
trends, 383
Population mobility
health systems and, 228–229
restriction of, 250, 257–258,
262, 264, 269, 272, 275,
279, 280, 284
Posttraumatic stress disorder, 343
Potash resources, 123
Poverty levels, 110, 115
Preschool services, 329–330,
332, 362
Prescription drugs, 272–275
Presidency, of Palestine, 25, 28
Presidential Security Service
(PSS or Force 17, Al-Amn
al-Ri'asah), 39, 56
Preventive Security Service (Al-
Amn al-Wiqa'i), 38, 39, 56
Primary care services, 232,
251–252, 282

Primary schools. *See* Basic education
Prime Minister, of Palestine, 25, 27–28
Prisons
    capital investment needs, 49
    foreign assistance for, 52–54
    internal security reconstruction, 61–62
    staffing needs, 47
Private employment, domestic, 153–155
Private property, 23
Private sector economy, 137
Private sector health services, 242–243, 255–256
Property rights, 23, 24, 146
Proportional representation (PR), 27–28
Prosecutors, 47, 49, 52
Protocol on Economic Relations of 1994 (Paris Protocol), 111
Prozac (fluoxetine), 272
PSS. *See* Presidential Security Service
Psychiatry, 265
Psychological services, 329–330
Psychosocial needs, 283–284, 324, 325
Public employment, domestic, 153
Public health strategies, 279–280, 283
Public safety, 38
Public sector growth, 114
Public Security, 38

Quality improvement, health care, 270–272
Quality Improvement Project (QIP), 270
Quality of life, water and, 165–166
Qur'an, literacy and, 320

Radiation oncology, 265
Rainfall, variations in, 168–169

Rainwater, harvesting of, 184, 194, 199, 215
Rajoub, Jibril, 57
Ramallah, 24, 329
The RAND Corporation
    description, 297–298
    estimation of costs by, 9–11
    Palestine project, 298–300
RAND Health, 297–298
Red Crescent Society (RCS), 262–263
Red Sea water, 188
Referrals, health care abroad, 255
Refugee return
    burden of, 75–76
    eligibility for, 101
    good governance and, 18
    international support for, 19
    issues, 99–100
    job growth and, 137
    net migration and, 86
    numerical estimates, 102–105
    prioritization, 100–101
    public order challenges of, 45
    safe passage for, 53–54
    timetables for, 101
Refugees
    descendants and, 80
    in security forces, 36
    status of, 5, 239
    treatment of, 5
Rejectionists, dangers of, 5
Remittances, 113, 157–158
Reproductive behaviors, 89–92
Rescue Services, 38
Resources, economic development and, 123–124
Responsiveness, law enforcement, 51–52
Roadmap for Peace, 1, 15
Roads, 120, 387, 392
Rule of law
    Basic Law, 25
    effectiveness of, 21
    governance indicators, 21
    promotion of, 22, 23

Saltwater intrusion, 176–177
Sanitation infrastructure, 170–171
Saudi Arabia, 42, 144
Schoenbaum, Michael, 298
Schools
    children's rights, 341
    enrollment, 92, 95
    homeschooling kits, 325
    Israeli closure of, 324
    private, 324
    security, 343
    *See also* Education system
Science instruction, 316
Scientific research, 279–280
Seaports
    Gaza, 144, 393
    improvements, 387
    Israeli, 120
Second intifada, 5, 6, 36, 324–325
Secondary education
    access to, 353
    definition, 311
    dropout rates, 148–149
    enrollment, 95, 327, 328
    options, 326–327
    projected enrollment, 369
    relevance of, 345–346
    teachers, 332
Secured Lending and Leasing Law, 122
Security
    challenge of, 3
    of food supplies, 277
    good governance and, 17
    health care services and, 230
    Israel's need for, 145
    of the Palestinian state, 8–9
    permeability and, 7–8
    promotion of, 382–383
    school routes, 343
    schools, 343
    success of Palestine and, 3, 380
    threats to, 116–117
    *See also* Internal security
Security forces
    capacity building, 58

control of, 38
enforcement of legal decisions by, 24–25
functions, 39
human rights abuses, 44, 57
improving capabilities, 57–58
justice system and, 44
reform of, 54–69
restructuring of, 55–56
structure of, 38–39
weakening of, 41
Service demands, 94–97
Service sector economy, 110–111, 115
Sewage
broken sewers, 179
health issues, 180
infrastructure, 143, 164, 170–171
Sharon, Ariel, 1
Sha'th, Nabil, 25
Shi'ite militant organizations, 37
Shikaki, Khalil, 42
Shurta Bahariya (Coast Guard), 38, 39, 56
Six-Day War, 1976, 173
Smoking, trends, 277
Social well-being, 3, 5–6
Soil types, agriculture, 123
Solar power, 123
See also Energy
Special education services, 329, 344, 353
Special Security Force (Al-Amn al-Khass), 38, 39, 56
Spontaneous abortions, 180
Staffing issues, 46–48
Standards of living, 232
State Security Courts, 40, 45
Storm water capture, 192, 194, 199, 216
Strategic Plan for Quality of Health Care in Palestine, 270
Student/teacher ratios, 96
Success
costs of, 9–11
definitions of, 3–4

Suicide attacks, 43–44, 114
Supreme Court justices, 23
Supreme Judicial Council, 45, 50
Syria, 42, 102, 103, 166

Taba, Egypt, 15
Taba Agreement. See Oslo Accords
Tanzim, 36
Tariffs
elimination of, 148
free trade and, 142
Israeli, 111, 112
trade and, 125
Tawjihi examination, 326
Taxes, 113–114, 125
Teachers
characteristics, 331–332
gender ratios, 332
promotion standards, 345
salary trends, 348–349, 367
Technical education, 355
Technical training, 353
Technology transfer, 112–113
Telecommunications networks, 119
Temple Mount (Haram al-Sharif), 16
Terrorist groups, 36–38
See also Counterterrorism; Militant groups; specific groups
Tertiary education
access to, 353
definition, 311
enrollment, 347
options, 326–327
projected enrollment, 369
relevance of, 345–346
resources, 356–357
in the sciences, 316
See also Colleges; Universities; Vocational training programs
Textbooks, 337–338
Total factor productivity (TFP), 126, 151, 152

Tourism industry, 114, 115, 123–124, 143
Trade
with Arab neighbors, 119
deficits, 111
dependence on, 111
development and, 124–125
negotiated agreements, 124–125
Traffic control, 38
Transaction costs, 114
Transportation industry, 143
Tunisia, 19–20
"Tunnel Riots," 36
Turkish language, 320
Two-state solution, 4

Unaccounted for water (UFW), 179
Unemployment
education and, 117–118
estimated trends, 156
migration of labor and, 113
scenarios, 159
trends, 137
West Bank and Gaza, 110
See also Employment
UNESCO, 341–342
United Nations, 52
See also specific programs
United Nations Development Program (UNDP), 312, 349
United Nations Environmental Programme (UNEP), 193
United Nations Relief and Works Agency (UNRWA)
budget, 242
health care spending, 238
health services, 234, 242
Institute of Education, 338
for Palestinian Refugees in the Near East, 225, 321
schools, 95, 331
United Nations Security Council Resolutions
242, 15
338, 15
March 2002, 1

United States
  in administration of justice in
    Palestine, 46–54
  counterterrorism assistance,
    58–59
  health system infrastructure,
    237
  intelligence cooperation,
    59–60
  legal system integration and,
    24
  military assistance, 58–59
United States Agency for
  International Development
  (USAID), 273, 284
United States Bureau of the
  Census (USBC), 74, 84–87
Universal health coverage,
  253–254
Universities
  closing of, 322
  enrollment, 95
  infrastructure, 96
  investment in human capital,
    148
  options, 326–327
  teachers, 331
U.S. Agency for International
  Development, 186
U.S. Health People 2010
  targets, 248
U.S. Justice Department,
  51–52
U.S. State Department, 58
Utilization review, 251
Utilization review, health care,
  251

Vaccines, 282
Varicella vaccine, 233, 282
Violence
  children exposed to, 283–284,
    343
  economic triggers, 42
  female education and, 318
  infrastructure damage,
    115–116
  internecine, 41–42

legitimacy and, 17
  by militants, 57
  schools free of, 314
Vital statistics records, 275
Vitamin A deficiency, 233,
  281–282
Vitamin supplements, 233,
  281
Vocational training programs,
  96, 316
  access to, 353
  health-related, 246
  options, 326–327
  relevance of, 345–346
  standards for, 355
  See also Tertiary education

Waste treatment costs, 195
Wastewater
  aquifer infiltration by, 177
  current disposal, 169
  infrastructure, 187–189
  reclamation, 184–186,
    202–204
  reuse, 194, 215–216
  reuse costs, 194
  treatment, 199, 217–218
Water, 163–221
  base case, 196–197, 202
  costs of, 202, 386
  declining levels, 176–178
  declining quality, 176–178
  demand management, 180–
    183
  demand projections, 202–206
  desalination, 186–187,
    188–189
  distribution costs, 195
  domestic efficiency, 194,
    213–214
  future options, 193–208
  graywater reuse, 181–182
  health implications, 179–180
  historical context, 172–174
  increasing efficiency, 181–182
  infrastructure, 170–171,
    178–179, 187–189, 192
  limiting irrigation, 183

modeling demand for, 189–
    193
  modeling supply of, 192
  multilateral management
    plan, 173
  networks, 216–217, 217
  per-capita domestic
    consumption, 213
  policies, 208–211
  project costs, 192–193
  quality of, 170, 384
  quantity of, 384
  scarcity, 165–167
  sources, 174–175
  success of Palestine and, 381
  transportation of, 188–189,
    195
  unaccounted for (UFW), 179
Water allocation model, 164
Water consumption, per-capita,
  93, 163, 213
Water stress index, 166
Water supplies
  baseline, 197–201, 198
  costs, 202
  hydropower and, 123
  inadequacy of, 175–176
  infrastructure, 93–94
  infrastructure damage, 164
  infrastructure investment, 143
  integrated management,
    169–172
  Israeli use of, 113
  new, 198–201
  Oslo Accords and, 114
  projections, 200, 205
  scenarios, 202–208, 213–218
  shared rights to, 165
  sources, 163
Weizman Institute of Science,
  279
Well-being, 380
West Bank
  baseline water supply, 198
  governance indicators, 21
  groundwater quality, 170
  irrigation water scenarios, 183
  Israeli annexation of, 15

judicial reform, 50
legal jurisdiction, 39
legal system integration, 24
population growth, 77–79,
    84–92
population profile, 80–84
predicted population growth,
    87
proportional representation
    and, 27
refugee return to, 18
security services, 38

water base case scenario, 196
water demand, 176, 197, 203
water supplies, 166, 175, 200,
    204
West Bank Water Management
    Model, 192–193, 194
Women, in the labor force,
    118
Workforce growth, 117–118,
    125
World Bank
    estimates of aid, 140–141

legal system integration and,
    24
on PA effectiveness, 21
praise for the MoE, 339–340
study by, 126
World Business Environment
    Survey, 2000, 116–117
World Health Organization
    (WHO), 170, 234, 248

Yarmuk River, 167
Yassin, Ahmed, 57