# EXHIBIT A.532
## (5 of 5)