# EXHIBIT A.544





PLAINTIFF'S EXHIBIT 544

**June 13, 2001**                                                           **Special Dispatch No. 228**

## Friday Sermon on PA TV: Calling for Suicide Bombings

*Every Friday, the PA television broadcasts a live sermon from one of the Gaza mosques. On June 8, 2001, a week after the Tel-Aviv suicide bombing and a few days following Arafat's declaration regarding the cease-fire, a sermon by **Sheik Ibrahim Madhi** was broadcast from the Sheik 'Ijlin Mosque. In his sermon, Sheik Madhi preached for 'martyrdom operations' and for the destruction of Israel, the United States, and Britain. Following are excerpts from the sermon:*

"...I tell you, Oh beloved, that ever since Kamal Ataturk [founder of modern Turkey], this Jew who disguised himself as a Muslim -- and there may still be in the Arab nation Jews who disguise themselves as Muslims... ever since he announced the end of the Islamic Caliphate in Istanbul -- as some contemporary religious sages assert -- the era preceding the end [of days] has began -- the era of the military rule, the era of revolutionary rule. Allah willing, we are at the end of this era and Allah willing, the Caliphate will return, in accordance with the prophecy, and I pray that we will be among its soldiers..."

"Allah is almighty. Had He wanted - He would have beaten them. But He tests you in suffering. We must prepare the ground for the army of Allah that is coming according to the [divine] predetermination. We must prepare a foothold for them. Allah willing, this unjust state will be erased -- Israel will be erased; this unjust state, the United States, will be erased; this unjust state, Britain, will be erased -- they who caused this people's Nakbah [the 1948 'catastrophe']..."

"Oh beloved, we must be certain that victory will come. Shame and remorse on whoever refrained from raids [against the enemy] or refrained from preaching to himself [to raid]; shame and remorse on whoever refrained from raising his children on Jihad; shame and remorse on whoever hated his Muslim brother while loving one of the infidels; shame and remorse on whoever hid behind excuses that have no basis with Allah..."

"Blessings to whoever waged Jihad for the sake of Allah; blessings to whoever raided for the sake of Allah; blessings to whoever put a belt of explosives on his body or on his sons' and plunged into the midst of the Jews, crying "Allahu Akbar, praise to Allah, There is no God but Allah and Muhammad is His messenger."'

"Just as the building collapsed over the Jews in their sinful dancing floor [referring to the collapse of a wedding hall in Jerusalem] -- I pray to Allah that this oppressive Knesset will collapse over the heads of the Jews."

"Allah, forgive us our sins,

Allah, show us a black day for the Jews, like the day of 'Aad and Thamud[1]

Allah, turn them into pillage for us

Allah, we strive for martyrdom for your sake...

Allah, we strive for your mercy and your paradise..."[2]

---

[1] Two pre-Islamic Arab tribes that refused to convert to Islam, and were punished by annihilation.

[2] "Palestine Television" [PA], June 8, 2001.


Please recycle

The Middle East Media Research Institute (MEMRI) is an independent, non-profit organization providing translations of the Middle East media and original analysis and research on developments in the region. Copies of articles and documents cited, as well as background information, are available on request.

MEMRI holds copyrights on all translations. Materials may only be used with proper attribution.

The Middle East Media Research Institute
P.O. Box 27837, Washington, DC 20038-7837
Phone: [202] 955-9070 Fax: [202] 955-9077 E-Mail: memri@memri.org
Search previous MEMRI publications at our website: www.memri.org