# EXHIBIT A.545




# MEMRI — THE MIDDLE EAST MEDIA RESEARCH INSTITUTE

Home | Archives | Report #240

**Palestinians**

**SEARCH: QUICK/ADVANCED**

**Latest Clips**    More >

July 13, 2001        Special Dispatch No.240

## A Friday Sermon on PA TV: ... We Must Educate our Children on the Love of Jihad...'

*During the Friday sermon broadcasted live on June 6, 2001 on PA TV, from the Sheik 'Ijlin Mosque in Gaza, PA employee, Sheik Muhammad Ibrahim Al-Madhi, called for Jihad education and for turning Jews and Christians into Ahl-Dhimma [protected second rate citizens] under Muslim rule. Following are excerpts from the sermon:* [1]

"...Oh, you who love Allah, in the Koran we read our Lord's words, that we must fight all the polytheists just as they fight all of you... Oh, you who love Allah... This [Muslim] nation has left the leadership of the human race to a handful of contemptible Jews and their assistants and was satisfied [with its position at] the tail of the convoy..."

"The Palestinian people has decided that this blessed Intifada would continue. We sacrifice as many prisoners, martyrs, and wounded as we can; we will continue the Intifada until the land of Palestine is liberated. We will not be satisfied with the mere establishment of a Palestinian state; the Muslim people of Palestine want to meet Allah and we are the soldiers of the Caliphate, that was announced by the Prophet [Muhammad]... Therefore, the Caliphate will be in accordance with the prophecy, in Al-Aqsa, in Jerusalem, and in its surroundings..."

"Oh, you who love Allah, the signs of the victory are many... Oh, you who love Allah, do not believe the joke of peace. By Allah, do not believe the joke of peace. Even if the Palestinian people here and in the Diaspora will stand in line and sign [on an agreement] with all ten fingers, and even with the toes of their feet, and we will say: 'We all want peace with you' - by Allah, they [i.e. the Jews] do not want peace..."

"Even if they slaughter all of the Palestinian people and the only survivors will be one single Palestinian baby girl and one single Palestinian baby boy, the baby boy will marry the baby girl and they will give birth to the one who will liberate Jerusalem from the defilement of the Jews."

"Victory is drawing near, but believe me, there is a secret resolution, decided upon by, unfortunately, many of the Arab and Muslim nations. While they [the Palestinians] sacrifice the last Palestinian child and the last Palestinian fetus, they [the Arab nations] will satisfy themselves with victories on the soccer courts, with music festivals, and with Arab and Muslim summits. Where are the summits, where are their decisions?... It was rightly claimed that a thousand verbal shells cannot compare to one shell made of iron. It was rightly claimed that what was taken by force will be regained only by the use of force."

"We must prepare ourselves in accordance with the religion of Allah and the Law of Allah. We must educate our children on the love of Jihad for the sake of Allah and the love of fighting for the sake of Allah."

"We welcome, as we did in the past, any Jew who wants to live in this land as a Dhimmi, just as the Jews have lived in our countries, as Dhimmis, and have earned appreciation, and some of them have even reached the positions of counselor or minister here and there. We welcome the Jews to live as Dhimmis, but the rule in this land and in all the Muslim countries must be the rule of Allah... Those from amongst the Jews and from amongst those who are not Jews who came to this land as plunderers, must return humiliated and disrespected to their countries."

"On the other hand, those Jews who are local and who have lived with the Palestinian people and with the locals from amongst the Christians - there is nothing bad with their


#3883 - Pro-Morsi Supporters Chant in Favor of Islamic Law and Martyrdom
The Internet - June 21, 2013 - 00:01:50


#3882 - Syrian Rebel Commander Ahmad 'Issa: Iran Will Always Be Our No. 1 Enemy, Syrian People Will Decide about Israel
Al-Jazeera TV (Qatar) - June 12, 2013 - 00:06:01


#3881 - Egyptian Parliamentarian Expelled from Shura Council Session for Anti-Morsi Protest
Al-Arabiya TV (Dubai/Saudi Arabia) - June 23, 2013 - 00:03:26


#3880 - Egyptian Defense Minister Abdel Fatah Al-Sisi: We Will Not Allow Egypt to Enter a Civil War
MBC Misr TV (Saudi Arabia/Egypt) - June 23, 2013 - 00:03:59

**Latest Reports**    More >

Egyptian Satirist Bassem Youssef Blames Mursi, MB For Rising Polarization, Violence And Anti-Religious Feeling
Special Dispatch - No. 5343 - June 25, 2013

Agreement Between Jordan, Palestinian Authority Officially Recognizes Jordan's Custodianship Over Jerusalem's Holy Places
Inquiry & Analysis Series Report - No. 987 - June 24, 2013

Jihad and Terrorism Threat Monitor (JTTM) Weekend Summary
Special Announcements - No. 243 - June 22, 2013

Women's Rights in Saudi Arabia: Historic Nomination Of Women To Shura Council – Alongside Harsh Action By Regime Against Women's Rights Activists
Inquiry & Analysis Series Report - No. 986 - June 21, 2013

Article In Pakistani Daily – 'Islam At War – With Itself': 'Muslim Societies Have... Evolved Into Places Where Revenge Is Confused With Justice, Forgiveness With Weakness, And Peace With Cowardice'
Special Dispatch - No. 5342 - June 20, 2013

Hizbullah – A Victim Of Identity Theft: Claims Its Twitter Account Has Been 'Hacked' As 'Part Of Soft War Launched Against Us,' In Addition To Attacks Against It 'On The Internet And On Smartphones'
Inquiry & Analysis Series Report - No. 985 - June 20, 2013

Columnist On Ha[...]
Ban Palestinians[...]


PLAINTIFF'S EXHIBIT 545

Case 1:04-cv-00397-GBD-RLE    Document 547-398    Filed 06/25/14    Page 3 of 3

6/26/13    A Friday Sermon on PA TV: ... We Must Educate our Children on the Love of Jihad...'

living [amongst us] in harmony and peace. This is the kind of peace we understand. The Arabs and Muslims must speak, because our choice is the Jihad for the sake of Allah..."

"Oh, you who love Allah, there is no alternative to the true return to Allah. Victory will not come from the Kremlin, neither will it come from the White House decisions, or from Arab and Islamic summits. Victory is from Allah..."

**Later in the sermon, Sheik Al-Madhi focused on the need to refrain from taking credit for terrorist attacks, while using Muslim history as an example to follow:**

"...Oh, you who love Allah, it is our duty to strive so that all our deeds will be [only] for the sake of Allah. Listen to the following precious story:"

"In one African country, a Muslim army was fighting against the Byzantine army. The number of the Byzantines was more than ten times the number of the Muslims... The Byzantine commander was Gregorius and his daughter was by his side. Gregorius' daughter said: 'My father, who are these, they are merely a handful, their number is small, no more than 15,000, who are they?' He answered her: 'These are the Arab horsemen.' She said: 'My father, give them to me as spoils.' And he had given her [their property's worth] as spoils, before the battle even took place. However, Allah wanted Gregorius killed in the battle and his daughter to be one of the captives."

"The commander of the Muslim army wanted to know who killed Gregorius, but nobody answered."

"This is how we should also act: Do, do, and do, but without talking."

"Who killed Gregorius? Gregorius' daughter said to the commander of the Muslims: 'I know who killed my father.' And when Abdallh Ibn Al-Zubeir passed next to her she said: 'Oh, commander of the Muslims, this is the man who killed my father.' [The Muslim commander asked him:] 'Oh, Abdallah Ibn Al-Zubeir, why did you conceal this from us?' What did Abdallah Ibn Al-Zubeir say in response? His words still echo in the ear of history. He said: 'Allah knows I killed him.'"

"Allah knows what we do and there is no necessity for humans to know this as well. With such noble values, the [Muslim] nation shall win..."

[1] PA Television, July 6, 2001.

---

Related To Holocaust
Special Dispatch - No. 5341 - June 19, 2013

**Palestinian Authority TV Salutes Hamas Terrorist Mastermind Abbas Al-Sayyed on His Birthday**
Special Dispatch - No. 5340 - June 19, 2013

**First Anniversary Of Mursi's Presidency, On June 30, Expected To See Popular Protests Calling For His Ouster, Clashes Between His Opponents And Supporters**
Inquiry & Analysis Series Report - No. 984 - June 19, 2013

**Motto Of Hamas's Summer Camps In Gaza This Year: 'The Generation Of Return'**
Special Dispatch - No. 5339 - June 18, 2013

© 1998-2013, The Middle East Media Research Institute All Rights Reserved. Materials may only be cited with proper attribution.    About MEMRI | Contact