# EXHIBIT A.546



PLAINTIFF'S EXHIBIT 546

**August 8, 2001**  **Special Dispatch No. 252**

## Friday Sermon on PA TV: Blessings to Whoever Saved a Bullet to Stick It In a Jew's Head

*The following excerpts, broadcasted on PA TV, are from the Friday sermon [August 3, 2001] given by Sheik IbrahimMadhi at the Sheik 'Ijlin Mosque in Gaza:*

"...Oh lovers of Allah. After the leaders of the Jews declared the "Hell" plan[1], we say: Yes, we accept the challenge, if this is the "Hell" plan. Then our dead [will reach] Heaven and their dead [will reach] Hell, Allah willing. This Jihad activity will continue, whether they like it or if it upsets them. Why do we complicate things. This is Jihad: Either victory or Martyrdom..."

"The states called the 'ring-states' [i.e. bordering Israel] - what are they good for? What are they worth? Do they protect us from the Jews, or do they [in fact] protect the Jews from the Mujaheedin in the name of Allah? We have said to them and we keep saying: 'Continue to guard your thrones and bellies, continue to protect your capitals, and let the Mujaheedin saturate this blessed land with their pure and untainted blood. Then, the Jews will see miracles from us.'"

"A young man said to me: 'I am 14 years old, and I have four years left before I blow myself up amongst the Jews.' I said to him: Oh son, I ask Allah to give you and myself Martyrdom...'"

"Oh lovers of Allah, we must state clearly: 'There is no difference between the National and Islamic [forces], we are all forces for the sake of Allah. We, the Muslims on this good and blessed land, are all - each one of us – seekers of Martyrdom. We do not know when the bombardments come. If the Jews only knew... that if they bombard us, the Arabs would bombard their villages and cities, they would hesitate a thousand times...'"

"We must all seek a role in the Jihad and the battle. We said and we still say: 'Even if we, the entire [Palestinian] people, stood in line and signed for the Jews that we want peace, they would not accept it. The Koran is very clear on this: The greatest enemies of the Islamic nation are the Jews, may Allah fight them...'"

"The Palestinian people should cure its wounds; we must forget our differences. There is no place for blood-vengeance. Our enemy is very clear. All weapons should be directed towards him. Why do we see weapons that are directed on one another?... All spears should be directed at the Jews, at the enemies of Allah, the nation that was cursed in Allah's book. Allah has described them as apes and pigs, the calf-worshipers, idol-worshipers... they have said that we are cockroaches and ants and that they should kill us, but we approach them with the words of Allah: '...Whoever wants to save himself, should enter to the true religion - Islam - and repent, and then there will be no problems between him and us, our rights will be his and his obligations will be ours. However, he who came to this land as an invader and did not enter the religion of Allah, should go back to the place he came from, or else, our spears will reach him, Allah willing.'"

"Oh beloved, the Jews want to throw us under a wall of despair [and claim] that we are destined to die. We say: 'We accept this challenge. Any one of us who dies, will reach Heaven, Allah willing. I ask Allah that we would meet him as Martyrs for his sake. I ask Allah that our dead will be in Heaven...'"

"Whoever can fight them with his weapons, should go out [to the battle]; whoever can fight them with a machinegun, should go out; whoever can fight them with a sword or a knife, should go out; whoever can fight them with his hands, should go out; This is our destiny. The people who are the most hostile toward the believers are the Jews and the Polytheists... The Jews have exposed their fangs. Nothing will deter them, except the color of their filthy people's blood; nothing will deter them except for us voluntarily detonating ourselves in their midst. They have nuclear power, but we have the power of the belief in Allah..."

"The Prophet [Muhammad] said: 'The Jews will fight you, and [Allah] will establish you as rulers over them...' We blow them up in Hadera, we blow them up in Tel Aviv and in Netanya, and in this way, Allah establishes us as rulers over these gangs of vagabonds. The Jews fight you, but Allah will establish you as rulers over them. Until the Jew would hide behind a stone or a tree, and the stone or the tree would say: Oh Muslim, Oh servant of Allah, a Jew is hiding behind me, come kill him, with the exception of the Gharqad tree which is the tree of the Jews...'"

"In several years, Allah willing, we will enter Jerusalem as conquerors, to Jaffa as conquerors. To Haifa as conquerors, to Ashkelon as conquerors. We are certain that victory is near..."

"Blessings for whoever assaulted a soldier... Blessings for whoever has raised his sons on the education of Jihad and Martyrdom; blessings for whoever has saved a bullet in order to stick it in a Jew's head..."

---

[1] According to the Palestinian media, Israel has a plan to reoccupy Palestinian territories, code named "Oranim" (Pines), which is mistranslated by Arafat to mean "Hell" in Hebrew.


Please recycle

The Middle East Media Research Institute (MEMRI) is an independent, non-profit organization providing translations of the Middle East media and original analysis and research on developments in the region. Copies of articles and documents cited, as well as background information, are available on request.
MEMRI holds copyrights on all translations. Materials may only be used with proper attribution.

The Middle East Media Research Institute
P.O. Box 27837, Washington, DC 20038-7837
Phone: [202] 955-9070 Fax: [202] 955-9077 E-Mail: memri@memri.org
Search previous MEMRI publications at our website: www.memri.org