# EXHIBIT A.561

PLAINTIFF'S EXHIBIT 561

Prisoner Nasser Aweis, Founder of the al-Aqsa Martyrs Brigades in the West Bank
12/10/13

Martyr Said Al Madhoun Network and Forums

May God Rest the soul of our hero martyr

[Logo]
Al-Asifa
Palestinian　　　　　　　　　　　　Liberation　　　　　　　　　　　　Movement
There is no Deity but God, Mohamed is the Messenger of God

[Tabs]
Main – Forum – Search – [illegible] – Groups – Members - Login

**The Fatah Meeting**

**The Fatah Meeting: Gatherings – Political Forums – Al-Aqsa Martyrs Brigades Forum**

[Tabs]
Share　More

**Prisoner Nasser Aweis, Founder of the al-Aqsa Martyrs Brigades in the West Bank**

Subject: Prisoner Nasser Aweis, Founder of the al-Aqsa Martyrs Brigades in the West Bank, Tuesday, March 17, 2009 2:04 p.m.

Name: Nasser Mahmoud Ahmed Aweis

- His family was expelled from the village Sheikh Muwannis/Jaffa in 1948 - Residents of the Balatat al-Shuhada camp.

- He was born November 1, 1970, in the Balata Camp, Nablus

- He was detained on January 19, 1986, on the charge of throwing Molotov cocktails, organizing young recruits in the ranks of Fatah and leading a military cell. The Zionist military court sentenced him to 5 years imprisonment.

- Despite his young age, Aweis continued his resistance to the occupation and he became a member of a central committee in Israeli prisons.

- He got out of prison during the first Intifada and was involved in its actions and armed activities. He was listed as one of the most wanted among those pursued the occupation forces.
- He was exiled to Jordan on July 17, 1992, for three years (along with martyr-leader Yasser al-Badawi, one of the founders of the al-Aqsa Martyrs Brigades, and Majed al-Masri, one of the most outstanding leaders of the Brigades) after the al-Najah National University was surrounded for 4 days. He returned to Palestine in 1995.
- In 1996, he was elected as a member of the organizing committee for the Fatah movement - Balata Camp District - Chairman of the Public Relations committee.
- He was shot with a live bullet in his leg in the Tunnel Intifada, 1996.
- Member of the administrative board for the Jaffa Cultural Center / Committee for the Defense of the Rights of Palestinian Refugees, Palestine.
- Member of the founding committee and the administrative committee for the Fatah Youth Organization, Palestine.
- One of the leaders of the Fatah movement in the region of Nablus and the Palestinian [West] Bank.
- One of the leaders of the University Student Youth Movement in the al-Najah National University.
- He graduated from the College of Arts, Sociology Department - Al-Najah National University.
- One of the leaders of the Battle of Joseph's Tomb in the beginning of the Intifada, which was considered a real and decisive battle, which propelled the Intifada into the stage of an armed struggle and lead to the creation of the al-Aqsa Martyrs Brigades, the Military Wing of the Fatah Movement.
- He founded the al-Aqsa Martyrs Brigades with a group of the cadres and leaders in the Fatah movement, and later became the general leader of the Brigades in Palestine.
- He was number one on the most wanted list by the Zionist occupation forces in Palestine.
- He was detained on April 13, 2002. The Zionist courts accused him of leading and founding the al-Aqsa Martyrs Brigades and planning and executing a number of military operations which killed and injured tens of Zionists.

- He was one of the individuals who led the boycott of the Zionist courts, refused to acknowledge the legitimacy of the trials, and fought, along with the prisoners, for the recognition of the Intifada prisoners as political prisoners. He was detained in the Shatta prison, then sent to solitary confinement in Beersheba inside the prisons.

- Nasser was imprisoned in the Shatta military prison, located inside the green line north of the West Bank and was transferred to solitary confinement in the Beersheba military prison, in the Negev desert as a punishment for boycotting [missing text] phone and in fear that he would have been able to contact the brigades outside.

- The last meeting with the leader Nasser Aweis inside the detention center was on October 3, 2002.

- Entire interview with the newspaper Al-Sharq al-Awsat:

Tell us about the circumstances preceding your detention. There were rumors that you were killed in a bombing operation against a group of the occupation forces that were surrounding you in the town of Nablus.

- It is true that the youth spread the rumor of my martyrdom to deceive the enemy, who was surrounding the al-Qasabah neighborhood in the old town, and to cover my disappearance. But later, the Israeli intelligence did not fall for this trick, so they tracked me and were able to locate the area where I was hiding between Nablus and Jenin.

\* When and where were you detained?

- I was detained on April 13th. As to how, I was detained after the occupation forces discovered where I was hiding, they tightened the blockade and led a widespread search campaign. On the same day, they parachuted onto the mountains between Nablus and Jenin and combed the area by aerial shelling. The shelling stopped when the occupation soldiers got close to the house where I was hiding. They surrounded it very tightly and demanded that all the people in the house surrender. I tried to escape. However, under pressure from the family in whose home I was hiding, I had to surrender. I did not give them my name or identity to protect them from being harmed.

\* How were you captured?

- I went out with those who were with me in the house. They asked me my name and I answered, Mohamed, which is the name that I had given the people in the house. They asked me for my identification card and I said, "I am from another area and I work as a farmer in this area. They searched me and my comrade Mohamed Abu Khudr thoroughly. My comrade had also given them another name. Although I insisted that my name was Mohamed, during this whole time,

they addressed me as Nasser. I was not able to deny it very long after I was saw, to my surprise, that the intelligence officer had a picture of me. The soldiers handcuffed me, interrogated me on the spot, handcuffed me and transported me to the intelligence interrogation center near Tel Aviv.

* How did the interrogation take place?

- During the interrogation, they basically focused on torturing me, psychologically and physically, to get information and confessions as fast as possible. I was interrogated continuously for a period of two weeks I was placed on a special chair with manacles for the hands and feet, so that I was unable to sleep. In the beginning, I refused to respond, but there wasn't much room for denial. They had numerous pieces of evidence and confessions against me, and I was number one on their most wanted list. They accused me of being behind a number of operations. However, they mostly focused on the subject of Marwan Barghouti and my relationship to him. They put a huge pressure on me to confess that I had a military relationship with him.

But I insisted that there was no such kind of relationship and affirmed that Marwan was a political leader and a member of the Palestinian Legislative Council. I did not deny that he was my friend and that we belonged to the same organization. More importantly, they wanted to establish a military tie between Marwan and I so that they could come to the conclusion that President Yasser Arafat is the one who funded the military work. I said this to Marwan when they put me face to face with him in the interrogation office in the prison of Bitah Takfa near Tel Aviv.

* Did your interrogation stop, meaning you were no longer called for interrogation from time to time?

- The interrogation finished a while ago, so I was moved from the interrogation center in Bitah Takfa near Tel Aviv to the prison.

* What prison are you in?

- I am in the Shatta prison, which holds 130 security and political prisoners, (an isolated prison, in which living conditions are very difficult, located in the Ghur Bisan area, north east of the West Bank, where the temperature in the summer exceeds 50 degrees C.)

* Was a charge sheet submitted against you?

- Yes, a charge sheet was submitted last September 9th. There is another trial this October 15. I stated, in the Israeli courts, that they are courts that represent the occupation and that we were kidnapped from territories under the control of the Palestinian Authority and that, according to the agreements made between the two sides, they had no right to try me in Israeli courts. I also

insisted that we were all war prisoners, and that we must be treated in accordance with the Fourth Geneva Convention regarding [the treatment of] prisoners of war.

\* How are your living conditions in the prison?

- The conditions are difficult and the treatment is extremely bad, so we resort to buying food from the prison cafeteria. I live with seven other prisoners in one cell. We are subjected to sudden, random, searches from time to time, looking for forbidden items like a cell phone, and we not allowed any visits.

\* By the way, how do you get these phones?

- He declined to answer for security reasons.

\* If you were asked to rate the Palestinian military tactics during the so-called Israeli Operation Defensive Shield, would you have changed these tactics that were based on methods of confrontation despite the great imbalance in forces?

-The young men were excited to confront, and we had no other choice. However, we could have used various methods and plans of attack and defense, as well as new tactics. But the battle that happened at Jenin, Nablus and Balata Camp and the heroism displayed by the resistance fighters caused psychological troubles to the occupation soldiers and officers. They were not expecting these heroics acts and violent resistance, which caused great losses in their ranks, other than what they have announced.

\* What advice would you give to your companions who are fighting outside?

- Be cautious and careful when moving and dealing. You need to focus on continuing the resistance in every step you take. Build up cadres that are able to continue [the resistance].

\* The Palestinian field is now full of ideas and initiatives, some of which call for ceasing the armed struggle and dismantling the military wings, while others call for ceasing operations against Jewish civilians, whether inside the green line or in occupied territories. How do you and your fellow detainees feel about this?

- We are for ceasing operations against civilians if the Israeli side ceases killing Palestinian civilians. But as long as there are people being killed in the Palestinian territories, Israelis must be hit in Tel Aviv, Haifa and elsewhere. Operations must not stop in the territories occupied in 1967, as long as the occupation continues to squat them. We will continue [to fight] until the occupation is swept away from them.

As for ceasing operations totally, this kind of an agreement must take into account the martyrs and destruction that the occupation has caused to the Palestinian people and their possessions. In

addition, it can only happen if Israel undertake, with international guarantees, to completely withdrawal from the territories occupied in 1967, release all the prisoners and resolve the issue of Jerusalem and the refugees in accordance to the decisions of the international legitimacy. In other words, Israel must withdraw from East Jerusalem and [allow] the refugees to return.

We do not enjoy killing. Our operations are aimed at putting pressure on the Israelis so that they in turn can pressure on their governments to reach a just solution and end the last occupation in the world, so that the Palestinian people could enjoy security and peace, like all other peoples of the world.

* There is much talk at the present time about the reforms within the Palestinian Authority and the alternate leadership.

- The alternate leadership that Washington and Tel Aviv are talking about is totally rejected. Our people cannot, under any circumstance, accept a leadership of conspirators. We need to clean up our ranks from conspirators, spies, and people whose economic interests are tied with those of the occupation. There are leaders within the Authority that should have never been at the top of the Palestinian pyramid.

* Like all Palestinian factions' military wings, al-Aqsa Martyrs Brigades have ignored the role of arranging the Palestinian house and strengthening democracy...?

- We have not ignored this important issue, but we were focusing all our energies against the enemy. Now, we demand that President Arafat remove the symbols of corruption and hold them accountable for all the deterioration of the Authority, and try them and all those who were involved in stealing the monies and the wealth of the Palestinian people. In the future, they must not force us to take steps that we don't want to take in order to confront corrupt people. We don't want to infringe on the powers of the Palestinian Judiciary, take the law into our own hands, and liquidate those corrupt symbols.

Prisoner Nasser Aweis, Founder of the al-Aqsa Martyrs Brigades in the West Bank.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Fatah Website, Biography of Nasser Aweis."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Fatah Website, Biography of Nasser Aweis."

Dated: February 28, 2014

                                                                                Adnane Ettayebi

ss.: New Jersey

On the 20 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

*Flores*
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16., 2017
I.D.# 2420914



الملتقى الفتحاوي

الملتقى الفتحاوي :: منتديا يا نائب شهداء الأقصى شاطر | المزيد.

الأسير ناصر عويس مؤسس كتائب شهداء الأقصى في الضفة الغربية

كاتب الموضوع رسالة

بان موضوع: الأسير ناصر عويس مؤسس كتائب شهداء الأقصى في الضفة الغربية  الثلاثاء مارس 17, 2009 2:04 pm


عضو جديد

عدد الرسائل: 11
تاريخ التسجيل: 17/03/2009



- الاسم : ناصر محمود احمد عويس
- هجرت أسرته من قرية ال         س/يافا عام 1948- وسكان مخيم بلاطه الشهداء .
- مواليد 1/11/ 1970- مخيم بلاطه – س .
- اعتقل في 19/01/1986 بتهمة القاء قنابل مولوتوف وتنظيم أشبال في صفوف فتح وقيادة خليه عسكرية وحكمت عليه المحكمة العسكرية الصهيونية بالسجن لمدة 5 سنوات .
- بامه النضالية واصبح عضو لجنه مركزيه في السجون الاسرائيليه .
- خرج من السجن في الانتفاضة الاولى وانخرط في فعالياتها وأنشطتها المسلحة واصبح من كبار المطاردين المطلوبين لقوات الاحتلال .
- ابعد بتاريخ 17/7/1992 الى الاردن لمدة 3 سنوات (هو والشهيد القائد ياسر البدوي لحد مؤسسي كتائب شهداء الأقصى وماجد المصري من ابرز قادة الكتائب) اثر حصار جامعة النجاح الوطنية لمدة 4 ايام وعاد الى فلسطين في عام 1995 .
- انتخب في عام 1996 عضوا في اللجنة التنظيمية لحركة فتح - منطقة مخيم بلاطه - رئيس لجنة العلاقات العامه .
- أصيب بالرصاص الحي في ساقه في انتفاضة النفق -1996م .
- عضو الهيئة الادارية لمركز يافا الثقافي / لجنة الدفاع عن حقوق اللاجئين الفلسطينيين / فلسطين .
- عضو اللجنة التأسيسية واللجنة الادارية لمنظمة الشبيبة الفتحاوية / فلسطين .
- من قادة حركة فتح في منطقة نابلس والضفة الفلسطينيه .
- من قادة حركة الشبيبة الطلابية في جامعة النجاح الوطنيه .
- تخرج من كلية الأداب قسم علم الاجتماع - جامعة النجاح الوطنيه .
- من قادة معركة قبر يوسف في بداية الانتفاضة والتي اعتبرت من المعارك الحقيقية والحاسمة والتي ادت الى حلة الكفاح المسلح وتشكيل كتائب شهداء الأقصى / الجناح العسكري لحركة فتح .
- اسس كتائب شهداء الأقصى مع مجموعه من كوادر وقيادة حركة فتح ،واصبح لاحقا القائد العام للكتائب في فلسطين .
- اعتبر المطلوب رقم واحد لقوات الاحتلال الصهيونية في فلسطين .

- اعتقل في تاريخ 13/4/2002 وتتهمه المحاكم الصهيونية بقيادة وتأسيس كتائب شهداء الأقصى وتخطيط وتنفيذ عدة عمليات عسكرية هامة.
- من الذين قادوا خطوة مقاطعة المحاكم الصهيونية ورفض الاعتراف بشرعية المحاكمات ويناضل مع الأسرى في معركة الانتفاضة هم أسرى سياسيون واعتقل في سجن شطة ثم ارسل الى السجن الانفرادي في بئر السبع داخل السجون

تم اسر نا ........... مال الضفة الغربية وتم نقله الزنزانات انفرادية في سجن بئر السبع العسكري في صحراء النقب عقابا له على مقا .............. هاتف وتخوفا من ان يكون قد تمكن بالاتصال ............ مع الكتائب بالخارج.

آخر مقابلة مع القائد ناصر عويس من داخل المعتقل بتاريخ 3 اكتوبر 2002

الحوار كاملا من صحيفة الشرق الاوسط:

حدثنا عن الملابسات التي سبقت اعتقالك. اشيع انك قتلت في عملية تفجيرية ضد مجموعة من قوات الاحتلال كانت تحاصرك في البلدة القديمة في نابلس؟
- صحيح اشاع الشباب نبأ استشهادي لتمويه العدو الذي كان يحاصر حي القصبة في البلدة القديمة، وتغطية اختفائي. لكن في ما بعد نجحت من .......... وجنين.

* متى وكيف تمت عملية الاعتقال؟
- وقعت في الاسر في 13 ابريل (نيسان). اما كيف وقعت في الاسر فانه وبعد ان اكتشفت قوات الاحتلال المنطقة شددت الحصار عليها وبدأت حملة تفتيش واسعة. وقامت في نفس اليوم بعمليات انزال مظلي في الجبال بين نابلس وجنين رافقتها عمليات تمشيط بالقصف الجوي. وتوقف القصف عندما اقترب جنود الاحتلال من المنزل الذي نختفي فيه وفرضوا حوله طوقا محكما وبدأوا يطالبون من فيه بالاستسلام. ها، ان اسلم نفسي.

* وكيف تمت عملية الاسر؟
- خرجت ومن كان معي في المنزل. سألوني عن اسمي فأجبت بمحمد وهو الاسم الذي كان معروفا لاهل المنزل. وسألوني عن هويتي فقلت لهم انني من منطقة اخرى واعمل مزارعا في هذه المنطقة. فاخضعوني لعملية تفتيش دقيقة كما اخضعوا رفيقي محمد ابو خضر الذي اعطاهم ايضا اسما مختلفا. ورغم اصراري على ان اسمي محمد كانوا طوال الوقت يخاطبونني بناصر ولم اتمكن من التنكران طويلا بعد ان فوجئت بوجود صورة لي مع ضباط المخابرات. وقام الجنود بتكبيلي واخضاعي لتحقيق ميداني ونقلوني مكبلا ومعصوب العينين الى مركز تحقيق تابع للمخابرات قرب تل ابيب.

* وكيف كانت تتم عملية التحقيق؟
- التحقيق يرتكز بالاساس على التعذيب بشقيه النفسي والجسدي للحصول على المعلومات والاعترافات باقصى سرعة. فقد خضعت لتحقيق متواصل لمدة اسبوعين مشبوحا على كرسي خاص مزود بكلابشات للرجلين واليدين، لا تسمح لك بالنوم. في البداية كنت ارفض التجاوب لكن لم يكن هناك كثير من المجال للتنكران. فقد كانت لديهم ادلة عديدة واعترافات ضدي كما انني كنت المطلوب رقم واحد لهم وهم يتهموني بالوقوف وراء عدد من العمليات. لكن اخطر مما كانوا يركزون عليه هو موضوع مروان البرغوثي والعلاقة التي كانت تربطني به. ومارسوا علي ضغوطا كبيرة من اجل الاعتراف بوجود علاقة عسكرية معه.

لكني كنت اصر على عدم وجود مثل هذه العلاقة والتأكيد على ان مروان قائد سياسي وعضو في ا ........ س التشريعي الفلسطيني. لم أنكر صداقتي له وانتمائي لنفس التنظيم الذي ينتمي اليه. والاهم من ذلك انهم كانوا يريدون الربط بيني وبين مروان عسكريا حتى يتوصلوا الى نتيجة ان الرئيس ياسر عرفات هو الذي يمول العمل العسكري وقلت هذا الكلام لمروان عندما واجهوني به في مكتب التحقيق في سجن بتاح تكفا قرب تل ابيب.

* هل انتهى التحقيق معك، بمعنى انك ما عدت تطلب للتحقيق بين الحين والاخر؟
- انتهى التحقيق منذ فترة لذا نقلت من مركز التحقيق في بتاح تكفا قرب تل ابيب الى السجن.

* وفي اي سجن انت؟
- في سجن شطة الذي يضم 130 اسيرا امنيا وسياسيا (سجن معزول ظروف المعيشة فيه صعبة للغاية ويقع في منطقة غور بيسان شمال شرقي الضفة الغربية التي تزيد فيها درجة الحرارة في الصيف عن 50 درجة مئوية).

* وهل قدمت ضدك لائحة اتهام؟
- نعم، قدمت لائحة الاتهام في 9 سبتمبر (ايلول) الماضي. وهناك محاكمة اخرى في 10 اكتوبر (تشرين الاول) الحالي. واكدت في محاكم الاسرائيلية لانها محاكم تمثل الاحتلال وانا اختطفنا من مناطق السلطة الفلسطينية وحسب الاتفاقات المبرمة بين الجانبين لا يحق محاكمتي في محاكم اسرائيلية.
بشأن اسرى الحرب.

* كيف هي اوضاعكم المعيشية في السجن؟
- الظروف صعبة وقا ............ ما ............ غا ............ عام في غاية السوء لذا نلجأ لشراء الاكل من كافتيريا السجن. اعيش مع 7 اسرى اخرين في زنزانة واحدة. نخضع لعمليات تفتيش عشوائية ومفاجئة بين الحين والاخر بحثا عن ممنوعات مثل الهاتف الجوال، وتمنع عنا ........ يارات.

* بالمناسبة كيف تحصلون على هذه الهواتف؟
- امتنع عن الإجابة لأسباب أمنية.

* لو طلب منك تقييم التكتيكات العسكرية الفلسطينية خلال حملة ما يسمى بالسور الواقي الإسرائيلية، هل كنت ستغير من هذه التكتيكات التي اعتمدت بالأساس على أسلوب المواجهة رغم اختلال التوازن الكبير في القوى؟
- كان الشباب متحمسين للمواجهة التي لم يكن أمامنا خيار غيرها. غير أنه كان يمكن أن نضع أساليب وخططا هجومية ودفاعية مختلفة وتكتيكات جديدة. لكن المعارك التي وقعت في جنين ونابلس ومخيم بلاطة والبطولات التي سطرها المقاومون سببت أمراضا نفسية لجنود وضباط الاحتلال الذين لم يكونوا يتوقعون هذه البطولات والمقاومة العنيفة التي أوقعت في صفوفهم خسائر فادحة غير التي أعلنوا عنها.

* ما هي النصائح التي تقدمها لرفاقك المقاتلين في الخارج؟
- اتخاذ الحيطة والحذر في التحرك والتعامل وضرورة التركيز على استمرارية المقاومة في كل خطوة يخطونها. وبناء الكوادر القادرة على المواصلة.

* الساحة الفلسطينية مليئة الآن بـ ... كار والمبا ... ها الآخر يدعو الى وقف العمليات ضد المدنيين اليهود سواء داخل الخط الأخضر أو في الاراضي المحتلة. ما هو موقفك انت ورفاقك المعتقلين؟
- نحن مع وقف العمليات ضد المدنيين إذا ما توقف الجانب الإسرائيلي عن قتل المدنيين الفلسطينيين. لكن طالما هناك قتلى في الاراضي الفلسطينية لا بد ان يضرب الاسرائيليون في تل ابيب وحيفا وغيرها. العمليات يجب ألا تتوقف في الاراضي المحتلة عام 1967 طالما بقي الاحتلال جاثما ... ها، وستتواصل حتى كنس الاحتلال عنها.

وبالنسبة لوقف العمليات بشكل كامل فإن مثل هذا الاتفاق لا بد ان يؤخذ في الحسبان الشهداء والدمار الذي الحقه الاحتلال بالشعب الفلسطيني وممتلكاته، كما انه لا يمكن ان يتم الا بوجود تعهد اسرائيلي وضمانات دولية بالانسحاب الكامل من الاراضي المحتلة عام 1967 واطلاق سراح جميع الاسرى وحل قضية القدس واللاجئين وفق قرارات الشرعية الدولية اي بالانسحاب من القدس الشرقية وعودة اللاجئين.

نحن لسنا هواة قتل. إننا من خلال عملياتنا نحاول ان نضغط على الاسرائيليين من اجل ان يضغطوا بدورهم على حكوماتهم للتوصل الى حل عادل وانهاء اخر احتلال في العالم وينعم الشعب الفلسطيني كغيره من شعوب العالم بالأمن والسلام.

* يكثر في الوقت الحاضر الحديث عن الاصلاحات داخل السلطة الفلسطينية والقيادة البديلة؟
- القيادة البديلة التي تتحدث عنها واشنطن وتل ابيب مرفوضة رفضا قاطعا. وشعبنا لا يمكن في اي حال من الأحوال ان يقبل بقيادات عميلة. لا بد من تصفية الصفوف من العملاء والجواسيس وذوي المصالح الاقتصادية المرتبطة بالاحتلال. هناك قيادات داخل السلطة ما كان يجب ان تكون في قمة الهرم الفلسطيني.

* كتائب شهداء الاقصى أغفلت شأنها في ذلك شأن الأجنحة العسكرية للفصائل الفلسطينية، دور ترتيب البيت الفلسطيني وتعزيز الديمقراطية ...؟
- لم نغفل هذه القضية المهمة، لكننا كنا نوجه كل طاقاتنا ضد العدو. والآن نطالب الرئيس عرفات بأن ينحي رموز الفساد ويقدمها للمحاسبة على كل تراجع للسلطة وعقد المحاكم لها ولكل الذين شاركوا في سرقة اموال الشعب الفلسطيني ومقدراته.. يجب ألا يجبرونا في المستقبل على الاقدام على خطوات لا نريد اتخاذها لمواجهة الفاسدين. نحن لا نريد التعدي على صلاحيات القضاء الفلسطيني، فنأخذ القانون في ايدينا ونصفي تلك الرموز الفاسدة.



الاسير ناصر عويس مؤسس كتائب شهداء الاقصى في الضفة الغربية

صفحة 1 من اصل 1

صلاحيات هذا المنتدى:   لاتستطيع الرد على المواضيع في هذا المنتدى
المنتدى الفتحاوي :: منتديات السياسة :: منتدى كتائب شهداء الأقصى

© phpBB | منتدى مجاني | منتدى مجاني للدعم و المساعدة | التبليغ عن محتوى مخالف | أنشئ مدونتك