# EXHIBIT A.602

*Al-Ayyam,* Palestinian Days p.4

[picture with caption: Qaraqe' during his visit to the family of the prisoner Nasser Shawish]

**During his Visit to the Family of a Prisoner in Tubas**

## Qaraqe': The Prisoners are Holding Firmly to the Need for Reconciliation and Putting an End the Division

Ramallah: Al-Ayyam: The Minister of Detainees' and Ex-Detainees' Affairs Isa Qaraqe' confirmed that the prisoners are the vanguard of national unity, and that they share the responsibility with their leadership and their people for turning over the black page of division. They are starting a hunger strike to put pressure on all sides to accomplish the reconciliation project, [which is needed] in order to accomplish the national project, and to stand side by side to oppose the policy of the occupation.

Qaraqe' passed on to the family of the prisoner Nasser Shawish in Tubas, who started a hunger strike with ten other prisoners last May 25 in support of ending the division and for national reconciliation, greetings from President Mahmoud Abbas, the leadership, and the government, noting that 10 prisoners in the Jalbu' prison had announced an open-ended hunger strike in support of the reconciliation efforts "and to send a message to all parties to shoulder their national and moral responsibilities in order to put an end to the tragedy of the division, which has lasted too long."

He said that the prisoners affirmed that they will continue their hunger strike until the train of reconciliation arrives at the final station to end the division, "even if one of them falls as a martyr in the path of the unity of the Palestinian people."

He pointed out that the prisoners said in a statement, "We have chosen this timing in particular to coincide with the beginning of the wheel of reconciliation so that everyone who thinks about derailing the reconciliation process can understand that we will not permit that, even if the price is our lives. We decided to put our lives in real danger to hold the leaderships of the Palestinian people accountable, so that they will be put to the test."

The prisoners' statement emphasized support for the President's efforts and all his sincere steps to end the division, calling all factions of the Palestinian people to take to the streets carrying pictures of the martyrs, and remember their sacrifices for the sake of the national project, which is being assassinated by the division.

Qaraqe' mentioned that the statement of the prisoners who are on [a hunger] strike was signed by Nasser Shawish, Abdel Azim Abdel Haq, Abdel Rahman Uthman, Ahed Nasasira, Mohamed Hamama, Isam Zeyn al-Din, Nasser Abu Kishik, and Bilal Bahlul.

## Jericho Education Directorate Organizes a Closing Ceremony for the Ruad al-Ghad [Pioneers of Tomorrow] Club

[photo caption: some activities of the party]

Jericho: Al-Ayyam. The day before yesterday, the Directorate of Education in the Province of Jericho and the [Jordan] Valley, organized a closing ceremony for the activities of the Ruad al-Ghad Club, which covered various fields, including activities, sporting and musical events, mathematics, and Arabic and English language, in which 60 male and female students participated from four government schools.

The ceremony was attended by the Director of Education, Mohamed al-Hawwash, his artistic director Basmat Salem, Mohamed Nujoum, council of the governorate, Wafaa al-Qadi, director of the women's development department in the governorate, Iyad Daraghma, Director of Public Relations for the Jericho Police, and directors of the civil organizations and institutions sponsoring the Ruad al-Ghad Club.

Al-Hawwash praised the supporters of the educational march in Jericho and the supporters of the Ruad al-Ghad Club, which came about as an initiative by the artistic deputy. This initiative was actualized by the sections of educational oversight, educational guidance, and the students' activities, at the cost of efforts of the teachers, who worked hard and expended efforts all through the period of the Club's work. He expressed his happiness for what the Club has accomplished.

On her part, Salem expressed her pride in the Club and the artistic sections that worked in it, affirming the importance of setting up these clubs "Through these, we aspire to achieve many goals in education, teaching, student personality development, and their artistic interests."

A show about the activities of the Club was presented through a recorded film, and the opinions of the students who participated in those activities were solicited. In addition, there were artistic portions presented including a chorale, a poem in English, a prose poster about Palestine, and songs in English. At the end of the celebration, the sponsoring institutions and personalities were honored.

**During a Workshop at the Headquarters of the Ministry of Culture**

## Tubas: Young Artists Scandalize Violations of the Occupation in the Northern [Jordan] Valley in Paintings

Tubas: Mohamed Balas: The day before yesterday, young artists and creative personalities pursued the practices of the occupation in the governorate of Tubas and the Northern [Jordan] Valley, in their own special way, and they painted the policy of causing thirst through artistic

painting, most of the colors of which were gloomy. They chose yellow to express plundering of water resources by the Hebrew nation and stealing Palestinian land.

Two young men and three young women drew paintings for the two occasions of the June debacle and World Environment Day. This happened during a workshop organized at the headquarters of the Ministry of Culture, upon the initiative of the Ministry of Media, in cooperation with the Ministry of Culture, with the participation of the town of Tubas, the Joint Council for Solid Waste Services, the Directorate of Agriculture, the Center for Social Development, the Hydrologists Group, the Environmental Quality Authority, the Developmental Work Center Maa, the Prisoner Club, and Radio Tubas.

The colors the youth Abdel Rahman al-Sudi used documented the sea, which he has never seen because of the occupation, in a painting crowded with pictures, birds, green trees, enticing waves and sand.

Al-Sudi said he was careful to make his painting express the thirst in the [Jordan] Valley, where the occupation steals the water, as they stole the sea.

Maysaa al-Sudi, however, summarized the equation of causing thirst, Judaization, and plundering, with colors which she described as desert yellow, in which indications of life are hidden, and which reflects the cruelty of thirst and drought.

Sanaa Daraghima condemned the occupation in her artistic work, and showed a shepherd at work at the most famous profession in Tubas and the [Jordan] Valley in a beautiful way, as he fully releases his rebab as he plays it. He is surrounded by green, and there are no colonies and military camps around him.

She said that her work goes against reality, since shepherds suffer tremendously, and are barely able to make a living. Everything is surrounded, and they dream of a normal life, free of worry, fear, and the severe shortage of water, just like it was before the occupation.

The youth Yahya Aweidat, despite his handicap which took away his freedom of movement, created a drawing of a tree stripped of its leaves, afflicted by drought, and devoured by yellow sand and thirst. At the top of its dry branches, there are scraps of clothing and the remains of used plastic bags.

Aweidat said, "The sky in the [Jordan] Valley is yellow, which is the opposite of its normal color. The scene of the dry surface, cracks in the ground, and the absence of the color green, cannot leave the imagination of any artist who wants to express the dark reality."

Risha Shurouq Draghima went back and forth between green and black, and drew a gloomy land out of which green hope shines forth, to give the message of a will that faces the challenges and insists on remaining.

She describes, "Among the green and the black, there is a huge space, but the ability to stand firm is better than the power of killing, driving back, and causing thirst."

The coordinator of the Ministry of Media in Tupas, Abdel Basit Khalaf, said that incorporating both the debacle and the day of the environment, and expressing them both through painting and creative expression, affirms that we are far from falling into the trap of comparison and falling into a pattern by putting the occupation, its aggression, and its assault on everything in the [Jordan] Valley on trial. It also presents a simple message to everyone, that does not have any expiration date, that can do a lot with its colors and the simplicity of its denuding, in the silence and asceticism of proclamation.

The Director of Culture, Abdel Salam al-Abed, said, "The artistic creativity of the youths who participated in the workshop has expressed the debacle as well as the many-faceted aggression to which the Palestinian citizens are exposed, as well as their hope for salvation, freedom, and greenness, in the sky, air, and water that the occupation cannot take away, nor upset its balance."

## Meeting in the Education [Directorate] of Bethlehem to Evaluate Accomplishments of Schools Directors and their Projects

Bethlehem, Al-Ayyam. The day before yesterday, the Directorate of Education in the Governorate of Bethlehem hosted the final evaluation to discuss the accomplishments and projects of the school directors participating in the diploma of educational leadership. This event was under the supervision of the National Institute for Training within the Ministry of Education and Higher Education, with support from the AMIDEAST and the participation of five government schools in the governorate.

The directors of the al-Nasira girls' elementary school, the al-Khulafaa al-Rashideen girls' elementary school, the al-Istiqlal girls' elementary school, the al-Audah girls' elementary school, the Dar Salah boys' secondary school made presentations about their projects and accomplishments during the current academic year.

The evaluation was attended by the Director of Education of Bethlehem Sami Muruwa, the Director General of the National Institute for training Dr. Shahinaz al-Far; the President of the Section of Resources; the trainer Marwan Bakir; and the supervisor of training at the National Institute, Maha Abu Surour, in addition to the artistic deputy director and heads of sections of oversight and public relations and a number of educational supervisors and school directors that participated in the program.

Muruwa expressed "his hope that what was taught be applied in the programs of school leadership in the field to raise the pedagogic reality [sic] in the governorate."

Al-Far explained that this evaluation meeting was one of the basic requirements to pass the school leadership program. The goal was evaluating the accomplishments and projects of the school directors which benefitted from the project of the network of model schools, in addition to other requirements in connection with the implementation of duties, effective participation in the training courses, learning sessions, and the environment of virtual learning.

She also expressed her admiration for the qualitative leap that this program added, in that it transformed school directors into field researchers. In addition, this program has a positive impact in terms of activating the use of technology in teaching and building effective internal and external relationships, which reflect positively on the benefit of improving the quality of teaching.

## Honoring students who participated in drawing the Mural of Peace in Jericho and Bethlehem

Jericho, Bethlehem: Al-Ayyam: The day before yesterday, the Directorate of Education in the Governorate of Jericho and the [Jordan] Valley and of Bethlehem honored students of the schools connected with UNESCO, and those who participated in the drawing the mural, "Peace in the eyes of children."

The honors ceremony in Jericho was attended by the Assistant Undersecretary for Educational Affairs in the Ministry of Education, Jihad Zakarna; his staff member, Mohamed al-Hawwash; Director of Education, Basmat Salem; Artistic Deputy, Sawsan al-Hadmi; Head of the General Teaching Section, Musa Abu Rumi; Head of the Public Relations Section, Muhammad al-Jabali; coordinator of the UNESCO schools; and Samia al-Sharbati, teacher.

In his speech, Zakarna congratulated the students for this honor, which came in appreciation for their creativeness and artistic gifts, and which helps to support and strengthen these gifts.

He referred to the importance of paying attention to these gifts, especially in the first stages of the life of a child. He believes that art is a lofty humanistic and educational message and that the responsibility will fall on the shoulders of these students to pass this message on to the rest of their colleagues.

Al-Hawwash believed that this honor supports the positive view of students, especially the creative ones and those who form the true nucleus for the generation of the future, which will raise the name of Palestine high in international circles.

The tribute included students of the Hisham bin Abdel Malik Secondary School and the Jericho Secondary Girls School, that participated in drawing the mural.

It is noteworthy that the Directorate of Education includes three schools affiliated with UNESCO, which implemented several environmental projects during this year, including the project of beautifying the school park.

In Bethlehem, Sami Muruwa, Director of Education in the Governorate of Bethlehem, honored a group of students of UNESCO-affiliated schools who participated in drawing the "Mural of Peace in the Eyes of Children under the Shadow of the Occupation," the work on which continued for four days.

[Not translated on this newspaper page: Ramallah township call for bids on IT equipment, an ad for a hotline for abused women, an announcement for summer school registration at Jerusalem Open University, an ad for vacancies at Beir Zeit University, a call for bids for agricultural equipment, two call for bids for hospital equipment at Hebron hospital, and a call for bids for an ACPA course.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

      Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

      Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Al-Ayyam Newspaper (June 9, 2012)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Al-Ayyam Newspaper (June 9, 2012)."

Dated: February 28, 2014

                 Adnane Ettayebi

ss.: New Jersey

On the 20 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

[Arabic newspaper page - الأيام - السبت 2012/6/9 - صفحة 4 أيام فلسطينية]

## طوباس: فنانون شباب يفضحون انتهاكات الاحتلال في الأغوار الشمالية بالرسم



## خلال زيارته منزل عائلة أسير في طوباس
## قراقع: الأسرى متمسكون بضرورة إنجاز المصالحة وإنهاء الانقسام

## لقاء في "تربية بيت لحم" لتقييم إنجازات مديري المدارس ومشاريعهم

## تكريم الطلبة المشاركين برسم "جدارية السلام" في أريحا وبيت لحم

## "تربية أريحا" تنظم الحفل الختامي لنادي رواد الغد



 



