# EXHIBIT A.603




*Al-Quds,* Local News p. 7, Saturday, June 9, 2012

**He takes medicine without knowing what sickness it is**

## Jordanian Prisoner Mor'i Abu Saida: Prison Takes Away His Freedom and His Jailer Deprives Him of All His Rights

Jenin: Report by Ali Samoudi: 43 year old Mor'i Subh Abu Saida, sits in one of the old parts of section no. 3 in the Nafha desert prison, so that the suffering continues to grind away the years of his life on a long trip of detention. Not only is he stripped of his freedom and deprived of his life, but he is also deprived of all his rights, even [the right] to see his family in the East Bank of the Jordan River. That is another picture of suffering that no one mentions, because it is away from cameras, satellites, and news media.

Between the walls of the old room, which is a fertile environment for all kinds of diseases, and where there are disgusting odors and harmful insects, the groans and pain of Abu Saida, age 43, from Zarqa, have continued since he was detained eight years ago. The Israeli prison administration made sure to inflict all sorts of punishments on him and neglect his rights, including isolating him and refusing to provide him with [medical] treatment.

In the face of his bitter reality, the lawyer of the Prisoners' Club was able to visit the Jordanian prisoner, who has been sitting in Israeli prisons since 2004, to respond to his screams as he endeavors to bring his case to light, especially his poor health condition and the cruel aggression that he was subjected to during his participation in the battle of the empty intestines that the prisoners have led.

### Bad Section

Prisoner Abu Saida said that the prison administration transferred him to the worst section of the prisons, along with 80 prisoners they had gathered from a number of prisons before the prisoners' strike, and they confined them in section no. 3, which is unsuitable for humans. He said, "I was moved within numerous prisons, but in Nafha, the situation is worse. The bad rooms in it don't have fans or basic needs for the prisoners, in addition to the fact that some problems prevent him from using sinks, electrical appliances, and health tools."

The prisoner said that the al-Furah courtyard is in terrible condition. It is full of holes which lead to painful consequences for the prisoners. He explained that recently, a prisoner fell in a hole and, as a result, injured his face and broke some of his teeth. The administration didn't lift a finger to fix this problem because it is eager to turn everything around the prisoner into daily suffering.

### Unknown Disease

The prisoner's lawyer said that Abu Saida lives in a state of fear and worry because he suffers from a disease, the name and reality of which the prison administration refuses to disclose. He said, "Two years ago, I started to suffer from pain in the joints and neck and a headache. I was neglected and delayed and my condition worsened. Then, I was given medicine." He added, "The strange thing is that I don't know the kind or name of the medicine I take, and they didn't tell me the nature of my disease despite that I suffering and in constant."

**Unjustified Aggression**

Despite his poor health condition, Prisoner Abu Saida, who received 11 life sentences, expressed his happiness at the visit and interest that he received from the [Prisoners'] Club lawyer, hoping that this represents the beginning of bringing his case to light and that pressure will be applied to help him get treatment and legal support in his complaint against the administration, which he submitted after he was subjected to a cruel and unjustified aggression.

Abu Saida told the lawyer of the Prisoners' Club that on the eighth day of the hunger strike in which he participated, on April 24th to be exact, that a number of the prison guards broke into the rooms [sic] where he was confined and without any reason beat his two fellow prisoners Ahmed al-Qudra from Gaza and Malik Bakirat from Jerusalem. He adds, "The rest of the prisoners and I began to shout and protest, so two prison guards attacked me, threw me to the ground on my stomach, and tied my hands behind my back. Some of them sat on me until I was completely unable to move."

The prisoner continues, "At that time, there were large police units and strange suppression forces from outside the prison spread throughout the section, and some of them took part in beating my head against the floor continuously and violently, despite the fact that I was on a hunger strike and my health condition was already difficult."

Abu Saida continues telling his story to the Club lawyer, "I started to choke and had trouble breathing, but they continued beating us (Bakirat, al-Qudra, and me) until I almost completely lost consciousness. I suffered blurred vision, and the two [other] prisoners suffered various injuries. Despite this, they refused to treat us."

The scene did not end there. The attack had extreme effects on their bodies, but the administration refused to treat them. He says, " We suffered for days without any sort of treatment. They even refused to provide us with cold water bandages[sic]. Despite all that, we refused to give up and continued the strike until the agreement was signed."

The Prisoners' Club lawyer said that Abu Saida described his health situation now as being almost better, except that he often feels pressure in his chest since the accident. When a Jordanian Embassy representative visited him recently, he informed him of the situation and asked him to follow up on the subject. He imploring the Club to raise the issue, because he and

his companion Malik Bakirat have decided not to back down from the complaint that they made against the Department of Prisons, protesting what happened to them.

### Terrible Conditions

Abu Saida affirmed that the policy of the administration has not changed since the strike, and that the prisoners 'condition in that section are worse. There are not enough fans and the situation in the Cantina is similar, in that there is no yoghurt, wheat, or dates, and almost no milk. He said that after the strike, the prisoners found only half a liter of milk, despite the fact that they needed extra quantities after the strike.

### Raising the Issue

Abu Saida pointed out that during the visit of the representative from the Jordanian Embassy to him last week, he raised the concerns and problems that he and the rest of the Jordanian prisoners were suffering from, especially the issue of visits. He said that the prison administration refuses to allow their families to visit them, and the negative impact of not being able to see his family has on him, especially his only son.

The prisoner encouraged Jordan's King Abdullah II to instruct the relevant authorities to follow up on the case of the Jordanian prisoners and not spare any effort to guarantee their families regular visiting [privileges, just like the rest of the prisoners. He urged Mr. Qaddoura Faris, president of the Prisoners' Club, to follow up on the issue and form a legal committee to raise the issue against the Prisons Service, because the decision to prohibit visits violates all international practices and laws.

## Mansour: Israel Chose to Entrench the Occupation and Undermine the Possibilities for Making Peace

New York-Wafa – Ambassador Riad Mansour, permanent observer for Palestine at the United Nations in New York, said that, instead of acting according to international law and the United Nations resolutions which call for it to put a stop to its 45 year old military occupation of Palestinian land, Israel has chosen to entrench this occupation and undermine the possibilities for making peace between the Palestinian and Israeli peoples.

The above statement came in new identical letters that Ambassador Mansour sent to the President of the Security Council (China), the President of the General Assembly of the United Nations, and the Secretary-General of the United Nations.

In his letter, Ambassador Mansour condemned Israel's continuing in its policies and illegal settlement activities in all parts of the occupied Palestinian territories, including East Jerusalem, as a flagrant defiance of international law.

He referred to Israel's announcement of its plans to build thousands of new settlement units in occupied Palestinian land, in flagrant violation of international law and practices, immediately after its attempt to deceive the international community by undertaking special measures to delegitimize some so-called pockets of settlement.

He affirmed that all settlements and infrastructure connected with it, including the fence, are unlawful, regardless of where they are built in the occupied Palestinian territories, including East Jerusalem.

He called on the international community to firmly and strongly condemn and rejecting all unlawful Israeli settlement activities in the occupied Palestinian territories, including East Jerusalem, regardless of the excuses given by the Israeli government.

He said that international community, including the Security Council, must work together responsibly, to take practical measures to force Israel, which is the occupying power, to stop this unlawful campaign, and to call it to account for its violations and for obstructing peace efforts.

Ambassador Mansour reaffirmed Palestine's commitment to reach a comprehensive and just peace on the basis of international legitimacy resolutions and the authorities of the peace process, as opposed to what Israel demonstrates on a daily by its actions and practices that threaten the possibility of reaching a two-state solution.

At the end of his letters, he called the attention of the international community to the difficult conditions under which the Palestinian prisoners are living in the prisons of the occupation. He specifically mentioned the critical health condition of Prisoners Mahmoud al-Sirsak and Akram al-Rikhawi.

Ambassador Mansour called again on the international community to bear its moral and legal responsibilities to save prisoners' lives, which are threatened continually because of the policies of the oppressive and brutal occupying power. He added that Israel must respect all its legal obligations, including the provisions of international humanitarian law, and release all Palestinian prisoners and detainees.

[photo caption: Jerusalem - Part of a march organized by residents of the Sheikh Jarrah neighborhood and Israeli and foreign activists in the neighborhood against the settlement attack and the confiscation of homes. Photography: Mahmoud Alayian]

## U.N. Report: Palestinian Bedouins Communities are being Harmed by the Violence of Settlers

Ramallah: Wafa: The Protection of Civilians Weekly Report of the United Nations' Office for the Coordination of Humanitarian Affairs in the Palestinian Territories, which covers the period

between May 30 and June of this year, showed that communities of Bedouins are being harmed by violence of settlers.

The report mentioned several attacks carried out by the settlers this week, all of which led to damage to property, without leaving any human casualties. In one of these incidents, settlers destroyed pipes that supply water for five Bedouin communities in the region of Khan al-Ahmar around Jerusalem, which had a negative impact on supply of drinking water for 100 families and more than 2,000 head of cattle.

Khan al-Ahmar is considered one of 20 Palestinian communities surrounding Jerusalem in danger of deportation from the region as part of the Israeli "resettlement" plan. The vast majority of this region is planned for expansion of the Ma'ale Adumim settlement, (or the so-called East 1 plan).

In Khirbat Tana, another Bedouin community in the governorate of Tubas, settlers clashed with a group of Palestinian farmers. The Israeli forces intervened and detained five Palestinians.

The report showed the extent of the harm done to Bedouin communities in the Jordan Valley, caused by the destruction and forced displacement. On June 5 of this year, the occupation authorities issued immediate expulsion orders against four families (consisting of 25 people, including nine children), who lived in the Bedouin community of Hammamat al-Maleh in the Jordan Valley, in a region that was declared a closed military zone, or a "firing zone" to prepare for a military training in the area. The families were ordered to dismantle their buildings immediately and move 500 meters from their original location.

The occupation forces destroyed three buildings, while the families were forced to dismantle at least four other buildings. It is noteworthy that approximately 56% of the region of the Jordan Valley and Dead Sea has been designated as closed military zones, or "firing zones." Roughly 3,400 citizens live permanently or partially in these closed zones, and they are threatened by the danger of forced displacement.

In the northern part of the Jordan Valle, the occupation authorities also destroyed livestock folds in the community of Bardala, on the pretext that they had not obtained Israeli building permits, thereby harming the livelihood of about 30 citizens.

In the Gaza Strip, the report showed a new escalation of violence, which led to injuries among citizens following five weeks of relative calm. A new wave of armed clashes and air raids led to human casualties and damage to property.

This week, the Israeli army continued to impose its restrictions on Palestinians who want to go to areas that are close to the fence or to sea areas those three nautical miles from the shore. In this regard, Israeli forces opened fire toward Palestinian regions near the fence in at least three

incidents, causing a fire in the wheat crop. In addition to that, Israeli forces carried out two invasions inside the Gaza Strip this week and detained a Palestinian man. Similarly, the Israeli Navy fired warning shots on five occasions this week in the direction of Palestinian fishing boats and forced them to return to shore.

Occupation forces forced four fishermen to swim toward Navy boats and then took them in for questioning inside Israel. The report showed the effect of the shortage of electricity and fuel on the residents of the [Gaza] Strip, which hinders the daily life of most residents of the [Gaza] Strip, who suffer from power outages for up to 12 hours a day since about the beginning of the year, because the Gaza power plant was only able to produce about a third of its operating capacity (25 megawatts out of a total of 80 megawatts) due to a lack of fuel supply.

The report pointed that limited quantities of fuel still enter the Gaza Strip via the tunnels that lie under the borders between Egypt and Gaza (about 25% less than the supply levels that were common before December 2011, in other words, before the fuel crisis). To make up for this continuous shortage, private companies in Gaza import fuel, including gasoline and diesel fuel, from Israel, despite the fact that the price of fuel purchased from Israel cost twice as much as the fuel transported from Egypt.

The Association of Fuel Stations Owners in Gaza said that almost all the 180 fuel stations work only at partial capacity for several hours because of the shortage of fuel, and reported long lines at fuel stations.

## Arrest of Four Settlers for Destroying a Pipe that supplied water to the Bedouins in Khan al-Ahmar

Tel Aviv – Haaretz newspaper said yesterday that police officers of Samaria and Judea had arrested four settlers on the charge of destroying a pipe that supplied water to the Bedouins in the region of Khan al-Ahmar, east of Jerusalem.

The four settlers were arrested last Sunday night in the same place where the pipe was destroyed after the Bedouins called the police.

Haaretz newspaper learned from the Samaria and Judea police that the four were released after restrictions were imposed on them, and that the case was transferred to the public prosecutor for the purpose of preparing a charge sheet. It is worth mentioning that about one hundred families have been relying on this pipe since 1983.

Eid Abu Khamis, one of the residents of the region, told the newspaper that this is not the first time that the pipe was destroyed. Unknown individuals destroyed it five times last May, forcing the residents to guard it. He said that a silver Nissan arrived at the location on Sunday about midnight and three armed men got out of it, carrying saws and big shears. The two guards were

afraid to approach them to stop them from destroying the pipe, so they called the police. The car managed to leave the area and headed toward First Street. The police stopped it at the Mishor Adumim intersection.

The same night, the police came to take peoples' testimonies and photographed the destroyed pipes. The problem was only fixed last Wednesday and residents were forced to buy new parts (with the help of the [United Nations] Relief [and Work] Agency for [Palestinian] Refugees). Mekorot, the company responsible for the water pipe, installed it and the parts were returned to the residents of Khan al-Ahmar, but they were unusable. In May, after the pipe was destroyed several times, the residents were forced to transport water from the Mishor Adumim Industrial Zone by tractors and donkeys. One night late last week, the Bedouins witnessed the same Jeep and people throwing something in the water well (a natural spring) used to water the cattle. Concerned that the well was poisoned, they notified the police and asked that the water be tested. However, according to them, they have gotten no response so far, and are afraid to use this water.

## Citizen Injured in a Traffic Accident South of Jenin

Jenin - Ali Samoudi - A citizen was injured because in a traffic accident that happened yesterday in the town of Mithlun south of Jenin. According to a report by the Civil Defense's Administration of Public and Humanitarian Relations, first responders hurried to the scene of the accident as soon as it was reported. The accident involved two vehicles. The report added that the rescue crews pulled the injured citizen out of the car and gave him first aid. He was then placed in an ambulance and transported to the hospital, where his injury was described as moderate. The report said the civil defense crews removed the oil and the glass out of the way of the traffic.

## Qaraqe' Visits the Family of Prisoner Nasser Shawish in Tubas

Jenin - Ali Samoudi: The Minister of Detainees and Ex-Detainees Affairs passed on greetings from President Mahmoud Abbas, the leadership, and the Palestinian government to the family of prisoner Nasser Shawish in the governorate of Tubas. On May 25, 2012, Shawish started a hunger strike along with ten other prisoners in support of ending the division and promoting national reconciliation.

Qaraqe' believes that the prisoners are always the vanguard of national unity, and that they share with their leadership and their people the responsibility for turning over the dark page of division. They are starting a hunger strike to put pressure on all sides to accomplish the reconciliation project, because of its importance in accomplishing the Palestinian national project, and to stand side by side to oppose Israeli policies. He read a statement by ten prisoners in the Jalbu' prison, in which they announced an open-ended hunger strike in support of the

reconciliation efforts and as a message to all parties to shoulder their national and moral responsibilities in order to put an end to the tragedy of the division, which has lasted too long.

The statement said, "The prisoners will continue their hunger strike until the train of reconciliation arrives at the final station to end the division, even if one of them falls as a martyr in the path of the unity of our people." They added, "We have chosen this timing in particular to coincide with the beginning of the wheel of reconciliation so that everyone who thinks about derailing the reconciliation process can understand that we will not permit that, even if the price is our lives. We decided to put our lives in real danger to hold the leaderships of the Palestinian people accountable, so that they will be put to the test."

The prisoners emphasized support for the efforts of the President Abu Mazen and all his sincere steps to end the division, calling all factions of the Palestinian people to take to the streets carrying pictures of the martyrs, and remember their sacrifices for the sake of the national project, which is being assassinated [sic] by the division.

The statement was signed by a number of prisoners who are on strike, namely Nasser Shawish, Abdel Azim Abdel Haq, Abdel Rahman Uthman, Ahid Nasasira, Mohamed Hamama, Isam Zeyn al-Din, Nasser Abu Kishik, and Bilal Bahlul.

**During the Visit by a Lawyer from the Ministry of Detainees Affairs**

## Abu al-Sisi Demands That the Egyptian Leadership Intervene to Stop His Isolation and Threatens to Strike

Jenin - Ali Samoudi – Prisoner Darar Abu Sisi (42), who is isolated in solitary confinement in the Ashkelon prison, demanded that the Egyptian leadership intervene and put pressure on Israel to implement the agreement to end the isolation of all prisoners and to transfer him immediately to the general sections. He threatened to announce an open hunger strike if he continues to be isolated.

During his visit to prisoner Abu Sisi yesterday, lawyer Karim Abu Ajwah, from the Ministry of Detainees' and Ex-Detainees' Affairs, said, "If he remains isolated in the same section with criminal prisoners, that to him, in and of itself, is torture, an expression of severe punishment, and taking revenge on him."

This prisoner, who has been isolated since he was kidnapped by the Israeli authorities from Ukraine on February 18, 2011, told the Ministry lawyer that he was treated was very badly in solitary confinement, and that he has been deprived of books and newspapers and prohibited from everything.

He said, "I protested and demanded that the administration check why I am kept in isolation. The Deputy Director of the Ashkelon Prison told me that my continued isolation was based on a decision by Israeli Intelligence."

He mentioned that he was subjected to intentional medical neglect in isolation, and he asked to undergo medical tests, but his request was not honored. He said that for more than a month, he has had no [blood] pressure tests, although he is sick and takes medicine for [blood] pressure.

Abu Sisi said that he suffers from a heart problem and a back cartilage problem, severe anemia, kidney stones, [problems with his] gall bladder, and a problem in his respiratory system that has gotten worse since he was transferred to solitary confinement in the Ashkelon prison because of the severe humidity in the cell in which he is confined. In addition, he suffers from migraines, which cause him unbearable pain in the head. Recently, he has begun to suffer from high blood sugar levels.

The lawyer from the Ministry of Detainees affirmed that Abu al-Sisi continues to return one meal per day. He told him that he will increase that to returning all meals if he remains in solitary confinement, calling on all organizations to speak out about his continued isolation, and asking the Egyptian leadership, the party sponsoring the prisoner agreement, to shoulder its responsibility, especially since he was listed as one who must be taken out of isolation.

It is noteworthy that Prisoner Abu Sisi was kidnapped from Ukraine on February 19, 2011. He is married and the father of six children. Before he was detained, he worked as deputy director of the power plant in the Gaza Strip, and earned a doctorate degree in power plant engineering. He was born in Jordan and settled in the Gaza Strip in 1999. He requested a family reunification, but the Israeli authorities rejected his request. Later, he was issued a temporary Palestinian passport valid for travel only in 2010. He went to Ukraine along with his family to visit his brother, whom he had not seen for many years, where he was kidnapped and detained.

[Not translated on this page: ad for a router, ad for a radio station, beauty products ad, and a hotel ad.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Al-Quds Newspaper (June 9, 2012)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Al-Quds Newspaper (June 9, 2012)."

Dated: February 28, 2014

[signature]
Adnane Ettayebi

ss.: New Jersey

On the 26 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

C Flores

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

# قراقع يزور عائلة الاسير ناصر الشاويش في طوباس



خلال زيارة محامي وزارة الأسرى له

# ابو السيسي يطالب القيادة المصرية بالتدخل لوقف عزله ويهدد بالاضراب

# تقرير أممي: تضرر التجمعات البدوية الفلسطينية بسبب عنف المستوطنين

يتناول دواء دون معرفة مرضه

# الاسير الاردني مرعي ابو سعيدة السجن يسلبه حريته والسجان يحرمه كافة حقوقه

# منصور: إسرائيل اختارت ترسيخ الاحتلال وتقويض احتمالات إنجاز السلام

# اعتقال اربعة مستوطنين بتهمة تخريب انبوب يزود البدو في الخان الاحمر بالمياه

# إصابة مواطن في حادث سير جنوب جنين






أسعار الصيف ابتداء من 6/1-6/30 و من 7/20-8/20

| غرف فندقية | من الأحد إلى الأربعاء: ليلة | ليلتين | ثلاث ليالي | من الخميس إلى السبت: ليلة | ليلتين | ثلاث ليالي |
|---|---|---|---|---|---|---|
| غرفة مفردة | 300 | 530 | 750 | 350 | 650 | 1000 |
| غرفة مزدوجة | 350 | 650 | 950 | 450 | 800 | 1050 |
| عائلية | 700 | 1300 | 1800 | 750 | 1400 | 2000 |

| الشاليهات | من الأحد إلى الأربعاء: ليلة | ليلتين | ثلاث ليالي | من الخميس إلى السبت: ليلة | ليلتين | ثلاث ليالي |
|---|---|---|---|---|---|---|
| شاليهات لأربعة أشخاص | 700 | 1300 | 1800 | 800 | 1500 | 2100 |
| شاليهات لشخص أو شخصين | 500 | 990 | 2550 | 550 | 1050 | 1450 |

- يمكن إضافة شخص اضافي في الغرفة او الشاليه بزيادة 50 شيكلا شامل وجبة الفطار.

للحجز أو الإستفسار الرجاء الإتصال على:

هاتف رقم 02 - 2321255 أو فاكس رقم 02 - 2322187/89

أو البريد الإلكتروني: reservation@jerichoresorts.com

زوروا موقعنا الإلكتروني: www.jerichoresorts.com




فقط ب 99.9 شيكل

احصل على راوتر لاسلكي TP-Link

خاص لمشتركي انترنت سوبر لينك

للاستفسار 1700120120

سوبر لينك