# EXHIBIT A.604



## Prisoner Nasser Shawish - we need nothing except freedom, which will not be achieved except by standing side by side

Mandela: "Prisoner Nasser Shawish - we need nothing except freedom, which will not be achieved except by standing side by side, and the Israeli authorities refuse to bring him together with his crippled brother in the same prison."

For immediate publication

July 18, 2011

Subject to punishment measures, prisoner Nasser Jamal Shawish, the most notable leader of the al-Aqsa Martyrs Brigades, lives deprived of being able to see his two brothers, who are detained. For the sixth consecutive year, the prisons administration continues to forbid him from continuing his university studies, and imposes limitations and arbitrary punishments upon him as part of a policy of revenge for his role and his nationalist activism before and during his detainment.

During a visit by lawyer Buthaina Duqmaq, president of the Mandela organization for caring for prisoners and detainees' affairs, to Shawish, who is in Shatta prison, he noted that the occupation continued to deprive him and dozens of prisoners from continuing their university studies, which is their legitimate right, under flimsy excuses and pretexts. The purpose of that, as he said, was to annoy the prisoners, isolate them, and take away their combative, patriotic, and academic feelings, despite the fact that their right to study is guaranteed under the law of the department of prisons. However, the administration issued unjust decisions by depriving a large number of prisoners of this right. He demanded that a solution be found for the issue of depriving prisoners of higher education, and that a specialized legal committee be formed to take legal action against the department of prisons.

The only thing that we are missing is freedom

Duqmaq stated that prisoner Shawish, who comes from the city of Tobas and was born in 1975, was pursued by the occupation during the al-Aqsa intifada and was detained on June 3, 2002. He was sentenced to life in prison and is the father of two children. He was moved between several detention centers and obtained his high school diploma while in detention. He loves writing poetry and studying Arabic literature through books inside the detention center. During Duqmaq's visit, Shawish said to her, "The only thing that we are missing is freedom, and that will only be achieved by standing side by side and pulling together to continue the march toward establishing our nation with full sovereignty and with the holy city of Jerusalem as its capital."

Implementation of the Reconciliation Agreement

Prisoner Shawish, one of the leaders of the al-Aqsa Martyrs Brigades, the military wing of the Fatah movement, expressed the optimism of the prisoners following the signing of the reconciliation agreement between Fatah and Hamas.

He said, "We give our blessing to this reconciliation, and consider it to be our hope and our dream as a whole people, and ends the black era. We support a speedy formation of the Palestinian government and we stand behind the Palestinian leadership in confronting the Israeli arrogance."

He added, "As prisoners, we urge our people and all the forces to gather around the Palestinian leadership, in order to stand side by side in one line in the face of Israeli plans, and to move quickly to head to the United Nations General Assembly to accomplish the September entitlement, because that is the best choice for the Palestinian issue. Even American president Obama, in his speech before AIPAC, was totally on Israel's side, but at the cost of historically legitimate rights. Therefore, we urge all Palestinian people to support the Palestinian leadership, so it can rise to the occasion, impose our agenda and our cause, and achieve our just, legitimate rights.

Prisoner Shawish expressed the esteem that the prisoners have for the position and movement of the Arab youth, hoping that it would serve the Palestinian cause. He continued, "We have great hope in the Arab change and we call on the youth of the Arab Spring to respond to Netanyahu's speech, in which he tried to sell himself as a leader of these blessed Arab revolutions."

The Situation of Sick Prisoners

During his talk with lawyer Duqmaq, prisoner Shawish pointed out the deteriorating conditions of the sick prisoners and the prison administration's neglect to provide them with [medical] treatment. He said, "There is a systematic neglect from the prison clinic, and there is no real care for sick prisoners. The physician prescribes drinking water as a treatment for all cases of sickness."

Shawish mentioned that one of the prisoners had started to suffer from problems in his ears after water leaked into them, and because the administration refused to treat him, the prisoners take it upon themselves to apply folk remedies. They heat oil and use it to treat him, but that is not enough. Sick prisoners need a widespread campaign to force the administration to treat them.

Palestine Television

Shawish called on Palestine Television to give the issue of the prisoners a considerable amount of air time and a broader share of its programming and coverage. He said, "There is no real interest in prisoners, and we only notice a great effort in the show 'Li Ajlikum' (For your sake), which we hope becomes a daily feature and is [not] limited to one episode, and dedicate other

programs that put our cause in its true place, support our rights, express our message, and focus on the families of the prisoners from Gaza who are deprived of their visits."

Brothers separated by prison

But there is more to the story of Nasser. In addition to his detention, his two brothers Khaled and Mohamed are confined in the prisons of the occupation. Despite the three brothers' efforts to be together in the same prison, the prison administration still refuses [to put them together], despite Khaled's desperate need of his brothers' support and care, since he is paralyzed and handicapped after being shot by the occupation forces.

As for their mother, Hajja Tarab Umm Adel, who is over sixty years of age, despite traveling to prison gates to visit her three sons whom the occupation has deprived her of, her main concern, and fear is the deteriorating health conditions of Khaled (32) and the prison administration's neglect to provide him [medical] treatment.

She said, "We live in a perpetual state fear for the life of my son, who is considered a resident at the hospital of al-Ramlah, but in reality, the administration does not provide him the required treatment. Despite the protests and the demand for the medical committee to be brought in to follow up on his situation, they neglect his case and refuse to allow anyone to examine him and assist him. Thus, Khaled's case is my biggest concern and my wound." She added, "Musa was martyred in 1992, but I only felt pain and sadness for Khaled's destiny and cruel life."

Khaled, the Fighter

In the early years of his life, Khaled began the march of fight and sacrifice. This is why the occupation punishes him continuously, to take revenge on him because of his fighting and his patriotic positions. In the first intifada, he was a founder and the leader of the Black Panther. When the second intifada broke out, the occupation forces listed his name on the most wanted list and he was the subject of many assassination [attempts].

His wife, Umm Qatibah, said, "During the two intifadas, Khaled was pursued and targeted until the occupation forces were able to wound him in Ramallah when they invaded the city in 2002. He fought against the occupation forces alongside the resistance fighters, and was hit in his hand and spinal column by an Israeli 500-caliber bullet, which left him paraplegic. After being unconscious for 72 days, he was miraculously saved from death, and the doctors decided to insert a platinum implant in his body." She added, "The occupation forces continued to pursue him, since he was considered one of the founders of the al-Aqsa Martyrs Brigades in the West Bank." While he was disabled, he lived next to the late President Abu Ammar in the compound and remained with the President while the compound was under siege. During its siege of the compound, the occupation demanded that Khaled be handed over, but President Abu Ammar

refused to hand him over, since he was a pursued man and a resistance member who fought for his land and his country, and he considered him as one of his sons.

Detainment and Suffering

Khaled continued his treatment at the Abu Riya Hospital, while the occupation continued to setup ambushes for him, until he was finally detained on June 25, 2005, in a special operation. He was led to the prison without his electric wheelchair and the occupation soldiers put him on an iron [wheel]chair. After four months of questioning, he was moved to the al-Ramlah prison hospital. There, despite his medical condition and his handicap, the hospital administration did not take his condition into account, nor did they give him any treatment. They only gave him Acamol pills, which did him no good.

Umm Qatibah said that Khaled lives in a tragic situation. He still has shrapnel in his side, close to his spinal column and spinal cord. He was unable to have any surgery on the spinal cord because it would affect him greatly and might lead to total paralysis. Now he is not taking any medicine. Despite his need for special shots to treat the shrapnel inside his body, the administration refuses to provide him with those shots She added, "For the fourth year in a row, the administration continues to refuse to give him those shots, and always subjects him to punishments and search. They even prevent him from giving gifts to his four children. The administration also refuses to allow any items that he needs, that his family sends him, to be brought in.

Lately, the Israeli punishments have been extended to Khaled's wife and his eldest son, Qatibah. The occupation authorities have refused to allow them to visit him for a year, on the pretext of security.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Arab Network for Human Rights Information, Nasser Shawish (July 17, 2011)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Arab Network for Human Rights Information, Nasser Shawish (July 17, 2011)."

Dated: February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Adnane Ettayebi

ss.: New Jersey

On the 26 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914

## الاسير ناصر الشاويش لا ينقصنا الا الحرية التي لن تتحقق الا من خلال وحدة الصف

مانديلا " : الاسير ناصر الشاويش لا ينقصنا الا الحرية التي لن تتحقق الا من خلال وحدة الصف والسلطات" الاسرائيلية ترفض جمعه مع شقيقه المقعد في سجن واحد



للنشر الفوري
18/7/2011

رهن الاجراءات العقابية يعيش الاسير ناصر جمال الشاويش ابرز قادة كتائب شهداء الاقصى محروما من رؤية شقيقيه المعتقلين وللعام السادس على التوالي تواصل ادارة السجون منعه من مواصلة دراسته الجامعية وتفرض عليه قيودا وعقوبات تعسفية كجزء من سياسة الانتقام بسبب دوره ونشاطه الوطني قبل وخلال اعتقاله .
وخلال زيارة المحامية بثينة دقماق رئيسة مؤسسة مانديلا لرعاية شؤون الاسرى والمعتقلين للشاويش القابع في سجن شطة اشار الى استمرار سلطات الاحتلال بمنعه والعشرات من الاسرى من مواصلة حقهم المشروع في الدراسة في الجامعات تحت ذرائع وحجج واهية هدفها كما قال التضييق  على الاسرى وعزلهم وتفريغهم من محتواهم النضالي والوطني والاكاديمي ، رغم ان قانون مصلحة السجون يكفل لهم ذلك الحق ولكن الادارة اصدرت قرارات جائرة بحرمان عدد كبير من الاسرى من هذا الحق ، مطالبا بحل قضايا الاسرى الممنوعين من الدراسة العليا وتشكيل لجنة قانونية متخصصة لرفع قضايا ضد مصلحة السجون .



لا ينقصنا سوى الحرية
وافادت دقماق ان الاسير الشاويش الذي ينحدر من مدينة طوباس وولد عام 1975 وتعرض للملاحقة من الاحتلال خلال انتفاضة  الاقصى واعتقل في 3/6/2002 وحكم عليه بالسجن المؤبد وهو والد لطفلين ، وتنقل بين عدة معتقلات وحصل على الثانوية العامة في المعتقل ويهوى كتابة الشعر ودراسة الادب العربي من خلال الكتب داخل المعتقل ، وقال لها خلال زيارته " لا ينقصنا الا الحرية والتي لن تتحقق الا من خلال وحدة الصف ورص كل الطاقات لنواصل المسيرة نحو اقامة دولتنا كاملة السيادة وعاصمتها القدس الشريف".
تطبيق اتفاق المصالحة
وعبر الاسير الشاويش احد قادة شهداء الاقصى الجناح العسكري لحركة فتح عن تفاؤل الاسرى عقب  توقيع اتفاق المصالحة بين حركتي فتح وحماس .
وقال نبارك المصالحة التي تعتبر املنا وحلمنا ككل شعبنا لانهاء الحقبة السوداء ، ونؤيد تسريع تشكيل الحكومة الفلسطينية ونشد على يد القيادة الفلسطينية في مواجهة الغطرسة الاسرائيلية .
واضاف "كاسرى نطالب جماهير شعبنا وكل القوى بالالتفاف حول القيادة الفلسطينية للوقوف صفا واحد في وجه مخططات اسرائيل ، والاسراع في التوجه الى الجمعية العمومية للامم المتحدة لانجاز استحقاق ايلول لان ذلك هو الخيار الاسلم للقضية الفلسطينية لانه حتى الرئيس الامريكي اوباما في خطابه امام "الايباك" انحاز انحيازا تاما لاسرائيل ولكن على حساب الحقوق المشروعة تاريخيا ، لذلك نناشد كل الشعب الفلسطيني دعم القيادة الفلسطينية لترتقي لمستوى الحدث وفرض اجندتنا وقضيتنا وانجاز حقوقنا العادلة والمشروعة .
وعبر الاسير الشاويش عن اعتزاز الاسرى بموقف وحراك الشباب العربي متأملا ان يكون في صالح دعم القضية الفلسطينية ، واستدرك يقول املنا كبير في التغيير العربي ونطالب شباب الربيع العربي بالرد على خطاب نتنياهو الذي حاول تصدير نفسه وكأنه قائد لهذه الثورات العربية المباركة .
اوضاع المرضى
وخلال حديثه للمحامية دقماق ، اشار الاسير الشاويش الى تدهور اوضاع الاسرى المرضى واهمال ادارة السجون لعلاجهم ، وقال " هناك اهمال مبرمج من عيادة السجن ولا توجد اية رعاية حقيقية للمرضى ، والطبيب يصف لكل الحالات المرضية شرب الماء كعلاج " .
وذكر الشاويش ان احد الاسرى بدأ يعاني من مشاكل في اذنيه بعدما تسربت المياه اليها ، وبسبب رفض الادارة علاجه فان الاسرى يتولون ذلك بالوصفات الشعبية ، حيث يقومون بتسخين الزيت ومعالجته فيها ولكن غير كاف ، والمرضى بحاجة لحملة واسعة لالزام ادارة السجون بعلاجهم .
تلفزيون فلسطين
ودعا الشاويش تلفزيون فلسطين لمنح قضية الاسرى مساحات واسعة وحيزا اوسع في برامجه ومتابعته ، وقال " لا يوجد هناك اهتمام حقيقي بالاسرى وفقط نلمس الجهد الكبير في برنامج "لاجلكم " الذي نأمل ان يصبح يوميا وان يقتصر  على حلقة واحدة وتخصيص برامج اخرى تضع قضيتنا في مكانها الحقيقي وتنتصر لحقوقنا وتعبر عن رسالتنا والتركيز على اهالي اسرى غزة المحرومين من الزيارات
اشقاء فرقهم السجن
لكن لحكاية ناصر بقية وتفاصيل اخرى ، فاضافة له يقبع في سجون الاحتلال شقيقيه خالد ومحمد ، ورغم جهود الاشقاء الثلاثة لجمعهم في سجن واحد ما زالت ادارة السجون ترفض رغم حاجة خالد الماسة لمساعدة ورعاية اشقائه كونه يعاني من شلل واعاقة نجمت عن اصابته برصاص الاحتلال .
ورغم تنقلها على بوابات السجون لزيارة ابنائها الثلاثة الذين حرمها الاحتلال منهم فإن اكثر ما يثير قلق وخوف الوالدة الحاجة طرب " ام عادل" التي تجاوزت

العقد السادس الوضع الصحي المتدهور لخالد (32 عاما ) واهمال ادارة السجون علاجه .

وقالت "نعيش الخوف الدائم على حياة ابني الذي يعتبر مقيما في مستشفى الرملة ولكن في الحقيقة لا توفر له الادارة العلاج المطلوب ورغم الاحتجاج والمطالبة بادخال لجنة طبية لمتابعة وضعه فانها تهمل حالته وترفض السماح لاحد بفحصه ومساعدته لذلك تعتبر قضية خالد همي الكبير وجرحي . واضافت أستشهد ابني موسى عام 1992 ، ولكن لم اشعر بألم وحزن الا على مصير وحياة خالد القاسية " .

خالد المناضل

وفي سنوات عمره الاولى بدأ خالد مسيرة النضال والتضحية لذلك يعاقبه الاحتلال بشكل مستمر للانتقام منه بسبب نضالاته ومواقفه الوطنية ، ففي الانتفاضة الاولى كان من مؤسسة وقائد مجموعات الفهد الاسود ، وعندما اندلعت الانتفاضة الثانية ادرجت قوات الاحتلال اسمه ضمن قوائم المطلوبين وتعرض لعدة اغتيالات .

وقالت زوجته "ام قتيبة " عبر الانتفاضتين عاش خالد مطاردا ومستهدفا حتى تمكنت قوات الاحتلال من اصابته في رام الله فعندما اجتاحتها خلال عام 2002 تصدى لها مع المقاومين واصيب برصاصة اسرائيلية من عيار رشاش 500 في يده والعمود الفقري مما ادى الى اصابته بشلل نصفي ، وبعد اصابته بغيبوبة لمدة 72 يوما نجا من الموت باعجوبة ، وقرر الاطباء زراعة بلاتين له . واضافت استمرت قوات الاحتلال بمطاردته كونه يعتبر أحد مؤسسي كتائب شهداء الاقصى في الضفة العربية ، وعاش وهو مقعد بجانب الرئيس الراحل ابو عمار بالمقاطعة وبقي مع الرئيس حتى خلال محاصرته المقاطعة ، وطالب الاحتلال اثناء محاصرته المقاطعة بتسليم خالد لكن الرئيس ابو عمار رفض تسليمه كونه مطاردا ومقاوما في سبيل ارضه ووطنه واعتبره كأحد ابنائه .

الاعتقال والمعاناة

استمر خالد في العلاج في مستشفى ابو ريا ، بينما واصل الاحتلال نصب الكمائن له حتى اعتقل في 25/6/2005 في عملية خاصة وجرى اقتياده للسجن دون كرسيه الكهرباني وتم وضعه على كرسي حديدي من قبل جنود الاحتلال ، وبعد التحقيق لمدة 4 أشهر جرى نقله لمستشفى سجن الرملة وهناك وعلى الرغم من وضعه الصحي وكونه مقعدا لم تراع ادارة المستشفى وضعه ولم تقدم له العلاج فهي تزوده فقط بحبوب الاكامول التي لا تجدي نفعا .

وقالت " ام قتيبة " ان خالد يعيش حالة مأساوية فما زال يعاني من وجود شظايا داخل خاصرته وقرب العمود الفقري والنخاع الشوكي ولم يتمكن من إجراء اية عملية في النخاع الشوكي لانها ستؤثر عليه كثيرا وقد تؤدي لشلل كامل ، وحاليا لا يتعاطى اي دواء ، ورغم حاجته لابر خاصة لعلاج الشظايا الموجودة في جسده لكن الادارة ترفض توفيرها .

واضافت وللعام الرابع على التوالي ما زالت الادارة ترفض منحه الابر ويتعرض دوما للعقوبات والتفتيش وحتى انهم يحرمونه من اخراج الهدايا لابنائه الاربعة ، كما وترفض الادارة السماح بادخال اي احتياجات من عائلته له .

ومؤخرا طالت العقوبات الاسرائيلية زوجة خالد ونجله قتيبة ، فسلطات الاحتلال ترفض السماح لهما بزيارته منذ عام بذريعة المنع الامني .