# EXHIBIT A.606

PLAINTIFF'S EXHIBIT 606

*P/8* (5)

Statement by Israel Police Statement No. 1 Sheet No. 1

| | | | |
|---|---|---|---|
| Identity No.<br>905629234 | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters |
| Prior Name | Marital Status<br>☒ Married ☒ Single ☐ Divorced ☐ Widowed | | Gender<br>Male / Religion<br>Muslim |
| Date of Birth<br>1980 | Place of Birth<br>West Bank | Home Phone<br>- | Work Phone |
| Address of Residence<br>Nablus – Jebel Shimali | | Name and Address of Workplace | |
| Mobile phone No.<br>059-292234 | Father's Name<br>Hassan-Mohamed | Parents' Address | |

| Jul 23, 2013 | 1:20 p.m. | Petach Tikva Police | Investigator | 92176 | 1st Sgt. | Hashem | Halabi |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I saw the above mentioned individual before me and I informed him that I, a police officer, whose particulars are written above, inform you that you are suspected of 1) recruiting people to carry out suicide attacks against Israeli targets; 2) membership in the Al Aqsa Martyrs Brigades; 3) execution of shooting at military forces in Nablus; 3) laying of explosive devices against an IDF force in Nablus, and warn you that you do not have to say anything unless you want to, but anything that you do say will be taken down and may be used as evidence; abstention from responding to questions may strengthen the evidence against you.

(The content of the text written above was translated into Arabic and the suspect understood it).

X [Arabic signature] 92176 [Signature]

Question: Have you understood the content of the charge and the warning?

Answer: Yes, I have understood.

Question: How is your health and are you ready for interviewing?

Answer: My health is good and I am ready for interviewing.

Question: You have the right to write down your statement in your handwriting.

Answer: I do not know how to write and I do not know how to read. I studied until the fifth grade and I have no objection to the statement being written in Hebrew and translated for me into Arabic.

Question: Tell me about yourself, details?

Answer: My full name is Hiri Hassan Mohamed Salameh, aged 23, married, and I have a son whose name is Bassal, and I am known as "Abu Bassal", I live in Nablus, Jebel Shimali, and I have five brothers whose names are Ali, Abdullah, Abdel Nabi, Abed-Rahman, Abed-Rahim, my father died about two months ago.

Question: What do you say concerning the suspicion that is attributed to you?

Answer: Half a year ago I started to go with Al Aqsa Martyrs operatives in Nablus, and 3 months ago I started being a member in the Al Aqsa Martyrs, and I was with my friend Taisir Shahab, aged about 22, a resident of Ras al-Ain in Nablus, in the Al Aqsa Martyrs, and my friend Taisir was killed by the army in the month of either April or May 2003 (~~and after~~) and before Taisir's death, by a week, Samar Akuba, aged about 24, a resident of the old city in Nablus, single and an operative of the Al Aqsa Martyrs, approached me and asked me whether I knew somebody to send

[Arabic signature] 92176 [Signature]

Time of completion of taking of statement

M. 3007 (2.03) 2000 x 50 x 2

| Statement by | Israel Police | | Statement No. 1 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| | | Investigator | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Place | Ser. No. | Rank | First name | Last name |

1   to carry out a suicide attack, and I answered in the negative, and after the death of my friend Taisir
2   Yusef Shahab at the hands of the army, Naif Abu Sharah, aged about 40, a resident of the old city of
3   Nablus, married, known as "Abu Fathi", an Al Aqsa Martyrs operative, approached me. Naif Abu
4   Sharah asked me to bring a suicide bomber for him, and at first I answered that I would not and I
5   said that I was not interested in getting involved in these things, because I was married and had a
6   boy. Naif started to convince me and told me that my friend Taisir had been killed by Israel. I told
7   Naif that in the past somebody approached me and offered me a suicide bomber, and therefore I
8   would check the matter out with him; Naif asked only to put him in contact with the man and I
9   applied to Samer Akuba and asked him whether he had a suicide bomber whom he suggested to him
10   a month earlier. Samer answered yes, and I asked for the details of the suicide bomber and asked to
11   see him from a distance; Samer told me that the name of the suicide bomber was Mohamed Aliwi, a
12   resident of Yasmina, Nablus. Samer led me next to the restaurant in Nablus at which Mohamed
13   worked and I saw Mohamed from a distance, and I said to Samer that it would be secret, and Riani
14   intends to hand over the suicide bomber to another operative, and I called Naif Abu, whose number I
15   just do not remember, and I said to him where the person was, Naif said that he would contact me in
16   another two hours, and after an hour and a half Naif arranged a meeting with me next to "Bab
17   Alsakha" in the old city, Naif and I met and I told Naif the details of Mohamed Aliwi and where he
18   worked, and I said to Naif that that was the end of my role, and then Naif said to me that I must sit
19   with Mohamed Aliwi to check whether he was serious about carrying out the attack and prepare him
20   for the attack, and then Naif said to me that I was responsible for this suicide bomber, and therefore I
21   agreed to meet Mohamed Aliwi. Naif asked for the details of the suicide bomber and the details of
22   the man who had found him, and I told Naif the name of Mohamed Aliwi and the name of Samer
23   Akuba, and Naif asked him to meet Mohamed Aliwi and asked me for his identity card.
24   Question: Did you meet Mohamed Aliwi and what happened?
25   Answer: On the following day I met Samer Akuba and asked him to have me meet Mohamed Aliwi
26   and we arranged to meet at 4:00 p.m. in the home of Samer's sister "Um Rami", married to Sami
27   Zaabub, who works in a café in Ramallah.
28   [Arabic signature]                       92176 [Signature]

Time of completion of taking of statement

M. 3007                             (2.03) 2000 x 50 x 2

| Statement by | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence<br>-Continued- | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1   At 4:00 p.m., I came to the home of Um Rami and I met her there, and asked her about Samer, and
2   she sent me to the second floor. Um Rami did not know about the purpose of the meeting in her
3   home. I went up to the second floor and met Samer Akuba and Mohamed Aliwi there. Samer
4   introduced Mohamed, the intended suicide bomber, and I got to know him, and asked him whether
5   he wanted to carry out a suicide attack, and he answered yes. And I said to Mohamed Aliwi that he
6   was to be prepared for the attack at any time and he must keep it secret, and that the next meeting
7   would be with the mediation of Samer, and at the end of the meeting, I took Mohamed Aliwi's
8   identity card and called Naif Abu Sharah, and told him that I had met the man, and Naif told me that
9   he would call him in two hours' time, and then Naif called me and arranged to meet me in "Bab
10   Alsakha", and I met with Naif and told him about the meeting with Mohamed and Naif asked me to
11   meet Mohamed the suicide bomber again, on another occasion, to be sure that he was serious, and I
12   handed over to Naif Abu Sharah Mohamed Aliwi's identity card. And on the following day at 4:00
13   p.m. I came to the home of Um Rami and I met with Samer and Mohamed and I asked Mohamed
14   whether he was still interested in carrying out a suicide attack. Mohamed said yes, and told me that
15   the matter would be delayed, he would approach operatives of the Islamic Jihad who could take him
16   out for an attack, and I said to Mohamed that I wanted to take him out to an attack and that he must
17   be prepared in the next week, and Mohamed said that he owed money to people. I said that I would
18   check this out (it is now 2:15 p.m. The suspect was taken for a remand hearing at the military court
19   in Petach Tikva) (It is now 2:40 p.m. The suspect has been returned from the court and I informed
20   him that he was still under warning) After that I talked about my second meeting with Mohamed
21   Aliwi to Naif Abu Sharah, and we met next to the vegetable stalls and I told Naif that Mohamed was
22   ready for the attack, but had debts. Naif asked to make out a list of Mohamed Aliwi's debts and gave
23   me 100 shekels as expenses to Mohamed Aliwi. That night I delivered the money to Mohamed
24   Samer Akuba and asked him to deliver the money to Mohamed Aliwi, and I asked him to tell
25   Mohamed that he was to make out a list of his debts and forward the list to me after 3-4 days. I met
26   with Naif Abu Sharah and he asked me whether I had met with Mohamed, and I answered no, and he
27   asked me to meet
28   [Arabic signature]                      92176 [Signature]

Time of completion of taking of statement

M. 3007                             (2.03) 2000 x 50 x 2

| Statement by | Israel Police | | Statement No. 1 Sheet No. 4 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  Mohamed in the restaurant at which he worked alone, and tell him to lie to Samer and tell him that
2  the matter of the attack had been canceled. In the evening I arrived at the restaurant in which
3  Mohamed Aliwi works and asked to talk to him alone, and Mohamed said that he would not meet me
4  because of his work, and we arranged to meet on the following day at 5:00 p.m. next to the al-Satur
5  Mosque, and that he was to follow me. On the following day at 5:00 p.m. I met with Mohamed Aliwi
6  and Mohamed followed me to an abandoned garden in the old city, and I asked Mohamed Aliwi to
7  lie to Samer Akuba and tell him that he had decided to drop the matter of carrying out the attack.
8  During the meeting, Mohamed asked me for money and I said to him that on the following day I
9  would come to the restaurant and give him money, after that I met with Naif Abu Sharah and told
10 him about the meeting, and I told him that Mohamed needed money and Naif gave me 50 shekels,
11 and I went to the restaurant, and there I met Mohamed and passed him the 50 shekels by handshake.
12 Question: Did you recruit other people to carry out a suicide attack?
13 Answer: After one or two days I met in Nablus Square with a young man whose name was Jihad
14 Abu Salha, aged about 26, from Nablus, unemployed, who carried a pistol and was wanted, and he
15 would always walk around with wanted men in Nablus, Jihad said to me that he had a suicide
16 bomber, who was looking for somebody to carry out a suicide attack. Jihad said to me that this man
17 had previously worked in Israel and could come to Israel alone, and I took from Jihad his telephone
18 number, and I told him that I would be in touch with him, and after that I called Naif Abu Sharah and
19 informed him of this. Naif asked me to meet the suicide bomber of Jihad on that same day, and
20 because the suicide bomber knew how to arrive in Israel alone, and I called Jihad Abu Salha and
21 asked to meet him and we arranged to meet in al-Nasser Street in the old city, and I asked Jihad
22 about the name of the suicide bomber, and he answered me that his name was Amar Abu Shaaban,
23 aged 20, a resident of Balata Camp, and he was currently detained. Jihad told me that Amar had
24 intended previously to depart on a suicide attack under the direction of Al Aqsa Martyrs operatives
25 in Balata, but changed his mind, and I asked to meet Amar, and we arranged to meet on the same day
26 at 6:00 p.m. in the "Zait Vezaatar" [Olive and Hyssop] Restaurant, and I arrived at the place and I
27 met there 1) Jihad Abu Salha; 2) Amar Abu Shaaban, 3) an unidentified man, aged about 25, 175 cm
28 high, medium build, short black hair. I asked Jihad
29 [Arabic signature]                                    92176 [Signature]

Time of completion of taking of statement

M. 3007                                                (2.03) 2000 x 50 x 2

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 5 | | |
|---|---|---|---|---|---|---|
| Identity No. | | First Name<br>Hiri | | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Gender | Religion |
| Date of Birth | | Place of Birth | | Home Phone | Work Phone | |
| Address of Residence | | | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | | Parents' Address | | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1    who the man was, Jihad answered that I had nothing to worry about, and Jihad asked the
2    unidentified man to leave the restaurant, and he did so. During the meeting, Jihad introduced me to
3    Amar, and Amar told me that he wanted to carry out an attack and that he had worked previously in
4    Israel and could depart for an attack alone, and I asked to meet with Amar alone in the same place at
5    6:00 p.m., and I asked Jihad not to come to the meeting, and after the meeting I talked by telephone
6    with Naif Abu Sharah and told him that I had met with the second suicide bomber and that he was
7    interested in carrying out a suicide attack, and that he was familiar with Israel. Naif asked me to meet
8    the suicide bomber again and that there would be another person with me whose name he would tell
9    me in the evening.
10   At this stage I stop the statement and give the subject a break.
11   This is my statement that I have said of my own free will, which I confirm with my signature.
12
13   [Arabic signature]                                    92176 [Signature]
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     3:30 p.m.

<div align="right">Time of completion of taking of statement</div>

M. 3007                                        (2.03) 2000 x 50 x 2

P/9                                                                    (15)

| Statement by | | Israel Police | | Statement No. 2 Sheet No. 1 | |
|---|---|---|---|---|---|

| Identity No. 905629234 | | First Name Hiri | Last Name Salameh | | Name in Latin letters |
|---|---|---|---|---|---|
| Prior Name | | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender Male | Religion Muslim |
| Date of Birth 1980 | | Place of Birth West Bank | Home Phone - | | Work Phone |
| Address of Residence Nablus – Jebel Shimali | | | Name and Address of Workplace | | |
| Mobile phone No. 059-292234 | | Father's Name Hassan-Mohamed | Parents' Address | | |

| Jul 24, 2013 Date | 9:00 a.m. Time | Petach Tikva Police Place | Investigator | 92176 Ser. No. | 1st Sgt. Rank | Hashem First name | Halabi Last name |
|---|---|---|---|---|---|---|---|

1  I saw the above mentioned individual before me and I informed him that I, a police officer, whose
2  particulars are written above, inform you that you are suspected of military activity endangering the
3  security of the Area and further to your statement of yesterday, warn you that you do not have to say
4  anything unless you want to, but anything that you will say will be taken down and may be used as
5  evidence; abstention from responding to questions may strengthen the evidence against you.
6  [Arabic signature]                                    92176 [Signature]
7  Question: Have you understood the suspicions and the warning?
8  Answer: Yes, I have understood.
9  Question: How is your health and are you ready for interviewing?
10 Answer: My health is good and I am ready for interviewing.
11 Question: Yesterday you gave a statement to me. Is what you stated correct?
12 Answer: Yes, correct.
13 Question: Yesterday we stopped the statement on the matter of the second suicide bomber, Amar
14 Abu Shaaban, whom you had found. What do you wish to add?
15 Answer: After my meeting with Amar Abu Shaaban, the second suicide bomber, I gave a report to
16 Naif Abu Sharah about the meeting and during the night, Naif called me and asked to meet me in
17 Nasser Street in Nablus, and I came to the place and there, there were Naif Abu Sharah and Amar
18 Samhan, aged about 30, from Nablus, single, an operative of the Al Aqsa Martyrs, who is wanted
19 and today is detained. Naif asked me to meet, along with Amar Samhan, with Amar Abu Shaaban
20 tomorrow at 6:00 p.m. at "Zait Vezaatar". On the following day at the same time, I and Amar
21 Samhan met with Amar Abu Shaaban on the rooftop of the "Zait Vezaatar" Restaurant. Amar
22 introduced Amar, and asked him whether he wanted to carry out a suicide attack and Amar answered
23 yes, Amar said to him that he had worked in Israel and could enter Israel without a problem. Amar
24 gave Amar money, 300 or 350 shekels, and asked him to buy clothes in order to look like Jews and
25 to have one large photograph and four small photographs taken of himself, and for Amar to come the
26 following day to the "Zait Vezaatar" Restaurant.
27 Question: How were the preparations for carrying out the attack?

28 [Arabic signature]                                    92176 [Signature]

Time of completion of taking of statement

M. 3007                                          (2.03) 2000 x 50 x 2

Case 1:04-cv-00397-GBD-RLE   Document 547-409   Filed 06/25/14   Page 8 of 30

| Statement by | Israel Police | | Statement No. 2 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

Investigator

| Date | Time | Place | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|

1   <u>Answer</u>: On the following day at 7:00 p.m., Amar Samhan called me and asked me to come to
2   Nasser Street and I came and met Amar Samhan and Naif Abu Sharah. Naif gave me 340 shekels
3   and asked me to transfer this money to Mohamed Aliwi and ask him to have his hair cut and buy
4   clothes in preparation for departing for an attack and have his photograph taken, one large picture
5   and four small ones, and to write a will. I went to the restaurant were Mohamed works and he was
6   alone, at 10 p.m. I gave him the money according to Naif's request, and I told him that I would meet
7   him the following day at the restaurant in order to tell him when he would go out for the attack.
8   Mohamed told me that he did not want to work the next day, and therefore we arranged to meet the
9   next day at 2:00 p.m. at the "Zait Vezaatar" Restaurant. On the following day at 12:00 p.m. I called
10   Naif and asked him about the time of the attack in order to inform Mohamed about it. Naif said to me
11   that I must meet him on Sunday or on Thursday, I do not remember, and on the following day at 2:00
12   p.m. I met with Mohamed Aliwi at the "Zait Vezaatar" Restaurant, and Amar Samhan was with me,
13   and we saw that Mohamed had not yet prepared himself for the attack, that is, a haircut and buying
14   clothes, I asked him to prepare himself and come to the "Zait Vezaatar" Restaurant at 6:00 a.m., and
15   in the evening Amar and I arrived at the "Zait Vezaatar" Restaurant and there we met Amar Aliwi.
16   We asked him to prepare himself and we asked him to come to the "Zait Vezaatar" Restaurant on the
17   following day at 6:00 a.m. At night, at 10:00 p.m., I met with Naif Abu Sharah and Amar Samhan in
18   the old city, and he said to me that tomorrow at 4:00 a.m. they would wake me up in order to bring
19   the two suicide bombers, Mohamed Aliwi and Amar Abu Shaaban at 6:00 a.m. to the "Zait
20   Vezaatar" Restaurant, and that they would tell me where to take them to, and that Naif Abu Sharah
21   would bring the explosive bag to the meeting place. Naif asked me to sleep with Amar Samhan, and
22   we slept on the roof of an abandoned house in Jebel Shimali. At about 4:00 a.m. we saw that the
23   army had entered the old town, at 4:30 a.m. the army departed from there, and Naif Abu Sharah
24   called me and asked to meet me and Amar at "Bab Alsakha" at 5:00 a.m. Amar and I arrived for the
25   meeting and we saw that Naif Abu Sharah had been injured in his neck when he fell while fleeing
26   from the army, and Naif said to me that he wanted to take the two suicide bombers to the western
27   part of Nablus and equip them with explosive bags, but because of the entry of the army he had
28   decided to transfer the place.
  [Arabic signature]         92176 [Signature]

Time of completion of taking of statement

M. 3007           (2.03) 2000 x 50 x 2


| Statement by | | Israel Police | | Statement No. 2 Sheet No. 3 | |
|---|---|---|---|---|---|
| Identity No. | | First Name<br>Hiri | | Last Name<br>Salameh | Name in Latin letters |
| Prior Name | | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Gender | Religion |
| Date of Birth | | Place of Birth | | Home Phone | Work Phone |
| Address of Residence<br>-Continued- | | | | Name and Address of Workplace | |
| Mobile phone No. | | Father's Name | | Parents' Address | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  Naif asked me where to equip the two with the explosive bags and Naif asked to use my
2  grandfather's home in Hitin Street in Nablus, and I agreed and gave the key to the apartment to Naif,
3  and after that Naif called a man who is not known to me and told me at the end of the call that he
4  would come to my grandfather's home with the bags, and because Naif did not feel well because of
5  his fall, he said to me that he would instruct me on how to activate the explosive bags, and then I
6  would teach the two suicide bombers, Amar and Mohamed, Naif asked Amar to go to the Zait
7  Vezaatar Restaurant and bring the two suicide bombers from there, and asked me to wait in my
8  grandfather's home until he would arrive with the two explosive bags. After 15 minutes, Naif called
9  me and asked me to come to my grandfather's home and after some minutes I came to the apartment
10  and met Naif there, who had a cardboard box with him, and he asked me to take out the two
11  explosive bags from the cardboard box and put them on the floor. The description of the bags: they
12  were black, of the same size, with a strap that is worn over the chest, in the center of the strap there is
13  a pocket for a mobile phone and in the rear there are two zippers. The large compartment at the back
14  contained the explosive device and the small zipper had a connection to batteries and there is a red
15  ON-OFF activation button that is in the pocket that is designed for a mobile phone, and there is a
16  loop of cellophane tape to prevent inadvertent pressing of the activation button. Each bag weighs
17  about 5-6 kg, Naif Abu Sharah instructed me on how to activate the explosive device and to tell each
18  suicide bomber to connect two square batteries to their leads in the small pocket when they were in
19  the middle of the way, and Naif asked me to tell the two suicide bombers to carry out the attack
20  together at the same place, at a distance of 100 meters from one another, and at the end, Naif and I
21  left the apartment and I locked the apartment and Naif went to Bab Alsakha and I wanted to go to
22  Zait Vezaatar. On the way I saw Amar Samhan arriving at the apartment, and Mohamed Aliwi was
23  with him. Amar told me that Amar Abu Shaaban had not arrived and asked me to go and wait for
24  Amar at the "Zait Vezaatar" Restaurant, and I gave Amar the key of my grandfather's home and
25  waited for Amar for half an hour, but Amar did not turn up. And after half an hour Amar came to me
26  and left Mohamed in Grandpa's apartment, and we waited for another half hour, and I called Jihad
27  Abu Salha, who found Amar ~~Aliw~~ Abu Shaaban in order to find him and bring him, and we told
28  Jihad that we needed Amar outside

[Arabic signature]                                            92176 [Signature]

Time of completion of taking of statement

M. 3007                                                      (2.03) 2000 x 50 x 2

| Statement by | Israel Police | | Statement No. 2 Sheet No. 4 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1   After half an hour, Jihad called me and told me that Amar was with him, and I asked them to come
2   next to the Alabadi Cinema. Amar said that he had not woken up in time and was therefore late, and
3   I took Amar to my grandfather's apartment, and Amar stayed with Jihad and they talked with each
4   other so that Jihad would not see the apartment. After 5 minutes, Jihad came to the apartment, and
5   Amar asked me to go out and buy sandals for Amar, because he was wearing slippers, and I did so,
6   and then when I returned, Amar said that he did not have time to bring his pictures from the studio.
7   Amir asked for the receipt from Amar and said that he would have the pictures brought from there,
8   and after that Mohamed wrote Amar's will, because he could not write, and I taught Amar and
9   Mohamed how to activate the explosive devices, and I asked them to put together the batteries in the
10  middle of the road. And after that Amar Samhan gave Amar 600 shekels and gave 200 shekels to
11  Mohamed and Amar gave Amar a Jual mobile phone, and Amar asked Mohamed to follow Amar's
12  instructions, because he knew the roads and would lead him to an attack site, to the place at which
13  Amar worked in Israel, but I do not know where, and I asked them to detonate the explosive devices
14  100 meters from one another, and the two went out, each holding a bag containing the explosive
15  device concealed in their clothes. After half an hour I called the mobile phone that was with Amar
16  whose number he received from Naif Abu Sharah and Amar answered me. He had arrived next to
17  the Hawara checkpoint. After 10 minutes I called again and Amar told me that they were next to the
18  checkpoint but the checkpoint was closed and that there were many Arabs. Amar asked to bypass the
19  checkpoint through the hills and I agreed to this, after 10 minutes I called Amar and Amar said that
20  there were soldiers in the hills and therefore they could not bypass the checkpoint. Amar told me that
21  Mohamed wanted to blow himself up near the soldiers, but I asked to talk with Mohamed and with
22  Amar. I convinced him to return without carrying out the attack, and the two returned to the same
23  apartment of my grandfather that they had departed from. Amar and Mohamed had argued with one
24  another, because Mohamed wanted to commit suicide at the checkpoint and Amar wanted to carry
25  out the attack inside Israel. In the end, the money and the mobile phone that we had given them
26  earlier were taken away and we told them that we would be in touch with them.
27  Question: What did you do with the explosive devices that Mohamed Aliwi and Amar returned?
28  [Arabic signature]                                                    92176 [Signature]

Time of completion of taking of statement

M. 3007                                                              (2.03) 2000 x 50 x 2

| Statement by | Israel Police | | Statement No. 2 Sheet No. 5 | |
|---|---|---|---|---|
| Identity No. | First Name<br>Hiri | Last Name<br>Salameh | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence<br>-Continued- | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

| | | | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  Answer: After the suicide bombers went to their homes, Amar and I returned the explosive devices
2  and the mobile phone and the money to the cardboard box and we tried to call Naif, but he did not
3  answer. At 7:00 p.m. I called Naif Abu Sharah and told him what had happened, and I told him that
4  the explosive devices were in Grandpa's apartment and that I was afraid that they would explode.
5  Naif said that he would come in another 5 minutes to me, and Naif arrived in a BMW vehicle, alone
6  in the blue car, and Naif was wearing a black hat with marking. I opened the door of the apartment
7  and transferred the explosive devices to Naif's car, and he left the place, and after that I met with
8  Naif in Nasser Street. Naif told me to be in contact with the two suicide bombers Mohamed Aliwi
9  and Amar Abu Shaaban, because at the first opportunity when the roads would be opened, we would
10 send them on an attack. At night I called Jihad Abu Salah and asked him to tell Amar to come on the
11 following day at 6:00 p.m. to the "Zait Vezaatar" Restaurant, but I did not come to the meeting
12 because I had had an argument with my wife, and after that I approached Mohamed Aliwi and told
13 him that in another two days time, once the roads would open, we would dispatch him on the attack,
14 thereafter I approached Samer Akuba and told him that I was through with all the matter of suicide
15 bombers and the attack, and if Naif would need Mohamed, he should approach Samer, because after
16 the arrest of Mohamed Aliwi, Naif asked me how Mohamed was arrested and I said that I did not
17 know. Naif asked me to organize him another suicide bomber instead of Mohamed who had been
18 arrested. And I answered that I could not.
19 Question: Did you try to recruit other people to carry out suicide attacks?
20 Answer: 10 days after Mohamed Aliwi's arrest I met with Shadi Ouhak from Jebel Shimali from
21 Nablus, aged 22, single, a student at al-Najjar University. I know him from the neighborhood, and I
22 met with him in al-Nasser Street in Nablus, Shadi told me that he had a suicide bomber who wanted
23 to depart on a suicide attack. Shadi told me that he wanted to build [missing word] for Bassal Bizri, a
24 wanted man from Nablus, of the Al Aqsa Martyrs, and he is imprisoned today. I told him that Bassal
25 has no dealings with suicide bombers, Shadi told me that the suicide bomber was his cousin from his
26 father's side, so I called Amar Samhan, to the mobile phone whose number is Jual 059312377, and
27 told him that I had a suicide bomber, and I asked him to meet Shadi, and after a few minutes Amar
28 came to the place alone. And Amar and I met with Shadi in the old city, and Shadi told Amar that his
   cousin from his father's side, aged 25, from the Ouhak family, wanted to carry out

[Arabic signature]                                            92176 [Signature]

Time of completion of taking of statement

M. 3007                                                       (2.03) 2000 x 50 x 2

| Statement by | | Israel Police | | Statement No. 2 Sheet No. 6 | |
|---|---|---|---|---|---|

| Identity No. | First Name Hiri | Last Name Salameh | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address | | |

Investigator

| Date | Time | Place | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|

1   a suicide attack, and he is detained today, and I left the place and I left Shadi and Amar there alone.
2   In the evening I met with Amar Samhan, and he told me that he had fixed with Shadi that he would
3   introduce him to the suicide bomber and that Amar and Shadi had met the suicide bomber and talked
4   to him ~~and concluded~~ and concluded that they would meet on the following day, and Amar took the
5   suicide bomber's telephone number.
6   Question: What is your involvement in the preparation of the suicide bomber from the Abdulhak
7   family?
8   Answer: On the following day, at 7:00 p.m., when I was with Amar Samhan in the old city, Amar
9   told me that he wanted to meet the suicide bomber in Bab Alsakha. Amar and I went there and we
10   met the suicide bomber, who was fat, and I knew that his name was Nidal Abdulhak, and it was
11   agreed that within two days we would dispatch him for an attack and that he must be ready. After
12   two days, at 7:00 p.m., Amar called Nidal and asked him to meet with him, and Amar and the suicide
13   bomber met next to Bab Alsakha, and I stood from afar, and Amar gave Nidal money for buying
14   clothes and for a haircut, maybe 300-400 shekels, and asked him to write his will and have four
15   small photographs and one small photograph taken [as written]. After that, Amar called the suicide
16   bomber Nidal and asked him to come at 5:00 a.m. to the city in order to dispatch him for the attack.
17   At midnight, the army entered the city and stayed until the morning, and therefore they postponed
18   the attack, and in the night Amar Samhan and I called the suicide bomber Nidal and told him that the
19   army had entered Nablus and that we would postpone the departure for the attack, and on the
20   following day at 7:00 a.m. I and Amar called Nidal and we met with him in Hitin Street, and Nidal
21   arrived in his white vehicle with which he works in distributing ~~newspapers~~ newspapers. Amar and I
22   asked to send Nidal out for an attack on the following day at 5:00 a.m. and that we would call him
23   and tell him where to go to. On the following day at 5:00 a.m. Amar and I went to Titi Bridge in the
24   Jebel Shimali neighborhood and Amar called an unidentified man, and after a few minutes, a white
25   car came to Titi Bridge, driven by an unidentified man, aged about 28, short, thin, with a mustache
26   and a beard, with his hair brushed back. The following day I learned that the man was from the
27   Shatia family, the brother of Iad Shatia, the commander of the plain clothes police in Nablus, this
28   unidentified man got out of the car and talked with Amar, and Amar gave me the keys of the vehicle
  and told me that the vehicle had
  [Arabic signature]                         92176 [Signature]

Time of completion of taking of statement

M. 3007                                        (2.03) 2000 x 50 x 2

| Statement by | | Israel Police | | Statement No. 2 Sheet No. 7 | | |
|---|---|---|---|---|---|---|
| Identity No. | | First Name<br>Hiri | | Last Name<br>Salameh | | Name in Latin letters |
| Prior Name | | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Gender | Religion |
| Date of Birth | | Place of Birth | | Home Phone | Work Phone | |
| Address of Residence | | | | Name and Address of Workplace | | |
| Mobile phone No. | | Father's Name | | Parents' Address | | |

|  |  | Investigator | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Place | Ser. No. | Rank | First name | Last name |

1    an explosive device inside a bag. Amar asked me to call Nidal the suicide bomber, whose house was
2    nearby, and I must put the bag on him and teach him how to activate the explosive device with the
3    bag. The explosive bag had been modified by Naif Abu Sharah, because Mohamed Aliwi and Amar
4    were familiar with the explosive devices and therefore Naif changed the color of the bag from black
5    to light blue and from an oblong shape to a round shape, and Amar went with the unidentified man
6    next to al-Watani School to meet others, and I called Nidal for him to come next to the Khaled Ibn
7    al-Walid Mosque in Jebel Shimali, and after a few minutes, Nidal arrived alone and entered the car
8    and got dressed in the new clothes, and took the explosive bag, and I explained to him how to
9    activate the explosive device. The explosive device was in the bag, a blue school bag, which had two
10    zippers, and he would have to open the top zipper and connect the batteries in the middle of the road.
11    These are two small square batteries on the strap of the bag. There is a pocket for a mobile phone and
12    inside it there is a red switch for activating the explosive device. I called Amar Samhan,
13    [announcing] that the suicide bomber had changed his clothes and that he was carrying the explosive
14    bag, and I transported Nidal in the vehicle of that man from the Shatia family, and took him next to
15    al-Watani School. Amar and Shatia put the explosive bag into another, black bag. The explosive
16    device was taken by Shatia, and he led the suicide bomber through steps to Faisal Street, and after a
17    minute Faisal returned to the place where Amar and I were waiting. Amar asked me to take Shatia's
18    vehicle to the city and wait there, and after that Amar came to me with Shatia and they took the
19    vehicle, and in the evening I heard from Amar that the suicide bomber Nidal had been arrested
20    before carrying out the attack.

21    Question: Did you carry out other attacks by yourself?

22    Answer: Four months ago, I participated four times in shooting at the army in Faisal Street, and with
23    me in the shooting were 1) Na'il Shahil Abu Mahayub from Nablus, aged 25, he was wanted and he
24    is detained, and he fired from a Kalashnikov, 2) Taisir Yusef Shahab, from Nablus, aged 22, who
25    was killed, he fired from a Kalashnikov, 3) Sultan Tashtush from Nablus, aged 27, wanted, he fired
26    from an M-16 and a pistol, 4) Mazen Fraitakh from Nablus, killed, fired from an M-16, 5) Amar
27    Samhan from Nablus, aged 30, single, wanted and today he is detained, fired from a black pistol 6)
28    Abu Sa'id "Alwawi" from Nablus, operatives from the Shaashir family from Burin

   [Arabic signature]                     92176 [Signature]

Time of completion of taking of statement

M. 3007                               (2.03) 2000 x 50 x 2

| Statement by | | Israel Police | | Statement No. 2 Sheet No. 8 | |
|---|---|---|---|---|---|
| Identity No. | | First Name<br>Hiri | Last Name<br>Salameh | | Name in Latin letters |
| Prior Name | | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Gender | Religion |
| Date of Birth | | Place of Birth | Home Phone | Work Phone | |
| Address of Residence<br>-Continued- | | | Name and Address of Workplace | | |
| Mobile phone No. | | Father's Name | Parents' Address | | |

Investigator

| Date | Time | Place | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|

1    Question: Did you place explosive devices against the army?

2    Answer: Last summer in August 2002, I participated with others in the placing of an explosive
3    device in Faisal Street in Nablus next to "Tankiat", where there is a metal shop, and with me were 1)
4    Amar Smahan, 2) Ahmad Jadallah who was killed, 3) Alaa Maflah who was killed, 4) Na'il Sahal, 5)
5    Mazen Freitakh who was killed, the explosive device was prepared by Ahmad Jadallah, and was
6    brought there by him, the explosive device was from an orange gas cylinder weighing 5 kg, with
7    wire activation. We placed the explosive device 3 times. The first time the army did not pass by and
8    on the second occasion we tried to detonate the explosive device and it did not explode, and in the
9    third attempt we activated the explosive device and we replaced the batteries and the explosive
10   device exploded next to a tank, there were no casualties, in addition, after the death of Ahmad
11   Jadallah, in the month of October 2001, we placed an explosive device in Faisal street in Nablus next
12   to the eastern taxi stop, and in the incident were 1) Na'il Sahal, 2) Bassam or Bassam Abu Saria,
13   alias "Qadaffi", from Nablus, aged 28, wanted, Fatah, average build. 3) and Mazen Fraitakh and
14   three other people, and we agreed that we would be in the afternoon [as written] and we would wait
15   for the army, and they called me in order to participate in placing the explosive device, and when I
16   was on my way there at night, I heard an explosion and gunfire and fled to the Ras al-Ain
17   neighborhood and met those whom I mentioned, and they asked me why I did not participate with
18   them, and I answered that it was because I was on my way and I did not have time to get there, and
19   they told me that they had immediately placed the explosive device and a tank arrived at the site and
20   they activated the explosive device.

20   Question: Did you receive money from Naif Abu Sharah for your activity?

21   Answer: Naif Abu Sharah, alias "Abu Fathi" gave me at first 100 shekels, and he had a page on
22   which he wrote the names of the operatives to whom he gave money, and Naif always had a lot of
23   money, and he is responsible for the Tanzim in the old city of Nablus. After that I received from Naif
24   1000 shekels after recruiting Mohamed Aliwi for an attack, and after that I received from Naif 800
25   shekels per month as a salary for my activity. I know that Naif gives financing of 1000 shekels to
26   Bassal Bizri from Nablus, aged 26, married, wanted, and he has been arrested now, and to Amar
27   Samhan, and to Mazen Fraitakh and to Amad Ashabi from Nablus, aged 30, wanted, short, with a
28   large build, and to Bassam Abu Sharia, and that is it, and I have nothing more to add.

     11:30 a.m.

     This is my statement, which was read out before me and translated in its entirety into Arabic, and I
     confirm its correctness.

<div align="right">Time of completion of taking of statement</div>

M. 3007                               (2.03) 2000 x 50 x 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as "Hiri Salama, Police Statement (July 24, 2003)."

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as "Hiri Salama, Police Statement (July 24, 2003)."

Dated: February 28 2014

_____
Rina Ne'eman

ss.:  New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

MINUT J MAHETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

משטרת ישראל

הודעתו של: / إعلان شیخ

| | | |
|---|---|---|
| הודעה מס' 1 | גליון מס' 1 | שם ומשפחה/שם העائلة |

905629234

חה"י

1480

059-292234

92176

23/7/03   1320

משטרת ישראל

| גליון מס' 2 | הודעה מס' 1 | | הודעתו של: |
| נסחה רקם | | | اعلان تبرع |

| שם באותיות לטיניות | שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | |
| الاسم في حروف انكليزية | | | مسجل وحدة رقم الهوية |
| | | | اسم كرم الاسم السابق |

| מין الجنس | רווק □ נשוי □ גרוש □ אלמן □ | مولد مستخدم الحالة الاجتماعية | |
| | ارمل □ مطلق □ اعزب □ | متزوج □ | تاريخ ميلاد تاريخ الولادة |
| | כל בעבודה الشئون في البيت | מקום לידה مكان الولادة | مكان مولد العنوان |

| כתובת الاب العنوان الاب | שם האב اسم الأب | مس هاتف رقم الهاتف اللاسلكي |

*[الاستمارة تتضمن نصاً مكتوباً بخط اليد باللغة العربية، 28 سطراً، غير مقروء بوضوح]*

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. ...
9. ...
10. ...
11. ...
12. ...
13. ...
14. ...
15. ...
16. ...
17. ...
18. ...
19. ...
20. ...
21. ...
22. ...
23. ...
24. ...
25. ...
26. ...
27. ...
28. ...

(12.03) 7000×50×2

הודעתו של: / افادة

משטרת ישראל

הודעה מס' / افادة رقم: 1  גליון מס' / نسخة رقم: 3

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | חירי | סלאמה | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| – המשך – | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| | | | | | | |

בשעה 1600 הגעתי לבית של אום ראמי ופגשתי אותה שם ושאלתי אותה על סאמר ושלחה אותי לקומה השנייה אולם ראמי לא ידע על מטרת הפגישה בבית. אני עליתי לקומה השנייה ופגשתי שם את סאמר עבובה ומוחמד עליו סאמר הציג את מוחמד המאלך המיועד וערכתי היכרות בינו ושאלתי אותו האם הוא רוצה לבצע פיגוע התאבדות ואמר כן ואמרתי למוחמד עליו שיהיה מוכן לפיגוע בכל זמן [illegible] לשמור [illegible] בסוף ובי הפגישה הבאה תהיה בתאריך סאמר ובסיום הפגישה לקחתי ממוחמד עליו את תמונות הזהות שלו והתקשרתי לנאיף אבו שרך ואמרתי לו כי נפגשתי עם הבחור ונאיף אמר כי יתקשר אליו בעוד שעתיים ונאיף התקשר אלי וקבע לפגוש אותי בבית אלמסאחה ונפגשתי עם נאיף וסיפרתי לו על הפגישה עם מוחמד ונאיף ביקש ממני לפגוש שוב את מוחמד עליו המחבל בפעם נוספת להיות בטוח כי הוא רציני ומסרתי לנאיף אבו שרך את תעודת הזהות של מוחמד עליו. למחרת בשעה 1600 הגעתי לבית אום ראמי ונפגשתי עם סאמר ומוחמד ושאלתי את מוחמד האם הוא עדיין מעוניין לבצע פיגוע התאבדות מוחמד אמר כן ואמר לי כי [illegible] הוא [illegible] של הנהוד האיסלאמי שיצליח להיכנס איתו לפיגוע. אני אמרתי למוחמד כי אני רוצה להביא אותו לפיגוע וכי עליו להיות מוכן בשעות הקרובות ומוחמד אמר כי הוא חייב כספים לאנשים. אמרתי כי אבדוק זאת (בערך [illegible] 1500 [illegible]) לקח לעבור [illegible] (בערך [illegible]) [illegible] הוצאתי [illegible] אחרי [illegible] סיפרתי על הפגישה שלי עם מוחמד עליו לנאיף אבו שרך ונפגשנו ליד [illegible] הירקות וסיפרתי לנאיף כי מוחמד מוכן לפיגוע אך יש לו חובות. נאיף ביקש לערוך רשימה של החובות של מוחמד עליו ואמר לי 500 [illegible] בהודעה למוחמד עליו באותו לילה מסרתי את הרשימה לסאמר עבובה וביקשתי שיעביר אותה [illegible] למוחמד עליו וביקשתי ממני סימסר למוחמד שיערוך רשימת החובות של [illegible] את הרשימה. לאחר 3-4 ימים נפגשתי עם נאיף אבו שרך ושאל אותי האם נפגשתי עם מוחמד [illegible] לא וביקש ממני [illegible]

שעת סיום גביית ההודעה

(2.03) 7000*5042

משטרת ישראל

הודעתו של:
اعلان شيح

| גליון מס' | הודעה מס' |
| --- | --- |
| 4 | 1 |
| نسخة رقم | الاعلان رقم |

| שם באותיות לטיניות השם فى حروف الانكليزية | שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | מיספר זהות رقم الهوية |
| --- | --- | --- | --- |
| | Sawkeb | مجدي | |

| מין הجنس | דת الدين | | מצב משפחתי الحالة الاجتماعية | שם קודם الاسم السابق |
| --- | --- | --- | --- |
| | | נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | | |

| טל' ביתי الهاتف في البيت | מקום לידה مكان الولادة | תאריך לידה تاريخ الولادة |
| --- | --- | --- |

| שם וזמן מקום העבודה اسم وعنوان مكان العمل | מען מגורים العنوان |
| --- | --- |

| כתובת הנוכחית العنوان الاب | שם האב اسم الاب | מס' טלפון נייד رقم الهاتف اللاسلكي |
| --- | --- | --- |

החוקר
المحقق

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | מקום המקום مكان المكان | שעת השעה الساعة | תאריך التاريخ |
| --- | --- | --- | --- | --- | --- | --- |

1. [handwritten Hebrew text — illegible]
2. [handwritten Hebrew text — illegible]
3. [handwritten Hebrew text — illegible]
4. [handwritten Hebrew text — illegible]
5. [handwritten Hebrew text — illegible]
6. [handwritten Hebrew text — illegible]
7. [handwritten Hebrew text — illegible]
8. [handwritten Hebrew text — illegible]
9. [handwritten Hebrew text — illegible]
10. [handwritten Hebrew text — illegible]
11. [handwritten Hebrew text — illegible]
12. [handwritten Hebrew text — illegible]
13. [handwritten Hebrew text — illegible]
14. [handwritten Hebrew text — illegible]
15. [handwritten Hebrew text — illegible]
16. [handwritten Hebrew text — illegible]
17. [handwritten Hebrew text — illegible]
18. [handwritten Hebrew text — illegible]
19. [handwritten Hebrew text — illegible]
20. [handwritten Hebrew text — illegible]
21. [handwritten Hebrew text — illegible]
22. [handwritten Hebrew text — illegible]
23. [handwritten Hebrew text — illegible]
24. [handwritten Hebrew text — illegible]
25. [handwritten Hebrew text — illegible]
26. [handwritten Hebrew text — illegible]
27. [handwritten Hebrew text — illegible]
28. [handwritten Hebrew text — illegible]

שעת סיום וביתה החתימה

(2 03) 7002•50•2

מ"ד 3007

**הודעתו של:** اعلان تبع: | **משטרת ישראל** | הודעה מס' اعلان رقم: 1 | גליון מס' نسخة رقم: 5

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | פחרי | סלאמה | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
| --- | --- | --- | --- |
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
| --- | --- | --- |
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

ש: מי זה האיש ג'יהאד עבד ריאן לי מה לחשוש וג'יהאד ביקש מהאיש
הזה שעזרה שיעזור את המטפה [illegible] עשה, במהלך הפגישה
ערך לי ג'יהאד הכרות עם עאמר, ואמר לי עאמר כי הוא רוצה
לבצע פיגוע כי עבד במצב בישראל ויכול לבצע פיגוע וכן
וביקשתי לפגוש עם עאמר לבד באותו מקום בשעה [illegible] וביקשתי
מג'יהאד שלא יבוא לפגישה לאחר הפגישה ששוחחתי בטלפון עם
נאיף אבו שרח ואמרתי לו כי נפגשתי עם המחבל השני
וכי הוא מוכן לבצע פיגוע התאבדות וכי הוא מכיר את ישראל
נאיף ביקש ממני לפגוש שוב את המחבל וכי יהיה עימי אדם בשם
[illegible] לי את אמו בערב.
בשלב זה אני מפסיק את ההודעה ונותן לנחקר הפסקה
[illegible] הודעתי שאמרתי מרצוני הטוב והחופשי ואותה מאשר בחתימתי

פחרי סלאמה

[signature] 920176

1530
שעת סיום גביית ההודעה

משטרת ישראל

הודעה מס' 2 — גליון מס' 1

מספר זהות 90562923 4

תאריך לידה: 1980

מס' טלפון: 059-292234

תאריך: 24/7/0? — שעה: 0900

*[הטופס ממולא בכתב יד בעברית — רוב הטקסט אינו קריא]*

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. הולך הביתה ...
9. ...
10. ...
11. ...
12. ...
13. ...
14. ...
15. ...
16. ...
17. ...
18. ...
19. ...
20. ...
21. ...
22. ...
23. ...
24. ...
25. ...
26. ...
27. ...
28. ...

משטרת ישראל

הודעתו של:

הודעה מס' ___ גליון מס' 2
נסחة رقم

| שם באותיות לטיניות / הاسم في حروف إنكليزية | שם משפחה שם פרטי / الاسم الشخصي | | |
|---|---|---|---|

| דת / الدين | מין / الجنس | אלמן / גרוש / רווק / נשוי / מצב משפחתי / الحالة الاجتماعية | שם קודם / الاسم السابق |

| טל' בעבודה / التلفون بمكان العمل | טל' בבית / التلفون في البيت | מקום לידה / مكان الولادة | תאריך לידה / تاريخ الولادة |

| כתובת / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل | | |

| כתובת ההורים / العنوان الأب | שם האב / اسم الأب | מס' טלפון נייד / رقم الهاتف اللاسلكي |

| שם משפחה שם פרטי | שם פרטי / الاسم الشخصي | הדרגה / الرتبة | מס' אישי / الرقم الشخصي | מקום / المكان | שעה / الساعة | תאריך / التاريخ |
|---|---|---|---|---|---|---|

*(גוף ההודעה כתוב בכתב יד בלתי קריא — 28 שורות)*

משטרת ישראל

הודעתו של:

| | | | |
|---|---|---|---|
| אלקרn شبع | הודעה מס' 2 גליון מס' 3 | שם פרטי הاسم الشخصي | הודעתו של: اعلن شبع |

מספר זהות رقم الهوية

שם קודם الاسم السابق

תאריך לידה تاريخ الولادة — מקום לידה مكان الولادة

נתין مواطن العنوان — العنوان הכתובת

מס' טלפון ניד رقم الهاتف اللاسلكي — שם האב اسم الأب

--- החוקר المحقق ---

| התאריך התאריخ | שעת השעה | מקום המקان | הדרגה الرتبة | הרقم השם הפרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|

*(גוף ההודעה — כתב יד, 28 שורות, בלתי קריא ברובו)*

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. ...
9. ...
10. ...
11. ...
12. ...
13. ...
14. ...
15. ...
16. ...
17. ...
18. ...
19. ...
20. ...
21. ...
22. ...
23. ...
24. ...
25. ...
26. ...
27. ...
28. ...

שעת סיום גביית ההודעה

משטרת ישראל

הודעתו של:

| שם באותיות לטיניית הاسم في حروف انكليزية | מין / الجنس | דת / الدين | | | שם משפחה / اسم العائلة | שם פרטי / الاسم الشخصي |
|---|---|---|---|---|---|---|

הודעה מס' 2    גליון מס' 5

החוקר

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | מקום המקן مكان المكن | שעת השעה ساعة الساعة | התאריך التاريخ |
|---|---|---|---|---|---|---|

1 ...
2 ...
3 ...
4 ...

*(גוף ההודעה בכתב יד בעברית — בלתי קריא)*

2/3/2377
0593/2377

משטרת ישראל

הודעתו של:
اعلان شيع

| שם משפחה | שם פרטי | דרגה | מסי אישי | מקום הסכן | שעה | התאריך |

משטרת ישראל

הודעתו של:
الاعلان تبع

גליון מס' 7    הודעה מס' 2
نسخة رقم

שם משפחה שם פרטי הָשֵׁם הָאִישִׁי | שם פרטי הָשֵׁם הַאִישִׁי | מספר זהות رقم الهوية
مسلسلة

שם באותיות לטיניות | מין الجنس | דת الدين | גרוש ארמל | רווק גרוש מטרד | נשוי الحالة الاجتماعية | שם קודם الاسم السابق

תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة

מען מסורתי العنوان

מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | כתובת ההורים العنوان الأب

החוקר
المحقق

שם משפחה | שם פרטי | דרגה | מס' אישי | מקום | שעה | תאריך
اسم العائلة | الاسم الشخصي | الرتبة | الرقم الشخصي | المكان | الساعة | التاريخ

1  _[handwritten, illegible]_
2  _[handwritten, illegible]_
3  _[handwritten, illegible]_
4  _[handwritten, illegible]_
5  _[handwritten, illegible]_
6  _[handwritten, illegible]_
7  _[handwritten, illegible]_
8  _[handwritten, illegible]_
9  _[handwritten, illegible]_
10 _[handwritten, illegible]_
11 _[handwritten, illegible]_
12 _[handwritten, illegible]_
13 _[handwritten, illegible]_
14 _[handwritten, illegible]_
15 _[handwritten, illegible]_
16 _[handwritten, illegible]_
17 _[handwritten, illegible]_
18 _[handwritten, illegible]_
19 _[handwritten, illegible]_
20 _[handwritten, illegible]_
21 _[handwritten, illegible]_
22 _[handwritten, illegible]_
23 _[handwritten, illegible]_
24 _[handwritten, illegible]_
25 _[handwritten, illegible]_
26 _[handwritten, illegible]_
27 _[handwritten, illegible]_
28 _[handwritten, illegible]_

שעת סיום גביית ההודעה
(2.03) 7000-50

הודעתו של: / افادة
משטרת ישראל

הודעה מס׳ / اعلان رقم: 2
גליון מס׳ / نسخة رقم: 8

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | ח׳ירי | סלאמה | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية: ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | מין / الجنس | דת / الدين |
|---|---|---|---|
| | | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל׳ בבית / التلفون في البيت | טל׳ בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| הנ״ל | |

| מס׳ טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| | | | | | | |

שאלה: האם הנחת מטענים נעשה הדבר?
תשובה: בקיץ שעבר בחודש [illegible] הסתובבתי עם אחרים בהנחת מטען חבלה ברחוב היכל בשם ליד טנקיית טסט [illegible] מסודרים והיו עימי 1) עמאר סמחאן, 2) אחמד ג׳ודאללה טהרה, 3) עלאא מפלח טהרה 4) נאיל סחלב, 5) עומר כרימה שנהרג, המטען הוכן ביד: אחמד ג׳ודאללה והובא לשם על ידו, המטען היה מטען גז בדרך כחול במשקל 5 קילו והחבלה [illegible] הנחנו את המטען 2 פעמים בפעם הראשונה לא עבר דבר ובפעם השניה ניסינו להפעיל את המטען ולא הפעלנו ובניסיון השלישי: הפעלנו את המטען והחלפנו סוללות והמטען התפוצץ ליד טנק לא היו נפגעים, כמו כן [illegible] את אחמד ג׳ודאללה בחודש רמדאן הנחת מטען חבלה ברח׳ היכל בשרם ליד [illegible] המזרחיים והיו באירוע עימו נאיל סחלב, 2 בסאם [illegible] בסאם אבו סריה [illegible] משרם [illegible] [illegible] ועוד [illegible] וסיפרו לי כי [illegible] ונתנה לעבור, והם [illegible] בהנחת המטען [illegible] בדרכי לשם, [illegible] ובדרכי [illegible] את אלה [illegible] לא [illegible] אותם [illegible] כי הייתי בדרכי ולא [illegible] והם סיפרו לי כי הם מיד הניחו את המטען והגיעו למקום טנק והם [illegible] את המטען
שאלה: היכן [illegible] [illegible] של הגמילות שלך?
תשובה: [illegible] [illegible] [illegible] ניתן לי בתחילה 100 ש״ח [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ולאחר מכן קיבלתי [illegible] 1000 ש״ח לאחר [illegible] [illegible] [illegible] ולאחר מכן קיבלתי [illegible] 500 ש״ח [illegible] [illegible] של הגמילות שלי [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] לעמאר סמחאן, [illegible] [illegible] [illegible] [illegible] 3 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שעת סיום גביית ההודעה: [illegible]

[illegible] ההודעה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]