# EXHIBIT A.616




**Israel Ministry of Foreign Affairs**

PLAINTIFF'S EXHIBIT 616

## Marwan Barghouti Indictment-Appendix- Terrorist Attacks and Activities Carried out by the Field Commanders and Activists

14 Aug 2002

### Statement of Indictment:
### MARWAN BIN KHATIB BARGHOUTI
August 14, 2002

- Appendix -

Terrorist Attacks and Activities Carried out by the Field Commanders and Activists

|   | Date | Involved | Place of Incident | Terrorist Activities | Result of Terrorist Attack |
|---|------|----------|-------------------|----------------------|----------------------------|
| 1. | 21.12.2000<br>Time: Approx. 20:30 | Nasser Abu Hamid, Ahmed Andur | Road 443, close to Givat Zeev | Shooting attack on a vehicle | One killed - the late Eliyahu Cohen |
| 2. | 31.12.2000<br>Time: 6:30 | Nasser Abu Hamid, Ahmed Barghouti, Ahmed Andur and other activists | Road 60, close to the settlement Ofra | Shooting attack towards a vehicle. Nasser received the weapon from Ahmed. | 2 killed - the late Binyamin and Talia Kahane |
| 3. | 25.1.2001<br>Time: 18:15 | Ahmed Barghouti, Muhammad Musalah, Jad Ma'ala | Atarot | Shooting attack | One killed - the late Akiva Pashkos |
| 4. | 12.06.2001 | Ismail Radaida, Muhaned Abu Halawa | Jerusalem - Ma'aleh Adumim Road | Shooting attack | One killed - Georgios Tsibouktzakis, Greek-Orthodox monk |
| 5. | 25.08.2001<br>Time: 22:30 | Ahmed Barghouti, Muhammad Musalah, Husam Shehade, Fares Ghanem, Tarik Malahi, Heitham Hamdan, Ali Alyan | Road 443, close to the "Dor Energy" petrol station | Shooting attack | 3 killed - The late Yaniv Ben-Shalom, Sharon Ben-Shalom, Doron Yosef Sviri<br><br>Injured - daughter of Yaniv and Sharon Ben-Shalom |

| | | | | | |
|---|---|---|---|---|---|
| 6. | 15.9.2001<br>Time: Approx. 23:10 | Ahmed Barghouti, Muhammad Musalah, Fares Ghanem, Khaled Shawish, Heitham Hamdan, Husam Shehade, Muhammad Abdullah, Ali Alyan | Road No. 9, close to the junction leading to the Ramat Shlomo neighborhood in Jerusalem | Shooting attack | Killed - the late Meir Weisshois<br>One person severely wounded |
| 7. | 15.1.2002<br>Time: Approx. 19:45 | Ahmed Barghouti, Muhammad Musalah, Muhammad Abdullah, Fares Ghanem, Zeidan Al-Badawi | Hagivonim Fuel Station, Road 443, close to the entrance to Givat Zeev | Shooting attack | Killed - the late Yoela Chen<br>One person wounded |
| 8. | 17.01.2002<br>Time: Approx. 22:45 | Nasser Aweis, Abdul Salam Hasouna (attacker), Ahmed Abu Khadr, Yasser Am Bakr | Hadera, "Armon David" banqueting hall | Shooting attack | 6 killed - the late Anatoly Bakshayev, Edward Bakshayev, Aharon Ben Yisrael-Ellis, Dina Binayev, Boris Melikhov, Avi Yazdi<br>Dozens injured |
| 9. | 22.01.2002<br>Time: Approx. 16:30 | Nasser Aweis, Ahmed Barghouti, Muhammad Musalah, Said Ramadan (attacker), Fares Ghanem, Muhammad Abdullah, Mahmoud Titi | Jerusalem center, Jaffa St. Corner of Lunz St. | Shooting attack | 2 killed - the late Svetlana Sandler, Sarah Hamburger<br>More than 45 injured |
| 10. | 25.02.0202<br>Evening | Ahmed Barghouti, Nasser Aweis, Rami Nizar (attacker), Tarek Malahi, Ziyad Ramadan, Sharif Abu Hamid, Halum Abu Hamid, Kamal Ghanem (transporter) | Jerusalem, Neve Yaakov neighborhood | Shooting attack | Policewoman killed - the late Galit Arbiv<br>16 injured |

| | | | | | |
|---|---|---|---|---|---|
| 11. | 27.2.2002<br>Time: Approx. 7:00 | Nasser Abu Hamid, Majid Hashem, Ramzi Barash, Haithem | "Bashkewitz" factory - Atarot | Shooting attack | One killed - the late Gad Rejwan |
| 12. | 5.3.2002<br>Time: Approx. 2:30 | Nasser Aweis, Ahmed Barghouti, Nasser Abu Hamid, Ibrahim Hasouna (attacker), Sharif Abu Hamid, Tarek Malahi, Mahmoud Titi, Murad Ajluni and Mazen Alkadi (transporters) | Tel-Aviv "Sea Food Market" | Shooting attack and stabbing attack | 3 killed - the late St.Sgt-Maj Salim Barakat, Eli Dahan, Yosef Habi<br><br>Dozens injured |
| 13. | 9.3.2002<br>Time: Approx. 20:30 | Nasser Aweis, Shahdi al-Najimi and Said Bata (attackers), Mahmoud Titi, Ahmed Abu Khadr | Netanya, Jeremy Hotel, Gad Machnes St. | Shooting attack | 2 killed - the late Avia Malka (one year old), Israel Yihye<br><br>Dozens injured |
| 14. | 30.3.2002<br>Time: Approx. 13:30 | Nasser Aweis, Majdi Hanfar and Fathi Amiri (attackers), Mahmoud Titi, Ahmed Abu Khadr | Near Baka Al-Gharbiyya | Shooting attack | Border policeman killed, the late Constantine Danilov<br><br>Another policeman injured |
| 15. | October 2000 | Nasser Abu Hamid | IDF outpost near City Inn Hotel in Ramallah | Shooting attack | |
| 16. | December 2000 | Nasser Abu Hamid, Muhammad Amuasi, Nadr "Halum" Abu Hamid, and others | Ofer Israeli army base | Shooting attack | |
| 17. | February 2001 | Nasser Abu Hamid, Muhaned Abu Halawa, Jad Ma'ala, Ziyad Wahdan, Muhammad Muteir | Dirt road leading to Central Command base in Neve Yaakov | Planting of explosive device | The attackers were caught by security forces and the attack was prevented |

| 18. | 25.2.2001 Time: Approx. 13:15 | Ahmed Barghouti, Muhaned Abu Halawa, Muhammad Musalah, Tarek Malahi | Atara bridge | Shooting attack | One person seriously wounded |
|---|---|---|---|---|---|
| 19. | After the outbreak of the Al-Aqsa Intifada | Nasser Aweis | Nablus, IDF outpost, Joseph's Tomb; IDF guard post at Har Gerizim, the Ein Beit camp; IDF patrols in the Balata refugee camp and military targets in the Hawara camp region | Shooting attack | |
| 20. | 18.5.2001 | Nasser Abu Hamid, Saad A-Din Jabar (attacker), Ahmed Shahin | Biancini Pub Jerusalem | Planting of explosive device | The attack was prevented when the device was discovered by the proprietor |
| 21. | June 2001 or thereabouts | Ahmed Barghouti, Muhaned Abu Halawa, Ziyad Hamuda, Mamoun Abu Shama, Haithem Izat, Said Abrash, Ahmed Abu Alam | Psagot | Shooting attack | They approached Marwan Barghouti with a request to supply them with arms to carry out the attack. Weapons were transferred by Muhaned Abu Halawa on Marwan Barghouti's orders. |
| 22. | 26.6.2001 or thereabouts | Ahmed Barghouti, Muhaned Abu Halawa, Ziyad Hamuda, Mamoun Abu Shama, Haithem Izat | Road from Pisgat Zeev to French Hill, Jerusalem | Attempted shooting attack | The attack was not carried out because the attackers did not manage to reach the target due to a large IDF presence. |
| 23. | 3.10.2001 Time: Approx. 23:35 | Ahmed Barghouti, Muhammad Musalah, Muhammad Abdullah, Husam Shehade, Fares Ghanem | Jerusalem, Begin Boulevard | Shooting attack | The bullets missed the moving vehicle |
| 24. | 3.10.2001 Time: Approx. | Ahmed Barghouti, Muhammad Musalah, | Road No. 9 in the direction of French Hill | Shooting Attack | 2 people wounded |

| | | | | | |
|---|---|---|---|---|---|
| | 23:45 | Muhammad Abdullah | | | |
| 25. | January 2002 | Nasser Abu Hamid, Muhaned Abu Halawa, 3 attackers | IDF checkpoint at Kalandiya | Attempted suicide attack | The attack was prevented after one of the activists changed his mind. |
| 26. | Beginning of 2002 | Nasser Abu Hamid, Muhaned Abu Halawa, Abdul Basat, Ali Barghouti | Psagot settlement | Launch of 2 mortars received from Marwan Barghouti | |
| 27. | End of January beginning of February 2002, or thereabouts | Ahmed Barghouti, Zafer Rimawi, Mujahed Rimawi, Halum Abu Hamid, Muhammad Abdullah, Fares Ghanem, Tarek Malahi | Jerusalem | Attempted suicide attack | Not carried out because the attacker changed his mind and fled. |
| 28. | Beginning of February 2002 | Ahmed Barghouti, Muhammad Naifa, Abdul Karim Aweis, Muhaned Al-Shaar (attacker) | Unknown location in Israel | Attempted suicide attack | Suicide attack not carried out because the attacker changed his mind and fled. |
| 29. | 17.2.2002 | Nasser Aweis, Ahmed Barghouti, Mahmoud Titi, Ahmed Abu Khadr, Saadi Makbul and Ala'a Hassan, Ayman Badr, Ula Mustapha | Jerusalem | Attempted suicide attack | 2 terrorists caught |
| 30. | Mid-February 2002 or thereabouts | Ahmed Barghouti, Muhammad Abdullah, Husam Shehade, Fares Ghanem | Jerusalem | Suicide attack | The attack was not carried out due to the arrest of Shehade on 17.2.02, Ghanem a day later, and the arrest of Abdullah on 20.2.02, by Israeli security forces. |
| 31. | End of February 2002 | Nasser Abu Hamid, Abdul Karim | Inside the Green Line | Attempted suicide attack | The attack was not carried out as |

| # | Date | Names | Location | Attack Type | Result |
|---|---|---|---|---|---|
| | | Aweis, Ghassan Satiti | | | the attacker fled after seeing IDF soldiers. |
| 32. | March 2002 or thereabouts | Ahmed Barghouti, Mahmoud Titi, Fayez (attacker), Tarek Malahi, Zeidan Hamdan | Unknown location in Israel | Attempted suicide attack | The attack was stopped by the security forces. |
| 33. | 8.3.2002 | Nasser Aweis, Ahmed Barghouti, Luai Oda, Mahmoud Salah (attacker), Khaled Halabi, Ghandi Oda, Khaled Shawish, Mahmoud Titi | Jerusalem | Attempted suicide attack | The attacker was caught near Beit Hanina by Border Police. |
| 34. | 17.3.2002 Time: 6:45 or thereabouts | Ahmed Barghouti, Majid Ahmed Ziada, Luai Mansi, Rafat Salah | Beit El-Psagot road | Shooting attack | One person wounded |
| 35. | | Nasser Aweis | 1. Homesh settlement 2. Planting an explosive device on the Zuata-Asira bypass road 3. Military patrol in Dir Sharef 4. Planting of a device at Sira | Supply of weapons used for shooting attacks | |
| 36. | 26.3.2002 Time: 10:30 or thereabouts | Ahmed Barghouti, Jawad Jawara | Jerusalem, Malha Mall | Attempted suicide attack | The two attackers were arrested by IDF forces. |
| 37. | April 2002 (close to the beginning of Operation Defensive Shield) | Nasser Abu Hamid | Ramallah | Hand grenades thrown and a LAW missile launched at Israeli tanks. | |

Close