# EXHIBIT A.630
## (2 of 7)

## The victims[37]



**Genya Poleis,** 66.
Survived by a family.



**Jamil Qa'adan,** 48,
from Baka al-Gharbiya.
Survived by a family.



**Pirhiya Machlouf,** 53,
from Hadera.
Survived by a family.



**Yaakov Rahmani,** 68,
from Hadera.
Survived by a family.



**Michael Koifman,** 68,
from Hadera.
Survived by a family.



**Sabiha Nissim,** 66, from
Moshav Ahituv.
Survived by a family.

---

[37] All the victims' photographs henceforth have been taken from a website commemorating victims of hostilities, operated by the Labor and Welfare Ministry and the National Insurance Institute (www.laad.btl.gov.il). To complete the photographs from the website, we used photographs from the Foreign Ministry website (www.mfa.gov.il) and photographs we received from OneFamily, an organization providing assistance to victims of terrorism.

## General description

**Date: August 12, 2005**
**Event: A suicide bomber blew himself up a Beersheba's central bus station**
**Casualties: Some 40 wounded**
**Organization responsible: Hamas**
**Suicide bomber: Abd al-Rahman Qaisiya**




Right: the Palestinian Islamic Jihad claims false responsibility for the suicide bombing attack in Beersheba (Palestinian Television, August 28, 2005); left: the suicide bomber, dispatched on behalf of Hamas

## The attack

✤ Abd al-Rahman Qaisiya, from Al-Thahiriya (south of Hebron), formerly employed as a construction worker in Beersheba, **was recruited by the members of a Hamas cell in Al-Thahiriya.** The suicide bomber arrived at Beersheba's central bus station, where he was identified by two security guards who prevented him from perpetrating the attack amidst the crowd. Both security guards were severely injured. After the attack was perpetrated, a public (false) claim of responsibility was published by the Palestinian Islamic Jihad, broadcasted on the TV channels, but no details on the suicide bomber were given.

✦ During the month of September 2005, following the exposure of Hamas' terrorist infrastructure in the Hebron region, it was proven that the claim of responsibility had been false and that it was the **Hamas** movement, rather than the Palestinian Islamic Jihad, that had stood behind the terrorist attack. It attempted, however, to cover its tracks as part of its policy of avoiding claims of responsibility for involvement in terrorist attacks during the lull in the fighting.

## The scene of the terrorist attack



The devastation scene after the suicide bombing attack
at the Beersheba central bus station area (Reuters,
August 28, 2005; photo by Nir Elias

## General description

**Date: July 12, 2005**
**Event: A suicide bomber blew himself up near the Hasharon mall in Netanya**
**Casualties: 5 killed and some 40 wounded**
**Organization responsible: The Palestinian Islamic Jihad.**
**Suicide bomber: Ahmed Sami Abu Khalil**



Suicide bomber Ahmed Sami Khalil reading his will before leaving for the terrorist attack in Netanya (Al-Jazeera, July 12, 2005). Such public wills, in most cases, are not authentic, written for the suicide bomber by the organization responsible for the attack.

## The attack

✤ A suicide bomber from the village of Atil north of Tulkarm blew himself up on a pedestrian crossing near the Hasharon mall in Netanya. His original intent was probably to blow himself up inside the mall, but he reconsidered at the last moment (probably due to the presence of security at the mall's entrance). The suicide bomber was a recent high school graduate. Palestinian Islamic Jihad operatives claimed responsibility for the attack.[38]

---

[38] See Information Bulletin dated July 13, 2005: "The Damascus-directed and Iran-funded Palestinian Islamic Jihad carried out a mass-murder suicide bombing attack in Netanya…"

✤ The suicide bomber and his guide (a resident of the village of Ilar, in the Tulkarm region) were able to enter Israeli territory while avoiding security screening through the use of drivers who specialize in transporting illegal Palestinian workers, thus circumventing the obstacle of the Security Fence and the buffer zone (a common method of transporting suicide bombers). Two Israeli civilians, a Jew and an Israeli Arab, transported the terrorist and his guide through an IDF roadblock in Tsofin (in the Qalqilya region) and drove him to Taybeh. From there, the two were transported by another Israeli Arab to Netanya.

## The scene of the terrorist attack



The scene of the attack after the suicide bombing near the Hasharon mall in Netanya (Al-Jazeera, July 12, 2005)

## The victims







**Nofar   Horovitz,** 16, from Tel-Aviv. Survived by a family.

**Yulia Voloshin,** 31, from Netanya.  Survived by a family.

**Rachel Ben Abu,** 16, from Tel-Aviv.  Survived by a family.



**Moshe Maor Jan,** 21, from Netanya.



**Anya Lifshitz,** 50, from Netanya.
Survived by a husband, a daughter, and a granddaughter.

## General description

> **Date:** February 25, 2005
> **Event:** A suicide bomber blew himself up at the entrance of the Stage nightclub on the Tel-Aviv promenade
> **Casualties:** 5 killed and some 52 wounded
> **Organization responsible:** The Palestinian Islamic Jihad
> **Suicide bomber:** Abdallah Sa'id Ibrahim Badran



Abdallah Sa'id Ibrahim Badran in a videotape broadcasted on Al-Jazeera. The suicide bomber lashed out against the Palestinian Authority and threatened that the suicide bombing attacks would continue (Al-Jazeera).

## The attack

✦ A 23-year-old suicide bomber, a resident of **Deir al-Ghussun in the Tulkarm region,** blew himself up near the entrance of the Stage nightclub on the Tel-Aviv promenade, where several dozens of people were standing in line. The terrorist attack was planned and perpetrated by the Palestinian Islamic Jihad infrastructures in Tulkarm and Jenin, under the guidance of the Palestinian Islamic Jihad headquarters in Syria. Operatives of the organization's operative wing claimed responsibility for the terrorist attack.[39]

---

[39] See Information Bulletin titled "Profile of the Palestinian Islamic Jihad, perpetrator of a suicide bombing attack in Tel Aviv", February 28, 2005. See also Information Bulletin

## The victims



**Ronen Reuvenov,** 29, from Tel-Aviv. Survived by a family.



**Yitzhak (Itzik) Buzaglo,** 39, from Mishmar Hayarden. Survived by a wife and two children, parents, brothers and sisters.



**Yael Orbach,** 28, from Rehovot. Survived by parents and brothers.



**Odelia Hubara,** 26, from Jerusalem. Survived by parents and two brothers.



**Aryeh (Arik) Nagar,** 36, from Kfar Sava. Survived by parents and brothers.

"Israeli security forces arrested Palestinian Islamic Jihad terrorist-operatives behind the suicide bombing attack at the Stage nightclub in Tel Aviv…" June 6, 2005.

## General description

**Date:** January 18, 2005
**Event:** A suicide bomber blew himself up at an inspection point at the IDF Orkhan outpost (west of the Kissufim road) in the Gaza Strip
**Casualties: One** dead and some **8** wounded
**Organization responsible:** Hamas
**Suicide bomber:** Omar Suleiman Hussein Tabash



The suicide bomber

## The attack

✤The suicide bomber, a 21-year-old resident of **Khan Yunis, Hamas** operative, blew himself up close to an Israeli security force during an attempted arrest at an inspection point at the Orkhan outpost (west of the Kissufim road). The suicide bomber arrived at the Gush Katif junction in a car at about 4:40 PM, almost two hours after the junction had been closed to Palestinian vehicles. Based on intelligence information, he was detained and taken to the inspection point where he blew himself up.

✤ Investigations conducted following the explosion showed that the suicide bomber had been carrying the explosive belt around his thighs. The suicide bomber's explosive belt did not contain shrapnel, which was probably done to get it past the screening devices.

## The victim:



**Oded Sharon,** 36, from
Gan Yavneh.

## General description

> **Date: November 1, 2004**
> **Event: A suicide bomber blew himself up on Tel-Aviv's Carmel Market**
> **Casualties: 3 killed and some 32 wounded**
> **Organization responsible: The Popular Front for the Liberation of Palestine**
> **Suicide bomber: Amer Abd al-Rahim Ahmed Ali Abdallah (Amer al-Far)**

## The attack

✤ The suicide bomber, a 16-year-old **resident of the Askar refugee camp in Nablus,** worked as a carpenter. He expressed his desire to carry out a suicide bombing attack as revenge for the death of his uncle in the beginning of the violent confrontation. The suicide bomber was led to the site of the terrorist attack by Bassem Khandaqji, a communications student from the University of Al-Najah residing in Nablus, who used a **journalist card** he had been given for his studies to pass through military roadblocks. Khandaqji was assisted by an Arab taxi driver from East Jerusalem, who drove the terrorist to Tel-Aviv. The driver had previously served a short sentence for driving illegal Palestinian workers to Israel.

✤ The suicide bomber got out of the car, entered the market's center, and blew himself up. The attack was planned and perpetrated by the Nablus infrastructure of the Popular Front for the Liberation of Palestine. The suicide bomber's family was in a dire financial situation, a fact that was perhaps exploited by Popular Front operatives.

## The victims



**Lea Levin,** 66, from Givataim.
Survived by a husband, four children, and grandchildren.



**Shmuel (Sami) Levi,** 65, from Tel-Aviv.
Survived by a wife, a daughter, a granddaughter, and a sister.



**Tatyana Ackerman,** 32, from Tel-Aviv.
Survived by a husband, a daughter, a mother, and a sister.

## General description

> **Date:** October 5, 2004
> **Event:** A suicide bomber blew himself up next to an IDF squad in Jebaliya in the Gaza Strip
> **Casualties:** None
> **Organization responsible:** Hamas
> **Suicide bomber:** Unknown

## The attack

✦ A suicide bomber sent on behalf of **Hamas,** whose identity is unknown, probably in his fifties, blew himself up near a building in Jebaliya where an IDF force was located. Our forces suffered no casualties.

## General description

**Date:** September 22, 2004
**Event:** A female suicide bomber blew herself up at a hitchhikers' station in the northern Jerusalem neighborhood of French Hill
**Casualties:** 2 killed (border guards) and some 17 wounded
**Organization responsible:** Fatah
**Suicide bomber:** Zeinab Ali Issa Abu Salem



The suicide bomber as a role model: the severed head of the female suicide bomber who perpetrated the suicide bombing attack at a hitchhikers' station in the Jerusalem neighborhood of French Hill (September 22, 2004), accompanied by the following caption: "Zeinab Abu Salem, the woman who carried out the act of suicide martyrdom. Her head was detached from her pure body and the veil remained to decorate [her face]. You, Zeinab, belong in the highest of heavens... A sister [who ascended to the status] of men." (Al-Fateh, issue no. 38 of Hamas' online children's magazine)

## The attack

✤ The suicide bomber, an 18-year-old **resident of the Askar refugee camp in Nablus,** had graduated from high school in 2003 and enrolled in the Al-Najah University to complete her studies. She left her house on the morning of the terrorist attack after informing her family that she intended to go to the university to arrange paperwork. The female suicide bomber, dispatched by the

Fatah cell in Nablus, blew herself up near border guards while she was being examined.

## The victims



Corporal **Mamoya Tahio,** 20, from Rehovot.



Corporal **Menashe Komemi,** 19, from Moshav Aminadav.

## General description

**Date:** September 14, 2004
**Event: A suicide bomber riding a bicycle detonated himself next to an IDF force in Qalqilya**
**Casualties: 2 soldiers wounded**
**Organization responsible: Collaboration between Hamas and Fatah's Tanzim**
**Suicide bomber: Yussuf Taleb Yussuf Aghbari**



The suicide bomber

## The attack

✦ A resident of **Qalqilya,** a 24-year-old single male, worked in temporary jobs (carpentry, portage). On the day of the terrorist attack, he arrived on a bicycle from the direction of Qalqilya to the agricultural gate (a gate in the security fence, serving for passage of farmers) that faces the village of Hableh. IDF soldiers at the roadblock asked the terrorist to present an ID card and a transit permit. The terrorist responded in the negative and was told to return to Qalqilya. He turned to the direction of Qalqilya and blew himself up near the soldiers. The terrorist attack was perpetrated by a combined infrastructure of **Hamas** and **Fatah's Tanzim,** under the leadership of Ibrahim Issa, a Hamas operative with knowledge of preparing explosive charges.

## General description

> **Date:** August 31, 2004
> **Event:** Two suicide bombers detonated themselves on two adjacent buses in Beersheba
> **Casualties:** 16 dead and some 100 wounded
> **Organization responsible:** Hamas
> **Suicide bombers:** Nassim Muhammad Ali Abd al-Ghani Ja'bari, Ahmed Abu al-Afu Abd al-Fatah Qawasmeh

 

The suicide bombers Nassim Muhammad Ali Abd al-Ghani Jabari (right),
Ahmed Abu al-Afu Abd al-Fatah Qawasmeh (left)

## The attack

✦ Two residents of Hebron, 22-year-old **Nassim Muhammad Ali Abd al-Ghani Ja'bari** and 29-year-old **Ahmed Abu al-Afu Abd al-Fatah Qawasmeh** blew themselves up almost simultaneously on two adjacent buses near Beersheba's Soroka hospital. The two had been recruited by **Mus'ab Hashlamun,** head of the **Hamas** cell in northern Hebron.

✦ At first, the Hamas infrastructure planned to perpetrate the terrorist attack against a bus arriving in Kiryat Arba, but reconsidered due to the difficulties of infiltrating into the location and since the population density, in their view, was not so large as to warrant a terrorist attack.

✦ Ahmed Qawasmeh, one of the suicide bombers, had gone to work in Beersheba several times with his brother to become acquainted with the area and choose the proper destination. The preparation of the explosive belts had been completed two days before the terrorist attack. The belts had been concealed inside plaster picture frames to avoid their uncovering during the suicide bombers' ride to Beersheba on a vehicle transporting illegal Palestinian workers into Israel.

## The scene of the terrorist attack



**Source: Reuters, photo: STR**

## The victims



**Aviel Yitzhak Atash,** 3, from Beersheba. Survived by parents.



**Nargiz Ostrogorsky,** 54, from Beersheba. Survived by two daughters.



**Eliyahu Baba Lalo Uzan,** 58, from Beersheba. Survived by a wife, six children, five grandchildren, brothers and sisters.

65



**Tamara Debrashvili Ajiashvili,** 70, from Beersheba. Survived by four daughters, seventeen grandchildren, great-grandchildren, a sister and two brothers.



**Larissa Gomanenko,** 47, from Beersheba. Survived by a son.



**Vitaly Brodsky,** 52, from Beersheba. Survived by two sons.



**Emanuel Yosef (Yosefov),** 28, from Beersheba. Survived by a mother, two brothers and two sisters.



**Tiroyaient Tekele,** 33, from Beersheba. Survived by a husband and six children, parents, brothers and sisters.



**Denise Haddad Bozana,** 50, from Beersheba. Survived by a husband and four children.



**Maria Sokolov Kotov,** 57, from Beersheba. Survived by a family.



**Karine Malka,** 22, from Beersheba. Survived by parents, a brother and a sister.



**Rosita (Rosa) Lehman,** 45, from Beersheba. Survived by a daughter.



**Raisa Forer,** 55, from Beersheba. Survived by a son.



**Shoshana Amos,** 64, from Beersheba. Survived by a husband, four children, grandchildren, brothers and sisters.



**Roman Sokolovsky,** 53, from Beersheba. Survived by a sister.



**Tatyana Kortchenko Feldman,** 49, from Beersheba. Survived by a husband, a son and a daughter.

## General description

> **Date: May 28, 2004**
> **Event: A suicide bomber blew himself up in a car laden with explosives near the Rafah roadblock in the Gaza Strip**
> **Casualties: 2 wounded.**
> **Organization responsible: Collaboration between Fatah, the Palestinian Islamic Jihad, and the Popular Resistance Committees**
> **Suicide bomber: Ahmed Moussa Qaoud Abu Jamus**



The suicide bomber

## The attack

✢ A 22-year-old resident of **Rafah** arrived in the morning hours in a jeep from the direction of Dahaniya and drove towards an Israeli bus en route to the Rafah terminal. The jeep was blocked by a dirt ramp and the suicide bomber got out of the vehicle and began shooting at the bus. Several seconds later, the jeep exploded. The bus driver stopped his vehicle, which caused the escort car to collide with the bus from behind. As a result of the collision, two IDF soldiers were lightly injured. The suicide bomber's brother, Hisham Abu Jamus, had perpetrated an infiltration terrorist attack (August 2001) into an IDF outpost called Marganit to the south of Gush Katif, in which 3 soldiers had been killed.

## General description

> **Date:** May 22, 2004
> **Event:** A suicide bomber blew himself up near the Beqaot roadblock in the vicinity of Nablus during an IDF activity to detain wanted terrorists
> **Casualties:** An injured soldier and **4** wounded Palestinians
> **Organization responsible:** The Palestinian Islamic Jihad.
> **Suicide bomber:** Sami Ziyad Sa'id Salameh

## The attack

✦ Prior to the suicide bombing attack, a **19-year-old** resident of **Nablus** had been involved in a shooting attack in Nablus. On the day of the terrorist attack, the suicide bomber arrived from Nablus to the Beqaot roadblock to the north-west of Nablus, dressed in a black coat. The soldiers at the roadblock suspected the terrorist and initiated a detention procedure, during which he detonated the explosive charge he carried on his body. Responsibility for the terrorist attack was claimed by the Popular Front for the Liberation of Palestine, even though the suicide bomber had been recruited by the Palestinian Islamic Jihad.

## General description

> **Date:** April 28, 2004
> **Event: A suicide bomber blew himself up in a car laden with explosives in the vicinity of Kfar Darom**
> **Casualties: 4 wounded soldiers**
> **Organization responsible: Hamas**
> **Suicide bomber: Tareq Dhiyab Abd Hamid**



The suicide bomber

## The attack

✠  A 24-year-old resident of the **Nuseirat refugee camp** in the central Gaza Strip, single, a Hamas operative. On the morning of the day of the terrorist attack, he headed out in a jeep, carrying an Israeli flag, from the direction of a building located to the south of Kfar Darom. He got on the main road and started driving south (the area of the Orkhan outpost). IDF forces in the area recognized the vehicle and opened fire. The jeep came within some 50 yards of the IDF force and exploded.

## General description

**Date:** April 17, 2004
**Event: A suicide bomber blew himself up at an IDF checkpoint in the Erez industrial zone in the Gaza Strip**
**Casualties: One soldier killed and 3 wounded**
**Organization responsible: Collaboration between Fatah and Hamas**
**Suicide bomber: Fadi Ahmed Hassan Amoudi**



The suicide bomber

## The attack

✤ A 22-year-old resident of the **Jebaliya refugee camp** on the outskirts of Gaza City, single, worked at a factory in the Erez industrial zone. On the day of the terrorist attack, he arrived with some 30 workers who entered the industrial zone. After the workers had entered, the suicide bomber was the last to remain. When he crossed the workers' terminal, he headed for the exterior square and blew himself up. The terrorist wore an explosive belt that had probably been hidden in his groin area. Investigations revealed that the charge weighed some 4-6 lbs. and did not contain shrapnel.

## The victim:



Sergeant **Kfir Ohayon,** 20,
from Eilat.

## General description

**Date:** March 14, 2004
**Event:** Two suicide bombers blew themselves up in the Ashdod Port
**Casualties:** **10** killed and some **12** wounded
**Organization responsible:** Collaboration between Fatah and Hamas
**Suicide bombers:** Nabil Ibrahim Muhammad Mas'oud and Muhammad Zuheir Mahmoud Salem al-Qassem



The two suicide bombers who perpetrated the suicide bombing attack in the Ashdod Port. The photograph appeared on the Hamas website.

## The attack

⚜ Nabil Ibrahim Muhammad Mas'oud, a 17-year-old resident of **Jebaliya,** located on the outskirts of Gaza City, belonging to **Fatah,** and Muhammad Zuheir Mahmoud Salem al-Qassem, an 18-year-old resident of **Beit Lahiya,** belonging to **Hamas,** arrived at the Ashdod Port at 3:50 PM on the day of the terrorist attack. The two hid in a container that had arrived from the Gaza Strip to the Ashdod Port through the Karni crossing (serving for passage of goods). The two suicide bombers hid inside a double partition that had been prepared in the container. Hidden with them were explosive charges, hand grenades, and personal equipment. The two blew themselves up within several minutes of

each other, one in the area of the port and the other next to the entrance gate to the port.

✤ The terrorist attack was orchestrated by Hassan Atiya Hassan Madhoun, a senior operative of Fatah's Al-Aqsa Martyrs Brigades in the Gaza Strip. Hassan Madhoun was killed by an Israeli Air Force attack (November 1, 2005).

## The victims



**Daniel (Danny) Assulin,** 50, from Ashdod. Survived by a wife, a son and a daughter, a grandson, a mother, a brother and two sisters.



**Avraham (Avi) Avraham,** 33, from Ashdod. Survived by a wife, parents, two brothers and three sisters.



**Gil Zilo Abitbul,** 40, from Ashdod. Survived by a wife and two children, parents, a brother and a sister.



**Moshe Yaakov (Moshiko) Hendler,** 29, from Rehovot. Survived by a wife and a daughter, parents, and a sister.



**Ofir Damari,** 32, from Rehovot. Survived by a wife and two children, parents, and three sisters.



**Zion Dahan,** 30, from Ashdod. Survived by a wife and a daughter, parents, a brother and three sisters.



**Mazal Marciano Weizman,** 30, from Ashdod.
Survived by a husband and two children, parents, and seven brothers and sisters.



**Maurice Tubul,** 29, from Ashdod.
Survived by a mother and three brothers.



**Pinchas Avraham (Pini) Zilberman,** 46, from Tel-Aviv.
Survived by a wife and a daughter, a father, and a sister.



**Avraham (Avi) Suissa,** 56, from Kiryat Malachi.
Survived by wife and six children, grandchildren, a mother, and brothers.

## General description

**Date:** March 6, 2004
**Event:** Four suicide bombers blew themselves up at the Erez crossing in the Gaza Strip
**Casualties: 2** Palestinian policemen killed
**Organization responsible: Collaboration between Fatah, Hamas, and the Palestinian Islamic Jihad**
**Suicide bombers:** Muhtadi Muhammad Dhiyab Mubayyad, Hatem Muhammad Ibrahim Tafesh, Muhammad Jihad Khamis Abu Diya, Amru Hussein Yaqoub Sa'id.

   

The suicide bombers, left to right: Muhtadi Muhammad Diyab Mubayyad, Hatem Muhammad Ibrahim Tafesh, Muhammad Jihad Khamis Abu Diya, and Amru Hussein Yaqoub Abu Sa'id.

## The attack

✦ A terrorist attack involving several car bombs occurred at about 10:20 AM. It was perpetrated by four suicide bombers: Muhtadi Mubayyad, aged 30, from the **Shati refugee camp;** Hatem Tafesh, aged 18, from the **Shati refugee camp;** Muhammad Abu Diya, aged 19, from **Rimal;** Amru Sa'id, aged 19, from **Sheikh Radwan.**

✦ The terrorist attack included the explosion of a taxi-cab laden with explosives near an IDF outpost, in which the terrorist driving the car was killed. At the same time, a jeep arrived with two suicide bombers. One of them, dressed in a striped uniform, got out of the car and started shooting on the IDF

forces. The two suicide bombers were shot dead by the troops. Another jeep reached the Palestinian outpost and exploded, killing the terrorist inside.

✛ The preparations for the terrorist attack had lasted for several months and included preparing the vehicles and training the suicide bombers. The two jeeps that took part in the terrorist attack were camouflaged as Sufa-class jeeps used by the IDF and had Israeli license plates.

## General description

> **Date:** February 22, 2004
> **Event:** A suicide bomber blew himself up on bus no. 14 in Jerusalem
> **Casualties:** **8** killed and some **60** wounded
> **Organization responsible:** Fatah's Al-Aqsa Martyrs Brigades
> **Suicide bomber: Muhammad Issa Khalil Zaghal.**



The suicide bomber

## The attack

✦ Muhammad Zaghal, a **23-year-old** resident of the village of **Hussan,** married and father of a child, a construction worker, was employed in the area of Jerusalem. The suicide bomber detonated a charge carried in a bag on bus no. 14 near Gan Hapaamon (Liberty Bell Park) in Jerusalem. It should be noted that although Fatah's Al-Aqsa Martyrs Brigades claimed responsibility for the shooting attack, the suicide bomber was not known as a Fatah operative or involved in political activity (other than the fact that several years ago he had been involved in religious Islamic activity, which he had ceased due to pressure exerted by his family). In the beginning of the violent confrontation with Israel, he had been shot and injured by IDF soldiers during riots that occurred in his village.

78

## The victims



**Benaya Yehonatan Zuckerman,** 18, from Jerusalem. Survived by a family.



**Yuval Ozana,** 31, from Jerusalem. Survived by a wife and two children, parents, a brother and two sisters.



**Ilan Israel Avisidris,** 38, from Jerusalem. Survived by a father and a son.



**Staff-Sergeant Netanel Havshush,** 20, from Jerusalem.



**Lior Azulai,** 18, from Jerusalem. Survived by parents and a sister.



**Yehuda Haim,** 47, from Givat Zeev. Survived by a wife and three children, parents, brothers and sisters.



**Rahamim (Rami) Doga,** 37, from Kastel (Maoz Zion). Survived by a mother and seven brothers and sisters.



**Yaffa Ben Shimol Matlub,** 57, from Jerusalem. Survived by a husband, five children, grandchildren, brothers and sisters.

## General description

**Date:** January 29, 2004
**Event:** A suicide bomber blew himself up on bus no. 19 in Jerusalem
**Casualties:** 11 killed and some 44 wounded
**Organization responsible:** Fatah's Al-Aqsa Martyrs Brigades
**Suicide bomber:** Ali Munir Yussuf Jaarah



The suicide bomber

## The attack

✦ A 25-year-old resident of the Ayda refugee camp in Bethlehem, a policeman in the Bethlehem police, blew himself up on bus no. 19, operated by Egged, in the center of Jerusalem. The suicide bomber carried a charge weighing approximately 12-16 lbs. in a bag. He left a handwritten will claiming he perpetrated the act in revenge for the IDF's killing of Palestinians.

## The scene of the terrorist attack



Source: Reuters, photo: STR

# The victims



**Baruch Roman Chondiashvili,** 38, from Jerusalem. Survived by a wife and three children.



**Anat Darom,** 23, from Netanya. Survived by parents and two sisters.



**Natalya Gamril,** 53, from Jerusalem. Survived by a husband, a daughter, and a sister.



**Rose Boneh,** 39, from Jerusalem. Survived by a mother, four brothers and sisters, and a spouse.



**Hannah (Anya) Bonder,** 38, from Jerusalem. Survived by a son and a daughter, parents, and a sister.



**Dana Dina Itach Lavan,** 24, from Jerusalem. Survived by a husband, parents, a brother and two sisters.



**Viorel Octavian Florescu,** 40. Survived by a wife and a daughter, parents, and brothers.



**Yechezkel Goldberg,** 41, from Beitar Illit. Survived by a wife and seven children.



**Avraham (Albert) Balhasan,** 28, from Jerusalem. Survived by a mother and a wife.



**Mehbere Kifile Valda
Tzadik,** 51,
from Ethiopia.



**Eli Zfira,** 47,
from Jerusalem.
Survived by a mother, a
wife, and four children.

## General description

**Date: January 14, 2004**
**Event: A female suicide bomber blew herself up at the Erez crossing in the Gaza Strip**
**Casualties: 3 soldiers and one civilian killed, some 10 wounded**
**Organization responsible: Collaboration between Hamas and Fatah's Tanzim**
**Suicide bomber: Reem Saleh Mustafa Awad (Al-Riyashi)**



The suicide bomber in an article praising and glorifying her and the suicide bombing attack she perpetrated (Filastin al-Muslima, February 2004 issue)



Suicide bomber Reem Saleh al-Riyashi before departing for the terrorist attack

## The attack

⊕ A 23-year-old resident of **Gaza City,** born to an affluent family, who had been married for some five years and was a mother of two young children (a 3-year-old girl and a 1.5-year-old boy); She had been recruited by **Hamas** and was **the first Palestinian mother to perpetrate a suicide bombing attack.** She was also the only female terrorist who perpetrated a suicide bombing attack on behalf of Hamas. Her husband was a Hamas operative.

83

✤ Before the terrorist attack, she expressed her desire to perpetrate a suicide bombing attack and even looked for someone to dispatch her. She was at odds with her husband and family and was romantically involved with a senior Hamas operative, giving rise to the possibility that the terrorist attack was designed to clear her name. She blew herself up at the workers' crossing terminal in the Erez industrial zone, while evading the screening devices on the site.

## The victims



Corporal **Andrei Kegeles,** 19, from Nahariya.



**Gal Shapira,** 28, from Ashkelon.
Survived by parents and a sister.



Staff-Sergeant **Zur Or,** 20, from Rishon Letzion.



Staff-Sergeant **Vladimir Trostinsky,** 22, from Rehovot.

## General description

> **Date:** January 11, 2004
> **Event:** A suicide bomber blew himself up in the vicinity of an IDF force at Jinsafut junction (west of Nablus)
> **Casualties:** none
> **Organization responsible:** The Palestinian Islamic Jihad in collaboration with Fatah
> **Suicide bomber:** Iyad Bilal Mamad Nabil (Rizaq) al-Masri

## The attack

✢ A 17-year-old resident of **Nablus,** a Fatah operative, exploded at the junction of the Jinsafut village as a result of a "work accident". The suicide bomber and an accompanying guide headed out from Nablus with the purpose of arriving in the Ramallah region. They reached the area of the Jinsafut village where the suicide bomber exploded due to a "work accident" (perhaps he armed the charge contrary to the recommendation of his guide). The charge that was placed in a small black bag included small bolts, metal balls, and 1.5W batteries. The remains of a cellular telephone that had been in the possession of the suicide bomber were found as well.

## General description

Date: December 25, 2003
Event: A suicide bomber blew himself up at a bus
station at the Geha Interchange between Petah Tivka
and Bnei Brak
Casualties: 4 dead, approximately 20 wounded
Organization responsible: The Popular Front for the
Liberation of Palestine (PFLP)
Suicide bomber: Sa'id (Tha'ir) Kamal Jamil Hanani

## The attack

✷  The suicide bomber was a resident of **Beit Furik, 18 years old,** a PFLP operative and worked in construction. He blew himself up at a bus stop at the Geha Interchange between Petah Tikva and Bnei Brak. The PFLP infrastructure in Nablus was responsible for the attack. **Munthir Sanawbar**, who accompanied Hanani to the site of the attack, was later arrested. During interrogation he stated that the two had arrived in a taxi driven by an Israeli driver who customarily took residents from the PA-administered territories, even those whom he knew did not have entry permits.

## The victims



Corporal **Angelina Shcherov**, 19, from Kfar Saba



Staff Sergeant **Noam Leibowitz**, 22, from Elkana.



**Adva Tsippora Fisher,** 19, from Kfar Saba. Survived by parents and two brothers.



Corporal **Rotem
Weinberger**, 19,
from Kfar Saba.

## General description

> **Date:** November 3, 2003
> **Event:** A suicide bomber blew himself up near a group
> of IDF soldiers in the village of 'Azoun
> **Casualties:** **2** Israeli soldiers wounded
> **Organization responsible:** Fatah/Tanzim
> **Suicide bomber:** Sabih Kamal Asa'd Abu Sa'ud

## The attack

✦ The suicide bomber was a resident of **Rafidia (Nablus), 16 years old,** a high school student who was sent into Israel for the attack by the Fatah/Tanzim terrorist-operative infrastructure in Nablus. He was transferred to the Qalqilya district and infiltrated into Israel through Kefar Qassem, an area without a security fence. Following intelligence information, security forces and police were deployed to prevent the attack. A number of suspects were detained in the village of 'Azoun and around Qalqilya. During the attempted detainment, he blew himself up near a group of soldiers.

## General description

> **Date:** October 9, 2003
> **Event: A suicide bomber blew himself up at IDF Coordination and Liaison headquarters in Tulkarm.**
> **Casualties: 4 Israeli soldiers wounded**
> **Organization responsible: Fatah**
> **Suicide bomber: Ahmad Mustafa Ahmad al-Safadi**

## The attack

🔹 The suicide bomber was a resident of **'Urif (Nablus), 18 years old** and an auto mechanics high school student in Nablus. He reached the IDF Coordination and Liaison headquarters in Tulkarm carrying a black backpack. He waited in the shed outside with other residents and after a while he got up, walked over to the reception area and blew himself up.

## General description

> **Date:** October 4, 2003
> **Event:** A female suicide bomber blew herself up in Maxim, a popular restaurant in Haifa.
> **Casualties:** 21 dead, 48 wounded
> **Organization responsible:** The Palestinian Islamic Jihad (PIJ)
> **Suicide bomber**: Hanadi Taysir `Abd al-Malik Jaradat



Suicide bomber

## The attack

✤ The suicide bomber was a resident of **Jenin, 29** years old and unmarried, a graduate of the law school of the Open University's Al-Quds campus. She saw her brother killed by the Israelis with her fiancé, Salah Jaradat, who was head of the **PIJ infrastructure in Jenin.**

✤ Hanadi Jaradat and her fiancé had an intimate relationship although they were not yet married, which is exceptional in Palestinian society. She became a suicide bomber to avenge the deaths of her brother and fiancé. She was brought to Haifa from the village of Barta'a, west of Jenin (a divided village, part in Israel, part in the Palestinian Authority-administered territories).

90

✦ She was supposedly going to arrange hospitalization for her sick father at the Rambam Medical Center in Haifa. On the way she asked to stop at Maxim to eat something, and once inside she blew herself up. The explosive charge weighed 4 kg (8.8 lbs) and contained ball bearings and shrapnel.

## The scene of the attack



(Photo: Nir Elias, Reuters)

## The victims



**Ruth Almog,** 70, from Haifa. Survived by her two daughters and grandchildren.



**Moshe Almog,** 43, from Haifa. Survived by his wife, two children and two sisters.



Admiral **Ze'ev Almog,** 71, from Haifa. Survived by his two daughters and grandchildren.



**Mark Biano,** 29, from Haifa. Survived by his parents and a sister.



**Zvi Bahat,** 35, from Haifa. Survived by his wife, two children, parents and a sister.



**Tomer Almog,** 9, from Haifa. Survived by his mother, brother and sisters.



**Bruria Zer-Aviv**, 59, from Kibbutz Yagur. Survived by her two daughters.



**Bezalel Zer-Aviv**, 29, from Kibbutz Yagur. Survived by his father and two sisters.



**Naomi Velovski Biano**, 25, from Haifa. Survived by her parents and brother.



**Keren Zer-Aviv almaqyes** 29, from Kibbutz Yagur. Survived by her parents and four brothers.



**Noya Zer-Aviv**, one year old, from Kibbutz Yagur. Survived by her grandparents.



**Liran Zer-Aviv**, 4, from Kibbutz Yagur. Survived by her grandparents.



**Osama Najar**, 28,
Haifa.
Survived by his wife and
daughter, mother and
three brothers.



**Mutanas Jiris Karkabi,**
31, Haifa.
Survived by his wife,
parents and four brothers
and sisters.



**Sharbal Matar,** 23,
Fassouta.
Survived by his brother
and three sisters.



**Nir Regev,** 25, from
Nahariya.
Survived by his parents,
brother and sister.



**Hana Francis,** 39,
from Fassouta.
Survived by his parents,
brother and two sisters.



**Irena Sofrin**, 38,
Kiriyat Bialik.
Survived by her husband
and two children,
parents and two sisters.



**Lydia Zilberstein**, 56,
from Haifa.



**George Matar,** 59,
from Haifa.



**Asaf Steier,** 10,
lived in Haifa.
Survived by his parents
and brother.

## General description

> **Date:** September 9, 2003
> **Event:** A suicide bomber blew himself up at the
> entrance to Café Hillel in Jerusalem.
> **Casualties**: **7** dead and approximately **70** wounded
> **Organization responsible**: Hamas
> **Suicide bomber:** Ramez Fahmi Izz al-Din Abu Salim

 

Pictures of suicide bomber on flyers found in Al-'Eyn mosque in Al-Bireh [40]

## The attack

✦ The suicide bomber was a resident of the village of **Rantis, 22 years old**, a
**Hamas** operative, a student and an Islamic Block activist at the Al-Bireh
campus of the Open University. He had been held in administrative detention
and was released in February 2003. At 11:30 at night on September 9 he blew
himself up at the entrance to Café Hillel on Emek Refaim Street in Jerusalem.

---

[40] For further information see our Special Bulletin "Mosques in the Palestinian Authority-administered territories are used as platforms for provoking anti-Israel and anti-American hatred ," at http://www.intelligence.org.il/eng/sib/mpa_11_03/alein_12_03.htm.

✤   He was dispatched by a group of Hamas operatives in the village of Beit Lakkiya, composed of Hamas recruits from East Jerusalem and handled by Hamas headquarters in Ramallah.

✤   During October 2004 a number of residents of the village of 'Isawiya in East Jerusalem were detained by the Israel Security Agency and the Jerusalem police force. During interrogation two of them admitted that they had led Ramez Abu Salim to Café Hillel. Other interrogated suspects admitted to having helped the two contact Hamas headquarters in Ramallah and carry out the attack.

## The scene of the attack



(Photo: Palestine Al-Muslimiya, October 2003)