# EXHIBIT A.630
## (3 of 7)

## The victims



**Nava Appelbaum,** 20, from Jerusalem. Survived by her mother, five brothers and sisters.



**David Ya'akov Halevi Appelbaum,** 51, from Jerusalem. Survived by his wife, five children and sister.



**David Shimon Avizadris**, 51, from Mevaseret Zion. Survived by his wife and children mother, brothers and sisters.



**Alon Mizrahi,** 22, from Jerusalem. Survived by his parents, three brothers and three sisters.



**Shafik Karam,** 27, from (Bait Hanina) Jerusalem. Survived by his parents, brother and two sisters.



**Yehiel Emil Tubol,** 51, from Jerusalem. Survived by his four children and nine brothers and sisters.



**Gila Moshe**, 40, from Jerusalem. Survived by her husband and two children parents, brother and sister.

96

## General description

Date: **September 9, 2003**
Event: **A suicide bomber blew himself up at a bus stop in Tsrifin.**
Casualties: **9** killed and **14** wounded
Organization responsible: **Hamas**
Suicide bomber: **Ihab 'Abd al-Kadir Mahmoud Abu Salim**



A picture of the suicide bomber found in Al-'Eyn mosque in El-Bireh.

## The attack

✦ The suicide bomber was a resident of the village of **Rantis, 19 years old**, a student at the Ramallah campus of the Open University, a **Hamas** operative who was in administrative detention between December 21, 2001 and March 2003. He was recruited for the attack by Ramez Abu Salim, the suicide bomber who blew himself up at Café Hillel. The attack at the bus stop, like the one at Café Hillel a few hours before it, was planned and carried out by the Hamas infrastructure in Ramallah headed by **Ibrahim Hamad.**

97

## The victims



Corporal **Prosper Twito**, 20, from Ofer. Survived by his parents, two brothers and sister.



Corporal **Felix Nikolaichuk,** 20, from Bat Yam. Survived by his parents and brother.



Corporal **Mazi Grego,** 19, from Holon. Survived by her mother, brother and sister.



Sergeant **Liron Siboni,** 19, from Ramat Gan. Survived by parents and two siblings.



Sergeant **Efrat Schwartzman**, 19, from Moshav Ganei Yehuda. Survived by parents and brother.



Sergeant **Yonatan Peleg**, 19, from Moshav Yanuv. Survived by parents, brother and two sisters.



Senior Warrant Officer **Haim Alfasi**, 39, from Pardess Hannah. Survived by wife and three children.



Chief Warrant Officer **Yaakov Ben Shabbat**, 39, from Haifa. Survived by his wife, three children, parents, and eight brothers and sisters.



Captain **Yael Kfir,** 21, from Ashkelon. Survived by her parents and sister.

## General description

> **Date:** August 19, 2003
> **Event:** A suicide bomber blew himself up on a Number 2 urban bus in Jerusalem.
> **Casualties:** **23** killed and approximately **115** wounded
> **Organization responsible:** Hamas
> **Suicide bomber:** Raid `Abd al-Hamid `Abd al-Rizaq Musk

 

Left: The bus after the explosion. Right: The suicide bomber, represented as "a national hero of excellent character" by the official Hamas newspaper (Filisteen Al-Muslima, September 2003



The suicide bomber's ID card (Filisteen Al-Muslima, September 2003)

## The attack

⊕ The suicide bomber was a resident of **Hebron, 29 years old**, married with two children, the imam of a mosque in Hebron, a graduate of the Department of Religion at Al-Najah University, where he was a Masters' candidate. He taught in a school in Hebron and taught the Qur'an at Hebron University. He blew himself up on a Number 2 urban bus in Jerusalem as it was on its way from the Western Wall to the Shmuel Hanavi Street.

⊕ Responsible for the attack was a Jerusalem cell handled by the Hamas terrorist infrastructure in Hebron, which was planning other mass-murder attacks. On the morning of the attack the suicide bomber arrived in Abu Dis where he was brought to the 'Abadin mosque in Wadi Joz. At the same time, the explosive belt was delivered by a private courier company from Hebron to Jerusalem hidden in building materials picked up by the company's Jerusalem branch; it was brought it to a mosque in the evening. Two Hamas operatives dressed the suicide bomber in the belt, explained how to operate it and drove him to the bus station near the mosque.

## The victims



**Avraham Bar-Or,** 12, from Jerusalem. Survived by his parents and nine brothers and sisters.



**Ya'akov Issachar Dov Binder**, 50, from Jerusalem. Survived by his wife, seven children, grandchildren, brother and sisters.



**Miriam Eisenstein**, 20, from Bnei Brak. Survived by her parents and eight brothers and sisters.



**Shmuel Wilner**, 52, from Jerusalem. Survived by his wife, five children and grandchildren.



**Feiga Dushinski**, 50, from Jerusalem. Survived by her husband.



**Binyamin Bergman**, 15, lived in Jerusalem. Survived by his parents and eight brothers and sisters.



**Eli Zarkovski** one year old, from New York. Survived by his father and brothers.



**Shmuel Zargari**, 11 months, from Jerusalem. Survived by his parents, three brothers and two sisters.



**Eliezer Weisfish**, 42, from Jerusalem. Survived by his wife and daughter, mother, sister and four brothers.



**Menachem Leibel**, 23, from Jerusalem. Survived by his parents, sister and five brothers.



**Lilach Kardi,** 22, from Netanya. Survived by her husband, son, and two brothers.



**Goldie Zarkovski,** 43, New York. Survived by her and children.



**Hanoch Segal**, 65, from Bnei Brak. Survived by his wife, five children, grandchildren and brother.



**Tehilla Nathanson**, 3, from Zichron Ya'akov. Survived by her parents and two sisters.



**Elisheva Meshulami**, 16, from Bnei Brak. Survived by her parents and seven brothers and sisters.



**Nehama Hava Rechnitzer**, 19, from Bnei Brak. Survived by her parents and 12 brothers and sisters.



**Shalom Mordechai Reinitz**, 48, from Netanya. Survived by his wife, children and parents.



**Issachar Dov Reinitz**, 9, from Netanya. Survived by his mother, brothers and sisters.



**Fruma Rachel Weitz**, 73, from Jerusalem. Survived by her eight children and her grandchildren.



**Maria Antonia Reslas,** 39, from the Philippines. Survived by her son.[41]



**Liba Schwartz Tafilinski,** 54, from Jerusalem. Survived by her husband, five children, grandchildren mother, brothers and sisters.



**Tova Lev,** 37,
from Bnei Brak.
Survived by her mother
and three brothers.



**Mordechai Laufer,** 27,
from Netanya. Survived
by his family.

## General description

**Date: August 12, 2003**
**Event: A suicide bomber blew himself up in a supermarket in Rosh Ha'ayn.**
**Casualties: 1 killed and 9 wounded**
**Organization responsible: Fatah/Tanzim**
**Suicide bomber: Islam Yussuf Taleb Kteshat**



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the **'Askar refugee camp in Nablus, 17 years old.** He carried the bomb into the supermarket in a back pack. Responsibility for the attack was claimed by the Fatah/Tanzim infrastructure headed by Othman Yunis. The suicide bomber was driven to Rosh Ha'ayn by an Israeli Arab from Jaljuliya (near Kfar Saba) who customarily drove Palestinians without valid entrance permits into Israel.

## The victim



**Yechezkel Yekutieli,** 42, from Rosh Ha'ayn. Survived by his wife, son and daughter.

# General description

**Date: August 12, 2003**
**Event: A suicide bomber blew himself up near a bus stop in Ariel.**
**Casualties: 2 killed and 2 wounded**
**Organization responsible: Hamas**
**Suicide bomber: Hamis Ghazi Feisal Jaruwan**

## The attack

✸ The suicide bomber was a resident of **Ras al-Eyn near Nablus, 18 years old.** He blew himself up at the crossroads at the entrance to the town of Ariel. He apparently noticed the Israeli security forces in the area, became frightened and detonated his explosive belt. The Hamas terrorist-operative infrastructure in Nablus headed by Muhammad Hanbali organized and carried out the attack to avenge the deaths of the targeted killings of two of their senior operatives.

## The victims





**Amatzia Andrei Nisanevitch**, 22, from Nofim. Survived by his parents, sister and three brothers.

**Erez Gizro Hershkovitz,** 18, from Eilon Moreh. Survived by his parents, six brothers and two sisters.

## General description

> **Date: July 7, 2003**
> **Event: A suicide bomber blew himself up at the home of a resident of Kfar Yavetz on the Coastal Plain.**
> **Casualties: 1 killed and 4 wounded**
> **Organization responsible: The Palestinian Islamic Jihad**
> **Suicide bomber**: Ahmad Khiri Fathi Yehia



The suicide bomber

## The attack

✦ The suicide bomber was a resident the village of **Ra'I (south west of Jenin), 21 years old,** a student at the Al-Quds campus of the Open University and active in Al-Jama'a Al-Islamiyyah, the student wing of the PIJ.

✦ He was recruited by the PIJ in April 2003. He blew himself up next to a house in Kfar Yavetz, a settlement on the Coastal Plain. He was dispatched by the PIJ infrastructure the Jenin-Tulkarm district. In the Israeli Arab village of Kafar Qassem, Israeli security forces detained Muhammad Ahmad 'Abd al-Ghani Khalil, the PIJ operative who brought the suicide bomber into Israel.

## The victim



**Mazal Afari,** 65, from Kfar Yavetz. Survived by her husband, her eight children, her grandchildren and brother.

## General description

**Date: July 19, 2003**
**Event: A suicide bomber blew himself up in a grocery store in Moshav Sde Trumot in the Beit Shean Valley.**
**Casualties: 1 killed**
**Organization responsible: The Palestinian Islamic Jihad**
**Suicide bomber: Ahmad 'Ali 'Abahara**

## The attack

♣ The suicide bomber was a resident of the village of Al-Yamun (west of Jenin), 19 years old. He was recruited for the attack by the PIJ infrastructure in Jenin. During the morning hours he arrived at the grocery store in Sde Trumot wearing jeans and a black T-shirt, carrying a bag over his shoulder. He began looking though things outside the store, and the owner asked him what he was doing and asked him to come in. He entered and blew himself up.

## The victim



**Avner Mordechai,** 63,
from Sde Trumot.
Survived by his wife, six
children, his
grandchildren, brothers
and sisters.

## General description

> **Date: June 11, 2003**
> **Event: A suicide bomber blew himself up on a Number 14 urban bus in Jerusalem.**
> **Casualties: 17 killed and approximately 104 wounded**
> **Organization responsible: Hamas**
> **Suicide bomber: 'Abd al-Mu'ti Muhammad Salih Muhammad Shabaana Tamimi**

## The attack

✠  The suicide bomber was a resident of **Hebron, 18 years old,** a student at Hebron's vocational high school. **Disguised as an ultra-Orthodox Jew,** he blew himself up on a Number 14 urban bus in Jerusalem. The attacks was planned and carried out by the Hamas operative headquarters in Hebron. The Israeli security forces uncovered a Hamas infrastructure in Jerusalem which received the suicide bomber when he reached the city was also uncovered.

## The scene of the attack



(Photo: Gil Cohen Magen, Reuters)

## The victims



**Roi Haim Eliraz,** 21, from Mevaseret Zion. Survived by his parents, brother and two sisters.



**Anna Orgal,** 54, from Jerusalem. Survived by her parents and sisters.



**Bat-El Ohana,** 21, from Kiriyat Ata. Survived by her parents, brother and two sisters.



**Haile Abraha Hawki** 56, from Ethiopia. Survived by his wife and three children.**42**



**Eugenia Berman Kanelbaum,** 50, from Jerusalem. Survived by her husband, five children, father and brother.



**Alan Beer,** 46, from Jerusalem. Survived by his parents, brother and two sisters.



**Yaffa Mualem**, 65, from Jerusalem. Survived by her husband, three children, her grandchildren and two brothers.



**Zvi Cohen,** 38, from Jerusalem. Survived by his wife and daughter, parents and five brothers and sisters.



**Elsa Hannah Leah Cohen Winter,** 70, from Jerusalem. Survived by her son and daughter.



**Tsipporah Pesachovitch Perl,** 53, from Jerusalem. Survived by her husband and two dauthers, mother and sister.



**Yaniv Obayed,** 22, from Herzliya. Survived by his father, brother and sister.



**Malka Renee Mamina Sultan Benayon** 67, from Jerusalem. Survived by her husband, three children, twenty grandchildren and one great-grandchild.



**Berta Tita Matattihayu,** 63, from Jerusalem. Survived by husband, three children, her grandchildren and brothers.



**Bianca Shichrur,** 62, from Jerusalem. Survived by son, daughter and grandchildren.



**Alexander Kazaris**, 77, from Jerusalem. Survived by his two grandchildren.



Sergeant **Tamar Ben-Eliahu**, 20 from moshav Paran. Survived by her parents, two brothers and a sister.



**Miriam Levy**, 75, from Jerusalem. Survived by two daughters and her grandchildren.

## General description

**Date: May 19, 2003**
**Event: A female suicide bomber blew herself up at the entrance to the Amaqim shopping mall in Afula (southeast of Haifa).**
**Casualties: 3 killed and approximately 50 wounded**
**Organization responsible: The Palestinian Islamic Jihad**
**Suicide bomber: Hiba 'Azem Sa'id Daraghmeh**



The suicide bomber photographed before the attack

## The attack

✦ The suicide bomber was a resident of the village of **Tubas, 19 years old,** unmarried, a devout Muslim and was majoring in English at the Al-Quds campus of the Open University. She was the sister of Baker Daragmeh, a PIJ operative who was recruited to carry out a suicide bombing attack in June 2002, and who is currently in jail in Israel. Hiba Daragmeh carried out the attack to avenge her brother's imprisonment. She was described by witnesses as wearing jeans, a tight blouse and high heels, and carrying a heavy-looking black purse. She apparently left for Israel without the usual accompaniment of a close male relative, reached Afula and blew herself up at the entrance to the shopping mall.

## The victims



**Kiryl Shremko**, 22, from Afula. Survived by his parents and brother.



**Hassan Tawatha,** 41, from Jisr a-Zarka. Survived by his wife and three children, parents, brothers and sisters.



**Avraham Zerihan,** 36, from Beit Shean. Survived by his mother and 12 brothers and sisters.

## General description

> **Date:** May 19, 2003
> **Event:** A suicide bomber blew himself up near an IDF jeep close to Kfar Darom (a since-disengaged settlement in the Gaza Strip).
> **Casualties:** 3 soldiers wounded
> **Organization responsible:** Hamas
> **Suicide bomber:** Shadi Suliman Salim Nebahin



**The suicide bomber**



An entire page of the June 2003 issue of Filisteen al-Muslima devoted to suicide bombers

## The attack

✠ The suicide bomber was a resident of **Al-Brij refugee camp** near **Dir al-Balah in the Gaza Strip**, 20 **years old**, unmarried and a Hamas operative. He rode a bicycle to Kfar Darom and blew himself up near an IDF jeep patrolling the area. The detonator was found on the handlebars. Responsible for the attack was a Hamas cell in Dir al-Balah, which routinely fired mortar shells and anti-tank missiles at Kfar Darom and at the same time carried out mass-murder attacks every few months.

## General description

**Date:** May 18, 2003
**Event:** A suicide bomber blew himself up near the Al-Ram check point north of Jerusalem.
**Casualties:** None
**Organization responsible:** Hamas
**Suicide bomber:** Mujahid 'Abd al-Fatah Mustafa al-Masri Ja'bari



**The suicide bomber**



**An entire page of the June 2003 issue of Filisteen al-Muslima devoted to suicide bombers**

## The attack

✦ The suicide bomber was a resident of **Hebron, 19 years old,** an engineering student the Palestine Polytechnic University in Hebron. He blew himself up at the Al-Ram checkpoint north of Jerusalem. He was dispatched by Hamas operatives from the Jerusalem area following instructions by Hamas's terrorist-operative infrastructure in Hebron. The suicide bomber went by taxi from the Hebron checkpoint to Abu Dis and was received by the Jerusalem cell. He then proceeded on foot towards the IDF check point at Al-Ram. He aroused the soldiers' suspicions and blew himself up before he reached them.

## General description

> **Date:** May 18, 2003
> **Event:** A suicide bomber blew himself up on a Number 6 urban bus near the French Hill in Jerusalem.
> **Casualties:** **7** killed and approximately **20** wounded
> **Organization responsible:** Hamas
> **Suicide bomber:** Bassem Jamal Darwish al-Takrouri



The suicide bomber



An entire page of the June 2003 issue of Filisteen al-Muslima devoted to suicide bombers

## The attack

✦ The suicide bomber was a resident of **Hebron, 19 years old**, a first-year student in computers at the Palestine Polytechnic University in Hebron. He blew himself up on a Number 6 urban bus in Jerusalem near the French Hill. In order to avoid suspicion he **disguised himself as an ultra-Orthodox Jew** by wearing black pants, a white shirt, a skull-cap and ritual undergarment. The disguise was prepared for him by Hamas operatives in Hebron and they dressed him in it on the morning of the attack. Samer Atarash, who belonged to the same infrastructure in Hebron, was detained and admitted to having collected information before the attack, to having picked up the suicide bomber

from Abu Dis and infiltrating him into Jerusalem, letting him sleep in his
house, disguising him and taking him to the site of the attack.

## The victims



**Ghalab Tawil**, 41, from
Jerusalem. Survived by
his wife, children and
brothers.



**Olga Brenner** 52,
from Jerusalem.
Survived by her
husband, son and
daughter, brothers and
sisters.



**Shimon Ustinsky,** 68,
from Jerusalem.
Survived by wife, son,
daughter and
grandchildren.



**Nelly Perov,** 54,
from Jerusalem
Survived by son,
daughter, grandchildren
and sisters.



**Yitzhak Moyal,** 64,
from Jerusalem.
Survived by his wife, six
children, 13
grandchildren and nine
brothers and sisters.



**Roni Israeli,** 34, from
Jerusalem.
Suicide bomber his wife
and two daughters,
parents and either
brothers and sisters.



**Marina Tsahivershvili,**
from Jerusalem.
Survived by her two
children, mother and
sisters.

# General description

> **Date:** May 17, 2003
> **Event:** A suicide bomber blew himself up in Gross Square in Hebron.
> **Casualties**: **2** killed
> **Organization responsible**: Hamas
> **Suicide bomber:** Fuad Jawad 'Umran Qawasmeh



The suicide bomber



An entire page of the Jun 2003 issue of Muslima devoted to suicide bombers

# The attack

✛ The suicide bomber was a resident of **Hebron, 22 years old** and a Hamas operative. He reached Gross Square in Hebron disguised as a religious Jew. He aroused the suspicion of the soldiers in the square and when they called to him to stand still, he blew himself up near a group of Israelis. He had previously been under administrative detention, detained when the Israeli army entered Hebron during Operation Defensive Shield (April 2002). He was in part of a group of Hamas operatives in the Jihad Mosque in Hebron, four of whom were involved in an attempt to carry out suicide bombing attacks in Kiriyat Arba and the settlement of Negohot. He was chosen from among a group of four potential Hamas terrorist-operatives handled by **Bassel Qawasmeh,** a senior

operative of the Hebron Hamas infrastructure, which was responsible for the attack.

## The victims





**Dina Esther Levy**, 36, from Kiriyat Arba. Survived by her parents, son and daughter from a previous marriage, and seven brothers and sisters.[43]

**Gad Levy**, 30, from Kiriyat Arba. Survived by his parents, brother and sister.

119

## General description

**Date:** May 8, 2003
**Event:** A suicide bomber blew himself up in a car full of explosives next to an IDF tank near Kfar Darom, in the Gaza Strip.
**Casualties:** None
**Organization responsible:** Fatah/Al-Aqsa Martyrs' Brigades
**Suicide bomber:** Mahmoud Sa'id 'Abd al-'Anani



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the **Nuseirat refugee camp in Dir al-Balah in the Gaza Strip, 22 years old,** unmarried, a policeman and Fatah operative. He blew himself up in a car full of explosives next to a tank near Kfar Darom. A few moments before the attack shots were fired at the soldiers to distract them. An inspection of the area after the event revealed that the vehicle contained two large containers of bottled gas and explosive charges in the doors, but because of a technical failure only one container exploded.

## General description

**Date:** April 30, 2003
**Event:** A suicide bomber blew himself up at the entrance to Mike's Place, a pub on the Tel Aviv promenade. A second suicide bomber failed to detonate his charge and escaped on foot. He was later washed up on the beach.
**Casualties:** **3** killed and approximately **62** wounded
**Organization responsible:** Hamas, which made use of two British citizens of Pakistani Muslim origin.
**Suicide bombers:** 'Asef Muhammad Khanif ("Abu Muhammad") and Omar Khan Sharif



An in-depth article about the suicide bombing attack in Filisteen Al-Muslima entitled "Israelis fear Muslims" (June 2003)

## The attack

◆ **'Asef Muhammad Khanif** was a **22 years old.** He blew himself up at the entrance of Mike's Place, a pub on the Tel Aviv waterfront promenade. **Omar**

121

**Khan Sharif**, 27, attempted to do the same but was prevented by a technical failure and fled in the direction of Jaffa; as he ran he flung aside the five-kilo (11 pound) explosive charge he had hidden in a book. About two weeks later his body was washed up on the beach.

⊕ About 11 months later Hamas claimed responsibility for the attack and even issued a video of the two British suicide bombers before they left for the attack. An examination of their passports revealed that they arrived in Israel after having started in Syria on April 8, moved to Jordan on April 11 and entered the **Palestinian Authority-administered territories** on April 12. An investigation of the attack revealed that the two suicide bombers were aided in their movements in Israel, the Gaza Strip and West Bank by a number of foreign radical left-wing activists in the PA-administered territories.

## The victims



**Yannai Weiss,** 47, from Holon. Survived by his wife and two sons, his parents and brothers.



**Ran Baron,** 22, from Tel Aviv. Survived by his parents and brother.



**Dominique Caroline Hass**, 29, from Tel Aviv. Survived by parents and two sisters.

## General description

**Date: April 24, 2003**
**Event: A suicide bomber blew himself up at the entrance to the Kfar Saba railroad station.**
**Casualties: 1 killed and approximately 15 wounded**
**Organization responsible: Fatah/Al-Aqsa Martyrs' Brigades in collaboration with the PFLP/Abu 'Ali Mustafa Brigades**
**Suicide bomber: Ahmad Khaled Muhammad Ridha Khatib**

## The attack

⊕ The suicide bomber was a resident of the **Balata refugee camp near Nablus, 18 years old,** a high school student with divorced parents. On the morning of the attack he arrived at the Kfar Saba railroad station wearing jeans and a long black coat under which was apparently wearing an explosive belt. He passed two policemen, and when he reached the train station the security guard asked him to show identification. He put his hand into his pants pocket and detonated the explosives. Fatah/Al-Aqsa Martyrs' Brigades and the PFLP/Abu 'Ali Mustafa Brigades claimed joint responsibility for the attack.

## The victim



**Alexander Kostyuk**,
24, from Bat Yam.
Survived by his parents
and brother.

123

## General description

**Date: April 15, 2003**
**Event: A suicide bomber armed with a gun, hand grenades
and explosive belt, planned to blow himself up at the Karni
crossing point in the Gaza Strip.**
**Casualties: 2 killed and 3 wounded**
**Organization responsible: Hamas**
**Suicide bomber: Muhammad Muhammad Khanil Yunis**

## The attack

❖ The suicide bomber was a resident of **the Jabalia refugee camp on the
outskirts of Gaza City, 18 years old**, a high school student and Hamas
operative. On the day of the attack a merchant and his son, both of whom
had Israeli entrance permits for the goods crossing at the Karni crossing
point, hid the suicide bomber in a crate in their vehicle; the crate was not
examined The suicide bomber got out of the vehicle armed with a gun,
hand grenades and an explosive belt, and began firing his weapon and
throwing the grenades. He was shot and killed by Israeli security forces
before he could detonate the explosive belt.

## The victims



**Ahmad Kara**, 19,
from Jerusalem.
Survived by his mother
and seven brothers and
sisters.



**Zachar Hanukayev,** 38,
from Sderot. Survived by
his wife, three children
and brother.

## General description

**Date:** March 30, 2003
**Event: A suicide bomber blew himself up at the entrance to Café London in Netanya.**
**Casualties: Approximately 54 wounded**
**Organization responsible: The Palestinian Islamic Jihad**
**Suicide bomber: Rami Muhammad Jemil Mutlaq Ghanem**

## The attack

⚜ The suicide bomber was a resident of the village of **Deir al-Ghusun in the Tulkarm district, 20 years old,** unmarried, studying accounting and business administration at the Kadouri college in Tulkarm. A PFLP activist, he was suspected of collaboration with Israel and left the organization. He joined the PIJ a few days before the suicide bombing attack. He blew himself up at the entrance to Café London in Netanya. The explosive device, which was attached to his stomach, was made of a tin can filled with 1-1.5 kg (about 2-3 lbs) of explosives.

## General description

**Date:** March 5, 2003
**Event:** A suicide bomber blew himself up on a Number 37
urban bus in Haifa.
**Casualties: 17** killed and approximately **42** wounded
**Organization responsible**: Hamas
**Suicide bomber**: Muhammad 'Umran Salim Qawasmeh



The suicide bomber

## The attack

✦ The suicide bomber was a resident of **Hebron, 20 years old and** studied computers at the Palestine Polytechnic University in Hebron He blew himself up on a Number 37 urban bus (a bus route to the University of Haifa) in the Carmelia district of Haifa. The attack was orchestrated by **Hamas's** terrorist-operative headquarters in Hebron, whose most prominent figures were 'Ali Rajbi, who was responsible for logistics, and the wanted terrorist 'Ali 'Alan, who prepared the explosive belt. The suicide bomber was led to the site of the attack by Hafiz Rajbi, a Hebron resident, who had an East Jerusalem identity card which enabled him to enter Israel.

## The scene of the attack



(Photo: Reuters, Stranger/Israel)

## The victims



**Mordechai Hershko,** 41, from Haifa. Survived by his partner, parents and sister.



**Daniel Haroush**, 16, from Zefat. Survived by his parents and three sisters.



**Kamar Abu Hamed,** 13, from Daliat al-Karmel. Survived by her parents, brother and sister.



**Meital Katav**, 20, from Haifa. Survived by her parents, brother and three sisters.



**Mark Takash**, 53, from Haifa. Survived by his son, father and sister.



**Tom Hersko**, 15, from Haifa. Survived by his mother and grandparents.

127



**Maryam Atar**, 26,
from Haifa.
Survived by her mother
and two brothers.



**Yuval Mendelevitch**, 13,
from Haifa.
Survived by his parents and
brother.



**Avigail Leitel**, 14,
from Haifa.
Survived by her
parents, three brothers
and sister.



**Elizabeth Katzman**, 17,
from Haifa.
Survived by her parents
and sister.



**Asaf Zur Solinger**, 17,
from Haifa.
Survived by his parents and
two brothers.



**Smadar Firstater,** 16,
from Haifa.
Survived by her
parents and brother.



**Anatoly Biryakov**, 20
from Haifa.
Survived by his parents
and sister.



**Moran Shushan,** 19
from Haifa.
Survived by her mother and
three sisters.



**Tal Kerman,** 17,
from Haifa.
Survived by her parents
and brother.



Staff Sergeant **Be'eri Oved,** 21, from Rosh Pina. Survived by his parents, brother and sister.[45]



Staff Sergeant **Eliahu Laham**, 22, from Haifa. Survived by his parents, brother and sister.[44]

# General description

> **Date:** February 9, 2003
> **Event:** Three suicide bombers blew themselves up in a vehicle full of explosives near an IDF post.
> **Casualties: 4** soldiers wounded
> **Organization responsible:** The Palestinian Islamic Jihad
> **Suicide bombers:** Sami 'Adel 'Abdallah 'Abd al-Salam, Suliman 'Ali Ahmad Miqdad, Muhammad 'Izat Nimr Hamum



Muhammad 'Izat Nimr Hamum



Sami 'Adel 'Abdallah 'Abd al-Salam

# The attack

✣ The attack was carried out by three suicide bombers: Sami 'Adel 'Abdallah 'Abd al-Salam was a resident of **Al-Brij refugee camp** near Dir al-Balah, **17 years old;** Suliman 'Ali Ahmad Miqdad, a resident of **Nuseirat** near Gaza City, **22 years old;** and Muhammad 'Izat Nimr Hamum, a resident of **Al-Brij refugee camp, 18 years old**. The three drove a Pontiac to the northern edge of an IDF post. Two were in front and the third sat in the back holding a Kalashnikov assault rifle. As the car approached the outpost, the terrorist in the back seat began firing at the soldiers. The car swerved to the right, hit a concrete block and exploded. The attack was carried out by the PIJ infrastructure operating from the center of the Gaza Strip.

## General description

**Date: January 17, 2003**
**Event: A suicide bomber blew himself near an Israeli navy patrol boat on the northern Gaza Strip coastline.**
**Casualties: None**
**Organization responsible: Hamas**
**Suicide bomber: Muhammad Yassin Daoud al-Jamasi**



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the **Rimal neighborhood in the Gaza Strip, 21 years old,** unmarried and a Hamas operative. He apparently left from the Shati refugee camp carrying a barrel with weapons weighing about 40 kgs (88 lbs). A fishing boat took him to the site of the attacks and he was lowered into the water with floats, which would allow the current to carry him leaving most of his body was submerged. His goal was to reach an Israeli navy patrol boat (called Dabour, i.e, "wasp") and to blow himself up. Palestinian fishermen who saw him thought he was in distress and sent a raft toward him. The raft and the patrol boat reached him at the same time, and he blew himself up. The attack was orchestrated by Wa'al Nasser, a Hamas terrorist-operative. The suicide bomber underwent training in swimming and diving in the Shati for about a year region.

131

## General description

> **Date: January 5, 2003**
> **Event: Two suicide bombers blew themselves up at the old central bus station in Tel Aviv.**
> **Casualties: 23 killed and approximately 106 wounded**
> **Organization responsible**: **Fatah**
> **Suicide bombers**: **Buraq Rifat 'Abd al-Rahman Khalifa and Samir 'Imad Muhammad al-Nouri**

## The attack

✠ Buraq Rifat 'Abd al-Rahman Khalifa was **20 years old** and Samir 'Imad Muhammad al-Nouri was 19; both of them were residents of **Nablus**. The two, who were childhood friends, carried out a double suicide bombing attack at the old central bus station in Tel Aviv. They blew themselves up at a distance of about 200 m (about 218 yds) and a gap of about 50 seconds. They were driven to the site by an Israeli Arab. The Fatah infrastructure in Nablus headed by **Na'ef Abu Shrakh** planned and carried out the attack. He **received orders from the Iranian Revolutionary Guards in Lebanon.** The devices used contained about 10 kg (22 lbs) of explosives and shrapnel.

## The scene of the attack



(Photo: Ofer Vaknin, Reuters)

## The victims



**Krassimir Mitkov
Angelov**, 32,
from Bulgaria.
Survived by his wife
and daughter



**Moshe (Maurice)
Aharfi**, 60 ,
from Tel Aviv .
Survived by his children.



**Mordechai Evioni**, 51,
from Holon.
Survived by his mother
and brother.



**Lilya Zibstein**, 32, from
Bat Yam. Survived by
.parents and sister



**Igor Zobokov**, 32,
from Bat Yam.
Survived by is parents,
brother and sister.



**ıvan Gaptoniak**, 34,
.from Russia



**Hannah Haimov**, 51,
from Tel Aviv .
Survived by her son and
daughter, parents,
brothers and sisters.



**Meir Haim**, 74 ,
from Azor .
Survived by his wife,
five daughters, and his
grandchildren



**Amiram Zmora**, 54,
from Holon
.Survived by his wife
and two sons, mother
and two brothers.



**Ion (Nelu) Nicolae**, 33,
from Romania.
Survived by his wife and
.mother



**Sapira Shoshana
Yulzari-Yaffe**, 46 ,
from Bat Yam.
Survived by her son and
daughter, parents,
grandchild, sister and
two brothers.



**Boris Tepalshvili**, 50,
from Yehud .
Survived by his wife and
two daughters.



**Li Peizhong**, 41
from China.
Survived by his wife and
.children



**Mihai Sabau**, 38,
from Romania.
Survived by his wife and
son .



**Ramin Nasibov**, 24.
from Tel Aviv.
Survived by his parents
and sister.



**Avi Kotzer**, 34,
from Bat Yam.
Survived by his mother,
brother and fiancée.



**Andrei Friedman**, 30,
from Bat Yam.
Survived by his wife,
daughter and father.



**Ilanit Peled**, 33,
from Azor .
Survived by her parents
and brother.



**Viktor Shebayev**, 62,
from Holon
Survived by his wife,
three children and sisters



**Zhang Minmin**, 49,
from China.
Survived by his wife and
son.



**Steven Arthur
Cromwell**, 43,
from Ghana. Survived
by his wife and two
children.



,**Guo Aiping,** 48
.from China
Survived by his wife and
.five children



Staff Sergent **Mazal
Urkobi**, 19
from Azur,
Survived by her parents.
sister and brother

## General description

**Date:** December 28, 2002
**Event:** A suicide bomber attempted to blow himself up in a car full of explosives in the Russian Compound (the police station) in Jerusalem.
**Casualties:** None
**Responsible:** Private initiative
**Suicide bomber:** `Alaa `Ali `Abdallah Karaki

## The attack

✦ The suicide bomber was a resident of **A'nata, north of Jerusalem**, **20** years old, unmarried and a first year student at the Ibrahimiya College. He attempted to blow himself up in a car full of explosives parked on Munbaz Street in Jerusalem, a crowded entertainment area; the attack failed. During Israel Security Agency (ISA) interrogation he admitted that his goal had been to kill Jews and to die himself. He said that six months previously he had become more devoutly religious and was now a devout Muslim, and that he had decided to carry out a suicide bombing attack to atone for his years of infidel behavior. He admitted that he had initiated and carried out the attempted attack on his own.

## General description

Date: November 27, 2002
Event: A suicide bomber blew himself up in a car full of
explosives near the IDF Coordination and Liaison
offices at the Erez checkpoint in the Gaza Strip.
Casualties: None
Organization responsible: The Popular Front for the
Liberation of Palestine (PFLP)
Suicide bomber: Muhanad Ismail `Abd al-Rahim Mahdi

## The attack

✤ The suicide bomber was a resident of the **Sheikh Radwan refugee camp** on the outskirts of Gaza City, **25** years old and married with one child. He drove along the main road leading to the Erez checkpoint, broke through into the Palestinian liaison station and detonated the car. The explosives included an 82 mm mortar shell.

## General description

**Date:** November 22, 2002
**Event:** Two suicide bombers blew themselves up in a boat loaded with explosives hear an Israeli Coast Guard patrol boat at Dugit, along the northern shore of the Gaza Strip.
**Casualties:** 4 soldiers wounded
**Organization responsible:** The Palestinian Islamic Jihad (PIJ)
**Suicide bomber:** Jemal 'Ali Yussuf Ismail and Muhammad Samih Ibrahim al-Masri.



Poster issued to commemorate the two suicide bombers

## The attack

✤ Muhammad 'Ali Yussuf Ismail was a resident of **Al-Brij refugee camp** near Dir al-Balah, **22** years old; Muhammad Samih Ibrahim al-Masri was a resident of **Beit Hanoun** in the northern Gaza Strip, **19** years old and a first-year student at the local Islamic university. The two stole a fishing boat, loaded it with explosives and sailed into an area where fishing was forbidden. An Israeli Navy patrol boat was dispatched. The crew hailed the two and when there was no response, approached. At that point the two suicide bombers detonated the explosives in the boat. The PIJ cell responsible for the attack was familiar with Israeli patrol routine and used two suicide bombers to make the booby-trapped fishing boat look "normal" and remove any suspicions it might raise.

138

## General description

**Date: November 21, 2002**
**Event: A suicide bomber blew himself up on a Number**
**20 urban bus in Jerusalem.**
**Casualties: 11 killed and approximately 50 wounded**
**Responsible: Hamas**
**Suicide bomber: Na'il 'Azmi Musa Abu Halil**



The suicide bomber

## The attack

✤  The suicide bomber was a resident of the town of **Dura** but a few months before the attack moved to **Bethlehem**. He was **22** years old, a devout Muslim and customarily worked with his father in the old market in Bethlehem. He blew himself up on Mexico Street on a Number 20 urban bus in the Kiriyat Menachem section of Jerusalem. The Hamas infrastructure in Bethlehem was responsible for the attack. The exposure of the infrastructure led to the detaining of two operatives who prepared explosives, five senior operatives who prepared explosive charges and six youths who had been recruited to carry out suicide bombing attacks.

## The scene of the attack

 

(Photo: Gil Cohen, Reuters)

## The victims



**Yelena Ben-David**, 32,
\from Jerusalem.
Survived by her three
daughters and parents.



**Marina Bazarski**, 46,
from Jerusalem.
Survived by her husband,
two children and parents.



**Hodaya Asraf**, 13,
from Jerusalem.
Survived by her parents,
brother and sister.



**Ilan Perlman**, 8
from Jerusalem.
Survived by his parents and
brother.



**Sima Novak**, 56,
from Jerusalem.
Survived by her daughter and
granddaughter.



**Mircea Varga**, 25,
from Romania.
Survived by his parents and
three brothers and sister.

140



**Ella Sharshevsky**, 44, from Jerusalem. Survived by her husband and daughter.



**Yafit Ravivo**, 14, from Jerusalem. Survived by her parents and two sisters.



**Kira Perlman**, 67, from Jerusalem. Survived by her son, daughter-in-law, grandchild and mother.



**Dikla Zino**, 22, from Jerusalem. Survived by her parents, brother and two sisters.



**Michael Sharshevsky**, 16, from Jerusalem. Survived by his father and sister.

## General description

> **Date:** November 11, 2002
> **Event:** An attempted suicide bombing attack was carried out against an IDF post at the Erez crossing point.
> **Casualties:** None
> **Responsible:** The Palestinian Islamic Jihad (PIJ)
> **Suicide bomber:** Sayid 'Aboud Sayid Hasanain

## The attack

✦ The suicide bomber was a resident of **Egypt**, **23** years old. He apparently tried to reach the rear of the IDF post at the Erez crossing point in the northern Gaza Strip, got tangled in barbed wire, and either because of a technical fault or because he fell, the charge detonated and he was killed. His body was found 350 m (about 380 yds) south of the post and still had the remains of the explosive belt and hand grenade on it. He wore a black headband with the inscription "Jerusalem Battalions" (the PIJ terrorist-operative wing) on it.

## General description

> **Date:** November 4, 2002
> **Event:** A suicide bomber blew himself up in the Arim shopping mall in Kfar Saba.
> **Casualties:** 2 killed and approximately 37 wounded
> **Responsible:** Fatah
> **Suicide bomber:** Khaled Nabil Khamis Sawalha

## The attack

✠ The suicide bomber was a resident the **Balata refugee camp** on the outskirts of **Nablus**, **18** yeas old and unmarried. He blew himself up on the first floor of the Arim shopping mall in Kfar Saba in retaliation for the death of a relative. A Fatah cell in Nablus was responsible for the attack. **Salih Keini**, a resident of the village of Qalil and a Fatah/Tanzim terrorist-operative, was detained and admitted that he had located and dispatched Khaled Sawalha to carry out the suicide bombing attack.

## The victims



**Gastón Perpiñal**, 15, from Ra'anana. Survived by his parents.



**Julio Pedro Magram**, 51, from Kfar Saba. Survived by his partner, mother and sister.