# EXHIBIT A.630
## (4 of 7)

# General description

**Date:** October 27, 2002
**Event:** A suicide bomber blew himself up at a gas station at the entrance to Ariel.
**Casualties:** 3 killed and approximately 17 wounded
**Responsible:** Hamas
**Suicide bomber:** Muhammad Feisal Bustami



**The suicide bomber**

## The attack

✦ The suicide bomber was a resident of **Nablus**, **22** years old and studying computer programming at Al-Najah University. He reached the Ariel gas station wearing an explosive belt. He aroused the suspicions of civilians and soldiers, who tried to overcome him. One of them shot him and he blew himself up. The attack was planned and carried out by the Hamas terrorist-operative infrastructure in Nablus.

## The victims



Sergeant-Major **Amihud Hasid**, 32,
from Haifa.
Survived by his wife and five children.



Lieutenant **Matan Zagron**, 22, from Itamar
.Survived by his parents, brother and three sisters.



Major **Tamir Masad**, 41, from Beit Shemen.
Survived by his wife, three children and parents.

144

## General description

> **Date:** October 21, 2002
> **Event:** Two suicide bombers blew themselves up in a car full of explosives next to a Number 841 inter-urban bus at the Karkur junction.
> **Casualties:** 14 killed and approximately 48 wounded
> **Responsible:** The PIJ
> **Suicide bomber**: Muhammad Fawzi Sa'adi/Hamada Hasanain and Ashraf Salah Ahmad al-Asmar



Muhammad Hasanain, one of the suicide bombers

## The attack

✤ Both suicide bomber was residents of **Jenin**; Muhammad Hasanin was **19** years old, Ashraf Asmar was **18** years old. Both were PIJ operatives who drove a car full of explosives from the Megiddo junction to Hadera. The came up beside a Number 841 inter-urban bus and blew themselves and the car up. Responsible for the attack was the PIJ infrastructure in Jenin, headed by **Iyad Sawalha** and **Sayid Tubasi**. **Muhammad Jaradat**, another PIJ terrorist-operative from the village of Silat al-Harithiya (north of Jenin), brought the two suicide bombers to the site of the attack.

## The scene of the attack



(Photo: Reuters)

## The victims



**Ofra Burger**, 56, from Hod Hasharon. Survived by her husband, three children and mother.



**Ashati Indelau**, 50, from Hadera. Survived by his wife and four children, brother and two sisters.



**Osnat Abramov**, 16, from Holon. Survived by her parents, brother and two sisters.



**Sergei Shavchuk**, 35, from Afula. Survived by his wife, son and parents.



**Iris Lavi**, 67, from Netanya. Survived by her husband, five children, eight grandchildren, great-granddaughter, brothers and sister.



**Suad Jaber**, 23, from Taybeh. Survived by her parents, brother and two sisters.

146



Staff Sergeant **Liat Ben-Ami**, 20,
from Haifa.
Survived by her parents,
brother and sister.



Staff Sergeant **Nir Nahum** 20,
from Carmiel.
Survived by his parents, three
brothers and a sister.



**Anat Shimshon**, 33,
from Ra'anana.
Survived by her parents,
brother and sisters.



Sergeant **Esther Pesachov**, 19,
from Givat Olga.
Survived by her parents, two
brothers and a sister.



Corporal **Sharon Tubol**, 19,
from Arad.
Survived by her mother, two
brothers and a sister.



Sergeant-Major **Eliezer Moskovitch**, 40,
from Petah Tikva.
Survived by his parents.



Staff Sergeant **Aiman Sharuf**, 20,
from Ussfiyeh.
Survived by his parents and
four brothers and sisters.



Corporal **Ilona Hanukayev**,
20, from Hadera.
Survived by her parents,
brother and sister.

## General description

> **Date: October 11, 2002**
> **Event: A suicide bomber was apprehended while**
> **attempting to detonate his explosive belt at Café**
> **Tayelet on the Tel Aviv shore.**
> **Casualties: None**
> **Responsible: Hamas**
> **Suicide bomber: Rafat Rashid 'Abdallah Muqdi**

## The attack

⊕ The suicide bomber was a resident of the village of **Zawiya** in the **Qalqilya** district, **23** years old. During the evening he arrived at Café Tayelet on the Tel Aviv promenade. The security guard at the entrance discovered the explosive belt and the suicide bomber bolted. The shouts of the guard alerted those at the near-by American Embassy and they chased and caught the suicide bomber. He was dispatched by the **Hamas** terrorist-operative infrastructure in Ramallah, and brought to Tel Aviv by an Israeli Arab driver.

## General description

> **Date:** October 10, 2002
> **Event:** A suicide bomber blew himself up at a bus stop on the Geha highway in Ramat Gan.
> **Casualties:** 1 killed and approximately 48 wounded
> **Responsible:** Hamas
> **Suicide bomber:** Rafik Muhammad 'Ali 'Abd al-Rahman Hamad



The suicide bomber

## The attack

✦ The suicide bomber was a resident of **Qalqilya**, **31** years old and married with four children. He attempted to get on a Number 87 urban bus at the Bar Ilan junction on the Geha highway but was injured and received treatment from the bus driver and a doctor. When his explosive belt was discovered he tried to escape. He ran to a nearby gas station, where he detonated the belt. He was recruited for the attack to clear his name since he and his family were suspected of collaborating with Israel. He was related to **'Abd al-Rahman Hamad**, head of the **Hamas** terrorist-operative infrastructure in Qalqilya, which planned the attack.

## The victim



**Sa'ada Aharon**, 71,
from Ramat Gan.
Survived by her husband, son
and two daughters, 15
grandchildren and four
sisters.

## General description

**Date: September 19, 2002**
**Event: A suicide bomber blew himself up on a Number 4 urban bus on Allenby Street in Tel Aviv.**
**Casualties: 6 killed and approximately 7 wounded**
**Responsible: Hamas**
**Suicide bomber: Iyad Na'im Subhi Radad**

## The attack

⊕ The suicide bomber was a resident of **Ramallah**, of Jordanian extraction and **23** years old, arriving in Israel in July 2000. He was recruited by the Hamas terrorist-operative infrastructure in Ramallah to carry out a suicide bombing attack. **Mahmoud Hamad Mahmoud Shraytakh**, 25 years old, a student at Bir Zeit University and one of the central activists of the Islamic Bloc (the Hamas student wing) was responsible for recruiting suicide bombers and carrying out suicide bombing attacks. He met Iyad Radad in Ramallah and recruited him for the attack two days previously. He brought him to an apartment in Jerusalem, photographed him and equipped him with an explosive belt. From there **Ashraf Zghair**, a clothing merchant with a Jerusalem identity card, drove him to the site of the attack in Tel Aviv, instructed him which target to choose and told him to blow himself up in a bus.

## The victims







**Yossef Mamistavlov**, 39, from Or Yehuda. Survived by his wife and four children, mother and brothers.

**Ofer Zinger**, 29, from Moshav Pezalel. Survived by his parents and two brothers.

**Solomon Hoenig**, 79, from Tel Aviv. Survived by his wife, son, daughter and grandchildren.



**Jonathan Jesner**, 19, from Glasgow, Scotland. Survived by his parents, two brothers and two sisters.



**Yaffa Shem Tov Hanoun**, 49, from Tel Aviv. Survived by her daughter, grandchildren, mother, brothers and sisters.



**Rosanna Siso**, 60, from Bat Yam. Survived by her husband, four children and eight grandchildren.

## General description

**Date: September 18, 2002**
**Event: A suicide bomber blew himself up next to a**
**police patrol car near Umm el-Fahm.**
**Casualties: 1 killed and 2 wounded**
**Responsible: The PIJ**
**Suicide bomber: Marzuk Midhat 'Abd al-Latif Ghawarda**



**The suicide bomber**

## The attack

⊕ The suicide bomber was a resident the village of **Bir al-Basha**, southwest of Jenin, **21** years old and unmarried. He blew himself up at a bus stop at the Umm el-Fahm junction. He was carrying the explosive device in a bag and detonated it when policemen arrived after having received a telephone call about a suspicious individual standing at the junction. The attack was planned and carried out by the **PIJ** terrorist-operative infrastructure in the Qabatiya region, south of Jenin.

## The victim



Sergeant **Moshe Hezkiyah**, 21,
from Elyachin.
Survived by his parents and two
sisters.

153

## General description

**Date:** August 6, 2002
**Event:** A suicide bomber blew himself up at Umm el-Fahm in the car of an Israeli Arab who was giving him a ride.
**Casualties: 1** wounded
**Responsible:** Fatah/Tanzim
**Suicide bomber:** Muhammad Zaki Zakariya Asfar

## The attack

✠ The suicide bomber was a resident of the 'Askar refugee camp near Nablus, 19 years old, unmarried and worked in a butcher shop. He blew himself up in the vehicle of an Israeli Arab from Nazareth when they arrived at Umm el-Fahm. Fatah/Tanzim took responsibility for the attack only after pressure had been exerted on them by the suicide bomber's family (He disappeared from home a few days before the attack and they wanted to know where he was).

## General description

> **Date: August 4, 2002**
> **Event: A suicide bomber blew himself up on a Number**
> **361 inter-urban bus at the Mt. Meiron intersection in**
> **the Upper Galilee.**
> **Casualties: 9 killed and approximately 52 wounded**
> **Responsible: Hamas**
> **Suicide bomber: Jihad Khaled Hamada**

## The attack

✥ The suicide bomber was a resident of the village of **Burqin** near Nablus, **20** years old, of Jordanian extraction and worked in Israel illegally with his uncle as an electrician's helper. At work he met **Ibrahim Muhammad Ibrahim Bakri**, an Israeli Arab from the village of B'ana; he and his friend **Yassin Bakri** were accomplices in the attack. The suicide bomber had been detained for illegal entry and expelled to the Palestinian Authority-administered territories. However, he maintained telephone contact with Ibrahim Bakri, whom he asked for help in getting into Israel.

✥ On the morning of the attack the suicide bomber wore typical Israeli clothing, and he, Ibrahim and Yassin Bakri drove along the road leading to the city of Carmiel to find a bus carrying many IDF soldiers. Because of the large security force in Carmiel the three went to a different bus stop. The suicide bomber got out of the vehicle and onto a Number 361 inter-urban bus going north to Zefat. When the bus reached the Mt. Meiron junction the suicide bomber detonated the explosive charge he was carrying.

## The scene of the attack



(Photo: Nir Elias, Reuters)

## The victims



**Adelina Kononen**, 37,
from the Philippines.
Survived by her two children.



**Maysoun Hassan**, 19,
from Sajour.
Survived by her parents and
six brothers and sister.



**Sari Goldstein**, 21,
from Carmiel.
Survived by her parents,
brother and sister.



**Rebecca Roga**, 40,
from the Philippines.
Survived by her family.



**Mordechai Yehuda
Friedman**, 24,
from Beit Shemesh.
Survived by his wife, two
children and parents.



**Marlene Menachem**, 22,
from Safsufa.
Survived by her parents,
brother and two sisters.



Sergeant **Omri Goldin**, 20
from Mitzpe Aviv.
Survived by his parents and
two brothers.



Sergeant **Yifat Gavrieli**, 21,
from Tel Aviv.
Survived by her parents,
brother and sister.



Sergeant Major **Roni
Ghanem**, 28,
from Mughar.
Survived by his wife,
parents, two brothers and
four sisters.

157

## General description

**Date:** July 30, 2002
**Event:** A suicide bomber blew himself up on Hanevi'im Street in Jerusalem.
**Casualties**: **5** wounded
**Responsible:** Fatah/Al-Aqsa Martyrs' Brigades
**Suicide bomber:** Hizam 'Ata Yussuf Sarsara

## The attack

✤ The suicide bomber was a resident of **Beit Jala**, **17** years old and a high school student. He blew himself up on Hanevi'im Street in Jerusalem with an explosive device carried in a bag. Two Fatah/Al-Aqsa Martyrs' Brigades operatives, **'Alaa 'Abd al-Kareen** and **Muhammad Hamash**, admitted during interrogation that they had prepared the device and dispatched the suicide bomber.

## General description

**Date: July 17, 2002**
**Event: Two suicide bombers blew themselves up the Neveh Sha'anan pedestrian mall in Tel Aviv.**
**Casualties: 5 killed and approximately 33 wounded**
**Responsible: Fatah**
**Suicide bomber: Ibrahim Yasser Naji(?) Walwil (?) and Muhammad Ismail Hassan 'Atallah**

## The attack

✣ Ibrahim Yesser Naji Walwil was a resident of the **Balata** refugee camp (near **Nablus**), **18** years old; Muhammad Ismail Hassan Atallah was a resident of the **'Askar** refugee camp, **19** years old. They blew themselves up on the Neveh Sha'anan pedestrian mall in Tel Aviv about a minute apart and at a distance of about 30 yds. The attack was planned and carried out by the **Fatah** cell in Nablus headed by **'Ali 'Ajouri.** PIJ operatives provided the explosive device.

✤ The suicide bombers went from Nablus to Jenin and from there to the area of Umm el-Fahm, where they stayed for about five hours. They were driven to Tel Aviv by **Khaled 'Ashur**, an Israeli Arab from Jaffa who customarily drove Arabs without entrance permits from the PA-administered territories into Israel. During interrogation he stated that the two told him they were going to carry out a suicide bombing attack but he drove them to the site of the attack because he feared for his life.

## The victims



**Xu Hengyong**, 39,
from China.
Survived by his wife, two
sons and a daughter.



**Adrian Vasili Andres**, 30,
from Romania



**Li Bin**, 33,
from China.
Survived by wife, son and
daughter.



**Dmitri Pundikov**, 33,
from Bat Yam.
 Survived by his wife and
son.



**Boris Shamis**, 25,
from Tel Aviv.
Survived by his parents and
sister.

## General description

**Date: July 19, 2002**
**Event: A suicide bomber blew himself up on the French Hill in Jerusalem.**
**Casualties: 7 killed and approximately 39 wounded**
**Responsible: Fatah/Tanzim**
**Suicide bomber: Sayid Waddah Hamid Awada**

## The attack

✜ The suicide bomber was a resident **Nablus**, **17** years old and a Fatah/Tanzim operative. He blew himself up at a bus stop at the French Hill junction in Jerusalem. The attack was planned and carried out by the **Fatah** terrorist-operative infrastructure in Nablus.

## The victims



**Tatiana Igelski**, 43, from Russia.



**Noa Alon Glasner**, 59, from Ofra.
Survived by her husband, four children, her grandchildren and brother.



**Gal Eisenman**, 5, from Ma'ale Adumim. Survived by her parents and brother.



**Michal Franklin**, 21, from Jerusalem.
Survived by her parents and five brothers and sisters.



**Shmuel Ephraim Yerushalmi**, 17, from Shilo. Survived by his parents and seven brothers and sisters.



**Hadassah Jungreis**, 20, from Migdal Ha'emek. Survived by her parents, four brothers and sister.



**Gila Sara Kessler**, 19,
from Eli.
Survived by her parents,
brother and two sisters.

## General description

**Date: July 18, 2002**
**Event: A suicide bomber blew himself up on a Number**
**32 urban bus in Gilo in Jerusalem.**
**Casualties: 19 killed and approximately 50 wounded**
**Responsible: Hamas**
**Suicide bomber: Muhammad Haza' 'Abd al-Rahman al-**
**Ghoul**



The suicide bomber

## The attack

✤ The suicide bomber was a resident of **Al-Far'a** refugee camp, north of **Nablus**, **22** years old and studying for his MA in Islamic law at Al-Najah University. He blew himself up on a Number 32 urban bus in the Gilo neighborhood of Jerusalem.

✤ He was located, recruited and trained by the Hamas terrorist-operative infrastructure in Samaria headed by **Muhannad Taher**. Two residents of Jerusalem with Israeli identity cards also participated in planning the attack. A Number 32 urban bus from Gilo to the center of Jerusalem was chosen by the suicide bomber because it stopped in Beit Safsafa, where many Arabs live, and an Arab-looking individual would not arouse suspicion.

✤ The suicide bomber was brought to Bethlehem for the night and in the morning was driven to Abu Dis in Jerusalem. A resident of East Jerusalem picked him up and

163

the two drove to West Jerusalem. The suicide bomber got out of the vehicle close to the Beit Safsafa bus stop, got on a Number 32 bus and blew himself up.

## The scene of the attack



**(Photo: Gil Cohen Magen, Reuters)**

## The victims



**Boaz Aluf Achlufi**, 54, from Jerusalem. Survived by his wife, five children, sister and brother.



**Helena Ivan**, 62, from Jerusalem.



**Shani Avi-Zedek**, 16, from Jerusalem. Survived by her parents and three brothers.



**Rafael Berger**, 28, from Jerusalem. Survived by his wife, parents and brother.



**Michal Biazi Marziano**, 23, of Jerusalem. Survived by husband, parents, and six brothers and sisters.



**Galila Bugala,** 11, from Jerusalem. Survived by her parents and brother.

164



**Tatiana Braslavsky**, 41, from Jerusalem. Survived by her husband, son, parents and sister.



**Mendel Michael Bereson**, 71, from Jerusalem. Survived by his wife, son, daughter and grandchildren.



**Leah Baruch**, 59, from Jerusalem. Survived by her two daughters.



**Raisa Dikstein**, 67, from Jerusalem. Survived by her brother.



**Baruch Gruani**, 59, from Jerusalem. Survived by his wife and four children, mother and eight brothers and sisters.



**Moshe Ze'ev Halevi Gotleib**, 70, from Jerusalem. Survived by his wife, son, daughter and grandchildren.



**Ayman Kabha**, 23, from Barta al-Gharbia. Survived by his parents and six brothers and sisters.



**Liat Yagen**, 23, from Jerusalem. Survived by her parents, three brothers and a sister.



**Orit Hayala**, 20, from Jerusalem. Survived by parents and seven brothers and sisters.



**Yelena Palgov**, 42, from Jerusalem. Survived by her husband and three children.



**Gila Nakav**, 55, from Jerusalem. Survived by her three daughters and grandchild.



**Shiri Negari**, 22, from Jerusalem. Survived by her parents, two brothers and two sisters.

165



**Rahamim Zidkiyahu**, 51,
from Jerusalem.
 Survived by his wife and
children, brother and two
sisters.

## General description

**Date: July 17, 2002**
**Event: A suicide bomber who aroused the suspicions of a Border Guard unit blew himself up in Baka al-Gharbia.**
**Casualties: None**
**Responsible: Fatah**
**Suicide bomber: 'Alaa Suliman Zahd 'Arayishi/Marshud**



The suicide bomber on a Fatah poster (Photo: The display of captured material at the Intelligence and Terrorism Information Center -- ITIC)

## The attack

✦ The suicide bomber was a resident of the **Balata** refugee camp near **Nablus**, **20** years old and worked at a factory that manufactured electrical appliances. He blew himself up next to a Border Guards jeep near the village of Marja (in the Baka al-Gharbi region). He aroused the suspicions of the Border Guards and they called to him to stand still; when he realized he had been discovered he blew himself up. The Fatah terrorist-operative infrastructure in Nablus was responsible for the attack. According to Al-Jazeera TV, the suicide bomber had contracted AIDS from a blood transfusion he received when hospitalized in Nablus.

## General description

**Date:** July 11, 2002
**Event:** A suicide bomber blew himself up at the entrance to a restaurant in Herzliya.
**Casualties:** 1 killed and approximately 12 wounded
**Responsible:** Hamas
**Suicide bomber:** Imad (?) Muhammad Ahmad Ziadeh

## The attack

✤ The suicide bomber was a resident of **Nablus**, **29** years old, married and the father of a baby girl. He blew himself up at the entrance to a restaurant in Herzliya. He worked as a merchant and was financially well-off. He had belonged to Fatah but shortly before the attack became a devout Muslim.

## The victim



**Hadar Hershkowitz**, 14, of Herzliya. Survived by her parents, brother and sister.

168

## General description

**Date: June 5, 2002**
**Event: A suicide bomber blew himself up next to a Number 830 inter-urban bus at the Megiddo junction.**
**Casualties: 17 killed and approximately 42 wounded**
**Responsible: The PIJ**
**Suicide bomber: Hamzah 'Aref  Hassan Samudi**



] The suicide bomber

## The attack

✦ The suicide bomber was a resident of **Jenin**, **18** years old. Driving a car full of explosives, he got as close as he could to the gas tank of a Number 830 inter-urban bus en route to Tiberias and blew himself and the car up about 500 m (about 3/10 of a mile) from the Megiddo junction.

✦ He was dispatched by the PIJ terrorist-operative infrastructure in the Jenin district headed by **Iyad Sawalha**. **Sayid Tubasi**, a PIJ operative, was detained and admitted under interrogation that he had prepared the explosive device in the car and had instructed the suicide bomber how to carry out the attack. The car had with Israeli license plates and contained two drums of explosives weighing 55 kg (121 lbs) each.

## The scene of the attack



(Photo: Nir Elias, Reuters)

## The victims



**Shimon Timsit**, 36, from Tel Aviv. Survived by his wife and son, mother and two brothers.



**Adi Dahan**, 17, from Afula. Survived by her parents, brother and sister.



**Zion Agmon Bussi**, 52, from Hadera. Survived by wife and son, mother, brothers and sisters.



Corporal **Avraham Barzilai**, 19, from Netanya. Survived by his parents, two brothers and sister.



Corporal **Liran Avitan**, 19, from Hadera. Survived by parents, two brothers and a sister.



**Eliahu Timsit**, 32, from Sderot. Survived by parents, brother and sisters.



Staff Sergeant **Zvi Gelberd**, 20,
from Hadera.
Survived by his parents and two sisters.



Staff Sergeant **Eliran Buskila**, 21,
from Hadera.
Survived by his parents, two brothers and a sister.



Corporal **Dennis Bleuman**, 20,
from Hadera.
Survived by his parents and brother.



Sergeant **Sariel Katz**, 21,
from Netanya.
Survived by parents.



Staff Sergeant **Gennady Laskov**, 21,
from Hadera.
Survived by parents and two sisters.



Staff Sergeant **Violetta Hizgayez**, 20,
from Hadera.
Survived by her brother, sister and aunt.



Sergeant **Dotan Reisel**, 22,
from Hadera.
Survived by his parents, brother and sister.



Sergeant **Yigal Nedipur**, 21,
from Netanya.
Survived by his parents and sister.



Corporal **Vladimir Morari**, 19,
from Hadera.
Survived by his parents, brother and two sisters.



Sergeant **Sivan Wiener**, 19,
from Holon.
Survived by her parents, two brothers and a sister.



Staff Sergeant **David Stanislavksy** 23,
from Netanya.
Survived by his mother.

## General description

**Date: May 27, 2002**
**Event: A suicide bomber blew himself up outside a café at the Em Hamoshavot shopping mall in Petah Tikva.**
**Casualties: 2 killed and approximately 30 wounded**
**Responsible: Fatah/Tanzim**
**Suicide bomber: Jihad Ibrahim Saud Titi**

## The attack

⊕ The suicide bomber was a resident of the **Balata** refugee camp near **Nablus**, **19** years old. He blew himself up at the entrance to a café in the Em Hamoshavot shopping mall in Petah Tikva. According to eye witnesses, he tried to get into the children's play area in the mall, but when he was unsuccessful he went to the café.

⊕ The attack was planned and carried out by the **Fatah/Tanzim** terrorist-operative infrastructure in Nablus. The suicide bomber was dispatched by **Kamal Khatib**, at the time serving in the Nablus police force. The suicide bomber was driven by a Fatah operative from Nablus to Rosh Ha'Ayn, where he took an Israeli taxi to the shopping mall.

## The victims



**Sinai Keinan**, 14 months,
from Petah Tikva.
Survived by her parents.



**Ruth Peled**, 56,
from Herzliya.
Survived by her husband and
three children.

## General description

**Date:** May 24, 2002
**Event: A suicide bomber was killed after he blew himself up in a car full of explosives outside a club in Tel Aviv.**
**Casualties: Approximately 7 wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber**: 'Amer Muhammad 'Issa Shkukani



The suicide bomber

## The attack

✣ The suicide bomber was a resident of **Al-Bireh** near **Ramallah**, **26** years old. He drove the car to the club entrance on Kibbutz Galuyot Street in Tel Aviv. He was stopped by the security guard at the entrance to the club and blew himself up along with the car. According to the evidence gathered after the attack, he had wanted to get out of the car but was shot by the guard. The rear of the vehicle contained four pipe charges.

✣ During interrogation, **Amin Ziyad**, a **Fatah/Tanzim** terrorist-operative, admitted to having been involved in dispatching the suicide bomber. He also mentioned **Muhammad Abu Hamid** as having planned the attack and equipped the vehicle with explosives.



The Fatah statement regarding the suicide bomber, whose family received a grant from Saddam Hussein's representatives as payment for the suicide bombing attack. An open letter about the attack from Fatah/Al-Aqsa Martyrs' Brigades is attached to the statement (From an ITIC survey of Iraqi support of Palestinian terrorism in the Palestinian Authority-administered territories, 2002).

## General description

**Date: May 22, 2002**
**Event: A suicide bomber blew himself up on the**
**Rothschild pedestrian mall in Rishon Lezion.**
**Casualties: 2 killed and approximately 36 wounded**
**Responsible: Fatah/Tanzim**
**Suicide bomber: 'Issa 'Abd Rabbo Ibrahim Badir**

## The attack

✤ The suicide bomber was a resident of **Al-Doha**, west of Bethlehem, **17** years old. He was driven from Bethlehem to Rishon Lezion by **Ibrahim Sirhana**, a resident of the Dehaishe refugee camp, and his wife, **Marina Pinski**, a Jewish Israeli citizen who immigrated from Russia. Under interrogation the two revealed that a female suicide bomber, **Arin Ahmad**, 20 years old and a resident of Beit Sahour, was also supposed to have participated in the attack. She was to have blown herself up when the rescue forces came to care for the wounded of the first explosion. On the way she changed her mind and returned to Bethlehem.

✤ On May 27, 2002, operatives of the Fatah/Al-Aqsa Martyrs' Brigades terrorist-operative infrastructure were detained in the Dehaishe refugee camp; the infrastructure had planned and carried out the suicide bombing attack. The detainees reported that preparations had included preparing the charges, finding a stolen car, training the suicide bomber to carry out the attack (including dyeing his hair) and turning him over to Ibrahim and his wife Marina.

175



A letter from a Palestinian Embassy staff member in Amman to the general
secretary of the Arab Liberation Front about the receipt of a grant from Saddam
Hussein for the father of the suicide bomber who blew himself up on the
pedestrian mall in Rishon Lezion.

## The victims



**Gary Tauzniaski**, 65,
from Rishon Lezion.
Survived by his wife, two
daughters and three
grandchildren.



**Elmar Dezhabrielov**, 16,
from Rishon Lezion.
Survived by his mother and
sister.

176

## General description

> **Date:** May 20, 2002
> **Event:** A suicide bomber blew himself up at a bus stop next to an IDF jeep at the Ta'anachim junction on the road to Afula.
> **Casualties:** 3 wounded
> **Responsible:** The PIJ
> **Suicide bomber:** Muhammad 'Awad Ibrahim Hamdia



The suicide bomber

## The attack

◈ The suicide bomber was a resident of **Jenin**, **20** years old and a tailor. He blew himself up next to a Border Guards jeep standing at a bus stop at the Ta'anakhim junction. The attack was planned and carried out by the PIJ terrorist-operative infrastructure in Jenin headed by **Iyad Sawalha**. **Muhammad Abu Tabikh**, a PIJ operative, was detained and admitted during interrogation that he had recruited the suicide bomber.

## General description

> **Date: May 19, 2002**
> **Event: A suicide bomber blew himself up in the market in Netanya.**
> **Casualties: 3 killed and approximately 60 wounded**
> **Responsible: The PFLP**
> **Suicide bomber: Osama 'Adel Ahmad Bushkar**

## The attack

⊕ The suicide bomber was a resident of the **'Askar refugee camp** near **Nablus, 18** years old. He reached the market in Netanya wearing an IDF uniform and carrying a black bag. He aroused suspicions and blew himself up immediately. The attack was planned and carried out by the PIJ terrorist-operative infrastructure in Nablus. The terrorist-operatives behind the attack were in constant communication with the PFLP detainees in Jericho via telephone and courier and updated them regularly about the preparations for the attack.

⊕ **'Adel 'Adnan Mahmoud Juma'**, a resident of Taybeh, was detained and admitted during interrogation that he had driven the suicide bomber and a girl, who was his escort, to the site of the attack. Afterwards he drove her to Baka al-Gharbia. On June 6, 2002, the escort was arrested. She was **Daa' Ziyad Jamil Jayusi**, a resident of Tulkarm and a student at Al-Najah University. During interrogation she stated that PFLP operatives from Nablus had asked her to take the suicide bomber to Netanya to make him look harmless.

## The victims



**Yosef Haviv**, 70, from Netanya. Survived by his wife, three sons, three daughters, seven grandchildren and sister.



**Victor Tatrinov**, 62, from Netanya. Survived by his two sons, mother and sister.



**Arkady Vieselman**, 39, from Netanya. Survived by wife and two daughters, parents and brother.

## General description

**Date: May 8, 2002**
**Event: A suicide bomber was critically wounded when he blew himself up at a bus stop at the Megiddo junction.**
**Casualties: 3 wounded**
**Responsible: The PIJ**
**Suicide bomber: Zidan Muhammad Sayid Nimr Zidan**

## The attack

✢ The suicide bomber was a resident of **Jenin**, **19** years old. He blew himself up at a bus stop at the Megiddo junction by means of an explosive device carried in a bag. Only part of the device detonated, and after the explosion a soldier shot him in the arms and legs. The unexploded part of the device was later detonated by a police robot.

✢ During interrogation he stated that he had appealed to **Mahmoud Tawalbeh**, PIJ head in Jenin, and asked to carry out a suicide bombing attack. A messenger from Tawalbeh brought the suicide bomber an explosive device weighing about 18 kg (about 40 lbs). The suicide bomber took a taxi to the village of 'Anin and from there went on foot to Umm el-Fahm (an Israeli Arab city in Wadi Ara), where he hitchhiked to the site of the attack.

## General description

> **Date:** May 7, 2002
> **Event: A suicide bomber blew himself up in a pool hall in Rishon Lezion.**
> **Casualties: 15 killed and approximately 51 wounded**
> **Responsible: Hamas**
> **Suicide bomber: 'Muhammad Jamil Ahmad Mua'mar**

## The attack

The suicide bomber was a resident of **Nablus**, **28** years old, of Jordanian extraction and Hamas-affiliated. He arrived at the Rishon Lezion industrial area at about 11 at night and went to the Sheffield Club pool hall. Carrying a suitcase he walked over to the crowd at the slot machines and blew himself up. The attack was planned and carried out by the Hamas terrorist-operative infrastructure in Ramallah in collaboration with a Hamas cell in Jerusalem.

## The victims



**Malka Regina Boslan**, 62, from Tel Aviv. Survived by her children, brother and sister.



**Yitzhak Bablar**, 58 from Bat Yam. Survived by his three children, two grandchildren, brothers and sisters.



**Esther Bablar**, 53, from Bat Yam. Survived by her three children and two grandchildren.



**Rafael Haim**, 64, from Tel Aviv. Survived by his wife, six children and 16 grandchildren.



**Pnina Hikri Azar**, 60, from Tel Aviv. Survived by her husband, four children ten grandchildren and brother.



**Avraham Bayaz**, 26, from Nes Ziona. Survived by his parents and three brothers.



**Edna Cohen Zevah**, 61, from Holon. Survived by her husband, four children, 11 grandchildren, brother and sister.



**Anat Teremforush Almassi**, 36, from Tel Aviv. Survived by her husband, three children, mother, brother and sister.



**Nawa Hinawi**, 51, from Tel Aviv. Survived by her three children.



**Rahamim Kimhi**, 57, from Rishon Lezion. Survived by wife, two sons, a daughter and two grandchildren.



**Shoshana Maguri**, 51, from Tel Aviv. Survived by her husband, son, two daughters and her grandchildren.



**Nir Lovatin**, 29, from Rishon Lezion. Survived by his wife, son and daughter, parents, brother and three sisters.



**Dalia Masa**, 56, from Nahlat Yehuda. Survived by her daughter.



**Israel Shikar**, 49, from Rishon Lezion. Survived by his wife, three children, one grandchild and his brothers.



**Rassan Sharouk**, 60, from Holon. Survived by his wife and four sons.

182



**Rafael Haim**, 64,
from Tel Aviv.
Survived by his wife, six
children and 16
grandchildren.



**Pnina Hikri**, 60,
from Tel Aviv.
Survived by her husband,
four children, ten
grandchildren and brother.



**Avraham Bayaz**, 26,
from Nes Ziona.
Survived by his parents and
three brothers.

## General description

**Date: April 20, 2002**
**Event: A suicide bomber blew himself up at an IDF checkpoint in Qalqilya.**
**Casualties: None**
**Responsible: Hamas**
**Suicide bomber: Mahmoud Muhammad Hussein Shuli**

## The attack

✤ The suicide bomber blew himself up at an IDF checkpoint west of Qalqilya during the standard detention process of a suspicious individual. The Hamas Internet site issued an unofficial statement to the effect that the suicide bomber at Qalqilya was **Mahmoud Muhammad Hussein Shuli** from the village of '**Asira al-Shamaliya**, north of **Nablus**. The Hamas spokesman noted that for security reasons, the organization did not take official responsibility for the attack. Mahmoud Shuli served in the Palestinian general security forces. The Hamas terrorist-operative infrastructure in Nablus planned and carried out the suicide bombing attack in collaboration with the Hamas terrorist-operative infrastructure in Qalqilya.

## General description

> **Date: April 19, 2002**
> **Event: A suicide bomber blew himself up in a car full of explosives near an IDF post in Gush Katif in the Gaza Strip.**
> **Casualties: 2 wounded**
> **Responsible: The PIJ**
> **Suicide bomber: 'Abdallah Hassan Jum'ah Abu 'Odeh**

## The attack

✦ The suicide bomber was a resident of **Khan Yunis**, **19** years old. He drove a Peugeot 504 pickup truck full of explosives to an IDF post at the Gush Katif junction. There were two vehicles in front of his hiding his car from the post's observation point. When they moved forward he drove slowly until he was a few meters from the post. When a soldier aimed his weapon at him, the suicide bomber swerved out of the lane, drove to the concrete walls around the post and blew himself up along with the car.

## General description

> **Date:** April 12, 2002
> **Event:** A female suicide bomber blew herself up in the Mahaneh Yehuda market in Jerusalem.
> **Casualties:** **6** killed (four Israelis and two foreign workers) and approximately **60** wounded
> **Responsible:** Fatah/Tanzim
> **Suicide bomber:** 'Andalib Khalil Muhammad Suliman Taataa



The suicide bomber



The suicide bomber on a Fatah poster (From the display of captured material at the ITIC)

## The attack

✤ The suicide bomber was a resident of **Bethlehem**, **21** years old and a Fatah/Tanzim operative. The attack was planned and carried out by **Mu'tazz Haimuni** from Hebron, a terrorist-operative belonging to the pro-Iraqi Palestine Liberation Front (PLF), who was detained during Operation Defensive Shield (April 2002). **Marwan Zaloum**, a senior Fatah/Tanzim operative in Hebron, prepared the explosive device. It was composed of three plastic pipes and a battery and hidden in a woman's black purse.


✤ On the day of the attack the suicide bomber was driven from Abu Dis, where she took a taxi to Jerusalem and went to the Mahane Yehuda market. There she blew herself up near a bus. Apparently she carried out the suicide bombing attack because she was suspected of having an adulterous relationship with a Fatah operative.

186

## The victims



**Ling Chang Mai**, 34, from China. Survived by his wife, two daughters, parents and brothers and sisters.



**Nissan Cohen**, 57, from Jerusalem. Survived by his wife, six children, two grandchildren and three sisters.



**Suheila Hushi**, 47, from Jerusalem. Survived by her husband, two sons, two daughters, grandchildren, brother and sisters.



**Yelena Konrab**, 43, from Jerusalem. Survived by her daughter and father.



**Chai Siang Yang**, 31, from China. Survived by his wife, two daughters and brother.



**Rivka Fink**, 77, from Jerusalem. Survived by her four children and nine grandchildren.

## General description

**Date: April 10, 2002**
**Event: A suicide bomber blew himself up at a bus stop at the Yagur junction.**
**Casualties: 8 killed and approximately 17 wounded**
**Responsible: The PIJ**
**Suicide bomber: Raghab Ahmad 'Izzat Jaradat**

## The attack

⊕ The suicide bomber was a resident of the village of **Silat al-Harithiya**, northwest of **Jenin**, **18** years old. He blew himself up at the Yagur junction on a Number 960 inter-urban bus en route from Haifa to Jerusalem. Responsible for the attack was the PIJ terrorist-operative infrastructure in Jenin headed by **Iyad Sawalha** and **Khaled Zakarna**.

## The victims



Sergeant Major **Nir Danieli**, 24, from Kiriyat Ata. Survived by his parents and three brothers.



Sergeant Major **Shlomi Ben Haim**, 27, from Kiriyat Yam. Survived by his parents, brother and sister.



**Avinoam Alfia**, 25, from Kiriyat Ata. Survived by parents and brothers.



Lance Corporal **Noa Shlomo**, 18, from Nahariya. Survived by her parents and two sisters.



Sergeant Major **Ze'ev Hanik**, 24, from Carmiel. Survived by his parents and sister.



Lance Corporal **Keren Franco**, 18 from Kiriyat Yam. Survived by her parents and sister.



Sergeant **Michael Weissman**, 21, from Kiriyat Yam. Survived by his parents and sister.



Warrant Officer **Shimshon Stelkol**, 33, from Kiriyat Yam. Survived by his wife and three daughters.

## General description

> **Date: April 1, 2002**
> **Event: A suicide bomber blew himself up at a police barricade in Jerusalem.**
> **Casualties: 1 policeman killed**
> **Responsible: Fatah/Tanzim**
> **Suicide bomber: Rami Muhammad Hussein 'Issa al-Shawana**

## The attack

✤ The suicide bomber was a resident of the **Dehaishe refugee camp** near **Bethlehem, 23** years old, a member of a Fatah/Tanzim cell whose members were detained and which carried out dozens of shooting and explosive attacks in the Bethlehem and Jerusalem areas. On the day of the suicide bombing attack, policemen manning a roadblock at the corner of Hanevi'im and Shivtei Israel Streets in Jerusalem noticed a suspicious vehicle. When two of them went to examine it, it exploded.

✦ According to eye-witness reports, the driver who had brought the suicide bomber fled the scene a few seconds before the explosion. The suicide bomber's escorts, brothers who were residents of the Dehaishe refugee camp, were detained. During interrogation they admitted bringing the suicide bomber to the site of the attack, using the Israeli identity cards of the wife and daughter of one of the operatives to facilitate their operation.

## The victim



**Tomer Mordechai**, 19,
from Tel Aviv.
Survived by his parents and
sister.

## General description

> **Date:** March 31, 2002
> **Event: A suicide bomber blew himself up next to the infirmary in Efrat.**
> **Casualties: 6 wounded**
> **Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
> **Suicide bomber: Jamil Khalaf Mustafa Hamid**

## The attack

✛ The suicide bomber was a resident of **Bethlehem**, **16** years old and recruited by **Fatah**. He arrived by car at the settlement of Efrat, stopped about 10 m (about 11 yds) from the gate and then walked in and blew himself up next to the infirmary and ambulance station. The explosive device he used was prepared by two of the heads of the Fatah terrorist-operative infrastructure in Bethlehem, **Riyad al-'Ammur** and **Ibrahim 'Abiyat**, who planned the attack.