# EXHIBIT A.630
## (5 of 7)

## General description

**Date: March 31, 2002**
**Event: A suicide bomber blew himself up on in the Matza Restaurant in Haifa.**
**Casualties: 15 killed and approximately 34 wounded**
**Responsible: Hamas**
**Suicide bomber: Shadi Zakariya Ridha Tubasi**

## The attack

✦ The suicide bomber was a resident of **Jenin**, **24** years old and held an Israeli identity card[1] (his mother is an Israeli citizen, a resident of the village of Muqeibila on Mt. Gilboa, on the green line). He entered the Matza Restaurant in Neve Sha'anan in Haifa wearing an explosive belt and blew himself up.

✦ The attack was planned and carried out by the **Hamas** terrorist-operative infrastructure in Jenin headed by **Kayas 'Adwan**. In the past the suicide bomber had been detained for creating a disturbance and several times for criminal offenses. During his stay in the PA-administered territories he was also detained by the PA and accused of collaborating with Israel. In an effort to clear his name he appealed to Hamas and asked to carry out a suicide bombing attack to prove he was not a collaborator. He independently, without an escprt, arrived at the site of the suicide bombing attack and chose the target, exploiting the fact that he had an Israeli identity card, which allowed him to travel freely.

---

[1] The suicide bomber's mother, from the village of Muqeibila in Israel, married a resident of Jenin and moved to the house of his family on the other side of the green line. The Tubasi family lived in Jenin but had Israeli citizenship. Since the suicide bomber had an Israeli identity card, he could cross the border freely, facilitating the carrying out of the attack.

## The victims



**Moshe Levin**, 51, from Haifa. Survived by his wife and two children.



**Daniel Carlos Wegman**, 50, from Haifa. Survived by his partner, two daughters, father and brother.



**Orli Ofer**, 15, from Haifa, Survived by her parents and two sisters.



**Dov Chernobroda**, 67, from Haifa. Survived by his partner, three children, six grandchildren and two sisters.



**Suheil Adawi**, 32, from the village of Turan. Survived by his wife and two children, father and two brothers and sisters.



**Danielle Menchel**, 22, from Haifa. Survived by her parents and brothers.



**Shimon Koren**, 54, from Haifa. Survived by his wife.



**Ran Koren**, 18, from Haifa. Survived by his mother.



**Gal Koren**, 14, from Haifa. Survived by his mother.



**Anat Ron**, 21, from Haifa. Survived by her mother.



**Ofer Oren**, 18, from Haifa. Survived by his mother.



**Aviel Ron**, 54, from Haifa. Survived by his wife and mother.

193



**Ya'akov Shani**, 52, from Haifa.
Survived by his wife, son, daughter, parents, brother and sister.



**Carlos Yerushalmi**, 52, from Karkur.
Survived by his wife, son and daughter.



**Adi Shiran**, 17, from Haifa.
Survived by her parents, brother and sister.

## General description

**Date:** March 30, 2002
**Event:** One suicide bomber blew himself up in a car and another suicide bomber was killed during a clash with Border Guards in the region of Baka al-Gharbia.
**Casualties:** 1 policeman killed and 1 policeman wounded
**Responsible:** Fatah/Al-Aqsa Martyrs' Brigades
**Suicide bomber:** Majdi 'Abd al-Jawad 'Abd al-Jabar Khanfar



The suicide bomber

## The attack

✦ Majdi 'Abd al-Jawad Khanfar was a resident of **Jenin**, **21** years old and prepared for the attack by **Ahmad 'Ali Mahmoud Abu Hadr**, a resident of Nablus, a Fatah/Al-Aqsa Martyrs' Brigades operative and the right-hand man of **Nasser 'Oweis**, Fatah/Tanzim commander in Nablus. On the day of the attack the suicide bomber wore an explosive belt and shared a car with Israeli license plates with **Fathi 'Amirah**, who was armed with an M-16 assault rifle. The two drove to Baka al-Gharbia where they were surprised by Border Guards and a fire fight ensued. During the exchange of fire Majdi al-Jawad detonated his explosive belt while Fathi 'Amirah fired his rifle at the Guards until they shot and killed him.

## The victim



Sergeant-Major **Constantine Danilov**, 23, from Or Akiva.

## General description

**Date: March 30, 2002**
**Event: A suicide bomber blew himself up at My Coffee Shop in Tel Aviv.**
**Casualties: 1 killed and approximately 29 wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Muhannad Ibrahim Fayadh Salahat**

## The attack

⊕ The suicide bomber was a resident of **Nablus**, **23** years old. Wearing jeans and a blue jacket, he entered My Coffee Shop in Tel Aviv walked over to the counter and blew himself up. He was recruited about three weeks before the attack by Fatah/Al-Aqsa Martyrs' Brigades in Nablus. On the day of the attack he shaved and got a short haircut to make himself look more Israeli. Before he left the house he told his family that he was going to carry out a suicide bombing attack.

## The victim



**Rachel Hur**,
from Bat Yam.
Survived by her husband,
son, two daughters, parents,
two brothers and sister.

197

## General description

**Date:** March 29, 2002
**Event:** A female suicide bomber blew herself up in a supermarket in Kiriyat Yovel in Jerusalem.
**Casualties:** 2 killed and approximately 22 wounded
**Responsible:** Fatah/Tanzim
**Suicide bomber:** Ayat Muhammad Lutfi al-Akhras



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the **Dehaishe** refugee camp near **Bethlehem**, **18** years old. She carried the explosive device in a black purse. **Ibrahim Sarahne** and his brother **Musa** drove her in a red pick-up truck close to the supermarket in the Kiriyat Yovel section of Jerusalem. Before the attack, Musa Sarahne approached two old Arab vendors and warned them.

✦ The suicide bomber, an outstanding high school student, was recruited by her fiancé who was a Fatah/Tanzim operative. She apparently had an intimate relationship with him and might have been pregnant. Such a situation is unacceptable in conservative Palestinian society and it is fairly certain to have been one of the reasons behind the suicide bombing attack.

198

## The victims



**Haim Smadar**, 55,
from Jerusalem.
Survived by his wife and five
children, his brothers and
sisters.



**Rachel Levi**, 17,
from Jerusalem.
Survived by her parents and
two brothers.

## General description

**Date:** March 27, 2002
**Event:** A suicide bomber blew himself up at the Passover Seder in the Park Hotel in Netanya.
**Casualties:** 30 killed and approximately 144 wounded
**Responsible:** Hamas
**Suicide bomber:** 'Abd al-Basset Muhammad Odeh



A Hamas poster from Tulkarm announcing the suicide bomber's death. The upper inscription is a Qur'an quotation according to which Allah promises a better life in paradise to the faithful who are killed while fighting for his sake. The poster shows the suicide bomber wearing an explosive belt and holding an M-16 in his right hand and a Qur'an in his left.




The suicide bomber reading his will in a video clip aired on Al-Manar, the Hezbollah TV station, the day after the attack (Al-Manar TV, March 28, 2002).

## The attack

⊕ The suicide bomber was a resident of **Tulkarm**, **25** years old. Disguised as a woman, he blew himself up at the Park Hotel in Netanya during the Passover Seder. Responsible for the attack were the Hamas terrorist-operative infrastructures in Tulkarm and Nablus headed by **'Abbas bin Muhammad al-Sayyid** and **Muhannad Taher**. 'Abbas al-Sayyid, as head of the Hamas infrastructure in Tulkarm, admitted during interrogation that he had planned to carry out the attack several months previously, but that it kept getting postponed.

⊕ Before the attack 'Abbas al-Sayyid and other Hamas terrorist-operatives helped 'Abd al-Basset Odeh prepare himself: he shaved his beard, put on makeup and a wig, wore women's blue jeans, a brown blouse, women's shoes and a brown leather jacket with a fake fur collar, all with the intention of passing as a woman in Israel. 'Abbas al-Sayyid gave him a woman's identity card and an explosive belt with 10 kg (22 lbs) of explosives, and explained how to detonate it.

⊕ **Muhannad Taher**, a resident of Nablus, was responsible for bringing explosive belts from the terrorist-operative infrastructure in Nablus to Tulkarm. **Fathi Hassib**, a resident of Tulkarm, admitted during interrogation that he had acquired a vehicle in Israel and used it to drive the suicide bomber to Tulkarm. From there the two took a different vehicle, entered Israel and drove to Netanya.

⊕ **The suicide bombing attack at the Park Hotel has been the most lethal of all suicide bombing attacks since the ongoing violent Israeli-Palestinian confrontation began in September 2000**. It rocked public opinion in Israel and around the world and led to Operation Defensive Shield (April 2002), during which the IDF entered the Palestinian Authority and took over the big cities.[2]

---

[2] For further information and an analysis of the suicide bombing attack at the Park Hotel, see our Special Bulletin "Passover eve massacre at Park Hotel in Netanya," at http://www.intelligence.org.il/eng/sib/6_04/park_h.htm.

## The scene of the attack





Left: The dining room of the Park Hotel after the attack. Right: Ball bearings and shrapnel, added to the explosives to intensify the damage. (Photo: Habakuk Levinson, Reuters)

## The victims



**Amiram Hamami**, 44, from Netanya. Survived by his wife and six children, brothers and sisters.



Staff Sergeant **Sivan Vider**, 20, from Bekaot. Survived by her mother, sister and brother.



Sergeant-Major **Avraham Beckerman,** 23, from Ashdod. Survived by his mother and brother.



**Shimon Ben Aroya**, 45, from Netanya. Survived by his wife, three children and mother.



**David Anichovitch,** 79, from Netanya. Survived by his wife and son.



**Shulamit Abramovitch**, 68, from Holon. Survived by her husband and two daughters.



**Avraham Ya'akov
Weiss**, 79,
from Petah Tikva.



**Perla Hermele**, 79,
from Sweden.
Survived by her two sons,
six grandchildren and one
great-grandchild.



**Miriam Gutenzgan
Oren**, 79,
from Ramat Gan.
Survived by her husband,
daughter, grandchildren and
great-grandchild..



**Lola Levkovitch
Hamburger**, 86,
from Jerusalem.
Survived by her daughter,
grandchildren and great-
grandchildren.



**Meir (George)
Yakobovitch**, 79,
from Holon.
Survived by his daughter.



**Eva Weiss**, 73,
from Petah Tikva.



**Eliahu Nakash**, 90
from Tel Aviv.
Survived by his wife,
brothers and sisters.



**Furuk Na'imi**, 61,
from Netanya.
Survived by her husband,
two children and her
grandchildren.



**Marianne Lehmann Zaoui**,
76, from Netanya.
Survived by her husband,
three children and her
grandchildren.



**Yehudit Korman**, 70,
from Ramat Hasharon.
Survived by her son,
daughter and grandchildren.



**Andre Fried**, 47,
from Netanya.
Survived by his two children
and brother.



**Idit Fried**, 46,
from Netanya.
Survived by her two children
and mother.



**Irit Rashel**, 48,
from Moshav Herev La'et.
Survived by her husband and
two daughters.



**Michael Karim**, 81,
from Netanya.
Survived by his two
daughters, three
grandchildren and one great-
grandchild.



**Dvora Karim**, 71,
from Netanya.
Survived by her two
daughters, three
grandchildren and one great-
grandchild.



**Eliezer Korman**, 74,
from Ramat Hasharon.
Survived by his two children
and five grandchildren.



**Yulia Talmi**, 86,
from Tel Aviv.
Survived by her brother.



**Alter Britvitch**, 88
from Netanya.
Survived by his two children
and eight grandchildren.



**Frieda Britvitch**, 86,
from Netanya.
Survived by her two children
and eight grandchildren.



**Anna Yakabovitch**, 78,
from Holon. Survived by her
son.



**Clara Rosenberger**, 77
from Jerusalem.
Survived by her two children
and seven grandchildren.



**Ze'ev Vider**, 50,
from Bekaot.
Survived by his son and
daughter.



**Chanah Rogan**, 90,
from Netanya.



**Sarah Levy-Hoffman**, 89,
from Tel Aviv.
Survived by her son and
three grandchildren

# General description

**Date:** March 26, 2002
**Event:** An unsuccessful suicide bombing attack attempt
at the Haris checkpoint west of the town of Ariel.
**Casualties: None**
**Responsible: The PFLP**
**Suicide bomber: Unknown**

# The attack

✠ Israeli policemen in a patrol car spotted a suspicious individual standing at the Haris junction west of Ariel. They called him over for questioning, and as he approached he attempted to detonate the explosive belt he was wearing. When they understood what he was trying to do they put the vehicle in reverse and pulled away. The suicide bomber took off the explosive belt and fled into the nearby village of Haris. A PFLP cell from Jenin and Nablus was responsible for the attack.

## General description

**Date:** March 22, 2002
**Event:** A suicide bomber blew himself up at an IDF checkpoint east of Nablus.
**Casualties: 1** soldier wounded
**Responsible:** Fatah/Tanzim
**Suicide bomber:** 'Inad Rashid Hussein Shqeirat

## The attack

✤ The suicide bomber was a resident of **Eyn al-Ma'a** refugee camp on the outskirts of **Nablus**, **25** years old. Wearing an explosive belt, he took a Palestinian taxi, got off near the Salem checkpoint and blew himself up. The attack was planned and carried out by the **Fatah/Tanzim** terrorist-operative infrastructure in Nablus supported by the **PIJ**. The suicide bomber and another individual were turned over to **Muhammad Nurasi**, a Fatah/Tanzim operative residing in the Jenin refugee camp, who was supposed to bring them to the site of the attack. The two returned for an unknown reason and were detained at an IDF checkpoint, where the suicide bomber blew himself up.

## General description

**Date: March 21, 2002**
**Event: A suicide bomber blew himself up in a café on King George Street in Jerusalem.**
**Casualties: 3 killed and approximately 80 wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Muhammad Mashhur Muhammad al-Hashaykah**



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the village of **Talluza**, north of **Nablus**, **21** years old and a policeman in the Palestinian police force in Nablus. He blew himself up at the entrance to a café on King George Street in Jerusalem. In the past he had been detained by PA security forces after Israel informed them that he was planning to carry out a suicide bombing attack within the green line.

✦ During interrogation by the Palestinian security forces he admitted that he had planned to carry out an attack in Ra'anana. He also admitted that he had been involved in infiltrating two suicide bombers into Israel who blew themselves up after encountering Israeli security forces near the settlement of Mei Ami. In accordance with a Palestinian request and with Israeli authorization and accompaniment, he was

207

transferred from Tulkarm to Ramallah for detention. He was then either released or escaped while the Palestinian security forces looked the other way. He again contacted **Nasser Shawish** of Fatah, who in the past had tried to dispatch him on a suicide bombing mission. He was dispatched on his suicide bombing attack by '**Abd al-Kareem 'Oweis** and **Nasser Shawish**, both of whom belonged to Fatah/Tanzim in Jenin. He was brought to the site of the attack by two women who were later detained by Israeli security forces.

## The victims



**Tzippora Shemesh**, 29, from Jerusalem. Survived by her two daughters and parents.



**Yitzhak Cohen**, 48, from Modi'in. Survived by his wife and six children, his brothers and sister.



Senior Warrant Officer **Gad Shemesh**, 34, from Jerusalem. Survived by his two daughters, mother and seven brothers and sisters.

## General description

**Date:** March 20, 2002
**Event:** A suicide bomber blew himself up on an inter-urban bus in Wadi Ara.
**Casualties:** 7 killed (four of them soldiers) and approximately 28 wounded
**Responsible:** The PIJ
**Suicide bomber:** Rafat Tahsin Salim Najib Abu Diyak



**The suicide bomber**

## The attack

◆ The suicide bomber was a resident of **Silat al-Dhahr**, south of **Jenin**, **24** years old and worked in a clothing store in Jenin. At the Umm al-Fahm junction he got on a Number 823 inter-urban bus heading north from Tel Aviv to Upper Nazareth. He blew himself up at the Musmus junction in Wadi Ara. The PIJ terrorist-operative infrastructure in Jenin headed by **Thabet Mardawi** was responsible for the attack.

## The victims



**Bella Schneider**, 53, from Hadera. Survived by her husband and two sons, mother and sister.



**Mogus Mahento**, 75, from Holon. Survived by his four children.



**Alon Goldenberg**, 27, from Tel Aviv. Survived by his parents and brother.



Senior Warrant Officer **Meir Fahima**, 40, from Hadera. Survived by his wife, son and two daughters.



Staff Sergeant **Shimon Edri**, 20, from Pardess Hanna. Survived by his parents, brother and sister.



Sergeant **Michael Altfiro**, 19, from Pardess Hanna. Survived by his parents and brother.



Corporal **Aharon Revivo**, 19, from Afula. Survived by his parents and two sisters.

## General description

**Date:** March 17, 2002
**Event:** A suicide bomber blew himself up on at the French Hill Junction in Jerusalem.
**Casualties:** Approximately **25** wounded
**Responsible:** The PIJ
**Suicide bomber:** Akram Ishak 'Abdallah al-Nabatiti

## The attack

✢ The suicide bomber was a resident of the '**Aida refugee camp** on the outskirts of **Bethlehem**, **24** years old, a PIJ operative who worked as a tailor. He attempted to get on a bus at the French Hill junction in northern Jerusalem, and when he was unsuccessful, blew himself up alongside. The attack was planned and carried out by the PIJ terrorist-operative infrastructure in Bethlehem headed by **Muhammad Ta'amri**. Two other terrorist-operatives were involved: **Bassam Abu 'Aqar** and **Ahmad Bulbul**. Bassam Abu 'Aqar even made sure the suicide bomber wrote a will.

## General description

**Date: March 9, 2002**
**Event: A suicide bomber blew himself up in Café Moment in Jerusalem.**
**Casualties: 11 killed and approximately 25 wounded**
**Responsible: Hamas**
**Suicide bomber: Fuad Ismail Ahmad al-Hurani**



The suicide bomber



The suicide bomber on a Hamas poster (Photo: The display of captured material at the ITIC)

## The attack

⊕ The suicide bomber was a resident of **Al-'Arroub refugee camp** near **Bethlehem, 22** years old, a student at the teachers' college in Ramallah, a devout Muslim and a **Hamas** operative whose father was an officer in the PA security services. Approximately two years before the attack the Palestinian preventive security forces suspected him of planning to carry out a suicide bombing attack.

⊕ Responsible for the attack was Hamas headquarters in Ramallah supported by a cell from East Jerusalem. The suicide bomber was brought to Al-Bireh mosque and taken from there to the new Beit Hanina mosque and from there **Waa'l Qassem** took him to the site of the attack. He dropped him off at the corner of the street the café was on, showed him the target and drove off.

## The suicide bombing attack and its reward



A check for $25,000 dated June 23, 2002, payable to Khaldia Ismail 'Abd al-'Aziz al-Hurani, mother of the suicide bomber, as one of the grants "from president Saddam Hussein" for the families of suicide bombers (From an ITIC survey of Iraqi support of Palestinian terrorism in the Palestinian Authority-administered territories, 2002.)

## The victims



**Tali Eliyahu**, 26,
from Jerusalem.
Survived by her parents,
brothers and sisters.



**Dan Imani**, 23,
from Jerusalem.
Survived by his parents and
three brothers.



**Orit Ozerov**, 28,
from Jerusalem.
Survived by her parents and
brother.



**Livnat Dvash**, 28,
from Jerusalem.
Survived by her patents,
brother and sister.



**Limor Ben-Shoham**, 27,
from Jerusalem.
Survived by her parents and
four brothers and sisters.



**Nir Borochov**, 22,
from Givat Ze'ev.
Survived by his parents,
brother and three sisters.



**Baruch Lerner**, 29,
from Eli.
Survived by his parents and
sister.



**Natanel Kochavi**, 31,
from Kiriyat Ata.
Survived by his parents,
brother and sisters.



**Danit Dagan**, 24,
from Tel Aviv.
 Survived by her parents,
brothers and sister.



**Avraham Haim
Rahamin**, 28,
from Jerusalem.
Survived by his parents and
four brothers and sisters.

**Uri Felix, 25**,
from Givat Ze'ev.
Survived by his parents and
sister.

214

# General description

**Date: March 7, 2002**
**Event: A suicide bombing attack attempt in Karkur.**
**Casualties: None**
**Responsible: The PIJ**
**Suicide bomber: Bilal Wajih Kamal Walid 'Ali**

## The attack

⬧ The suicide bomber was a resident of the village of **Sanur** south of **Jenin**, **18** years old. An Israeli citizen in Karkur saw a man with a bird cage and became suspicious. When the suicide bomber put the cage on the ground the Israeli saw the pipes on his body and assumed they were part of an explosive belt. The suicide bomber fled the scene. In the cage were an explosive device and detonator.

⬧ The following day the suicide bomber was apprehended, and during interrogation admitted that he had agreed to carry out a suicide bombing attack after arguing with his father and becoming fed up with life. He stated that he had been photographed by his handlers holding a rifle and pistol, wearing an explosive belt and equipped with the booby-trapped bird cage. After learning how to detonate the devices he was smuggled into Israeli territory by a PIJ operative. The suicide bomber surrendered the explosive belt in his possession.

## General description

**Date:** March 7, 2002
**Event:** A suicide bomber tried to blow himself up in a hotel in Ariel.
**Casualties: 9** wounded
**Responsible:** The PFLP
**Suicide bomber:** Shadi Muhammad Sidqi Nasser



**The suicide bomber on a PFLP poster**
**(Photo: The display of captured material at**
**the ITIC)**

## The attack

✤    The suicide bomber was a resident of the village of **Madama**, southwest of **Nablus**, **24** years old. Wearing a long jacket, he arrived on foot at the gas station at the entrance of Ariel, carrying an empty plastic jerry can. He then turned and went to the Eshel Hashomron Hotel, located nearby. At that point he aroused the suspicions of civilians in the area, who called two IDF officers. The suicide bomber reached the hotel lobby and detonated the explosive device under his coat. The attack was planned and carried out by the terrorist-operative infrastructure of the PFLP in Nablus headed by **Kamal Abu Hanish**.

## General description

> **Date:** March 7, 2002
> **Event:** A suicide bomber about to blow himself up at
> Café Kapit in Jerusalem was apprehended.
> **Casualties:** None
> **Responsible:** Fatah/Al-Aqsa Martyrs' Brigades
> **Suicide bomber:** Nidhal 'Id Tim Mashal

## The attack

✣ The suicide bomber was a resident of **Jabel Muqabbar** in southern Jerusalem, **21** years old and a Hamas operative. He entered Café Kapit on the corner of Emek Rafa'im  and Hannia Streets in Jerusalem carrying a bag containing an explosive device. Wires could be seen extruding from the bag. The suicide bomber aroused the suspicion of one of the café employees, who overcame him with the aid of other civilians.

✣ The Hamas terrorist-operative infrastructure in Bethlehem, composed of six students at Abu Dis College, was behind the attempt. The students, who were detained, had recruited the suicide bomber, prepared him and dispatched him to Jerusalem.

## General description

> **Date:** March 5, 2002
> **Event:** A suicide bomber blew himself up on a Number 823 inter-urban bus in the central bus station in Afula.
> **Casualties:** 1 killed and approximately 20 wounded
> **Responsible:** The PIJ
> **Suicide bomber:** 'Abd al-Kareem 'Issa Khalil Tahayinah



The suicide bomber

## The attack

❀ The suicide bomber was a resident of **Silat al-Harithiya**, northwest of **Jenin**, **23** years old. He blew himself up in the central bus station in Afula on a Number 823 bus en route from Upper Nazareth to Tel Aviv. According to the bus driver's eye-witness testimony, the suicide bomber got on the bus at the central bus station in Upper Nazareth wearing jeans, a turtle-neck shirt and an army jacket. He sat in the back of the bus and when it arrived in Afula, he detonated the explosive vest under the jacket.

## The victim



**Maharatu Tagana**, 85,
from Nazareth Élite.
Survived by his wife,
children and grandchildren.

## General description

**Date: March 2, 2002**
**Event: A suicide bomber blew himself up in a group of worshippers who had just left synagogue in Beit Israel in Jerusalem.**
**Casualties: 10 killed and approximately 46 wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Muhammad Ahmad 'Abd al-Rahman Daraghmeh**

## The attack

✦ The suicide bomber was a resident of the **Dehaishe refugee camp** on the outskirts of **Bethlehem**, **18** years old. He blew himself up on Haim Ozer Street in the Beit Israel section of Jerusalem, next to a group of worshippers who had just left a synagogue. According to eye-witnesses, he was disguised as an ultra-Orthodox Jew. He was brought to the site of the attack by **Ashraf Hajajra**, 20 years old, a resident of the Dehaishe refugee camp with a criminal record, who was detained near the scene of the attack. On May 27, 2002, **Ahmad Maghribi** and **Mahmoud Sarahna** were detained, both senior operatives of the Fatah/Tanzim terrorist infrastructure in the Dehaishe refugee camp, and both admitted responsibility for the attack.

## The scene of the attack



(Photo: Gil Cohen Magen, Reuters)

219

## The victims



**Ya'akov Avraham Eliyahu**,
one year old,
from Jerusalem.
Survived by his father and
sister.



**Lidor Ilan**, 11,
from Rishon Lezion.
Survived by his parents and
sister.



**Oriah Ilan**, eight months,
from Rishon Lezion.
Survived by her parents and
sister.



Liran Nehmad, 3,
from Rishon Lezion.



**Gafnit Nehmad**, 31,
from Rishon Lezion.
Survived by her brother and
two sisters.



**Tzofia Ya'arit Eliyahu**, 22,
from Jerusalem.
Survived by her husband,
daughter and parents.



**Shlomo Nehmad**, 39,
from Rishon Lezion.
Survived by his mother and
brothers.



**Shiraz Nehmad**, 6,
from Rishon Lezion.



**Shaul Nehmad**, 15,
from Rishon Lezion.
Survived by his parents and
sisters.



**Avraham Eliyahu
Nehmad**, 16,
from Rishon Lezion.
Survived by his parents and
sisters.

## General description

**Date: February 27, 2002**
**Event: A female suicide bomber blew herself up at the Maccabim checkpoint at Modi'in.**
**Casualties: 2 policemen wounded**
**Responsible: Fatah/Tanzim**
**Suicide bomber: Darin Muhammad Tawfiq Abu 'Eisha**



The suicide bomber photographed before the attack

## The attack

❖ The suicide bomber was a resident of **Beit Wazan** west of **Nablus**, **22** years old. She was driven to the Maccabim checkpoint by two Fatah/Tanzim terrorist-operatives. The two were asked to present their identity cards. When she was also asked to show some identification, she blew herself up. The two Fatah/Tanzim operatives in the car were shot and badly wounded. Two Israeli policemen were slightly wounded. Before she left to carry out the suicide bombing attack, she was photographed holding a raised knife. The photographer was **Ahmad 'Adi**, a Ramallah journalist.

## General description

> **Date:** February 22, 2002
> **Event:** A suicide bomber attempted to blow himself up in a supermarket in the community of Efrata.
> **Casualties:** 3 wounded
> **Responsible:** Fatah/Tanzim
> **Suicide bomber:** Muhammad Tawfiq Muhammad Dar Yassin

## The attack

✤  The suicide bomber was a resident of the village of **Al-Doha**, west of **Bethlehem**, **26** years old and worked in construction at Efrata. He attempted to use an explosive belt to blow himself up in the supermarket in the settlement's southern commercial center. He did not succeed in detonating the belt, which contained pipe charges. After he was identified as a suicide bomber he was shot and killed by a local resident.

✤  The attack was planned and carried out by the **Fatah/Tanzim** terrorist-operative infrastructure in Bethlehem headed by **Yehia Da'amseh** in collaboration with **Ra'fat Jawabra**, head of the Fatah/Tanzim cell in Al-Doha.

## General description

**Date: February 19, 2002**
**Event: A suicide bomber blew himself up next to a bus
at the Mehola junction in the northern Jordan Valley.**
**Casualties: None**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Omar 'Abd al-Fatah Hafez Yassin**

## The attack

✦ The suicide bomber was a resident of the village of **Jeneid**, west of **Nablus, 20** years old. At the Mehola junction he attempted to get on an inter-urban bus en route from Jerusalem to Tiberias. The bus driver, who suspected the suicide bomber because of his clothing and general appearance, ordered him to get off the bus and undergo an examination. When the driver began examining him, the suicide bomber fled, blowing himself up after he had run a few meters. He was dispatched by the Fatah/Tanzim terrorist-operative infrastructure in the village of Qalil headed by **Majed Keini**, who prepared him for the attack and took him part of the way to the site.

## General description

Date: February 18, 2002
Event: A suicide bomber blew himself up in a car full of
explosives at a checkpoint on the road from Ma'ale
Adumim to Jerusalem.
Casualties: 1 policeman killed and 2 wounded
Responsible: Fatah
Suicide bomber: Yasser Sayid Musa Odeh

## The attack

✦ The suicide bomber was a resident of **Beit Sahour** on the outskirts of **Bethlehem**, **34** years old, married with three children, a Fatah operative, of Jordanian extraction and who had been given an Israeli identity card for the purpose of reuniting with his family, since his wife lived in Beit Sahour. He parked his Peugeot 205 at the side of the road from Ma'ale Adumim to Jerusalem. A police patrol car was suspicious of the parked car, and when they saw him distance himself from the vehicle they followed to investigate. When one of the policemen got out of the patrol car, the suicide bomber dove into it and detonated his explosive device. The attack was planned and carried out by the Fatah/Tanzim terrorist-operative infrastructure in Bethlehem headed by **Ahmad Maghribi**.

## The victim



**Ahmad Mazarib**, 32, from Beit Zarzir. Survived by his wife and three daughters.

224

## General description

**Date: February 17, 2002**
**Event: Two suicide bombers were killed on their way to carry out attack near an IDF base and Kibbutz Mezer in Wadi Ara.**
**Casualties: 2 policemen wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Muhammad 'Abd al-Hamid Saleh Hamuda and 'Abd al-Jaber 'Abd al-Qadr Abd al-Jaber Khaled.**

## The attack

⊕ Muhammad 'Abd al-Hamid Salih Hamuda was a resident of **Nablus**, **18** years old; 'Abd al-Jaber 'Abd al-Qadr Abd al-Jaber Khaled was a resident of the village of **Jaiyus** north of **Qalqilya**, **22** years old. The two suicide bombers drove a Mazda 323 to Hadera. Police in a passing patrol car became suspicious and tried to stop the car, which responded by firing shots. The Mazda stopped at IDF camp 80 nearPardess Hannah and one of the suicide bombers got out and threw what was either an explosive charge or a hand grenade and attempted to shoot the policemen. The police returned fire and shot and killed him.

⊕ The second suicide bomber drove away and the police chased him. In the area of Kibbutz Mezer, as the police tried to catch up with him, the suicide bomber blew himself up and his car exploded.

⊕ **Iyad Mahmoud Saleh Nasser**, a Fatah terrorist-operative in Tulkarm, stated during interrogation that **Muhammad Zitawi**, head of the Fatah/Tanzim terrorist-operative infrastructure in Tulkarm, was responsible for the attack.

## General description

**Date: February 16, 2002**
**Event: A suicide bomber blew himself up in the shopping center in Karnei Shomron.**
**Casualties: 3 killed and approximately 22 wounded**
**Responsible: The PFLP**
**Suicide bomber: Sadeq 'Ahid Mahmoud 'Abd al-Hafez**

## The attack

🕀 The suicide bomber was a resident of **Qalqilya**, **19** years old and a student at the Qalandia vocational college. He blew himself up in a pizzeria in the commercial center in Karnei Shomron in Samaria. The attack was planned and carried out by the PFLP terrorist-operative infrastructure in Qalqilya headed by **Ra'ed Madi** in collaboration with the PFLP infrastructure in Nablus headed by **'Ahid 'Awalma**.

## The victims







**Rachel Gila Thaler**, 16, from Karnei Shomron. Survived by her parents and three brothers.

**Keren Shatsky**, 14, from Karnei Shomron. Survived by her parents, two brothers and three sisters.

**Nehemia Amar**, 15, from Karnei Shomron. Survived by his parents and five brothers and sisters.

## General description

> **Date: February 6, 2002**
> **Event: A potential suicide bomber was apprehended on an inter-urban bus en route from Jerusalem to Ma'ale Adumim.**
> **Casualties: None**
> **Responsible: Hamas**
> **Suicide bomber: Nidhal Jowad Ta'er Surkaji**

## The attack

✦ The suicide bomber was a resident of **Nablus**, **23** years old. He got on a Number 176 inter-urban bus at the French Hill junction in Jerusalem and sat across the aisle from the driver. The driver became suspicious and en route picked up Border Guards who overcame the suicide bomber and defused his explosive belt's detonator.

✦ Hamas terrorist-operatives had given the suicide bomber instructions for carrying out the attack, telling him how to make himself less conspicuous, get around Jerusalem by bus and detonate the explosive belt; he also received information about choosing the target. On the day of the attack the suicide bomber bought new clothes to make himself look Israeli. He got on the bus, paid the driver and when he couldn't detonate the device, became afraid and was finally caught.

## General description

> **Date:** January 30, 2002
> **Event:** A suicide bomber blew himself on his way to a meeting with the his handler from the Israel Security Agency (ISA) coordinator near Taybeh.
> **Casualties:** 2 wounded
> **Responsible:** The PIJ
> **Suicide bomber:** Murad Muhammad 'Abd al-Fatah Abu 'Assal

## The attack

✤  The suicide bomber was a resident of **Anabata**, east of **Tulkarm**, **23** years old. He blew himself up on his way to a meeting with his ISA handler. The attack was planned and executed by PIJ terrorist-operatives with the support of Tulkarm operatives. The suicide bomber spent the night before the attack with **Mu'atasem Makhlouf**, a PIJ operative in Tulkarm, who armed him the following morning in strict accordance with the instructions he had received from **Iyad Sawalha**, a senior PIJ operative in Jenin.

## General description

**Date: January 27, 2002**
**Event: A female suicide bomber blew herself up on Jaffa Street in Jerusalem.**
**Casualties: 1 killed and approximately 90 wounded**
**Responsible: Fatah/Al-Aqsa Martyrs' Brigades**
**Suicide bomber: Wafa' 'Ali Khalil Falyfel (Idris)**



The suicide bomber on the cover of a book written to praise and glorify her life and actions. It was written by Muhammad Salman and published in Egypt in 2002.



The suicide bomber

## The attack

✠ The suicide bomber was a resident of **Al-Am'ari** refugee camp in **Ramallah, 31** years old, divorced after nine years of marriage (unable to have children) and a nurse who worked for the Red Crescent. Three of her brothers were **Fatah** operatives, the eldest of whom was detained in Israel during the first violent confrontation (1987-1993). The attack was planned and carried out by a Fatah/Tanzim terrorist-operative in Ramallah (**with support from Palestinian General Intelligence**). Wafa' Idris was

the first woman to carry out a suicide bombing attack during the ongoing violent Israeli-Palestinian confrontation, and after her death she acquired **mythic status in Palestinian society.**[3]

## The victim



**Pinhas Tokatli**, 80, from Jerusalem. Survived by his wife, four children, grandchildren and sister.

---

[3] For further information see the Jerusalem Post article "Female bomber becomes a Palestinian heroine" by Khaled Abu Toameh, August 4, 2005.

## General description

**Date: January 25, 2002**
**Event: A suicide bomber blew himself up near the old central bus station in Tel Aviv.**
**Casualties: Approximately 23 wounded**
**Responsible: The PIJ**
**Suicide bomber: Safwat 'Abd al-Rahman Muhammad Khalil**

 

The suicide bomber on commemorative posters

## The attack

✛ The suicide bomber was a resident of the village of **Beit Wazan**, west of **Nablus**, **18** years old. He blew himself up on Neve Sha'anan Street in Tel Aviv, near the old central bus station. Another terrorist was apprehended at the scene who was supposed to carry out a shooting attack.

✛ Both attacks were planned and carried out by the PIJ terrorist-operative infrastructure in Jenin in collaboration with a Fatah operative, who was supposed to do the shooting. On the morning of the attack, **Nasser Shawish** and **Rabi' Abu Rob**, who belonged to the PIJ infrastructure in Jenin, infiltrated both terrorist-operatives into Israel through Tulkarm with the aid of Israeli Arab collaborators.

## General description

**Date:** December 15, 2001
**Event: A suicide bomber blew himself up near an IDF roadblock south of Tulkarm**
**casualties : None**
**Organization responsible: The Palestinian Islamic Jihad in cooperation with Fatah/Tanzim**
**Suicide bomber: Mahmoud Jamil Hussein Faraj**



The suicide bomber

## The attack

✤   A **28-year-old** resident of the **Nur Shams refugee camp** (on the outskirts of Tulkarm), single, a Palestinian Islamic Jihad operative, blew himself up within some 30 yards of an IDF roadblock south of Tulkarm. The terrorist attack was jointly perpetrated by the Palestinian Islamic Jihad and Fatah/Tanzim in Tulkarm. The suicide bomber had been recruited and prepared for the attack by **Riyad Badir,** a Palestinian Islamic Jihad operative from Tulkarm, in coordination with **Anwar Alyan,** an operative from the Nur Shams refugee camp.

## General description

> **Date: December 12, 2001**
> **Event:** Two suicide bombers blew themselves up
> near the town of Ganei Tal in Gush Katif
> **Casualties: 3** injured
> **Organization responsible:** Hamas
> **Suicide bombers:** Amjad Abd Rabo Ibrahim Fayad
> and Ali Ibrahim Mahmoud Ashour

## The attack

✦ **Amjad Abu Fayad,** a resident of **Sheikh Hamouda** (Gaza City), and **Ali Ashour,** a resident of **Khan Yunis,** both 22-year-old students, single, detonated charges carried in bags on two vehicles driving near the town of Ganei Tal in Gush Katif. The terrorist attack was perpetrated by a **Hamas** cell from Khan Yunis, and orchestrated by **Muhammad Def,** chief of Hamas' operative terrorist wing in the Gaza Strip. **Abdallah al-Fara,** the highest-ranking operative of Muhammad Def's infrastructure in the Khan Yunis area, was probably the one responsible for perpetrating the terrorist attack.

## General description

Date: December 9, 2001
Event: A suicide bomber blew himself up at Haifa's Checkpost junction
Casualties: 30 wounded
Organization responsible: The Palestinian Islamic Jihad
Suicide bomber: Nimer Muhammad Yussuf Abu Siffin



A poster glorifying the suicide bomber
(source: seized materials' display at the Intelligence and Terrorism Information Center)



The suicide bomber

## The attack

✤ An **18-year-old** resident of the village of **Yamoun,** northwest of Jenin, carrying an explosive belt on his body, blew himself up among a group of soldiers at Haifa's Checkpost junction. The charge did not fully explode. As a result of the explosion, the suicide bomber was severely injured and shot dead by nearby policemen. A chart was found on his body with directions on getting to Haifa. He also carried a Quran and a copy of the Travel Prayer. The terrorist attack was carried out by the Palestinian Islamic Jihad infrastructure in Samaria, with the assistance of Fatah/Tanzim operatives.

## General description

> **Date:** December 5, 2001
> **Event:** A suicide bomber blew himself up near the Mamilla Hilton hotel in Jerusalem
> **Casualties:** 5 wounded
> **Organization responsible:** The Palestinian Islamic Jihad.
> **Suicide bomber:** Dawud Ali Ahmed Sa'ad



The suicide bomber

## The attack

✥ A **46-year-old** resident of the **village of Artas,** south of Bethlehem, married and father of eight, blew himself up at the corner of David Hamelech St. and Eliyahu Shmaya St. in Jerusalem, within several yards of the Mamilla Hilton hotel. Apparently, the suicide bomber attempted to get on a bus but was unable to do so due to lack of time.

✥ The terrorist attack was perpetrated by the Palestinian Islamic Jihad infrastructure in Bethlehem, which held constant contact with the organization's leadership in Damascus. The commander of the infrastructure responsible for dispatching the suicide bomber to the terrorist attack was **'Issa Muhammad Isma'il Battat,** from Bethlehem, who was detained by the Israeli security forces, released, and killed later in a targeted killing.

## General description

**Date: December 2, 2001**
**Event: A suicide bomber blew himself up on bus no. 16 in Haifa**
**Casualties: 15 killed and some 35 wounded**
**Organization responsible: Hamas**
**Suicide bomber: Maher Muhi al-Din Kamal Hebesha**

The suicide bomber's file, found among the materials seized at the offices of the Al-Tadhamun charitable society in Nablus. The file served as a basis for arranging payments the society received for the shahids' families from the Joint Saudi Committee for Supporting the Al-Quds Intifada.

The file reads: "In the name of Allah the most kind, most compassionate, file no...., the fallen—their reward and their light are with God, a shahid of the Al-Aqsa Intifada, heroic holy warrior [*mujahed*], Maher Muhi al-Din Kamal Hebesha, date of the suicide martyrdom [*istishhad*] December 2, 2001, phone no. 2386996

Source: "Charity and Palestinian terrorism - spotlight on the Hamas-run Islamic Al-Tadhamun 'charitable society' in Nablus: a case study of the workings of the Palestinian terrorism support-system infrastructure and the organizations abroad which finance it" (Intelligence and Terrorism Information Center, February 2005)



## The attack

✤ A **20-year-old** resident of **Nablus,** single, blew himself up inside an Egged bus on Yad Labanim St. in Haifa's lower city. The suicide bomber got on a bus one stop before the explosion, paid for the ride, and began entering the bus.

236

When the driver called him to return his change, he turned around and blew himself up, probably using an explosive belt he was wearing. The terrorist attack was orchestrated by **Salim Hijjah,** a senior figure in Hamas' operative infrastructure in Samaria.

## The site of the terrorist attack



Source: Reuters, photo: Nir Elias

## The victims



**Mikhail Zaraisky,** 71, from Haifa. Survived by a wife, a son, and a sister.



**Faina Zabiogailu Hefetz,** 63, from Haifa. Survived by a daughter.



**Tatiana Borovik,** 23, from Haifa. Survived by parents and a brother.



**Ronen Aharon Kahalon,** 30, from Haifa. Survived by parents, a daughter, a brother and a sister.



**Mark Khotimliansky,** 74, from Haifa. Survived by a wife, two daughters, and grandchildren.



**Rivka Ricki Haddad,** 30, from Yokne'am Illit. Survived by a mother, a husband and two children, brothers and sisters.



**Mara Fishman,** 52, from Haifa. Survived by a mother, a husband, a son, and a brother.



**Rassim Safulin,** 78, from Haifa. Survived by a wife and two children.



**Yelena Lumakin,** 62, from Haifa. Survived by a husband, a son and a daughter.



**Semion (Sonya) Kalik,** 64, from Haifa. Survived by a wife, two daughters, grandchildren, and brothers.



**Cecilia Kozamin Vingoyz,** 78, from Haifa. Survived by a son and a grandchild.



**Ina Frenkel,** 60, from Haifa. Survived by a son.



**Leah Strick,** 74, from Rishon Letzion. Survived by a son, a daughter, grandchildren, and sisters.



**Rosalia Reis,** 42, from Jerusalem. Survived by two children.



**Yitzhak Inchi Ringel,** 41, from Haifa. Survived by a brother.