# EXHIBIT A.630
## (6 of 7)

## General description

> **Date: December 1, 2001**
> **Event: Two suicide bombers blew themselves up at Jerusalem's Zion Square**
> **Casualties: 11 dead and some 170 wounded**
> **Organization responsible: Hamas**
> **Suicide bombers: Osama Muhammad 'Id Baher and Nabil Muhammad Jamil Halbiyyah**



Osama Muhammad 'Id Baher



Nabil Muhammad Jamil Halbiyyah

## The attack

✦   The two suicide bombers were **Osama Muhammad 'Id Baher,** a **25-year-old** Hamas operative from **Abu Dis,** devout Muslim, and **Nabil Muhammad Jamil Halbiyyah,** a **24-year-old** member of the Palestinian General Intelligence, plasterer by trade, with knowledge of combat skills, resident of **Abu Dis.** The two blew themselves up at Jerusalem's Zion Square. Some fifteen minutes later, a car bomb detonated on Harav Kuk St., near the pedestrian shopping street.

✦   Hamas' operative infrastructures in Jerusalem and Ramallah were involved in recruiting and handling Osama Baher. Nabil Abu Halbiyyah was Osama Baher's close friend, and was recruited to the terrorist attack on the background of their friendship. The car bomb that exploded belonged to **Nader Alyan,** a resident of Abu Dis, Palestinian Islamic Jihad operative, who

admitted during questioning that he had arranged the car's registration on his uncle's name in order to obtain Israeli license plates.

In handwriting: Osama Muhammad 'Id Baher (the name of the suicide bomber)



In handwriting: Jerusalem, Dahiyat al-Barid (a neighborhood north of Jerusalem)

The suicide bombing attack and its reward

A check transferred to the family of suicide bomber Osama Muhammad 'Id Baher by Saddam Hussein's representatives in the Palestinian Authority administered territories (source: "Iraqi Support of Palestinian Terrorism", Information Bulletin published by the Intelligence and Terrorism Information Center, 2002)



A receipt voucher issued to the family of suicide bomber Osama Muhammad 'Id Baher as "President Saddam Hussein's Grant", signed by the suicide bomber's mother (source: "Iraqi Support of Palestinian Terrorism", Information Bulletin published by the Intelligence and Terrorism Information Center, 2002)



A check in the sum of $15,000 transferred to Fatma Ali Hassan Halbiyyah, the mother of
suicide bomber Nabil Mahmoud Jamil Halbiyyah. It is signed by the head of the Popular
Front for the Liberation of Palestine and the Baath party in the Palestinian Authority
administered territories (source: "Iraqi Support of Palestinian Terrorism", Information
Bulletin published by the Intelligence and Terrorism Information Center, 2002)



A receipt voucher signed by Muhammad 'Id Baher, the suicide bomber's father. The
receipt states that the money is "President Saddam Hussein's Grant" and was received
through the Arab Liberation Front on February 22, 2002
(source: "Iraqi Support of Palestinian Terrorism", Information Bulletin published by the
Intelligence and Terrorism Information Center, 2002)

# The scene of the terrorist attack



Source: Reuters, photo: Nir Elias

# The victims



**Moshe Michael Dahan,** 20, from Jerusalem. Survived by parents, a brother and a sister.



**Yossi El-Ezra,** 18, from Jerusalem. Survived by parents, a brother and a sister.



**Assaf Avitan,** 15, from Jerusalem. Survived by parents, a brother and a sister.



**Adam Weinstein,** 14, from Giv'on Ha-Hadasha. Survived by parents and two brothers.



**Guy Vaknin,** 19, from Jerusalem. Survived by parents, two brothers and two sisters.



**Ya'akov Israel Danino,** 17, from Jerusalem. Survived by parents, five brothers and three sisters.

243



**Golan Turjeman,** 15,
from Jerusalem.
Survived by parents, two
brothers and three
sisters.



**Yoni Kurganov,** 20,
from Ma'ale Adumim.
Survived by a father.



**Moshe (Mosh) Yadid
Levi,** 19,
 from Jerusalem.
Survived by parents and
two brothers.



Sergeant **Nir Haftzadi,**
19,
from Jerusalem.
Survived by parents and
three brothers.



**Ido Cohen,** 17,
from Jerusalem.
Survived by parents, two
sisters and two brothers.

## General description

> **Date:** November 29, 2001
> **Event:** A suicide bomber blew himself up on a bus near Mahane 80 in the vicinity of Pardes Hana
> **Casualties:** 3 killed and some 8 wounded
> **Organization responsible:** The Palestinian Islamic Jihad
> **Suicide bomber:** Samer 'Amer Ahmed As'ad

## The attack

✦ A **20-year-old** resident of the village of **Silat al-Harithiya** (west of Jenin), single, devout Muslim, blew himself up on bus no. 823. The explosion took place near an IDF base (Mahane 80). Before the explosion, the bus picked up a tidy-looking passenger from the bus stop at the Umm al-Fahm junction, who sat in the rear of the bus. When the bus arrived at the Mahane 80 junction, the explosion occurred.

✦ During Operation Defensive Shield (April 2002), the Israeli security forces arrested **Thabet Mardawi,** a senior operative of the **Palestinian Islamic Jihad** infrastructure in Jenin. He related in his questioning that he had received the belt from **Mahmoud Tawalbeh,** and that **Muhammad Yassin al-Anini** was the one who had recruited the suicide bomber, prepared him, and drove him to the Umm al-Fahm region. According to the plan, the suicide bomber was to arrive in one of Israel's big cities, and was not supposed to blow himself up in the Mahane 80 area.

245

## The victims



**Samuil Milashevsky,**
from Kfar Sava.
Survived by two
children and a sister.



**Inbal Weiss,** 22,
from Zichron Ya'akov.
Survived by parents, two
brothers and a sister.



**Elshad Ihayev,** 28,
from Tel-Aviv.
Survived by parents,
brothers and sisters.

## General description

> **Date:** November 6, 2001
> **Event:** A suicide bomber blew himself up at the Erez checkpoint in the northern Gaza Strip
> **Casualties:** 2 border guards injured
> **Organization responsible:** Hamas/Izz al-Din al-Qassam Brigades
> **Suicide bomber:** Taysir Ahmed Muhsen Ajrami



The suicide bomber

## The attack

⊕ The suicide bomber was a **25-year-old** resident of the **Jebaliya refugee camp** in northern Gaza Strip, married and father of three. He worked for about a month at a sewing shop in the Erez industrial zone, probably gathering information for the terrorist attack during his work. In the early morning, when workers were being let through the checkpoint, the suicide bomber arrived and stood in line to enter. Several minutes later, he activated a charge carried in his hands while standing near the window of the post overlooking the entering workers.

## General description

**Date:** November 8, 2001
**Event:** A suicide bomber blew himself up during his interception in Baqa al-Sharqiya on his way to perpetrate a suicide bombing attack in Israel
**Casualties:** **2** border guards wounded
**Organization responsible:** Hamas/Izz al-Din al-Qassam Brigades
**Suicide bomber:** Muayyad Mahmoud Salah al-Din 'Iyadeh



The suicide bomber

## The attack

🔹 The suicide bomber was a **25-year-old** resident of **Tulkarm,** a construction engineering student in Bir Zeit University and later in Al-Najah University. He was an activist in the Islamic Bloc, Hamas' student wing. During an operation to capture the suicide bomber, who sought to perpetrate a suicide bombing attack in Israeli territory, he noticed the Israeli forces and blew himself up. The terrorist attack was perpetrated by the **Hamas** infrastructure in Nablus, headed by **Yussuf Sarkaji.**

## General description

**Date:** October 17, 2001
**Event:** A suicide bomber blew himself up close to an IDF jeep near Kibbutz Be'eri in the Negev
**Casualties:** 2 IDF soldiers wounded
**Organization responsible:** The Popular Front for the Liberation of Palestine
**Suicide bomber:** Fouad Khadr Muhammad Abu Sariyya



The suicide bomber

## The attack

✛ A **25-year-old** resident of **Gaza City,** single, blew himself up close to an IDF jeep driven by two rangers on patrol. The explosion occurred some 400 yards east of the border fence inside Israeli territory. An examination of the territory following the incident showed that the suicide bomber had been able to infiltrate into Israeli territory dressed in IDF uniform. After crossing the fence, he arrived in the grove and hid inside. Upon noticing the passing vehicle, he ran towards it and blew himself up.

## General description

**Date:** October 7, 2001
**Event:** A suicide bomber blew himself up at the entrance of Kibbutz Shluhot near Beit She'an
**Casualties: One** dead
**Organization responsible:** The Palestinian Islamic Jihad
**Suicide bomber:** Ahmed Abd al-Mun'em Ahmed Daraghmeh



The suicide bomber

## The attack

✦ A **17-year-old** resident of the village of **Tubas,** north of Jenin, blew himself up near a car belonging to a resident of Kibbutz Shluhot, near the Kibbutz's entrance. The terrorist attack was perpetrated by the Palestinian Islamic Jihad infrastructure in Tubas. The questioning of **Thabet Mardawi**, a senior Palestinian Islamic Jihad operative, showed that **Ayman Daraghmeh** was the one who had dispatched the suicide bomber and provided him with an explosive suitcase weighing some 16-20 lbs. for perpetrating the terrorist attack.

## The victim



**Yair Mordechai,** 43, from Kibbutz Shluhot. Survived by a wife and five children, brothers and sisters.

## General description

> **Date:** September 9, 2001
> **Event:** A suicide bomber blew himself up at the
> Nahariya train station
> **Casualties:** **3** killed and some **46** wounded
> **Organization responsible:** Hamas/Izz al-Din al-
> Qassam Brigades
> **Suicide bomber:** Sheikh Muhammad Shaker Salah
> Hebesha



The suicide bomber

## The attack

✦ A **48-year-old** resident of the village of **Abu Snan** (Western Galilee),
married, father of six, blew himself up on the platform of the Nahariya train
station. Some ten days before the terrorist attack, he was suspected of being a
potential suicide bomber, his photograph was circulated to the police and an
attempt was made to arrest him.

✦ The terrorist attack was perpetrated by the Hamas operative infrastructure in
Samaria. It was orchestrated by **Qais Adwan,** a senior figure of Hamas'
operative wing in Samaria, who recruited the suicide bomber. According to a
book on the life stories of Islamist suicide bombers,[4] Muhammad Shaker was
the first sheikh to perpetrate a suicide bombing attack.

---

[4] *Mawsu'at Shuhada al-Haraka al-Islamiyya* (see bibliographic notes)

252

## The victims



**Sergeant Daniel Yifrah,** 19, from Jerusalem. Survived by parents and a sister.



**Morel Moshiko Derfler,** 45, from Mevasseret Zion. Survived by a wife, a son and a daughter.



**Yigal Goldstein,** 47, from Jerusalem. Survived by a wife and three children.

## General description

> **Date:** September 4, 2001
> **Event:** A suicide bomber blew himself up on Hanevi'im St. in Jerusalem
> **Casualties:** 13 wounded
> **Organization responsible:** Hamas
> **Suicide bomber:** Ra'ed Nabil Ibrahim Barghouti



The suicide bomber

## The attack

✛ The suicide bomber was a **26-year-old Ramallah** resident, single, teacher by trade, graduate of the Islamic Religious Law College in Abu Dis. A devout Muslim, he was a Hamas operative since the early 1990s. He blew himself up on Hanevi'im St. in Jerusalem while being detained by border guards whose suspicions he aroused. According to eyewitness testimonies, the suicide bomber was dressed in black pants, a white shirt, and a black yarmulke, making him look like an orthodox Jew. He was assisted by another terrorist, '**Ahed Natsha,** who was injured in the explosion. The Hamas infrastructures in Ramallah and Jerusalem were behind the terrorist attack.

✛ In his questioning, 'Ahed Natsha related that two weeks before the attack, he met the cell members and the suicide bomber at a **mosque in Al-Bireh,** and it

was agreed that the attack would take place within several days. According to the original plan, the terrorist attack was supposed to take place on an Egged bus no. 13 in Jerusalem, but it was ultimately decided to perpetrate it at the bus stop of line no. 13. On the day of the attack, 'Ahed Natsha met the suicide bomber at the Ar-Ram junction in northern Jerusalem, and from there they proceeded to Jerusalem. There they met another operative who provided them with the explosive charge.

## General description

> **Date:** August 12, 2001
> **Event:** A suicide bomber blew himself up at the
> Wall Street Café in Kiryat Motzkin
> **Casualties:** 16 wounded
> **Organization responsible:** The Palestinian Islamic
> Jihad
> **Suicide bomber:** Muhammad Mahmoud Bakr Nasr
> (Daraghmeh)



The suicide bomber

## The attack

✦ A **28-year-old** resident of **Qabatia** (south of Jenin), single, blew himself up at the Wall Street Café, located on Ben Gurion Blvd. in Kiryat Motzkin. Eyewitnesses related that he was wearing a blue jeans and a white buttoned shirt. The suicide bomber pressed an object he held in his hand, resembling a lighter, and the explosion ensued. The terrorist attack was perpetrated by the Palestinian Islamic Jihad operative infrastructure headed by **Mahmoud Tawalbeh (Nursi).**

## General description

Date: **August 9, 2001**
Event: **A suicide bomber blew himself up at the Sbarro restaurant in Jerusalem**
Casualties: **15** killed and some **110** wounded
Organization responsible: **Hamas**
Suicide bomber: **Izz al-Din Shuheil Ahmed al-Masri**



A poster appearing in a special memorial scrapbook dedicated to Palestinian martyrs
(*shahids*). It is dedicated to the memory of Izz al-Din Shuheil al-Masri, "who carried out
the heroic act in Jerusalem". (Source: "Albums and school notebooks imbued with
messages of admiration for Palestinian martyrs (*shahids*), portraying them as role models
to be emulated", a special information bulletin published by the Intelligence and
Terrorism Information Center)

## The attack

✦  A 22-year-old resident of the village of Aqaba, north of Tulkarm, single,
blew himself up at the Sbarro restaurant, on the corner of King George and
Yaffo streets in Jerusalem. The terrorist attack was coordinated and planned by
the Hamas infrastructure in Ramallah. The explosive charge was manufactured
by Abdallah Jamal, the chief "engineer" of the Hamas infrastructure in the
Judea region. The powerful charge was hidden inside a guitar. The
infrastructure that perpetrated the attack was run by Bilal Barghouti, a senior
Hamas operative from Beit Rima.

257

⊕   The suicide bomber's guide was Ahlam Tamimi, a 20-year-old Jordanian national, who resided in Ramallah, studied in Bir Zeit, and worked as a journalist. She was also involved in gathering the intelligence for the attack. Tamimi, along with the suicide bomber and the charge hidden inside the guitar, headed for a taxi-cab station in Ramallah, where they took a taxi-cab to Jerusalem. Tamimi carried a camera and spoke with the suicide bomber in English, so that they could inconspicuously pass for tourists.

## The scene of the terrorist attack



## The victims



**Yehudit Shoshana Greenbaum,** 31, from the US.



**Tzvika Golombek,** 26, from Karmiel. Survived by parents and a sister.



**Giora Balash,** 69, from Brazil. Survived by a wife, four children, and a sister.

258



**Tehila Maoz,** 19, from Jerusalem. Survived by parents, five brothers and a sister.



**Tamar Messengiesser,** 8, from Jerusalem. Survived by a father and a brother.



**Frieda Mendelsohn,** 62, from Jerusalem. Survived by a husband, six children, and grandchildren.



**Mordechai Raphael Schijveschuurder,** 44, from Talmon. Survived by three sons and two daughters.



**Hemda Bracha Schijveschuurder,** 2, from Talmon. Survived by three brothers and two sisters.



**Avraham Yitzhak Schijveschuurder,** 4, from Talmon. Survived by three brothers and two sisters.



**Malka Hanna Roth,** 16, from Jerusalem. Survived by parents and six brothers and sisters.



**Ra'aya Schijveschuurder,** 14, from Talmon. Survived by three brothers and two sisters.



**Tzirel Tzira Schijveschuurder Friedman,** 42, from Talmon. Survived by three sons and two daughters, a brother and two sisters.



**Lily Shamilashvili,** 33, from Jerusalem. Survived by a mother, a husband, and a son.



**Yocheved Shoshan,** 10, from Jerusalem. Survived by parents, brothers and sisters.



**Michal Sara Raziel,** 16, from Jerusalem. Survived by a mother and three sisters.

## General description

**Date: August 8, 2001**
**Event: A suicide bomber blew himself up using a car bomb near the Beqaot roadblock in the Jordan Valley**
**Casualties: One soldier wounded**
**Organization responsible: Hamas**
**Suicide bomber: Ashraf Muhammad Subhi Mahmoud Sayyid**



A note found among the documents of the Al-Tadhamun "charitable society" testifying to the death of the suicide bomber, meant to be used for receiving funds from Saddam Hussein's regime in Iraq.

Source: "Charity and Palestinian terrorism - spotlight on the Hamas-run Islamic Al-Tadhamun 'charitable society' in Nablus: a case study of the workings of the Palestinian terrorism support-system infrastructure and the organizations abroad which finance it" (The Intelligence and Terrorism Information Center, February 2005)



The suicide bomber

## The attack

✦ A **23-year-old Hamas** operative from **Nablus** was killed in a car bomb explosion at an IDF roadblock near Beqaot in the Jordan Valley. The car arrived at the roadblock and stopped in front of it. A soldier ordered the driver to approach for inspection. The terrorist then pressed the gas and blew himself up near the soldier. It is possible that the destination of the terrorist attack was different and that the suicide bomber feared that the car's inspection could give him away, and therefore decided to perpetrate the attack on the spot.

## General description

> **Date: August 2, 2001**
> **Event: A suicide bomber was captured while trying to get on a bus near Beit She'an**
> **casualties: None**
> **Organization responsible: The Palestinian Islamic Jihad**
> **Suicide bomber: Muhammad Sa'id Abdallah Abu Khadr**

## The attack

✦ A **16-year-old** high school student from the village of **Tamun** (north-east of Nablus), originally from Nablus, was captured while trying to get on an Egged bus near Beit She'an to perpetrate a suicide bombing attack. The suicide bomber's bag contained three mortar bombs and a switch. The attack attempt was guided by the Palestinian Islamic Jihad infrastructure in Tubas, headed by **Zayd Bsisi.**

## General description

**Date:** July 22, 2001
**Event: A suicide bomber was captured while trying to activate an explosive belt at Haifa's flea market casualties: None**
**Organization responsible:** The Palestinian Islamic Jihad
**Suicide bomber:** Murad Ahmed Muhammad Tawalbeh



The suicide bomber

## The attack

✤ An **18-year-old** resident of the **Jenin refugee camp** was detained while trying to perpetrate a suicide bombing attack in Haifa. Before his detention, the suicide bomber handed over to the police explosive charges he had hidden in an abandoned house in Haifa. In his questioning, he related that he had expressed a desire to carry out a suicide bombing attack and was transported by his brother, **Mahmoud Tawalbeh,** a senior Palestinian Islamic Jihad figure in the Jenin area, to the organization's operatives. The suicide bomber's brother was the one who had prepared the explosive belt for the attack, which was transported to Israel by organization operative **Muhammad Yassin.**

## General description

**Date: July 16, 2001**
**Event: A suicide bomber blew himself up at a bus station near the train station in Binyamina**
**Casualties: 2 soldiers killed and some 8 wounded**
**Organization responsible: The Palestinian Islamic Jihad**
**Suicide bomber: Nidal Ibrahim Mustafa Abu Shaduf**



The suicide bomber

## The attack

✠ A **20-year-old** resident of the village of **Burkin** (west of Jenin), single, blew himself up at a bus station facing the train station in Binyamina. The attack was orchestrated by **Thabet Mardawi** and **Mahmoud Tawalbeh (Nursi).** Nursi provided a bag weighing some 40 lbs. to **Muhammad Yassin,** an operative of the organization, who transported the terrorist and the explosive charge to **Samir Fayed,** a taxi-cab driver from the Jenin refugee camp. The taxi-cab driver was the one who drove the terrorist to Israel.

## The victims



**Avi Ben Harush,** 20, from Zichron Ya'akov.



**Hanit Armi,** 19, from Zichron Ya'akov. Survived by parents and a sister.

## General description

**Date:** July 11, 2001
**Event: A suicide bomber was captured in Afula**
**casualties: None**
**Organization responsible: The Palestinian Islamic Jihad**
**Suicide bomber: Jihad Jawdat Muhammad Jarar**



The suicide bomber

## The attack

✦  In the morning hours, **17-year-old** high school student from **Jenin** carrying a bag with an explosive charge headed out towards Afula in two taxi-cabs, one of which passed the Salem roadblock. He aroused the suspicion of a police officer near the Afula police station and was apprehended. Upon his detention, the suicide bomber attempted to activate the charge, but was neutralized by the police officer.

✦  In his questioning, the terrorist admitted of planning to perpetrate a suicide bombing attack in a crowded place in Afula. He related that he was a Palestinian Islamic Jihad operative and that he had received the charge from **Mahmoud Tawalbeh (Nursi),** along with operation instructions.




Mahmoud Tawalbeh, the suicide bombers' handler, nicknamed "The General-Sheikh"
(in Arabic: Al-Sheikh al-Jeneral), featured on covers of books dedicated to his memory,
published in 2002 and 2003

## General description

**Date:** July 9 2001
**Event: A suicide bomber blew himself up in a car full of explosives near IDF vehicles in the area of Gush Katif in the Gaza Strip.**
**Casualties: One soldier wounded.**
**Responsible: Hamas**
**Suicide bomber: Nafez 'Ayesh Muhammad Nathr**



The suicide bomber

## The attack

✛  The suicide bomber was a resident of the **Jabaliya refugee camp in the outskirts of Gaza City**, **26** years old, married, father of two and a **Hamas** activist who worked at the Islamic University in Gaza. He blew himself up in a car full of explosives near IDF vehicles in the area of Gush Katif. There were approximately 40-50 kg (88-110 lbs) of explosives in the car, of which 10-15 kg (22-33 lbs) detonated.

✛  The attack was carried out by the Izzedine al-Qassam Battalions (Hamas's terrorist-operative wing) in the Gaza Strip under the direction of **Salah Shahadeh**, one of the movement's senior leaders in the Gaza Strip and a founder of the terrorist-operative wing. He died in a targeted killing.

## General description

**Date: June 21, 2001**
**Event: A suicide bomber blew himself up in a car full of explosives near an IDF patrol on the Shiqma beach in the northern Gaza Strip.**
**Casualties: Two soldiers killed and one wounded.**
**Responsible: Hamas**
**Suicide bomber: Ismail Bashir Khalil Ma'sswani**



The suicide bomber

## The attack

❖ The suicide bomber was a resident of the **Shati refugee camp in the northern Gaza Strip**, **22** years old, unmarried, a Hamas activist and a student at the local Islamic university. He blew himself up near Elei Sinai in the northern Gaza Strip.

❖ Information received later indicated that he did not intend to blow himself up near the IDF patrol but intended to reach one of the settlements in the area, or to infiltrate into Israel proper. He shared the vehicle with another terrorist-operative, **Mahmoud Ghoul**, who escaped ten minutes before the explosion.

270

## The victims



Sergeant **Ofer Kit**, 19,
from Jerusalem.
Survived by his parents and brother.



Sergeant **Aviv Iszak**, 19,
from Kfar Saba.
Survived by his parents and two sisters.

## General description

**Date: June17, 2001**
**Event: A suicide bomber attempted to himself up by means of a wagon full of explosives near an IDF roadblock at the entrance to Dahaniya, a village in the southern Gaza Strip.**
**Casualties: None.**
**Responsible: the Palestinian Islamic Jihad (PIJ)**
**Suicide bomber: Murad Fahmi Hamid Abu Mu'ayliq**



The suicide bomber

## The attack

✤ The suicide bomber was a resident of the **Nuseirat refugee camp in the center of the Gaza Strip, 23** years old and a student at the Palestinian Open University in Gaza. He approached the entrance of the village of Dahaniya riding a wagon pulled by a donkey, which held a large water barrel. When he tried to detonate the device only part of it exploded, blowing him off the wagon. He tried to escape on foot and was shot by IDF soldiers at the gate and detained.

✤ During interrogation he stated that **Nabil Shrikhi**, a PIJ activist in the northern Gaza Strip, had recruited him but that the attack was his own initiative. He received 2,500 Israeli shekels (about $600), and in accordance with the instructions he received left for Rafah, where he met another terrorist-operative. The following morning the two drove to a citrus grove near Dahaniya where the suicide bomber was given the wagon and donkey and received instructions for carrying out the attack.

272

## General description

**Date:** June1, 2001

**Event:** A suicide bomber blew himself up at the entrance to the Dolphinarium night club in Tel Aviv.
**Casualties:** 21 killed and about 83 wounded.
**Responsible:** Hamas/ Izzedine al-Qassam Battalions
**Suicide bomber:** Sayid Hassan Hyssein Hutri



The suicide bomber as a role model: the suicide bomber's last will and testament as it appeared in the Hamas online children's magazine, *Al-Fateh* (September 2002).



A poster commemorating the suicide bomber, Sayid Hassan Hotari. Despite Arafat's public condemnation of the attack, the Palestinian Ministry of Welfare gave the bomber's father (who had publicly lauded his son's actions) a grant of $2,000 the week after the attack.

273

## The attack

✦    The suicide bomber was from **Qalqilya**, **22** years old, lived in **Jordan** and was a **Hamas** operative. He blew himself up near a group of young people at the entrance to the Dolphinarium night club on the sea-front promenade in Tel Aviv. Responsible for the attack was the Hamas terrorist-operative infrastructure in Qalqilya established by **Salim Haja**, 30 years old, from Nablus. He was one of the Hamas's senior operatives in Judea and Samaria and responsible for the organization's terrorist-operative infrastructure in northern Samaria. He appointed '**Abd al-Rahman Hamad**, who had planned the Dolphinarium attack, as head of the infrastructure, whom he had met in jail. **Mahmoud Nadi** (imprisoned) drove the suicide bomber to the Dolphinarium.



**Terrorists as role models: a picture of 'Abd al-Rahman Hamad (center), who planned the suicide bombing attack at the Dolphinarium. Left is Sayid Hassan Hutri, the suicide bomber. The picture and memorial under it were hung at the entrance to the Palestine Elementary School in Qalqilya (picture taken by the IDF in January 2003).**

## The victims



**Ilya Gutman**, 20, from Bat Yam. Survived by his parents and brother.



**Marina Berkovizki**, 17, from Tel Aviv. Survived by her mother, brother and grandparents.



**Irena Usdachi**, 18, from Holon. Survived by her parents.



**Aleksei Lupalu**, 17, from Ramat Gan. Survived by his family.



**Maria Tagilchev**, 14, from Netanya. Survived by her parents.



**Roman Dezanshvili**, 21, from Bat Yam. Survived by his parents and brother.



**Yelena Nelimov**m 18, from Tel Aviv. Survived by her mother and brother.



**Yulia Nelimov**, 16, from Tel Aviv. Survived by her mother and brother.



**Marina Medvedenko**, 16, from Tel Aviv. Survived by her parents, two brothers and a sister.



**Liana Sakiyan**, 16, from Bat Yam. Survived by her parents and brother.



**Irina Nepomneschi**, 16, from Bat Yam. Survived by her parents and brother.



**Raisa Nimrovsky**, 16, from Netanya. Survived by her parents.



**Simona Rodin**, 18, from Holon. Survived by her parents.



**Katherine Arias**,15, from Ramat Gan. Survived by her parents and brother.



**Anya Kazachov**, 16, from Holon. Survived by her mother and brother.



**Sergei Pinchasov**, 20, from the Ukraine.



Private **Diez Normanov**, 21, from Tel Aviv. Survived by his parents



**Ori Shahar**, 32, from Ramat Gan. Survived by parents, two brothers and a sister.



**Yevgenia Dorfman**, 15, from Bat Yam.



**Jan Bloom**, 25, from Ramat Gan.



**Yael-Yulia Sklianik**, 15, from Holon.

## General description

> **Date: May 29, 2001**
> **Event: A suicide bomber blew himself up at an IDF roadblock west of the Khan Yunis refugee camp in the Gaza Strip. A second terrorist-operative was killed.**
> **Casualties: Two soldiers wounded.**
> **Responsible: Hamas**
> **Suicide bombers: 'Abd al-M'uti 'Ali 'Abd al-Sattar and Ismail Arafat Muhammad 'Ashur.**

    

Ismail Arafat Muhammad 'Ashur            'Abd al-M'uti 'Ali 'Abd al-Sattar

## The attack

✦ **'Abd al-M'uti 'Ali 'Abd al-Sattar** (?) was a resident of **Khan Yunis**, **19** years old, unmarried and a student at the Islamic University. He reached the IDF roadblock west of Khan Yunis near the community of Neveh Dekalim, with another terrorist-operative, **Ismail 'Ashur**, a resident of the **Khan Yunis refugee camp**, 20 years old, also a student at the Islamic University. They were asked to show identification and when they did not, were requested to leave. At that point the suicide bomber approached the soldiers and blew himself up. After the explosion the other terrorist came towards them throwing hand grenades and was killed.

## General description

> **Date:** May 25, 2001
> **Event:** Two suicide bombers blew themselves up in a car full of explosives near the Hadera train station.
> **Casualties: 66** wounded.
> **Responsible: PIJ**
> **Suicide bombers:** Osama Nimr Darwish Abu al-Hija and 'Ala Hilal 'Abd al-Sattar Sabah



Poster commemorating the suicide bombing
attack of 'Ala Halal 'Abd al-Sattar Sabah (from
a Cairo-Amman Bank calendar which turned
into a shaheed album[5]).

## The attack

✦ **Osama Nimr Darwish Abu al-Hija** was a resident of the **Jenin refugee camp**, **22** years old, unmarried and worked for a carpet company. **'Ala Hilal 'Abd al-Sattar Sabah** was a resident of **Jenin**, **22** years old, unmarried and worked in a clothing store. The two blew themselves up in a car full of explosives at the Hadera railroad station.

For further information see our Special Bulletin "Albums and school notebooks imbued [5] with messages of admiration for Palestinian martyrs," which can be found at ).http://www.intelligence.org.il/eng/sib/si_86_4/index.htm

⊕ **Thabet Mardawi** and **Mahmoud Nurasi** planned the attack, prepared the explosive devices in the vehicle and escorted the two suicide bombers from the village of Barta'a in Samaria to Israel. **It was the first suicide bombing attack inside Israel carried out by the PIJ since November 6, 1998 (the suicide bombing attack in the Mahane Yehuda market in Jerusalem)**.

## General description

**Date:** May 25, 2001
**Event: A suicide bomber blew himself up in a tanker full of explosives near the Nezarim junction in the Gaza Strip.**
**Casualties: None**
**Responsible: Hamas**
**Suicide bomber: Hussein Hassan Abu Nasr**



**The suicide bomber**

## The attack

⬧  The suicide bomber was a resident of the **Jabaliya refugee camp in the northern Gaza Strip**, **22** years old, unmarried, a student at the Islamic University and a former PIJ activist. He drove the gasoline-laden tanker next to a military convoy at the Nezarim junction and IDF forces from a nearby post opened fire. He turned off the road and stopped at the earthworks in front of the army post. The tanker blew up with the suicide bomber in the driver's seat. There were three containers of bottled gas in the cabin and 48 kg (about 106 lbs) of homemade explosives.

⬧  The attack was planned by **Salah Shahadeh**, one of the movement's senior leaders in the Gaza Strip and a founder of the terrorist-operative wing. He died in a targeted killing.

## General description

Date: May 18, 2001
Event: A suicide bomber blew himself up at the entrance to the Sharon shopping mall in Netanya.
Casualties: 5 killed and about 86 wounded.
Responsible: Hamas
Suicide bomber: Mahmoud Ahmad Mahmoud Marmash



The suicide bomber



A poster of the suicide bomber



The suicide bomber as role model: Young men, apparently students, posing in front of a poster of Mahmoud Ahmad Mahmoud Marmash. He was a Hamas suicide bomber (*al-istishhadi*) who carried out the suicide bombing attack at the entrance to the Sharon shopping mall on May 18, 2001, killing five Israeli civilians and wounding more than 100. In the background are other posters of Hamas shaheeds and slogans calling for more suicide bombing attacks. The pictures were apparently taken at an educational institution and were captured during Operation Defensive Shield (April 2002) (From the display of Palestinian terrorist materials at the Intelligence and Terrorism Information Center)

## The attack

✦ The suicide bomber was a resident of **Tulkarm**, 21 years old, unmarried, a devout Muslim and Hamas operative. He blew himself up at the entrance to the Sharon shopping mall in Netanya. The attack was organized by the Hamas infrastructure in Tulkarm, which was responsible for two other suicide bombing attacks in Netanya. **Fuaz Badran**, a Hamas operative from Yussuf, recruited Mahmoud Marmash for the attack.

✦

## The victims



**David Yarkoni**, 53, from Netanya.
Survived by his parents and two sisters.



**Yulia Tratiakova**, 21, from Netanya.
Survived by her parents and sister.



**Mirian Waxman Weshler,** 51, from Hadera.
Survived by her husband, two children, mother and brother.



**Tirza Polonsky Tishbi**, 67m from Kfar Haim.
Survived by her husband, five children, brother and sisters.



**Vladislav Sorokin**, 33, from Netanya.
Survived by his wife and son.

## General description

**Date:** April 29, 2001

**Event:** A suicide bomber blew himself up in a car full of explosives near a bus at the Dir Sharif junction west of Nablus and south of the community of Shavei Shomron.
**Casualties:** None
**Responsible:** Hamas
**Suicide bomber:** Jamal 'Abd al-Ghani Rashid Nasser



**The suicide bomber**

## The attack

✤   The suicide bomber was a resident of **Nablus**, **23** years old, unmarried, studying engineering at Al-Najah University in Nablus and an activist for the Islamic Block, the Hamas student organization. He blew himself up next to a school bus at the Dir Sharif junction (west of Nablus and south of the community of Shavei Shomron). During the attack a Palestinian vehicle approached the bus and the suicide bomber hesitated lest he blow it up instead of the bus. The attack was planned and carried out by the Hamas terrorist-operative infrastructure in Nablus.

## General description

**Date:** April 22, 2001

**Event: A suicide bomber blew himself up at a bus stop in Kfar Saba.**
**Casualties: 1 killed and approximately 45 wounded..**
**Responsible: Hamas**
**Suicide bomber: Imad Kamel Sayid Zubeidi**



The suicide bomber

## The attack

✢ The suicide bomber was a resident of **Nablus**, **18** years old and a high school student. He blew himself up at a Number 29 urban bus stop on Tchernichovsky street in Kfar Saba. The attack was planned and carried out by Hamas terrorist-operatives from the Nablus area. **Muhannad Taher** was responsible for recruiting and dispatching the suicide bomber. **Nihad Abu Qishq**, a professional chauffeur with an Israeli identity card, drove the suicide bomber to Israel.




The Islamic resistance movement – Hamas

The martyr warrior of Izzedine al-Qassam Battalions

Imad Kamel al-Zubeidi

"Abu Hadhifa"

The shaheed was born on March 21, 1983 in Nablus.

He had three brothers and three sisters.

His family was conservative, devout, and committed [to Islam],

Of the conservative mosque-goers [who visited the mosque] for prayers at the appointed hours.

He was head of the Islamic student movement at the vocational high school in Nablus.

He died a martyr for the sake of Allah on April 22, 2001.

He carried out a heroic [sic] action in Kfar Saba which killed and wounded dozens of the Zionist enemy.

Eternal life in paradise, oh, our shaheed...

A Hamas poster commemorating the suicide bomber (from the Intelligence and Terrorism Information Center special bulletin, "'Charity' and Palestinian terrorism" at .www.intelligence.org.il/eng/sib/3_05/charity_2.htm

 

The suicide bomber's file and a form filled out by the family found among the files of Al-Tadhamun "charitable society." The documents served as the basis for payments the society received for the families of shaheeds from The Joint Saudi Arabian Committee to Support the Al-Quds Intifada.

The file cover reads: "In the name of Allah the all-merciful, File no ...; Martyrs – their reward and light with god; shaheed of the Al-Aqsa intifada, a heroic warrior in the holy war [*al-mujaheed*], the hero Imad Kamel Sayid al-Zubeidi; date of the [suicide bombing] action [*al-istishhad*], April 22, 2001; telephone no. 2371772 ("'Charity' and Palestinian

## The victim



**Dr. Mario Goldin**, 53, from Kfar Saba. Survived by his wife and three children.