# EXHIBIT A.630
## (7 of 7)

## General description

> **Date: March 28, 2001**
> **Event:** A suicide bomber blew himself up at a gas station at Neveh Yamin near Kfar Saba.
> **Casualties:** 2 killed and 4 wounded.
> **Responsible:** Hamas
> **Suicide bomber:** Fadi 'Atallah Yussuf 'Amer



The suicide bomber

## The attack

- The suicide bomber was a resident of **Qalqilya**, **23** years old, unmarried, a Hamas operative and a student at the Palestinian Open University in Qalqilya. He blew himself up at a gas station south of the eastern Kfar Saba junction while standing close to a group of high school students who were waiting for the bus to take them to school at Kedumim. The Hamas terrorist-operative infrastructure in Qalqilya planned and carried out the attack.



This note, found among the papers of Al-Tadhamun "charitable society," refers to the death of the suicide bomber, whose family was supposed to receive money from the Saddam Hussein régime in Iraq. (From The Intelligence and Terrorism Information Center special bulletin, "'Charity' and Palestinian terrorism")

## The victims



**Eliran Rosenberg**, 14, from Givat Shmuel. Survived by his parents and brothers



**Naftali Lanzkorn**, 14, from Petah Tikva. Survived by his parents and nine brothers and sisters.

## General description

> **Date: March 27, 2001**
> **Event:** A suicide bomber blew himself up at the French Hill junction in Jerusalem.
> **Casualties: 13** wounded.
> **Responsible: Hamas**
> **Suicide bomber:** Dhiya' Hussein Muhammad Tawil



The suicide bomber

## The attack

- The suicide bomber was a resident of **Al-Bireh, near Ramallah, 20** years old, unmarried, an engineering student at Beir Zeit University, a Hamas operative and the nephew of **Jamal al-Tawil**, a senior Hamas operative in Ramallah. Dhiya' Tawil blew himself up next to a Number 6 urban bus traveling east from the French Hill.

- The Hamas terrorist-operative infrastructure in Samaria and its branch in Ramallah were responsible for the attack. **'Abdallah Jamal** and **Bilal Barghouti**, both residents of Beit Rima, admitted during interrogation that they had dispatched the suicide bomber. They also admitted operating an explosives laboratory in Ramallah.

## General description

> **Date: March 4, 2001**
> **Event:** A suicide bomber blew himself up on a main street in Netanya.
> **Casualties: 3** killed and approximately **53** wounded.
> **Responsible:** Hamas
> **Suicide bomber:** Ahmad Omar Hamdan 'Alian



The suicide bomber on a Hamas poster (From the collection of captured materials at the Intelligence and Terrorism Information Center)

## The attack

- The suicide bomber was a resident of the **Nur Shams refugee camp on the outskirts of Tulkarm, 23** years old, unmarried, a devout Muslim and muezzin at a mosque. He approached a Number 22 urban bus which had stopped at a red light at the corner of Herzl and Shoham Streets in Netanya. When he was about 2-3 meters away from the bus he blew himself up.

- The Hamas terrorist-operative infrastructure in Tulkarm was responsible for the attack; it was headed by **Fuaz Badran**, who was aided by **Ahmad Jayussi**, 23, a Hamas operative and resident of Tulkarm.

291

## The victims:



**Yevgenya Malchin**, 71, from Netanya. Survived by her son.



**Shlomit Ziv Steinberg**, 57, from Netanya. Survived by her son, grandchildren and sister.



**Naftali Dean**, 85, from Tel Mond. Survived by his three children and his grandchildren

## General description

> **Date: March 1, 2001**
> **Event:** A suicide bomber blew himself up in a taxi at the Mei Ami junction in Wadi Ara (but survived).
> **Casualties: 1** killed and approximately **10** wounded.
> **Responsible:** Hamas
> **Suicide bomber:** Ziyad 'Arsan Hafez Kilani



The suicide bomber

## The attack

- The suicide bomber was a resident of the **village of Siris, south of Jenin**, and **28** years old. He took an Israeli taxi traveling north from Tel Aviv to Tiberias, and when it stopped at a surprise police roadblock near the Mei Ami junction, he detonated the explosive device he was carrying in a bag and was critically wounded.

- Even before the suicide bombing, the terrorist carried out a series of attack in Tel Aviv: While in the city on December 21, 2000, he stabbed an Israeli civilian in the Carmel market in the center of the city. The day before the suicide bombing attack he also left a bomb ready to explode in Tel Aviv, but it was discovered and detonated by a police sapper. On the same day he left a bomb near a group of young people on the sea front promenade near the Dolphinarium but it did not explode.

- During interrogation he admitted to having a third, non-functional explosive device in his possession which he intended to return to the Palestinian Authority (PA)-administered territories for repairs, and that was the device he detonated in the taxi.

- All the attacks he carried out were planned by Hamas under the direction of **Qayis Adwan**, a resident of Jenin and head of the Islamic Block (the Hamas student organization) at Al-Najah University. Somewhat later the suicide bomber's (Jewish) girlfriend was detained, and during interrogation admitted she knew about the attacks he had carried out and that he had an explosive device in his possession.

## The victim



**Claude Klap**, 29, from Tiberias.
Survived by is parents and brothers.

## General description

**Date:** January 1, 2001
**Event:** A suicide bomber blew himself up in a car full of explosives on Herzl Street in Netanya.
**Casualties:** Approximately **35** wounded.
**Responsible:** Hamas
**Suicide bomber:** Hamed Falah Mustafa Abu Hijlah



The suicide bomber (from Filisteen al-Muslimiya, June 2003)

## The attack

- The suicide bomber was a resident of **Nablus**, **23** years old, unmarried, a civil engineering student at Al-Najah University in Nablus, a devout Muslim and an Islamic Block (the Hamas student organization) activist. He blew himself up in a car full of explosives on Herzl Street, one of Netanya's main thoroughfares.

- The attack was planned and carried out by the Hamas terrorist-operative infrastructure in Nablus headed by **Omar Jabrini**. **Feisal Saba'ana**, a Hamas terrorist-operative from Qabatiya, was responsible for infiltrating the suicide bomber into Israel. The terrorist-operative infrastructure behind the attack was made up primarily of students who belonged to the Islamic Block, the Hamas student organization, which recruits terrorist-operatives into the movement's ranks.

## General description

**Date: December 22, 2000**
**Event: A suicide bomber blew himself up at the Mehola rest stop in the northern Jordan valley.**
**Casualties: 3 soldiers wounded.**
**Responsible: Hamas**
**Suicide bomber: Hashem 'Abdallah 'Abd al-Fatah Najar**



The suicide bomber

## The attack

♦ The suicide bomber was a resident of **Hebron**, **25** years old, unmarried, studying journalism at Al-Najah University in Nablus and head of the Islamic Block in the school of Social Sciences. He entered the rest stop at Mehola, went out onto the veranda, approached a group of IDF soldiers and blew himself up a few meters from them. He had been recruited to Hamas in 1994 and from then on had been active in the movement. Apparently the attack was planned and carried out by the Hamas terrorist-operative infrastructure in Nablus.

## General description

**Date:** December 15, 2000
**Event:** A suicide bomber blew himself up near a group of guards at the Erez checkpoint in the Gaza Strip.
**Casualties:** None
**Responsible:** Hamas
**Suicide bomber:** Nur al-Din Abu Safi



The suicide bomber

## The attack

- The suicide bomber was a resident of the **Shati refugee camp on the outskirts of Gaza City**, **22** years old, unmarried, a Hamas operative and graduate of the accounting department of the Islamic University in Gaza. He reached a IDF post in the industrial zone of the Erez crossing. After the workers had entered he tried to pass through and as he did the metal detector beeped. He tried to detonate the explosive belt he was wearing and when he was unsuccessful, he tried to stab the soldier operating the detector. He was then shot by security forces.

## General description

Date: November 6, 2000
Event: A suicide bomber blew himself up near an Israeli patrol boat at Rafah.
Casualties: None
Responsible: Hamas
Suicide bomber: Hamdi Arafat Khalil Miqdad (Ansiwi)



The suicide bomber

## The attack

- The suicide bomber was a resident of the **Shati refugee camp on the outskirts of Gaza City, 27** years old and unmarried. Close to midnight he blew himself up in a small boat in the vicinity of an Israeli patrol boat which was on a routine mission along the Gaza Strip coastline. The Palestinian boat was about 50-60 meters from the Israeli patrol and about 1 ½ km from the shore. The IDF soldiers identified the boat as having a motor and carrying one individual and two covered crates. When the man realized he had been seen, he bent over and a explosion was heard.

- Hamas, publicly claiming responsibility for the attack, said it had been a suicide bombing attack. **It was the first time Hamas had attempted an attack at sea.**

## General description

> **Date: October 26, 2000**
> **Event:** A suicide bomber riding a motorcycle blew himself up near an IDF post at Gush Katif in the Gaza Strip.
> **Casualties:** 1 soldier wounded.
> **Responsible:** PIJ
> **Suicide bomber:** Nabil Faraj 'Abd 'Erieri'



The suicide bomber

## The attack

✦ The suicide bomber was a resident of the **Seja'iya Jedida neighborhood of the Gaza Strip**, **24** years old, unmarried and a student at the Islamic University in Gaza. As he was riding west on a motorcycle along the Kissufim road, an IDF solider noticed him and ordered him to keep his distance; he then blew himself up. It was the first suicide bombing attack carried out by the PIJ since April 1997. It was timed for the fifth anniversary of the death of Fathi Shqaqi, who founded the organization.

✦ The attack was planned by **Mahmoud al-Hindi**, head of the PIJ in the Gaza Strip. Behind the attack was the terrorist-operative infrastructure in the Jabaliya refugee camp headed by **Muqallid Hamid**.

# Appendix

## Bibliography of selected books, articles and studies providing profiles and background for the suicide bombers and their activities.[6]

(The bibliography was prepared by Dr. Yoram Kahati, senior researcher at the Intelligence and Terrorism Information Center)

## English

1. Moghadam, Assaf, "Palestinian Suicide Terrorism in the Second Intifadah: Motivations and Organizational Aspects," *Studies in Conflict and Terrorism*, Vol.26, No.2 (March-April 2003), pp. 65-92.

2. Weinberg, Leonard, Ami Pedahzur and Daphna Canetti-Nisim, "The Social and Religious Characteristics of Suicide Bombers and Their Victims with Some Additional Comments about the Israeli Public's Reaction," *Terrorism and Political Violence*, Vol. 15, No.3 (Autumn 2003), pp. 139-153.

3. Strenski, Ivan, "Sacrifice, Gift and the Social Logic of Muslim 'Human Bombers,'" *Terrorism and Political Violence*, Vol.15, No.3 (Autumn 2003), pp. 1-34.

4. Israeli, Raphael, *Islamikaze – The Manifestations of Islamic Martyrology*, London: Frank Cass, 2003.

5. Eshel, David, "Israel Reviews Profile of Suicide Bombers," *Jane's Intelligence Review*, Vol.13, No.11 (November 2001), pp. 20-21.

6. Kramer, Martin, "Sacrifice and 'Self-Martydom' in Shi'ite Lebanon" in *Arab Awakening and Islamic Revival: The Politics of Ideas in the Middle East*, New Brunswick (U.S.A) and London (U.K): Transaction Publishers, pp. 231-244.

7. Schbley, Ayla, "Defining Religious Terrorism: A Casual and Anthological Profile," *Studies in Conflict and Terrorism*, Vol.26, No.2 (March-April 2003), pp. 105-134.

8. Beyler, Clara, *Messages of Death: Female Suicide Bombers*. 12 February 2003, www.ict.org.il./articles

---

[6] Most of the English and Hebrew items listed can be found in the Intelligence and Terrorism Information Center library. In addition, Special Bulletins relating to suicide bombing attacks can be found at the Center's Website, www.intelligence.org.il.

9. Beyler, Clara, *Female Suicide Bombers: An Update*, 7 March 2004, www.ict.org.il./articles

10. Victor, Barbara, *Army of Roses: Inside the World of Palestinian Women Suicide Bombers*, Emmaus, PA: Rodale Inc, 2003.

11. Oliver, Anne Marie and Paul Steinberg, *The Road to Martyrs' Square: A Journey into the Worls of the Suicide Bomber*, Oxford: Oxford University Press, 2005.

12. Kohlberg, E, "Medieval Muslim Views on Martyrdom," *Mededelingen*, Vol 60, No. 7 (Amsterdam, 1977), pp 277-308

## Hebrew bibliography

1. קמחי שאול ו-שמואל אבן, מי הם מתאבדי הטרור הפלסטינים. רמת אביב: אוניברסיטת תל אביב/מרכז יפה למחקרים אסטרטגיים, 2004. (מזכר 73)

2. ברקו, ענת, בדרך לגן עדן: עולמם של מחבלות ומחבלים מתאבדים ושולחיהם. תל אביב: ידיעות אחרונות/ספרי חמד, 2004.

3. גולדשטיין-פרבר, ד"ר שרי, "לוחמה פסיכולוגית בשטחים והפרופיל הנפשי של המפגע המתאבד", מערכות, גליון 389 (מאי 2003), עמ' 16-29.

4. שי, שאול, השהידים – האסלאם ופיגועי התאבדות. הרצליה: מפעלות המרכז הבינתחומי/המכון למדיניות נגד טרור – המרכז הבינתחומי, 2003. [הספר קיים גם בתרגום לאנגלית].

5. צורף, מירה, "ה'אחרות' של ה'אחרים' - נשים, מיגדר ולאומיות בחברה הפלסטינית בצל האינתיפאדות" בתוך עפרה בנגיו (עורכת), נשים במזרח התיכון: בין מסורת לשינוי. רמת אביב: אוניברסיטת תל-אביב/מרכז משה דיין ללימודי המזרח התיכון ואפריקה, 2004, עמ' 109-140 (סקירות מרכז דיין, 134).

6. שוויצר, יורם ו-שרי גולדשטיין פרבר, אל-קאעדה והגלובליזציה של טרור המתאבדים. רמת אביב: אוניברסיטת תל אביב – מרכז יפה למחקרים אסטרטגיים, 2005 (מזכר 76).

7. קולברג, איתן, "מות קדושים והקרבה עצמית באסלאם". פעמים, 75 (1998), עמ' 4-26. [מאמר זה תורגם גם לאנגלית].

8. פז, ראובן, התאבדות וג'יהאד באסלאם הרדיקאלי הפלסטיני: הפן הרעיוני. רמת אביב: אוניברסיטת תל-אביב/מרכז משה דיין ללימודי המזרח התיכון ואפריקה, 1998 (סדרת נתונים וניתוח).

9. בן יהונתן, שרון, "גיבוש רעיון ה'שהיד' במסורת המוסלמית הקלאסית". עבודת סמינר במסגרת הסמינר "מחשבה פוליטית באסלאם" בהדרכת פרופ' מיכאל וינטר. אוניברסיטת תל-אביב: ביה"ס למדעי התרבות – התוכנית למדעי הדתות, 1999.

10. כספי, שחר, "התאבדות והקרבה עצמית באסלאם: מציאות מול מקורות ההלכה". 1998. (עבודה זו זכתה בפרס במסגרת מלגות "קרן ענברי" של המ.ל.מ)

## Chief sources of photographed material

1. The Display of captured materials in the Intelligence and Terrorism Information Center at the Center for Special Studies.

2. The Archive of captured materials in the Intelligence and Terrorism Information Center at the Center for Special Studies.

3. Palestinian and Islamic material (in Arabic) relating to support and sympathy for the *shaheeds* who died during the ongoing violent Israeli-Palestinian confrontation:

A. Tawfiq Yusuf al-Nai, editor, *The Encyclopedia of the Martyrs of the Islamic Movement of the Current Era*, Kuwait, 2004;

B. Ahmad Mahmoud Muhammad al-Qassam (editor), *The Suicide Bomber Heros and Israeli Terrorism*, Ramallah, 2003.

C. The New Jenin Center for Research and Information, *The Sheikh General, the Story of the Heroic Jihad, of the Commander of the Jenin Refugee Camp, the Shaheed Mahmoud Tawalbeh*, Jenin, 2003

4. Reuters News Agency