# EXHIBIT A.638

"Yasser Abd Rabbo, General Supervisor of the [Palestinian Authority's] official media, has revealed that President Mahmoud Abbas, in his role as Chairman of the PLO Executive Committee, recently issued a presidential decree to convert the Palestinian Broadcasting Corporation from a governmental institution into a public institution, which will be financially and administratively independent . . . . According to the second article of this decree, a public corporation will be established, under the name 'The Palestinian Public Broadcasting Corporation,' subordinate to the President and enjoying the status of a legal personality and financially and administratively independent, legally capable of carrying out all the actions necessary to fulfill its aims . . . . [Abd Rabbo:] 'We have started to proceed in the right direction . . . . to achieve a TV and radio broadcasting that will express the will of our Palestinian society in all its shades and contradictions, and [such] that the TV will not be the mouthpiece of the government, with an attempt to dictate to society and to direct it as the government sees fit . . . . '"

["Abd Rabbo: Presidential directive to transform the [Palestinian] Broadcasting Corporation into an independent public institution", Al-Hayat Al-Jadida (May 15, 2010)]



PLAINTIFF'S EXHIBIT 638

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Abd Rabbo: Presidential Directive to Transform the [Palestinian] Broadcasting Corporation into an Independent Public Institution", Al-Hayat Al-Jadida (May 15, 2010).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Abd Rabbo: Presidential Directive to Transform the [Palestinian] Broadcasting Corporation into an Independent Public Institution", Al-Hayat Al-Jadida (May 15, 2010).

Dated: February 27, 2014

_____

ROEE COHEN

25/5/2010

# عبد ربه: مرسوم رئاسي بتحويل هيئة الاذاعة والتلفزيون إلى مؤسسة عامة مستقلة ماليا وإداريا

القدس المحتلة -معا- كشف ياسر عبد ربه مشرف عام الاعلام الرسمي عن ان الرئيس محمود عباس بصفته رئيسا للجنة التنفيذية لمنظمة التحرير أصدر مؤخرا مرسوما رئاسيا يقضي بتحويل هيئة الاذاعة والتلفزيون الفلسطينية من مؤسسة سلطوية إلى مؤسسة عامة مستقلة إداريا وماليا.

وردت أقوال عبد ربه هذه خلال كلمة له في المؤتمر الاعلامي الثالث «نحو نقابة صحفيين مهنية وفاعلة» الذي تنظمه شبكة أمين الاعلامية - انترنيوز والذي واصل أمس اعماله لليوم الثاني على التوالي في القرية السياحية بمدينة أريحا.

وبمقتضى المادة الثانية من أحكام هذا المرسوم تنشأ هيئة عامة تسمى «الهيئة العامة للإذاعة والتلفزيون الفلسطينية» تتبع الرئيس وتتمتع بالشخصية الاعتبارية والاستقلال المالي والإداري والأهلية القانونية لمباشرة جميع الأعمال والتصرفات لتحقيق أغراضها، بما في ذلك تملك الأموال المنقولة وغير المنقولة وفقا للقانون، ويكون مركزها الرئيس الدائم في القدس وتتخذ مقرا مؤقتا لها في رام الله وفي مدينة غزة حسب مقتضى الحال، ولها إنشاء فروع ومكاتب داخل فلسطين وخارجها.

وقال عبد ربه «لقد بدأنا نضع أقدامنا في الاتجاه الصحيح لتقديم إجابة تستجيب مع إعلام عصري ومع احتياجات شعبنا وصولا إلى تلفزيون وإذاعة تعبر عن إرادة مجتمعنا الفلسطيني بكل تلاوينه وتناقضاته، وألا يكون هذا التلفزيون بوق السلطة في محاولة تلقين المجتمع وتوجيهه بما تراه السلطة التي تقود هذا المجتمع».

وأكد عبد ربه ان هذه المؤسسة ستخضع لتوجيه المجتمع ممثلا بهيئات تضم مجلس أمناء مكونا من ممثلين عن مختلف القطاعات والتيارات والأحزاب السياسية والقوى الاجتماعية ويجب أن يكون لهم الرأي

(التتمة ص18)

# سعر اونصة الذهب يسجل رقما قياسيا وانخفاض سعر اليورو مقابل الدولار

عواصم - ا.ف.ب - سجل سعر الذهب رقما قياسيا جديدا أمس قارب 1250 دولارا، في حين يجذب المعدن الأصفر المستثمرين الذين يخشون من المخاوف المتنامية حيال ديون دول منطقة اليورو. وبلغ سعر اونصة الذهب 1249،40 دولار في سوق التداول في لندن التي تعتبر سوقا مرجعية عالمية، قبل ان يخسر دولارين بعد ذلك.

ولفت الاقتصاديون في كومرس بنك «ان الذهب سيواصل الاستفادة في ظل المخاوف المتواصلة، من طلب كبير وستتحسن اسعاره بشكل مطرد، في حين ستستعمل العتبة النفسية المهمة البالغة ألف يورو على جذب المزيد من المستثمرين». ولامس الذهب أمس عتبة 995 يورو.

(التتمة ص18)


واضاف البيان «ان عملية اطلاق النار تأتي ردا على استشهاد الفتى أيسر الزبن أمس (الأول) وبدء المفاوضات غير المباشرة».

### قوات الاحتلال تتوغل

وفي سياق متصل انسحبت آليات الاحتلال الليلة الماضية من شرق محافظة رفح جنوب القطاع بعد توغل دام عدة ساعات، جرّفت خلاله مساحات من الأراضي الزراعية. وكانت زوارق الاحتلال قصفت أمس مراكب الصيادين قبالة شاطئ منطقة النصيرات ما ألحق بها أضرارا مادية دون أن يبلغ عن إصابات.

### روسيا ستزود

واضاف ديمتريف ان تركيا التي زارها مدفيديف كذلك الاسبوع الماضي تبحث في حيازة مروحيات وانظمة صواريخ روسية في اعقاب الزيارة. وقال المسؤول «لا ندري الام سيفضي الأمر، وما ستوافق عليه تركيا»، حسب ايتار تاس.

### عبدربه: مرسوم

في الإشراف والرقابة والتوجيه. واضاف «هوية هذا التلفزيون هي هوية المجتمع والشعب الفلسطيني بغالبيته المستمدة من برنامج منظمة التحرير الفلسطينية، والدفاع عن المشروع الوطني في التحرر والاستقلال وقيام دولة التعددية والديمقراطية .. دولة تتوجه نحو الانفتاح وعدم التكبل بقيود التخلف والظلامية».

وقال «انطلاقنا من منطلق أنه أمامنا امتحان كبير نستطيع من خلاله المحافظة على وحدة شعبنا في كافة أماكن تواجده في الداخل والخارج وفي الشتات رغم القيود والحواجز والظروف القاهرة، وعبر شاشة التلفزيون سنحافظ على وحدتنا الفلسطينية وخلق نوع من العلاقة المشتركة المتبادلة بين جميع أبناء شعبنا».

وعبر عبد ربه عن ثقته بقدرة تلفزيون فلسطين على المنافسة وقال «بمقدورنا ان نتنافس ليس على مستوى التقنيات والتدريب والانفتاح فحسب، بل أيضا على الاعتناء بالشأن الفلسطيني على مدار أربع وعشرين ساعة شريطة أن تستغل هذا ونستفيد منه إلى أقصى حد ممكن من خلال تعدد وتنوع شؤوننا، وظروف وتجمعات شعبنا على اختلاف امتداداته بروح الانفتاح وعكس رؤية وإرادة مجتمعنا وتلاوينه المختلفة. ومن هنا نستطيع أن نكون منافسين، والشرط للدخول في هذه المنافسة هو فتح هذه الشاشة لكل التيارات والاجتهادات ولكل ما هو إبداع جديد».

وعن دور المواطن في هذا التوجه الجديد قال عبد ربه «في كل يوم هناك مئات من الفلسطينيين نراهم ويرون أنفسهم من خلال برامج تلفزيون فلسطين. ولقد حاولنا وبتعمد أن نوسع من إطار صورة البطل عند شعبنا، فالبطل هو الأسير والشهيد والمناضل، وهو عندنا أيضا المواطن العادي الذي يحقق انجازا في ميدان ما ليجسد من خلاله الصمود العظيم لشعب بأكمله. ولهذا السبب نرى من ساعات الصباح إلى المساء نماذج من الفلسطينيين يبدعون في كل مجال. والبطل عندنا أيضا هو الممتد في التاريخ الفلسطيني من الموسيقى والفنون والأدب والثقافة والشعر والسينما إلى الكفاح السياسي والوطني في مواجهة الاحتلال من أجل قهر النكبة وتبعاتها». واضاف «ولا نعزل هذا التطور عن المرحلة التي يمر بها نضال شعبنا ولذا السبب تمت إعادة تعريف البطل عند الفلسطيني، وهو النموذج الذي يحقق أبسط وأصغر شروط الصمود الوطني وهو أمر ليس سهلا .. ولهذا أستطيع القول: لقد خطونا بعض الخطوات والتي هي في مثل جسم مريض نريد إبقاءه على قيد الحياة».

وفيما يتعلق بالمرحلة السابقة من تاريخ هيئة الإذاعة والتلفزيون قال عبد ربه: «كل أمراض المؤسسات البيروقراطية في بلدان كثيرة كانت موجودة في مؤسسة الإذاعة والتلفزيون، لكننا بدأنا الآن في مرحلة جديدة والمرحلة التي سبقت حتى ما قبل الشهر الماضي كانت مرحلة تدارك الانهيار وإعادة إنعاش هذه المؤسسة، وبالتالي فإن المرحلة التي تلي إصدار المرسوم الرئاسي هي مرحلة جديدة وقد بدأنا تحديداتها اليوم بأول مجلس إدارة حقيقي لإدارة هذه المؤسسة كمؤسسة عامة وتمتع بكل الشفافية. وسنعمل في المرحلة المقبلة على إعادة تأسيسها على رؤيا جديدة تخدم أساسا قضايا شعبنا أينما كانت وتتمتع بالانفتاح والتعددية».

من ناحية أخرى أشار عبد ربه إلى أن نصف برامج تلفزيون فلسطين يتم انتاجها الآن من خلال مؤسسات إعلامية من خارج الهيئة.

وقال «نحن مؤسسة للمجتمع وليس مطلوب من السلطة انتاج كل السلع، بل هي تشجع القطاع الخاص باعتبار ان انتاج المجتمع ككل هو انتاج السلطة، ولذلك لماذا لا يسري هذا أيضا على الإبداع الفني والثقافي والاعلامي؟».

واضاف «لقد فوجئنا بمدى تقدم الطاقات الإبداعية لدينا خاصة الطاقات الشابة في مجال الانتاج خارج جسم التلفزيون، كما فوجئنا بعدد الأصوات الشابة من المبدعين الموسيقيين والمطربين، ولدينا مخزون تراثي هائل من الأغاني الفلسطينية التي نستطيع إحياءها».

وأكد عبد ربه على أهمية العامل البشري في بناء هيئة الإذاعة والتلفزيون، وقال: «العامل البشري هو عامل أساسي، وسيكون هناك تطوير للهيكلية بحيث تكون مفتوحة أمام كل الكفاءات دون التخلي عن أحد من العاملين وبما يضع كل واحد في الموقع والمكان الذي يستطيع أن يخدم المشروع والرؤية الوطنية الديمقراطية العصرية حيث سيعاد ترتيب جسم الهيئة وفتح أبوابها ونوافذها ليدخل فيها كل كفاءة فلسطينية بحتاجها عمل الهيئة، وسيكون المجال مفتوحا حتى يحدث التغيير والتبديل في الهيئة».

وحرص عبد ربه على التأكيد بأن جميع الفعاليات والهيئات والقوى والفصائل الوطنية تعطى المجال في الظهور والتعبير عن رأيها مشيرا إلى انه هذا العام أعطيت احتفالات الفصائل بانطلاقتها نصيبها من التغطية. واضاف «أما في البرامج السياسية فقد كان هناك تقليد خامل، والآن نحاول من خارج إطار الفصائل والأحزاب والقوى أن يكون هناك وجهات نظر جديدة، وهناك الكثير من القضايا، كما أن هناك مساحة واسعة من التعبير والنقد، ولا نفرض قيودا على أي رأي».

وردا على سؤال قال عبد ربه «فيما يتعلق بحماس والجهاد لقد دعوناهم مرتين أو ثلاثة، ثم تراجعوا وأخذوا يرفضون الظهور. وقد قلنا لهم: تعالوا نحن ندعوكم إلى ملعبنا.. وشروطنا أهون بكثير من محطات أخرى. وأنا أعود وأكرر بأن المجال مفتوح أمام حماس والجهاد، ولا نفرض قيدا على أحد، وأي صوت فلسطيني يحمل وجهة نظر قادر على التعبير عنها فالمجال مفتوح لمراجعتنا ومحاسبتنا عليها».

وفي رده على أسئلة الصحفيين بخصوص استضافة مسؤولين اسرائيليين وفيما اذا كانت تطبيعا قال عبد ربه «التلفزيون ليس فصيلا ولا هو بوليس.. ليس فصيلا أي ليس له فكر سياسي خاص به، بل ان خطه كل الخطوط ورؤيته هي كل الرؤى .. نحن لسنا فصيلا .. نحن منبر كل الفصائل والرؤى والاجتهادات ولكل الإبداعات. ورسالتنا أن نمكن كل هذه الاجتهادات لكي تصل إلى الجمهور وتطور من ذاتها وفق رؤيا عصرية.. ووظيفتنا أن نقدم كل أنواع الخدمة لمواطنينا حتى رئيس الوزراء الاسرائيلي اذا أراد الحديث لتلفزيون فلسطين فليتفضل...». من ناحية أخرى نفى عبد ربه وجود أي رقابة على برامج تلفزيون فلسطين وقال: «الرقابة على البرامج لا نفرضها ولكن نحدد مواصفات ومتطلبات وعناصر البرنامج. مطلوب أن يكون هذا البرنامج موازيا ومطابقا للمواصفات والنواحي الفنية وللمضمون أيضا ولا نتدخل في الرقابة لشطب أو إلغاء وجهة نظر أو موقف أو رؤيا جديدة مخالفة». وحول الاتهامات الاسرائيلية الموجهة لتلفزيون فلسطين بالتحريض قال عبد ربه «هم يستخدمونها المقولة ضدنا. نحن نحرص من منطلق قيمنا وتمسكنا بها على ألا تكون هناك دعاية أو تحريض. والدعاية العنصرية ممنوعة عندنا، مثلما محظور لدينا كل أنواع التحريض الذي يتعارض مع القيم الانسانية. أما اذا هم اعتبروا الحديث عن انتهاكاتهم لحقوق الانسان الفلسطيني تحريضا فهذا لا يعنينا بشيء ولن يوقف رسالتنا في كشف ممارساتهم».

وفي جواب له على سؤال حول تبعية الهيئة الجديدة للتلفزيون للرئيس قال عبد ربه «نحن في ظرف فيه تقلبات سياسية وحتى الآن لا نستطيع إجراء انتخابات، ولا أدري إن كنا سنشهد إجراء مثل هذه الانتخابات. وبسبب هذه الغرولة فإن الجهة الوحيدة الأكثر استقرارا بغض النظر من التقلبات السياسية هي منظمة التحرير والرئاسة، ولهذا كانت الهيئة تابعة لرئيس منظمة التحرير، كما أن المنظمة تتمتع برمزية باعتبارها مرجعية وطنية شاملة ونحن نسعى إلى بناء مؤسسة عامة تكون إحدى مؤسسات الدولة الفلسطينية القادمة وتتمتع باستقلال ذاتي».

ووعد عبد ربه بأنه في غضون شهر سيكون هناك موقع لشاشة تلفزيون فلسطين على الانترنت. أما فيما يتعلق بسياسة التوظيف في الهيئة قال «سيتم استيعاب ما تحتاجه من كفاءات ولن يهمل أي طلب توظيف يقدم للهيئة، كما سنرفع سلم المكافآت حتى نكون قادرين على المنافسة في السوق». وعبر عن تأييده لوجود تلفزيونات محلية فضائية، باعتبار أن ذلك سيحسن من أداء مستوى التلفزيون.

وكانت المؤتمر الاعلامي الثالث استأنف أعماله أمس بمناقشة مشروع النظام الداخلي لنقابة الصحفيين حيث شكلت مجموعات عمل بحثت في قضايا العضوية وهيئات النقابة ولجانها وانتخابات النقابة ومالية النقابة والتدريب الصحفي، والمسؤولية التأديبية والعقوبات.

في حين سيتم اليوم في أعمال اليوم الأخير من المؤتمر إقرار مشروع النظام الداخلي كتوصية إلى الجمعية العمومية لتبنيه، إضافة إلى مداخلة بعنوان «وكالة أنباء وفا .. هل تفي باحتياجات المواطن الاعلامية؟ يلقيها رياض الحسن رئيس الوكالة، ثم تختتم أعمال المؤتمر بمحاضرة حول دور الصحفيات الفلسطينيات في الاعلام المحلي، يعقبها صدور البيان الختامي للمؤتمر.

### سعر اونصة الذهب

وهبط سعر صرف اليورو الى ما دون 1.2400 دولار، مسجلا ادنى سعر له منذ نهاية تشرين الاول 2008 بفعل مخاوف متنامية من قابلية منطقة اليورو على الاستمرار، وسط تشاؤم المستثمرين حيال قدرة خطة المساعدة الاوروبية لليونان على احتواء الأزمة.

وسجلت معظم البورصات الاوروبية أمس انخفاضا كبيرا في الوقت الذي لم يعد المستثمرون يخفون قلقهم إزاء الوضع الاقتصادي لمنطقة اليورو.

ولدى الاقفال سجلت بورصة مدريد أكبر نسبة انخفاض مع تراجع مؤشر ايبكس-35 بنسبة 6.64% تليه بورصة ميلانو التي تراجعت بنسبة 5.26% ثم بورصة لشبونة التي تراجعت بنسبة 4.27%. كما سجل مؤشر كاك 40 تراجعا بلغ 4.59% وانخفض مؤشر فوتسي في لندن بنسبة 3.14% ومؤشر داكس في فرانكفورت بنسبة 3.12%. وتراجعت بورصة اثينا بنسبة 3.41%. وساهم قلق المستثمرين في هبوط اسهم بعض المؤسسات الكبرى فسجلت سانتاندر الاسبانية انخفاضا بلغ 8.98%. والفرنسية بي ان بي باريبا تراجعا بلغ 7.41%. وهبطت اسعار العقود الآجلة للنفط الخام الاميركي أمس أكثر من ثلاثة دولارات وذلك تحت ضغط من ارتفاع المخزونات الاميركية والمخاوف من أن تكبح أزمة الديون الأوروبية نمو الطلب على الطاقة في المستقبل.