# EXHIBIT A.641



PLAINTIFF'S EXHIBIT 641

| | |
|---|---|
| Question: | "Will the means of expressing rejection not develop beyond stones – for example, to weapons?" |
| Marwan Barghouti: | "The armed struggle is now part of the *Intifada*. It is not limited just to stones. Since the beginning of the *Intifada*, 66 of them [Israelis mostly civilians] have been killed, and 614 more have been injured, and that is a good count." |
| Question: | "People say that it [the *Intifada*] will expand during the [Israeli PM Ariel] Sharon era, and that the count might improve." |
| Marwan Barghouti: | "We will try to break him on the very issue of security, because Sharon was elected on the strength of security." |

["He [Marwan Barghouti] Called on the Arab Public to Rise up so Sharon will not Treat the Palestinians as He Sees Fit - Barghouti: The Key to the Intifada is not in my Pocket, and Abu Ammar will not Order to Stop it", Al-Sharq Al-Awsat (London) Article, reprinted in Al-Hayat Al-Jadida (March 1, 2001)]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "He [Marwan Barghouti] Called on the Arab Public to Rise up so Sharon will not Treat the Palestinians as He Sees Fit - Barghouti: The Key to the Intifada is not in my Pocket, and Abu Ammar will not Order to Stop it", Al-Sharq Al-Awsat (London) Article, reprinted in Al-Hayat Al-Jadida (March 1, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "He [Marwan Barghouti] Called on the Arab Public to Rise up so Sharon will not Treat the Palestinians as He Sees Fit - Barghouti: The Key to the Intifada is not in my Pocket,

and Abu Ammar will not Order to Stop it", Al-Sharq Al-Awsat (London) Article, reprinted in Al-Hayat Al-Jadida (March 1, 2001).

Dated: February 27, 2014

_____<br>ROEE COHEN

# الحياة الجديدة

## الحياة المحلية

### دعا الشارع العربي الى الانتفاض حتى لا يستفرد شارون بـ...

# البرغوثي: مفتاح الانتفاضة ليس بجيبي وابو عما...

لندن: اجرى الحوار كمال قبيسي

للأحداث موحيات غريبة أحيانا، فبين الحجر ومروان البرغوثي، أمين سر حركة فتح بالضفة الغربية، والمحرك العملي كل يوم للانتفاضة المستمرة منذ 5 أشهر، علاقة وثيقة بدأت منذ أبصر النور قبل 42 سنة في قرية صغيرة اسمها كوبر، لا يزيد المتحدرون منها على 4 آلاف نسمة، ممن يعيش معظمهم خارجها، وبالكاد تبعد 14 كيلومترا الى الشمال من رام الله. لأنه في العام الذي أبصر فيه النور، تحول والده من فلاح فقير، وبلا بيت يسكن فيه مع زوجته وأولاده السبعة، الى عامل كسارات يتعامل مع الحجارة ومقالعها كل يوم، حتى وفاته قبل سنوات. ابن عامل الكسارات الصخرية والحجرية، هو الذي يقود اليوم ثورة رماة الحجارة على الاسرائيليين، ويجد في ذلك متعة يشعرك مروان البرغوثي بأنه يحس بها، ولو حتى من حديث معه صريح، ومن القلب الى القلب عبر الهاتف، تطرق فيه لخصوصيات قد لا يرضى أن يتحدث عنها سواه. الا أن البرغوثي من طينة مختلفة بعض الشيء، فهو عفوي وصريح في كل شيء، ولا يستغرب أسئلة يضيق لها الصدر، حتى حين يتحدث عن الانتفاضة وتفاصيلها، كأن يجيب مثلا: «تسألني من أين نأتي بالحجارة؟ إنها متوافرة بكثرة في فلسطين يا رجل. وحين لا يجدها الشباب وقت الحشرة، نأتيهم بها فيجدونها أمامهم على الطرقات والزواريب والساحات والأماكن التي تشهد توترات».

* كيف تأتون بها؟
- لن ندخل في التفاصيل، هذا يكفي.

## أنسى آلامهم حين أتذكر مآسينا

ولا يخفي مروان البرغوثي أنه يشعر بنوع من الأسى حين يرى في الصحف وعلى شاشات التلفزيون أما اسرائيلية تبكي ابنها القتيل، ويقول: «أشعر مع كل متألم، حتى ولو كان من الاسرائيليين، الا أنني أنسى آلامهم حين أتذكر آلامنا ومآسينا. انها معركة نخوضها من أجل دولتنا وأرضنا، وفي المعارك آلام للمتعاركين وذويهم». ويقول إنه ليس وليد ظروف الانتفاضة الآن، فقد اعتقله الاسرائيليون لأول مرة عندما كان عمره 17 سنة «يومها كنت ناشطا في التظاهرات ضدهم، اعتقلوني وأنا فتى يانع، وضربوني وأهانوني، وما زالت محفورة على جبيني الى الآن آثار ضربة لانتساب» وفق تعبيره. اعتقلوه أيضا لأربع سنوات ونصف السنة في 1978 لانتمائه لفتح، وفي السجن أكمل دراسته الثانوية. ومن بعدها درس التاريخ والعلوم السياسية بجامعة بيرزيت. القريبة كيلومترات من قريته كوبر. الا أن تخرجه من الجامعة استغرق 10 سنوات.

* لماذا؟ هل كنت كسولا الى هذه الدرجة؟

- بالعكس، كنت طالبا نشطا وعلاماتي جيدة. لكنني اعتقلت 6 أشهر سنة 1985 وفرضت علي الاقامة الجبرية، وكنت مطلوبا للتحقيقات. وبالاضافة الى ذلك أبعدوني عن البلاد بقرار من قائد المنطقة الوسطى آنذاك، إيهود باراك، فذهبت الى عمان، وضاع علي وقت كثير. مع ذلك كنت ناشطا في دروسي، فتعلمت الانجليزية والعبرية، وانتخبت في 1989 عضوا بالمجلس الثوري لحركة فتح.. كنت أصغر عضو ينتخبونه لهذا المنصب.

* ما الذي جرح مشاعرك أكثر من سواه بالنسبة للفلسطينيين في الانتفاضة؟

- مشاهد بعض الشهداء، ممن رافقتهم الى المستشفيات أو شاركت في تأبينهم في المقابر، تظل في ذاكرتي وبالي طوال الوقت. هذا يشعرك بالاحتلال ومعناه للفلسطينيين، فهو لهم دماء وقتل وتشريد وقساوة.. لن أنسى ذلك ما حييت.

* فقط؟

- هناك شيء آخر يؤلم الشعور أيضا، فقد كنت أعتقد أن العرب تحديدا، ورغم بعض متاعبهم من الداخل، يمكنهم أن يكونوا أكثر رحمة بالفلسطينيين. صحيح أننا نشعر بتأييد الشارع العربي وأجهزة الاعلام العربية، الا أننا نتساءل لماذا يترك العرب على المستوى الرسمي جزارا كباراك أو شارون يمعن في التنكيل بنا؟

* أدعو الشارع العربي الى الانتفاض أيضا؟

- قلت مرة إن هذه الانتفاضة عابرة للحدود، وأكررها.

* تدعوه للانتفاضة أم لا؟ قلها بصراحة.

- أدعوه لكل تحرك شعبي يساندنا ضد القائد شارون، لكي لا يستفرد بنا على الأقل.

* الى متى ستكون الانتفاضة؟

- حتى تحرير الأرض واعلان الدولة.

* متى اعلان الدولة برأيك؟

- لن يتأخر أكثر من 3 سنوات.

* كيف ستكون؟

- الفلسطينيون لم يقاتلوا لتصبح عندهم دولة قمعية، يريدونها ديمقراطية، وأعتقد أنها ستكون كذلك.

* منذ 3 أشهر كتب صحفي اسرائيلي نقلا عن مصدر أمني فلسطيني على حد زعمه، أن الرئيس عرفات طلب منك أن تتجاهل أي أمر يصدر عنه بتجميد أو تقليص الانتفاضة، وأنه كان يقول لك: «اذا وصلك أمر مني بالتوقف، فلا تفعل.. تجاهله واستمر، واضغط». فهل هذا صحيح؟

- غير صحيح بالمرة، ولم يحدث اطلاقا، فانس الموضوع.

- نلاحظك تتهرب حين تتحدث الى صحف وتلفزيونات من الاجابة عن سؤال محرج.

- أي سؤال؟

* اذا أمر الرئيس عرفات بوقف الانتفاضة، فماذا سيكون ردك؟

- أبو عمار لن يأمر بكارثة، لأن ايقافها كارثة للفلسطينيين، وأبو عمار لن يصدر أمرا في غير مصلحتهم، ومفتاح الانتفاضة ليس في جيبي على أي حال.

* أين هو؟

- انه في الشارع. وعلى فكرة، فان الانتفاضة جاءت للرئيس عرفات نعمة من السماء.

* اذا كانت نعمة، فلماذا لم تبدأوا بها من قبل؟

- الانتفاضة شيء مختلف عن الحرب، التي تحتاج لقرار. الانتفاضة نتاج تجمع لمشاعر شعبية تنعكس عفويا، ولا أحد يتخذ قرارا بالبدء فيها أو ايقافها.

* نتحدث عن أولادك، هل يشاركون في الانتفاضة؟

- كبيرهم يشارك، وهو القسام، فعمره 15 سنة، وقد تلقى 3 أو 4 رصاصات مطاطية في أنحاء عدة من جسمه حتى الآن.

* الآخرون؟

- بنتي ربى لا تستطيع، فهي طفلة في النهاية، بالكاد عمرها 13 سنة. وأصغر منها بسنتين هو ابني الثالث، شرف. أما الرابع فصغير، واسمه عرب، لا يزيد عمره على 10 سنوات.

* أطلقت اسم القسام على ابنك البكر، تيمنا بعز الدين القسام؟

- صحيح.

* منذ 3 أشهر انتقدتكم ملكة السويد لتعريضكم الأطفال للخطر، بالسماح لهم برمي الحجارة.

- انها لا تعرف ما تقول، وكلامها يعبر عن جهل الغرب ببيئتنا وتركيب المجتمعات العربية عموما، والفلسطينية خصوصا. نحن أيضا

## انتفاض حتى لا يستفرد شارون بالفلسطينيين
## ...ضة ليس بجيبي وأبو عمار لن يأمر بوقفها

مروان البرغوثي

«عن الشرق الأوسط»





## ...ن يحذر من محاولة
### سيارات المسروقة بمناطق السلطة