EXHIBIT A.642

"Yasser Arafat summoned the Palestinian leadership to an emergency meeting in Ramallah just prior to the day of the visit [to the Temple Mount, by Sharon], on Sept. 28, 2000. He said there: '… The battle for Jerusalem began at the Camp David summit, and Sharon's [planned] visit has brought it to here. Jerusalem is in danger, and the Al-Aqsa Mosque is in danger, and as Allah is my witness, I make this known.' Arafat spoke with the knowledge that Jerusalem holds a special status among the Palestinian people, and all the Arabic and Islamic peoples, and out of full conviction that it would be easy to mobilize the Palestinian and Arab street, and to motivate them to take part in the battle in defense of Jerusalem and of the holy places . . . . He said, 'The believers will hurry to the defense of Al-Aqsa.'"

["The Intifada - The Ruin of the Peace Process", by Mamdouh Nawfal, Al-Ayyam (Sept. 30, 2001)]



PLAINTIFF'S EXHIBIT 642

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                   Plaintiffs,

                                No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                   Defendants.

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "The Intifada - The Ruin of the Peace Process", by Mamdouh Nawfal, Al-Ayyam (Sept. 30, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "The Intifada - The Ruin of the Peace Process", by Mamdouh Nawfal, Al-Ayyam (Sept. 30, 2001).

Dated: February 27, 2014

                                             _____
                                             ROEE COHEN

Case 1:04-cv-00397-GBD-RLE    Document 547-428    Filed 06/25/14    Page 5 of 8

Al Ayyam   30/3/0٢   (2/4)   3#





القدس .. شرارة الانتفاضة

طرحت في المفاوضات لاغية، إلا أن قوى اليمين لم تغفر له موافقته على «الكامب» على تقسيم «وفورّيطه» بها كدينة موحدة وعاصمة إسرائيل وهيها الرب لبني إسرائيل. ومواقف يبّ على

واستمع المجلس المركزي إلى تقرير خطي تلاه أبو مازن باعتباره امين سر اللجنة التنفيذية ورئيس الأطقم الفلسطينية للمفاوضات الانتقالية والنهائية. في بداية التقرير عرض أبو مازن مقدمات الذهاب إلى «كامب ديفيد»، ولخّص نتائج الاتصالات والمشاورات التي سبقت القمة بالقول، «الغريب أن الأميركان كانوا يرون بضرورة التحضير ويوافقوننا على أهمية إفساح المجال للإعداد الجيد والمكثف، ولكنهم في نفس الوقت كانوا يصرون على عقد القمة. وكانهم كانوا يجاولون استدراجنا لها». وأضاف أبو مازن في التقرير: «جاءت اوبيرايت واتفقنا معها على اسبوعين للإعداد الجيد، وبعد أن اتفقت فوجئنا بهاتف من الرئيس كلينتون يدعو إلى قمة خلال اسبوع، وعندما سأل عن الإعداد قال يمكن للوفود القدوم قبل يومين من أجل التحضير. عندها تأكدت أن لدى الأميركان حساباتهم وأنهم يريدون الذهاب فوراً للقمة وبأي ثمن، وأصبحنا أمام أحد خيارين، إما أن نوافق ونحن نعرف مسبقاً أن الفشل سيكون حليف هذه القمة وربما وجدنا حتمنا الأميركان نتائج هذا الفشل، وإما أن نرفض ذلك بتعطيل المفاوضات وعرقلة عملية السلام، وفضلنا الخيار الأول».

وأشار أبو مازن في كلمته إلى اصطحاب ثمانية من القانونيين والمستشارين وخبراء الخرائط وأشاد بأعمالهم التحضيرية. وعن الضغوط التي تعرض لها أبو مازن قال: «كانت كل الضغوط والتهديدات والإغراءات موجهة أساساً إلى الأخ أبو عمار الذي صمد أمامها وتحملها بكل الاقتدار، لأنه كان يعرف بالضبط ماذا يريد، وماذا يمكنه أن يعطي وماذا يريد أن يأخذ. فقد كانت الصورة واضحة في ذهنه لا تنحرف لحظة واحدة عن الخط المستقيم المتمثل بمطالب شعبنا وبالأمانة التي نحملها على اكتافنا وحملتها عاموداً طويلاً».

وأشار أبو مازن أيضاً بالدعم المعنوي الكبير الذي تلقاه الوفد الفلسطيني المفاوض من خلال التظاهرات الشعبية والرسائل الموجهة للوفد، وقال: «لم يكن يخطر ببال أحد لنا ستخرج من هذه التجربة مرفوعي الراس والهامة مرتاحي النفس والضمير والوجدان، أو نقول للأميركان لا، نحن الذين لا نملك من مصادر القوة والباس والصمود إلا الإرادة والإيمان بالحق».

وأضاف التقرير: «كانوا من خارج الاسوار في مختلف البقاع يتوقعون بين لحظة وأخرى أن ينتشر الدخان الأبيض، وأن نخرج باتفاق يلومونا عليه ويجرجرونا من أجله، ويوجهون لنا كل الاتهامات بالتخوين والتفريط والتنازل، ولكن هل أسقط في أيديهم؟ وهل اصبيرا؟ بالإجابة؟ هل خاب ظنهم وقالوها؟ لا أدري، ولكن ما أدريه هو أن من أحببنا سعد بنا والفخر، ومن كرهنا أُجبر على احترامنا ..».

بعد مناقشة التقارير الشفهية والخطية التي عرضها أبو عمار وأبو مازن وأبو علاء وأعضاء آخرون في الوفد المفاوض، وقف أعضاء المجلس المركزي على تأجيل إعلان قيام الدولة بأغلبية 85 صوتاً، وعارضه 5 أعضاء، وكان واضحاً أن الموافقين وافقوا على مضض، ورفعوا أيديهم استجابة لطلب أبو عمار وليس نتيجة قناعة بصحة الموقف. ولقي القرار ارتياحاً أميركياً إسرائيلياً وأوروبياً وعربياً، قابله انزعاج جماهيري فلسطيني واسع واعتبره الناس في الضفة وقطاع غزة حيلة أميركية مكشوفة هدفها تقطيع الوقت. وعند صياغة البيان الختامي عن أعماله، ربط المجلس، بناء على تدخل أبو عمار، تأجيل إعلان قيام الدولة الفلسطينية بإجراءات اختيارية لشروع اللجنة التنفيذية ومنظمة التحرير ووئاسة المجلسين الوطني والتشريعي، بانشاء

خطورة الموقف وعدالة الطلب لم يتم التجاوب مع طلبه، وتنزع بعض الزعماء بذات الأعذار التي حالت دون انعقاد القمة عدة سنوات، وسجل أبو عمار عتباً شديداً على تقديره الكبير للدعم العربي للفلسطيني والقدس. وفهم بالشكر قيادة المملكة العربية السعودية على دعمها السياسي والمعنوي غير المحدود للموقف الفلسطيني بشأن حل قضية القدس وحقوق اللاجئين. إلا أنه كان في حقيقة الأمر يشعر بغصة في الحلق من محدودية الدعم والإسناد العربيين، ومن استمرار حالة ضعف وهوان الأمة التي تشجع إسرائيل والإدارة الأميركية على رفع ضغوطهما على العرب والفلسطينيين وابتزاز حقوقهم .

وتوجه أبو عمار إلى الدول الإسلامية، وقام بزيارة الجمهورية الإيرانية باحثاً عن نصرة زعماء الدول الإسلامية، وكان يأمل بالنجاح في إقناع القيادة الإيرانية التي تتولى رئاسة المؤتمر الإسلامي بعقد قمة إسلامية استثنائية لنصرة القدس أولى القبلتين وثالث الحرمين، واتخاذ موقف إسلامي واضح من الأفكار الأميركية الإسرائيلية التي طرحت في قمة كامب ديفيد، وأهم ما كان يهدف إليه هو إعلان المسلمين رفض المشاركة الإسرائيلية في السيادة على إحياء المدينة المقدسة ورفض تقاسم ارض المسجد الأقصى ( تحت وفوق) التي طرحها الأميركان والإسرائيليون في كامب ديفيد.

في إيران استقبل أبو عمار بحفاوة وبخاصة من التيار الإيراني الرسمي المعتدل، وتم كسر الجديد الذي غطى علاقة إيران بمنظمة التحرير الفلسطينية سنوات طويلة. واستعادت العلاقة الإيرانية الفلسطينية بعض الحرارة التي احاطت بها في عهد الثورة وقبل الإطاحة بشاه إيران، حين قدمت الثورة الخيمينية الدعم المعنوي والمادي للثورة الخيمينية. وحصل أبو عمار على دعم معنوي وسياسي إيراني كبيرين، واكدت القيادة الإيرانية، من موقعها في رئاسة المؤتمر الإسلامي، مساندة الموقف الفلسطيني في وجه ضغوط أميركا وإسرائيل، ووعدت بالتحرك مع الدول الإسلامية في كل المحافل الدولية لنصرة الحقوق الفلسطينية وحماية المقدسات الإسلامية.

هزة عنيفة في صفوف النظام السياسي الإسرائيلي

وفي الجانب الآخر من ساحة الصراع وقعت هزة عنيفة في صفوف النظام السياسي الإسرائيلي واهتزت أوضاع حكومة باراك بصورة لم يسبق لها مثيل. خصوصاً بعد كشف الصحافة ووكالات الأنباء تفاصيل «التنازلات» التي قدمها باراك في قمة كامب ديفيد في قضايا القدس والأرض والاستيطان، واتهمت جميع قوى اليمين وبعض أنصار حزب العمل واليسار باراك بالتفريط ورفض شمعون بيريس وبوس سريد مواقف باراك من حل قضية القدس واتهماه بالتسرع في طرح اقتراح يمنح الفلسطينيين سيادة على غير ما أحياها، واستنفرت قوى اليمين الإسرائيلي، علمانيين ومتدينين، طاقاتها وحشدت جهودها المعارضة تحت شعار إسقاط حكومة باراك، وراحت قوى الضربات الموجهة لحزب العمل وقوى اليسار واحدة تلو الأخرى داخل أروقة الكنيست وخارجه توجت بنكفة الائتلاف الحكومي الذي بناه باراك بعد فوزه بالانتخابات تحت شعار «إسرائيل واحدة، واستقال عدد إضافي من وزراء أحزاب اليمين إضافة للذين استقالوا قبل ذهاب الوفد الإسرائيلي إلى قمة كامب ديفيد، وتوالى عدد من الوزراء القدامى من حزب العمل مهام الوزراء المستقيلين بالوكالة، وصار باراك اعجزُ عن أن الشاغر في حكومته

Al Ayyam 30/9/01

‫ربط/ك-‬ 30/9/01



الأحد

**الانتفاضة**

**.. انفجار**
**عملية السلام**



القدس .. شرارة الانتفاضة.

حتى لو لم تتحرك السلطة الرسمية. وعقب بيان فلسطيني رسمي حمل الحكومة الإسرا مسؤولية زيارة شارون وتدنيسه الحرم اللذ وما نتج عنها، وطالبها بوقف العدوان ومحا عن المجزرة.

ودعت القيادة في بيانها الشعب الفلسطم إلى رص الصفوف والتوحد في معركة ومواجهة العدوان الإسرائيلي المبيت، الإسلامية والمسيحية الأخرى، وطالبت ، العربية والإسلامية وزعماءها بالتحرك ب الشعب الفلسطيني المصمم على الدفاع عن الدينية والتاريخية فيها، ودعت الأمم المتحد السلام والدول الأوروبية والصين والجئة تحمل المسؤولية وإنقاذ عملية السلام من ا

بعد اجتماع القيادة السياسية ترأ ساعة متأخرة من ذات المساء اجتماعا لم مجلس الأمن القومي الأعلى. تحدث فيه ة موسعة نسبيا بالقياس لحديثه في المة السياسية، وقدر أن المعركة بدأت وستكو على موقع المسجد الأقصى في فكر الناس ١ زيارة شارون قرارا خاطئا ارتكبه باراك بنف، وسوء تقدير نتائج اللعب بالمحرمات ويد الدينة.

وراى في زيارة شارون محاولة ا الفلسطينية للدخول في صدام عنيف ر، الفلسطينيين الدفاع عن المسجد الأقصى و مسيحيين ومسلمين ولا يمكن للمرء ان يبرز قدرتنا ان نخرج من معرفة لندخل أخرى. واء الشيوخ الذي يقول ان الناس في بيت المق المقدس مرابطون إلى يوم الدين. واستر

للأقصى، وفوجئ ابوعمار بما طرحه باراك واعترض هو والوفد المرافق له على الزيارة، وتمسكوا باراك بعدم التورط في حماية شارون، وتساءل ابوعمار لماذا لم يقم شارون بالزيارة عندما كان وزيرا للدفاع، أو عندما كان وزيرا في حكومة نتنياهو، لكن باراك

طرحت في المفاوضات لاغية، إلا ان قوى اليمين الإسرائيلي لم تغفر له موافقته في «الكامب» على تقسيم مدينة القدس «وتقريطه» بها كمدينة موحدة وعاصمة إسرائيل إلى الأبد. ولم تغفر تنازله عن أكثر من ٩٠٪ من أراضي المعهاد. الشي

(4/4)  #3

## وبدأ الصدام.

صباح يوم الخميس 2000/9/28، وضعت الأذرع الأمنية الإسرائيلية في منطقة القدس في حالة تأهب قصوى، وتم حشد أكثر من ألف رجل أمن وشرطة داخل وخارج ساحات المسجد الأقصى لحماية شارون زعيم المعارضة أثناء زيارته وتقمع الفلسطينيين إذا حاولوا تعكير أجوائه. ونقلت الشرطة وأجهزة الأمن الإسرائيلي أوامر صريحة بتنفيذ المرحلة الأولى من خطة «حلق الأشواك» التي دربت عليها جيداً، وفي تسمح بإطلاق الرصاص الحي بكثافة ضد «المختلين بالنظام» وإيقاع خسائر كبيرة في صفوفهم.

[نص عربي متصل — أعمدة صحيفة كثيفة]

يوم 2000/9/29 عم الإضراب الشامل جميع أنحاء القدس وقطاع غزة، وتوجهت أعداد كبيرة من أهل القدس للصلاة في المسجد، وبلي الناس في المدن ومخيمات ولد الضفة وقطاع غزة نداء القوى الوطنية والإسلامية وتوجهت أعداد كبيرة منهم لإداء الصلاة في المسا والخروج بعدها في تظاهرات الغضب. وحاول الناس كثر من كل المحافظات الوصول إلى القدس ونجح بعضهم تجاوز الحواجز الإسرائيلية التي حاولت منعهم من دخول ومن الساحات في المسجد الأقصى، وهم الفلسطينيون إسرائيل في الجليل والمثلث والنقب مسلمين ومسي لنجدة إخوانهم وكل من المقدسات وأدوا زيارة ند التي خططها بارك له. وتوجهت جموع غفيرة منهم إلى المسجد الأقصى وكان ضمنهم عدد من أعضاء الكني

بارك واعترض هو والوفد اراك بعدم التورط في حماية ... شاورون بانزجار عندما كان وزير الدفاع، او عندما كان وزيراً في حكومة نتنياهو. لكن ماراك لم يأخذ بنصيحة أبو عمار، وأدعى بأنه لا يستطيع منع زعيم المعارضة من أداء الزيارة. وعاد أبو عمار وقال بأنه يفصح عنها لأحد، بان بارك عازم على استخدام شارون لتفجير معركة مع السلطة.

### رين عامي يؤججان مشاعر المسلمين

[نص عربي متصل — أعمدة صحيفة كثيفة]