# EXHIBIT A.644

# PLACEHOLDER FOR EXHIBIT 644

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE    Document 547-430    Filed 06/25/14    Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as Sermon, PA Cleric Dr. Ahmed Yousuf Abu Halabiah - "Kill Jews", PA TV (Oct. 13, 2000).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as Sermon, PA Cleric Dr. Ahmed Yousuf Abu Halabiah - "Kill Jews", PA TV (Oct. 13, 2000).

Dated: February 11, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ZACHY BEN HAMO