# EXHIBIT A.646

"The conflict with the Jews will continue . . . . the decisive battle, in which the Muslims will be victorious, is coming without a doubt, and the prophet spoke about it in more than one Hadith... The Day of Resurrection will not come without the victory of the believers [the Muslims] over the descendants of the monkeys and pigs (*i.e.*, the Jews) and their annihilation."

["On the 53rd Anniversary of the Nakba - Victory is Coming, Security and Relief are Coming . . . ", Al-Hayat Al-Jadida (May 18, 2001)]



PLAINTIFF'S EXHIBIT 646

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "On the 53rd Anniversary of the Nakba - Victory is Coming, Security and Relief are Coming . . . ", Al-Hayat Al-Jadida (May 18, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "On the 53rd Anniversary of the Nakba - Victory is Coming, Security and Relief are Coming . . . ", Al-Hayat Al-Jadida (May 18, 2001).

Dated: February 27, 2014

                                                                                   _____
                                                                                   ROEE COHEN[1]

Case 1:04-cv-00397-GBD-RLE  Document 547-432  Filed 06/25/14  Page 4 of 6

الحياة الجديدة ٩

الحياة الدينية

الحلقة الثامنة عشرة

## في الذكرى الثالثة والخمسين للنكبة
## النصر والفوز قادم والأمن والفرج آت وان مع العسر يسرا

**الشيخ محمد محمد عبد الهادي لافي**

الحمد لله رب العالمين الصلاة والسلام على أشرف المرسلين. الذكرى الثالثة والخمسين لنكبة الشعب الفلسطيني في نفسه وولده وأرضه والواقعة في الخامس عشر من شهر آيار تأتي والعالم مضطرب والشعب الفلسطيني في ظروف عصيبة لم تمر عليه ظروف أعسر من هذه الظروف، وخاصة في ظروف الصمت العالمي على كافة المستويات الغربي والشرقي والعربي والاسلامي، وهم ينظرون على شاشات التلفاز لمشاهدة الاطفال الرضع، والشيوخ الركع والنساء في بيوتهن، والتلاميذ في مدارسهم والصواريخ تفتت اجسادهم فضلا عن اقتلاع الاشجار وتسوية العمارات والفساد الحرث والنسل، وهدم المساجد وتزعزع المصلين الآمنين، كل هذه المشاهد والعالم يتفرج بهذه الجرائم والتعديات على الشعب الفلسطيني الأعزل، وسياسة التهجير والتنكيل عليهم قائمة، ولا حول ولا قوة لهم تدفع عنهم أذى أولئك القتلة قتلة الانبياء والرسل، وفي ظل هذه الظروف استسلم الكثير لارادة الاعداء، وهم يسمعون ما تنقله اليهم وسائل الاعلام عن الانظمة المجاورة وهي تقوم بتنفيذ سياسة تكميم الأفواه لكل من يفكر بنصرة الشعب الفلسطيني ولو بكلمة شجب أو استنكار على اعمال العدو الغاشم.

فهذا الواقع المؤلم والمحزن لا يخفى على أحد، ولا يستطيع أحد أن يتجاهل ظروف العالم الاسلامي والعربي، الا أن العبد المؤمن بوعد الله متفائل بغد مشرق، ومعتقد بأن نصر الله سيتحقق، وأن الأمن على ربوع هذا الوطن سيسود وسيحفظ بالعدالة، فمهما كانت الظروف ومهما كانت العوامل والاسباب التي تؤدي إلى اليأس والقنوط فلن تسيطر على القلوب المؤمنة، فلا يأس ولا قنوط مع الايمان، لأن اليأس والقنوط يتنافيان مع روح الايمان ودلالة على الكفر والضلال فالله تعالى حذرنا من مغبتهما حيث يقول تعالى "قال ومن يقنط من رحمة ربه الا الضالون" الحجر ٥٦، ويقول عز وجل "ولا تيأسوا من روح الله انه لا ييأس من روح الله الا القوم الكافرون" يوسف ٨٧.

فالشدة وتكالب الامم الضالة على المسلمين وتآمرهم على أرض فلسطين أمر حتمي ودلالة الى طريق الفوز والنصر، وسنة الله في خلقه لتحقيق النصر سنة ثابتة اذا ما تلونا الآيات القرآنية التي تتحدث عن الصراع بين الحق والباطل فانها تدل على صدق هذه الحقيقة الكونية الثابتة ولكن تحتاج الى ثبات ويقين واخلاص لله الواحد القهار فالله سبحانه يقول: "قد خلت من قبلكم سنن فسيروا في الارض فانظروا كيف كان عاقبة المكذبين. هذا بيان للناس وهدى وموعظة للمتقين" آل عمران ١٣٧-١٣٨.

ولقد حدث مع رسول الله صلى الله عليه وسلم الكثير من الشدائد وتكالبت عليه قوى الشر آنذاك وبلغ بالمسلمين ما بلغ من الخوف والفزع، وأوشك اليأس أن يحل بقلوبهم وخاصة عندما اتخذ المضللون من المنافقين ابواق الدعاية ونشر الاشاعات والاباطيل، وذلك في غزوة الخندق التي خلدها القرآن الكريم بقوله: "اذا جاءوكم من فوقكم ومن اسفل منكم واذا زاغت الابصار وبلغت القلوب الحناجر وتظنون بالله الظنونا. هنالك ابتلي المؤمنون وزلزلوا زلزالا شديدا. واذ يقول المنافقون والذين في قلوبهم مرض ما وعدنا الله ورسوله الا غرورا" الاحزاب ١٠-١٢.
وعلى الرغم مما حل بالمسلمين من ضيق، وعظم عليهم البلاء، وبلغ

## ورسالته في الاسلام

والمتقن تنتج عنه حياة طيبة ومجتمع طيب وبالتالي دولة عادلة تحكم بين الناس بالعدل والقسطاس واذا انحرف الناس وعملوا سينا واهمل كل واجب وغش وكذب انقلبت الحياة الى سيئة واستشرى فيها الشر وتفجرت فيها الفتن والظلم قال تعالى «فاما يأتينكم مني هدى فمن تبع هداي فلا يضل ولا يشقى ومن اعرض عن ذكري فان له معيشة ضنكا ونحشره يوم القيامة اعمى قال رب لم حشرتني اعمى وقد كنت بصيرا قال كذلك اتتك آياتنا فنسيتها وكذلك اليوم تنسى» ١٢٦-١٢٧ طه.

فاتباع هدى الله يدفع المؤمن لعمل الصالحات وفيه الحياة الهانئة السعيدة. والانحراف عن هدى الله يدفع الى المزيد من الانحراف وبهذا تسوء الحياة وتضيق وعمل الانسان هو السبب في الصلاح اذا اصلح وفي الفساد اذا فسد ومسؤوليته امام الله كبيرة. ومئات الآيات في كتاب الله تدعو للعمل والعمل الصالح النافع للنفس البشرية لمن يعمل وللناس، قال تعالى: «ان خيرا من استأجرت القوي الامين» ٢٦ القصص.

### مكانة العامل والعمل في الهدي النبوي الشريف

وكما ان القرآن يحث على العمل والعمل الخالص والصالح والنافع فان الهدي النبوي الشريف ايضا يدعو للعمل والعمل الصالح والنافع لعامله وللناس. قال صلى الله عليه وسلم «لئن يحمل احدكم حبلا ويحتطب به ويبيع خير من ان يسأل الناس اعطوه او منعوه».
وقال صلى الله عليه وسلم «ان من الذنوب ذنوبا لا يغفرها صوم ولا صلاة وانما يغفرها السعي في طلب الرزق» وقال صلى الله عليه وسلم «من امسى كالا من عمل يده امسى مغفورا له».
جاء رجل الى النبي صلى الله عليه وسلم وقال: يا رسول الله اعطني من بيت مال المسلمين ما انفقه علي وعلى اهلي. فرأى فيه الرسول صلى الله عليه وسلم قوة ومقدرة على العمل والكسب. فقال له: هل عندك من متاع قال: نعم واحضر شيئا من متاع بيته واخذه النبي صلى الله عليه وسلم وباع وراح يدلل عليه في السوق حتى باعه اشترى له حبلا وفاسا ووضع فيها عصا بيده وقال للرجل خذ الفاس والحبل واذهب الى جبل كذا.. واحتطب وبع وانفق على نفسك واهلك ولا تراجعني قبل خمسة عشر يوما، وذهب الرجل وصار يحتطب ويبيع وينفق

على حاجته ويحفظ الباقي، وبعد خمسة عشر يوما ذهب الى النبي صلى الله عليه وسلم وقال يا رسول الله انفقت على نفسي واهلي حاجتنا وفضل معي هذا المال فجئت به لتضعه في بيت مال المسلمين فرد عليه وقال انفقه على نفسك واهلك فان بيت مال المسلمين غني عنك؟؟

ولو ان الرسول صلى الله عليه وسلم اعطاه مالا من بيت المال لكان عونا له على الكسل والرغبة وترك العمل ولكنه يسر العمل لهذا المواطن ودله وارشده اليه، وهذا واجب الحكومات نحو شعوبهم.

ويقول صلى الله عليه وسلم «كفى المرء اثما ان يضيع من يقوت» اي ان يقعد عن العمل ويترك اهله جياعا لا يجدون ما يقتاتون، وحتى قال صلى الله عليه وسلم «من احيا ارضا مواتا فهي له» اي حث على العمل اكثر من هذا ويقول صلى الله عليه وسلم «من غرس غرسا او زرع زرعا فلا يأكل منه طير او انسان او حيوان حلالا او حراما الا كان له به اجر».

### العامل شريك صاحب العمل

وقد بين صلى الله عليه وسلم ان العامل شريك صاحب العمل وقسيمه قال صلى الله عليه وسلم «اخوانكم حولكم قسماؤكم وشركاؤكم» فمن كان اخاه تحت يده «اي اجيرا عنده» فليطعمه مما يطعم وليلبسه مما يلبس ولا يشقان عليه اذا كلفه، وقال صلى الله عليه وسلم «اعطوا الأجير اجره قبل ان يجف عرقه».

وهذا يبين ما للعامل من مكانة حتى يحمل صاحب العمل مع صاحب العمل بمثابة الشريك والقسيم. حتى يقول صلى الله عليه وسلم «اعطوا الأجير اجره قبل ان يجف عرقه» فاين في كل انظمة الارض شرقا وغربا ما يحفظ حق العامل مثلما حفظه الاسلام؟

وعليه فالعامل مكرم في كل مراحل حياته، وليس ليوم واحد في العام وهو طيلة العام مظلوم وحقوقه ضائعة ويتعامل معه صاحب العمل كخصم وليس كأخ وشريك وقسيم، ولكنه التقليد الاعمى للغرب والبعد عن هدي الاسلام والتهافت على فتات انظمة الاوروبيين وصارت ايام حياتنا اعيادا وذكريات والظلم شائع في الناس في كل الميادين. وسنبقى في حياة سيئة ضيقة حتى نرجع الى الله ونلتزم هدي الاسلام وبهذا تعم العدالة ولا يبقى في الناس مظلوم.

*مفتي محافظة أريحا*

كريمة مجموعة المجتمع السليم خلال من العمل الايمان الصادق شرك والا ان كان نفاقا بدل ان يكون خيرا من الفوائد العمل الصالح للاصلاح ومن ذلك ان العمل الصالح ناس حاكمهم لا تضامني، قال بنصره وبالمؤمنين نفت ما في الارض بهم ولكن الله الف ٦٣، الانفال.

لص يبعد عوامل ويزرع فيه الأمن وبني الخير ومن شاعته او بناء غش غش في الدواء الا بصحة الناس دمت بيوت على تحت تنفلات المارة افاسد فتسمموا.. ويفهم كل عاقل ان عملوا الصالحات- هرا تخفها مخلصنا عليه وسلم «من انله عليه منا فالغش محرم سلمين.

وسلم «من عمل نلي وهو مؤمن ولنجزينهم اجرهم ون» ٩٧ النحل. ي كتاب الله كثير ع الحياة التي يمكن ن خلال عمله فمن في عمله على سواء منه ما كان من العبد وبين الله المعاملات مع الناس بعيدا عن الكذب عتداء على حقوق له صلوات الله يحب من احدكم اذا د يجوز للانسان ان حسن القيام به فهذا الآخرين والأضرار الصالح النظيف

## شرعي للعمليات الانتحارية

## فجر حل لواسعا

