# EXHIBIT A.653

"President Yasser Arafat congratulated the Arab journalists in Israel . . . . he wrote: 'Our Palestinian people ... is continuing for the fourth consecutive month its blessed *Intifada* and its resistance to the cruel Israeli attack, and has sacrificed rows of righteous *Shahids* (Martyrs) one after another."

["The President Wishes Arab Journalists From the Interior (*i.e.*, Israel) Happy Holidays", Al-Ayyam (Jan. 3, 2001)]



PLAINTIFF'S EXHIBIT
653

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "The President Wishes Arab Journalists From the Interior (*i.e.*, Israel) Happy Holidays", Al-Ayyam (Jan. 3, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "The President Wishes Arab Journalists From the Interior (*i.e.*, Israel) Happy Holidays", Al-Ayyam (Jan. 3, 2001), Al-Ayyam (Jan. 3, 2001).

Dated: February 27, 2014

                                        _____
                                        ROEE COHEN



Ayyam Jan 3, 2001

الأربعاء ٢٠٠١/١/٣

## الرئيس يهنئ الصحافيين العرب في الداخل بالأعياد

الناصرة –وفا: هنا الرئيس ياسر عرفات، الصحافيين العرب في إسرائيل، بعيد الميلاد، وعيد الفطر وعيد رأس السنة الميلادية.

وورد في رسالة جوابية، أرسل بها إلى رئيس نقابة الصحافيين في الجليل والمروج، محمد شريف: أن شعبنا الفلسطيني وهو يحيي هذه المناسبات جميعا، يواصل وللشهر الرابع على التوالي انتفاضته المباركة، وتصديه للهجمة الإسرائيلية الشرسة، مقدما القوافل من الشهداء الأبرار، ومضحيا بالغالي والنفس، في سبيل تحقيق ما يصبو إليه من تطلعات مشروعة، بإنهاء الاحتلال الإسرائيلي البغيض لأرضنا ومقدساتنا، وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف.

واختتم الرئيس رسالته قائلا: معا وسويا وبيد موحدين ومتضامنين، نواصل المسيرة والنضال حتى تجسيد وتنفيذ الحلم الوطني الفلسطيني على أرض فلسطين المباركة، ليعيش شعبنا حرا سيدا مستقلا في وطنه ومعا حتى القدس الشريف بعونه تعالى

### ... ويهنئ بعيد تحرير كوبا

ويبعث الرئيس، أمس، برقية تهنئة إلى الرئيس الكوبي فيدل كاسترو، لمناسبة الاحتفال بعيد التحرير، مقرونة بتقديرنا العالي للتضحيات الكبيرة التي قدمها الشعب الكوبي الصديق من أجل نيل حريته واستقلاله الوطني وللإنجازات العظيمة التي تحققت في كل الميادين.

وثمن الرئيس، عاليا مواقف الدعم والتأييد الثابتة التي دأبت كوبا على اتخاذها إلى جانب نضال شعبنا من أجل إنهاء الاحتلال الإسرائيلي لأرضه ومقدساته، واستعادة وممارسة حقوقه الوطنية الثابتة في العودة وتقرير المصير، وإقامة دولته الفلسطينية المستقلة، وعاصمتها القدس الشريف.

وأشار الرئيس إلى الحرب العدوانية التي تواصل حكومة إسرائيل شنها بكل وحشية ودموية ضد شعبنا الفلسطيني، مستخدمة الأسلحة الثقيلة والصواريخ والطائرات المروحية والذخائر الفتاكة والمحركة دوليا والتي يدخل في تركيبها اليورانيوم المخفف بهدف تدمير المجتمع الفلسطيني وتلويث بيئته.

---

المستوطنون يطلقون النار على منازل اللبن الغربي

## قوات الاحتلال تجدد اعتداءاتها
## على حاجز الأمن الوطني قرب النبي صالح

---

تجريف عشر

## بيت لاهيا: استشهاد مواط



غزة- خليل الشيخ: استشهد المواطن صابر عوض أبراهيم خضر (٥٢ عاما) برصاص قوات الاحتلال أثناء قيامه بأعمال الزراعة في أرضه المجاورة لمستوطنة «دوغيت» شمال غربي بيت لاهيا.

وأوضح شهود عيان من المزارعين أن قوات الاحتلال أطلقت وابلا من الأعيرة النارية الثقيلة باتجاه المزارعين من جميع الاتجاهات بشكل عشوائي وعنيف من المواقع العسكرية الاحتلالية المنتشرة في المكان، ما أدى الى سقوط الشهيد، مشيرين الى أن الشهيد نقل بسيارته الخاصة التي حضر بها الى مكان عمله الى الشارع العام، حيث تم نقله الى مستشفى الشفاء بمدينة غزة، بواسطة سيارة اسعاف.

وقال الدكتور معاوية حسنين مدير عام قسم الاستقبال في مستشفى الشفاء في حديث لـالايام، أن الشهيد خضر أصيب بعيار ناري في كتفه اليسرى والرقبة أدى الى استشهاده فورا، قبل الوصول الى المستشفى.

وكان الشهيد خضر يعمل في الأرض الزراعية التي تقع شمال مستوطنة «دوغيت»، التي كثفت سلطات الاحتلال قواتها وآلياتها العسكرية على طول الشارع المحاذي لها.

وأوضح عدد من الشهود أن