# EXHIBIT A.654

Headline: "Commemorating the anniversary of the outbreak of the Fatah revolution—two rallies, in Bethlehem and at the Deheisheh refugee camp, affirm adherence to continuation of the *Intifada* up until attainment of national goals"

Text: "At the rally, Kamel Hmeid, Secretary of Fatah in Bethlehem, greeted the movement's fighters, the district's *Shahids* (Martyrs), the *Shahids'* families, the wounded of the Intifada, the prisoners in the occupation's jails . . . . [Hmeid] said, 'Therefore, the *Intifada* of the *Shahids* will continue and keep burning, and will turn the ground under the feet of the Zionists and the collaborators and the settlers into a burning fire . . . .'"

["Two rallies held in Bethlehem and the Dheisheh refugee camp assert adherence to the Intifada's continuation until national goals are achieved," Al-Ayyam (Jan. 2, 2001)]



PLAINTIFF'S EXHIBIT 654

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Two Rallies Held in Bethlehem and the Dheisheh Refugee Camp Assert Adherence to the Intifada's Continuation until National Goals are Achieved," Al-Ayyam (Jan. 2, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Two Rallies Held in Bethlehem and the Dheisheh Refugee Camp Assert Adherence to the Intifada's Continuation until National Goals are Achieved," Al-Ayyam (Jan. 2, 2001).

Dated: February 17, 2014

_____
ROEE COHEN

# مسيرات بموازاة إحياء الانتفاضة حتى تحقيق الأهداف الوطنية

## مهرجانات في بيت لحم ومخيم الدهيشة بذكرى انطلاقة الثورة وفتح

إحياء الذكرى الثلاثة للثورة

[النص العربي غير واضح بما يكفي للنسخ الكامل بدقة]

2/1/10