# EXHIBIT A.655

Headline: "Secretary of the Fatah movement in the West Bank, Marwan Barghouti: 'Negotiation without resistance (*i.e.*, violence) is humiliation and begging'"

Text:

[Marwan Barghouti:] "We in Fatah, along with all the national and Islamic forces, are working to escalate the *Intifada*, to protect it and to keep it going until the occupation is gone."

["Barghouti: Negotiation without resistance is begging and humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001)]



PLAINTIFF'S EXHIBIT 655

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>              Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Barghouti: Negotiation Without Resistance is Begging and Humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Barghouti: Negotiation Without Resistance is Begging and Humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001).

Dated: February 27, 2014

_____
ROEE COHEN

# الحياة الجديدة — الحياة المحلية

## جزءا من اتفاق سياسي
## ...ومة استجداء ومذلة
## ...بة على التكامل والتعاضد



مروان البرغوثي

## الجماهير تواصل بيعة الدم للأقصى

### اعتصام في رفح احتجاجا على مواصلة الحصار الإسرائيلي

رفح - «الحياة الجديدة» - عبدالرازق أبو جزر - نظمت أمس القوى الوطنية والإسلامية اعتصاما عند دوار مسجد العودة احتجاجا على مواصلة الحصار الإسرائيلي على المناطق الفلسطينية وإغلاق الطريق الرئيسي الواصل بين مدينتي رفح وخانيونس وهو معا يعيق حركة تنقل المواطنين.

وأكد خالد زنون أحد قياديي حركة الجهاد الإسلامي في كلمة القوى الوطنية والإسلامية على ضرورة الضغط على الحكومة الإسرائيلية من أجل رفع سياسة الحصار الجائر عن محافظات وطننا المختلفة. وشدد زنون تمسك شعبنا بطريق الانتفاضة وثوابته الوطنية رغم كل الضغوطات عليه.

ورأى زنون أن الوحدة الوطنية خيار أساسي لإنجاح مقاومة شعبنا بكل فصائله للاحتلال الإسرائيلي.

### جنود الاحتلال ومستوطنون يعتدون على عمال من طمون

طمون - «الحياة الجديدة» - اعتدى أمس عدد من جنود الاحتلال والمستوطنين عند مثلث البقيعة قرب مستوطنة بقوت في الأغوار الشمالية على المواطن سرور علي محمد بني عودة و6 من العمال الذين كان يقلهم في سيارته أثناء عودتهم من العمل في أريحا. واعترض الجنود والمستوطنون السيارة وأنزلوا الركاب والسائق وأوسعوهم ضربا وحطموا زجاج السيارة ومزقوا مقاعدها.

وأفاد المواطن بني عودة أن الجنود والمستوطنين اعترضوا سيارته بينما كان عائدا من العمل قرب مفرق البقيعة وأنزلوا العمال الذين كان يقلهم ومن ثم فتشوا السيارة وحطموا زجاجها ومقاعدها وصادروا أوراقه الثبوتية ورخصة السياقة قبل أن يوسعوه...

---

* هل تتصور أن الرئيس عرفات سيستطيع الإفلات من ذلك «الفخ الأميركي» الذي نصبه له كلينتون قبل مغادرته البيت الأبيض؟

- دون أدنى شك ان هناك حذرا شديدا، ونحن لا نرى بالمقترحات الأميركية والإسرائيلية طريقا للخلاص، فلا طريق للتحرير إلا المقاومة، والانتفاضة هي الحل. ولا يمكن القبول بهذه المقترحات؛ لأنها أيضا إلى جانب انها تمثل مطالب إسرائيل، فهي تنسف القرارات الدولية التي كفلت حقوق الشعب الفلسطيني والتي تمثل الحد الأدنى لمطالبنا.

* ماذا تتوقع من بوش الصغير بعد اكتمال تشكيل إدارته؟

- إنا أعتقد أن الرهان يجب أن يبقى على استمرار هذه الانتفاضة أيا كانت الإدارة التي تحكم، والحاكم الذي يجلس في البيت الأبيض. فالانتفاضة هي التي تفرض على الإدارة ما تريد وما يجب فعله.

ويتوجب على الإدارة الجديدة أن تقوم بسياسة متوازنة ومتزنة حفاظا على مصالحها في الشرق الأوسط، بدءا بتطبيق القرارات الدولية بحق إسرائيل، وفرض ذلك عليها حتى تضمن الحفاظ على مصالحها في المنطقة.

* ما رأيكم فيمن يقول أن ترك كلينتون للبيت الأبيض هو إيذان بنهاية الدور الأميركي في عملية التسوية؟

- وربما هناك تسرع في هذا الحكم؛ لأن الدور الأميركي ليس مرهونا بالرئيس الأميركي لذاته، فهناك مصالح لأميركا وستعمل على حماية هذه المصالح المتمثلة بالنفط وحماية إسرائيل، وأعتقد أن الإدارة القادمة وضمن رؤيتها ستسعى لاستمرار هذا الدور وفق مصالحها، وبما يضمن ويحقق أهدافها.

---

حركة فتح والسلطة الوطنية في المرحلة الراهنة، وأيهما يتبع الآخر فتح أم السلطة؟

- حركة فتح بداية هي التنظيم القائد للسلطة، والعلاقة بينهما قائمة على التكامل والتعاضد، أي أن هذا يشكل المشروع الوطني للشعب الفلسطيني، ونتعرض معها، بمعنى انه إذا وجد ما يسيء لها وللشعب الفلسطيني، فنحن نتصدى لها من خلال المجلس التشريعي، واللجنة المركزية...إلخ. أي نحاول أن نبقي على فتح التنظيم الذي يمثل الشعب الفلسطيني وتوجهاته أكثر من تمثيله للسلطة الوطنية.

* أثبتت الإدارة الأميركية طيلة فترة المفاوضات منذ عام 1991 أنها لم تلعب دور الوسيط، بل لعبت دور المنحاز وبشدة إلى إسرائيل، أما آن الأوان لطرد هذا «الوسيط» وإحالة الموضوع برمته إلى من يتصفون بالعدل والحق؟ ومن في رأيكم هو الذي يمكن أن يتصف بتلك الصفات؟

- إنا أعتقد أن الولايات المتحدة عندما قدمت مدريد على أساس الشرعية الدولية في عهد بوش كانت على هذا الأساس، وتولت الإدارة الأميركية بسبب عاملين: انهيار الكتلة الشرقية برمتها وحرب الخليج، مما أتاح للولايات المتحدة السيطرة وإملاء ما تريد، وهي لم ولن تكون في يوم من الأيام وسيطا نزيها، ومن يتوقع ذلك فهو واهم، فهي لا يهمها سوى ضمان النفط وتدفقه لها من المنطقة، والأمر الأهم هو حماية أمن إسرائيل في المنطقة.

والأمر الآخر أن الانتفاضة نسفت الدور الأميركي، وربما كان هناك صيغة نطرحها ويجب العودة لها وهي وجوب العودة إلى الأمم المتحدة، وتوسيع الرعاية الدولية بحيث تشمل الاتحاد الأوروبي والروسي، والأهم هو جدول جديد ومرجعية جديدة لعملية السلام.

---

والإسرائيليون من ورائه إلى وقف الانتفاضة ولا يجب أن يكون التنسيق إلا جزءا من اتفاق سياسي، وطالما أنه لا يوجد هناك اتفاق سياسي نتمنى أن توقف السلطة التنسيق، وتعمل على إنهاء وإغلاق كل ما يتعلق بالتنسيق الأمني مع إسرائيل.

* أرجو الإجابة على هذين السؤالين: هل هناك مخطط إسرائيلي وبالتعاون مع السلطة للقضاء على العناصر التي تمردت على فتح؟ وهل هناك تقاسم للأدوار بين رموز السلطة من خلال التصريحات المختلفة والمتباينة أحيانا لتحسين صورة السلطة أمام الشعب الذي أصبح يعي حقيقة ما يجري على الساحة من مؤامرات؟

- بداية، إسرائيل من الواضح أنها اعلنت عن مجموعة من الإجراءات في إطار عدوانها بأشكاله المختلفة، وأعتقد أن هناك موقفا فلسطينيا جماعيا من كل القوى والسلطة والأجهزة من هذه العمليات، ولا يوجد تعاون إلا بين إسرائيل وشبكة عملائها في المناطق فقط، ولا أعتقد أن الأمر توزيع أدوار، لكنه يعبر عن مواقف ومواقع مختلفة بين الناس، وأعتقد أن «فتح» لها سياستها ومواقفها، وفي السلطة هناك مواقف وآراء، وربما هناك من حاول أن يروج لكامب ديفيد، لكن الموقف الساحق والعام هو رفض هذه المقترحات جملة واحدة.

* بصراحة، لماذا لا تريدون رأب الصدع بينكم وبين حماس؟ أما آن الأوان للم الشمل الفلسطيني؟

- على العكس نحن في فتح من بادر إلى تشكيل إطار القوى الوطنية والإسلامية، والتي تقود الانتفاضة حاليا، وسعينا إلى أن تمثل كل القوى فيها، ونحن نحرص على ذلك، وهذا موقفنا في حركة فتح دائما.

* أرجو إلقاء الضوء على طبيعة العلاقة بين...

---

شارون وجاء ...في هذه الانتفاضة ما يتوقعه أعداؤه.

...1998، كانت الأنظمة تشدد من دولة الاحتلال سلم الاقتصادي الذي بي كتاب «شرق أوسط» شهدت تجاوزت هذا ج منذ 1999، وربما أن رى، لما أسباب فشل جوهر البدائل المتاحة بعث الانتفاضة؟ وهل هم من استدرج الدول ى؟»

سوع كتاب. الكتاب هو على الأرض بالدرجة ت على العرب في حرب نات واتفاقات تجارية دون أن يكون له ثمن هذا، ثبت أن الشعوب قات الصمادية، وان تحقائق المطلوبة منها، تنهي احتلالها وان لحنة في الجولان، وأن عيد الحقوق لأصحابها، تكون لنهاية علاقات المنطقة، ودون ذلك لن غيره.

ى ذلك الاجتماع السري رة مؤخرا؟ وهل هدفه هو

- إن الاجتماع ليس سريا، فنا واضح، إن التنسيق ته الانتفاضة إلى غير السلطة أن تعيد هذا ائيل تريد ان تجعل هذا ع،، ولا يهدف الأميركيان

---



د. مصطفى البرغوثي

## ...حدة الوطنية.. واظهرت ضعف اسرائيل
## ...ملك مفتاح الاستقرار في المنطقة

الفلسطيني إلى مجرد إدارة سكانية بلدية في بحر من السيادة الإسرائيلية.

إلغاء قرارات الشرعية الدولية

وفي موضوع الأقصى أكد البرغوثي أن الوقاحة وصلت بالإسرائيليين إلى تحويل السيادة الحقيقية على الأقصى...

المطروحة. وأوضح أن طرح المقترحات لضم المستوطنات إلى إسرائيل يمثل تشريعا للصوصية والاستيلاء على أراضي الغير بالقوة، وتشريعا لخرق القانون الدولي والعلاقات الدولية. وأضاف إن ضم المستوطنات والخارطة التي تطرحها...

تا نعيد صياغة قواعد

ء لا يمكن قبول الحجة التي الانتفاضة، لأنه لا توجد فلسطيني غير الانتفاضة. الإسرائيلية تغيرت بعد

| الحياة المحلية | | السبت ٢٠٠١/١/١٣ |
|---|---|---|

التنسيق الأمني دفنته الانتفاضة ويجب ان يكون جزءا من اتفاق سياسي

# البرغوثي: التفاوض دون مقاومة استجداء

## والعلاقة بين فتح والسلطة الوطنية قائمة على التكامل

اسلام اون لاين - اكد امين سر حركة فتح في الضفة مروان البرغوثي ان محاولة المفاوضات دون مقاومة هي محاولة استجداء ومذلة، مشدداً على ضرورة استمرار الانتفاضة التي جاءت لنسف مرحلة من الاستقرار المزيف.

وفي حوار اجرته مع شبكة اسلام اون لاين قال البرغوثي ان اسرائيل تواصل عدوانها على الشعب الفلسطيني محاولة فرض املاءات كامب ديفيد بالقوة العسكرية والدعم الاميركي، مطالبا في الوقت ذاته السلطة الوطنية ان تعيد النظر في عودة التنسيق الأمني الذي يهدف الاسرائيليون والاميركان من ورائه الى وقف الانتفاضة.

وفيما يلي نص الحوار:

- انتهت «فتح» هذا العام (٢٠٠١) بثلاث عمليات تفجيرية متقابلة سماها الاسرائيليون الاثنين الأسود، وكما هو معلوم فإن أول كانون الثاني ١٩٦٥ هو ذكرى تأسيس فتح، فما هو تعليقكم على ذلك؟ وهل يعتبر هذا إيذانا بعودة فتح إلى المقاومة من جديد؟

- فتح هي صاحبة الرصاصة الاولى ومن عمل على تفجير الثورة الفعلية المعاصرة. وعندما قبلت الحركة وعلى مضض اوسلو واتفاقية السلام، قلنا إنها ستعتبر فرصة، ولكن في هذه المرحلة وبعد فشل هذه الفرصة فإنها تعطي الأولوية للمقاومة والانتفاضة حتى انسحاب الاحتلال حتى حدود الرابع من حزيران ٦٧.

- كيف تعلمون في حركة فتح حتى تنتشروا بزيادة جذوة هذه الانتفاضة في هذه الايام التي يستدل فيها اليهود - كما يقولون - لهدم المسجد الأقصى، وتريد الحرب على العرب؟ وما رأيكم في هذه التسريبات؟

- انا اعتقد ان اليهود لم يبدؤوا الحرب ضد الفلسطينيين، بل الحرب قائمة وستستمر. وما فشلوا في املائه في كامب ديفيد وغيره يحاولون حاليا فرضه بالقوة العسكرية. إلى جانب ذلك يعملون، ونحن في فتح إلى جانب كل القوى الوطنية والاسلامية نعمل على تصعيد الانتفاضة وحمايتها واستمرارها

السلطة الوطنية ووجود حالة من الاستقرار الزائف، فجاءت الانتفاضة لتنسف كل الأسس التي قامت عليها المرحلة - السبع سنوات السابقة - وفي نفس الوقت لا اعتقد أنه يمكن العودة إلى ما كان سابقا أو العودة إلى المفاوضات على نفس الأساس والمرجعية التي ثبت فشلها.

الحقيقة الأخرى ان محاولة للمفاوضات هي محاولة استجداء ومذلة دون المقاومة؛ لذا يتوجب ان تستمر الانتفاضة والمقاومة، واظن ان تجربة الاخوة في حزب الله ولبنان عدلت مخيلتنا ومخيلة الجيل الفلسطيني الجديد، واكدت ان قدرة المقاومة في بلد عربي على ان تحقق رغم كل الظروف التي تختلف عن الظروف التي عاشها الإخوة في حزب الله، واعتقد ان فرصة المقاومة قائمة ومفتوحة، والذي اعتقد ان الانتفاضة ممكن ان تتوقف لاجله هو الانسحاب الكامل من الأراضي الفلسطينية والقدس الكاملة وعودة اللاجئين، واقل من ذلك فالانتفاضة غير مرشحة للتوقف، ولا يمكن إلا ان تستمر، ولكنها قد تهدأ ثم تعود، وعلى اسرائيل ان تنهي احتلالها وان تنسحب من الجولان، وان تعيد اللاجئين، وان تعيد الحقوق لأصحابها.

ودون ذلك لا يمكن ان تكون لنهاية علاقات «طبيعية» مع شعوب المنطقة، والذي قد يفيد كتاب بيريز او غيره.

- ما هو تعليقكم على ذلك الاجتماع السري الأمني الذي تم بالقاهرة مؤخرا، وهل هدفه هو فعلا قمع الانتفاضة؟

- رأينا واضح: ان الاجتماع ليس سريا، وانه اعلن عنه، وموقفنا واضح: ان التنسيق الامني انتهى ودفنته الانتفاضة إلى غير رجعة، وما كان على السلطة ان تعيد هذا التنسيق؛ لأن اسرائيل تريد ان تجعل هذا التنسيق هو كل شيء، ولا يهدف الأميركان

جاء شارون او باراك، او ذهب شارون وجاء باراك فشعبنا سيمارس في هذه الانتفاضة واقوى على ذلك اكثر مما يتوقع اعداؤه.

- خلال أعوام ١٩٩٥ - ١٩٩٨، كانت الانتفاضة العربية تحاول ان تستدرج دولة الاحتلال الصهيوني الى نموذج السلام الاقتصادي الذي طرحه شمعون بيريز في كتابه «شرق أوسط جديد»، لكن يبدو ان المستجدات تجاوزت هذا الاسلوب من الاستدراج منذ ١٩٩٩، ويبدو ان للصهاينة خيارات أخرى، فما أسباب فشل أسلوب الاستدراج؟ وما جوهر البدائل المتاحة امام القرن الـ ٢١ للصهاينة هم من استدرج الدول العربية عبر كتاب بيريز؟

- للوضوح ليس موضوع كتاب بيريز، الكتاب هو انعكاس لوقائع تحدث على الأرض في اطار الأولى، فاسرائيل اعتمدت على العرب في حرب ٦٧ وتريد فرض علاقات واتفاقيات تجارية وفتح حدود، وهذا كله دون ان يكون له ثمن في المقابل. وامام هذا، ثبت ان الشعوب العربية تقاوم العلاقات الاستتباعية، وان اسرائيل لم تدفع الاستحقاقات للطوابير منها، وان على اسرائيل ان تنهي احتلالها وان تنسحب من شاطئ للصفة في الجولان، وان السلطة هناك مواقف وآراء، وربما حاول ان يروج لكامب ديفيد، لكن الساحق والعام هو رفض هذه إلا جملة واحدة.

- بصراحة، لماذا لا تريدون راب ال بين حماس؟ امل ان الأوان للم الشمل الفلسطيني؟

- على العكس نحن في فتح من تشكيل اطار القوى الوطنية واحد والتي تقود الانتفاضة حاليا، وسوف تمثل كل القوى فيها، ونحن نحرص على وحدة موقفنا في حركة فتح دائما. ارجو القاء الضوء على طبيعة ا

والإسرائيليون من ورائه الى وقف إلا ولا يجب ان يكون التنسيق الا جزءاً سياسي، وطالما انه لا يوجد هناك اتفاق ان توقف السلطة التنسيق، وتعمل ـ وإغلاق كل ما يتعلق بالتنسيق الا باسرائيل.

- ارجو الإجابة على هذين السؤالين: فقط اسرائيليا وبالتعاون أمنيا مع للقضاء على العناصر التي تعرضت على وهل هناك تقاسم للادوار بين رموز من خلال التصريحات المختلفة ولا لعنايا لتحسين صورة السلطة أمام الذي اصبح يعي حقيقة ما يجري على علم من مؤامرات؟

- بداية، اسرائيل من الواضح انها مجموعة من الاجراءات في إطار باشكاله المختلفة، واعتقد أن هناك فلسطينيا جماعيا من كل القوى و الأجهزة من هذه العمليات، ولا يو بين اسرائيل وشبكة عملائها أ فقط، ولا اعتقد ان الأمر توزيع أد يعبر عن مواقف ومواقع مختلفة بي واعتقد ان «فتح» لها سياستها وموا

ـ حركت العالم العربي.. وازعجت اميركا.. وحققت الوحدة الوطنية.. وأظه

# د. البرغوثي: الانتفاضة كشفت ان شعبنا يملك مفتاح الاستـ

رام الله - قدس برس - أكد د. مصطفى البرغوثي ان الانتفاضة ليست مجرد مظاهرات واشتباكات على الحواجز مع قوات الاحتلال، وإنما هي حالة نوعية جديدة نشأت في الأراضي المحتلة، تعلن بموجبها الشعب الفلسطيني أنه مصمم على

واوضح البرغوثي في حوار خاص مع وكالة قدس برس ان الانتفاضة حققت أهدافا عدة، منها انها أعادت توحيد الشعب الفلسطيني حول المشروع الوطني، وحول مهم جماعيا للتنسيق به، وهذا هو الموضوع

طاولة للمفاوضات.

الشعبية العربية في القرارات، ومن هنا تنبع فلق الولايات المتحدة، حتى وصل الأمر إلى ارسال وزير الدفاع الأميركي إلى المنطقة، لأن الأميركيين شعروا ان الانتفاضة تقلقل الاستقرار الاستراتيجي، وحول

وقال البرغوثي إنه لا يمكن قبول الحجة التي يروج لها دعاة وقف الانتفاضة، لأنه لا توجد بدائل لدى الشعب الفلسطيني غير الانتفاضة

ولذلك فهذه فرصتنا كي نعيد صياغة قواعد الصراع.

للمطروحة، واوضح ان طرح ا المستوطنات إلى اسرائيل يعد للصهيونية والاستيلاء على ارا بالقوة، وتشريعا لخرق الدولية والعلاقات الدولية. واض المستوطنات والخارطة اسـ