# EXHIBIT A.656

"Secretary General of the Palestinian Islamic Front, Sheikh Salah Abdal-A'l ... said... that opposing these [media] manipulations [by the Israeli government] must be carried out through an escalation of Al-Aqsa Intifada activities . . . He added that activity in the media and diplomatic sphere must be intensified along with Intifada activity"

["Secretary General of the Islamic Front calls to oppose the manipulations of the Israeli media", Al-Hayat Al-Jadida (Jan. 20, 2001)]



PLAINTIFF'S EXHIBIT 656

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Secretary General of the Islamic Front Calls to Oppose the Manipulations of the Israeli Media", Al-Hayat Al-Jadida (Jan. 20, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Secretary General of the Islamic Front Calls to Oppose the Manipulations of the Israeli Media", Al-Hayat Al-Jadida (Jan. 20, 2001).

Dated: February 27, 2014

                                                                                                   _____
                                                                                                   ROEE COHEN

## أمين عام الجبهة الاسلامية يدعو الى التصدي لمناورات الاعلام الاسرائيلي

غزة - الحياة الجديدة - حسن دوحان - دعا امين عام الجبهة الاسلامية الفلسطينية الشيخ صالح عبد العال الى التصدي للمناورات الاعلامية للحكومة الاسرائيلية والتي تتمثل في تغيير توصيف نفسها من قوة احتلال الى طرف في صراع مسلح مؤكدا ان اسرائيل تهدف من وراء ذلك الى تشتيت جهدنا الوطني واظهار نفسها كحكومة تعمل من اجل تحقيق السلام وتقوم بالدفاع عن نفسها وليس بالعدوان على شعب اعزل تحتل ارضه وتنتهك مقدساته وقيمه.

وقال في تصريح لـ «الحياة الجديدة»، ان التصدي لتلك المناورات لا يأتي الا عبر تصعيد فعاليات انتفاضة الاقصى لتحقيق اهداف شعبنا في الحرية والاستقلال واقامة دولتنا المستقلة وعاصمتها القدس واضاف لا بد من تصعيد العمل الاعلامي والدبلوماسي بموازاة فعاليات الانتفاضة لكشف انتهاكات اسرائيل الخطيرة لكافة الاعراف والمواثيق الدولية وعدم التزامها بتنفيذ قرارات الشرعية الدولية.

واوضح الشيخ «عبد العال» ان الحكومة الاسرائيلية تسعى الى ترويج نفسها في العالم الخارجي كأنها حكومة قادرة على تحقيق السلام بغير الالتزام بقرارات الشرعية الدولية مؤكدا ان السلام العادل والشامل والدائم لن يتحقق في منطقة الشرق الاوسط ولن يزال اسم اسرائيل كقوة احتلال مغتصبة للارض والانسان الا اذا حصل شعبنا على كافة حقوقه الوطنية المشروعة.

وناشد عبد العال كافة المؤسسات الاعلامية العربية الانتباه لخطورة ترويج اسرائيل نفسها كطرف في صراع مسلح والتصدي له والعمل الى جانب مؤسساتنا الاعلامية لفضحها في كافة المحافل الاقليمية والدولية ودعا دول العالم ومجلس الامن ومنظمة الامم المتحدة لادانة اسرائيل وفرض عقوبات اقتصادية وسياسية صارمة ضدها لاستخدامها سلاح اليورانيوم المخصب المحظور دوليا ضد اطفال الانتفاضة وابناء شعبنا.

وتساءل عن ضمير العالم الميت الذي لم يتحرك الا عندما وصلت اشعاعات اليورانيوم الى عقر داره في اوروبا بينما اطفال فلسطين والعراق الذين اكتووا بتلك الاشعاعات لم تحرك لديه أي ساكن وكأنه يريد القول ان هدفنا ابادة كل عربي.

Hayat J. Jan 20, 2001