# EXHIBIT A.657

"The political forces are calling for an escalation of the Intifada and confronting the American conspiracy."

"The speakers [at the rally] viewed the resistance and the continuation of the *Intifada* as the onlyoption for forcing the Israeli government to accept a just peace and wresting [Palestinians] national rights. They called for an expansion of *Intifada* activitiesso that they would take place in the entire homeland and for the escalation of activities of resistance . . . [At the rally, speeches were delivered by representatives of Fatah, the Popular Front and Hamas, emphasizing support for the Palestinian Authority's leadership, in light of the decision to reject the American proposals. These speeches also emphasized that the path of force is the only path to achieve national rights – paraphrase]

["The Leadership: Jerusalem, the [right of] return, the state – these are holy rights that cannot be bartered or compromised", Al-Hayat Al-Jadida (Jan. 2, 2001)]



PLAINTIFF'S EXHIBIT 657

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "The Leadership: Jerusalem, the [right of] return, the state – these are holy rights that cannot be bartered or compromised", Al-Hayat Al-Jadida (Jan. 2, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "The Leadership: Jerusalem, the [right of] return, the state – these are holy rights that cannot be bartered or compromised", Al-Hayat Al-Jadida (Jan. 2, 2001).

Dated: February __, 2014

_____
ROEE COHEN

Case 1:04-cv-00397-GBD-RLE    Document 547-442    Filed 06/25/14    Page 5 of 6



طفل على اكتاف والده حاملا لعبة على شكل سلاح آلي

ملثم مسلح امام مسيرة الاحتفال بالانطلاقة في رام الله

## في احتفالات حاشدة برام الله في ذكرى

# القيادة: القدس.. العودة.. الدولة حقوق مقدسة

## القوى السياسية تدعو الى تصعيد الانتفاضة ومواج

رام الله والبيرة - الحياة الجديدة - نائل موسى - جددت القيادة والقوى السياسية تمسكها المبدئي بثوابت وقرارات الاجماع الوطني معربة عن رفضها لمقترحات كلينتون التي اعتبرتها جريمة واكدت ان الحقوق الوطنية كما اقرتها الشرعية الدولية هي حل وسط بحدود دنيا لا يمكن التنازل عنها او مقايضة ثابت منها بثابت آخر.

جاء ذلك في سياق كلمات القيت نيابة عن الرئيس ياسر عرفات وباسم حركة فتح والقوى الوطنية والتقدمية والاسلامية في مهرجان خطابي نظمته فتح في رام الله في الذكرى السنوية السادسة والثلاثين لانطلاقتها سبقه عرض عسكري ضخم ومسيرة جماهيرية حاشدة، اظهرت قوة وقدرة الحركة والوحدة الوطنية المتجلية في الشارع الوطني.

واجمع الخطباء على رفض المقترحات الاميركية التي طرحها الرئيس بيل كلينتون واعتبروا الافكار الواردة فيها امعانا في التنكر لقرارات الشرعية الدولية ذات العلاقة وانها لا تلبي الحدود الدنيا للحقوق الوطنية المشروعة فحسب وترقى حد الجريمة النكراء ومشاركة في العدوان الاحتلالي على الحق الفلسطيني.

ورأى المتحدثون في المقاومة واستمرار الانتفاضة خيارا وحيدا لارغام حكومة اسرائيل على القبول بالسلام العادل وانتزاع الحقوق الوطنية ودعوا الى توسيع الفعاليات الانتفاضية لتشمل ارجاء الوطن والى تصعيد الافعال المقاومة

وفيما اكد المتحدثون حرصهم على الوحدة الوطنية اشادوا بموقف الرئيس ياسر عرفات والقيادة الرافض للمقترحات الاميركية واكدوا التفافهم حول قيادته في مواجهة الضغوط التي تمارسها الادارة الاميركية واسرائيل لحمله على قبولها.

ابو نزار: فتح كرست هوية شعبنا ورسخت الايمان بحتمية النصر

واستهل المهرجان الحاشد الذي اقيم في الهواء الطلق في ميدان المنارة بكلمة عضو اللجنة المركزية لحركة فتح صخر حبش ابو نزار القاها نيابة عن الرئيس عرفات ونقل فيها تحيات سيادته واللجنة المركزية الى شعبنا والمشاركين في المهرجان في

وشلال الدم المتدفق منذ انطلاقة فتح والثورة المسلحة كرست ارادة عظيمة وهوية شعبنا ورسخت الايمان بحتمية النصر والاستعداد الدائم للتضحية والفداء، وهي ايضا رسالة الرئيس القائد الى شعبه.

وتطرق ابو نزار الى العدوان والحصار وجرائم الاحتلال ضد الاطفال والشجر والابطال وقال ان الحملة تستهدف الانتفاضة وطريق المقاومة المستمرة حتى تحقيق الحلم والحقوق والمشروع الوطني، واكد رفض القيادة والحركة لمبادرة كلينتون التي وصفها بانها جريمة نكراء تفوق جرائم الاحتلال مشيدا بالرد الحازم عليها برفضها والتمسك بحق العودة والقدس واقامة الدولة المستقلة وبثوابت العمل الوطني.

وبخصوص السلام قال لا حرية الا بحرية شعبنا ولا سلام الا سلام شعبنا وفق قرارات الشرعية الدولية وانه لا مكان لمستوطن واحد على ارضنا ولا مساومة وانتقاص من حق العودة والقدس والمقدسات مذكرا بالامانة التي يحملها شعبنا منذ العهدة العمرية والتي يورثها الاجداد الى الآباء والابناء والشهداء للاحياء مجددا عهد الحركة للشهداء بان تبقى

لتحرير فلسطين ابو علي مصطفى: كلمة القوى الوطنية فوجه التحية الى الرئيس عرفات والى كوادر وقواعد ومقاتلي الحركة التي اعتبر انطلاقتها يوما مجيدا في التاريخ الفلسطيني وقال ان الراية التي رفعتها الحركة منذ انطلاقتها ستبقى مشرعة تحرسها ارواح الشهداء وجسام التضحيات. واكد تمسك القوى بالوحدة الوطنية وحرصها على ترسيخها وقال تجمعنا المقاومة والطريق والهدف وفلسطين ولن نقبل بما يقسم الشعب او ينال من الحقوق الوطنية التي قال انها لن تنتزع بغير القوة وطريق المقاومة.

وذكر ابو علي مصطفى بمقولة الرئيس المصري الراحل جمال عبد الناصر عن الثورة الفلسطينية عندما قال ان هذه الثورة وجدت لتبقى واضاف ولتنتصر وستنتصر رغم الحصار والعدوان والاغتيالات والمؤامرات الاميركية وجدد تمسك الشعب وقواه بخيار الانتفاضة والمقاومة لاستعادة الحق وبالوحدة الوطنية التي دعا الى تعزيزها من اجل استدامة الانتفاضة والمقاومة التي قال ان الاحتلال لا يفهم غيرها.

يوسف: حماس تدعم قرار القيادة

انه يلقي كلمة القوى الوط والديمقراطية والاسلامية على القاعدة معربا عن امله في ان التجربة الوحدوية الراهنة الى والشعب التي قال ان الحركة ت لتحقيقها.

ووجه يوسف باسم حماس الت لحركة فتح قيادة وكوادر واع ومقاتلين والى السواعد التي ق الانطلاقة والثورة التي ق «حماس تسجل لها الاحـ والتقدير». وانتقد العودة الى د المفاوضات التي قال انها عملت ش في الجسد الوطني وان المقاومة الطريق الانجع للوصول الى الأه وقال ان حماس ترفض اي ات ينتقص من حق العودة والقدس مقدساتها الاسلامية والمسيـ واحيائها وازقتها وقال ان الحـ تدعم قرار القيادة الـرا للمقترحات الاميركية.

منصور يؤكد تمسك فتح بـ والقى امين سر اقليم ا منصور كلمة لاقليم ر والبيرة فاكد تمسك بالـ باعتبار سر الصمود والاستمرار المعركة الحاسمة التي يخوض شعبنا وقيادته ووجه التـ

# الجماهير تواصل بيعة الدم للأقصى



طفل على اكتاف والده حاملا لعبة على شكل سلاح آلي خلال احتفال رام الله بالانطلاقة.

## ‫ة برام الله في ذكرى انطلاقة فتح

# حقوق مقدسة غير قابلة للمقايضة أو المساومة

## ‫تصعيد الانتفاضة ومواجهة المؤامرة الاميركية

ابو علي مصطفى ‫ية فوجه التحية ‫رفات والى كوادر ‫لحركة التي اعتبر ‫جيدا في التاريخ ‫ال ان الراية التي ‫ذ انطلاقتها ستبقى ‫ها ارواح الشهداء ‫يات. واكد تمسك ‫وطنية وحرصها ‫ل تجمعنا المقاومة ‫وفلسطين ولن ‫شعب او ينال من ‫التي قال انها لن ‫وطريق المقاومة.

‫مصطفى بمقولة ‫لراحل جمال عبد ‫الفلسطينية عندما ‫ة وجدت لتبقى ‫وستنتصر رغم ‫ان والاغتيالات ‫كية وجدد تمسك ‫خيار الانتفاضة ‫الحق وبالوحدة ‫الى تعزيزها من ‫تفاضة والمقاومة ‫دل لا يفهم غيرها. ‫تدعم قرار القيادة ‫للامتين العربية والاسلامية على ‫حات الاميركية

انه يلقي كلمة القوى الوطنية والديمقراطية والاسلامية على هذه القاعدة معربا عن أمله في ان تقود التجربة الوحدوية الراهنة الى وحدة الشعب الذي قال ان الحركة تسعى لتحقيقها.

ووجه يوسف باسم حماس التحية لحركة فتح قيادة وكوادر واعضاء ومقاتلين والى السواعد التي فجرت الانطلاقة والثورة التي قال ان «حماس تسجل لها الاحترام والتقدير». وانتقد العودة الى دوامة المفاوضات التي قال انها عملت شرخا في الجسد الوطني وان المقاومة هي الطريق الانجع للوصول الى الاهداف وقال ان حماس ترفض اي اتفاق ينتقص من حق العودة او القدس بكل مقدساتها الاسلامية والمسيحية واحيائها وازقتها وقال ان الحركة تدعم قرار القيادة الرافض للمقترحات الاميركية.

منصور يؤكد تمسك «فتح» بمبادئها
والقى امين سر الاقليم ابو علاء منصور كلمة فتح لاقليم رام الله والبيرة فاكد تمسكه بالوحدة باعتبارها سر الصمود والاستقرار في المعركة الحاسمة التي يخوضها شعبنا وقيادته ووجه التحية

التحية للقائد المؤسس والفدائي الاول مفجر الانطلاقة الرئيس ياسر عرفات وللقيادة وارواح الشهداء ولابناء شعبنا في الشتات معاهدا الجميع بان يتحقق الاستقلال التام هذا العام وعودة اللاجئين وقال ان العرض العسكري للحركة سيكون في شارع صلاح الدين في العام المقبل باذن الله.

وكرس البرغوثي حيزا مهما من كلمته لينعى الشهداء واستنكر جرائم الاحتلال ومجازره متوعدا باراك وموفاز بان جرائمهم لن تذهب دون حساب.

وقال ان على حكومة باراك ان تدرك ان قيام الدولة الفلسطينية المستقلة وعاصمتها القدس هي عامل استقرار في المنطقة وان السلام لا يمكن ان يتحقق بدون الاعتراف بها وبحق العودة.

عرض عسكري ومسيرة حاشدين
وكانت حركة فتح نظمت قبل ذلك عرضا عسكريا ضخما شارك فيه مئات من ابناء التنظيم الملثمين بالكوفيات بزي اسود موحد، وهم يمتشقون الاسلحة المشرعة فوهاتها الى السماء.

وانطلق العرض من امام ملعب مدرسة الفرندز في البيرة واخترق الشوارع الرئيسية في المدينتين يتقدمه رتل من السيارات المزينة بصور الرئيس والاعلام الوطنية وملصقات الانطلاقة تبعتها فرقة من

والحرس الثوري باسلحتهم حيث مر العرض من امام المنصة تتقدمه مجموعة كبيرة من فتيات الحركة الموشحات بالكوفيات، في عرض عسكري لم تشهد المحافظة مثيلا له من قبل رغم الحصار المفروض على بلداتها وقراها واطلق المشاركون في العرض زخات كثيفة من الرصاص في الهواء احتفاء بالمناسبة وتنديدا بجرائم الاحتلال وحملة الاغتيالات ورددوا شعارات توعدت بالثأر والانتقام من القتلة، ولم يلتزم المشاركون بالتعليمات الصارمة للحركة ونداءات القيادة بعدم اطلاق الرصاص في الهواء. وتبع العرض مسيرة جماهيرية حاشدة جدد المشاركون فيها البيعة للرئيس عرفات واكدوا التفافهم حول قيادته الحكيمة وتقدم المسيرة قادة الحركة وممثلو القوى السياسية والاحرار والاتحادات والفعاليات في تعبير عن الوحدة الوطنية المتجسدة عمليا على الارض، ورفع المشاركون الاعلام وصور الرئيس ويافطات اكدت التزام الحركة بالثوابت وبالحقوق وقرارات الاجماع الوطني وبالمبادئ والاهداف التي انطلقت من اجل تحقيقها ووقوفها خلف قيادة المؤسس ودعمها لقراراته الحكيمة في تمسكه بالثوابت ورفض المؤامرة الاميركية. واخترقت المسيرة الشوارع الرئيسية التي زينت