# EXHIBIT A.658

"Member of the Fatah Central Committee and representative of President Yasser Arafat at the [memorial] ceremony, Sakhr Habash Abu Nizar, said that in every Palestinian there is a self-sacrificer . . . Habash emphasized that he and his [Fatah] movement strive for the Intifada and its escalation, out of loyalty to the blood of Thabet and the blood of all the *Shahids* (Martyrs). He said that the Intifada is a legitimate right and a drawn sword borne by the *Shahids* standing up to the Zionist expansion."

["Bring Israel War Criminals to Justice", Al-Hayat Al-Jadida (Feb. 16, 2001)]



PLAINTIFF'S EXHIBIT 658

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Bring Israel War Criminals to Justice", Al-Hayat Al-Jadida (Feb. 16, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Bring Israel War Criminals to Justice", Al-Hayat Al-Jadida (Feb. 16, 2001).

Dated: February __, 2014

_____
ROEE COHEN

Al-Hayat - J, Feb 16, 2002

# الدعوة الى تقديم مجرمي الحرب الاسر

- حبش: الانتفاضة حق مشروع وسيف مشرع في مواجهة المد الصهيوني نظرية الأمن الاسرائيلي
- محاميد: المقاومة حق مشروع كفلته القوانين و
- ملوح يدعو الى تعزيز مقومات الص لأعراف الدولية وسلام رام الله يساوي سلا


الشهيد د. ثابت


هاشم محاميد


عبد الرحيم ملوح

صخر حبش

رام الله - الحياة - نائل موسى –
ندد ممثلو القوى السياسية امس بعمليات القتل والاغتيالات التي تنفذها اذرع الاحتلال بقرار واوامر سياسية على اعلى مستوى واعتبروها جرائم حرب من الدرجة الاولى توجب تقديم آمريها ومنفذيها الى محاكم الاختصاص الدولية.

وصب ممثلو القوى غضبهم على ايهود باراك المنتهية فترة ولايته وحملوه بصفته الشخصية والرسمية مسؤولية عمليات القتل والعقوبات الجماعية الارهابية وعواقبها التدميرية على المنطقة وعملية السلام ورأوا ان باراك بتصعيده السافر والخطير على الصعيدين العسكري والسياسي يحاول توريث خليفته شارون دموية لمواصلة رقصة الموت على ارض الفلسطينية.

فيما حذرت القوى رؤساء حكومة اسرائيل من مغبة مواصلة العدوان بالتأكيد على ان تل ابيب لن تنعم بالأمن، اعلنت حركة فتح في رام الله ان الحصار الظالم وتقطيع اوصال الوطن وحشر شعبنا في سجون كبيرة سيقابل قريباً بتشويش طرقات العدو وتوعدت بالاعلان خلال الايام المقبلة عن برنامج نضالي كفاحي لأداء صعر العدوان.

وتحول مهرجان تأبين الشهيد ثابت ثابت الذي اقامته حركة فتح برام الله في الذكرى الاربعين لاغتياله الى تظاهرة غضب حاشدة على سياسة القتل والقمع والتنكيل وتوعدت بالثأر لدماء الشهداء.

وقال عضو اللجنة المركزية لحركة فتح ممثل الرئيس ياسر عرفات في المهرجان صخر حبش "ابو نزار" ان في داخل كل فلسطيني فدائياً هو رهن اشارة ما يمليه عليه ضميره وتتطلبه منه قضيته الوطنية وأنه مستعد للعمل في كل لحظة.

ورأى ابو نزار ان عمليات الاغتيال اسقطت قناع الديموقراطية وكشفت عن وجه باراك والصهيونية البشع الذي يحاول اجهاض الانتفاضة بأبشع الوسائل وأن باراك يحاول تسليم العهدة الدموية الى شارون.

وأكد حبش حرصه والحركة على استمرار الانتفاضة وتصعيدها وفاءً لدماء ثابت وكل الشهداء وقال ان الانتفاضة حق مشروع وسيف مشرع يحمله الشهداء في مواجهة المد الصهيوني في المنطقة.

وبخصوص استئناف المفاوضات اكد ان العودة للمفاوضات يجب ان تستند الى مرجعيات جديدة وتنطلق من هدف تطبيق قرارات الشرعية الدولية ذات العلاقة.

وجدد عضو اللجنة المركزية في كلمته الثقة بشعبنا وسلطته وقيادته والاحمد ة اللاجنة التنفيذية للمنسس ودعا الى ترسيخ وتعزيز الوحدة خلف الاهداف والتطلعات.

### ملوح: شعبنا سيواصل انتفاضته حتى دحر الاحتلال

واكد عضو اللجنة التنفيذية لمنظمة التحرير عضو المكتب السياسي للجبهة الشعبية عبد الرحيم ملوح في كلمة القوى السياسية استحالة كسر ارادة شعبنا الذي صقلته التجارب وصمد في كل المعتقلات.

وقال ان شعبنا سيواصل الانتفاضة حتى تحقيق قضاياه العادلة وتحرير ارضه ومستعد لمواصلة الطريق حتى بلوغ اهدافه ولن تفيد باراك وشارون سياستهما الجديدة في شيء فيما يتعلق باجهاض الانتفاضة التي هزمت باراك ولن يكون مصير خليفته افضل حالاً داعياً في هذا السياق الى ادامة الانتفاضة بتعزيز مقومات الصمود والمجابهة لافشال المخطط الاحتلالي

وكسر نظرية الامن الاسرائيلي ومحاصرة شارون وعزله.

وناشد الرئيس ملوح بذل جهود اكبر لترتيب البيت الفلسطيني ومحاربة اوجه الخلل والمسؤولين عنه لتوفير مقومات الصمود والمقاومة.

ودعا الاحتلال لأخذ العبر والدروس من المناضل خليل ابو عليه الذي قال انه سيتحول الى ظاهرة اذا ما استمر القمع والتنكر.

### درس استعرض التاريخ النضالي للدكتور ثابت

وألقى الدكتور..الشهيد ثابت في نقابة اطباء الاسنان كلمة مجمع النقابات المهنية فأشاد فيها بشخص ونضال الشهيد ثابت على الصعيدين الوطني والاجتماعي ودوره في العمل النقابي وفي الحركة الاسيرة داخل السجون خاصة انصار 3 ودوره الاجتماعي. وقال ان دماء ثابت تستعرض النبات في الارض وفي الصفوف المتقدمة للانتفاضة منزرعين في ارضنا ثابتين على حقوقنا العادلة وتطلعاتنا المشروعة.

### الزعارير: انتفاضة الأقصى قوة نضالية مشروعة

واعتبر رئيس منظمة الشبيبة الفتحاوية في الضفة فهمي الزعارير ان المستقبل ملك لأجيالنا الامينة والدفاع عن حقوق شعبنا وتطلعاته تماماً كما فعل ثابت عندما بايع الأقصى بدمه.

وأكد الزعارير ان انتفاضة الاستقلال والحرية ليست حدثاً عابراً بل قوة

نضالية مشروعة للخلاص والانفكاك من الاحتلال.

وحذر جنرالات الاحتلال وقادته من انهم لن ينعموا بالأمن ما لم ينعم به شعبنا اولاً وقال "سيندم شارون لأنه قدم وعوداً واهية بالأمن للناخبين".

ودعا منظمة التحرير والسلطة الوطنية الى عدم استئناف المفاوضات الا من حيث انتهت وعلى اساس قرارات الشرعية الدولية وقال ان مرحلة شارون هي الاكثر ملاءمة للسياسة والديبلوماسية الفلسطينية ويجب استثمارها.

### محاميد يؤكد وحدة الشعب الفلسطيني في أماكن تواجده

وألقى عضو الكنيست النائب العربي هاشم محاميد كلمة شعبنا داخل الخط الاخضر الذي يعرف الشهيد ثابت وصادقه وقال ان يد الغدر اغتالته لأنها عرفت صلابته وحبه لوطنه والثورة والثوار وقال ان ثابت رغم الموت لا يزال حياً بيننا بشموخه ومبادئه ومثله.

وأكد محاميد وحدة الشعب الفلسطيني في كل اماكن تواجده وقال ان 8 ملايين فلسطيني، باقون هنا على ارضهم رغم الشهداء والجرحى والأسرى وقال ان المقاومة حق مشروع كفلته القوانين والأعراف الدولية للخلاص من الاحتلال وأن الانتفاضة لن تتوقف لن يكون قبل انهاء الاحتلال وليس من اجل عودة الاوضاع الى ما كانت عليه قبل 28/ 9 الماضي.

وأشاد محاميد بقرار الجماهير العربية مقاطعة الانتخابات لرئاسة وزراء اسرائيل وقال ان الجماهير ما كان لها ان تفاضل بين سيء غير مأسوف على رحيله وسيء قادم خاصة وأن شارون لا يخيفنا ولا يجب

ان يخيف احداً لحظة يعلم في سلام رام الله بـ يب وان اسلام لجبهة الجحيم اذا ما اشتعل س

غنيم: باراك ما ز هواية القتل ا

وألقى عضو المجلس غنيم كلمة حركة فتح مجدداً فيها مواقف الشه في الحركة العليا وا انطلق من معرفة العد السياسة الفلسطينية ويجب استثمارها.

وأكد على خطى شهيدنا الـ الصفوف الاولى في ان ما زال باراك السيا والعسكري المهزوم يـ القتل اليومي ويحاول المقبلة التي يأمل ان دفاعها لاشباع نهمه لل وحذر من ان عزف ال ومدننا ستنتقل الى م سترقص على وقع الـ وتوعدا بالثأر على ابواب الـ الكفاحي على ابواب السلطة لتسقطه الانتف كما فعلت بسلفه بارا واختتم مهرجان تا بحضور لفيف من ك وممثلي القوى الـ الشعبية وقادة حركة رسميين بكلمة ذوي شقيقه جمال ثابت ر الشهيد واطفاله والـ المحافظة.

وتولى الكاتب والشـ ادارة وعرافة المهرجا قاعة فندق كازابلانكا وقدم وصلات موـ والكلمات الحماسية





■ ملوح يدعو الى تعزيز مقومات الصمود لـ...

لأعراف الدولية وسلام رام الله يساوي سلام تل ابيب

المد الصهيوني
...فلته القوانين و



هاشم محاميد



الشهيد د. ثابت ثابت

عبد الرحيم ملوح

القاهرة - قدس برس - أصدر المؤتمر التاسع لمنظمة العواصم والمدن الإسلامية الذي عقد في القاهرة الثلاثاء وأنهى أعماله أمس بيانا دعا إلى مساندة الانتفاضة والحفاظ على التراث الفلسطيني وعلى الأرض الفلسطينية في مواجهة التهويد الصهيوني المستمر.

ودعا البيان إلى دعم ومساندة المدن والقرى والبلدات الفلسطينية في وجه الاحتلال الغاشم على الشعب الفلسطيني بشكل يترجم بشكل علمي ومحدد المساندة العقلية للشعب الفلسطيني في محنته، كما دعا إلى الحفاظ على التراث الفلسطيني من الاندثار.

وأصدر المؤتمر قرارا بإنشاء صندوق للتعاون بين العواصم والمدن الإسلامية لتدبير الموارد المالية للحفاظ على التراث الإسلامي المهدد بالتدمير، ليس فقط بسبب عوامل الاندثار التقليدية بل وأيضا بسبب تغير الأحوال الاجتماعية والبيئية والاقتصادية، وكذلك الحفاظ على هوية وتراث العواصم الإسلامية. وأوضح القرار أن الهدف من الصندوق هو العمل على تحقيق أنظمة ومخططات عمرانية شاملة لتوجيه نمو العواصم والمدن الإسلامية وفقا لواقعها الاجتماعي والاقتصادي والثقافي والبيئي. وقد تعهد قادة البلديات والمدن

ان يخيف أحدا لحظة واحدة ويجب ان يعلم ان سلام رام الله يساوي سلام تل ابيب وان لا سلام لجهة دون اخرى وان الجحيم اذا ما اشتعل سيطال الجميع.

غنيم: باراك ما زال يواصل هواية القتل اليومي

وألقى عضو المجلس الثوري أحمد غنيم كلمة حركية فتح العليا في الضفة معددا فيها مآقب الشهيد ودوره البارز في الحركة العليا وقال ان قرار اغتياله انطلق من معرفة العدو وحبه للثورة والانتفاضة. وأكد على سير الحركة على خطى شهيدها الراحل وتقدمها الصفوف الأولى في انحاء الوطن وقال ما زال باراك السياسي الفاشل والعسكري المهزوم يمارس هواية القتل اليومي ويحاول توريثه للحكومة المقبلة التي يأمل في اشغال وزير دفاعها لاشباع نهمه للدم الفلسطيني.

وحذر من ان عزف الحرب على غزة ومدننا ستنتقل الى مدن الكيان التي سترقص على وقع الموت كما مدننا وتوعدان بتصدير الحركة بيانها الكفاحي على أبواب تسلم شارون السلطة لتسقطه الانتفاضة والمقاومة كما فعلت بسلفه باراك.

واختتم مهرجان ثابت الذي حظي بحضور لفيف من كافة الفصائل وممثلي القوى السياسية والأطر الشعبية وقادة حركة فتح ومسؤولين رسميين بكلمة ذوي الشهيد ألقاها شقيقه جمال ثابت بحضور زوجة الشهيد وأطفاله والمئات من أبناء المحافظة.

وتولى الكاتب والشاعر المتوكل طه ادارة وعرافة المهرجان الذي أقيم في قاعة فندق كازابلانكا في مدينة رام الله وقدم وصلات من الاشعار الثائرة والكلمات الحماسية ذات الأثر البالغ.

نضالية مشروعة للخلاص والانفكاك من الاحتلال.

وحذر جنرالات الاحتلال وقادته من انهم لن ينعموا بالأمن ما ينعم به شعبنا أولا وقال «سيندم شارون لأنه قدم وعودا واهية بالأمن للناخبين».

ودعا منظمة التحرير والسلطة الوطنية الى عدم استئناف المفاوضات الا من حيث انتهت وعلى أساس قرارات الشرعية الدولية وقال ان مرحلة شارون هي الأكثر ملاءمة للسياسة والدبلوماسية الفلسطينية ويجب استثمارها.

محاميد يؤكد وحدة الشعب الفلسطيني في أماكن تواجده

وألقى عضو الكنيست النائب العربي هاشم محاميد كلمة شعبنا داخل الخط الأخضر الذي عرف الشهيد ثابت وصادقه وقال ان بيد الغدر اغتالته لأنها عرفت صلابته وحبه لوطنه والثورة والثوار وقال ان ثابت رغم الموت لا يزال حيا بيننا بشموخه ومبادئه ومثله.

وأكد محاميد وحدة الشعب الفلسطيني في كل أماكن تواجده وقال ان 8 ملايين فلسطيني، باقون هنا على ارضهم رغم الشهداء والجرحى والأسرى وقال ان المقاومة حق مشروع كفلته القوانين والأعراف الدولية للخلاص من الاحتلال بكل الوسائل المتاحة وان الانتفاضة لن تتوقف قبل انهاء الاحتلال وليس من اجل عودة الأوضاع الى ما كانت عليه قبل ٢٨/٩ الماضي.

وأشاد محاميد بقرار الجماهير العربية مقاطعة الانتخابات لرئاسة وزراء اسرائيل وقال ان الجماهير ما كان لها ان تفاضل بين سيئ وغير مأسوف على رحيله وسيئ قادم خاصة وأن شارون لا يخيفنا ولا يجب

...المد الصهيوني
...فلته القوانين و...
...ية الأمن الإسرائيلية
...ارون وعزله.
...الرئيس بذل جهود اكبر
...الفلسطيني ومحاربة
...المسؤولين عنه لتوفير
...مود والمقاومة.
...ال لأخذ العبر والدروس
...بل أبو علبة الذي قال انه
...ظاهرة اذا ما استمر القمع

...ستعرض التاريخ
...للدكتور ثابت

...في نقابة أطباء الأسنان
...قابات المهنية فأشاد فيها
...ال الشهيد ثابت على
...الوطني والاجتماعي
...عمل النقابي وفي الحركة
...السجون خاصة انصار
...تماعي. وقال ان دماء
...رض الثبات في الارض
...في المتقدمة للانتفاضة
...رضنا ثابتين على حقوقنا
...عاتنا المشروعة.

...: انتفاضة الأقصى
...ضالية مشروعة

...يس منظمة الشعبية
...الضفة فهمي الزعارير ان
...لأجيالنا لحمل الأمانة
...حقوق شعبنا وتطلعاته
...ثابت عندما بايع الأقصى

...ير ان انتفاضة الاستقلال
...ست حدثا عابرا بل قوة



الأخير في أمة تأكل ما لا تزرع