# EXHIBIT A.659

"The Supreme Follow-up Committee of the Intifada in the Gaza districts called upon the masses of our Palestinian people to continue the Intifada, to escalate it, and to oppose the Israeli-American aggression machine with all their might. It emphasized that the escalation and deepening of the Intifada is the definitive practical response to the criminal American-British aggression against sister Iraq . . . What the Palestinian people are subjected to at the hands of the Zionists, with overt American support, and the ongoing American aggression that Iraq is subjected to make striking American and Israeli presence and interests a legitimate aim for the Arab masses . . . . The Committee declared tomorrow, Wednesday, a day of popular fury throughout the Gaza districts, when our people will emphasize its solidarity with sister Iraq."

["The Supreme Follow-up Committee calls to continue and escalate the Intifada, and to oppose the Israeli aggression", Al-Hayat Al-Jadida (Feb. 20, 2001)]



PLAINTIFF'S EXHIBIT 659

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                   Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                   Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "The Supreme Follow-up Committee calls to continue and escalate the Intifada, and to oppose the Israeli aggression", Al-Hayat Al-Jadida (Feb. 20, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "The Supreme Follow-up Committee calls to continue and escalate the Intifada, and to oppose the Israeli aggression", Al-Hayat Al-Jadida (Feb. 20, 2001).

Dated: February __, 2014

_____
ROEE COHEN

Hayat-J. Feb. 20, 2001   Hayat

الثلاثاء ٢٠/٢/٢٠٠١

## لجنة المتابعة العليا تدعو الى مواصلة الانتفاضة وتصعيدها والتصدي للعدوان الاسرائيلي

غزة - الحياة - دعت لجنة المتابعة العليا للانتفاضة في محافظات غزة جماهير شعبنا الفلسطيني الى مواصلة الانتفاضة وتصعيدها والتصدي بكل قوة لآلة العدوان الاسرائيلية الاميركية مؤكدة ان تصعيد الانتفاضة وتجذيرها هو الرد العملي الحاسم على العدوان الاميركي البريطاني المجرم على العراق الشقيق.

واهابت اللجنة في بيان لها امس شعوب امتنا العربية واحزابها وقواها وهيئاتها الاجتماعية الى ادانة هذا العدوان والوقوف بحزم مع الشعب العراقي الشقيق لكسر الحصار المفروض عليه وممارسة كافة الضغوط الجماهيرية مع الحكومات العربية للاسراع في فك الحصار المفروض عليه.

وقال «ان ما يتعرض له الشعب الفلسطيني على ايدي الصهاينة بدعم اميركي صريح وما يتعرض له العراق الشقيق من عدوان اميركي متواصل يجعل من ضرب الوجود والمصالح الاميركية والاسرائيلية هدفاً مشروعاً للجماهير العربية.

وطالبت مؤتمر القمة المقبل باتخاذ قرارات واجراءات صريحة تدين العدوان على الشعب العراقي وكسر الحصار المفروض عليه. كما طالبت الدول العربية بمنع استخدام اراضيها قواعد انطلاق لضرب العراق ومقدراته.

ودعا بيان لجنة المتابعة العليا كل شعوب العالم ودوله وهيئاته ومؤسساته بادانة العدوان الظالم على العراق والوقوف في وجه السياسات العدوانية للادارة الاميركية الجديدة التي بدأت خطابها باشهار سلاح القوة والعدوان على العراق لتخويف وترويع العالم بأسره مطالبة الجمعية العامة للامم المتحدة وامينها العام برفع الحصار عن العراق واطلاق اسره من هذا القيد الاميركي الغاشم.

واعلنت اللجنة يوم غد الاربعاء يوم غضب شعبي عارم في كل محافظات غزة يؤكد فيه شعبنا تضامنه مع العراق الشقيق. ودعت جماهير شعبنا الى التجمع في تمام الساعة الحادية عشرة صباحاً والانضمام الى المسيرة الحاشدة التي ستنطلق من امام مقر المجلس التشريعي الى مقر الامم المتحدة بغزة.