# EXHIBIT A.665

"At the [sports] field of the 'Abd Al-Majid Tayeh' school, sponsored by director of the Education Administration Jamal Tarif and by Sports Supervisor Jamal Udeh… the Tulkarm Martyrs' (*Shahids*) Football Tournament will begin – [named] the heroic Martyr of [the Izz A-Din] Al-Qassam [Brigades'] Abed Al Basset Udeh Cup – in which seven teams named after Martyrs who sacrificed their lives for the homeland and [for fulfilling their] duty will participate.

The teams are:

The Martyr Taher Qaneb team, the Martyr Raed Karmi team, the Martyr Wajdi Al-Hittab team, the Martyr Tarek Abu Safaka team, the Martyr Tarek Alqato team, the Martyr Mahmoud Marmash team and the Martyr Husam Al-Hamshari team.
The tournament is being held in a 'knockout' format … It should be noted that prizes will be handed out to winners at the end of the tournament. Prizes are given on behalf of the Martyrs' brother, Issam Udeh."

Notes:
Abed Al Basset Udeh (suicide attack, killing 31 Israelis on Passover, March 27, 2002)
Raed Karmi (Fatah Al-Aqsa Martyrs' Brigades commander, Tulkarm)
Tarek Abu Safaka (suicide attack, killed 3, Feb. 10, 2002)
Tarek Alqato (Al-Aqsa Martyrs' Brigades)
Mahmoud Marmash (suicide bomber, Netanya).

["Soccer Tournament, Shahid Abd Al-Baset Udeh," Al-Hayat Al-Jadida (Jan. 21, 2003)]


PLAINTIFF'S EXHIBIT 665

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Soccer Tournament, Shahid Abd Al-Baset Udeh," Al-Hayat Al-Jadida (Jan. 21, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Soccer Tournament, Shahid Abd Al-Baset Udeh," Al-Hayat Al-Jadida (Jan. 21, 2003).

Dated: March 3, 2014

                                                              _____
                                                              ROEE COHEN

Jan 21 2003

... لسطيني لحقوق الإنسان رد، والتي تهدف
بما اثار جبر و ... وحرية التعبير
وعند الشباب ا ...
التعددية.

# على كأس الشهيد القسامي عبد الباسط عودة
# مدرسة عبد المجيد تايه تحتضن بطولة شهداء طولكرم الكروية

طولكرم - الحياة الرياضية - منتصر العناني - على كأس الشهيد البطل القسامي عبد الباسط عودة تنطلق على ملعب مدرسة عبد المجيد تايه بالمدينة وتحت رعاية مدير التربية جمال عودة وبحضور مدير المدرسة جمال عياط رئيس اللجنة الرياضية والمشرف الرياضي جمال عودة واعضاء اللجنة سداسيات شهداء طولكرم بكرة القدم بطولة الشهيد عبد الباسط عودة بمشاركة سبعة منتخبات التي تحمل اسماء الشهداء الذين قدموا ارواحهم فداء للوطن والواجب. والمنتخبات هي:

منتخب الشهيد طاهر قنب، الشهيد رائد الكرمي، الشهيد وجدي الحطاب، الشهيد طارق ابو سفاقة، والشهيد طارق القطو، الشهيد محمود مرمش، والشهيد حسام الهمشري. وتسير البطولة بنظام خروج المغلوب من مرة واحدة ويطبق فيها القانون الدولي وتبدأ اولى مباريات البطولة بلقاء يجمع منتخبي الشهيد طاهر قنب والشهيد رائد الكرمي. بشار الى انه وفي ختام البطولة سيتم توزيع الجوائز على الفائزين والجوائز مقدمة من شقيق الشهيد عصام عودة.