# EXHIBIT A.666

"The Popular Front [for the Liberation of Palestine] held a rally with speeches and artistic [events] yesterday evening in honor of [Qalqilya] district Martyrs on the occasion of the second anniversary of the Martyrdom of Raed Mussa Nazzal (Abu Al-Asir), member of the Popular Front Central Committee and commander of the Abu Ali Mustafa Brigades in the district. This [took place] in the Martyr Raed Nazzal Square in the city center."

["Qalqilya's Martyrs Honored on the Second Anniversary of the Martyrdom Death of Abu Ali Mustafa Brigades' Commander", Al-Hayat Al-Jadida (May 1, 2004)]


PLAINTIFF'S EXHIBIT 666

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Qalqilya's Martyrs Honored on the Second Anniversary of the Martyrdom Death of Abu Ali Mustafa Brigades' Commander", Al-Hayat Al-Jadida (May 1, 2004).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Qalqilya's Martyrs Honored on the Second Anniversary of the Martyrdom Death of Abu Ali Mustafa Brigades' Commander", Al-Hayat Al-Jadida (May 1, 2004).

Dated: February 27, 2014

                                                              ROEE COHEN

# تكريم شهداء قلقيلية في الذكرى السنوية الثانية لاستشهاد مسؤول كتائب ابو علي مصطفى



نشطاء من الجبهة الشعبية في استعراض عسكري بقلقيلية امس.

قلقيلية - الحياة الجديدة - مازن بغدادي -
نظمت الجبهة الشعبية مساء امس مهرجانا فنيا وخطابيا تكريما لشهداء المحافظة لمناسبة الذكرى السنوية الثانية لاستشهاد عضو اللجنة المركزية للجبهة الشعبية وقائد كتائب الشهيد ابو علي مصطفى في المحافظة رائد موسى نزال «ابو الاسير» وذلك في ساحة الشهيد رائد نزال وسط المدينة.

وابتدأ الحفل بالسلام الوطني وقراءة الفاتحة على ارواح الشهداء ثم الوقوف دقيقة حداد على ارواح الشهداء.

والقى احمد سعدات كلمة عبر الهاتف حيا فيها صمود مواطني المحافظة مستذكرا الشهداء والاسرى معاهدا اياهم بالاستمرار على خطاهم حتى تحقيق اهداف شعبنا في الحرية والاستقلال واقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف مشيدا بالمقاومة العراقية التي تؤكد يوميا على ان قدرة اميركا على احتلال العراق لا يعني انها قادرة على تركيعه.

وندد سعدات باستمرار المجازر الصهيونية ضد شعبنا والمدعومة اميركيا والتي تجاوزت كافة الخطوط الحمراء منددا برسالة الضمانات الاميركية لشارون والتي كانت نتيجة منطقية للدعم الاميركي اللامحدود لاسرائيل. وقال سعدات ان خطورة المرحلة التي يمر بها شعبنا تتطلب من قواه الوطنية والاسلامية كافة رفضا واضحا وترك المراهنة على الموقف الاميركي الذي لا يقود شعبنا الا الى الاستسلام واضاف انه يجب علينا التمسك بالانتفاضة والمقاومة بديلا لخطة شارون وكافة المخططات المعادية.

ودعا سعدات الى اعادة صياغة البرنامج السياسي الوطني لادارة الصراع مع اعداء شعبنا واعادة صياغة خطابنا السياسي الموجه للدول العربية ومطالبة القمة العربية القادمة بتوفير الدعم للعراق وفلسطين كما طالب بالتسريع لبناء القيادة الوطنية كصياغة جماعية ومرجعية لنضاله واعداة بناء كافة مؤسسات شعبنا على اسس علمية واضحة وتفعيل كافة قطاعات شعبنا لمواجهة جدار الفصل العنصري وآثاره اضافة الى ضرورة الاعلان السياسي الواضح من منظمة التحرير لرفض المرجعية الاميركية للعملية السلمية وتأمين الحماية الدولية لشعبنا.

ثم القى عبد الرحمن نزال شقيق الشهيد الذي قضى مع الشهيد محمد كامل نزال والشهيد محمد عودة نزال على ايدي الوحدات الخاصة الاسرائيلية قبل حوالي اسبوع كلمة اكد فيها للقضية الوطنية وقال اننا نحتفل بذكرى عزيزة على قلوبنا ذكرى استشهاد الرفيق نزال قائد كتائب الشهيد ابو علي مصطفى فلتكن هذه المناسبة ذكرى لتعزيز الكفاح والوحدة على اسس برنامج وطني واضح لاستنهاض طاقات وهمم شعبنا لمقاومة مخططات بوش وشارون وكافة المخططات المعادية.

اصرار ذوي شهداء حركة فتح على مشاركة اخوانهم في الجبهة الشعبية لتكريمهم مجددا العهد والقسم على الا يذهب دمهم هدرا داعيا الى تعزيز الوحدة الوطنية منددا بالمجازر الصهيونية ضد شعبنا والصمت العربي الرسمي تجاه معاناة شعبنا والتواطؤ الاميركي مع اسرائيل.

وتخللت الحفل فقرات فنية ودبكات شعبية ومسرحيات وطنية هادفة وملتزمة اضافة الى عرض عسكري لمجموعة من كتائب الشهيد ابو علي مصطفى كما تم توزيع الدروع على ذوي الشهداء تكريما لتضحياتهم.

## حزب الشعب يعقد مؤتمره الثالث في محافظة طولكرم

طولكرم - الحياة الجديدة - مراد ياسين - عقد حزب الشعب في محافظة طولكرم امس في مسيرة النضال والحفاظ على مسيرة الوحدة الوطنية ودورة البارز على صعيد عرفات واعلن المؤتمر التفافه حول القيادة الشرعية وعلى رأسها الرئيس عرفات.

## توزيع كفالات اسر في المغازي

محافظة الوسطى - الحياة الجديدة - باسم ابو شارب - وزعت لجنة زكاة معسكر المغازي امس الدفعة الخامسة والعشرين من كفالات الاسر ضمن برنامج «من اسرة