# EXHIBIT A.670

"More than five thousand citizens participated in a mass rally… yesterday . . . carrying a symbolic coffin of the Martyr Mahmoud Marmash, 20, who died in an explosion operation (*i.e.*, terror attack) which he carried out opposite a shopping center in central Netanya, leading to the death of at least 6 Israelis and the injury of some 135 more . . . The announcement made through the loudspeakers congratulated the people of Tulkarm for this hero who embraced the land and kissed it so that the soil would be purified from the occupation's filth . . ."

["Symbolic funeral in Tulkarm for Martyr Marmash, who carried out the Netanya operation", Al-Hayat Al-Jadida (Articles regarding Mahmoud Marmash) (May 19-20, 2001)]



PLAINTIFF'S EXHIBIT 670

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Symbolic funeral in Tulkarm for Martyr Marmash, who carried out the Netanya operation", Al-Hayat Al-Jadida (Articles regarding Mahmoud Marmash) (May 19-20, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Symbolic funeral in Tulkarm for Martyr Marmash, who carried out the Netanya operation", Al-Hayat Al-Jadida (Articles regarding Mahmoud Marmash) (May 19-20, 2001).

Dated: March 3, 2014

                                                                ROEE COHEN

الحياة الجديدة — 5/5/01 — Al-Hayat J., May 19, 2001

بمشاركة الآلاف

# جنازة رمزية في طولكرم للشهيد مرمش منفذ عملية نتانيا

طولكرم - الحياة الجديدة - مراد ياسين - شارك أكثر من خمسة آلاف مواطن في مسيرة جماهيرية انطلقت عقب صلاة العصر أمس وطافت شوارع طولكرم حمل خلالها المشاركون نعشا رمزيا للشهيد محمود أحمد مرمش ٢٠ عاما الذي قضى في عملية تفجيرية نفذها أمام مجمع تجاري في وسط نتانيا وأدت إلى مقتل ستة اسرائيليين على الأقل وإصابة حوالي ١٣٥ آخرين، وكان الشهيد نفذ عمليته بعد أن قدم لوالدته طبقا من الحلوى على غير عادته صباح أمس.

وتجمع المشاركون في المسيرة أمام منزل عائلة الشهيد ونددوا بالمجازر التي ترتكبها قوات الاحتلال ضد أبناء شعبنا مؤكدين أن الثورة ستستمر حتى يتم تحرير الأرض والإنسان من دنس الاحتلال فيما تعالت الصيحات المطالبة بالانتقام لدماء الشهداء والمتوهدة بأن دمهم لن يذهب هدرا وألقيت خلال المسيرة العديد من الكلمات التي عاهدت كل دماء الشهداء على الاستمرار في درب النضال والثورة حتى يتم تحرير الأرض والإنسان من نير الاحتلال، ونعت كلمة القوى الوطنية والسياسية الشهيد البطل مرمش وكافة شهداء معركة الأقصى مؤكدة أن العملية التي نفذها البطل مرمش دليل واضح على نية شعبنا الاستمرار في المقاومة حتى دحر الاحتلال وأن دماء الشهداء لن تذهب هدرا ومنددة بجرائم الاحتلال الهمجية في ظل صمت مريب من قبل الدول التي تدعي بأنها راعية للسلام.

ونعت حركة حماس الشهيد مرمش مؤكدة أن عرس الشهادة لدليل على تصميم شعبنا وإرادته الصلبة في مقاومة كل الدبابات والطائرات الإسرائيلية التي قصفت الأطفال والشبيان والشيوخ العزل ضاربة بعرض الحائط كل القوانين والأعراف الدولية، وقال البيان الذي نقل عبر مكبرات الصوت هنيئا لأهالي طولكرم بهذا البطل الذي عانق الأرض وقبلها لتطهر التربة من دنس الاحتلال وأكد أن مسيرة الشهداء ستستمر حتى يتم تحرير كل الأماكن المقدسة ودعت حركة فتح إلى الثأر لدماء الشهداء وقالت إنه لا يجوز السماح لحكومة شارون بالإفلات من المسؤولية عن جرائم الحرب والمجازر التي ترتكب ودعت الحركة إلى تصعيد الانتفاضة حتى تحقيق أهدافها فيما ألقى ذوو الشهيد كلمة دعوا خلالها إلى الثأر لدماء كل الشهداء الذين قتلوا بدم بارد من قبل صهاينة عشوا قتل الأطفال والشبان الأبرياء دون أي ذنب يقترفون وثمنوا خلالها الهبة الجماهيرية للدفاع عن الأقصى ووجهوا تحية إجلال وإكبار إلى جميع الشهداء والجرحى الذين روّوا بدمائهم الزكية أرض الوطن وأكدت الحركة الإسلامية في كلمتها على أهمية مواصلة المسيرات والمهرجانات مع جنود الاحتلال والتصدي للقطعان المستوطنين وتحويل حياتهم على الطرق وفي المستوطنات إلى جحيم. ويذكر أن الشهيد مرمش هو الأصغر سنا من بين أفراد عائلته التي تتكون من ١١ فردا ، أربعة ذكور وست بنات، ووالد متوفى، وقالت والدة الشهيد مرمش أن ابنها قام بتقديم علبة حلوى البيها قبل تنفيذ عمليته مؤكدة انه قال لها انه سيغيب لمدة يومين برفقة أصدقائه لعمل ما، ويذكر أن الشهيد ترك وصية أكد خلالها أن الاحتلال فن أن "الإرهاب قائم على تركيع شعبنا الفلسطيني ولكنه لم يعلم طبيعة الدين الإسلامي الطريق القادر على رفع الظلم عن شعبنا الفلسطيني الأبي".

والدة الشهيد محمود مرمش منفذ عملية نتانيا تحمل صورة ولدها. و.أ.ف.ب.