# EXHIBIT A.671

"Khaled Mashaal, Head of the Political Bureau of the Islamic Resistance Movement, Hamas, congratulated the masses of Tulkarm for [having] their heroic Shahid (Martyr) Mahmoud Marmash . . . who carried out a Martyrdom operation (*i.e.*, suicide bombing) last Friday, leaving 11 dead and 150 injured in the Israeli ranks . . . Jamal Barham delivered a speech on behalf of the Political and National Forces . . . He conveyed greetings and good wishes to the family of the heroic Martyr Marmash, who carried out the heroic operation in Netanya."

["Memorial for Martyr Mahmoud Marmash in Tulkarm", Al-Hayat Al-Jadida (May 23, 2001)]



PLAINTIFF'S EXHIBIT 671

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Memorial for Martyr Mahmoud Marmash in Tulkarm", Al-Hayat Al-Jadida (May 23, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Memorial for Martyr Mahmoud Marmash in Tulkarm", Al-Hayat Al-Jadida (May 23, 2001).

Dated: March 3, 2014

                                                                _____
                                                                ROEE COHEN

مشعل القى كلمة عبر الهاتف اشاد فيها بالعمليات

# حفل تأبيني في طولكرم للشهيد محمود مرمش

طولكرم – مراد ياسين

هنا رئيس المكتب السياسي لحركة المقاومة الاسلامية «حماس» خالد مشعل الجماهير الكريمة بشهيدها البطل محمود مرمش الذي نفذ العملية الاستشهادية يوم الجمعة الماضي واوقع عددا كبيرا من القتلى والاصابات في صفوف الاحتلال مؤكدا ان العمليات الاستشهادية النوعية استطاعت ان تدب الرعب في قلب الكيان الصهيوني وان تزرع الخوف والقلق والرعب داخل اروقة القيادة الصهيونية مؤكدا ان لغة المقاومة هي اللغة الوحيدة التي يفهمها الاحتلال.

واكد ان الضربات الموجعة لكيان العدو من خلال سيل الاستشهاديين ستدفع الاحتلال الى الفرار من اراضي فلسطين كما فر من جنوب لبنان مهزوما وحذر مشعل من الالتفاف او ممارسة ضغوط من اجل وقف الانتفاضة مؤكدا ان المبادرات السياسية التي يطرحها البعض من حين لآخر هدفها القضاء على الثورة الفلسطينية والالتفاف على الحقوق الوطنية المشروعة للشعب الفلسطيني.

وكان مشعل يتحدث عبر الهاتف خلال حفل التأبين الذي نظمته حركة «حماس» للشهيد محمود مرمش الذي نفذ عملية استشهادية يوم الجمعة الماضية واوقع ١١ قتيلا و ١٥٠ اصابة في صفوف الاسرائيليين وحضر الاحتفال عدد كبير من ممثلي الهيئات والمؤسسات الوطنية وجمهور غفير من مواطني المحافظة وكانت فعاليات حفل التأبين بدأت بآيات عطرة من الذكر الحكيم ثم القى الشيخ محمود الحصري كلمة الحركة الاسلامية خلالها تهاني الحركة لاسرة الشهيد مر.. ث الذي فضل الشهادة على الحياة.

واستمع الحضور الى كلمات الشهيد الاخيرة المسجلة عبر الفيديو قبل تنفيذ العملية الاستشهادية التي أكد خلالها انه نفذ تلك العملية انتقاما لكل الشهداء الذين قتلوا بدم بارد وانتقاما للطفلة الرضيعة ايمان حجو التي قتلها الاحتلال دون رحمة او شفقة وتحدث الشيخ فتحي القرعاوي مؤكدا ان العمليات الاستشهادية تساهم في سقوط مقولة التوازن الاستراتيجي مؤكدا ان الاحتلال الذي استخدم كل آلته الحربية لقمع الانتفاضة لم يتمكن من مواجهة سيل الاستشهاديين.

كما القى جمال برهم كلمة القوى السياسية والوطنية جدد خلالها موقف القوى الوطنية والاسلامية الداعية الى استمرار وتصعيد الانتفاضة على قاعدة الوحدة الوطنية ورص الصفوف ناقلا التهاني والتبريكات لاسرة الشهيد البطل مرمش منفذ عملية نتانيا الباسلة.

والقى السيد عباس كلمة حركة حماس شدد خلالها على تمسك الحركة بخيار المقاومة والجهاد في سبيل الله مؤكدا ان مسيرة التسوية البتت فشلها على مدار عدة سنوات مؤكدا ان الاحتلال لا يفهم سوى لغة القوة.

والقى ذوو الشهيد كلمة شكروا خلالها كل من ساهموا في انجاح حفل التأبين مؤكدين انهم سيسلكون درب الجهاد والمقاومة حتى يتم دحر الاحتلال الى الابد.

## الاحتلال يشرع باقامة مواقع عسكرية على مفترق قرية النبي صالح برام الله

رام الله – نائل موسى – شرعت قوات الاحتلال عصر امس باقامة موقع عسكري على مفترق قرية النبي صالح شمال غرب رام الله.

وافاد مواطنون ان جنود الاحتلال نصبوا بعد عصر امس رشاشات ثقيلة واقاموا تحصينات على المفترق الذي تتفرع منه ثلاثة شوارع تصل رام الله بـ ١٢ قرية من قرى بني زيد الغربية واقاموا فوقها خيمة كبيرة استعدادا لجلب مزيد من التعزيزات وتحويلها الى نقطة عسكرية دائمة في مواجهة المواطنين العزل، وياتي هذا الاجراء العدواني في وقت شهدت فيه مختلف المحاور الرئيسية المؤدية الى مدينتي رام الله والبيرة تحركات غير عادية لدبابات قتالية ومعدات ثقيلة، بهدف احكام الحصار على المواطنين والحد من قدرتهم على التنقل والوصول الى أعمالهم ومصالحهم.

وعلى الصعيد ذاته طرا امس تشويش كبير على العملية التعليمية في قرى بني زيد الغربية ومنع طلاب القرى من الوصول الى قرية عابود حيث المدارس الثانوية وقال مواطنون ان قوات الاحتلال منعت الطلاب والمدرسين من قرية اللبن الغربي من الوصول الى مدارسهم في عابود والامر حدث مع القرى المجاورة.

