# EXHIBIT A.672



Caption to picture on Front Page of March 9, 2001 edition of Al-Hayat Al-Jadida:

"Mother of Martyr Ahmed Omar Alyan, who carried out the Martyrdom operation in Netanya, holds the 'last will' letter written by the Martyr before carrying out the operation, and a poster with his photograph, in his home in the Nur Al-Shams refugee camp near Tulkarem."

["A Symbolic Funeral for Martyr (Shahid) Ahmad Alyan in the Nour Shams Refugee Camp", Al-Hayat Al-Jadida (March 9, 2001)]

1



PLAINTIFF'S EXHIBIT 672



Headline: "Died as a Martyr in Netanya following Martyrdom-seeking operation – symbolic funeral for Shahid Ahmed Alyan at the Nur Al-Shams Refugee Camp."

"The Tulkarem district masses participated yesterday in a symbolic funeral for the Martyr Ahmed Omar Alyan, 23, in his place of birth, the Nur Al-Shams refugee camp . . . . During the procession, participants waved Palestinian flags and photographs of the Martyr, and called out national slogans denouncing the occupation and praising the heroic operations (i.e., terror attacks), emphasizing that the revolution would continue up until the achievement of our national goals . . . . Calls were also heard demanding to avenge the Martyrs' blood, while 21 shots were fired in the air, in honor of the Martyr. At the end of the procession a memorial ceremony was held, with speeches in which [speakers] swore to the blood of the Martyrs to continue in the path of struggle and revolution . . . "

["A Symbolic Funeral for Martyr (Shahid) Ahmad Alyan in the Nour Shams Refugee Camp", Al-Hayat Al-Jadida (March 9, 2001)]

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "A Symbolic Funeral for Martyr (Shahid) Ahmad Alyan in the Nour Shams Refugee Camp", Al-Hayat Al-Jadida (March 9, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "A Symbolic Funeral for Martyr (Shahid) Ahmad Alyan in the Nour Shams Refugee Camp", Al-Hayat Al-Jadida (March 9, 2001).

Dated: February 27, 2014

                                                          ROEE COHEN

Case 1:04-cv-00397-GBD-RLE    Document 547-450    Filed 06/25/14    Page 5 of 7

Ex-41, Ahmed Alyan, Mar. 9, 2001

The caption to the picture states:

> "Mother of **Martyr** Ahmed Omar Alyan, who carried out the **Martyrdom operation** in Netanya, holds the 'last will' letter written by the **Martyr** before carrying out the operation, and a poster with his photograph, in his home in the Nur Al-Shams refugee camp near Tulkarem."
> [*Al-Hayat Al-Jadida*, March 9, 2001 Exhibit 41, above,(emphasis added)]



Another article on Alyan in the same newspaper shows the violence of the "operation" and calls for more violence:
> Headline "Died as a Martyr in Netanya following Martyrdom-seeking operation – symbolic funeral for *Shahid* Ahmed Alyan at the Nur Al-Shams Refugee Camp."

> "The Tulkarem district public participated yesterday in a symbolic funeral for the **Martyr** Ahmed Omar Alyan, 23, from the Nur Al-Shams refugee camp… During the procession, participants waved Palestinian flags and photographs of the **Martyr**, and called out national slogans denouncing the occupation and

> ***supporting operations of heroism***, emphasizing that the revolution would continue up until the achievement of its national goals… Calls were also heard demanding revenge for the blood of the ***Martyrs***, while 21 shots were fired in the air, as a sign of honor to the ***Martyr***. At the end of the procession a **memorial ceremony was held, with speeches in which [speakers] swore by the blood of the Martyrs to continue in the path of struggle and revolution**…"[*Al-Hayat Al-Jadida*, March 9, 2001, see below]

Along with the article is another photograph of Alyan, the symbolic funeral held for him, and the letter which Alyan left before setting out for the suicide bombing:



[*Al-Hayat Al-Jadida*, March 9, 2001]