# EXHIBIT A.674

PLAINTIFF'S
EXHIBIT
674



"A call to watch the TV documentary, 'Hawk of Palestine, Yahya Ayyash' on the Al-Manar [Hezbollah] satellite channel."

The smaller text in the middle of the advertisement reads:

"The Hamas Islamic Resistance Movement invites the masses of our Palestinian people to watch the TV film 'Hawk of Palestine', which documents the history of a glorious chapter in the struggle and Jihad of our Palestinian people and the struggle of the Jihad-fighter, the Shahid (Martyr) engineer Yahya Ayyash."

["A Call to watch TV Documentary, 'Hawk of Palestine', Yahya Ayyashi," Al-Hayat Al-Jadida (Feb. 18, 2001)]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | |
| Plaintiffs, | |
| vs. | No. 04 Civ. 00397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | |
| Defendants. | |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "A Call to watch TV Documentary, 'Hawk of Palestine', Yahya Ayyashi," Al-Hayat Al-Jadida (Feb. 18, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "A Call to watch TV Documentary, 'Hawk of Palestine', Yahya Ayyashi," Al-Hayat Al-Jadida (Feb. 18, 2001).

Dated: February 27, 2014

_____

ROEE COHEN



The title of the advertisement reads:

"A call to watch the TV documentary, 'Hawk of Palestine, Yahya Ayyash' on the Al-Manar [Hezbollah] satellite channel." The smaller text in the middle of the advertisement reads, "The Hamas Islamic Resistance Movement calls upon the masses of our Palestinian people to watch the TV documentary 'Hawk of Palestine', which marks a **glorious chapter in the struggle and Jihad of our Palestinian people and the struggle of the Jihad-fighter, the Shahid (Martyr) engineer Yahya Ayyash.**"

[*Al-Hayat Al-Jadida*, Feb. 18, 2001]