# EXHIBIT A.682

"Senior officials in the Fatah Movement have said that the Al Aqsa Martyr Brigades . . . has recently created a women's unit, [in order for women] to take part in the war being fought in the Palestinian territories. The mission [of this unit] is to carry out attacks in the Israeli interior, and it has been named 'the Martyr Wafa Idris Squads.'"

["Women's participation in the resistance operations is a significant development in the history of the Palestinian woman's struggle", Al-Quds (Mar. 1, 2002)]



PLAINTIFF'S EXHIBIT 682

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Women's participation in the resistance operations is a significant development in the history of the Palestinian woman's struggle", Al-Quds (Mar. 1, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Women's participation in the resistance operations is a significant development in the history of the Palestinian woman's struggle", Al-Quds (Mar. 1, 2002).

Dated: February 27, 2014

_____
ROEE COHEN



## مشاركة النساء في عمليات المقاومة نقلة نوعيه في تاريخ نضال المرأة الفلسطينية

### تشكيل مجموعة نسائية

### نضال المرأة الفلسطينية

## قائد سرية اسرائيلية يتخلى عن مهامه احتجاجاً على صعوبة المهام الموكله له