# EXHIBIT A.683

"The female students' committee of the Shabiba [Fatah] student movement, the Shahida (Martyr) Wafa Idris Group, in the Al-Quds Open University in Tubas, celebrated yesterday the completion of a course in democracy and human rights."

["Graduation from a course on democracy and human rights in Tubas", Al-Hayat Al-Jadida (Aug. 11, 2002)]

PLAINTIFF'S EXHIBIT 683

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Graduation from a course on democracy and human rights in Tubas", Al-Hayat Al-Jadida (Aug. 11, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Graduation from a course on democracy and human rights in Tubas", Al-Hayat Al-Jadida (Aug. 11, 2002).

Dated: February 27, 2014

_____
ROEE COHEN

## تخريج دورة في طوباس حول الديمقراطية وحقوق الانسان



Al-Hayat-J.
11/08/2002  P.4

طوباس - صفاء الخراز - احتفلت أمس لجنة الطالبات الحركة الشبيبة الطلابية «مجموعة الشهيدة وفاء ادريس» في جامعة القدس المفتوحة بطوباس بتخريج دورة في مجال الديمقراطية وحقوق الانسان نظمتها الحركة.

وبدأ الحفل بآيات عطرة من الذكر الحكيم تلاها الطالب رافد درويش والسلام الوطني وألقى الاستاذ نضال ربايعة كلمة ادارة الجامعة اشاد خلالها بجهود حركة الشبيبة الطلابية على تنظيمهم مثل هذه الدورات ومشاركة الطلبة بها.

وفي كلمة القاها توفيق زيد الكيلاني رئيس مجلس اتحاد الطلبة شكر فيها القائمين على هذا النشاط.

واشار بكلمته للطلبة على مقاومة ضغوط الاحتلال للمتابعة الاكاديمية الدراسة والحفاظ على هذا الصرح العلمي الشامخ.

والقى رائد الملاك منسق حركة الشبيبة الطلابية كلمة وضح فيها الهدف العام من اقامة هذه الدورات وتقدم بالتحية وتجديد العهد والوفاء للقائد الرمز ابو عمار ممثلا شرعيا للشعب الفلسطيني وعاهد الطلبة على السير قدما لتحقيق اهدافهم ومطالبهم.

وتخلل الحفل قصيدة شعرية بعنوان «مجزرة جنين» ألقتها الطالبة دعاء نصر وألقت الطالبة لينا دراغمة كلمة لجنة الطالبات هنأت من خلالها الطالبات الخريجات. وفي الختام تم توزيع الشهادات والهدايا على الطلبة الخريجين.

وقام بتسليم الشهادات كل من ايمان خضيري ممثلة ادارة الجامعة وليلى سعيد ممثلة عن الهيئة المستقلة لحقوق الانسان وسلوى شاكر عن طالبات حركة الشبيبة الطلابية وتم بعدها التوجه الى بيت المعتقل مازن فقها الذي هدمته قوات الاحتلال الاسرائيلي يحشد كبير من الطلبة وادارة الجامعة.