# EXHIBIT A.684

"Yesterday, activities ended in the Shahida (Martyr) Wafa Idris [summer] camp for girls in the city of Qalqilya. [The camp] was founded by the Scout general administration in the Ministry of Youth and Sports. [The camp] was supervised by the Scouts Department in the Qalqilya Administration and attended by 100 girls . . . [At the end of the summer camp, everyone thanked the supporting organizations, including] UNICEF for its support of the [summer] camps."

["Qalqilya: conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003)]



PLAINTIFF'S EXHIBIT 684

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Qalqilya: conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Qalqilya: conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003).

Dated: February 27, 2014

_____
ROEE COHEN

כותרת: קלקיליה – תמו פעילויות מחנה השהידה "ופאא' אדריס" לנערות

קלקיליה – אלאיאם – "אתמול תמו פעילויות מחנה השהידה "ופאא' אדריס" לנערות בעיר קלקיליה, שהוקם על ידי ההנהלה הכללית של הצופים במשרד הנוער והספורט. על המחנה פיקח מדור הצופים במנהלת קלקיליה, והשתתפו בו מאה נערות מוועדות ארגון הצופים בעיר. בטקס הסיום נכח קהל רב של תושבים ו [נציגי] המוסדות הרשמיים, הלאומיים, והמקומיים... נישאו נאומים רשמיים של סגן מושל מחוז קלקיליה ד"ר סמיח אלנצר, נאום מטעם חסאם בלעאוי ראש הוועדה הלאומית למחנות קיץ במחוז קלקיליה. הוא הדגיש בפני כולם את חשיבות מחנות הקיץ ואת התפקיד והחשיבות של הוועדה הלאומית, [בכל הנוגע] להפעלת המוסדות המעניקים חסות למחנות. הוגשו תודות למוסד התומך ולארגון יוניצ"ף לאור תמיכתם במחנות.

[אלאיאם 18/7/03]

---

قلقيلية: اختتام فعاليات مخيم الشهيدة 'وفاء ادريس' للزهرات

قلقيلية – «الأيام»: اختتمت أمس، فعاليات مخيم الشهيدة «وفاء ادريس» للزهرات في مدينة قلقيلية الذي أقامته الإدارة العامة للطلائع في وزارة الشباب والرياضة، وأشرف عليه قسم الطلائع في مديرية قلقيلية بمشاركة مائة زهرة من لجان منظمة الطلائع في المدينة.

وحضر حفل الاختتام جمهور غفير من الأهالي والمؤسسات الرسمية والوطنية والأهلية وتم تتويج الاحتفال بعرض احتفالي للمجموعات المتميزة، حيث قادت الاحتفال الزهرة نور مرار حيث تخللته الكلمات الرسمية لكل من نائب محافظ محافظة قلقيلية د. سميح النصر، وكلمة حسام بلعاوي رئيس اللجنة الوطنية للمخيمات الصيفية في محافظة قلقيلية.

وأكد الجميع أهمية المخيمات الصيفية ودور وأهمية اللجنة الوطنية في تفعيل دور المؤسسات التي تحتضن المخيمات وقدموا الشكر للمؤسسة الداعمة ومنظمة اليونيسيف لدعمها للمخيمات.

دائرة التأهيل والتدريب بالوزارة تواصل برنامجها التدريبي