# EXHIBIT A.686

"The graduation of a course named after Martyr (*Shahida*) Wafa Idris for training Fatah female cadres was held yesterday in the Jenin District auditorium. [The course] was given as part of a series of courses organized by the Commission of Activity among the Masses of the Political Guidance [Authority], in cooperation with the General Union of [Palestinian] Women and the District's PR department."

["Jenin: Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005)]



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

            Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Jenin: Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Jenin: Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005).

Dated: February __, 2014

                                                ROEE COHEN

Case 1:04-cv-00397-GBD-RLE    Document 547-459    Filed 06/25/14    Page 4 of 5

## جنين: تخريج كوادر فتحاوية نسوية

جنين - الحياة - مهند جدوع - احتفل في قاعة محافظة جنين امس بتخريج دورة الشهيدة وفاء إدريس لإعداد الكوادر الفتحاوية النسوية والتي تندرج في إطار سلسلة الدورات التي تنظمها مفوضية العمل الجماهيري في التوجيه السياسي بالتعاون مع الاتحاد العام للمرأة ودائرة العلاقات العامة في المحافظة.

وحضر حفل التخريج كل من مهدي الأحمد مدير الداخلية، وحسن الأعرج من مديرية الداخلية، وعبد الرازق ابو الهيجا نائب المحافظ، وعطا ابو رميلة امين سر حركة فتح إقليم جنين، بالإضافة الى حشد كبير من المهتمين، وشارك في الدورة التي استمرت 40 ساعة تدريبية 46 سيدة.

وركز ابو الهيجا في كلمته على ان الإنسان المثقف من أهم ركائز المجتمع، مشيدا بالفعاليات والنشاطات التي تعمل على تعزيز دور المرأة المثابرة داعيا الى تربية الأجيال تربية قائمة على الأخلاق والوطنية، من جانبه ثمن ابو رميله دور التوجيه السياسي والاتحاد العام للمرأة.

وتحدث ابو رميلة عن حالة التشاؤم التي تسيطر على الشارع الفلسطيني بسبب السلبيات الموجودة، داعيا الى رص الصفوف من اجل مواجهة المرحلة المقبلة من النضال الوطني الفلسطيني، كما طالب بعقد المزيد من الدورات وورش العمل التي من شأنها زيادة الوعي لدى المرأة.

والقت روضة مناصرة كلمة الخريجات أكدت فيها على أهمية مواصلة عقد الدورات التثقيفية والتوعوية والإرشادية، كما قرأت قصيدة شعرية عددت فيها مناقب الرئيس الراحل ياسر عرفات.

ودعت دلال ابو بكر من الاتحاد العام للمرأة لتكاتف الجهود استعدادا لعقد المؤتمر العام لحركة فتح من اجل التوصل الى نتائج مرضية لجميع الأطراف.

يذكر ان محمد العابد تولى التنسيق للدورة وفي نهاية الاحتفال قام ابو الهيجا والحضور بتوزيع الشهادات على الخريجات، كما قاموا بتكريم أمهات الشهداء وتسليمهن دروعا تقديرية.

Alhayat 03/07/05