# EXHIBIT A.688

"Recently, the heroine Wafa Idris succeeded in carrying out the bombing operation in Jerusalem, and subsequently, the Martyr Darin Abu Aisheh [female suicide bomber whose attack in 2002 injured 2]. These operations . . . show all nations of the world that the Palestinian woman is capable of carrying out successful acts of self-sacrifice."

["Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002)]



PLAINTIFF'S
EXHIBIT
688

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

Dated: February 27, 2014

_____
ROEE COHEN

## الشهيدة دلال المغربي .. ذكريات تجدد العهد نحو استمرار النضال

الوطنية القوية للأبناء والحفاظ على التراث والهوية وزرع روح الانتماء والعمل النضالي بين كافة أفراد الأسرة.

وقالت الفتاة وقد أنها لفت طفولتها وهي تسمع عن قصص الشهداء والعمليات الفدائية ولكن أكثر القصص التي تأثرت بها قصة استشهاد دلال المغربي.

وفي نظرة للواقع الدموي الذي تشهده الأراضي الفلسطينية في الأيام الحالية نجد أنفسنا بحاجة في العشرات إن لم يكن المئات ممن سلكوا درب الشهيدة دلال مع بقية الشهداء من الرجال أن الحكومة شارون مازالت تصعد وتخطط وتسعى للتصعيد في عمليات القتل والاغتيال لكل ما هو فلسطيني. الأمر الذي يتطلب من الجميع الاتعاظ من دروس الشهداء والمحافظة على إنجازاتهم ومواصلة دربهم لتحقيق طموحاتهم وفق تضحياتهم التي قدموها لنا وصولاً إلى دحر الاحتلال وإقامة الدولة الفلسطينية المستقلة التي تلبي كافة الطموحات والتضحيات.

*(نص عمودين من المقال غير واضح بالكامل)*

## عرض فيلم الطير الأخضر في رام الله اليوم

رام الله ـ (الحياة الجديدة) ـ ينظم مسرح وسينماتك القصبة في رام الله بالتعاون مع وزارة الثقافة اليوم عند الساعة الرابعة والنصف مساء العرض الأول للفيلم الفلسطيني الطير الأخضر، للمخرجة ليانة بدر، وقد وجهت مديرية إعلام المرأة والطفل بوزارة الإعلام وسكرتاريا الخطة الوطنية للطفل الفلسطيني الدعوة للجمهور لحضور الفيلم الذي يجسد أحلام أطفال فلسطين في ظل الحصار الاحتلالي.



شرطيان يتفقدان مقر الرئاسة في نابلس بعد تعرضه لتدمير احتلالي همجي أمس.

*(ملاحظة مكتوبة بخط اليد على الصورة)*

HJ,
March. 11, 2002

---

## ...والأسرى في محافظة جنين

*(عمود غير واضح بالكامل)*



«تصوير: محمد محيسن»

## ...باتشي في بيتونيا

*(عمود غير واضح بالكامل)*