# EXHIBIT A.690

"Qais Abd Al-Karim (Abu Leila), member of the Political Bureau of the Democratic Front [for the Liberation of Palestine] . . . said that she [Idris] represents the major role of the Palestinian woman in the national struggle . . . Ziyad Abu Ayin, a member of the Supreme Fatah Movement Committee, delivered a speech on the Committee's behalf, in which he praised the heroism of Idris, a member of the Al-Aqsa Martyrs' Brigades, which belongs to the [Fatah] movement."

["Ramallah: Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002)]



PLAINTIFF'S EXHIBIT 690

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>        Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Ramallah: Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Ramallah: Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002).

Dated: February 27, 2014

_____
ROEE COHEN

| 3 | أيـام فلسطينية |



(عدسة: جمال العاروري)

جانب من مسيرة التشييع الرمزية للشهيدة إدريس.

**انطلقت من مخيم الأمعري باتجاه دوار المنارة**

# رام الله: آلاف المواطنين يشاركون في جنازة رمزية للشهيدة إدريس

رام الله - «الأيام»: شارك آلاف المواطنين، أمس، في مراسيم تأبين رمزية للشهيدة وفاء علي إدريس (27 عاماً)، من سكان مخيم الأمعري، ومنفذة العملية التفجيرية في القدس الغربية الأحد الماضي.

وبدأت المراسم بأداء صلاة الغائب على الشهيدة، التي تتحفظ سلطات الاحتلال على بقايا جثتها، في مسجد المخيم، قبل أن تخرج مسيرة حاشدة باتجاه «دوار المنارة»، وسط مدينة رام الله.

وحمل المواطنون نعشاً أُلِفَ خشبياً بالعلم الفلسطيني وصور الشهيدة، والأعلام الفلسطينية، وردّدوا هتافات تؤكد التمسك بخيار الانتفاضة والمقاومة حتى دحر الاحتلال.

وفي «المنارة»، نظم مهرجان خطابي، تحدث فيه قيس عبد الكريم (أبو ليلى)، عضو المكتب السياسي للجبهة الديمقراطية، باسم القوى الوطنية والإسلامية، مؤكداً الموقف الفلسطيني الثابت في مواصلة الانتفاضة والنضال حتى إنجاز الأهداف الوطنية.

وأشار عبد الكريم إلى وقوف الشعب الفلسطيني بكافة فئاته إلى جانب القيادة الفلسطينية، داعياً في الوقت ذاته إلى إجراء مراجعة لسياسات السلطة في الآونة الأخيرة، والإفراج عن المعتقلين السياسيين.

وأوضح أن ترتيب الأوضاع الداخلية عامل مهم،

لتعزيز الصمود الفلسطيني في مواجهة العدوان الاسرائيلي.

وتطرق إلى العملية التي نفذتها إدريس، مشيراً إلى أنها تعكس الدور العظيم للمرأة الفلسطينية في النضال الوطني.

وانتهى عبد الكريم إلى أن الشعب الفلسطيني سيواصل كفاحه، وفاءً للشهيدة وبقية شهداء الشعب الفلسطيني الذين قدموا أرواحهم فداءً للوطن، حتى الاستقلال وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس، وعودة اللاجئين إلى ديارهم التي شُرّدوا منها.

بدوره، ألقى زياد أبو عين، عضو اللجنة الحركية العليا لحركة «فتح»، كلمة باسم الأخيرة، أثنى فيها على بطولة إدريس، العضو في كتائب شهداء الأقصى التابعة للحركة، موضحاً أن المسيرة النضالية ستستمر حتى التخلص من الاحتلال، وأن دماء الشهداء لن تذهب هدراً.

وفي الإطار ذاته، أكدت ربيحة ذياب، عضو الهيئة الإدارية لاتحاد المرأة الفلسطينية، في كلمة باسم نساء فلسطين، أن مشاركة إدريس في العملية تعكس إصرار المرأة الفلسطينية على الانخراط في النضال الوطني بشكل كامل مثل أخيها الرجل، حتى إقامة الدولة الفلسطينية وعاصمتها القدس، وعودة اللاجئين استناداً إلى القرارات الدولية ذات الصلة بالقضية الفلسطينية.



لانتباه المسيحيين الفلسطينيين فقط
مادة للدراسة الشخصية مجاناً