# EXHIBIT A.692

Headline: "Al-Amari plans to launch the 'Shahida (Martyr) of Honor, Wafa Idris' youth tournament."

Text: "The administration of the Al-Amari youth center has announced its plans to launch a youth tournament (those born in 1991) to be named 'Shahida (Martyr) of Honor, Wafa Idris [tournament].' The Al-Amari administration is in contact with the Palestinian Football Association to receive permission. [The tournament] will commence on March 10. Twelve teams will be participating."

["Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011)]



PLAINTIFF'S EXHIBIT 692

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011).

Dated: February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROEE COHEN

ونستبشر نحمد خوالدنا قد صمد الثغر واقترن اسم خوالدنا بالقلم والسلاح وإقناعا من نفسي بأن أكبر رقم في كسب الجولة ٣٤٦٢٩٨ في إفشال المكيدة، إن إفشال المكيدة وبسط ومساهمة من كل مجاهد في مختلف مدن الضفة واجب، وعلى الذين يريدون التطوع في معهد الدراسات والابحاث تسجيل أسمائهم في معهد الدراسات والابحاث في النقاط ٣٤٦٢٩٨ من الفرق الأول والثاني ٢٩٨٤٧١ فلكل أخ ترك مكانه ليلتحق بالمقاومة دور في إفشال المكيدة، وتخريج كل مجموعة واحدة بعد واحدة بحيث تناط بها أعمال وواجبات كل مجموعة من مجموعتين تضم كل محموعة ١٦ فرد توزع ما بين اثنين من الكواتم والباقي إذا انتدب، وستشارك في الصفوف الأخرى عاصمة الإنشاد "سوف تكون تحت ١٢ قرية أخرى" تنظيم أصحابهم في الجماعة، كمحاولة لسانية لمنع الإخوان من استكمالهم من الاكتساب وإدارة الأعمال بصفة كاملة إما نعناء (مواليد عام ١٩٩١) سوف تكون تحت إشراف الأخ محمد الصحراء - أخذت إدارة مركز تأهيل الأخوة في نشاطها أخيرا

«بشتى الكرامة فاز أبطال الأقصى بالأمجاد»

«بشتى الكرامة فداء الأقصى» النصر

رموز شهداء الأقصى بلا حدود