# EXHIBIT A.693

"[PA] Minister of Prisoners' Affairs [Issa Karake] . . . spoke at a ceremony honoring female prisoners in the occupation's (*i.e.*, Israel's) prisons, held by the Ministry [of Prisoners' Affairs] on the occasion of International Women's Day and Mothers' Day . . . "

[Karake] stated: "This is the month of heroism and action for the male and female prisoners, and we must act so that their cause will be the most preeminent, like their predecessors, such as Dalal Mughrabi (female bus hijacker, 37 killed in her attack), Darin Abu Aisheh (female suicide bomber, injured 2), Wafa Idris, and all the female Shahids (Martyrs) and prisoners."

["Karake: We will knock on all doors to internationalize the prisoners' issue in all forums", Al-Hayat Al-Jadida (March 21, 2011)]

PLAINTIFF'S EXHIBIT 693

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Karake: We will knock on all doors to internationalize the prisoners' issue in all forums", Al-Hayat Al-Jadida (March 21, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

1. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Karake: We will knock on all doors to internationalize the prisoners' issue in all forums", Al-Hayat Al-Jadida (March 21, 2011)..

Dated: February 28, 2014

_____
ROEE COHEN

خلال حفل تكريم الأسيرات في سجون الاحتلال لمناسبة يوم المرأة العالمي وعيد الام

# قراقع: نطرق كل الأبواب لتدويل قضية الاسرى في كافة المحافل



جانب من حفل التكريم

البيرة - الحياة الجديدة - هاني بياتنة - قال وزير شؤون الأسرى والمحررين عيسى قراقع ان هذا العام هو عام الأسرى الفلسطينيين ونحن نريد طرق كل الأبواب لتدويل قضية الاسرى في كافة المحافل الدولية، محملا الحكومة الاسرائيلية كل أنواع الاضطهاد والتمييز التي يتعرض لها الأسرى والأسيرات في سجون الاحتلال وأهلهم من خلال منعهم من الزيارة وحرمانهم من تصاريح الزيارة.

جاءت اقوال قراقع في حفل تكريم الأسيرات في سجون الاحتلال الذي أقامته الوزارة لمناسبة يوم المرأة العالمي وعيد الام في منتزه بلدية البيرة، وحضر الحفل محافظ محافظة رام الله والبيرة د. ليلى غنام ورئيس نادي الأسير قدورة فارس وممثلون عن الفصائل الوطنية ورؤساء بلديات المحافظة وعدد من الشخصيات السياسية والأسرى والأسيرات المحررات وأهالي الأسرى والأسيرات في السجون.

وقال قراقع: نتمنى ان يحل عيد الحرية وعيد الفرح بعد ان يتحرر كافة الأسرى والأسيرات من السجون وتعاد البسمة والأمل الى زوجاتهم وأزواجهن وأولادهم، مبينا ان الحرية آتية وان الصمود الذي تحلى به هؤلاء العظماء هو دليل على ضعف المحتل. ودعا قراقع الى تصعيد فعاليات دعم الأسرى مع اقتراب يوم الأسير الذي يصادف في الرابع عشر من نيسان المقبل مبينا انه شهر البطولة والانجاز بحق الأسرى والاسيرات وعلينا ان نعمل على جعل قضيتهم هي الاسمى ولما كان عليه سلفها السابق امثال دلال المغربي ودارين ابو عيشة ووفاء ادريس وكافة الشهيدات والأسيرات.

وعزى الوزير قراقع أهل الفقيدة مريم أبو عطوان، التي توفيت بعد زيارة ابنها منيف أبو عطوان المحكوم بالسجن ٥ مؤبدات و٥٠ سنة أخرى.

من جهتها بعثت غنام بالتحية لجميع الأسيرات وللمرأة الفلسطينية الصامدة في سجون الاحتلال، وكل امرأة في موقعها الذي ينبغي منها ان تكافح من أجل العطاء والصمود لبناء الدولة الفلسطينية التي تمر بتحديات كبيرة يجب على الجميع الوقوف لبناء دولتنا.

بدوره حيا فارس المرأة الفلسطينية في كافة أماكن تواجدها معتبرا ان النضال والكفاح الذي تلعبه المرأة في القضية الفلسطينية هو الدرب الصحيح نحو الحرية والاستقلال، معتبرا ان الاحتلال الى زوال في ظل الصمود من جميع الأسرى والأسيرات في سجون القهر والحرمان.

وقال ان دولة العصابات تقود أشرس حملة جرائم ضد الاسيرات بكل اذرعها القمعية من اجل الحد من الجيل الواعي الذي أصبح أكثر دراية بما يحيط به من تحديات وتعمل اسرائيل على ضرب كل المواثيق الدولية والأعراف الانسانية عرض الحائط تحت ذريعة الأمن. وفي كلمة نيابة عن الأسيرات وذويهم قالت: والدة الأسيرة سناول بيرك ان الاحتلال يمارس ابغض وأشرس أنواع القهر والتعذيب بحق الأسيرات وذويهم، مطالبة القيادة الفلسطينية والحكومة وأصحاب الضمائر الحية من اجل الثبات على موقفهم بشأن الافراج عن كافة الأسرى والاسيرات من سجون الاحتلال وايجاد حل عادل لهم. في الختام تم توزيع الدروع على أهالي الأسيرات وذويهم على امل تتحقق امنية الجميع بالافراج العاجل عن كل الأسرى والأسيرات.