# EXHIBIT A.694

"[Minister of Prisoners' Affairs, Issa] Karake's statement was made during a visit to the family of prisoner Ahmed Muhammad Ka'abna, who has been serving a life sentence since April 26, 1997 . . . Karake and a delegation from the Ministry of Prisoners' Affairs . . . also visited the family of Martyr (Shahida) Wafa Idris, in the Al-Amari refugee camp, on the occasion of the National Day for Returning the Bodies of the Martyrs, on Aug. 27, 2012.  It should be noted that Martyr (Wafa) Idris died a Martyrs' death on Jan. 17, 2002, and her body is still held in the Israeli numbered cemeteries (*i.e.*, Israeli cemeteries for terrorists and enemy soldiers).  She was a volunteer for the Red Crescent."

["Karake:  The numbered cemeteries are a heinous violation of human conventions", Al-Ayyam (Aug. 30, 2012)]



PLAINTIFF'S EXHIBIT 694

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Karake: The numbered cemeteries are a heinous violation of human conventions", Al-Ayyam (Aug. 30, 2012).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Karake: The numbered cemeteries are a heinous violation of human conventions", Al-Ayyam (Aug. 30, 2012).

Dated: February __, 2014

                                                                    _____
                                                                    ROEE COHEN

# قراقع: مقابر الأرقام انتهاك فظيع للأعراف الإنسانية

رام الله - "الأيام": قال وزير شؤون الأسرى والمحررين عيسى قراقع إن "تصريحات وزير الخارجية الإسرائيلي ليبرمان في الأيام الأخيرة ضد الرئيس أبو مازن والأسرى في السجون هو دليل وتعبير عن نضوج دولة إسرائيل كدولة عنصرية في المنطقة تهدد أمن المنطقة والثقافة والمبادئ الإنسانية والدولية".

جاءت اقوال قراقع خلال زيارته لعائلة الاسير احمد محمد كعابنة المحكوم بالسجن المؤبد منذ تاريخ 1997/4/26 ويقبع في سجن ريمون، حيث التقى قراقع مع والدته وأشقائه وأقاربه.

واعتبر قراقع أن "دعوة ليبرمان إلى قتل الأسرى وفرض مزيد من العقوبات عليهم هي تشريع بقتلهم وتحريض على انتهاك كافة حقوقهم وكرامتهم الإنسانية".

ودعا قراقع إلى التصدي دوليا على كل المستويات الثقافية والسياسية والإعلامية والقانونية لهذه الدعوات التحريضية المتطرفة وحماية الشعب الفلسطيني وأسراه من هذه التوجهات الرسمية الإسرائيلية التي تشرع الحرب والقتل وانتهاك القانون الدولي الإنساني.

يذكر أن الأسير كعابنة هو بدوي سكان قرية النويعمة في أريحا، وقد اعتقل كافة أفراد أسرته بما فيها والدته في سنوات سابقة.

كما قام قراقع ووفد من وزارة الأسرى وبحضور النائب جهاد طمليه والأسير المحرر احمد أبو السكر بزيارة إلى عائلة الشهيدة وفاء إدريس في مخيم الامعري وذلك بمناسبة اليوم الوطني لاسترداد جثامين الشهداء الذي حل يوم 2012/8/27.

ويذكر أن الشهيدة إدريس استشهدت يوم 2002/1/17، ولا زال جثمانها محجوزا في مقابر الأرقام الإسرائيلية، وكانت تعمل متطوعة في الهلال الأحمر. وخلال لقاء قراقع مع شقيقها وعائلتها دعا إلى العمل دوليا على إغلاق مقابر الأرقام واستعادة كافة جثامين الشهداء، واعتبر وجود مقبرة أرقام في إسرائيل وصمة عار في جبين الإنسانية لما في ذلك من انتهاك فظيع للأعراف الإنسانية ولكرامة الإنسان وحرماته الدينية والأخلاقية.