# EXHIBIT A.695

"Commissioner of the Central Reform Committees of Fatah, Abu Alaa Hamid extolled the heroic acts of Palestinian women, among them fighter (terrorist airplane hijacker) Laila Khaled, who confronted the Zionist enemy in the air and captured its pilots; Martyr (Shahida) Dalal Mughrabi, (terrorist bus hijacker whose terror attack killed 37 civilians) who carried out the first sea landing operation in the modern history of the Palestinian revolution; and Wafa Idris, the first female Martyrdom-seeker in the Al-Aqsa Intifada."

["Laila Khaled: The rift [between Fatah and Hamas] must end because it eliminates the military and political victory we have achieved", Al-Hayat Al-Jadida (Dec. 12, 2012)]

PLAINTIFF'S EXHIBIT 695

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ROEE COHEN**

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Laila Khaled: The rift [between Fatah and Hamas] must end because it eliminates the military and political victory we have achieved", Al-Hayat Al-Jadida (Dec. 12, 2012).
2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.
3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Laila Khaled: The rift [between Fatah and Hamas] must end because it eliminates the military and political victory we have achieved", Al-Hayat Al-Jadida (Dec. 12, 2012).

Dated: February 28, 2014

ROEE COHEN

### خلال حفل استقبال نظمته اللجنة الشعبية بالشاطئ

# ليلى خالد: الانقسام يجب أن ينتهي لأنه يبدد النصر العسكري والسياسي الذي حققناه

**غزة - الحياة الجديدة** - أكدت ليلى خالد عضو المكتب السياسي للجبهة الشعبية أن خارطة الطريق لفلسطين هي المقاومة والكفاح المسلح، داعيةً الى الوحدة الوطنية ورص الصفوف وإنهاء الانقسام، والالتزام بما تم التوصل إليه من اتفاقات وخاصة وثيقة الأسرى، وأكدت أن الانقسام لا يجوز أن يطول لأنه يبدد الانجاز وشعبنا يريد أن يراكم انجازاته. جاء ذلك خلال استقبال شعبي حاشد نظمته اللجنة الشعبية للاجئين في مخيم الشاطئ بغزة في جمعية بادر أمس لمناسبة قدومها لأول مرة لقطاع غزة.

وأشاد أبو علاء حميد مفوض عام لجان الإصلاح المركزية في حركة فتح ببطولات المرأة الفلسطينية ومنها المناضلة ليلى خالد التي اشتبكت مع العدو الصهيوني في الجو وأسرت طياريه، والشهيدة دلال المغربي، انها قامت بأول عملية إنزال بحري في التاريخ المعاصر للثورة الفلسطينية ووفاء إدريس أول استشهادية في انتفاضة الأقصى، مشيراً إلى أن ابنة بيت دراس في عام 1948 "المناضلة لطيفة العبد أبو شنب وادي" كانت تحمل السلاح في معركة بيت دراس الأولى.