# EXHIBIT A.697

Fatah's official Facebook page: "Wafa's mother said that she is proud of her daughter and hopes that more girls will follow in her footsteps."

Picture posted on Fatah's Facebook page with the following description:



"The eleventh anniversary of Wafa Idris' death as a Martyr . . . On January 28, 2002 in the city of Jerusalem, a young Palestinian woman working for the Red Crescent (in an ambulance that enabled her to bypass Israeli security) . . . Wafa was late in returning, and night fell. Her family began to look for her, and asked some of her girlfriends who said that she had said goodbye to them, and that she had asked them to pray, saying: 'I will do a deed that will make you proud,' but she did not explain what that deed would be. They all remained confused until they found out that Wafa had blown herself up on Jaffa Road (in Jerusalem), killing two Israelis and wounding about one hundred others . . . Wasifa, Wafa's mother, said with tears in her eyes that when she heard on the media that it could have been a woman who carried out the Martyrdom-seeking operation in Jerusalem and [Wafa] hadn't come back, she thought that this could be the only explanation for her being missing. She added that she is a hero, and said, 'My daughter is a Martyr (Shahida).' . . . This is the hero whose name the Zionists will remember well, and so will Palestinians; the hero who sacrificed herself and her body for Palestine and became a symbol of the struggle and of Palestinian loyalty through one of the most honorable Martyrdom-seeking operations in recent years, which surprised the Zionist enemy and [through] the self-sacrifice of lovely Palestinian girls for the sake of their homeland. Years have passed since that day, and the name of Wafa Idris is still a lesson that terrifies the Jews. At least 2,000 Palestinians participated in the symbolic funeral of the first female Martyrdom-seeker who blew herself up in Israel. They marched for Wafa Idris behind an empty wooden coffin through the Al-Amari refugee camp in the West Bank. The coffin was draped in the Palestinian flag and posters of Wafa Idris were put on the walls of the streets in the refugee camp. Participants called 'Wafa is a hero' while armed men fired in the air to salute Wafa. Wafa's mother said that she is proud of her daughter, and hopes that more girls will follow in her footsteps. Wafa—the beautiful flower who, through her Martyrdom-seeking operation, turned upside down Israeli security considerations that had focused on observing young Palestinian men only."

["Lest we forget", Fatah's Facebook Page on Wafa Idris' Anniversary (Jan. 27, 2013)]



PLAINTIFF'S EXHIBIT 697

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Lest we forget", Fatah's Facebook Page on Wafa Idris' Anniversary (Jan. 27, 2013).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Lest we forget", Fatah's Facebook Page on Wafa Idris' Anniversary (Jan. 27, 2013).

Dated: February __, 2014

_____
ROEE COHEN



حركة التحرير الوطني الفلسطيني "فتح" / الصفحة المركزية
18 hours ago

كي لاننسى..
..الذكرى ال11 لاستشهاد وفاء ادريس

هي المرأة الفلسطينية الرافضة للإحتلال ولسلطة الجلاد، تناضل وتقاوم من أجل حريتها وحرية أبناءها وأهلها ووطنها، ترفع راية الجهاد لتعيش حياة كريمة.

في يوم الأحد 28 كانون الثاني 2002: وفي مدينة القدس انتفضت فتاة فلسطينية تعمل في الهلال الأحمر بعد رؤيتها للدم الفلسطيني يستباح كالماء وبسيل في أرضه، فمضت وخرجت في عملية إستشهادية سجلتها كأول إستشهادية فلسطينية تنفذها فتاة..إنها وفاء إدريس ذات الثلاثة والعشرين عاماً، والتي ودعت أهلها وأمها وأشقائها وقالت لهم في ذلك اليوم:الوضع صعب وربما يستشهد الإنسان في أية لحظة.

تأخرت وفاء بالعودة وجاء الليل، وبدأ أهلها بالبحث عنها وسألوا بعض صديقاتها فقلن أنها ودعتهن وكانت تطلب منهن الدعاء وهي تقول: سأقوم بعمل يرفع رؤوسكن دون أن نفصح عن هذا العمل. وبقي الجميع في ارتباك حتى وصلهم الخبر بأن وفاء فجرت نفسها في شارع يافا فاقا ممّا أسفر عن مقتل اثنين من الإسرائيليين وجرح حوالي المائة الآخرين.

وقالت وصفية أم وفاء والدموع في عينيها حين سمعت في وسائل الاعلام ان امرأة ربما تكون نفذت العملية الاستشهادية التي وقعت في القدس ولم تظهر هي اعتقدت ان هذا يمكن ان يكون التفسير الوحيد لغيابها.واضافت انها بطلة.وتابعت ابنتي شهيدة. هذا الخبر الذي جاءت ذكراه بعد أعوام عديدة ليقف العالم على تضحية هذه المرأة، في ذكرى إستشهادها تبقى كلمات قيلت عنها مسطورة في ذاكرة التاريخ. يقول شقيقها خليل: ما زلت لا أصدق. ما زلت أراها تدفع باب المنزل بقدمها صاحكة راكضة وأصبح أنا بها لتكف عن هذه الحركات الصبيانية فينشب بيننا ذلك الجدال اليومي.

وفاء إدريس لطالما تمنت الإنتقام لدماء الشهداء الذين رأتهم أمامها خلال عملها في الهلال الأحمر الفلسطيني، ومناظر الشهداء والجرحى في إنتفاضة أنار حرقتها على دماء أبناء شعبها فغادرت الدنيا رافعة رأسها بإستشهادها. لقد دكت وفاء صفوف الجيش الإسرائيلي و أدخلت الرعب إلى نفوسهم كما عاثوا في الأرض فساداً، وذكراها إلى اليوم تسطر في كتب الجهاد والنضال للمرأة الفلسطينية.

بطلة سوف يتذكر اسمها جيدا الصهاينه، والفلسطينيون أيضا ، تلك البطلة التى صحت بنفسها وبجسدها من أجل فلسطين ، فأصبحت رمز للنضال والوفاء الفلسطيني فى واحدة من أشرف العمليات الاستشهادية في السنوات الأخيرة، والتي أصابت العدو الصهيوني بالذهول؛ لتضحية الفتيات الفلسطينيات الجميلات بأنفسهن فداء لوطنهن. مضت أعوام على ذلك اليوم ومازال اسم وفاء إدريس درساً يرعب اليهود.

شارك ما لا يقل عن 2000 من الفلسطينيين في تشييع جنازة رمزية لأول امرأة إستشهادية فجرت نفسها في إسرائيل. وسار المشيعون وراء نعش فارغ من الخشب عبر مخيم الأمعري في الضفة الغربية لوفاء إدريس، ولف النعش بالعلم الفلسطيني، وألصقت صور وفاء إدريس على الجدران في شوارع المخيم. وهتف المشيعون بعبارة: وفاء بطلة، بينما اطلق مسلحون النار في الهواء تحية لوفاء.

من ناحية أخرى قالت والدة وفاء إدريس إنها فخورة بابنتها وتأمل أن تقتفي مزيد من الفتيات خطاها. وفاء تلك الزهرة الجميلة التى قلبت بعمليتها الاستشهادية الحسابات الأمنية الإسرائيلية التي كانت تركز المراقبة على الشباب الفلسطينيين فقط، بل إنها ارتعدت أيضاً من قيام فتيات فلسطينيات أيضاً يقمن بالتضحية بأنفسهن من أجل فلسطين

fateh. 48. Q
See Translation



Like · Comment · Share                    46
ملاك صعبه الأمتلاك, Maram Obaid, Ahmed Essa and 501 others like this.