# EXHIBIT A.699

The PA's attitude towards the terrorists who killed large numbers of Israelis can be seen in the article written by PLO Ambassador to India and regular columnist in the official PA daily, Adli Sadeq.

He describes the terror attacks of Abdullah Ghaleb Abdullah Barghouti and other mass murderers as "quality operations."

He wrote an article of praise of Hamas for forcing Israel to release over 1000 terrorists from prison to free kidnapped Israeli hostage Gilad Shilit.

At the end, he added that it was Israeli "arrogance and extremism" that made Israel refuse to release "fighters who carried out quality operations, such as Abbas Al-Sayid (35 life sentences for deaths of 35 Israelis in suicide bombings he planned), Ibrahim Hamed (45 life sentences for deaths of 46 Israeli in suicide bombings he planned), Abdullah Ghaleb Abdullah Barghouti (67 life sentences for deaths of 66 Israelis in suicide bombings), and Thaer Hammad (11 life sentences for deaths of 10 Israelis in a shooting ambush) and others."

["On the way to the light", Al-Hayat Al-Jadida (Oct. 13, 2011)]

PLAINTIFF'S EXHIBIT 699

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "On the way to the light", Al-Hayat Al-Jadida (Oct. 13, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "On the way to the light", Al-Hayat Al-Jadida (Oct. 13, 2011).

Dated: February 28, 2014

                                                                                            ROEE COHEN

مدارات | عدلي صادق

## في الطريق الى النور

لا يملك المرء، وهو يتفهم الضرورات القاهرة للأخذ بمنطق النسبية، حين لا تكون ثمة إمكانية للتمسك بالمطلقات إلا أن يرحب بعملية التبادل التي تم التوصل الى اتفاق بشأنها. وحيال تطور كهذا، يقتضي الأمر، النظر الى الجزء الملآن من كأس التمني، لا الى الجزء الفارغ؛ إذ إن ألف أسير وسبعاً وعشرين أسيرة، سيرَوْن قرص الشمس كاملاً لا تتخلله القضبان، وستنتهي معاناة هؤلاء، ومعاناة عائلاتهم، وسيتعزز المجتمع الفلسطيني ويزهو، بعائدين جدد، من أكثر بؤر المواجهة سخونة واحتشاداً بالدلالات والمعاني الرمزية، بل من أشدها تكثيفاً لأصالة الإنسان الفلسطيني، ولقدرته على الاحتمال!

كذلك سيغتني التمثيل القائم للحركة الأسيرة البطلة، في مشهد العمل الوطني الفلسطيني العام على اتساعه: بهؤلاء الأفذاذ الذين أدوا واجباً كبيراً وجليلاً، وتحملوا الأكلاف، وصمدوا، واكتسبوا تجارب غنية!

في هذه المناسبة، يُذكر الفضل لأهله، وإن كان بعض أهل الفضل قد رحلوا، فلا مناص من الترحم على أرواحهم جميعاً، بدءاً بالعزيز الشهيد الفذ أبو عطايا (جمال أبو سمهدانة) مؤسس لجان المقاومة الشعبية، ومن معه، مروراً بكل من قضوا في عملية أسر الجندي، ومن بينهم جاري القريب، الشهيد محمد عزمي قروانة، ابن الفاضلة الفتحاوية أم علي. فقد تبوأ ابنها مكانة أسمى في ضمائر الوطنيين، واحتسبناه عند رب العزة في عليّين، وانتهاء بكل شهيد سقط بالنار الغاشمة، التي صبها المحتلون على شعبنا، فيما هو يكثف غارات الغيظ والانتقام، على امتداد أكثر من شهرين، بعد الهجوم الذي نفذه شباب في مقتبل العمر، لا يملكون سوى الخفيف من وسائل القتال، والقليل من الخبرة والتدريب؛ ضد جزء من تشكيل عسكري مدرع، فأسروا جندياً مدرباً مدججاً بالسلاح، وبلباسه العسكري!

الرحمة لأرواح شباب المقاومة، الذين قضوا صامدين. والتحية لكل الرجال الذين حافظوا على سريّة احتجاز الأسير، بدءاً من الأسابيع الأولى لوقوعه في الأسر، واستمراراً للاحتجاز، بتدابير حمساوية موفقة، تحلى القائمون عليها بالصبر وبحس عال بالمسؤولية، عززته مشاعر الشوق لرؤية أسرانا ينعمون بالحرية.

يتلقى الفلسطينيون نبأ الإفراج الوشيك عن ألف أسير وسبع وعشرين أسيرة، بروح احتفالية. وربما يتحدث البعض لاحقاً عن نواقص في الصفقة التي لم تتضح بعد، كل تفصيلاتها. من جانبنا لن نركز على ما لم تستطع حماس إنجازه، لأننا نعلم ضراوة المعركة التي خاضها المفاوضون من جانبها، على امتداد عدة سنوات. فقد كان المحتلون يتطلعون الى صفقة هزيلة تماماً، وربما تعمدوا مداراة تنازلهم النسبي، أمام جمهورهم المفعم غروراً وتطرفاً، بالرفض القاطع لأن تشمل الصفقة، قادة وطنيين ومناضلين كأحمد سعدات ومروان البرغوثي وفؤاد الشوبكي، ومناضلين نفذوا عمليات نوعية، كعباس سيّد، وإبراهيم حامد، وعبد الله البرغوثي، وثائر حماد وآخرين. فليس خافياً أنهم شعروا بمرارة الصفقة، وسارعوا الى تعليلها، بل تعجلوا في التنويه، منذ الآن، الى أن ما تم التوصل اليه، لا يتضمن التعهد بعدم ملاحقة الأسرى المحررين. وتعمّد المحتلون تسريب تلميحات بأن التعهد بعدم الملاحقة، يتعلق بقادة حماس في الخارج، في حال مغادرتهم سورية، وليس بمن يُطلق سراحهم. وذكروا في سياق الشرح، بعض التفاصيل عن شروط ومحددات بالنسبة لأماكن الإفراج أو أماكن الإقامة، واهمين أن من شأنها التخفيف من بهجة الفلسطينيين بالإفراج عن أسراهم وأسيراتهم.

يبدو أنه لم يكن بالإمكان، أبدع مما كان. ولا موجب لأية تأويلات تتعلق بالنواقص. إن هذه ملاحظة تستبق رجاءات وخيبات أمل، لا بد أن تطفو على السطح، ليس في النطاق الوطني العام وحسب، وإنما كذلك في دوائر كل القوى ومن بينها حماس والآسرين الأوائل للجندي. ينبغي التحلي بروح الحركة الأسيرة الماكثة في السجون بعد الصفقة، وهي روح تتسم بالمقدرة على إنعاش الأمل في الحرية، وتختزن من صلابة الإرادة، ومن الصبر، ما يجعلها ماضية في الطريق الى النور!

www.adlisadek.net
adlishaban@hotmail.com