# EXHIBIT A.701

"Family members of prisoners expressed heartfelt thanks to the directorate and staff of Voice of the Prisoners Radio, via the program 'On Birds' Wings' . . . The families of prisoners in solitary confinement, first and foremost the family of the prisoner Commander Ahmad Sa'adat, and the heroic prisoners Abbas and Abdullah Ghaleb Abdullah Barghouti, Mahmoud Issa, Jamal Abu Al-Haija, Hassan Salameh and others, said that their sons wait for the program."

["The 'Voice of the Prisoners' radio program is the connecting link when visits are denied", Al-Hayat Al-Jadida (Apr. 13, 2011)]



PLAINTIFF'S EXHIBIT 701

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "The 'Voice of the Prisoners' radio program is the connecting link when visits are denied", Al-Hayat Al-Jadida (Apr. 13, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "The 'Voice of the Prisoners' radio program is the connecting link when visits are denied", Al-Hayat Al-Jadida (Apr. 13, 2011).

Dated: February 28, 2014

_____
ROEE COHEN

# برنامج صوت الأسرى الإذاعي حلقة الوصل بين الأسرى وذويهم في كل المناسبات



وذلك للتخفيف من الزنزانات منذ أكثر من عام، وتتكرر كل ادوات التعذيب وهي تكسر ارادة السجان الفلسطيني الذي هام على الإعلامي وهو يكسر ارادة السجان FM ١٠٧٫٩ هذا الإسير للدراسات وأكدت اهالي الأسرى أن صوت الأسرى الزيارات وأكد اهالي الأسرى يصل إلى مركز اهتمام أهالي الأسرى الجمعة ويعين من عميق على نفسية الأسرى ويقدم أبناء صوت الأسرى لما لهم من تأثير ايجابي وتشكرهم الجمعية لإدارة وتطوير إذاعة صوت الأسرى الجتمع من صوت الأسرى خاصة وأن برنامج «صوت الأسرى» على حياة الجديدة - تقدم اهالي الأسرى عباس وجمال ابو الهيجاء وحسن سلامات وغيرهم من ابنائهم ينتظرون عباس وجمال ابو الهيجاء وحسن الإسرى الأكثر سرعة في توصيل مع برنامج «صوت الأسرى» الذي يرسالة. وشكرت عوائل الأسرى الأسرى لذويهم المحرومين والذين كونوا أن صوت القائد احمد سعدات والأسير البرنامج الذي يقدم «على حياة الجديدة» الطيور والتواصل الجرموليين وعلى رأسهم عائلة الأسير اربع سنوات. وأشكلت عوائل الأسرى