# EXHIBIT A.710

Kahira Sa'id al-Sa'di is one of the female terrorists honored by the PA Prime Minister Salam Fayyad himself, along with other female terrorists, on International Women's day:

"The Prime Minister saluted the Palestinian mothers for their leading and prominent role, alongside the men . . . He said, 'On this occasion, I will not fail to mention with admiration and veneration the resolve of the female fighter prisoners and of all the prisoners of freedom who are imprisoned in the Israeli prisons, subject to indescribable suffering . . . I make special mention of all the women prisoners who are mothers: Iman Ghazawi, who has been imprisoned for ten years; Kahira Sa'id al-Sa'di; Irena Sarahneh; Latifa Abu Dhiraa . . . "

["Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011)]



PLAINTIFF'S EXHIBIT 710

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ROEE COHEN**

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Fayyad praises the leading and distinguished role of the Palestinian mother in the building process", Al-Hayat Al-Jadida (Mar. 24, 2011).

Dated: February 28, 2014

רועי כהן

ROEE COHEN

Case 1:04-cv-00397-GBD-RLE   Document 547-480   Filed 06/25/14   Page 4 of 5

### خلال حديثه الإذاعي الأسبوعي

# فياض يشيد بدور الأم الفلسطينية الريادي والمتميز في مسيرة البناء من أجل الحياة والمستقبل

## عملية تكريس حقوق المرأة انطلقت ولا رجعة فيها وسنواصلها حتى نضمن لها المساواة

رام الله- الحياة الجديدة - استهل رئيس الوزراء الدكتور سلام فياض حديثه الإذاعي الأسبوعي بتقديم التهنئة للأم الفلسطينية، لمناسبة عيد الأم، وقال: «في آذار من كل عام، يحتفل شعبنا بكل فئاته الاجتماعية بيوم عيد الأم، وعيد المرأة العالمي، وعيد الربيع الذي تجدد فيه الطبيعة نفسها، ويعتبر هذا الشهر بالنسبة لشعبنا شهراً مميزاً حيث تمتزج هذه المناسبات مع نضاله المتواصل للخلاص من نير الاحتلال ونيل الحرية والاستقلال»، وأضاف: «فيوم الأم يتصادف أيضا مع ذكرى معركة الكرامة التي حققت فيها قوات الثورة الفلسطينية والجيش الأردني الباسل انتصاراً في مواجهة الغزو العسكري الإسرائيلي في آذار عام ١٩٦٨ الذي استهدف القضاء على حركة المقاومة الفلسطينية. وقد أبرز يوم الكرامة درساً في التلاحم بين الشعبين الاردني والفلسطيني، سطر فيه شهداء فلسطين والأردن بدمائهم الزكية صفحة مشرقة دفاعا عن الكرامة والحقوق العربية».

وحيا رئيس الوزراء الأم الفلسطينية على الدور الريادي والمتميز الذي تقوم به جنباً إلى جنب مع الرجل، وعلى نضالها من أجل الوصول إلى المساواة الكاملة في حقوقها، من منطلق القناعة التامة بأن حق المرأة في المساواة هو حق طبيعي ومطلق وغير قابل للتصرف. وقال: «ولا يفوتني أيضا في هذا المقام إلا أن أذكر بإكبار وإجلال صمود الاسيرات المناضلات، وجميع أسرى الحرية المعتقلين في السجون الاسرائيلية، والذين يخضعون لمعاناة لا توصف، الأمر الذي يفرض علينا واجب مضاعفة الجهد لضمان تحريرهم من قيد المحتل وتنكيل جلاديه. وأخص الأسيرات الأمهات جميعاً وهن الأسيرة إيمان غزاوي المعتقلة منذ عشر سنوات، وقاهرة السعدي، وارينا سراحنة، ولطيفة أبو ذراع، وابتسام العيساوي، ومنتهى الطويل، وكفاح قطش» وأضاف: «ولا ننسى الأم الفلسطينية التي تتمترس أمام الجرافات الإسرائيلية لتحمي أرضها ومنزلها، كما تحضرني صورة الأم التي احتضنت شجرة الزيتون لتحميها من عدوان الجنود الذين أرادوا اقتلاعها، ولا أنسى أمهات شهدائنا الأبرار، وأمهات أسرى الحرية، وأمهات الجرحى والمبعدين». وشدد فياض على أنه يحق لنا أن نفخر بالأم الفلسطينية التي تعتبر أساس الأسرة والمجتمع والشريكة الكاملة للرجل في العمل والتربية والبناء، وقال: «شاركت المرأة والأم الفلسطينية في مسيرة كفاح شعبنا الطويلة من أجل الحرية والاستقلال، وهي تخوض اليوم مسيرة البناء من أجل الحياة والمستقبل، وتعزيز صمود شعبنا وقدرته على الثبات على أرضه. ونحن نسعى لاستكمال الجاهزية الوطنية لإقامة دولة فلسطين، فإن قضية المرأة وتعزيز مكانتها، وتمكينها من المساواة الكاملة تشكل أحد أهم معايير هذه الجاهزية».

وأكد رئيس الوزراء أن السلطة الوطنية أولت اهتماماً متزايداً بالنهوض بواقع المرأة ومكانتها، والأمهات منهن بشكل خاص، حيث تم افتتاح وتوسيع انتشار مراكز الولادة الآمنة والطوارئ، وإنشاء العديد من مراكز رعاية الولادة والأمومة في المناطق المهمشة والأرياف النائية. كما أقامت العديد من الأنشطة الصحية التوعوية والتثقيفية، واهتمت بتوفير البيئة القانونية والتشريعية لإنصاف النساء. وقال: « أؤكد لكم اليوم، ولمناسبة عيد الأم، أن عملية تكريس حقوق المرأة في فلسطين انطلقت ولا رجعة فيها، وسنواصل هذه العملية حتى نضمن للمرأة حقوقها الكاملة في المساواة. وفي هذا السياق، فإنني أؤكد أيضاً بأننا سنعمل على ترسيم الثامن من آذار من كل عام ابتداء من العام المقبل يوما وطنياً في فلسطين يحتفل فيه الجميع رجالاً ونساءً، كيوم عطلة رسمية للجميع وليس فقط للنساء».

وختم فياض حديثه الإذاعي الأسبوعي بقوله: «إن المناسبات العظيمة جميعها تعطينا الأمل بالمستقبل، وكلي ثقة بأن هذا العام سيكون عام الحرية لفلسطين وشعبنا، وللوصول بمشروعنا الوطني إلى نهايته الحتمية المتمثلة أساسا في الخلاص من نير الاحتلال عن كامل أرضنا المحتلة منذ عام ١٩٦٧، وتمكين شعبنا من تقرير مصيره، وإقامة دولة فلسطين المستقلة وعاصمتها القدس».