# EXHIBIT A.711

# PLACEHOLDER FOR EXHIBIT 711

## SEE ENCLOSED DVD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as For You, "Greeting of Love to Female Terrorists," PA TV (Aug. 30, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as For You, "Greeting of Love to Female Terrorists," PA TV (Aug. 30, 2011).

Dated: February 23, 2014

ZACHY BEN HAMO