# EXHIBIT A.714

# PLACEHOLDER FOR EXHIBIT 714

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE    Document 547-484    Filed 06/25/14    Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached description in English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as "Palestine This Morning, PA TV Honoring Mother of Sana' Shehadah", PA TV (Mar. 21, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate description of the Arabic-language video or portion thereof designated as PA TV Honoring Mother of Sana' Shehadah", PA TV (Mar. 21, 2011).

Dated: February 27, 2014

_____
ZACHY BEN HAMO