# EXHIBIT A.719

"[Muhammad] Dahlan (then Head of Preventive Security in Gaza, an Arafat appointee) confirmed that the U.S. administration had demanded that President Arafat and the [Palestinian] National Authority condemn the operation (i.e., terror attack) which took place yesterday afternoon in west Jerusalem . . . 'I don't believe we intend to condemn any incident before the occupation is removed from the Palestinian people's back.'"

["Dahlan:  Our meeting with Zinni did not yield positive results, and our positions are firm", Al-Quds (April 13, 2002)]



PLAINTIFF'S EXHIBIT 719

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Dahlan: Our meeting with Zinni did not yield positive results, and our positions are firm", Al-Quds (April 13, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Dahlan: Our meeting with Zinni did not yield positive results, and our positions are firm", Al-Quds (April 13, 2002).

Dated: February 28, 2014

_____
ROEE COHEN



في تصريحات لـ «القدس»:

# دحلان: اجتماعنا مع زيني لم يسفر عن نتائج ايجابية ومواقفنا ثابتة

القدس - من محمد ابو خضير - قال العقيد محمد دحلان رئيس جهاز الامن الوقائي في قطاع غزة عضو الوفد المفاوض ان الاجتماع مع المبعوث الاميركي انتوني زيني لم يتمخض عن شيء يذكر.

وقال دحلان لـ «القدس» ان الاجتماع كان قصيرا واكدنا خلاله على موقفنا الثابت ثم استدعي زيني للاجتماع على عجل بوزير الخارجية الأمريكي كولن باول حيث استكمل الاجتماع ارون ميلير عضو الوفد الأمريكي.

وشدد دحلان على أهمية الاجتماع المزمع عقده بين الرئيس ياسر عرفات وباول وقال:

-البقية ص ١٨-

العقيد محمد دحلان

يستوعب ٢٤ سريرا ويحتوي على غرفتي عمليات



# في تصريحات لـ "الشعب"/بقية

نحن معنيون بالتعامل مع أقطاب الخليج

[النص باللغة العربية - مقال صحفي عن تصريحات الرئيس ياسر عرفات بخصوص الموقف الفلسطيني والإسرائيلي والأمريكي، يتضمن مواضيع حول المفاوضات والأراضي الفلسطينية والعلاقات مع الولايات المتحدة]