# EXHIBIT A.729

"Imad Faluji, [PA] Minister of Communications stressed that the PA began to prepare and get ready for the outbreak of the current Intifada since returning from the negotiations at Camp David at the request of President Yasser Arafat, who expected it to be a stage complementing the Palestinian resolve in the negotiations, and not a protest limited to [Israeli Parliament Member Ariel] Sharon's visit to the Noble Sanctuary of Jerusalem (*i.e.*, the Temple Mount) . . . Faluji said that the PA made the factions and political forces responsible for directing the Intifada . . . He emphasized that the Intifada would continue and that it will inevitably bring about a new reality which will be nothing other than an 'independent state.' . . . Faluji did not rule out the possibility that the PA would turn into a resistance enterprise because of the continued Israeli arrogance and stubbornness."

["Politicians and Journalists: Improving domestic performance and reinforcing national unity are fundamental for achieving the Intifada's goals", Al-Ayyam (Dec. 6, 2000))]

PLAINTIFF'S EXHIBIT 729

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF ROEE COHEN**

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Politicians and Journalists: Improving domestic performance and reinforcing national unity are fundamental for achieving the Intifada's goals", Al-Ayyam (Dec. 6, 2000).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Politicians and Journalists: Improving domestic performance and reinforcing national unity are fundamental for achieving the Intifada's goals", Al-Ayyam (Dec. 6, 2000).

Dated: February 28, 2014

_____
ROEE COHEN

خلال حوار مفتوح بغزة بعنوان الانتفاضة آفاق وتطورات

# سياسيون وإعلاميون: تحسين الأداء الداخلي وتعزيز الوحدة الوطنية ركائز أساسية لتحقيق اهداف الانتفاضة

كتب رائد لافي:

أكد سياسيون وإعلاميون أهمية تحسين الأداء الداخلي، وتعزيز الوحدة الوطنية، كضمانات أساسية لاستمرار الانتفاضة، وصولاً إلى إنجاز الحقوق المشروعة للشعب الفلسطيني.

وشدد عدد منهم على أهمية تشكيل حكومة وحدة وطنية، بمشاركة جميع القوى والفصائل السياسية، لمواجهة حالة الحرب والطوارئ التي تشهدها الأراضي الفلسطينية في هذه الأثناء.

جاء ذلك خلال الحوار المفتوح الذي نظمته الهيئة الإدارية في رابطة الصحافيين في غزة، ليلة أول من أمس، بعنوان «الانتفاضة آفاق وتطورات»، وتناول عدة محاور رئيسة في الحياة السياسية الفلسطينية في ظل ما تشهده حالياً.

وأكد عماد الفالوجي وزير البريد والاتصالات، أن السلطة الوطنية بدأت في الإعداد والاستعداد لاندلاع الانتفاضة الحالية، منذ العودة من مفاوضات كامب ديفيد، بناء على طلب الرئيس ياسر عرفات، الذي توقع اندلاع الانتفاضة، كمرحلة استكمالية للصمود الفلسطيني في المفاوضات، وليس احتجاجاً مقتصراً على زيارة شارون للحرم القدسي الشريف.

وقال: إن الانتفاضة لم تمثل أي مفاجأة للقيادة الفلسطينية على الإطلاق، مشيراً إلى أن القيادة بذلت كل ما في وسعها من خلال القنوات السياسية والديبلوماسية لمعالجة الخلل في المفاوضات وعملية السلام لكن دون جدوى، مصطدمة بالتعنت الإسرائيلي والتنصل الدائم من استحقاقات هذه العملية.

وأشار الفالوجي إلى أن السلطة ألقت بإدارة شؤون الانتفاضة على عاتق الفصائل والقوى السياسية، لمتابعة وإدارة أحداثها وتطوراتها، منوهاً إلى ارتقاء الخطاب السياسي لدى الفصائل، إلا أنه ارتقاء بحاجة إلى العمق، لتعزيز الوحدة والتلاحم. وشدد على أن الانتفاضة ستستمر،

ولا بد لها أن تفضي إلى واقع جديد، لن يكون سوى «الدولة المستقلة»، فالوضع الدولي الذي صنعته الانتفاضة، لا يحتمل عودة الأمور إلى سابق عهدها قبل تاريخ ٢٨ أيلول.

وكشف الفالوجي النقاب عن عمل السلطة الوطنية الدؤوب منذ اللحظة، لضمان مشاركة حركة حماس في الانتخابات البرلمانية القادمة، مشيراً في الوقت ذاته إلى أن حماس تعمل من أجل الهدف ذاته نفسه.

ولم يستبعد الفالوجي امكان تحول السلطة الوطنية إلى مشروع مقاومة مع استمرار حدة الصلف والتعنت الإسرائيلي، واستمرار وتصاعد العدوان الاحتلالي ضد الشعب الفلسطيني الأعزل، مشيراً إلى التضارب الكبير في مواقف وتصريحات القادة الإسرائيليين إزاء الأحداث الحالية، وعملية السلام برمتها.

بدوره، أكد اسماعيل أبو شنب، أحد قياديي حركة حماس، أنه كان لحركة حماس السبق في دعوة الجماهير الفلسطينية للتصدي لزيارة شارون للحرم القدسي، من خلال بيان أصدرته عشية الزيارة، داحضاً بذلك المزاعم التي تروج إلى ضعف مشاركة أنصار وأعضاء الحركة في فعاليات الانتفاضة الحالية.

وشدد على أن خيار الشعب الفلسطيني الرئيس يتمثل في مقاومة الاحتلال، كطريق وحيد للوصول للحقوق الوطنية المشروعة، مشيداً بتفاعل حركة «فتح» مع الانتفاضة وقيادتها لفعالياتها، جنباً إلى جنب مع «حماس»، والفصائل الفلسطينية الأخرى.

ونوه أبو شنب إلى أن حركة حماس بمختلف شرائحها منخرطة تماماً في فعاليات الانتفاضة، إيماناً منها أنها الحل الأوحد للخروج من المأزق والمعاناة التي يعانيها الشعب الفلسطيني منذ سنوات.

وقال إن حركة حماس ترى في نفسها مشروعاً لمواجهة المؤامرات التي تحاك ضد الشعب الفلسطيني، مشيراً إلى اختلاف رؤى الفصائل الوطنية،

وإيمان حركة حماس بالتعددية، التي هي أساس الوحدة والتلاحم.

وأكد أبو شنب أهمية العمل على تطوير فكرة لجنة المتابعة العليا التي تضم فصائل العمل الوطني السياسي، لإدارة شؤون وفعاليات الانتفاضة، بدقة وكفاءة وفاعلية تفوق ما هي عليه الآن.

من جانبه، تمنى الدكتور محمد الهندي أحد قياديي حركة الجهاد الإسلامي، أن تصل الانتفاضة إلى حالة شعبية عارمة، لا يملك أدواتها أن اندلاع الانتفاضة الحالية فرصة كبيرة للتحلل من مأزق المفاوضات.

وأكد أن الحركة على استعداد لدعم مطالب السلطة واتجاه السلام الداعي إلى إقامة دولة في حدود الرابع من حزيران العام ١٩٦٧، على اعتبار أن ذلك نصف ما تريده الحركة، التي لن تدخر جهداً في مواصلة العمل حتى تحرير كامل ترابها الوطني وعاصمتها القدس الموحدة.

وشدد الهندي على أن الشعب الفلسطيني يمتلك مفاتيح وأدوات التحول الإستراتيجي في المنطقة، واتضح ذلك من خلال التفاعلات مع الحجر الفلسطيني، الذي طالت تأثيراته دول المنطقة جميعاً، فضلاً عن توحيده شرائح المجتمع الداخلي على استمرار الانتفاضة، وعدم العودة إلى ما قبل ٢٨ أيلول، وحق المقاومة المشروع لجميع الفصائل السياسية.

ودعا خالد الخطيب عضو المكتب السياسي لـ«فدا»، إلى تشكيل حكومة وحدة وطنية، بمشاركة جميع فصائل العمل السياسي المتواجدة على الساحة الفلسطينية، لمواجهة العدوان الإسرائيلي.

وقال إن من شأن تحقيق مثل هذه الخطوة، أن يعزز الوحدة الوطنية الداخلية التي تعتبر مطلباً رئيساً للوصول إلى الحقوق الوطنية المشروعة، وإفشال رهانات الاحتلال الإسرائيلي الهادفة إلى ضرب جدوى المقاومة والانتفاضة.