# EXHIBIT A.754

# PLACEHOLDER FOR EXHIBIT 754

## SEE ENCLOSED DVD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF ZACHY BEN HAMO

        Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United

States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the
   video or portion thereof received by Palestine Media Watch, to the best of my
   knowledge and belief. The video or portion thereof is designated as Sermon, Dr.
   Mahmoud Mustafa Najem - "Muslims Torment Jews for Allah", PA TV (Nov. 1,
   2002).

2. I am a professional translator with a BA in Arabic Language and Literature from
   Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and
   Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and
   English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate
   translation of the Arabic-language video or portion thereof designated as Sermon, Dr.
   Mahmoud Mustafa Najem - "Muslims Torment Jews for Allah", PA TV (Nov. 1,
   2002).

Dated: February 27, 2014

                                                        ZACHY BEN HAMO