# EXHIBIT A.794

The most prominent reward that Palestinian Martyrs were promised was the 72 Dark-Eyed Virgins in Paradise.

"He [Muhammad] said (in a Hadith, Islamic tradition):
[There is] a palace of pearls in Paradise and in it seventy courts of ruby . . . And in each court [there are] seventy houses of green emerald stone. In every house, seventy beds. On every bed, seventy mattresses of every color and on every mattress a woman.' … [Hassan Ismail Abd Al-Razeq, a scholar from the Al-Azhar University in Cairo (religious center for Sunni Islam) explained:] The Prophet's style in this Hadith is informative and descriptive, and it is intended to fill Muslims with desire for Paradise . . . to be worthy of it, because… only three dwell there: the Prophets, the Righteous and the Shahids (Martyrs for Allah)."

["Pleasant Dwellings in the Gardens of Eden", Al-Hayat Al-Jadida (Jan. 2, 2004)]



PLAINTIFF'S EXHIBIT 794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Pleasant Dwellings in the Gardens of Eden", Al-Hayat Al-Jadida (Jan. 2, 2004).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Pleasant Dwellings in the Gardens of Eden", Al-Hayat Al-Jadida (Jan. 2, 2004).

Dated: February 28, 2014

                              _____
                              ROEE COHEN

من البلاغة النبوية:

# المساكن الطيبة في جنات عدن

القاهرة - محمود فرج: عن عمران بن حصين وأبي هريرة رضي الله عنهما قالا: سئل رسول الله صلى الله عليه وآله وسلم عن قوله تعالى: ومساكن طيبة في جنات عدن قال: قصر في الجنة من لؤلؤة فيها سبعون داراً من ياقوتة حمراء، في كل دار سبعون بيتاً من زمردة خضراء، في كل بيت سبعون سريراً، على كل سرير سبعون فراشاً من كل لون، على كل فراش امرأة، في كل بيت سبعون مائدة، على كل مائدة سبعون لوناً من الطعام، في كل بيت سبعون وصيفاً ووصيفة يعطي المؤمن بقوة، ما يأتي على ذلك كله في غداة واحدة.

حول معنى هذا الحديث الشريف وما فيه من بلاغة وإيجاز يقول فضيلة الدكتور حسن إسماعيل عبد الرازق من علماء جامعة الأزهر: هذا الحديث من الأحاديث النبوية الشريفة التي دارت بين النبي صلى الله عليه وسلم وأصحابه، فقد كانوا رضوان الله عليهم يسألونه عن معاني بعض الآيات الكريمة التي كانت تنزل عليه عن طريق الوحي من قبل الله تعالى، فعندما نزل قوله تعالى: وعد الله المؤمنين والمؤمنات جنات تجري من تحتها الأنهار خالدين فيها ومساكن طيبة في جنات عدن ورضوان من الله أكبر ذلك هو الفوز العظيم سأل بعض الصحابة رضوان الله عليهم عن معنى قوله تعالى ومساكن طيبة في جنات عدن فأجاب صلى الله عليه وسلم بوصفها كأنه يراها، ولعل الله تعالى قد أحضرها أمامه فأخذ في وصفها، وما ينطق عن الهوى إن هو إلا وحي يوحى.

## ما هي اللطائف البلاغية في هذا الحديث النبوي الشريف؟

- أسلوب النبي صلى الله عليه وسلم في هذا الحديث خبري وصفي أريد به تشويق المسلمين إلى الجنة للعمل لها، بلزوم طاعة الله تعالى والبعد عن معصيته حتى يكونوا جديرين بها، لأنها كما في رواية أبي الدرداء لا يسكنها غير ثلاثة: النبيون والصديقون والشهداء، ويقول الله تعالى لها: طوبى لمن دخلك.

ويضيف فضيلة الدكتور حسن: تميز الحديث بالإيجاز بالحذف، فقد حذف المسند إليه من قوله قصر في الجنة أي المساكن الطيبة قصر في الجنة، وقد دعا إلى هذا الحذف قيام القرينة على المحذوف، وحتى تكون العبارة قوية محكمة التركيب، لأن من أسباب قوة العبارة أن تأتي موجزة محكمة التركيب محذوفاً منها ما دلت القرائن على وجوده بقدر.

ويوضح د. حسن أن الجمل كلها اسمية دالة على الثبوت والدوام، فالقصر ثابت في الجنة ودائم بدوام ملك الله تعالى، وأوصافه كذلك ثابتة ودائمة، وجاءت قوتها من اسميتها، فالجملة الاسمية أكثر تأكيداً من الجملة الفعلية، وهذا ما يطمئن المؤمنين ويعطيهم الثقة الكاملة في وعد الله تعالى، ولهذا قال صلى الله عليه وسلم يعطي المؤمن بقوة أي لا يعطي بفتور وعدم اهتمام وإكتراث، كمن يقدم طعاماً لضيوف لا يريد بقاءهم ولا رؤيتهم وإنما يعطي بحب زائد، وصدر رحب ورغبة في اللقاء.

ومن اللطائف البلاغية في هذا الحديث الشريف كما يقول الدكتور حسن تقديم الجار والمجرور للتخصيص في قوله فيها سبعون داراً في كل دار سبعون بيتاً في كل بيت سبعون سريراً وعلى كل سرير سبعون فراشاً في كل بيت سبعون مائدة، على كل مائدة سبعون لوناً من طعام، في كل بيت سبعون وصيفاً ووصيفة أي أن هذه السبعين خاصة باللؤلؤ أو بالدر أو بالبيت أو بالمائدة.

وفي قوله ما يأتي على ذلك كله غداة واحدة معناه لا يستطيع التنعم بذلك كله في غداة واحدة في أجمل وقت من أوقات الليل والنهار وهو وقت الغداة أي من صلاة الفجر إلى وقت طلوع الشمس، وهو وقت الهدوء، والتمتع بالنسيم العليل، والهدوء الجميل، والجو النقي اللطيف والفجر الندي النظيف، وفيه إشارة إلى أن التمتع بمساكن طيبة في جنات عدن يكون في الوقت الذي كان المؤمنون فيه يحيون الإقبال على الله تعالى في ذلك الوقت مؤذن صلاة الفجر طارداً الشيطان الذي يحاول إنساءهم عن الصلاة، في الوقت الذي يكون فيه النوم سلطان البعد عن رحمة الله تعالى، وكأنه تعالى يقول لهم: لما تعبتم بعصار عنكم الشيطان للوقوف أمامي في ذلك الوقت تسعدون وتنعمون في جناتي بالقرب مني.

## وماذا عن تخصيص العدد بالسبعين؟

- تخصيص العدد بالسبعين في قوله سبعون داراً، سبعون بيتاً، سبعون سريراً.. إنما هو مضاعف بفضل الله تعالى من السبعة التي هي أيام الأسبوع، لأن الحسنة بعشر أمثالها.

ويقول د. حسن وفي الحديث الشريف من البديع مراعاة النظير بين الفاظه كالتي نجدها بين اللؤلؤ والياقوتة والزمردة، وبين حمراء وخضراء، وبين مائدة وطعام وصيفاً ووصيفة وبين فراشاً وامرأة وذلك ما يشيع التآلف بين ألفاظ الحديث الشريف، ويزيد من قوة نسجه، وحلاوة أسلوبه.

ALHAYAT 08/05 08/01/04