# EXHIBIT A.805

"Faris was a regular boy who loved spinach and turkey and liked *debka* dancing and sports and religion classes, until his cousin Shadi died a Martyr (*Shahid*) from occupation fire at the Al-Muntar crossing . . . His mother said: 'A day before he died as a Martyr I saw his photo on TV, he was standing in front of a tank, and I asked him not to do that again . . . But Faris couldn't, because of his education, lie to his mother, and he said that his Martyr-cousin Shadi had come to him in a dream and asked him to avenge [him]. This was the same dream that came to his mother one night, when Martyr Shadi came to her in a dream and asked her to allow Faris to go to the Al-Muntar crossing.

Um Al-Sa'id [Faris' mother] said about this: 'I hadn't gotten over the shock of losing my nephew, Martyr Shadi, yet, and that's why I begged him [Faris] not to go to Al-Muntar, and I followed him there many times and brought him back home.

On that morning [of the day of his death], Faris Ouda left his home early holding a slingshot in his hand, after having made himself a wreath decorated with his photo and having written on it 'The heroic Shahid Faris Ouda' . . . "

["Faris Ouda", Al-Hayat Al-Jadida, (Nov. 30, 2000)]


PLAINTIFF'S EXHIBIT 805

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as "Faris Ouda", Al-Hayat Al-Jadida, (Nov. 30, 2000).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as "Faris Ouda", Al-Hayat Al-Jadida, (Nov. 30, 2000).

Dated: March 3, 2014

_____
ROEE COHEN

## فارس السعودة/ بقية

بساعة واحدة.. ثم جسدها بدمه عندما وقف تلك الوقفة التي اذهلت العالم على بعد امتار معدودة من الدبابة الاسرائيلية غير عابىء بحمم نيرانها.

كان فارس طفلا عاديا يحب السبانخ ولحم الحبش.. يعشق الدبكة الشعبية ودروس الرياضة والدين.. الى ان استشهد ابن خالته "شادي" برصاص الاحتلال على معبر المنطار. فعندها تحولت حياته الى حزن يلفه حنين الى لقاء من فقده.. تقول والدته "قبل يوم من استشهاده شاهدت صورته في التلفزيون وهو يقف امام الدبابة وطلبت منه الا يكرر ذلك والا تعرض لضرب والده وقطع مصروف المدرسة عنه".

ولأن فارس لا يستطيع بحكم تربيته الكذب على والدته فقد قال إن ابن خالته الشهيد شادي آتاه في الحلم وطلب منه الانتقام وهو نفس الحلم الذي اتى والدته في احدى الليالي عندما خرج اليها الشهيد شادي في المنام وطلب منها ان تسمح لفارس بالذهاب الى معبر المنطار.

وعن ذلك تقول ام السعيد "لم أكن خرجت بعد من صدمة فقداني ابن اختي الشهيد "شادي" ولذلك كنت اتوسل له الا يذهب الى المنطار واحيانا كثيرة كنت الحق به الى هناك واعيده الى المنزل".

وصباح الخميس الموافق التاسع من تشرين الثاني أعيد فارس الى والدته شهيدا برصاصة من نوع 500 قطعت معظم شرايينه وأوردة رقبته.

ففي ذلك الصباح خرج فارس مبكرا من منزله يحمل بيده مقلاعا بعد ان جهز لنفسه اكليلا من الزهور زينه بصورته وبعبارة خطها بيده.. "الشهيد البطل فارس عودة".

يقول صديقه رامي بكر كنت انتظره ككل صباح للذهاب الى المدرسة فكان على غير عادته معطرا يحمل اكليلا من الورد اخذه من بيت عزاء ابن خالته الشهيد شادي وقال لي ساعدني لكي اعلق الاكليل على باب المنزل.

في معبر المنطار يقول رامي إن فارس كان يتعمد تحدي الدبابة والاقتراب منها واحيانا كان يقوم بممارسة هوايته في الدبكة الشعبية على بعد امتار قليلة منها. وعندما سألناه لماذا يفعل ذلك كان يجيب بأغنية "لو كسروا عظامي مش خايف.. ولو هدوا البيت مش خايف..".

ترجل الفارس بعد ان سجل للتاريخ صورة طفل تحدى بعظامه ولحمه الطري دبابة.. ترجل الفارس ولا تزال الصورة تنطق باشياء واشياء.. دم وعظام تقفز من اسرتها ومن بين العابها لتقاوم دبابة.. ترجل فارس وظل عيسى يردد من بعده بجانب مقعده الفارغ على مائدة رمضان "لو كسروا عظامي مش خايف.. ولو هدوا البيت مش خايف".

## عرفات: شعبنا/ بقية