# EXHIBIT A.806

PA newspaper reported that when Faris Ouda's mother heard he was trying to kill himself as a Shahid, he said to her: "Don't worry, mother, Martyrdom (Shahada) is sweet."

"At first, I asked his mother about Faris' childhood and she said: 'Faris participated in the Intifada and threw stones. I told him: 'A stone can't do anything.' He answered: 'My stone is a bomb that will blow up the Jews.' . . .

[His mother said]: 'Faris asked his aunt for the wreath we put on Martyr Shadi's body during the funeral and she gave it to him. My heart sank when I saw him and I asked him: 'Why did you bring the wreath, Faris?' He said: 'To put my photo on it.' I screamed: 'What photo?' He said: 'The Photo of Martyr Faris.' I started begging him to return the wreath to his aunt and told him, 'Our hearts are torn because of your cousin, don't scare me.' He answered: 'Don't be scared mother, Martyrdom is sweet and I am a sacrifice for Al-Aqsa [Mosque].'

When he said this I cried and told him: 'You're 14-years-old, still young.' He said: 'No. I'm over 20 and I want to put my photo on a wreath.' . . .

Faris' father continued: 'My son Sa'id came to my work and told me Faris was wounded. I asked him where he was wounded, and he told me [he was wounded] in the head and that he was taken into the operating room. I told him 'Praise Allah, Faris died as a Martyr.' I went to the Al-Shifa Hospital . . . and went in to [see] him. I laid my hands on him and told him, 'Congratulations on [your] Martyrdom you Faris (Faris in Arabic means 'knight'), you have accepted it and wanted it and it chose you, Martyr.'"

[Faris Ouda – "Martyr [Killed by] the Zionist Tank", Al-Hayat Al-Jadida (Feb. 3, 2001)]


PLAINTIFF'S EXHIBIT 806

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as "Faris Ouda – Martyr [Killed by] the Zionist Tank", Al-Hayat Al-Jadida (Feb. 3, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as "Faris Ouda – Martyr [Killed by] the Zionist Tank", Al-Hayat Al-Jadida (Feb. 3, 2001).

Dated: March 3, 2014

_____
ROEE COHEN

في قلب الجنين مكتوبة فلسطين   مرفوع الجبين في بطن أمك شهيد

قصة الطفل الذي كان يرقص امام الدبابات الاسرائيلية

# فارس عودة شهيد الدبابة الصهيونية

[النص العربي للمقال غير قابل للقراءة بوضوح كافٍ لنسخه حرفياً]

• استشهد بعد ايام من نشر صورته وهو يواجه دبابة بحجر • والدة الشهيد: كان يشتري بمصروفه بنزيناً ليصنع زجاجات المولوتوف • كان يهرب من المدرسة والبيت الى مناطق المواجهة • اصدقاؤه: لم نعد نذهب للمواجهات بعد استشهاد فارس