# EXHIBIT A.898



PLAINTIFF'S EXHIBIT 898

# Declarations Issued by the Institutions, Authorities and the National Forces

## Declaration of the National Forces
## Intifada Declaration – 1 -
## September 30, 2000

**O, masses of our struggling people…..O, people of redemption and sacrifice…**

Behold, here are the Israeli Occupation forces continuing their incessant crimes against our Palestinian people. They came yesterday to the Blessed Al-Aqsa Mosque, right after the visit of the despicable Nazi, Sharon, Butcher of Sabra and Shatila, and incited the national and Islamic feelings of our people, who resisted the Occupation forces with all the will and determination they possess, to continue the struggle until they achieve freedom, independence and sovereignty extending over the whole of the territory of their national land.

O, masses of our striving people…

This crime comes to emphasize the signs of the Occupation's lack of credibility towards a just and comprehensive peace, and even more than that, it attempts to impose its will and its terms on our people, and its control in order to introduce further compromises in the light of an American stance supporting the Israeli enemy and its practices of savagery against our people.

Consequently the National Forces see the gravity of what is happening, from the increasing acts of killing and the arrests, the Judaization of Jerusalem, the perpetration of successive crimes against our people, defenseless, except for the will and defiance and the weapons of stones and empty bottles. Therefore the National Forces demand the negotiating delegation to stop negotiations and all forms of coordination with the occupation government,

P 1:1312

and not to comply with their pressure or American pressure. As there will be no peace while the settlements continue, no peace while crimes are being committed, no peace without Jerusalem as the capital of the independent state, and no peace without the return of the refugees to their land.

O, our people…at this difficult time, in light of these massacres which our people are being subjected to, we surely implore you, with the widest popular mobilization symbolized in national unity across the land, to oppose the forces of the Occupation and the gangs of their settlers, to defend the Arab identity of Jerusalem and against its Judaization, and to reject the policy of fait accompli, which the Occupation and the American Administration are trying to impose, to the derogation of the rights of our people.

O, our people, in every town, every village and every camp, rise up to defend the Arab identity of Jerusalem…rise up to defend the return of the refugees…rise up to defend self-determination…and to burn the land under the feet of the Occupation and its settler gangs…and we urge you not to interfere with public and private property. Similarly, we appeal to the Arab and Islamic nations to show solidarity with our Palestinian people in achieving their national rights, and we call upon the international community and the United Nations to block the path of the Occupation and its crimes so that our people can achieve their national rights. Our people will only be satisfied with an independent Palestinian state with Jerusalem as its capital, and the return of refugees to their land from which they were forced to leave.

**Together until victory and independence**
**Glory and immortality for the martyrs**
**Speedy recovery for the wounded**
**Shame and dishonor for the occupiers**

**The National Forces**
**Gaza Strip**

P 1:1313

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br>　　　　　　　　　Plaintiffs, <br><br>vs. <br><br>THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br>　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1312-1313.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 1312-1313.

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID KRELL

# البيانات الصادرة عن المؤسسات والفعاليات والقوى الوطنيــة

## بيانات القوى الوطنية
### بيان الانتفاضة - ١-
### ٢٠٠٠/٩/٣٠

يا جماهير شعبنا المناضل ... يا شعب الفداء والتضحية ..

ها هي قوات الاحتلال الإسرائيلي تواصل جرائمها المتلاحقة ضد أبناء شعبنا الفلسطيني التي جاءت يوم أمس اثر زيارة النازي الحقير شارون جزار صبرا وشاتيلا للمسجد الأقصى المبارك متحديا للمشاعر الوطنية والإسلامية لأبناء شعبنا ، الذي تصدى لقوات الاحتلال بكل ما يملك من إرادة وعزم على مواصلة النضال حتى نيل الحرية والاستقلال وبسط السيادة على كامل ترابه الوطني .

يا جماهير شعبنا المناضل ..

تأتي هذه الجريمة لتؤكد الدلائل على عدم مصداقية الاحتلال في السلام العادل والشامل ، بل يحاول فرض إرادته وشروطه على أبناء شعبنا وسلطته لتقديم المزيد من التنازلات في ظل موقف أمريكي داعم للعدو الإسرائيلي وممارساته الهمجية ضد أبناء شعبنا .

ومن هنا ترى القوى الوطنية خطورة ما يجري من تزايد لأعمال القتل والاعتقالات وتهويد للقدس وارتكاب الجرائم المتتالية ضد أبناء شعبنا العزل إلا من الإرادة والتحدي وسلاح الحجارة والزجاجات الفارغة ، وبالتالي تطالب القوى الوطنية الوفد المفاوض وقف المفاوضات ووقف كل أشكال التنسيق مع حكومة

١٦٧

P 1: 1312

الاحتلال وعدم الخضوع لضغوطاتها وللضغوطات الأمريكية ، فـ لا سـ لام مـ ع استمرار الاستيطان ولا سلام مع ارتكاب الجرائم ولا سلام دون القدس عاصـ مة الدولة المستقلة ولا سلام دون عودة اللاجئين إلى ديارهم .

يا أبناء شعبنا .. في هذا الوقت الصعب وفي ظل هذه المجازر التي يتعرض لها أبناء شعبنا فإننا نناشدكم بأوسع تعبئة شعبية متجسدة بوحدة وطنيـ ة علـ ى الأرض للتصدي لقوات الاحتلال وقطعان مستوطنيه للدفاع عن عروبـ ة القـ دس وتهويدها ورفض سياسة الأمر الواقع التي يحاول فرضها الاحتلال والإدارة الأمريكية للانتقاص من حقوق شعبنا .

يا أبناء شعبنا في كل مدينة وقرية ومخيم هبوا للدفاع عن عروبة القـ دس ... هبوا للدفاع عن حق اللاجئين في العودة ... هبوا للدفاع عن تقرير المصير ... ولتشتعل الأرض تحت أقدام الاحتلال وقطعان مستوطنيه ... ونناشـ دكم بعـ دم التعرض للممتلكات العامة والخاصة، كما نناشد الأمـ تين العربيـ ة والإسـ لامية للتضامن مع أبناء شعبنا الفلسطيني لنيل حقوقه الوطنية ، ونطالب المجتمع الـ دولي والأمم المتحدة الوقوف في وجه الاحتلال وجرائمه لينال شعبنا حقوقه الوطنيـ ة ، فشعبنا لا يرضى سوى دولة فلسطينية مستقلة وعاصمتها القدس وعودة اللاجـ ئين إلى ديارهم التي هجروا منها .

ومعاً وسوياً حتى النصر والاستقلال
المجد والخلود للشهداء
الشفاء العاجل للجرحى
والخزي والعار للمحتلين

القوى الوطنية
قطاع غزة

١٦٨