# EXHIBIT A.899


PLAINTIFF'S EXHIBIT 899

P176

## Declaration of the Intifada - 5 –

### October 11, 2000

**O, masses of the Al-Aqsa Intifada:**

O, men, women and the youth…O, students, workers and traders…O, doctors, engineers and all professionals…O, stone throwers and makers of the future of Palestine…O, soldiers, defenders of the homeland…O, all our people rising up in the face of the aggression, the murder, the settlement and the Occupation.

For the third week running, the Occupation army forces and armed settler gangs, with official decree from the government of Barak, have continued their bloody aggression on our people, on Al-Aqsa and all the holy sites…and are still increasing the range of their aggression throughout the homeland. This includes their ugly crimes against the militant masses of people, in our Palestinian towns in The Triangle, the Negev, the Coastal region and the Galilee and its steadfast fortress – the heroic town of Nazareth. Indeed our masses have unified in all their glory and resolve to oppose the massacres, across the length of the country and in the Diaspora and political asylum spheres, in defense of Al-Aqsa, Jerusalem and Return, and their unified and resounding voice is declaring that: No voice is louder than the voice of the Intifada. And that the Intifada will continue until the aggression is defeated and until all its goals are achieved.

The Higher Follow-Up Committee of the National and Islamic Forces, emphasizing its glory and pride in the unity of the forces of the people and of the Intifada masses, and in their resolve to continue, turns to our people, and to all members and supporters of the Political, National and Islamic Forces, and to all the institutions, the popular and professional associations, and the civil-based organizations, to deepen this unity and to reinforce their initiatives and Intifada activities, in particular the commitment to the schedule of activities established by the declaration of the Follow-Up Committee of the National and Islamic Forces, and to unite together to make these a success and not to carry out any activities alone, whatever the directives are concerning public activities, only unified activities.

P 1:1321

It also calls for consolidating the role of the people's committees in the camps, the committees for confronting the settlements, and the committees for solidarity with the prisoners, and working to develop their role within functions of the Intifada and the duties of solidarity with the families of the martyrs and the wounded. The Follow-Up Committee calls on the institutions, the associations, the unions and the Political, National and Islamic Forces to consolidate the role of the Intifada coordination and work committees in all the governorates, with an emphasis on complete unity and the provision of the basic elements for steadfastness and continuity.

The Higher Follow-Up Committee emphasizes the following issues:

1. Prioritizing the spirit of unity, upholding the voice of the unified Intifada, its goals in all the activities, marches and rallies, and the raising of national flags.
2. Boycotting of Israeli goods and products, especially products from the settlements.
3. While applauding our valiant workers for their refusal to work in the settlements, we also turn to all the relevant bodies in the national authority and the private and civil sectors, and the Federation of Trade Unions to provide alternative work opportunities for them.
4. Militant unity in the activities of the Intifada in order to remove all settlement outposts and to take away the settlers' weapons, expel the settlers and remove the settlements.
5. While emphasizing the importance of developing industries and Palestinian products, we urge the producers, manufacturers and Palestinian traders to lower prices in response to the difficult economic conditions, and in order for the boycott campaign of Israeli products to succeed.
6. The National and Islamic Forces, while confirming the importance of continuing the educational process and ensuring its regularity at all school and university stages, as well as its protection;

P 1:1322

confirm their unwillingness to infringe upon certain schools and disrupt the educational process, and call on our student population to contribute to the organization of Intifada activities after school hours, and as such, whatever activities are approved by the Higher Follow-Up Committee, will be with the agreement of the Ministry of Education.
7. The Higher Follow-Up Committee, extending greetings to the Palestinian women and their courageous struggle, calls on them to unify their efforts in all their community activities, national mobilization campaigns, joint solidarity committees, first-aid field activities, and spirited participation in demonstrations and marches, including contributing to furthering the role of the women, by taking part in politics, the Intifada and realizing the goals of the Intifada.
8. Greater work to protect the domestic front and heightening alertness and caution against malicious rumors.
9. The National and Islamic Forces, appreciate the honor shown by the Palestine National Authority towards the martyrs, the wounded and their families, and stresses the importance and the need to continue this, and to approve ongoing salaries for the martyrs and those disabled among the wounded in the Intifada, and they call on the National Authority to ensure immediate housing for the owners of homes destroyed by the rockets and artillery shelling of the occupying forces.
10. The National and Islamic Forces call on the people and all elements of their organizations to pursue the formation of people's defense committees to share in the protection of our people, especially the areas exposed to aggression and attacks from the occupying forces and the armed settler gangs, in particular the areas adjacent to the settlements and military outposts.

**Let us unite our efforts and energies in furthering the Intifada and its continuation.**

P 1:1323

Let us unite for return, independence and the full sovereignty of our independent state, with Jerusalem as its capital.

Glory for the martyrs and victory for the Intifada

Palestinian National Liberation Movement – Fatah
Popular Front for the Liberation of Palestine
Palestinian People's Party
Palestinian Arab Front
Palestine Liberation Front
Palestinian Popular Struggle Front
First Deputy to the Chairman of the Palestine Legislative Council
Chairman of the Political Committee of the National Council
Chairman of the Political Committee in the Legislative Council

Islamic Resistance Movement – Hamas
Palestinian Democratic Union – FIDA
Popular Front for the Liberation of Palestine
Islamic Jihad Movement in Palestine
Arab Liberation Front
Islamic National Salvation Party

P 1:1324

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1321-1324.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 1321-1324.

Dated: March 4, 2014

DAVID KRELL

## بيان الانتفاضة -٥-
### ٢٠٠٠/١٠/١١

**يا جماهير انتفاضة الأقصى:**

أيها الرجال والنساء والشباب... أيها الطلاب والعمال والتجار... أيها الأطباء والمهندسون وكل المهنيين... يا رماة الحجارة وصناع مستقبل فلسطين... أيها الجنود حماة الوطن... يا كل شعبنا الذي تفض في وجه العدوان والقتل والاستيطان والاحتلال.

للأسبوع الثالث تواصل قوات جيش الاحتلال وقطعان المستوطنين المسلحين وبقرار رسمي من حكومة باراك، عدوانها الدموي على أبناء شعبنا. وعلى الأقصى وكل المقدسات... وهي إذ تصعد من نطاق عدوانها في كل أرجاء الوطن. بما في ذلك جرائمها البشعة ضد جماهير شعبنا المناضلة في مدننا الفلسطينية في المثلث و النقب والساحل والجليل وقلعتها الصامدة مدينة الناصرة البطلة، فإن جماهير شعبنا توحدت بكل شرف وإصرار لمواجهة المجازر على امتداد الوطن في ساحات الشتات واللجوء دفاعاً عن الأقصى والقدس والعودة وتعلن صوتها الموحد والمدوي بأن: لا صوت يعلو على صوت الانتفاضة. وأن الانتفاضة مستمرة حتى رد العدوان، وتحقيق كل أهدافها.

إن لجنة المتابعة العليا للقوى الوطنية والإسلامية إذ تؤكد فخرها واعتزازها بوحدة قوى الشعب وجماهير الانتفاضة والإصرار على استمرارها فإنها تتوجه إلى أبناء شعبنا وكافة أعضاء ومؤيدي القوى السياسية الوطنية والإسلامية وكل المؤسسات والنقابات الشعبية والمهنية والمنظمات الأهلية إلى تعميق هذه الوحدة وتعزيز مبادراتها وفعالياتها الانتفاضية وفي المقدمة الالتزام ببرنامج الفعاليات التي يقرها بيان لجنة المتابعة للقوى الوطنية الإسلامية والتوحد لإنجاحه وعدم الانفراد من أي كان بتوجيهات خاصة بفعاليات عامة غير الفعاليات الموحدة.

١٧٦

كما وتدعو إلى تعزيز دور اللجان الشعبية في المخيمات ولجان مواجهة الاستيطان ولجان التضامن مع الأسرى والعمل على تطوير دورها في مهام الانتفاضة وواجبات التضامن مع أهالي الشهداء والجرحى وتدعو لجنة المتابعة المؤسسات والاتحادات والنقابات والقوى السياسية الوطنية والإسلامية إلى تعزيز دور لجان التنسيق والعمل الانتفاضي في كافة المحافظات تأكيداً على الوحدة الشاملة وتوفير مقومات الصمود والاستمرارية.

وتؤكد لجنة المتابعة العليا على القضايا التالية:

١. تغليب روح الوحدة وإعلاء صوت الانتفاضة الموحدة وأهدافها في كافة الفعاليات والمسيرات والمهرجانات وإعلاء رايات الوطن.

٢. مقاطعة البضائع و المنتوجات الإسرائيلية وخاصة منتوجات المستوطنات.

٣. إننا إذ نحيي عمالنا البواسل لامتناعهم عن العمل في المستوطنات فإننا نتوجه إلى كافة الجهات المعنية في السلطة الوطنية والقطاعين الخاص والأهلي واتحاد نقابات العمال لتوفير فرص عمل بديلة لهم.

٤. التوحد الكفاحي في فعاليات الانتفاضة من أجل إزالة كافة البؤر والمواقع الاستيطانية وسحب سلاح المستوطنين وترحيل المستوطنين وإزالة المستوطنات.

٥. إننا إذ نؤكد أهمية تطوير الصناعات و المنتوجات الفلسطينية فإننا نناشد المنتجين والصناعيين والتجار الفلسطينيين إلى تخفيف الأسعار تلبية للظروف الاقتصادية الصعبة ومن أجل إنجاح حملة مقاطعة المنتوجات الإسرائيلية.

٦. إن القوى الوطنية والإسلامية إذ تؤكد أهمية استمرار العملية التعليمية وضمان انتظامها في كافة المراحل الدراسية والجامعية وحمايتها،

١٧٧

فهي تؤكد رفضها للتعدي على بعض المدارس وإرباك العملية التعليمية، وتدعو أبناءنا الطلبة للمساهمة المنظمة في فعاليات الانتفاضة بعد الدوام المدرسي وكذلك ما تقره لجنة المتابعة العليا من فعاليات بموافقة وزارة التربية والتعليم.

7. إن لجنة المتابعة العليا إذ توجه التحية للمرأة الفلسطينية ونضالها الباسل فإنها تدعوها إلى توحيد جهودها في كافة فعالياتها الاجتماعية وحملات التعبئة الوطنية، ولجان التكافل والتضامن وعمليات الإسعاف الأولي والميداني، والمشاركة النشطة في المظاهرات والمسيرات وبما يساهم في تطوير دور المرأة في المشاركة السياسية والانتفاضة وتحقيق أهداف الانتفاضة.

8. المزيد من العمل لحماية الجبهة الداخلية ورفع اليقظة والحذر من الإشاعات المغرضة.

9. إن القوى الوطنية والإسلامية إذ تثمن التزام السلطة الوطنية الفلسطينية بالشهداء والجرحى وذويهم فإننا نؤكد على أهمية وضرورة استمرار ذلك، واعتماد رواتب دائمة للشهداء والمعاقين من جرحى الانتفاضة، وتدعو السلطة الوطنية لتوفير مساكن فورية لأصحاب المنازل التي هدمتها صواريخ ومدفعية قوات الاحتلال.

10. تدعو القوى الوطنية والإسلامية أبناء شعبنا وكل عناصر تنظيماتها إلى المباشرة في تشكيل لجان الدفاع الشعبي للمشاركة في حماية شعبنا وخاصة المناطق التي تتعرض لعدوان وهجمات من قوات الاحتلال وقطعان المستوطنين المسلحين سيما المناطق المجاورة للمستوطنات والمواقع العسكرية.

لتتحد كل جهودنا وطاقاتنا لتطوير الانتفاضة واستمرارها

١٧٨

لنتحد من أجل العودة والاستقلال والسيادة الكاملة
لدولتنا المستقلة وعاصمتها القدس
المجد للشهداء والنصر للانتفاضة.

| | |
|---|---|
| حركة المقاومة الإسلامية- حماس | حركة التحرير الوطني الفلسطيني- فتح |
| الاتحاد الديمقراطي الفلسطيني- فدا | الجبهة الشعبية لتحرير فلسطين |
| الجبهة الشعبية لتحرير فلسطين | حزب الشعب الفلسطيني |
| حركة الجهاد الإسلامي في فلسطين | الجبهة العربية الفلسطينية |
| جبهة التحرير العربية | جبهة التحرير الفلسطينية |
| حزب الخلاص الوطني الإسلامي | جبهة النضال الشعبي الفلسطيني |
| | النائب الأول لرئيس المجلس التشريعي الفلسطيني |
| | رئيس اللجنة السياسية للمجلس الوطني |
| | رئيس اللجنة السياسية في المجلس التشريعي |

—

١٧٩