# EXHIBIT A.900



P185

## Declaration of the Intifada – 8 –

### October 19, 2000

**Distinguished Gentlemen, Your Majesties, Excellencies, and Highnesses the Kings and Princes of Arab States…**

**Sayyid (Mr.) Esmat Abdel Meguid…the honorable Secretary General of the League of Arab States**

**May God's peace, mercy and blessings be upon you**

**Dear Sirs…**

From Jerusalem, from the Land of Palestine, the bastion of defense and struggle, from the site of the allegiance to the blood of the martyrs and complete national consensus on the continuing course of the blessed Intifada uprising, in defense of the Al-Aqsa Mosque, the land of Palestine and its people, in the face of the Israeli tyrannical aggression; we appeal to you to assume your national responsibilities, after the Arab masses everywhere have risen, confirming their readiness to make every sacrifice for Jerusalem and Palestine. And we ask that the Arab Summit be a summit of the Intifada of Al-Aqsa and Jerusalem, and where clear decisions will be taken to support the liberation of the land and the Muslim and Christian holy sites and to support the achievement of the legitimate national rights of the Palestinian people.

The National and Islamic Forces, agencies and bodies call on you at your esteemed conference:

1. To sever all political, diplomatic, economic and cultural relations with the Israeli enemy and close all Israeli embassies and agencies in Arab countries and to expel those which are presently there, along with their personnel.

P 1:1330

2. To cease all official and non-official forms of normalization with Israel and re-introduce the system of the Arab boycott of the Israeli enemy.

3. To advocate complete Palestinian sovereignty over Jerusalem as the capital of our Palestinian state with complete sovereignty, and to refuse any cession of any part thereof, as a non-negotiable and inalienable Arab and Muslim concern.

4. To restore the Arab national consensus on the inalienable, fixed, legitimate, national rights of the Palestinian people, especially the establishment of the Palestinian State with complete sovereignty, and Jerusalem as its capital, and the right of return of the refugees to their land and their homes from which they were displaced.

5. To use the weapon of Oil to achieve Palestinian and Arab rights.

6. To condemn the American bias, and to pressure America in order to dissuade the continuation of this bias and the unlimited support for the Israeli enemy. And this will be through the boycott of American and Israeli goods and the withdrawal of Arab financial funds from American banks.

7. To take the necessary decisions and steps to provide the people of Palestine with temporary protection from the Israeli aggression, on the road to the complete withdrawal of the Israeli occupation from Palestinian occupied territories, and towards ensuring the national rights for the people of Palestine.

8. To assure all forms of political, material and moral support to our Palestinian people and their blessed intifada until their land and holy sites are liberated, and to reject the hostile American and Israeli pressure and the attempts aimed at stopping the brave and blessed Intifada of our people, as this would be considered a waste of the blood of the martyrs

P 1:1331

and the wounded, and would cover up the savage massacres committed against our defenseless people.

9. To work towards enabling the Palestinian people in Arab countries, especially in Lebanon, Jordan and Syria, to play their part in supporting the Intifada. And to contribute towards the battle of independence and return by whatever contribution is needed to strengthen the coordination between these countries and Palestine, for the protection of their common interests, and for the freedom of their territory within the framework of joint Arab action.

10. To lift the oppressive blockade on Iraq with full and immediate effect.
    Without fail

11. To support Syria and Lebanon towards the liberation of their occupied territories and to seek to strengthen the relations and cooperation between the Ring Countries* [Translator note: the countries adjoining Israel]

**And finally, we urge that your summit is a summit of the Intifada, a summit of reconciliation, solidarity and joint Arab action for the sake of confronting the aggressive and expansionist Israeli Zionist challenges, and securing the legitimate rights of our Palestinian people to their return, their land, and their Jerusalem.**

**With sincere appreciation and respect**
**Best wishes, every success and good luck**

**National and Islamic**

**Forces, Agencies and Bodies**

**P 1:1332**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

        vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

## DECLARATION OF DAVID KRELL

    David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief.  The document is designated as P 1: 1330-1332.

2.    I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1330-1332.

Dated: March 4, 2014

                                                    _____
                                                    DAVID KRELL

بيان الانتفاضة ـ٨ـ
٢٠٠٠/١٠/١٩

السادة أصحاب الجلالة والسيادة والسمو ملوك وأمراء الدول العربية ....
المحترمون
السيد عصمت عبد المجيد ... أمين عام جامعة الدول العربية ... المحترم

السلام عليكم ورحمة الله وبركاته
وتحية طيبة وبعد ....

من القدس من ارض فلسطين ارض الرباط والكفاح ، ومن موقع الوفاء
لدماء الشهداء والإجماع الوطني الشامل على مواصلة مسيرة الانتفاضة المباركة
دفاعاً عن المسجد الأقصى وارض فلسطين وشعبها في مواجهة العدوان الإسرائيلي
الغاشم نناشدكم بتحمل مسؤولياتكم القومية بعد ان هبت الجماهير العربية في كل
مكان مؤكدة على استعدادها لبذل التضحيات من اجل القدس وفلسطين
ونطالبكم بأن تكون القمة العربية قمة انتفاضة القدس والأقصى واتخاذ القرارات
الواضحة لدعمها من أجل تحرير الأرض والمقدسات الإسلامية والمسيحية وإنجاز
الحقوق الوطنية المشروعة لشعب فلسطين .
ان القوى والهيئات والشخصيات الوطنية والإسلامية تدعوكم في مؤتمركم الموقر
إلى :
١. قطع جميع العلاقات السياسية والدبلوماسية والاقتصادية
والثقافية مع العدو الإسرائيلي ، وإغلاق جميع السفارات والممثليات
الإسرائيلية في الدول العربية وطرد القائمين عليها والعاملين فيها .

١٨٥

P 1: 1330

٢.  وقف كل أشكال التطبيع الرسمي وغير الرسمي م ع إس رائيل وإعادة العمل بنظام المقاطعة العربية مع العدو الإسرائيلي .

٣.  التأكيد على السيادة الفلسطينية الكاملة على القدس كعاصمة دولتنا الفلسطينية كاملة السيادة ورفض أي تنازل عن أي جزء منها باعتبارها قضية عربية وإسلامية غير قابلة للتفاوض أو التص رف .

٤.  إعادة الإجماع القومي العربي حول الحقوق الوطنية المش روعة الثابتة وغير القابلة للتصرف للشعب الفلسطيني وخاصة إقامة الدولة الفلسطينية كاملة السيادة بعاصمتها القدس وحق العودة للاجئين إلى أرضهم وديارهم التي شردوا منها .

٥.  استخدام سلاح النفط للوصول إلى الحقوق الفلسطينية والعربية .

٦.  إدانة الانحياز الأمريكي والضغط على أمريكا ـا لثنيه ـا ع ـن الاستمرار في هذا الانحياز والدعم اللامحدود للع ـدو الإس ـرائيلي ، وذلك بمقاطعة البضائع الأمريكية والإسرائيلية وس ـحب الأرص ـدة المالية العربية من البنوك الأمريكية .

٧.  اتخاذ القرارات والخطوات اللازمة لتوفير الحماية المؤقتة لشعب فلسطين من العدوان الإسرائيلي على طريق انس ـحاب الاح ـتلال الإسرائيلي الشامل من الأراضي الفلسطينية المحتلة وضمان الحق ـوق الوطنية لشعب فلسطين .

٨.  تأمين كل أشكال الدعم السياسي والمادي والمعن ـوي لش ـعبنا الفلسطيني وانتفاضته المباركة حتى تحرير أرضه ومقدساته ، ورفض الضغوط والمحاولات الأمريكية والإسرائيلية المعادية والهادفة لوأ دف انتفاضة شعبنا الباسلة والمباركة، باعتبارها هدراً لـ دماء الش ـهداء

١٨٦

والجرحى وتغطية على المجازر الوحشية التي ارتكبت بحـ ق شـ عبنا الأعزل .

٩.  العمل على تمكين الشعب الفلسطيني في الدول العربية وخاصة في لبنان والأردن وسوريا من القيام بدوره في إسـ ناد الانتفاضـ ة والإسهام في معركة الاستقلال والعودة وما يتطلبه ذلك من تعزيـ ز التنسيق بين هذه الدول وفلسطين لحماية مصالحها المشتركة وتحرير أراضيها في إطار العمل العربي المشترك .

١٠.  رفع الحصار الجائر على العراق فوراً وعلى نحو كامل .

١١.  دعم سوريا ولبنان من اجل تحرير أراضيها المحتلة والعمل على تعزيز العلاقات والتعاون بين دول الطوق .

**وختاماً فإننا نناشدكم ان تكون قمتكم هي قمة الانتفاضة وقمة المصالحة والتضامن والعمل العربي المشترك ، من أجل مواجهة التحديات الصهيونية الإسرائيلية التوسعية والعدوانية ، وتأمين حقوق شعبنا الفلسطيني المشروعة في عودته وأرضه وقدسه .**

مع وافر التقدير والاحترام

وأطيب الأمنيات بالتوفيق والسداد

القوى والهيئات والشخصيات

**الوطنية والإسلامية**

١٨٧