# EXHIBIT A.901

PLAINTIFF'S EXHIBIT 901

P190

## Declaration of the Intifada – 10 –
## October 27, 2000

**O, masses of our brave Palestinian people**

**O, masses of our glorious Arab and Islamic Nation**

On Sunday October 29, 2000, your blessed Intifada enters its second month, increasing in force and in vigor, in spite of the brutality of the Israeli aggression and despite the sacrifices and suffering being inflicted upon our people; thanks to your resolve and constant unanimity for as long as the Intifada continues to be the only choice with which to save our Palestinian cause from the spiral which the fruitless negotiations have resulted in, due to Israel's intransigence, stalling and insistence on shunning the legitimate rights of our people and the will of the international community.

The masses of our people have announced their decision, to which there is no going back: the Intifada will continue until our land is liberated, freedom, independence and [the] return are seized back, and until the embodiment of Palestinian independent sovereign statehood with blessed Jerusalem as its capital. And today inaugurates the second blessed month of this heroic journey, with unwavering determination to preserve this decision, to affirm it, and to strengthen its firmly rooted national unity in the ongoing confrontation with the Occupation.

The National and Islamic Forces call on the masses of our nation at home and in the diaspora, and also urge the masses of our Arab and Islamic nations, to mark the first anniversary of the outbreak of the blessed Intifada of Al-Aqsa and Independence. Let Sunday October 29, 2000 be a day of complete escalation, during which marches and demonstrations of rage will be launched all across the country, demanding the expulsion of the Occupation. And let it be a day of popular solidarity where the masses in all parts of our Arab and Islamic world will express

P 1:1335

their support for the Intifada, demanding their governments to sever political and economic ties with the Israeli enemy, and to pressure the United States using all means available, including the weapon of Oil, to stop their flagrant bias alongside the Occupation government.

The National and Islamic Forces salute the enormous sacrifices which our masses are making towards keeping the flame of the Intifada ablaze and burning. And they call for greater resilience and patience. Victory is coming most certainly, and the day of victory is but near.

Recovery for the heroic wounded
Glory and immortality for the righteous martyrs
The Intifada will continue until independence

**Palestinian National Liberation Movement – Fatah**
**Islamic Resistance Movement – Hamas**
**Palestinian People's Party**
**Palestinian Popular Struggle Front**
**Arab Liberation Front**
**Popular Front – General Command**

**Popular Front for the Liberation of Palestine**
**Democratic Front for the Liberation of Palestine**
**Palestinian Democratic Union – FIDA**
**Palestine Liberation Front**
**Palestinian Arab Front**
**Islamic Jihad Movement**

P191

P 1:1336

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1335-1336.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1335-1336.

Dated: March 4, 2014

_____
DAVID KRELL

بيان الانتفاضة -١٠-
٢٠٠٠/١٠/٢٧

يا جماهير شعبنا الفلسطيني الباسل
يا جماهير امتنا العربية والإسلامية المجيدة

يوم الأحد المقبل ٢٠٠٠/١٠/٢٩ تدخل انتفاضتكم المباركة شهرها الثاني وهي تزداد قوة وعنفواناً رغم وحشية العدوان الإسرائيلي وما يوقعه بشعبنا من ضحايا وآلام ، بفضل تصميمكم وإجماعكم الثابت على أن الانتفاضة هي الخيار الوحيد الذي ينقذ قضيتنا الفلسطينية من الدوامة التي انتهت إليها المفاوضات العقيمة بفعل تعنت إسرائيل ومماطلتها وإصرارها على التنكر لحقوق شعبنا المشروعة ولإرادة المجتمع الدولي .

لقد أعلنت جماهير شعبنا قرارها الذي لا عودة عنه : الانتفاضة مستمرة حتى تحرير الأرض وانتزاع الحرية والاستقلال والعودة ، وحتى تجسيد قيام الدولة الفلسطينية المستقلة ذات السيادة وعاصمتها القدس المباركة ، وهي اليوم تدشن الشهر الثاني المبارك من هذه المسيرة البطولية بتصميم لا يتزعزع على صون هذا القرار وتأكيده ، وعلى تعزيز وحدتها الوطنية الراسخة في المواجهة المتواصلة مع الاحتلال .

أن القوى الوطنية والإسلامية تدعو جماهير شعبنا في الوطن والشتات ، كما تدعو جماهير أمتنا العربية والإسلامية إلى إحياء الذكرى الأولى لاندلاع الانتفاضة المباركة انتفاضة الأقصى والاستقلال ، ليكون يوم الأحد القادم ٢٠٠٠/١٠/٢٩ يوم تصعيد شامل تنطلق فيه المسيرات والتظاهرات الغاضبة في جميع أرجاء الوطن مطالبة برحيل الاحتلال ، ويوم تضامن شعبي تعبر فيه الجماهير

١٩٠

في كل مكان من عالمنا العربي والإسلامي عن دعمها للانتفاضة مطالبة حكوماتها بـا بقطع العلاقات السياسية والاقتصادية مع العدو الإسرائيلي والضغط على الولايات المتحدة بكل الوسائـ ـل ، بما فيها سلاح النفط لوقف انحيازها الفاضح إلى جانـ ـب حكومة الاحتلال .

أن القوى الوطنية والإسلامية تحيي التضحيات الجسام التي تبذلها جماهيرنا في سبيل إبقاء جذوة الانتفاضة مشتعلة وهاجة ، وتدعو إلى مزيد مـ ـن الصـ ـمود والصبر ، فالنصر آت لا محالة ، وان يوم النصر لقريب .

الشفاء للجرحى الأبطال
والمجد والخلود لشهدائنا الأبرار
وإنها لانتفاضة مستمرة حتى الاستقلال

| | |
|---|---|
| الجبهة الشعبية لتحرير فلسطين | حركة التحرير الوطني الفلسطيني فتح |
| الجبهة الديمقراطية لتحرير فلسطين | حركة المقاومة الإسلامية حماس |
| الاتحاد الديمقراطي الفلسطيني فدا | حزب الشعب الفلسطيني |
| جبهة التحرير الفلسطينية | جبهة النضال الشعبي الفلسطيني |
| الجبهة العربية الفلسطينية | جبهة التحرير العربية |
| حركة الجهاد الإسلامي | الجبهة الشعبية ـ القيادة العامة |

١٩١

P 1: 1336