# EXHIBIT A.902

PLAINTIFF'S EXHIBIT 902

### Declarations of the National and Islamic Forces

### Declaration issued by
### The Higher Follow-up Committee of the National and Islamic Forces

**No voice is louder than the voice of the Intifada**
**Let us confront the American attempts aimed at hitting our national rights**
**Let us unite to break the brutal Israeli blockade and its goals**

**O, masses of our great people**
**O, brave masses of the Intifada**

The glorious Intifada is crossing into its fourth month, and is more solid and determined to reach its goals of return, freedom and independence, and expel the occupiers and the gangs of settlers from our occupied land, and establishment the independent State of Palestine with complete sovereignty, and Jerusalem as its capital.

In an attempt to bypass the Intifada, and its great goals, the outgoing American Administration is insisting on crowning its biased policy towards Israel, hostile to the rights of our people, namely by turning President Clinton's Parameters [Translator note: literally means Clinton's proposals but was referred to as the Clinton Parameters] into an authority for the Peace Process, and a roof for subsequent negotiations as an alternative for international decisions which ensure the inalienable national rights of our people.

The Follow-Up Committee and the masses of the Intifada, who declared explicitly their full official rejection of the Clinton Parameters, emphasize once again their rejection and condemnation of these proposals, and warn against efforts to market them, including Ross's visit to the region, which falls within this framework.

The Higher Follow-Up Committee of the National and Islamic Forces also emphasizes its total rejection of what is being discussed in terms of the American presidential announcement, solely aimed at striking the national rights and at international authority, in any manner whatsoever; and also emphasizes its insistence on refusing to return to the so-called security coordination under any circumstance whatsoever.

**O, masses of our great people**

The rulers of Tel Aviv are competing against each other, and in the midst of their election campaign is the outbreak of the Intifada and the attempt to bring our people to its knees, including imposing the complete blockade, dismembering the nation and transforming it into mass detention centers, but this only forces us to further consolidate our effort and develop our Intifada activities to confront this blockade and smash its aims in every way possible.

Indeed the escalation in aggression and the policy of the blockade, murder and assassinations simply raises again the extreme importance of the provision of the necessary protection for our people. The Follow-Up Committee, the masses of our people of the Arab and Islamic states, and all sections of the international community, bear the responsibility for deterring this brutal aggression, and for putting an end to the Israeli wildness which is intent on turning the blood and sufferings of our people and the hunger of our besieged children, into a deplorable bridge to arrive at the gate of power and killing in Tel Aviv.

This requires the international community, to press upon Israel and the rulers of Tel Aviv, the rules of international law, and complete adherence to the Fourth Geneva Convention, and to begin the formation of an international criminal court to bring Israeli war criminals to trial for murder.

The Higher Follow-Up Committee warns against the continuation of this brutal blockade, and the war of starvation and subjugation, which will inevitably lead to an eruption of the situation, especially with the attendant aggressive Israeli threats of sparking war in the entire region.

P 1:1612

The Follow-Up Committee holds Israel, the USA, and the international community completely responsible for the deterioration of the situation in the region.

**O, masses of our great people**

The Follow-Up Committee - confirming its total commitment to the rights of our people, at the forefront of which is the right of return of our people's refugees to their homeland, from which they were displaced, the complete Israeli withdrawal from occupied Palestinian land, and the establishment of the independent sovereign state of Palestine, removed of the settlements, and with the city of Jerusalem as its capital - views that the main choice in achieving these objectives is by continuing the Intifada, the resistance, and escalating the activities of the masses, smashing and confronting the blockade and the aggression, and thwarting the underlying political aims of the Occupation.

The Follow-Up Committee calls upon you to take part in the following activities:

Firstly: Mass participation of all our people, their National and Islamic Forces, their civil and popular institutions, and the families and relatives of the martyrs, in a mass gathering of loyalty to the martyrs, and insistence on continuing the Intifada, and which will be held at the [martyr] Saad Sayel Hall in Gaza City on Saturday January 13, at 4pm in the afternoon; also, the activation of all forms of solidarity with the families of the martyrs, the wounded, the prisoners, and all those affected by the aggression of the brutal Occupation.

Secondly: Wide participation in a day of solidarity with our sister country Iraq, in memory of the international American aggression against it, on January 17, and emphasizing the smashing of the oppressive blockade on it, and demanding that the Arab states and all countries of the world, and all organizations in the international community, pursue the smashing of this unjust blockade.

Thirdly: To consider January 20, as a mass people's day, for confronting the Israeli blockade on our people; where popular marches will set off in all parts of the country, emphasizing the solidarity of the people, the nation and the defeat of the blockade, their goals and the determination to continue the Intifada until victory. In this regard, we call upon all Arab and Islamic peoples and all peoples of the world, to declare their solidarity with our nation, and to reject the blockade and the aggression.

**Let us unite in thwarting American plans and defeating the Israeli blockade and the aggression**

**Glory for the martyrs....recovery for the wounded...freedom for the prisoners**

**And victory for our nation and the Intifada**

**Higher Follow-Up Committee**
**For the National and Islamic Forces**
**Palestine – Gaza January 10, 2001**

1:1613

P130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1612-1613.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1612-1613.

Dated: March 4, 2014

                                                                     DAVID KRELL

Case 1:04-cv-00397-GBD-RLE    Document 547-526    Filed 06/25/14    Page 5 of 7

Case 1:04-cv-00397-GBD-RLE    Document 547-526    Filed 06/25/14    Page 5 of 7

بيانات القوى الوطنية والإسلامية

بيان صادر عن

لجنة المتابعة العليا للقوى الوطنية والإسلامية

لا صوت يعلو على صوت الانتفاضة

لنتصد للمحاولات الأمريكية الهادفة لضرب حقوقنا الوطنية

ولنتحد لكسر الحصار الإسرائيلي الغاشم وأهدافه

يا جماهير شعبنا العظيم

يا جماهير الانتفاضة الباسلة

تعبر الانتفاضة المجيدة شهرها الرابع وهي أكثر صلابة وإصراراً على بلوغ أهدافها في العودة والحرية والاستقلال وطرد المحتلين وعصابات المستوطنين من أرضنا المحتلة وقيام دولة فلسطين المستقلة كاملة السيادة وعاصمتها القدس.

وفي محاولة للالتفاف على الانتفاضة وأهدافها الكبرى تصر الإدارة الأمريكية المنصرفة على تتويج سياستها المنحازة لإسرائيل والمعادية لحقوق شعبنا، وذلك بتحويل مقترحات الرئيس كلينتون إلى مرجعية لعملية السلام وسقف لمفاوضات لاحقة بديلاً عن القرارات الدولية والتي تضمن الحقوق الوطنية الثابتة لشعبنا.

إن لجنة المتابعة وجماهير الانتفاضة والتي أعلنت وبصورة واضحة رفضها المطلق الرسمي بمقترحات كلينتون تؤكد من جديد رفضها وإدانتها لهذه المقترحات وتحذر من محاولات تسويقها، بما في ذلك زيارة روس للمنطقة والتي تأتي في هذا السياق.

كما تؤكد لجنة المتابعة للقوى الوطنية والإسلامية رفضها الكامل لما يجري الحديث عنه من إعلان رئاسي أمريكي لا يهدف إلا إلى ضرب الحقوق الوطنية والمرجعية الدولية، بأي صورة كانت، وكذلك الإصرار على رفض العودة لما يسمى بالتنسيق الأمني تحت أي ظرف كان.

يا جماهير شعبنا العظيم

إن تسابق حكام تل أبيب وفي خضم حملتهم الانتخابية على ضرب الانتفاضة ومحاولة تركيع شعبنا بما في ذلك فرض الحصار الشامل وتقطيع أوصال الوطن وتحويله إلى معتقلات جماعية إنما يفرض علينا المزيد من توحيد جهدنا وتطوير فعاليات الانتفاضة لمواجهة هذا الحصار وكسر أهدافه بكل الأشكال الممكنة.

إن تصعيد العدوان وسياسة الحصار والقتل والاغتيالات إنما تطرح مجدداً الأهمية البالغة لتوفير الحماية الضرورية لأبناء شعبنا، وتحمل لجنة المتابعة وجماهير شعبنا الدول العربية والإسلامية وكل أطراف المجتمع الدولي المسؤولية عن ردع هذا العدوان الوحشي، ووضع حد للعربدة الإسرائيلية التي تريد تحويل دماء وعذابات أبناء شعبنا وجوع أطفاله المحاصرين إلى جسر بائس للوصول إلى سدة الحكم والقتل في تل أبيب.

إن هذا يفرض على المجتمع الدولي إلزام إسرائيل وحكام تل أبيب بقواعد القانون الدولي والالتزام الكامل باتفاقية جنيف الرابعة، والبدء بتشكيل محكمة جنائية دولية لمحاكمة القتلة من مجرمي الحرب الإسرائيليين.

إن لجنة المتابعة العليا تحذر من استمرار هذا الحصار الوحشي وحرب التجويع والتركيع التي سوف تؤدي لا محالة إلى انفجار الموقف سيما ما يرافقها من تهديدات عدوانية إسرائيلية بإشغال فتيل الحرب في المنطقة بأسرها.

P 1: 1612

وتحمل لجنة المتابعة إسرائيل والولايات المتحدة والمجتمع الدولي المسؤولية الكاملة عن تدهور الأوضاع في المنطقة.

**يا جماهير شعبنا العظيم**

إن لجنة المتابعة إذ تؤكد تمسكها الكامل بحقوق شعبنا الوطنية وفي مقدمتها حق اللاجئين من أبناء شعبنا في العودة إلى ديارهم التي شردوا منها، والانسحاب الإسرائيلي الكامل من الأراضي الفلسطينية المحتلة وقيام دولة فلسطين المستقلة كاملة السيادة والخالية من المستوطنات وعاصمتها مدينة القدس، فإنها ترى أن الخيار الرئيسي للوصول لهذه الأهداف هو باستمرار الانتفاضة والمقاومة وتصعيد الفعاليات الجماهيرية وكسر ومواجهة الحصار والعدوان وإفشال أهداف الاحتلال السياسية من وراء ذلك.

إن لجنة المتابعة تدعوكم للمشاركة في الفعاليات التالية:

أولاً: المشاركة الحاشدة من كل أبناء شعبنا وقواه الوطنية والإسلامية ومؤسساته الأهلية والشعبية وعائلات وذوي الشهداء في تجمع الوفاء للشهداء والإصرار على مواصلة الانتفاضة والذي يعقد في صالة الشهيد سعد صايل بمدينة غزة يوم السبت 13 يناير الساعة الرابعة مساء، وتفعيل كل أشكال التضامن مع عائلات الشهداء والجرحى والأسرى وكل المتضررين من عدوان الاحتلال الغاشم.

ثانياً: المشاركة الواسعة في يوم التضامن مع العراق الشقيق في ذكرى العدوان الأمريكي الدولي عليه يوم 17 يناير وتأكيد كسر الحصار الظالم عليه ومطالبة الدول العربية ودول العالم أجمع وكافة مؤسسات المجتمع الدولي في مواصلة كسر هذا الحصار الجائر.

ثالثاً: اعتبار يوم العشرين من يناير يوماً شعبياً شاملاً لمواجهة الحصار الإسرائيلي على شعبنا، تخرج فيه المسيرات الشعبية في كافة أرجاء الوطن تأكيداً على وحدة الشعب والوطن وهزيمة الحصار وأهدافه والإصرار على الاستمرار بالانتفاضة حتى النصر وندعو في هذا المجال كافة الشعوب العربية والإسلامية وكل شعوب الأرض التي تؤمن بالحرية والديمقراطية إعلان تضامنها مع شعبنا ورفض الحصار والعدوان.

لنتحد لإفشال المخططات الأمريكية وهزيمة الحصار والعدوان الإسرائيلي

المجد للشهداء... الشفاء للجرحى.. الحرية للأسرى

والنصر لشعبنا وانتفاضته

لجنة المتابعة العليا

للقوى الوطنية والإسلامية

فلسطين – غزة 10 يناير 2001

P 1: 1613