# EXHIBIT A.903



**The Brother, The President, The Fighter Abu Ammar, May God Protect Him**
**President of the State of Palestine**
**Chairman of the Executive Committee of the Palestine Liberation Organization**
**Chairman of the Palestine National Authority**

We turn to you with greetings and respect on behalf of the fighters of the Intifada and its people, confirming the desire of our people, with all their National and Islamic Forces and their activities, to strengthen their national unity, continuing the journey of the blessed Intifada, which has consolidated this unity, with a view to achieving its goals in kicking out the Occupation and seizing control of our national rights to freedom, independence, and return. This triumphant journey today, stands up against an American-Israeli plot that aims to terminate them, through President Clinton's Parameters which impair our rights to the land, to Jerusalem and to sovereignty, and seek to establish settlements and erase the right of return of the refugees. We reassert our support for the decision taken by the Executive Council of the PLO rejecting these proposals; and call for continued abidance by it, and the thwarting of maneuvers aimed at dragging the Palestinian situation into the trap of dealing with the US Paper as a basis for negotiations, warning of the dangers of the so-called 'agreement in principle' – even with conditions or provisos – of this poisoned paper.

We express our strong concern, and the concern of our entire people, regarding these maneuvers and the current communication and negotiations, and which the American and Israeli sides would like to see resulting in the adoption of a declaration of principles or a framework deal, or an American presidential statement read out in the presence of the two parties, perhaps with international participation, in order to turn The Clinton Parameters into new terms of reference for the Peace Process, and into the basis for future negotiations, as an alternative to international resolutions recognizing the national rights of our people. While expressing our confidence in your firm position on adhering to the national constants, we warn of the consequences of slipping towards cooperating with these evil-minded scenarios. Likewise we emphasize our rejection of returning to the so-called security coordination under any circumstances whatsoever, and which will lead to the waste of huge sacrifices, which our uprising* people [*translator note: word comes from the same root letters as 'Intifada', literally means trembling/shaking/awakening but widely comes to mean 'uprising' especially in context] have shown, and will reflect negatively on their national unity and the coherence of national rank at a time when we are in desperate need to strengthen the unity of rank, in the face of the ongoing Israeli aggression.

Your Excellency the President, we are confident that the voice of the people of the Intifada, supporting your steadfastness in the face of regional and international pressures, will rise louder than all the voices calling for despair and giving in. Our people do not tire, despite the severity of the aggression. Rather, they confirm every day, their readiness to offer further sacrifice and determination in continuing the march of the Intifada and the resistance, on the road to achieving their goals. Indeed they know well that it is the only way of forcing the Israeli enemy - irrespective of who is leader of its government, and irrespective of who is leader of the American Administration - to retreat and recognize their rights. The unanimity of our people to persevere with the Intifada, until it accomplishes this goal, dictates upon us collectively, the readiness for a long battle, and the need to draw up its requirements, something which calls for a review of our domestic situation and addressing it in a radical way so as to ensure the strengthening of the elements of resistance. And we hope that your Excellency calls for an extended meeting of the leaders of the P.L.O and the National Authority, and representatives of the National and Islamic Forces, and a number of the social activities with the aim of establishing a national program of steadfastness and for the developing the mechanisms for its implementation.

**May God grant you success for the good of our people, [and] the strength* of its Nation [*possible typo in Arabic document I am working from: it should be منعة not منعه and I have translated accordingly]**
**Together until victory, until the liberation of Jerusalem and the achievement of independence and return**

**Palestinian National Liberation Movement – "Fatah"**
**Islamic Resistance Movement – "Hamas"**
**Palestine People's Party**
**Palestinian Popular Struggle Front**

P 1:1614

Islamic Jihad Movement
Palestinian Arab Front
Islamic National Salvation Party

Popular Front for the Liberation of Palestine
Democratic Front for the Liberation of Palestine
Palestinian Democratic Union "FIDA"
Palestine Liberation Front
Arab Liberation Front
Popular Front – General Command
Vanguard of the Popular Liberation Party – Al-Saa'iqa

P 1:1615

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1614-1615.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1614-1615.

Dated: March 4, 2014

DAVID KRELL

الأخ/ الرئيس المناضل أبو عمار حفظه الله

رئيس دولة فلسطين

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

نتوجه إليكم باسم مناضلي الانتفاضة وشعبها بالتحية والتقدير مؤكدين حرص شعبنا، بكل قواه الوطنية والإسلامية وفعالياته، على تعزيز وحدته الوطنية واصلة مسيرة الانتفاضة المباركة التي عززت هذه الوحدة حتى تحقق أهدافها في طرد الاحتلال وانتزاع حقوقنا الوطنية في الحرية والاستقلال والعودة، هذه المسيرة الظافرة تتعرض اليوم لمؤامرة أمريكية- إسرائيلية تهدف إلى إجهاضها عبر مقترحات الرئيس كلينتون التي تنتقص من حقوقنا في الأرض والقدس والسيادة وتسعى إلى تكريس المستوطنات وشطب حق اللاجئين في العودة، إننا نجدد التأكيد على دعمنا للقرار الذي اتخذته اللجنة التنفيذية لمنظمة التحرير برفض هذه المقترحات وندعو إلى استمرار التمسك به وإحباط المناورات الهادفة إلى جر الموقف الفلسطيني على فخ التعامل مع الورقة الأمريكية كأساس للمفوضات، محذرين من مخاطر ما يسمى بالموافقة المبدئية — ولو بشروط أو تحفظات — على هذه الورقة المسمومة.

إننا نعبر عن قلقنا الشديد، وقلق شعبنا بأسره، من هذه المناورات ومن الاتصالات والمفاوضات الجارية والتي يريد لها الجانبان الأمريكي والإسرائيلي أن تقضي إلى إقرار إعلان مبادئ أو اتفاق إطار، أو بيان رئاسي أمريكي يتلى بحضور الطرفين وربما مشاركة دولية، بهدف تحويل مقترحات كلينتون إلى مرجعية جديدة لعملية السلام وأساس لمفاوضات لاحقة بديلاً عن القرارات الدولية التي تعترف بالحقوق الوطنية لشعبنا، إننا إذ نعبر عن ثقتنا بموقفكم الثابت على التمسك بالثوابت الوطنية، نحذر من مغبة الانزلاق نحو التعامل مع هذه السيناريوهات الخبيثة، كما نؤكد رفضنا العودة إلى ما يسمى بالتنسيق الأمني تحت أي ظرف كان، الأمر الذي يقود إلى هدر التضحيات الجسيمة التي قدمها شعبنا المنتفض وينعكس سلباً على وحدته الوطنية وتماسك صفة الوطني في وقت نحن فيه أحوج ما نكون إلى تعزيز تلاحم الصف في مواجهة العدوان الإسرائيلي المتواصل.

إننا، يا سيادة الرئيس، على ثقة أن صوت شعب الانتفاضة، الداعم لصمودكم في مواجهة الضغوط الدولية والإقليمية، سوف يعلو على كل الأصوات الداعية إلى اليأس والتفريط، إن شعبنا لم يتعب رغم قساوة العدوان، بل هو يؤكد كل يوم استعداده لبذل المزيد من التضحيات وتصميمه على مواصلة مسيرة الانتفاضة والمقاومة طريقاً لنيل أهدافه، فهو يدرك جيداً أنها وحدها الطريق نحو إرغام العدو الإسرائيلي، بصرف النظر من يرأس حكومته، وكذلك الإدارة الأمريكية، بصرف النظر من يترأسها، على التراجع والاعتراف بحقوقه، إن إجماع شعبنا على إدامة الانتفاضة، حتى يتحقق هذا الهدف، يملي علينا جميعاً الاستعداد لمعركة طويلة وإعداد متطلباتها، الأمر الذي يدعو على إعادة النظر بوضعنا الداخلي ومعالجته على نحو جذري بما يضمن تعزيز مقومات الصمود، ونحن نأمل أن تدعو سيادتكم إلى لقاء موسع لقيادات م.ت.ف والسلطة الوطنية وممثلي القوى الوطنية والإسلامية وعدد من الفعاليات الاجتماعية بهدف إقرار برنامج وطني للصمود ووضع آليات تنفيذه.

وفقكم الله لما فيه خير شعبنا منعه وطنه

معاً وسوياً حتى النصر، حتى تحرير القدس ونيل الاستقلال والعودة

| | |
|---|---|
| حركة التحرير الوطني الفلسطيني "فتح" | الجبهة الشعبية لتحرير فلسطين |
| حركة المقاومة الإسلامية "حماس" | الجبهة الديمقراطية لتحرير فلسطين |
| حزب الشعب الفلسطيني | الاتحاد الديمقراطي الفلسطيني "فدا" |

| | |
|---|---|
| جبهة النضال الشعبي الفلسطيني | جبهة التحرير الفلسطينية |
| حركة الجهاد الإسلامي | جبهة التحرير العربية |
| الجبهة العربية الفلسطينية | الجبهة الشعبية — القيادة العامة |
| حزب الخلاص الوطني الإسلامي | طلائع حرب التحرير الشعبية- الصاعقة |

P 1: 1615