# EXHIBIT A.904


PLAINTIFF'S EXHIBIT 904

P132

### Declaration from the National and Islamic Forces
### There is no voice higher than the voice of the Intifada
### An appeal for the freedom and defense of the land, and the resistance of the settlements.

**O, masses of our great Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, bold heroes of the Intifada**

Your steadfastness and your heroic position have had an effective response in bringing down the American Israeli plot which aimed to turn President Clinton's Parameters into terms of reference for a settlement process. The resolute adherence to the right of return, and to all the national constants, forms the shield which safeguards and protects the right of our people to their self-determination and the establishment of their independent Palestinian state with complete sovereignty and blessed Jerusalem as its capital.

The National and Islamic Forces regard the continuation of negotiations and their intensification in light of the Zionist entity's government policy - which refuses to acknowledge the inalienable national rights of our people - as a futile process which will not reach any solution to ensure the complete withdrawal of the Occupation forces and all the settlers from our land.

The National and Islamic Forces, while appreciating the stance of the National Authority towards the punishment of collaborators* [*Translator note: can also mean 'agents'], warn about exacerbating Israeli criminal plans aimed at stirring up dissension through its collaborators* [*Translator note: can also mean 'agents']. We condemn any area* [*Translator note: can also mean agency/authority/party] which tries to take the law into its own hands and emphasize that the application of the law must only be through judicial bodies and authorities pertaining to the rule of law.

The steadfastness of our brave prisoners in the detention centers of the Zionist enemy, at a time of escalation of the blessed Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return, forms a positive stimulus which corroborates the determination and resolve which our people enjoy. And indeed, the resistance of the settlements and the protection of the land at this point, forms a part of the activities of the glorious Intifada in order that the settlers do not get to know the taste of calm and stability, and in order that leaving becomes the alternative.

The National and Islamic Forces, while reiterating the need for ridding the markets of Israeli goods before January 13, call for the masses of our people to participate in the following activities:

Tuesday: January 23, mass marches and activities to be organized, rejecting the aggression, the blockade, the detentions, and demanding interim international protection and freedom for the prisoners and detainees.

Friday: January 26, marches and activities emphasizing the adherence to the right of return, resistance of the settlements and the settler gangs, and the protection of our land, and the defense of it, and the encouragement of activities on the bypass roads, intersections, and settlement hubs and against the actions of the settler gangs and their bloody attacks against the masses of our people.

The Intifada of our magnificent Palestinian people, in every place it is present, assisted by the glorious Arab and Islamic Nation, constitutes an active lever for preserving the national constants and realizing the goals and impose the will of our people, their freedom and their independence with the help of God Almighty.

**Long live the blessed Intifada**
**Glory and immortality for our righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**

P 1:1616

**The Intifada will continue until victory**

**National and Islamic Forces**
**State of Palestine – January 20, 2001**

P 1:1617

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1616-1617.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1616-1617.

Dated: March 4, 2014

_____
DAVID KRELL

بيان صادر عن القوى الوطنية الإسلامية

لا صوت يعلو فوق صوت الانتفاضة

نداء الحرية والدفاع عن الأرض ومقاومة الاستيطان

يا جماهير شعبنا الفلسطيني العظيم

يا جماهير أمتنا العربية والإسلامية المجيدة

يا أبطال الانتفاضة الأشاوس

لقد كان لصمودكم وموقفكم البطولي الرد الفاعل في إسقاط المؤامرة الأمريكية الإسرائيلية التي استهدفت تحويل مقترحات الرئيس كلينتون إلى مرجعية لعملية التسوية، وكان التمسك الحازم بحق العودة، وبكل الثوابت الوطنية يشكل الدرع الذي يصون ويحمي حق شعبنا في تقرير مصيره وإقامة دولته الفلسطينية المستقلة كاملة السيادة، وعاصمتها القدس المباركة.

إن القوى الوطنية والإسلامية، ترى أن استمرار المفاوضات وتكثيفها في ظل سياسة حكومة الكيان الصهيوني التي ترفض الإقرار بالحقوق الوطنية الثابتة لشعبنا هي عملية لا جدوى منها ولن تصل إلى أي حل يضمن الانسحاب الكامل لقوات الاحتلال وجميع المستوطنين من أرضنا.

إن القوى الوطنية والإسلامية، وهي تثمن موقف السلطة الوطنية من عقاب العملاء، تحذر من استفحال المخططات الإسرائيلية الإجرامية الهادفة إلى إثارة الفتنة من خلال عملائها، وتدين أي جهة تحاول أن تأخذ القانون بيدها، وتؤكد على أن تطبيق القانون لا يكون إلا من خلال الهيئات والمرجعيات القضائية المختصة بسيادة القانون.

إن صمود أسرانا البواسل في معتقلات العدو الصهيوني في الوقت الذي تتصاعد الانتفاضة المباركة، انتفاضة الأقصى والقدس والاستقلال والعودة يشكل زخماً إيجابياً يؤكد على الإصرار والعزيمة التي تتمتع بها شعبنا، وإن مواجهة الاستيطان وحماية الأرض في هذه المرحلة يشكل جزءاً من فعاليات الانتفاضة المجيدة حتى لا يعرف المستوطنون طعم الهدوء والاستقرار وحتى يصبح الرحيل هو البديل.

إن القوى الوطنية الإسلامية وهي تعيد التأكيد على ضرورة إخلاء الأسواق من البضائع الإسرائيلية قبل 13 يناير الجاري، فإنها جماهير شعبنا إلى المشاركة في فعاليات التالية:

يوم الثلاثاء: الموافق 23 / يناير الجاري، يتم تنظيم مسيرات جماهيرية وفعاليات لرفض العدوان والحصار والاعتقالات والمطالبة بالحماية الدولية المؤقتة وبحرية الأسرى والمعتقلين.

يوم الجمعة: الموافق /26 يناير الجاري مسيرات وفعاليات لتأكيد التمسك بحق العودة ومقاومة الاستيطان وعصابات المستوطنين وحماية الأرض والدفاع عنها وتنشيط الفعاليات على الطرق الالتفافية والعرضية ومحاور الاستيطان وضد تحركات عصابات المستوطنين وهجماتهم الدموية ضد جماهير شعبنا.

إن انتفاضة شعبنا الفلسطيني العظيم في كل أماكن تواجده مدعوماً بالأمة العربية والإسلامية المجيدة تشكل الرافعة الفاعلة للحفاظ على الثوابت الوطنية ولتحقيق الأهداف وفرض إرادة شعبنا وحريته واستقلاله بعونه تعالى:

عاشت الانتفاضة المباركة

المجد والخلود لشهدائنا الأبرار

الشفاء للجرحى البواسل والحرية للأسرى الأبطال

وإنها لانتفاضة حتى النصر

القوى الوطنية والإسلامية

دولة فلسطين 20 يناير 2001

P 1: 1617