# EXHIBIT A.905



PLAINTIFF'S EXHIBIT 905

P107

## Declaration issued by the National and Islamic Forces
### No Voice is louder than the voice of the Intifada
### A call for defiance, opposition and confronting the aggression

**O, masses of our brave Palestinian people**
**O, masses of our glorious Arab and Islamic nation**
**O, bold knights of the Intifada**

Your blessed Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return…is crossing into its seventh month in light of the escalating confrontations and critical changes on a local, regional and international level. The Arab Summit took place, and the American veto was issued to protect the Occupation, and give the green light to the Sharon-Peres government to escalate their aggression. Land Day symbolized the unity of the Palestinian people in all places of its presence and its solidarity with our people in the land occupied in 1948, and the blessed Intifada and the brave resistance have continued in a state of escalation, with the broadening of their mass base of participation in the resolve, and in the activities cohering with the Palestinian National Authority institutions and bodies.

The outcome of the Arab Summit came without the hopes placed on it by the masses of our people and our [Arab] Nation, whereby its resolutions where not at the desired level to meet the challenges and protect Arab dignity. So the exit from the Arab Summit without practical steps having been taken to lift the unjust blockade and stop British-American aggression against Iraq, exposes the truth of the yielding to American pressures on the part of certain regimes, whose territory America continues to use for launching criminal strikes on Iraq and its steadfast people. If the issue of the Intifada and support for the Palestinian people had received a rhetorical consensus, then we would look forward to finding a practical mechanism for implementing the political decisions, and for delivering the support without circumventing the decision with feeble excuses, on the basis of an American decision to reduce the financial resources of the Palestinian National Authority, as happened after the previous summit.

Indeed the American recklessness with the Arab summit reached the limit of the use of the veto, which exposed the biased American policy more than at any time in the past. So look, here is the Bush – Cheney - Powell Administration, an administration of triple aggression, devoting its political and military support to the Sharon - Peres government, whereby the American veto was to protect the Israeli Occupation and to give the green light for intensifying the aggression against our heroic people, their valiant Intifada and their courageous resistance…the National and Islamic Forces, condemning the flagrant Israeli American aggression against our people, look toward the masses of our Arab and Islamic Nation with the aim of organizing mass movements condemning the Israeli aggression, refusing to comply, and exercising their pressure and the pressure of their governments to stop the aggression against our steadfast people, and ensure the necessary protection for them against the Zionist war machine.

The National and Islamic Forces turn proudly with greeting and appreciation, to the masses of our Palestinian people, at home and in the diaspora, who have shown their solidarity and cohesion with our people in the lands occupied in 1948, on the 25th anniversary of Immortal Land Day, and the marches which started in the camps and the Palestinian and Arab communities in Lebanon, Syria and Jordan, have confirmed their support for our people, their blessed Intifada and their brave resistance.

The bloody confrontations in the governorates of the country are reflecting the defiance and the opposition to the Israeli aggression backed by deadly, internationally prohibited American weapons against our people and our National Authority institutions, in particular Force 17 sites. The masses of our people have also expressed their condemnation of the continuing aggression on the part of the Occupation army and the settlers in the town of Hebron, where attempts are taking place to displace citizens from

P 1:1854

the districts of Abu-Sneineh, Al-Sheikh and Al-Takrouri and expel them, to impose a buffer zone which the Occupation is establishing behind them, in fulfillment of the aggressive Sharon-Peres security plan.

The resistance to the scheme of deportation and expulsion requires defiance and opposition, confrontation and steadfastness, with all the components and supplies these require, and which must be secured. And definitive actions are needed to force the settlers out, in preparation for sweeping away the settlement from the roots.

The National and Islamic Forces, following the behavioral pattern pursued by Sharon and his plan, based on imposing security, confirm that all the initiatives to return to negotiating, be they Arab or international, are simply a waste of time and open up Arab and international doors to the government of Sharon. Accordingly, we must continue with the isolation of the Sharon-Peres government, with a view to overthrowing it, so that it follows the same fate as the governments of Barak and Netanyahu.

*The National and Islamic forces call the masses of our people to take part in the following activities:*

1- Tuesday April 3, 2001, a day of widespread popular rage expressed through mass marches against the Israeli aggression and the biased American stance towards Israel, reflected in the employment of the Security Council veto and the recent statements issued by senior officials in the American Administration which justified the aggression and formed a cover for it.

2- Friday April 6, 2001, a day of defiance to stand up to the aggression; and resistance of the deportation attempts, heading to pray in the Al-Aqsa Mosque, and the celebration of the Nabi Musa Festival which will be expressed through marches and corresponding activities, according to the conditions in the governorates and districts.

The National and Islamic Forces, emphasizing the importance of resisting and confrontation, confirm that the battle has become more all-encompassing, and that the participation of the entire Palestinian people, with their state civil, military and security institutions, with all the civil society organizations, has become imperative in assuring victory and the defeat of the aggression; and that the activation of the boycott of Israeli goods and anti-normalization is a part of our people's task in isolating the Sharon – Peres government.

The National and Islamic Forces, valuing the experience of the People's Conference, which convened in the governorate of Ramallah, and the Conference of National and Islamic Activities, Forces and Institutions in the governorate of Hebron, calls on all governorates to use these two trial runs and establish their positivism as a prelude for holding people's conferences at the entire governorate level, in order to confirm the consolidation of the mass, popular bedrock of the blessed Intifada, continuing until victory.

<div style="text-align:center">

**Long live the blessed Intifada of our people**
**Glory and immortality for the righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**
**The Intifada will continue until victory**

</div>

**National and Islamic Forces**
**March 31, 2001**

P 1:1855

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1854-1855.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1854-1855.

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID KRELL

١٠٧

<div dir="rtl">

بيان صادر عن القوى الوطنية والإسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء التحدي والتصدي ومواجهة العدوان

يا جماهير شعبنا الفلسطيني البطل
يا جماهير أمتنا العربية والإسلامية المجيدة
يا فرسان الانتفاضة الأشاوس

تعبر انتفاضتكم المباركة، انتفاضة الأقصى والقدس والاستقلال والعودة ...شهرها السابع في ظل مواجهات متصاعدة ومتغيرات حاسمة على المستوى المحلي والإقليمي والدولي، فقد انعقدت قمة عربية، وصدر الفيتو الأمريكي ليحمي الاحتلال، ويعطي الضوء الأخضر لحكومة شارون بيرس لتصعيد العدوان. وجسد يوم الأرض وحدة الشعب الفلسطيني في كل أماكن تواجده وتضامنه مع أهلنا في الأرض المحتلة عام ١٩٤٨، وظلت الانتفاضة المباركة والمقاومة الباسلة في حالة تصاعد من خلال توسيع قاعدتها الجماهيرية المشاركة في القرار، وفي الفعاليات المتلاحمة مع مؤسسات وأجهزة السلطة الوطنية الفلسطينية.

لقد جاءت نتائج القمة العربية دون الآمال المعقودة عليها من جماهير شعبنا وأمتنا، حيث لم ترق قراراتها إلى المستوى الذي يواجه التحديات ويصون الكرامة العربية، فالخروج من قمة عربية دون اتخاذ خطوات عملية لرفع الحصار الجائر، ووقف العدوان الأمريكي البريطاني على العراق، يفضح حقيقة الرضوخ للضغوط الأمريكية من قبل بعض الأنظمة التي لا تزال أمريكا تستخدم أراضيها لشن الغارات الإجرامية على العراق وشعبه الصامد، وإذا كان موضوع الانتفاضة ودعم الشعب الفلسطيني قد لقي إجماعاً خطابياً، فإننا نتطلع إلى إيجاد آلية عملية لتنفيذ القرارات السياسية، ولتوصيل الدعم دون الالتفاف حول القرار بمبررات واهية، تنفيذاً لقرار أمريكا بتخفيف المصادر المالية للسلطة الوطنية الفلسطينية، كما حصل بعد القمة السابقة.

لقد وصل الاستهتار الأمريكي بالقمة العربية إلى حد استخدام الفيتو، الأمر الذي فضح السياسة الأمريكية المنحازة أكثر من أي وقت مضى. فهاهي إدارة بوش ـ تشيني ـ باول، إدارة العدوان الثلاثي تكرس دعمها السياسي والعسكري لحكومة شارون ـ بيرس، حيث جاء الفيتو الأمريكي ليحمي الاحتلال الإسرائيلي، ويعطي الضوء الأخضر لتصعيد العدوان ضد شعبنا البطل وانتفاضته الباسلة ومقاومته الشجاعة ... إن القوى الوطنية والإسلامية وهي تدين العدوان الإسرائيلي الأمريكي الصارخ ضد شعبنا، تتطلع نحو جماهير أمتنا العربية والإسلامية من أجل تنظيم التحركات الجماهيرية التي تدين العدوان الإسرائيلي، وترفض الإذعان، وتمارس ضغوطها وضغوط حكوماتها لوقف العدوان على شعبنا الصامد وتأمين الحماية الضرورية له في مواجهة آلة الحرب الصهيونية.

إن القوى الوطنية والإسلامية تتوجه بكل اعتزاز بالتحية والتقدير لجماهير شعبنا الفلسطيني في الوطن والشتات الذي عبر عن تضامنه وتلاحمه مع أهلنا في الأراضي المحتلة عام ١٩٤٨ في الذكرى الخامسة والعشرين ليوم الأرض الخالد، فالمسيرات التي انطلقت في المخيمات والتجمعات الفلسطينية والعربية في لبنان وسوريا والأردن أكدت دعمها لشعبنا ولانتفاضته المباركة ولمقاومته الباسلة.

وكانت المواجهات الدامية في محافظات الوطن تعبر عن التحدي ومواجهة العدوان الإسرائيلي المدعوم بالأسلحة الأمريكية الفتاكة والمحرمة دولياً ضد شعبنا ومؤسسات سلطتنا الوطنية خاصة مواقع القوة ١٧، كما عبرت جماهير شعبنا عن إدانتها للعدوان المستمر من قبل جيش الاحتلال والمستوطنين في مدينة الخليل، حيث تجري محاولات تهجير المواطنين من

</div>

P 1: 1854

١٠٨

أحياء أبو اسنينة والشيخ والتكروري وطردهم، لفرض منطقة عازلة يكرسون الاحتلال خلفها تنفذا لخطة شارون-بيرس الأمنية العدوانية.

إن مقاومة مؤامرة الترحيل والطرد تتطلب التحدي والتصدي والمواجهة والصمود بكل ما تتطلبه من مقومات ومستلزمات لا بد من تأمينها، ولا بد من فعاليات محددة تجبر المستوطنين على الرحيل تمهيدا لكنس الاستيطان من جذوره .

إن القوى الوطنية والإسلامية، وهي تتابع طبيعة المسلكية التي يتبعها شارون وخطته المرتكزة على فرض الأمن ، نؤكد أن كل المبادرات للعودة إلى التفاوض سواء كانت عربية أو دولية إنما هي مضيعة للوقت ، وتفتح الأبواب العربية والدولية أمام حكومة شارون، ومن هنا لا بد من الاستمرار في عزل حكومة شارون-بيرس من أجل إسقاطها لتلحق بحكومتي باراك ونتنياهو.

*وتدعو القوى الوطنية والإسلامية جماهير شعبنا إلى المشاركة بالفعاليات التالية:*

١- يوم الثلاثاء الموافق ٣ نيسان ٢٠٠١ يوم غضب شعبي عارم، يعبر عنه بمسيرات حاشدة ضد العدوان الإسرائيلي، والموقف الأميركي المنحاز لإسرائيل، والذي تمثل باستخدام الفيتو في مجلس الأمن، والتصريحات الأخيرة الصادرة عن كبار المسؤولين في الإدارة الأميركية، التي بررت العدوان، وشكلت تغطية له.

٢- يوم الجمعة الموافق ٦ نيسان ٢٠٠١، يوم التحدي لمواجهة العدوان، ومقاومة محاولات الترحيل، والتوجه للصلاة في المسجد الأقصى، و إحياء موسم النبي موسى، يعبر عنه بمسيرات وفعاليات مناسبة حسب ظروف المحافظات والمناطق.

إن القوى الوطنية والإسلامية، تؤكد على أهمية التصدي والمواجهة، تؤكد أن المعركة أصبحت أكثر شمولية، وأن مشاركة كل الشعب الفلسطيني بمؤسساته الرسمية المدنية والعسكرية والأمنية مع كل مؤسسات المجتمع المدني، أصبحت ضرورة حتمية لتأكيد النصر وهزيمة العدوان، وأن تفعيل مقاطعة البضائع الإسرائيلية ومقاومة التطبيع هي جزء من مهمة شعبنا في عزل حكومة شارون-بيرس.

وإن القوى الوطنية والإسلامية وهي تثمن تجربة المؤتمر الشعبي، الذي عقد في محافظة رام الله، ومؤتمر الفعاليات والقوى والمؤسسات الوطنية والإسلامية في محافظة الخليل ، تدعو جميع المحافظات الى الاستفادة من هاتين التجربتين، وتكريس إيجابياتهما تمهيدا لانعقاد المؤتمرات الشعبية على مستوى المحافظات جميعها لتأكيد تجذير العمق الشعبي والجماهيري للانتفاضة المباركة المستمرة حتى النصر.

<div align="center">
عاشت انتفاضة شعبنا المباركة<br>
المجد والخلود لشهدائنا الأبرار<br>
الشفاء للجرحى البواسل والحرية للأسرى الأبطال<br>
وإنها لانتفاضة مستمرة حتى النصر

القوى الوطنية والإسلامية<br>
٢٠٠١,٣,٣١
</div>