# EXHIBIT A.906


PLAINTIFF'S EXHIBIT 906

**In the name of Allah, The Most Gracious, The Most Merciful**
**Declaration issued by the National and Islamic Forces**
**No voice is louder than the voice of the Intifada**
**A call for the workers and for social solidarity**
**April 28, 2001**

At a time when Israeli aggression is increasing in its various forms against our people, the Sharon-Peres government is announcing its tactical cooperation with the Egyptian-Jordanian initiative, and in the light of this initiative, is intensifying its assassinations, the blockade and the settlements, in favor of shattering every possible good intention towards the Peace Process, and of establishing long-term interim solutions…and is consolidating the occupation, the settlement, and is liquidating the Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return.

P 1:1973

The National and Islamic Forces emphasize their position calling for the need to isolate the Sharon-Peres government, and not to provide any cause which would prolong its lifespan and through that increase the suffering of our people. At the same time, they reject any initiative from any entity whatsoever, that aims to stop the Intifada, erode our national rights, does not lead to the end of the settlement, the occupation of our land, and the realization of our people's goals of return, freedom and independence; and they [the forces] demand that the Arab states do not become a go-between for Palestine and the Zionist entity, if the agreements which were concluded under America's patronage are what the Sharon government violates daily; and if the American Administration demonstrates its bias towards its interests and towards the Zionist entity, including its intervening to prevent Sharon from excessiveness, which would thus jeopardize American interests in the region.

The National and Islamic Forces, emphasize that the call to return to the way things were prior to the launch of the Intifada on September 29, 2000, disregards the reasons which led up to this launch and which were not simply the result of Sharon's raid on the Al-Aqsa Mosque, but were rather from the overall American-Zionist policy toward the rights of our people and their legitimate aspirations to freedom, independence, return and establishing the independent sovereign Palestinian state with Jerusalem as its capital.

And the National and Islamic Forces, since valuing the positive steps in bringing to light the issue of revealing corruption, calls for addressing the subject in all its aspects, and bringing those involved in it to justice in order that they receive their punishment, because of the extreme importance of strengthening and closing ranks in the Home Front and strengthening the confidence among our Palestinian people at the official and popular level.

The National and Islamic forces also emphasize the urging of the masses of our people and the traders to commit to clearing out the market on the 1st of May, of the lists announced by the Popular Committee for the Boycotting of Israeli Goods.

The National and Islamic forces turn to our steadfast working masses on International Workers' Day with warmest congratulations and greetings, motivating them to join together under these circumstances, and renounce differences, and strengthen their unity on the strength of an elected democracy, which will form one of the most important deeply-rooted pillars for the stability of our people and the continuation of their Intifada and their resistance.

O, dear workers of Palestine be united around the goal of freedom and national independence and defending the interests of the workers. The National and Islamic Forces value the conference supporting the Intifada, which was held in Tehran, and call for further conferences bolstering our blessed Intifada and our heroic resistance.

*The National and Islamic Forces call on the masses of our people to take part in the following activities:*

1. Tuesday May 1, 2001, International Workers Day, a day for solidarity with our masses and steadfast workers, which will be expressed through mass marches, ending in rallies sympathetic with the workers and their steadfastness, and for the fight against unemployment and for the creation of jobs.

2. Friday May 4, 2001, a day of the Palestinian constants and the rejection of initiatives which lift the isolation of the Sharon government, and a call for the escalation of the settlement confrontation, through marches and activities to suit the conditions in the provinces, and in a way that adapts to them.

The National Forces emphasize that the month of the *Nakba* that befell our people, bears painful memories which must be expressed by ongoing activities both at home and in the diaspora, reaching their peak on May 15; and May 9 will be a day of activities of the Palestinian trade unions in memory of the *Nakba* during which there will be marches in the provinces of the country.

The National and Islamic Forces call the Arab and Islamic parties and forces, and popular bodies to recognize the 15th of May as *Nakba Day*, a day of solidarity with the Palestinian people and their blessed Intifada.

**Long live the blessed Intifada of our people**
**Glory and immortality for the righteous martyrs**

P 1:1974

**Speedy recovery for the brave wounded and freedom for the heroic prisoners
And the Intifada will continue to victory**

P 1:1975

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

      Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

      Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1973-1975.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1973-1975.

Dated: March 4, 2014

DAVID KRELL

المباركة، وأن تصعيد المقاومة الباسلة والانتفاضة المباركة هو العامل الأساسي لإفشال مشروع شارون الأمني والسياسي، وعزل حكومته وإسقاطها كخطوة على طريق تحقيق النصر الكبير.

وإن القوى الوطنية والإسلامية وهي ترتقب خطورة المشروع الصهيوني العنصري تجاه القدس والمقدسات الإسلامية والمسيحية وحرمان المسلمين والمسيحيين من أداء شعائرهم الدينية في القدس والاستيطان في القدس ومشروع رئيس الكيان الصهيوني الداعي إلى اقتسام الحرم القدسي الشريف على غرار المؤامرة المستمرة ضد الحرم الإبراهيمي في خليل الرحمن، وندين محاولات تزوير التاريخ من خلال المتحف الخاص بالهيكل المزعوم قرب المسجد الأقصى المبارك.

وتتوجه القوى الوطنية والإسلامية بالتحية لقادة وكوادر شعبنا وأعضاء جبهة التحرير الفلسطينية بمناسبة انطلاقتها في السابع والعشرين من نيسان، ونتمنى لها دوام التقدم والنجاح على طريق الحرية والاستقلال الوطني.

*وتدعو القوى الوطنية والإسلامية جماهير شعبنا المشاركة في الفعاليات التالية:*

١. يوم الأربعاء الموافق ٢٥ نيسان ٢٠٠١ يوم عمل تطوعي لدعم اتحاد السلطات المحلية في المجالس البلدية والقروية، تشارك فيه القوى الوطنية والإسلامية والقوى الشعبية والرسمية، وذلك حسب احتياجات وأولويات كل مجلس.

٢. يوم الجمعة الموافق ٢٧ نيسان ٢٠٠١ يوم حماية الأقصى وتأكيد عروبة واسلامية القدس، وتأكيد الإصرار على كسر العدوان، وذلك بحشد مسيرات جماهيرية في المحافظات والتوجه للصلاة في القدس، وتصعيد المواجهات والفعاليات الشعبية على الحواجز.

إن القوى الوطنية والإسلامية وهي تدرك أهمية إشراك الفعاليات الشعبية تدعو المحافظات إلى المبادرة بالتحضير لانعقاد مؤتمراتها، وتدعو إلى تفعيل دور القطاعات الشعبية أسبوعياً، بحيث يتحقق تنوع الفعاليات الشمولية. وقد تقرر أن يكون التحضير منذ الآن لليوم الأول من أيار القادم، يوم عيد العمال العالمي يوما لفعاليات عملية ومسيرات شعبية تشارك فيها القوى الوطنية لدعم صمود عمال شعبنا والعمل على حل مشكلات البطالة.

عاشت انتفاضة شعبنا المباركة
المجد والخلود لشهدائنا الأبرار
الشفاء للجرحى البواسل والحرية للأسرى الأبطال
**وإنها لانتفاضة مستمرة حتى النصر**

بسم الله الرحمن الرحيم
بيان صادر عن القوى الوطنية والإسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء العمال والتكافل الاجتماعي
٢٠٠١/٤/٢٨

في الوقت الذي يتصاعد فيه العدوان الإسرائيلي بأشكاله المختلفة ضد شعبنا تعلن حكومة شارون- بيرس عن تعاملها التكتيكي مع المبادرة المصرية الأردنية، وفي ظل هذه المبادرة تتصاعد عمليات الاغتيالات والحصار والاستيطان لنسف كل ما يمكن أن تحمله من نوايا حسنة تجاه عملية السلام وما تكرسه الحلول الانتقالية طويلة الأمد... وتكريس الاحتلال والاستيطان وتصفية الانتفاضة انتفاضة الأقصى والقدس والاستقلال والعودة.

٨٨

إن القوى الوطنية والإسلامية تؤكد على موقفها الداعي إلى ضرورة عزل حكومة شارون-بيريس، وعدم إمدادها بأي سبب يطيل عمرها، ويزيد بذلك معاناة شعبنا، وهي إذ ترفض أية مبادرة من أي جهة كانت تستهدف وقف الانتفاضة وتنتقص من حقوقنا الوطنية ولا تؤدي إلى إنهاء الاستيطان والاحتلال لأرضنا، وتحقق أهداف شعبنا في العودة والحرية والاستقلال، وتطالب الدول العربية بألا تتحول إلى وسيط بين فلسطين والكيان الصهيوني، إن الاتفاقيات التي عقدت في ظل الرعاية الأمريكية هي التي تنتهكها حكومة شارون يومياً، وإن الإدارة الأمريكية تثبت انحيازها لمصالحها وللكيان الصهيوني بما في ذلك تدخلها لمنع شارون من الجموح بما يهدد مصالح أمريكا في المنطقة.

وتؤكد القوى الوطنية والإسلامية على أن المناداة بالعودة إلى ما قبل انطلاقة الانتفاضة في ٢٠٠٠/٩/٢٨ يتجاهل الأسباب التي أدت إلى هذه الانطلاقة والتي لم تكن مجرد نتيجة لإغارة شارون على المسجد الأقصى، وإنما لمجمل السياسة الأمريكية الصهيونية تجاه حقوق شعبنا وطموحاته المشروعة في الحرية والاستقلال والعودة وإقامة الدولة الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس المباركة.

وإذ تثمن القوى الوطنية والإسلامية الخطوات الإيجابية بفتح الملف الذي يكشف الفاسدين، فإنها تدعو إلى معالجة الموضوع من كافة جوانبه، وإحالة المتورطين فيه إلى القضاء لينالوا عقابهم، لما في ذلك من أهمية بالغة لتعزيز ورص صفوف الجبهة الداخلة وتعزيز الثقة بين أبناء الشعب الفلسطيني على المستوى الرسمي والشعبي.

كما تؤكد القوى الوطنية والإسلامية على دعوة جماهير شعبنا والتجار للالتزام بتفريغ السوق، في الأول من أيار من القوائم التي أعلنتها اللجنة الشعبية لمقاطعة البضائع الإسرائيلية.

وتتوجه القوى الوطنية والإسلامية إلى جماهيرنا العمالية الصامدة في اليوم العالمي للعمال بأحر التهاني والتحيات وتحضهم على التلاحم في هذه الظروف ونبذ الخلافات وتعزيز وحدتهم على أسس ديمقراطية منتخبة والتي تشكل إحدى أهم الأعمدة الراسخة لثبات شعبنا واستمرار انتفاضته ومقاومته.

فيا عمال فلسطين اتحدوا حول هدف الحرية والاستقلال الوطني والدفاع عن مصالح العمال.

وتثمن القوى الوطنية والإسلامية مؤتمر دعم الانتفاضة الذي عقد في طهران وتدعو إلى المزيد من المؤتمرات الداعمة لانتفاضتنا المباركة ومقاومتنا الباسلة.

**وتدعو القوى الوطنية والإسلامية جماهير شعبنا للمشاركة في الفعاليات التالية:**

١. يوم الثلاثاء الأول من أيار ٢٠٠١ اليوم العالمي للعمال، يوم للتضامن مع جماهيرنا وعمالنا الصامدين يتم التعبير بمسيرات حاشدة تنتهي بمهرجانات تضامنية مع العمال وصمودهم ولمكافحة البطالة وخلق فرص العمل.

٢. يوم الجمعة الرابع من أيار يوم الثوابت الفلسطينية ورفض المبادرات التي تفك عزلة حكومة شارون والدعوة إلى تصعيد مواجهة الاستيطان من خلال مسيرات وفعاليات تتناسب مع ظروف المحافظات وبالشكل الذي يلائمها.

وتؤكد القوى الوطنية على أن شهر النكبة التي حلت بشعبنا يحمل ذكريات أليمة لا بد من التعبير عنها بفعاليات مستمرة في الوطن والشتات تصل ذروتها في الخامس عشر من أيار وسيكون يوم التاسع من أيار يوم فعاليات النقابات المهنية الفلسطينية في ذكرى النكبة تتم فيه مسيرات في محافظات الوطن.

وتدعو القوى الوطنية والإسلامية الأحزاب والقوى العربية والإسلامية والهيئات الشعبية لاعتبار يوم الخامس عشر من أيار يوم النكبة، يوماً للتضامن مع الشعب الفلسطيني وانتفاضته المباركة.

عاشت انتفاضة شعبنا المباركة
المجد والخلود لشهدائنا الأبرار

٨٩

الشفاء العاجل للجرحى البواسل والحرية للأسرى الأبطال
وإنها لانتفاضة مستمرة حتى النصر