# EXHIBIT A.907

PLAINTIFF'S EXHIBIT 907

P109

## Declaration (2)
## June 13, 2001
### Declaration issued by the Higher Follow-Up Committee of the National and Islamic Forces
### No to American and Israeli threats and pressures
### Yes to national unity and the continuation of the Intifada

**O, masses of our steadfast Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, brave heroes of the Intifada and the resistance**

The government of the terrorist Sharon is still continuing its bloody aggression against our people and has continued its blockade and the killing of our innocent civilians, among whom are women and children; and is seeking to destroy all elements of life in our nation. The international community, rather than exercising its role in deterring this aggression, has in the last hours conveyed a blatant American escalation in the ongoing bias to cover up this aggression, by adopting Sharon's terms and his security dictates, and holding the National Authority and Palestinian people responsible.

The Higher Follow-Up Committee, affirming its rejection of the so-called Tenet Plan and its terms, rejected by our people, renews its persistence in developing national unity, and thus enabling the continuation of the Intifada and the resistance; and declares its rejection of all the pressures and all the forms of American-Zionist extortion and security coordination. It considers the National Authority's stance rejecting this [Tenet] Plan and its terms, to be consistent with this intention. And it urges them to adhere to this stance and confront all American attempts to extort and threaten, because in reality these aim at exonerating the Zionist terrorism and its murderous aggression, and seek to split the unity of the Palestinian ranks and eradicate the popular Intifada and our legitimate right to resistance and self-defense, and cover up the bloody aggression, Sharon and his military clique are preparing.

P 1:2290

We hold the US Administration responsible for any new Israeli aggressive escalation and warn Sharon and his government of the effect of any new venture because he will pay its price dearly. We call on all parties in the international community to oppose the policy of Zionist aggression, and we demand them to shoulder their responsibilities. Similarly, we turn to the Arab and Islamic countries and peoples to confront this Israeli arrogance and the American bias, deeming it to be premeditated aggression against both the Arab and the Islamic Nations.

We call the Arab and Islamic masses to raise their voice and their fighting solidarity, with our people and its Intifada.

The Higher Follow-Up Committee of the National and Islamic Forces emphasizes the right of our people to continue the Intifada and the resistance against the Zionist Occupation and its settlement - considering this a legitimate right that all nations have pursued in the face of invading occupiers - until the occupation of our land is defeated and our national goals are realized in freedom, return and independence in the State of Palestine with full sovereignty and Jerusalem its capital; and also calls on the masses of our people and the heroes of the Intifada and the resistance to observe all forms of precaution, and to be prepared for any possible aggression.

That indeed requires the strengthening and consolidation of our national unity under a unified emergency command in order to continue the Intifada, manage the conflict with our enemy, and face all the risks and consequences of escalating the Zionist aggression.

**O, masses of our heroic people:**
Emphasizing the rejection of American pressures and Zionist threats, and the persistence in continuing the popular Intifada and resistance, the Higher Follow-Up Committee of the National and Islamic Forces calls you to participation in the mass public march which will set out from the square of the Legislative Council in Gaza City on Thursday June 14, 2001 at midday, and will terminate at Palestine Square; and calls for all the governorates to set up activities on the same day under the slogan:

- No to the American-Zionist pressure, extortion and threat.
- Yes to national unity and continuing the Intifada and the resistance

P 1:2291

Glory, every glory for the martyrs
Swift recovery for the wounded...freedom for the prisoners
Victory for our people

The Higher Follow-Up Committee of the National and Islamic Forces

P 1:2292

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2290-2292.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2290-2292.

Dated: March 4, 2014

DAVID KRELL

١٥٩

بيان ( ٢ )
٢٠٠١/٦/١٣

بيان صادر عن لجنة المتابعة العليا للقوى الوطنية والإسلامية
لا للتهديدات والضغوط الصهيونية الأميركية
نعم للوحدة الوطنية واستمرار الانتفاضة

يا جماهير شعبنا الفلسطيني الصامد
يا جماهير امتنا العربية والإسلامية المجيدة
يا أبطال الانتفاضة والمقاومة البواسل

لا زالت حكومة الإرهابي شارون تواصل عدوانها الدموي على أبناء شعبنا وتستمر في حصارها وقتلها للمدنيين الأبرياء من نساء وأطفال، وتعمل على تدمير كل مقومات الحياة في وطننا. وبدلاً من أن يمارس المجتمع الدولي دوره في ردع هذا العدوان فقد حملت الساعات الأخيرة تصعيداً أمريكيا سافراً في الانحياز المتواصل، لتغطية هذا العدوان من خلال تبني شروط شارون وإملاءاته الأمنية وتحميل السلطة الوطنية والشعب الفلسطيني المسؤولية.

إن لجنة المتابعة إذ تؤكد رفضها لما يسمى بورقة تينيت وشروطها المرفوضة من شعبنا، فهي تجدد إصرارها على تطوير الوحدة الوطنية، وبما يمكن من استمرار الانتفاضة والمقاومة وتعلن رفضها لكافة الضغوط وكل أشكال الابتزاز الأمريكي- الصهيوني والتنسيق الأمني، وترى أن موقف السلطة الوطنية الرافض لهذه الورقة وما احتوته من شروط ينسجم مع هذه الوجهة، وتدعوها للتمسك بهذا الموقف والتصدي لكل محاولات الابتزاز والتهديد الأمريكي، لأنها في الواقع تهدف إلى تبرئة الإرهاب الصهيوني وعدوانه الدموي وتسعى لشق وحدة الصف الفلسطيني والقضاء على الانتفاضة الشعبية وحقنا المشروع بالمقاومة والدفاع عن النفس، والتغطية على العدوان الدموي الذي يعد له شارون وزمرته العسكرية.

P 1: 2290

١٦٠

إننا نحمل الإدارة الأمريكية مسؤولية أي تصعيد عدواني إسرائيلي جديد ونحذر شارون وحكومته من مغبة أي مغامرة جديدة لأنه سيدفع ثمنها غالياً وندعو كافة أطراف المجتمع الدولي للتصدي لسياسة العدوان الصهيوني، ونطالبها بتحمل مسؤولياتها . كما نتوجه إلى الدول والشعوب العربية والإسلامية لمواجهة هذه الغطرسة الإسرائيلية والانحياز الأمريكي واعتبارها عدوانا مبيتا على الأمتين العربية والإسلامية.

وندعو الجماهير العربية والإسلامية إلى إعلاء صوتها وتضامنها الكفاحي مع شعبنا وانتفاضته .

إن لجنة المتابعة العليا للقوى الوطنية والإسلامية إذ تؤكد حق شعبنا في استمرار الانتفاضة والمقاومة ضد الاحتلال الصهيوني ومستوطنيه باعتبار ذلك حقا مشروعا مارسته كل الشعوب في مواجهة المحتلين الغزاة، وحتى يندحر الاحتلال عن أرضنا وتحقيق أهدافنا الوطنية في الحرية والعودة والاستقلال في دولة فلسطين كاملة السيادة وعاصمتها القدس . كما ندعو جماهير شعبنا وأبطال الانتفاضة والمقاومة إلى أخذ كل أشكال الحيطة والحذر والاستعداد لأي عدوان محتمل.

إن ذلك يستدعي تعزيز وتمتين وحدتنا الوطنية بقيادة طوارئ موحدة لاستمرار الانتفاضة وإدارة الصراع مع عدونا ومواجهة كل مخاطر تصاعد العدوان الصهيوني ونتائجه.

**يا جماهير شعبنا البطل:**

تأكيداً على رفض الضغوط الأمريكية والتهديدات الصهيونية والإصرار على الاستمرار بالانتفاضة الشعبية والمقاومة فإن لجنة المتابعة العليا للقوى الوطنية والإسلامية تدعوكم للمشاركة في المسيرة الجماهيرية الحاشدة التي ستنطلق من ساحة المجلس التشريعي في مدينة غزة يوم الخميس ٢٠٠١,٦,١٤ الساعة الثانية عشرة ظهراً وتنتهي في ميدان فلسطين، ودعوة كافة المحافظات لإقامة فعاليات في نفس اليوم تحت شعار:

- **لا للضغط والابتزاز والتهديد الصهيوني الأمريكي.**
- **نعم للوحدة الوطنية واستمرار الانتفاضة والمقاومة.**

P 1: 2291

المجد كل المجد للشهداء
الشفاء العاجل للجرحى... الحرية للأسرى
والنصر لشعبنا
لجنة المتابعة العليا للقوى الوطنية والإسلامية

P 1: 2292