# EXHIBIT A.908

PLAINTIFF'S
EXHIBIT
908

**P167**

**Declaration (5)**
**June 30, 2001**

**Declaration issued by the National and Islamic Forces**
**No voice is louder than the voice of the Intifada**
**A call for the freedom of the heroic prisoners**

**O, masses of our magnificent Palestinian people**
**O, masses of our glorious Arab Nation**
**O, brave heroes of the Intifada and the resistance**

The bias of the American policy is flagrantly revealing itself, particularly after the US Minister of Foreign Affairs Colin Powell advocated the appointment of the bloodthirsty Sharon, as ruler of the game of aggression, which he is waging against our unarmed steadfast, enduring people. And the American Administration has entrusted the defining and assessing of the level of calm and ceasefire, over to the war criminal and master of the plan of aggression, at a time when the Administration has backed off from knowing the truth of what is happening through the observers, in order that there remains the sole overseer, this being the aggressor Sharon himself, who regards the rocks, the chanting, the flag and the verses of the Noble Quran as aggression and violence against his blockade, his machinery, his planes and the settler gangs who wreak havoc under the protection of the cruelest, harshest and most criminal Occupation army.

The National and Islamic Forces emphasize their condemnation of American policy which is attempting to extort an Arab and Palestinian position favorable to Sharon's aggressive government that has begun carrying out its attacks in the ring countries of Egypt, Lebanon and Syria, in an attempt to provoke and extort the US Administration, who are intent that the

**P 1:2298**

Sharoni conflagration does not expand its Zionist aggression [possible typo in my source document: 'its aggression' should perhaps be removed, in which case it would simply translate as: 'intent that there is not an expansion of the Sharoni Zionist conflagration'] to the level of regional war, at a time when *its* brutal aggression on Iraq and its steadfast people, is intensifying.

We urge the Arab and Islamic official and popular position, to be at the level of responsibility in countering the aggression, and in the need for putting an end to the U.S. backed Zionist arrogance, so that America recognizes that this flagrant bias is not in their immediate or future interest. The potential of the Arab masses needs to be let free in order to express their rejection of the hostile American policy towards Iraq, urging so-called smart sanctions to be imposed on it, supporting the Zionist aggression, and hostile to our people's right to freedom, national independence, defeating the Occupation and the settlement, and their right to return, to self-determination and the establishment of their independent state with full sovereignty and Jerusalem as its capital.

The National and Islamic Forces, while stressing the national constants, adhere to the blessed Intifada and the brave resistance as a combative route which cannot be withdrawn from, before the realization of the goals for which the Intifada and resistance was launched, and which can be summed up by: the freedom of Al-Aqsa and Jerusalem; achieving independence and return; and that any Zionist or American attempt aimed at liquidating the blessed Intifada, will come crashing down on the rock of steadfastness of our steadfast people; and that the American-Israeli demand for arresting militants of the Intifada and the resistance, will fall on deaf ears for as long as the Occupation is pinning our people down, and as long as the settlers are running riot on the land, and as long as the Israeli policy of aggression regards the assassinations to be outside of the fictitious cease-fire resolution, which the bloodthirsty Sharon's government is bragging about.

Our people have gathered all their factions and their forces to prohibit the political detention, namely, by expressing resolute adherence to national unity, which is being cemented and firmly rooted in the light of the blessed Intifada. Similarly, our people denounce the phenomenon of masked men in the marches, just like their rejection of the phenomenon of firing bullets wastefully into the air, since these negative phenomena give scope for agents to carry out missions for the enemies.

The National and Islamic Forces warn of the Zionist measures aimed at steadily wiping out the Arab and Islamic identity of Al-Aqsa through the scheme of the alleged Temple above the Western Wall* [*Translator note: known to Muslims as The Buraq Wall]; and an Arab and Islamic campaign to

P 1:2299

prevent this flagrant aggression against the Temple Mount* [*Translator Note: Arabic is: The Noble Sanctuary] must be put into effect. The Zionist aggression under Sharon's period of rule has covered every aspect and element of life for our Palestinian people throughout the Land of Palestine, in the Galilee, in the Triangle, on the coastal strip and in the Negev, in addition to the West Bank, which includes Jerusalem and Gaza; and it has worsened against the heroic steadfast prisoners behind Occupation bars in a grossly criminal way, something which necessitates the exposure of this policy which disdainfully disregards human rights. And the National and Islamic Forces call on the masses of our people at home and in the diaspora, and the masses of our Arab Nation to take part in the following activities:

Tuesday July 3, 2001, a day of solidarity and support for the Palestinian prisoners.
-        The heroes in the face of the savage assault against their heroic steadfastness; [a day on which] marches will amass in all the governorates.

Friday July 6, 2001 – a day of the awakening of the Arab and Islamic masses, and their active participation in the condemnation of American bias, and the expression of their energies in supporting the Intifada and the resistance, through marches.

The National and Islamic Forces call for putting an end to the invasion of Israeli goods into our marketplaces, and focusing on the need for boycotting these goods through coordinating with the monitor [station] and the committees for the boycotting of Israeli goods, and urge the preparation for mass activities on Tuesday July 10, 2001.

**Long live the blessed Intifada of our people**
**Glory and immortality for the righteous martyrs**
**Recovery for the wounded and freedom for the heroic prisoners**
**The Intifada will continue until victory**

**The National and Islamic Forces**

P 1:2300

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                          No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief.  The document is designated as P 1: 2298-2300.

2.    I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2298-2300.

Dated: March 4, 2014

                                        _____
                                        DAVID KRELL

١٦٧

بيان ( ٥ )

٢٠٠١/٦/٣٠

بيان صادر عن القوى الوطنية والإسلامية

لا صوت يعلو فوق صوت الانتفاضة

نداء الحرية للأسرى الأبطال،

يا جماهير شعبنا الفلسطيني العظيم ،

يا جماهير امتنا العربية المجيدة،

يا أبطال الانتفاضة والمقاومة البواسل،

يتكشف انحياز السياسة الأميركية بشكل فاضح وخاصة بعد أن قام وزير خارجية أميركا ك ولن باول بتنصيب السفاح شارون حكماً على لعبة العدوان التي يخوضها ضد شعبنا الأعزل الصامد المرابط. فقد أوكلت الإدارة الأميركية تحديد وتقييم درجة الهدوء ووقف إطلاق النار إلى مجرم الحرب وصاحب خطة العدوان، في الوقت الذي تراجعت الإدارة عن معرفة حقيقة ما يجري من خلال المراقبين ليظ ـل الرقيب الوحيد هو المعتدي شارون نفسه الذي يعتبر الحجر والنشيد والعلم وآيات ا ذكر الحك يم عدوانا وعنفاً مقابل حصاره وآلياته وطائراته وقطعان المستوطنين الذين يعيثون فساداً تحت حماية جيش الاحتلال الأكثر غلظة وقسوة وإجرام.

إن القوى الوطنية والإسلامية تؤكد إدانتها للسياسة الأميركية التي تحاول ابتزاز الوضـ ع الع ربي والفلسطيني لدعم حكومة شارون العدوانية التي بدأت تمارس اعتداءاتها على دول الط ـوق في مصـ ر ولبنان وسوريا، في محاولة للاستفزاز ولابتزاز الإدارة الأميركية التي تحرص على عدم توسيع الحرب ق

١٦٨

الشاروني عدوانها الصهيوني على مستوى الحرب الإقليمية في الوقت الذي تصعد عدوانها الغاشم عل ى العراق وشعبه الصامد .

إننا نهيب بالموقف العربي والإسلامي، الرسمي والشعبي، أن يكون عل ى مس توى المس ؤولية في التصدي للعدوان، وفي ضرورة وضع حد للغطرسة الصهيونية المدعومة أميركيا بحيث تدرك أميركا انه ليس من مصلحتها الآنية والمستقبلية هذا الانحياز الفاضح ولابد من إطلاق طاقات الجم اهير العربي ة للتعبير عن رفضها للسياسة الأميركية المعادية للعراق والداعية لفرض ما يسمى بالعقوبات الذكية عليه، والداعمة للعدوان الصهيوني والمعادية لحقوق شعبنا في الحرية والاستقلال الوطني ودح ر الاح تلال والاستيطان وحقه في العودة وتقرير المصير و إقامة دولته الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس المباركة.

إن القوى الوطنية والإسلامية وهي تؤكد على الثوابت الوطنية، تتمس ك بالانتفاض ة المبارك ة والمقاومة الباسلة طريقاً نضالياً لا يمكن التراجع عنه قبل تحقيق الأهداف ال تي انطلق ت الانتفاض ة والمقاومة من اجلها، والتي تتلخص بتحرير الأقصى والقدس وتحقيق الاستقلال والعودة، وان أي محاولة صهيونية أو أميركية تهدف إلى تصفية الانتفاضة المباركة ستتحطم على صخرة صمود شعبنا الص امد، وان المطالبة الأميركية- الإسرائيلية باعتقال المناضلين من نشطاء الانتفاضة والمقاومة لن تجد أذنا صاغية ما دام الاحتلال جاثماً على صدر شعبنا، وما دام قطعان المستوطنين يعيثون في الأرض فس اداً، وم ا دامت سياسة العدوان الإسرائيلي تعتبر الاغتيالات خارج قرار وقف إطلاق النار الكاذب الذي تتبجح به حكومة السفاح شارون .

لقد اجمع شعبنا بكل فصائله وقواه على تحريم الاعتقال السياسي وذلك تعبيراً عن التمسك الحازم بالوحدة الوطنية التي تتعزز وترسخ في ظل الانتفاضة المباركة، كما أن شعبنا يرفض ظاهرة المقنعين في المسيرات تماماً كرفضه لظاهرة إطلاق الرصاص هدراً في الهواء حيث أن هذه الظواهر الس لبية تف تح المجال للعملاء لتنفيذ المهمات لصالح الأعداء.

إن القوى الوطنية والإسلامية تحذر من الإجراءات الصهيونية الهادفة إلى الإمعان في طمس عروبة و إسلامية الأقصى من خلال مخطط الهيكل المزعوم فوق حائط البراق، ولابد من تفعيل حمل ة عربي ة و

١٦٩

إسلامية لمنع هذا العدوان السافر على الحرم القدسي الشريف لقد شمل العدوان الصـ هيوني في عهـ ـد شارون كل جوانب ومقومات حياة شعبنا الفلسطيني على ارض فلسطين كلها، في الجليـ ـل والمثلـ ـث والساحل والنقب، إضافة إلى الضفة الغربية بما فيها القدس وغزة، واستفحل بشكل إجرامي فاضح ضد الأسرى الأبطال الصامدين خلف قضبان الاحتلال وهو الأمر الذي يتطلب فضـ ـح هـ ـذه السياسـ ـة المستهترة بحقوق الإنسان وتدعو القوى الوطنية والإسلامية جماهير شعبنا في الوطن والشتات وجمـ ـاهير امتنا العربية للمشاركة في الفعاليات التالية:

يوم الثلاثاء الموافق ٣ تموز ٢٠٠١ يوم التضامن ونصرة الأسرى الفلسطينيين.

–    الأبطال في مواجهة الهجمة الشرسة ضد صمودهم البطولي.تحشد فيه   مسيرات في كافـ ـة المحافظات .

–    يوم الجمعة الموافق ٦ تموز ٢٠٠١ يوم استنهاض الجماهير العربية والإسلامية، ومشاركتها الفعالة في إدانة الانحياز الأميركي، والتعبير عن طاقاتها لمساندة الانتفاضة والمقاومة من خلال المسيرات.

وتدعو القوى الوطنية والإسلامية إلى وضع حد لغزو البضائع الإسرائيلية لأسواقنا والتركيز على ضرورة مقاطعة هذه البضائع وبالتنسيق مع المرصد ولجان مقاطعة البضائع الإسرائيلية، تدعو للتحضـ ـير لفعاليات جماهيرية يوم الثلاثاء الموافق ١٠ تموز ٢٠٠١ .

عاشت انتفاضة شعبنا المباركة

المجد والخلود لشهدائنا الأبرار

الشفاء للجرحى البواسل والحرية للأسرى الأبطال

وإنها لانتفاضة مستمرة حتى النصر

القوى الوطنية والإسلامية

P 1: 2300