# EXHIBIT A.909

PLAINTIFF'S EXHIBIT 909

**Chapter 10**

**P175**

## Declarations of the National and Islamic Forces

### Declaration

### July 7, 2001

### Declaration issued by the National and Islamic Forces

### No voice is louder than the voice of the Intifada

### A call for the strengthening of national unity and continuing the popular Intifada and resistance

**O, masses of our magnificent Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, brave heroes of the Intifada and Resistance**

The government of the Zionist entity has declared its freedom in open criminality, through the decision to liquidate militants of the Intifada and the resistance, along with the bloodthirsty Sharon's centralized campaign which the Zionist Martin Indyk, American Ambassador to the Zionist entity, is supporting against Brother Abu Ammar, by accusing him of terrorism for adhering to the right of return for the refugees, and the Arab and Islamic identity of Jerusalem.

These American-Israeli stances, which the Sharon Government and the American Administration are attempting to employ in the framework of the centralized psychological war against the Palestinian people and its leadership, and against the Palestinian National Authority, are aimed at imposing dictates in order to achieve the goals of the Zionist entity, and impose surrender on the Palestinian leadership, under the sword of the threat of military strike. These Zionists and Americans have forgotten that the popular and official Palestinian position, during the entirety of this blessed Intifada and brave resistance, has confirmed the pledge of steadfastness, resistance and confrontation to all possibilities of aggression. The attempts to cause a split inside the Palestinian National arena through certain actions of some of the brothers in the security services, and certain activities in the field, which may gradually promote reactions leading to a split in the single position - these must be countered and rejected firmly by all,

P 1:2511

just like the attempt to prevent the Intifada events and activities, be they marches, rallies or sit-in protests in National Authority territories, through which the Palestinian people express the national position against the policy of Zionist aggression and against the American bias; this is in itself the expression of a stance which supports the steadfastness of the Palestinian National Authority in opposing the Israeli American pressures.

Indeed the attempt of the National Authority at blocking the means* [*Translator note: Blocking the means is 'Sadd al-Dhara'i', an Islamic concept which means to avoid doing something which may well be legal, but which might also result in something prohibited/illegitimate happening as a result] in order to prevent the Sharoni aggression, the recurrence of the positions from the initiatives rejected by the Sharoni government, will not satisfy it. What is needed, is to turn to a domestic initiative aiming to solidify the Palestinian National official and popular position in order to confront and respond to all eventualities; and turning to the masses of our Arab and Islamic Nation at this stage, is a matter of importance and necessity for ensuring the National and Islamic safety cordon which strengthens our people's inalienable, firm, political and combative positions, which the blessed Intifada and the resistance form the main method of whose becoming reality; and at the forefront are the liberation of Jerusalem and Al-Aqsa, the right of return, and self-determination, and the establishment of the independent Palestinian state with complete sovereignty and Jerusalem as its capital.

And as we turn at this juncture, to call on all the Arab and Islamic parties and forces to strengthen and activate their solidarity with our people and our blessed Intifada, we salute the third Arab Parties Conference on the occasion of its convening in Beirut from Monday July 9 till July 12, wishing the conference success and progress for the benefit of our Arab and Islamic Nation, at the forefront of which is the support for the blessed Intifada and our steadfast Palestinian people.

Likewise, we turn to greet the brothers in the Palestine Popular Struggle Front on the occasion of the thirty-fourth anniversary of its founding, which falls next Sunday July 15 2001, wishing the Popular Struggle Front all the progress and prosperity on the road to victory. And the National and Islamic forces call on the masses of our people to take part in the following activities:

1. Tuesday July 10, 2001 a day of public activities and marches dedicated to putting an end to the invasion of Israeli products into our markets and dedicated to boycotting them at all levels. And that is to be coordinated with our brothers in the Palestinian Observatory - and the Committees for Boycotting Israeli Goods.

P 1:2512

2. Friday July 13, 2001, a day of consolidating and strengthening national unity, continuing the Intifada and the resistance, the Arab identity of Jerusalem, and the freedom of Al-Aqsa; to be expressed though marches and going to pray in the Al-Aqsa Mosque, and the rejection of the Zionist plot aimed at Judaizing it and suppressing the freedom of prayer inside it.

The National and Islamic Forces call for supporting the activity of gathering the people together from the towns and villages uprooted in 1948, and popular activities for the right of return, which falls on Saturday July 14, 2001 in the governorate of Ramallah and Al-Bireh under the slogan (There is no substitute for return).

Likewise, the National and Islamic Forces, call on the National and Islamic coordinating committees in all the governorates to prepare for a Martyrs' Day, a day of consolidating the pledge and the oath, in the notion that the blood of the righteous martyrs remains the guiding light of the path of the Intifada, and which will not disappear in vain. Events are on Tuesday July 17, 2001, a special day of the martyrs of the Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return; to be a day of consolidating and strengthening of national unity, and of the continuation of the Intifada and the resistance.

**Long live the blessed Intifada**

**Glory and immortality for the righteous martyrs**

**Recovery for the brave wounded and freedom for the heroic prisoners**

**The Intifada will continue until victory**

**The National and Islamic Forces**

P 1:2513

P181

**Declaration**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>          Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2511-2513.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2511-2513.

Dated: March 4, 2014

_____
DAVID KRELL

١٧٥

بيان
٢٠٠١/٧/٧

بيان صادر عن القوى الوطنية والإسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء تعزيز الوحدة الوطنية واستمرار الانتفاضة والمقاومة الشعبية

يا جماهير شعبنا الفلسطيني العظيم
يا جماهير أمتنا العربية والإسلامية المجيدة
يا أبطال الانتفاضة والمقاومة البواسل

أطلت علينا حكومة الكيان الصهيوني بالإعلان عن حريتها في الإجرام العلني من خلال قرار تصفية نشطاء الانتفاضة والمقاومة، إضافة إلى الحملة المركزة من السفاح شارون يساندها الصهيوني مارتن إندك، السفير الأميركي لدى الكيان الصهيوني، ضد الأخ أبو عمار باتهامه بالإرهاب لتمس كه بحق العودة للاجئين وبعروبة وإسلامية القدس المباركة.

هذه المواقف الأميركية والإسرائيلية التي تحاول حكومة شارون والإدارة الأميركية توظيفها ما في إطار الحرب النفسية المركزة ضد الشعب الفلسطيني وقياداته، وضد السلطة الوطنية الفلسطينية، تستهدف فرض الاملاءات لتحقيق أهداف الكيان الصهيوني وفرض التنازلات على القيادة الفلسطينية تحت سيف التهديد بالضربة العسكرية لقد نسي هؤلاء الصهاينة والأميركان أن الموقف الفلسطيني الشعبي والرسمي قد كرس في كل هذه الانتفاضة المباركة والمقاومة الباسلة عهد الصمود والتصدي ومواجهة كل احتمالات العدوان. إن محاولات إحداث الشرخ داخل الساحة الوطنية الفلسطينية من خلال بعض التصرفات لبعض الأخوة في الأجهزة الأمنية، وبعض الإجراءات الميدانية التي قد تستدرج ردود فعل تؤدي إلى شرخ الموقف الواحد لا بد من التصدي لها ورفضها بكل حزم من الجميع مثل

P 1: 2511

١٧٦

محاولة منع النشاطات والفعاليات الانتفاضية سواء المسيرات والمهرجانات أو الاعتصامات في مناطق السلطة الوطنية، والتي يعبر من خلالها أبناء الشعب الفلسطيني عن الموقف الوطني ضد سياسة العدوان الصهيوني وضد الانحياز الأميركي وهو في جوهرة تعبير عن موقف يدعم صمود السلطة الوطنية في مواجهة الضغوط الأميركية الإسرائيلية.

إن محاولة السلطة الوطنية لسد الذرائع لمنع العدوان الشاروني لا يلبيها تكرار المواقف من المبادرات التي ترفضها حكومة شارون، وأن ما يتوجب هو التوجه لمبادرة داخلية تستهدف تصليب الموقف الوطني الفلسطيني، الرسمي والشعبي للمواجهة وللتصدي لكل الاحتمالات، وأن التوجه إلى جماهير أمتنا العربية والإسلامية في هذه المرحلة هو أمر هام وضروري لضمان طوق السلامة القومي والإسلامي الذي يعزز المواقف السياسية والنضالية الثابتة لشعبنا، غير القابلة للتصرف والتي تشكل الانتفاضة المباركة والمقاومة الأسلوب الرئيسي لتحقيقها، وفي مقدمتها تحرير القدس والأقصى وحق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس المباركة.

وإننا إذ نتوجه في هذه المرحلة إلى دعوة جميع الأحزاب والقوى العربية والإسلامية لتعزيز وتفعيل تضامنها مع شعبنا وانتفاضتنا المباركة، فإننا نحيي المؤتمر العام الثالث للأحزاب العربية بمناسبة انعقاده في بيروت يوم الاثنين الموافق ٩ تموز وحتى ١٢ تموز متمنين للمؤتمر النجاح والتقدم لما فيه مصلحة أمتنا العربية والإسلامية وفي مقدمة ذلك دعم الانتفاضة المباركة وشعبنا الفلسطيني الصامد.

كما نتوجه بالتحية للأخوة في جبهة النضال الشعبي الفلسطيني بمناسبة الذكرى الرابعة والثلاثين لانطلاقتها الذي يصادف يوم الأحد القادم ١٥ تموز ٢٠٠١ متمنين لجبهة النضال الشعبي كل التقدم والازدهار على طريق النصر. وتدعو القوى الوطنية والإسلامية جماهير شعبنا إلى المشاركة في الفعاليات التالية:

١. يوم الثلاثاء الموافق ١٠ تموز ٢٠٠١ يوم فعاليات ومسيرات شعبية مكرسة لوضع حد لغزو المنتجات الإسرائيلية لأسواقنا وتكريس مقاطعتها على كافة المستويات وذلك بالتنسيق مع الأخوة في المرصد الفلسطيني- ولجان مقاطعة البضائع الإسرائيلية.

P 1: 2512

2. يوم الجمعة الموافق ١٣ تموز ٢٠٠١ يوم تكريس وتعزيز الوحدة الوطنية واستمرار الانتفاضة والمقاومة وعروبة القدس وحرية الأقصى يعبر عنه في المسيرات والتوجه للصلاة في المسجد الأقصى ورفض المؤامرة الصهيونية الهادفة إلى تهويده وكبح حرية الصلاة فيه.

وتدعو القوى الوطنية والإسلامية، إلى دعم فعالية تجمع أهالي المدن والقرى المهجرة عـام ١٩٤٨ والفعاليات الشعبية لحق العودة الذي يصادف يوم السبت الموافق ١٤ تموز ٢٠٠١ في محافظة رام الله والبيرة تحت شعار (لا بديل عن العودة).

كما تدعو القوى الوطنية والإسلامية، لجان التنسيق الوطني والإسلامي في جميع المحافظات للتحضير ليوم الشهداء، يوم تكريس العهد والقسم على أن تظل دماء الشهداء الأبرار هي النور الهادي لدرب الانتفاضة المباركة، والذي لن يذهب هدرا، وتكون الفعاليات يوم الثلاثاء الموافـق ١٧ تمـوز ٢٠٠١ يوم خاص لشهداء الانتفاضة وانتفاضة الأقصى والقدس والاستقلال والعـودة ليكـون يـوم تكريس وتعزيز للوحدة الوطنية ولاستمرار الانتفاضة والمقاومة.

عاشت انتفاضة شعبنا المباركة
المجد والخلود لشهدائنا الأبرار
الشفاء للجرحى البواسل والحرية للأسرى الأبطال
وإنها لانتفاضة مستمرة حتى النصر

القوى الوطنية والإسلامية