# EXHIBIT A.910


PLAINTIFF'S
EXHIBIT
910

**July 14, 2001**

**In the name of God, The Most Gracious, The Most Merciful**
**Declaration issued by the National and Islamic Forces**
**No voice is louder than the voice of the Intifada**
**A call of steadfastness, resistance of the aggression, and saluting the martyrs of the blessed**
**Intifada**

**O, masses of our magnificent Palestinian people**
**O, masses of our glorious Arab Nation**
**O, heroes of the Intifada and brave knights of the resistance**

The shouts of the Sharoni threat are ringing out in blatant disregard for the international, Arab and Islamic stance which condemns their aggression and *its* escalation; the threat and intimidation goes hand in hand at this phase, with the overall aggressive campaign and the direct escalation, which included the destruction of houses in Rafah, south of the Gaza Strip and the Shu'fat camp in Jerusalem, not to mention the indiscriminate intensive shelling of Hebron and Nablus; and that was accompanied by the assassination of the martyr Fawaz Badran in Tulkarem, making use of their cheap tools of collaborators* [*Translator note: can also mean 'agents'], who must be hit with an iron hand without mercy or pity; and this criminal Zionist campaign, through which the settlers are creating havoc in the land, is happening under the auspices  and with the blessing of the biased American policy which gave Sharon the role of the arbiter of justice and legitimacy of his aggression.

The National and Islamic Forces emphasize their condemnation of the American policy supporting the Zionist aggression, and look to the masses of our Arab and Islamic Nation for condemnation of this biased American policy, and to put pressure on the Arab governments, submerged in a sea of silence, to start moving actively, at least with their commitments established at the Arab Summit conferences in Cairo and Amman, at the Islamic Summit, and in the Follow-up Committees, so that the decisions get implemented, supporting the Intifada,

**P 1:2517**

consolidating the boycott of the Zionist entity, resisting normalization, and working on isolating the Sharon government – [all] a clear response confirming to the politicians at the White House that American interests will not be impervious to being affected directly by the continuing and escalating Zionist aggression against our steadfast Palestinian people. And there must be condemnation and rejection of Qatar's invitation for the Zionist entity to attend the conferences on its soil, as truly, this is contrary to the decisions of the Arab Summit.

Indeed, the statements of the Arab and Islamic Summits have expressed positions which must be given practical effect, and the declarations of the conferences of Arab Foreign Ministers, parliaments and parties have expressed positions condemning the American policy backing the Zionist aggression, and which need to be put into practice.

The policy of demolishing houses, assassinations, and the indiscriminate intensive shelling accompanied by the psychological warfare campaign and the destruction of the infrastructure of the people and of the [Palestinian] Authority - as leaked from the criminal Mofaz Plan - will not affect the will of our people and our [Palestinian] Authority, as we are steadfast in Jerusalem, in Gaza, in the West Bank and in every place of struggle in the liberated territories and the occupied territories; indeed wherever the Palestinian people are to be found in this era of the blessed Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return, there is steadfastness, there is resistance, and there is the memory of the righteous martyrs - the martyrs of the blessed Intifada; it is they who depict on the horizon, the pledge of allegiance and the oath of the honorable [people], to continue the Intifada and the resistance until all of our national goals are realized in the defeat of the Occupation and the settlement, in the right to self-determination; in the building of the independent Palestinian state with full sovereignty and Jerusalem as its capital; and in the right for the refugees to return to their homes and the possessions which they were driven away from. The National and Islamic Forces turn to salute the steadfast people of Iraq and confirm their condemnation of American and British aggression against Iraq, by the continuation of the blockade and bombardment against the steadfast Iraqi people.

Likewise, they turn and salute the Arab Parties Conference for its affirmative positions in backing and supporting the Intifada, and look toward to putting the decisions of the conference into practice.

**P 1:2518**

*The National and Islamic Forces call for participation in the following activities:*

1. Tuesday July 17, 2001, a day of the martyrs of the blessed Intifada, during which there will be an emphasis on faithfulness to the pledge and the oath of the martyrs, and honoring their relatives, through marches during which pictures of the martyrs and their names will be held up, dependent on the situation in each governorate.

2. Friday July 20, 2001, Al-Quds Day, [a day] of opposing the aggression and condemning the crimes of the demolition of houses and the indiscriminate shelling, to be expressed by mass marches and the call to prayer in the Al-Aqsa Mosque.

The National and Islamic Forces call for the preparation for an event on Tuesday July 24, a day of solidarity with the struggling* [*Translator note: can also mean militant) women prisoners, in their steadfast stance against the Zionist prison warder.

**Long Live the blessed Intifada**
**Glory and immortality for the righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**
**The Intifada will continue until victory**

P 1:2519

**Declaration**
**July 21, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                      Plaintiffs,

      vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                      Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2517-2519.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2517-2519.

Dated: March 4, 2014

_____
DAVID KRELL

١٨١

بيان
٢٠٠١/٧/١٤

بسم الله الرحمن الرحيم

بيان صادر عن القوى الوطنية والإسلامية

لا صوت يعلو فوق صوت الانتفاضة

نداء الصمود والتصدي للعدوان والتحية لشهداء الانتفاضة المباركة

يا جماهير شعبنا الفلسطيني العظيم

يا جماهير أمتنا العربية المجيدة.

يا أبطال الانتفاضة وفرسان المقاومة البواسل

ترتفع صيحات التهديد الشاروني ضاربة عرض الحائط بالموقف الدولي والعربي والإسلامي الـ ـذي يدين عدوانها وتصعيده ويتلازم التهديد والوعيد في هذه المرحلة مع الحملة العدوانية الشاملة والتصعيد المباشر الذي شمل هدم البيوت في رفح جنوب قطاع غزة ومخيم شعفاط في القدس، إضافة إلى القصف العشوائي المكثف على الخليل ونابلس، وقد صاحب ذلك عملية اغتيال الشهيد فواز بدران في طولكرم مستخدمين أدواتهم الرخيصة من العملاء الذي لا بد ضربهم بيد من حديد دون رحمة أو شـ ـفقة، أن هذه الحملة الإجرامية الصهيونية التي يعيث المستوطنون خلالها في الأرض فسادا تـ ـتم تحـ ـت رعايـ ـة ومباركة السياسة الأمريكية المنحازة التي أعطت شارون دور الحكم على عدالة وشرعية عدوانه.

إن القوى الوطنية والإسلامية تؤكد إدانتها للسياسة الأمريكية الداعمة للعدوان الصهيوني، وتتطلع إلى جماهير أمتنا العربية والإسلامية إلى إدانة هذه السياسة الأمريكية المنحازة والضغط على الحكومات العربية الغارقة في بحر الصمت للتحرك الفعال وعلى الأقل بتعهداتها التي أقرت في مؤتمري القمة العربية في القاهرة وعمان، وفي القمة الإسلامية وفي لجنة المتابعة لكي يصبح تنفيذ القرارات بدعم الانتفاضـ ـة

١٨٢

وتعزيز المقاطعة للكيان الصهيوني ومقاومة التطبيع والعمل على عزل حكومة ش ارون، ردا واض حا يؤكد لساسة البيت الأبيض، أن مصالح أمريكا لن تكون بمنأى عن التأثر المباشر في ح ال اس تمرار العدوان الصهيوني المستمر والمتصاعد ضد شعبنا الفلسطيني الصامد ولا بد من إدانة ورفض دعوة قطر للكيان الصهيوني لحضور المؤتمرات على أرضها لتعارض ذلك مع قرارات القمة العربية.

لقد عبرت بيانات القمم العربية والإسلامية عن مواقف لابد من وضعها موضع التنفيذ وقد عبرت بيانات مؤتمرات وزراء الخارجية والبرلمانات والأحزاب العربية عن مواقف إدانة للسياس ة الأمريكي ة الداعمة للعدوان الصهيوني ولا بد من تفعيلها بالممارسة العملية.

إن سياسة هدم البيوت والاغتيالات والقصف العشوائي المكثف المصاحب لحملة الحرب النفس ية وتدمير البنية التحتية للشعب وللسلطة كما تسرب من خطة موفاز الإجرامية لن يؤثر على إرادة شعبنا وسلطتنا، فنحن صامدون في القدس وغزة والضفة وفي كل موقع نضالي في المناطق المحررة، والمن اطق المحتلة، فحيث يوجد الإنسان الفلسطيني في عصر هذه الانتفاضة المباركة، انتفاضة الأقص ى والق دس والاستقلال والعودة يكون الصمود وتكون المقاومة وتكون ذكرى الشهداء الأبرار، شهداء الانتفاضة المباركة هي التي ترسم في الآفاق عهد الوفاء وقسم الشرفاء على الاستمرار بالانتفاضة والمقاومة ح تى تحقيق كامل أهدافنا الوطنية في دحر الاحتلال والاستيطان وحق تقرير المصير وبناء الدولة الفلس طينية المستقلة كاملة السيادة وعاصمتها القدس المباركة، وحق اللاجئين في العودة إلى ديارهم وممتلكاتهم التي شردوا منها. إن القوى الوطنية والإسلامية تتوجه بالتحية إلى شعب العراق الصامد وتؤك د إدانت ها للعدوان الأمريكي والبريطاني ضد العراق المتمثل باستمرار الحصار والقصف ضد الش عب العراق ي الصامد.

كما تتوجه بالتحية إلى مؤتمر الأحزاب العربية لمواقفه المؤيدة والداعمة للانتفاضة م تطلعين نح و وضع قرارات المؤتمر موضع التنفيذ.

P 1: 2518

١٨٣

وتدعو القوى الوطنية والإسلامية للمشاركة في الفعاليات التالية:

١. يوم الثلاثاء الموافق ١٧ تموز ٢٠٠١ يوم شهداء الانتفاضة المباركة يتم فيه التأكيد على الوفاء بالعهد والقسم للشهداء وتكريم ذويهم ومن خلال المسيرات ترفع فيها صور الشهداء وأسماؤهم حسب ظروف كل محافظة.

٢. يوم الجمعة الموافق ٢٠ تموز ٢٠٠١ يوم القدس والتصدي للعدوان وإدانة جرائم هدم البيوت والقصف العشوائي يعبر عنه بمسيرات حاشدة والدعوة للصلاة في المسجد الأقصى.

وتدعو القوى الوطنية إلى التحضير لفعالية يوم الثلاثاء الموافق ٧/٢٤ يوم التضامن مع الأخـ ـوات المناضلات الأسيرات في وقفتهن الصامدة في وجه السجان الصهيوني.

عاشت انتفاضة شعبنا المباركة

المجد والخلود لشهدائنا الأبرار

الشفاء للجرحى البواسل والحرية للأسرى الأبطال

وإنها لانتفاضة مستمرة حتى النصر

P 1: 2519