# EXHIBIT A.911



PLAINTIFF'S EXHIBIT 911

**In the name of God, Most Gracious, Most Merciful**
**Declaration issued by the National and Islamic Forces**
**No Voice is louder than the voice of the Intifada**

O, masses of our great Palestinian people
O, masses of our glorious Arab Nation
O, brave heroes of the Intifada and the resistance

The Zionist aggression continues escalating, coupled with the campaigns of threat, the intensive mobilization [of troops] around towns, and psychological warfare, whereby the Zionists believe, through a policy of state terror, that they are able to undermine the steadfastness of our people and their formidable unrelenting determination. Indeed the Zionists, under the pretext of killing a militant activist, are purposely committing a terrible massacre in Beit Lehem, which has claimed the lives of four heroic martyrs Omar and Eshaq Ahmed Sa'ade, Muhammed Saleh Sa'ade, and Taha Al-Arouj. They have also left the path of criminality wide open for the terrorism of the settlers, who carried out an authorized massacre a few meters away from the Tarqumiya crossing, which claimed the lives of the entire Al-Tamaizy family, including among those injured and martyred, the baby Zia, who was three months old; not to mention the kidnapping by undercover soldiers, of the fighter Ahmad Taha from the Intifada activists in the Samir Amis area.

This policy of aggression, which is being met with support and protection in the United States, makes it the duty of our people, our Arab and Islamic Nation, and the international community, to take a clear and unequivocal position guaranteeing the protection of the Palestinian people,

P 1:2520

deterring the aggression, and ensuring the continuation of their legitimate struggle against the Occupation, in order to achieve their goals through the blessed Intifada and the brave resistance.

The National and Islamic Forces call for the strengthening and solidification of our people's Home Front, for safeguarding the survival of the Intifada and the resistance, which requires the provision of all the elements of steadfastness and resistance and the unifying of political discourse, which will strengthen the national unity and emphasize adherence to the constants, the rejection of all dictates of the enemy, and not-going-back to the method of political arrests, which have come to be among the national prohibitions that the blessed Intifada and the brave resistance have established in light of the consolidated national unity.

The National and Islamic Forces urge all our people for vigilance, and not to fall prey to the psychological warfare being waged by the enemy, and at the same time not to disregard its threats, something that makes incumbent the achievement of the highest levels of readiness to resist the worst-case scenarios, so long as it is the bloodthirsty Sharon leading the Zionist entity, and so long as there is no guarantee from anyone of deterring his aggression, especially when it is on the brink of collapse. Sharon's desperate strike will be merciless, but we must guard against it by taking all measures and making use of all the elements of steadfastness and resistance of the enemy; so there needs to be rapid involvement in the popular defense committees, the popular protection and resistance committees and the emergency committees; and the National and Islamic Forces in all the governorates, must hasten to finalize the setup of these committees and integrating with the duties of the official National Authority services, be they the national security forces, or the civil and security services.

The National and Islamic Forces also appeal to the masses of our Arab Nation to have a clear position right across their organized forces, their parties and their civil society institutions who support the brave Intifada, so as to promote the steadfastness of our people and exert their active pressure on their government so that they are at the level required by the battle of opposing the aggression; and [they urge] that the governments conform to the resolutions of the Arab Summit and the Follow-Up Committee, by putting these into practice, so that they do not become vulnerable to being withdrawn or cancelled; and [they call for] the summoning of an emergency Arab summit in response to the request of the Brother, the President Abu Ammar, which should form a key to an Arab role which contributes to achieving a form of Arab and

P 1:2521

Islamic protection of our people and our cause, against the aggression of the bloodthirsty Sharon. There must be an Arab and Islamic position to strengthen the fight against American interests, hostile to the rights of our people and the demands of our Arab and Islamic Nation.

The global consciousness and sensibility of the extent of the real injustice on our people, and of the magnitude of the Zionist terrorism against them, and which the Industrialized Nations Summit condemned; forms a gateway for the support of the position of the National Authority and our struggling people, through pressuring the Occupation, by all means and forms, to pull the soldiers and the settlers out from our land, and supporting the right of our people in the struggle to defeat the Occupation and to obtain independence and return.

*The National and Islamic Forces call on the masses of our people to take part in the following activities:*

1. Tuesday July 24, 2001, a day of solidarity with the steadfast women prisoners in Occupation prisons, which will be expressed through activities, appropriate to each governorate, through activities of the women's unions and organizations, The Prisoner Society and the Bar Association.

2. Friday July 27, 2001, a day of the anchoring of Jerusalem in the Palestinian mind; a call for the younger generations and the summer camps to visit Jerusalem, and for the anchoring of its landmarks in the mind of future generations, and the mobilizing of marches denouncing the Zionists' call to pray at Al-Aqsa on Thursday July 26, 2001.

The National and Islamic Forces urge the preparation for future activities during the coming weeks, in solidarity with the child martyrs, and a day of smashing the blockade through field activities in all the regions.

The steadfastness, readiness and preparedness of our people for confronting the worst eventualities, are what will ensure the way out of the current deadlock, and which will inevitably lead to the downfall of the Sharon government.

<div style="text-align:center">

**Long live the blessed Intifada of our people**
**Glory and immortality for the righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**
**The Intifada will continue until victory**

</div>

**The National and Islamic Forces**

P 1:2522

P182

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2520-2522.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2520-2522.

Dated: March 4, 2014

_____
DAVID KRELL

بيان
٢٠٠١/٧/٢١

بسم الله الرحمن الرحيم
بيان صادر عن القوى الوطنية والإسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء ترسيخ القدس في ذاكرة الأجيال

يا جماهير شعبنا الفلسطيني العظيم
يا جماهير أمتنا العربية المجيدة.
يا أبطال الانتفاضة والمقاومة البواسل

يستمر العدوان الصهيوني متصاعدا ومتلازما مع حملات التهديد والحشودات المكثفة حول المـدن والحرب النفسية، حيث يعتقد الصهاينة أنهم من خلال سياسة إرهاب الدولة قادرون على أن ينالوا من صمود شعبنا وعزيمته الجبارة التي لا تلين، لقد تعمد الصهاينة تحت ذريعة اغتيال نشـيط مناضـل أن يرتكبوا مجزرة رهيبة في بيت لحم ذهب ضحيتها الشهداء الأربعة الأبطال عمر واسحق أحمد سـعادة ومحمد صالح سعادة وطه العروج. كما أنهم فتحوا درب الإجرام واسعا أمام إرهاب المستوطنين الذين قاموا بمجزرة أذنا على بعد أمتار من حاجز ترقوميا حيث ذهب ضحية المجزرة عائلة بأكملها مـن آل الطميزي بين جريح وشهيد منهم الطفل الرضيع ضياء ذي الثلاثة أشهر إضافة إلى قيـام المسـتعربين باختطاف المناضل أحمد طه من نشطاء الانتفاضة من منطقة سميراميس.

إن سياسة العدوان هذه التي تجد في الولايات المتحدة سندا وحامياً تفرض على شعبنا وعلى أمتنـا العربية والإسلامية وعلى المجتمع الدولي أن يتخذ موقفا واضحا وصريحا يضمن حماية الشعب الفلسطيني

١٨٥

ويردع العدوان ويضمن استمرار نضاله المشروع ضد الاحتلال لتحقيق أهدافه من خلال الانتفاضة المباركة والمقاومة الباسلة.

إن القوى الوطنية والإسلامية تدعو إلى تعزيز وتصليب الجبهة الداخلية لشعبنا من أجل حماية استمرار الانتفاضة والمقاومة الأمر الذي يتطلب توفير كل مقومات الصمود والتصدي وتوحيد الخطاب السياسي الذي يعزز الوحدة الوطنية ويؤكد التمسك بالثوابت والرفض لكل املاءات العدو وعدم العودة إلى أسلوب الاعتقالات السياسية التي أصبحت من المحرمات الوطنية التي كرستها الانتفاضة المباركة والمقاومة الباسلة في ظل الوحدة الوطنية الراسخة.

إن القوى الوطنية والإسلامية تدعو جميع أبناء شعبنا إلى الحيطة والحذر وعدم الوقوع فريسة الحرب النفسية التي يشنها العدو، وفي نفس الوقت عدم الاستهتار بتهديداته الأمر الذي يفرض تحقيق أعلى درجات الجاهزية لمقاومة اسوأ الاحتمالات فما دام السفاح شارون هو الذي يقود الكيان الصهيوني فإنه لا ضمان من أحد أن يردع عدوانة خاصة عندما يصبح على شفا حفرة من السقوط. إن ضربة اليائس شارون ستكون قاسية ولكن علينا تلافيها باتخاذ كل إجراءات ومقومات الصمود والتصدي للعدو فلابد من الانخراط السريع في لجان الدفاع الشعبي والحماية والمقاومة الشعبية ولجان الطوارئ وعلى القوى الوطنية والإسلامية في كل المحافظات، أن تندفع وبسرعة لاستكمال بناء هذه اللجان والتكامل مع مهمات الأجهزة الرسمية للسلطة الوطنية سواء قوات الأمن الوطني أو الأجهزة المدنية والأمنية.

كما تدعو القوى الوطنية والإسلامية جماهير أمتنا العربية بأن يكون لها موقف واضح من خلال قواها المنظمة وأحزابها ومؤسسات المجتمع المدني الذي يساند الانتفاضة الباسلة بحيث تدعم صمود شعبنا وتمارس ضغوطها الفاعلة على حكومتها حتى تكون على المستوى الذي تقتضيه معركة التصدي للعدوان، وأن يكون التزام الحكومات بقرارات القمة العربية وقرارات لجنة المتابعة بوضعها موضع التنفيذ حتى لا تصبح معرضة للتراجع أو للإلغاء، وأن الدعوة لقمة عربية طارئة استجابة لطلب الأخ الرئيس أبو عمار ينبغي أن تشكل مفتاحا لدور عربي يساهم في تحقيق نوع من الحماية العربية

P 1: 2521

١٨٦

والإسلامية لشعبنا ولقضيتنا من عدوان السفاح شارون. ولا بد من موقف عربي وإسلامي لتعزيز النضال ضد المصالح الأمريكية المعادية لحقوق شعبنا وتطلعات أمتنا العربية والإسلامية.

إن إدراك العالم وإحساسه بمدى الظلم الواقع على شعبنا ومدى جسامة الإرهاب الصهيوني بحقه، والذي أدانته قمة الدول الصناعية يشكل مدخلا لدعم موقف السلطة الوطنية وشعبنا المناضل بالضغط على الاحتلال بكافة الوسائل والأشكال ليجلو عن أرضنا جنودا ومستوطنين وداعما لحق شعبنا في النضال لدحر الاحتلال ونيل الاستقلال والعودة.

*إن القوى الوطنية والإسلامية تدعو جماهير شعبنا إلى المشاركة في الفعاليات التالية:*

١. يوم الثلاثاء الموافق ٢٠٠١/٧/٢٤ يوم التضامن مع الأسيرات الصامدات في سجون الاحتلال يتم التعبير عنه بفعاليات مناسبة في كل محافظة مع فعاليات الاتحادات والهيئات النسائية ونادي الأسير واتحاد المحامين.

٢. يوم الجمعة الموافق ٢٠٠١/٧/٢٧ يوم ترسيخ القدس في الذاكرة الفلسطينية دعوة للأجيال الجديدة والمعسكرات الصيفية لزيارة القدس وترسيخ معالمها في ذاكرة الأجيال القادمة وحشد مسيرات استنكار لدعوة الصهاينة الصلاة في الأقصى يوم الخميس ٢٠٠١/٧/٢٦.

وتدعو القوى الوطنية والإسلامية إلى الاستعداد لفعاليات مستقبلية خلال الأسابيع القادمة للتضامن مع الشهداء الأطفال ويوم لكسر الحصار من خلال فعاليات ميدانية في كافة المناطق.

إن صمود شعبنا وجاهزيته واستعداده لمواجهة إسوأ الاحتمالات هي التي تضمن الخروج من المأزق الراهن والذي سينتهي حتما بإسقاط حكومة شارون.

<div dir="rtl" style="text-align:center">

عاشت انتفاضة شعبنا المباركة

المجد والخلود لشهدائنا الأبرار

الشفاء للجرحى البواسل والحرية للأسرى الأبطال

وإنها لانتفاضة مستمرة حتى النصر

</div>

القوى الوطنية والإسلامية

P 1: 2522