# EXHIBIT A.912


PLAINTIFF'S EXHIBIT 912

## Declarations of the National and Islamic Forces

**Declaration issued by the National and Islamic Forces**
**No voice is louder than the voice of the Intifada**
**A call of Jerusalem…a call of Arab and Islamic rage**
**August 11, 2001**

**O, masses of our magnificent Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, brave knights of the Intifada and the resistance**

The Zionist Sharoni aggression, aimed at Jerusalem and the national, Muslim and Christian holy sites and institutions in Jerusalem, is becoming ferocious. And after the collapse of the security theory, which failed through the steadfastness and the continuation of the resistance and the self-sacrificing* operations [*Translator note: the Arabic text means "Fedayeen operations" which can also mean 'commando operations' but here, alludes to 'suicide operations' as 'Fedayee' also means a person who sacrifices himself for his country] which came [right] to the gate of the Zionist Ministry of Aggression, Sharon is imposing a fait accompli to his scheme on the ground in relation to the issues and the parameters of the Red Line, first and foremost of which is Jerusalem, as well as the adjustments of the border and the imposing of racial segregation and the establishment of the settlements and his joke of the pledges, treaties and agreements signed with the P.L.O, confirming the following verse:

*"Why, whensoever they have made a covenant, does a party of them reject it? Nay, but the most of them are unbelievers."*

*God Almighty has spoken the Truth*

[Translator note: taken from the Arberry translation of 2:100, al-Baqarah]

The Sharoni aggressive escalation forms a quantum shift in the area of implementing the overall plan which aims to achieve absolute control over the Temple Mount and prepare the practical steps toward damaging the Al-Aqsa Mosque, to the extent of destroying it and establishing the so-called Temple on its debris.

This imagery will become familiar if there is not a suitable and deterrent reaction to what took place in respect to the Palestinian National institutions, in particular, to Orient House, the international symbol of the Palestinian people in Jerusalem, and the re-occupation of the town of Abu Dis, and the command control of the existing National Authority institutions there. This blatant political aggression is the continuation of the bloody aggression which

P 1:2750

the Sharon-Peres Government is carrying out against the Intifada and resistance activists and the political leadership of the movements and organizations of the National and Islamic Forces. The Arab and Islamic popular and official position needs to be [the same as] its position on the development of the events, emphasizing and warning of this policy for which Sharon and his government must pay, as a result of committing it. And there must be a national, patriotic and Islamic message to the U.S. Administration in the form of a letter of a clearly defined position, placing on the palm scales, on the one hand American interests in the region, and on the other hand their bias and outrageous support of the fascist Zionist entity and the butcher Sharon, who brings to mind a picture of Nazism in the ugliest of its images. And the Arab countries must put into effect the decisions of the earlier Arab Summit and sever relations with Sharon and his government and impose isolation upon it.

The National and Islamic Forces emphasize the need for the Arab and Islamic position, for the sake of supporting Jerusalem, protecting the blessed Al-Aqsa Mosque, and the Christian and Islamic holy sites, and for preserving their Arab and Islamic identity, their civilizational, cultural and humanitarian heritage, the prevention of their Judaization and their violation by the authorities of the Israeli Occupation and the settler gangs, and as an Arab and Islamic offering which restores the spirit of resistance in the heart and minds and conscience of our Arab and Islamic Nation.

***The National and Islamic Forces call on the masses of our Palestinian people and the masses of our Arab and Islamic National to take part in the following activities:***

      Monday August 13, 2001, a day of Arab and Islamic rage during which mass strike will be declared in the Palestinian, Arab and Islamic world, and in all places, in defense of Jerusalem, the beating heart of the Arabs, and the crown of the Muslims and the symbol of our national identity. And this will be by way of going out in mass popular marches in recognition of the covenant, the oath, and the pledge of allegiance to Jerusalem, in its capacity as Arabic, Islamic, and as the eternal capital of the independent sovereign Palestinian state.

Friday August 17, 2001, the day of Al-Quds, Al-Aqsa and the condemnation of the Zionist aggression and the American bias, and calling on the Arab regimes and nations for practical positions for escalating the diplomatic and political boycott, isolating the Zionist entity, and supporting the blessed Intifada and the brave resistance, [and which will be] expressed through public mass marches.

P 1:2751

The National and Islamic Forces turn with greeting and respect to the free people from foreign countries [Translator note: literally means the free of the foreigners], who took part in the march against the Israeli Occupation, to Orient House and the Palestinian National institutions, and on Tuesday August 21, 2001 there will be a day of the Al-Aqsa Mosque, in remembrance of the aggression which aimed to burn it down, and [a day] to be considered as a day of the holy sites and their protection; The strengthening of national unity, cohesion in confronting the Occupation, and the provision of the elements of steadfastness, [these] are an absolute necessity required for the battle of national independence, the defeat of the Occupation and the sweeping away of the settlement and the settlers.

**Long live the blessed Intifada of our people and their brave resistance**

**Glory and immortality for the righteous martyrs**

**Recovery for the brave wounded and freedom for the heroic prisoners**

**The Intifada will continue until victory**

P 1:2752

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2750-2752.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2750-2752.

Dated: March 4, 2014

_____
DAVID KRELL

١٨٢

**بيان صادر عن القوى الوطنية والإسلامية**
**لا صوت يعلو فوق صوت الانتفاضة**
**نداء القدس... نداء الغضب العربي والإسلامي**
**٢٠٠١/٨/١١**

يا جماهير شعبنا الفلسطيني العظيم

يا جماهير أمتنا العربية والإسلامية المجيدة

يا فرسان الانتفاضة والمقاومة البواسل

يستشرس العدوان الصهيوني الشاروني الذي يستهدف القدس والمقدسات والمؤسسات الوطنية والإسلامية والمسيحية فيها، فبعد انهيار نظرية الأمن التي فشلت بالصمود واستمرار المقاومة والعمليات الفدائية التي وصلت إلى بوابة وزارة العدوان الصهيونية. يقوم شارون بفرض الأمر الواقع لمخططه على الأرض فيما يتعلق بالقضايا وثوابت الخط الأحمر، وفي مقدمتها القدس المباركة، إضافة إلى تعديلات الحدود وفرض الفصل العنصري وتكريس الاستيطان ونكثه للعهود والمواثيق والاتفاقيات الموقعة مع م.ت.ف تأكيداً لقوله تعالى:

**"أوكلما عاهدوا عهداً نبذه فريق منهم بل أكثرهم لا يؤمنون".**

صدق الله العظيم.

إن التصعيد العدواني الشاروني يشكل نقلة نوعية في مجال تنفيذ الخطة الشاملة التي تستهدف الوصول إلى السيطرة المطلقة على الحرم القدسي الشريف والتحضير لخطوات عملية تنال من المسجد الأقصى إلى حد هدمه وإنشاء الهيكل المزعوم على أنقاضه.

إن هذا التصور يصبح مألوفاً إذا لم تكن هناك ردة الفعل الرادعة والملائمة لما جرى بالنسبة للمؤسسات الوطنية الفلسطينية وفي مقدمتها بيت الشرق العنوان الدولي للشعب الفلسطيني داخل القدس المباركة وإعادة احتلال بلدة أبو ديس والسيطرة على مؤسسات السلطة الوطنية القائمة فيها. إن هذا العدوان السياسي الصارخ هو استكمال للعدوان الدموي الذي تمارسه

P 1: 2750

١٨٣

حكومة شارون . بيرس ضد نشطاء الانتفاضة والمقاومة والقيادات السياسية للحركات والمنظمات والقوى الوطنية والإسلامي، إن الموقف العربي والإسلامي الشعبي والرسمي لابد أن يكون موقفه تجاه تطور الأحداث، بما يؤكد ويحذر من هذه السياسة التي لابد أن يدفع شارون وحكومته نتيجة ارتكابها. ولابد من أن تكون الرسالة الوطنية والقومية والإسلامية لـ للإدارة الأمريكية تشكل رسالة موقف واضح محدد يضع في كفتي الميزان مصالح أمريكا في المنطقة من جهة مع انحيازها ودعمها السافر للكيان الصهيوني الفاشي ولشارون السفاح الذي يعيـد إلى الأذهان صورة النازية في أبشع صورها من جهة أخرى. ولابد للدول العربية أن تقوم بتطبيـق قرارات القمة السابقة وقطع العلاقات مع شارون وحكومته وفرض العزلة عليه.

إن القوى الوطنية والإسلامية تؤكد على ضرورة الموقف العربي والإسلامي من أجل نصرة القدس وحماية المسجد الأقصى المبارك والمقدسات الإسلامية والمسيحية ومن أجل المحافظة على عروبتها وإسلاميتها وتراثها الحضاري والثقافي والإنساني، ومنع تهويدها وتدنيسها مـن قبـل سلطات الاحتلال الإسرائيلية وقطعان المستوطنين، ومن أجل هبة عربية وإسلامية تعيد الاعتبار إلى روح المقاومة في قلب ووجدان وضمير أمتنا العربية والإسلامية.

*وتدعو القوى الوطنية والإسلامية جماهير شعبنا الفلسطيني وجماهير أمتنا العربية والإسلامية للمشاركة في الفعاليات التالية:*

يوم الاثنين الموافق ٢٠٠١/٨/١٣ يوم الغضب العربي والإسلامي يعلن فيـه الإضـراب الشامل فلسطينياً وعربياً وإسلامياً وفي كل مكان دفاعاً عن القدس قلب العرب النابض وتـاج المسلمين ورمز هويتنا الوطنية، وذلك بالخروج في مسيرات شعبية حاشـدة لتجديـد العهـد والقسم والبيعة للقدس عربية إسلامية وعاصمة أبدية للدولة الفلسطينية المستقلة كاملة السيادة

يوم الجمعة الموافق ٢٠٠١/٨/١٧ يوم القدس والأقصى وإدانة العدوان الصهيوني والانحيـاز الأمريكي ودعوة الأنظمة والدول العربية إلى مواقف عملية لتصـعيد المقاطعـة الدبلوماسـية والسياسية وعزل الكيان الصهيوني ودعم الانتفاضة المباركة والمقاومة الباسلة، يتم التعبير عنـه بمسيرات جماهيرية حاشدة.

وتتوجه القوى الوطنية والإسلامية بالتحية والتقدير للأحرار من الأجانب الذين شاركوا في المسيرة ضد الاحتلال الإسرائيلي لبيوت الشرق والمؤسسات الوطنية الفلسطينية، وسيكون يوم الثلاثاء ٢٠٠١/٨/٢١ يوم المسجد الأقصى في ذكرى العدوان الذي استهدف إحراقه واعتباره يوم المقدسات وحمايتها أن تعزيز الوحدة الوطنية والتكافل في مواجهة الاحتلال وتوفير عوامل الصمود هو ضرورة حتمية تقتضيها معركة الاستقلال الوطني ودحر الاحتلال وكنس الاستيطان والمستوطنين.

عاشت انتفاضة شعبنا المباركة ومقاومته الباسلة
المجد والخلود لشهدائنا الأبرار
الشفاء للجرحى البواسل والحرية للأسرى الأبطال
وإنها لانتفاضة مستمرة حتى النصر