# EXHIBIT A.913

PLAINTIFF'S EXHIBIT 913

P185

**In the Name of God, The Most Gracious, The Most Merciful**
**Declaration issued by the National and Islamic Forces**
**Dated: August 12, 2001**
**No voice is louder than the voice of the Intifada**
**A call for the protection of Al-Aqsa**

**O, masses of our great Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, knights of the Intifada and brave heroes of the resistance**

Behold, here is the bloodthirsty Sharon, staggering, defeated against a rock of steadfastness and the death defying courage of the masses of our magnificent people, who resisted his brutal aggression in Jenin al-Qassam. And they were geared up to confront his insolent threats in any other part of our native land, taking advantage of studying the aggression, and how it needs to be confronted; for steadfastness alone is not enough, and there needs to be the monitoring and development of the response which leaves a more impacting and painful effect of defeat on the army of the enemy aggressor. So, a salute [goes out to] to the masses of the governorate of heroic Jenin, and a salute [goes out to] to the national security forces and all the National and Islamic Forces who have faced the aggression with their limited potential and humble provisions. They must be developed and put on a level that takes the enemy by surprise in its next campaign. [Therefore] the overall national unity and the strength of this unity remain the strongest weapon in confronting the Zionist aggression. Already, the signs of Sharon's defeat have begun, with the opinion poll numbers which were giving him every confidence in his being able to crush the Intifada and the resistance and impose the Zionist security theory in one hundred days...and then in two hundred days. Well, here come the latest polls, which sink him right to the bottom, after he failed to achieve his promises up against the steadfastness and the death defying courage of the brave resistance and the blessed Intifada, and up against the national unity, firmly rooted and reinforced through

P 1:2753

the unity of the National and Islamic Forces, with the institutions of our people and our civil society, and with the Palestinian National Authority, with *its* civil, military and security institutions. This unity which has formed, forms, the invincible shield that protects our existence, and the sharp sword that carves out the course of the future, toward freedom and independence, strengthened every day through greater steadfastness, popular participation in the activities, and the official participation in the confrontations and the resistance to the aggression. This is especially so, in that brute aggression against blessed Jerusalem, the aggression which is targeting blessed Al-Aqsa, in order to erect* [Translator note: can also mean 'resurrect' in a biblical sense] its site of the so-called Temple of the racist Zionists.

Indeed, the anniversary of the atrocious crime which sought to burn down the Al-Aqsa Mosque on August 21, 1969, 32 years ago, is coming, and Al-Aqsa is in real and imminent danger. The Zionist attack against Orient House and the Palestinian institutions in Jerusalem constitutes a reconnaissance operation, sounding out* the Palestinian, Arab and Islamic reactions [*Translator note: literally means 'feeling for a pulse for reactions']. And if these [reactions] were not of the required and resolute manner, then it would give Sharon the green light to continue his brute aggression. And if all of the masses of our Palestinian people in Jerusalem, and throughout Palestine, mobilized to confront the aggression, then Jerusalem and Al-Aqsa, the crown of Arabism and Islam, would certainly be preserved and protected by all the force of Arab identity and Islam. And look, here are the signs of the movements of the masses in the Arab and Islamic world, beginning to express the desire to resist. And look, the Organization of the Islamic Conference is moving toward the UN Security Council to urge its role in stopping the aggression and deterring it. And look, the Arab League is calling for the activation of the Follow-Up Committee and the Meeting of Arab Foreign Ministers with the same goal. We call on the Arab Ministers to implement the decisions of the Arab Summit to support the steadfastness of our Palestinian people, their Intifada, and their resistance. And there must be an escalation of the official Arab and Islamic position in so much as to contribute towards setting free the potential of the Arab and Islamic masses for strengthening the international position on the protection of Al-Aqsa and the Islamic and Christian holy sites in Jerusalem. And a salute [goes out to] the people of heroic Iraq and their steadfast leadership, who launched mass marches in the millions, supporting the Intifada of the Palestinian people and their brave resistance.

P 1:2754

There needs to be action and greater pressure, letting the United States of America know that the continuation of their flagrant bias toward the interests of the Zionist entity and against the rights of our people, will be an incentive for our Nation's masses to move in earnest to threaten U.S. interests in the region in all their economic, political and security forms. The battle is open, bloody and fierce and nobody can escape its fire except by engaging in it side by side with our inalienable national rights, at the forefront of which is the right to Jerusalem, the first of the two Qibla, and the third Holy Place; Let victory be achieved, God Willing:

*"Surely We shall help Our Messengers and those who have believed, in the present life, and upon the day when the witnesses arise,"*

*God Almighty has spoken the Truth.*

**[Translator note: taken from the Arberry translation of the Noble Qur'an- 40:51]**

*The National and Islamic forces call on the masses of our people and our Arab and Islamic Nation to take part in the following activities:*

**1.** Tuesday August 21, 2001, a day of the protection of Al-Aqsa, in memory of the aggression against it. There will be the mobilization of popular mass marches, emphasizing the support of the Intifada of Al-Aqsa, Jerusalem, Independence and Return, and condemning the Israeli positions, and the American positions endorsing them.

2. Friday August 24, 2001, a day of Jerusalem, and of the protection of our holy Christian and Muslim Places, and emphasizing their Arab and Islamic identity, and the rejection of all Judaization attempts, and the call to prayer in the Al-Aqsa Mosque or the nearest place to it.

The National and Islamic Forces turn with the deepest condolences to the Palestinian People's Party on the loss of the great nationalist fighter Suleiman al-Najab, member of the political office of the People's Party, member of the Executive Committee of the Palestine Liberation Organization.

The National and Islamic Forces call for participation in the march of the educated elite, academics, and artists, which will set out on Monday August 20, 2001 in the town of Ramallah, from in front of the Ministry of Culture, at exactly 11am in the morning.

The National and Islamic Forces also implore our people for continual action to stand alongside the male and female prisoners in the Zionist Occupation prisons, who are facing

P 1:2755

the bitter suffering with resolve and persistence in steadfastness, which makes incumbent [upon us] full support for them and assistance to their families on the path towards greater combative activities of our people's organized groups* [*Translator note: can also mean 'elements'/'troops']. And so we call for the promotion of active participation of the masses of our people on the path of the struggle to victory.

**Long live the blessed Intifada of our people and their brave resistance**
**Glory and immortality for our righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**
**Let the Intifada continue until victory**

**The National and Islamic Forces**

**Palestine**

P 1:2756

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2753-2756.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2753-2756.

Dated: March 4, 2014

_____
DAVID KRELL

Case 1:04-cv-00397-GBD-RLE    Document 547-537    Filed 06/25/14    Page 7 of 11

١٨٥

بسم الله الرحمن الرحيم

بيان صادر عن القوى الوطنية والإسلامية

بتاريخ ٢٠٠١/٨/١٢

لا صوت يعلو فوق صوت الانتفاضة

نداء حماية الأقصى

**يا جماهير شعبنا الفلسطيني العظيم**
يا جماهير أمتنا العربية والإسلامية المجيدة
يا فرسان الانتفاضة وأبطال المقاومة البواسل

ها هو السفاح شارون يترنح منكسراً على صخرة صمود واستبسال جماهير شعبنا العظيم التي تصدت لعدوانه الغاشم على جنين القسام، واستعدت لمواجهة تهديداته المتغطرسة على أية بقعة أخرى من أرض الوطن، مستفيدة من درس العدوان، وكيف يجب أن تكون مواجهته، فالصمود وحده لا يكفي ولابد من متابعة وتطوير التصدي الذي يترك أثر الهزيمة على جيش العدو المعتدي أكثر تأثيراً وإيلاماً. فتحية إلى جماهير محافظة جنين البطلة وتحية إلى قوات الأمن الوطني وجميع القوى الوطنية والإسلامية التي واجهت العدوان بإمكانيات محدودة واستعدادات متواضعة، لا بد من تطويرها وجعلها على المستوى الذي يفاجئ العدو في حملته القادمة. فالوحدة الوطنية الشاملة وتعزيزها تظل هي السلاح الأقوى في مواجهة العدوان الصهيوني. لقد بدأت بوادر هزيمة شارون مع أرقام استطلاعات الرأي التي كانت تعطيه كل الثقة بأنه القادر على سحق الانتفاضة والمقاومة وفرض نظرية الأمن الصهيوني خلال مئة يوم، وخلال مئتي يوم. وها هي آخر الاستطلاعات تسقطه إلى الحضيض بعد أن فشل في تحقيق وعوده أمام صمود واستبسال المقاومة الباسلة والانتفاضة المباركة، وأمام الوحدة الوطنية المترسخة والمتعززة من خلال

P 1: 2753

وحدة القوى الوطنية والإسلامية مع مؤسسات شعبنا ومجتمعنا المدني ومع السلطة الوطنية الفلسطينية بمؤسساتها المدنية والعسكرية والأمنية. هذه الوحدة التي شكلت وتشكل الدرع الحصين الذي يحمي وجودنا والسيف البتار الذي يشق طريق المستقبل نحو الحرية والاستقلال، الذي يتعزز كل يوم من خلال المزيد من الصمود والمشاركة الشعبية في الفعاليات، والمشاركة الرسمية في المواجهات والتصدي للعدوان. وخاصة ذلك العدوان الغاشم على القدس المباركة. العدوان الذي يستهدف الأقصى المبارك ليقيم مكانه الهيكل المزعوم للصهاينة العنصريين.

إن ذكرى الجريمة البشعة التي استهدفت حرق المسجد الأقصى في ٢١/آب/١٩٦٩ قبل اثنين وثلاثين عاماً تجيء والأقصى في خطر محدق وحقيقي. فالهجمة الصهيونية على بيت الشرق والمؤسسات الفلسطينية في القدس تشكل عملية استطلاع وجس ونبض لردود الفعل الفلسطينية والعربية والإسلامية. وهي أن لم تكن بالشكل المطلوب والحازم فإنها ستعطي الضوء الأخضر لشارون لاستكمال عدوانه الغاشم. وإذا كانت جماهير شعبنا الفلسطينية في القدس وحولها في فلسطين كلها قد حشدت لمواجهة العدوان، فإن القدس والأقصى تاج العروبة والإسلام لابد أن تصان وتحمي بكل قوة العروبة والإسلام. وها هي بوادر التحركات للجماهير في العالم العربي والإسلامي قد بدأت تعبر عن إرادة التصدي. وها هي منظمة المؤتمر الإسلامي تتحرك نحو مجلس الأمن الدولي من أجل تحفيز دوره لوقف العدوان وردعه، وها هي الجامعة العربية تدعو إلى تفعيل لجنة المتابعة واجتماع وزراء الخارجية العرب من أجل الهدف ذاته. وإننا ندعو الوزراء العرب إلى تنفيذ قرارات القمة العربية لدعم صمود الشعب الفلسطيني وانتفاضته ومقاومته. ولابد أن يتصاعد الموقف العربي والإسلامي الرسمي بحيث يساهم في إطلاق الحرية لطاقات الجماهير العربية والإسلامية لتعزيز الموقف الدولي لحماية الأقصى والمقدسات الإسلامية والمسيحية في القدس المباركة. فالتحية لشعب العراق البطل وقيادته الصامدة الذين انطلقوا في مسيرات حاشدة بالملايين تأييداً لإنتفاضة الشعب

P 1: 2754

١٨٧

الفلسطيني ومقاومته الباسلة. ولابد من التحرك والمزيد من الضغط الذي يشعر الولايات المتحدة الأمريكية بأن استمرار انحيازها الفاضح لصالح الكيان الصهيوني وضد حقوق شعبنا سيكون دافعاً لجماهير أمتنا للتحرك الجاد لتهديد المصالح الأمريكية في المنطقة بكل أشكالها الاقتصادية والسياسية والأمنية. فالمعركة مفتوحة ودامية وحامية ولا يستطيع أحد أن يهرب من نارها إلا بخوضها إلى جانب حقوقنا الوطنية الثابتة وفي مقدمتها حقنا في القدس، أولى القبلتين وثالث الحرمين الشريفين، ليتحقق النصر بإذنه تعالى "**إنا لننصر رسلنا والذين آمنوا في الحياة الدنيا ويوم يقوم الأشهاد**".
صدق الله العظيم.
*وتدعو القوى الوطنية والإسلامية جماهير شعبنا وأمتنا العربية والإسلامية إلى المشاركة في الفعاليات التالية :*
١. يوم الثلاثاء الموافق ٢١ آب ٢٠٠١ يوم حماية الأقصى في ذكرى العدوان عليه. يتم تحريك مسيرات شعبية حاشدة تؤكد على دعم انتفاضة الأقصى والقدس والاستقلال والعودة. وتندد بالمواقف الإسرائيلية والأمريكية المساندة لها.
٢. يوم الجمعة الموافق ٢٤ آب ٢٠٠١ يوم القدس وحماية مقدساتنا الإسلامية والمسيحية، والتأكيد على عروبتها واسلاميتها، ورفض كل محاولات تهويدها والدعوة إلى الصلاة في المسجد الأقصى أو أقرب مكان إليه.
وتتوجه القوى الوطنية والإسلامية بأحر التعازي لحزب الشعب الفلسطيني بفقدان المناضل الوطني الكبير سليمان النجاب، عضو المكتب السياسي لحزب الشعب عضو اللجنة التنفيذية لمنظمة التحرير الفلسطينية.
وتدعو القوى الوطنية والإسلامية إلى المشاركة في مسيرة المثقفين والأكاديميين والفنانين التي ستنطلق يوم الاثنين الموافق ٢٠ آب ٢٠٠١ في مدينة رام الله، من أمام وزارة الثقافة في تمام الساعة الحادية عشرة صباحاً.
كما تدعو القوى الوطنية والإسلامية أبناء شعبنا بالتحرك المستمر للوقوف إلى جانب الأسرى والأسيرات في سجون الاحتلال الصهيوني الذين يواجهون

Case 1:04-cv-00397-GBD-RLE   Document 547-537   Filed 06/25/14   Page 11 of 11

١٨٨

المعاناة المريرة بعزيمة وإصرار على الصمود، الأمر الذي يفرض الدعم الكامل لهم ومساندة ذويهم وعلى طريق المزيد من الفعاليات النضالية لفئات شعبنا المنظمة، فإننا ندعو إلى تعزيز المشاركة الفاعلة لجماهير شعبنا في مسيرة النضال حتى النصر.
**عاشت انتفاضة شعبنا المباركة ومقاومته الباسلة**
**المجد والخلود لشهدائنا الأبرار**
**الشفاء للجرحى البواسل والحرية للأسرى الأبطال**
**وإنها لانتفاضة مستمرة حتى النصر**
القوى الوطنية والإسلامية
فلسطين

P 1: 2756