# EXHIBIT A.916

2- Friday, November 10, 2000, is a day for mass marches and demonstrations affirming the continuity and permanence of the *intifada*, where banners will be raised demanding the Islamic Summit Conference reinforce Arab and Muslim support for the Palestinian people and cut all forms of political and economic relations with the Israeli enemy, in order to defeat the occupation, and establish an independent state with blessed Jerusalem as its capital.
3- We also appeal to our people to refuse to obey the attempts of the Zionist enemy to prevent prayers at al-Aqsa Mosque and limit the number of worshipers there, by directing our people, including the Arab people inside the Green Line, towards the Temple Mount, the first of the two Qiblas and the third of the two holy shrines for prayers.
4- Sunday, November 12, 2000, is a day of solidarity with our valiant people in Bethlehem, Beit Jala, and Beit Sahur, who face the brutal Israeli bombing with unyielding determination. It is also a day of marches and demonstrations led by Christian and Muslim clergymen, heading towards the headquarters of the Red Cross and the United Nations, demanding temporary international protection of our people, a stop to the Zionist aggression, and the release of prisoners and detainees in Israeli prisons.

Victory to the *intifada*
Defeat to the occupying enemy
Glory and immortality to our righteous martyrs
The *intifada* will continue until independence

The National and Islamic Forces

192

Statement -3-
November 7, 2000

Esteemed Combatant, President Yasser Arafat
President of the State of Palestine
Chairman of the Palestine Liberation Organization Executive Committee
President of the Palestinian National Authority
Brothers, Members of the Executive Committee and the Cabinet

Greetings to the homeland and independence,

For the sixth consecutive week, the Israeli aggression continues in all its political, military, and economic forms, manifested in a policy of bombing, murder, blockade and a war of starvation that has cast their shadows over all aspects of life in Palestinian society. But, in spite of this, our people continue their determination to carry on this *intifada* in order to abort the objective of this aggression, defeat the occupation, and achieve our established national rights, foremost of which is the right of return, self-determination, and the embodiment of the fully independent State of Palestine with Jerusalem as its capital on all the occupied Palestinian territories.

[Stamp] P 1: 004342

PLAINTIFF'S
EXHIBIT
916

We proudly salute the steadfastness of the Palestinian workers for their prominent role and great determination in the face of the economic war and the policy of blockade and starvation, which has affected the right of their children to livelihood and a decent life. As we affirm their struggle in resisting the occupation throughout its abhorrent years, and the racial discrimination they experienced with regard to wages, humiliation at the crossings, and the confiscation of their rights, we appreciate the admirable position adopted by the workers at the settlements, who voluntarily abstained from working there as soon as the ongoing al-Aqsa Intifada broke out. We salute the steadfastness of the hundreds of thousands of workers on Israeli projects who were prevented from working in an attempt to deal a blow to the *intifada* and reveal the failure of the National Authority to provide them with the means of steadfastness. This is in

addition to harming the Palestinian economy, which led to a cessation of work in a number of factories, production facilities, and workshops, including the construction sector, hence leading to a double increase in the number of the unemployed.

From our position within the leadership of the popular movement, in the name of the Supreme Follow-up Committee of the National and Islamic Forces, and in light of a special meeting dedicated to discussing this issue in the presence of the concerned parties – the Workers Union, the Ministry of Labor, the NGO network – and in order to strengthen the spirit of solidarity and serious confrontation of this major national issue by all groups of people, their forces, establishments and National Authority, we affirm the following:

First: We salute and express our appreciation to the Palestinian workers and their families, for their heroic steadfastness in the face of the policy of starvation, and we appeal to our people of all factions to strengthen the spirit of solidarity and unity, especially with those workers, and to raise the slogan: "We share a loaf of bread and continue the *intifada* for freedom and independence."

Second: Adoption of a political resolution by the National Authority to ban work at the settlements entirely, calling on all national parties – the Authority and its bodies and ministries, including the municipalities, the private sector, and NGOs – to prepare a detailed plan to absorb all workers in settlements and not leave them in a position where they may be forced to go back to work in settlements later on.

Third: Establishment of a special fund to support the workers to which all groups of people contribute. We propose:

a) All Authority employees (civilians and military) contribute a day's work, and oblige NGOs to apply this to all their employees.

b) Transferring the 5% deductions that have been made since the 1996 Tunnel *intifada* to that Fund.

c) Depositing the "dues deducted from workers" previously transferred from Israel to the National Authority in that Fund.

d) Issuing a decision to issue a one Shekel stamp on all official transactions to be allocated to that Fund.

194

e) Opening a special account for that Fund to receive popular donations from the Palestinian communities abroad, as well as the Arab popular donations and those from friendly international organizations and syndicates.

f) Asking the Palestinian private sector to stop laying off workers or reducing their wages, and providing the necessary incentives to encourage the work of the private sector.

g) Appealing to Arab and Islamic countries, including reaching a decision at the Islamic Summit, towards:

1- Allocating exceptional donations to that Fund.

2- Appointing a number of workers (unemployed Israeli project workers and new graduates) according to a plan established by the Ministry of Labor, competent official entities, and the Workers Union, to help liberate the Palestinian work force from the Israeli labor market.

[Stamp] P 1: 004343

3- Appealing to the Arab Workers Union through the Palestine Workers Union in order to establish a plan for donating a work day to that Fund monthly.

h) Lodging an official application with the International Labor Organization to collect workers' wages for the month of September, which they haven't received, as well as all workers' savings in the Social Security Fund still in the possession of the Israeli government, and all workers' deductions since 1967, and investing them in this Fund.

i) Calling on Palestinian capital owners abroad to invest in Palestine and donate to that Fund.

Fourth: Forming an entity for that Fund within the framework of the Authority with the participation of the competent ministries (Labor, Finance, ...) and related popular parties (the Workers Union), as well as the participation of national figures known for their credibility and professionalism, in order to establish a plan to strengthen its resources as well as supervise payroll in fixed salaries according to their [the workers'] social status and the minimum wage. Preparations to legislate a law regulating the work of this Fund should be made so as to enable it to address development and employment issues in the future.

[Stamp] P 1: 004343 [continued]

Fifth: Requesting electricity and telecommunications companies, as well as the Water Authority, lower prices by 20% in light of these dire circumstances and by 50% for the relevant workers.
Sixth: Approving the inclusion of all relevant workers in free full health insurance, and providing them and their families with medication at nominal rates.
Seventh: Asking the Ministry of Higher Education and the Ministry of Education to liaison with universities and private schools to exempt the children of workers (as well as the children of martyrs, the wounded and disabled) from fees.
Eighth: Asking the International Relief and Works Agency to increase and develop its fixed services, stop the policy reducing these services, and set an emergency plan for employment and services in this phase.
Ninth: Within the framework of requesting international protection, we stress the need to affirm the importance of guaranteeing an international presence at the crossings, including the airport, so as to guarantee the freedom of importing raw materials to restart operations at factories, production projects, and in the construction sector, in a way that enables doubling production with the objective of employing the labor force, especially in emergency housing projects, with the contribution of the National Authority and the private sector. Also, commence planning to dispense with Israeli goods, especially the products of settlements, and support the import of Arab goods, in addition to enabling the Palestinian products, especially agricultural ones, to be exported and marketed abroad.
Tenth: Strengthening the slogan of returning to the land through the Ministry of Agriculture, national agricultural organizations, and the provision of opportunities for small and individual agricultural projects (for agricultural workers and farmers) such as poultry projects, home garden cultivation, raising rabbits, cattle and sheep, egg production, dairy... etc., so as to contribute to land reclamation and confronting the settlement policy.
Eleventh: Adopting a policy that works to liberate the Palestinian economy from the bonds of Israeli economic dependency, building its independent elements, and what this entails such as freezing and repealing Paris Economic Agreement and strengthening economic and commercial cooperation with Arab countries.
Twelfth: Reconsidering budget priorities, cancelling all privileges and aspects of neglect and squandering of public funds in favor of investing in ministries and operational institutions (agriculture, works, housing, labor, local government, municipalities),

in addition to strengthening public sector investment opportunities in production and infrastructure projects, providing work opportunities that contribute to absorbing unemployment and contribute to developing the *intifada*, supporting the elements of its steadfastness, and the missions of confronting settlements and the judaization of Jerusalem.
Thirteenth: The Follow-up Committee of the National and Islamic Forces, while affirming the importance of the cooperation of all parties to participate in implementing the previous suggestions, has decided to form a special committee that functions in cooperation with official and national organizations, in order to put into place all capabilities and mechanisms to guarantee their achievement.
Esteemed Brother, Combatant, President Abou Ammar,

[Stamp] P 1: 004344

We hereby submit these suggestions to you, as well as the possible contribution by all to strengthen the steadfastness of our people and workers. We hope that you will issue your directives to all concerned bodies to turn these suggestions into a work plan with tangible mechanisms and decisions. We have great trust in the Esteemed Brother, Combatant, President, and in his wisdom and decisive role in providing justice for our people, the workers, and strengthening their steadfastness and participation in the *intifada* and all forms of national struggle.

Together and jointly in the face of aggression, to oust the occupation and reclaim our People's established rights of return, self-determination, and the materialization of our independent state with Jerusalem as its capital

The Follow-up Committee of the National and Islamic Forces
Committee on the Follow-up of Workers' Case

197

[Stamp] P 1: 004344 [continued]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF CLARK HAYES**

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P1: 4342-4344.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P1: 4342-4344.

Dated: March 6, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 6th day of March, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6th day of March, 2014

Lanore C. Smith
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

٢–يوم الجمعة ٢٠٠٠/١١/١٠، يوم مسيرات ومظاهرات حاشدة تأكيداً على استمرارية الانتفاضة وتواصلها، ترفع فيها اللافتات مطالبة مؤتمر القمة الإسلامي بتعزيز الدعم العربي والإسلامي للشعب الفلسطيني، وقطع كل أشكال العلاقات السياسية والاقتصادية مع العدو الإسرائيلي ومن أجل دحر الاحتلال وإقامة الدولة المستقلة وعاصمتها القدس المباركة.

٣–كما ندعو جماهير شعبنا إلى رفض الانصياع لمحاولات العدو الصهيوني في منع الصلاة في المسجد الأقصى، وتحديد أعداد المصلين هناك، وذلك بتوجه جماهير شعبنا بما فيها الجماهير العربية داخل الخط الأخضر نحو الحرم القدسي الشريف أولى القبلتين وثالث الحرمين الشريفين لأداء الصلاة هناك.

٤–يوم الأحد ٢٠٠٠/١١/١٢، يوماً تضامنياً مع أبناء شعبنا البواسل في بيت لحم وبيت جالا وبيت ساحور الذين يواجهون القصف الوحشي الإسرائيلي بعزيمة صلبة ويوم مسيرات ومظاهرات يقودها رجال الدين المسيحيين والمسلمين، وتتوجه إلى مقرات الصليب الأحمر والأمم المتحدة مطالبة بالحماية الدولية المؤقتة لشعبنا، ووقف العدوان الصهيوني، وإطلاق سراح الأسرى والمعتقلين في السجون الإسرائيلية.

النصر للانتفاضة

والهزيمة للعدو المحتل

والمجد والخلود لشهدائنا الأبرار

وإنها لانتفاضة مستمرة حتى الاستقلال

القوى الوطنية والإسلامية

# بيان–٣–

٢٠٠٠/١١/٧

سيادة الرئيس المناضل ياسر عرفات

رئيس دولة فلسطين

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

الأخوة أعضاء اللجنة التنفيذية ومجلس الوزراء

تحية الوطن والاستقلال وبعد

للأسبوع السادس على التوالي يتواصل العدوان الإسرائيلي بكل أشكاله السياسية والعسكرية والاقتصادية والتي تمثلت بسياسة القصف والقتل والحصار وحرب التجويع، التي طالت كل مناحي الحياة في مجتمعنا الفلسطيني، ورغم ذلك يواصل شعبنا إصراره على مواصلة هذه الانتفاضة من أجل إفشال هدف هذا العدوان ودحر الاحتلال وإنجاز حقوقنا الوطنية الثابتة وفي مقدمتها حقه في العودة وتقرير المصير وتجسيد دولة فلسطين المستقلة كاملة السيادة وعاصمتها القدس على كافة الأراضي الفلسطينية المحتلة.

وإننا إذ نحيي بفخر واعتزاز صمود عمال فلسطين على دورهم البارز والصمود العظيم في وجه الحرب الاقتصادية وسياسة الحصار والتجويع، التي طالت حق أبنائهم بلقمة الخبز والحياة الكريمة، وإذ نسجل لهم دورهم الكفاحي في مقاومة الاحتلال طوال سنواته البغيضة وما تعرضوا له من تمييز عنصري في الأجور وإذلال على المعابر ومصادرة حقوقهم. فإننا نقدر الموقف المشرف لعمال المستوطنات بامتناعهم الطوعي عن العمل فيها فور اندلاع انتفاضة الأقصى والاستقلال المتواصلة. وكذلك صمود مئات الآلف من عمال المشاريع الإسرائيلية الذين منعوا من العمل في محاولة لضرب الانتفاضة وإظهار عجز السلطة الوطنية عن توفير مقومات الصمود لهم.وما رافق الحصار

P 1: 004342

من ضرب للاقتصاد الفلسطيني والذي أدى إلى توقف العديد من المصانع والمرافق الإنتاجية وورش العمل بما في ذلك قطاع البناء وبالتالي ارتفاع مضاعف في عدد العاطلين عن العمل.

إننا ومن موقعنا في إطار قيادة الحركة الجماهيرية وباسم لجنة المتابعة العليا للقوى الوطنية والإسلامية وعلى ضوء اجتماع خاص كرس لمناقشة هذه القضية بحضور الأطراف المعنية " اتحاد العمال – وزارة العمل – شبكة المنظمات الأهلية ". ومن أجل تعزيز روح التضامن والمساهمة الجادة للتصدي لهذه القضية الوطنية الكبرى من قبل كل فئات الشعب وقواه ومؤسساته وسلطته الوطنية، فإننا نؤكد على ما يلي :

أولاً : توجيه التحية والتقدير لعمال فلسطين وعائلاتهم على صمودهم البطولي في وجه سياسة التجويع ومناشدة كل شعبنا بجميع فئاته لتعزيز روح التضامن والتكافل وخاصة مع هؤلاء العمال وليكن شعارنا جميعاً ( نتقاسم لقمة الخبز ونواصل انتفاضة الحرية والاستقلال).

ثانياً : اتخاذ قرار سياسي من قبل السلطة الوطنية بتحريم العمل في المستوطنات إطلاقاً، وتحمل جميع الأطراف الوطنية " السلطة ومؤسساتها ووزاراتها بما في ذلك البلديات والقطاع الخاص والمنظمات الأهلية " وبوضع خطة تفصيلية لاستيعاب جميع عمال المستوطنات، وعدم تركهم في وضع يكونون مضطرين فيه للعودة إلى العمل فيها لاحقاً.

ثالثاً : إنشاء صندوق خاص لدعم العمال تساهم فيه كافة فئات الشعب ونقترح :

أ) المساهمة بيوم عمل شهرياً من جميع موظفي السلطة ( مدنيين وعسكريين ) وإلزام المؤسسات الأهلية لتطبيق ذلك على جميع موظفيها.

ب) تحويل مبالغ " حسومات الـ ٥% والتي سبق وأن استقطعت منذ انتفاضة النفق عام ٩٦ لصالح هذا الصندوق.

ج) وضع مبالغ " المستحقات المستقطعة من العمال " والتي سبق أن حولت من إسرائيل إلى السلطة الوطنية في هذا الصندوق.

د) اتخاذ قرار بإصدار دمغة بقيمة شيكل على جميع المعاملات الرسمية، تخصص لهذا الصندوق.

ه) فتح حساب خاص لهذا الصندوق لتلقي التبرعات الشعبية من الجاليات الفلسطينية في الخارج وكذلك التبرعات الشعبية العربية ومن المنظمات والنقابات الصديقة الدولية.

و) الطلب من القطاع الخاص الفلسطيني بوقف تسريح العمال أو تخفيض أجورهم، وتوفير الحوافز الضرورية لتشجيع عمل القطاع الخاص.

ز) التوجه للدول العربية والإسلامية بما في ذلك اتخاذ قرار في القمة الإسلامية باتجاه :

١- تخصيص تبرعات استثنائية لصالح هذا الصندوق.

٢- انتداب عدد من العمال " عمال المشاريع الإسرائيلية والخريجين العاطلين عن العمل " وفق خطة تضعها وزارة العمل والجهات الرسمية المعنية، واتحاد العمال وبما يساهم في تحرير العمالة الفلسطينية من سوق العمل الإسرائيلي.

٣- التوجه لاتحاد العمال العرب من خلال اتحاد عمال فلسطين من أجل وضع خطة تبرع لهذا الصندوق بيوم عمل شهرياً.

ح) الطلب من منظمة العمل الدولية رسمياً تحصيل رواتب العمال عن شهر سبتمبر والتي لم يتسلموها، وكذلك كافة مدخرات العمال الموجودة في صندوق الضمان الاجتماعي والذي لا زال لدى الحكومة الإسرائيلية وكذلك كافة مستقطعات العمال منذ عام ٦٧ واستثمارها في هذا الصندوق.

ط) دعوة أصحاب رؤوس الأموال الفلسطينية في الخارج للاستثمار في فلسطين والتبرع لصالح هذا الصندوق.

رابعاً : أن يتم تشكيل هيئة لهذا الصندوق في إطار السلطة بمشاركة الوزارات المعنية ( العمل، المالية،.. ) والأطراف الشعبية ذات الصلة ( اتحاد العمال ) وبمشاركة شخصيات وطنية معروفة بمصداقيتها ومهنيتها، وبحيث تضع خطة لتعزيز موارده، وكذلك الإشراف على الصرف برواتب ثابتة وفق حالتهم الاجتماعية والحد الأدنى للأجور، على أن يجري الإعداد لتشريع قانون ينظم عمل هذا الصندوق وبما يمكنه مستقبلاً من معالجة قضايا التنمية والتشغيل.

خامساً الطلب من شركتي الكهرباء والاتصالات، وسلطة المياه بتخفيض الأسعار بنسبة ٢٠ % في هذه الظروف الصعبة، وبنسبة ٥٠ % للعمال المعنيين.

سادساً : إقرار شمول التأمين الصحي الكامل لجميع العمال المعنيين مجاناً وتوفير الأدوية لهم ولعائلاتهم بأسعار رمزية.

سابعاً : الطلب من وزارة التعليم العالي ووزارة التربية للعمل مع الجامعات والمدارس الخاصة على إعفاء أبناء العمال ( وكذلك أبناء الشهداء والجرحى والمعاقين ) من الرسوم.

ثامناً : الطلب من وكالة الغوث الدولية زيادة وتطوير خدماتها الثابتة والتوقف عن سياسة التقليص في هذه الخدمات، ووضع خطة طارئة للتشغيل والخدمات في هذه المرحلة.

تاسعاً : في إطار طلب الحماية الدولية، ضرورة التأكيد على أهمية ضمان وجود دولي على المعابر بما في ذلك في المطار، لضمان حرية استيراد المواد الخام من أجل إعادة تشغيل المصانع والمشاريع الإنتاجية وقطاع البناء. وبما يمكن من مضاعفة الإنتاج بهدف تشغيل الأيدي العاملة وخاصة في مشاريع إسكان عاجلة بمساهمة السلطة الوطنية والقطاع الخاص. وكذلك البدء بوضع خطة للاستغناء عن البضائع الإسرائيلية وخاصة منتوجات المستوطنات وتعزيز الاستيراد للبضائع العربية، وكذلك تمكين المنتوجات الفلسطينية وخاصة الزراعية من التصدير والتسويق الخارجي.

عاشراً : تعزيز شعار العودة للأرض من خلال وزارة الزراعة والمؤسسات الزراعية الأهلية وتوفير فرص للمشاريع الزراعية الصغيرة والفردية ( لقطاع العمال الزراعي والفلاحين ) مثل " مشاريع الدواجن، زراعة الحواكير، تربية الأرانب، الماشية والأغنام، إنتاج البيض، الألبان.. إلخ )، وبما يساهم في استصلاح الأراضي ومواجهة سياسة الاستيطان.

حادي عشر : اتخاذ سياسة تعمل على تحرير الاقتصاد الفلسطيني من قيود التبعية للاقتصاد الإسرائيلي وبناء مقوماته المستقلة وما يتطلبه ذلك من تجميد وإلغاء لاتفاقية باريس الاقتصادية وتعزيز التعاون الاقتصادي والتجاري مع الدول العربية.

ثاني عشر : إعادة النظر في أولويات الموازنة وإلغاء كافة الامتيازات ومظاهر التسيب وهدر المال العام لصالح الاستثمار في الوزارات والمؤسسات التشغيلية ( الزراعة، الأشغال، الإسكان، العمل

الحكم المحلي، البلديات ) وتعزيز فرص استثمار القطاع الخاص في المشاريع الإنتاجية والبنية التحتية وتوفير فرص العمل المساهمة في امتصاص البطالة، وبما يساهم في تطوير الانتفاضة وتعزيز مقومات صمودها ومهمات مواجهة الاستيطان وتهويد القدس.

ثالث عشر : إن لجنة المتابعة للقوى الوطنية والإسلامية إذ تؤكد أهمية تعاون كافة الأطراف للمساهمة في تنفيذ الاقتراحات السابقة، قد قررت تشكيل لجنة خاصة في إطارها تعمل بالتعاون مع المؤسسات الرسمية والأهلية من أجل وضع كل الإمكانيات والآليات لضمان تحقيقها.

سيادة الأخ الرئيس المناضل أبو عمار

نتوجه إلى سيادتكم بهذه الاقتراحات وبما يمكن من مساهمة الجميع في تعزيز صمود شعبنا وعمالنا ونأمل بتوجيهاتكم لكل الجهات المعنية لتحويل هذه الاقتراحات إلى خطة عمل بآليات وقرارات ملموسة، وثقتنا عالية بسيادة الأخ الرئيس المناضل وحكمته الكبيرة ودوره الحاسم لإنصاف أبنائنا العمال وتعزيز صمودهم ومشاركتهم في الانتفاضة وكل أشكال الكفاح الوطني.

معاً وسوياً لمواجهة العدوان وطرد الاحتلال واسترداد حقوق شعبنا الثابتة في العودة وتقرير المصير وتجسيد دولتنا المستقلة وعاصمتها القدس

لجنة المتابعة للقوى الوطنية والإسلامية

اللجنة الخاصة بمتابعة قضية العمال