# EXHIBIT A.917



PLAINTIFF'S EXHIBIT 917

P84

## Declarations of the National and Islamic Forces

**In the Name of God, The Most Gracious, The Most Merciful**
**Declaration issued by the National and Islamic Forces**
**No voice is louder than the voice of the Intifada**
**A call for the freedom of the heroic prisoners**
**March 14, 2001**

**O, masses of our enduring, steadfast Palestinian people**
**O, masses of our glorious Arab and Islamic Nation**
**O, brave knights of the Intifada**

The Zionist aggression is escalating in its different forms and colors, flagrantly revealing the power of the arrogant trend of the Sharon-Peres government. The brutal bombardment, which aims to deport citizens and create buffer zones for perpetuating the Occupation, the attempts of ethnic cleansing that it is perpetrating against our people in Hebron under the umbrella of claims, pretensions and religio-ethnic fabrications. All of these condemn and expose the Zionist scheme aimed at Judaizing of the whole of Palestine, and establishing the blockade on our Palestinian people in isolated Bantustans. This racist trend reached its peak with the remarks of Rabbi Ovadia Yosef, which illustrated the truth of the deep rootedness of this trend to the Sharon-Peres Government.

It is painful that under this barbaric onslaught, the Bush Administration is exercising its pressure on the Palestinian leadership, under the title of "protecting the settlement process and the easing of violence". This insolently puts the flagrant barbaric aggression using internationally prohibited American weapons, on an equal level with the popular movement which forms the Intifada and resistance that rejects the aggression, the Occupation and the settlements…This is the philosophy of equality between the right and the wrong…between the torturer and the victim, and it is therefore a policy refuted by our people, by the National Authority, by our Arab and Islamic Nation and by the entire free and honorable world.

The security communications accompanying the continuation of the Zionist brute aggression and the terrorist Sharon's statements, that the Palestinians should yield in view of the strikes directed at them by the army, represents an insult to our people, to our [Palestinian] Authority and to the Arab and Islamic Nation, providing them with a cover to consolidate their aggression. Indeed the attempt by America to turn the blessed Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return, from a burden for the Zionist entity, and a confrontation to their aggressive schemes, into a burden for the Arab regimes, fearful of the popular mass movements domestically, this is what the actions of some of the regimes have revealed by the repression of the popular pro-Intifada movements, which has the brings about that these regimes supply the racist Sharon-Peres government with the oxygen of life, to the detriment of poisoning the atmosphere over the Palestinian people.

The National and Islamic Forces denounce and condemn the communications which are circulating with the intensification of the Zionist aggression – and call attention to the Arab summit's conclusion confirming the direct proportionality between Arab support for the Intifada, and the Zionist aggressive practices. The curbing of support due to the escalation of the aggression cannot be permitted to happen.

The National and Islamic Forces, emphasizing the importance of self-reliance, turn to all the popular and official institutions in order to assist the areas subjected to attacks, threatened with deportation, and grappling with the intensification of the settlements, and Judaization and ethnic cleansing operations. And the forces look forward to strengthening social solidarity with everybody's participation.

P 1:1970

The National and Islamic Forces call on the international community with all its components, to bear the responsibilities for condemning the aggression and the policy of ethnic cleansing and deterring it, by all means available; and to support the blessed Intifada and the courageous resistance of this aggression.

Likewise the National and Islamic Forces turn to the masses of our Arab and Islamic Nation and the Arab regimes, for whom the ink of their Summit resolutions has not dried, such that the Arab and Islamic stance is at the level of the showdown confrontation which the brave Intifada is entering, defending the existence of the future and the legacy of our Arab and Islamic civilization, by seeking to isolate, and boycott the Sharon-Peres government, and not welcome its envoys.

The National and Islamic Forces condemn all the malpractices which give the Zionist entity excuses to cause divide between the Intifada and the masses of our people, especially shooting from among the houses and residential areas, and exacerbating the trade in stolen cars, which allows scope for their booby-trapping and the entrapment of fighters during the process; in addition to the smuggling and merchandising of Israeli goods at the expense of domestic products.

The National and Islamic Forces call on the masses of our nation to participate in the following activities:

1. Tuesday April 17, 2001, Palestinian Prisoners Day, during which there will be marches and activities carried out in support of the freedom of the prisoners and their release without prejudice in all governorates and areas and on the same day there will be the celebration of the thirteenth anniversary of the martyring of the iconic leader Khalil Al-Wazir (Abu Jihad), deputy Commander-in-Chief of the Palestine Revolutionary Forces.

2. Friday April 21, 2001, a day of confronting the Judaization, the expulsion and the settlement, and which will be expressed through mass marches.

The National and Islamic Forces, while expressing their euphoria at the participation of representatives of the non-governmental organizations, municipalities and associations within the National and Islamic framework, are looking forward to the finalization of the other popular organizations in order to arrange their participation in the framework, and in the decision-making which is impacting positively on the field activities in escalating and developing the Intifada, the Intifada of Al-Aqsa, Jerusalem, Independence and Return.

**Long live the blessed Intifada of our people**
**Glory and immortality for the righteous martyrs**
**Recovery for the brave wounded and freedom for the heroic prisoners**
**The Intifada will continue until victory**

P 1:1971

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

              Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1970-1971.

2. I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1970-1971.

Dated: March 4, 2014

                                                        DAVID KRELL

Case 1:04-cv-00397-GBD-RLE    Document 547-540    Filed 06/25/14    Page 5 of 7

٨٤

## بيانات القوى الوطنية والإسلامية

بسم الله الرحمن الرحيم
بيان صادر عن القوى الوطنية الفلسطينية والإسلامية
لا صوت يعلو فوق صوت الانتفاضة
نداء الحرية للأسرى الأبطال
٢٠٠١/٤/١٤

يا جماهير شعبنا الفلسطيني الصامد المرابط
يا جماهير أمتنا العربية والإسلامية المجيدة
يا فرسان الانتفاضة البواسل

يتصاعد العدوان الصهيوني بأشكاله وألوانه المختلفة التي تكشف بشكل فاضح سيطرة النزعة المتغطرسة على حكومة شارون -بيريس، فالقصف الوحشي الذي يهدف إلى ترحيل المواطنين وخلق مناطق عازلة، لتكريس الاحتلال، ومحاولات التطهير العرقي الذي يمارس ضد أهلنا في خليل الرحمن تحت دعاوى وادعاءات وخزعبلات دينية عنصرية كلها تدين وتكشف المخطط الصهيوني الهادف إلى تهويد فلسطين كلها، وتكريس الحصار على الشعب الفلسطيني في باتستونات معزولة. وقد بلغت تلك النزعة العنصرية ذروتها في تصريحات الحاخام عوفاديا يوسف التي تعبر عن حقيقة تأصل هذه النزعة لدى حكومة شارون -بيريس.

ومن المؤلم أنه في ظل هذه الهجمة البربرية، تمارس إدارة الرئيس بوش ضغطها على القيادة الفلسطينية تحت عنوان حماية مسيرة التسوية وتخفيف العنف. وهي تساوي بكل وقاحة بين العدوان الهمجي السافر بالأسلحة الأمريكية المحرمة دوليا وبين التحرك الشعبي الذي تمثله الانتفاضة والمقاومة التي ترفض العدوان والاحتلال والاستيطان، إنها فلسفة المساواة بين الحق والباطل .... وبين الجلاد والضحية ، وهي لذلك سياسة مرفوضة من شعبنا ومن السلطة الوطنية ومن امتنا العربية والإسلامية ومن كل الأحرار والشرفاء في العالم.

إن الاتصالات الأمنية التي تترافق مع استمرار العدوان الصهيوني الغاشم ومع تصريحات الإرهابي شارون بأن الفلسطينيين يرضخون بسبب الضربات التي يوجهها الجيش لهم، تشكل إهانة لشعبنا ولسلطتنا وللامة العربية والإسلامية وتقدم لها الغطاء الذي يكرس عدوانيتها. إن محاولة أمريكا تحويل الانتفاضة المباركة، انتفاضة الأقصى والقدس والاستقلال والعودة، من عبء على الكيان الصهيوني ومواجهة للمخططات العدوانية، إلى عبء على الأنظمة العربية خشية التحركات الشعبية والجماهيرية فيها، وهي ما تكشفه تصرفات بعض الأنظمة في قمع التحركات الشعبية الداعمة والمؤيدة للانتفاضة، الأمر الذي يجعل هذه الأنظمة تمد حكومة شارون -بيريس العنصرية بأوكسجين الحياة على حساب تسمم أجواء شعبنا الفلسطيني.

إن القوى الوطنية والإسلامية تستنكر وتدين الاتصالات التي تجري في ظل استفحال العدوان الصهيوني -وتذكر بقرار القمة العربية الذي يؤكد التناسب الطردي بين الدعم العربي للانتفاضة والممارسات العدوانية الصهيونية، ولا يجوز أن يتم كبح الدعم من تصاعد العدوان.

إن القوى الوطنية والإسلامية، وتأكيدا منها على أهمية الصمود الذاتي، تتوجه إلى جميع المؤسسات الرسمية والشعبية لدعم المناطق المعرضة للمواجهات والمهددة بالترحيل ولمواجهة استفحال الاستيطان وعمليات التهويد، والتطهير العرقي، وتتطلع القوى نحو تعزيز التكافل الاجتماعي بمشاركة الجميع.

٨٥

وتدعو القوى الوطنية والإسلامية المجتمع الدولي بكل مكوناته إلى تحمل المسئوليات في إدانة العدوان وسياسة التطهير العرقي وردعه بكل الوسائل، ودعم الانتفاضة المباركة والمقاومة الباسلة لهذا العدوان.

كما تتوجه القوى الوطنية والإسلامية إلى جماهير أمتنا العربية والإسلامية والى الأنظمة العربية التي لم يجف حبر قراراتها قمتها أن يكون الموقف العربي والإسلامي على مستوى المواجهة المصيرية التي تخوضها الانتفاضة الباسلة دفاعا عن وجود مستقبل وتراث حضارتنا العربية والإسلامية، وذلك بالعمل على عزل حكومة شارون بيريس ومقاطعتها وعدم استقبال مبعوثيها.

وتدين القوى الوطنية والإسلامية جميع الممارسات الخاطئة التي تعطي الكيان الصهيوني مبررات الفصل بين الانتفاضة وجماهير الشعب وخاصة إطلاق النار من بين البيوت والمناطق السكنية واستفحال تجارة السيارات المسروقة التي تتيح المجال لتفخيخها واصطياد المناضلين من خلالها. إضافة إلى تهريب وترويج البضائع الإسرائيلية على حساب المنتجات الوطنية.

*وتدعو القوى الوطنية والإسلامية جماهير شعبنا للمشاركة في الفعاليات التالية:*

١. يوم الثلاثاء الموافق ١٧ نيسان ٢٠٠١، يوم الأسير الفلسطيني، تتم فيه مسيرات وفعاليات لدعم حرية الأسرى والإفراج عنهم دون تمييز في كافة المحافظات والمناطق ويتم في نفس اليوم إحياء الذكرى الثالثة عشر لاستشهاد القائد الرمز خليل الوزير (أبو جهاد) نائب القائد العام لقوات الثورة الفلسطينية.

٢. يوم الجمعة الموافق ٢١ نيسان ٢٠٠١، يوم مواجهة التهويد والتهجير والاستيطان، يعبر عنه بمسيرات جماهيرية.

إن القوى الوطنية والإسلامية وهي تعبر عن ارتياحها لمشاركة ممثلي المنظمات غير الحكومية والبلديات والنقابات في إطار القوى الوطنية والإسلامية تتطلع إلى استكمال التنظيمات الشعبية الأخرى لترتيب مشاركتها في الإطار وفي اتخاذ القرار الذي ينعكس إيجابيا على الفعاليات الميدانية لتصعيد وتطوير الانتفاضة، انتفاضة الأقصى والقدس والاستقلال والعودة.

**عاشت انتفاضة شعبنا المباركة**
**المجد والخلود لشهدائنا الأبرار**
**الشفاء للجرحى البواسل والحرية للأسرى الأبطال**
وإنها لانتفاضة مستمرة حتى النصر