# EXHIBIT A.919



PLAINTIFF'S EXHIBIT 919

[Line numbering in Hebrew original]

Date: March 10, 2003    File Number: 3739/02

## Military Court
## Beit El
## Transcript

| Court Hearing dated March 10, 2003 | Before the Presiding Judge: Lieutenant-Colonel Netanel Benichou<br>Judge: Captain Yitzhak Ozadin<br>Judge: Captain Ben Zion Shefer |
|---|---|

**Defendant: Nasser Jamal Mousa Shawish Identity No. 993006188/ Prisons Service – Present**

## SENTENCE

Having weighed up all the necessary considerations in the matter, we decide, unanimously, to sentence the Defendant to 4 terms of life imprisonment, to be served cumulatively,

Reasons for the sentence will be provided as soon as possible.

Right of appeal within 30 days of the date of publication of the reasons for sentence.

**Given and notified this day, March 10, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | Presiding Judge | Judge |

5

[Stamp] P 11-3: 237

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 11-3: 237.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 11-3: 237.

Dated: March 6, 2014

Rina Ne'eman

ss.: New Jersey

On the __6__ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
__6__ day of March, 2014

_Leonor Troyano_
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires ____

תאריך: 10/03/03

תיק מס': 3739/02

בית המשפט הצבאי
ב י ת - א ל
- פ ר ו ט ו ק ו ל -

דיון בית משפט מיום: 10/03/2003

בפני אב"ד: סא"ל נתנאל בנישו
שופט: סרן יצחק אוזדין
שופט: סרן בן ציון שפר

נאשם: נאצר ג'מאל מוסא שוויש   ת.ז.: 993006188 / שב"ס - נוכח

## גזר - דין

לאחר ששקלנו את כל השיקולים הצריכים לעניין, אנו מחליטים, פה אחד, לגזור על הנאשם 4 מאסרי עולם שירוצו במצטבר.

נימוקים לגזר דין זה יינתנו בהקדם.

זכות ערעור תוך 30 יום מיום פרסום הנימוקים.

ניתן והודע היום, 10/03/03, בפומבי ובמעמד הצדדים.

_____   _____   _____
שופט              אב"ד              שופט

5