# EXHIBIT A.928

# PLACEHOLDER FOR EXHIBIT 928

## SEE ENCLOSED DVD

**Clip No. 999, Palestinian Authority National Security Advisor Jibril Rajoub:**

**Marwan Barghuthi Founded and Commanded the Al-Aqsa Martyrs' Brigades upon Arafat's Orders**

**January 11, 2006**

*Following are excerpts from an interview given by the **Palestinian Authority's National Security Advisor Jibril Rajoub**, which was aired on Al-Jazeera TV on January 11, 2006.*

**Jibril Rajoub:** Practically speaking, dear sir, we were the ones who fought and kept up the resistance. We never removed the resistance from our agenda, and we never will.

As you know, it was Marwan al-Barghouti who founded the the Al-Aqsa Brigades, according to a decision by Yasser Arafat. Marwan was its chief of staff. Marwan and Abu Ali Yatta head the Fatah list, and this signifies [Fatah's] connection with the resistance and the struggle.

We have never had a dispute with Hamas or anyone else regarding the principle of resistance. In all our agreements with the brothers in Hamas and the other factions, we always insist that the resistance is our legitimate right.

We believe that certain fighting tactics should have been stopped, especially following the 9/11 events.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "MEMRI Clip 999, Jibril Rajoub, Al-Jazeera TV (Jan. 11, 2006)".

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "MEMRI Clip 999, Jibril Rajoub, Al-Jazeera TV (Jan. 11, 2006)".

Dated: March 4, 2014

Yaniv Berman