# EXHIBIT A.934



PLAINTIFF'S EXHIBIT 934

Headline: Activities continue at a Scouts [summer] camp in the Bethlehem district

Text: "Today the activities begin in the 10th Scouts summer camp, the Martyrdom seeker, Ayyat al-Akhras Camp . . ."

[Al-Hayat Al-Jadida, Aug. 4, 2002]


Headline: Ayyat Al-Akhras [summer] camp

Text: "Dr. Ahmad al-Yazji, Deputy Minister of Youth and Sports, attended the concluding ceremony of the Shahida (Martyr) Ayyat Al Akhras [summer] camp . . . 150 children aged 9-15 participated in the camp . . . Al-Yazji . . . saluted the Shahids (Martyrs), the wounded and the prisoners."

[Al-Quds, Aug. 14. 2003]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Shahida Ayyat Al-Akhras summer camps," Al-Hayat Al-Jadida Article (Aug. 4, 2002) and Al-Quds (Aug. 14. 2003)

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Shahida Ayyat Al-Akhras summer camps," Al-Hayat Al-Jadida Article (Aug. 4, 2002) and Al-Quds (Aug. 14. 2003).

Dated: March 3, 2014

                                                          _____
                                                          ROEE COHEN

## للعمل في شوارع الناصرة

الناصرة الذي يخشى اكثر من دخول راشدين فلسطينيين خوفا من تنفيذ عمليات انتحارية ان «دخول الاشخاص في شكل غير شرعي الى اسرائيل يثير قلقنا لكننا نتفهم الوضع»، ولكن في عيون محمد وفراس وشادي ويوسف نلمح الخوف لا التهديد. يقول فراس «كنا نشعر بخوف كبير في جنين لاننا كنا نترقب دوما ان تاتي الجرافات لتدمر منازلنا او ان يقوم الجنود بقتلنا». ويضيف «الآن، لا نزال نشعر بالخوف لاننا لا نعرف احدا هنا».

ويمضي هؤلاء الصبيان ليلهم على سطح منزل مهجور يتفرجون على اضواء الناصرة ممددين جنبا الى جنب على ثلاث فرشات عتيقة. وهم يستخدمون حنفية باحة مرآب قريب للسيارات ليغسلوا وجوههم ويملأوا بالماء قنينة بلاستيكية وجدوها بين النفايات ويستريح هؤلاء الصبية على حافة حائط يتقاسمون سيجارة قدمها لهم سائق سيارة اجرة في انتظار ان يعاودوا مجددا رحلة «العمل» اليومية الشاقة بالقرب من الشارات الضوئية.

محمد «13 عاما» ما كان من سائقي السيارات الاتحاد الشديد عند مدخل شادي من اهله عاطلون عن العمل لسنا متسولين. لقد جئنا لنبني شيئا في جنين. لا مدرسة..، ويرفع شادي الذي يرتديه ليشير بفخر الى راس الذي حفره على كتف يقسم انه سيعود الى جنين الاسرائيلية. ويروي محمد في غاية القسوة. الاسبوع من سطح منزل ناوى اليه وكسرت ذراعي وانا احاول الشرطة الاسرائيلية اقتادت العسكري الاقرب حوالي مواجها ايضا بهدف «العمل» في عادوا بعد بضع ساعات ...

## تواصل فعاليات مخيم طلائعي في محافظة بيت لحم

بيت لحم - الحياة الجديدة - اسامة العيسة - تتواصل في محافظة بيت لحم لليوم السابع على التوالي والذي تضمن فعاليات تضمنت عددا من البرامج الثقافية والتعليمية ودورات الاسعاف والدراما والمسرح والتعبير والفن والاعمال اليدوية والالعاب الترفيهية.

ويشارك في هذا المخيم 100 طلائعية من مختلف مواقع الريف الشرقي وهي العبيدية، دار صلاح، الشوارة، الخاص، والنعمان.

وعلى صعيد اخر زارت ريناتا ممثلة اليونيسيف المخيم، وقضت فيه يوما كاملا وابدت اعجابها بالبرامج والنظام.

وكان سبق انطلاق فعاليات المخيم تنظيم دورة اعداد لقادة المخيمات شارك فيها 25 كادرا من مختلف مؤسسات المحافظة.

وستنطلق اليوم فعاليات المخيم الصيفي العاشر للطلائع (مخيم الاستشهادية آيات الاخرس) في مؤسسة ابداع وستتواصل فعالياته لمدة اسبوع.

*al-Hayat-J. Aug. 4, 2002*

## اختتام

احتفلت جمعية تنمية المرأة الريفية في قرية الجفتلك مساء الثلاثاء باختتام فعاليات المخيم الصيفي الذي نظم بالتعاون مع اللجنة الوطنية للمخيمات الصيفية وتجمع الشباب والعمل التطوعي التابع للاغاثة الزراعية.

وبدأ الحفل بآيات من الذكر الحكيم فالسلام الوطني والوقوف دقيقة صمت وحداد على ارواح الشهداء.

وفي كلمته عبر مدير الاغاثة الزراعية في محافظة اريحا والاغوار عادل ابو نعمة عن تقديره للجهود التي بذلت من اجل انجاح هذا المخيم على الرغم من قلة الامكانيات.

واعتبر ابو نعمة نجاح المخيم تحديا للظروف السياسية والاقتصادية الصعبة التي يعيشها سكان واهالي قرية الجفتلك.

وطالب ابو نعمة كافة المؤسسات الرسمية والاهلية ان تولي اهتماما اكثر بقرى الاغوار الشمالية التي تتعرض يوميا لسياسة القمع والاضطهاد وتجريف الاراضي وهدم البيوت من قبل الاحتلال.

وقد القيت العديد من الكلمات بهذه المناسبة تحدثت عن الدور الريادي الذي تلعبه الاغاثة الزراعية من خلال الانشطة والبرامج التي تقدمها لكافة قطاعات سكان القرية.

وقد تخلل الحفل العديد من الفقرات الفنية قدمها الاطفال المشاركون في المخيم.

وبعد ذلك قام مدير الاغاثة الزراعية عادل ابو نعمة ورئيس جمعية تنمية المرأة الريفية ماجدة بلال والمرشدات والمنسقات بتوزيع الجوائز والهدايا على المشاركين.

### مخيم برلمان الطفل الفلسطيني

اختتمت الادارة العامة للطفولة بوزارة الشباب والرياضة مخيم برلمان الطفل الفلسطيني في مجمع فلسطين الرياضي ولمدة 5 ايام بمشاركة 50 طفلا وطفلة والذين تم انتخابهم من البرلمانات المحلية في محافظات غزة ويعتبر المشاركون هم الصفوة المميزة من الموهوبين الذين وقع عليهم الاختيار وفقا للعملية الانتخابية الديمقراطية.

### مخيم الشهيدة آيات الاخرس

حضر د. احمد اليازجي وكيل وزارة الشباب والرياضة حفل اختتام مخيم الشهيدة آيات الاخرس للاطفال الذي نظمته منظمة الشبيبة الفتحاوية اقليم شرق غزة ودائرة المرأة المركزية بالمنظمة على مدار 12 يوما وتضمن زوايا فنية وثقافية ودبكة شعبية وفن تشكيلي وتمثيل وموسيقى وتدريب كشافة. وبلغ عدد المشاركين 150 طفلا وطفلة من سن 9-15 عاما.

كما حضر الحفل كل من العميد سليم الوادية وناهض الريس عضو المجلس التشريعي وحسام حلس امين سر الشبيبة اقليم شرق غزة وعطا ابو كرش من مرجعية فتح.

وتحدث د. احمد اليازجي خلال الحفل فوجه التحية للقائد ياسر عرفات وصموده في وجه الحصار واكد على الدور النضالي الذي لعبته حركة التحرير الوطني الفلسطيني فتح ووجه التحية للشهداء والجرحى والاسرى وثمن دور التوجيه السياسي والوطني على عملهم الناجح في اقامة المخيمات الصيفية.

وتطرق اليازجي للاعلان العالمي لحقوق الانسان وطالب بتوفير الامان لأبناء الشعب الفلسطيني.

واشار ان الوزارة نظمت هذا العام 200 مخيم صيفي في كافة محافظات الوطن.

*Al-Quds, Aug. 14, 2003*

## غزة دورة تدريبية حول الموحد للصحة الانجابية

الصحة الانجابية بالاضافة وكالة الغوث والمؤسسات غير نوعية الخدمة المقدمة المجتمع.

وقال د. الزعنون ان الوزارة الافتتاحية اكد الزعنون على كبيرا في الجهد الذي بذ تنظيم الدورات الخاصة بالدليل وتنمية المرأة على مدار ثلا لقواعد واسس الصحة مشددا ان ذلك من شأنه اكمال الدليل الوطني الموحد لقو المذولة لاستخدامه كمرجع الانجابية، مشيرا الى ضر موحد في تعميم مفاهيم سليمة الوقت الحالي وتطبيقه ب مقدمي الخدمات الصحية في مجال الدليل الوطني بعد انج...

---

شباب يواصل

بيت لحم - من عد فريق شباب زعترة الر الكروية حيث قارع والأولى وتعادل وفاز بيت لحم والتقى اول العبيدية مع فريق نا بهدف يتيم سجله كا اللقاء موسى الذويب مساعدة وياسر محد ابراهيم الوحش.

تعيين خا مديرا لش

قررت ادارة نادي ش تعيين المدرب خالد م لفرق كرة القدم جمي

شباب يلاقي اسلا

على كاس الشهيد اليوم الخميس وعلى بيت جالا نادي شباب اسلامي بيت لحم في الكأس المقدمة من آل

بطولة الاغ بكرة

تنطلق صباح غ مدينة ابو عمار الش الطبية بكرة الط المحافظة والعناية الا

بطولة م

ضمن بطولة كر