# EXHIBIT A.935



Gilmore 00346 T
P 1: 1058

# Al Shuhada' *[The Martyrs]*

Monthly Bulletin Published by Political Guidance
for the Border-Region Forces

*[Photographic image of Yasser 'Arafat making the "V for Victory"
sign, against background-inset image of Al Aqsa Mosque]*

My Dream Shall Be Fulfilled
Only With You, Oh Jerusalem

Gilmore 00346 T
P 1: 1058

**[Al Shuhada', Vol. 28, p. 3]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00347 T
P 1: 1059

## Introductory Remarks for th[is] Volume

### And the Battle Has Begun

by Ah[ ]las

[Photograph of Author]

A call . . . A call . . . A call . . . , from our negotiating delegation headed by our emblematic Commander Abu 'Ammar *[Yasser 'Arafat]* to our heroic Palestinian people, [exhorting], "Get ready, for the battle of Jerusalem has begun." This is what the return of the Palestinian delegation to the territory of the homeland indicates is coming next, out of Camp David, without [any] wavering from fixed and openly-stated Palestinian principles. There [shall be] no peace without Jerusalem as the eternal capital of the State of Palestine, and no stability or security in the entire region without Israel granting the legitimate international demands that require that there be land for peace, in accordance with U.N. Resolutions. When Barak has promised his constituents that he will adhere to his 'No's' *[refusals]*, he [has been] deluded. If he believes that we are prepared to forsake our fixed nationalistic principles, foremost among them noble Jerusalem, this holy city within and around which God has [provided his] blessing, then he *[Barak]* has not grasped the reality that our Palestinian people, even if they chose a 'hero's peace,' would never reach the point of giving up their historical right to their holy city, which blood and souls have watered. If only Barak would comprehend the experience of his Zionist-leader predecessors, then he would shed the falsity of his belief in the necessity of

Gilmore 00347 T
P 1: 1059
(continued)

control over Jerusalem; but in reality, he is still ruled by imperialist, occupationist Zionist thinking, and this is what his election program, on the basis of which he won the recent elections, bespeaks. What he claims to be his love of peace has come only within the framework of this *[Zionist]* thinking, which is completely contradictory to the reality of peace, and [to] the meaning of coexistence [between] peoples. He has believed that our people shall surrender to the settlers' terms that he is dictating on the strength of the element of military and economic force that he possesses. In this, he has not grasped that our people, with their few capabilities, are great in their will, and shall not be subjected to dictates and to robbery, even if the U.S. is a strong backer of Israel's negotiating delegation. The extraordinary bearing of the emblematic Commander Abu 'Ammar, and the adherence to fixed principles supported by the *[Palestinian]* peoples' stance, have been the steel that the Palestinian populace, across all political orientations, have evinced . The people have united behind their leader, blessing his steadfastness, and shouting, in spirit and in blood, "We are of service to you, oh Palestine." In their eyes is a determination to stand firmly in defense of their nationalist rights (which are demarcated [in law] without limitation by occupationist arrogance) with a will that does not relent. Every one of them is sharpening his zeal and preparing himself to enter a new phase that the factual circumstances of coming months may bring to bear, since declaration of the [Palestinian] State, with noble Jerusalem as its capital, shall take place, and the meaning of this is that the decisive battle has begun, and great things may happen. If our lawful rights are not addressed, with all that this entails, while souls are filled with glory and pride in the nationalist steadfastness exemplified in the stance of our negotiating delegation when they would not retreat from the fixed national principles that our people have supported through their institutions - - and if a miracle through which our nationalist demands are carried out does not come to pass - - then the battle shall be hard, and the Israeli and Palestinian peoples shall pay its price exorbitantly. We would not hope for occurrence of a collision but for [the fact] that we shall not forsake [even] a grain of sand of the soil of Jerusalem. We shall see what the days ahead shall bring about from it *[the collision]*, for declaration of materialization of an independent Palestinian state is inevitably coming, and

our people are enjoying [this] in a spirit of high morale, with readiness to confront all possibilities. And so we embark boldly on the holiest of battles, the battle of Jerusalem. Even around the negotiations table, we shall back our delegation, support our leader, and declare our preparedness to be[come] martyrdom projects and forearms of building - - building of the future state. And we shall achieve our aspirations, God willing and thanks to our national unity, on the day when believers shall rejoice in God's victory. And God is with those who are patient.

**[Al Shuhada'** *[The Martyrs]*] **Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (28) – 3rd Year – July 2000**
**[P.] 3**

**[Al Shuhada', Vol. 28, p. 4]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00348 T
P 1: 1060

**A Word [About] th[is] Volume**

# "My Dream Shall Be Fulfilled Only With You, Oh Jerusalem"

by Ahmad Ibrahim Halas
Political Commissioner for the Border-Region Forces

---

Thus has spoken [our] emblematic Commander Abu 'Ammar *[Yasser 'Arafat]*, and with him [in this] are all the Palestinian people - - Muslims and Christians, because Jerusalem is the  soul, heart, and eternal capital of the Palestinian state, and without Jerusalem, the dream remains unfulfilled, and the homeland [remains] without a heart. Without Jerusalem, there shall be no peace, however much Barak and others like him may try, for the matter is settled, insofar as our people are concerned, factually, historically, bindingly, and in terms of [our] will. Accordingly, any solution that omits [disposition of] Jerusalem cannot be amenable to implementation, and the region shall be primed for explosion at any time, for peace rests on Jerusalem and war rests on Jerusalem, and the situation cannot be saved without handing over Palestinian[s'] rights to Jerusalem. Anyone who imagines that this holy Palestinian city *[Jerusalem]* shall be outside the sphere of Palestinian sovereignty is deluded, and does not know the reality of this people, doesn't understand its character, and doesn't grasp the extent of its unyieldingness, [or] its capacity to bear burdens, [or] what it *[the Palestinian people]* possesses in the way of will and strong, unshakable faith; because this city is in the psyche of every Palestinian, and to it they aspire. Without it, independence would be like a body without a head, and without a heart.

Gilmore 00348 T
P 1: 1060
(continued)

How can our people accept a peace that does not achieve, for them, the attributes of sovereignty, the primary one of which is its capital? How can our people approve of a substitute capital, and at the same time, sign a peace accord? !!! Our negotiating delegation led by Brother Abu 'Ammar has clarified for the American side, and also for [the] Israeli [side], that the red

line that cannot be transgressed or be [made subject to] negotiation over possible infringement is Jerusalem and [the right of] return. It is foolish to talk about matters that do not conform to these aspirations. In fact, this is a trying and difficult phase, with a war around the negotiations table and in locked rooms. But the will that is not defeated, and the patience that does not relent, and the political position that is capable [even] of encompassing all orientations that are not in keeping with our rights and the aspirations of our people (these people who today claim a serious and unified position behind their leadership and negotiating delegation, and who also claim caution and an effort towards achievement of national unity that may [serve] as backing, and moral and material support, for our brothers who are embarking boldly into a heated battle at Camp David) - - the results of these *[will, patience, and political tolerance]* shall influence the future of the region, whether these [results] are negative or positive. And so here are our people, with all their virtues, [social] strata, and political orientations, monitoring the situation and the matter in relation to themselves. They shall be limited to one of two scenarios, either peace, or collision, blood[shed], and misfortunes, with both sides being consumed by their fire. With regard to us, we the Palestinian people do not have anything to offer, for we have chosen peace for land, in accordance with international legal resolutions, and peace is conditional on [Palestinian] national sovereignty over the land that was occupied in 1967. But Barak wants peace without leaving Palestinian territory, as required by the international resolutions that stipulate the impermissibility of occupying the lands of others by force, and this is a delusion that he has every hope will materialize in reality. In this, he has not understood the lesson that Rabin, Netanyahu, and Perez learned, for our will is firm, and our stones are many, and our faith in our truth does not abate. Hence, the political situation in the region depends on the Israeli position, and [only] on the basis of it *[the Israeli position]* shall the fate of peace be determined. We have

Gilmore 00348 T
P 1: 1060
(continued)

extended our hands towards peace, trusting that our people shall not haggle over their right[s], and that [they] shall be like a solid edifice, [standing] in single file behind their leadership, in order to move in both [possible] directions *[peace or collision]*. If Israel cracks at the call to peace, our people shall be ready to give and to build, building an independent state with noble Jerusalem as its capital. And if the opposite should occur, we shall be ready to defend and protect our rights with our blood. The Palestinian bond shall be permanent, and shall continue until truth comes into its own, and what is false is nullified. President 'Arafat's position at the Camp David negotiations is but a condensed expression of the position of every Palestinian citizen, for the dream of *all* of us can be fulfilled only with you, oh Jerusalem.

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (28) – 3rd Year – July 2000**

**[P.] 4**
**[Al Shuhada', Vol. 28, pp. 5-7]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00349 T
P 1: 1061

# News . . and Commentary

by  ıda
sioner
arters

for the
Unit

## An End and A Beginning

No sooner had news arrived that the Camp David summit had ended in failure than Palestinians heaved a sigh of relief, after 15 days of worry, confusion, and fear that their fate was being decided at a summit in and around which there was a confluence of circumstances exerting pressure on the Palestinian delegation.

The fear stemmed from a spontaneous assessment that was nearly unanimous, to the effect that [current] terms for producing a solution to the Palestinian issue were not yielding the possibility of deriving an agreement, resonant with fixed nationalistic principles, that would be [even] minimally acceptable within the framework of an historical bargain that ends the fighting.

The summit having concluded in this outcome, negotiations may [now] have reached *their* end, and spontaneously, the political solution has entered [the phase] of a hiatus, pending occurrence of anything that might be able to put an end to this hiatus. Absent this *[such an occurrence]*, it *[a solution]* cannot come into being.

Gilmore 00349 T
P 1: 1061
(continued)

[At] Camp David, the negotiations were not an ordinary scenario, in the context of negotiations that had continued over a cycle of six years, and possibly more. On the contrary, they were extraordinary. What I am driving at [here] is that [usually], there is an end to fighting, preceded by completion of a political solution, preceded, in turn, by the conclusion of negotiations. What I am getting at is something other than what happened here, for they *[the Camp David negotiations]* led only to an agreement to end the fighting, and not to an agreement for a [political] solution. The difference between the[se] two [types of] agreements has been present since the moment the two parties entered into them [at] Camp David. Barak went there, and behind him was a single objective: an agreement to *stop* the fighting by any solution possible. He pushed the Palestinians to accept it *[the agreement]* through coercion and pressure or inveiglement. 'Arafat went with the objective, behind him, of a solution that would *lead to* an end to the fighting. Between these two [disparate] objectives, the negotiation [took the form of] each party seeking to place his objective in the foreground, and the result was that the two objectives remained [operative] in the background, with 'Arafat not agreeing with Barak to end the fighting, and the latter *[Barak]* not agreeing to 'Arafat's solution. Division [then] ensued.

The Americans, who were guided, in their negotiation intervention, by the Oslo Agreement, which married continuation of the occupation, and all its manifestations, to a temporary solution, failed to conclude wedding ceremonies between Barak's ending the fighting and 'Arafat's solution, because the prior marriage was tantamount to a betrothal amenable to all possibilities, whereas the marriage that the Americans wanted to conclude was a Catholic marriage, [in which] the signature means

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (28) – 3rd Year – July 2000**
**[P.] 5**

Gilmore 00350 T
P 1: 1062

the undertaking [of commitments] without possibilities. This [meant] an end to the conjoining of the [issue of] fighting, to the convening of all but negligible negotiation[s], and to regional and international variables going back ten years into the past, which were present in the mind of Americans. An outcome like this opens the doors to their *[negotiations']* end, in the face of a search for their soul, but the only 'door' was that the Camp David summit was an effort by the three parties to prevent circumstances from slipping out of their hands, for they were wanting to steer clear of the explosion, or to expend [one] last effort before the explosion.

Sometimes, and in the face of objective variables on the ground and in people, the decision-maker finds himself in the dilemma of [having to] make a decision between being favorable to these variables, or standing against them. [Both] of these responses have their negative outcomes, and for this reason, a search is undertaken for the less negative one. If the Americans have gained access to a conduit through the information that is reaching them [indicating] that the variables in the relationship between the Palestinian and Israeli parties have reached the point of explosion, despite the halt of [its] *[the explosion's]* execution, [then] this is what was behind the decision to convene the summit, despite Palestinians' reservations, which were not embraced, due to calculations (opinions and discretions) that may have appeared close to the Palestinian refrain, but which were, in reality, far [from it].

In convening the summit, the Americans relied on it, and believed that basically, it would be what would determine the Palestinian refrain, in the end. It was for this reason, perhaps, that Barak insisted upon convening the failed summit, because the calculations of the Americans, and, before them, the calculations of the Israelis, were a world apart from the Palestinian position, which was armed with the most comprehensively invested total, and not [merely] partial, faith in attainment of whatever agreement there might be. The summit failed for the sole reason that the Israelis did not reach a phase of readiness and maturity (given that they had to pick up the occupation of 1967 and leave Palestinian territory, with all they have [there] in the way of settlement [operations], repression, and terrorism); [and the summit failed for that reason] only.

Gilmore 00350 T
P 1: 1062
(continued)

Through Barak at Camp David, they *[the Israelis]* attempted to stand in the middle of the road, [halfway] between ending and continuing the occupation.

This is the reason behind Palestinian wariness of the decision [to hold] the summit, which was cooked while the fire was hot, for it is natural that the end be unnatural. But the most important thing [to come out] of the summit, at the present moment, is what [comes] after the summit, and what [comes] after the summit is not what [came] before it, despite the failure loophole, which was the equivalent of an appeasement message devoid of [real] content, [conveying that] the summit, within the reality in which it took place, was an effort by the three parties to prevent developments in the relationship between the Palestinian and Israeli parties from turning into collision and confrontation. In the temporal context, the attempt was the last one.

On this point, the failure [took the form] of a dramatic end to the variables on the ground, especially in light of what will [now] happen between the Palestinian and Israeli parties, and, similarly, to the American party, who cannot retreat from its [own] interest[s], or from itself, as a nation [that is] unique and the most powerful [one] in the world. What will happen, first off, is that there will appear to be indications from the parties in the direction of de-escalation and avoiding confrontation, perhaps in anticipation that something may transpire during the coming month of August. But if

**[Al Shuhada'** *[The Martyrs]***] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (28) – 3rd Year – July 2000**
**[P.] 6**

Gilmore 00351 T
P 1: 1063

negotiations, [held] at a level [at which] the resolve of [even] the most distinguished [representatives] of the parties was lost, failed to achieve any agreement, how can negotiations at lower levels lead us to success?!

The answer is in the negative, and the meaning of waiting, in this case, is a waste of time, and nothing more.  The realities and facts, [both] on the ground and in policy, locally, regionally, and internationally, excreted the failure at Camp David, and the Israelis dug in behind their opinions and positions, and the Palestinians did likewise, without the American intermediary succeeding, through any of its middle-ground proposals, in bringing [matters] a single step closer to conciliation of positions. Preliminary information about what transpired at Camp David indicates that the range of agreement was marginal, and that [matters] moved not a single step closer to the essence surrounding any of the issues, only one [of these being] Jerusalem, which had been the focus of the media.

In the face of this, the failure heralds the end of the political solution, and it is an end that is open to the option of confrontation and collision.  That is a beginning, in that it is the natural beginning to the end of political solution as a way of achieving the goal of the Palestinian people to become liberated from occupation, and the goal of the Israelis to continue the occupation.  And if it is in the interest of Arab states for the current situation to remain in place, the interest of Palestinians is in changing this situation, especially given that the variables [of] confiscation of land and settlement [operations] do not permit them to wait, for either a long or short period. Thus has come about the decision to declare establishment of the Palestinian state on the land, this coming September 13th, as a measure that is natural for a people who desires its freedom and [its] deliverance from the occupation.

If confrontation is not a Palestinian option, but Palestinians have the right to defend themselves, then what shall be?

### There is a second coming.

Gilmore 00351 T
P 1: 1063
(continued)

## What Security Council Resolution 242 Promulgated on November 22, 1967 Stipulates

The Resolution provides for a comprehensive solution to all the problems in the Middle East, with the objective of establishing a just and lasting peace there, in the context of which every nation in this region may live a secure life.  The Resolution affirms the impermissibility of acquiring territories through war, and pursuant to this principle, the Resolution requires the withdrawal of Israeli armed forces from the territories that it occupied during the recent conflict. It also [requires] desistance from all [belligerent] claims, an end to the state of war, and acknowledgment of the sovereignty, territorial integrity, and political independence of every nation in the region, along with respect for their right to live in peace within secure borders recognized as being [entitled to] freedom from imposition of the danger of the threat and use of force.  Similarly, the Resolution affirms the necessity of securing freedom of navigation in international waterways in this region, and accomplishing a just settlement of the problem of the refugees.

[Al Shuhada' *[The Martyrs]*] Monthly bulletin published by Political Guidance for the Border-Region Forces – Volume (28) – 3rd Year – July 2000
[P.] 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF LUCILLE KAPLAN**

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1058-1063.

2.  I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 1058-1063.

Dated: March 2, 2014

LUCILLE KAPLAN







# وبدأت المعركة

### بقلم/ أحمد إبراهيم حلس

نداء ... نداء ... نداء ... من وفدنا المفاوض بقيادة القائد الرمز/ أبو عمار إلى شعبنا الفلسطيني البطل، "
استعدوا فقد بدأت معركة القدس"، هذا ما تعنيه عودة الوفد الفلسطيني إلى أرض الوطن قادما من كامب ديفيد، دون
التزحزح عن الثوابت الفلسطينية المعلنة، فلا سلام بدون القدس عاصمة أبدية لدولة فلسطين ولا استقرار ولا أمن
في المنطقة كلها إلا باستجابة إسرائيل لمطالب الشرعية الدولية التي تقضي بأن تكون الأرض مقابل السلام حسب
قرارات الأمم المتحدة. وإذا كان باراك قد وعد ناخبيه بالتمسك بلاءاته فإنه واهم إذا اعتقد أننا مستعدون للتنازل
عن ثوابتنا الوطنية وفي مقدمتها القدس الشريف هذه المدينة المقدسة التي بارك الله فيها وفيما حولها وهو لم
يدرك حقيقة أن شعبنا الفلسطيني وإن كان قد اختار سلام الشجعان، فإنه لا يقدم أبداً على التفريط بحقه التاريخي
في مدينته المقدسة والتي روتها الدماء والأرواح. ولو استوعب باراك تجربة سابقيه من قادة الصهاينة لتخلص
من زيف اعتقاده بضرورة السيطرة على القدس ولكنه في الواقع مازال محكوماً بالفكر الصهيوني التسلطي
الاحتلالي، وهذا ما يدل عليه برنامجه الانتخابي الذي على أساسه فاز في الانتخابات الأخيرة وإن ما يدعيه من حبه
للسلام لم يكن إلا في إطار هذا الفكر الذي يتعارض تماما مع حقيقة السلام ومفهوم تعايش الشعوب وظن أن شعبنا
سوف يسلم له بما يمليه عليه من شروط المستوطنين مرتكزاً على عنصر القوة العسكرية والاقتصادية التي يملكها
وهو بهذا لم يدرك أن شعبنا بإمكانياته القليلة عظيم في إرادته ولا يخضع للإملاءات والابتزاز حتى ولو كانت
الولايات المتحدة ظهيرا قوياً لوفد إسرائيل المفاوض. فكانت الوقفة الخارقة للعادة من القائد الرمز أبو عمار وكان
التمسك بالثوابت مدعوماً بالموقف الشعبي الصلب الذي عبرت عنه الجماهير الفلسطينية بكافة اتجاهاتها السياسية
وتوحد الشعب خلف قائده يبارك صموده ويهتف بالروح بالدم نفديك يا فلسطين وفي عيونهم تصميم على الوقوف
بصلابة دفاعا عن حقوقهم الوطنية وتحد غير محدود للغطرسة الاحتلالية وإرادة لا تلين وكل واحد منهم يشحذ
همته ويؤهل نفسه على الدخول في مرحلة جديدة قد تفرضها معطيات الشهور القادمة حيث سيتم إعلان الدولة
بعاصمتها القدس الشريف ومعنى ذلك أن المعركة الحاسمة قد بدأت وأن أموراً جساما قد تحدث إذا لم يتم التعاطي
مع حقوقنا المشروعة بما يحيي كل هذا والنفوس مفعمة بالفخر والاعتزاز بالصمود الوطني الممثل في موقف وفدنا
المفاوض حيث لا تراجع عن الثوابت الوطنية التي أكدها شعبنا من خلال مؤسساته وإذا لم تحدث معجزة تلبي من
خلالها مطالبنا الوطنية فالمعركة ستكون قاسية يدفع الشعبان الإسرائيلي والفلسطيني الثمن فيها باهظاً ونحن إذ لا
نرجو حدوث صدام إلا أننا لن نفرط في حبة رمل من تراب القدس وسنرى ما تتمخض عنه الأيام القادمة فإعلان
تجسيد الدولة الفلسطينية المستقلة قادم لا محالة وشعبنا يتمتع بروح معنوية عالية وجاهزية لمواجهة كافة
الاحتمالات فنحن نخوض أقدس معركة، معركة القدس حتى ولو حول طاولة المفاوضات نعاضد وفدنا ، ونؤيد قائدنا
ونعلن استعدادنا لنكون مشاريع شهادة وسواعد بناء، بناء الدولة العتيدة وسوف نحقق طموحاتنا بإذن الله وبفضل
وحدتنا الوطنية يومئذ يفرح المؤمنون بنصر الله، والله مع الصابرين.

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد (28) السنة الثالثة يوليو (2000 )

3

# كلمة العدد
## (لن يكتمل حلمي إلا بك ياقدس)

بقلم/ أحمد إبراهيم حلس
المفوض السياسي لقوات المناطق الحدودية

هكذا قال القائد الرمز أبو عمار ومعه كل الشعب الفلسطيني – المسلمون والمسيحيون لأن القدس هي الروح
والقلب والعاصمة الأبدية للدولة الفلسطينية وبدون القدس يبقى الحلم ناقصاً والوطن بلا قلب وبدون القدس لن
يكون السلام مهما حاول باراك وغيره فالأمر محسوم بالنسبة لشعبنا واقعاً وتاريخاً وارتباطاً وإرادة وعليه فإن أي
حل يتخطى القدس لا يمكن أن يكون قابلاً للتطبيق وتكون المنطقة مرشحة للانفجار في أي وقت فالسلام من القدس
والحرب من القدس ولن ينفذ الوضع إلا التسليم بالحقوق الفلسطينية في القدس وأن من يتصور أن تكون هذه
المدينة الفلسطينية المقدسة خارج إطار السيادة الفلسطينية واهم ولا يعرف حقيقة هذا الشعب ولا يفهم طبيعته ولا
يدرك مدى صلابته وقدرته على التحمل وما يملك من إرادة وإيمان قوي لا يتزعزع لأن هذه المدينة في وجدان كل
فلسطيني وإليها يتطلعون وبدونها يكون الاستقلال كالجسد بلا رأس وبلا قلب وكيف يمكن لشعبنا أن يقبل سلاماً لا
يحقق له مظاهر السيادة وأولها عاصمته وكيف يمكن لشعبنا أن يرضى بعاصمة بديلة ويوقع في الوقت ذاته على
معاهدة سلام!!! فوئدنا المفاوض بقيادة الأخ أبو عمار أوضح للجانب الأمريكي وكذلك الإسرائيلي أن الخط الأحمر
الذي لا يمكن تخطيه أو التفاوض على إمكانية تجاوزه هو القدس والعودة ومن العبث الحديث في أمور لا تلبي هذه
الطموحات نعم إنها مرحلة عسرة وصعبة وحرب على طاولة المفاوضات وفي الغرف المغلقة ولكنها الإرادة التي لا
تقهر والصبر الذي لا تلين قناته والموقف السياسي القادر على تطويق كافة التوجهات التي لا تنسجم مع حقوقنا
وطموحات شعبنا هذا الشعب المطالب اليوم بالموقف الجاد والموحد خلف قيادته والوفد المفاوض ومطالب أيضا
بالحذر والسعي إلى تحقيق الوحدة الوطنية لتكون سنداً ودعماً معنوياً ومادياً لإخوتنا الذين يخوضون معركة حامية
في كامب ديفيد ستؤثر نتائجها على مستقبل المنطقة سواء أكانت سلبية أم إيجابية وها هو شعبنا بكافة فصائله
وشرائحه وتوجهاته السياسية يرقب الموقف والأمر بالنسبة إليه لن يخرج عن إحدى الحالتين فإما سلم وإما صدام
ودماء وويلات يحترق بنارها كلا الجانبين وبالنسبة إلينا نحن الشعب الفلسطيني ليس لدينا ما نقدمه فقد اخترنا
السلام مقابل الأرض حسب قرارات الشرعية الدولية فالسلام مرهون بالسيادة الوطنية على الأرض التي احتلت عام
1967. ولكن باراك يريد السلام بدون الخروج من الأرض الفلسطينية حسب القرارات الدولية التي تنص على عدم
جواز احتلال أراضي الغير بالقوة وهذا وهم يمني نفسه بتجسيده واقعا وهو بهذا لم يستوعب الدرس الذي تعلمه
رابين ونتنياهو وبرس فأرادتنا صلبة وحجارتنا كثيرة وإيماننا بحقنا لا يفتر. إذن – فالموقف السياسي في المنطقة
مرهون بالموقف الإسرائيلي وعلى أساسه يتقرر مصير السلام وقد مددنا أيدينا للسلام واثقين من أن شعبنا لن
يساوم على حقه وسوف يكون كالبنيان المرصوص صفا واحدا خلف قيادته للتحرك في كلا الاتجاهين فإن صدعت
إسرائيل لنداء السلام فسوف يكون شعبنا جاهزا للعطاء والبناء بناء الدولة المستقلة وعاصمتها القدس الشريف
وإذا كان عكس ذلك فسوف نكون جاهزين للدفاع عن حقوقنا وحمايتها بدمائنا ويكون الرباط الفلسطيني دائما
ومستمرا إلى أن يحق الحق ويبطل الباطل وما موقف الرئيس عرفات في مفاوضات كامب ديفيد إلا التعبير الدقيق
عن موقف كل مواطن فلسطيني فنحن جميعا لن يكتمل حلمنا إلا بك يا قدس.

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد (28، السنة الثالثة يوليو 2000،)





خبر .. وتعليق

نهاية وبداية

بقلم/ رائد محمد جرادة
المفوض السياسي لوحدة المقر

ما إن وصلت أنباء انتهاء قمة كامب ديفيد إلى الفشل حتى تنفس الفلسطينيون الصعداء فبعد خمسة عشر يوماً من القلق والارتباك والخوف من أن يتقرر مصيرهم في قمة تجتمع فيها وحولها ظروف ضاغطة على الوفد الفلسطيني.

الخوف ينبع من تقييم عفوي يكاد يكون جماعياً من أن شروط إنتاج حل للقضية الفلسطينية لا تلبي إمكانية اشتقاق اتفاقية تستجيب للثوابت الوطنية التي تشكل الحد الأدنى المقبول في إطار مساومة تاريخية تنهي الصراع.

بانتهاء القمة إلى هذه النهاية تكون المفاوضات قد وصلت إلى نهايتها وتلقائياً يكون الحل السياسي قد دخل في إجازة في انتظار حصول أي شيء ما قادر على وضع حد لهذه الإجازة وغير ذلك لا يمكن أن يكون.

كامب ديفيد المفاوضات لم تكن حالة عادية في سياق مفاوضات استمرت على مدار ست سنوات وربما أكثر وإنما كانت فوق العادية فهي التي أريد لها أن تكون خاتمة الصراع وقبل ذلك خاتمة الحل السياسي وأيضاً قبل ذلك خاتمة المفاوضات وما أريد لها غير الذي لم يحصل لها فهي لم تؤد إلا إلى اتفاق لإنهاء الصراع ولا إلى اتفاق للحل وفرق بين الاتفاقين كان حاضراً منذ اللحظة التي دخل فيها الطرفان

كامب ديفيد فباراك ذهب إلى هناك وخلفه هدف واحد اتفاق ينهي الصراع بأي حل كان يمكن دفع الفلسطينيين للقبول به بالإكراه والضغط أو الإغراء وعرفات ذهب وخلفه هدف الحل الذي يقود لإنهاء الصراع وبين هذين الهدفين كان التفاوض كل طرف يريد وضع هدفه في المقدمة وكانت النتيجة أن الهدفين ظلا في المؤخرة فلا عرفات وافق على (إنهاء صراع باراك) ولا

الأخير وافق على (حل عرفات) وكان الافتراق.

الأميركيون الذين استرشدوا في تدخلهم التفاوضي باتفاق أوسلو الذي زاوج بين استمرار الاحتلال بكل مظاهره وبين الحل المؤقت فشلوا في عقد مراسم زواج بين انهاء صراع باراك وحل عرفات ذلك أن الزواج السابق كان بمثابة (خطبة) قابله لكل الاحتمالات بينما الزواج الذي أراد الأميركيون عقد قرائنه هو (زواج كاثوليكي) التوقيع يعني

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد (28) السنة الثالثة يوليو (2000)

5

التوقيع دون احتمالات فهو خاتمة لقرن من الصراع ولعقد أقل بقليل من التفاوض ولمتغيرات إقليمية ودولية تعود لعشرة أعوام ماضية كانت حاضرة في ذهن الأميركيين إن خاتمة كهذه تفتح الأبواب على نهايتها أمام البحث عن نفسها ولكن الباب الوحيد هو أن قمة كامب ديفيد محاولة من الأطراف الثلاثة للحيلولة دون (فئتان) الأوضاع من بين أيديهم فهم يريدون تجنب الانفجار أو بذل المحاولة الأخيرة قبل الانفجار.

فأحيانا وأمام متغيرات موضوعية على الأرض وفي الناس يجد صاحب القرار نفسه في مأزق اتخاذ القرار بين التجاوب مع هذه المتغيرات وبين الوقوف ضدها ولكلا الاستجابتين نتائجها السلبية وذلك يتم البحث عن السلبية الأقل. إن الأميركيين توصلوا إلى قناعة عبر المعلومات التي تصلهم أن المتغيرات في العلاقة بين الطرفين الفلسطيني والإسرائيلي وصلت إلى نقطة الانفجار مع وقف التنفيذ وهي التي كانت وراء قرار عقد القمة رغم تحفظات

الفلسطينيين التي لم يتم الأخذ بها لحسابات (أراء واجتهادات) قد تبدو قريبة من القرار الفلسطيني ولكنها في الواقع بعيدة.

فالأمريكيون في عقد القمة استندوا إليها واعتقدوا أنها – الأساس – الذي سيحكم القرار الفلسطيني في النهاية ولهذا السبب ربما كان إلحاح باراك على عقد القمة الفاشلة لأن حسابات الأمريكيين وقبلهم حسابات الأسرائيليين كانت في واد آخر غير الموقف الفلسطيني الذي تسلح برؤية شمولية وليست جزئية يمكن الدخول منها للتوصل إلى أي اتفاق كان. إن القمة فشلت لسبب وحيد أن الإسرائيليين لم يصلوا لمرحلة الجاهزية والنضوج (بأن عليهم أن يأخذوا احتلال العام 1967 ويغادروا الأرض الفلسطينية مع كل ما لهم من استيطان وقمع وإرهاب) وفقط. حاولوا عبر باراك في كامب ديفيد الوقوف في منتصف الطريق بين انهاء الاحتلال وإيقائه.

وهذا السبب وراء التحفظ الفلسطيني على قرار القمة

الذي تم طبخه على نار حامية فمن الطبيعي أن تكون النهاية غير طبيعية ولكن الأهم من القمة في اللحظة الراهنة هو ما بعد القمة وما بعد القمة غير الذي قبلها رغم (مخرج) الفشل الذي كان عبارة عن رسالة تهدئة بلا مضمون إن القمة في واقعها الذي حصل كانت محاولة من الأطراف الثلاثة للحيلولة دون أخذ التطورات في العلاقة بين الطرفين الفلسطيني والإسرائيلي منحى الصدام والمواجهة وفي السياق الزمني كانت المحاولة الأخيرة.

عند هذه النقطة فإن الفشل في نهاية دراماتيكية للمتغيرات على الأرض وبخاصة في ضوء ما سيكون بين الطرفين الفلسطيني والإسرائيلي وكذلك عند الطرف الأميركي الذي لا يمكن أن ينسحب من مصلحته ومن نفسه كدولة وحيدة وكبرى في العالم. وما سيكون لأول وهلة يبدو أن هناك إشارات من الطرفين نحو عدم التصعيد والوصول إلى مواجهة ربما في انتظار أن يكون شيء ما خلال شهر اب المقبل ولكن إذا كانت

مفاوضات على مستوى صناع القرار الأوائل من الطرفين فشلت في التوصل إلى أي اتفاق فهل يمكن لمفاوضات ذات مستويات أقل أن تقودنا للنجاح؟!.

الإجابة بالنفي ومعنى الانتظار في هذه الحالة مضيعة للوقت ليس أكثر. إن الحقائق والمعطيات على الأرض وفي السياسة محلياً وإقليمياً ودولياً أفرزت "الفشل" في كامب ديفيد فالإسرائيليون تمترسوا خلف رؤيتهم ومواقفهم وكذلك فعل الفلسطينيون دون أن ينجح الوسيط الأمريكي في كل طروحاته "الوسيطة من الإقتراب خطوة واحدة نحو

التوفيق في المواقف. إن المعلومات الأولية عما جرى في كامب ديفيد تشير إلى أن مجال الاتفاق كان هامشياً ولم يقترب ولو خطوة واحدة من "الجوهر" حول كل القضايا وليس القدس فقط كما كان تركيز الإعلام.

إزاء ذلك فإن الفشل يعلن نهاية الحل السياسي وهي نهاية مفتوحة على خيار المواجهة والصدام وذلك بداية أنها البداية الطبيعية لنهاية الحل السياسي كطريق لتحقيق أهداف الشعب الفلسطيني في التحرر من الاحتلال وأهداف الإسرائيليين في استمرار الاحتلال وإذا كانت مصلحة

الدولة العبرية في ابقاء الوضع الراهن كما هو فإن مصلحة الفلسطينيين في تغيير هذا الوضع وبخاصة أن المتغيرات مصادرة الأرض والاستيطان لا نسمح لهم بالانتظار طويلا أو قليلا وهكذا كان القرار بإعلان تجسيد الدولة الفلسطينية على الأرض في الثالث عشر من أيلول المقبل كممارسة طبيعية لشعب يريد حريته والخلاص من الإحتلال.

إن المواجهة ليست خياراً فلسطينياً ولكن للفلسطينيين الحق في الدفاع عن أنفسهم فماذا سيكون؟!

**هناك عودة ثانية.**

---

## ما هو نص قرار مجلس الأمن 242 الصادر في 1967/11/22م

ينص القرار على حل شامل لكل المشــاكل فـي الشرق الأوسط بغية قيام سلام عادل ووطيد هنـاك تعيش في ظله كل دولة في هذه المنطقة حيـاة آمنـة ويؤكد القرار على عدم جواز كسب الأراضـي عـن طـريــق الحـرب، وبموجـب هـذا المبـدأ يطـالـب القرار بسحب القـوات المسـلحة الإسـرائيلية مـن الأراضي التي احتلتها أثناء النزاع الأخير، وكذلـك

بالكف عن كل الإدعاءات ووقف حالـة الحـرب والإعتراف بسيادة وحرمـة أراضـي كـل دولـة مـن دول المنطقة واستقلالها السياسي واحترام حقها فـي العيش بسلام في حدود آمنة ومعترف بها دون أن تتعرض لخطر التهديد بـالقوة واستخدامها، ويؤكد كذلك القرار على ضرورة تأمين حرية الملاحة فـي المياه الدولية في هذه المنطقة وإيجاد تسوية عادلـة لمشكلة اللاجئين ∎

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد (28) لسنة الثالثة يوليو (2000)

7