# EXHIBIT A.939

# PLACEHOLDER FOR EXHIBIT 939

## SEE ENCLOSED DVD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The subtitle translations from Arabic to English are an accurate representation of the video received by my office, to the best of my knowledge and belief. The video is designated as P 1: 3842.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying subtitles are a true, full and accurate translation of the Arabic-language video bearing the bates number P 1: 3842.

Dated: March 4, 2014

_____
Yaniv Berman