# EXHIBIT A.954

# PLACEHOLDER FOR EXHIBIT 954

## SEE ENCLOSED DVD