# EXHIBIT A.957

# PLACEHOLDER FOR EXHIBIT 957

## SEE ENCLOSED DVD