# EXHIBIT A.962


PLAINTIFF'S EXHIBIT 962

| Palestine Liberation Organization |  | Palestine Liberation Organization |
|---|---|---|
| Palestinian National Authority | | Palestinian National Authority |
| Office of the President | | Office of the President |

No.: _____
Date: _____

To the *Mujahid* [holy warrior] Mr. President,
    Brother Abu Ammar, may Allah keep and protect him,

Greeting of the nation and the country,
Your Excellency is kindly requested to allocate financial aid in the sum of $2500 to brothers:

1. Raed al-Karmi.
2. Ziyad Mahmoud Daas.
3. Omar Qaadan.

<u>The Ministry of Finance / Ramallah</u>
Each one of them is to be paid $600.
[signature]
09/19/2001

    The issue is at your discretion.

    Your son,
    Hussein al-Sheikh
    [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "Exhibit 5, Hussein Al Sheikh Dep., No. 04-CV-20225, April 1, 2009".

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Exhibit 5, Hussein Al Sheikh Dep., No. 04-CV-20225, April 1, 2009".

Dated: March 4, 2014

_____
Yaniv Berman

AL SHEIKH
4-1-09



PALESTINE LIBERATION ORGANIZATION
Palestine National Authority
Office of the President

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

الرقم:
التاريخ:

السيد الرئيس المجاهد ـ

الأخ أبو عمار حفظه الله ورعاه ـ

تحية الرضا والبركة ـ

برجاء من قداستكم الكريم إجراء مساعدة مالية بقيمة (2550) $

للأخوة طيبه

① رائد الكريم ـ
② زياد محمد دياس ـ
③ عمر مقداد ـ