# EXHIBIT A.966



Humat Al-Areen

| Published by the Al-Areen Institute for Studies, Research, and the Arts | Slogan: Al-Areen Institute for Studies, Research, and the Arts | Documentation – Politics – Culture |
|---|---|---|

Issues 75-76 of 2000
Ah... A thousand ahs!! Oh Jerusalem, oh my city... Oh Jerusalem, my dear?!
(Cairo – Extraordinary Arab Summit, Rajab 1425 AH – October 2000 AD)

The dawn is coming!
And victory is coming!

Image
- The concluding statement of the Al-Aqsa Arab Summit
- Series of the Al-Aqsa Pledge and the New Intifada
- Arab echoes... Regional and international echoes...
- Processions of Martyrs...

[SHATSKY-006966] [P 1: 3012] Gilmore 00277T

Special Edition – On the occasion of the Al-Aqsa Pledge Intifada

| Humat Al-Areen Documentation – Politics - Culture Published by the Al-Areen Institute for Studies, Research, and the Arts Issues 75+76 – October 2000 Gaza Port – Omar Mukhtar Street – Telefax 2825009 | Editor-in-Chief and General Supervisor Colonel Fakhri Abu Al-Fawakhir Director General of Political Guidance and General Inspection for Presidential Security Force 17 |

| **Contents** | Page | Advisory Board – Dr. Nazmi Barakeh – Dr. Kamel Abu Duff – Legal Advisor: Hashem Al-Loulou – Legal Advisor: Naim Barakat |
|---|---|---|
| Contents | 1 | |
| Letter from Al-Areen | 2-3 | |
| Editorial | 4-6 | |
| The Political Position | 7-8 | Editorial Director Fr. Manuel Musallam General Secretary Sheikh Husni Ziyara |
| News of the Presidency | 9-25 | |
| The Hammam Al-Shatt Massacre | 26-27 | Editorial Staff * A. Al-Mashlah * Z. Afaneh * M. Afaneh * S. Al-Halabi |
| Processions of Martyrs with Pictures and Names | 28-33 | |
| The Blessed Al-Aqsa Intifada | 34-47 | |
| Sharm El-Sheikh Summit | 48-51 | Typesetting and Computer Ziyad Saleh Layout: Alaa Hassouneh Follow-up: Al-Aff Al-Minawi |
| The Extraordinary Arab Summit | 52-59 | |
| This Edition's Break | 60 | |
| In Hezbollah's Grip | 61 | |
| Israeli Affairs | 62 | |
| General Barak, what changed today? | 63 | |
| Look at the Tyranny | 64-66 | |
| Reactions to the Intifada | 67-75 | |
| Activities of Presidential Security Force 17 | 76-96 | |
| Field Notes | 97-98 | |
| Lights... and Beacons | 99-101 | |
| Literature and Culture | 102-109 | |
| Areas and Prospects in Psychology | 110-111 | |

| | |
|---|---|
| Historical Documents of Palestine | 112-116 |
| Diplomatic Work | 117-120 |
| Call | 121 |
| On the Vastness of Faith | 122-123 |
| Until we meet again | 124 |

This Edition's Words of Wisdom
This smoke is more than you can handle! It is but the consequence of the Holocaust,
So take from the mill, be it sand or fog.
Now how do you see your land?
As you get closer?!

All remaining topics in the next issue

[SHATSKY-006967] [P 1: 3013]
Gilmore 00278T

### The Blessed Al-Aqsa Intifada
### Intifada of the Arab World... to Islamic Arabism... and Christian Arabism

- Palestine with its children, young men, old men, and women, and with its every stone to aid its Al-Aqsa.
- Sharon the Terrorist's visit to the Al-Aqsa Mosque lit fires under Zionists' feet.
- The Israeli Army is expert at using its lethal weapons – from tanks to missile-equipped airplanes – to deliver the greatest human and material losses to our people.
- Hundreds of martyrs and thousands of wounded are the initial outcome of the Sanctuary [TN: i.e. Al-Aqsa] Intifada.
- The Palestinian flag flutters above the dome of the Al-Aqsa Mosque for the first time since 1967.
- Our people within the Green Line are rising up along with their brothers in the northern and southern governorates of the nation.
- Subsequent to the Sanctuary [i.e. Al-Aqsa] Intifada, Palestine remains a hand blocking the punch... Who will prevail?



شارون محاطا بالحراس خلال محاولته دخول الحرم.

(Sharon surrounded by guards during his attempt to enter the Sanctuary)

Here in our land and in another time, time paused and history stopped to rest its load and cast its shadow on the spot which has remained, since time immemorial, a center of conflict for generations. It (Jerusalem) is the city of prophets and Muslims' first Qibla, and time has stopped it over and again. One such time was the immortal day when Salah Al-Din Al-Ayyoubi liberated it in 1187. And we ourselves have lived through the most recent time: the day the terrorist who committed the most heinous crime against our people (Sabra and Shatila), the terrorist Ariel Sharon, visited the courtyard of the Al-Aqsa Mosque, not knowing or scandalously ignorant of what Jerusalem represents to Muslim, Arab, and, in particular, Palestinian hearts. Thus he sparked the war that Israel wanted at a time when we wanted peace, thus revealing an underground flame that is inexhaustible and constantly renews itself whenever it is lit. Israel has received a lesson written by us in blood and in our brothers' and sisters' body parts and blood: it is that Jerusalem is a red line that cannot be dismissed. It is like a volcano about to erupt at any moment, and this indeed was what came about in recent days when Palestinians – young and old, children and men – established without a doubt that the entire world can be reduced to nothingness for the dignity of our holy places and the holiness of our land. Jerusalem is entrusted to us and we bear it around our necks – we will remain until Judgment Day, guarding and defending it and its Islamic and Christian holy places. For this reason the land of Palestine has sought to raise a voice from all sides, a voice made of the blood of hundreds of martyrs and the thousands who were wounded as a natural reaction to the attempt of the terrorist Sharon to sully the Mosque and Judaize its Arabness. This voice says: "Truth is written in my blood, in a name that my mouth repeats: Jerusalem, I am here to defend you so you may live in peace. Conscript my young, defeat my old, cast stones and terrify the enemy, the criminal."

Those who are on the soil of my blood-soaked country have written and we too shall write. From where shall we start and where shall we go?

- Palestine – Jerusalem, the Capital – October 28 – September 2000 [sic]:
- The Al-Aqsa Mosque is desecrated amidst Islamic, Arab, and international indifference.
- Palestinian youth come from all directions to thwart the attempt to desecrate Al-Aqsa.

In a step that was considered to be a blatant challenge to the feelings of Muslims, Arabs, and Palestinians, wherever they may be, and in an attempt to Judaize the Holy City, convert Muslims' first Qibla to a Jewish temple and synagogue, and annul the national and cultural rights of the Palestinian people, Ariel Sharon the Terrorist,

Humat Al-Areen 34

[SHATSKY-006968] [P 1: 3014] Gilmore 00279T

leader of the Likud Party, visited the Al-Aqsa Mosque with the blessing of the Ehud Barak government, which crammed the Sanctuary's courtyard with more than three thousand Zionist soldiers under cover of Israeli helicopters. However, these forces were not able to resist the crowds of our Palestinian people, who came from all over to defend our Islamic holy places. Sharon the Terrorist was unable to climb even one of the Sanctuary's steps, or desecrate any of the three mosques. He faced heavy resistance from citizens who threw stones, shoes, trash, and pieces of metal at him amid shouts of "*Allahu akbar*" [God is great], "with soul, with blood, we sacrifice for you, Al-Aqsa", and "Sharon, get out". The course of events started around seven-thirty in the morning when Sharon arrived accompanied by a number of Likud members of the Knesset – among them the mayor of West Jerusalem. Passing through the Moroccans' Gate to the blessed Al-Aqsa Mosque, he passed between two long lines formed of approximately one thousand Israeli soldiers and police officers who created an umbrella for him with their weapons, making it impossible to so much as see him. Upon entering the Mosque's courtyard, cries of "*Allahu akbar*" were heard in the air above the city but Sharon still tried to enter the building of the blessed Al-Aqsa Mosque. Because Palestinians' bodies formed a bulwark in front of the terrorist Sharon, he was not able to desecrate the Marwani *Musalla* [open area for prayer]. The terrorist's visit did not last more than thirty minutes until he left, dragging his tail behind him in disappointment and shame, giving the signal to begin yet another massacre against our Palestinian people.



• Palestine – Jerusalem, the Capital – October 29 – September 2000:

- "Red Friday," another massacre committed by Israel against people praying at the Al-Aqsa Mosque:

In light of the utter failure of Sharon's visit and its goals, the next dayIsraeli forces formulated a comprehensive military plan to retaliate against our people who had prevented the visit from being completed with their own bodies, forming human chains to keep Sharon from entering the three mosques of Al-Aqsa. On Friday, Israeli occupation forces entered the area of the Moroccans' Gate with large numbers of special forces. These forces intentionally provoked those praying by simultaneously entering the area via a number of the Mosque's entrances and opening fire on them, killing and wounding them in a scene reminiscent of the events of the Al-Aqsa Massacre committed on October 8th, 1990. The fact that this day – in which all available evidence indicates that more than three thousand Zionist soldiers crowded together in the Mosque's courtyards – was just one day after Sharon's provocative visit to the Mosque indicates that the massacre was arranged by Zionists. In mere moments, the Mosque's courtyard was transformed into a war zone in which Israeli occupation forces used live and rubber bullets, an Israeli police helicopter hovered in the sky over the holy Mosque, and Israeli snipers took their positions on top of the wall overlooking the Al-Aqsa Mosque and on top of the Al-Sharaf neighborhood which Jews call the Jewish Quarter. For more than an hour, as the number of martyrs and wounded continued to increase, the brutal occupation forces intentionally prevented ambulances from reaching the Mosque to take away the wounded. Calls were made through the Mosque's minarets asking for help in taking away the injured and offering help to them. As soon as the confrontation broke out within the Al-Aqsa Mosque courtyard, it spread like wildfire, especially in the area of Abu Dis, Damascus Gate, Sultan Suleiman Street, and all regions of the country north and south. The most violent confrontations took place on the Mount of Olives in Jerusalem, when occupation forces tried to enter the Augusta Victoria and Al-Maqasid Hospitals in a provocative, unjustifiable step. They were resisted by young Palestinians who were martyred and wounded by Israeli forces' randomly-fired bullets. In total, there were 6 martyrs and more than 300 wounded in the first day of the Sanctuary [i.e. Al-Aqsa] Intifada (Red Friday).

The martyrs were:

- Martyr Bilal Ali Khalifeh Afaneh, 29, from Abu Dis, [killed by] a bullet to the chest. He was married and had a daughter who turned one year old the day he was martyred.

- Martyr Muhammad Hussein Farah, from Umm Al-Fahm within the Green Line.
- Martyr Yahya Hassan Faraj, 17, from Beit Safafa.
- Martyr Osama Muhammad Adam Jeddo, 23, from the Old City of Jerusalem, [killed by] a hollow-point bullet to the chest, which tore his liver and ruptured a major vein.
- Martyr Haytham Orayda Eskafi, 45, from the Al-Thawri neighborhood of Jerusalem, [killed by] a bullet to the head. He was married and the father of 3 sons and 2 daughters.
- Martyr Nizar Ibrahim Al-Shuwayki, 19, from Silwan, [killed by] a bullet to the right ear. The martyr had a brother who was also martyred in the Intifada.

Humat Al-Areen 35

[SHATSKY-006969] [P 1: 3015] Gilmore 00280T



حشود المواطنين تواجه قوات الاحتلال المعتدية في باحات الحرم القدسي ـ

(Crowds of citizens confronting the occupation forces congregating in the courtyards of the Sanctuary in Jerusalem [i.e. the Temple Mount].

• Faced with the brutality and massive size of the deliberate Israeli massacre, the Palestinian leadership has put responsibility for the terrible crime squarely on Israel. It has announced a general strike and mourning on July 30, to last one day. The strike will extend to all corners of the country and will allow our people to honor the struggle of the Al-Aqsa martyrs, visit the wounded in the hospitals, and extend condolences to the families of the heroic martyrs.

The leadership's statement reads as follows:

"The Palestinian leadership, as it announces Saturday to be a national day of mourning and general strike to express anger at the Israeli crime, affirms that the Palestinian people will not give up one bit of soil from the Holy City of Jerusalem and will not countenance Israeli acts of aggression and attempts to impose Israeli occupation on the Holy City of Jerusalem, the Sanctuary in Jerusalem, and all holy Christian and Islamic sites in the Holy City of Jerusalem. All of our fearless Palestinian people throughout the country have heeded this call to transform the general strike and day of mourning that the leadership has called for into a day of confrontations and violent clashes extending to all governorates of the country north and south and within the Green Line. More are martyred and wounded: the number of martyrs of the Al-Aqsa Intifada

has risen to 13 and the number of wounded has risen to more than 600."

The martyrs and wounded in the country's governorates on July 30th, 2000, were distributed in the following way:

- Nablus Governorate – 5 martyrs, more than 100 wounded, and 16 in critical condition. The martyrs were:
- Martyr Khalid Al-Bazyan, 16.
- Martyr Mahmoud Hani Anbara, 24, from Al-Ruwayshid in Jordan. He had recently come to visit his relatives in Palestine.
- Martyr Zakariya Al-Kilani, 22, from the village of Siris, a student at An-Najah National University.
- Martyr Muhammad Al-Qalaq, 21, from Tulkarem, a member of the Navy.
- Martyr Amjad Masaeed, 22, from Tubas, first assistant in the Navy.
- In the Governorate of Ramallah and Al-Bireh, one person was martyred, more than 60 were wounded, and 3 are in critical condition. The martyr was Nizar Mahmoud Eideh.
- The southern governorates and Gaza saw 4 martyrs and around 100 wounded.
- The martyrs were:
- Martyr Bassam Al-Balbisi, 45, from the neighborhood of Shuja'iyya. He was an ambulance driver and was martyred while attending to the martyr Muhammad Jamal Al-Durrah.
- Martyr Muhammad Jamal Al-Durrah, 12, was martyred in sight and within earshot of the world as the media broadcast the details of his execution.
- Martyr Muhammad Nabeel Al-Atlah, 25, [killed by] a shot to the head, resulting in severe brain laceration.
- Martyr Maher Rajab Obayd, 22, [killed by] a hollow-point bullet to the lumbar artery – from Jabalia [refugee] camp.
- In Hebron Governorate there were more than 153 wounded and 3 cases of clinical death.
- In Bethlehem Governorate, the cradle of Jesus Christ, 88 were wounded.
- In Tulkarem Governorate, more than 100 were wounded.
- In the capital of Jerusalem, 40 were wounded.
- The following passed away:
- Martyr Emad Asheh
- Martyr Muhammad Jihad Abdulrazzaq

Meanwhile, the Palestinian leadership has met continuously with multiple emergency meetings having been held under the presidency of his Eminence the Iconic Leader, Abu Ammar. The leadership has demanded that the United Nations form an international investigative commission to identify and condemn the person or persons responsible for the massacre at Al-Aqsa Mosque and the Noble Sanctuary and to work to end this bloody and blatant aggression against the Palestinian people and its land and holy places.

The leadership has expressed the following in its statement:

> "The Palestinian leadership – which is proud of its great people who are filled with national pride and determination to obtain their rights – calls for anyone concerned with the peace process to demand that the Israeli government stop the bloodbath; put an end to the blatant acts of aggression which Israeli forces are committing against the Al-Aqsa Mosque, the Noble Sanctuary, and against our people; to immediately remove their forces from the entrances and gates of the Noble Sanctuary; and for Israeli forces to immediately withdraw from the entrances to Palestinian cities, and to stop firing on defenseless civilians and on a people which is expressing its legitimate right of self-defense of its holy places and land."

- Palestine, the first Sunday of October 2000:
- A mass strike and public mourning shall extend to all governorates of the country and within the Green Line.
- Deployment of dozens of Israeli armored vehicles at the entrances to Palestinian cities.
- Israeli forces use rockets and helicopters in response to our brave heroes' stones.

Humat Al-Areen 36

[SHATSKY-006970] [P 1: 3016] Gilmore 00281T



(The little angel Sara. Have you no shame?!)

- 10 martyrs and more than 300 [wounded] in Palestinian lands, 7 of whom are in critical condition.

The battle between existence and non-existence has continued, and martyrs have continued falling one after another. Confrontations within the Green Line, where our people are stationed on their land which was occupied in 1948, have continued. Omar Muhammad Ahmed Jabareen, 23, was martyred after being shot directly in the head.

Meanwhile, 50 others were wounded during confrontations which took place in all Arab cities and villages within the Green Line. Demonstrators raised Palestinian flags, black flags, and banners condemning the acts of repression carried out by Israeli forces in the West Bank and Gaza.

- In the country's governorates north and south, the following passed away:
- Nablus Governorate Martyr Jihad Mahmoud Al-Aloul, 23, shot in the head.

Martyr Iyad Muhammad Al-Khashashi, 17, shot in the chest.

Martyr Mustapha Hulmi Muhammad Ramadan, 26, shot in the neck.

Martyr Husam Naeem Bakheeb, 19, shot in the head.

Martyr Samer Tabanja, 10, shot by sniper fire from a helicopter.

Martyr Sara Abdulazeem Hassan, 2, shot to death in the head when settlers fired on her father's car.

- The Governorate of Ramallah and Al-Bireh – 3 martyrs, around 50 wounded, and 5 in critical condition after confrontations. The martyrs were:

Martyr Muhammad Nabeel Ali Daoud, 16, shot in the head.

Martyr Emad Abdulrahman Anati, 24, shot in the head.

Martyr, Salah Faqih, 25, from the town of Qatana, shot in the head.

- In the southern governorates:

Israeli forces fired dozens of rockets, most of which fell on houses and streets near Salah Al-Din Gate in Rafah. Meanwhile, Israeli forces entrenched at the military post at the Al-Shuhada junction leading to the settlement of Netzarim fired more than 40 LAU-type rockets on nearby Palestinian houses and on a nearby National Security post, permanently destroying a military liaison post.

- At the Al-Shuhada junction, one young man was martyred and more than 100 others were wounded. The martyr was Sami Fathi Al-Taramsi, 17, from the neighborhood of Sheikh Radwan. He was hit by 7 bullets in the upper part of his body and was the target of a LAU rocket fired from a helicopter, a fragment of which entered his body and tore up his abdomen and chest.

In solidarity with their brothers and Palestinian countrymen, all Arab villages and cities within the Green Line have witnessed a complete general strike in which unified marches and demonstrations have been organized in each Arab village and city in protest of the massacre committed against our people. More than thirty demonstrations were held in Galilee, the Triangle, Nazareth, and the cities of Al-Battouf and its towns of Sakhneen, Arraba, Deir Hana, Tamra, Kaboul, Al-Rina, Kafr Kana, as well as a number of towns in the Triangle such as Umm Al-Fahm, Kafr Qara, Al-Tayibe, Tira, Baqa Al-Gharbiyye, and others.

- Events of the Sanctuary [i.e. Al-Aqsa] Intifada in the country's governorates on October 2, 2000:

Our people within the Green Line gave up eight martyrs as a sacrifice for Palestine the motherland. Our people within the Green Line continued to announce their rejection of the heinous crime committed by the Israeli occupation against our people in the West Bank and Gaza Strip because what brings us together is greater than lines and borders. The Palestinian masses arose in the 1948 Occupied Territories and shattered Israeli claims and titles to announce that no green lines will divide us from Palestine – Land, Identity, and Human Being. Thus the volcano was lit in Nazareth, Umm Al-Fahm, Sakhneen, Arraba, Al-Battouf, Haifa, Acre, Jaffa, and thirty villages and cities which are Arab in origin and in their residents, Palestinian in their blood and in their existence. 8 martyrs joined the ranks of heroism and sacrifice.

Humat Al-Areen 37

[SHATSKY-006971] [P 1: 3017]
Gilmore 00282T

| Our Selection For You | This Edition's Break | Our Selection For You |
|---|---|---|
| | A boy screams? | By: Editorial Secretary |

I strike with stones against lethal weapons, and you ask me who I am??



I am the one who suffers hunger and whose nerves rip him apart with the siege above me, to my right, and to my left. I have no right even to a piece of cotton or bandage except after we hold symposia and discussions. I'm in the heights overlooking life, impatiently on the lookout, and maybe in the action of unanimously raising right hands to denounce the severe agreement in exchange for life.

• And you ask me who I am?

I am the one whose voice has become hoarse filling files with complaints for the sake of my land, my country, my heritage, my ancestors, and my burial grounds. I have carefully put my files on the shelves of neglect, regretting that they did not believe. They gave me time while great power heeded my call and hurried to my aid. A barrage of bullets of all kinds rained

down: live, hollow, metal, rubber, 500, 250, 700... They are things and terms which are outwardly one thing and inwardly quite another. At their most basic, they are internationally forbidden. They tear up your nerves, cut your veins open, and explode within your body. After discovering them, we found that they are internationally forbidden, not permitted against us while forbidden against others, and it is not the issue whether one of us is killed, or a few of us, dozens of us, or even hundreds or thousands of us. The issue is that each one of them, not the thousands or millions, [has rights that are] not to be violated. We will say to them even if the whole world stands and denounces them, even then, we will still say, "my mother, my sister, my brother, the baby, and the old man were martyred. This happened and all the residents of the Earth stood by, silent as the Sphinx."

And you ask me who I am??

Yes, you slaughtered my mother, my most beloved, in front of my eyes, my beloved brother, and my child, blood of my blood, and all in broad daylight, and yet what do screaming and wailing get you? Does this brutality have any equal?

And you ask me who I am??

I am the one who carried the stone on my way to school, on my way to the mosque, and on my way to the market to buy a few things for my children and for my brothers and sisters. Is it a return to the *Jahiliyya* [age of ignorance] or the Age of Civilization?

And you ask me who I am??

I still wonder when my father will return – be it alive and well, among the martyrs, or in a hospital. World, do I not have the right to feel his embrace? Oh civilized people, oh humanity, why do you make this patch of land – which God has blessed with Islam, the Prophet of Guidance, peace be upon him, and the Prophet Christ, peace be upon him – [a place where] we are killed, slaughtered, and driven away, and where we as Islam are made into the enemies of peace, while Islam and the Bible call for peace?

To all those with hidden hands in the peace process:

I am attacked with rockets and internationally forbidden weapons – is it because I am Muslim, Catholic, or Protestant, or is it because I am a Palestinian demanding my own country, my own land, my own heritage, and my ancestors' grave, and I am the first to pick up a pen?

What right do you have to assassinate the smile on my lips? What right do you have to take away my innocence or to kill my

mother and imprison my brother and sister, and on what grounds? Oh rulers of the world, by God, take into account how weak I am as you send your reckless Barak-ian orders to light the fuse of war which will burn everything and everyone. I am just a small, innocent child, and know, oh rulers of the world, that if I am injured, killed, or torn to pieces that I am a martyr, so even when my blood flows I will rejoice because I receive the one who is far greater than you, and all gardens and bliss.

If you want me to stop carrying the stone:

Leave my holy places alone and give me back my dignity and my precious country, which is not available to be bought and sold. Give me back my historic stones and the graves of my ancestors, for I will not haggle over them: they are my beliefs and my family, and they are a part of me. I am all the same just a small, innocent child.

I say that the greatest sign of a challenge is to smile with tears in my eyes.

Humat Al-Areen 60

[SHATSKY-006972/SHATSKY-007711] [P 1: 3018] Gilmore 00287T

**General Barak... What changed today?**

- Barak, war general... did not distinguish between the war of glasses... and the field of war... and politics has its leaders!
- If you want to make peace, your signature is not yet inked onto the agreements.
- You've thrown on the wall all treaties, agreements, and international law!

Stones of the earth... are stronger than tanks, rockets, and airplanes!

We will defend our land with our blood "When thou threwest (a handful of dust) it was not thy act, but Allah's."

- What has changed?! * Or been replaced!
- Barak, bless you! You started it with a shot of mercy on the martyr Dalal Mughrabi.

 (General Barak, what has changed today?)

As an extension of the martyrdom of the three leaders in Beirut (the two Kamals – Kamal Adwan, Kamal Nasir, and Abu Youssef Al-Najjar) extending all the way... to the martyr Muhammad Al-Durrah... in the rain of bullets, what is left of the spring of peace?!

Nothing remains in this spring of peace which Israel considered to be an effective part of the road to realizing peace. To the contrary, [Israel's] military leaders (and this has been proved by our Intifada of the Noble Sanctuary), are continuing to abort the peace process and to pull it up from its roots. We have learned from informed sources that the Prime Minister, Defense Minister Ehud Barak issued orders to the Israeli Army Joint Chief of Staff to intensify the operations that special "Arabist" forces under the occupation army are carrying out in the West Bank and Gaza, with the goal of putting an end to the Al-Aqsa Intifada.

The Israeli Army Joint Chief of Staff left it up to the leadership of the central region of the Israeli Army to determine the field operations to be carried out by special forces in order to realize this goal, and the leader of the central region of the army, General Yitzhak Eitan, leans towards issuing orders to the Arabist unit – called "Duvdevan" – to execute operations within the Palestinian National Authority's region A.

These sources stated that the operations that General Eitan wishes to carry out include:

- Issuing orders to Duvdevan elements to carry out widespread kidnapping operations within the West Bank and Gaza.
- Liquidation of field commanders and actors who Israel claims are candidates to contribute in the preparation, supervision, and execution of martyrdom operations, be they from Fatah, Hamas, or Islamic Jihad.
- The re-occupation of large areas of Palestinian lands currently under Palestinian control, in the event that the peace process fails, according to a secret Israeli Army plan known under the code name "Field of Thorns," in which Israel seeks not to occupy the territories permanently but to use them as a "bargaining chip" during the peace negotiations to come.

In conclusion neither the blood of children, the remains of their bodies, the ink of agreements, nor commitments and promises will stop Barak from continuing with his plan, which seeks to put an end to the peace process in its entirety in order to preserve his political future in Israel. This is due to his belief that this blood, these acts of violence, and Israeli bombing of innocent people's houses will prevent the curtain from closing on his political future.

Humat Al-Areen 63

[SHATSKY-006973] [P 1: 3019]
Gilmore 00284T

Calls... Pleas for help... And screams?!

- Oh Muslims in the corners of the world, the first Qibla and Third after the Two Holy Mosques... the Cradle of Islam and of Guidance, the *Masra* [starting point of Muhammad's night journey, i.e. Jerusalem] of Allah's Messenger is calling you; heed the call!
- Jerusalem, the first Qibla and your first Kaaba – rescue it before it becomes another Andalus!
- Oh Arab world, one Arab poet calls to you saying:

Waken... and rise... oh Arabs...                      For you are already up to your knees

Decision will come by unifying the Arab dialogue, Arab goals, and Arab ranks!

- Oh Christian world:
- Christ was born in Bethlehem in Palestine! And he grew up in Nazareth in Palestine!

So come to the aid of the cradle of Jesus Christ... and rescue the Church of the Holy Sepulcher!

- Let the call to prayer rise roaring to the sky and let the bells of resurrection clang above!



Humat Al-Areen 67

[SHATSKY-006974] [P 1: 3020]
Gilmore 00285T



Indeed, we offered the Trust to the heavens and the earth
and the mountains, and they declined to bear it and feared it;
but man [undertook to] bear it. Indeed, he was unjust and
ignorant. God Almighty has spoken the truth.
A pack camel... the burden is heavy... the responsibility is
heavier!!

A gift from Humat Al-Areen

[SHATSKY-006975] [P 1: 3021] Gilmore 00286T

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF TIMOTHY FRIESE

Timothy Friese hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3012-3021.

2.    I am a professional translator with a Bachelor of Arts in Linguistics from the University of Chicago and a Masters of Arts in Teaching Arabic as a Foreign Language form the University of Michigan. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 3012-3021.

Dated: March 24 , 2014

TIMOTHY FRIESE





د مـيـز خــاص – بـمـنـاسـبـة انـتـفـاضـة بـيـعـة الأقـصـى

# مجلة حماة العرين

وثائقية – سياسية – ثقافية

تصدر عن مؤسسة العرين للدراسات والأبحاث والفنون

العدد    75 + 76    أكتوبر 2000م

غزة الميناء – شارع عمر المختار – تليفاكس 2825009

| الفهرست | رقم الصفحة |
|---|---|
| الفهرس | 1 |
| رئاسة العرين | 3-2 |
| الافتتاحية | 6-4 |
| الموقف السياسي | 8 – 7 |
| أخبار الرئاسة | 25 – 9 |
| مؤازرة حماس الشطب | 27 – 26 |
| مواكب للشهداء بالصورة والاسم | 33 – 28 |
| انتفاضة الأقصى المباركة | 47 – 34 |
| اجتماع قمة شرم الشيخ | 51 – 48 |
| اجتماع القمة العربية الغير عادي | 59 – 52 |
| اشكر خدمة العدد | 60 |
| في أيضة " حزب الله " | 61 |
| شؤون اسرائيلية | 62 |
| الفجر ل بارك " ما الذي تغير اليوم | 63 |
| شباب عن العفوان | 66 – 64 |
| رموز الفعل للانتفاضة | 75 – 67 |
| قطاعات أمن الرئاسة الـ17 | 96 – 76 |
| أقلام الميادين | 98 – 97 |
| أشياء – ومتفرقات | 101 – 99 |
| الأدب والثقافة | 109 – 102 |
| ميادين وآفاق في علم النفس | 111 – 110 |
| وثائق تاريخية للمسلمين | 116 – 112 |
| العمل الدبلوماسي | 120 – 117 |
| لقاء | 121 |
| في رحاب الإيمان | 123 – 122 |
| حتى الثقلى | 124 |

## الهيئة الاستشارية

د. نظمي بركـة

د. كامل أبو دف

مستشار قانوني : هاشم اللولو

مستشار قانوني : نعيم بركات

## مدير التحرير

الأب/ مانويل مسلم

السكرتير العام

الشيخ/ حسني زيارة

### رئيس التحرير

والمشرف العام

المقيد / فخري أبوالقواخر

مدير عام التفويض السياسي

والتفتيش العام

لقوات أمن الرئاسة الـ7 امـ

### أسرة التحرير

*- أ. المسـلم

*- ز. عفافـة

*- م. عفافـة

*- س. الطيـب

### الصف والكمبيوتر

زيـاد صالح

التصميم : علاء حسـونة

المتابعة : العف – الميناوي

## حكمة العدد

هذا اللخان يطبخ ط ، بديك كـ! لبس سوى طبخ الحرقة
فذا، بين الطاحون زملاً او صباباً..! واذن كيف ترى أرضك..؟
كلما زدت اقترابا ...؟!

جميع المواضيع المتبقية في " العدد القادم "

## انتفاضة الأقصى المباركة

### انتفاضة العالم العربي ... للعروبة الاسلامية ....والعروبة المسيحية

* فلسطين بأطفالها وشبابها وشيوخها ونسائها وبكل حجر من حجارتها تعبر لجدة أقصاها .

* زيارة الإرهابي شارون للمسجد الأقصى أشعلت النيران تحت أقدام الصهاينة .

* الجيش الاسرائيلي يتفنن في استخدام أسلحته الفتاكة من دبابات وطائرات قاذفة للصواريخ ليوقع أكبر عدد من الخسائر البشرية والمادية بحق شعبنا .

* مئات الشهداء وآلاف الجرحى حصيلة أوابية انتفاضة الحرم .

* العلم الفلسطيني يرفرف فوق قبة المسجد الأقصى للمرة الاولى منذ العام 1967 .

* أهلنا داخل الخط الأخضر يتضامنون مع أخوتهم في محافظات الوطن الشمالية والجنوبية .

* في وصلسل انتفاضة الحرم تبقى فلسطين كلاً بمواجهة المفرز ... فأيهما سينتصر ؟

بتجاهل فاضح لما تشكله القدس لأقئدة المسلمين والعرب خاصة الفلسطينيين فكان أن أشعل فتيل حرب أرادتها إسرائيل في وقت أرادت فيه السلام ليكشف عن جذوة تحت التراب لا تنضب بل تتجدد كلما أشتدت تتلقى إسرائيل درساً كتبناه بالدم وبأشلاء أخوتنا ودمائهم أن القدس خط أحمر لا يجوز التهاون بصدده فهي كالبركان القابل للانفجار في أي لحظة وهذا ما كان في الايام الاخيرة التي برهن فيها الفلسطينيون جلياً كبيرهم وصغيرهم طفلهم وشابهم أن الدنيا كلها تفنى من اجل كرامة مقدساتنا وقساوة أرضنا ذلك ان القدس أمانة في اعناقنا وسنبقى الى يوم الدين في رباط دفاعاً عنها وعن مقدساتها الاسلامية والمسيحية ومن اجل ذلك كله تعدت أرض فلسطين بدماء المئات من الشهداء وآلاف الجرحى الذين سقطوا كرد فعل طبيعي لمحاولة الإرهابي شارون تدنيس المسجد وتهويد عروبته ليعلو صوت أمت من كل حدب وصوب "الحق يكتب من دمي اسم يرده فمي ، يأقدس اني ها هنا للذؤد عنك لتسلمي ، جند صناري ، هزموا الكباري ، قذفوا الحجارة فارهبوا العدو المجرمي " ومن على ترى أرضي المغضب بالدم هو كتبوا ونحن سنكتب ، فمن أين تبدأ والى اين المسير ؟

* فلسطين – القدس العاصمة –28 تشرين أول سبتمبر –2000 :

* المسجد الأقصى يتعرض للتدنيس وسط اهتمام اسلامية وعربية ودولية .

* شهداؤنا الفلسطينيون يهبون من كل حدب وصوب ويفشل محاولة تدنيس الأقصى .

في خطوة أعتبرت تحدياً سافراً لمشاعر المسلمين والعرب خاصة الفلسطينيين أينما تواجدوا وفي محاولة منه لتهويد المدينة المقدسة وتحويل قبة المسلمين الأولى إلى هيكل وكنيس لليهود وإلغاء الطابع الوطني والثقافي للشعب الفلسطيني قام الارهابي آريئيل شارون .



شارون محاطا بالحراس خلال محاولته دخول الحرم.

هنا على ارضنا وفي زمن غير زمننا توقف الزمن واستوقف التاريخ نفسه ليفني بأكله وظلاله على بقعة ظلت منذ الازل مركزاً لصراع الأجيال انها ( القدس ) مدينة الانبياء وقبلة المسلمين الاولى التي توقف عندها الزمن مراراً وتكراراً احداها صادفت هذه الايام يوم حررها الخالد صلاح الدين الايوبي في العام 1187 واخراها عايشناها ايضاً هذه الايام يوم قام الارهابي مرتكب ابشع الجرائم بحق ابناء شعبنا ( صبرا وشاتيلا )الارهابي اريئيل شارون بزيارة إلى باحة المسجد الأقصى على غير علم منه او

حماة العرين 34





زعيم حزب الليكود بزيارة الى باحة المسجد الاقصى وسط مباركة من حكومة ايهود باراك التي زجت بما يفوق الثلاثة الاف جندي صهيوني تحت تغطية جوية من الطائرات المروحية الاسرائيلية إلى باحة الحرم حيث لم تستطع هذه القوات أن تتصدى لجماهير شعبنا الفلسطيني التي هبت من كل حدب وصوب للدفاع عن مقدساتها الاسلامية حيث لم يتمكن الإرهابي شارون من تخطي درجة واحدة من درجات الحرم ولم يستطع تدنيس أي من المساجد الثلاثة وواجه مقاومة شديدة من المواطنين الذين قذفوه بالحجارة والأحذية والنفايات والقطع الحديدية وسط صيحات الله اكبر وبالروح بالدم نفديك يا أقصى ويا شارون اطلع برة ، وكانت الاحداث بدأت قرابة الساعة السابعة والنصف صباحاً حينما وصل شارون وبرفقته عدد من اعضاء الكنيست الليكوديين بينهم رئيس بلدية القدس الغربية عبر باب المغاربة الى المسجد الاقصى المبارك حيث مر بين صفين طويلين قوامهما قرابة الف جندي وشرطي اسرائيلي الذين شكلوا بأسلحتهم مظلة له دون ان يكون بالامكان حتى رؤيته ، ولدى دخوله الى ساحة المسجد دوت صيحات الله اكبر في سماء المدينة ولكن شارون حاول فيما بعد الدخول الى مبنى المسجد الاقصى المبارك فرد على اعقابه حيث شكل الشباب الفلسطيني من اجسادهم سداً منيعاً امام الارهابي شارون الذي لم يستطع ايضاً تدنيس المصلى المرواني ولم تدم زيارة الارهابي اكثر من ثلاثين دقيقة ليرحل جاراً وراءه أذيال الخيبة و العار وليعطي اشارة البدء لإرتكاب مجزرة جديدة بحق ابناء شعبنا الفلسطيني .

## *- فلسطين - القدس العاصمة 29 تشرين أول سبتمبر 2000 :-

## *- " الجمعة الحمراء " مجزرة جديدة ترتكبها اسرائيل بحق المصلين في المسجد الاقصى :-

في ضوء الفشل الذريع الذي أحبط أهداف زيارة شارون قامت القوات الإسرائيلية في اليوم الثاني للزيارة بتدبير خطة عسكرية شاملة للانتقام من أبناء شعبنا الذين حالوا دون إتمام الزيارة بأجسادهم التي صنعوا منها سلاسل بشرية حالت دون إقتحام شارون لمساجد الأقصى الثلاثة ففي يوم الجمعة دفعت قوات الاحتلال الاسرائيلي بأعداد كبيرة من قواتها الخاصة إلى منطقة باب المغاربة حيث قامت هذه القوات باستفزاز المصلين وبالدخول بشكل مبرمج من خلال عدد من مداخل المسجد في وقت واحد لتفتح النار على المصلين وترديهم بين قتيل وجريح في مشهد أعاد إلى الأذهان وقائع مجزرة الأقصى التي أرتكبت في الثامن من أكتوبر للعام 90 واليوم كانت كل الدلائل خاصة هذا التواجد المكثف الذي فاق الثلاثة آلاف جندي صهيوني تواجدوا في باحات المسجد بعد يوم واحد من الزيارة الاستفزازية التي قام بها شارون للمسجد تشير إلى ان المجزرة كان مدبراً لها من قبل الصهاينة وما هي الا لحظات حتى تحولت باحة المسجد الاقصى الي ساحة حرب استخدمت فيها قوات الاحتلال الاسرائيلي الرصاص الحي والمطاطي فيما كانت طائرة مروحية تابعة للشرطة الاسرائيلية تحوم في سماء المسجد الشريف ،والقناصة الاسرائيليون اتخذوا مواقع لهم فوق الجدار المطل على المسجد الاقصى وفوق بنايات في حي الشرف الذي يسميه اليهود الحي اليهودي وفي وقت كان يزداد فيه عدد الشهداء والجرحى منعت قوات الاحتلال الغاشم وبشكل متعمد لمدة تزيد على الساعة سيارات الاسعاف من الوصول الى المسجد لاخلاء الجرحى فانطلقت الدعوات عبر مآذن المسجد للمساعدة في اخلاء الجرحى وتقديم المساعدة لهم وفور اندلاع المواجهات داخل باحة المسجد الاقصى انتشرت هذه المواجهات كالنار في الهشيم خاصة في منطقة أبو ديس وباب العامود وشارع السلطان سليمان وكافة محافظات الوطن الشمالية والجنوبية وكان أعنف المواجهات قد دارت في منطقة جبل الزيتون بالقدس حينما حاولت قوات الاحتلال اقتحام مستشفى المطلع ومستشفى المقاصد في خطوة استفزازية غير مبررة فقاومهم الشبان الفلسطينيون ليسقط منهم الشهيد و الجريح برصاص القوات الاسرائيلية التي فتحت النار عليهم بشكل عشوائي وبلغت حصيلة شهداء وجرحى اليوم الاول لانتفاضة الحرم ( الجمعة الحمراء ) 6 شهداء وأكثر من 300 جريح .

### والشهداء هم:

*- الشهيد بلال علي خليفه عفانة 29 عام من سكان أبو ديس رصاصة في الصدر والشهيد متزوج وله طفلة عمرها سنة واحد صادفت ذكرى ميلادها يوم استشهاده .

*- الشهيد محمد حسين فراج من سكان ام الفحم داخل الخط الاخضر .

*- الشهيد يحيى حسن فرج 17 عام من سكان بيت صفافا .

*- الشهيد أسامة محمد ادم جده 23 عام من سكان القدس القديمة - رصاصة دمدم في الصدر مما أدى إلى تفتت الكبد وتمزق وريد رئيسي .

*- الشهيد هيثم عويضة اسكافي 45 عام من سكان حي الثوري بالقدس - رصاصة بالرأس متزوج وأب لـ3 أولاد وبنتان .

*- الشهيد نزار ابراهيم الشويكي 19 عام من سلوان رصاصة بالرأس من جهة الأذن اليمنى وللشهيد أخ أستشهد في الانتفاضة .

حشود المواطنين تراجع قوات الاحتلال المتبقية في باحات الحرم القدسي

حماة العرين 36



الملاك الصغير ساره .. باي ذنب قتلت ؟!

مفترق الشهداء المؤدي الى مستوطنة " نتساريم " بإطلاق أكثر من 40 قذيفة صاروخية من نوع لاو على البيوت الفلسطينية المقابلة وعلى موقع قريب للامن الوطني الوطني حيث دمر الموقع التابع لقوات الارتباط العسكري بصورة نهائية .

**\*ـ وفي مفترق الشهداء استشهد شاب وأصيب أكثر من 100 الغرين و الشهيد هو / سامي فتحي الدراغمي 17 عام من حي الشيخ رضوان أصيب بـ7 رصاصات في الأجزاء العلوية من جسده واستهدفته طائرة عمودية بصاروخ او اخترق أحدى شظاياه جسمة ممزقة بطنه وصدره .**

وتضامناً مع قوتهم وإبناء شعبهم الفلسطيني شهدت جميع القرى والمدن العربية داخل الخط الأخضر اضراب عام وشامل ثم فيه تنظيم مسيرات وتظاهرات موحدة في كل قرية ومدينة عربية إحتجاجاً على المجزرة التي أستهدفت شعبنا وخرجت أكثر من ثلاثين تظاهرة في الجليل والمثلث والناصرة ومدن البطوف وبلداته سخنين عرابة ونيرحنا وطمرة وكابول والرينة وكفر كنا وبلدات عديدة في المثلث مثل ام الفحم وكفر قرع والطيبة و الطيرة وباقة الغربية وغيرها .

**\*ـ وقائم انتفاضة الحرم في محافظات الوطن في يوم 2 أكتوبر 2000 .**

**\*ـ أهلنا داخل الخط الأخضر يقدمون ثمانية شهداء قرباناً للوطن الأم فلسطين .**

واصل أهلنا داخل الخط الأخضر الإعلان عن رفضهم للجريمة النكراء التي إرتكبها الإحتلال الإسرائيلي ضد شعبنا في الضفة وقطاع غزة ذلك أن ما يجمعنا اكبر من الخطوط والحدود لذا فقد هبت جماهير شعبنا الفلسطيني داخل الأراضي المحتلة عام 1948 وحطمت المزاعم والمسميات الاسرائيلية لتعلن الا خطوط خضراء تفصلنا عـن فلسطين – الارض والهوية والانسان – فأشتعل البركان في الناصرة وام الفحم وسخنين وعرابة البطوف وحيفا وعكا ويافا وثلاثون قرية ومدينة عربية المنشأ والانسان ، فلسطينية الـدم والوجدان ليلتحق 8 شهداء بركب البطولة والفداء .

حماة العرين 37

**\*ـ 10 شهداء ومـا يزيـد عـن 300 فـي الأراضـي الفلسطينية 7 منهم في حالة الخطر .**

ترضات مبركة الوجود واللاوجود واستمر سقط الشهداء الشهيد تلو الشهيد وأمتدت المواجهات الى داخل الخط الأخضر حيث اهلنا المرابطين على ارضهم التي احتلت عام 1948 ليسقط في مدينة ام الفحم الشهيد عمر محمد احمد جبارين 23 عام اصابة مباشرة في الرأس .

هذا وقد اصيب 50 لغرين خلال المواجهات التي وقعت في كافة المدن والقرى العربية داخل الخط الأخضر حيث رفع المتظاهرون الاعلام الفلسطينية والسوداء والشعارات المنددة بممارسات القمع التي تقوم بها قوات الاسرائيلية في الضفة الغربية وغزة .

**\*ـ اما في محافظات الوطن الشمالية والجنوبية فقد ارتقى الى العلا كل من :ـ**

**\*ـ محافظة نابلس : الشهيد / جماد محمود العالول 23 عام اصابة في الرأس ـ**

الشهيد / اياد محمد النشقي 17 عام اصابة في الصدر .

الشهيد / مصطفى جلمي محمد رمضان 26 عام عيار ناري بالقلبة .

الشهيد / حسام نعيم بخير 19 عام اصابة في الرأس .

الشهيد / عامر طبيلـة 10 اعوام اصيب برصاص قناص في طائرة مروحية .

الشهيدة الطفلة / سارة عبد العظيم حسن عامان اصابة قاتلة بالرأس جراء اطلاق المستوطنين النار على سيارة والدها .

**\*ـ محافظة رام الله والبيرة سقط 6 شهداء وأصيب حوالي 50 شاب اصابة 6 منهم فطرة خلال المواجهات والشهداء هم :ـ**

الشهيد / محمد نبيل على داود 16 عام اصابة في الرأس .

الشهيد / عياد عبد الرحمن عتادي 24 عام اصابة بالرأس .

الشهيد / صام العقيد 25 عاماً من بلدة قطلة اصابة في الرأس .

**\*ـ وفي المحافظات الجنوبية :ـ**

قامت القوات الاسرائيلية باطلاق عشرات القذائف الصاروخية سقطت معظمها على البيوت المجاورة والشوارع المحيطة بوراية صلاح الدين في رفح بينما قامت القوات الاسرائيلية المتحصنة بالموقع العسكري في

P 1: 3017



بقلم / سكرتير التحرير

## لطفل يصرخ ...؟؟

## أضرب ضربة حجر أمام أسلحة فتاكة وان تسألوني من أنا ؟؟

**وأن تسألوني من أنا ؟؟**
فأنا الذي حملت الحجر وفي طريقي ...

**وأن تسألوني من أنا ؟؟**
فأنا المسائل ولا زالت المسائل ...

**ألم هل الذين لضم أيادي بغدية في سياسة الصابر ـ :**
لضرب بالمدافع والصواريخ وبالسلاح المدمر ...



أنا الذي اشمر ، جوعا وتفتك بي الاصحاب فتكا ، فالحصار من فوقي ومن ...

**\* ـ وأن تسألوني من أنا ؟؟**
فأنا الذي بج صوتي ، وملئت ملئات الشكاوى من اجل ارضي ...

**وأن تسألوني من أنا ؟؟**
نعم ثبت اسي ست الحبايب امام عيني واخي حبيبي ووالدي فلذة كبدي ...

**واقول ان اعظم آيات التحدي ان ابتسم والدموع في عيني**

حماة العرين  **60**

P 1: 3018

## الجنـــرال بــاراك ... مـــا الـــذي تـــغير اليـــوم ...؟!

- بـاراك – الجنرال العربي ... لم يميز بين حرب النظارات ... وحرب الميادين ... وللسياسة معاقدتها ...!

- فلو اردت ان تصنع السلام ... لما كشف حبر تواقيعك على الاتفاقات المبرمة

- ورميد عرض الحائط ... وميم المواثيق ... والاتفاقات ... والقوانين الدولية ...!

لتجارة الارض ... اقوى من الدبابات ... والصواريخ والطائرات ...!

سيدافع بدمائنا عن ارضنا " وما رميت اذ رميت ولكن الله رمى ...!"

- ماذا تغير ...؟! او تبدل ...!

- بـاراك ... بـورك بـك ...!! بماذا تما بطلقة الرحمة على الشهيدة دلال المغربي ...!



الجنرال بأراك
ما الذي تغير
اليوم؟؟

واوضحت هذه المصادر ان من بين العمليات التي ينوي الجنرال " ايتان " القيام بها :-

– اصدار اوامر الى عناصر " دوفدان " بتنفيذ عمليات خطف واسعة النطاق داخل الضفة وغزة .

– تصفية القادة الميدانيين والفاعلين والذين تزعم اسرائيل انهم مرشحون للمساهمة في الاعداد والاشراف وتنفيذ العمليات الاستشهادية سواء كانوا من حركة فتح او حماس او الجهاد الاسلامي

– اعادة احتلال مناطق واسعة من الاراضي الفلسطينية الخاضعة للسيطرة الفلسطينية في حال فشلت عملية السلام وذلك حسب خطة سرية للجيش الاسرائيلي معروفة بالاسم الرمزي " ارض الاشواك " حيث لا تعتزم اسرائيل احتلال هذه الاراضي بطريقة دائمة لكنها تنوي استخدامها " كعنصر مساومة " خلال مفاوضات سلام مقبلة .

وبعد ، فلا دماء الاطفال ولا اشلاء جثثهم ولا حبر الاتفاقيات ولا الالتزامات والعهود ستمنع بـاراك من الاستمرار في مخططه الهادف للقضاء على عملية السلام برمتها حفاظا على مستقبله السياسي في اسرائيل وذلك اعتقادا منـه ان هـذه الدمـاء وان اغسـال العنـف والقصف الاسرائيلي لبيوت الامنين ستحول دون اسدال الستار على مستقبله السياسي .

استنادا – لاستشهاد القادة الثلاث في بيروت ( الكماليين – كمال عدوان وكمال ناصر وابو يوسف النجار )

بخلصتها .. بالشهيد محمد الدرة ... في شتاء الرصاص فماذا تبقى لربيع السلام ...؟!
لم يبق شيئا في ربيع السلام الذي اعتبرت معـه اسرائيل احدى اطرافه الغير فعالـة وغير الحاملة في سبيل تحقيق هذا السلام ، بل ان قادتها العسكريين وهذا ما ثبتته انتفاضة حرمنا الشريف مضمون في اجهاض عملية السلام والقضاء عليها من جذورها فقد علم من مصادر مقلعة ان رئيس الوزراء ، وزير الجيش الاسرائيلي ايهود باراك اصدر اوامره لهيئة اركان الجيش الاسرائيلي لتكثيف العمليات التي تقوم بها الوحدات الخاصة " المستعربة " التابعة لجيش الاحتلال في الضفة وغزة وذلك بهدف وضع حد لانتفاضة الاقصى حيث تركت هيئة اركان الجيش الاسرائيلي لقيادة المنطقة الوسطى في الجيش الاسرائيلي الخيار لتحديد العناصر الميدانية التي يتوجب على الوحدات الخاصة القيام بها لتحقيق هذا الهدف. خاصة في قائد منطقة الوسطى في الجيش الجنرال " اسحق ايتان " يعول الى اصدار اوامر لوحدة المستعربين التي يقال طلبها " دوفدفان " لتنفيذ عمليات دفل مناطق السلطة الوطنية الفلسطينية الممتلة " أ " .

نداءات ... واستغاثات ... وصرخات ....!؟..

٣- أما المسلمون في بقاع هذا العالم؛ أولى القبلتين ... وثالث الحرمين الشريفين ... ومهبط الوحي
والهدى والإسلام ... ومسرى رسول الله يناديكم نائبوا النداء ...!

٤- النفس أولى القبلتين وكهبتكم الأولى أنقذوها قبل أن تصبح أنعاماً ثانية ...!

٥- أما العالم العربي ينادي كم شاعر من شعراء العرب؛ هاتفاً :-
تقدموا ... واستعيقوا ... أيما العرب ...            لقد طمع النطح حتى غامد الركب.

٦- يا مجد الخطاب العربي والمدفع العربي والصف العربي يتم اتخاذ القرار ...!

٧- أما العالم المسيحي :

٨- المسيح ولد في بيت لحم بفلسطين ...! وتزعزم بالناصرة في فلسطين ...!
فانصروا مهد المسيح ... وأنقذوا كنيسة القيامة ...!

٩- فلترتفع الفائر صافية للسماء ولتقدم أجراس القيامة عهوزها للسماء ...!



حماة العرين 67

