# EXHIBIT A.971

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER