# EXHIBIT A.987

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER