# EXHIBIT A.993

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER