# EXHIBIT A.1012

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER