# EXHIBIT A.1042

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER