# EXHIBIT A.1043

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER