# EXHIBIT A.1044

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER