# EXHIBIT A.1045

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER