# EXHIBIT A.1046

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER