# EXHIBIT A.1047

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER