# EXHIBIT A.1048

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER