# EXHIBIT A.1049

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER