# EXHIBIT A.1050

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER