# EXHIBIT A.1051

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER