# EXHIBIT A.1052

Tuesday, February 18, 2014



- Home
- Palestinian Mission
- Official News
- Consular Services
- Contact Us
- English

## POLITICAL INFORMATION

- Government
- International resolutions
- Conflict Issues
- Conferences and Conventions
- Palestinian Liberation Organization
- Press Releases

## AMBASSADOR

Ambassador Pr. Dr. Manuel Sarkis Hassassian, President of the Palestinian Mission to the United Kingdom       More



Search

http://palestinianmissionuk.com/arabic/?page_id=838

P 1: 4479


PLAINTIFF'S EXHIBIT 1052

Tuesday, February 18, 2014

# Palestinian National Liberation Movement – Fatah

**The Beginning:**

The roots of the Fatah movement go back to 1956, with a meeting between six people: Yasser Arafat, Khalil al-Wazir, Adil Abdelkarim, Abdallah al-Dannan, Youssef Amira, and Tawfiq Shadid. This meeting was the first founding meeting of the Fatah movement. The founders established what was called "The Revolutionary Building Structure" and "Our movement's Declaration". New members joined since 1959, the most prominent of whom were Salah Khalaf, Khaled al-Hassan, Abdelfattah Hammoud, Kamal Adouan, Mohammed Youssef al-Najar, Abdelfattah Ismail, and Mahmoud Abbas.

In 1959, the Fatah movement appeared through Beirut-based magazine "Our Palestine – The Call of Life", which was its first media platform. The first issue of the magazine came out in November, under the management of Tawfiq Khoury. During the period of 1959 – 1964, Our Palestine spread the word about the movement and its ideology. The magazine was instrumental in the rise of several other organizational and revolutionary groups, as the following new members joined this emerging group: Majed Abu Sharrar, Ahmed Qurei, Farouq Qadoumi, Sakhr Habash, Yahya Ashour, Zakaria Abdelhamid, Samih Abu Kweek, Abbas Zaki, as well as many others.

**The Launch:**

On December 31, 1964, the Fatah leadership decided to start the armed struggle under the name of the "al-Asifa" forces with the famous operation Eilabun Tunnel in which an Israeli water network was bombed. Fatah continued its operations and started to intensify them starting 1965, causing a great deal of trouble to the Israeli Army. The first political declaration came out on January 28, 1965, illustrating that the Fatah political and military plans are not in contradiction with the Palestinian and Arab plans. The movement later emphasized the need for military mobilization. The movement announced its inception on January 1, 1965, as the day of the explosion of the contemporary Palestinian revolution.

The beginning of Fatah's armed struggle in January 1965 represented the true birth of the contemporary Palestinian resistance and its national identity after the Nakbah *[The catastrophe]*, to restore the national identity of the Palestinian people, and draw attention to the Palestinian issue as one of the just and important liberation movements all over the world.

**Ideology:**

P 1: 4480

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

The Fatah movement bases its ideology on the principle that the land of Palestine belongs to all Palestinians. It is an Arab land and all Arabs must take part in its liberation. The organization shaped its struggle program to mobilize the Palestinian people with all its groups and classes, and no matter where they are, and avoid any type of conflict between social classes, groups and religious factions, as well as any type of regional conflicts. The movement emphasized the need to work on restoring the Palestinian identity of the land and the people [of Palestine], and the importance of ascertaining the independence of the Palestinian will, strengthening its ties with the Arab nation, and attracting its support and protection. After that, Fatah started to prepare for the start of the armed struggle through the al-Asifa forces.

**Strategic Constants and Periodic Policies of the Fatah Movement:**

Fatah started out as a national movement to liberate the Palestinian people, and a revolution that aims at enlightening, uniting, organizing and liberating the Palestinian people, so that they could take charge of their issue and move it from inaction into action to put an end to the occupation and the colonization, and return the refugees back to their homeland.

As a constant principle, the movement refused to adopt any one-sided party ideology, as it considered itself a national liberation movement that represents all factions, classes and groups within the Palestinian society, and opened its doors to political and ideological groups so that they can be part of it.

The objectives defined in the Fatah strategy can be summarized as follows:

I.   Liberating Palestine, ending the colonization and obtaining the inalienable rights of the Palestinian people: These rights include the right of the Palestinian people to self-determination, which is an inalienable and non-negotiable right that was recognized and established by the international community, without any statute of limitation. They also include the Palestinian people's right to establish their own independent and sovereign state, with Jerusalem as its capital, on liberated Palestinian land that Israel occupied after June 4, 1967, as well as the refugees' right to return and compensation, pursuant to the United Nations charter and Resolution 194 of the General Assembly.

II.  Methods and Forms of Struggle:
     The struggle is based on the Palestinian people's right to resist the occupation and fight against colonization, expulsion, displacement and racial discrimination. This right is guaranteed by all religions and all international laws.

III. Independent National Palestinian Personality and Identity:
     Fatah's strategy is focused on the Palestinian people and their struggle, and on the premise that there is no alternative but their homeland. Therefore, the movement did not spare any effort in all areas to emphasize the independent national Palestinian personality, and strengthen the Palestinian identity.

P 1: 4481

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

IV. Palestinian National Unity:
The Palestinian people are people with a clear identity and sense of belonging to their nation, and have been struggling for almost a century to safeguard its homeland and its national identity, and liberate its land from occupation and colonization. The Arab Palestinian people are one unit inside the homeland, in the [West] Bank and its heart, in the [Gaza] Strip, behind the red line and outside, in the Diaspora.

V. Arab Identity:
The Fatah movement works on the premise that the Palestinian people are Arab and form an integral part of the Arab nation.

VI. Islam and Divine Religions in the Fatah Strategy:
Palestine is the Holy Land of all three divine religions. Islam is the religion of the majority of Palestinians, and is the official religion of the Authority and the State. Christianity and Samaritanism enjoy the same holiness and respect, and Fatah does not allow any discrimination between Palestinians on the basis of religion, creed or level of belief, and respects the freedom of worship for all.

VII.   Role of International Relations in the Fatah Strategy:
The movement always endeavors to build and develop its international relations to expand its circle of friends and allies, and remains strategically committed to the international law and the legitimacy of the United Nations and its charter. Fatah bases its foreign relations on the fact that it is a national liberation movement that is fighting against the Israeli occupation. As a popular and official movement, Fatah always bases [its work] on the Palestinian people's right to self-determination, independence and return, as well as on the protection guaranteed by the international human law, and especially by the Fourth Geneva Convention Relative to the protection of civilian persons in time of war and the protection of civilians under foreign occupation, and the provisions of the international law that recognizes the right of people to resist occupation and struggle for freedom, independence and self-determination.

**Military Wings**

1- Al_Asifa Forces: Al-Asifa was the main military wing [of Fatah] from 1956 to 1982, at which time several other Fatah wings came to existence.
2- The Black Panther and the Popular Army: These groups became active during the first Intifada. These were Palestinian military groups that used rudimentary weapons such as white weapons, guns, and a small number of riffles. These groups operated in the Gaza Strip and the West Bank.
3- Al-Aqsa Martyrs Brigades: This is the military wing of the Fatah movement. It started its activities at the beginning of the second Palestinian Intifada. It carried out a number of quality military operations and offered many martyrs.

**P 1: 4482**

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

**Fatah in the Twenty First Century:**

During its long existence, the Fatah movement faced several challenges, from the assassination of its leaders by the Israel intelligence, the MOSAD, to confrontations with Arab states and internal splits, and was able to successfully overcome them.

Since the beginning of the twenty-first century, Fatah faced several difficult challenges. At the outbreak of the 2000 al-Aqsa Intifada, the return to the armed struggle and commando operations carried out by groups affiliated with the movement represented a difficult challenge for the leadership of the movement who entered the political process and negotiation with Israel, starting with the Madrid Conference in 1991, which was followed by a series of agreements, the most important of which was the Oslo agreement, and all the subsequent security commitments.

The death of Yasser Arafat, the leader of the movement, was a huge point of transformation in the history of Fatah and the national Palestinian march in general. Arafat was a symbol of the Palestinian people, and in the absence of Abu Ammar, who was most probably killed by a poisonous substance that the Israeli intelligence was able to inject into his body, Mahmoud Abbas "Abu Mazen" took over the presidency of the movement, and worked on reforming the movement's institutions.

However, Fatah's defeat in the 2006 legislative elections by its competitor Hamas was one of the most devastating shocks for the movement. Fatah was still under this shock, when Hamas led a coup and assumed its military control over the Gaza Strip in 2007. As a result, many Fatah members at all levels called for the need to renew the movement and hold its conference which had not been held for years. The movement held its sixth conference on August 4, 2008. Some thought that this conference constituted a new beginning for the Fatah movement which was able to regain its strength and effectiveness, and renew its leadership and unity. Others considered that the movement needed more structural reforms in order to regain its leadership role.

Designed by the Palestinian Mission © 2012

Follow us on twitter or rss

P 1: 4483

http://palestinianmissionuk.com/arabic/?page_id=838

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P1: 4479-4483.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 4479-4483.

Dated: March 6, 2014

                                                                  Adnane Ettayebi

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

Notary Public

TRAVIS D GARCIA
Notary Public
State of New Jersey
My Commission Expires Nov. 17, 2016
I.D.# 2352547



معلومات سياسية

- الحكومة
- قرارات دولية
- مؤتمرات و اتفاقيات
- منظمة التحرير
- البيانات الصحفية

- الرئيسة
- البعثة الفلسطينية
- الأخبار الرسمية
- الخدمات القنصلية
- المواقع الإلكترونية
- اتصل بنا

السفير

السفير أ. د. مانويل سركيس حساسيان رئيس البعثة الفلسطينية لدى المملكة المتحدة المزيد



P 1: 4479

http://palestinianmissionuk.com/arabic/?page_id=838

Tuesday, February 18, 2014

# حركة التحرير الوطني الفلسطيني – فتح

| النشأة: |
|---|

تعود جذور نشأة حركة "فتح" إلى أواخر العام 1957، حيث تم عقد لقاء ضم ستة أشخاص هم: ياسر عرفات، وخليل الوزير، وعادل عبد الكريم، وعبد الله الدنان، ويوسف عميرة، وتوفيق شديد، واعتبر هذا اللقاء بمثابة اللقاء التأسيسي الأول لحركة "فتح"، وصلاح المؤسسون ما سمي "هيكل البناء الثوري" و"البيان حركتنا"، وفي ذلك اللقاء انضم أعضاء جدد منذ العام 1959 كان أبرزهم: صلاح خلف، وكمال عدوان، ومحمد يوسف النجار، وكمال عدوان، وعبد الفتاح حمود، وكمال عدوان، ومحمد يوسف عميرة، وتوفيق شديد، وصائغ المؤسسون التجار، وكمال عدوان، وعبد الفتاح اسماعيل، ومحمود عباس.

| الانطلاقة: |
|---|

في العام 1959 ظهرت "فتح" من خلال منبرها الإعلامي الأول مجلة "فلسطيننا" – نداء الحياة"، التي صدرت في بيروت منذ شهر تشرين ثاني / نوفمبر، والتي أدارها توفيق خوري، وقامت مجلة "فلسطيننا" بين 1959 – 1964 واستقطبت من خلالها العديد من المناصرين وسجلت أبو الأخرى، فانضم للحركة خلال تلك الفترة إلى صفوفه هذه المجلة الناشئة كويك، وعباس زكي، وغيرهم الكثير، وأحمد قريع، وفاروق قدومي، وصخر حبش، ويحيى عاشور، وزكريا عبد الحميد، وسميح أبو كويك، وعباس زكي، وغيرهم الكثير.

| الانطلاقة: |
|---|

قررت قيادة "فتح" الموسعة بدء الكفاح المسلح في 31/12/1964 باسم قوات "العاصفة" بالعملية الشهيرة، التي تم فيها تفجير شبكة مياه اسرائيلية تحت اسم عملية "نفق عيلبون"، ثم تواصلت عمليات حركة "فتح" وأعدت تتصاعد منذ العام 1965 مسببة أثر جراح شديدًا للجيش الإسرائيلي. وصدر البيان السياسي والعسكري لحركة "فتح" لاحقًا على ضرورة 28/1/1965 مبينًا أن المخططات الرسمية الفلسطينية والعربية، وأعلنت الحركة عن انطلاقتها في الأول من كانون ثاني / يناير من العام 1965 كيوم لتفجير الثورة الفلسطينية المحاصرة.

| الفكر: |
|---|

وقد شكل انطلاق حركة فتح بالكفاح المسلح في يناير 1965 ولادة حقيقية لحركة المقاومة الفلسطينية المعاصرة بعد النكبة لتعيد معها "فتح" الاعتبار لهوية الشعب الفلسطيني وشخصيته الوطنية، وتلقت كل الأنظار إلى القضية الفلسطينية وعدالتها ومكانتها بين حركات التحرير في أرجاء العالم.

رابعاً: الوحدة الوطنية الفلسطينية:

الشعب الفلسطيني شعب واحد يجب الإنتماء إلى وطنه ويناضل منذ ما يقارب القرن من الزمان من أجل الحفاظ على وطنه وهويته الوطنية وتحرير أرضه من

ثالثاً: الشخصية الوطنية والهوية الفلسطينية:

ارتكزت استراتيجية حركة فتح على الشعب الفلسطيني ونضاله، وأنه لا بديل له عن وطنه، ولذلك فقد بنت الحركة جهودها في كل الميادين لتأكيد الشخصية الوطنية

ثانياً: أساليب النضال وأشكاله:

ينطلق النضال من حق الشعب الفلسطيني في مقاومة الإحتلال، وفي النضال ضد الإستيطان والطرد والترحيل والتمييز العنصري، وهو حق تكفله الشرائع والقوانين

أولاً: تحرير فلسطين وإنهاء الإستيطان والوصول إلى الحقوق الثابتة للشعب الفلسطيني وعاصمتها القدس على الأرض الفلسطينية المحررة التي احتلتها إسرائيل بعد الرابع من يونيو 1967 وحق اللاجئين في العودة والتعويض، استناداً إلى ميثاق الأمم المتحدة، وقرار الجمعية العامة رقم 194.

ويمكن تلخيص الأهداف المحددة في إستراتيجية حركة فتح بما يلي:

نأت الحركة في توانيها عن تبني فكر حزبي أحادي باعتبارها حركة تحرر وطني تمثل الشعب بطوائفه وطبقاته وفئاته كافة، وفتحت الباب أمام تيارات سياسية وفكرية للإنتماء إليها.

الحدود فتح كحركة للتحرر الوطني للشعب الفلسطيني، وثورة تستهدف تحرير الشعب الفلسطيني وتوحيده وتنظيمه وتحرير أراضيه لكي يأخذ زمام قضيته فيدفعها من

القوى الإستراتيجية والسياسات المرحلية لحركة فتح:

تستند حركة فتح في مبادئها على أن فلسطين أرض الفلسطينيين جميعاً وهي أرض عربية يجب على كل أبناء العربية المشاركة في تحريرها، وبلورت برنامجها النضالي الذي أهم بتعبئة الشعب الفلسطيني بكل فئاته وطبقاته وأماكن تواجده وتحت أهمية ترسيخ استقلال الإرادة الفلسطينية وتعظيم ارتباطي بالأمة العربية واستقطاب دعمها وحمايتها، وبدأت فتح بعدها في الإعداد لإنطلاق الكفاح المسلح من خلال قوات العاصفة.

"فتح" في القرن الواحد والعشرين:

تعرضت حركة "فتح" خلال مسيرتها الطويلة إلى العديد من التحديات سواء كانت عمليات التصفية لقيادات في الحركة على يد المخابرات الإسرائيلية "الموساد" أو مواجهات مع دول عربية، أو انشقاقات داخلية واستقالات من الحركة تجاوزتها.

الشهداء:

1- كتائب شهداء الأقصى: تعتبر الذراع العسكري لحركة فتح، بدأت نشاطاتها منذ بداية الانتفاضة الفلسطينية الثانية وكان لها عمليات عسكرية نوعية وقدمت العديد من الشهداء.

2- مجموعات الفهد الأسود والجبش الشعبي: نشطت هذه المجموعات خلال الانتفاضة الفلسطينية الأولى، وهي مجموعات عسكرية فلسطينية ذات أسلحة بسيطة كالسلاح الأبيض.

3- كتائب شهداء الأقصى: تغير الذراع العسكري لحركة فتح، بدأت نشاطاتها منذ بداية الانتفاضة الفلسطينية الثانية وعملت هذه المجموعات في قطاع غزة والضفة الغربية.

الأجنحة العسكرية:

1- قوات العاصفة: تعتبر العاصفة الجناح العسكري الرئيسي لحركة فتح منذ عام 1965 وحتى 1982 حيث برزت بعد ذلك أجنحة متعددة لحركة فتح.

ثانياً: دور العلاقات الدولية في استراتيجية فتح: تسعى حركتنا واستقلالها وتقرير مصيرها.

ثالثاً: الاحتلال هي موسعة دائرة أصدقائها وحلفائها ملتزمة باستراتيجية تكافح ضد الاحتلال الإسرائيلي، مستندة دائماً في حركتي الشعبية والرسمية إلى حق الشعب الفلسطيني في تقرير المصير وحقه في الاستقلال والعودة، كما أنها تستند إلى أحكام القانون الدولي الإنساني وبالأخص اتفاقية جنيف الرابعة لعام 1949 من أجل حريتنا واستقلالنا وحماية المدنيين تحت الاحتلال الأجنبي، ولأي أحكام القانون الدولي التي أكدت حق الشعوب في مقاومة الاحتلال والحق في تقرير المصير وحماية المدنيين في زمن الحرب واستقلال والعودة.

رابعاً: الإسلام والأديان السماوية في استراتيجية فتح: الإسلام والأديان السماوية الثلاث، والإسلام هو دين الأغلبية من أبناء الشعب الفلسطيني وهو الدين الرسمي للسلطة والدولة، وللمسيحية والسامرية نفس القدسية والاحترام ولا نسمح حركة فتح بأي تمييز بين الفلسطينيين على أساس دينهم وعقيدتهم أو مقدار إيمانهم، وتحترم حركة فتح العبادة للجميع.

خامساً: الانتماء العربي: تنطلق حركة فتح من أن الشعب الفلسطيني شعب عربي وجزء لا يتجزأ من الأمة العربية.

الاحتلال والاستيطان، والشعب العربي الفلسطيني وحدة واحدة داخل الوطن، في الضفة وقطاع القدس، وفي القطاع، وخلف الخط الأخضر وخارجه في الشتات.

ومنذ مطلع القرن الواحد والعشرين وجهت حركة "فتح" العديد من التحديات الصحية. فمع انطلاق انتفاضة الأقصى في العام 2000 شكلت العودة للنضال المسلح والعمليات الفدائية التي تتبنى محموعات تابعة للحركة معادلة صحبة أمام قيادة الحركة التي خاضت العملية السياسية والمفاوضات مع اسرائيل منذ مؤتمر مدريد للسلام في العام 1991 وما تبع ذلك من اتفاقيات كان أبرزها اتفاق "اوسلو" وما ترتب عليه من التزامات أمنية.

وشكلت وفاة زعيم الحركة ياسر عرفات نقطة تحول كبرى في مسيرة "فتح" والمسيرة الوطنية الفلسطينية بشكل عام لما شكله عرفات من حالة رمزية للشعب الفلسطيني. ويجب "أبو عمار" الذي توفي في الأرجح بمادة سامة استخدمت المخابرات الاسرائيلية اصابتها لداخل جسمه، تولى رئاسة الحركة محمود عباس "أبو مازن" وعمل على اجراء بعض الاصلاحات في مؤسسات الحركة.

إلا أن هزيمة "فتح" في الانتخابات التشريعية عام 2006 على يد منافسيها الرئيسية "حماس" كانت من أقوى الصدمات التي تلقتها الحركة، ولم تلبث أن تسلو عب "فتح" هذه البارزة حتى وقع انقلاب "حماس" وسيطرتها العسكرية على قطاع غزة في 2007. ونتيجة لذلك تعالت الأصوات في صفوف حركة "فتح" بضرورة التجديد وعقد مؤتمر الحركة الذي غاب لسنوات طويلة. وتم عقد المؤتمر السادس بتاريخ 4/8/2008 ورأى البعض أن هذا المؤتمر شكل مستوى ثانيا بضرورة التجديد وعقد مؤتمر الحركة الذي غاب لسنوات طويلة، وتم عقد المؤتمر السادس بتاريخ 4/8/2008 ورأى البعض أن هذا المؤتمر شكل انطلاقة جديدة لحركة فتح استعادت من خلالها عافيتها وفاعليتها وحققت تجديداً لقيادتها وروحها. فيما اعتبر آخرون أن الحركة بحاجة للمزيد من الاصلاحات الثبوية لاستعادة دورها القائد.

© البعثة الفلسطينية 2012 Designed By .
تابعنا على twitter أو rss

P 1: 4483

http://palestinianmissionuk.com/arabic/?page_id=838