# EXHIBIT A.1053



# PLACEHOLDER FOR EXHIBIT 1053

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE    Document 547-581    Filed 06/25/14    Page 3 of 13

| Time | English | Arabic |
|---|---|---|
| 07:57-8:22 | OK, General Tawfiq al-Tirawi, regarding the negotiations, do you have a stance that is, let me say, unique? You lead, well, um, I'm not sure if this is an accurate characterization, I mean I don't know if "lead" is an accurate term, but you lead an opposition inside the Central Committee of the Fatah Movement…or inside the Palestinian Authority and inside the Fatah Movement on the subject of negotiations. The point of view that you present to the Palestinian leadership in regards to the negotiations and your objection to them. | طيب سيادة اللواء توفيق الطيراوي، موضوع المفاوضات، هل أنت لك موقف، دعني اقول، إنه متفرد في ما يتعلق في موضوع المفاوضات، وتقود...ما...اه....كمان هذا التوصيف يعني لا اعرف إذا كان دقيق، تقود معارضة داخل اللجنة المركزية لحركة...او داخل السلطة الفلسطينية وداخل حركة فتح في موضوع المفاوضات. وجهة النظر التي تعرضها على القيادة الفلسطينية فيما يتعلق بالمفاوضات واعتراضك عليها. |
| 08:23-08:29 | Well, let us, I mean, if you'll permit me, I want to distinguish first between the [Palestinian] Authority and Fatah. | يعني خلينا ، يعني إذا سمحت، بدي أميّز اولاً بين السلطة وبين فتح. |
| 08:30-09:47 | I represent the Fatah Movement, and not the [Palestinian] Authority. There are some misunderstandings regarding the Fatah Movement's positions in some instances. And so, when we made a decision on the subject of the negotiations, regardless of the fact that the decision was taken by a vote, there is a minority and there is a majority, and, uh, everyone abides by the decision of the majority, as happens in any party. But, my point of view was to oppose the negotiations from the following angle. First, we suspended the negotiations three years since the Israelis failed to implement three obligations. The first obligation was one of authority, the second obligation was to stop the settlement activity, and the third obligation was to release the pre-Oslo prisoners all at once. That was the position that I proposed. But I | أنا أمثل حركة فتح ولا أمثل السلطة. حركة فتح، في فهم خاطئ لبعض مواقفها. وبالتالي، عندما أخذنا قرار حول موضوع المفاوضات، بغض النظر أن القرار صار بالتصويت، في أقلية وفي أغلبية ،و، آه، الكل ملتزم بقرار الاغلبية، كما يجري في أي حزب من الاحزاب. ولكن، أنا كانت وجهة نظري الاعتراض على المفاوضات من الزاوية التالية. اولا، نحن اوقفنا المفاوضات ثلاث سنوات من اجل ثلاث استحقاقات على الاسرائيليين لم تنفّذ. الاستحقاق الاول المرجعي، الاستحقاق الثاني وقف الاستيطان، والاستحقاق الثالث إخراج الاسرى ما قبل أوسلو دفعة واحدة. هذا كان الموقف الذي انا طرحته. ولكن انا ما بدي احكي بموضوع المفاوضات. ليش؟ لأنه أنا ارى ان نتيجتها صفر. الآن او بعد سنة او بعد خمس سنين، نتيجة المفاوضات تساوي صفر. |

| Time | English | Arabic |
|---|---|---|
|  | do not want to talk about the negotiations. Why? Because I believe their results amount to nothing. Now, or in a year, or after five years, the outcome of negotiations will be zero. |  |
| 09:48-10:02 | There is, there is an opinion currently that says, and by the way the opinion comes from either the Israelis or the Americans or the United Nations. I mean, Ban Ki-Moon in his latest statement on the negotiations, he says that we are before a phase that will be decisive in the Palestinian-Israeli negotiations. | هناك هناك رأي حالياً يقول، وعلى فكرة الرأي يأتي إما من الاسرائيليين او الامريكان او الامم المتحدة. يعني بان كيمون في آخر تصريح في ما يتعلق بالمفاوضات، يقول بأننا أمام مرحلة ستكون حاسمة في المفاوضات الفلسطينية الاسرائيلية |
| 10:03-11:36 | Sir, forget Ban Ki-Moon, forget… I am telling you the reality that exists in Palestine. The bottom line is: Has the Palestinian leadership, despite all the negotiations that have taken place, made concessions? I tell you, no. When brother Abu Ammar negotiated, and when he told them in America, Camp David and they tried to pressure him, he told them, come and walk in my funeral. Also brother Abu Mazen, there is a point we need to know which is that he sent a letter to Obama telling him about the Palestinian positions in a definitive and categorical manner. In my opinion, let me here be very biased to my movement, to the Fatah Movement, of which I am proud to belong, those who ignited the Fatah Movement, I call them the age of the giants, with the other brothers from the other Palestinian movements, that was a time in which all were giants. We have four of them left. We are the disciples of those giants, some of whom were martyred; fifteen of them were martyred from the Movement's leadership, and four of them remain. OK, none of us dares or accepts or can | يا سيدي، أنا شو بدي ببان كيمون، وشو بدي بـ...بـ... أنا بقلك الواقع الموجود بفلسطين. الاساس في: هل القيادة الفلسطينية، رغم كل المفاوضات التي جرت، قدمت تنازلات؟ أنا بقلك لا. لما الاخ لابو عمار فاوض، ولما قال لهم لا في امريكا، كامب ديفيد، وحاولوا ان يضغطوا عليه، قال لهم تعالوا امشوا في جنازتي. كمان الاخ ابو مازن، في نقطة لازم نعرفها، انو، بعث رسالة لأوباما وقال له فيها على الثوابت الفلسطينية بشكل نهائي وقاطع. أنا رأيي، خليني اكون هنا متحيز كثيراً لحركتي، لحركة فتح، اللي أنا افتخر أني اكون منها. أللي فجّر حركة فتح، بسميهم انا عهد العمالقة، مع الاخوان الآخرين من التنظيمات الفلسطينية الاخرى، اللي كان هذا عهد كلهم عمالقة. إحنا بقي عندنا اربعة منهم، واحنا تلاميذ هادول العمالقة، اللي منهم استشهد، خمسة عشر واحد منهم صاروا مستشهدين من قيادة الحركة، وفي منهم الاربعة الياقيين. طيب، ما فينا واحد يجرأ او يقبل او ممكن ان يوافق على اي تنازل من [غير مسموع]. |

| Time | English | Arabic |
|---|---|---|
|  | possibly agree to any concession from [inaudible]. |  |
| 11:37-11:52 | Alright, let me ask you, General, are you all in the Central Committee of the Fatah Movement, yourself included, aware of what goes on in the negotiations, behind the closed doors? Because we, I, as journalists I mean, we know what the Israeli press leaks. But from the Palestinian or American side, we know nothing. | طيب، خليني أسألك سيادة اللواء، هل أنتم في اللجنة المركزية لحركة فتح، حضرتك ايضاً، تعلمون ما الذي يجري في المفاوضات، في الغرف المغلقة؟ لأنه نحن، أنا، كصحفيين يعني، نعرف ما تسربه الصحافة الاسرائيلية، أما من الجانب الفلسطيني او الامريكي لا نعرف شيء. |
| 11:53-12:55 | No, we know what the Israelis and Americans put forth, and so far there are no negotiations except with the Americans. There are none with the Israelis. And the Americans are liars. The Americans, I want to add to what my brother Dr. Taher said, that the interest of Israel is fundamentally the primary motive for America's rapid pace. They are set on protecting Israel's interests, and their own. Countries operate on interests, and consequently, always and forever, we pay the price. It may be that this juncture, or this time, is the worst of circumstances facing us Palestinians. There is division, the Arab position is weak, there are interests, and there are circumstances, etc.. So, so, I tell you, but this pressure we are in will not bring us to any concessions. | لا، نحن بنعرف شو اللي بيطرحو الاسرائيليين والامريكان، وللآن فيش مفاوضات الا مع الامريكان، فيش مع الاسرائيليين، والامريكان كذابين. الامريكان، انا بدي أزيد على ما قاله اخي الدكتور طاهر، انه مصلحة إسرائيل هي اللي بشكل اساسي، الدافع الاساسي لامريكا بذهابها السريع، مصالح إسرائيل اللي هي حريصة عليها، ومصالحها ايضاً. الدول تسير حسب المصالح، وبالتالي دائماً وابداً نحن ندفع الثمن، يمكن هذا الزمن او هذا الوقت اللي نحن موجودين فيه هو من اسوأ الظروف اللي تمر علينا كفلسطينيين. عندنا إنقسام وفي وضع عربي مترهل، وفي مصالح وفي ظروف الخ. بالتالي، بالتالي، أنا بقولك، ولكن هذا الضغط اللي نحن موجودين فيه، لن نذهب فيه لاي تنازلات. |
| 12:56-13:03 | So, you are informed, General, about what goes on in the negotiations behind closed doors, or in the negotiations that are referred to as secret at present? Are you informed about them? | يعني أنتو مطلعين، سيادة اللواء، على ما يجري في المفاوضات في الغرف المغلقة، او المفاوضات التي تسمى سرية حالياً؟ مطلعين عليها؟ |
| 13:04-13:06 | Yeah, there is no framework agreement. It's a lie; a lie. | أه، فيش إتفاق إطار. كذبة. كذبة. |
| 13:06-13:07 | There is no framework agreement? | لا يوجد إتفاق إطار؟ |
| 13:07-13:13 | The issue of the framework agreement | قضية إتفاق الإطار كذبة. وانا بقولك. إذا كان |

| Time | English | Arabic |
|---|---|---|
|  | is a lie. And I tell you, if there is…. | هناك... |
| 13:14-13:16 | Kerry says we will have a framework agreement in April. | كيري يقول في ابريل سيكون لدينا إتفاق الإطار. |
| 13:16-14:00 | Sir, that's fine. Kerry says, Kerry says. Even if Kerry says that there is a framework agreement, it will be rejected by the Palestinians. There will be a vote? There will be, whether in Fatah or outside…in the Palestinian leadership? Based on the American proposals, they are unacceptable. The entire proposal on the table, my brother, we believe that, maybe those who are distant from Palestine, from the inside of it, you know, things are difficult for them to understand. There is no possibility, under any circumstance whatsoever, for a Palestinian State to rise in the West Bank and in Gaza for twenty years. Absolutely not. | يا سيدي، ماشي، يقول كيري. يقول كيري. حتى لو قال كيري ان هناك إتفاق إطار، سيرفض فلسطينياً. بدو يصير تصويت؟ بدو يصير في، سواء كان بفتح او بخارج ... بالقايدة الفلسطينية؟ حسب ما يطرح امريكياً غير مقبول، كل الطرح الموجود. يا أخي، نحن بنعتقد أنه، يمكن البعيد عن فلسطين في داخلها، يعني الامور صعبة عليه فهمها. ما في امكانية، تحت اي ظرف من الظروف ان تقوم دولة فلسطينية في الضفة الغربية وفي غزة من هون لعشرين سنة. إطلاقاً. |
| 14:00-14:01 | It can't be. | لا يمكن |
| 14:02-14:22 | It can't be, and whoever believes in the possibility of establishing a Palestinian State in the next twenty years is wrong. The negotiations will get us nowhere. There is but one thing that can be, and it is called the circle of action. We must return to the circle of action as a movement, I mean, as Palestinian organizations, all of them. | لا يمكن، واللي بيعتقد انه في امكانية لاقامة دولة فلسطينية من هون لعشرين سنة مخطئ. والمفاوضات لن تأتينا بشيء. لا يمكن إلا ان يكون هناك شيء اسمه دائرة الفعل. يجب أن نعود إلى دائرة الفعل كتيار، يعني كتنظيمات فلسطينية كلها. |
| 14:23-14:26 | These are important words, and let me say, they are new. | هذا كلام مهم، وخليني اقول أنه جديد |
| 14:27-14:32 | When we enter the circle of action, I tell you, things will change a lot. | عندما ندخل في دائرة الفعل، أنا بقولك، الامور كثيراً ستتغير. |
| 14:33-14:34 | Circle of action, you mean… resistance | دائرة الفعل يعني....مقاومة |
| 14:35-14:50 | Resistance, resistance in all its forms. But resistance, what is resistance my honorable brother, by the way? Steadfastness if resistance. | مقاومة، مقاومة بكل اشكالها. ولكن المقاومة، شو المقاومة يا أخي الكريم، يعني؟ الصمود مقاومة. المفاوضات نوع من انواع المقاومة، ولكن يجب |

| Time | English | Arabic |
|---|---|---|
|  | Negotiations are a form of resistance. But they must be supplemented and buttressed by something on the ground, right? | أن يرفدها ويقويها شيء موجود على الارض. مضبوط؟ |
| 14:50-14:51 | Weapons. | السلاح |
| 14:52-15:21 | Weapons or popular resistance. There are a hundred types of… I mean methods, excuse me, methods of resistance. Let us go for resistance. But let not each organization do its own resistance and open its own shop. This will not work. There ought to be a Palestinian national strategic plan that is laid out and to which everyone agrees, whether inside the Liberation Organization or outside… outside the Liberation Organization, and that is implemented at the Palestinian level… | سلاح او مقاومة شعبية. في مائة نوع من أنواع… يعني اسلوب، عفواً، من اساليب المقاومة. فلنذهب الى المقاومة. ولكن مش كل تنظيم يعملي مقاومة على حسابه ويفتحلي دكان. هذا ما بيمشيش. المفروض أنه يكون هناك خطة استراتيجية وطنية فلسطينية توضع ويوافق عليها الجميع، سواء كان داخل منظمة التحرير او كان خارج في.. خارج منظمة التحرير، ويتم تطبيقها فلسطينياً… |
| 15:21-15:23 | Let me tell you, Mr. General…that… Go ahead | اسمحلي اقولك سيادة اللواء…انه |
| 15:24-15:30 | Just a second, and we consider, in these circumstances, what resistance method is appropriate for this phase, and we use it. | دقيقة فقط، ونرى، في هذا الظرف، ما هو اسلوب المقاومة الذي يناسب هذه المرحلة ونتبعه. |
| 15:31-15:45 | These are new words, General Tawfiq al-Tirawi. We are hearing from the Fatah Movement, about the Fatah Movement's return to the circle of action, and the issue of the Palestinian State or the settlement, there won't be a Palestinian State for twenty years. Let me ask … Doctor | هذا كلام جديد، سيادة اللواء توفيق الطيراوي، نسمعه من حركة فتح، حول عودة حركة فتح الى دائرة الفعل، وموضوع الدولة الفلسطينية او التسوية من هون لعشرين سنة لن يكون دولة فلسطينية. إسمحلي أسأل…الدكتور |
| 15:46-15:51 | There is a point, excuse me, I must interrupt you. No, it's nothing new you are hearing from the Fatah Movement. At our sixth convention which was held… | في نقطة، بدي قاطعك، اسمحلي. لا، مش شيء جديد تسمعه من حركة فتح. في مؤتمرنا السادس اللي انعقد… |
| 15:52-15:53 | You are calling for a return of the Fatah Movement to resistance | انت تدعو الى عودة حركة فتح للمقاومة |
| 15:54-16:02 | No, no, no, let me finish, if you please. At the sixth convention which was | لا لا لا، خليني اكملك. اذا سمحت. في المؤتمر السادس اللي انعقد في بيت لحم، لم نسقط أي خيار |

| Time | English | Arabic |
|---|---|---|
|  | held in Bethlehem, we did not eliminate any of our resistance options, including the armed struggle… for the Fatah Movement. | من خياراتنا في المقاومة، ومنها الكفاح المسلح... لحركة فتح. |
| 16:04-16:05 | And Israel? | واسرائيل؟ |
| 16:05-16:06 | What do you mean, and Israel? | شو، واسرائيل؟ |
| 16:06-16:08 | The Oslo Accords, and the agreement with Israel? | إتفاقات اوسلو، والإتفاق مع اسرائيل؟ |
| 16:09-16:11 | What do I need the agreements for? But it is Israel that brought the Oslo Accords down. | شو بدي بالإتفاقيات أنا؟ ما اسرائيل اللي اسقطت اتفاقيات اوسلو. |
| 16:11-16:12 | OK, good. Dr. Maher al-Taher… | طيب، جيد. دكتور ماهر الطاهر... |
|  |  |  |
| 23:16-23:19 | Allow me, Dr., because I will go to a break. Please go ahead. | إسمحلي دكتور، لأني سأذهب إلى فاصل. اتفضل |
| 23:20-24:28 | Well, first… I mean, Dr. Maher, we do not have nuclear arms. We have only the force of right. But we did not use the right to force for the sake of the force of right. What I am trying to say, when we went to the negotiations, and I voted against the negotiations, and I am against the negotiations. But I do want to defend the Fatah Movement's stance, which says that we went to the negotiations because it is an international requirement. All the Arab and European countries, all of them, tell you you've got to go to the negotiations, otherwise… All of them, Arabs and foreigners. I went to the negotiations. It is true that the organizations, the factions were against it. It's true. But there is something called the interests of the Palestinian people, ultimately. I went to the negotiations. Did I concede? That's the basic thing. I may be compelled to go to the negotiations. | يعني أولاً...يعني يا دكتور ماهر، نحن ما عناش نووي. نحن عنا قوة الحق. فقط. ولكن لم نستخدم حق القوة من أجل قوة الحق. أللي بدي اقوله، نحن لما رحنا للمفاوضات، انا صوتت ضد المفاوضات، وانا ضد المفاوضات. ولكن أنا بدي ادافع عن موقف حركة فتح، اللي بقول أنه ذهبنا للمفاوضات لأنه مطلوب دولياً. كل الدول العربية والاوروبية، كلها، بتقولك بدك تروح للمفاوضات، وإلا... كلها. العرب والاجانب. رحت للمفاوضات. صحيح ان المنظمات، الفصائل كانت ضد. صحيح. ولكن في شيء اسمه مصالح الشعب الفلسطيني في الآخر. أنا رحت للمفاوضات. هل تنازلت؟ هون الاساس فيه. قد أكون مضطر، ممر إجباري أني اروح على المفاوضات. |
| 24:29-24:31 | But Dr. Maher tells you, how do we | ما الدكتور ماهر بيقولك، شو بعرفنا؟ تسأل سؤال |

| Time | English | Arabic |
|---|---|---|
| | know? You ask the question of whether you conceded… Don't we know? | اذا تنازلت..هل لا نعرف؟ |
| 24:32-24:33 | [inaudible] | |
| 24:34-24:35 | In Oslo, this happened …General. | في أوسلو، حصل هذا...سيادة اللواء |
| 24:36-24:41 | No, no, no, please. In Oslo, in Oslo, there was a failing in the implementation, not a failing in… | لا لا لا.اسمحلي. في اوسلو، في اوسلو، حصل خلل في التطبيق. مش خلل في… |
| 24:42-24:43 | The agreement | في الإتفاق |
| 24:43-25:59 | Yes, a failing in the implementation. Oslo should have moved the Palestinian cause or the National Authority from occupation to independence. What happened, it did not happen like that. Ok, but what the… all the leaders that were rejecting Oslo, the brothers in the Popular Front and the other organizations, they entered into Palestine under the Oslo umbrella. But this is not the important thing, in my opinion. My opinion is that the agreement that Kerry is trying to do is an ambiguous agreement. He'll tell you that the Palestinians will have a capital called Jerusalem. There is no Jerusalem. There is either Abu Dis or al-Ram. This is rejected. There is, he'll tell you, the settlements. The settlements, he wants to keep 75% of them in Palestine. This is rejected. He will tell you that the Palestinians are to return to Palestinian soil. Rejected. For myself, I am a refugee from a village called al-Tireh. And I, brother, I have decided to move the al-Aqsa Mosque from Jerusalem to al-Tireh. Who is to prevent me? Who? Tell me, who is to prevent me? No one in the universe can prevent me from saying that I want my country and I want my homeland. And people in Palestine, it | أه، خلل في التطبيق. كان يجب أوسلو ان تنقل القضية الفلسطينية او السلطة الوطنية من الاحتلال الى الاستقلال. اللي صار، ما صارش هيك. طيب ما هو... كل القيادات اللي كانت ترفض أوسلو، الاخوان بالجبهة الشعبية والتنظيمات الاخرى دخلت الى فلسطين تحت مظلة اوسلو. ولكن مش هذا المهم، أنا رأيي، أنا رأيي انه الاتفاق اللي يحاول كيري عمله هو اتفاق مبهم. بيقولك انه الفلسطينيين الهم عاصمة اسمها القدس. فيش قدس. في إما ابو ديس أو الرام. هذا مرفوض. في بيجي بقولك المستوطنات. المستوطنات بدو يخلّي 75% منها بفلسطين. هذا مرفوض. بيجي بقولك انه الفلسطينيين بيعودوا الى الارض الفلسطينية. مرفوض. أنا بالنسبة الي، انا واحد لاجئ من قرية اسمها الطيرة، يا أخي انا مقرر انقل المسجد الاقصى من القدس الى الطيرة. مين هو انا اللي بيمنعني؟ مين؟ اعطيني، مين بيمنعني؟ ما حدا في الكون بيمنعني إني انا اقول بدي بلدي وبدي وطني. والناس بفلسطين مش صحيح انه هم مش مؤهلين لهل.... |

| Time | English | Arabic |
|---|---|---|
|  | is not true that they are not qualified for this…. |  |
| 26:00-26:07 | OK, General, allow me to stop for a short break, and also Dr. Maher. Our viewers, a short break, and we will continue this dialogue. Stay with us. | طيب سيادة اللواء، بتسمحلي اتوقف مع فاصل قصير، وايضاً الدكتور ماهر. مشاهدينا، فاصل قصير، ثم نكمل في هذا الحوار. ابقوا معنا. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the video, or portion thereof, received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The video, or portion thereof, is designated as P 1: 4478.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video, or portion thereof, bearing the bates number P 1: 4478.

Dated: March 12, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 12th day of March, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
12th day of March, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6182573
Qualified in Kings County
Commission Expires March 12, 2015