# EXHIBIT A.1054

Yahoo! Mail    http://us.f119.mail.yahoo.com/ym/ShowLe...25&order=down&sort=date&pos=0&box=Inbox

**Inbox** for dougburgess_2001@yahoo.com        Yahoo! - My Yahoo!    Options - Sign Out - Help




Mail    Addresses    Calendar    Notepad

Reply | Reply All | Forward    as attachment ▼        **Download** Attachments
Delete | Prev | Next | Inbox                        - Choose Folder -  ▼  Move

Date: Wed, 12 Sep 2001 02:15:16 +0800
Subject: Sept. 11th...
From: "dgritz" <dgritz@club-internet.fr> | **Block Address** | **Add to Address Book**
To: "douglas burgess" <dougburgess_2001@yahoo.com>

Doug, it's not even a question of sharing a pain from a distance, I feel
part of that pain. The pictures on TV don't make the event any more real,
for me, right now. Something structural is changing in the world, something
unforeseen in the way politics will relate to our every day lives. Although
I've always tended to feel American in France (after all, I was born with my
American passport and only acquired the French one years later), the event
enhances the feeling a lot. I've never devalued patriotic feelings, although
I don't usually make much a case of them for myself. At least, things are
getting clearer, after this "second Pearl Harbor", the "face" of an enemy is
emerging.
Downstairs, I heard an Arab say rather hesitantly that he thought it might
be the American Indians...
I don't think there will be much sleep tonight. The volunteer work you're
doing is beautiful, and if I were in the US (10 days ago, I was in NY!! and
my parents came back the day before yesterday from there), I would be right
up there doing the same thing. I'd like to hear more about what you think,
what you're Dad says, and what's " in the air". Here, I've never seen my Dad
in such a state of shock, and my Mom was crying. But most people are also
completely repelled. What President Chirac said this evening certainly
wasn't rhetoric, for once. Suddenly we feel that there is more to our
occidental judeo-christian world than economic forces and more or less
healthy competition. Obviously, some felt that the US got what they deserved
for their "arrogance"- those that rejoiced at the infamous Durban summit,
that maybe shares something of a metaphysical link with what just

PLAINTIFF'S EXHIBIT 1054

happened.
Birth of the new barbarism; and in Lebanon and palestinian territories,
people were shouting and rifling there joy, allahou akbar, under the sky
where I hope their god is not.
Hear from you soon, and bon courage, mon ami.
David.

Click a ☺ to send an instant message to an online friend          ☺ = Online, ☻ = Offline

Delete   Prev | Next | Inbox                                      - Choose Folder -  ▼  Move
Reply  | Reply All | Forward    as attachment  ▼                  **Download** Attachments

**Yahoo! Messenger** - Send instant messages to friends!
Address Book · Alerts · Auctions · Bill Pay · Bookmarks · Briefcase · Broadcast · Calendar · Chat · Classifieds · Clubs · Companion · Domains · Experts · Games · Greetings · Home Pages · Invites · Mail · Maps · Member Directory · Messenger · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Shopping · Sports · Stock Quotes · TV · Travel · Weather · Yahooligans · Yellow Pages · more...

Privacy Policy- Terms of Service - Guidelines
Copyright © 1994-2001 Yahoo! Inc. All rights reserved.