# EXHIBIT A.1055

Yahoo! Mail - dougburgess_2001@yahoo.com                                       Page 1 of 2




YAHOO! Mail    Yahoo! - My Yahoo! - Help

EXCLUSIVE ONLINE OFFER — Motorola T720 $79⁹⁹

PLAINTIFF'S EXHIBIT 1055

Mail | Addresses | Calendar | Notepad    dougburgess_2001@yahoo.com [Sign Out]

Check Mail    Compose                         Mail Upgrades - Search Mail - Mail Options

Folders [Add]    Previous | Next | Back to Messages                 Printable View -

Inbox
Draft        Delete    Reply    Reply All    Forward    as attachment ▼    Move to fold
Sent
Bulk [Empty]     This message is not flagged. [ Flag Message - Mark as Unread ]
Trash [Empty]
                Date: Fri, 22 Feb 2002 17:50:31 +0800
                Subject: Re: a few thoughts
Free Credit     From: "dgritz" <dgritz@club-internet.fr> | This is Spam | Add to Address Book
Report in       To: "douglas burgess" <dougburgess_2001@yahoo.com>
Seconds

Learn more about
HGTV's Dream Home
Giveaway!

FREE fax number
for your Yahoo!
Mail

View Homes &
+ Find
REALTORS®

Dear Doug,

I'm very touched by your worries. But you know about Mt. Fuji!! seriously, I'm quite conscious of the risks, you can imagine the my
Mom is in (often, but fortunately not always). I'm obviously not intending
on frequenting cafés, nightclubs, etc... The room I'll be rentin block
from the Hartman Institute; and when I'll have to take trips acr town,
I'll ride a cab, or I'll try to find someone who has a car and w going
to the same place (or I'll hire your brother with his shotgun, a just
stroll pleasantly with him through every single neighborhood, wi very
definite knowledge that absolutely nothing could happen...). As my
Mom, there are many more risks, but I'll be much more careful. T zone" is not everywhere, on a daily basis. Sharon also wants to increase on
a rhetorical level the real violence, in order to justify using forces. I don't think there will be an actual arab-israeli war, just in
case, I'll contact, as you suggested, the American and French embassies.
One way or the other, I'm only leaving in July; God knows what m happen in
between. If things worsen, ie. if a war breaks out, I won't go. the
latest apparent trends is that Palestinians are now focusing on occupied
territories; by attacking Israeli territory itself and civilians were
little by little loosing the support of international actors.

.../ShowLetter?MsgId=4630_1127_22_1107_888_0_655_1516_2663066518&YY=19599&inc=21/25/03

I'll speak to you soon, and once again, thanks for your concern. Keep well, David.

Delete | Reply | Reply All | Forward | as attachment | Move to fold

Previous | Next | Back to Messages                       Save M

Check Mail    Compose                    Mail Upgrades - Search Mail - **Mail Options**

Mail - Address Book - Calendar - Notepad

Address Book · Auctions · Autos · Briefcase · Calendar · Careers · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Kids · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Radio · Shopping · Sports · TV · Travel · Warehouse · Weather · Yellow Pages · more...

Copyright © 1994-2003 Yahoo! Inc. All rights reserved. Terms of Service - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

.../ShowLetter?MsgId=4630_1127_22_1107_888_0_655_1516_2663066518&YY=19599&inc= 1/25/03

P 7: 486