# EXHIBIT A.1056

PLAINTIFF'S
EXHIBIT
1056

# YAHOO! Mail

Yahoo! - My Yahoo! - Help

**MOVING? IMPROVING?** ServiceMagic

Buy a Home [GO]   Additions [GO]

Mail | Addresses | Calendar | Notepad          dougburgess_2001@yahoo.com
                                                                [Sign Out]
Check Mail | Compose                            Mail Upgrades - Search Mail - Mail

**Folders** [Add]   Previous | Next | Back to Messages          Printable View - Full Header

Inbox    Delete | Reply | Reply All | Forward | as attachment | Move to folder... | OK
Draft
Sent     This message is not flagged. [ Flag Message - Mark as Unread ]
Bulk (1) [Empty]    Date: Fri, 17 May 2002 00:39:51 +0800
Trash    Subject: time, time
[Empty]  From: "Gritz" <dgritz@club-internet.fr> | This is Spam | Add to Address Book
           To: "doug burgess" <dougburgess_2001@yahoo.com>

Free Credit Report

Free faxes in your Yahoo! Mail

Dear Doug,

This is not to discourage you, but I'll have even more work, next week, than
what I had planned: big economy talk to give on Saturday, two projects to
finish with study groups, ongoing classes, + an essay I'll have to start
studying for... This is one of the most busy moments in the year (the month
before the finals, the leftovers of classworks that accumulate...).
You'll be mostly on your own, then, unfortunately. In addition, my parents
are not all that well. My Dad is seemingly in a good mood, but tired by the
interferon treatment. And my Mom is becoming increasingly nervous with my
oncoming departure to Israel (she sometimes even looks quite miserable: a
mother's natural and affective blackmail to influence the son's decision?
What frightens me most is that often, she's in pure denial of the whole
affair..."no, you won't leave" saying this not as an imperative, but as if
it were a kind of natural law, at least a given, irrefutable fact. Tonight,
I made it clear that departure there would be...and it seemed like a heavy
weight that had suddenly dropped on her fragile head. she frowned like the

g‑‑‑_2001@yahoo.com

Page 2 of 2

evening storms.
So despite the splendid weather out here, life is rather packed. Normally, it would've been a pleasure to have you stay at our house, but given the circumstances, I didn't even ask my parents. The same with my room: books all over the place, no shower, one tiny bed, dust all over the floor, work to be done at my desk, and scorching heat outside –although that might change–, the additional presence of two furry males would have even Tarzan running back to his jungle! So if you come, it's better you stay at a cheap hotel. If you're personal money supply is a bit short, I'll gladly pay for a share of your hotel expenses (I've got a bit of money from private philosophy/German/English lessons given). As I already told you several times, I'll be glad to see you here...but I won't be able to see you much, and I'll understand it if you decide against this trip!
I hope you're not planning the journey as the last visit to a future corpse! The events in Israel are quite deadly and spectacular, but all in all, statistically speaking, the chances of my encountering a terrorist are really really reduced. In addition, I'll avoid lots of places that most people there don't bother avoiding.

Keep well, mon vieux, ; tell me quickly if you get this message

Delete | Reply | Reply All | Forward | as attachment | Move to folder... | Ok

Previous | Next | Back to Messages

Save Message Te

Check Mail | Compose

Mail Upgrades - Search Mail - **Mail**

Mail - Address Book - Calendar -

Address Book · Auctions · Autos · Briefcase · Calendar · Careers · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Kids · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · People Search · Personals · Photos · Radio · Shopping · Sports · TV · Travel · Warehouse · Weather · Yellow Pages · more...

Copyright © 1994-2002 Yahoo! Inc. All rights reserved. Terms of Service - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

http://us.f119.mail.yahoo.com/ym/ShowLetter?MsgId=393_1252062_16800_1088_1335_0_74...  8/2/02

P 7: 488