# EXHIBIT A.1058

PLAINTIFF'S EXHIBIT 1058







dougburgess_2001@yahoo.com [Sign Out]

**Date:** Tue, 27 Aug 2002 23:10:21 +0800
**Subject:** your letter
**From:** "norman gritz" <gritz@enst.fr> | This is Spam | Add to Address Book
**To:** "douglas burgess" <dougburgess_2001@yahoo.com>

Dear Douglas,
I've been meaning to write to tell you how much your wonderful letter moved
us. But at present I don't really have the words...and so I'll just thank
you for what, in these heart-breaking circumstances, was for us such a
heart-warming message.
And we would also like to thank you and your family for the other signs of
your grief and sympathy. The bear has joined the collection we have kept
since David's childhood - he is among old friends.
Love to all,
Norman and Nevenka

