# EXHIBIT A.1059


PLAINTIFF'S EXHIBIT 1059

# PLACEHOLDER FOR EXHIBIT 1059

## SEE ENCLOSED DVD

| Time | English | Arabic |
|---|---|---|
| 01:10-02:00 | Good evening to our viewers. Good evening to all the prisoners, both men and women, who are all our brothers serving prison sentences in Israeli occupation jails. We welcome you to this special segment of the program, "For You." This is the second time that we are reporting to you from Amman, the capital of the brotherly State of Jordan. We have here the families of Jordanian prisoners and detainees, most of whom had received very long prison sentences. They have been prevented from communicating with their relatives, their children, their spouses, and their mothers and fathers. This is all because of the Israeli occupation. Some of them are sick, and some, as I have said before, have received long prison sentences, and one of these is a dear brother, the prisoner Abdullah al-Barghouti. To him we convey our regards as he is serving the longest prison sentence. He has received 67 life sentences. I welcome you again our dear viewers and I also welcome our brothers, the prisoners, as well as the families of our brothers the Jordanian prisoners, welcome to you from Amman, Jordan. | مساء الخير يا مشاهدينا مساء الخير يا كل إخوانا الأسرى والأسيرات في سجون الاحتلال الإسرائيلية نرحب بكم معنا وهذه الحلقة الخاصة من برنامج لأجلكم للمرة الثانية نلتقيكم من عمان من الأردن الشقيق وأهالي الأسرى الأردنيين والمحكومين الأغلب منهم بأحكام عالية وممنوعين نهائيا من التواصل مع ذويهم ومع أطفالهم ومع نسائهم وآبائهم وأمهاتهم هذا بفعل الاحتلال الإسرائيلي. بعضهم مرضى وبعضهم كما ذكرت قبل قليل محكومين بأحكام عالية مثال أخي الأسير عبد الله البرغوثي والذي نوجه له التحية وهو يحمل أكبر حكم حيث محكوم عليه بـ 67 مؤبد، إذن اهلا ومرحبا بكم مشاهدينا واخوانا الأسرى وأهالي اخوانا الأسرى الأردنيين من عمان - الأردن. |
| 03:45-13:05 | **Our dear viewers, we are communicating with you and with our brothers, the prisoners. This is a special segment in the program, "For You." Our greetings to the families and to the relatives of the Jordanian prisoners. Of course, I would like to send my greetings to the families and the relatives and parents, and dear friends of the Jordanian prisoners who all are our family and our loved ones. Naturally, I am going to start** | نحن نتواصل وإياكم مشاهدينا وإخوانا الأسرى وهذه الحلقة الخاصة من برنامج لأجلكم وأهالي وذوي الأسرى الأردنيين أكيد حابة أرحب بعائلة وذوي وأهل وأحباء الأسرى الأردنيين وأهل وأحبائنا طبعا سأبدأ هذه الحلقة مع والدة أخي الأسير عبد الله البرغوثي واللي بوجه له كل التحية |

| | |
|---|---|
| this segment with the mother of our brother, the prisoner, Abdullah al-Barghouti, to whom I send my sincerest greetings, and I hope that he will be set free promptly and very soon. Good evening, Umm Abdullah al-Barghouti. First off, how are you and how are you doing?<br><br>Answer: Praise Be to God Lord of All Worlds. We are doing fine and Praise Be to God, Lord of All Worlds. I hope that Abdullah will be able to watch this program so as to see us and get reassured about us. We are not able to pay him a visit even though we tried numerous times, from Jordan, to get a permit but to no avail. I hope that he will see us on the screen and hear our news and how we are doing and Praise Be to God Lord of All Worlds.<br><br>**I would like to ask you this question. How many years has it been since you've seen Abdullah?**<br><br>About 13 years or more.<br><br>**13 years for a mother not to see her son. She knows… I mean, she realizes that he has 67 life terms. Hopefully, God will lift the hardship. When you think to yourself, and keep realizing that your son is gone, serving 67 life terms, plus you cannot see him and don't have any access to him to make sure that he is in good health. When you do that what is the message and what are the thoughts that come to your mind, especially when you are worried about him… what is the message that you would like to send… if you would like to send a message what do you want to say in that message.** | وبتمنى له الحرية والفرج القريب والعاجل<br><br>- مساء الخير يا والدتي يا أم عبد الله البرغوثي شو أخبارك وكيف صحتك أول شيء؟<br><br>- الحمد لله رب العالمين أخبارنا كويسة والحمد لله رب العالمين وبنتمنى أن عبد يشوف في هذه الحلقة عشان يطمئن علينا ويشوفنا لأن مش قادر نروح زيارة عدة وعودات من الأردن وللأسف ما كان أي نتيجة فبنتمنى أن يشوفنا أخبارنا من كل النواحي والحمد لله يا رب العالمين.<br><br>- بدي أسألك من كام سنة ما شوفتي لعبد الله؟<br><br>- في حوالي 13 سنة وأكثر<br><br>- 13 سنة الوالدة لما يغيب عنها ابنها ومدركة وعارفة شو يعني حكم 67 مؤبد إنشاء الله الله يفرج عنه ولكن كام لما بتطلع بينك وبين نفسك بتفكري بتلاقي أن ابنك محكوم 67 مؤبد وبعيد عنك ومش قادرة انك توصلي له تطمني عن صحته وعن أحواله شو الأفكار والرسالة اللي الأفكار بينك وبين نفسك من خوفك على ابنك زائد الرسالة اللي حبة توجيهيها إذا حابة توجهي رسالة شو حابة تحكي فيها؟ |

| | | |
|---|---|---|
| | I swear that there isn't a single mother who forgets her son even for one second. I mean, the son is always on his mother's mind. Even if the mother is sitting with his children, or sitting with his wife, or if she the mother is alone, she still will be thinking about him and this is the case whether a mother has one child or ten children. She will keep thinking about her son who is absent. I mean, don't you know how a mother feels? I mean, it is very hard for the mother to keep waiting.<br><br>Of course, the mother always has the sincerest feelings and she is the one who is most capable to…<br><br>It's hard to explain it. The only thoughts that come to a mother's mind are not about good things that might happen, but on the contrary, about the bad things that might take place.<br><br>Do you get more worried about him when you hear day in and day out about the increasing number of sick prisoners in the occupation jails.<br><br>Yes, daily, that's why I am always worried about him. This is the most difficult part. I pray to God to protect to him and protect all prisoners against that because Israel, when it sees someone proud holding his head high, it tries to destroy him. There is no one to hold Israel answerable for its acts except God, the Lord of All Worlds. This is why I have to say that there is absolutely no hope, not even one percent.<br><br>Umm Abdullah, I would like to say that our prisoners do not stoop low. I am sure that their head are always | ـ والله ما في أم بتنسى ابنها ولو لحظات يعني الابن دايما في تفكيرها يعني مثلا لو قاعدة بين ولاده لو قاعدة مع زوجته لو قاعدة لحالها إلا تظل أم تفكر في اللي غايب لو فيه عندها عشر ولاد بتظل تفكر في اللي غايب يعني مش عارفة أساس الأم يعني ما يقدرش الواحد يصبر<br><br>ـ الأم دوما أكيد الأم هي الأصدق وهي الأقدر على<br><br>ـ ما تقدرش توصف أن شو الأفكار ما بتجيش في الإشي الكويسة إلا في الإشي السيء<br><br>ـ بتخافي عليه في ظل كل ما بنسمع يوميا عن تزايد الحالات المرضية بسجون الاحتلال؟<br><br>ـ يوميا لهذا بفضل أخاف عليه يعني هذه أصعب نقطة إنشاء الله يبعدوا عنها هو وكل الأسرى لأن إسرائيل لو بتشوف أي واحد رافع راسه بتحاول تدمره مفيش حدا يحاسبها إلا رب العالمين ومن هنا مفيش امل واحد في المائة<br><br>ـ اسرانا ام عبد الله ما بيطمروا روسهم روسهم مرفوعة أكيد<br><br>ـ مرفوعة إنشاء الله لا والله بالعكس لما مرة بحكي أو إشي بيقولك أنا ما عملتش إشي أنا شو اللي عملته |

| | | |
|---|---|---|
| | held high. | يعني لحكم 67 مؤبد بتمنى أنه لو كان طويل الخروج قبل لعملت أكثر من هيك يعني مش ندمان أنه مثلا يطاطي ويقول أنا غلطت بدي أطلب السماح لا مستحيل |
| | Held high God willing. | |
| | No, just the opposite. Once, when he spoke, or something like that, he said: "I have done nothing. What have I done to deserve 67 life terms. Had I known that I would be getting such a long sentence I would have done more. I mean, I don't regret it and I am not going to make a lot of noise and say that I have made a mistake and that I would ask for forgiveness. No, I will not do that. It is impossible." | ـ هو عمل عمل بطولي ونضالي ومقتنع باللي أقدم عليه أكيد وأنشاء الله يفرج عنه لكن أم عبد من خلال برنامجنا أكيد أن عبد عم بيشوفك وعم بيسمعك شو الرسالة اللي حابة توصليها لابنك؟ |
| | **He performed… he performed a** heroic act, an act of struggle, and certainly he has conviction in what did. Hopefully, God will set him free. **Umm Abdullah, of course Abdullah will see you on this program and he will also be listening to you. What is the message that you would like to deliver to your son?** | ـ بتمنى له الصحة والعافية وإنشاء الله أنه يلم شملنا فيه ويلم شمله مع اخواله كلهم جميعهم واخواته ومرته وولاده أهم شيء يعني دايما أنا والله بيكون تفكيري في هؤلاء الولاد الصغار يعني أن يكونوا قبال أبوهم يعني الولد لما يكون أبوه بعيد عنه الطفل هذا إيه الصح أطفال يعني ولاده كلهم بس هو بيقولك انا عملت إشي مش ندمان عليه ولا راح أندم في يوم من الأيام |
| | I hope that he is in good health. I pray to God to reunite us with him and to reunite him with all his uncles, all of them, and with all his brothers, and with his wife and children. I mean, I always… I always think about these little children. I mean, I wish that they were with their father. And this is the most important thing. [rambling incoherent words] but he says that he has done nothing and that he doesn't regret it, not at all, neither now nor in the future. | ـ إنشاء الله يظل بصحته ويظل بإصراره وإيمانه أكيد والله يفرج عنه. حابة تضيفي شيء قيل ما ننتقل عند الوالد؟ |
| | God willing, he will always be in good health and will always remain steadfast and secure in his faith, and | ـ لا صحته بتصير كويسة من كتر إيمانه بالله |

| English | Arabic |
|---|---|
| may God set him free. Do you want to say anything else before we move to the father?<br><br>His health will be good because he believes strongly in God.<br><br>**Of course, because you and his father are pleased with him.**<br><br>We are always pleased with him and there are no limits to that.<br><br>**My dear, may God give you happiness.**<br><br>If something… or anything…whenever I look to the right or the left I see a picture or I see some other effect for him, when that happens… let me say that I pray to God to lift this hardship and to enable the Jordanian government to secure a visit permit for us. One day. Over the past two months, I have been saying maybe it will happen today or it maybe it will happen…<br><br>**Okay, God willing, you will be able to visit him and hopefully you will not be in need of a visit permit anymore because, God willing, Abdullah will be living a life of freedom very, very soon, he as well as all Jordanian prisoners who are not allowed to have visitors. I would like to offer my deepest thanks to the mother of Abdullah al-Barghouti, as well as to all the prisoners who are prohibited from receiving visitors, and especially, the prisoners from Jordan. Certainly there are other Arab prisoners who are forbidden from any contact, not even with their families and relatives. To all of you I send my greetings and now I am going to see the father of the prisoner** | - برضاكي وبرضا والده أكيد<br><br>- رضا الوالدين هذا باستمرار لا يوصف<br><br>- حبيبتي الله يسعدك<br><br>- حركة لو أي شيء لو هيك اطلعت يمين شمال بتلاقي صورة بتلاقي إشي بتلاقي إشي في تفكير الواحد إشي إشي بيطلع للولد إنشاء الله ربنا يفرجها عليه ويقدر الحكومة الأردنية أنها تعمل لنا زيارات إذا في يوم من الأيام قدرت أنا لي شهرين تقولي اليوم هذا اليوم هذا<br><br>- يالا إنشاء الله أن بتزوروه وإنشاء الله يا أم عبده ما بتحتاجوا لزيارة إنشاء الله عبد الله يعيش حياة الحرية قريبا أكيد وكل الأسرى الأردنيين الممنوعين بدي اشكرك شكرا جزيلا لوالدة أخي عبد الله البرغوثي كل الأسرى الممنوعين من الزيارة نهائيا تحديدا الأسرى من الأردن وأكيد فيه أسرى عرب ممنوعين من التواصل حتى مع ذويهم ومع أهلهم وبوجه لكم كل التحية وبتوجه لعند والد أخي الأسير عبد الله البرغوثي<br><br>-مساء الخير يا والدي قبل فترة الأسرى الأردنيين كانوا مضربين عن الطعام وكان من ضمن مطالبهم |

Abdullah al-Barghouti. Good evening my dear dad. Sometime ago, the Jordanian prisoners were on a hunger strike and, one of their demands – their demands are well known – but I would like to concentrate on one of their demands which was satisfied by the Israelis, and this is why they ended their hunger strike. The demand was that their families will be given a permit to visit them from time to time. But since the date of that agreement, no visits have taken place. Is that true?

First of all, before anything else, I would like to send my greetings to all those present. I am thankful to them for being here on this program and I also would like to give my greetings to this channel and to those who work with it. They did promise us but unfortunately they never honored their promises, not until now. When the 100 prisoners went on strike for a certain number of days, the Prisoners Committee reached an agreement with the prisoners, and in that agreement, they promised that every prisoner will be allowed to have 5 visitors who will be members of his family, and without a separation glass window. However, they sent us a correspondence in which they said that they will only allow 3 relatives and from behind a glass window. I mean, this is how the Jews are. They have no principles. Unfortunately, the Arab states… the Arab states cannot… and our Jordanian government is not able to do anything.

My dear dad, we are talking about 13 years. Like his mother, you **haven't seen Abdullah for 13 years.** 13 years taken from your life as well as from his life and as we say, our

كل مطالبهم معروفة لكن بدي اركز على احد مطالبهم اللي تم الموافقة عليها على أساس فكوا إضرابهم من قبل الإسرائيليين وهي زيارة ذويهم ما بين فترة وأخرى من وقت اللي صار الاتفاق إلى الآن ما تمت هذه الزيارات صحيح؟

- أول شيء قبل كل شيء بحييكي وبحيي الحضور على حضورهم هذا البرنامج وأحيي هذه القناة والقائمين عليها. أوعدونا للأسف الشديد لم يوفوا بعهودهم لحد الآن أول لما اضرب 100 وكذا يوم ولجنة السجون والأسرى أوعدوا أن خمسة يزوروهم من أهله مفيش حاجز زجاج ما في ولكن ودولنا كتاب أنه بس 3 من أهله يزورهم من ورا الزجاج حتى فهذا يهود يعني ما لهمش مبدأ وللأسف الدولة الدول العربية ما فيه ودولتنا الأردنية مش طالع بإيدها ولا حاجة

- يا والدي 13 سنة أنت أكيد مثل الوالدة ما شوفتوا لعبد الله 13 سنة بتاخد من عمرك وبتاخد من عمره ودايما إحنا بنحكي الأرض باقية والأقصى باقي وكل شيء باقي على الأرض ولكن الإنسان بيحيا لمرة واحدة إحنا من خوفنا على ولادنا بالسجون دائما بنطالب بالإفراج عنهم شو الرسالة أوالكلمة اللي حابب توجهها بخصوص

| English | Arabic |
|---|---|
| land will always be there forever, and the al-Aqsa will be there, and everything on our land will be there for good. But human beings have one life to live and because of our worry about our children who are in jail, we always seek their release. What is the message, or what is the thought that you would like to deliver to the prisoners who have received very long prison sentences and have already spent many long years behind bars? | الأسرى المحكومين أحكام عالية واللي قضوا سنين طويلة في السجون |
| I swear to God that I love every prisoner and I have deep respect for each one of them. I am not saying that only in regard to Abdullah al-Barghouti, but I am saying it in regard to all of them. My son Abdullah was sentenced to 3000 years. I mean, 3500 years, because he torched 67 of their dead plus 500 hundred wounded. This means 99 years for each one killed, and the 500 who are wounded – may God never heal them -- one year for each one of them, which means another 500 years on the top of the 3000. I mean, I am very proud and if I were like Abdullah I would cross the bridge tomorrow. | - والله أنا بحيي كل أسير وكل أسير على رأسي مش عبد الله البرغوثي الجميع كلهم عبد الله وابني انحكم يعني 3000 سنة وخمسمائة عام لأنه حرق منهم 67 قتيل و500 جريح وكل قتيل 99 سنة والخمسمائة قتيل جريح الله لا يشفيهم 500 عام وأنا أفتخر وأعتز والله لو بقدر إني أصير مثل عبد الله لدخلت بكرة على الجسر |
| May God grace you with good health and we are all proud of Abdullah. | - الله يعطيك الصحة كلنا بنفتخر بعبد الله |
| All the prisoners, not just Abdullah al-Barghouti, are a source of pride for me and I wish them the best of health and pray to God to see them free very soon, with the permission of God. | -كل الأسرى مش عبد الله البرغوثي وكل أسرانا على راسي وأتمنى لهم إنشاء الله الصحة والعافية وبيخرجوا عن قريب بإذن الله |
| God willing, you will always be in good health. Now I would like you to send a message that says that you are pleased with him… what would you | - بإذن الله ربنا يعطيك الصحة والعافية. بدي منك هلا رسالة كلمة رضا منك لعبد الله شو حابب تقوله منك له اتفضل .. |
|  | -مني له والله مني له بقول له يا با الله يعطيك العافية وماقصرت واحنا بدنا المزيد إنشاء الله وبنطلب الحكومة الأردنية لأن أنا صار لي 13 سنة وأكثر ما شوفت ابني بوصيه بقول له الله يعطيك |

| | English | Arabic |
|---|---|---|
| | **like to tell him, please go ahead.**<br><br>From me to him… from me to him, I would tell him, "Son, may God give you good health. You have not dodged your responsibilities. And we want more, God willing. And we ask the Jordanian government, because I haven't seen my son for more than 13 years… I would like to say to him, "May God give you good health and strength. Don't despair. Despair does not mix with life. We are with you in body and soul. All those who love you support you. And God willing… God willing, the government promised us… forget about it…God willing, we pray to the Lord of All Worlds… we are above the government, and above the Security Council, and above Parliament, God willing, we will see you very soon with the permission of God."<br><br>**We will only have faith in the Lord of All Worlds. We pray to God to be fair to all our prisoners and to bring about their release very soon. We greatly appreciate all the efforts exerted on behalf of the prisoners, whether the Palestinian prisoners or the Arab prisoners or the Jordanian prisoners, I mean all of the prisoners. We respect all efforts made but, as the father of Abdullah al-Barghouti has said, this is the nature of occupation. It is an occupation that intentionally kills the prisoners even when they are locked inside the jails of Israeli occupation.** | الصحة والعافية يابا ولا تيأس لا ياس مع الحياة واحنا معاك إنشاء الله قلبا وقالبا وكل اللي بيحبوك واقفين معاك وإنشاء الله إنشاء الله أوعدتنا الحكومة ولكن انسى وإنشاء الله بنطلب من رب العالمين احنا اكبر من الحكومة وأكبر من مجلس الأمن ومجلس الأمة وإنشاء الله بنشوفك عن قريب بإذن الله<br><br>- إنشاء الله حانخلي إيماننا فقط في رب العالمين إنشاء الله ربنا بينصف كل أسرانا وبيتحرروا قريبا مع احترامنا لكل الجهود التي تبذل من أجل الأسرى سواء عن الأسرى الفلسطينيين أو الأسرى العرب أو الأسرى الأردنيين بشكل عام نتحدث عن الأسرى نحترم كل الجهود التي تبذل ولكن كما ذكر والد عبد الله البرغوثي هذا هو الاحتلال الذي يتعمد قتل الأسرى حتى وهم في سجون الاحتلال الأسرائيلية. |
| | English | Arabic |
| Sign on wall in | This special segment on Jordanian prisoners in Israeli occupation jails | حلقة خاصة عن الأسرى الأردنيين في سجون |

| | | |
|---|---|---|
| background | The Palestinian Prisoner Club<br><br>The chain must be broken | الاحتلال الإسرائيلي<br><br>نادي الأسير الفلسطيني<br><br>لا بد للقيد أن ينكسر |
| Sign on wall in background at 6 minutes | Ministry for Prisoners Affairs -- The Palestinian Prisoner Club<br>In collaboration with Palestine TV – "For You" program<br>We all welcome the sons of our people as well as the parents and relatives of the prisoners and the detainees. | وزارة شؤون الاسرى والمحررين – ونادي الاسير الفلسطيني<br><br>بالتعاون مع تلفزيون فلسطين – برنامج لاجلكم<br><br>يرحبون بأبناء شعبنا وذوي الاسرى والاسرى |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the video, or portion thereof, received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The video, or portion thereof, is designated as P 7: 495.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video, or portion thereof, bearing the bates number P 7: 495.

Dated: March 12, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 12th day of March, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
12 day of March, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15