# EXHIBIT A.1060



<u>Sent</u>

**Palestinian National Authority**

**Palestinian General Security**
**General Intelligence**
**West Bank Governorates Directorate**
**Department: _____**



No.: _____
Date: <u>2/10/2002</u>

His Excellency, Brother, President and General Commander, may Allah protect him.

Greetings of the homeland.

*General Intelligence*
*Office of Head of Service*
No.: 3807/ME/2002
Date: 2/22/2002
**Incoming**

### Subject: Islamic Jihad

The person, who wanted to perpetrate a suicide operation, of whom I told your Honor yesterday, was arrested today in Tulkarm. The arrest took place in the afternoon in cooperation with the brothers from the Preventive Security.

That person was:

1. Mohamed Mashhur Mohamed Hashaika, who was born in Taluza in 1981.

Two other men were arrested along with him. The two recruited him, equipped him, and were about to transfer him across the Green Line:

2. Nasser Jamal al-Shawish, who was born in al-Fari'ah in 1971.
3. Saleh al-Bukhari, who was born in Nablus in 1976.

They are all being interrogated.

The matter is at your Excellency's discretion.

Please accept my utmost respect.

Head of General Intelligence
Northern Governorates
Tawfiq al-Tirawi
[signature]

CONFIDENTIAL                                      02:010270

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010270.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010270.

Dated: March 12, 2014

                                              Yaniv Berman



السلطة الوطنية الفلسطينية



رئاسة الأمن العام الفلسطيني
المخابرات العامة
مديرية محافظات الضفة
دائرة

الرقم: ----------
التاريخ: ١٠/١٢/٢٠٠٢

الوارد
المخابرات العامة
مكتب رئيس الجهاز
الرقم ٧٨٧/س/م
التاريخ ٢٢/١٢/٢٠٠٢

سيادة الأخ الرئيس القائد العام ... حفظه الله

تحية الوطن ،،،

**الموضوع :- الجهاد الإسلامي**

نود إعلام سيادتكم طلبكم اعتقال الشخص الذي كان ينوي القيام بعملية انتحارية وكنت قد أبلغت سيادتكم عنه بالأمس ، وتم الاعتقال ظهر اليوم بالتعاون مع الاخوة في الأمن الوقائي

وهو

١- محمد مشهور محمد حشايكة        مواليد طلوزة -(١٩٨١م) .

كما تم اعتقال الذي قام بتنظيمه وتجهيزه والذي كان سيوصله إلى داخل الخط الأخضر :-

١- نصر جمال الشاويش             مواليد الفارعة -(١٩٧١م).
٢- صالح البخاري                  مواليد نابلس -(١٩٧٦م).
· نجري معهم التحقيق ...

والأمر لسيادتكم

وتفضلوا بقبول، فائق الاحترام

مدير المخابرات العامة
المحافظات الشمالية
توفيق الطيراوي

CONFIDENTIAL                                    02:010270