# EXHIBIT A.1069



PLAINTIFF'S EXHIBIT 1069

# PLACEHOLDER FOR EXHIBIT 1069

## SEE ENCLOSED DVD

[0:09:08] "If we go back 1,400 years in time, we find that history is repeating itself, servants of Allah. The Prophet Muhammad…[0:09:18]

[00:09:36]…was besieged by two superpowers: Persia in the East and Byzantium in the West. These represent exactly the Soviet Union, and America of today. Persia represents Russia in the East, and Byzantium represents America in the West. Persia fell first in the East, just as Russia fell first in the East, and America will fall, by Allah's will, just as Byzantium fell in the West. However, [the fall of] Byzantium required a further challenge of the Muslims, a further closing of ranks and further sacrifice. The battle with Byzantium, in which this superpower came to an end, required a further challenge and defiance of the Muslim, just as America today, its allies and protégés, the Zionists and others, requires of us a further sacrifice, requires of us a further closing of ranks and unity, oh Muslims, and we will be victorious, by Allah's will. [0:10:48]

[0:26:14]… By closing of the ranks the Prophet succeeded in overcoming Byzantium, the superpower, which is equivalent to America today, without the fall of even one Muslim *Shahid* [Martyr] …[0:26:33]

[0:26:55]…The Prophet succeeded -- through closing the ranks of the Muslims and by motivating them -- in overcoming the America of then, just as we will defeat America, as long as it supports our enemy. As long as America is determined on its positions against our people, our issue and our holy places, and against our people and its leadership -- as long as America adheres to these criminal positions, we will defeat it, Allah willing. We see America as the number one enemy, as long as it supports our enemy. Aren't we killed by American planes? Aren't our homes being destroyed by American tanks? Aren't we being bombed by American missiles?" [0:27:56]

["Official Sermon on PA TV, Ibrahim Mudyris" (September 5, 2003)]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as "Official Sermon on PA TV, Ibrahim Mudyris" (September 5, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as "Official Sermon on PA TV, Ibrahim Mudyris" (September 5, 2003).

Dated: March 19, 2014

                                                                             ZACHY BEN HAMO