# EXHIBIT A.1070



PLAINTIFF'S EXHIBIT 1070

# PLACEHOLDER FOR EXHIBIT 1070

## SEE ENCLOSED DVD

Case 1:04-cv-00397-GBD-RLE   Document 547-593   Filed 06/25/14   Page 3 of 5

"We hear statements by the little American President, oppressive-tyrannical statements.  He says Israel has the right to defend itself…This president sees himself like one who has ascended to the mountaintop and like one expecting someone to push him so that he falls into the abyss, he, his government and his people [with him].  From here, oh servants of Allah, we warn the American people that his president is dragging them to the abyss…[Allah] take vengeance on Your enemies, our enemies, enemies of religion."

["PA TV, Sheikh Ibrahim Mudyris" (Oct. 10, 2003)]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as "PA TV, Sheikh Ibrahim Mudyris" (Oct. 10, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as "PA TV, Sheikh Ibrahim Mudyris" (Oct. 10, 2003).

Dated: March 20, 2014

                                                          ZACHY BEN HAMO