# EXHIBIT A.1072





Bin Laden celebrates 9-11

["Cartoon", Al-Hayat Al-Jadida (Sept. 12, 2007)]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached cartoon is the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Cartoon", Al-Hayat Al-Jadida (Sept. 12, 2007).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying cartoon is a true and accurate representation of the Arabic-language document or portion thereof designated as "Cartoon", Al-Hayat Al-Jadida (Sept. 12, 2007).

Dated: March 13, 2014

_____
ROEE COHEN

