# EXHIBIT A.1073

PLAINTIFF'S EXHIBIT 1073



A fearful Uncle Sam running away in terror, being chased by the date "September 11"
Text: "September" followed by legs that form "11"

["Cartoon", reprinted from Al-Wattan of Qatar, Al-Hayat Al-Jadida (Sept. 11, 2002)]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                   Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                   Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Cartoon", reprinted from Al-Wattan of Qatar, Al-Hayat Al-Jadida (Sept. 11, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Cartoon", reprinted from Al-Wattan of Qatar, Al-Hayat Al-Jadida (Sept. 11, 2002).

Dated: March 13, 2014

_____
ROEE COHEN

