# EXHIBIT A.1109

Monday, September 23, 2013

Case 1:04-cv-00397-GBD-RLE   Document 547-597   Filed 06/25/14   Page 2 of 3
Case 1:01-cv-00853-GK   Document 333-20   Filed 10/01/13   Page 2 of 3



**PLAINTIFF'S EXHIBIT 1109**



# Israel Ministry of Foreign Affairs

## Force 17 Terrorist Mohand Said Muniyer Diriya-5-Mar-2002

05 Mar 2002

### Force 17 Terrorist Mohand Said Muniyer Diriya
(Communicated by the IDF Spokesman)
March 5, 2002

On Tuesday evening (March 5) in Ramallah, the IDF targeted Force 17 terrorist Mohand Said Muniyer Diriya. Diriyah, 22, was from Akraba (Bekaot), and was a member of Force 17 in Ramallah and Tanzim leader Marwan Barghouti's operations officer. Another cell member, Fawzi Hamdi Mustafa Maher, 27, from Ramallah, was killed along with Diriyah, as was Oman Kaidan, another Force 17 member.

Diriya became involved in terrorist activity at the end of October 2000. He was a member of a Ramallah-based terrorist cell along with other Force 17 members. The cell was active since September 2000 and perpetrated a number of murderous terrorist attacks against Israeli citizens in Jerusalem, the Ramallah area and the northern West Bank. Diriya personally took part in the following terror attacks, many along with Fawzi Maher:

1. 30.10.2000 - A shooting attack in the branch of the National Insurance building in eastern Jerusalem. A security guard, Eish-Kodesh Gilmore, 25, from Mevo Modi'in was killed, and another guard was wounded.

2. 13.11.2000 - A shooting attack from a passing car on a bus of soldiers near the community of Ofra. In the attack, Elad Wallenstein, 18 from Ashkelon and Amit Zaneh, 19 from Netanya were killed and other soldiers were wounded. Immediately afterwards, there was a shooting attack from a passing car near the community of Ofra in which Sarah Leisha from Neve Tzuf was killed.

3. 24.11.2000 - A shooting attack in an ambush on Tapuah Junction. In the attack, Ariel Jeraffi, 42 from Petah Tikva was killed.

4. 1.12.2000 - A shooting attack on a bus on its way to Shilo at the French Hill junction.

5. 12.12.2000 - A shooting attack on an Israeli vehicle at Bekaot junction; one person was wounded lightly in the head.

6. 17.12.2000 - A shooting attack on an Israeli vehicle at Yabed junction, one person was wounded lightly in the head and hand.

Gilmore 00492

Monday, September 23, 2013
Case 1:04-cv-00397-GBD-RLE   Document 547-597   Filed 06/25/14   Page 3 of 3
Case 1:01-cv-00853-GK   Document 333-20   Filed 10/01/13   Page 3 of 3

7. 21.12.2000 - A shooting attack on route 433 Modi'in-Jerusalem road, in which Eliahu Cohen, 30 from Modi'in, was killed.

8. 24.12.2000 - A shooting attack on an Israeli vehicle traveling on the Atarot bypass road from the direction of Givat Ze'ev.

9. 31.12.2000 - A shooting attack on the Ramallah bypass road south of Ofra. In the attack, Talia and Binyamin Ze'ev Kahane were killed.

10. 27.2.2001 - A shooting attack on the Givat Ze'ev-Atarot route. In the attack, an Israeli girl was seriously wounded and two others were wounded lightly.

11. March 2001 - Diriya placed a roadside bomb adjacent to the Surda junction. The bomb was activated at an IDF patrol.

12. 12.6.2001 - Diriya dispatched the cell that carried out the attack on the Ma'aleh Adumim road in which a Greek-Orthodox monk was killed.

Following these incidents, Diriya continued in his terrorist activities, and was promoted to become Marwan Barghouti's operations officer. In this capacity, he directed and initiated the following terrorist operations, in which Fawzi Maher also participated:

1. The murder of Yoela Chen, 45, of Givat Ze'ev on the Atarot-Givat Ze'ev road on January 15, 2002.

2. The dispatching of a female suicide bomber near the Maccabim checkpoint on February 27, 2002.



Close