REDACTED - PUBLICLY FILED VERSION

# EXHIBIT A.1111

REDACTED - PUBLICLY FILED VERSION

PLAINTIFF'S
EXHIBIT
1111

1/6

[Stamp and signature] 2193663 Major Hanan Rubinstein / Military Judge
[Stamp] Certified Copy
[Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | Statement No. 5 Sheet No. 1 | |
|---|---|---|---|---|---|

| Identity No. 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name Passport – ▇ | Marital Status ☒ Married  ☐ Single  ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth ▇ 1972 | Place of Birth Kuwait | Home Phone ▇ | Office Phone | |
| Address of Residence Beit Rima | | Name and Address of Workplace | | |
| IDF Serial No. | Father's Name  Grandfather Ghaleb  Abdullah | Parents' Address Jordan | | |

| May 15, 2003 Date | 8:47 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | Master Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  I have seen the above mentioned individual before me and I said to him, I, police officer Yitzhak Ya'akoboff, Badge No.
2  100835-8, inform you that you are suspected of membership and activity in the military Hamas Organization, military
3  training without a permit, possession of war materiel, making improvised explosive devices and explosives, planning
4  attacks against Israeli targets, attacks against Israeli targets, murder and attempted murder. You are not required to say
5  anything unless you wish to, but anything that you do say will be written down by me and may be used as proof against
   you in Court. [Arabic handwriting] Yitzhak Ya'akoboff.
   After I read out and translated the content of the above text to the above mentioned individual, he said to me as follows:
8  Question – Have you understood the suspicions against you?
9  Answer – Yes, I have understood.
10  Question – What is your connection with the attacks against the railways (kitrat) in Lod and in Yavneh?
11  Answer – I prepared these two improvised explosive devices. These were improvised explosive devices that are activated
12  by a mobile phone that is connected to the charge. I made these improvised explosive devices like the ones I used for the
13  fuel truck at Pi Glilot and in Rishon, just without a magnet.
14  Question – How do you know that those were the improvised explosive devices that you made?
15  Answer – Salah 2 asked me to prepare these two improvised explosive devices and after I made them he transferred them
16  to Ibrahim Hamad, who is Salah 1. When I made these improvised explosive devices, I did not know for what attack they
17  wanted to use them and after they announced these attacks against the trains on the television and talked about the
18  improvised explosive devices and how they were activated, I was sure that these were the improvised explosive devices
19  that I made, and also because Salah 2 told me before that that the improvised explosive devices had been transferred to a
    cell.
20  Question – Tell me about the rifle with the sound suppressor that Bilal Barghouti requested from you.
21  Answer – About a week before the attack at Sbarro, Bilal Barghouti asked me for a pistol with a silencer. I asked Aiman
22  Halawa to send me a pistol with a silencer (katam ut) and an Uzi to Ramallah. After some time, Aiman Halawa was to send
23  me the weapons to Nablus Taxis in Ramallah. On the day that Aiman Halawa sent the weapons I was arrested by the
24  Preventive Security in Ramallah. After a few days, an officer of the Preventive Security called Abu Ali Tarifi gave me a
25  new mobile phone in the presence of Marwan Barghouti and Hasan Yosef and I called Aiman Halawa and told him that I
26  was in prison and I told him
27  M-3007  [Arabic writing] Yitzhak Ya'akoboff
28

Time of completion of taking of statement
(7.02) 6500x50x2

P 7: 496

1

| Statement by | | Israel Police | | Statement No. 5 Sheet No. 2 | | |
|---|---|---|---|---|---|---|
| Identity No.<br>030300028 | | First Name<br>Abdullah | | Last Name<br>Barghouti | Name in Latin letters | |
| Prior Name<br>Passport – ▮▮▮▮ | | Marital Status<br>☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed | | | Sex | Religion |
| Date of Birth | | Place of Birth<br>Continued | | Home Phone | Office Phone | |
| Address of Residence | | | | Name and Address of Workplace | | |
| IDF Serial No. | Father's Name  Grandfather<br>Ghaleb    Abdullah | | | Parents' Address | | |

| May 15, 2003 | 9:20 | Jerusalem Police | Investigator | 100835-8 | Master Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | p.m.<br>Time | Place | | Ser. No. | Rank | First name | Last name |

1    "that the tomatoes that he sent me to Ramallah are bad and that he should come back to take them." Aiman Halawa
2    understood that I wanted him to take the weapons that he had sent me and I know this because after I left the prison of the
3    Palestinian Authority, Aiman Halawa told me that he had taken the weapons.
4    Question – Do you have something to add?
5    Answer – No. I hope that Abu Mazen will make peace for my children and the people of Israel.
6    This is my statement that has been read out before me and translated into Arabic and confirmed as correct by my signature.
7    [Arabic handwriting] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]
8
10
11
12    [Stamp] Certified copy
13
14    [Stamp] Military Appellate Court in Judea and Samaria
15
16
17
18
19
20
21
22
23
24
25
26    M-3007
27
28

Time of completion of taking of statement

(7.02) 6500x50x2

**P 7: 497**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.      The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 496-497.

2.      I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 7: 496-497.

Dated: May 28, 2014

Rina Ne'eman

ss.:  New Jersey

On the X__ day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
X__ day of May, 2014

Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9. 2016



משטרת ישראל

הודעתו של:
اعلان تبع:

<table>
<tr><td>נוסחא רקם</td><td>גליון מס'</td><td>הודעה מס'</td><td></td></tr>
</table>

الجدول تعذر قراءته بوضوح.

(سطور نص مكتوبة بخط اليد يتعذر قراءتها - 8 أسطر)