# EXHIBIT A.1112



**To**: [Illegible] Date: June 2, 2002 1:30 p.m.

**From**: Ariel

**Re:** Nasser Jamal Musa Shawish / Fara Refugee Camp **Account from interrogation**

The subject was asked his name and responded that it was Fadel.

After a few minutes, the subject acceded and said that his name was Nasser Shawish, the name of his father was Khaled, who had been injured by our forces, and another brother of his had been killed by the explosion of an improvised explosive device in his hands.

The subject offered to cooperate with us to the extent required, both in his interrogation and beyond that.

The subject stated that he had an explosive belt, improvised explosive devices and mortar bombs, which were ready for operation.

The subject was asked about his actions in the last few days and said the following:

1. His acquaintance with Ubida Abu Aisha / Beit Wazan.

   A. About five months ago, the subject visited the mourning house that had been opened after Safwat Abu Aisha was killed in a suicide attack in Tel Aviv.

   B. During the subject's visit there, Ubida Abu Aisha, single, about 26 years of age, the sister of the said Safwat, approached him.

   C. Ubida expressed her wish to the subject to carry out a suicide attack to avenge the death of her brother and her fiancé, al Yasini / Ramallah.

   D. The subject gave Ubida the number of his mobile phone. The subject does not remember it because of the large number of mobile phones in his possession.

2. Comments: *

F/9410/ 32100 (Instead of 10/320)

[Stamp] P 5: 331

**To**: ________ Date: ____________

**From**: ____________

**Re**: ________________________________ **Account from interrogation**

E. The two met on a few occasions in the Nablus area, and he says that he tried to dissuade her from her suicidal intent.

2. ~~Ubida Abu Aisha's awareness of the explosive belt and of the improvised explosive devices that the subject had brought~~.

2. ~~Rented~~ Received assistance from Aiman Al Nasiri.

A. About five days ago, the subject approached Aiman Al Nasiri, in his thirties, married, ~~known as~~ who owns the Al Kadari photo studio in Rafidia / Nablus, the place where Rabia Abu Rub / Kabatia and Mohanad Abu Aisha / Bait Wazan worked previously.

B. The subject asked Aiman to arrange a safe house for him, to receive from him a key to a banquet hall (ka'ar) called Alla al-Din, which is just opposite Janid Prison.

C. Aiman rented the hall and everything in it from his owner.

D.

2. Comments: *

F/9410/ 32100

(Instead of 10/320)

[Stamp] P5: 332

**To**: ________ Date: ____________

**From**: ____________

**Re: ______________________________ Account from interrogation**

D. He received an explosive belt and two improvised explosive devices from Salah al Kini.

A. About a week ago, the subject met, by chance, Salah al Kini, single, about 22 years of age, an officer in the Palestinian Police, a resident of Kafr Kalil, a relative of Majd al Kini, [also known as] Abu Sharar. The subject thinks that Salah is Majd's nephew.

B. The two met in a square in Nablus, where Salah is posted.

C. The subject heard from Salah that he had an explosive belt and three improvised explosive devices, as well as a bag containing three to five mortar bombs.

D. Salah told the subject that he had received this from Zayad Yunes / Asira Shimalia, who operated under the command of Abu Sharar in the Black Arms Organization (Al Suad Al [Illegible] in Arabic).

E. After the subject possessed the key to the banquet hall, he called Salah and asked him to bring the objects mentioned to the Alla al-Din Hall.

F. After this, Salah returned to his village, in a white Hyundai vehicle.

2. Comments: *

G. The subject put the improvised explosive devices into a storeroom in the banquet hall and prepared them for action. He installed detonators and electric wires on them.

F/9410/ 32100 (Instead of 10/320)
[Stamp] P 5: 333

**To**: ________ Date: ____________

**From**: ___________

**Re**: ______________________________ **Account from interrogation**

H. On the following night, the subject called Ubida and invited her to come to his hiding place.

I. When Ubida arrived, the subject told her about the improvised explosive devices. The subject states that Ubida might have noticed the improvised explosive devices.

4. His connections with Sana'a / Kalandia Refugee Camp

A. The subject recruited Mohamed Hashaika / Taluza, who was killed in a suicide attack in Jerusalem.

B. Rabia Abu Rub is the one who introduced the two to each other.

C. Abdul Karim Aweis prepared Mohamed for the said attack.

D. The subject got to know Sana'a through the above mentioned Ubida Abu Aisha as one who expressed her wish to carry out a suicide attack.

E. The subject asked Sana'a to help him by traveling with Mohamed Hashaika to Jerusalem in order to reduce the suspicion.

F. On the day of the attack, the subject met Sana'a in the market in Ramallah and took her to a house that Abdul Karim Aweis had rented out.

2. Comments: *

F/9410/ 32100 (Instead of 10/320)

[Stamp] P 5: 334

**To**: ________ Date: ____________

**From**: ___________

**Re**: ______________________________ **Account from interrogation**

G. Together with the subject, Sana'a and Abdul Karim, the following were in the house:

1) Mohamed Hashaika, the suicide terrorist.

2) Haj Hadran, Jenin Refugee Camp, about 20 years of age, General Intelligence, a Tanzim Fatah man, today imprisoned in Israel.

3) Another young woman who came with Sana'a.

H. The subject states that he was the one who brought the video cassette of Mohamed Hashaika to Mahmoud Tal Aasi / Ramallah, a journalist who transferred the cassette to the ENN television station.

The subject was allowed to meet Ubida Abu Aisha / Beit Wazan, who heard from him that he had confessed to everything attributed to him, including his real name and his connection to her.

Persons present in the interrogation: Avri and Doron – a very short time.

2. Comments: * The subject expressed his consent to hand over the improvised explosive devices in the Alla al-Din Banquet Hall.

He was given drink, food and cigarettes mostly.

He was allowed to meet with Ubida Abu Aisha

The interrogation of the subject ended at 4:00 p.m., after which he went out to hand over the improvised explosive devices to the bomb disposal laboratory.

Ariel

F/9410/ 321003 Chimi (Instead of 10/320)

[Stamp] P 5: 335

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 331-335.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 5: 331-335.

Dated: May 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28th day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of May, 2014

Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

Case 1:04-cv-00397-GBD-RLE    Document 547-599    Filed 06/25/14    Page 9 of 14

אל : [illegible]

מאת : [illegible]

תאריך: 2/6/02 3:30

הנדון: [illegible] גרסה מחקירה

הנדון נשאל לשמו והשיב כי הוא [illegible]
לחקירה הוא [illegible] הנדון וסיפר כי שני
[illegible] שלום שם אבו [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
הנדון [illegible] [illegible] [illegible] [illegible] [illegible] ככל [illegible]
שם [illegible] ושם [illegible] לבן
הנדון סיפר כי [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] ניתן לחקירה
הנדון נשאל [illegible] [illegible] [illegible] וסיפר כדלק':

א. [illegible] עם [illegible] [illegible] [illegible] / בית [illegible]

ב. [illegible] [illegible] [illegible] [illegible] הנדון [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

ג. [illegible] [illegible] הנדון [illegible] [illegible] [illegible] [illegible] [illegible] 26 [illegible] [illegible] [illegible] [illegible]

ד. [illegible] [illegible] [illegible] [illegible] הנדון [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] / [illegible]

ה. הנדון מסר לחוקרים [illegible] מספר הטלפון [illegible] [illegible] (הנדון אינו זוכר אותו [illegible] [illegible] [illegible] [illegible] [illegible]

2. הערות: *

ט/32100/9410

(במקום 10/320)

P 5: 331

אל : ______________

מאת : ______________

תאריך: ______________

הנדון: ______________ - גרסה מחקירה

א. בקו"ם [illegible] מספר [illegible] בגלל שמש
ולמעשה נוסף לחבל [illegible] במוות [illegible]

2. ~~[illegible]~~

ג. [illegible] [illegible] אל זכריה.

ד. לפני כחודש ימים פנה [illegible] אל זכריה
בשנת השלושים [illegible] + [illegible]
[illegible] [illegible] [illegible] זכריה [illegible] / שמש
[illegible] כי [illegible] בספר [illegible] / [illegible]
[illegible] / [illegible]

ה. [illegible] [illegible] [illegible] לו [illegible]
[illegible] [illegible] [illegible] ("[illegible]")
[illegible] "[illegible]" [illegible] [illegible]
כלל [illegible].

ו. [illegible] שכר [illegible] [illegible] [illegible] כי
[illegible].

3.

2. הערות: * ______________

ט/32100/9410

(במקום 10/320)

אל : ____________

מאת : ____________ תאריך: ____________

הנדון: ____________ - גרסה מחקירה

[illegible handwritten text]

2. הערות: * [illegible handwritten text]

ט/32100/19410

(במקום 10/320)

אל :

מאת :          תאריך:

הנדון: - גרסה מחקירה

[illegible]

2. הערות: * [illegible]

ט/32100/9410

(במקום 10/320)

תאריך: ____________

אל : ____________

מאת : ____________

הנדון: ____________ - גרסה מחקירה

[illegible]

1) [illegible]

2) [illegible] כ-20 [illegible]

3) [illegible]

[illegible] ENN [illegible]

[illegible]

[illegible]

2. הערות: * [illegible]

[illegible] 16:00 [illegible]

(במקום 10/320)

ט/321003/9410 כימי