# EXHIBIT A.1113


PLAINTIFF'S EXHIBIT 1113

From: Ariel

Date of interrogation: June 4, 2002

Place of interrogation: Petach Tikva

Start time: 10:40 a.m.

Memorandum from the interrogation of <u>Nasser Shawish / Fara Refugee Camp</u>

1. The subject was asked about his health and he answered that he is "ta'aban" [worn out], but the subject stated that he had been examined by the facility physician upon his arrival.

2. The subject was asked whether he had showered since his arrival and answered in the negative.

3. The subject was told that he would be sent to the shower in a short time.

4. The subject asked to see Ubida's letter to him and his request was granted.

5. The subject appeared to be very emotional and also started to cry.

6. The subject asked where she was and was answered that she had not yet arrived at the prison, but was supposed to arrive very soon.

7. The subject was interested in the possibility of visiting her in her prison, or in her visiting him, and I replied that I was not able to tell him about that.

8. The subject was asked about how long he had been in Ramallah and he stated that he had been there for about four months, until about two weeks ago, at which time he moved to the Nablus area.

9. The subject was asked about his connections to Tanzim operatives in Ramallah, and to Marwan Barghouti.

[Stamp] P 5: 336

10. The subject stayed for a long period in Ramallah, at least 4 months, and was in close contact with his brother Khaled Shawish, who was then responsible, before being injured, for the al-Aqsa Brigades in the Ramallah area, and had engaged in many shooting attacks at settlers and the army. This included shooting at the automobile of Kahane together with Mohanad Mustafa and another person.

11. Khaled and Marwan Barghouti had a very close relationship. The two kept in contact continuously by telephone. The subject states about himself that despite being in Ramallah for a long time, he was unable to get Marwan's telephone number, while his brother, as noted, had close a relationship with Marwan Barghouti; the latter does not believe in every person, even if he is in the Fatah.

12. The subject was present at a conversation between Marwan and his father that dealt with the wording of a leaflet that they wanted to distribute at a procession that was supposed to be held for ----- and the leaflet and the leaflet [sic] dealt with the need to stand with the Palestinian Authority and to be united.

13. He was also in a conversation between [his] brother and Marwan in which it was concluded that Marwan would help the brother with the rental of an apartment after his brother Khaled was injured and became paralyzed, which actually did happen…

[Stamp] P 5: 336 [continued]

later, as Khaled rented an apartment – he does not know who paid the rent.

14. The subject himself received a check for 2800 [sic] signed by Yasser Arafat, which he received while he was a fugitive and was staying in Nablus about 5 months ago, explaining that a request had been submitted to Mohanad Halawa, who forwarded it to Marwan Barghouti, and from there it was submitted to Yasser Arafat, who approved it. The subject cashed the check at the Jordanian Bank.

15. [He] explains that Khaled actually stayed for a long time in Ramallah and during that period he was also an escort of Marwan Barghouti, and was also in the Tanzim office in Ramallah, which is the official office of the Fatah.

16. The subject saw Marwan Barghouti twice when he came to visit his brother Khaled who was injured, and he was visiting the patient.

17. Khaled said that he was in the Tanzim office [sic] together with Mohanad, Marwan and others, and they suddenly heard the noise of airplanes and they changed cars, and then Mohanad was injured, [and]Khaled fled from the automobile.

18. The subject adds that earlier, he stayed in Jenin and operated with Abdel Karim Aweis / Jenin Refugee Camp, who kept in contact with Marwan via Mohanad Halawa, explaining that Abdel had never talked directly with Marwan and on many occasions told Mohanad to forward mainly monetary requests to the Old Man = "hatyar" or to Haj.

19. The subject states that there is a difference between the al-Aqsa Martyrs Brigades, which is a military arm of the Fatah, and the Tanzim, which is, in fact, the movement, i.e. the Fatah Organization.

20. The subject states that the following persons are known to him as commanders of the Martyrs:

   A.   Abdel Karim Aweis

   B.   Raed Karmi

   C.   Muselma Thabet

[Stamp] P 5: 337

3

      D.      Khaled Shawish

      E.      Mohanad Abu Halawa

      F.      Majd al-Kini – founder of cells called Suad as Mara in Nablus.

21. The subject saw Raed Karmi a week before his death in Nablus when he came to hide at the place of Majd al-Kini / Kfar Kalil.

22. The subject spent a lot of time with Majd al-Kini when he was staying in Nablus. He got to know Muselma through telephone calls after he came to Nablus and met with the subject.

[Stamp] P5: 337 [continued]

4

23. Abdel Karim Aweis replaced Mohanad Halawa in Ramallah after the latter was killed.

24. The subject states that when the terrorist attack in Wadi Haramia was carried out, he was in Nablus and all of the Fatah operatives were surprised by the attack; in their opinion and according to rumors, it was the initiative of a single person. This is what Abdul Karim Aweis said, as did the subject's brother.

25. The subject was sent to shower.

Notes: He was given mostly coffee and cigarettes. He read a letter that Ubida Abu Aisha wrote for him.

The Interrogation ended at 11:45 a.m.

Ofir was present in the interrogation for part of the time.

[Signature]

F/ 0101/ 321003

[Stamp] P5: 338

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.  The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 336-338.

2.  I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 5: 336-338.

Dated: May 28, 2014

_____
Rina Ne'eman

ss.: New Jersey

On the 21st day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
21 day of May, 2014

_____
Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

מאת:אריאל                                                  תאריך החקירה:4/06/02
מקום החקירה:פ"ת                                            שעת התחלה:10:40

## זכ"ד מחקירת נאצר שריש/מ.פ.פרעה

1. הנדון נשאל לשלומו והשיב כ הוא "תעבאן". עם זאת ציין הנדון כי נבדק ע"י רופא המתקן עם הגיעו.

2. הנדון נשאל באם התקלח מאז הגיעו והשיב בשלילה.

3. נאמר לנדון כי יישלח למקלחת בעוד זמן קצר.

4. הנדון ביקש לראות את מכתבה של עובידה אליו ומבוקשו ניתן לו.

5. ניכר היה כי הנדון מתרגש מאוד ואף החל לבכות.

6. הנדון שאל למקום הימצאה ונעניה כי באם טרם הגיעה לכלא, הרי שהדבר אמור לקרות בקרוב מאוד.

7. הנדון התעניין בנוגע לאפשרות שיבקר אותה בכלאה, או שהיא תבקרו, ונענה על ידי כי איני יודע לומר לו זאת.

8. הנדון נשאל באשר לזמן שהותו ברמאללה וציין כי זהה שם כארבעה חודשים, עד לפני כשבועיים, אז עבר לאזור שכם.

9. הנדון נשאל אודות קשריו לפעילי התנט'ים ברמאללה, ולמרואן ברע'ות'י.

10. הנדון שהה תקופה ארוכה ברמאללה לפחות 4 חודשים והיה בקשר הדוק עם אחיו ח'אלד שריש שהינו אחראי אז-קודם הפציעה – בגדודי אלאקצא באיזור רמאללה, עסק בפיגועי ירי רבים על מתנחלים +צבא.
ומכלל זה – ידי על מכוניתו של כהנא יחד עם מוהנד מצטפא ונוסף.

11. בין ח'אלד ובין מרואן ברעותי היו קשרים מאוד הדוקים השניים שמרו על קשר טלפוני רצוף הנדון מציין על עצמו כי למרות שהיה תקופה ארוכה ברמאללה לא הצליח להשיג את מספרו של מרואן ואילו אחיו היה כאמור בקשר הדוק עם מרואן ברעותי, האחרון לא מאמין בכל אדם אפילו שהוא בפתח.

12. הנדון נכח בשיחה בין מרואן לבין אביו שעסקה בנוסח כרוז שביקשו להפיץ בתהלוכה שאמורה להתקיים ל------- והכרוז והכרוז עסק בצורך לעמוד לצד הרש"פ ולהיות מאוחדים.

13. כן היה בשיחה בין האח לבין מרואן שבה סוכם כי מרואן יסייע לאה בשכירת דירה לאחר שאחיו חאלד הפך למשותק ונפצע. דבר שאכן התקיים

בהמשך היות וחאלד שכר דירה - לא יודע מי שילם עבור השכירות.

14. הנדון עצמו קיבל צ'ק על סך 2800 בחתימת יאסר ערפאת אשר קיבלו כאשר היה כבר מבוקש ושהה בשכם לפני כ-5 חודשים מסביר כי הוגשה בקשה למוהנד חלאוה שהעבירה למרואן ברעותי ומשם הוגשה ליאסר ערפאת שאישר אותה. הנדון פדה את הצ'ק בבנק הירדני.

15. מסביר כי חאלד בעצם שהה תקופה ארוכה ברמאללה ובאותה תקופה היה אף מלווה של מרואן ברעותי ואף היה במשרד "התנזים" ברמאללה, שהוא משרד הפתח הרשמי.

16. הנדון ראה את מרואן ברעותי פעמיים כאשר בא לבקר את אחיו חאלד שהיה פצוע וערך ביקור חולים.

17. חאלד סיפר כי היה במשרד התנזים יחד עם מוהנד מרואן ונוספים ולפתע שמעו רעש מטוסים והם החליפו מכוניות אז מוהנד נפצע, חאלד ברח מהמכונית.

18. הנדון מוסיף כי קודם לכן שהה בג'נין ופעל יחד עם עא כרים עויס/מ.פ.ג'נין אשר שמר על קשר עם מרואן באמצעות מוהנד חלאוה, מסביר כי עבד מעולם לא דיבר ישירות עם מרואן ופעמיים רבות נהג לומר למוהנד העבר הבקשה לזקן = חת'יאר או לחג' בעיקר בקשות כספים.

19. הנדון מציין כי יש הבדל בין גדודי שוהדא אלאקצא שהוא זרוע צבאית של תנועתו הפתח לבין התנזים שהווא בעצם התנועה ז"א ארגון הפתח.

20. הנדון מציין כי הר"מ מוכרים לו כמפקדי השוהדא:

א. עא כרים עויס.

ב. ראאד כרמי

ג. מסלמה תאבת

ד. חאלד שויש

ה. מוהנד אבו חלאוה

ו. מאג'ד אלקיני - מייסד חוליות בשם סואעד אס מרה בשכם.

21. הנדון ראה את ראאד כרמי שבוע לפני מותו בשכם עת בא להסתתר אצל מאג'ד אלקיני/בכפר כליל.

22. הנדון בילה רבות עם מאג'ד אלקיני עת שהה בשכם. את מסלמה הכיר באמצעות שיחות טלפון לאחר שהגיע לשכם ונפגש עם הנדון.

23. עא כרים עוויס החליף ברמאאלה את מוהנד חלאוה לאחר שהאחרון נהרג.

24. הנדון מציין כי בזמן שבו בוצע פיגוע בואדי חרמיה שהה בשכם וכל פעילי הפתח היו מופתעים מהפיגוע לדעתם וע"פ שמועות מדובר ביוזמה של אדם בודד כך אמר עא כרים עויס כמו גם אחי הנדון.

25. הנדון נשלח להתקלח.

הערות כובד בקפה ובסגריות לרוב.  קרא מכתב שכתבה עבורו עובידה אבו עישה.

החקירה הסתיימה בשעה 11:45

נכחו בחקירה אופיר בחלק מהזמן.

*[signature]*

321003/0101/ ט

P 5: 338