# EXHIBIT A.1114

(2 of 2)

מאת ______________ תאריך החקירה ______________

מקום החקירה ______________ שעת התחלה ______________

**זכ"ד מחקירת** ______________

לשאלתנו מי [illegible] סאמר:
ציין כי באזור [illegible], השתמש [illegible], המשיך [illegible] לעבר [illegible] כינויו סאמר [illegible]

הוסיף כי ידוע [illegible] של [illegible] [illegible] הציג לחבר סאמר [illegible] [illegible]

ציין כי הרובים המשומשים [illegible]:
הנשק - יריה מקלע
האחר - יריה ב-M-16
[illegible] - יריה ב-M-16
[illegible] - יריה מקלע

ציין כי [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] כי [illegible] [illegible] [illegible].

הנחת מטענים [illegible]:
ציין כי [illegible] [illegible] סאמר, [illegible] [illegible] [illegible] [illegible] [illegible].

הוסיף כי [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible], [illegible] כי [illegible] [illegible] [illegible] [illegible].

הוסיף כי [illegible] [illegible] [illegible] [illegible]:
[illegible] - [illegible] M-16
[illegible] - [illegible] [illegible]
[illegible] - [illegible] [illegible]
[illegible], [illegible] 26, [illegible], [illegible], [illegible] [illegible]
הערות [illegible] [illegible], [illegible], [illegible] [illegible] [illegible]
[illegible] [illegible] 23, [illegible], [illegible] [illegible] [illegible]

החקירה הסתיימה בשעה ______________

נכחו בחקירה ______________

321003/0101/ס

5/...

מאת ____________ תאריך החקירה ____________

מקום החקירה ____________ שעת התחלה ____________

-5-

**זכ"ד מחקירת** ____________

[illegible]

[illegible] 2200 [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

הערות: [illegible]

החקירה הסתיימה בשעה ____________

נכחו בחקירה ____________

6/...

מאת ______ -6- תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

**זכ"ד מחקירת** ______

הנדון - ברשותו A-16.
מוחמד [illegible] - ברשותו A-16
רמזי [illegible] - ברשותו [illegible]

עם הגעתם לאזור מרדה, סמוך לערבה, הנדון ורמזי הניחו את המטען ליד הכביש הראשי.

לאחר מכן המתינו המשאית כשעה, לאחר מכן עבר במקום ג'יפ צבאי, כי מחמד הפעיל את המטען שפגע בג'יפ, והערכתי איש מהג'יפ לא נפגע אלא רק נגרם נזק לג'יפ.

כי אמר הפעיל המטען חבר [illegible] לא [illegible] ירו את [illegible] [illegible].

הנחת מטען חבלה הנוספת:
באותה תקופה [illegible] הנדון מהנחת מטען חבלה על כביש המוביל למחנה [illegible] [illegible].

כי [illegible] יוסף מבצעת [illegible] להגעה בשביל [illegible] מטען חבלה:
הנדון
מחמד [illegible] [illegible].
[illegible] [illegible] [illegible] / [illegible], בן 25, [illegible], [illegible].

כי [illegible] [illegible] [illegible] [illegible] לכן, [illegible] [illegible] [illegible] [illegible].

עם [illegible] [illegible] [illegible], [illegible] מחמד מהרכב והניח את המטען

[illegible] [illegible] הרכב [illegible] [illegible] [illegible] ג'יפ צבאי, [illegible] [illegible] את המטען אלא [illegible] [illegible] תקלה.

הערות
[illegible] [illegible] [illegible] את המטען, [illegible] [illegible] [illegible] [illegible].

החקירה הסתיימה בשעה ______

נכחו בחקירה ______

7/...

מאת ______________ תאריך החקירה ______________

מקום החקירה ______________ שעת התחלה ______________

**זכ"ד מחקירת** ______________

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

~~הערות~~ [illegible]

~~החקירה הסתיימה בשעה~~ [illegible]

נכחו בחקירה ______________

321003/0101/ט

[illegible]

-8-

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

**זכ"ד מחקירת** ______

מעורבותו הגדולה [illegible] באזור רמאללה:

ד"ן כי לפני [illegible] לערך, עבר לרמאללה, והשתתף ב"מקטעה" ברמאללה

הוסיף כי במהלך כניסת כוחות צה"ל לרמאללה [illegible] [illegible] ישראלים [illegible]

ד"ן כי חברי [illegible] הם:
[illegible] - [illegible]
[illegible] / רמאללה, כבן 23, [illegible]
[illegible] מרמאללה

הוסיף כי בזמן כניסת כוחות צה"ל [illegible] לרמאללה [illegible]
[illegible]

[illegible] / רמאללה, כבן 29, נשוי, [illegible]
[illegible] / רמאללה, כבן 30+, [illegible]
[illegible]

ידיעה לגבי [illegible]:

ד"ן כי לפני כניסת צה"ל לרמאללה [illegible]
[illegible]

[illegible]
[illegible] / רמאללה, [illegible]
[illegible] / רמאללה, [illegible]
[illegible]

הערות הוסיף כי [illegible]
[illegible]

החקירה הסתיימה בשעה ______

נכחו בחקירה ______

ט/321003/0101

-9-

מאת ______

תאריך החקירה ______

מקום החקירה ______

שעת התחלה ______

**זכ"ד מחקירת** ______

[illegible]

הערות: [illegible]

החקירה הסתיימה בשעה ______

נכחו בחקירה ______

32-003-0101-נא

[illegible]

מאת ____________ תאריך החקירה ____________

מקום החקירה ____________ שעת התחלה ____________

זכ"ד מחקירת ____________

[illegible]:

[illegible]:

[illegible]

[illegible]:

[illegible]

[illegible], בן 22, [illegible], בת 17

[illegible]

[illegible]

[illegible]

[illegible], בן 24, [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible], בן 25, [illegible] "[illegible]".

~~[illegible]~~

[illegible]

[illegible]

[illegible].

[illegible]

[illegible]

[illegible]

~~הערה~~ [illegible]

החקירה הסתיימה בשעה ____________

נכתב בחקירה ____________

321003/0101/ט

[illegible signature]

מאת ________ -11- ________ תאריך החקירה ________

מקום החקירה ________ שעת התחלה ________

זכ"ד מחקירת ________

צוין כי השלושה ~~[illegible]~~ הנ"ל יצאו [illegible] הנדון [illegible] ברם:
הנדון, [illegible] אקדח
[illegible], [illegible]
3 [illegible], [illegible]
[illegible] 22 [illegible], [illegible], [illegible] הנדון
[illegible]

הוסיף כי [illegible] [illegible] ~~[illegible]~~ [illegible].

הוסיף כי [illegible] הנדון [illegible], ~~[illegible]~~ [illegible] ברם [illegible] הראשון [illegible] [illegible].

~~[illegible] ברם~~
[illegible] מספר [illegible] (אינו [illegible]) [illegible] [illegible].

[illegible] מספר [illegible] [illegible].

[illegible] ברם, [illegible] הנדון [illegible] מספר [illegible] [illegible], [illegible]

הנדון [illegible] כי ~~[illegible]~~ [illegible] [illegible], [illegible] כי [illegible] ברם [illegible] [illegible].

[illegible] ברם [illegible] [illegible] [illegible]

הערות
[illegible] ברם, [illegible] יצאו [illegible]

החקירה הסתיימה בשעה ________

נכחו בחקירה ________

321003/0101/ט

-12-

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

**זכ"ד מחקירת** ______

להלן [illegible] , אשר נחקר הנחקר [illegible]:

[illegible]

[illegible]

[illegible]

הוסיף כי [illegible] כי [illegible]

[illegible]

[illegible] כי [illegible] הנחקר [illegible]

[illegible]

הוסיף כי [illegible] כי [illegible]

הנחקר [illegible] כי [illegible]

[illegible]:

[illegible] כי [illegible] הנחקר [illegible]

[illegible] 22 [illegible] כי [illegible]

בתחילה [illegible] הנחקר כי [illegible]

[illegible]

לאחר [illegible] הנחקר [illegible] הנחקר [illegible]

כי [illegible]

הנחקר [illegible]

כי [illegible]

[illegible] הנחקר [illegible]

הנחקר [illegible] כי [illegible]

הערות: [illegible] כי [illegible]

החקירה הסתיימה בשעה ______

נכחו בחקירה ______

ט/321003/0101

13/..

-13-

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

הנדון לקח את דארין [illegible] של [illegible] אחיו [illegible],

~~ואמרתי [illegible] [illegible] [illegible] [illegible] הרו"מ.~~
~~[illegible]~~
~~[illegible]~~

~~[illegible] של [illegible]~~

ואמר עבד [illegible] הנדון והביא [illegible] את [illegible] (אבו אשראיף), כבן 27, [illegible] ANN [illegible]

[illegible] הנדון את דארין אשר [illegible] את [illegible], ואמר עבד [illegible] את [illegible].

ואמרתי [illegible] [illegible] הרו"מ:
[illegible]
[illegible]
[illegible]

הוסיף כי [illegible] את [illegible] הנ"ל [illegible]

[illegible] כי דארין [illegible] את [illegible], ~~[illegible]~~ [illegible] [illegible] כבן 25 [illegible] [illegible]

ואמר עבד [illegible] את דארין [illegible] הנ"ל, ~~הנדון~~ ואמר עבד [illegible].

ואמר [illegible] הרו"מ:
[illegible]
[illegible] 3
[illegible]

~~הערות~~ ______

~~החקירה הסתיימה בשעה~~ ______

~~נכתב בחקירה~~ ______

ט/321003/0101

14/...

מאת ________ -14- תאריך החקירה ________

מקום החקירה ________ שעת התחלה ________

**זכ"ד מחקירת** ________

הנדון נשאל בעניין יחד עם [illegible].

במשך הערב יצא הנדון יחד עם [illegible] [illegible] "[illegible]" ברמאללה, [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] המשטרה.

עם [illegible], נפגש הנדון עם הבאים:

[illegible]

[illegible]

[illegible]

[illegible].

הנדון [illegible] [illegible] [illegible] [illegible] [illegible], הנדון [illegible] [illegible] "[illegible]" ברמאללה.

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] (הנדון [illegible] [illegible] - [illegible])

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] [illegible] [illegible] [illegible] [illegible]:

[illegible] [illegible] [illegible] - [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברמאללה [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

הערות [illegible]

החקירה הסתיימה בשעה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

נכחו בחקירה [illegible] [illegible] [illegible] [illegible]

ט/321003/0101

[illegible]/--

מאת ______________ תאריך החקירה ______________

מקום החקירה ______________ שעת התחלה ______________

**זכ"ד מחקירת** ______________

[illegible] לזיהוי [illegible]:

הנחקר

[illegible]

[illegible]

[illegible] 20, [illegible]

[illegible]

הנחקר [illegible]

[illegible] הנחקר [illegible]

הוסיף כי [illegible]

[illegible]:

[illegible] כי [illegible] הנחקר [illegible]

[illegible]

[illegible] הנחקר [illegible]

הנחקר [illegible] כי [illegible]

הוסיף כי [illegible] הנחקר [illegible]

הערות [illegible]

החקירה הסתיימה בשעה ______________

נוכחו בחקירה ______________

מאת ______________ -16- תאריך החקירה ______________

מקום החקירה ______________ שעת התחלה ______________

זכ"ד מחקירת ______________

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

הערות: [illegible]

החקירה הסתיימה בשעה ______________

נכחו בחקירה ______________

321003/0101/ט

17/...

P 5: 354

-17-

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

אחמד [illegible] את מחמוד חמאיל [illegible] [illegible] [illegible], הנחקר [illegible] [illegible] [illegible] [illegible], הוסיף כי הנחקר [illegible] של [illegible] כי [illegible] [illegible] [illegible] [illegible] [illegible].

הוסיף כי לאחר מכן [illegible]. [illegible] [illegible] [illegible] [illegible] [illegible] את הנחקר [illegible].

[illegible] לאחר [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

לאחר [illegible] הנחקר [illegible] לנחקר [illegible] כי [illegible] [illegible] כי בחודש [illegible] [illegible] [illegible] [illegible].

הנחקר [illegible] [illegible] [illegible], כבת 24, [illegible], [illegible] [illegible], [illegible] [illegible].

לאחר [illegible] [illegible] [illegible] [illegible] [illegible] הנחקר [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]:

[illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] הנחקר [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

הערות: [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

החקירה הסתיימה בשעה [illegible] [illegible] [illegible] [illegible] [illegible]

נכחו בחקירה [illegible] [illegible]

ט/321003/0101

[illegible]

מאת _____

- 18 -

מקום החקירה _____

תאריך החקירה _____

שעת התחלה _____

זכ"ד מחקירת _____

[handwritten Hebrew/illegible notes]

תאריך החקירה ________ — 19 — מאת ________

שעת התחלה ________ מקום החקירה ________

זכ"ד מחקירת ________

הוסיף כי אבו חסין [illegible] כי [illegible] לרמאללה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

אבו חסין אמר כי אין [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

אבו חסין הוסיף [illegible] כי [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] סירב.

הערות [illegible] [illegible] [illegible] [illegible] [illegible]
ת.ז. [illegible]

החקירה הסתיימה בשעה 0230

נכחו בחקירה [illegible]

ט/321003/0101