# EXHIBIT A.1115


PLAINTIFF'S
EXHIBIT
1115

From: *Efi* Date of interrogation: *June 6, 2002*

Place of interrogation: *Room 8* Start time: *8:15 a.m.*

**Memorandum from interrogation of** *Nasser Jamal Nasser Shawish*

The subject was told that according to information that is in our possession, he had omitted many details in his confession concerning his activities. The subject asked for a short time to write outlines pertaining to the activity about which he had not talked. After that, he stated the following:

Abu Iad a-Shama'a, 45 years of age, an employee of the General Intelligence in Ramallah, in the office of Tawfik Tirawi. He tried to recruit Mohamed Hashaika for a suicide attack, did not agree to his suggestion, and later agreed to the suggestion of Abdel Karim Aweis to carry out a suicide attack.

About two weeks ago, Darwish a Duhader, 22, from Ramallah, an operative in the al-Aqsa Martyrs [Brigades], called and informed the subject that he had carried out a shooting attack against an Israeli automobile and that he had heard in the news that an Israeli had been killed in the Ramallah area. Together with him were the following: Muzid al Masri, 26, Force 17 Ramallah.

~~Comments~~ Hamdallah, Ramallah

~~The interrogation ended at~~ Darwish asked the subject to approach Hassin a-Sheikh, Abu Jihad in Ramallah, the Secretary General of the Fatah, in order for the latter…

~~Persons present in the interrogation~~

F/0101/321003

[Stamp] P 5: 360

From:________________________ Date of interrogation: ______

Place of interrogation: ___________ Start time: _________

**Memorandum from interrogation of ______________________**

to finance the activity of Darwish and his colleagues.

About ten days ago, Mohamed Abu Rub, 28, Kalandia, [illegible], living in Jenin, married, approached the subject with a request to find him a place / apartment in Nablus in which he could make high explosives and improvised explosive devices.

The above mentioned Hasin a-Sheikh asked the subject to open a bank account so that he could send the subject and his colleagues money for the military activity.

|. Hasin a-Sheikh was updated on the planning of the attack by Mohamed Hashaika before it was executed and also financed this attack. The subject visited the office of Hasin in Ramallah together with Abdel Karim and received money for financing this attack. A few days before his arrest, the above mentioned Mohamed Abu Rub asked the subject to get him chemical raw materials for making high explosives, possibly oxygen [sic] and other substances.

~~Comments~~

The subject talked with Jamal Tirawi, 35, Balata Refugee Camp, an employee of the Nablus General Intelligence, on this subject, responding that he had…

~~The interrogation ended at~~

~~Persons present in the interrogation~~

F/0101/321003

[Stamp] P 5: 361

From:__________________________ Date of interrogation: ______

Place of interrogation: ___________ Start time: _________

**Memorandum from interrogation of ______________________**

large quantities of materials and that he was interested in selling this material.

He states that the explosives that were put into the belt of Darine Abu Aisha were brought in by Abdel Karim and the subject from the office of Tawfik Tirawi in Ramallah.

Abu Shaker, the brother of Abu Sharar, Majd al-Kini, Kafr Kalil, approached the subject and asked him to connect him with Hasin a-Sheikh. The subject called Hasin and introduced him to Abu Shaker.

Mohamed Abu Tabiah, 24, Jenin Refugee Camp, Palestinian Islamic Jihad, approached the subject during his last visit in Jenin about two weeks ago and stated that he had heard about the subject from Mohamed a- [illegible] and others and that he was interested in carrying out military activity together with him. The subject expressed tentative consent and took Mohamed's Jawal telephone number (it may be in the memory of the mobile phone that was seized with the subject).

~~Comments~~

He states that on that day he met Sheikh Basad, 40, Jenin Refugee Camp,

~~The interrogation ended at~~

Palestinian Islamic Jihad and took an interest in the above-mentioned Mohamed. Basad stated before …

~~Persons present in the interrogation~~

F/0101/321003

[Stamp] P 5: 362


From:__________________________ Date of interrogation: ______

Place of interrogation: ____________ Start time: _________

**Memorandum from interrogation of _______________________**

the subject that Mohamed Abu Tabiah was one of theirs and could be trusted.

The subject met Mohamed Abu Tabiah again later that day. They were asked whether they had high explosives and improvised explosive devices, because they were in short supply in Nablus, and he responded that they did have some. He asked the subject to wait until the evening, at which time he would transfer to the subject improvised explosive devices / high explosives. The subject stated that he could not wait, as he wished to return to Nablus. Mohamed was able to update the subject.

The subject went to the above mentioned Mohamed Abu Rub and stated that he might ask him to go via Mohamed Abu Tabiah, as he had high explosives – the latter agreed.

He adds that Mohamed Abu Tabiah told the subject that he intended to execute a suicide attack inside Israel in the next few days.

He states that he did not say with whom he was operating.

~~Comments~~

The interrogation ended at

Persons present in the interrogation

F/0101/321003

[Stamp] P 5: 363 [continued]

From:______________________________ Date of interrogation: _______

Place of interrogation: _____________ Start time: __________

**Memorandum from interrogation of _________________________**

Rabia Abu Rub, 24, Kalandia, under arrest, hid high explosives for improvised explosive devices in Beit Wazan, in the home of Mohanad Abu Aisha, 26, Palestinian Islamic Jihad.

Later, after the arrest of Rabia, Mohanad stated that he was not interested in the improvised explosive devices that were in his possession and that he asked the subject to take them. The subject transferred the improvised explosive devices to the above mentioned Abu Shakar, who transferred them through a relative of his called Nahla to Kafr Kalil.

Mohamed Abu Rub recently suggested to the subject to burn wheat fields in Israel with the aim of burying weapons – this was not implemented.

Fatah Bakran recently suggested to the subject that he teach him to make high explosives so that he could make them by himself.

The subject was asked to find a suitable source.

The subject brought Fatah to Kabat [illegible] Din / Nablus

~~Comments~~

and showed him the place. He stated that the place was suitable.

~~The interrogation ended at~~

Persons present in the interrogation

F/0101/321003

[Stamp] P 5: 364

From:__________________________ Date of interrogation: ______

Place of interrogation: ____________ Start time: __________

**Memorandum from interrogation of** _______________________

Comments [The subject] was given cigarettes + coffee. He ate lunch

The interrogation ended at 2:20 p.m.

Persons present in the interrogation

F/0101/321003

[Stamp] P 5: 365

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 360-365.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 5: 360-365.

Dated: May 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28th day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of May, 2014

Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

מאת: אנפ'

מקום החקירה: חנ"ג 8

תאריך החקירה: 6/6/02

שעת התחלה: 0815

זכ"ד מחקירת נאצר ג'מאל נאצר עויס

נאמר לנחקר כי ע"פ מידע שבידינו שמסר פרטים [illegible] בהלקחו בנוגע לפיגועים. הנחקר ביקש זמן קצר [illegible] [illegible] בנוגע לפיגועים אודותיהם לא סיפר. בהמשך מסר כדלק':

אבו איאד א-שמאלי, 24, עובד כמוכן ברמאללה במשרד [illegible] [illegible]. ניסה לקיים את [illegible] לביצוע התאבדות, לא הספיק להביאו, בהמשך הספיק להביא את [illegible] [illegible] ביצוע התאבדות.

לפני כשבועיים התקשר לנחקר [illegible] א-[illegible], 22, ברמאללה. [illegible] [illegible] [illegible] לנחקר כי ביצע פיגוע ירי על מכונית ישראלית ולאחר שמסר [illegible] כי נהרג ישראלי בפיגוע ברמאללה. יחד עמו היו הבאים:

[illegible] [illegible] [illegible], [illegible] [illegible] ברמאללה.

הערה: [illegible] , רמאללה.

~~החקירה הסתיימה בשעה~~ [illegible] ביקש מהנחקר [illegible] [illegible] [illegible] "[illegible] [illegible]",
~~נבחר בחקירה~~ ברמאללה [illegible] [illegible] [illegible] [illegible]

321003/0101/ט

P 5: 360

מאת ______

תאריך החקירה ______

מקום החקירה ______

שעת התחלה ______

**זכ"ד מחקירת** ______

מימון [illegible] של [illegible] ומכבי.

1. לפני עשרה ימים נפגש מחמוד אבו רוב, 28, קבאטיה. [illegible]
בג'נין, נשוי. בפגש הנחקר ביקשה שיעזור לו [illegible] לדירה
[illegible] בה יוכל [illegible] [illegible] מבוקשים.

תסין [illegible], הנ"ל, ביקש מהנחקר לפתוח חשבון בנק
בבנק שיוכל להעביר לנחקר מכספי [illegible] הכספים
הלאה.

2. תסין [illegible], [illegible] [illegible] ביקש ממחמוד [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] זה. הנחקר
[illegible] [illegible] תסין [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] זה

3. [illegible] [illegible] [illegible] [illegible] מחמוד אבו רוב, הנ"ל,
מהנחקר [illegible] [illegible] [illegible] [illegible] [illegible],
[illegible] [illegible] [illegible] [illegible].

הערות ______

הנחקר [illegible] [illegible] [illegible], 33, [illegible], [illegible]

החקירה הסתיימה בשעה ______

נכחו בחקירה ______ [illegible] [illegible], [illegible]. זה [illegible] [illegible]

321003/0101/ט

מאת ____________

תאריך החקירה ____________

מקום החקירה ____________

שעת התחלה ____________

זכ"ד מחקירת ____________

כמויות קטנות של חומרי נפץ מצוין [illegible] חומר

[illegible]

מוסר כי [illegible] חומר [illegible] אשר [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

הערות

מוסר כי [illegible]

החקירה הסתיימה בשעה

נכחו בחקירה [illegible]

[illegible]

321003/0101/ט

Case 1:04-cv-00397-GBD-RLE Document 547-603 Filed 06/25/14 Page 14 of 16

מאת ______________ תאריך החקירה ______________

מקום החקירה ______________ שעת התחלה ______________

**זכ"ד מחקירת** ______________

הנחקר כי מחמוד אבו לבדה היה איש שלהם וניתן לבטוח בו

3. הנחקר ~~הבקשה~~ נפגש עוד עם מחמוד אבו לבדה בחודש מאי נשאלו האם ברשותם [illegible] ומטענים שכן חסר להם בשטח, הוא השיב כי אכן יש ברשותם ביקש מהנחקר לבוא לעזה אז יעביר לנחקר מטענים ורנ"ט הנחקר ציין כי אינו יכול להאמין שכן מעוניין להגיע לעזה. מחמוד הבטיח לעזור הנחקר.

4. הנחקר עבר ~~אצל~~ מחמוד אבו לבדה הגיע עליו כי יותר ויותר מעוניין לעזור אלי מחמוד אבו לבדה אכן ברשותו רנ"ט - הלאו הטנקים.

5. מוסיף כי מחמוד אבו לבדה סיפר לנחקר כי ברשותם שהוא ביקש התקשרות ... ישראל ... הקרוב

6. מוסר כי לא ציין עם מי נפגש

הערות ______________

החקירה הסתיימה בשעה ______________

נכחו בחקירה ______________

321003/0101/ט

מאת ______________

תאריך החקירה ______________

מקום החקירה ______________

שעת התחלה ______________

זכ"ד מחקירת ______________

. רביע אבו [illegible], [illegible], קבאטיה, [illegible]. [illegible]

[illegible] מחמד אבו עישה, [illegible], ~~[illegible]~~ [illegible].

. הנחקר [illegible] רביע [illegible] [illegible] [illegible]

[illegible] אשר [illegible] ע"י מבקש [illegible] [illegible]

. הנחקר [illegible] את [illegible] [illegible] [illegible]" הנ"ל

אשר [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible].

. [illegible] אבו [illegible] הנ"ל [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] הנ"ל [illegible] [illegible] [illegible] [illegible] - [illegible]

[illegible] [illegible].

. [illegible] [illegible] הנ"ל [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] בעצמו.

. הנחקר [illegible] [illegible] [illegible] [illegible].

. הנחקר [illegible] את [illegible] [illegible] [illegible] - [illegible] "[illegible]

הערות [illegible] לו את המקום [illegible] [illegible] [illegible] המקום [illegible].

~~החקירה הסתיימה בשעה~~ ______________

נכחו בחקירה ______________

321003/0101/ט

מאת ______

תאריך החקירה ______

מקום החקירה ______

שעת התחלה ______

**זכ"ד מחקירת** ______

הערות [illegible]

החקירה הסתיימה בשעה 1420

נכחו בחקירה ______

321003/0101/ט