# EXHIBIT A.1116

PLAINTIFF'S
EXHIBIT
1116


From: Adi                                    Date of interrogation: June 16, 2002

Place of interrogation: Room 8                    Start time: 9:45 a.m.

<div align="center">Memorandum from the interrogation of <u>Nasser Shawish</u></div>

1.    He was asked about his health; he answered that he wanted to end his interrogation and had written everything that he had remembered in his handwriting; he stated as follows:

   A.    A direction that he had received from Hussein a-Sheikh was to increase the suicide operations inside Israel and recruit a cell for abducting soldiers:

      1)    He stated that about a month and a half ago, the subject had met, in Manara Square in Ramallah, with Hussein a-Sheikh/Ramallah, the Secretary General of the Fatah.

      2)    Along with Hussein there were two other people, the escorts of Hussein a-Sheikh:

         A)    Al Kuwaiti/Ramallah, about 26 years of age, fair-complexioned, about 170 cm tall, full build.

         B)    An unidentified person,/Ramallah, about 28 years of age, 180 cm tall, lean, fair-complexioned.

      3)    Hussein asked the subject to increase the suicide attacks inside Israel.

      4)    In addition, Hussein a-Sheikh asked the subject to recruit a cell consisting of three to four strong men, who were familiar with the roads in Israel.

      5)    Hussein added that the purpose of the cell was to abduct soldiers for negotiating the release of Marwan Barghouti.

                                                  [Stamp] P 5: 366

6)    He added that Hussein stated that he would finance everything that would be needed for the activities of the subject, both suicide operations and abductions of soldiers.

7)    Hussein asked the subject to open a bank account to which he would transfer the money for the subject's activities and stated that he was waiting for the signature of Abu Amar for the payment. [The subject] added that he told Hussein that he would open the account after the money would arrive from Abu Amar.

8)    He added that because he did not receive the money, he did not recruit the said cell for abducting soldiers. He added, with respect to the direction to increase the suicide attacks inside Israel, that he had approached the following persons (as he had stated in his accounts heretofore – the investigator):

     A)    Jamal Tirawi

     B)    Abu Shakar/Kafr Kalil, about 40 years of age, married, an operative of the Palestinian Police, the brother of Majd al-Kini – Abu Sharar.

B.    Transfer of an explosive belt to Ahmed al-Fransi according to the direction of Marwan Barghouti:

1)    He stated that about four months ago, about a week before the attack that Mohamed Hashaika had carried out, the subject had met at the entrance to the headquarters of the Preventive Intelligence in Ramallah with Muzid al-Masri/Akabeh, about 27 years of age, married, an operative of Force 17 in Ramallah, who owned a red Golf vehicle,

[Stamp] P 5: 366 [continued]

2

which was destroyed by a tank.

2)    Muzid transferred from his vehicle to the vehicle of the subject an explosive belt weighing about 18 kg. He asked the subject to keep the belt due to when necessary [sic], stated that his vehicle could not be locked and, therefore, he wanted the subject to look after the belt.

3)    On the following day, in the early evening hours, the subject met with Marwan Barghouti, at Sheikh Zayad Hospital, adding that Marwan's wife was hospitalized there.

4)    Marwan confided in the subject, and said that they needed an explosive belt. He asked whether the subject could prepare an explosive belt. The subject told Marwan that he had a belt that he had received from Muzid.

5)    Marwan said that he would send Ahmed al-Fransi/Ramallah, about 28 years of age, Marwan's bodyguard, and that the subject should transfer the belt to Ahmed.

6)    The subject asked for Muzid's approval and the latter said that there was no problem and that he could give the belt to Marwan.

7)    On the following day, at 11:00 a.m., Ahmed al-Fransi called the subject. They met in Manara Square near the al Natsha building.

8)    The subject transferred the belt from his vehicle to Ahmed's vehicle, a red/ orange Fiat Uno.

9)    On the following day, it was announced in the news that an attacker had been caught in West Jerusalem in possession of an explosive belt.

[Stamp] P 5: 367

3

10) According to the subject, he did not know that it was the same matter. He added that he had met with Muzid al-Masri, who said that it was an attacker that the gang of Marwan Barghouti had dispatched.

11) Muzid added that the man had been seized due to information that had been gathered on him and that they had called out his four-word name, telling him to give himself up.

C. The involvement of Marwan Barghouti in the attack that Mohamed Hashaika carried out:

1) He stated that on the day before the attack carried out by Mohamed Hashaika, in the afternoon, the subject had met with Marwan Barghouti in the al Isra Building in Ramallah.

2) The subject stated that he, together with Abdel Karim Aweis, wanted to perform a suicide attack in Israel.

3) Marwan asked whether they lacked anything they needed for the attack. The subject replied in the negative.

4) Marwan transferred 600 dollars to the subject and asked the subject to stay in contact with him.

5) After the execution of the attack on the same day, Marwan Barghouti called the subject. Marwan asked whether it was they who were responsible for the attack. The subject replied in the affirmative.

6) Marwan asked whether they had filmed the attack. The subject replied in the affirmative. Marwan asked them to transfer to him the cassette in which the attacker was filmed for the purpose of taking responsibility by means of the cassette.

[Stamp] P 5: 367 [continued]

4

7)    He added that the cassette was in the possession of Abdel Karim. The subject took the cassette by himself and transferred it to the television [station] (see previous versions on the subject's involvement in the attack – the investigator).

D.    An anti-aircraft machine gun in the possession of the Black Arms Organization in Kafr Kalil:

1)    He stated that about half a year ago, before he had departed for Ramallah, the subject went to Kafr Kalil, to the home of Adel Abu Ahmed/Kafr Kalil, about 40 years of age, an operative of the Tanzim, the Black Arms Organization.

2)    At that time, the following were present:

    A)    Kamal Da'abas (possibly Kamal Mansour – the investigator)/Kafr Kalil, about 29 years of age, married, an operative of the Palestinian Police.

    B)    Other individuals.

3)    Adel approached the subject, took him into a storeroom under his home and showed the subject a heavy machine gun.

4)    The subject was surprised by the size of the machine gun. Adel stated that it was an anti-aircraft machine gun that he had brought from the army (I assume that the machine gun was stolen – the investigator).

5)    He stated that the machine gun had cartridges of approximately 25 cm length. Adel showed the subject a single round.

6)    He added that thereafter he did not see the above mentioned machine gun again.

[Stamp] P 5: 368

E.    His awareness of the attack that Mohamed Basharat had carried out in Shavei Shomron:

    1)    He stated that about two months before his death, Mohamed Basharat/Tamoun had told the subject about his involvement in a murder attack that he had carried out in Shavei Shomron.

    2)    He added that Mohamed had said that at the time of his detention in Jind Prison, about a year ago, Abu Sufian, one of the repatriates, a Force 17 commander in Nablus, had contacted him.

    3)    Mohamed told the subject that Abu Sufian had sent Force 17 operatives to observe [the settlement] Shavei Shomron. They noted the movements of vehicles and events in the settlement. He added that they had observed a certain vehicle that they assumed was being used by the head of the settlement.

    4)    Mohamed said that Abu Sufian had given him a Kalashnikov weapon and magazines, had sent him to Shavei Shomron and stated that the vehicle would be leaving at 8:00 a.m. and returning at 2:00 p.m.

    5)    Mohamed said that he went to Sabastia Junction, waited for the vehicle, and when the vehicle returned at about 2:00 p.m., he fired at it. Mohamed added that he heard in the news after he returned that an Israeli driver had been killed by the gunfire.

    6)    He added that Mohamed had said that after the attack, he was released from prison by Abu Sufian.

F.)    The involvement of Abu Sufian [in] the recruitment of a cell for attacking settlements:

    1)    He noted that about half a year ago, the subject had met with Abu Sufian…

[Stamp] P 5: 368 [continued]

in Janid Prison.

2)    Abu Sufian suggested to the subject that he operate under his responsibility in secret. Abu Sufian stated that he had recruited a cell and also trained it in attacking settlements in the future and in performing ambushes.

3)    Abu Sufian suggested to the subject that he serve as the supervisor of the cell. The subject answered in the affirmative.

4)    He added that a few days later, the subject moved to Ramallah, after which his ties with Abu Sufian were severed.

5)    He added that at about the same time, Nazer Salahat/Ein Bidan, about 28 years of age, single, an operative of Force 17 in Ramallah, serving under the command of Abu Sufian, the latter sent a cell in order to gather operational intelligence on settlements and on the movement of vehicles in them.

6)    He added that Nazer had been one of the operatives who had gone out to gather operational intelligence on the following settlements:

    A)    Opposite Maskan Sha'abiyeh.

    B)    Ofra, next to Kafr Kalil.

    C)    Shavei Shomron.

G.    The involvement of Ghassan Shaka'a in planning strategic attacks:

1)    He noted that about half a year ago, the subject went to pay condolences to Ghassan Shaka'a/Nablus, about 55 years of age, married, the Mayor of Nablus, after Ghassan's sister died.

2)    He added that together with him, the following individuals went to pay condolences to Ghassan:

[Stamp] P 5: 369

7

A)    Majd al-Kini, Abu Sharar/Kafr Kalil.

B)    Jamal Tirawi/Balata Refugee Camp.

3)    While the above mentioned individuals paid condolences to Ghassan in his home, near al Najah University, Ghassan talked to the people who were present and said that the attacks should be directed against the Israeli economy.

4)    Ghassan stated that water sources should be damaged, factories burned down and attacks carried out against government ministries.

5)    Ghassan added that suicide actions against restaurants were a waste and that they should be directed against economic centers, in order to draw global public opinion.

6)    He added that Jamal Tirawi and Abu Sharar had said that the following individuals supported the al-Aqsa Martyrs Brigades financially:

A)    Ghassan Shaka'a.

B)    Hussam Khader/Balata Refugee Camp, about 45 years of age, a member of the legislative council.

7)    He added that the above had transferred NIS 25 thousand each month to Nasser Aweis/Balata Refugee Camp, the commander of the al-Aqsa Martyrs Brigades, for financing the activity.

[Stamp] P 5: 369 [continued]

H.    Involvement of Firas Amla in attacks:

    1)    He stated that in the two days before the attack that Mohamed Hashaika carried, out Mohamed had told the subject that he had participated in many shooting attacks against the army.

    2)    Mohamed told the subject that Firas Amla "Abu Salah"/Nablus, about 50 years of age, married, a commander of the Palestinian Police, had sent Mohamed and many others to carry out shooting [attacks].

    3)    Mohamed said that he had participated in shooting at the army from the area of the New Askar Refugee Camp, Zuata, Tel a-Ras and Jabal Shimali.

    4)    Mohamed added that at the instruction of Firas, he served together with additional Palestinian police officers as lookouts during the laying of improvised explosive devices. Mohamed added that they had used their radios for this purpose.

I.    The intent of Firas to prepare a car bomb:

    1)    He stated that about seven months ago, the subject and the following al-Aqsa Martyrs Brigades operatives had met with Firas Amla at his office in the Palestinian Police:

        A)    Zayad Yunis/Asira Shimalia; about 28 years of age, single, a Force 17 operative.

        B)    Majd – Abu Sharar.

        C)    Jamal Tirawi.

        D)    Others.

    2)    Firas approached the subject and asked him to find a person who knew how to prepare car bombs. The subject responded that he would try to check and find such a person.

[Stamp] P 5: 370

9

3)    He stated that following his relocation to Ramallah he did not find out anything about a person who would prepare a car bomb.

J.    His awareness of explosives in the possession of Firas Amla:

1)    He noted that about half a year ago, he was in his vehicle in Nablus together with the following individuals:

A)    Abu Sharar.

B)    Zayad Yunis.

2)    During the journey, an unidentified person called Abu Sharar and stated that Firas Amla had high explosives and that they were to take the material from him.

3)    Thereafter, the subject asked Abu Sharar [sic], who stated that they would take high explosives from Firas and sometimes [sic] transfer [them].

K.    The intent of Salah al Bukhari to build a bomb laboratory in Tira:

1)    He noted that about a week before the arrest of the subject, the subject met with Salah Mohamed Hasin Bukhari/Nablus, about 27 years of age, married, a worker in Israel, the brother in law of the subject from his first marriage.

2)    He added that he had met with Salah in the latter's home in the Schools Street near the Mukata'a in Nablus.

[Stamp] P 5: 370 [continued]

10

3)     Salah suggested to the subject that they build a laboratory for making high explosives in Tira using residents of Tira who had contacts with Salah due to his familiarity with them from the time that he worked in Israel.

4)     Salah added that they would send a person (not someone specific – the investigator), who would manufacture the high explosives and stay in Tira.

5)     After about two days, the subject met with Salah, in the market in Nablus in a business that sold hairdressing equipment, which was owned by Salah's brother.

6)     Salah told the subject that he had talked with people in Tira and that they intended to look for a place for a laboratory for him.

7)     The subject told Salah that after finding a suitable place, he would inform him of it so that they could start operating.

L.     Planning to abduct two Israelis:

1)     He stated that when he talked with Salah al Bukhari about the construction of the bomb laboratory in Tira, the subject asked Salah whether he could help in abducting soldiers or Israelis.

2)     Salah suggested to the subject to abduct two Israelis for whom he used to work, adding that he had the telephone numbers of the Israelis, that he could contact them and bring them to the Taibeh checkpoint due to a debt, from which they could act to abduct them.

3)     On the following day, the subject met with Salah in the market in Nablus. Salah stated that he had called his helpers in Tira and had told them that there were two Israelis whom they wanted to bring to the Taibeh checkpoint and to abduct them from there.

[Stamp] P 5: 371

11

4)      Salah added that he had summarized the details of the plan with his helpers in Tira and that they had stated that they should wait for the opportune moment, including a vehicle that would wait on the other side of the checkpoint.

5)      He stated that thereafter, the army forces entered Nablus and the plan was not executed.

M.      Abu Wahib's awareness of an improvised explosive device that was in the possession of Safuat Abu Aisha:

1)      He stated, further to his account of his involvement in the attack that Safwat Abu Aisha and Baha Shalhati carried out in Tel Aviv, that while the attackers were in Tira, they were in the house of Abu Wahib/Tira (the subject does not know him – the investigator).

2)      He added that Salah told him that while he was looking for a vehicle to take the attackers to Tel Aviv, he left the attackers in Abu Wahib's house.

3)      Salah added that Safwat had told him, after returning with the vehicle, that Abu Wahib saw the cardboard box containing the explosives.

4)      Salah responded to Safwat's question that there was no danger of Abu Wahib giving them up and that he was a reliable person with whom Salah often worked (work in construction –the investigator).

[Stamp] P 5: 371 [continued]

12

N.    Purchase of magazines for Abdel Khalim Abu al-Qassam/Arabeh:

   1)    He stated that about half a year ago, he had purchased four magazines for a Sig Sauer weapon from Zayad/Kafr Kalil, about 32 years of age, a taxi driver.

   2)    He added that he had paid about NIS 800 for the magazines, for Abdel Halim Abu al-Qassam/Arabeh, about 34 years of age, married, head of the Palestinian Islamic Jihad in Jenin.

   3)    He stated that following his relocation to Ramallah, he did not transfer the magazines to Abdel Halim. The magazines were left with Zayad.

O.    Departure for purchasing ammunition in Nablus:

   1)    He stated that about half a year ago, when the subject was in Jenin while in possession of a black Mitsubishi Lancer vehicle, he met with Rabia Abu Rub/Kabatia, about 24 years of age, single, a student at Najah University.

   2)    Rabia asked the subject to take him to Nablus to purchase ammunition from Nasser Aweis.

   3)    The subject and Rabia traveled in the subject's vehicle to Nablus, met with Nasser Aweis in the area of central Nablus.

   4)    Rabia stated that Nasser had 800 Kalashnikov cartridges that he was interested in selling for NIS 8,000.

   5)    Rabia transferred NIS 8,000 to Nasser Aweis and asked him to call him when the ammunition arrived.

   6)    Thereafter, Rabia received a telephone call and was asked to return to Jenin. The subject and Rabia returned without the ammunition to Jenin.

[Stamp] P 5: 372

13

2.    The subject expressed willingness to be examined by polygraph with respect to his statements. He stated that he was hiding nothing and that he was prepared to do anything demanded of him.

3.    I asked the subject to think carefully in order to try to remember the remaining details that he had not discussed in his interrogation.

4.    He denied that he was hiding anything and stated that if he would remember anything else, he would talk about it.

Note: He was given lunch, juice, coffee, cigarettes, water.

The interrogation ended at 2:10 p.m.

Persons present in the interrogation

*Adi*

[Stamp] P 5: 372 [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the
      document received by Rina Ne'eman Hebrew Language Services, to the best of my
      knowledge and belief. The document is designated as P 5: 366-372.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew
      University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in
      Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and
      accurate translation of the Hebrew-language document designated as P 5: 366-372.

Dated: May 28, 2014

                                                        _____
                                                        Rina Ne'eman

ss.: New Jersey

On the 18th day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
18 day of May, 2014

Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

מאת:עדי

מקום החקירה:חדר 8

תאריך החקירה:16 יוני 02

שעת התחלה:0945

## זכ"ד מחקירת <u>נאצר שריים</u>

1. נשאל לשלומו , ענה כי רוצה לסיים את חקירתו וכתב את כל מה שנזכר בו
בכתב ידו , מסר כר"מ:

א. הנחיה שקיבל מחוסין א שיח להגביר את פעולות ההתאבדות בתוך ישראל
ולגייס חולים לצורך חטיפת חיילים:

1) ציין כי לפני כהודש וחצי לערך , נפגש הנדון , בכיכר מנארה
ברמאללה עם חוסיין א שיח'/ רמאללה, מזכ"ל הפת"ח .

2) יחד עם חוסין היו שניים נוספים , מלוויו של חוסין א שי'ח:

א) אל כוויתי/ רמאללה, כבן 26, בחיר ,גובהו 170 ס'מ לערך ,
מלא גוף.

ב) בלמ"ז/ רמאללה, כבן 28 , גובהו 180 ס"מ, רזה, בחיר. ·

3) חוסיין ביקש מהנדון להגביר את פיגועי ההתאבדות בתוך ישראל.

4) כמו כן ביקש חוסין א שיח' כי הנדון יגייס חולים בת שלשה
ארבעה נברים חזקים, אשר מכירים את הדרכים בארץ.

5) חוסין הוסיף כי מטרת החוליה , לבצע חטיפות חיילים לשם מיקוח
לצורך שיחרור סרואן ברגותי.

6) הוסיף כי חוסין ציין כי יממן את כל הדרוש לפעילות הנדון הן
פעולות ההתאבדות  והן חטיפות החיילים.

7) חוסין ביקש כי הנדון יפתח חשבון בנק שבאמצעותו יעביר את
הכספים לפעילות הנדון, ציין כי ממתין לחתימת "אבו עמאר" על
התשלום. הוסיף כי אמר לחוסין שיפתח את החשבון לאחר שהכספים
יגיעו מ"אבו עמאר".

8) הוסיף כי עקב כך שלא קיבל את הכספים לא גייס את החוליה
האמורה לחטוף חיילים, הוסיף ביחס להגנויה להגביר את פיגועי
ההתאבדות בתוך ישראל כי פנה אל הר"מ ( כפי שמסר בגרסאותיו
עד כה- החוקר):

א) ג'מאל סירדאווי.

ב) אבו שאכר/ כפר קליל, כבן 40 , נשוי, פעיל מש"פ , אחיו
של מאג'ד אל קיני, "אבו שראר".

ב. העברת הנגורה נפץ לאחמד "אל פרנסי" על פי הנחיית סרואן ברגותי:

1) ציין כי לפני כארבעה חודשים, כשבוע לפני הפיגוע שביצע מחמד
ושאיכה, נפגש הנדון בפתח מטה הסם"ס בומאללה עם מוזיד אל
מצרי/ עקאבה, כבן 27, נשוי, פעיל כח 17 ברמאללה, ברשותו רכב

מסוג גולף אדום, ונהרס ע״י טנק.

2) מוזייד העביר מרכבו לרכב הנדון חגורת נפץ במשקל 18 ק״ג לערך, ביקש כי הנדון ישמור על החגורה עקב לעת הצורך, צוין כי רכבו אינו נוסע ולכן רוצה כי הנדון ישמור על החגורה.

3) למחרת , בשעות הערב המוקדמות , נפגש הנדון עם מדואן ברגותי, בבי״ח שיח׳ זאיד, הודיף כי אשתו של מדואן היתה מאושפזת בבי״ח.

4) מדואן הסתודד עם הנדון, צוין כי צריכים חגורת נפץ, שאל האם הנדון יכול להכין חגורת נפץ, הנדון אמר למדואן כי ברשותו חגורה שקיבל ממוזייד.

5) מדואן אמר כי ישלח את אחמד ״אל פרנסי״/ רמאללה, כבן 28, שומרו של מדואן, וכי הנדון יעביר את החגורה לאחמד.

6) הנדון ביקש את אישורו של מוזייד וזה אמר שאין כל בעיה וכי יכול לתת את החגורה למדואן.

7) למחרת בשעה 1100 , התקשר אחמד אל פרנסי אל הנדון, נפגשו בכיכר מנארה בסמוך לבניין אל נאטשה.

8) הנדון העביר את החגורה מרכבו לרכבו של אחמד, פיאט אונו בצבע אדום/ כתום.

9) למחרת הודיעו בחדשות כי נתפס מפגע במערב ירושלים כשברשותו חגורת נפץ.

10) הנדון לא ידע לדבריו כי מדובר באותו עניין, הוסיף כי נפגש עם מוזייד אל מצרי וזה אמר כי מדובר במפגע שהוציאה חבורתו של מדואן ברגותי.

11) מוזייד הוסיף כי האיש נתפס טקב מידע שהיה עליו וכי ברזז לו בשמו המדורבע להסגיר את עצמו.

ג. מעורבות מראון ברגותי בפיגוע שביצע מחמד חשאיכה:

1) צויין כי יום לפני הפיגוע שביצע מחמד חשאיכה, בשעות אהה״צ, נפגש הנדון עם מדואן ברגותי בבניין אל איסרא ברמאללה.

2) הנדון צויין כי ברצונו, יחד עם עבד אל כרים עוויס, להוציא פיגוע התאבדות בישראל.

3) מדואן שאל האם חסר להם משהו עבור הפיגוע, הנדון השיב בשלילה.

4) מדואן העביר לנדון 600 דולר וביקש כי הנדון יהיה טימו בקשר.

5) לאחד ביצוע הפיגוע, באותו היום, התקשר מראון ברגותי אל הנדון, מדואן שאל האם הם אלו שאחראים לפיגוע , הנדון השיב בחיוב.

6) מדואן שאל האם צילמו את המפגע, הנדון השיב בחיוב, מדואן ביקש כי יעבירו אליו את הקלטת שבה צולם המפגע לצורך נטילת אחריות באמצעותו.

7) הוסיף כי הקלטת הייתה ברשות עם כדים , הנדון לקח את הקלטת
בעצמו והעבירה לטלויזיה ( ראה גירסאות קודמות אודות מעורבות
הנדון בפיגוע- החוקר).

ד. מקלע נ"מ ברשות אירגון "הזרועות השחורות" בכפר קליל:

1) ציין כי לפני כחצי שנה לערך, לפני יציאתו לרמאללה, יצא
הנדון לכפר קליל לביתו של עאדל "אבו אחמד"/ כפר קליל, כבן
40, פעיל תנמ"ים , אירגון "הזרועות השחורות".

2) במקום היו אותם עת הר"מ:

א) כאמל דעאס( יתכן כאמל מנצור- החוקר) / כפר קליל, כבן
29, נשוי, פעיל מט"פ.

ב) נוספים.

3) עאדל פנה אל הנדון , הכניסו למחסן תחת ביתו והציג בפני
הנדון מקלע כבד.

4) הנדון התפלא על גודל המקלע, עאדל ציין כי מדובר במקלע נגד
מטוסים אשר הביאו אותו מהצבא ( מעריך כי המקלע גנוב-
החוקר).

5) ציין כי למקלע כדורים באורך כ 25 ס"מ, עאדל הראה הנדון כדור
אחד.

6) הוסיף כי לאחר מכן לא שב וראה את המקלע הנ"ל.

ה. מודעותו לפיגוע שביצע מחמד בשאראת בשבי שומרון:

1) ציין כי כחודשיים לפני מותו, סיפר מחמד בשאראת/ סמון, לנדון
אודות מעורבותו בפיגוע רצח שביצע בשבי שומרון.

2) הוסיף כי מחמד סיפר שבעת מעצרו בכלא ג'ניד, לפני כשנה, פנה
אליו "אבו סופיאן", מהחוזרים, מפקד כח 17 בשכם.

3) מחמד סיפר לנדון, ש"אבו סופיאן" שלח פעילים מכח 17 שתיצפתו
לעבר שבי שומרון, רשמו את תנועות הרכבים ואת הקורה בישוב,
הוסיף כי תצפתו לעבר רכב מטוים שהעריכו שמשמש כראש הישוב.

4) המחמד סיפר כי "אבו סופיאן" נתן לו נשק מטונג קלצ'ניקוב וכן
מחטניות, שלחו לשבי שומרון וציין כי הרכב יוצא בשעה 0800
וחוזר בשעה 1400 .

5) מחמד סיפר כי יצא לצומת סבסטיה, המתין לרכב, עם חזרת הרכב
בשעה 1400 לערך ירה לעברו, מחמד הוסיף כי שמע בחדשות, לאחר
חזרתו כי שהירי נהרג ישראלי.

6) הוסיף כי המחמד סיפר כי לאחר הפיגוע שוחרר על ידי אבו סופיאן
מהכלא.

ו. מעורבות "אבו סופיאן" גיוס הוליה לתקיפת התנחלויות:

1) ציין כי לפני כחצי שנה לערך. נפגש הנדון עם "אבו סופיאן"

בכלא ג'נינ.

2) "אבו סופיאן" הציע לנדון לפעול תחת אחריותו באופן חשאי, "אבו סופיאן" סיפר כי נייח חולידה ואף אימן אותה בתקיפת התנחלויות בעתיד ובביצוע מארבים.

3) "אבו סופיאן" הציע לנדון כי ישמש כאחראי החוליה, הנדון השיב בחיוב.

4) הוסיף כי לאחר מספר ימים עבר הנדון לרמאללה , בעקבות כך ונפגשו קשריו עם "אבו סופיאן".

5) הוסיף באותו זמן לעדך סיפר נאזר צלאחאת/ עין ביזזאן , כבן 28, דרוק, פעיל כח 17 ברמאללה, המשרת תחת פיקודו של אבו סופיאן כי האחרון שלח חולידה על מנת לאסוף סל"מ על ההתנחלויות ועל תנועת חרברים בהם.

6) הוסיף כי נאזר נמנה על הפעילים שיצאו לאיסוף סל"מ על ההתנחלויות הר'מ:

א) מול מסאכן שעביה.

ב) עפרה, ליד כפר קליל.

ג) שבי שומרון.

ז. מעורבת ע'סאן שכעה בתיכנון פיגועים אסטרטגיים:

1) ציין כי לפני כחצי שנה לעדך פנה הנדון לנחם את ע'סאן שכעה/ שכם, כבן 55, נשוי, ראש עיריית שכם, לאחר שאחותו של עס'אן נפטרה.

2) הוסיף כי יחד עימו פנו לנחם את ע'סאן הר'מ:

א) מאג'ד אל קיני "אבו שראר"/ כפר קליל.

ב) ג'מאל סירואוי/ מ.פ בלאטה.

3) בזמן שהנ'ל ניחמו את ע'סאן בביתו , סמוך לאונ' אל נג'אח, פנה ע'סאן אל הנוכחים וציין כי יש להפנות את הפיגועים כנגד הכלכלה הישראלית.

4) ע'סאן ציין כי יש לפגוע במסקורות חסים, לשרוף מפעלים, לבצע פיגועים כנגד משרדי ממשלה .

5) ע'סאן הוסיף כי חבל על פעולות ההתאבדות במסעדות ויש להפנותם למוקדי הכלכלה וזאת על מנת להפנות את דעת הקהל העולמית.

6) הוסיף כי ג'מאל סירואוי ו"אבו שראר", סיפרו כי הר'מ תומכים בספית בגדודי חללי אל אקצא :

א) ע'סאן שכעה.

ב) חוטאם ח'דר/ מ.פ בלאטה, כבן 45, חבר המועצה המחוקקת.

7) הוסיף כי הנ'ל העביר 25 אלף ש'ח מדי חודש לואצר עוויס/ מ.פ בלאטה, מפקד גדודי חללי אל אקצא, לשם מימון הפעילות.

ח. מעורבות פראס עמלה בפיגועים:

1) ציין כי ביומיים לפני הפיגוע שביצע מחמד חשאיכה, סיפר מחמד לנדון כי השתתף מספר פעמים רב בירי לעבר הצבא.

2) מחמד סיפר לנדון כי פראס עמלה "אבו צלאח"/ שכם, כבן 50, נשוי, מפקד המש"פ, שלח את מחמד ונוספים רבים לביצוע ירי.

3) מחמד סיפר כי השתתף בירי לעבר הצבא מאיזור מ.פ עסכר חדש, זואתא, תל א ראס, וג'בל שמאלי.

4) מחמד הוסיף כי על פי הנחית פראס שימש יחד עם שו"פים נוספים כתצפיתנים בעת הנחת מטענים. מחמד הוסיף כי השתמשו במכשירי הקשר שברשותם לשם כך.

ט. כוונת פראס להכין מכונית תופת:

1) ציין כי לפני כשבעה חודשים לערך, נפגשו הנדון ופעילי גדודי חללי אל אקצא הר"מ עם פראס עמלה במשרדו במש"פ:

א) זיד יונס/ עצירה שמאליה; כבן 28, רווק. פעיל כח 17.

ב) מאגד "אבו שראר"

ג) ג'מאל מיראווי.

ד) נוספים.

2) פראס פנה אל הנדון וביקש ממנו לאתר אדם היודע להכין מכוניות תופת. הנדון השיב כי ינסה לברר ולאתר אדם כזה.

3) ציין כי בעקבות מעברו לרמאללה לא בירר אודות אדם שיכין מכונית תופת.

י. מודעותו לחנ"מ ברשות פראס עמלה:

1) ציין כי לפני כחצי שנה לערך, שהה ברכב בשכם יחד עם הר"מ:

א) "אבו שראר",

ב) זיד יונס.

2) בזמן הנסיעה התקשר בלמ"ז לאבו שראר וציין כי ברשות פראס עמלה חנ"מ וכי יקחו את החומר ממנו.

3) לאחר מכן שאל הנדון את אבו שראר, וזה ציין כי לוקחים חנ"מ מפראס ולעיתים מעבירים.

יא. כוונת צלאח אל בוחארי להקים מעבדת נפץ במירה:

1) ציין כי כשבוע לפני מעצר הנדון, נפגש הנדון עם צלאח מחמד חסין בוחארי/ שכם, כבן 27, נשוי, פועל בישראל, גיסו של הנדון מנישואיו הראשונים.

2) הוסיף כי נפגש עם צלאח בבית האחרון ברח' בתי הספר בקרבת המוקטעה בשכם.

3) צלאח הציע לנדון כי יקימו מעבדה ליצור חנ"מ בסירה באמצעות
תושבי סירה הנמצאים בקשר עם צלאח על רקע היכרותו עימם מהזמן
בו נהג לעבוד בישראל.

4) צלאח הוסיף כי ישלחו אדם ( לא מישהו ספציפי – החוקר), אשר
ייצר את החנ"מ וישאר בסירה.

5) לאחר כיוניים נפגש הנדון עם צלאח , בשול בשכם בעסק למכירת
ציוד למספרות שבבעלות אביו של צלאח.

6) צלאח סיפר לנדון כי שוחח עם אנשים בסירה וכי בכוונתם לחפש
עבורו מקום למעבדה.

7) הנדון אמר לצלאח כי לאחר שימצא מקום מתאים יודיע לו על כך
על מנת שיכולו להתחיל לפעול.

יב. תכנון לחטוף שני ישראלים:

1) ציין כי באותו זמן שבו שוחח עם צלאח אל בוחארי על הקמת
מעבדת חנפץ בסירה, שאל הנדון את צלאח האם יכול לסייע בחטיפת
חיילים או ישראלים.

2) צלאח הציע לנדון לחטוף שני ישראלים שנהג לעבוד אצלם, הוסיף
כי ברשותו מספרי הטלפון של הישראלים, באפשרותו ליצור עימם
קשר ולהביאם למחסום סייבה על רקע חוב כספי, ומשם יפעלו
לחטוף אותם.

3) למחרת נפגש הנדון עם צלאח בשול בשכם, צלאח סיפר כי התקשר
לסייעניו בסירה וסיפר להם כי יש שני ישראלים שרוצים להביאם
למחסום סייבה ומשם לחטוף.

4) צלאח הוסיף כי סיכם עם סייעניו בסירה על פרטי התחכנית וכי
הנ"ל ציינו שיש להמתין לעיתוי המתאים, בכלל זה רכב שימתין
מעברו השני של המחסום.

5) ציין כי לאחר מכן נכנסו כוחות הצבא לשכם והתחכנית לא יצאה אל
הפועל.

יג. מודעותו של אבו והיב למטען שהיה ברשות צפואת אבו עישה:

1) ציין בהמשך לגרסתו אודות מעורבות בפיגוע שביצעו צפואת אבו
עישה ובהא שלחתי בתי"א, כי בזמן המצאות החפצענים בסירה, שחו
בבית אבו והיב/ סירה( הנדון אינו מכירו- החוקר).

2) הוסיף כי צלאח סיפר לו כי בזמן שחיפש רכב שיקח את החפצענים
לת"א השאיר את החפצענים בבית אבו והיב.

3) צלאח הוסיף כי צפואת סיפר לו , לאחר שובו עם הרכב, כי אבו
והיב ראה את הקרטון שבו חומרי החבלה.

4) צלאח השיב לשאלת צפואת כי אין סכנה כי אבו והיב יסיגרם וכי
מדובר באדם אמין שצלאח נוהג לעבוד עימו.(עבודה בבניה-
החוקר).

יד.רכישת מחסניות עבור עא חלים "אבו אל קאסם"/ עראבה:

1) ציין כי לפני כחצי שנה לערך, רכש 4 מחסניות עבור נשק מסוג זיג זאור מזיאד/ כפר קליל, כבן 32, נהג מונית.

2) הוסיף כי שילם כ 800 ש"ח עבור המחסניות , עבור עא חלים "אבו אל קאסם"/ עראבה, כבן 34, נשוי, ראש הגא"פ בג'נין.

3) ציין כי בעקבות מעברו לרמאללה לא העביר את המחסניות לעא חלים , המחסניות נותרו אצל זיאד.

טו.יציאה לשם רכישת תחמושת בשכם:

1) ציין כי לפני כחצי שנה לערך, בזמן שהיה הנדון בג'נין כשברשותו רכב מיצובישי לנסר שחור, נפגש עם רביע אא דוב / קבאסיה, כבן 24, רווק, סטודנט באוני' נג'אח.

2) רביע ביקש מהנדון כי יסיע אותו לשכם לשם רכישת תחמושת מנאצר עוויס.

3) הנדון ורביע נסעו ברכבו של הנדון לשכם, ונפגשו עם נאצר עוויס באיזור מרכז שכם.

4) רביע ציין כי ברשות נאצר 800 כדורים של קלצ' אותם מעוניין לרכוש תמורת 8000 ש"ח.

5) רביע העביר 8000 ש"ח לנאצר עוויס וביקש כי יתקשר אליו בזמן שהתחמושת תגיע.

6) לאחר מכן קיבל רביע שיחת טלפון , התבקש לשוב לג'נין , הנדון ורביע שבו ללא התחמושת לג'נין.

2. הנדון הביע נכונות להיבדק על דבריו בפוליגרף, ציין כי אינו מסתיר דבר וכי מוכן לכל שידרש ממנו.

3. ביקשתי מהנדון כי יחשוב היטב על מנת שינסה להיזכר בשאר הדברים עליהם לא סיפר בחקירה .

4. הכחיש כי מסתיר וציין כי אם יזכר במשהו יוסף יספר עליו.

הערות כובד בארוחות צהריים, מיץ , קפה, סיגריות, מים.

החקירה הסתיימה בשעה 1410

נכחו בחקירה