# EXHIBIT A.1117



PLAINTIFF'S
EXHIBIT
1117

From: _Adi_                                Date of interrogation: _June 26, 2002_

Place of interrogation: _Room 8_                     Start time: _2:30 p.m._

### Memorandum from interrogation of _Nasser Shawish_

He is being interrogated about documents that were seized in his wallet, and he stated as follows:

A note constituting part of an appendix of an Israeli identity card:

He stated that the names appearing on the note are relatives of Sa'id Seyam, holder of the forged identity card that the subject used.

He added that he was instructed by Walid Harub to remember the details and names in order to pass through checkpoints more easily, ~~stated that when he received the~~

He stated that while he was with Walid (see previous account), the latter sent others in order to bring the forged identity card to the subject – the subject does not know what their names are.

The names appearing on the note:

    The children of Sa'id Seyam:

        Hamouda

        Ahmed

        [illegible]

        The sisters of Sa'id

        Safinaz

        Suna

        The wife of Sa'id Sayem:

        Raghada

[Stamp] P 5: 380

1

The maternal uncles of Sa'id Sayem:

Lutfi, deceased

Nabil, works as a barber

Nidal

Mustafa

Jamal

The paternal uncles of Sa'id Sayem:

Hamad [illegible], works at the Temple Mount, in the [illegible] office, the guard.

Janaz, works at a print shop in [illegible]

Amad, works at a print shop in [illegible]

Comments——

The interrogation ended at——

Persons present in the interrogation

F/0101/321003

.../2

[Stamp] P 5: 380 [continued]

2

-2-

From: _____          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

## Memorandum from interrogation of _____

The telephone numbers that were found in his possession:

09-2575106 – A telephone number in Beit Sahir, Jamal Musa Shawish/Akabeh and sister of the subject.

09-2575492, 052-259052 [sic]– The telephone number of Amar Nafez/Akabeh, about 32 years of age, married to the sister of the subject – Julud, serves in the General Intelligence, Tubas.

09-2575211 - The telephone number of Halifa Nimer Abu Hatib/Akabeh, 40 years of age, married, works in construction, the subject's maternal uncle.

97259 – A telephone number that was used for sending messages between cellular telephone sets.

02-2963204 - The telephone number of Nidal Hasouna/Ramallah, proprietor of a [illegible] studies business. The subject received the number from Jarir/Nablus, a truck driver, due to the subject's intention to transfer money to Khaled, the brother of the subject through him. He says that in the end he did not call the number.

059-838601 –

052-251512 – Abu Walid Masoud/Yarka, about 45 years of age, married, owner of a stone cutting mill where the subject sometimes worked in Kafr Yarka.

06-2503890 – Ahmed Sa'id/Jenin, about 26 years of age, serves in the National Security.

052-550859 – Adel Shawish/Fara Refugee Camp, about 34 years of age, married, a construction worker, the brother of the subject.

[Stamp] P 5: 381

3

09-2382173 – <u>Abu Suhail al-Halabi</u>/Nablus, about 42 years of age, married, a mechanic in al [illegible] Street in Nablus.

09-2575010 – <u>Abu Amjad Abu Ara</u>/Akabeh, 50 years of age, married, a building worker, the maternal uncle of the subject.

~~Comments~~

02-2740069  - <u>Faruk</u>/Beit Fajr, about 34 years of age, owns a stone cutting shop.

~~The interrogation ended at~~

~~Persons present in the interrogation~~ 052-260336 [sic] – <u>Yasser Shawish</u>/Fara Refugee Camp, about 29 years of age, married, a laborer, paternal cousin of the subject.

F/0101/321003

…/3

[Stamp] P 5: 381 [continued]

4

-3-

From: _____          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

### Memorandum from interrogation of _____

09-2398462 Ibrahim Abu Jabal/Nablus, about 30 years of age, formerly served with the subject in Force 17/[illegible]

09-2577490

052-431885 – Abu Sanad/Qalqilya, about 40 years of age, proprietor of a fabric business.

052-273711 – Muzid al-Masri/Ramallah, Munda Ma'Akabeh, about 29 years of age, single, serves in Force 17 in Ramallah.

059-711477 – Firas al [illegible] commander of the Nablus police.

059-760067 – Abu Sudki/Nablus, about 35 years of age, married, the security commander of Force 17 in Nablus.

059-711712 – Hani al Bukhari/Nablus, about 25 years of age, single, works in the market in Nablus, the brother in law of the subject.

052-236615 – Abu Mansour/Nablus, about 36 years of age, an officer of the General Intelligence in Nablus.

052-276310 – Mahmoud [illegible]/Nablus, about 26 years of age, serves in the Palestinian Police in Nablus.

09-2398287 – The Arab Liberation Front office (the organization of Abu Abas) in Nablus. The subject used to call Haitham Abu Ara/Akabeh, about 28 years of age, married, a student at al Najah University, who works at the office of the Front for the Liberation of Palestine, the paternal cousin of the subject.

052-568211 – Abdel [Illegible]/ Fara Refugee Camp, about 34 years of age, married, a Preventive Intelligence officer.

[Stamp] P 5: 382

5

09-2380034 – Al Hajawi taxi office in Nablus.

02-2744935 – Bethlehem Police.

~~Comments~~ 02-2798181 – Abu Rizak/Azaria, about 55 years of age, married, a construction contractor, the subject used to work with him.

~~The interrogation ended at~~

~~Persons present in the interrogation~~ 02-2743248, 050-342135 – Nafez Tuabta/Beit Fajr, about 45 years of age, owns a stone cutting shop

F/0101/321003

…/4

[Stamp] P 5: 382 [continued]

6

-4-

From: _____          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

### Memorandum from interrogation of _____

09-2384418 – Abu Fuad – Nablus, about 50 years of age, married, former supervisor of Force 17 in Nablus.

09-2384030 – Sabastia School, the workplace of the wife of the subject Muna al Bukhari

06-2504917 – Abu Fathi Sanuri/Jenin, 50 years of age, a colonel of the National Security in Jenin.

06-2502604 – Abu Ashraf/Jenin Refugee Camp, manager of Jenin Refugee Camp.

06-2501035 – Jenin Police.

06-2503800 – Jenin National Security.

09-2384417 – Force 17 in Janid Prison.

052-727435 – As'ad/Ramallah, about 28 years of age, a Force 17 operative in Ramallah.

059-872786 – Khaled Shawish, the brother of the subject.

052-250886 (not in use)

059-799672 – Haitham Abu Ara (repatriate).

09-2575106 – Ahmed Awad/Akabeh, about 30 years of age, married to the sister of the subject, a farmer.

09-2398640 – Abu Daka/Balata Refugee Camp, about 32 years of age, a Palestinian police officer.

052-303491 – Amar Hamash/Bethlehem, about 24 years of age, single/ a Palestinian police officer, National Security [illegible]

[Stamp] P 5: 383

052-449494 – <u>Iad Sa'id</u>/Bethlehem, about 29 years of age, married, a National Security operative.

052-392490 – <u>Amar Sa'id</u>/Bethlehem, about 27 years of age, married, an operative in the Palestinian Authority + his brother [illegible]

~~Comments~~

~~09-2384418    Shubi Fuad~~ 066391116  [illegible] Shawish/Furedeis, the maternal aunt of the subject.

~~The interrogation ended at~~

~~Persons present in the interrogation~~ 052-634051 – <u>As'ad Hajazi</u>/Bethlehem, about 34 years of age, married, a worker, was imprisoned by the Palestinian Authority for using narcotics.

F/0101/321003

…/5

[Stamp] P 5: 383 [continued]

8

-5-

From: _____          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

### Memorandum from interrogation of _____

052-250886 — Khaled Shawish

06-2437464 – <u>Bilan Nazal</u>/Jenin, the eastern neighborhood, about 32 years of age, married, a relative of the subject.

052-203998 – <u>Massad Mukabil</u>/ Burka, 30 years of age, a Palestinian police officer in Nablus.

06-2504997 [illegible] 059-701008 – the subject does not remember

059-887468 – a Jawal number that was used by the subject.

055-547967 – An Orange number that was used by the subject.

052-664235 – <u>Falah Salah</u>, the subject does not remember.

02-2987581 – A telephone number of the Palestinian Broadcasting Authority in Ramallah, the workplace of <u>Mohamed Shawish</u>, the brother of the subject.

059-789442 – Does not remember.

In addition, various calculations appear, which, according to the subject constitute the account reckoning between him and his brother and the contractor with whom they previously worked in stone cutting.

<u>The relations of Marwan Barghouti with Khaled Shawish, the brother of the subject</u>:

He stated that <u>Khaled Shawish</u>, the brother of the subject is in close contact with <u>Marwan Barghouti</u>/Ramallah, the Secretary General of the Tanzim Fatah.

[Stamp] P 5: 384

9

He added that <u>Marwan</u> regularly visited <u>Khaled</u> in Sheikh Za'id Hospital and in Abu Raya Hospital after <u>Khaled</u>  was injured.

He added that on the day on which the attack was carried out at the Maccabim checkpoint by <u>Darine Abu Aisha</u>, <u>Marwan</u> came to visit <u>Khaled</u> in the hospital. <u>Marwan</u> asked the people present to leave so that they could be left alone.

~~Comments~~

The interrogation ended at

Persons present in the interrogation

F/0101/321003

…/6

[Stamp] P 5: 384 [continued]

-6-

From: _____          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

## Memorandum from interrogation of _____

He added that <u>Marwan</u> regularly paid for <u>Khaled's</u> rent and also transferred to him additional money for assisting Khaled's family.

He stated that <u>Marwan</u> talked with Khaled by telephone on many occasions.

<u>Receipt of money from Marwan Barghouti</u>:

He stated that about half a year ago, while the subject was in Nablus, he received 2,800 dollars from <u>Marwan Barghouti</u> as aid from the chairman of the Palestinian Authority, Arafat.

He added that <u>Marwan</u> asked for assistance from the chairman due to the fact that the subject was wanted and the undertaking of the chairman for a check on the ~~bank~~ al Urdun [Jordan] Bank.

The subject sent <u>Muna</u>, his wife, ~~to the office~~ to <u>Khaled</u>, who was in hospital, in order to transfer the check to the subject:

He added that aside from him, he is aware that the persons below also received assistance from Marwan:

    <u>Jamal Tirawi</u>/Balata Refugee Camp

    <u>Majd al Kini</u>/Kafr Kalil Abu Sharar, killed.

He added that on the day on which ~~Fadi~~ <u>Mohamed Hashaika</u> carried out an attack in Jerusalem, the subject received from <u>Marwan Barghouti</u> the amount of 600 dollars for assistance for the attack and for assistance for the children of the subject.

          _[Stamp] P 5: 385

Receipt of money from Tawfik Tirawi:

He stated that on the day on which Mohamed Hashaika carried out an attack in Jerusalem, the subject and Abdul Karim Aweis were invited to the office of the General Intelligence in Ramallah.

~~Comments~~ Further to what he said, he asked to add that ~~he had received from Tawfik~~ he had transferred to Abu Hasin the number of his wife's bank account in order for him to transfer NIS 1,200 assistance to the family of the subject.

The interrogation ended at

Persons present in the interrogation

F/0101/321003

…/7

[Stamp] P 5: 385 [continued]

-7-

From: _____          Date of interrogation: _____

Place of interrogation: _____       Start time: _____

### Memorandum from interrogation of _____

~~Involvement~~ The involvement of [illegible] al [illegible] Abu Iad in terrorist activity:

He stated that Abu Iad, Abu Shamia, the manager of the office of Abu Hasin, the head of the General Intelligence, served as the contact man between Abu Hasin ~~and Abdel Karim Aweis~~ and the following operatives:

> Abdel Karim Aweis.
>
> Isa Fakia/Ramallah, about 35 years of age, married, a Force 17 officer.
>
> Others.

He added that Abu Iad had approached the subject, after the attack that Mohamed Hashaika carried out, and asked the subject why he had not waited for a decision on their part to carry out the attack.

According to the subject, as a result of this, he understood that Abu Iad was involved in the activity.

Comments      Was given a hot drink, juice and cigarettes

The interrogation ended at      5:40 p.m.

Persons present in the interrogation

F/0101/321003

[Stamp] P 5: 386

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                            Plaintiffs,

                                              No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                            Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 380-386.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 5: 380-386.

Dated: May 28, 2014

                                                    _____
                                                    Rina Ne'eman

ss.: New Jersey

On the 28th day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of May, 2014

Notary Public

JACKIE CM CHIANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

מאת ___ 3א'

מקום החקירה ___ מנ'ל 8

תאריך החקירה ___ 26/6/02

שעת התחלה ___ 1430

זכ"ד מחקירת ___ (מ)ול דל' ו'ד'

(תקן אשר נאסף, ואצבע ו(נ)אספו בנקודת ער רבה:

_____

_____

_____

_____

_____

_____

_____

מהותה

אוות

מ'רו

אופניו ול' מ'רו:

מגנוו

רווח

ערב ול' מ'רו מ'רו:

מרגע

ערב מרו (רגב) 2'2 ז'רז ול' מ'רו מ'רו:

מ'ל, ז'ר'

(רב) , 2'ר מ'רר מ'מ

(וד)

אמרנוו

חוד

2'רז 2'ר מ'רו ול' מ'רו מ'רו:

הוערת ___

בתקביעה הסתיימה בשעה ___

נחחר בחקירה ___

ט/321003/0101/

2/...

מאת _____

מקום החקירה _____

תאריך החקירה _____

שעת התחלה _____

‎- 2 -

זכ"ד מחקירת _____

‎106... [handwritten Hebrew text]

‎052-2590... , 092575492

‎09-2575211

‎17259

‎02-2963204

‎059338601

‎052-751512

‎06-2503890

‎052-550359

‎092382173

‎092575010

‎02-2740069

‎052-260336

‎321003/0101/ט

‎3/...

מאת _____          - 3 -          _____ תאריך החקירה
מקום החקירה _____                        _____ שעת התחלה

_____ זכ"ד מחקירת _____

09-2398461 - [...] (ישרה, בת 30, שירות של [...]
                                    - 09-2577490

052-431885 - [...] (בלב, בת 70, [...]

052-273711 - [...] / [...], בת 29, [...]

059-711471 - [...] / [...], [...]

059-760067 - [...] / ישרה, בת 35, [...]

059-711712 - [...] / ישרה, בת 25, [...]

052-236615 - [...] / ישרה, בת 36, [...]

052-276310 - [...] / ישרה, בת 26, [...]

09-2398287 - [...]
[...]

052-568211 - [...] / [...], בת 34, [...]

09-2380034 - [...]

02-2744935 - [...]

העדות - 02-2798171 [...], בת 55, [...]

[...] - 602-2743248 / [...], בת 45, [...]
050-342135   321003/0101/ט

4/...

P 5: 382

תאריך החקירה _____     מאת _____ - 4 - _____
שעת התחלה _____       מקום החקירה _____

_____ זכ"ד מחקירת _____

09-2384418 - _____ (_____, בן 50, _____)

09-2384030 - _____ 0020 _____, _____

06-2504917 - _____ / _____, בן 58, _____

06-2502604 - _____ _____ / ___ _____, _____

06-2501035 - _____

06-2503890 - _____ _____

09-2384447 - _____

052-727435 - _____ / _____, בן 28, _____

059-872786 - _____, _____

052-250886 (_____)

059-799672 - _____ (_____)

09-2575106 - _____ _____, בן 30, _____

09-2398640 - _____ / _____, בן 32, _____

052-303491 - _____ _____ / _____, בן 24, _____

052-449494 - _____ / _____, בן 29, _____

052-392490 - _____ / _____, בן 27, _____

הערות
09-2384418 _____ - 066391446 (_____) _____

נגבה בחקירה - 052-634051 _____ / _____, בן 34, _____

5/...

321003/0101/ס

P 5: 383

- 5 -

מאת _____    תאריך החקירה _____
מקום החקירה _____    שעת התחלה _____

זכ"ד מחקירת _____

052-250886 - תאריך 3/6 _____
06-2437464 - (גוב) (גוב) (גוב) (אזור, המשנה המורמ, בקן 32, (נשי, קנישת תל הנועל.

052-203998 - נשלח 3 נושים (עובקל, בקן 30, נועה מהרב.

06-250490 - הבקן עליו ליבר - 059-701008

059-837468 - נשים אוג ישראים אם הנועל

055-547967 - נשים גואג ישראים אם הנועל

052-6642235 - כאלים סלום, הנבקן עליו ליבר.

02-2987531 - נשים סלון על רבע, נשים המם הוליקוניל כהרשת ישקנם.
ישיאל של ישישם שלום אש, הנועל

059-739412 - אואר ליבר

059-739412 - אואר ליבר

החקירה הסתיימה בשעה _____
נכחו בחקירה _____
ט/321003/0101

6/---

P 5: 384

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

הוסיף כי מרואן נהג לשלוח את שמות חברי החוליה של [illegible] ומה כל אחד מהם [illegible] כספי [illegible] לסוג המשימות של [illegible].

ציין כי מרואן נהג לשלוח הודעות דרך המכשיר הטלפון של [illegible].

קבלת כספים ממרואן ברגותי:

ציין כי לפני כשנה וחצי בזמן שהנחקר היה במשרד, קיבל 2200 דולר ממרואן ברגותי כסיוע [illegible]

הוסיף כי מרואן ביקש סיוע [illegible] הנחקר [illegible] [illegible] של [illegible] [illegible] מרואן [illegible]

הנחקר שלח את [illegible] [illegible] [illegible] שהיה [illegible] על מנת להעביר לנחקר את ההמחאה:

הוסיף כי פרט לו [illegible] קיבלו את הסיוע [illegible] ממרואן: [illegible] טיראוי [illegible] [illegible] [illegible] "[illegible]" [illegible]

הוסיף כי ביום שבו [illegible] [illegible] [illegible] קיבל הנחקר ממרואן ברגותי סכום של בין 600 (אינני זוכר כמה בדיוק) לסיוע ולפיצוי [illegible] הנחקר.

קבלת כספים מתופיק טיראוי:

ציין כי ביום שבו [illegible] [illegible] [illegible] הנחקר [illegible] 3000 שקל [illegible]

בהמשך למה שסיפר ביקש להוסיף כי [illegible] "[illegible]"

הערות [illegible] [illegible] [illegible] [illegible] על מנת [illegible] סיוע למשפחות [illegible]

החקירה הסתיימה בשעה ______

נוכחו בחקירה ______

321003/0101/טו

7/...

תאריך החקירה _____    מאת _____
שעת התחלה _____    מקום החקירה _____

- 7 -

זכ"ד מחקירת _____

_____ (handwritten text, illegible)

הערות _____ (handwritten)

החקירה הסתיימה בשעה _____

נכחו בחקירה _____

ט/0101/321003

P 5: 386