# EXHIBIT B.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOKOLOW, *ET AL.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*,<br><br>*Defendants.* | 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF DR. JEFFREY F. ADDICOTT

Dr. Jeffrey F. Addicott hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Report of Dr. Jeffrey F. Addicott in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated March 22, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

2. The attached Expert Rebuttal Report of Dr. Jeffrey F. Addicott in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), signed on September 13, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

3. The attached Expert Report and Expert Rebuttal Report are true and accurate reflections of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DR. JEFFREY F. ADDICOTT

Dated:   May 27, 2014

Jeffrey Addicott
Director
Center for Terrorism Law
St. Mary's University
School of Law