# EXHIBIT B.3

# EXHIBIT A

### Curriculum Vitae

# JEFFREY F. ADDICOTT

Lt. Colonel, U.S. Army (ret.)
Professor of Law
&
Director, Center for Terrorism Law

St. Mary's University School of Law, One Camino Santa Maria,
San Antonio, Texas  78228-8602.
Office (210) 431-2274; e-mail:  jaddicott@stmarytx.edu.


Lt. Colonel (U.S. Army, ret) Jeffrey F. Addicott is a full Professor of Law and the Director of the Center for Terrorism Law at St. Mary's University School of Law, San Antonio, Texas.  An active duty Army officer in the Judge Advocate General's Corps for twenty years, Professor Addicott spent a quarter of his career as the senior legal advisor to the United States Army's Special Forces.  As an internationally recognized authority on national security law Professor Addicott not only lectures and participates in professional and academic organizations both in the United States and abroad (over 650 speechs), but he also testifies before Congress on a variety of legal issues.  He is also a regular contributor to national and international news media outlets to include FOX NEWS Channel, MSNBC, CNN, BBC, *New York Times*, *Washington Post*, *Wall Street Journal*, *USA Today*, (over 4,000 meida interviews). Addicott is a prolific author, publishing over 60 books, articles, and monographs on a variety of legal topics.  His most recent book (2014) is entitled:  *Terrorism Law: Cases, Materials, Comments, 7th edition*.

Among his many contributions to the field, Professor Addicott pioneered the teaching of law of war and human rights courses to the militaries of numerous nascent democracies in Eastern Europe and Latin America.  For these efforts he was awarded the Legion of Merit, named the "Army Judge Advocate of the Year," and honored as a co-recipient of the American Bar Association's Hodson Award. Addicott has served in senior legal positions in Germany, Korea, Panama, and throughout the United States.  Professor Addicott holds a Doctor of Juridical Science (S.J.D.) and Master of Laws (LL.M.) from the University of Virginia School of Law.  He also received a Master of Laws (LL.M.) from the Army Judge Advocate General's School, where he was the Deputy Director of the International & Operational Law Division, and a Juris Doctor (J.D.) from the University of Alabama School of Law.  Apart from teaching a variety of courses at the law school to include National Security Law and Terrorism Law, Dr. Addicott served as the Associate Dean for Administration at St. Mary's University School of Law

(2006-2007).   Dr. Addicott was the 2007 recipient of "St. Mary's University School of Law Distinguished Faculty Award."

## *EDUCATION*

- Doctor of Juridical Science (S.J.D.), University of Virginia School of Law Graduate Program, Charlottesville, Virginia (1994).
- Master of Laws (LL.M.), University of Virginia School of Law Graduate Program, Charlottesville, Virginia (1992).
- Master of Laws (LL.M.), The Judge Advocate General's School, Charlottesville, Virginia (l987).
- Command and General Staff College, Combined Arms and Services Staff School, Fort Leavenworth, Kansas (1985).
- Juris Doctor (J.D.), University of Alabama School of Law, Tuscaloosa, Alabama (l979).
- Bachelor of Arts (B.A.) (with Honors), University of Maryland, College Park, Maryland (l976).


## *TEACHING EXPERIENCE*

Jeffrey Addicott is a Distinguished Professor of Law at St. Mary's University School of Law, San Antonio, Texas, where he teaches Civil Procedure, Medical Malpractice, Comparative Law, Administrative Law, Criminal Law, Constitutional Criminal Law, National Security Law, and Terrorism Law.  He has taught both as an adjunct professor and as a full professor at the following institutions:

- 1980-1981:  Adjunct Professor, University of Maryland; Berlin, Germany.  Business Law and Government.
- 1982-1983:  Adjunct Professor, Central Texas College; Korea.  Business Law.
- 1984-1985:  Professor, Academy of Health Sciences; San Antonio, TX.  Health Law.
- 1988-1989:  Adjunct Professor, Chapman College; Tacoma, WA.  Graduate level International Law.
- 1989-1992:  Assistant Chair, International Law Department, The Judge Advocate General's School; Charlottesville, VA.  Graduate level International Law, National Security law and Criminal Law.
- 1995:  Adjunct Professor, Central Michigan University: Washington, D.C.  Graduate level International Law.
- 1996:  Adjunct Professor, Central Texas College; Central Michigan University; Webster University; Fayetteville, NC.  Criminal Law, Graduate level Business Law, Graduate level Administrative Law.
- 1997:  Adjunct Professor, Campbell University; Fayetteville, NC.  Business Law.
- 1998-2001:  Adjunct Professor, Central Michigan University.  Savannah, GA; Fort Myers, FL; Fayetteville, NC; Arlington, LA.  Graduate level International Law and Administrative Law.

## BOOKS

- *Terrorism Law: Materials, Cases, Comments, 7th ed.* (Tucson, AZ: Lawyers and Judges Pub. Co., 2014).
- *Globalization, International Law, and Human Rights*, Addicott, Bhuiyan, & Chowdhury (New Delhi, India: Oxford University Press, 2012).
- *Constitutional Rights for Guantanamo Detainees: An Immediate Look at the Legal and Governmental Ramifications of Boumediene v. Bush*, Addicott & Rose III (New York, NY: Thompson/Aspatore Pub. Co., 2008).
- *Selected Essays on State Open Government Law and Practice in a Post-9/11 World*, Addicott & Garcia, editors, (Tucson, AZ: Lawyers and Judges Pub. Co., 2008).
- *State Open Government Law and Practice in a Post-9/11 World*, Addicott, Cochran, Dalglish & Winegar, editors, (Tucson, AZ: Lawyers and Judges Pub. Co., 2007).
- *Human Rights & International Humanitarian Law Handbook* (Bogotá, Colombia: Imprenta y Publicaciones de las Fuerzas Militares, 1999).
- *Law of War: Handbook for Officers of Armed Forces of Ukraine* (Kiev, Ukraine: Lubava Pub. Co., 1996).
- *Code of Conduct for Participants in Military Operations*, (Kiev, Ukraine, Ministry of Defense: Lubava, 1995).
- *Derechos Humanos: Decalogo de las Fuerzas del Orden*, (Lima, Peru: Comando Conjunto de las Fuerzas Armadas, 1993).

## BOOK CHAPTERS

- *Is the Use of Coercive Interrogation or Torture Permissive and Effective as a Counter-terrorism Method?, in* Contemporary Debates on Terrorism (Richard Jackson & Samuel Justin Sinclair, 2012).
- *Radical Islam's Manipulation of the Media* (with Nathanial Fulmer & Robert Gunn)*, in* Terrorism Research & Analysis Project (TRAP): A Collection of Thoughts, Ideas, & Perspectives, Vol. 1 (Andrew Bringuel, ed., 2011).
- *Cyberterrorism: Legal and Polices Issues, in* Legal Issues in the Struggle Against Terror (John Norton Moore & Robert Turner, eds., 2010).
- *The War on Terror: War or Metaphor?, in* Political Leadership (Joseph Masciulli, Mikhail A. Molchanov & W. Andy Knight, eds., 2009).
- *Institutionalizing Human Rights in the Militaries of the Emerging Democracies: The Case of Peru, in* Fear of Persecution: Global Human Rights, International Law, and Human Well-Being, (James D. White & Anthony J. Marsella, eds., 2007).
- *Teaching Intelligent Design and the Anthropic Principle in the Public Schools, in* 1-3 Encyclopedia of American Civil Liberties (Paul Finkelman, ed., 2006).
- *The Role of Special Operations Forces in the War on Terror, in* The Global War on Terrorism: Assessing the American Response, (John Davis, editor, 2006). (Hauppauge, NY: Nova Science Pub. Inc., 2004).
- *Terrorism and Weapons of Mass Destruction: A Review and New Paradigm, in* Transnational Threats: Blending Law Enforcement and Military Strategies, (Carolyn W. Pumphrey, ed., 2000).
- *The Appeal of Dr. Samuel A. Mudd, in* Dr. Mudd and the Lincoln Assassination: The Case Reopened, John Paul Jones, ed., 1995).

4

## LAW JOURNAL ARTICLES, REVIEWS, AND ESSAYS

- *Radical Islamic Terrorism: Still a Domestic Threat*, S.A. [San Antonio] Scene, September 2103, at 55.
- *Targeted Killing – Death by Drone*, Managing Security Today, September 2013, at 22.
- *Dealing with Cyberterrorism – Failure of Imagination*, Managing Security Today, June 2013, at 22.
- *Terrorism and Weapons of Mass Destruction,* Managing Security Today, February 2013, at 22.
- *Rightly Dividing the Domestic Jihadist from the Enemy Combatant in the "War Against Al-Qaeda" – Why it Matters in Rendition and Targeted Killings,* 45 Case Western Reserve Journal of International Law 259, Fall 2012.
- *Nation was Jolted this Summer by Two Unrelated Tragedies,* Managing Security Today, September 2012, at 22.
- *Maritime Piracy & Private Security Contractors,* Managing Security Today, May 2012, at 38 (with Ben Marshall).
- *Cyber Security and the Government/Private Sector Connection,* American Bar Association's Government and Public Sector Lawyer's Division, Spring 2012, Vol. 21, No. 3, at 1.
- *Labeling Mexican Cartels as Terrorist Organizations,* Managing Security Today, January 2012, at 23.
- *Anwar al-Awlaqi and the Law of War*, JURIST, October 2011.
- *Obama's Phased Withdrawal Spells America's Defeat in Afghanistan*, Managing Security Today, September 2011, at 12.
- *American Punitive Damages vs. Compensatory Damages in Promoting Enforcement in Democratic Nations of Civil Judgments to Deter State-Sponsors of Terrorism*, 5 University of Massachusetts Roundtable Symposium Law Journal 192 (Winter 2010).
- *Calls for National Identity Card to Halt Illegal Immigration*, Managing Security Today, September 2010, at 19.
- *Efficacy of the Obama Policies to Combat Al-Qa'eda, the Taliban, and Associated Forces-The First Year,* 30 Pace Law Review 340 (2010).
- *Good News About GTMO and Bagram,* JURIST, February 2010.
- *No Torture, No Prosecution,* JURIST, May 2009.
- *The Political Question Doctrine and Civil Liability for Contracting Companies on the "Battlefield,"* 28 Review of Litigation 343 (2008).
- *The Protect America Act of 2007: A Framework for Improving Intelligence Collection in the War on Terror*, 13 Texas Review Law & Policy 43 (2008) (with Congressman Michael T. McCaul).
- *The Military Commissions Act:  Congress Commits to the War On Terror,* JURIST, October 2006.
- *The Misuse of Religion in the Global War on Terrorism*, 7 Barry L. Rev. 109 (2006). *Contractors on the "Battlefield": Providing Adequate Protection, Anti-Terrorism Training, and Personnel Recovery for Civilian Contractors Accompanying the Military in Combat and Contingency Operations,* 28 Houston Journal of International Law 323 (2006).
- *The Abu Ghraib Story*, 2 Israeli Defense Forces Law Review 35 (2006).

- *The UN Guantanamo Report: False Premise, Flawed Conclusions,* JURIST, March 2006.
- *The Practice of Rendition in the War on Terror*, 6 The Long Term View 77 (Spring 2006).
- *Terrorism Law*, 33 The Reporter 157 (2006).
- *St. Mary's Center for Terrorism Law*, San Antonio Lawyer, July-August 2006, at 12.
- *Military Justice at Abu Ghraib,* JURIST, September 2005.
  *Cyberterrorism: Partnership Between the Private Sector and the Government*, The 9th World Multiconference on Systemics, Cybernetics and Informatics, July 2005, at 375.
- *Profile:  The Center for Terrorism Law*, Safeguard Review, Aug./Sept. 2005, at 4.
- *Trying Saddam Hussein: Go International or Not?,* JURIST, March 2005.
- *In Defense of U.S. Counterterror Policies*, 9 Peace & Policy 21 (2004).
- Book Review:  *Law and Bioterrorism*, 28 Melbourne University Law Review 253 (2004).
- *Into the Star Chamber:  Does the United States Engage in the Use of Torture or Similar Illegal Practices in the War on Terror?*, 92 Kentucky Law Journal 849 (2003-2004).
- *Proposal for a New Executive Order on Assassination*, 37 University of Richmond Law Review 751 (2003).
- *Storm Clouds on the Horizon of Darwinism: Teaching the Anthropic Principle and Intelligent Design in the Public Schools*, 63 Ohio State Law Journal Review 1508 (2002).
- *Legal and Policy Implications for a New Era: The War on Terror*, 4 The Scholar: St. Mary's Law Review on Minority Issues 209 (2002).
- *Building Democracies with Southern Command's Legal Engagement Strategy*, 31 Parameters 72 (2001) (with Guy B. Roberts).
- *Promoting Human Rights Values in Cuba's Post-Castro Military*, 3 Journal of National Security Law 11 (1999) (with Manuel Supervielle).
- *Las Fuerzas Especiales y la Promocion de los Derechos Humanos*, Dialogo, Apr-June 1997, at 13.
- *Human Rights and Special Forces*, Special Warfare, Dec. 1996, at 30.
- *A Special Forces Human Rights Policy, The Army Lawyer*, Sept. 1996, at 47.
- *Legal Training Handbook for the Ukrainian Military*, The Army Lawyer, July 1995, at 60.
- *Institutionalizing Human Rights Values in the Militaries of the New Democracies: The Case of Peru* (Doctoral Thesis, Charlottesville, VA 1994).
- *Recent Army JAG Corps Initiatives to Enhance Human Rights Training at the School of the Americas*, The Army Lawyer, Dec. 1994, at 45.
- *Policy Guidance for the Transfer of DoD Installations to the Government of Panama*,
- The Army Lawyer,  Oct. 1994, at 68.
- *Promoting the Rule of Law and Human Rights*,  Military Review, Aug. 1994, at 38, (with Andrew M. Warner), reprinted in part as Nuevas Misiones para los Auditores *Militares: Promoviendo el Imperio de la Ley en las Fuerzas Armadas de Democracias Emergentes e Inestables*, Military Review Edicion Hispanoamericana, May-June 1994, at 2.
- *25th Anniversary of My Lai: Time to Inculcate the Lessons*, 139 Military Law Review 153 (1993) (with William A. Hudson, Jr.).
- *Military Medical Witness in Litigation*, Military Medicine, Apr. 1993, at 126.
- *New Missions for JAGs: Promoting the Rule of Law in Militaries of Emerging*

*Democracies*, American Bar Association National Security Law Report, Mar. 1993, at 1 (with Andrew M. Warner)
- *JAG Corps Poised for New Defense Missions: Human Rights Training in Peru*,
- The Army Lawyer, Feb. 1993, at 78 (with Andrew M. Warner).
- *Lecons du Passe - My Lai*, 31 Revue de Droit Militaire et de Droit de la Guerre 73 (1992), reprinted in part at 139 Military Law Review 153.

- *Operation Desert Storm, R. E. Lee or W. T. Sherman?*, 136 Military Law Review 115 (1992) reprinted in Command Magazine, July-Aug. 1992, at 38.
- *Codification of the Special Forces Exception*, The Army Lawyer, May 1992, at 36.
- *The Status of the Diplomatic Bag: A Proposed American Position*, 13 Houston Journal of International Law 221 (1991).
- *The United States of America: Champion of the Rule of Law or the New World Order?*, 6 Florida Journal of International Law 63 (1990).
- *Proceedings of the First Center for Law and Military Operations Symposium*, 18-20 April 1990, The Army Lawyer, Dec. 1990, at 47.
- *Developing a Security Strategy for Indochina*, 128 Military Law Review 35 (1990).


## PRESENTATIONS

Foreign presentations include numerous professional lectures at universities and government institutions in Colombia, Peru, Ukraine, Germany, France, Austria, Canada, Thailand, Japan, India, Honduras, Haiti, Egypt, Kuwait, Panama, Guatemala, Albania, Okinawa, South Korea, England, Mexico, Sweden, Ireland, Scotland, Greece, Israel, Russia, Luxembourg, China, Sultanate of Oman, and Uruguay.

Presentations in the United States include over 600 appearances at universities, public and private State and Federal institutions, as well as more than 3,000 appearances on radio, print, and television broadcasts to include: *Associated Press*, *New York Times*, *Washington Post*, *Wall Street Journal, USA Today, Miami Herald*, *Los Angeles Times*, *Chicago Tribune*, *Washington Times*, *Washington Examiner*, *Army Times*, *Marine Corps Times*, *Miami Herald*, FOX NEWS Channel, MSNBC, CNN, ABC, PBS, NBC, CBS, NPR, BBC, and Al-Jazeera.


## HONORS AND MEMBERSHIPS

- Recipient: St. Mary's Alumni Association's "2007 St. Mary's University School of Law Distinguished Faculty Award," awarded each year to the distinguished law faculty member.
- Recipient of the 2011 Vice Admiral George C. Dyer Award, Military Order of the World War's, awarded each year to the "most outstanding article published by the Officer Review magazine."
- Recipient of the "Distinguish Service Medal of the State of Alabama," 1999, for "exceptionally meritorious and distinguished military or civilian service for or to the benefit of the United States or the State of Alabama."
- Co-recipient: American Bar Association's "Hodson Award for 1995," awarded each year to the "outstanding public sector law office in the nation."
- Recipient: "1993 Outstanding Career Army Judge Advocate Award," awarded by the

7

Judge Advocates Bar Association.

- Recipient:  "1983 Academy of Health Sciences Commander's Award – Hospital Law."
- Member of the Bar of Alabama; U.S. Supreme Court; Court of Military Appeals; American Bar Association; International Society for Military Law & the Law of War; Military Order of the World Wars; Phi Kappa Phi Honor Society; Special Forces Association; Sons of Confederate Veterans; board member of the Toda Institute for Peace; contributing editor for JURIST; Law Faculty on Federalist Society.

# EXHIBIT B

# PROFESSOR ADDICOTT
# PUBLIC SPEECHES

1. 2 March 2013, Addicott spoke on ***Conservative Ideas in the Field of Law***, to the National Meeting of Republican Students, **San Antonio, TX**.
2. 1 March 2013, Addicott spoke on ***National Security Solutions to the Rising Threat of Radical Islam***, to the Conopus Club, **San Antonio, TX**.
3. 21 February 2013, Addicott spoke on ***God, Guns, & Government***, to the Texas Hill Country Patriots, **Kerrville, TX**.
4. 6 February 2013, Addicott spoke on ***Interrogation and Torture***, to the First Wednesday Group, **San Antonio, TX**.
5. 2 February 2013, Addicott spoke on ***Center for Terrorism Law and Support to the Military***, to the Special Forces Association San Antonio Chapter, **San Antonio, TX**.
6. 29 January 2013, Addicott spoke on ***Terrorism Threats and Future National Security Challenges***, to the Order of the Daedalians, **San Antonio, TX**.
7. 28 January 2013, Addicott spoke on ***Border Security and Emerging Threats in Terrorism***, to the King Street Patriots, **Houston, TX**.
8. 24 January 2013, Addicott spoke on ***Terrorism and the Expansion of Radical Islam***, to the Kendall County Republican Women, **Boerne, TX**.
9. 24 January 2013, Addicott spoke on ***Cyber Security Issues***, to Japanese Delegates from the San Antonio Council for International Visitors Program, **San Antonio, TX**.
10. 22 January 2013, Addicott spoke on Role ***and Mission of the Center for Terrorism Law***, to the Optimist Club, **San Antonio, TX**.
11. 21 January 2013, Addicott spoke on ***National Security and Terrorism***, to the Nueces County Republican Club, **Corpus Christi, TX**.
12. 18 January 2013, Addicott spoke on ***FBI Instruction and Center for Terrorism Law*** to CSP Board of Regents Meetings with Frank Gaffney, **San Antonio. TX**.
13. 17 January 2013, Addicott spoke on ***The Real Lincoln***, to the United Daughters of the Confederacy, Albert Sidney Camp, on Confederate Hero's Day, **San Antonio, TX**.
14. 7 December 2012, Addicott spoke on ***Center for Terrorism Law***, to the staff of SUN News, **Toronto, Canada**.
15. 20 November 2012, Addicott spoke on ***Radical Islam and the War on Terror***, to the Austin Retired Medical Doctors Association, **Austin TX**.

16. 13 November 2012, Addicott spoke on *Obama's Second Term and National Security Concerns*, to the Kendall County Republican Women, **Boerne, TX**.

17. 10 November 2012, Addicott spoke on *Terrorism Law Issues*, to the War on Terror Seminar: Creating Vertical Teams in U.S. History to Increase Academic Achievement, Historical Literacy and College Readiness in the San Antonio ISD, **San Antonio, TX**.

18. 10 November 2012, Addicott spoke on *National Security Issues Facing the United States*, at the San Antonio Chapter of the Sons of the American Revolution Veterans Day Gala, **San Antonio, TX**.

19. 10 November 2012, Addicott spoke on *National Security Law*, to ISD Students at the Center for Terrorism Law, **San Antonio, TX**.

20. 7 November 2012, Addicott spoke on *Obama's Second Term and National Security*, to the San Antonio Transportation Association, **San Antonio, TX**.

21. 7 November 2012, Addicott spoke on *Rules of Engagement and the Law of War*, to the St. Mary's University ROTC, **San Antonio, TX**.

22. 30 October 2012, Addicott spoke on *Center for Terrorism Law*, to an Israeli delegation, **San Antonio, TX**.

23. 25 October 2012, Addicott spoke on *Obama's National Security Policies*, to the Guadalupe County Republican Women, **Seguin, TX**.

24. 16 October 2012, Addicott spoke on *National Security in the Obama Administration*, to the Alamo Chapter of the Naval Academy Alumni Association, **San Antonio, TX**.

25. 16 October 2012, Addicott spoke on *Terrorism Law & the Obama Administration*, to the Star Republican Women of Llano County, **Horseshoe Bay, TX**.

26. 3 October 2012, Addicott spoke on the *Role and Mission of the Center for Terrorism Law*, to the Center for Terrorism Law's Distinguished Speaker Series Event featuring Commander (US Navy SEAL, ret.) Ryan Zenke, **San Antonio, TX**.

27. 26 September 2012, Addicott spoke on *Cyber Security Issues*, to the Behavioral Informatics & Technology Enterprise Studies (BITES) conference, FBI Academy, **Quantico, VA**.

28. 21 September 2012, Addicott spoke on *Legal Issues in Border Security*, to the Federation for American Immigration Reform conference, **El Paso, TX**.

29. 13 September 2012, Addicott spoke on *Obama and the War on Terror*, to the Daughters of the American Revolution, **Houston, TX**.

30. 11 September 2012, Addicott spoke on the *Eleventh Anniversary of 9/11*, to the Texas Association of Licensed Investigators, **San Antonio, TX**.

31.   7 September 2012, Addicott spoke on ***Rendition & Targeted Killings of Americans***, to a legal conference entitled: "Presidential Power, Foreign Affairs, and the 2012 Election," Case Western Reserve University School of Law, **Cleveland, OH**.

32.   4 September 2012, Addicott spoke on ***Terrorism and Intelligence Gathering Law***, to the San Antonio Military Intelligence Detachment, 308th MI Bn, 902d MI Group, **San Antonio, TX**.

33.   29 August 2012, Addicott spoke on ***11th Anniversary of 9/11***, to the San Antonio Rotary Club, **San Antonio, TX**.

34.   28 August 2012, Addicott spoke on ***Supreme Court Roundup***, to the Federalist Society at St. Mary's University School of Law, **San Antonio, TX**.

35.   25 August 2012, Addicott spoke on ***The War on Terror and American Responses***, to the Daughters of the **American Revolution, Boerne, TX**.

36.   21 August 2012, Addicott spoke on ***Radical Islam and the War on Terror***, to the Optimists Club, **San Antonio, TX**.

37.   16 August 2012, Addicott spoke on ***Ethics in Investigations***, to the International Association of Financial Crimes Investigators, **San Antonio, TX**.

38.   16 August 2012, Addicott spoke on ***Terrorism and Radical Islam***, to the Governors Club Lunch, **San Antonio, TX**.

39.   14 August 2012, Addicott spoke on ***Terrorism and the Future Threat Environment***, to the Homeland Security Medical Professionals Conference, Fort Sam Houston, **San Antonio, TX**.

40.   27 July 2012, Addicott delivered the keynote talk on ***Terrorism, Crime, Drug Cartels, and Human Trafficking***, to the Texas Violent Crime Task Force, **Floresville, TX**.

41.   26 July 2012, Addicott delivered eight hours of lecture on ***Terrorism and the Texas Border: Protecting the Police who Protect Us***, to the Jourdanton Police Department Seminar, **Jourdanton, TX**.

42.   23 July 2012, Addicott spoke on ***The War on Terror and the Obama Administration's Policies on National Security***, to the Taylor Country Republican Women's Club, **Abilene, TX**.

43.   20 July 2012, Addicott spoke on ***Rules of Engagement in the War on Terror***, to the Boerne Rotary Club, **Boerne, TX**.

44.   14 July 2012, Addicott delivered keynote remarks on ***American Support to Israel's National Security***, to the Christians United for Israel Convention, **Washington DC**.

45.  14 July 2012, spoke on ***God, War, and the Threat of Radical Islam in the War on Terror***, to the Christians United for Israel Convention, **Washington DC**.

46.  7 July 2012, Addicott spoke on ***Center for Terrorism Law***, to Dwight Lieb Event, **San Antonio, TX**.

47.  22 June 2012, Addicott spoke on ***Obama's National Security Policies***, to the Pasadena Rotary Club, **Pasadena, TX**.

48.  15 June 2012, Addicott spoke on ***Religion and the War on Terror*** to the Republican Women of Kerr County, **Kerrville, TX**.

49.  7 June 2012, Addicott spoke on ***Domestic Terrorism***, to the FBI Command College 2012 Conference, **San Antonio, TX**.

50.  5 June 2012, Addicott spoke on ***American and Chinese National Security Issues in the War on Terror***, to the Beihang University, **Beijing, China**.

51.  5 June 2012, Addicott spoke on ***Terrorism Law and American National Security Issues***, to the Beihang Normal University, **Beijing, China**.

52.  30 May 2012, Addicott spoke on Afghanistan and the ***Obama Policy of Use of Force***, to the _____, **Washington, DC**.

53.  24 May 2012, Addicott spoke on ***Radical Islam and God's Grace***, to the San Antonio Christian Chamber, **San Antonio, TX**.

54.  21 May 2012, Addicott spoke on ***Obama Administration's Foreign Policy Mistakes***, to the King Street Patriots, **Houston, TX**.

55.  18 May 2012, Addicott spoke on ***National Security Law and the War on Terror***, to the Buffalo Gap Republican Women's Group, **Buffalo Gap, TX**.

56.  15 May 2012, Addicott spoke on ***Terrorism and National Security***, to the FBI Academy, **Quantico, VA**.

57.  10 May 2012, Addicott spoke as the Keynote Speaker on ***Cyber Security – Understanding the Basics***, at the Cyber Awareness & Exercise Eagle Horizon 2012 FEMA/DOJ/Judiciary Planning Conference, **Washington, DC**.

58.  8 May 2012, Addicott spoke on ***Italian and US National Security Concerns Regarding Terrorism***, **San Antonio, TX**.

59.  7 May 2012, Addicott spoke on ***Terrorism Law and the Rule of Law***, at Asymmetric Warfare Group Seminar, **Fort Meade, MD**.

60.  4 May 2012, Addicott spoke on ***Center for Terrorism Law***, at the May 5 Holiday Celebration hosted by John Barr, **Dallas, TX**.

61.  2 May 2012, Addicott spoke on ***Terrorism Legal Issues and the Border***, at the Customs & Border Protection Conference, **San Antonio, TX**.

62.  30 April 2012, Addicott spoke on ***Center for Terrorism Law***, at meeting with German Marshall Fund, **San Antonio, TX**.

63.    26 April 2012, Addicott spoke on *Israel and Terrorism*, at *Night to Honor Israel at UTSA*, **San Antonio, TX**.

64.    24 April 2012, Addicott spoke on *Winning the War on Radical Islam*, at the Republican Club of Comal County, **New Braunfels, TX**.

65.    17 April 2012, Addicott debated Professor Bob Turner, University of Virginia School of Law, at a Federalist Society lecture series on *Water boarding and Common Article 3*, **San Antonio, TX**.

66.    13 April 2012, Addicott spoke on *Cyber Security in the Age of Terrorism*, to the Alamo Chapter of Certified Fraud Examiners, **San Antonio, TX**.

67.    12 April 2012, Addicott spoke on *Terrorism Law*, to the Former Agents of the FBI luncheon, **San Antonio, TX**.

68.    11 April 2012, Addicott spoke on *British and American Approaches to Dealing with Radical Islam*, to the British Heritage Club, **San Antonio, TX**.

69.    9 April 2012, Addicott spoke on *Radical Islam and Legal Issues in the Obama Administration*, at the Hill Country Tea Party Patriots meeting, **New Braunfels, TX**.

70.    26 March 2012, Addicott served as the *moderator for theater screening of documentary "Unmasked Judeophobia,"* at the Santikos Bijou Theater, **San Antonio, TX**.

71.    25 March 2012, Addicott spoke *Legal Updates in the War Against Al-Qa'eda*, at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

72.    22 March 2012, Addicott spoke on *Terrorism Issues for the Asia Pacific Region*, to the Asian Pacific Area Law Student Association, **San Antonio, TX**.

73.    16 March 2012, Addicott spoke on the *Role and Mission of the Center for Terrorism Law*, as an honoree at the SACIV Resource Recognition Reception, **San Antonio, TX**.

74.    16 March 2012, Addicott spoke on *Terrorism Legal Issues*, to a San Antonio Council for International Visitor's (SACIV) State Department sponsored group of Iraqi Judges, **San Antonio, TX**.

75.    13 March 2012, Addicott spoke as a member of a panel discussion on *Proper Role of the Pastor/Teacher in Political/Social Action*, at the Chafer Theological Seminary Pastor's Conference 2012, **Houston, TX**.

76.    13 March 2012, Addicott spoke on The Proper Understanding of *Civil Liberties vs. Increased Security*, at the Chafer Theological Seminary Pastor's Conference 2012, **Houston, TX**.

77.    3 March 2012, Addicott spoke on *The War on Terror:  Ten Years On*, at the Texas Aggie Bar Association conference, **College Park, TX**.

78.  21 February 2012, Addicott spoke on ***Rules of Engagement and the Case of Lt. Waddell***, at the Center for Terrorism Law Conference entitled:  Rules of Engagement and Support to Wounded Warriors, **San Antonio, TX**.

79.  17 February 2012, Addicott spoke on ***Terrorism and National Security***, to the FBI Academy, **Quantico, VA**.

80.  8 February 2012, Addicott spoke on ***Obama Administration and National Security***, to the Daughters of the American Revolution, **San Antonio, TX**.

81.  2 February 2012, Addicott spoke on ***Terrorism Law***, to the United Nations School Project, **San Antonio, TX**.

82.  27 January 2012, Addicott spoke on ***Efficacy of the Obama Approach to the War on Terror***, at Greater Austin Council of the Navy League, **Austin, TX**.

83.  25 January 2012, Addicott spoke on ***Terrorism Law and the Bush/Obama Approach,*** at Bay Area Republican Women, **Houston, TX**.

84.  24 January 2012, Addicott spoke on ***America's Need for Strong National Security Leadership***, at Magic Circle, **Houston, TX**.

85.  19 January 2012, Addicott spoke on Obama and the War on Terror, Houston, TX.

86.  17 January 2012, Addicott spoke on ***Weapons of War***, at Hood's Texas Brigade, Sons of Confederate Veterans, **San Antonio, TX**.

87.  13 January 2012, Addicott spoke on ***Islamic Law and Terrorism***, at Brownwood County Republican Women, **Brownwood, TX**.

88.  10 January 2012, Addicott spoke on ***Cyber Security Issues and the Law***, at Pachyderm Club, **San Antonio, TX**.

89.  9 January 2012, Addicott spoke on ***Obama Administration's National Security Policy***, at Northwest Forest Republican Women, **Houston, TX**.

90.  2 December 2011, Addicott spoke on ***Mission and Role of Center for Terrorism Law***, at the Business Executives for National Security, **San Antonio, TX**.

91.  17 November 2011, Addicott spoke on ***Terrorism After the Death of Osama bin Laden***, to the OASIS College, **San Antonio, TX**.

92.  16 November 2011, Addicott spoke on ***Obama Administration and National Security***, to the Gillespie County Republican Women's Club, **Fredericksburg, TX**.

93.  15 November 2011, Addicott spoke on ***Terrorism and National Security***, to the Alamo Pachyderm Club, **Fair Oaks, TX**.

94.  10 November 2011, Addicott spoke on ***Legal Issues in Terrorism for Law Enforcement***, at the North Carolina Justice Academy, **Salemburg, NC**.

95.  8 November 2011, Addicott spoke on ***Tenth Anniversary of 9/11***, to the Victoria Republican Women's Club, **Victoria, TX**.

96.   7 November 2011, Addicott spoke on *Terrorism Law and Policy Issues for Law Enforcement*, to the FBI Academy, **Quantico, VA**.

97.   5 November 2011, Addicott spoke on *Terrorism Legal Issues in the Obama Administration*, at the Jamestowne Society of San Antonio, **San Antonio, TX**.

98.   26 October 2011, Addicott spoke on *Terrorism Legal Issues*, to the Business Executives for National Security, **Dallas, TX**.

99.   18 October 2011, Addicott spoke on *Terrorism Legal Issues for Law Enforcement*, to the 9th Annual International Counter-Terrorism Officers Association Conference, **Las Vegas, NV**.

100.  13 October 2011, Addicott spoke on *Terrorism and National Security*, to the Texas Senate District Quarterly Meeting, **Prairie Lea, TX**.

101.  13 October 2011, Addicott spoke on *Cyber Security Legal Issues*, to the American Bar Association, TIPS Conference, **Seattle, WA**.

102.  12 October 2011, Addicott spoke on *Tenth Anniversary of 9/11*, to the Day in Court Lecture Series of the San Antonio Legal Secretaries Association Luncheon, **San Antonio, TX**.

103.  12 October 2011, Addicott spoke on *Law of Armed Conflict*, to the St. Mary's University ROTC, **San Antonio, TX**.

104.  11 October 2011, Addicott spoke on *Second Amendment; Terrorism; and Selected National Security Issues*, to the Constitution Study Group, **Bulverde, TX**.

105.  7 October 2011, Addicott spoke on *Terrorism Legal Issues in the United States*, to U.S. State Department International Visitor Leadership Program for European External Action Service, **San Antonio, TX**.

106.  5 October 2011, Addicott spoke on *National Security Issues in the War on Terror*, at the Williamson County Republican Women, **Round Rock, TX**.

107.  30 September 2011, Addicott spoke on *Tenth Anniversary of 9/11*, at the Associated Security Services & Investigators of the State of Texas Annual Conference, **Brownsville, TX**.

108.  22 September 2011, Addicott spoke on *National and Global Terrorism Legal Issues*, to U.S. State Department International Visitor Leadership Program for Romania, **San Antonio, TX**.

109.  20 September 2011, Addicott spoke on *Tenth Anniversary of 9/11*, at the Greater Houston Council of Federated Republican Women, **Houston, TX**.

110.  14 September 2011, Addicott spoke on *Tenth Anniversary of 9/11*, at the *2nd Annual Conference on Terrorism and Global Security*: *Tenth Anniversary of 9/11The Ongoing Afghanistan War, the War on Terror, and From Clausewitz to Beyond New Centers of Gravity,* **Washington, DC**.

111.  10 September 2011, Addicott will spoke on *Tenth Anniversary of 9/11*, at the Tea Party in Kerrville, **Kerrville, TX**.

112.  8 September 2011, Addicott will spoke on *Role of Religion in Terrorism*, at the Center for Terrorism Law's *Tenth Anniversary of 9/11 Conference: Legal and Policy Issues in the War on Terror*, **San Antonio, TX**.

113.  8 September 2011, Addicott spoke on *Rule of Law in the War on Terror*, at the Center for Terrorism Law's *Tenth Anniversary of 9/11 Conference: Legal and Policy Issues in the War on Terror*, **San Antonio, TX**.

114.  6 September 2011, Addicott spoke on *Tenth Anniversary of 9/11*, to the San Antonio Chapter of ASIS, **San Antonio, TX**.

115.  30 August 2011, Addicott spoke on *Tenth Anniversary of 9/11*, to the St. Mary's University School of Law Federalist Society, **San Antonio, TX**.

116.  19 August 2011, Addicott spoke on *Terrorism Law and Policy in Law Enforcement,* to the FBI National Academy, **Quantico, VA**.

117.  17 August 2011, Addicott spoke on *Cyber Legal and Policy Issues for Business and Government*, at the Business Executives for National Security, **Austin, TX**.

118.  6 August 2011, Addicott spoke on *Tenth Anniversary of 9/11 and Cyber Terrorism*, at the Alabama Military Law Symposium, University of Alabama School of Law, **Tuscaloosa, AL**.

119.  4 August 2011, Addicott spoke on *Tenth Anniversary of 9/11*, at the Texas Federation of Republican Women Annual Meeting, **Austin, TX**.

120.  28 July 2011, Addicott spoke on *Tenth Anniversary of 9/11*, at the San Antonio Breakfast Club, **San Antonio, TX**.

121.  27 July 2011, Addicott spoke on *Terrorism and the Growing Threat of Radical Islam*, at the Kendall County Tea Party, **Boerne, TX**.

122.  26 July 2011, Addicott served as a keynote speaker on *Cyber Security and the Law*, at the Texas Regional Infrastructure Security Conference, **Austin, TX**.

123.  22 July 2011, Addicott provided keynote remarks on *National Security Since 9/11*, at the annual convention of the Military Order of the World Wars, **Bozeman, MT**.

124.  28 June 2011, Addicott spoke on *Targeted Killing in the War on Terror*, at a conference entitled: *Cutting Through the Fog of War*, at the Potomac Institute of Policy Studies, **Arlington, VA**.

125.  27 June 2011, Addicott spoke on *Cyber Security Legal Issues*, at the Oil & Gas Cyber Security Summit, **Houston, TX**.

126.  24 June 2011, Addicott spoke on *Immigration Legal Issues*, at the 2011 State Bar of Texas Annual Meeting, **San Antonio, TX**.

127. 24 June 2011, Addicott spoke on *Legal Issues in the War on Terror*, to National Independent University of Mexico, **San Antonio, TX**.

128. 16 June 2011, Addicott spoke on *Domestic Terrorism*, at the Nineteenth National Security Law Institute, Center for National Security Law, University of Virginia School of Law, **Charlottesville, VA**.

129. 15 June 2011, Addicott spoke on *Cyber Security and Information Warfare*, at the Nineteenth National Security Law Institute, Center for National Security Law, University of Virginia School of Law, **Charlottesville, VA**.

130. 7 June 2011, Addicott provided the keynote remarks on *Terrorism: Ten Years After September 11*, to the San Antonio Chapter of the American Society of Industrial Security conference for the 2011 Law Enforcement Appreciation Luncheon, **San Antonio, TX**.

131. 28 May 2011, Addicott spoke on *War on Terror Legal Issues and the Killing of OBL*, to the Boerne Chapter of the Sons of the American Revolution, **Fair Oaks, TX**.

132. 27 May 2011, Addicott spoke on *Killing of OBL – Legal and Policy Issues*, to the Republican Women of Bexar County, **San Antonio, TX**.

133. 25 May 2011, Addicott spoke on *Military Duties and Terrorism*, to combined classes at Boerne Elementary School, **Boerne, TX**.

134. 23 May 2011, Addicott spoke on *Cyber Security in Terrorism, Civil Litigation, and Law Enforcement*, to the IALEFIAC conference, **West Palm Beach, FL**.

135. 19 May 2011, Addicott spoke on *Terrorism Law and America's War on Terror*, to the Bush Legacy Republican Women of **Weatherford, TX**.

136. 18 May 2011, Addicott spoke on *Tenth Anniversary of 9/11*, to the University Roundtable, **San Antonio, TX**.

137. 16 May 2011, Addicott spoke on *Legal and Policy Issues on Targeted Killing*, to the New Braunfels Republican Women's, **New Braunfels, TX**.

138. 13 May 2011, Addicott spoke on *Terrorism Law and Policy in Law Enforcement,* to the FBI National Academy, **Quantico, VA**.

139. 11 May 2011, Addicott spoke on *Killing of OBL* at the Federal Bar Association San Antonio Chapter, **San Antonio, TX**.

140. 4 May 2011, Addicott spoke on *Terrorism Threats* at the Energy Security Council annual conference entitled: *Terrorism and Violence in the Energy Sector*, **Houston, TX**.

141. 30 April 2011, Addicott spoke on *Domestic Terrorism and Jihad*, at The Texas Lyceum conference entitled: *Plan-Prepare-Respond-Recover, Repeat. Recover. Ensuring the Saftey of Texans When Disasters Strike*, at the George Bush Presidential Library and Museum, **College Station, TX**.

142. 29 April 2011, Addicott spoke on *Financial Funding and Fraud Involved in Global Terrorism*, to Certified Fraud Examiners San Antonio Chapter #18, **San Antonio, TX**.

143. 21 April 2011, Addicott spoke on *Cyber Legal and Policy Issues for Business and Government*, at the Business Executives for National Security, **Houston, TX**.

144. 20 April 2011, Addicott spoke on *Terrorism Legal Issues*, at a dinner for Business Executives for National Security, **Houston, TX**.

145. 20 April 2011, Addicott spoke **on** *Obama's Legal Policy Changes in the War on Terror*, to the Sons of the American Revolution, **San Antonio, TX**.

146. 15 April 2011, Addicott spoke on *Protecting Civil Liberties in a Cyber Age*, at a conference entitled: *National Security Since 9/11: New Norms for a New Decade?* sponsored by The Center on Law, Ethics and National Security, and the Program in Public, Duke University School of Law, **Durham, NC**.

147. 7 April 2011, Addicott spoke on *Cyber Security and Premise Liability*, to the Lunch and Learning: Food for Thought, **San Antonio, TX**.

148. 6 April 2011, Addicott spoke on *Legal Issues in the Use of Force in Libya*, to the St. Mary's University School of Law Federalist Society Chapter, **San Antonio, TX**.

149. 29 March 2011, Addicott spoke on *Terrorism Law*, to the lecturers for the Eisenhower Series College Program, **San Antonio, TX**.

150. 21 March 2011, Addicott spoke on *Obama Administration and the War on Terror*, at the Bulverde Republican Women Club, **Bulverde, TX**.

151. 16 March 2011, Addicott spoke on *Tenth Anniversary of 9/11 and Afghanistan*, at the Forum Lunch, **San Antonio, TX**.

152. 15 March 2011, Addicott spoke on *Obama Administration Terrorism Legal Policies*, at the Alamo Heights Rotary Club, **San Antonio, TX**.

153. 15 March 2011, Addicott spoke on *Domestic Terrorism*, at the Emerging Threats for Law Enforcement Conference, St. Mary's University School of Law, **San Antonio, TX**.

154. 11 March 2011, Addicott spoke on *Terrorism Law*, at the St. Mary's University School of Law Homecoming CLE, **San Antonio, Texas.**

155. 9 March 2011, Addicott provided remarks on *Unlawful Enemy Combatants***,** to the Oversight and Investigations Subcommittee, House Armed Services Committee, U.S. House of Representatives, **Washington, D.C.**

156. 7 March 2011, Addicott served as the keynote speaker and spoke on *Terrorism and the Rule of Law*, at the 7th Annual Georgia Tactical Officers Association Conference, **Macon, GA.**

157. 4 March 2011, Addicott spoke on *War Crimes and Terrorism*, to the Boerne Rotary Club, **Boerne, Texas.**

158. 3 March 2011, Addicott spoke on the *Threat of Radical Islam*, to the Round Rock Rotary Club, **Round Rock, Texas.**

159. 2 March 2011, Addicott spoke on *Security and Transportation in the War on Terror*, to the San Antonio Transportation Association, **San Antonio, Texas.**

160. 24 February 2011, Addicott spoke on *The Hasan Trial – U.S. Federal & Military Law Contrasted*, to the St. Mary's Law School Military Law Association, **San Antonio, Texas.**

161. 16 February 2011, Addicott spoke on *Cyber Security Legal Issues*, at the Center for Terrorism Law Cyber Security Conference: Legal and Policy Issues, **San Antonio, TX**.

162. 14 February 2011, Addicott spoke on *Terrorism Law and Policy in Law Enforcement,* to the FBI National Academy, **Quantico, VA**.

163. 8 February 2011, Addicott served as the moderator and spoke on *The Threat of Nuclear Iran* at the showing of the film *Iranium*, **San Antonio, TX**.

164. 31 January 2011, Addicott spoke on *Terrorism and War Crimes in the War Between the States*, to the Texas Lonestar Greys Camp, Sons of Confederate Veterans, **Schertz, TX**.

165. 26 January 2011, Addicott spoke on *Terrorism and Law Enforcement*, to Pennsylvania Law Enforcement, **Harrisburg, PA**.

166. 18 January 2011, Addicott spoke on *Terrorism and Obama Polices to Win the War on Terror*, to the Alamo City Republican Women, **San Antonio, TX**.

167. 13 January 2011, Addicott spoke on *Terrorism Law and Implications for the Future*, to the San Antonio Chapter of the Society of Former Special Agents of the FBI, **San Antonio, TX**.

168. 9 January 2011, Addicott provided remarks on *US Constitution* and served as a judge for the 23rd District Oratorical Contest, **Castroville, TX**.

169. 6 January 2011, Addicott spoke on *War Crimes and Terrorism in the War Between the States*, to the Sons of Confederate Veterans Alamo City Guards Camp 1325, **San Antonio, TX**.

170. 6 January 2011, Addicott spoke on *War on Terror Ten Years On*, to the Canyon Lake Lions Club, **Startzville, TX**.

171. 3 January 2011, Addicott provided remarks on *Terrorism Law*, to staff of KTRH radio, **Houston, TX**.

172. 1 January 2011, Addicott provided remarks on *Legal and Military Justice Matters*, at the investiture of Judge Wayne A. Christian, **San Antonio, TX**.

173.    15 December 2010, Addicott met with Deputy Commander U.S. Southern Command and representatives from the Office of the Staff Judge Advocate to provide insight on *Terrorism Legal Issues*, at U.S. Southern Command, **Miami, FL**.

174.    14 December 2010, Addicott provided remarks on *Legal Issues Associated with WMD Prevention*, at the North Texas Law Enforcement Preventive Radiological, Nuclear, Detention Program, **Austin, TX**.

175.    7 December 2010, Addicott spoke on *Cyber Security and Premises Liability in the War on Terror*, at the AFCEA ArkLaTex Chapter, **Bossier City, LA**.

176.    6 December 2010, Addicott spoke on *Terrorism Law*, to senior leaders of AFCEA ArkLaTex Chapter, **Bossier City, LA**.

177.    1 December 2010, Addicott provided the keynote address at the *Terrorism and Global Security 2010: Is the U.S. Winning the War*, American Security Initiative, Carnegie Endowment for International Peace, **Washington, DC**.

178.    30 November 2010, Addicott spoke on *Radical Islam and the Ongoing War on Terror*, to the Towers Retirement Home, **San Antonio, TX**.

179.    23 November 2010, Addicott spoke on *Terrorism Legal Issues and Prison Radicalization*, at the Combating Radicalization and Homegrown Violent Extremism Conference, **San Luis Obispo, CA**.

180.    19 November 2010, Addicott spoke on *Terrorism Law and Policy in Law Enforcement,* to Session 243 of the FBI National Academy, **Quantico, VA**.

181.    17 November 2010, Addicott spoke on *Domestic Terrorism Law*, at the Hispanic American Police Command Officers Association National Conference, **San Antonio, TX**.

182.    16 November 2010, Addicott spoke on *Cyberterrorism and Cyber Security*, at the Financial Executives International, Austin Chapter, **Austin, TX**.

183.    15 November 2010, Addicott spoke on *Cyber Security and Terrorism Legal Issues*, at a dinner meeting of the Financial Executives International, Austin Chapter, **Austin, TX**.

184.    11 November 2010, Addicott spoke on *Terrorism and Weapons of Mass Destruction*, at the San Antonio Republican Women's Business Club, San **Antonio, TX**.

185.    10 November 2010, Addicott delivered the keynote address on Cyber *Security Legal Issues* at the Critical Issues in Process Control System Security Conference, **Houston, TX**.

186.    8 November 2010, Addicott debated defense attorney Mike Whalen on the topic of *Legality of Military Commissions*, at the University of Tennessee School of Law, **Knoxville, TN**.

187.    6 November 2010, Addicott spoke on *War and Virtue*, at the Alamo Veterans Day Run, **San Antonio, TX**.

188. 3 November 2010, Addicott spoke on *Cyber Security Legal Issues*, at Armed Forces Communications and Electronics Association Conference, **San Antonio, TX**.

189. 2 November 2010, Addicott spoke on *Privacy Issues in Intelligence Gathering*, at the Chicago OEMC, **Chicago, IL**.

190. 29 October 2010, Addicott spoke on *Counter-proliferation and the Wrong Side of History*, at a conference entitled: "Alternative Approaches to Counter-proliferation Efforts," at the James Martin Center for Nonproliferation Studies, Georgetown University Institute for Law, Science, and Global Security, **Washington, DC**.

191. 28 October 2010, Addicott spoke on *Interrogation Issues in the War on Terror*, at the U.S. Department of Defense, Office of Military Commissions Office of the Chief Prosecutor, **Washington, DC**.

192. 21 October 2010, Addicott spoke on *Cyber Security and Premises Liability*, at the St. Mary's University Cyber Security Awareness Month Lecture Series, **San Antonio, TX**.

193. 20 October 2010, Addicott spoke on *Bioterrorism and Public Safety*, at the Investigator Training, Texas Food and Drug Safety Conference, **Bandera, TX**.

194. 19 October 2010, Addicott spoke on *Terrorism Training Issues* to the San Antonio Police Department Regional Intelligence Center, **San Antonio, TX**.

195. 18 October 2010, Addicott spoke on *Military Law of War Issues*, at the St. Mary's University ROTC, **San Antonio, TX**.

196. 14 October 2010, Addicott spoke on *Cyber Security Legal Issues in the Age of Terrorism*, at the Science, Technology, and Innovation and Its Impact on Law and International Relations Conference, at **Joao Pessoa, Brazil**.

197. 6 October 2010, Addicott spoke on *Nine Years On in the War on Terror*, at the Association of the United States Army, **Camp Mabry, TX**.

198. 1 October 2010, Addicott spoke on *Terrorism Law and Law Enforcement*, at Associated Security Services & Investigators of the State of Texas, **San Antonio, TX**.

199. 1 October 2010, Addicott was a joint keynote speaker on *The Rise of Radical Islam*, at Associated Security Services & Investigators of the State of Texas, **San Antonio, TX**.

200. 24 September 2010, Addicott spoke on *Cyber Security Legal Issues*, at Michael Hayden Briefing, Greater San Antonio Chamber of Commerce, **San Antonio, TX**.

201. 22 September 2010, Addicott spoke on *Roles and Missions of the Center for Terrorism Law*, at the St. Mary's Law School Night Program, **San Antonio, TX**.

202. 22 September 2010, Addicott spoke on *Terrorism Law Challenges Facing the United States*, at the St. Mary's Federalist Society, **San Antonio, TX**.

203. 18 September 2010, Addicott spoke on *Center for Terrorism Law Support to the FBI*, at the Society of Former Special Agents of the Federal Bureau of Investigation, **San Antonio, TX**.

204. 13 September 2010, Addicott spoke on *Terrorism Law, Cyberterrorism, and Bioterrorism: Are We Prepared?*, at the Border and Homeland Security Conference, Border Studies Institute, Texas A&M International University, **Laredo, TX**.

205. 2 September 2010, Addicott spoke on *Terrorism Legal Policy and Issues*, to Wayne Christian for Judge Event, **San Antonio, TX**.

206. 27 August 2010, Addicott provide the keynote address on *Terrorism and Law Enforcement,* to the 2010 Texas Association of Licensed Investigators Conference, **Houston, TX**.

207. 26 August 2010, Addicott provided the *Morehouse Lecture on Terrorism Law* to the GATEWAY II Leadership Course for Air Force Judge Advocates at the Judge Advocate's School, Maxwell Air Force Base, **Montgomery, AL**.

208. 26 August 2010, Addicott spoke on *Exploring the Legal Issues in the War on Terror*, to the Air Force War College, Maxwell Air Force Base, **Montgomery, AL**.

209. 20 August 2010, Addicott spoke on *Terrorism Law,* to the 242 Session of the FBI National Academy, **Quantico, VA**.

210. 18 August 2010, Addicott spoke on *Legal and Policy Confusion Regarding the War on Terror*, at the Canyon Lake Republican Women Club, **Sattler, TX**.

211. 13 August 2010, Addicott spoke on *Terrorism Issues Facing the Obama Administration*, at the 21st Alabama Military Law Symposium, Jones School of Law, **Montgomery, AL**.

212. 19 July 2010, Addicott spoke on *Role and Mission of Center for Terrorism Law's Cyber Legal Arena*, at a Cyber Consortium meeting for 24th Air Force's Senior Advisor for Intelligence and Cyber Operations, **San Antonio, TX**.

213. 14 July 2010, Addicott spoke on *Border Security Issues,* at the 71st Texas National Guard's Counter Terrorism Conference, **San Antonio, TX**.

214. 12 July 2010, Addicott spoke on *Center for Terrorism Law,* to delegation from Houston's Anti-Defamation League, **San Antonio, TX**.

215. 7 July 2010, Addicott spoke on *Terrorism Legal and Policy Issues Facing the Obama Administration*, at the Republican Women of Yoakum, **Yoakum, TX**.

14

216.  4 July 2010, Addicott spoke on *National Security and Terrorism*, at the Boerne Tea Party July 4th Event, **Boerne, TX**.

217.  22 June 2010, Addicott spoke on *Terrorism Challenges in the Obama Administration,* at West Rotary Club, **San Antonio, TX**.

218.  22 June 2010, Addicott spoke on *Virtue and Values in Fighting Terrorism,* at the Military Order of the World Wars' 2010 Southwest Youth Leadership Conference, UTSA, **San Antonio, TX.**

219.  18 June 2010, Addicott spoke on *Civil Liability Issues for Cyber Security Incidents*, at the Cyber Security Council, Kirtland AFB, **Albuquerque, NM.**

220.  8 June 2010, Addicott spoke on *Terrorism Legal Issues,* at the FBI's Joint Terrorism Task Force, **Birmingham, AL.**

221.  27 May 2010, Addicott provided the keynote address on *Terrorism and Law Enforcement,* at the International Association of Law Enforcement Firearms Instructors, **San Antonio, TX**.

222.  25 May 2010, Addicott spoke on *Terrorism Law and Policy* to the 241st Session of the National Academy, FBI Academy, **Quantico, VA**.

223.  21 May 2010, Addicott spoke on *The War on Terror and America's Response*, at the Hill Country Tea Party Rally, **New Braunfels, TX**.

224.  21 May 2010, Addicott spoke on *Terrorism Threats Posed by Radical Islam*, at the Economic Luncheon IX The Johnston Company, **Bandera, TX**.

225.  19 May 2010, Addicott spoke on *Cyber Security Legal Issues*, at the Energy Security Council Annual Conference, **Houston, TX**.

226.  6 May 2010, Addicott spoke on *Cyberterrorism, Legal and Policy Issues*, at the Center for National Security Law, "Legal Issues in the Struggle Against Terror" book announcement, at the National Press Club, **Washington, DC**.

227.  5 May 2010, Addicott spoke on *Roles and Mission of the Center for Terrorism Law*, at the legal office of the Office of the Undersecretary for Science and Technology Department of Homeland Security, **Washington, DC.**

228.  3 May 2010, Addicott spoke on *Islamic Radicalism on College Campus*, at the film showing of *Crossing the Line: The Intifada Comes to Campus*, The Campus of the Jewish Community, **San Antonio, TX**.

229.  28 April 2010, Addicott spoke on *Understanding the Legal Framework for the War Against Al-Qa'eda* to the Texas A&M University at Corpus Christi, **Corpus Christi, TX.**

230.  28 April 2010, Addicott spoke on *Legal Issues in the War on Terror* to the World Affairs Council of South Texas, **Corpus Christi, TX**.

231.  26 April 2010, Addicott debated Susan Herman, President, American Civil Liberties Union (ACLU) at a JURIST event entitled: *Terrorism, Rights,*

*and National Security – A Debate on the Rights and Treatment of Terrorism Suspects Held by the U.S.*, University of Pittsburg School of Law, **Pittsburg, PA**.

232.  20 April 2010, Addicott spoke on *Center for Terrorism Law Roles and Missions* to representatives of the Institute of Interfaith Dialog, **San Antonio, TX**.

233.  19 April 2010, Addicott spoke on *Center for Terrorism Law Cyber Initiatives*, at the San Antonio Cyber Consortium, **San Antonio, TX**.

234.  16 April 2010, Addicott spoke on *Obama Legal and Policy Issues in the War on Terror*, at the Rotary Club of Boerne, **Boerne, TX**.

235.  15 April 2010, Addicott spoke on *Fourth Amendment, Search and Seizure in Airport Context*, at the Airports Council International – North America Spring Legal Issues Conference, **San Antonio, TX**.

236.  15 April 2010, Addicott spoke on *Legal Implications for Airport Security*, at the Airports Council International – North America Spring Legal Issues Conference, **San Antonio, TX**.

237.  14 April 2010, Addicott spoke on *Legal Issues Facing the Obama Administration in the War to Terror*, at the Mississippi College School of Law, **Jackson, MS**.

238.  7 April 2010, Addicott spoke on *Cyber Terrorism and Cyber War*, at the San Antonio Chapter of the World Presidents Organization, **San Antonio, TX**.

239.  5 April 2010, Addicott spoke on *How Policy Impacts Military Readiness*, at the American University Washington College of Law, **Washington, DC**.

240.  31 March 2010, Addicott spoke on *Obama Administrations Approach to Terrorism*, at the San Antonio Business & Economics Society, **San Antonio, TX**.

241.  30 March 2010, Addicott spoke on *Latest Legal and Policy Developments in the War on Terror*, at the Republican Club of Comal County, **New Braunfels, TX**.

242.  26 March 2010, Addicott spoke on *Legal Policies for Detention and Prosecution*, at Texas A&M International University, **Laredo, TX**.

243.  25 March 2010, Addicott spoke on *Legal and Policy Issues of Bioterrorism*, at Texas A&M International University, **Laredo, TX**.

244.  19 March 2010, Addicott spoke on *Cyber Security Panel Issues,* at the Cyber Security Conference: Legal and Policy Issues for National Security, Law Enforcement & Private Industry, **San Antonio, TX**.

245.  18 March 2010, Addicott spoke on *Conceptional Foundations of Cyber Law*, at the Cyber Security Conference:  Legal and Policy Issues for National Security, Law Enforcement & Private Industry, **San Antonio, TX**.

16

246.　15 March 2010, Addicott spoke on *Terrorism Legal Challenges in the Obama Administration*, at the Cordillera Men's Club, **Boerne, TX**.

247.　12 March 2010, Addicott spoke *Legal Updates in the War Against Al-Qa'eda*, at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

248.　11 March 2010, Addicott spoke on *Legal Issues in Terrorism*, at the Los Angeles Joint Regional Intelligence Center (JRIC) conference, **Los Angeles, CA**.

249.　5 March 2010, Addicott spoke on *Foreign Policy and Terrorism*, at the Grossman International Conference Center, University of the Incarnate Word, **San Antonio, TX**.

250.　3 March 2010, Addicott spoke on *Terrorism Challenges in the Obama Administration*, at the Oakwell Farms Women's Club, **San Antonio, TX.**

251.　1 March 2010, Addicott spoke on *United States Legal and Policy Issues in the War on Terror*, at the George C. Marshall European Center for Security Studies, Seminar #5, **Garmisch-Partenkirchen, Germany**.

252.　1 March 2010, Addicott spoke on *Overview of Interrogation Practices,* at the George C. Marshall European Center for Security Studies, Seminar #4, **Garmisch-Partenkirchen, Germany**.

253.　1 March 2010, Addicott spoke on *United States Legal Policies and Rule of Law*, at the George C. Marshall European Center for Security Studies, Seminar #3, **Garmisch-Partenkirchen, Germany**.

254.　1 March 2010, Addicott spoke on *International Law: Rendition, Interrogation, Torture*, at the George C. Marshall European Center for Security Studies, **Garmisch-Partenkirchen, Germany**.

255.　19 February 2010, Addicott spoke on *New Developments in the War on Terror*, at the Conopus Club, **San Antonio, TX**.

256.　16 February 2010, Addicott spoke on *Terrorism Law and Policy*, for United States Army War College delegation of the Eisenhower Series, **San Antonio, TX.**

257.　12 February 2010, Addicott spoke on *Foundations of Terrorism Law*, at the Menlo School, **Atherton, CA**.

258.　26 January 2010, Addicott spoke on *Center for Terrorism Law Mission and Goals*, for General (ret.) Baruch Spiegel, Dr. David Altman, and staff, **San Antonio, TX**.

259.　19 January 2010, Addicott spoke on Center for *Terrorism Law Mission and Goals*, for General (ret.) Iqbal Singh and party, **San Antonio, TX**.

260.　4 January 2010, Addicott spoke on *Al-Qa'eda Terrorism and the Obama Administration,* at Randolph Metroclub Rotary Club, **San Antonio, TX**.

261.  16 December 2009, Addicott spoke on *Terrorism Law Developments*, for Asher Yarden and staff, Consul General of Israel, **San Antonio, TX**.

262.  11 December 2009, Addicott spoke on *Legal Issues in the War on Terror and Cyber Security*, at K2 Share, **Bryan, TX**.

263.  10 December 2009, Addicott spoke on *Bioterrorism and Terrorism Law* at the Texas Chemical, Biological and Radiological Threat Response Annual Meeting, **Bandera, TX**.

264.  9 December 2009, Addicott spoke on *Legal Issues in the American War on Terror* at the Indian Institute for Public Administration, **New Delhi, Indi**a.

265.  6 December 2009, Addicott provided Valedictory Remarks on *Corporate Responsibility* at the "International Conference on Corporate Social Responsibility and Industrial Disasters," **Bhopal, India**.

266.  6 December 2009, Addicott spoke on *Corporate Responsibility and Tort Liability* at the National Law Institute University, **Bhopal, India**.

267.  6 December 2009, Addicott served as the Chairperson and spoke on *Disaster Management: Legislative and Policy Initiatives* at the "International Conference on Corporate Social Responsibility and Industrial Disasters," **Bhopal, India**.

268.  1 December 2009, Addicott spoke on Center for *Terrorism Law Cyber Capabilities*, at the Cyber Research and Innovation Consortium, **San Antonio, TX**.

269.  18 November 2009, Addicott spoke on *Christian Tolerance in the War on Terror*, at the Christian Legal Society, **San Antonio, TX**.

270.  17 November 2009, Addicott spoke on *Terrorism and the Continuing War on Terror*, at the Travis County Medical Society, **Austin, TX**.

271.  17 November 2009, Addicott spoke on *Defining the Terms in Terrorism Law*, at the Financial Executives Group, **San Antonio, TX**.

272.  13 November 2009, Addicott spoke on *Obama Decision to Prosecute Five 9/11 Enemy Combatants in New York City*, at Steptoe & Johnson, **New York, NY**.

273.  11 November 2009, Addicott spoke on *Assessing the Legal and Policy Foundations for the War on Terror*, at the Olmos Kiwanis Club, **San Antonio, TX**.

274.  7 November 2009, Addicott spoke on *Honoring our Veterans*, at the Vietnam Veterans/Legacy Motorcycle Club, **San Antonio, TX**.

275.  6 November 2009, Addicott spoke on *Understanding the Legal and Policy Elements of the War on Terror*, at the Conopus Club, **San Antonio, TX**.

276.  4 November 2009, Addicott spoke on *Dealing with Home Grown Terrorists*, at the Energy Security Council, **Houston, TX**.

277.  2 November 2009, Addicott spoke on ***Efficacy of the Obama Policies to Combat Taliban, Al-Qa'eda, and Associated Forces - The First Six Months,*** at the St. Mary's University School of Law Works in Progress FEP, **San Antonio, TX.**

278.  26 October 2009, Addicott spoke on ***Cyber Legal Issues*** to EADS NA Defense Security Solutions, at St. Mary's University, **San Antonio, TX**.

279.  26 October 2009, Addicott spoke on ***Law of War Legal Issues***, at St. Mary's University ROTC, **San Antonio, TX**.

280.  23 October 2009, Addicott spoke on ***Terrorism Legal and Policy Developments***, at the Indiana University School of Law's Counter-Terrorism Simulation Program & Exercise, **Indianapolis, IN**.

281.  22 October 2009, Addicott spoke on ***Terrorism Legal Issues for Law Enforcement***, at the International Counter Terrorism Officers Association Annual Conference, **Orlando, FL**.

282.  18 October 2009, Addicott spoke on and co-moderated with Henry Cisneros, a documentary entitled ***The Third Jihad***, **San Antonio, TX**.

283.  16 October 2009, Addicott spoke on ***Latest Developments in Terrorism Law***, at the Military Law Section of the State Bar of Texas, **Fredericksburg, TX**.

284.  8 October 2009, Addicott spoke on ***Evaluating the First Six Months of the Obama Administration's Record on Combating Terrorism***, at the World Affairs Council of San Antonio, **San Antonio, TX**.

285.  8 October 2009, Addicott spoke on ***Assessing the Obama Administration's Approach to Terrorism and National Security***, at St. Mary's University School of Law Federalist Society meeting, **San Antonio, TX**.

286.  7 October 2009, Addicott spoke on ***Obama's Approach to National Security Issues***, at the Association of the United States Army meeting, **Camp Mabry, TX**.

287.  2 October 2009, Addicott spoke on ***Civil Litigation to Combat International Terrorism***, at the Trends and Issues in Terrorism and Law Conference held at Southern New England School of Law, **Dartmouth, MA**.

288.  29 September 2009, Addicott spoke on Media and the ***Impact on Foreign Policy in the War on Terror***, to Thailand journalists at an International Visitor Leadership Program, U.S. Department of State, **San Antonio, TX**.

289.  24 September 2009, Addicott spoke on ***Al-Qa'eda Terrorism in America***, to the Alamo Kiwanis Club, **San Antonio, TX**.

290.  16 September 2009, Addicott spoke on ***Understanding the Legal Basis of the War on Terror***, to Senior Executive Seminar Group #1, at the George C. Marshall European Center for Security Studies, **Garmisch-Partenkirchen, Germany**.

291.   16 September 2009, Addicott spoke on *Law of War and the Rule of Law in Combat Operations*, to Senior Executive Seminar Group #2, at the George C. Marshall European Center for Security Studies, **Garmisch-Partenkirchen, Germany**.

292.   16 September 2009, Addicott spoke on *Rule of Law Issues in the War on Terror*, to Senior Executive Seminar Group #3, at the George C. Marshall European Center for Security Studies, **Garmisch-Partenkirchen, Germany**.

293.   16 September 2009, Addicott spoke on *America's Legal Basis for the War on Terror*, to Senior Executive Seminar at the George C. Marshall European Center for Security Studies, **Garmisch-Partenkirchen, Germany**.

294.   14 September 2009, Addicott spoke on *National Security and the Media*, to a group of Indian journalists at an International Visitor Leadership Program, U.S. Department of State, **San Antonio, TX**.

295.   8 September 2009, Addicott spoke on *Defining the Terms of Terrorism*, at the FBI's Alamo Area Chapter, Infragard, **San Antonio, TX**.

296.   22 August 2009, Addicott spoke on *Detainee Issues at GITMO*, at the 20th Military Law Symposium, University of Alabama School of Law, **Tuscaloosa, AL**.

297.   21 August 2009, Addicott spoke on *Terrorism Legal Issues***,** at the FBI's 238th Session Understanding Terrorism: Mind-set, Methodologies, and Response, FBI National Academy, **Quantico, VA**

298.   20 August 2009, Addicott spoke on *Profiling Terrorists***,** at the U.S Department of Justice, Terrorism Research and Analysis Project Working Group Conference, **Dumfries, VA**.

299.   18 August 2009, Addicott spoke on *Premises Liability and Terrorism*, at the meeting of the Independent Insurance Agents, **San Antonio, TX**.

300.   18 August 2009, Addicott spoke on *U.S. Foreign Policy and Counterterrorism*, at an International Visitor Leadership Program, U.S. Department of State, **San Antonio, TX**.

301.   17 August 2009, Addicott spoke on *Terrorism - Threats and Future Trends in Cyber Security* at Terra Health Incorporated (THI), **San Antonio, TX**.

302.   13 August 2009, Addicott spoke on *Obama Administration's Six Month Assessment in the War on Terror*, at the San Antonio Breakfast Club, **San Antonio, TX**.

303.   7 August 2009, Addicott spoke on *Terrorism Legal Issues*, at the Texas Association of Licensed Investigators, **Austin, TX**.

304.   5 August 2009, Addicott spoke on *Legal and Policy Issues of Cyber Crime, Cyberterrorism, and Cyber War*, at Texas A&M International University, **Laredo, TX**.

305.  29 July 2009, Addicott spoke on *Evaluation of the Obama Administration's Approach to Terrorism*, at the South Austin Rotary Club, **Austin, TX**.

306.  22 July 2009, Addicott spoke on *Cyber Security Legal Challenges*, at Headquarters, NORAD & U.S. Northern Command, **Peterson Air Force Base, CO**.

307.  20 July 2009, Addicott spoke on *Report Card on the Obama Administration's Approach to Terrorism Six Months On*, at the Sunset Rotary Club, **San Antonio, TX**.

308.  17 July 2009. Addicott spoke on *Legal Issues in the War on Terror*, at the U.S. Department of Homeland Security Transportation Security Administration, Houston International Airport, **Houston, TX**.

309.  3 July 2009, Addicott spoke on *Emerging Legal Concerns in the War on Terror*, at the 2009 Penn State Dickinson School of Law Capitals of Europe Program, **Luxembourg.**

310.  30 June 2009, Addicott spoke on *Understanding Legal Concepts in Terrorism*, at the 2009 Penn State Dickinson School of Law Capitals of Europe Program, **Brussels**.

311.  29 June 2009, Addicott spoke on *Basic Concepts in Terrorism Law*, at the 2009 Penn State Dickinson School of Law Capitals of Europe Program, **The Hague**.

312.  28 June 2009, Addicott spoke on *Defining Terrorism*, at the 2009 Penn State Dickinson School of Law Capitals of Europe Program, **The Hague**.

313.  25 June 2009, Addicott spoke on *Legal Issues in the War on Terror*, at the Northwest Rotary Club, **San Antonio, TX**.

314.  19 June 2009, Addicott spoke on *Understanding Iran's Elections*, at the Westlake Rotary Club, **Austin, TX**.

315.  18 June 2009, Addicott spoke on *Evolving Legal Trends in Terrorism*, at the Kendall County Bar Association, **Boerne, TX**.

316.  16 June 2009, Addicott spoke on *Terrorism and the Law*, at Military Order of the World Wars' 2009 Southwest Youth Leadership Conference, UTSA, **San Antonio, TX**.

317.  28 May 2009, Addicott spoke on *Interrogation and Torture*, at Texas A&M International University, **Laredo, TX**.

318.  27 May 2009, Addicott spoke on *Defining Terrorism*, at Texas A&M International University, **Laredo, TX**.

319.  26 May 2009, Addicott spoke on *War on Terror or Contingency Operations?,* at the Kenedy Rotary Club, **Kenedy, TX**.

320. 23 May 2009, Addicott spoke on *Obama Administration's Approach to the War on Terrorism* at the Sons of the American Revolution, Boerne Chapter, **Fair Oaks Ranch, TX.**

321. 19 May 2009, Addicott spoke on *Interrogation and Islamic Terrorism* at the FBI National Academy, **Quantico, VA**.

322. 15 May 2009, Addicott spoke on *Liability for Disaster Responders*, at the San Antonio Health Professionals Disaster Conference: Recovery and Beyond, **San Antonio, TX**.

323. 14 May 2009, Addicott spoke on *Terrorism Law and the Obama Administration*, at the Round Rock Rotary Club, **Round Rock, TX**.

324. 13 May 2009, Addicott testified before the Senate Committee on the Judiciary, Subcommittee on Administrative Oversight and the Courts hearing entitled: "*What Went Wrong Torture and the Office of the Legal Counsel in the Bush Administration*," **Washington, DC**.

325. 8 May 2009, Addicott spoke on *Obama's First 100 Days – Terrorism and National Security*, at the Rotary Club of Stone Oak, **San Antonio, TX.**

326. 6 May 2009, Addicott spoke on *Terrorism Challenges for the Obama Administration*, at the Austin Northeast Rotary Club, **Austin, TX**.

327. 2 May 2009, Addicott spoke on *Obama Administration's Handling of the "War on Terror"* at the Military Order of the World Wars Region VIII Conference, **San Antonio, TX**.

328. 1 May 2009, Addicott spoke on *How to Develop Appropriate Security Methods to Mitigate Business Legal Liability* at the Center for Terrorism Law's symposium entitled: "Terrorism, Crime and Business, Understanding the Fundamental Legal & Security Liability Issues for American Business," **Houston, TX**.

329. 30 April 2009, Addicott spoke on *Understanding the Conceptual Foundations of Terrorism* and *Mitigating Legal Liability for Terrorism and Crime* at the Center for Terrorism Law's symposium entitled: "Terrorism, Crime and Business, Understanding the Fundamental Legal & Security Liability Issues for American Business," **Houston, TX.**

330. 22 April 2009, Addicott spoke on *Terrorism Legal Issues for Law Enforcement* to San Antonio Police Cadets at St. Mary's University School of Law, **San Antonio, TX**.

331. 21 April 2009, Addicott spoke on *Mission and Role of the Center for Terrorism Law* at Fiesta Crow 2009 Business Development Opportunity Conference, **San Antonio, TX**.

332. 9 April 2009, Addicott spoke on *Legal Aspects of Immigration* at the School of Business, St. Mary's University, **San Antonio, TX**.

333.  2 April 2009, Addicott spoke on ***Obama Administration's Approach to the War on Terror*** at the North Star Mall Walkers Meeting, **San Antonio, TX.**

334.  31 March 2009, Addicott spoke on ***Evolving Legal Issues in the War on Terror*** at the Alamo Heights Rotary Club, **San Antonio, TX**.

335.  27 March 2009, Addicott spoke on ***Business, Crime & Terrorism*** at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

336.  17 March 2009, Addicott spoke on ***Lincoln and Union War Crimes*** at the Hood Texas Brigade Camp, Sons of Confederate Veterans, **San Antonio, TX.**

337.  16 March 2009, Addicott spoke on **Obama Administration's Approach to the War on Terror** at the North Central Rotary Club, **San Antonio, TX**.

338.  11 March 2009, Addicott spoke on ***Premises Liability and Terrorism*** at the National Petrochemical & Refiners Association conference, **Houston, TX**.

339.  10 March 2009, Addicott spoke on ***Terrorism Law and Interrogation Issues*** at the 5th Annual Center for Terrorism Law conference entitled: "Preparing Law Enforcement for Threats to National Security," **San Antonio, TX**.

340.  9 March 2009, Addicott provided opening remarks and instruction on ***Militant Islam*** at the 5th Annual Center for Terrorism Law conference entitled: "Preparing Law Enforcement for Threats to National Security," **San Antonio, TX**.

341.  26 February 2009, Addicott spoke on ***The U.S. Approach to Legal Issues in the War on Terror*** to a French Judicial delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

342.  22 February 2009, Addicott spoke on ***Obama Administration's Approach to Interrogation and Law Enforcement Developments in the War on Terror*** at the FBI National Academy, **Quantico, VA**.

343.  19 February 2009, Addicott spoke on ***Religion and the War on Terror*** at the Ethics and the War on Terror Conference, New England School of Law, **Boston, MA**.

344.  17 February 2009, Addicott spoke on ***Terrorism Legal Issues for Law Enforcement*** to San Antonio Police Cadets at the Center for Terrorism Law, **San Antonio, TX**.

345.  17 February 2009, Addicott spoke on ***Terrorism Law and the Obama Administration*** at the Mission Trail Rotary Club, **San Antonio, TX**.

346.  26 January 2009, Addicott spoke on ***The Political Question Doctrine and Civil Liability for Contracting Companies on the Battlefield*** at St. Mary' University School of Law Faculty Enrichment Program, **San Antonio, TX**.

347.   21 January 2009, Addicott spoke on *Policy and Legal Challenges Facing the Obama Administration in the War on Terror* at the Founder's Lion's Club of San Antonio, **San Antonio, TX**.

348.   13 January 2009, Addicott spoke on *Obama Administration's Approach to the War on Terror* at the Alamo Pachyderm Club, **San Antonio, TX.**

349.   16 December 2008, Addicott spoke on *Terrorism and the Law* at Uniformed Services University of the Health Sciences' Weapons of Mass Destruction Course, **Bethesda, MD**.

350.   12 December 2008, Addicott served as the keynote speaker and provided opening remarks on *Legal Issues Associated with Chemical Threats* at the Texas Chemical Threat Response Annual Meeting, **Bandera, TX**.

351.   8 December 2008, Addicott spoke on *Response to Bioterrorism and the Legal Ramifications* at the NATO sponsored, Advanced Research Workshop: Medical Response to Terror Threats, **Jerusalem, Israel**.

352.   2 December 2008, Addicott spoke on *Obama Administration's Approach to the War on Terror* at the Kendall County Republican Club, **Boerne, TX**.

353.   21 November 2008, Addicott spoke on *Interrogation and Law Enforcement Developments in the War on Terror* at the FBI National Academy, **Quantico, VA**.

354.   11 November 2008, Addicott spoke on *The Meaning of Veterans Day* at Cibolo Creek Elementary School, **Boerne, TX.**

355.   1 November 2008, Addicott spoke on *Veterans and the War on Terror* at the Veterans Day Run, Veterans Memorial Plaza, **San Antonio, TX**.

356.   30 October 2008, Addicott spoke on *Legal and Policy Issues Facing the United States of American in the War on Terror* at Columbus State University, Hallock Lecture Series, **Columbus, GA**.

357.   28 October 2008, Addicott spoke on *Terrorism and the Rule of Law* at an Officer's Professional Development (OPD) seminar for the Office of the Staff Judge Advocate, **Fort Sam Houston, TX**.

358.   13 October 2008, Addicott spoke on *Legal Issues Associated with Cyber Security* to business executives at Raytheon, **Dallas, TX**.

359.   9 October 2008, Addicott spoke on *Cyber Challenges Existing Laws* at the Cyber Awareness Summit, **Shreveport, LA.**

360.   7 October 2008, Addicott spoke on *Cyberterrorism: Legal & Policy Issues* at the ArkLaTex chapter general membership breakfast of the Association for Communications, Electronics, Intelligence and Information Systems Professionals, **Bossier City, LA**.

361.   1 October 2008, Addicott spoke on *Terrorism, Crime and Business: Understanding the Fundamental Legal and Policy Liability Issues for American Business* at a seminar for business leaders, **Houston, TX**.

362.    17 September 2008, Addicott spoke on *Terrorism, Crime and Business: Understanding the Fundamental Legal and Policy Liability Issues for American Business* at a seminar for business leaders, **Houston, TX**.

363.    9 September 2008, Addicott spoke on *Legal and Policy Issues as the U.S. Observes the 7th Anniversary of 9/11* at the Rotary Club San Antonio at The Dominion, **San Antonio, TX**.

364.    5 September 2008, Addicott spoke on *The U.S. Approach to Legal Issues in the War on Terror* to a Polish Parliament, Law and Justice Party, delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

365.    3 September 2008, Addicott spoke on *Terrorism, Crime and Business: Understanding the Fundamental Legal and Policy Liability Issues for American Business* at a seminar for business leaders, **Houston, TX**.

366.    21 August 2008, Addicott spoke on *Military Commissions and the Rule of Law* at the Bexar County Republican Men's Club, **San Antonio, TX**.

367.    15 August 2008, Addicott spoke on *Cyberterrorism, Interrogation, and Law Enforcement* at the FBI National Academy, **Quantico, VA**.

368.    8 August 2008, Addicott provided the keynote address on *Legal Issues in Biodefense* at the Select Agent Forum, Texas Research Park, **San Antonio, TX**.

369.    29 July 2008, Addicott spoke on *Terrorism and Business: Understanding the Fundamental Legal and Policy Liability Issues for American Business* at a seminar for business leaders, **Houston, TX**.

370.    15 July 2008, Addicott spoke and served as a program facilitator on *Law and Policy of Cyberspace* at the Air Force Symposium 2008 – Cyberspace, Maxwell Air Force Base, **Montgomery, AL**.

371.    11 July 2008, Addicott spoke on *Cyberterrorism – Legal and Policy Challenges* at the Cyber Law Panel, Air Force Information and Operations Command, Lackland Air Force Base, **San Antonio, TX**.

372.    25 June 2008, Addicott spoke on *Terrorism and the Rule of Law* at the Kuwait Lawyers' Association, **Kuwait City, Kuwait**.

373.    24 June 2008, Addicott spoke on *American Perspectives in the International War on Terrorism* at a *Diwaniya* hosted by Mr. Al-Tameemi, **Kuwait City, Kuwait**.

374.    24 June 2008, Addicott spoke on *The Impact of International Terrorism and Western Views of Islam* at Kuwait University, **Kuwait City, Kuwait**.

375.    23 June 2008, Addicott spoke on *Law of War and Human Rights Regarding the al-Qa'eda Terror Network* at the American University of Kuwait, **Kuwait City, Kuwait**.

376. 23 June 2008, Addicott spoke on *Terrorism and Cyberterrorism* at the Center for Judicial and Legal Studies Center, **Kuwait City, Kuwait**.

377. 4 June 2008, Addicott served as the Chairman for the *Cyberlaw Verses Cybercrime* panel at the International Conference on Security, Privacy, and Confidentiality Issues in Cyberlaw, **Cairo, Egypt**.

378. 3 June 2008, Addicott spoke on *Legal Issues Associated with Cyberterrorism* at the International Conference on Security, Privacy, and Confidentiality Issues in Cyberlaw, **Cairo, Egypt**.

379. 21 May 2008, Addicott provided a briefing on the *Mission and Goal of the Center for Terrorism Law* to a senior panel from DHS on the proposed U.S. Border and Customs Protection Leadership Institute, Washington, DC.

380. 14 May 2008, Addicott spoke on *Cyberterrorism Legal and Policy Issues* at the Information Assurance Science and Technology Series Cyber Defense Conference at the Griffiss Institute, **Rome, NY.**

381. 12 May 2008, Addicott spoke on *Cyberterrorism, Interrogation, and Open Government Issues* at the FBI National Academy, **Quantico, VA**.

382. 29 April 2008, Addicott spoke on *Border Security and Transnational Crime* to an East African legal delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

383. 24 April 2008, Addicott spoke on *Mission and Role of the Center for Terrorism Law* at Fiesta Informacion 2008 Business Development Opportunities Conference, **San Antonio, TX**.

384. 23 April 2008, Addicott spoke on *Legal Issues Regarding Cyberterrorism* at Fiesta Informacion 2008 Business Development Opportunities Conference, **San Antonio, TX**.

385. 18 April 2008, Addicott spoke on *Terrorism Law* at the Department of the Army, Headquarters, 1st Legal Support Organization, Judge Advocate On-Site Conference, **Oklahoma City, OK**.

386. 16 April 2008, Addicott delivered the keynote address on *Legal Issues Associated with Chemical Threats* at Texas Department of State Health Services, Texas Chemical Threat Annual Meeting, **Bandera, TX**.

387. 28 March 2008, Addicott spoke on *Liability Issues Regarding Parent Contracting Companies in the War on Terror* at the University of Texas School of Law seminar entitled: "Terror on Trial," **Austin, TX**.

388. 18 March 2008, Addicott spoke on *Terrorism Law and Interrogation Issues* at the 4th Annual Center for Terrorism Law conference entitled: "Preparing Law Enforcement for Emerging Terrorist Threats Seminar," **San Antonio, TX**.

389. 17 March 2008, Addicott provided opening remarks on *Terrorism Law* at the 4th Annual Center for Terrorism Law conference entitled: "Preparing

Law Enforcement for Emerging Terrorist Threats Seminar," **San Antonio, TX**.

390.  6 March 2008, Addicott spoke on ***Cyber Security/Cyber Terrorism: A Look Forward*** at the Center for Terrorism Law & Cyber Events Group sponsored symposium, **Cyber Security: Policy, Legal & Operational Responses**, at the Marriott Rivercenter hotel, **San Antonio, TX.**

391.  5 March 2008, Addicott spoke on ***State Open Government Law and Practice in a Post 9/11 World: Legal and Policy Issues*** at the Center for Terrorism Law & Cyber Events Group sponsored symposium, **Cyber Security: Policy, Legal & Operational Responses**, San Antonio, TX.

392.  27 February 2008, Addicott spoke as the keynote speaker on ***Interrogation and Military Commissions*** at the Institute of Terrorism Research and Response, **Harrisburg, PA**.

393.  26 February 2008, Addicott spoke as the keynote speaker on ***Foundational Legal Issues in the War on Terror*** at the Institute of Terrorism Research and Response, **Harrisburg, PA**.

394.  25 February 2008, Addicott spoke on ***Basic and Evolving Legal Issues in the War on Terror*** at the FBI National Academy, **Quantico, VA**.

395.  19 February 2008, Addicott spoke on ***War Crimes in the American Civil War*** at the Hood's Texas Brigade SCV meeting, **San Antonio, TX**.

396.  6 February 2008, Addicott spoke on ***The Misuse of Religion in the War on Terror*** at the Association of the United States Army monthly meeting, **Camp Mabry, TX**.

397.  4 February 2008, Addicott spoke on ***FISA and the Constitution:  Why the Foreign Intelligence Surveillance Act is Unconstitutional and How it Contributed to the Success of the 9/11 Attacks,*** at the Federalist Society lecture, St. Mary's University School of Law, presenting Professor Robert Turner, University of Virginia School of Law, Center for National Security Law, **San Antonio, TX**.

398.  25 January 2008, Addicott spoke on ***President Bush's Veto of the Defense Appropriations Bill*** at the National Press Club, **Washington D.C**.

399.  7 January 2008, Addicott spoke on ***New Developments in Terrorism Law*** at the American Society for Industrial Security International (ASIS), **San Antonio, TX**.

400.  29 November 2007, Addicott spoke on ***Role and Mission of the Center for Terrorism Law and Misuse of Religion in the War on Terror*** to the Institute of Interfaith Dialog, **San Antonio, TX**.

401.  19 November 2007, Addicott spoke on ***Cyberterrorism, Interrogation, and Open Government Issues*** at the FBI National Academy, **Quantico, VA**.

402.    15-16 November 2007, Addicott spoke and administered at the ***State Open Government Law and Practice in a Post-9/11 World Leal and Policy Conference*** at the National Press Club, **Washington, DC**.

403.    9 November 2007, Addicott spoke on ***Selected American Legal Issues Related to the War on Terror*** at the People to People Ambassador Program, U.S.-Russia Rule of Law Conference, **St. Petersburg, Russia**.

404.    7 November 2007, Addicott spoke on ***American Legal Issues Associated with the War on Terror*** at the People to People Ambassador Program, U.S.-Russia Rule of Law Conference, **St. Petersburg, Russia**.

405.    15 October 2007, Addicott spoke on ***Legal Aspects of a Pandemic Outbreak*** at the 2007 National Pandemic Response Summit, **Washington, DC**.

406.    20 September 2007, Addicott spoke on ***American Judicial, Executive, and Legislative Actions in the War on Terror*** at the Threat Environment Advanced Course, University of Texas at San Antonio, **San Antonio, TX.**

407.    11 September 2007, Addicott spoke on ***Legal Issues Associated with "Rendition" in the War on Terror*** at the International Institute for Counter-Terrorism's (ICT) 7th International Conference, **Herzliya, Israel**.

408.    9 September 2007, Addicott spoke on ***Assessing the United States of America's Legal Framework in the War on Terror*** at the International Institute for Counter- Terrorism's (ICT) 7th International Conference, **Herzliya, Israel**.

409.    20 August 2007, Addicott spoke on ***Cyberterrorism and Open Government Issues*** at the FBI National Academy, **Quantico, VA**.

410.    31 July 2007, Addicott spoke on ***Terrorism Law and Open Government Issues and Concerns*** at the law school at the University of Cartagena in **Cartagena, Colombia**.

411.    30 July 2007, Addicott spoke on ***Terrorism Law and Open Government Issues and Concerns*** at the Universidad Del Norte law school in **Barranquilla, Colombia**.

412.    17 July 2007, Addicott spoke on ***Cyberterrorism and Legal Issues Associated with the War on Terror*** at the Summer Hard Problem Program (SHARP) lecture series, Office of the Deputy Director of National Intelligence for Analysis.  (The goal of SHARP is "to engage non-governmental experts on a problem[s] of critical interest in the Intelligence Community (IC) and to enhance the IC's ability to collect, analyze, and integrate intelligence relevant to threats to national security.") **Orlando, FL.**

413.    15 June 2007, Addicott spoke on ***Cyberterrorism and Terrorism Law*** at the United States Attorney's Office for the Eastern District of Louisiana and The

Consulate General of Israel conference entitled: Counter-Terrorism Educational & Training Workshop, **New Orleans, LA**.

414. 1 June 2007, Addicott spoke on ***Security Measures and Use of Force*** at the American Maritime Officers Plans' STAR Center (Simulation, Training, Assessment and Research), **Dania Beach, FL**.

415. 21 May 2007, Addicott spoke on ***Cyberterrorism*** at the FBI National Academy, **Quantico, VA**.

416. 15 May 2007, Addicott spoke on ***Open Government and Freedom of Information*** at the University of St. Andrews, Centre for the Study of Terrorism and Political Violence, **St. Andrews, Scotland**.

417. 7 May 2007, Addicott spoke on ***Promoting Human Rights and the Rule of Law in the Post-9/11 World*** at The Western Hemisphere Institute for Security Cooperation (WHINSEC), **Fort Benning, Georgia**.

418. 1 May 2007, Addicott spoke on ***Legal Issues in Agrosecurity and Biodefense*** at the SALSA 2007 Biodefense Summit VI conference entitled: "Agro-BioDefense Tools and Innovations from Texas to the World," **New Braunfels, TX**.

419. 30 April 2007, Addicott spoke via teleconference on ***Legal Issues Associated with Cyber Security Responses*** to InfraGard, **San Antonio, TX**.

420. 24 April 2007, Addicott spoke on ***Weapons of Mass Destruction and Bioterrorism*** at The Uniformed Services University of the Health Sciences (USUHS), **Bethesda, MD**.

421. 20 April 2007, Addicott spoke on ***New Legal Developments in the War on Terrorism*** at the Naval Academy Alumni Association, **San Antonio, TX**.

422. 30 March 2007, Addicott spoke on ***Terrorism Law*** at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

423. 14 March 2007, Addicott spoke on ***Terrorism Law and Interrogation Issues*** at the 3rd Annual Center for Terrorism Law conference entitled: "Investigating and Prosecuting Terrorism," **San Antonio, TX**.

424. 7 March 2007, Addicott spoke on ***Cyberterrorism and the Legal Aspects of Terrorism*** at the Association of the United States Army meeting, **Camp Mabry, TX**.

425. 6 March 2007, Addicott spoke on the ***International Aspects of Cyberterrorism Issues*** at the Cyber Conflict Studies Association conference entitled: "Cyberconflict, International Cooperation and Deterrence," Naval Post Graduate School, **Monterey, CA**.

426. 2 March 2007, Addicott spoke on ***Legal Issues in the War on Terrorism*** to the Older Adults Service Information Systems meeting, **San Antonio, TX**.

427.   1 March 2007, Addicott spoke on the *Center for Terrorism Law's State Freedom of Information Study* to the Freedom of Information Foundation of Texas, **Dallas, TX**.

428.   28 February 2007, Addicott spoke on *Cyber security and Open Government Records* to the University of Sorbonne, **Paris, France**.

429.   27 February 2007, Addicott spoke on *Terrorism Law and Open Government Access* to the University of Rouen, **Rouen, France**.

430.   22 February 2007, Addicott spoke on *Engaging the Network Attacker: A Legal Perspective* to the Advanced Network Defense symposium, **Lackland Air Force Base, TX**.

431.   20 February 2007, Addicott spoke on *Cyberterrorism* at the FBI National Academy, **Quantico, VA**.

432.   9 February 2007, Addicott spoke on *Terrorism Law and Counterterrorism* to a Canadian legal delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

433.   30 January 2007, Addicott spoke on *Terrorism Law and Policy* to Burbank High School's Advanced Placement Government and History students, **San Antonio, TX**.

434.   6 January 2007, Addicott spoke on *Cyberterrorism Threat and State FOIA Non-Release Provisions* to public officials and members of the State of Alabama National Guard, **Fort G.C. Wallace, AL**.

435.   1 December 2006, Addicott spoke on *Military Honor Code and Winning the War on Terror* at the St. Mary's University ROTC Ball, **San Antonio, TX**.

436.   10 November 2006, Addicott spoke on *Patriotism and Military Service* at Wood Middle School, **San Antonio, TX**.

437.   7 November 2006, Addicott spoke on *Catastrophic Terrorism at the Borders* at a national conference entitled: "Preparing for and Responding to Disasters in North America," **San Antonio, TX**.

438.   28 October 2006, Addicott spoke on *Military Commissions* with Vice President Dick Cheney to a private gathering, **Charlestown, SC**.

439.   24 October 2006, Addicott spoke on *Terrorism Law* to the Air Force Judge Advocate General's Corps Summit, **Orlando, FL**.

440.   26 October 2006, Addicott spoke on *Terrorism Law and Military Justice Issues* to a Polish legal delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

441.   11 October 2006, Addicott spoke on *Cyberterrorism and Open Government Issues* to the Universidad de Guadalajara, **Guadalajara, Mexico**.

442.   23 September 2006, Addicott spoke on *Cyberterrorism* to the Chicago Police Department, **Chicago, IL**.

443. 21 September 2006, Addicott spoke on *Counterterrorism in the New Millennium* at the Valero Annual Security Training Conference, **San Antonio, TX**.

444. 12 September 2006, Addicott spoke on the *Role of Cyber Law and U.S. Policy in the War on Terror* at an Islamic conference entitled: "Political Dimensions for Anti-Terrorism Legislations: Comparative Perspective," **Cairo, Egypt**.

445. 9 September 2006, Addicott spoke on *Legal Issues Associated with Cyberterrorism* at a North Atlantic Treaty Organization (NATO) conference entitled: "Understanding and Responding to Terrorism," **Washington, D.C.**

446. 25 August 2006, Addicott spoke on the *Legality of U.S. Actions to Fight Terrorist Groups Abroad* to Universidad Republicana, **Bogotá, Colombia**.

447. 24 August 2006, Addicott spoke on *Cyberterrorism* to the Minister of Communications Office, **Bogotá, Colombia**.

448. 24 August 2006, Addicott spoke on *Cyberterrorism and the Legality of U.S. Actions to Fight Terrorist Groups Abroad* to Universidad del Rosario, **Bogotá, Colombia**.

449. 22 August 2006, Addicott spoke on *Terrorism Law* to a Czech legal delegation hosted by the San Antonio Council for International Visitors, **San Antonio, TX**.

450. 16 August 2006, Addicott spoke on *Cyberterrorism* at the FBI National Academy, **Quantico, VA**.

451. 1 August 2006, Addicott spoke on the *Legal Aspects Associated with Avian Flu* at the Avian Flu Summit, **San Antonio, TX**.

452. 25 July 2006, Addicott spoke on *Cyberterrorism* at a Working Consultant Meeting, **Montgomery, AL**.

453. 14 July 2006, Addicott spoke on *Cyberterrorism* at the 20th Special Forces Legal symposium, **Birmingham, AL**.

454. 10 July 2006, Addicott spoke on *Cyberterrorism Issues* at the Center for Terrorism Law conference entitled: "Cyberterrorism and FOIA," **Miami, FL**.

455. 8 June 2006, Addicott spoke on *Terrorism Law* to the San Antonio Executive's Club, **San Antonio, TX**.

456. 2 June 2006, Addicott spoke on *Terrorism Law and Cybercrime* at the FBI National Academy, **Quantico, VA**.

457. 2 May 2006, Addicott spoke on the *Global War on Terrorism and the Law* at the Windcrest Optimist Club, **San Antonio, TX**.

458. 26 April 2006, Addicott spoke on the *Impact of Sunshine Laws on Cyberterrorism and Infrastructure Assurance* at the Fiesta Information Conference, **San Antonio, TX**.

459.  19 April 2006, Addicott spoke on *Cyberterrorism and Bioterrorism Issues* at the Military Foreign Consequence Management Seminar, **Tacoma, WA**.

460.  14 April 2006, Addicott spoke on *Terrorism Law* at the Terra Health Conference, **San Antonio, TX**.

461.  11 April 2006, Addicott spoke on *Terrorism Law* at the Institute for the Protection of American Communities (IPAC), **San Antonio, TX**.

462.  7 April 2006, Addicott spoke on *Terrorism Law* at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

463.  5 April 2006, Addicott spoke on *Legal and Ethical Issues Associated with Taking of Property, Interrogation, Quarantine and Forced Inoculations* at the United States Army Medical Department Center School conference entitled: "Mental Health Consequences of Recent Disasters: From Oklahoma City to Katrina," **San Antonio, TX**.

464.  31 March 2006, Addicott spoke on the *Misuse of Religion in the War on Terror* at the Barry Law School symposium entitled: "God and War," **Orlando, FL**.

465.  29 March 2006, Addicott spoke on *Information Operations and Information Assurance and Security* at the Air Force Research Laboratory, **Rome, NY**.

466.  25 March 2006, Addicott spoke on the *War on Terrorism* at the Air Force Judge Advocate General's Silver Year Military Ball, **San Antonio, TX**.

467.  17 March 2006, Addicott spoke on the *Global War on Terror* at the United States Naval Academy Alumni Association, **San Antonio, TX**.

468.  15 March 2006, Addicott spoke on *Civil Liberties, Ethical Issues & the Global War on Terror* at the 2nd Annual Center for Terrorism Law conference entitled: "Investigating and Prosecuting Terrorism," **San Antonio, TX**.

469.  13 March 2006, Addicott spoke on *Contractors on the Battlefield* at the Special Operations & Low Intensity Conflict conference, **Washington, D.C**.

470.  8 March 2006, Addicott spoke on *Cyberterrorism* at the Universidad Anahuac, **Mexico City, Mexico**.

471.  17 February 2006, Addicott spoke on the *Government's Response to Terrorism* at the FBI National Academy, **Quantico, VA**.

472.  16 February 2006, Addicott spoke on *Bioterrorism and National Security Agency Wiretap Program* at the Texas Bio Summit, **Austin, TX**.

473.  15 February 2006, Addicott spoke on *Legal Aspects of the Global War on Terrorism* at the Kiwanis Club, **San Antonio, TX**.

474.  3 February 2006, Addicott spoke on *Cyberterrorism Issues* to the staff of Senator John Cornyn, **Washington, D.C.**

475. 12 January 2006, Addicott spoke on *Cyberterrorism* at the Department of Defense conference entitled: "Cyber Crime," **Palm Harbor, FL**.

476. 5 January 2006, Addicott spoke on *Contractors on the Battlefield* at the Association of American Law Schools conference, **Washington, D.C.**

477. 14 December 2005, Addicott spoke on *Fighting Terrorism with Law and Legislation* via web stream to the Global Security e-symposium, **London, England**.

478. 13 December 2005, Addicott spoke on *Narcoterrorism and Personnel Recovery* at a national symposium sponsored by the Center for Terrorism Law entitled: "Narcoterrorism and Personnel Recovery," **Miami, FL**.

479. 6 December 2005, Addicott spoke on *Bioterrorism Law* at the United States Uniformed Services Health Services School, **Bethesda, MD**.

480. 30 November 2005, Addicott spoke on *Cyberterrorism* at the Universidad de Guadalajara, **Guadalajara, Mexico**.

481. 17 November 2005, Addicott spoke on the *Constitutional Aspects of Military Commissions* at Cumberland School of Law, **Birmingham, AL**.

482. 15 November 2005, Addicott spoke on the *Structure of the United Nations* at a national conference sponsored by the Model United Nations of San Antonio, **San Antonio, TX**.

483. 11 November 2005, Addicott spoke on *Bioterrorism and the Center for Terrorism Law* at the American Academy of Medical Administrators Conference, **Las Vegas, NV**.

484. 4 November 2005, Addicott attended a private dinner with Governor Arnold Schwarzenegger and provided a briefing to staff members on the *Roles and Mission of the Center for Terrorism Law*, **San Francisco, CA**.

485. 28 October 2005, Addicott spoke on *Roles and Mission of the Center for Terrorism Law* at the Homeland Security Defense Education Consortium symposium at the United States Air Force Academy, **Colorado Springs, CO**.

486. 25 October 2005, Addicott spoke on *World Affairs and United States Foreign Policy, International Criminal Court: Pros and Cons* as part of the Distinguished Speakers Series held by the World Affairs Council of San Antonio, **San Antonio, TX**.

487. 24 October 2005, Addicott spoke on *Cyberterrorism* at the National Cyber Security Awareness Month presentation entitled: "Hacking & Cracking: Don't Get Burned," hosted by Women in Science and Engineering (WISE) and the Center for Terrorism Law, **San Antonio, TX**.

488. 14-15 October 2005, Addicott attended the *Masters of the Culinary Arts Scholarship Dinner Part II* (proceeds to benefit St. Mary's University Scholarship Endowment), **Napa, CA**.

489.  11 October 2005, Addicott spoke on *Is the War on Terror Really a War?* at the Distinguished Speaker presentation, sponsored by the Ave Maria School of Law, **Ann Arbor, MI**.

490.  1 October 2005, Addicott gave the key note address on *Terrorism Law* for the 8th Annual Judge Advocate and Paralegal Ball, hosted by United States Army South Office of the Staff Judge Advocate, **Fort Sam Houston, TX**.

491.  6 September 2005, Addicott spoke on *Terrorism and Business* at a luncheon for American Society for Industrial Security - Local Chapter, **San Antonio, TX**.

492.  4 September 2005, Addicott met with the Assistant Dean at Columbia University to discuss holding a joint conference at Columbia University on Terrorism Law, **New York, NY**.

493.  2 September 2005, Addicott spoke on *Terrorism and the Law* at the San Antonio Oak Hills Rotary Club, **San Antonio, TX**.

494.  30 August 2005, Addicott spoke on *Cyberterrorism* at the national High Technology Crime Investigation Association conference, **Monterey, CA**.

495.  19-21 August 2005, Addicott spoke on *Narcoterrorism* at a planning session/consultant meeting for the upcoming December symposium sponsored by the Center for Terrorism Law, entitled: "Narcoterrorism and Personnel Recovery," **Richmond, VA**.

496.  17-18 August 2005, Addicott spoke on *Cyberterrorism* at the Conference on Cybersecurity at the University of Texas at San Antonio's Center for Infrastructure Assurance and Security, **San Antonio, TX**.

497.  2-4 August 2005, Addicott spoke on *Cyberterrorism* at the Federal Law Enforcement Training Center, **Glynco, GA**.

498.  27 July 2005, Addicott spoke on *Legal Issues Associated with Contractors in Overseas Deployment* at Syracuse Research Systems, **Syracuse, NY**.

499.  19 July 2005, Addicott spoke on the *Roles and Mission of the Center for Terrorism Law* at the Corpus Christi Bar Association, **Corpus Christi, TX**.

500.  12 July 2005, Addicott spoke on *Cyberterrorism* at the Ninth World Multi-Conference on Systemic, Cybernetics and Informatics, **Orlando, FL**.

501.  27-28 June 2005, Addicott spoke on *Legal Issues Associated with Contractors on the Battlefield* at the Center for Terrorism Law symposium entitled: "Contractors on the Battlefield," **San Antonio, TX.**

502.  23 June 2005, Addicott spoke on *Cyberterrorism* to the Mexican Congress, **Mexico City, Mexico**.

503.  11 June 2005, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at the FBI National Academy Associates of Texas, **San Antonio, TX**.

504. 26-28 May 2005, Addicott spoke on the ***United States and the War on Terror*** at the European and International Political and Economic Affairs conference, **Athens, Greece**.

505. 18 May 2005, Addicott spoke on the ***Current Initiatives of Terrorism Law*** at the San Antonio Rotary Club, **San Antonio, TX**.

506. 4 May 2005, Addicott spoke on ***Terrorism Law*** at the American Society for Amusement Park Safety and Security conference**, San Antonio, TX**.

507. 3 May 2005, Addicott spoke on the ***Role and Mission of the Center for Terrorism Law*** at the Homeland Security symposium sponsored by United States Northern Command, **Bethesda, MD**.

508. 1 May 2005, Addicott spoke on ***Security and Legal Issues*** at the American Society for Amusement Park Safety and Security Conference, **San Antonio, TX**.

509. 19-20 April 2005, Addicott attended the United States Northern Command Staff Judge Advocate Conference, **Colorado Springs, CO**.

510. 18 April 2005, Addicott spoke on ***Democratization of Iraq and the Success of the Experiment*** at the Great Decisions presentation at St. Mary's University, **San Antonio, TX**.

511. 18 April 2005, Addicott spoke on the ***Role and Mission of the Center for Terrorism Law*** at the U.S. Army's Fiesta Crow Exercise, **San Antonio, TX**.

512. 13 April 2005, Addicott spoke on the ***Role and Mission of the Center for Terrorism Law and on Cyberterrorism*** at Nuevo Zona de Aviacion General, **Bogotá, Colombia**.

513. 9 April 2005, Addicott spoke on the ***War on Terrorism*** at the State Bar of Texas, Military Law Section, Continuing Legal Education, **Fredericksburg, TX**.

514. 7 April 2005, Addicott spoke on the ***Center for Terrorism Law's Amici Curiae Brief to the United States Supreme Court in the case of Acree v. Iraq*** to a press conference at the National Press Club, **Washington, D.C.**

515. 6 April 2005, Addicott spoke on the ***Role and Mission of the Center for Terrorism Law*** at the Lachman/Lee Breakfast Club, **San Antonio, TX**.

516. 1 April 2005, Addicott spoke on ***Terrorism Law*** at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

517. 16 March 2005, Addicott presented a day long instruction on ***Investigating Terrorism: Legal and Policy Issues for Law Enforcement*** at the Center for Terrorism Law conference entitled: "Investigating and Prosecuting Terrorism," **San Antonio, TX**.

518. 9 March 2005, Addicott spoke on ***Terrorism Law*** at the Universidad Pan Americana, **Guadalajara, Mexico**.

519. 23 February 2005, Addicott spoke on *Terrorism and Iran* at the Institute for the Protection of American Communities council meeting, **San Antonio, TX**.

520. 11 February 2005, Addicott spoke on the *USA PATRIOT Act* at the University of Texas at San Antonio (UTSA), **San Antonio, TX.**

521. 8 February 2005, Addicott spoke on *Reviewing Homeland Security Educational and Training Programs* at the Health Resources and Services Administration Bioterrorism meeting held at UTSA, **San Antonio, TX**.

522. 7 February 2005, Addicott spoke on *Terrorism Law and Homeland Security* at the San Antonio Business Forum, **San Antonio, TX**.

523. 28 January 2005, Addicott spoke on the *Need for Legal Rules for Civilian Contractors on the Battlefield* at the Center for Terrorism Law symposium entitled: "Promoting a Sensible Rule of Law in the War on Terror," **Washington, D.C.**

524. 25 January 2005, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at the Institute for Protection of American Communities conference, **San Antonio, TX**.

525. 18 January 2005, Addicott spoke on *Bioterrorism Law* at the San Antonio Area Contingency Planners meeting hosted by the Association for the Advancement of Mexican Americans, **San Antonio, TX**.

526. 16 January 2005, Addicott spoke on *Contractors on the Battlefield* at the Trusted Agent for Technology and Engineering, Inc. (TATE) seminar, **Richmond, VA**.

527. 11 January 2005, Addicott spoke on the *Current State of Affairs in Terrorism Law* at the Christian Legal Society meeting, **San Antonio, TX**.

528. 9 January 2005, Addicott debated Professor Placido Gomez about *The War on Terrorism and Our Civil Liberties* at the Community Relations Council of the Jewish Federation, **San Antonio, TX.**

529. 13 December 2004, Addicott spoke on *Terrorism Law and Homeland Defense* at United States Northern Command conference entitled: "Homeland Security/Defense Education Consortium," **Colorado Springs, CO**.

530. 14 November 2004, Addicott spoke on *Terrorism Law* at the 111th International Association of Chiefs of Police Annual Conference, **Los Angeles, CA**.

531. 9 November 2004, Addicott spoke on *Bioterrorism and the Role and Mission of the Center for Terrorism Law* at the United States Uniformed Services Health Services School, **Bethesda, MD.**

532. 27 October 2004, Addicott spoke on *Terrorism Law* at the Airport Rotary Club, **San Antonio, TX**.

36

533. 22 October 2004, Addicott spoke on *Detecting and Assessing the Cyberterrorism Threat* at the Cyril H. Wecht Institute of Forensic Science and Law Conference, Duquesne University School of Law, **Pittsburgh, PA**.

534. 20 October 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law and the Global War on Terror* at the San Antonio Young Lawyers Association luncheon, **San Antonio, TX**.

535. 20 October 2004, Addicott spoke on *Bioterrorism and the Texas Sunshine Act* at the Southwest Foundation for Biomedical Research Roundtable, **San Antonio, TX**.

536. 15-17 October 2004, Addicott spoke on the *Legal Aspects of Bioterrorism in the War on Terror* at the International Federation of Medical Students' Associations conference, **Dublin, Ireland**.

537. 12 October 2004, Addicott spoke on the *Importance of Including Law Based Elements in Terrorism Training Scenarios* at the Homeland Defense Conference at United States Northern Command, **Colorado Springs, CO**.

538. 30 September 2004, Addicott spoke on *American Power and Global Security* at the World Affairs Council of San Antonio, **San Antonio, TX**.

539. 28 September 2004, Addicott spoke on the *Global War on Terrorism* at the Air Force Village II, **San Antonio, TX**.

540. 13 September 2004, Addicott spoke on *Ethics and the Use of Military Force* at the Air Force Air War College, **Montgomery, AL**.

541. 10 September 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at the United States Naval Academy Alumni Association, **San Antonio, TX**.

542. 20 August 2004, Addicott spoke on *Global Terror and Military Preparedness* at the Alabama National Guard Legal Conference, **Tuscaloosa, AL**.

543. 17 August 2004, Addicott spoke on *Global Terrorism and the Emerging Threat of Cyberterrorism* at the San Antonio Rotary Club, **San Antonio, TX**.

544. 14 August 2004, Addicott spoke on *Military Role in the War on Terror* at the Superior Academy for War Studies in **Bogotá, Colombia**.

545. 13 August 2004, Addicott spoke on *Terrorism Legislation - Global Vision of Terrorism* at the Military University, Law, Diplomacy and Politology Faculties in **Bogotá, Colombia**.

546. 12 August 2004, Addicott spoke on *Latin America, A Corridor for Middle East Terrorists?* at the Administrative Center of National Security in **Bogotá, Colombia**.

547. 12 August 2004, Addicott spoke on the *Military Role in the War on Terror* at the Army Academy in **Bogotá, Colombia**.

548.    6 August 2004, Addicott spoke on *Cyberterrorism* at the Texas Infrastructure Protection symposium at the University of Texas at San Antonio, **San Antonio, TX**.

549.    28 July 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at the Hebrew University, **Tel Aviv, Israel**.

550.    23 July 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at the Tel Aviv University, **Tel Aviv, Israel**.

551.    12 July 2004, Addicott spoke on *Teaching Terrorism Law* at United States Northern Command Consortium, **Bethesda, MD**.

552.    7 July 2004, Addicott spoke on *United States Interrogation Practices and the War on Terror* at a Center for Terrorism Law symposium entitled: "United States Interrogation Practices and the War on Terror," **San Antonio, TX**.

553.    6 July 2004, Addicott spoke on *Winning the War on Terror* at the Dominion Rotary Club, **San Antonio, TX**.

554.    30 June 2004, Addicott spoke on *Legal Aspects of Winning the War on Terrorism* at the Homeland Security symposium, **Colorado Springs, CO**.

555.    25 June 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* at St. Mary's University Advancement Division Retreat, **San Antonio, TX**.

556.    16 June 2004, Addicott spoke on the *Legal Aspects of Winning the War on Terrorism* as part of the Continuing Legal Education Program for the San Antonio Military Law Association, Lackland AFB, **San Antonio, TX**.

557.    9-10 June 2004, Addicott spoke on *Interrogation Issues in the War on Terror* at the Wall Street Journal, **Washington, D.C.**

558.    9 June 2004, Addicott spoke on the *Global War on Terrorism and the Law* at the Founders Lion Club, **San Antonio, TX**.

559.    5 June 2004, Addicott spoke about the *Center for Terrorism Law* to the St. Mary's Law Alumni Association Board, **San Antonio, TX**.

560.    16-22 May 2004, Addicott spoke on *Terrorism Law,* **Mobile, AL**.

561.    12 May 2004, Addicott spoke on *Terrorism Law* at the Children's Circle of Care North American Leadership Conference, **Washington, D.C.**

562.    2 April 2004, Addicott spoke on *Terrorism Law* at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

563.    27 March 2004, Addicott spoke on the *War on Terror and the Law* to the Lincoln Club, **Burlingame, CA**.

564.    25 March 2004, Addicott spoke on *Iraq War and the Rule of Law* to St. Mary's University, **San Antonio, TX**.

38

565.  18 March 2004, Addicott spoke on *Terrorism and the Rule of Law* to the Ft. Sam Houston Preservation Society, **San Antonio, TX**.

566.  16 March 2004, Addicott spoke about *Winning the War on Terror* to Uniformed Services University of the Health Sciences, **Fort Detrick, MD**.

567.  3 March 2004, Addicott spoke on the *Emergence of the Homeland Security Industry in San Antonio* at the Southwest Funding Forum, **San Antonio, TX**.

568.  27 February 2004, Addicott spoke on the *Role and Mission of the Center for Terrorism Law* to the San Antonio Country Club, **San Antonio, TX**.

569.  17 February 2004, Addicott spoke on the *PATRIOT Act and the War on Terror* at the Lyndon B. Johnson Library, **College Park, TX**.

570.  7 February 2004, Addicott spoke on the *US and the War on Terror* to the Toda Institute for Global Peace and Policy Research, **Honolulu, HI**.

571.  26 January 2004, Addicott spoke on the *Use of Force and the Rule of Law* to the International Conference on Genocide, **Stockholm, Sweden**.

572.  22 January 2004, Addicott spoke on the *PATRIOT Act* to The Ends of Court, **San Antonio, TX**.

573.  14 January 2004, Addicott spoke on the *Use of Force in the War on Terror* to United States Automobile Association, **San Antonio, TX**.

574.  8 January 2004, Addicott spoke on the *Global War on Terror* to the Oak Hills Country Club, **San Antonio, TX**.

575.  16 December 2003, Addicott spoke on *Civil Liberties and the War on Terror* to the Community Relations Council of the Jewish Federation of San Antonio, **San Antonio, TX**.

576.  4 November 2003, Addicott spoke on *Winning the War on Terror* to the World Affairs Council of San Antonio, **San Antonio, TX**.

577.  20 October 2003, Addicott spoke on *Civil Liberties after 9/11* at a panel for the International Law Society, **San Antonio, TX**.

578.  16 June 2003, Addicott spoke on the *War in Iraq* at the Cumberland School of Law, **Birmingham, AL**.

579.  13 June 2003, Addicott spoke on the *Legality of the USA PATRIOT Act* at the International Law Section Luncheon, **San Antonio, TX**.

580.  1 June 2003, Addicott spoke on the *War on Terror* at the Rotary Club, **San Antonio, TX**.

581.  29 April 2003, Addicott spoke on *Legal Aspects of Bioterrorism* at the St. Mary's University Bioterrorism Law Conference, **San Antonio, TX**.

582.  25 April 2003, Addicott spoke on *War in Iraq and the War on Terror* at Fort Sam Houston, Military Bar Association, **San Antonio, TX**.

583. 11 April 2003, Addicott spoke on *Terrorism Law* at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

584. 25 March 2003, Addicott spoke on *Law of War Issues* at St. Mary's University President's Peace Commission, **San Antonio, TX**.

585. 7 February 2003, Addicott spoke on *Use of Force in Iraq* at St. Mary's University forum, **San Antonio, TX**.

586. 28 January 2003, Addicott spoke on the *War on Terror* at the Women's League of Bright Shawl, **San Antonio, TX**.

587. 24 January 2003, Addicott spoke on *How Does the World View the United States?* at San Antonio Junior League Dinner at Bright Shawl, **San Antonio, TX**.

588. 20 November 2002, Addicott spoke on the *International Criminal Court* at the Wiley Lecture Series at Texas A&M University, **College Station, TX**.

589. 20 September 2002, Addicott spoke on *Legal Aspects of Terrorism* at the University of Georgia, **Atlanta, GA**.

590. 11 September 2002, Addicott spoke on the *War on Terror* and helped organize a panel discussion sponsored by the Women's Law Association at St. Mary's University School of Law, **San Antonio, TX**.

591. 10 September 2002, Addicott spoke on the *War on Terror* on a St. Mary's University panel discussion, **San Antonio, TX**.

592. 16 August 2002, Addicott spoke on the *War on Terrorism* at Special Forces Command, **Fort Bragg, NC**.

593. 6 June 2002, Addicott spoke on *Terrorism and the Developing Rule of Law* at the Netherlands Law Center at the Regional Headquarters Allied Forces Europe, **Brussels, The Netherlands**.

594. 30 May 2002, Addicott spoke on the *Use of Military Tribunals to Prosecute War Crimes, Terrorism and International Crimes* at the Netherlands Law Center, **Brussels, The Netherlands**.

595. 12 April 2002, Addicott spoke on the *Legality of Assassination in the War on Terror* at the University of Richmond's T.C. Williams School of Law, **Richmond, VA**.

596. 5 April 2002, Addicott spoke on the *War on Terror* at the St. Mary's University School of Law Homecoming Continuing Legal Education Program, **San Antonio, TX**.

597. 27 March 2002, Addicott spoke on the *Morality of War* at the St. Mary's University School of Law Christian Legal Society, **San Antonio, TX**.

598. 18 March 2002, Addicott spoke on *Promoting War Avoidance and Human Rights* at the Toda Institute for Peace, **Oxford, England**.

599.  9 March 2002, Addicott spoke on ***Bioterrorism*** at the American Medical Health Conference, **Las Vegas, NV**.

600.  7 November 2001, Addicott spoke on ***Christian's Responsibility to Engage in Combat***, to the St. Mary's University School of Law Christian Legal Society, **San Antonio, TX**.

601.  1 November 2001, Addicott spoke on the ***Use of Force Against Afghanistan***, to Cumberland School of Law, **Birmingham, AL**.

602.  17 October 2001, Addicott spoke on ***Legal Issues Associated with Terror Attacks on 9/11***, to the San Antonio Chapter of the American Bar Association**, San Antonio, TX**.

603.  22 September 2001, Addicott spoke on ***Al-Qa'eda and the Terror Attacks on 9/11*** to Central Michigan University, **Atlanta, GA**.

# EXHIBIT C

# ADDICOTT
# MEDIA APPEARANCES
### (*TV, Radio, Newspapers, and Web*)

1.  23 March 2013, **America's Weekend**, national radio show (*TSA and New Regulations for Saftey*).
2.  20 March 2013, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *Hasan's Guilt Plea to Lesser Included Rejected by Judge*).
3.  13 March 2013, **WOAI Channel 12**, television interview (topic:  *Reforming the UCMJ Regarding Convening Authority Power*).
4.  12 March 2013, **Voice of Russia Today**, radio interview (topic: *TSA and New Regulations*).
5.  11 March 2013, **WERC AM 740**, Birmingham, AL radio interview (topic*:  Abu Ghaith Al-Qa'eda Enemy Combatant Charged in Federal Court*).
6.  11 March 2013, **WOC AM 1420**, Davenport, IA radio interview (topic:  *Abu Gharith Should Not be Sent to Federal Court*).
7.  11 March 2013, **WCBM AM 680**, Baltimore, MD radio interview (topic:  *Obama Sends New Al-Qa'eda Enemy Combatant to Civilian Court and No One Notices Rule of Law Violations*).
8.  11 March 2013, **WSOY AM 1340**, Decatur, GA radio interview (topic:  *Obama and Holder Send Mixed Signals Again on Enemy Combatants*).
9.  11 March 2013, **WTVN AM 610**, Columbus. OH radio interview (topic:  *Abu Gharith and the Obama Confusion About Enemy Combatants*).
10. 11 March 2013, **KURV AM 710**, McAllen, TX radio interview (topic:  *Military Commissions and Civilian Courts Provide Different Levels of Due Process*).
11. 11 March 2013, **WPRO AM 630, Helen Glover Show,** Providence, RI radio interview (topic:  *Military Commissions and Brother-in-Law to OBL*).
12. 11 March 2013, **WILM AM 1240**, Fort Myers, FL radio interview (topic:  *Can Anyone Understand the Obama Administration's Lack of Clarity on Enemy Combatants?*).
13. 11 March 2013, **WSYR AM 570**, Syracuse, NY radio interview (topic:  *Obama and Holder Confuse Enemy Combatant Status… Again*).
14. 11 March 2013, **WNRP AM 620**, Pensacola, FL radio interview (topic:  *Holder's Lack of Clarity on Enemy Combatants and Trials*).
15. 11 March 2013, **KPEL FM 96.5**, Lafayette, LA radio interview (topic:  *National Security Demands Obama Leadership be Consistent with the Law of War*).
16. 11 March 2013, **WILS AM 1320**, Lansing, MI radio interview (topic:  *Domestic Criminal Court for New Al-Qa'eda Leader Confuses the War on Terror*).

17.    11 March 2013, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Sends Enemy Combatant to Civilian Court*).

18.    8 March 2013, **Voice of Russia Today**, radio interview (topic: *Understanding the Distinction Between Enemy Combatants and Domestic Criminals*).

19.    8 March 2013, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *Here We Go Again, Obama Label's Al-Qa'eda Enemy Combatant as Domestic Criminal*).

20.    8 March 2013, **Oregonian**, newspaper article, pg. A1 (topic:  *Portland Terrorism Arrest: Delays Between Alleged Crime, Charges, and Arrest Raise Questions*).  Story can be read at: http://www.oregonlive.com/portland/index.ssf/2013/03/portland_terrorism_arrest_dela.html.

21.    7 March 2013, **WNRP AM 620**, Pensacola, FL radio interview (topic: *Holder's Lack of Clarity on Drone Use*).

22.    5 March 2013, **Oregonian**, newspaper article, pg. A1 (topic: *Portland Terrorism Arrest: 'Material Support' Charge a Frequent Legal Strategy by Feds*).

23.    5 March 2013, **KTRH AM 740**, Houston, TX radio interview (topic:  *TSA Allows Small Pocket Knifes on Aircraft*).

24.    1 March 2013, **Associated Press**, newspaper article (topic: *Fort Hood Suspect Must Describe Shooting Rampage if He Pleads Guilty to Lesser Charges*).  The story was picked up by a variety of newspapers to include the **Washington Post**.  Link at: http://articles.washingtonpost.com/2013-03-01/national/37371626_1_nidal-hasan-tara-osborn-lesser-charges.

25.    1 March 2013, **Texas News Network**, radio interview (topic:  *Will the Hasan Trail Start in May 2013?*).

26.    1 March 2013, **KLRD AM 1080**, Dallas, TX radio interview (topic:  *Hasan Case and Defense Tactics to Delay*).

27.    1 March 2013, **KTRH AM 740**, Houston, TX radio interview (topic:  *Hasan Case Moving Forward with Defense Desire to Plead Guilty to Some Degree of Murder*).

28.    1 March 2013, **The Tadpole**, newsletter article, pg. 1 (topic:  *This Week: Addicott to Speak*).

29.    28 February 2013, **Reuters**, newspaper article (topic: *Trial Date Set for Accused Shooter at US Army Base*).  Story can be read at various news outlets to include **Chicago Sun Tribune**.  Link at: http://articles.chicagotribune.com/2013-02-28/news/sns-rt-us-usa-crime-forthoodbre91r1n7-20130228_1_hasan-fort-hood-trial-date.

30.    28 February 2013, **CBS Radio News**, radio interview (topic:  *Private Manning to Plead Guilty to Some Charges*).

31.  27 February 2013. **KTRH AM 740**, Houston, TX radio interview (topic:  *Is President Obama Using National Security Cut Scare Tactics in Budget Negotiations?*).

32.  26 February 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Case and Even More Delays*).

33.  26 February 2013, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The 20th Anniversary of Twin Tower Bombings by Radical Islam Terrorists*).

34.  25 February 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Case and More Delays*).

35.  22 February 2013, **WFLA AM 970**, Tallahassee, FL radio interview (topic: *Military Budget Cuts Amount to 2%*).

36.  22 February 2013, **WIND AM 560**, Chicago, IL radio interview (topic:  *Military Budget Cuts and Obama's Plan for Government Expansion*).

37.  22 February 2013, **KION AM 1460**, Salinas, CA radio interview (topic:  *Obama and Military Budget Cuts*).

38.  22 February 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Military Faces Cuts Again*).

39.  22 February 2013, **WERC AM 740**, Birmingham, AL radio interview (topic: *Recent Attempts to Stop Budget Cuts to Military*).

40.  22 February 2013, **WILS AM 1320**, Lansing, MI radio interview (topic: *American Military Again on the Fiscal Cliff?*).

41.  22 February 2013, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *National Security Rests on Massive Budget*).

42.  22 February 2013, **WIOD AM 610**, Miami, FL radio interview (topic: *American Military Will Survive Fiscal Cuts*).

43.  22 February 2013, **WOC AM 1420**, Davenport, IA radio interview (topic: *Across the Board Cuts to the Military*).

44.  22 February 2013, **WSYR AM 570**, Syracuse, NY radio interview (topic:  *All Eyes on Looming Budget Cuts*).

45.  22 February 2013, **WDRC AM 1360**, Hartford, CT radio interview (topic: *Obama and Cuts to the Military*).

46.  22 February 2013, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Funding Cuts to Government Services*).

47.  21 February 2013, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Cyber Attacks by Communist China on US Infrastructure*).

48.  14 February 2013, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Victims of Hasan Sue for Recognition by DOD of Terrorism Attack and not Work Place Violence*).

49.  12 February 2013, **WOAI 4 News** TV interview, San Antonio, TX (topic: *Good Order and Discipline in the Military Demands Training and Oversight to Combat Sexual Abuse of Women*).

50.  12 February 2013, **San Antonio Express-News**, newspaper article, pg. A11 (topic: *Experts: System for Vets Achingly Sluggish*).  The story can be read at: http://www.mysanantonio.com/news/military/article/Sniper-s-killing-raises-concerns-4247925.php.

51.  6 February 2013, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Legality of Obama Administration and Drones*).

52.  5 February 2013, **KLAV AM 1230**, Las Vegas, NV radio interview (topic: *White House Paper and Legality of Drones*). **Center For Terrorism Law — Blogs, Pictures, and more on WordPress** Blogs about: **Center For Terrorism Law**. Featured Blog. Live And Local With Kevin Wall 02/05/13: Drone Strikes, American Citizens, And Immigration. CBS LAS… en.wordpress.com/tag/center-for-terrorism-law/.

53.  4 February 2013, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Death of Chris Kyle, An American Hero*).

54.  4 February 2013, **San Antonio Express News**, newspaper article, pg. A1 (topic: *Sniper's Killing Raises Concerns*).  The story can be read at: http://www.mysanantonio.com/news/military/article/Sniper-s-killing-raises-concerns-4247925.php.

55.  4 February 2013, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Drone Use in the War on Terror*).

56.  1 February 2013, **KCRW Newsletter**, newsletter (topic: *Addicott Speaks at Kendall County Republican Women's Meeting*).

57.  1 February 2013, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Budget Cuts for the Military and Social Engineering the Fighting Force*).

58.  1 February 2013, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Strikes in the Middle East*).

59.  1 February 2013, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Can the Military Continue to Respond to World Threats?*).

60.  1 February 2013, **WILS AM 1320**, Lansing, MI radio interview (topic: *Drones and Impact on Civil Society in the U.S.*).

61.  1 February 2013, **WDRC AM 1360**, Hartford, CT radio interview (topic: *Obama and The Military*).

62.  1 February 2013, **WDRC AM 570**, Youngstown, OH radio interview (topic: *Hasan Case and Terrorism in the U.S.*).

63.  1 February 2013, **Managing Security Today**, news magazine for law enforcement, pg. 22 (topic: *Terrorism and Weapons of Mass Destruction*).

64.    31 January 2013, **Los Angeles Times**, newspaper article (*Death Penalty Remains in Fort Hood Shooting Case, Judge Rules*). The article can be read at: http://www.latimes.com/news/nationworld/nation/la-na-fort-hood-20130131,0,3856351.story.

65.    31 January 2013, **Associated Press**, newspaper article (*Fort Hood Suspect Still Faces Possible Execution*). The story was picked up by numerous media outlets to include the **Boston Globe**. Article can be read at: http://bostonglobe.com/news/nation/2013/01/31/fort-hood-suspect-still-faces-possible-execution/yEv00imsqJ4yk8Vr3rJLDO/story.html.

66.    29 January 2013, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Hasan Hearing with New Judge*).

67.    29 January 2013, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Twill Hasan Escape the Death Penalty on Equal Protection Grounds?*).

68.    26 January 2013, **The International**, magazine article (*Is the Rule of Law Fairly Applied to US Terror Suspects?*). The story can be read at: http://www.theinternational.org/articles/318-is-the-rule-of-law-fairly-applied-to-us-t.

69.    25 January 2013, **Associated Press**, newspaper article (Fort Hood Shooting Suspect Wants Death Penalty Out). The story was picked up by numerous national media outlets. The article can be read at: Fort Hood shooting suspect wants death penalty out.

70.    25 January 2013, **Houston Business Journal**, magazine article, pg. 1 (*Algeria Terrorist Attack Example of Geopolitical Risks Increasing Energy Industry Costs*).

71.    24 January 2013, **Joe Pags Show WOAI AM 1200**, San Antonio, TX radio interview (topic: *Secretary of State Finally Testifies on Benghazi*).

72.    24 January 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Terrorist Murder Case and New Motions by the Defense to the New Judge*).

73.    24 January 2013, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Congressional Testimony of Hillary Clinton on Benghazi*).

74.    23 January 2013, **Reuters**, newspaper article (topic: *House Committee Hearing to Address Sexual Assault in Military*). The story was picked up by numerous national media outlets. The story can be read at http://www.reuters.com/article/2013/01/23/us-usa-military-sex-hearing-idUSBRE90M09620130123.

75.    22 January 2013, **KTRH AM 740**, Houston, TX radio interview (topic: *Algeria Response to BP Hostage Mission*).

76.    22 January 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Congressional Hearing on Sex Abuse Scandal in Air Force*).

77.   21 January 2013, **Navy Times**, newspaper article (topic:  *Survivor of Mishap Hopes to Continue Career*).  Article can be read at: http://www.navytimes.com/prime/2013/01/navy-coast-guard-survivor-of-mishap-hopes-to-continue-career-011913/.

78.   18 January 2013, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hostage Situation in Algeria*).

79.   18 January 2013, **San Antonio Express News**, **MY SA** newspaper article, (topic:  *Bin Landen Movie Gets Mixed SA Response*).  The story can be read at: http://www.mysanantonio.com/default/article/Bin-Laden-movie-gets-mixed-S-A-response-4207361.php.

80.   18 January 2013, **WOC AM 1420**, Davenport, IA radio interview (topic:  *Mali and the French Intervention*).

81.   18 January 2013, **WSYR AM 570**, Syracuse, NY radio interview (topic: *American Hostages in Algeria and Al-Qa'eda in Mali*).

82.   18 January 2013, **WDRC AM 1360**, Hartford, CT radio interview (topic: *Radical Islam on the Rise in Mali and Algeria*).

83.   18 January 2013, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Hostage Rescue in Algeria and Combating Al-Qa'eda in Mali*).

84.   18 January 2013, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *National Security Threats from Radical Islam in Mali and Algeria*).

85.   14 January 2013, **Navy Times**, online article (topic: *After Crash a Holding Pattern*).

86.   9 January 2013, **Reuters**, newspaper article (topic: *Congress to Hold Hearings on Sexual Abuse in Military*).  Story was picked up by **Los Angeles Times** and numerous other national media outlets.  Story can be read at: http://www.courant.com/news/politics/sns-rt-us-usa-military-sexbre9070ti-20130108,0,557530.story.

87.   5 January 2013, **America Tonight with Kate Delaney**, national radio interview (topic:  *National Security Issues and Lt. Leone Case*).

88.   1 January 2013, **Windsock**, newsletter (*Addicott to Speak at Daedalian Dinner*).

89.   1 January 2013, **Special Forces Association San Antonio**, newsletter (*Addicott to Speak on Terrorism*).

90.   26 December 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *National Story on Lt. Lance Leone's Case*).

91.   23 December 2012, **Washington Times**, newspaper article, page A1 (*Coast Guard May Sink Career of Crash Survivor*).  Article can be read at: http://www.washingtontimes.com/news/2012/dec/23/coast-guard-may-sink-career-of-crash-survivor/?page=all#pagebreak.

92.   18 December 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *The New Judge in the Hasan Case*).

93.    12 December 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *National Security Threats*).

94.    7 December 2012, **The Source with Ezra Levant**, **Sun News Network Canada**, **national Canadian TV**, interview by Ezra Levant (topic:  *What Does Law Have to do With the War on Terror?*).  The interview can be viewed at: http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/what-does-law-have-to-do-with-war/2021389509001.

95.    7 December 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama Spending Cuts to the Military*).

96.    7 December 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Obama Plan Will Decimate the Military*).

97.    7 December 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Faces Steep Cuts*).

98.    7 December 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *New Cuts for the American Military*).

99.    7 December 2012, **WIOD AM 610**, Miami, FL radio interview (topic: *American Military Under Fiscal Cuts*).

100.    7 December 2012, **KFBK  AM 1530**, Sacramento, CA radio interview (topic: *Steep Budget Cuts to American National Security*).

101.    7 December 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *American Budget Talks Stall as Cuts to Military Looms*).

102.    7 December 2012, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *National Security Threatened by Obama Fiscal Cliff*).

103.    7 December 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Obama Plans Major Funding Cuts to the Military*).

104.    7 December 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *American Military Faces Devasting Funding Cuts*).

105.    5 December 2012, **Associated Press**, newspaper article (topic:  New Judge Appointed in Fort Hood Shooting Case).  The story was carried by numerous national newspapers to include the **Boston Globe**.  It can be read at: http://www.google.com/hostednews/ap/article/ALeqM5i5RizWXn-e0dFXknzaT2dmJt46DQ?docId=5e4d640178be4262b2587e1fc442895f.

106.    5 December 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *The New Judge in Hasan & The Case of Lt. Lance Leone*).

107.    4 December 2012, **ABA Journal Law News Now**, magazine article, page 1 (topic: *Appeals Court Outs Beard-Banning Judge in Case of Fort Hood Suspect*).  The article can be read at: http://www.abajournal.com/news/article/appeals_court_removes_beard-banning_judge_in_case_of_fort_hood_suspect/.

108. 4 December 2012, **Austin-American Statesman**, newspaper article, page A1 (topic: *Judge Out in Fort Hood Case*).

109. 4 December 2012, **San Antonio Express News**, newspaper article, page A1 (topic: *Judge in Hasan Case Removed*).

110. 4 December 2012, **Houston Chronicle**, newspaper article, page A1 (topic: *Judge Removed From Fort Hood Case*).  The article can be read at: http://www.chron.com/news/houston-texas/houston/article/Judge-removed-from-Fort-Hood-case-4088427.php.

111. 4 December 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Removal of Judge in Hasan Case Reflects Poorly on the Military Justice System*).

112. 4 December 2012, **Joe Pags Show WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Case Ruling Reflects PC in the Military Justice Appeal System*).

113. 4 December 2012, **Associated Press**, contributed (*Military Appeal Court Removes Hasan Judge Over Beard Issue*).

114. 1 December 2012, **KCRW Newsletter**, newsletter (topic: *Addicott to Speak at Kendall County Republican Women's Meeting*).

115. 29 November 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Senator Feinstein's Study to Move GITMO Enemy Combatants into Federal Prison System*).

116. 28 November 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Ten Thousand US Troops to Remain in Afghanistan After 2014*).

117. 28 November 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama to Retain 10,000 American Troops in Afghanistan After 2014*).

118. 28 November 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *American Troops Will be Staying in Afghanistan*).

119. 28 November 2012 **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Strength to Ten Thousand Will Remain in Afghanistan Under Obama Plan*).

120. 28 November 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama and the Truth About Keeping American Military in Afghanistan to Support Corruption Regime*).

121. 28 November 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama Will Keep Ten Thousand American Forces in Afghanistan*).

122. 28 November 2012, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Obama's Idea for US Troops in Afghanistan Extend Far Beyond 2014*).

123. 28 November 2012, **WOC AM 1420**, Davenport, IA radio interview (topic: *Obama's Afghanistan Will See US Troops Remaining Past 2014*).

124.  28 November 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration to Keep 10,000 US Troops in Afghanistan After 2014*).

125.  28 November 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Presence in Afghanistan to Remain After 2014*).

126.  25 November 2012, **KENS Channel 5**, San Antonio, TX TV interview (topic: *Latest Conflict in Middle East Between Israel and Hamas*).

127.  19 November 2012, **Austin American-Statesman**, newspaper article, page B1, (topic: *Hasan Trial Could Start in 2013*).  Article can be read at: http://www.statesman.com/news/news/crime-law/hasan-trial-could-start-in-2013/nS99r/.

128.  14 November 2012, **WOAI AM 550**, San Antonio, TX radio interview (topic: *Petraeus and Benghazi Cover Up*).

129.  14 November 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration and Benghazi Cover Up*).

130.  14 November 2012, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Obama and the Benghazi Attack Continue in Light of Sex Scandal*).

131.  14 November 2012, **WSJK FM 93.5**, Champaign, IL radio interview (topic: *Military Leadership and Moral Standards in Context of Benghazi Hearings*).

132.  14 November 2012, **WDRC AM 1360**, Hartford, CT radio interview (topic: *Obama and Petraeus Must Answer on Benghazi*).

133.  14 November 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Adultery in the Military and Benghazi Hearings*).

134.  14 November 2012, **KKSP AM 610**, Little Rock, AR radio interview (topic: *Obama's Silence on Benghazi Reflects Poorly on American National Security Concerns*).

135.  14 November 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Response to Benghazi in Light of Petraeus Resignation*).

136.  14 November 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Americans Deserve the Truth About Benghazi*).

137.  14 November 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Response to Attacks on US Embassy in Benghazi Overshadowed by Petraeus Scandal*).

138.  14 November 2012, **WAJR AM 1440**, Albany, NY radio interview (topic: *Military and Abuse of Power by Leadership*).

139.  14 November 2012, **KIDO AM 580**, Boise, ID radio interview (topic:  *Response to Petraeus Affair and Benghazi*).

140.  14 November 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Obama and What He Knew About Petraeus and Benghazi*).

141.  14 November 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Ethics and Legal Tangle for Obama's White House on Benghazi*).

142.  14 November 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama Must Come Clean About Benghazi*).

143.  14 November 2012, **KOA AM 850**, Denver, CO radio interview (topic: *New Information About Petraeus and Allen Causes Disgrace to Military*).

144.  14 November 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama and What He Knew About Patraeus*).

145.  13 November 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Resignation of General Patraeus*).

146.  12 November 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Obama's Second Term and National Security Issues*).

147.  11 November 2012, **San Antonio Chapter Sons of the American Revolution**, newsletter, (topic: *Veterans Day Gala Honoring America's Patriots & Veterans*).

148.  7 November 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Terrorism and Future Threats*).

149.  5 November 2012, **San Antonio Express-News**, newspaper article, pg A1 (topic: *After Three Years Wounds Linger*).

150.  5 November 2012, **WOAI AM 550**, San Antonio, TX radio interview (topic: *Three Years Delay in Hasan Trial*).

151.  4 November 2012, **Reuters**, newspaper article (*Trial Delays Vex Fort Hood Survivors Three Years After Rampage*).

152.  2 November 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Third Anniversary of Hasan Murder Trial Reveals Much About Military Justice System Lack of Justice*).

153.  1 November 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Benghazi Cover Up by Obama*).

154.  1 November 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Roundtable Discussion Obama Position on Islamic Terror Groups in Mexico*).

155.  1 November 2012, **The San Antonio Expressway**, newsletter of San Antonio Transportation Association, page 1 (topic: *Jeffrey Addicott Speaker*).

156.  31 October 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terror Groups in Mexico Ignored by DHS*).

157.  30 October 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama's Mishandling of Attack by Radical Islamic Group on US Embassy in Libya*).

158.  24 October 2012, **The Source with Ezra Levant**, **Sun News Network Canada**, **national Canadian TV**, interview by Gerry Agar (topic: *Labeling Hasan as a Terror Attack by Radical Islam & Obama's Handling of US Embassy Attack in Libya by Al-Qa'eda Linked Group*). The interview can be viewed at:

http://www.sunnewsnetwork.ca/video/search/all/source/the-source/whitewashing-terror/1922499177001.

159. 24 October 2012, **Joe Pags Show WOAI AM 1200**, San Antonio, TX radio interview (topic: *Cover Up by Obama Regarding US Embassy Attack in Libya*).

160. 24 October 2012, **WOAI AM 550**, San Antonio, TX radio interview (topic: *Military Trial of Hasan Delayed Yet Once Again*).

161. 23 October 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *Why Romney Wins Foreign Policy Debate with Obama*).

162. 23 October 2012, **Washington Times**, newspaper article, pg. A2 (topic: *Pentagon Won't Tag Ft. Hood as Terrorism*).

163. 22 October 2012, **Mark Levin Radio Show** (*Refusal to Label Hasan as Terrorist*).

164. 22 October 2012, **Washington Times**, newspaper article, page 2 (*Pentagon Will Not Label Fort Hood Shooting as a Terrorist Attack*).  Article can be read at: Pentagon will not label Fort Hood shootings as **terrorist** attack Washington Times.

165. 19 October 2012, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Obama's Plan for US Troops in Afghanistan Extend Far Beyond 2014*).

166. 19 October 2012, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Democrats Distort Afghanistan Troop Presence after 2014*).

167. 19 October 2012, **WOC AM 1420**, Davenport, IA radio interview (topic: *Obama's Strategy for Dealing with Afghanistan Spells Long Troop Presence*).

168. 19 October 2012, **Reuters**, newspaper article (*Government Pressed to Declare Fort Hood Massacre a Terrorist Attack*).

169. 19 October 2012, **WCBM AM 680**, Baltimore, MD radio interview (topic: *Obama Plan Calls for US Troops in Afghanistan to Number 20,000*).

170. 19 October 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Afghan Strategy Misleads the American People*).

171. 19 October 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *Biden Debate Distorts Afghanistan Troop Withdrawal by Obama*).

172. 19 October 2012, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Hasan Case Moves Forward*).

173. 19 October 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Biden's False Claim that 2014 Sees the End of US Troops in Afghanistan*).

174. 19 October 2012, **WERC AM 740**, **WPRO AM 630**, Providence, RI radio interview (topic: *Obama Afghanistan Withdraw Plan is False*).

175. 19 October 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama Intends Large US Troop Presence in Afghanistan for Decades to Come*).

176.  18 October 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The Hasan Beard Ruling to Force Shave*).

177.  16 October 2012, **Star Republican Women of Llano County Newsletter**, pg. 3 (topic: *Addicott Lecture on Terrorism*).

178.  14 October 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Big Companies Being Bought by Foreign Agents*).

179.  12 October 2012, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Obama's Narrative that Terror Attacks by Radicals in Libya Were Caused by a Video Come Under Fire by Congress and the Media*).

180.  10 October 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Congressional Hearing on Obama Distortion of Attacks in Middle East as Caused by a Video*).

181.  4 October 2012, **Associated Press,** newspaper article (topic: *Court: No Ruling on Fort Hood Suspect's Beard*).  The article can be read in national news outlets to include:  http://www.wistv.com/story/19727025/court-to-hear-fort-hood-suspects-shaving-appeal.

182.  3 October 2012, **KLRP The Loop AM 930**, San Antonio, TX radio interview (topic: *Commander Zenke Event*).

183.  1 October 2112, **Rusty Humphries Show**, national radio interview (topic: *Obama's Foreign Policy in the Middle East is Naïve*).

184.  1 October 2012, **Guadalupe County Republican Women Newsletter**, page 8 (topic: *Center for Terrorism Law*).

185.  24 September 2012, **The Source with Ezra Levant, Sun News Network Canada, national Canadian TV**, interview by Ezra Levant (topic: *Middle East Legal and Policy Issues.*  The interview can be viewed at: http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/the-fallout-of-blind-justice/1859033451001.

186.  23 September 2012, **St. Mary's University Calendar** (topic: **Center for Terrorism Law** Speaker Series)
Distinguished Speaker Series Oct. 3 \n\nThe **Center for Terrorism Law's** Distinguished Speaker Series presents \n'Restoring American Exceptionalism **...**https://ems-app.stmarytx.edu/.../EventDetails.aspx?data...

187.  21 September 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Distinguished Speaker Zinke Speaks on October 3, 2012*).

188.  19 September 2012, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Obama Calls off Joint Patrols in Afghanistan*).

189.  19 September 2012, **WOC AM 1420**, Davenport, IA radio interview (topic: *Obama Failure in Afghanistan and Defeat of US Strategy*).

190. 19 September 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Obama Fails in Afghanistan with Halt to Joint Patrols*).

191. 19 September 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama Halts Patrolling with Afghan Troops in Response to Murders of US Troops*).

192. 19 September 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama Strategy in Afghanistan Collapses and No One Notices*).

193. 19 September 2012, **WOAI AM 550**, San Antonio, TX radio interview (topic: *Obama and the American Military Strategy in the Middle East*).

194. 19 September 2012, **WCBM AM 680**, Baltimore, MD radio interview (topic: *Obama Stops Joints Military and Police Patrols with Afghan Troops*).

195. 19 September 2012, **KPNW AM 1120**, Portland, OR radio interview (topic: *Obama's Decision to Stop Joint Military Patrols Spells the End in Afghanistan*).

196. 19 September 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama Stops Joint Patrols in Afghanistan and Media Ignores the Story*).

197. 19 September 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military to Stop Joint Patrols in Afghanistan Spells Collapse of Obama Strategy*).

198. 19 September 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama's Military Defeat in Afghanistan Draws Nearer*).

199. 19 September 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Calls off Key Part of Afghan Strategy*).

200. 19 September 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *The First Amendment and the Right to "Slander" Islam*).

201. 18 September 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Bomb Threats in Texas by Callers Claiming to be Radical Islam Terrorists*).

202. 17 September 2012, **San Antonio Express News**, newspaper article, pg A1 (topic: *In Lackland Trials Fear Factor is Crucial in Quest for Justice*).  Article can be read at:  http://www.mysanantonio.com/news/military/article/Fear-factor-crucial-in-quest-for-justice-3870245.php.

203. 15 September 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama Policy Tied to Unrest in Middle East*).

204. 14 September 2012, **Joe Pags Show WOAI AM 1200**, San Antonio, TX radio interview (topic: *Crisis in the Middle East and American Responses*).

205. 13 September 2012, **San Antonio Express-News**, newspaper article, pg A1 (topic: *Arab Spring Suddenly Grows Hot: Local Terrorism Law Expert Calls Fatal Attack on 9/11 Deliberate*).  Article can be read at:  Libyan attack stirs local shock, outrage San Antonio Express.

206. 13 September 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Update on Islamic Attacks on American Embassies*).

207. 13 September 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security and Obama Response to Attacks on US Embassies by Radical Islam*).

208. 12 September 2012, **KXNT FM 100.5**, Las Vegas, NV (topic: *Crisis in Middle East and American Response*).

209. 12 September 2012, **KMJ AM 1300**, Fresno, CA radio interview (topic: *Obama Administration Should Ignore the Navy SEAL Book in Light of Obama Leaks & Attacks on US Embassy in Egypt and Libya*).

210. 12 September 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Terror/Mob Attacks by Radical Islam on American Embassies*).

211. 12 September 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *US Strategy to Response to Radical Islam in Light of Attacks on American Embassies*).

212. 12 September 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Response to Radical Islam in Light of Attacks on American Embassies*).

213. 12 September 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Attack on US Embassy in Libya and Egypt and US Response*).

214. 12 September 2012, **KION AM 1460**, Salinas, CA radio interview (topic: *Attacks on American Embassies Raises Questions of War*).

215. 12 September 2012, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Obama's Response to Attacks on US Embassies*).

216. 12 September 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Attacks Against US Embassies Will Continue*).

217. 12 September 2012, **WTCM AM 580**, Travers City, NC radio interview (topic: *What to Do in Response to Attacks on US Embassies).*

218. 12 September 2012, **WSJK FM 93.5**, Champagne, IL radio interview (topic: *Attacks on American Embassies by Radical Islam*).

219. 12 September 2012, **WHAS AM 840**, Louisville, KY radio interview (topic: *Israel & Obama; Embassy Attacks in Middle East, Navy SEAL Book*).

220. 12 September 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration's Response to Attacks on US Embassies*).

221. 12 September 2012, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Obama's Reaction to Attacks on US Embassies is Weak*).

222. 12 September 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *New Attacks on US Embassy Question the Wisdom of Support to Islamic States*).

223. 12 September 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Response to Attacks on US Embassy?*).

224.  12 September 2012, **WAJR AM 1440**, Albany, NY radio interview (topic: *Military Response to Attacks on US Embassy by Radical Islam*).

225.  12 September 2012,

226.  12 September 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama Response to Embassy Attacks in Middle East & New Book on Bin Laden Raid*).

227.  12 September 2012, **USA IRN, USA News Radio**, national radio interview (topic: *Attacks on US Embassy in Egypt and Libya*).

228.  11 September 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *11th Anniversary of 9/11*).

229.  11 September 2012, **The Source with Ezra Levant. Sun News Network Canada**, national Canadian TV interview (*topic: 11th Anniversary of 9/11*).  The interview can be viewed at: http://www.sunnewsnetwork.ca/video/search/ADDICOTT/after-911-the-wests-war-on-terror/1834776206001.

230.  11 September 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *Eleventh Anniversary of 9/11*).

231.  6 September 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Case Goes Forward*).

232.  5 September 2012, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *New Book on Osama Bin Laden*).

233.  5 September 2012, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Obama Administration Should Ignore the Navy SEAL Book in Light of Obama Leaks*).

234.  5 September 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama Administration Leak and New Book on Bin Laden Raid*).

235.  5 September 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Navy SEAL's Book on Bin Laden Raid*).

236.  5 September 2012, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Obama's Objections to Navy SEAL Book Sound Hypocritical*).

237.  5 September 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *New Book by Navy SEAL will Never See Judicial Action*).

238.  5 September 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Navy SEAL Book Reveals Little that Obama Did Not Already Release*).

239.  5 September 2012, **WOC AM 1420**, Davenport IA radio interview (topic: *Obama's Response to Attacks on US Embassies*).

240.  5 September 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *View of Obama Administration in Light of New Navy SEAL Book on Killing of Bin Laden*).

241. 5 September 2012, **WILS AM 1320**, Lansing, MI radio interview (topic: *US SEAL Book on Bin Laden Raid is Much Ado About Nothing in Light of Obama's Victory Lap and Release of Classified Information*).

242. 5 September 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Response to Book on Bin Laden Raid*).

243. 5 September 2012, **KOA AM 850**, Denver, CO radio interview (topic: *New Information About Death of Al-Qa'eda Leader Causes White House Problems*).

244. 5 September 2012, **WSOY AM 1340**, Decatur, IL radio interview (topic: *Why Navy SEAL Book Upsets Obama*).

245. 4 September 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Beard Issue Drags On*).

246. 4 September 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Lackland Air Force Trial Begins*).

247. 3 September 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Hasan's Beard May Delay Trial Past Holiday Season*). http://www.mysanantonio.com/news/military/article/Hasan-s-beard-may-delay-trial-past-holiday-season-3835495.php.

248. September 2012, **Managing Security Today**, magazine article, pg. 22 (topic: *Nation was Jolted this Summer by Two Unrelated Tragedies*).

249. September 2012, **Managing Security Today**, magazine article, pg. 17 (topic: *A Perspective on the War on Terror*).

250. August 24-30, 2012, **San Antonio Business Journal**, (topic: *Pentagon Eyeing Greater Role*).

251. August/September 2012, **Moot Points**, newsletter, pg. 2 (topic: *Recent Faculty Publications*).

252. 29 August 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Navy SEAL Book on Bin Laden Killing*).

253. 29 August 2012, **Wheel of Fortune – Rotary Club of San Antonio**, newsletter article, pg. 1 (topic: 11th Anniversary of the War on Terror – Legal and Policy Issues).

254. 27 August 2012, **Associated Press,** newspaper article (topic: *Court: No Ruling on Fort Hood Suspect's Beard*). The article can be read in national news outlets to include: Court: No ruling on Fort Hood suspect's beard Centre Daily Times.

255. 27 August 2012, **Texas State News Network**, radio interview (topic: *Military Appeal Court Punts on Hasan Beard Issue*).

256. 24 August 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Navy SEAL Book on Raid of Bin Laden*). Interview can be heard at: http://www.1170kfaq.com/podcasts/patcampbell/167315325.html.

257. 23 August 2012, **KZTV 10** TV interview (topic: *Fort Hood Suspect's Beard Disrupts Court*).  Interview can be viewed at: Fort Hood Suspect's Beard Disrupts Court KZTV Action 10 News.

258. 23 August 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Case on Appeal for Beard*).

259. 23 August 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Army Says Fort Hood Suspects Beard Has to Go*).   The article can be read at: http://www.mysanantonio.com/news/military/article/Army-says-Fort-Hood-suspect-s-beard-has-to-go-3807018.php.

260. 23 August 2012, **WNRP AM 1630**, Pensacola, FL radio show (topic:  *Hasan Trail Delays*)

261. 22 August 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *Military Appeals Court Should Force Hasan to Shave*).

262. 22 August 2012, **Associated Press,** newspaper article (topic:  *Judge: Fort Hood Suspect's Beard Disrupts Court*).  The article can be read in national news outlets to include:  http://www.statesman.com/news/nation/judge-fort-hood-suspects-beard-disrupts-court-2439746.html.

263. 18 August 2012, **Reuters,** newspaper article (topic:  *Beard Debate Delays U.S. Fort Hood Shooting Trial*).  This article can be read in national news outlets to include CNBC:  Beard debate delays US Fort Hood shooting trial Moneycontrol.com.

264. 17 August 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Terrorism Update*).

265. 17 August 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Friendly Fire Killings in Afghanistan*).

266. 17 August 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Military Response to Taliban*).

267. 16 August 2012, **Joe Pags Show WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Hasan Trial Delay*).

268. 16 August 2012, **KSAT News 12** TV interview, San Antonio, TX (topic:  *Hasan Trial Delay Reflects Badly on Military Justice System*).

269. 16 August 2012, **Jack Riccardi Show KTSA AM 550,** San Antonio, TX radio show (topic:  *Hasan and the Fort Hood Murders*).

270. 16 August 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Hasan Attempts to Plead Guilty in Fatal Rampage at Fort Hood*).

271. 16 August 2012, **Plain Dealer**, newspaper article (topic: *Fort Hood Shooting Trail on Hold Because of Legal Battle Over Beard*).  The article can be read at: Fort Hood shooting trial on hold because of legal battle over beard Plain Dealer.

272. 15 August 2012, **Associated Press,** newspaper article (topic: *Fort Hood Suspect Must Enter Pleas Before Trial*). The article can be read at national news outlets to include: Fort Hood suspect must enter pleas before trial Boston.com.

273. 15 August 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Trial Gets Underway*).

274. 14 August 2012, **The Source with Ezra Levant**, **Sun News Network Canada**, **national Canadian TV**, interview by Ezra Levant (topic: *Keep Terrorists Out of Canada*). The interview can be viewed at: http://www.sunnewsnetwork.ca/video/search/addicott/keep-terrorists-out-of-canada/1785551579001.

275. 13 August 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Some Labeling Hasan Terrorist*).

276. 13 August 2012, **Anchorage Daily News**, newspaper article, pg. A1 (topic: *Fort Hood Suspect Must Enter Pleas Before Trail*).

277. 9 August 2012, **Bandera County Courier**, newspaper article, pg. 1 (topic: *Judge Sez to Hasan – "Shave or Be Shaved"*).

278. 6 August 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Right Wing Extremist Terror Attack on India Temple in Wisconsin*).

279. 2 August 2012, **WOC AM 1420**, Davenport IA radio interview (topic: *Obama's Ohio Plane Stop Draws Military Question on Support*).

280. 2 August 2012, **Hill Country Weekly**, newspaper, pg. 20 (topic: *Addicott and Boerne Rotary Speech*).

281. 2 August 2012, **WTAG AM 580**, Wooster, MA radio interview (*Cuts to Ohio National Guard Unit Causes Embarrassment for Obama*).

282. 2 August 2012, **KOA AM 850**, Denver, CO radio interview (*Ohio National Guard Airbase Set to be Cut on Obama Watch*).

283. 2 August 2012, **WMRN AM 1490**, Mansfield, IL radio interview (topic: *Ohio Fundraiser for Obama Reveals Gaff*).

284. 2 August 2012, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Veterans in Ohio Upset with Obama on Military Closure of Base*).

285. 2 August 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama's Cuts to the Military Don't Sit Well with Veterans*).

286. 2 August 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Obama Plan Lands at Airbase in Ohio Set for Cuts*).

287. 2 August 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Military Vote in Ohio and Obama's Military Cuts*).

288. 2 August 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Cuts to Ohio National Guard*).

289. 2 August 2012, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *National Security and Election Year Politics in Ohio*).

290. 2 August 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Cuts in Ohio Embarrass Obama White House Fundraiser*).

291. 2 August 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Update on Islamic Terrorist Hasan and Report on FBI Actions*).

292. 2 August 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Syria and American Response*).

293. 1 August 2012, **KENS 5 News** TV interview, San Antonio, TX (topic: *Bomb Threat at San Antonio Airport*).

294. 1 August 2012, **Pleasanton Express**, newspaper article, pg. A1 (topic: *Terrorism Expert Speaks to Local Law Enforcement*).  The story can be read at: Terrorism expert speaks to local law enforcement | www **...**  The keynote speaker was Professor Jeffrey Addicott. Professor Jeffrey F. Addicott is a Distinguished Professor of Law and the Director of the Center for Terrorism **...** www.pleasantonexpress.com/.../Terrorism_expert_speaks_to_l...

295. 27 July 2012, **The Source with Ezra Levant**, **Sun News Network Canada**, **national Canadian TV**, interview by Ezra Levant (topic: *Legal and Policy Issues in the War on Terror*).  The interview can be viewed at: http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/a-real-threat/1586875921001.

296. 27 July 2012, **The Source with Ezra Levant**, **Sun News Network Canada**, **national Canadian TV,** interview by Ezra Levant (topic: *Omar Kadar Enemy Combatant Proposed Transfer from US to Canada*).  The interview can be viewed at:  http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/a-real-threat/1586875921001.

297. 26 July 2012, **FOX News 29** TV interview, San Antonio, TX (topic: *Addicott Speaks to Jourdanton Law Enforcement Conference*).

298. 26 July 2012, **FOX News 29** TV interview, San Antonio, TX (topic: *United Nation's Gun Treaty Will Never be Ratified by the American Senate*).

299. 26 July 2012, **Oceanus Live**, online article (topic: *Survival as a Pirate Hostage*) Article can be read at: http://www.oceanuslive.org/main/index.aspx.

300. 26 July 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Radical Islam Murderer Hasan Will Shave His Beard*).

301. 25 July 2012, **KLIF AM 570**, Dallas, TX radio interview (topic: *Al Qa'eda and Current Operational Capacity*).

302. 25 July 2012, **WHAS AM 84**, Louisville, KY radio interview (topic: *Better Rules for Veterans in GI Bill Provides No New Funding*).

303. 25 July 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Obama Push for Veterans is Clearly Politically Motivated by Upcoming Election*).

304. 25 July 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Promised GI Bill Reform Provides Little Real Help to Veterans*).

305. 25 July 2012, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Overhaul of GI Bill is Smoke and Mirrors*).

306. 25 July 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Obama's Executive Order on Military GI Bill Provides No New Funding*).

307. 25 July 2012, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Obama's "We Can't Wait" Slogan for GI Bill is Empty*).

308. 25 July 2012, **WERC AM 740**, Birmingham, AL radio interview (topic: *Politics Motivated Obama's Executive Order on GI Bill*).

309. 25 July 2012, **WAJR AM 1440**, Albany, NY radio interview (topic: *Military GI Bill and Obama*).

310. 25 July 2012, **WSOY AM 1340**, Decatur, IL radio interview (topic: *Why Obama Now Supports Veterans' GI Bill Overhaul*).

311. 25 July, **WILS AM 1320**, Lansing, MI radio interview (topic: *Questions About Obama's Support for Veterans*).

312. 25 July 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Executive Order on GI Bill is Largely Show and No Tell*).

313. 25 July 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *US Veterans Receive No Real Help from Obama on GI Bill*).

314. 25 July 2012, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Combat Veterans Deserve Better GI Bill*).

315. 25July 2012, **KPNW AM 1120**, Eugene, OR radio interview (topic: *Obama's GI Bill Support Rings Empty*).

316. 25 July 2012, **WOC AM 1420**, Davenport IA radio interview (topic: *Obama's Executive Order on GI Bill Provides no Funding*).

317. 25 July 2012, **KKSP AM 610**, Little Rock, AR radio interview (topic: *GI Bill Reform by Obama Raises Concerns*).

318. 23 July 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *STSA Fast Track*).

319. 23 July 2012, **KTKS Channel 12**, Abilene, TX TV interview (topic: Taylor County Republican Women's Speech by Addicott).

320. 22 July 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Conviction of Air Force Recruiter for Trainee Sex Abuse*).

321. 20 July 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Waddell Case; Egypt's Muslim Brotherhood; Romney's National Security Policy*).

322.  20 July 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Shooting in Colorado Theater and Terrorism*).

323.  19 July 2012, **KLIF AM 570**, Dallas, TX radio interview (topic: *Fort Hood Report and FBI Role*).

324.  19 July 2012, **WPNN AM 790**, Pensacola, FL radio interview (topic: *Congressman McCaul and FBI Report on Fort Hood Muslim Killings*).

325.  16 July 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Cartels Using New Roads Built by Energy Companies in South Texas*).

326.  9 July 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Israel and Iran*).

327.  6 July 2012, **WHAS AM 840**, Louisville, KY radio interview (topic: *Israel's Desire for President Romney to Confront Iran*).

328.  6 July 2012, **KION AM 1460**, Salinas, CA radio interview (topic: *Obama's Leadership Regarding Iran's Threat to US Military Bases in Middle East*).

329.  6 July 2012, **WSJK FM 93.5**, Champagne, IL radio interview (topic: *Confronting Iran's Desire for Nuclear Weapons*).

330.  6 July 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Should the US Act Against Iran?*).

331.  6 July 2012, **WTVN AM 610**, Columbus, OH radio interview (topic: *New Threats from Iran on US Forces in the Middle East*).

332.  6 July 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Response to Iran's Threat to Attack US Bases in Middle East*).

333.  6 July 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama and Iran's Threat to the Middle East*).

334.  6 July 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Israel's View of Iran and US Plans to Stop Iran from Acquiring Nuclear Weapons*).

335.  6 July 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Response to Iran*'s *Threat of Missile Attacks on US Forces*).

336.  6 July 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Options for Iran and Israel's View of Obama*).

337.  6 July 2012, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *National Security Threat of Iran and US Options*).

338.  6 July 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *American Troops Targeted by Iran if War Breaks Out*).

339.  6 July 2012, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Obama's Options for Iranian Threat*).

340.  6 July 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Iran's Threat of Attacking US Military Bases in the Middle East*).

341.  2 July 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Al-Qa'eda Plot to Blow Up American Jet*).

342.  1 July 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Female Military Trainee Sexual Abuse*).

343.  30 June 2012, **KLRP AM 930**, San Antonio, TX radio interview (topic: *Muslim Brotherhood Takes Over Egypt*).

344.  29 June 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Attorney General Holder Held in Contempt of Congress*).

345.  27 June 2012, **KLIF AM 570**, Dallas, TX radio interview (topic: *Terror Conviction for Radical Islamic Plot*).

346.  27 June 2012, **WPRO AM 630, Helen Glover Show,** Providence, RI radio interview (topic: *Muslim Brotherhood and Egypt*).

347.  27 June 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Obama's National Security Policies*).

348.  25 June 2012, **Marine Times** magazine article, cover story (topic: *Officer Overcomes War-Zone Firing, Gets Promoted*).

349.  25 June 2012, **Marine Times** magazine article (topic: *ROE Changes*).

350.  25 June 2012, **Army Times** magazine article (topic: *Close Air Support Curtailed*).

351.  22 June 2012, **Pasadena Rotary Club Newsletter**, periodical, pg. 2 (*Please Welcome Jeffrey F. Addicott*).

352.  21 June 2012, **Rusty Humphries Show**, radio interview (topic: *Obama's National Security Polices in the Past Four Years*).

353.  21 June 2012, **WDUN AM 55**, Gainesville, GA radio interview (topic: *Why Obama Desires Troops in Kuwait*).

354.  21 June 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama's Plan to Keep Military in Kuwait*).

355.  21 June 2012, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Keeping Large US Force in Kuwait is Bad Idea*).

356.  21 June 2012, **WRVA AM 1140**, Richmond, VA radio interview (topic: *National Security Strategy to Keep Large Force in Kuwait*).

357.  21 June 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *Keeping American Troops in Kuwait as a Rapid Response Force*).

358.  21 June 2012, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *Obama National Security Failures in the Arab World*).

359.  21 June 2012, **WPRO AM 630, Helen Glover Show,** Providence, RI radio interview (topic: *Leaving Standing Army in Kuwait*).

360.  21 June 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Plan to Station Large US Force in Kuwait*).

361.  20 June 2012, **Washington Times**, newspaper article (*Judge Considers Delay in Fort Hood Suspect's Trial*).  Article can be read at: http://www.washingtontimes.com/topics/jeff-addicott/.

362.  19 June 2012, **MSNBC.COM**, online article (*Nidal Hasan, Fort Hood Shooting Suspect, Barred from Court for Beard*).  Article can be read at: Nidal Hasan, Fort Hood shooting suspect, barred from court for beard
msnbc.com

363.  19 June 2012, **Reuters**, newspaper article (*Accused Fort Hood Gunman Ejected Form Court for Wearing Beard*).

364.  19 June 2012, **KTRH AM 740**, Houston, TX radio interview (topic:  *Bio Lab Contract in Texas to Defend Against Bioterrorism and Natural Pandemics*).

365.  18 June 2012, **Reuters**, newspaper article (*Accused Fort Hood Massacre Shooter to Seek Another Delay*).  Article can be read at: http://www.reuters.com/article/2012/06/19/us-usa-crime-forthood-idUSBRE85H1UV20120619.

366.  18 June 2012, **Associated Press,** newspaper article (*Judge: Fort Hood Suspect Will Have to Watch Hearing on Closed-Circuit TV if Beard Isn't Shaved*).  The article can be read at over 55 news outlets to include the **Washington Post**: http://www.washingtonpost.com/national/judge-fort-hood-suspect-will-have-to-watch-hearing-on-closed-circuit-tv-if-beard-isnt-shaved/2012/06/18/gJQAJJTslV_story.html.

367.  18 June 2012, **WIS-TV**, Columbia, SC TV, (topic:  *Judge Considers Delay in Fort Hook Suspect's Trial*).

368.  18 June 2012, **KTRH AM 740**, Houston, TX radio interview (topic:  *Texas A&M Receives Federal Grant to Develop Bio Lab*).

369.  18 June 2012, **KLIF AM 570**, Dallas, TX radio interview (topic:  *Terror Attack on Gas Pipeline*).

370.  18 June 2012, **WHTC AM 1450**, Holland, MI radio (topic:  *Accused Fort Hood Massacre Shooter to Seek Another Delay*).

371.  18 June 2012, **IOL News**, online article, (*He Wanted to Die That Day*).

372.  17 June 2012, **KXXV News Channel 25**, TX TV interview (topic:  *Next Pre-Trial Hearing Date for Major Hasan Case*).

373.  16 June 2012, **UPI.com** (topic:  *Ft. Hood Victim: Hasan Warnings Ignored*).

374.  15 June 2012, **Republican Women of Kerr County**, newsletter, pg. 1 (*Taking America Back*).

375.  14 June 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic:  *Flag Day and Birthday of the U.S. Army*).

376.  7 June 2012, **The Guetzloe Report**, WEUS AM, Orlando, FL radio interview (topic:  *Federal Courts and Radical Islam)*.

377. 1 June 2012, **Buffalo Gap Round Up**, newspaper article, pg. A1 (topic: *Buffalo Gap Republican Women & Jeffrey Addicott*).

378. 1 June 2012, **Rusty Humphries Show**, radio interview (topic: *War on Terror*).

379. 1 June 2012, **St. Mary's University School of Law - Law Notes**, magazine article, pg. 6 (topic: *Center for Terrorism Law Defending Marine*).

380. 30 May 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Two Women Sue in Federal Court to Force Military to Allow Combat Role for Females*).

381. 30 May 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Push for Women in Combat Roles*).

382. 30 May 2012, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Women Sue to Serve in Combat*).

383. 30 May 2012, **KPNW AM 1120**, Eugene, OR radio interview (topic: *Military Must Exclude Female From Military Combat Role*).

384. 30 May 2012, **KION AM 1460**, Salinas, CA radio interview (topic: *Ban on Females in Combat*).

385. 30 May 2012, **WDRC AM 1360**, Hartford, CN radio interview (topic: *Women in Combat Exclusion Will Stand in Federal Court*).

386. 30 May 2012, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *U.S. Should Continue Ban on Females in Combat*).

387. 30 May 2012, **KPEL FM 96.5**, Lafayette, LA radio interview (topic: *Females Sue in Federal Court to Serve in Combat Roles*).

388. 30 May 2012, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Obama Administration & Women in Combat*).

389. 30 May 2012, **WAJR AM 1440**, Albany, NY radio interview (topic: *Military Should Always Exclude Females From Combat Position*).

390. 30 May 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Military Can Exclude Women From Serving in Combat*).

391. 30 May 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Allowing Female to Serve in Front Line Combat is Disorientation to Reality*).

392. 30 May 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Response to Females Quest to Enter into Combat Role with Men*).

393. 30 May 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Military Ban on Women in Combat Reflects Reality*).

394. 30 May 2012, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Concerns Over Lawsuit to Force Military to Put Females in Combat*).

395. 24 May 2012, **CNBC.com**, online news article (topic: *Soldier Convicted of Bomb Plot Near Texas Army Post*).

396. 24 May 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Abdo Guilty of Terror Plot*).

397. 24 May 2012, **Chicago Tribune**, newspaper article (topic: *Soldier Convicted of Bomb Plot Near Texas Army Post*).

398. 24 May 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Motivation of Radical Islam Terrorists in the United States*).

399. 23 May 2012, **Wall Street Journal**, newspaper article, pg. A1 (topic: ***Fort Hood Bomb-Plot Trail Begins for Soldier***).  Article can be read at: http://online.wsj.com/article/SB10001424052702304019404577420030812657116.html?mod=googlenews_wsj.

400. 22 May 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Afghanistan, Iraq, and Egypt and Obama's Inconsistent National Security Policies*).

401. 21 May 2012, **San Antonio Express-News**, newspaper article, pg. A1 (topic: *Trail Begins Today in GI Terror Case*).

402. 21 May 2012, **Houston Chronicle**, newspaper article (topic: *Soldier's Likely Defense: Prove Intent to Murder*).  Article can be read at: Fort Hood soldier's likely defense: Prove intent to murder Houston Chronicle.

403. 21 May 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Federal Terrorism Trial of Abdo Plot to Murder at Fort Hood*).

404. 21 May 2012, **UPI**, newspaper article (topic: *Trial Begins Today in AWOL Soldier*).  Story can be read at: http://www.upi.com/Top_News/US/2012/05/21/Trial-begins-for-AWOL-soldier-accused-of-terrorism/UPI-31941337604443/.

405. 19 May 2012, **Abilene Reporter-News,** newspaper article, pg. A4 (topic: *Obama War Rules Irk Law Professor*.

406. 18 May 2012, **Abilene Reporter-News**, Abilene, TX on line news article (topic: *'Most Conservative Law Professor' Addresses Buffalo Gap Republican Women's Group*).  Article can be read at: http://www.reporternews.com/news/2012/may/18/most-conservative-law-professor-addresses-gap/.

407. 18 May 2012, **WTVN AM 610**, Columbus, OH radio interview (topic: *Indefinite Detention in 2012 Defense Authorization Act Does not Create Any New Legal Authority*).

408. 18 May 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Lawyers Can't Defend Enemy Combatant Provision in 2012 Defense Authorization Act*).

409. 18 May 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Why Federal Judge's Ruling on Indefinite Detention for Enemy Combatants will be Reversed*).

410.  18 May 2012, **WXKS AM 1200**, Boston, MA radio interview (topic: *Ruling by New York Federal Judge on 2012 Defense Authorization Act Provision for Indefinite Detention of Enemy Combatants*).

411.  15 May 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Murders in Mexico by Drug Cartels*).

412.  10 May 2012, **Bandera County Courier** newspaper article, page 1 (topic: *Terrorism & Texas Border Seminar Announced*).

413.  9 May 2012, **WTIS AM 1110**, Tampa Bay, FL radio interview (topic: *Al-Qa'eda is Thriving and Taliban in Afghanistan are Not Pacified as Claimed by Obama*).

414.  8 May 2012, **KSKY AM 660**, Dallas, TX radio interview (topic: *Plot to Take Down Plane by Al-Qa'eda*).

415.  8 May 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *A Plot from Al-Qa'eda in Yemen to Explode Airplane is Foiled*).

416.  8 May 2012, **WBUV FM 104.9**, Biloxi, MS radio interview (topic: *Afghanistan and Taliban Peace Talks*).

417.  8 May 2012, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Obama's Decision to Release Taliban Draws Concern from Military Leaders*).

418.  8 May 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama Releases Taliban Fighters to Gain a Peace Deal*).

419.  8 May 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Situation in Afghanistan Worsens as Obama Releases Taliban Fighters*).

420.  8 May 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *National Security and Obama's Release of Taliban to Get Peace Talks*).

421.  8 May 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Situation in Afghanistan Worsens Under Obama Leadership*).

422.  8 May 2012, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama Releases Taliban to Promote His Peace Talks*).

423.  8 May 2012, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Afghanistan and Obama Taliban Release Causes Concern*).

424.  8 May 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Release of Taliban to Push for Peace Talks*).

425.  8 May 2012, **WXKS AM 1200**, Boston, MA radio interview (topic: *Afghanistan and the Release by Obama of Taliban for Peace Talks*).

426.  7 May 2012, **FOX NEWS Channel**, national TV interview by Catherine Herridge (topic: *KSM Trial at GITMO*).

427.  4 May 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security and Obama Strategy for Afghanistan*).

428. 1 May 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *Killing Osama Bin Laden and the Future of Al-Qa'eda*).

429. 1 May 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Freedom Tower Dedication on 1 May*).

430. 30 April 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Anniversary of Killing of Osama Bin Laden*).

431. 28 April 2012, **The Daily Beast**, online news article (topic: *Buy Your Own Drone! Now Only $300 Online*).

432. 28 April 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Killing of Osama Bin Laden, One Year Later*).

433. 28 April 2012, **The Boiling Point KLRP AM 930**, San Antonio, TX radio interview (topic: *Addicott Lecture on Border Security*).

434. 26 April 2012, **Air Talk KPCC 89.3 FM**, online news article (topic: *Following Drug Smuggling Accusations, How Effective is the TSA?*). Story can be viewed at: Following drug smuggling accusations, how effective is the TSA? 89.3 KPCC

435. 26 April 2012, **The Source with Era Levant**, **Sun News Network Canada**, **national Canadian TV interview by Era Levant (topic: Legal and Policy Issues in** the War on Terror). The interview can be viewed at: http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/a-real-threat/1586875921001.

436. 26 April 2012, **KPCC FM 89.3 National Public Radio**, Southern California radio interview (topic: *TSA Arrests for Drug Mule Activity*).

437. 25 April 2012, **The Source with Era Levant**, **Sun News Network Canada**, national Canadian TV interview by Era Levant (topic: *Legal and Policy Issues for Return of Convicted War Criminal Omar Khadr to Canada*). The interview can be viewed at: http://www.sunnewsnetwork.ca/video/featured/prime-time/867432237001/a-real-threat/1586875921001.

438. 25 April 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Drug Cartel's Losing Ground in Mexico?*).

439. 20 April 2012, **Toronto Sun**, newspaper article (topic: *Khadr's Return a Ticking Clock*). Article can be read at: http://m.torontosun.com/2012/04/20/khadrs-return-a-ticking-clock.

440. 18 April 2012, **KPCC FM 89.3 National Public Radio**, Southern California radio interview (topic: *Stress in Combat Can Causes War Crimes*). The audio can be heard at: http://www.scpr.org/programs/patt-morrison/2012/04/18/26087/la-times-afghan-bomber-photos.

441. 18 April 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Army Times Front Page Story on Rules of Engagement and Center for Terrorism Law Input*).

442.  16 April 2012, **Marine Times**, magazine article, cover story (topic: *ROE Uproar, Sacked & Sold Out*).

443.  16 April 2012, **Marine Corps Times Battle Rattle**, magazine article, cover story (topic: *Sacked and Sold Out*).

444.  16 April 2012, **Army Times**, magazine article, cover story (topic: *Screwed by the ROE*).

445.  16 April 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Secret Service in Colombia and National Security Threats*).

446.  13 April 2012, **Camp Pendleton Patch**, online newsletter (topic: *Was the Tea Party Marine Within His Rights?*).

447.  7 April 2012, **National Public Radio**, radio interview (topic: *Addicott Input on Marine Sergeant Stein Administration Discharge Board and First Amendment Rights*).

448.  5 April 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Marine Sergeant Stein Administrative Discharge Board for Obama Bashing*).

449.  5 April 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Continuing Attention for the Waddell Case; Discussion of Screening of Documentary "Unmasked Judeophobia; and Outline of Case Against Army Sergeant Accused of Murder in Afghanistan)*.

450.  5 April 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama Stops Playing Politics with GITMO*).

451.  5 April 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Commissions to Start on Senior Al-Qa'eda in GITMO*).

452.  5 April 2012, **KOGO AM 600**, San Diego, CA radio interview (topic: *Military Commissions Trial of Top Al-Qa'eda for 9/11*).

453.  5 April 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Military Commissions to Prosecute 9/11 Masterminds*).

454.  5 April 2012, **KOA AM 850**, Denver, CO radio interview (topic: *Obama Reversal on GITMO Finally Allows Trial of 9/11 Masterminds*).

455.  5 April 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Finally Allows Trials at GITMO for 9/11 Attack Masterminds*).

456.  5 April 2012, **WIND AM 560**, Chicago, IL radio interview (topic: *Military Commissions to Start for Senior Al-Qa'eda Leaders in GITMO*).

457.  5 April 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama Finally Allows Top Al-Qa'eda to be Tried by Military Commissions*).

458.  3 April 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Al-Qa'eda Cyber Poster Promising Another Attack on New York*).

459. 3 April 2012, **Washington Examiner**, newspaper article, (topic: *Congress Explores Options for Soldiers Burned by Rules of Engagement*). Article can be read at: http://washingtonexaminer.com/news/world/2012/04/congress-explores-options-soldiers-burned-rules-engagement/437611.

460. 1 April 2012, **American Bar Association's Government and Public Sector Lawyers Division Newsletter**, newsletter article (topic: *Cyber Security and the Government/Private Sector Connection*).

461. 1 April 2012, **Town Crier Newsletter**, (topic: *The US & British Approaches to the War on Terror*).

462. 28 March 2012, **FOX NEWS.com** and the **Huffington Post**, online articles (topic: *Bales Charged with 17 Counts of Murder in Massacre of Afghan Villagers*). The stories can be read at: http://www.foxnews.com/us/2012/03/23/bales-to-be-charged-with-17-counts-murder-in-massacre-afghan-villagers/?test=latestnews?test=latestnews.

463. 27 March 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Screening of Documentary "Unmasked Judeophobia"*).

464. 26 March 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Continuing Attention for the Waddell Case; Discussion of Screening of Documentary "Unmasked Judeophobia; and Outline of Case Against Army Sergeant Accused of Murder in Afghanistan)*.

465. 24 March 2012, **The Boiling Point KLRP AM 930**, San Antonio, TX radio interview (topic: *Discussion of Screening of Documentary "Unmasked Judeophobia*).

466. 20 March 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *PTSD as a Defense to Criminal Activity*).

467. 16 March 2012, **WPRO AM 630**, Providence, RI radio interview (topic: *Situation in Afghanistan Worsens Under Obama Leadership*).

468. 16 March 2012, **WXKS AM 1200**, Boston, MA radio interview (topic: *Should the US Leave Afghanistan Now?*).

469. 15 March 2012, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *President of Afghanistan Calls for US to Confine to Bases and Depart*).

470. 15 March 2012, **The Jason Lewis Show**, national radio interview (topic: *Afghanistan Irrational Response to Killings by Single Criminal American Soldier*).

471. 15 March 2012, **Associated Press**, newspaper interview (topic: *Days After Afghan Killing, Suspect Remains Unnamed*). The story can be read at: Days after Afghanistan massacre, suspect nameless The Associated Press.

472. 15 March 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Accused Army Murderer of Civilians Moved from Afghanistan*).

473. 14 March 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's Afghanistan Policy Spells Defeat for the United States*).

474. 14 March 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Continuing Attention for the Waddell Case*).

475. 12 March 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama's Response to Staff Sergeant Killings in Afghanistan*).

476. 12 March 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Future for Afghanistan and the Obama Approach*).

477. 9 March 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Democrats Attempt Repeal of Detention Law for Enemy Combatants*).

478. 5 March 2012, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Lt. Waddell Case and Middle East and Terrorism Issues*).

479. 4 March 2012, **KENS Channel 5**, San Antonio, TX TV interview (topic: *Riots in Afghanistan Against Americans Over Accidental Burning of Korans*).

480. 3 March 2012, **The Boiling Point KLRP AM 930**, San Antonio, TX radio interview (topic: *Payment of Five Million Dollars by Obama Administration to Egypt as "Bail" for Arrested Americans Facing Trial for Democracy Assistance*).

481. 1 March 2012, **The Legal Minute**, newsletter article, page 3 (Topic: *Death of Al-Qa'eda Member Anwar Al-Awaki – a Good Kill*).

482. 29 February 2012, **TALK SPORT**, London, England radio interview (topic: *WikiLeaks Publishes Leaked Stratfor Emails*).

483. 27 February 2012, **KSAT Channel 12**, San Antonio, TX TV interview (topic: *Afghanistan Riots Over Burning of Korans*).

484. 23 February 2012, **Texas Aggie Bar Association BLOG** (topic: *Legal Issues in the War on Terror – Interview with Jeff Addicott of St. Mary's University School of Law*). The entire text can be read at http://www.aggielaw.org/TABA_Blog?mode=PostView&bmi=833858.

485. 22 February 2012, **WNYM AM 970**, New York, NY radio interview (topic: *Obama Wrongly Warns Israel Not to Attack Iran*).

486. 22 February 2012, **KPOJ AM 620**, Portland, OR radio interview (topic: *Israeli Attack Iran Opposed by Obama*).

487. 22 February 2012, **WTVN AM 610**, Columbus, OH radio interview (topic: *Israel is Warned by Obama Regarding Military Strike on Iran*).

488. 22 February 2012, **WRVA AM 1140**, Richmond, VA radio interview (topic: *National Security of Israel and Iran*).

489. 22 February 2012, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Islam, Israel, and Iran's Atomic Weapons Program*).

490. 22 February 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Obama's Confused Approach to Iran Harms Israel*).

491. 22 February 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama Warns Israel on Iran*).

492. 22 February 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Should Obama Push for a Military Parade for Iraq War Veterans?*).

493. 22 February 2012, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Military Strike by Israel and Obama Position*).

494. 22 February 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Calls on Israel to Refrain from Force on Iran*).

495. 22 February 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Obama Stand on Iran is Confused*).

496. 22 February 2012, **KABB Channel 29 -FOX**, San Antonio, TX TV interview – Ms. Julie Staffel, Center for Terrorism Law Research Fellow (topic: *Center for Terrorism Law's Rules of Engagement and Wounded Warrior Conference*).

497. 21 February 2012, **KSAT Channel 12**, San Antonio, TX TV interview (topic: *Center for Terrorism Law's Rules of Engagement and Wounded Warrior Conference*).

498. 21 February 2012, **WOAI Channel 4**, San Antonio, TX TV interview (topic: *Center for Terrorism Law's Rules of Engagement and Wounded Warrior Conference*).

499. 21 February 2012, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *National Security Polices and Iran*).

500. 20 February 2012, **Jack Riccardi Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Conference on Rules of Engagement and Support to Wounded Warriors*).

501. 20 February 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Conference on Rules of Engagement and Support to Wounded Warriors*).

502. 20 February 2012, **Texas Public Radio**, TX radio interview (topic: *Center for Terrorism Law Conference on Rules of Engagement and Support to Wounded Warriors*).

503. 16 February 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Why Some Jewish Rabbi in Houston Refuse to Comment on Hizballah Terror Organization*).

504. 11 February 2012, **The Boiling Point KLRP AM 930**, San Antonio, TX radio interview (topic: *Self Imposed Rules of Engagement in Combat and Case of Lt. Joshua Waddell*).

505. 9 February 2012, **Wells Report KSKY AM 660**, Dallas, TX radio interview (topic: *Rules of Engagement and the Case of Lt. Waddell*).

506. 8 February 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Update on the Case of Lt. Joshua Waddell*).

507. 6 February 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama's Failed Middle East Polices*).

508. 3 February 2012, **Rob Williams Show WNRP AM 1620**, Pensacola, FL radio interview (topic: *Hasan Trail Delayed Again and Obama Plan to Help Veterans Falls Short*).

509. 3 February 2012, **Trey Ware Show KTSA AM 550**, San Antonio, TX radio interview (topic: *Update on Marine Lt. Waddell Appeal of Adverse Actions for Killing the Enemy in Combat and Secretary of Defense Statement about Israel Attacking Iran in the Spring of 2012*).

510. January/February, **The Anchor**, newsletter article, pg. 1 (topic: *Distinguished Speaker Program – Professor Jeffrey F. Addicott*).

511. 30 January 2012, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Marine Lt. Waddell's Fight for Justice Regarding False Allegations of ROE Violations*).

512. 30 January 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of Pandemic from Mexico and Lack of Obama Administration Preparation*).

513. 30 January 2012, **WIOD AM 610**, Miami, FL radio interview (topic: *Obama's Proposed Military Cuts Harm American Security*).

514. 30 January 2012, **WJBO AM 1150**, Baton Rouge, LA radio interview (topic: *Obama's Plan to Cut the Military Sends Wrong Signal to America's Enemies*).

515. 30 January 2012, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Cuts by Obama Spell Disaster for American Security*).

516. 30 January 2012, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama's Lack of Strategic Clarity Results in Call of Military Cuts*).

517. 30 January 2012, **WKBN AM 570**, Youngstown, Ohio radio interview (topic: *Military Cuts by Obama Indicate Lack of Leadership*).

518. 30 January 2012, **WAJR AM 1440**, Albany, NY radio interview (topic: *Obama's Desire to Cut US Military is Disoriented to Reality of War*).

519. 30 January 2012, **WTAM AM 1420**, Cleveland, OH ratio interview (topic: *Impact Obama's Proposed Military Cuts on American Security*).

520. 30 January 2012, **WGST AM 640**, Atlanta, GA radio interview (topic: *Obama Administration's Proposed Military Cuts Ignores Reality of War and History*).

521. 30 January 2012, **KURV AM 710**, McAllen, TX radio interview (topic: *Support for Lt. Waddell in Fighting Marine Corps Unjust Treatment for Killing the Enemy in Combat*).

522. 30 January 2012, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Trouble for American National Security with Obama's Military Cuts*).

523. 30 January 2012, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Pentagon Should Object to Obama Proposed Cuts*).

524. 30 January 2012, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Military Cuts Spells Danger to American National Security*).

525. 30 January 2012, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Military Cuts Would Leave America in Pre-9/11 Status*).

526. 30 January 2012, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama Proposes Drastic Cuts in American Military Force Structure*).

527. 27 January 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of Pandemic from Mexico*).

528. 25 January 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Rules of Engagement Place our Military in Absurd Positions*).

529. 25 January 2012, **The Guetzloe Report, WEUS AM**, Orlando, FL radio interview (topic: *Rules of Engagement Hamper Killing the Enemy and Overview of Middle East and Terrorism Issues*).

530. 25 January 2012, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Marine Lt. Waddell Appeal of Adverse Actions for Killing the Enemy in Combat and Navy SEALS Kill of Somali Pirates*).

531. 24 January 2012, **KPCC National Public Radio**, Los Angeles, (topic: *Marine's Trail Ends Without Conviction in 2005 Iraq Killings in Haditha*).

532. 24 January 2012, **Washington Examiner**, newspaper article (topic: *Marine's Career Threatened by Controversial Rules of Engagement*). Article can be read at: http://washingtonexaminer.com/news/world/2012/01/marines-career-threatened-controversial-rules-engagement/2127401.

533. 20 January 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Anniversary of Iran's Release of US Hostages and Carter's Failed Deterrence Policy Repeated by Obama*).

534. 20 January 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Holder's Failure to Produce Evidence in the Fast and Furious FBI Program*).

535. 19 January 2012, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Friendly Fire Incident in Afghanistan and Military Justice*).

536. 19 January 2012, **KTRH AM 740**, Houston, TX radio interview (topic: *Anniversary of Iran's Release of US Hostages and Lessons for the Obama Administration on Dealing with Iran*).

537. 19 January 2012, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Friendly Fire Incident in Afghanistan*).

538.  14 January 2012, **Your Houston News**, online magazine, pg. 7 (topic: *Jeffrey Addicott, Terrorism Law Expert*).

539.  12 January 2012, **Big Country Journal Briefs**, online magazine, pg. 1 (topic: *Sharia Law and Implications for the United States*).

540.  10 January 2012, **Brownwood Bulletin**, newspaper article, pg. 10 (topic: *GOP Women to Hear Program on Islamic Law*).

541.  7 January 2012, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Massive Military Cuts by Obama Ignores Reality of War*).

542.  6 January 2012, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama's Gutting of the Military Reduces America's Role as Superpower*).

543.  5 January 2012, **Human Events**, magazine article, pg. 3 (topic: *Obama's Two-Faced Objection to Terror Suspects Detained With His Blessing*).

544.  5 January 2012, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security Cuts by Obama Weaken American Defense*).

545.  5 January 2012, **America Tonight with Kate Delaney**, national radio interview (topic: *Obama Seeks Deep Cuts in National Defense*).

546.  5 January 2012, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Obama Administration Plans to Cut American Military*).

547.  1 January 2012, **Managing Security Today**, magazine article, pgs. 22-23 (topic: *Labeling Mexican Drug Cartels as Terrorist Organizations*).

548.  1 January 2012 **WOC AM 1420**, Davenport, IA radio interview (topic: *Obama's Strategy for Dealing with Afghanistan Spells Long Troop Presence*).

549.  30 December 2011, **Potpourri**, magazine article, pg. 1 (topic: *First V.P. Programs*).

550.  30 December 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security in the Middle East and the Obama Policy*).

551.  29 December 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Refuses to Advocate for a Military Parade for Iraq Veterans*).

552.  29 December 2011, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Obama Refuses to Call for Iraq War Parade*).

553.  29 December 2011, **WILM AM 1240**, Fort Myers, FL radio interview (topic: *Obama is Silent on Iraq Veterans Parade*).

554.  29 December 2011, **KPAY AM 1290**, Chico, CA radio interview (topic: *Why No Parade for Iraq War Veterans?*).

555.  29 December 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Should Obama Push for a Military Parade for Iraq War Veterans?*).

556.  29 December 2011, **WILS AM 1320**, Lansing, MI radio interview (topic: *Why No Military National Parade for Iraq War Veterans?*).

557. 29 December 2011, **WSBA AM 910**, York, PA radio interview (topic: *DoD and Obama Will Not Sponsor an Iraq Victory Parade in US*).

558. 27 December 2011, **WSOY AM 1340**, Decatur, IL radio interview (topic: *Why Obama Left Iraq Without Leaving a US Force for Stability*).

559. 27 December 2011, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Radical Islam, Iraq, and the Middle East*).

560. 27 December 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Public Perception of Obama Iraq Withdrawal*).

561. 27 December 20011, **KURV AM 710**, McAllen, TX radio interview (topic: *Iranian Government Pleased with US Departure from Iraq*).

562. 27 December 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *Obama Administration's Plan for Afghanistan Claims US is Winning*).

563. 27 December 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Can't Define Victory in Afghanistan*).

564. 27 December 2011, **WFLA AM 540**, Tampa Bay, FL radio interview (topic: *Obama's National Security Policy in the Middle East is Confused*).

565. 27 December 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Are Obama's National Security Polices Seem Washed in Political Expediency?*).

566. 27 December 2011, **WILS AM 1320**, Lansing, MI radio interview (topic: *Questions About How Long American Forces Will Remain in Afghanistan*).

567. 27 December 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Leadership of Obama in National Security is Confused*).

568. 27 December 2011, **WXKS AM 1200**, Boston, MA radio interview (topic: *Situation in Iraq and Afghanistan Reflect Lack of Firmness in National Security Vision of Obama Administration*).

569. 26 December 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Monetary Judgment Against Iran by US Court for Families of 9/11*).

570. 23 December 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *New York Court Awards Judgment to 9/11 Families Against Al-Qa'eda, Taliban, and Iran*).

571. 22 December 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Soldiers Charged in Suicide Death of Asian-American Soldier*).

572. 19 December 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Afghanistan, Iraq, and Egypt and Obama's Inconsistent National Security Policies*).

573. 19 December 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *New North Korean Leader Kim Jong Un and Red China Support*).

574. 19 December 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Death of North Korean Leader Kim Jong Il and Implications for the Future*).

575. 16 December 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic:  *Overview of Middle East and Terrorism Issues*).

576. 14 December 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iran Threatens to Close Oil Shipments to the Indian Ocean*).

577. 12 December 2011, **Investors Business Daily**, magazine article, pg. 1 (topic: *University of New Haven Maintains Database of Terror*).  Article can be read at: http://news.investors.com/Article/594325/201112091656/terror-database-kept-at-us-university.htm.

578. 8 December 2011, **WSBA AM 910**, York, PA radio interview (topic: *Congressional Hearing Slams Obama and DOD for Political Correctness in Dealing with Radical Islam in the Military*).

579. 8 December 2011, **KION AM 1460**, Salinas, CA radio interview (topic: *Obama's Refusal to Provide Leadership to Confront Radical Islam Attacks on Military*).

580. 8 December 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Congress Holds Joint Hearing on Radical Islam and Targeting the Military*).

581. 8 December 2011, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Congressman King Spearheads Investigation by Congress Regarding Radical Islam and the Military*).

582. 8 December 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *Congress Investigates Radical Islam Attacks on US Military and Obama's Lack of Seriousness in Response*).

583. 8 December 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Radical Islam Targets Military*).

584. 8 December 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration Under Fire for Lack of Focus on Radical Islam in the Military*).

585. 8 December 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Why Radical Islam is Downplayed by the Obama Administration*).

586. 8 December 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Senate and House Hold Joint Hearing on Islamic Terrorism Targeting the Military*).

587. 5 December 2011, **Rusty Humphries Show**, national radio interview (topic: *New Developments in Iran and Update on Pakistan Border Killings*).

588. 30 November 2011, **Austin American Statesman**, newspaper article (topic: Fort Hood Judge Declines to Step Down from Mass Murder Case).  The story can be read at Fort Hood judge declines to step down from mass shooting case Austin American-Statesman.

589. 30 November 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Senate Will Give Obama Expanded Detention Authority in the War on Terror*).

590.  28 November 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama Wars in Afghanistan and Iraq*).

591.  28 November 2011, **WNRP AM 1610**, Pensacola, FL radio interview (topic: *Firefight in Pakistan Leaves 24 Pakistani Troops Dead*).

592.  23 November 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Foreign Policy and Egypt's Spiral into Islamic Radicalism*).

593.  21 November 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Overview of Radical Islam*).

594.  21 November 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *FBI Involvement with Radical Islam Pimentel Plot to Conduct Terror Attack in New York*).

595.  21 November 2011, **Lars Larson Show**, national radio interview (topic: *Radical Islam Motivated Pimentel to Plot Terror Attack in New York*).

596.  21 November 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *New York Court Case Against Pimentel on Terror Charges*).

597.  21 November 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Pimentel Terror Plot was Motivated by Radical Islam*).

598.  21 November 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Radical Islam Served as Motivation Pimentel Plot to Conduct Terror Attack in New York*).

599.  20 November 2011, **Sonja Harris BLOG**, San Antonio TX (topic: *Obama the Schizophrenic and His War on Libya and Gaddafi*).

600.  14 November 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Foreign Policy and Iran*).

601.  11 November 2011, **Fredericksburg Standard**, newspaper article, pg. A 13 (topic: *Republican Women Meeting November 16 Features Professor Jeffrey Addicott*).

602.  10 November 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran and UN Efforts to Stop Nuclear Program*).

603.  10 November 2011, **WIOD AM 610**, Miami, FL radio interview (topic: *Iran and Obama Position on Nuclear Weapons*).

604.  8 November 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terror and Differences Between al-Qa'eda and Jihadist*).

605.  8 November 2011, **San Antonio Express-News**, newspaper article, pg. B 1 (topic: *Plot Suspect Now Facing Life Sentence*).

606.  7 November 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terrorist on Trial in Texas for Material Support Violation*).

607.  31 October 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Deaths of Americans in Afghanistan and Obama's Lack of Plan for Victory*).

608.  31 October 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Increased Violence on the Mexican Border and Obama Response*).

609.  27 October 2011, **Bandera County Courier**, newspaper article, pg. A 4 (topic: *Anwar al-Awlaqi and The Law of War*).

610.  26 October 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Trial of Major Hasan*).

611.  24 October 2011, **KMJ AM 580**, Fresno, CA radio interview (topic: *Iraq Withdrawal by Obama Demonstrates Misunderstanding of US National Security Interests*).

612.  24 October 2011, **WCMM AM 680**, Baltimore, MD radio interview (topic: *Iraq Early Withdrawal Signals Instability in Iraq and Middle East*).

613.  24 October 2011, **WAJR AM 1440**, Morgantown, WV radio interview (topic: *Obama's Last Minute Departure from Iraq is a National Security Disaster*).

614.  24 October 2011, **WHAM AM 1180**, Rochester, NY radio interview (topic: *Leaving Iraq in a Rush Sends the Wrong Signal to Iran*).

615.  24 October 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Obama's Withdrawal from Iraq is Not Wise*).

616.  24 October 2011, **KKFT FM 99.1**, Reno, NV radio interview (topic: *Military Withdrawal from Iraq Should Not be Based on Campaign Promises by Obama*).

617.  24 October 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Departure from Iraq a Sudden Shock to National Security*).

618.  24 October 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic: *White House Announces Withdrawal from Iraq*).

619.  24 October 2011, **WOAI Channel 4**, San Antonio, TX TV interview (topic: *Rapid Withdrawal in Iraq Spells National Security Problems for US*).

620.  22 October 2011, **San Antonio Express-News**, newspaper article, pg. B 1 (topic: *Local Reaction to Iraq Troop Withdrawal*).

621.  21 October 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Rebels Kill Qaddafi and the New Libya*).

622.  21 October 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Islamic Radical Take Over of Libya*).

623.  20 October 2011, **WOAI Channel 4**, San Antonio, TX TV interview (topic: *Radical Islam Influence in New Libya*).

624.  20 October 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Death of Qaddafi and the New Libya!*).

625.  20 October 2011, **Lars Larson Show**, national radio interview (topic: *Radical Islam and the Future of Libya after Qaddafi*).

626.  20 October 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Foreign Policy in Libya and Death of Qaddafi*).

627.  20 October 2011, **WOWO AM 1090**, Fort Wayne, IN radio interview (*With Qaddafi's Death the Specter of Radical Islam is Troubling*).

628.  20 October 2011, **WHLO AM 640**, Akron, OH radio interview (topic: *Death of Qaddafi and What Happens Next?)*

629.  20 October 2011, **WOAI Channel 4**, San Antonio, TX TV interview (topic: *Radical Islam Could Take Over Libya with Death of Qaddafi*).

630.  20 October 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *USA and Support to the Post-Qaddafi Libya*).

631.  20 October 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Killing of Qaddafi Will Spell New Troubles for Libya*).

632.  20 October 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Death of Libya's Qaddafi and Future of the New Libya*).

633.  20 October 2011, **WRCG AM 1420**, Columbus, GA radio interview (topic: *Killing of Qaddafi and Implications for the Rise of Radical Islam in Libya*).

634.  19 October 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Drug Cartel Link to Terror*).

635.  19 October 2011, **KVEO Channel 23**, Brownsville, TX TV interview (topic: *Designating Mexican Drug Cartels as Terror Organizations*).

636.  19 October 2011, **WOAI Channel 4**, San Antonio, TX TV interview (topic: *FBI Investigates Possible Terror Plot in San Antonio at Court House*).

637.  19 October 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *FBI Investigates Possible Terror Plot Attack in San Antonio*).

638.  18 October 2011, **The Super Lawyers Blog**, blog article (topic: *TIPS Conference Draws High-Powered Lineup*).

639.  15 October 2011, **San Antonio Express-News**, newspaper article, pg. B2 (topic: *Terror Plot Suspect Going on Trial in January*).  The article can be viewed in its entirety at:  http://www.mysanantonio.com/default/article/Terror-plot-suspect-going-on-trial-in-January-2218664.php.

640.  13 October 2011, **ABA TIPPS Conference Book**, Homeland Security 10 Years Later – How Innovation and Technology Have Changed the Approach to Homeland Security Since 9/11 Attack, pg. 1 (topic: *Cyber Security*).

641.  13 October 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Overview of Obama Foreign Policy Decisions in War on Terror*).

642.  13 October 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security Issues and Iranian Plot*).

643.  12 October 2011, **KSAT Channel 12**, San Antonio, TX TV interview (topic: *Iran and Foiled Terror Plot*).

644.  12 October 2011, **KVEO Channel 23**, Brownsville, TX TV interview (topic: *Iranian Terror Plot and US Response*).

645. 12 October 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Iranian Government was Behind Failed Terror Plot on US Soil*).

646. 12 October 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Abdo Plea Bargain for Islamic Radical Motivated Plot to Attack Fort Hood*).

647. 12 October 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iran Terror Attack and US Response*).

648. 11 October 2011, **KRGV Channel 5**, Rio Grande Valley TX TV interview (topic: *Mexican Drug Cartel Connection to Iran Terror Plot*).

649. 11 October 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Plot by Iran with Mexico Drug Connection*).

650. 11 October 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Iran Behind Terror Attack on US Soil?*).

651. 11 October 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Real Threat of Terror Attack in US Sponsored by Iran*).

652. 11 October 2011, **The Jurist**, Pittsburgh, PA online publication (topic: *Anwar al-Awlaqi and the Law of War*).  Article can be viewed in entirety at: http://jurist.org/forum/2011/10/jeffrey-addicott-al-awlaqi.php.

653. 8 October 2011, **San Antonio Express-News**, newspaper article, pg. 2B (topic: *Plea Deal Possible in Bomb-Plot Case*).  Article can be viewed in its entirety at: http://www.mysanantonio.com/news/military/article/Plea-deal-possible-in-bomb-plot-case-2208808.php.

654. 8 October 2011, **KLRP AM 930**, San Antonio, TX radio interview (topic: *Killing of Al-Awalki and the Law of War*).

655. 7 October 2011, **Insurance News Net**, online article (topic:  Homeland, Port Security in Seattle and Beyond is Focus of ABA Conference).  This article can be read in its entirety at: http://insurancewsnet.com/print.aspx?id=283021&type=newswires.

656. 7 October 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Tenth Anniversary of Start of Afghanistan War and Obama's Mishandling of the War*).

657. 7 October 2011, **Texas Senate District 18 Newsletter**, article, Fall 2011, pg. 1 (topic: *Our Speaker*).

658. 5 October 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Bioterrorism and Pandemic Diseases*).

659. 4 October 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Tenth Anniversary of Anthrax Terror Attack*).

660. 4 October 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Model Airplane Plot to Attack Pentagon was Inspired by Radical Islam*).

661. 3 October 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Targeted Killing of Al-Awalki is Lawful Under the Law of War*).

662. 3 October 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Drone Killing of Radical Islamic Cleric US Citizen is Lawful*).

663. 3 October 2011, **WZFG AM 1100**, Fargo, ND, radio interview (topic: *Death by Drone Strike for Al-Awalki Reflects Obama Confusion on Law of War*).

664. 3 October 2011, **WXKS AM 1200**, Boston, MA radio interview (topic: *Drone Kill of Al-Awalki and Obama's Confusion Regarding Enemy Combatants*).

665. 3 October 2011, **KWTX AM 1230**, Waco, TX radio interview (topic: *Death of Al-Awalki was Proper Under the Law of War and Self-defense*).

666. 3 October 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Seems Confused About Enemy Combatant Designation for Al-Awalki*).

667. 3 October 2011, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Al-Awalki Killed in Drone Strike Reveals Obama Confusion in War*).

668. 3 October 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *USA Drone Kill of Al-Awalki is Lawful*).

669. 3 October 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Death of Al-Awalki was a Good Kill*).

670. 3 October 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *American Radical Islam Cleric Killed in Drone Attack is Lawful*).

671. 30 September 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Killing of American born Radical Islam Cleric Anwar Al-Awlaki*).

672. 30 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Plot to Attack Pentagon by Radical Islamic Lone Wolf*).

673. 30 September 2011, **KXNT FM 100.5**, Las Vegas, NV radio interview (topic: *Radical Islam Terror Plot by Rezwan Ferdaus to Attack Pentagon with Model Airplane Bomb*)

674. 27 September 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Drug Cartel Violence Targets Journalists*).

675. 26 September 2011, **Lars Larson Show**, national radio interview (topic: *Muslim Brotherhood and Radical Government in Future Libya*).

676. 23 September 2011, **American Bar Association: Tort, Trial, & Insurance Practice (TIPS) Committee News,** magazine article, Fall 2011, pg. 3 (topic: *Cyber Security – Understanding the Basics*).

677. 22 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *The Continuing War on Terror*).

678. 22 September 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security and the Armed Forces*).

679. 20 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Formal Start of the War on Terror – Ten Years and Counting*).

680.  19 September 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Afghan Rescue Mission Behind the Medal of Honor for CPL Dakota Meyer*).

681.  19 September 2011, **WILS AM 1320**, Lansing, MI radio interview (topic: *General Blows Whistle on White House's Attempt to Alter Testimony Regarding Private Company Approval for 4G Technology*).

682.  19 September 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Did the White House Pressure General to Alter Testimony Regarding Private Company's 4G Technology?*).

683.  19 September 2011, **WPRO AM 630**, Providence, RI radio interview (topic: *Political Pressure on General to Alter Testimony to Congress Over Private Company's Approval of New 4G Technology*).

684.  19 September 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama Administration's Pressure on General to Alter Congressional Testimony on Private Company's Approval Process for 4G Technology*).

685.  19 September 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *Fast-Track Approval by Obama Administration for Private Company's New 4G Technology Called into Question by General's Testimony Before Congress*).

686.  19 September 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *Congress Investigates New Scandal from Obama Administration's Attempt to Influence Testimony of General Regarding Private Company's 4G Network Approval Process*).

687.  19 September 2011, **KKFT FM 99.1**, Reno, NV radio interview (topic: *Military General Asked by White House to Alter Testimony in Approval Process for 4G Technology*).

688.  19 September 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *Private Company's New 4G Technology and General's Testimony Before Congress About Pressure from the White House to Alter*).

689.  19 September 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Scandal Brewing over White House Pressure on General to Alter Testimony Regarding Private Company's Quest for Approval of 4G Technology*).

690.  19 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Ten Year Anniversary of President Bush's Address to Congress on the War on Terror*).

691.  19 September 2001, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Response to White House Attempt to Alter Testimony of General Regarding Private Company's Approval Process for 4G Technology*).

692.  16 September 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Medal of Honor for Marine in Afghan Rescue Reveals ROE Insanity*).

693.   14 September 2011, **Hill Country Community Journal**, newspaper article, pg. 1 (topic:  *Patriotism and Pride*).

694.   12 September 2011, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic:  *Leaving Iraq by End of 2011 is Against Military Request*).

695.   12 September 2011, **WFSX AM 1240**, Fort Meyers, FL radio interview (topic:  *Obama's Call to Leave Iraq is Wrong Decision*).

696.   12 September 2011, **WGST AM 640**, Atlanta, GA radio interview (topic:  *Obama's Rejection of War Powers Resolution is Correct, but Congress is Upset*).

697.   12 September 2011, **WXKS AM 1200**, Boston, MA radio interview (topic:  *Disaster Awaits in Wake of Obama Decision to Leave Iraq by End of 2011*).

698.   12 September 2011, **WOWO AM 1190**, Richmond, IN radio interview (topic:  *Obama's Decision to Depart Iraq Reflects Politics Rather than National Interest*).

699.   12 September 2011, **WPLZ FM 95.3**, Chattanooga, TN radio interview (topic:  *Strategic Sense is Lacking in Iraq Withdrawal of US Forces*).

700.   12 September 2011, **KMJ AM 580**, Fresno, CA, radio interview (topic:  *Military Perspectives on Obama's Order to Leave Iraq*).

701.   11 September 2011, **America Tonight with Kate Delaney**, national radio interview (topic:  *Tenth Anniversary of 9/11*).

702.   11 September 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Tenth Anniversary of 9/11 and Obama's Lack of Clarity on War*).

703.   11 September 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Tenth Anniversary of 9/11*).

704.   11 September 2011, **YNN**, Austin, TX TV interview (topic:  *Lessons from the Tenth Anniversary of 9/11*).

705.   11 September 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Tenth Anniversary of 9/11 and What it Means for the War on Terror*).

706.   10 September 2011, **Christian Science Monitor**, newspaper article contributed interview (topic:  *On Eve of 9/11, What Story is the Media Telling*?).

707.   10 September 2011, **The Boiling Point**, **KLRP AM 930**, San Antonio, TX radio interview (topic:  *The 9/11 Commission Report and Tenth Anniversary of 9/11*).

708.   9 September 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic:  *Survey of Status of Middle East and Tenth Anniversary of 9/11*).

709.   9 September 2011, **San Antonio Express-News**, newspaper article, pg. B 2 (topic:  *Meeting Eyes 9/11 Aftermath*).

710.   9 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Libya May Result in a Government Less Friendly to the US*).

711. 9 September 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Why the Administration Wants to Make Public* a So-Called *Plot to Attack New York and Washington by Al-Qa'eda*).

712. 8 September 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Fast and Furious and the Department of Justice Involvement*).

713. 8 September 2011, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic:  *Center for Terrorism Law Tenth Anniversary of 9/11 Conference*).

714. 8 September 2011, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Center for Terrorism Law's Tenth Anniversary of 9/11 Legal and Policy Conference*).

715. 8 September 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Center for Terrorism Law 9/11 Conference*).

716. 8 September 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Tenth Anniversary of 9/11 Conference*).

717. 8 September 2011, **KENS 5**, San Antonio, TX TV interview (topic:  *Center for Terrorism Law Tenth Anniversary of 9/11 Conference at St. Mary's University*).

718. 7 September 2011, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Obama's Decision to Withdraw from Iraq by End of 2011*).

719. 7 September 2011, **WZFG AM 1100**, Fargo, ND, radio interview (topic: *Withdrawal of 42,000 US Troops from Iraq Leaves Power Vacuum*).

720. 7 September 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Tenth Anniversary of 9/11 Conference*).

721. 7 September 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's Bad Decision to Leave Iraq by Year's End*).

722. 7 September 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *Obama's Unilateral Decision to Leave Iraq by End of 2011*).

723. 7 September 2011, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama Has No Idea What Will Happen in Iraq With US Forces Out*).

724. 7 September 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Drastic Reduction in Forces in Iraq Leaves Military Livid*).

725. 7 September 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Obama Refuses Advice of Top Military Regarding Troop Withdraw from Iraq*).

726. 7 September 2011, **KCOL, AM 600**, Willington, CO radio interview (topic: *US Departure from Iraq Leaves only 3,000*).

727. 7 September 2011, **KKFT, FM 99.1**, Reno, NV radio interview (topic: *Obama's Decision to Leave Iraq Might Spell Disaster to the New Iraqi Government*).

728. 7 September 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Killing and Chaos will Follow US Departure from Iraq*).

729. 6 September 2001, **San Antonio Express-News**, newspaper article, pg. A19 (topic: *Complexities of Terror Response*).

730. 1 September 2011, **Officer Review**, magazine article, pg. 17 (topic: *Addicott awarded the VADM Dyer Writing Excellence Award*).

731. 1 September 2011, **Managing Security Today**, magazine article, pg. 12 (topic: *Obama's Phased Withdrawal Spells America's Defeat in Afghanistan*).

732. 1 September 2011, **Officer Review**, magazine article, pg. 7 (topic: *Addicott's presentation to the National Convention of the MOWW*).

733. 1 September 2011, **Managing Security Today**, magazine article, pg. 33 (topic: *ASSIST Annual Convention*).

734. 31 August 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Fast and Furious Scandal Widens to Holder's Desk*).

735. 30 August 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Rebels in Libya Show Little Sign of Moderation*).

736. 30 August 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Libya Rebels Demand More NATO Help and Offer Little in Return*).

737. 30 August 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's War in Libya Will Result in Greater Hazards to US Interests*).

738. 30 August 2011, **WFLA AM 970**, Tampa Bay, FL radio interview (topic: *Qaddaffi is Gone and What Follows May be Worse for US Interests*).

739. 30 August 2011, **WTAM AM 1420**, Cleveland, OH ratio interview (topic: *What Happens Next in Libya?*).

740. 30 August 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Fast and Furious Scandal Gets Attention of Congress*).

741. 30 August 2011, **WPRO AM 630**, Providence, RI radio interview (topic: *Governing in Libya will Prove Wisdom of Driving Qaddaffi Out of Power*).

742. 28 August 2011, **KENS Channel 5**, San Antonio, TX TV interview (topic: *Libya and the Middle East*).

743. 26 August 2011, **Lars Larson Show**, national radio interview (topic: *Libya's Future*).

744. 25 August 2011, **Listserv of Robert Chesney**, University of Texas at Austin School of Law, regarding upcoming conference by Center for Terrorism Law. See jnslp.files.wordpress.com/.../proof-ctl_conference_brochure-0...

745. 24 August 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Tenth Anniversary of 9/11and Precautions for Islamic Terrorism in the U.S.*).

746. 23 August 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Libya and Obama's Plan to Assist in the "New" Government*).

747. 23 August 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Survey of Status of Middle East and the So-called "Arab Spring"*).

748. 22 August 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *What Happens Next in Libya?*).

749. 22 August 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Attack by Rebels on Tripoli Spells the End of Qaddaffi*).

750. 22 August 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Use of Force Causes Libya to Fall to the Rebels*).

751. 22 August 2011, **WXKS AM 1200**, Boston, MA radio interview (topic: *Issues of Power Vacuum in Libya Spell Trouble for the U.S.*).

752. 22 August 2011, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Libya Will Probably Fall to Radical Islam*).

753. 22 August 2011. **KTRH AM 740**, Houston, TX radio interview (topic: *Fifteenth Anniversary of Al-Qa'eda Declaration of War on the U.S.*).

754. 22 August 2011. **WREC AM 600**, Memphis, TN radio interview (topic: *American Policy Towards the New Libya*).

755. 22 August 2011, **WPLZ FM 95.3**, Chattanooga, TN radio interview (topic: *Goals in Libya to Remove Qaddaffi Apparently did not Include Thoughts About the Consequences*).

756. 22 August 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *What Next in Libya?*).

757. 22 August 2011. **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Libya Falls to the "Rebels"*).

758. 22 August 2011. **WPRO AM 630**, Providence, RI radio interview (topic: *Replacement Government in Libya will Oppose U.S. Interests*).

759. 22 August 2011, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Obama's Libya Policy Exhibits Strength and Weakness*).

760. 22 August 2011, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama Has Not Plan for a Post-Qaddaffi Relationship*).

761. 21 August 2011, **PODCAST**, American Bar Association's TIPS Disaster Preparedness and Response Initiative (topic: *Cyber Security – Terrorism, Crime, and Hostile States*). The PODCAST can be heard at the following blog: http://disasterpreparednessandresponse.blogspot.com/.

762. 19 August 2011, **KOKC AM 1520**, Oklahoma City, OK radio interview (topic: *Governor Rick Perry on National Security Issues*).

763. 19 August 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Rick Perry's National Security Positions*).

764. 18 August 2011, **WHFB AM 1060**, South Bend, IN radio interview (topic: *Lone Wolf Terrorism and Radical Islam*).

765. 18 August 2011, **WIND AM 560**, Chicago, IL radio interview (topic: *More Talk Regarding Lone Wolf Threat to USA*).

766. 18 August 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama Talk on Lone Wolf Terrorism*).

767. 18 August 2011, **WAJR AM 1440**, Albany, NY radio interview (topic: *Lone Wolf Terrorism and Obama's Remarks Don't Connect*).

768. 18 August 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama and Lone Wolf Terrorist Comments*).

769. 18 August 2011, **KCMO AM 710**, Kansas City, MO radio interview (*Lone Wolf Terrorism is Patterned in Radical Islam*).

770. 17 August 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *War Spending and the Military Industrial Complex*).

771. 9 August 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Taliban Shoot Down of American Aircraft*).

772. 8 August 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Policy Implications for Shoot Down in Afghanistan*).

773. 8 August 2011, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Deaths of American Rescue Attempt Causes Relook at Afghanistan War*).

774. 8 August 2011, **WAJR FM 95.9**, Morgantown, WV radio interview (topic: *Navy Seals Suffer Loss by Taliban RPG Attack*).

775. 8 August 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Attack by Taliban on Chinook Kills Navy SEALS*).

776. 8 August 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Taliban Attack on Navy SEALS Sends Shock Through the Military*).

777. 8 August 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Pentagon Confirms Shoot Down of American Chinook by Taliban*).

778. 8 August 2011, **WRCG AM 1420**, Columbus, GA radio interview (topic: *Potential for Taliban Propaganda in Wake of Chinook Shoot Down*).

779. 8 August 2011, **WHBC AM 1480**, Canton, OH radio interview (topic: *Tragic Loss of Navy SEALS in Afghanistan Combat*).

780. 8 August 2011, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Navy SEALS Suffer Huge Loss in Attack on Rescue Mission*).

781. 8 August 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Tragic Loss of US Troops in Chinook Shoot Down).*

782. 8 August 2011, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Firing on US Chinook Results in 30+ Casualties in Afghanistan*).

783. 8 August 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *22 Navy Seals Killed in Deadliest Attack in Afghanistan War*).

784. 8 August 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Navy SEALS Killed in Shoot Down of Chinook by Taliban*).

785. 8 August 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Taliban RPG Kills Navy SEALS and Others*).

786. 8 August 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Attack by Taliban Kills American Rescue Attempt*).

787. 8 August 2011, **WFLF AM 540**, Panama City, FL radio interview (topic: *Special Forces Killed in Taliban Shoot Down*).

788. 8 August 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Local Taliban Fight Leaves Over 30 Dead in Chinook Crash*).

789. 8 August 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Shoot Down of US Chinook in Afghanistan Kills Special Forces*).

790. 8 August 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Firing of Two Police Officers in Fort Hood 2009 Terror Attack*).

791. 8 August 2011, **Wall Street Journal**, newspaper article, page A1 (topic: *Elite Force Died in Bid to Save Comrades*).

792. 4 August 2011, **YNN**, Austin, TX TV interview (topic: *Abdo Terror Arrest at Fort Hood Reflects Radical Islam*). Interview can be viewed in its entirety at: http://austin.ynn.com/content/top_stories/279767/fort-hood-plot-suspect-s-case-headed-to-grand-jury?r=4265173277.

793. 4 August 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terror Plot at Fort Hood and Base Security*).

794. 1 August 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Terror Attack Suspect Hasan Continues to Receive Pay and Allowances in Pre-Trial*).

795. 1 August 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Abdo was Motivated by Radical Islam in Terror Plot at Fort Hood*).

796. 31 July 2011, **KENS 5**, San Antonio, TX TV interview (topic: *Arrest of Islamic Soldier in Terror Plot at Fort Hood*).

797. 29 July 2011, **KYNO AM 940**, Fresno, CA radio interview (topic: *Soldier Arrested in Terror Plot at Fort Hood was a Radical Muslim*).

798. 29 July 2011, **WIND AM 560**, Chicago, IL radio interview (topic: *Muslim Extremism Motivated Terror Plot at Fort Hood*).

799. 29 July 2011, **Helen Glover Show WHJJ AM 920**, Providence, RI radio interview (topic: *Plot at Fort Hood Motivated by Radical Islamic*).

800. 29 July 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Local Police Stop Islamic Terror Attack at Fort Hood*).

801. 29 July 2011, **KFAB AM 1110**, Omaha, NE radio interview (topic: *New Terror Plot at Fort Hood Stems from Radical Islam*).

802. 29 July 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Arrest of Suspect in Fort Hood Attack Plot was AWOL from Army*).

803. 29 July 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *New Plot at Fort Hood by Radical Islamic Soldier*).

804.  29 July 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Terror Plot Attack at Fort Hood was by Lone Wolf Radical Islam*).

805.  29 July 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *PVT Abdo Terror Plot at Fort Hood*).

806.  29 July 2011, **WFLF AM 540**, Panama City, FL radio interview (topic: *Islamic Terror Plot at Fort Hood*).

807.  29 July 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Terror Attack Plot at Fort Hood*).

808.  28 July 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *New Terror Plot at Fort Hood is Related to Radical Islam*).

809.  28 July 2011, **KENS Channel 5**, San Antonio, TX TV interview (topic: *Arrest of Islamic Soldier in Suspected Terror Plot at Fort Hood*).

810.  26 July 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Terror Attack in Norway and Lone Wolf Terrorism*).

811.  26 July 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Norway Terror Attack was Right Wing Terror Without a Pattern*).

812.  26 July 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Norway Terror Bombing Caused by Lone Wolf and Not Radical Islam*).

813.  26 July 2011, **WAJR AM 1440**, Albany, NY radio interview (topic: *Legal and Policy Implications of Norway Terror Attack*).

814.  26 July 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Terror Attack in Norway and Right Wing Terrorism*).

815.  22 July 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Norway Terror Bombing May be Radical Islam Inspired*).

816.  22 July 2011, **The Guetzloe Report**, WEUS AM, Orlando, FL radio interview (topic: *Update on the War on Terror and Norway Terror Bombing*).

817.  21 July 2011, **WXKS AM 1200**, Boston, MA radio interview (topic: *Legal Issues in Hasan Trial*).

818.  21 July 2011, **Boerne Star**, newspaper article, page 4 (topic: *Addicott to Speak at Boerne Tea Party on National Security*).

819.  21 July 2011, **KKFT FM 99.1**, Reno, NV radio interview (topic: *Hasan Trail by Military Court*).

820.  21 July 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hasan Trail by Military Court*).

821.  21 July, **Hill Country Weekly**, newspaper article, page 5 (topic: *Dr. Jeffrey Addicott to Speak on the Middle East*).

822.  21 July 2011, **WSJK AM 530**, Champagne, IL radio interview (topic: *Civilian Attorney Fired by Hasan*).

823.  21 July 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Islamic Terror Attack on Fort Hood by Hasan*).

824.  20 July 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic:  *Hasan Fires Civilian Attorney*).

825.  20 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Plea of Major Hasan in Fort Hood Murder Case*).

826.  20 July 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Fort Hood Murder Trial of Major Hasan*).

827.  18 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Indian Nationals Coming Illegally into the US via Central America and Mexico*).

828.  14 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Airport Security and DHS*).

829.  13 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Congressional Hearing on Airport Security*).

830.  12 July 2011, **Associated Security Services and Investigators of the State of Texas**, online article  (topic: *Obama's Phased Withdrawal Spells America's Defeat in Afghanistan*).  The article can be read in its entirety at: http://asisttexas.org.

831.  8 July 2011, **KURV AM 710**, McAllen, TX radio interview (topic:  *Radical Islam and Presence in Mexico*).

832.  8 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Fast and Furious Investigation by Congress and Attorney General Holder's Role*).

833.  7 July 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic:  *Radical Islam Considers Liquids Implanted in Human Body for Terror Attack*).

834.  7 July 2011, **WHAM AM 1180**, Rochester, NY radio interview (topic:  *Warning Regarding Liquids Implanted in Human Body for Terror Attack*).

835.  7 July 2011, **WSJK AM 530**, Champagne, IL radio interview (topic:  *DHS Warns of Plot to Use Body Cavity Bombs*).

836.  7 July 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic:  *Radical Islam and Body Cavity Bomb Plots*).

837.  7 July 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Death Penalty for Major Hasan in Fort Hood Murders*).

838.  6 July 2011, **KWEX Channel 41 -Univision**, San Antonio, TX TV interview (topic:  *Body Scanners and Civil Liberty Issues*).

839.  5 July 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Fast and Furious FBI Gun Program and DOJ Involvement*).

840.  30 June 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic:  *Update on the War on Terror*).

841.  29 June 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Department of Justice Gun Program in Mexico*).

842.  27 June 2011, **FOX NEWS Radio Buzz**, online article (topic: *Radio Buzz: House Battles Obama On U.S. Military Action in Libya/Bin Laden Phone Contained Contacts Linked to Pakistan Intel*). The article can be read in its entirety at: http://radio.foxnews.com/2011/06/27/radio-buzz-house-battles-obama-on-us-military-action-in-libya-bin-laden-phone-contained-contacts-linked-to-pakistan-intel/.

843.  27 June 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Obama's National Security Agenda in the Middle East*).

844.  27 June 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *War in Libya and Obama's Goals*).

845.  27 June 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama and Libya – Congress Has the Power of the Purse Only*).

846.  27 June 2011, **WPLZ FM 95.3**, Chattanooga, TN radio interview (topic: *No Clear Goals in Libya Causes Congress to Pass No Confidence Resolution*).

847.  27 June 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Libya War Upsets Congress*).

848.  27 June 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *Obama's Rejection of War Powers Resolution is Correct, but Congress is Upset*).

849.  27 June 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Libya and Afghanistan – War or Not?*).

850.  27 June 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Why Congress Voted Resolution to Disapprove of Obama's War in Libya*).

851.  27 June 2011, **WFLF AM 540**, Panama City, FL radio interview (topic: *Vote by Congress Rejecting Obama's Libya War*).

852.  27 June 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Military Replacing Mexican Police in Mexico*).

853.  24 June 2011, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Immigration Reform and National Security*).

854.  24 June 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *Obama's War in Afghanistan and Departure Strategy*).

855.  24 June 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Additional Troops in Afghanistan*).

856.  23 June 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama's Afghanistan Policy and Withdrawal of U.S. Troops*).

857.  23 June 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *President Obama's Speech on Afghanistan*).

858.  23 June 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Comments on President Obama's Afghanistan Strategy*).

859.  22 June 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama and Afghanistan*).

860.  22 June 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *President Obama's Piecemeal Withdrawal from Afghanistan*).

861.  22 June 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *President Obama's Speech Regarding Afghanistan*).

862.  22 June 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Pakistan and the War in Afghanistan*).

863.  21 June 2011, **San Diego Union-Tribune**, online article (topic: *High Profile Lawyers Join Somali Terror Support Case*).  The article can be read in its entirety at: http://www.signonsandiego.com/news/2011/jun/21/high-profile-lawyers-join-somali-terror-support-ca/.

864.  21 June 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Withdrawal of U.S. Forces from Afghanistan*).

865.  20 June 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *San Antonio Express News Editorial Regarding Libya*).

866.  17 June 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Kentucky Islamic Foreign Fighters to go to Federal Court*).

867.  17 June 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Radical Islam Foreign Fighters Arrested in Kentucky*).

868.  17 June 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Arrest of Suspicious Person Outside of Pentagon*).

869.  17 June 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *New Leadership in Al Qa'eda*).

870.  16 June 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *War Powers Resolution and Obama's War in Libya*).

871.  14 June 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *U.S. and National Security Interests Worldwide*).

872.  13 June 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of Right Wing Extremists*).

873.  10 June 2011, **FOX NEWS**, online article (topic: *Family of Suspect in Arkansas Military Center Shooting Says Government Knew He Was Dangerous*). The article can be read in its entirety at: http://politics.foxnews.mobi/quickPage.html?page=23877&content=52722649&pageNum=-1.

874.  10 June 2011, **Lars Larson Show**, national radio interview (topic: *New Combat in Yemen and Continuing Combat in Afghanistan, Iraq, and Libya*).

875.  9 June 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *American Combat in Yemen and Continuing U.S. Airstrikes in Libya*).

876.  6 June 2011, **Politifact**, online article (topic: *Chain Email Accuses Barack Obama of Hypocrisy in Raid on Osama bin Laden*). The article can be read in its

entirety at: http://www.politifact.com/truth-o-meter/statements/2011/jun/07/chain-email/chain-e-mail-accuses-barack-obama-hypocrisy-raid-o/.

877. 6 June 2011, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *Obama Needs to Announce Victory in Afghanistan*).

878. 2 June 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Mexican Drug Cartels and Oil*).

879. 2 June 2011, **WHLO AM 640**, Akron, OH radio interview (topic: *Cyber Warfare*).

880. 2 June 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *U.S. Warns Other Nations about Cyber as Act of War*).

881. 2 June 2011, **KPAY AM 1290**, Chico, CA radio interview (topic: *War and Cyber*).

882. 2 June 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Offense and Defense in Cyber Attacks in War*).

883. 2 June 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Pentagon Concludes Cyber can Qualify as War*).

884. 2 June 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Cyber Attacks and Warfare*).

885. 2 June 2011, **WTRC AM 1340**, South Bend, IN radio interview (topic: *U.S. Moving Towards New Cyber Strategy*).

886. 2 June 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Use of Force in Cyber War*).

887. 2 June 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Pentagon's Cyber Strategy*).

888. 2 June 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Cyber Attacks can Count as Acts of War*).

889. 1 June 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Military Commissions Trial for Khalid Sheikh Mohammed and Four Others*).

890. 31 May 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Renewal of the USA Patriot Act and Islamic Terror Cell in Kentucky*).

891. 27 May 2011, **FOX NEWS Radio**, national radio interview with Paul Pacelli (topic: *Reauthorization of the USA PATRIOT Act*)

892. 27 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Future War in Afghanistan*).

893. 26 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Future American Responses in the War on Terror*).

894. 26 May 2011, **Lars Larson Show**, national radio interview (topic: *Israel and Middle East Peace*).

895.  25 May 2011, **Washington Examiner**, online article (topic:  *Obama Seeks Broader Power to Combat Terrorism*). The article can be read in its entirety at: http://washingtonexaminer.com/politics/2011/05/obama-seeks-broader-power-combat-terrorism.

896.  24 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Palestinian Leader in Texas in Threat of Terrorism*).

897.  23 May 2011, **KIDO AM 580**, Boise, ID radio interview (topic:  *Obama's Position on Israel*).

898.  20 May 2011, **Leslie Marshall Show**, national radio interview (topic:  *New Leadership for Al-Qa'eda and Victory in Afghanistan*).

899.  20 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Obama Administration Cuts Terror Funding to Certain Cities*).

900.  20 May 2011, **KOA AM 850**, Denver, CO radio interview (topic:  *New Leadership for Al-Qa'eda*).

901.  19 May 2011, **Lone Star Legacy**, newsletter article, Vol. 8, Issue 5, Pg. 1 (topic:  *Terrorism Law Expert Our Luncheon Speaker May 19*).

902.  18 May 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic:  *Afghanistan and Al-Qa'eda*).

903.  18 May 2011, **KRGV 5**, Rio Grande Valley , TX TV interview (topic:  *Radical Islam Terror Cells Crossing from Mexico into the U.S.*).

904.  18 May 2011, **WPRO AM 630**, Providence, RI radio interview (topic:  *Replacement for Osama bin Laden*).

905.  17 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Obama Takes Credit for Bush Terror Policies*).

906.  17 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Bomb Threat Against the Queen of England's Visit to Ireland*).

907.  16 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Supreme Court Ruling in Rendition*).

908.  11 May 2011, **America Tonight with Kate Delaney**, national radio interview (topic:  *Killing of Osama bin Laden and Future of Al-Qa'eda*).

909.  11 May 2011, **The Janet Mefferd Show KWRD FM 100.7**, Dallas, TX radio interview (topic:  *Terrorist Group Setting up Operations Near Border*).

910.  8 May 2011, **KENS Channel 5**, San Antonio, TX TV interview (topic:  *Legal and Policy Issues in Killing Osama bin Laden*).

911.  8 May 2011, **KLRN Channel 29**, San Antonio, TX TV interview (topic:  *National Security Issues Regarding San Antonio*).

912.  7 May 2011, **Boiling Point - The Patriot 92.5 FM**, San Antonio, TX radio interview (topic:  *Taking Credit for Killing OBL and Future of War on Terror*).

913.  6 May 2011, **KLRN Channel 29**, San Antonio, TX TV interview (topic:  *National Security Issues Regarding San Antonio*).

914. 6 May 2011, **Leslie Marshall Show**, national radio interview (topic:  *War on Terror Continues).*

915. 6 May 2011, **KLRN 9 -PBS**, San Antonio, TX TV interview (topic:  *San Antonio and National Security*).

916. 5 May 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic:  *Legal Issues of Targeted Killing*).

917. 5 May 2011, **Longhorn Live Show 93.7 FM**, San Antonio, TX radio interview (topic:  *The Strategic Victory in the War on Terror).*

918. 5 May 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Legality of Killing Osama bin Laden*).

919. 5 May 2011, **Lars Larson Show**, national radio interview (topic:  *Death of Osama bin Laden*).

920. 4 May 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic:  *Killing of OBL and Future in War on Terror*).

921. 4 May 2011, **WNRP AM 600**, Pensacola, FL radio interview (topic:  *Obama Refuses to Release Osama bin Laden's Photo*).

922. 4 May 2011, **KURV AM 710**, McAllen, TX radio interview (topic:  *Osama Family Members in Texas*).

923. 4 May 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Releasing Photos of the Body of Osama bin Laden*).

924. 4 May 2011, **WFSX AM 1240**, Fort Meyers, FL radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

925. 3 May 2011, **San Antonio Express-News**, newspaper article, page A 9 (topic:  *Emotions Stirred for Vets, Kin*).  Text can be viewed in entirety at:  http://www.mysanantonio.com/default/article/Emotions-stirred-for-wounded-families-of-fallen-1362398.php.

926. 3 May 2011, **Round the Bases – Blog Talk Radio**, online radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

927. 3 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Releasing Photos of the Body of Osama bin Laden*).

928. 3 May 2011, **WTVN AM 610**, Columbus, OH radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

929. 3 May 2011, **KMOL AM 1200**, San Antonio, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

930. 3 May 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

931. 3 May 2011, **KIDO AM 580**, Boise, ID radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

932. 3 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

933.  2 May 2011, **WHO AM 1040**, Des Moines, IA radio interview with Simon Conway (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

934.  2 May 2011, **China Radio International "Today" Program**, international radio interview (topic:  *Osama bin Laden and the War on Terror).*

935.  2 May 2011, **KLUP AM 930**, San Antonio, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

936.  2 May 2011, **America Tonight with Kate Delaney**, national radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications).*

937.  2 May 2011, **KLIF AM 570**, Dallas, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

938.  2 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

939.  2 May 2011, **KOGO AM 600**, San Diego, CA radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

940.  2 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview with **Joe Paggs** (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

941.  2 May 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

942.  2 May 2011, **KENS 5**, San Antonio, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

943.  2 May 2011, **WOAI AM 1200**, San Antonio, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

944.  2 May 2011, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

945.  2 May 2011, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

946.  2 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

947.  2 May 2011, **KTRH AM 740**, Houston, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

948.  2 May 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

949.  2 May 2011, **KRGB 5**, McAllen, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

950.  2 May 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

951.  2 May 2011, **WGST AM 640**, Atlanta, GA radio interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

952.  2 May 2011, **KSAT Channel 12 -ABC**, San Antonio, TX TV interview (topic:  *Osama bin Laden Killed – Legal and Policy Implications*).

953. 2 May 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

954. 2 May 2011, **KENS Channel 5**, San Antonio, TX TV interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

955. 2 May 2011, **KABB Channel 29 -FOX**, San Antonio, TX TV interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

956. 2 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

957. 2 May 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

958. 2 May 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

959. 2 May 2011, **KPAY AM 1290**, Chico, CA radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

960. 2 May 2011, **WAJR AM 1440**, Albany, NY radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

961. 2 May 2011, **WGY AM 810**, Albany, NY radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

962. 2 May 2011, **KMJ AM 580**, Fresno, CA radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

963. 2 May 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

964. 2 May 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

965. 2 May 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

966. 2 May 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

967. 2 May 2011, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

968. 2 May 2011, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

969. 2 May 2011, **WLOB AM 23**, Portland, ME radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

970. 2 May 2011, **Bogotà, Colombia**, national radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

971. 2 May 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Osama bin Laden Killed – Legal and Policy Implications*).

972. 1 May 2011, **The Elephant Print**, newsletter article (topic: *Addicott on Terrorism*).

973. 28 April 2011, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Sentencing Issues in the Case of Ahmed Muhammed Dhakane*).

974. 28 April 2011, **KRGV 5**, Rio Grande Valley, TX TV interview (topic: *Threat of Terrorism Across the U.S. / Mexican Border*).

975. 26 April 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Middle East Turmoil and U.S. Policy*).

976. 25 April 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *Losing Strategy in Afghanistan*).

977. 25 April 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Drones in Libya*).

978. 25 April 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Libya and Rule of Law*).

979. 25 April 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *America is in the Lead in Libya, not NATO*).

980. 25 April 2011, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Afghanistan Strategy and Libya Use of Force*).

981. 25 April 2011, **WXKS AM 1200**, Boston, MA radio interview (topic: *Senator McCain's Remarks on Libya Reflect Confusion and Illegality over Use of Force*).

982. 25 April 2011, **WSBA AM 910**, York, PA radio interview (topic: *Illegal Use of Force in Libya*).

983. 25 April 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *U.S. Drones Attacking Libya*).

984. 25 April 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Obama's Military Companion in Libya*).

985. 21 April 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Obama Administration Providing 25 Million to Libyan Rebels*).

986. 20 April 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *TSA Screening Procedures Involving Children*).

987. 19 April 2011, **Stars and Stripes**, online newspaper article (topic: *Is Former Army Specialist Jasper Lake a Hero or a Fake?*). The article can be read in its entirety at http://www.stripes.com/blogs/the-rumor-doctor/the-rumor-doctor-1.104348/is-former-army-spc-jasper-lake-a-hero-or-fake-1.141468.

988. 19 April 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *Obama Policy on Use of Force*).

989. 12 April 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Will the New Terror Alert System be Effective?*).

990. 12 April 2011, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Crisis in the Middle East and Lack of Clear Responses from Obama*).

991.  12 April 2011, **KFAB AM 1110**, Omaha, NE radio interview (topic: *New Terror Alert System Goes into Effect at the End of April*).

992.  12 April 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Pakistan's Demand that Obama Stop the Use of Drone Attacks*).

993.  12 April 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *New Terror Alert System and Use of Social Networks*).

994.  12 April 2011, **WTVN AM 610**, Columbus, OH radio interview (topic: *Napolitano's New Terror Alert System Provides Unlimited Potential for Confusion*).

995.  12 April 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Social Network Use for Terror Alerts is Fraught with Danger*).

996.  12 April 2011, **WHBC AM 1480**, Canton, OH radio interview (topic: *Obama Administration to Use Facebook and Twitter to Issue Terror Alerts to the Public*).

997.  12 April 2011, **WECK AM 1230**, Buffalo, NY radio interview (topic: *Napolitano's New Terror Alert System May Prove Ineffective*).

998.  12 April 2011, **WGY AM 810**, Albany, NY radio interview (topic: *The Pros and Cons of the New Elevated and imminent Terror Alert System*).

999.  12 April 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *New Terror Alert System to Replace Color Coded Bush-era System*).

1000. 12 April 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Congressman Mike McCaul's Push to Include Terror as a Description of Mexican Drug Cartels is a Brilliant Idea*).

1001. 8 April 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran's Nuclear Ambitions Pose a Greater Security Threat to the US than Libya*).

1002. 6 April 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Comparisons Between Obama's Use of Military Force in Libya and the Ousting on Saddam Hussein in 2003*).

1003. 5 April 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Obama Adopts Bush Approach to War on Terror*).

1004. 4 April 2011, **FOX NEWS Radio**, national radio interview with Jeff Mudaso (topic: *Holder Repudiates Obama Policy on Trail of Al-Qa'eda Leaders in New York Federal Court*).

1005. 4 April 2011, **Australia Radio Network**, radio interview (topic: *Repudiation of Obama Policies on Detention and Military Commissions*).

1006. 4 April 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Khalid Shaikh Mohammed to be Tried by Military Commission at Guantanamo*).

1007. 4 April 2011, **KUHM FM 88.7**, Houston, TX radio interview (topic: *Burning of the Koran in Florida*).

1008. 31 March 2011, **The Janet Mefferd Show KWRD FM 100.7**, Dallas, TX radio interview (topic: *Developments is Libya*).

1009. 30 March 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's War in Libya – Legal or Not?*).

1010. 29 March 2011, **San Antonio Express News**, newspaper article, page A 10 (topic: *Military, Students Discuss Terrorism*).  Text can be viewed in entirety at: http://www.mysanantonio.com/news/military/article/Military-students-discuss-terrorism-1313248.php.

1011. 29 March 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Analysis of President Obama's Speech on Libya*).

1012. 28 March 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Turmoil in Syria and Libya).*

1013. 27 March 2011, **Connect Amarillo**, online article (topic: *Feds Think Man Aided Terror Suspects Through Texas*).  Text can be viewed in entirety at: http://www.connectamarillo.com/news/story.aspx?id=597902.

1014. 27 March 2011, **San Antonio Express News**, newspaper article, page A1 (topic: *Terrorists Might Be Among Us*).  Text can be viewed in entirety at: http://www.mysanantonio.com/news/article/Terrorists-might-be-among-us-1309155.php.

1015. 24 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Umar Abdulmutallab and a Houston Connection*).

1016. 24 March 2011, **Il Secolo XIX**, newspaper article, page A1 (topic: *USA Disinteressanti Al Comando? E Una Favola Della Casa Bianca*).  Text can be viewed in entirety at: http://rassegna.governo.it/rs_pdf/pdf/YGC/YGCK7.pdf.

1017. 23 March 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *American Entrance and Exit Strategy for Libya War*).

1018. 23 March 2011, **WSFX**, Fort Myers, FL radio interview (topic: *Obama Opens Up a Third Military Conflict in Libya*).

1019. 23 March 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *What is Happening in Libya War and Why Are There Conflicting Statements from the Obama Administration?*).

1020. 23 March 2011, **WHJJ AM 920**, Providence, RI radio interview (topic: *Assessing the Backlash to the U.S. Airstrikes in Libya*).

1021. 23 March 2011, **WSBA AM 910**, York, PA radio interview (topic: *Legal Issues Related to Libya War and the Real U.S. Goal*).

1022. 23 March 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Trying to Understand the U.S. Role in Libya No-Fly Authorization*).

1023. 23 March 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Libya War may be Illegal Under International Law if Expanded to Ground Troops*).

1024. 23 March 2011, **KPAY AM 1290**, Chico, CA radio interview (topic: *The War Powers Act and the War in Libya*).

1025. 23 March 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama and the War in Libya*).

1026. 23 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of Public and Anti-terrorism Assistance in Law Enforcement*).

1027. 22 March 2011, **Moot Points**, **Notes from the Sarita Kenedy East Law Library**, March/April, Issue 14, pg. 2, (topic: *Recent Faculty Publications*).

1028. 22 March 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Obama Administration Sends Confused Signals on Libya*).

1029. 22 March 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *U.S. Led Coalition in Libya has No Clear End Game*).

1030. 22 March 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Libya Strategy and Confusion as to Goal*).

1031. 21 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Future of the Libyan Conflict and U.S. Involvement*).

1032. 18 March 2011, **KOGO AM 600**, San Diego, CA radio interview (topic: *News Media Hype Over Radiation Impact on West Coast*).

1033. 18 March 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Nuclear Crisis in Japan and Impact in the U.S.*).

1034. 18 March 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Obama's Leadership Signals and Actions Regarding No Fly Zone in Libya*).

1035. 18 March 2011, **WECK AM 1230**, Buffalo, NY radio interview (topic: *American Procedures to Deal with Nuclear Disasters*).

1036. 18 March 2011, **WSBA AM 910**, York, PA radio interview (topic: *No Fly Zone Over Libya is Too Little Too Late*).

1037. 18 March 2011, **WERC AM 740**, Birmingham, AL radio interview (topic: *National Security and Nuclear Power Plants*).

1038. 18 March 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Obama Administration's Response to Japan's Nuclear Disaster*).

1039. 18 March 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *President Obama's Leadership on Libya Crisis*).

1040. 18 March 2011, **FOX NEWS Radio**, national radio interview with Rich Johnson (topic: *Comments on President Obama's Libya Speech*).

1041. 16 March 2011, **Hill Country Times**, online article (topic: *Expert on Terrorism Law to Speak*).

1042. 16 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *DOD Technology in Use on U.S./Mexico Border*).

1043. 15 March 2011, **Washington Examiner**, online newspaper article (topic: *Gates: Money May Talk in Averting a Diplomatic Crisis in Pakistan*). The

article can be read in its entirety at:
http://washingtonexaminer.com/news/world/2011/03/money-may-talk-averting-diplomatic-crisis-pakistan.

1044. 15 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Spread of Jihad Magazines*).

1045. 10 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Removing Oxygen Generators from Airplanes*).

1046. 10 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Tea Party Movement is Target of DHS for Monitoring*).

1047. 10 March 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *Congressman King's Hearings on Radical Islam*).

1048. 9 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *DHS Scrutiny on Activist Organization*).

1049. 7 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama Executive Order on Military Commissions*).

1050. 7 March 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Obama's Request from Libya for Lockerbie Bomber*).

1051. 4 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Fast Track Authorization for Visitors to the White House*).

1052. 3 March 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Murder of U.S. Soldiers in Frankfurt, Germany*).

1053. 2 March 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Worldwide Update on Terrorism*).

1054. 1 March 2011, **KNEW AM 910**, San Francisco, CA radio interview (topic: *The New Libya and American Influence*).

1055. 1 March 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *America is Finally Starting to Show Support for Libya Rebels*).

1056. 1 March 2011, **WRPW FM 92.9**, Normal, IL radio interview (topic: *The U.S. Needs to Show Concrete Support to the Opposition Forces in Libya*).

1057. 1 March 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Muammar Gaddafi's Terror Tactics and American Response*).

1058. 1 March 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Libya and U.S. Response*).

1059. 1 March 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic: *International Solutions in Libya will not Bear Fruit*).

1060. 1 March 2011, **WGY AM 810**, Albany, NY radio interview (topic: *Libya's Opposition Forces Need Support from America*).

1061. 1 March 2011, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Crisis in Libya Requires Firm Unilateral American Response*).

1062. 1 March 2011, **San Antonio Transportation Association**, newsletter article, Vol. 12, Issue 3, Pgs. 2-3 (topic: *Professor Jeffrey Addicott*).

1063. 1 March 2011, **The Bugle – Bulverde Area Republican Women**, newsletter article, Pg. 1 (topic: *Terrorism Law in the U.S.*).

1064. 28 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Continuing Crisis in Libya*).

1065. 26 February 2011, **Boiling Point - The Patriot 92.5 FM**, San Antonio, TX radio interview (topic: *Unrest in the Middle East*).

1066. 24 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Plot to Kill President Bush by Radical Extremist*).

1067. 24 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Saudi Arrested for Jihadist Terror Plot to Kill President Bush*).

1068. 24 February 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Radical Islam and the Future of Libya*).

1069. 22 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Somali Pirate Attacks*).

1070. 21 February 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Somali Pirates and Libya Protests*).

1071. 21 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Somali Pirate Attacks and Results*).

1072. 21 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Regime Meltdown in Libya and Ramifications for America*).

1073. 17 February 2011, **Washington Examiner**, Washington, DC online article (topic: *Gates: U.S. has no Plans for Holding, Trying bin Laden*). The article can be read in its entirety at: http://washingtonexaminer.com/news/world/2011/02/gates-us-has-no-plan-holding-trying-bin-laden.

1074. 17 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Questions Concerning the 2001 Anthrax Case*).

1075. 17 February 2011, **XMEX**, Mexico City, Mexico radio interview (topic: *Obama Administration's Approach to Border Security is Similar to Other Administrations*).

1076. 17 February 2011, **WSJK FM 93.5**, Champagne, IL radio interview (topic: *Drug Cartels Must be Confronted on a Large Scale*).

1077. 17 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Murder of U.S. ICE Officer in Mexico Underscores the Criminal Violence*).

1078. 17 February 2011, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Violence in Mexico is Escalating and U.S. Border is Not Secure*).

1079. 17 February 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *U.S. Support for Mexico in the Fight Against Drug Cartels*).

1080. 17 February 2011, **KLIF AM 570**, Dallas, TX radio interview (topic: *What Can be Done to Stop the Drug Cartels in Mexico?*).

1081. 17 February 2011, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Murder of U.S. ICE Officer and U.S. Response*).

1082. 17 February 2011, **WHJJ AM 920**, Providence, RI radio interview (topic: *Use of Violence in Mexico by Drug Cartel and Border Security*).

1083. 17 February 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Border Security and National Security*).

1084. 17 February 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *U.S. Response to Murder in Mexico by Drug Cartel*).

1085. 17 February 2011, **WTVN AM 610**, Columbus, OH radio interview (topic: *Drug Violence in Mexico*).

1086. 16 February 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Murder of ICE Agent in Mexico by Drug Cartel*).

1087. 16 February 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Obama Administration's Response to Murder of ICE Agent in Mexico*).

1088. 16 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Panel Finds No Conclusive Evidence to Identify Source of 2001 Anthrax Attacks*).

1089. 16 February 2011, **FAIR**, online article (topic: *Newsweek Defends Drones*). The article can be read in its entirety at: http://www.fair.org/index.php?page=4250.

1090. 14 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *State Department Supports Iranian Descent by Using Twitter*).

1091. 14 February 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Power Struggle in Egypt*).

1092. 11 February 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Egypt and Democracy - the Impact of the Muslim Brotherhood*).

1093. 11 February 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Mubarak Leaving Egypt and Influence of the Muslim Brotherhood*).

1094. 11 February 2011, **San Antonio Special Agent**, newsletter article, Vol. 4, Issue 6, Pgs. 1-3 (topic: *Addicott Blows Away Attendees with Presentation*).

1095. 11 February 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Mubarak's Departure from Egypt and the Muslim Brotherhood*).

1096. 10 February 2011, **FOX NEWS**, online article (topic: *Navy Officer in Hot Water for Retaliating Against Ensign After Anti-Gay Harassment Charge*). The article can be read in its entirety at: http://www.foxnews.com/us/2011/02/10/navy-ig-finds-officer-gave-subordinate-bad-review-retaliation-harassment/.

1097. 10 February 2011, **San Antonio Business Journal**, newspaper article (topic: *St. Mary's Terrorism Law Center Sponsoring Cyber Security Conference*). Text can be viewed in entirety at: http://www.bizjournals.com/sanantonio/news/2011/02/10/st-marys-terrorism-law-center.html.

1098. 10 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Mubarak Steps Down from Power in Egypt*).

1099. 10 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Senate and House Compromise on USA PATRIOT Act*).

1100. 10 February 2011, **PBS Frontline**, TV interview (topic: Afghanistan and Pakistan Drone Attacks by Obama).

1101. 9 February 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Renewal of USA PATRIOT Act*).

1102. 8 February 2011, **FOX KABB Channel 29**, San Antonio, TX TV interview (topic: *Showing of Film Iranium*).

1103. 4 February 2011, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *Chaos in Egypt and American Response*).

1104. 3 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Captain Dave Staffel Lecture on War in Afghanistan and Law of War*).

1105. 3 February 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Discussion of False Charges Against Special Forces Captain in Afghanistan*).

1106. 1 February 2011, **The Jewish Herald-Voice**, Houston, TX online article (topic: *Texas Firm Hosting Egyptian Islamist Websites*). The text can be read in its entirety at: jhvonline.com/texas-firm-hosting-egyptian-islamist-websites--p10484-96.htm.

1107. 1 February 2011, **KSEV AM 700**, Houston, TX radio interview with Sam Malone (topic: *Radicalization and the Egyptian Crisis*).

1108. 31 January 2011, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *The Future for Democracy in Egypt*).

1109. 31 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *TSA in Competition with the Private Sector for Airport Security*).

1110. 30 January 2011, **KENS 5**, San Antonio, TX TV interview (topic: *Turmoil in Egypt and the Trial Process of Hasan*).

1111. 28 January 2011, **The Janet Mefferd Show KWRD FM 100.7**, Dallas, TX radio interview (topic: *The Terror Trail of Major Hassan and Implications for Law and Policy*).

1112. 28 January 2011, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Terror Attack at Russian Airport*).

1113. 27 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Debate on Way Ahead on Hasan Murder Trial*).

1114. 27 January 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Murder of American Missionary in Mexico*).

1115. 26 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Why the Military Justice System is Taking so Long to Prosecute Hasan*).

1116. 26 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Path is Clear for Hasan to Stand Trial for Murders at Fort Hood*).

1117. 26 January 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Hasan is Found Competent to Stand Trial for Murder*).

1118. 26 January 2011, **San Antonio Express News**, newspaper article (topic: *Hasan Ruled Sane; Faces Capital Trial*).
http://www.mysanantonio.com/news/military/article/Hasan-ruled-sane-faces-capital-trial-977262.php.

1119. 25 January 2011, **The Cline Group**, San Antonio, TX press release (topic: *Iranium to Premiere in San Antonio Theater on February 8*).

1120. 21 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Update on the Hasan Murder Trial at Fort Hood*).

1121. 20 January 2011, **KSEV AM 700**, Houston, TX radio interview with Sam Malone (topic: *Dealing with Communist China – Engagement or Isolation?*).

1122. 19 January 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Obama's Policy for GITMO is Mired in Confusion*).

1123. 19 January 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *Guantanamo Bay and the War on Terror).*

1124. 18 January 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *Obama Still Has Not Closed GITMO as Promised - 2nd Anniversary*).

1125. 18 January 2011, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Securing the U.S. Border is Not a Priority for the Obama Administration*).

1126. 18 January 2011, **WRPW FM 92.9**, Normal, IL radio interview (topic: *SBInet Program Under Bush is Cancelled by Obama*).

1127. 18 January 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *No Administration Has Ever Come Close to Securing the U.S. Border*).

1128. 18 January 2011, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Napolitano's Failure to Secure the Border will Continue*).

1129. 18 January 2011, **KZRG AM 1310**, Champagne, IL radio interview (topic: *Technology Alone will Not Secure the Border*).

1130. 18 January 2011, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Obama Administration Proposes No New Ideas on How to Secure the U.S. Border*).

1131. 18 January 2011, **WREC AM 600**, Memphis, TN radio interview (topic: *Virtual Border Fence Cancelled After Cost of 700 Million*).

1132. 18 January 2011, **WFSX AM 1240**, Fort Meyers, FL radio interview (topic: *Napolitano Cancels Virtual Border Fence*).

1133. 18 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Second Year Anniversary of Obama's Desire to Close Gitmo*).

1134. 18 January 2011, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Napolitano and Border Security*).

1135. 17 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama Administration Political Appointees Review FOIA Requests*).

1136. 16 January 2011, **Alamo City Republican Women Newsletter**, San Antonio, TX newsletter article (topic: *Professor Addicott Remarks on Terrorism*).

1137. 14 January 2011, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Jared Lee Loughner*).

1138. 6 January 2011, **WRUF AM 850**, Albany, NY radio interview (topic: *Military Order Must be Maintained Within the Rank Structure*).

1139. 6 January 2011, **WGY AM 810**, Albany, NY radio interview (topic: *Officers Must Exhibit the Highest Leadership Qualities*).

1140. 6 January 2011, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Superiors of Captain Honors Should be Investigated for Possible Relief of Duty*).

1141. 6 January 2011, **WGST AM 640**, Atlanta, GA radio interview (topic: *Investigation into Commander of USS Enterprise Widens*).

1142. 6 January 2011, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Breakdown of Authority in the Military Always Leads to Problems*).

1143. 6 January 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Military Demands Leaders to Exhibit the Highest Moral Courage and Professionalism*).

1144. 6 January 2011, **WERC AM 740**, Birmingham, AL radio interview (topic: *Communist China Moves Ahead on New Weapons Systems*).

1145. 6 January 2011, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Allowing Homosexuals to Serve Openly in the Military Raises Serious Implementation Concerns for the Military Establishment*).

1146. 6 January 2011, **KURV AM 710**, McAllen, TX radio interview (topic: *All Military Officials with Knowledge of "Videos" Who Did Nothing to Navy Captain Should be Relieved*).

1147. 6 January 2011, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Good Order and Discipline in Military Demands Relief of Navy Commander of U.S. Warship*).

1148. 6 January 2011, **WHAS AM 84**, Louisville, KY radio interview (topic: *Relief of Commander of USS Enterprise*).

1149. 5 January 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *National Security in the Military*).

1150. 5 January 2011, **WIOD AM 610**, Miami, FL radio interview (topic: *Release of Captain Honors over Video Incident*).

1151. 4 January 2011, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *U.S. Navy Relieves Commander of Enterprises for Launching Video*).

1152. 4 January 2011, **KTRH AM 740**, Houston, TX radio interview (topic: *Review of Obama National Security Policies for 2010*).

1153. 3 January 2011, **KIDO AM 580**, Boise, ID radio interview (topic: *Overview of Obama Administration's Performance Regarding U.S. National Security*).

1154. 3 January 2011, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Military Discipline and U.S. Navy Officer's Production of Raunchy Video on USS Enterprise*).

1155. 3 January 2011, **MSNBC**, national TV interview with Thomas Roberts (topic: *Impact and Consequences of Navy Video Made by XO of USS Enterprise*).

1156. 3 January 2011, **America Tonight with Kate Delaney**, national radio interview (topic: *National Security Issues in 2010*).

1157. 1 January 2011, **The Jewish Journal**, newspaper article, pgs. 1A and 17A (topic: *Powerful Documentary "Iranium" to Premier in San Antonio*).

1158. 27 December 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama Afghanistan War Strategy is Doomed to Failure*).

1159. 27 December 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Radical Islam Responsible for String of Attacks Across Europe but Anarchist Group Takes Credit for Mail Bombs in Italy*).

1160. 27 December 2010, **WFLA AM 540**, Orlando, FL radio interview (topic: *Leftist Terror Group Responsible for Letter Bombs in Italy*).

1161. 27 December 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Terrorism is Still Dominated by Radical Islam with Latest Plot in Britain Broken Up*).

1162. 27 December 2010, **WHAS AM 84**, Louisville, KY radio interview (topic: *Bombings in Italy at Swiss and Chilean Embassies not Related to Radical Islam*).

1163. 27 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama Administration Policy Allows Trade with Iran Despite Terror State Designation*).

1164. 27 December 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Federation of Anarchy Attacks in Italy*).

1165. 24 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Grants Special Licenses to do Business with Iran*).

1166. 22 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Lack of Security Procedure at U.S.-Mexico Border*).

1167. 22 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of Bioterrorism by Al-Qaeda*).

1168. 21 December 2010, **Stars and Stripes**, online magazine article (topic: *Is Combat Experience Making Ranger School Unnecessary?*). The article can be read in its entirety at: http://www.stripes.com/news/is-combat-experience-making-ranger-school-unnecessary-1.129472.

1169. 20 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Moving the 9/11 Mosque in New York*).

1170. 20 December 2010, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *North Korea Aggression and Afghanistan War*).

1171. 20 December 2010, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *National Security and WikiLeaks*).

1172. 20 December 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Latest Military Flair Up with North Korea*).

1173. 19 December 2010, **The Commercial Appeal**, Memphis, TN online article (topic: *Is Memphis Police Department Complying with Court's Spy Order?*). The article can be read in its entirety at: http://www.commercialappeal.com/news/2010/dec/19/is-mpd-complying-with-spy-order/.

1174. 10 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Jihad and the Spread of Radical Islam*).

1175. 9 December 2010, **KVOL AM 1330**, Lafayette, LA radio interview (topic: *Radical Islamic Threat in the U.S.*).

1176. 6 December 2010, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *Continued Fall out over WikiLeaks*).

1177. 6 December 2010, **MSNBC**, national TV interview by Tamron Hall (topic: *FBI Informant at Islamic Center*).

1178. 3 December 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Should Obama Treat WikiLeaks as a Terrorist Organization?*).

1179. 1 December 2010, **Washington Times**, newspaper article, pg. A8 (topic: *Data-sharing Tool Exploited in Leaks*). The article can be read in its entirety at: http://www.washingtontimes.com/news/2010/nov/30/data-sharing-tools-exploited-in-leaks/.

1180. 30 November 2010, **KVOL AM 1330**, Lafayette, LA radio interview (topic: *Shutting Down WikiLeaks Site*).

1181. 29 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Potential Terrorist Attack by Mohamed Osman Mohamud*).

1182. 29 November 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *WikiLeaks Release*).

1183. 29 November 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *TSA and Security Issues*).

1184. 29 November 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Terrorism and National Security*).

1185. 29 November 2010, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Use of Technology to Stop Terror*).

1186. 29 November 2010, **KTLK FM 100.3**, Minneapolis, MN radio interview (topic: *TSA and Privacy Issues*).

1187. 29 November 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Obama Administration and Security in the Homeland*).

1188. 29 November 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Body Scanners and Airport Security*).

1189. 29 November 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *TSA Should Use Resources at all Mass Transit in the U.S.*).

1190. 29 November 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Body Scanners at Other Mass Transit Facilities*).

1191. 29 November 2010, **WZFG AM 1100**, Fargo, ND radio interview (topic: *Leaked State Department Documents Pose National Security Risks*).

1192. 29 November 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *North Korea's Escalation of Violence*).

1193. 29 November 2010, **Sirius XM Potus**, radio interview (topic: *Airport Security and TSA*).

1194. 29 November 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *National Security and North Korea*).

1195. 29 November 2010, **WTRC AM 1340**, South Bend, IN radio interview (topic: *TSA Body Scanners*).

1196. 29 November 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Obama's Use of Body Scanners is Not a Wise Use of Money*).

1197. 29 November 2010, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Airport Security*).

1198. 29 November 2010, **WOOD AM 1300**, Cedar Rapids, MI radio interview (topic: *TSA Body Scanners*).

1199. 27 November 2010, **San Antonio Express-News**, newspaper article (topic: *Issue of Just Who Can Legally Kill is Clouded*).  Article can be read in its entirety at: http://www.google.com/url?sa=X&q=http://www.mysanantonio.com/news/milit ary/article/Issue-of-just-who-can-legally-kill-is-clouded-836542.php&ct=ga&cad=CAcQARgAIAEoATAAOABAu8bn5wRIAVCcAVg AYgVlbi1VUw&cd=_ci5tcP21Rk&usg=AFQjCNEkr2bk_keftUzmCjsnHmP3A 6Thkw.

1200. 27 November 2010, **Portland Mercury**, online newspaper article (topic: *Familiar Script Emerges in Story About Terror Stings*). Article can be viewed in its entirety at: http://blogtown.portlandmercury.com/BlogtownPDX/archives/2010/11/27/familiar-script-emerges-in-stories-about-terror-stings.

1201. 26 November 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *North Korea, Iran, Turkey as Growing National Security Threats*).

1202. 26 November 2010, **WRVA AM 1140**, Richmond, VA radio interview (topic: *North Korea and National Security*).

1203. 26 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Border Security Requires More U.S. Troops*).

1204. 24 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *TSA and New Security Procedures at U.S. Airports*).

1205. 23 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Umar Abdulmutallab one Year Later*).

1206. 23 November 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Increased Hostilities Between North Korea and South Korea*).

1207. 22 November 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *Privacy Issues Regarding Airport Security*).

1208. 20 November 2010, **Richmond-Times Dispatch**, newspaper article (topic: *Plaintiff's Lawyers Search for North Korea's Money*). Article can be viewed in its entirety at: http://www2.timesdispatch.com/lifestyles/2010/nov/20/i-nkor1004-ar-663232/.

1209. 19 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Al-Qa'eda Enemy Combatant Ghailiani Demonstrates Obama Administration's Schizophrenic Policy in the War Against Al-Qa'eda*).

1210. 18 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Attack on Iranian Nuclear Infrastructure Could Produce Unintended Consequences*).

1211. 18 November 2010, **WNOX FM 100.3**, Knoxville, TN radio interview (topic: *Wiser Use of Funds for Airport Security Would Entail Intelligence Gathering*).

1212. 18 November 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *The Supreme Court will Ultimately Decide Legality of Full Body Scanners at Airports*).

1213. 18 November 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *How Much Security and How Little Privacy at Airports?*).

1214. 18 November 2010, **WNOX FM 100.3**, Knoxville, TN radio interview (topic: *Obama Administration Pushes the Envelope on Privacy Rights at Airports*).

1215. 18 November 2010, **KTLK FM 100.3**, Minneapolis, MN radio interview (topic: *Should the U.S. Adopt the Israeli Model for Airport Security?*).

1216. 18 November 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Privacy Rights v. Security Concerns at Airport*).

1217. 18 November 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Airport Security and Body Scanners*).

1218. 18 November 2010, **WHBC AM 1480**, Canton, OH radio interview (topic: *Fourth Amendment Privacy Rights Regarding Increased Screening at Airports*).

1219. 18 November 2010, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Obama Administration's Deployment of Full Body Scanners and Privacy Concerns*).

1220. 18 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Evaluating Increased Security at Airports*).

1221. 17 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Privacy Objections to Air Port Security Screening*).

1222. 16 November 2010, **FOX 7 KTBC**, Austin, TX TV interview (topic: *Airport Security Under Obama Administration*).

1223. 10 November 2010, **WGY AM 810**, Albany, NY radio interview (topic: *Possibilities Swirl Over Missile Sighting*).

1224. 10 November 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Issues of Border Security Renewed with Apparent Missile Launch*).

1225. 10 November 2010, **WREC AM 600**, Memphis, TN radio interview (topic: *Why Can't the Government Explain Object Filmed of California Coast?*).

1226. 10 November 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *Impact of Missile Mystery on National Security*).

1227. 10 November 2010, **WHAS AM 84**, Louisville, KY radio interview (topic: *Protecting the Homeland and NORTHCOM Missions*).

1228. 10 November 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Was the Object in the Sky a Missile or Jet?*).

1229. 10 November 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *How Real is a Threat of Missile Attack on U.S.?*).

1230. 10 November 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Government not Sure What Happened off Coast of California*).

1231. 10 November 2010, **WIND AM 560**, Chicago, IL radio interview (topic: *Terrorism and Use of Missiles*).

1232. 10 November 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Lack of Knowledge by U.S. Concerning Missile is Alarming*).

1233. 10 November 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Apparent Missile off California and DOD Response*).

1234. 10 November 2010, **KNRS AM 570**, Salt Lake City, UT radio interview (topic: *Threat of WMD Attack from Al-Qa'eda*).

1235. 9 November 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Ban on Air Cargo from Somalia and Yemen in Wake of Radical Islam Bomb Plot*).

1236. 8 November 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Drug Violence Continues in Juarez*).

1237. 5 November 2010, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *President Obama's Trip to Asia and Implications for National Security*).

1238. 5 November 2010, **FOX NEWS Radio 1620**, Pensacola, FL radio interview (topic: *One Year Anniversary of Radical Islam Hasan Murders at Fort Hood*).

1239. 4 November 2010, **Bartamaha**, online newspaper article (topic: *3 Men Charged In U.S. With Aiding Somali Terror Group Al-Shabaab*).  Article can be viewed in entirety at:  http://www.bartamaha.com/?p=37171.

1240. 1 November 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *UPS Bomb Plot from Yemen).*

1241. 1 November 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *San Antonio and Counterterrorism*).

1242. 1 November 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *UPS Bomb Plot from Yemen*).

1243. 1 November 2010, **Cordillera Ranch Living**, magazine article, Vol. 2, Issue 7, Pgs. 32-36 (topic: *Love, War and Terror*).

1244. 31 October 2010, **KENS 5**, San Antonio, TX TV interview (topic: *Terror Suspects Could Set Eyes on San Antonio Landmarks*).  Interview can be viewed in its entirety at:  http://www.kens5.com/news/-Terror-suspects-could-set-eyes-on-San-Antonios-landmarks-106424984.html.

1245. 30 October 2010, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic: *National Security Priorities for the U.S.*).

1246. 30 October 2010, **The Patriot 92.5 FM**, San Antonio, TX radio interview (topic: *National Security Challenges in the War on Terror*).

1247. 29 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Plots and Cargo Security*).

1248. 29 October 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Does New DHS Scanner Technology Violate Privacy?*).

1249. 29 October 2010, **KGO AM 88.5**, San Francisco, CA radio interview (topic: *Bomb Packages on Airlines*).

1250. 29 October 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Drug War Training Facility Proposed for Mexican Border in Southern California*).

1251. 28 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Radical Islam Terror Plot to Attack D.C. Subways*).

1252. 26 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran Getting Closer to Acquiring Nuclear Weapons*).

1253. 26 October 2010, **KNEW AM 910**, San Francisco, CA radio interview (topic: *DHS Use of Mobile Scanners May Violate Fourth Amendment Rights*).

1254. 26 October 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Does New DHS Scanner Technology Violate Privacy?*).

1255. 26 October 2010, **WFLA AM 540**, Tampa Bay, FL radio interview (topic*: Courts Determine Reasonable Expectation of Privacy*).

1256. 26 October 2010, **KXL AM 750**, Portland, OR radio interview (topic: *DHS Technology to Scan May Violate Privacy*).

1257. 26 October 2010, **WSBA AM 910**, York, PA radio interview (topic: *Public is Protected from Unreasonable Search*).

1258. 26 October 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *DHS Mobile Scanner May Violate Privacy Rights*).

1259. 26 October 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Privacy v. Increased Security under Obama Administration*).

1260. 26 October 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Privacy Concerns in Regards to DHS Mobile Scanners*).

1261. 25 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Debate on Airport Security with CATO Institute Fellow*).

1262. 22 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Airline Security and the Use of U.S. Marshalls*).

1263. 21 October 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Terror Tactics of Mexican Drug Gangs*).

1264. 19 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Pakistan's Cooperation in Finding Osama bin Laden*).

1265. 18 October 2010, **The Lou Rom Show KVOL AM 1330**, Lafayette, LA radio interview (topic: *Military Trial of Nidal Hassan for Murders at Fort Hood*).

1266. 18 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Whereabouts of Osama bin Laden?*).

1267. 12 October 2010, **FOX NEWS Radio**, national radio interview (topic: *Article 32 Hearing for Nidal Hassan and Implications for Due Process*).

1268. 12 October 2010, **FOX NEWS Radio 1620**, Pensacola, FL radio interview (topic: *Trial of Islamic Terrorist Nidal Hassan*).

1269. 8 October 2010, **FOX 7 - KTBC**, Austin, TX TV interview (topic: *Evaluating the U.S. War in Afghanistan*).

1270. 6 October 2010, **News 8**, Austin, TX TV interview (topic: *Terrorism Speech by Professor Addicott*).

1271. 6 October 2010, **FOX 7 - KTBC**, Austin, TX TV interview (topic: *Legal Challenges in the War on Terror*).

1272. 6 October 2010, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Global Developments in the War on Terror*).

1273. 5 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Crime on the Rise*).

1274. 5 October 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Murder of U.S. Citizen on Texas Border Lake and Implications for National Security*).

1275. 4 October 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Heightened Terror Alerts Worldwide*).

1276. 4 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Alert in Europe*).

1277. 3 October 2010, **Los Angeles Times**, online newspaper article (topic: *Plaintiffs' Attorneys Hunt for North Korea's Money*).  Article can be viewed in entirety at: http://www.latimes.com/news/nationworld/world/la-fg-north-korea-lawsuits-20101003,0,7187169.story.

1278. 1 October 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Mumbai-styled Terrorism Plot in Europe*).

1279. 1 October 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Federal Prosecutors in California Drop Criminal Charges Against Ahmadullah Niazi Regarding Ties to Islamic Terror Group*).

1280. 28 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of Eye Scanners on U.S. Mexican Border*).

1281. 28 September 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Use of Expanded Government Powers to Detect Terror Plots that Use Peer-Peer Communication Networks*).

1282. 28 September 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama Administration Requests Expanded Authority Over Peer-Peer Communications*).

1283. 28 September 2010, **WTRC AM 1340**, South Bend, IN radio interview (topic: *Peer-Peer Communications May Soon be Required to Respond Rapidly to Orders for Release of Content by Government*).

1284. 28 September 2010, **WHBC AM 1480**, Canton, OH radio interview (topic: *Debate Continues About Expansion of Government Powers in Cyberspace*).

1285. 28 September 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Obama's Request for Great Powers over Peer-Peer Communications Needs a Corresponding Increase in Government Competency to Process the Information*).

1286. 28 September 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Balance Between Civil Liberty and Increased Security is at Front of Obama's Request Regarding Peer-Peer Communications*).

1287. 28 September 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Will Congress Approve Obama Administration's Request for Greater Authority to Require Rapid Response in Peer-Peer Technologies?*).

1288. 28 September 2010, **WILS AM 1320**, Lansing, MI radio interview (topic: *Obama's Intrusion in Peer-Peer Communication in the Name of National Security*).

1289. 28 September 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Obama Administration's Desire to Mandate Rapid Response for Peer-Peer Communications to Release Orders*).

1290. 27 September 2010, **KVOL AM 1330**, Lafayette, LA radio interview (topic: *U.S. Soldiers in Afghanistan Charged with Murder*).

1291. 27 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Desire to Expand Electronic Surveillance*).

1292. 24 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Warfare Targeted Towards Iraq*).

1293. 23 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Cyber Security and Business*).

1294. 23 September 2010, **The Janet Mefferd Show KWRD FM 100.7**, Dallas, TX radio interview (topic: *Director of National Counterterrorism Center Statement to Senate Committee on Terror Threats to the Homeland*).

1295. 23 September 2010, **Lars Larson Show**, national radio interview (topic: *9th Obama's War in Afghanistan*).

1296. 22 September 2010, **The Wave**, Canyon Lake, TX newsletter article, Vol. 4, Ed. 4, Pg. 5 (topic: *Senior Leader Perspective: Jeffrey Addicott*).

1297. 22 September 2010, **San Antonio Express News**, newspaper article, pg. B1 (topic: *Terror-baby Theory Goes for a Wild Ride in Media*).

1298. 21 September 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Military Readiness is Key to a Strong Volunteer Army*).

1299. 21 September 2010, **KLIF AM 570**, Dallas, TX radio interview (topic: *Use of the Internet by Radical Islam*).

1300. 20 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Napolitano Refuses to Acknowledge Texas Governor's Request for Border Security*).

1301. 17 September 2010, **Texas Tribune**, TV mention (topic: *A Conversation with Debbie Riddle*). The segment can be viewed in entirety at: http://www.texastribune.org/texas-politics/texas-house-of-representatives/a-conversation-with-state-rep-debbie-riddle/.

1302. 17 September 2010, **CNN – Anderson Cooper 360**, national TV mention (topic: *Terror Babies*).

1303. 16 September 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Major Hasan's Article 32 Hearing in Fort Hood Shootings*).

1304. 16 September 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Parallels Between the Viet Nam War and the War in Afghanistan*).

1305. 15 September 2010, **The Times Herald**, online newspaper article (topic: *Rendell Releases Details of Anti-terror Monitoring*).  Article can be viewed in entirety at: http://www.timesherald.com/articles/2010/09/15/news/doc4c918eeacc3bd429453904.txt.

1306. 14 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Release of American Hiker in Iran and Federal Trial of Underwear Bomber*).

1307. 13 September 2010, **KGNS 8**, Laredo, TX TV interview (topic: *Border and Homeland Security Conference*).

1308. 12 September 2010, **KENS 5**, San Antonio, TX TV interview (topic: *Expert Mulls U.S. Take on Combating Terrorism*).  Interview can be seen in its entirety at: http://www.khou.com/news/San-Antonio-expert-mulls-US-take-on-combating-terrorism-102737399.html.

1309. 10 September 2010, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *The War on Terror Continues*).

1310. 10 September 2010, **Lars Larson Show**, national radio interview (topic: *9th Anniversary of 9/11*).

1311. 10 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Does the Koran Burning Contribute to Terrorism?*).

1312. 10 September 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *9th Anniversary of 9/11*).

1313. 8 September 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Pastor Should Employ Other Methods to Protest Attacks by Radical Islam*).

1314. 8 September 2010, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Obama Administration Should Ignore the Koran Burning Set for 9/11 Anniversary*).

1315. 8 September 2010, **KXL AM 750**, Portland, OR radio interview (topic: *Burning of Any Religious Symbol is Offensive and the Proposed Burning of the Koran is Fundamentally Wrong*).

1316. 8 September 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *Koran Burner in Florida Sends the Wrong Signal to Our Enemies*).

1317. 8 September 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Giving Publicity to Koran Burner will Harm War Effort and Blur American Freedom of Tolerance*).

1318. 8 September 2010, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Obama Administration Should Downplay the Proposed Burning of Koran on 9/11*).

1319. 8 September 2010, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Burning of Koran is Offensive to Christian Doctrine as Well as Religious Tolerance*).

1320. 8 September 2010, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Warnings that Koran Burning Will Stir Additional Violence in Afghanistan Blurs Facts of Confused Strategy by Obama Administration*).

1321. 8 September 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Constitution Protects Right to Burn Koran Just as it Protects the Right to Build a Mosque at 9/11 Site*).

1322. 8 September 2010, **WECK AM 1230**, Buffalo, NY radio interview (topic: *Freedom of Speech Protects Koran Burning Despite Negative Implications*).

1323. 8 September 2010, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Radical Islam Will Use Koran Burning as Excuse for Violence*).

1324. 8 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Media and Obama Administration Should Ignore Koran Burning on 9/11 Anniversary*).

1325. 8 September 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Koran Burning in Florida Fuels Radical Islam*).

1326. 8 September 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Koran Burning in Florida Endangers American Forces*).

1327. 7 September 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Ninth Anniversary of 9/11*).

1328. 7 September 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Al-Qa'eda in Yemen and Pakistan*).

1329. 1 September 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama's Iraq Speech Did Not Acknowledge the Success of the Bush Surge and SOFA Arrangement on Withdrawal of U.S. Forces*).

1330. 1 September 2010, **WCBM 680**, Baltimore, MD radio interview (topic*: President Obama's Address to the Nation on Iraq Signaled Confusion*).

1331. 1 September 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *The Detention of Two Yemen Nationals on Flight to Amsterdam was Justified*).

1332. 1 September 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Terrorist Still Target U.S. Aircraft and Security Requires Awareness of the Threat of Radical Islam*).

1333. 1 September 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Homeland Security Requires Analysis of Profile Indicators to Avert Terrorism*).

1334. 1 September 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *The Facts Related to Two Terrorism Suspects from Yemen*).

1335. 1 September 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *President Obama's Iraq Speech and Implications for the Future in Iraq*).

1336. 1 September 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Avoiding a Terror Attack Requires Profiling Behavior*).

1337. 1 September 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Terrorist Suspects Detained in Amsterdam*).

1338. 1 September 2010, **Center for Infrastructure Protection and Homeland Security**, newsletter article, Vol. 9 No. 3, pgs. 13-14 (topic: *Border Security: Legal and Policy Issues Require Detailed Study*).

1339. 1 September 2010, **Managing Security Today**, magazine article, pgs. 19-20 (topic: *Calls for National Identity Card to Halt Illegal Immigration*).

1340. 31 August 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Suspicious Behavior of Two Muslim Men on Air Flight May or May Not Lead to Arrest*).

1341. 31 August 2010, **KLRD AM 1080**, Dallas, TX radio interview (topic: *Arrest of Two Islamic Terror Suspects Aboard Flight to Europe from U.S.*).

1342. 31 August 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *National Security and the U.S./Mexican Border*).

1343. 26 August 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *CIAs Concern Regarding Al-Qa'eda in Yemen*).

1344. 25 August 2010, **Lars Larson Show**, national radio interview (topic: *Cyber Security Issues in the Military*).

1345. 25 August 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *Future for the War in Afghanistan and National Security in the War on Terror).*

1346. 24 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism in Pakistan*).

1347. 23 August 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Wisdom of Building an Islamic Mosque at Ground Zero*).

1348. 23 August 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Radical Islam Will Promote the New Mosque at Ground Zero as a "Victory for Islam" in the War on Terror*).

1349. 23 August 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Protests at Site of Proposed Mosque at Ground Zero and Consequences to National Security for Building the Mosque*).

1350. 23 August 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Debate Continues Regarding the Impact of Building an Islamic Mosque at Ground Zero*).

1351. 23 August 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Questions About Funding and Motive Go Answered About Building a Mosque Next to the Site of 9/11*).

1352. 23 August 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Those Wanting to Build a Mosque at Ground Zero Provide a Propaganda Tool to Radical Islam*).

1353. 23 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Erecting an Islamic Mosque at Ground Zero Plays Directly into the Hands of Radical Islam*).

1354. 23 August 2010, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Americans Protest Efforts to Build a Mosque at Ground Zero*).

1355. 23 August 2010, **WMNC AM 95.3**, South Bend, IN radio interview (topic: *Wisdom of Building an Islamic Mosque at Ground Zero*).

1356. 17 August 2010, **Richard Dixon Show WAPI FM 100**, Birmingham, AL radio interview (topic: *War on Terror and Conditions in Iraq and Afghanistan*).

1357. 17 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of Lithium Batteries to Create Terror on Airlines*).

1358. 16 August 2010, **Lars Larson Show**, national radio interview (topic: *Debating the Wisdom of Building the Islamic Mosque at Ground Zero in New York City*).

1359. 16 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *How Can Iran Be Stopped from Acquiring Nuclear Weapons?*).

1360. 13 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Russia and the Iranian Nuclear Program*).

1361. 11 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Military Commissions Trail of Khadr and the Future of Military Commissions*).

1362. 10 August 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Military Commissions Trial of Omar Khadr Gets Underway After Obama Delay*).

1363. 10 August 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *How Politics Has Delayed Military Commissions Trials and How to Speed up the Process*).

1364. 10 August 2010, **KFTK AM 971**, St. Louis, MO radio interview (topic: *Military Commissions Trial of Omar Khadr and Politics of Propaganda*).

1365. 10 August 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Khadr Military Commissions Trial is Perfectly Lawful and Appropriate*).

1366. 10 August 2010, **WXKS AM 1200**, Boston, MA radio interview (topic: *Military Commissions Trial of Omar Khadr Begins After Judge Rules that Confessions Will Not be Excluded*).

1367. 10 August 2010, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Obama Policy on Military Commissions Created Unnecessary Delay and Confusion at GITMO*).

1368. 10 August 2010, **WSBA AM 910**, York, PA radio interview (topic: *Legal Framework for Military Commissions Process*).

1369. 10 August 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Military Commissions Under the Obama Administration*).

1370. 6 August 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *The Threat to the U.S. Posed by American Members of Al-Shabaab*).

1371. 6 August 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Taking Real Action Against Al-Shabaab May Require Designation as Enemy Combatants*).

1372. 6 August 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Omer Hamammi and the 18 Other Members of Al-Shabaab Targeted by the U.S.*).

1373. 6 August 2010, **KFTK FM 97.1**, St. Louis, MO radio interview (topic: *Al-Shabaab and the Threat to U.S. National Security*).

1374. 6 August 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Obama Should Ask the United Nations to Designate Al-Shabaab as a Terrorist Organization*).

1375. 6 August 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *How to Win the War in Afghanistan*).

1376. 6 August 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Somali Americans and Al-Shabaab*).

1377. 6 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *American Somali Members of Al-Qa'eda Group Al-Shabaab*).

1378. 5 August 2010, **Lars Larson Show**, national radio interview (topic: *Obama Administration and Response to Terror Group Al-Shabaab*).

1379. 5 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Using Postal Workers as First Responders in Emergencies*).

1380. 4 August 2010, **MSNBC**, national TV interview with Cenk Uygur (topic: *Debate with ACLU Concerning President Obama's Increased Security Measures in the War on Terror*).

1381. 3 August 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *The Use of U.S. Postal Workers to Distribute Medical Supplies*).

1382. 2 August 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *National Security and the Mexican Border*).

1383. 1 August 2010, **Terrorism Research Initiative**, book review, Vol. IV, Issue 3, pgs. 69-70 (topic: *Perspectives on Terrorism*).  Text can be viewed in entirety at: http://www.terrorismanalysts.com/pt/index.php?option=com_rokzine&view=article&id=123.

1384. 28 July 2010, **FOX NEWS**, online article (topic: *Somali Extremists Who Raided U.N. Offices Not Considered Terror Group*). The article can be read in

its entirety at: http://stopwfpcorruption.blogspot.com/2010/08/somali-extremists-who-raided-un-offices.html.

1385. 28 July 2010, **The Trentonian**, online article (topic: *Few Batting Eyes at Obama's Deadly Drone Policy*). Text can be viewed in entirety at: http://www.trentonian.com/articles/2010/07/28/opinion/doc4c50f55db659a777910565.txt.

1386. 28 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *National Security and the Arizona Immigration Law*).

1387. 28 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Implications of Leaked DOD Documents for War in Afghanistan*).

1388. 28 July 2010, **MSNBC**, national TV interview with Chris Jansing (topic: *Legal and Policy Implications of Wikileak Classified Documents Release Concerning Afghanistan*).

1389. 27 July 2010, **KVOL AM 1330**, Lafayette, LA radio interview (topic: *Implications of Unauthorized DOD Released Documents on War in Afghanistan*).

1390. 27 July 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *The War in Afghanistan is a Propaganda War and the U.S. Must Win on Both Fronts*).

1391. 27 July 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Political Implications of Unauthorized DOD Released Documents on War in Afghanistan*).

1392. 27 July 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama Administration Attempts to Cope with Leaked DOD Documents Concerning Afghan War*).

1393. 27 July 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *New Reality of Cyber Security Hits Home with Release of Hacked DOD Documents from Afghan War*).

1394. 27 July 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *DOD Classified Documents Reveal Lack of Support from Pakistan in War in Afghanistan*).

1395. 27 July 2010, **WTLK AM 100.3**, Minneapolis, MN radio interview (topic: *Cyber Security Remains a Problem for U.S. as Additional Classified DOD Documents Come to Surface*).

1396. 27 July 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Classified DOD Information Concerning Afghan War is a Propaganda Tool for U.S. Enemies*).

1397. 27 July 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Victory in Afghanistan Demands Taking the War to the Al-Qa'eda in Western Pakistan*).

1398. 27 July 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Cyber Security Needs Better Scrutiny in Wake of Classified Afghan War Document Release*).

1399. 27 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Civilian Casualties in Afghan War and Pakistan Support to Taliban Emerge from Classified Documents*).

1400. 27 July 2010, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Propaganda Value of Hacked Classified Documents Harms American War Efforts in Afghan War*).

1401. 27 July 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Release of Classified Information Harms U.S. War Efforts in Afghanistan*).

1402. 27 July 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Policy Implications of Hacked Classified Documents Related to Afghan War*).

1403. 26 July 2010, **Pat Campbell Show KFAQ AM 1170**, Tulsa, OK radio interview (topic: *DOD Response to Cyber Security Breaches by Army Insider*).

1404. 26 July 2010, **Lars Larson Show**, national radio interview (topic: *Cyber Security Leaks and Implications for Afghan War*).

1405. 26 July 2010, **Computer World**, online article (topic: *Next Step for WikiLeaks: Crowdsourcing Classified Data*). Text can be viewed in entirety at: http://www.computerworld.com/s/article/9179696/Next_step_for_WikiLeaks_Crowdsourcing_classified_data.

1406. 26 July 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Two Missing Navy Personnel in Afghanistan; 9,000 Classified Documents Released*).

1407. 21 July 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Implications Regarding Lockerbie Terrorist to Libya*).

1408. 19 July 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Are the Mexican Drug Gangs Using Radical Islam Tactics in Terror Bombings?*).

1409. 15 July 2010, **The Gonzales Cannon**, Gonzales, TX newspaper article (topic: *Terrorism Law Expert Speaks to Large Crowd of Lavaca/Dewitt Citizens*). http://www.gonzalescannon.com/yoakum/story/2010/07/terrorism-law-expert-speaks-large-crowd-lavacadewitt-citizens.

1410. 13 July 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *Uganda Terror Attacks by Al-Shabaab and Implications for the War on Terror*).

1411. 13 July 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Radical Islamic Attacks in Uganda and Threat to the United States*).

1412. 13 July 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Suicide Attack in Uganda was Work of Al-Qa'eda Group Al-Shabaab*).

1413. 13 July 2010, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Growing Threat of Al-Shabaab Terror Group in Africa and Links to the United States*).

1414. 13 July 2010, **KXL AM 750**, Portland, OR radio interview (topic: *U.S. Policy to Combat Al-Shabaab is Confused*).

1415. 13 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Was the Al-Qa'eda Group Attack in Uganda a Secondary Target to the World Cup?*).

1416. 13 July 2010, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Al-Shabaab Attack in Uganda Underscores the Reach of Radical Islam in Africa*).

1417. 13 July 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Terror Attack by Al-Qa'eda Kills 74*).

1418. 12 July 2010, **Lars Larson Show**, national radio interview (topic: *Al-Shabaab as Al-Qa'eda Terror Group and Obama Administration Response*).

1419. 12 July 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Arrest of Hezbollah Terrorist in Mexico and Border Security*).

1420. 12 July 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Google's Street Map and Privacy Concerns About Unprotected Networks*).

1421. 12 July 2010, **WMT AM 600**, Cedar Rapids, IA radio interview (topic: *Will Congress Hold Hearing Regarding Allegations that Google Intentionally Collected Private Data as a Result of Street Map Program?*).

1422. 12 July 2010, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Using Unsecured Wireless Networks Opens the Door to Privacy Issues*).

1423. 12 July 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Situation Update in Afghanistan; Google's Collection of Private Data as Mistake in Program*).

1424. 12 July 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Google Admits that Inadvertent Collection of Private Data Collection Did Occur in Street Map Project*).

1425. 12 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Wire-tapping or Unintentional Collection of Private Data by Google's Street Map Project?*).

1426. 12 July 2010, **WSBA AM 910**, York, PA radio interview (topic: *Transmissions Over Unsecured Wireless Networks vs. Privacy Rights Constitutes the Real Story Behind Google's Street Map Project Alleged Collection of Private Data by Google's Street Map Project*).

1427. 12 July 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Allegations That Google Engaged in "Spying" in Relation to Street Map Project*).

1428. 9 July 2010, **FOX NEWS**, online article (topic: *'No Credible Information' of Hezbollah Along Mexican Border, Says DHS*). The article can be read in its

entirety at: http://www.foxnews.com/world/2010/07/12/hezbollah-arrest-mexico-lawmakers-terror-analysts-worried/.

1429. 8 July 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Military Commission Finally Up and Running After Obama Halt – Ibrahim Qosi Pleads Guilty at GITMO; Major Al-Qa'eda Leader Indicted in New York for 2009 Plot*).

1430. 8 July 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *Radical Islam Threat to the United States; Cyber Spy Program Aims to Gather Information on Private Industry Cyber Attacks*).

1431. 8 July 2010, **WNYM AM 970**, New York, NY radio interview (topic: *Ja'far the Pilot Emerges as Top Al-Qa'eda Planner; Ibrahim Ahmend Mahmoud al Qosi Pleads Guilty at First Military Commissions Trail Under Obama*).

1432. 8 July 2010, **WINI 1420**, Murphysboro, IL radio interview (topic: *Adan el Shukrijumah is Charged with 2009 New York Plot and Suspected of Planning 2006 and 2009 Attacks in Britain*).

1433. 8 July 2010, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Threat of Al-Qa'eda Continues to Dominate and Obama Administration Fails to Develop a Clear Legal Avenue to Process Enemy Combatants*).

1434. 8 July 2010, **Hill Country Weekly**, newspaper article, pg. 15 (topic: *Tea Served Steaming Hot July Fourth by Local Patriots*).

1435. 6 July 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Courts-Martial Charges Against U.S. Soldier, Bradley Manning*).

1436. 6 July 2010, **MSNBC**, national TV interview with Chris Jansing (topic: *U.S. Soldier, Bradley Manning, Charged with Illegally Accessing Classified DOD and State Department Documents and Downloading and Passing to Third Party*).

1437. 1 July 2010, **The Boerne Star**, newspaper article (topic: *Tea Party Patriots Gather for Independence Day*).

1438. 1 July 2010, **Hill Country Weekly**, newspaper article, pg. 16 (topic: *Boerne Tea Party Patriots Host Independence Day Celebration*).

1439. 30 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *What To Do With the Ten Russian Spies*).

1440. 30 June 2010, **The Jurist**, online debate (topic: *Pittsburgh Debate with President of the ACLU on Terrorism and the Law*). Text can be viewed in entirety at: http://jurist.org/dateline/2010/06/pittsburgh-terrorism-and-the-law.php.

1441. 28 June 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama's War in Afghanistan*).

1442. 24 June 2010, **WIND AM 560**, Chicago, IL radio interview (topic: *The Clock is Running Out of Time for Winning in Afghanistan Which is Now the Longest War in American History*).

1443. 24 June 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Obama's Leadership is Questioned by Many in the Military and Lead to the Firing of Two General Officers in Afghanistan*).

1444. 24 June 2010, **WREC AM 600**, Memphis, TN radio interview (topic: *Afghanistan and Vietnam Have Tragic Similarities Resulting in Increased Frustration in the Military*).

1445. 24 June 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Why Did Obama Fire General McChrystal?*).

1446. 24 June 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Obama Strategy in Afghanistan is Confused and Disoriented to Historical Lessons on Warfare*).

1447. 24 June 2010, **WPTI FM 94.5**, Greensborough, NC radio interview (topic: *There is No Substitute for Military Victory in Afghanistan*).

1448. 24 June 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Longest War in U.S. History id Fought Without Clear Focus or Definition of Victory*).

1449. 24 June 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *With Appointment of Petraeus, a Third General Tries his Hand in Afghanistan Under Impossible Military Conditions for Victory*).

1450. 24 June 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *McChrystal's Conduct Demanded that President Obama Fire Him, but Obama's War in Afghanistan has no Clear Vision*).

1451. 24 June 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Two Top Generals Fired by Obama in Afghanistan Within the Past Year*).

1452. 24 June 2010, **KOA AM 850**, Denver, CO radio interview (topic: *Analysis of the Firing of General McChrystal and Hiring of General Petraeus*).

1453. 23 June 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama's Afghan Strategy*).

1454. 23 June 2010, **FOX News Radio**, national radio interview (topic: *McChrystal Fired; Replaced by Petraeus*).

1455. 22 June 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *General Stanley McChrystal's Criticism of President Obama's Afghanistan Policy*).

1456. 18 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Missing Afghan Military in San Antonio*).

1457. 18 June 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Are U.S. Special Operations Forces Working with Mexico to Disrupt the Drug Cartel in Mexico?*).

1458. 17 June 2010, **KKOB AM 770**, Albuquerque, NM studio interview with Jim Villanucci (topic: *Legal and Policy Issues in the War on Terror*).

1459. 16 June 2010, **Lars Larson Show**, national radio interview (topic: *Hunt for Osama bin Laden and the Obama Approach*).

1460. 16 June 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Hunt for Osama bin Laden Causes U.S. Citizen to Travel to Pakistan*).

1461. 16 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *First Time a U.S. Citizen Travels to Pakistan to Kill Al-Qa'eda Leader as Opposed to Joining Him*).

1462. 16 June 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Neither a Private U.S. Citizen Nor Obama's Drone Program is Going to Kill Osama bin Laden*).

1463. 16 June 2010, **WIND AM 560**, Chicago, IL radio interview (topic: *Plan to Kill Osama bin Laden by Private U.S. Citizen Reflects Difficulty of Getting the Al-Qa'eda Chief*).

1464. 16 June 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Reward of Millions Tempts Many to Kill Osama bin Laden*).

1465. 16 June 2010, **WSYR AM 570**, Syracuse, NY radio interview (topic: *U.S. Citizen Attempt to Kill Osama bin Laden is as Ineffective as Obama's Policy to Kill Al-Qa'eda Leader with Drones*).

1466. 16 June 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *First Time an American Travels to Al-Qa'eda Headquarters to Fight the Terrorists Instead of Join Them*).

1467. 15 June 2010, **FOX NEWS**, online article (topic: *Pentagon Launches Salvo in War to Protect an Army of Seven Million*). The article can be read in its entirety at: http://www.foxnews.com/scitech/2010/06/15/pentagon-cyber-command-cyber-war/.

1468. 15 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *American from California Arrested in Pakistan for Searching for Osama bin Laden*).

1469. 13 June 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *Lone Wolf Terrorism and Radical Islam).*

1470. 11 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Lone Wolf Terrorism in the United States*).

1471. 10 June 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Violence on the U.S./Mexican Border*).

1472. 10 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *9th Anniversary of the Execution of Timothy McVeigh*).

1473. 10 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Elements of Fear in Terrorism is Often Overlooked*).

1474. 9 June 2010, **The Globalist**, online newspaper article (topic: *Drones: Backfiring on U.S. Strategy*).  Text can be viewed in entirety at http://www.theglobalist.com/storyid.aspx?StoryId=8515.

1475. 9 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Jihadi Web Site Encourages False Threats*).

1476. 8 June 2010, **The Express Tribune**, online newspaper article (topic: *CIA Officers Against Drone Strikes*).  Text can be viewed in entirety at http://tribune.com.pk/story/19725/cia-officers-against-drone-strikes/.

1477. 8 June 2010, **WINI 1420**, Murphysboro, IL radio interview (topic: *Terrorism Alerts in the U.S.*).

1478. 8 June 2010, **WREC AM 600**, Memphis, TN radio interview (topic: *New Jersey Terror Suspects, Mohammed Mahmood Alessa and Carlos Eduardo Almonte, charged in Terror Plot*).

1479. 8 June 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Legal and Policy Issues in the War on Terror*).

1480. 5 June 2010, **KLUP AM 930, John Thurman Show**, San Antonio, TX radio interview (topic: *Terrorism Law and American Response to the War on Terror*).

1481. 4 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Arrest of Al-Qa'eda Operative in Houston*).

1482. 3 June 2010, **Fire Dog Lake**, online newspaper article (topic: *Preparing the American Invasion of Pakistan*).  Text can be viewed in entirety at http://firedoglake.com/2010/06/04/preparing-the-american-invasion-of-pakistan/.

1483. 3 June 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Israeli Restraint During Gaza Flotilla Ambush*).

1484. 3 June 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Anti-Israeli Propaganda Infects the UN and Much of the Free Gaza Movement Flotilla Confrontation*).

1485. 3 June 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Israel Defended Itself Properly in the Flotilla Incident*).

1486. 3 June 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Egypt's Role in Blockade of Gaza*).

1487. 3 June 2010, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Terrorism Uses Propaganda Against Israel*).

1488. 3 June 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Hasan's Article 32 Hearing and Political Correctness in the Military*).

1489. 3 June 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Israel Defends Rule of Law in Flotilla Incident*).

1490. 3 June 2010, **WIMA AM 1150**, Lima, OH radio interview (topic: *Turkish Flotilla to Gaza and Response by Israel*).

1491. 3 June 2010, **WSBA AM 910**, York, PA radio interview (topic: *Israel and Egypt Have Blockades into Gaza to Stop Terrorism*).

1492. 3 June 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Israel had Every Legal Right to Stop and Inspect the so-called Free Gaza Movement Flotilla*).

1493. 3 June 2010, **Antiwar.com**, online newspaper article (topic: *CIA Drone Operators Oppose Strikes as Helping Al-Qa'eda*).  Text can be viewed in entirety at http://original.antiwar.com/porter/2010/06/03/cia-drone-operators-oppose-strikes-as-helping-al-qaeda/.

1494. 3 June 2010, **Inter Press Service News Agency**, online newspaper article (topic: *CIA Drone Operators Oppose Strikes as Helping Al-Qa'eda*).  Text can be viewed in entirety at http://www.ipsnews.net/news.asp?idnews=51706.

1495. 30 May 2010, **Newsweek**, online magazine article (topic: *The Truth About Drones*).  Text can be viewed in entirety at: http://www.newsweek.com/2010/05/30/the-truth-about-drones.print.html.

1496. 28 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Radical Islamic Terror Increases Under the Obama Administration*).

1497. 28 May 2010, **Richard Dixon Show**, national radio interview (topic: *Legal Issues in the War on Terror*).

1498. 27 May 2010, **Bandera County Courier**, Bandera, TX online article (topic: *Truth – Whole Truth – About America's 'War on Terror'*).  Text can be viewed in entirety at: http://www.bccourier.com/Archives/News_detail.php?recordID=100527N6.

1499. 27 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Explaining Why Radical Islamic Attacks on the United States are at their Highest Level Ever*).

1500. 27 May 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Radical Islamic Extremism and Border Security*).

1501. 27 May 2010, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *The Al-Shabaab Terrorist Organization in the United States*).

1502. 27 May 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Will the Obama Administration Really Secure the US Border with Mexico?*).

1503. 26 May 2010, **FOX News Radio**, radio newsletter (topic: *Radio Buzz:  1200 National Guard Troops to the United States*).  This interview can be heard in its entirety at:  http://radio.foxnews.com/2010/05/26/radio-buzz-1200-natl-guard-troops-to-us-mexico-border-oil-spill-latest/#axzz0pbsfruGY.

1504. 26 May 2010, **The Bandera Bulletin**, Bandera, TX online article (topic: *Law Professor Talks Terrorism at Economic Luncheon*). Text can be viewed in entirety at: http://www.banderabulletin.com/articles/2010/05/25/news/566.txt.

1505. 26 May 2010, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *President Obama to Send 1200 National Guards to the Border*).

1506. 26 May 2010, **WINI 1420**, Murphysboro, IL radio interview (topic: *Americans Demand that the Border with Mexico Must be Secured*).

1507. 26 May 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *TSA Screening of Disruptive Passenger at Airports*).

1508. 26 May 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Sending 1200 National Guard to the Border with Mexico is Smoke and Mirrors Only*).

1509. 26 May 2010, **WCRM AM 1350**, Fort Myers, FL radio interview (topic: *Obama Administration Must Secure the Border with Mexico*).

1510. 26 May 2010, **WXNT AM 1430**, Indianapolis, IN radio interview (topic: *The Border Must be Secured Now for National Security Reasons*).

1511. 26 May 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *National Security is a Primary Reason to Secure the Mexican Border Now*).

1512. 26 May 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *The American People Demand the Border with Mexico is Secured*).

1513. 26 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Deployment of 1,200 National Guard to the Border is Smoke and Mirrors*).

1514. 26 May 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Republicans and Democrats Have Failed to Secure the Mexican/U.S. Border*).

1515. 26 May 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Politics Motivated Decision to Send 1,200 National Guard to Border*).

1516. 26 May 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Securing the Mexican/U.S. Border and Dealing with North Korea*).

1517. 26 May 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Obama Administration Decision to Send National Guard to the Border is Not Sufficient*).

1518. 24 May 2010, **Lars Larson Show**, national radio interview (topic: *Firing of Blair Presents Good News and Bad News*).

1519. 24 May 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Impact of TV Show 24 on Terrorism Issues*).

1520. 21 May 2010, **Herald-Zeitung**, New Braunfels, TX online article (topic: *Rally Attracts State Rep., Congressional Hopefuls*). Text can be viewed in entirety at: http://herald-zeitung.com/news/local_news/article_5a63e988-654d-11df-89ed-001cc4c002e0.html.

1521. 21 May 2010, ThreatsWatch.Org, online article (topic: *Send Them All to Bagram*).  Text can be viewed in entirety at: http://threatswatch.org/rapidrecon/2010/05/send-them-all-to-bagram/.

1522. 21 May 2010, **WINI 1420**, Murphysboro, IL radio interview (topic: *The Nation Needs a Director of National Intelligence with the Vision of Dennis Blair*).

1523. 21 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Director of the National Intelligence, Dennis Blair, is Fired Due to Conflicting Views with the White House*).

1524. 21 May 2010, **KXL AM 750**, Portland, OR radio interview (topic: *Director of National Intelligence was Outspoken in His Views of How to Confront Radical Islamic Terror*).

1525. 21 May 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Dennis Blair's Replacement Will Reflect the Obama Administration's World View on Radical Islamic Terror Issues*).

1526. 21 May 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Director of National Intelligence Stood Up to the Administration on War on Terror Issues*).

1527. 21 May 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Why Director of National Intelligence was Fired by Obama*).

1528. 21 May 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Dennis Blair's Firing Comes as No Real Surprise Given His Views on Terrorism and Gathering Intelligence*).

1529. 21 May 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *As the Head of the 16 Member Intelligence Community, Blair Opposed the White House on Several Key Issues*).

1530. 21 May 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *On Numerous Occasions DNI Blair Criticized the White House's Approach to Terror Attacks on the Homeland*).

1531. 21 May 2010, **WREC AM 600**, Memphis, TN radio interview (topic: *The Firing of DNI Blair was Motivated in Part by Disagreements with the White House on How to Handle Terrorism Issues*).

1532. 21 May 2010, **WOC AM 1420**, Davenport, IA radio interview (topic: *Attacks on the Homeland Occurred Under Blair's Watch, but Blair Also Did Not Adopt the Obama View on Radical Islam*).

1533. 21 May 2010, **WIMA AM 1150**, Lima, OH radio interview (topic: *Director of National Intelligence Fired*).

1534. 20 May 2010, **CyberPro**, Smithfield, VA newsletter article, Vol. 3 Ed. 10, Pgs. 9-13 (topic: *Senior Leader Perspective on Jeffrey Addicott*).

1535. 20 May 2010, **The Express Tribune**, online article (topic: *America's Passion for Strikes Heats Up*).  Text can be viewed in entirety at:

http://tribune.com.pk/story/14612/the-drone-affair-america's-passion-for-strikes-heats-up/.

1536. 20 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Moderate Muslims in Houston Speak out Against Radical Islam*).

1537. 20 May 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Obama Administration Needs to Expand the Necessary Resources and Leadership to Fix U.S. Intelligence from State Department to NSA to DHS*).

1538. 19 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Potential for Terror Attacks in the U.S. is on the Rise*).

1539. 19 May 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Obama Administration Needs to Quickly Improve Intelligence Gaps to Fight Al-Qa'eda*).

1540. 19 May 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Senate Intelligence Committee Disputes Obama's Contention Regarding Intelligence Failures for Christmas Day Bombing Attempt Over Detroit*).

1541. 19 May 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *At Least 14 Individual Failures Associated with the 2009 Christmas Day Bomb Terror Attack*).

1542. 18 May 2010, **Reuters**, online article (topic: *Special Report: How the White House Learned to Love the Drone*). Text can be viewed in entirety at: http://www.reuters.com/article/idUSTRE64H5SL20100518.

1543. 18 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Al-Shabaab Terror Group*).

1544. 18 May 2010, **KENS 5**, San Antonio, TX TV interview (topic: *Al-Shabaab and Radical Islam*).

1545. 17 May 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Obama Administration's Approach to the War on Terror*).

1546. 17 May 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Radical Islam is the Motivating Ideology Behind Taliban Terror Attacks*).

1547. 17 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Pakistan Taliban Has Demonstrated that They Can Attack the Homeland*).

1548. 17 May 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Pakistan Taliban and Al-Qa'eda Seek to Launch Future Attacks Against the U.S.*).

1549. 17 May 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Pakistan Taliban Threat to "Burn America" Must be Taken Seriously*).

1550. 17 May 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Obama Administration Officials Still Refuse to Acknowledge that Radical Islam Motivates the Taliban Terror Attacks*).

1551. 17 May 2010, **WHJJ AM 920**, Providence, RI radio interview (topic:  *Iran Announces Nuclear Deal with Turkey and Brazil; Taliban Capabilities to Attack America*).

1552. 17 May 2010, **WPTI FM 94.5**, Greensborough, NC radio interview (topic:  *Pakistan Taliban Threatens to "Burn America" in Light of Attorney General Holder's Refusal to Name Radical Islam as the Motivating Factor in the New York Times Bomb Attempt*).

1553. 17 May 2010, **KIDO AM 580**, Boise, ID radio interview (topic:  *Threat by the Taliban to Conduct Future Attacks on the U.S. is Real*).

1554. 16 May 2010, **San Antonio Business Makers**, magazine article (topic:  *San Antonio's Growing Industries:  Fighting Terrorism*).  Article can be read in its entirety at:  http://www.sabizmakers.com/episodes/san-antonios-growing-industries-fighting-terrorism.

1555. 13 May 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic:  *Courageous Restraint Medal in Afghanistan*).

1556. 13 May 2010, **KURV AM 710**, McAllen, TX radio interview (topic:  *Terrorism and the Mexican Drug Cartel Along the U.S. Border*).

1557. 12 May 2010, **KBYR AM 700**, Anchorage, AK radio interview (topic:  *Political Correctness in the War in Afghanistan*).

1558. 12 May 2010, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Afghanistan and the Obama Strategy*).

1559. 10 May 2010, **Joy Tiz,** online article (topic: *Courageous Restraint:  Not the Latest Vatican Approved Birth Control*). The article can be read in its entirety at: http://joytiz.com/2010/courageous-restraint-not-the-latest-vatican-approved-birth-control/.

1560. 10 May 2010, **KDKA AM 1020**, Pittsburg, PA radio interview (topic: *Discussion of the Courageous Restraint Medal Proposed for Soldiers in Afghanistan*).

1561. 10 May 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic:  *The Mission in Afghanistan*).

1562. 9 May 2010, **KENS 5**, San Antonio, TX TV interview (topic:  *Dealing with the Continuing Threat of Radical Islam in the U.S.*).

1563. 7 May 2010, **America Tonight with Kate Delaney**, national radio interview (topic:  *Time Square Bombing and Homeland Security).*

1564. 7 May 2010, **Washington Examiner**, online article (topic:  *Medal for 'Courageous Restraint' Plan Get Mixed Review from Troops*). The article can be read in its entirety at: http://www.washingtonexaminer.com/world/Medal-for-_courageous-restraint_-plan-get-mixed-review-from-troops-93007014.html.

1565. 6 May 2010, **National Press Club**, Washington, D.C. press release (topic: *Legal Issues in the Struggle Against Terror*). The announcement can be read in its entirety at: http://npc.press.org/events/otherpressconf.cfm.

1566. 6 May 2010, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *New York City Times Square Bombing and Lessons for San Antonians*).

1567. 5 May 2010, **Reuters**, online article (topic: *CIA Drones Hit Wider Range of Targets in Pakistan*). Text can be viewed in entirety at: http://www.publicbroadcasting.net/wxxi/news.newsmain/article/0/0/1646121/World/CIA.drones.hit.wider.range.of.targets.in.Pakistan.

1568. 5 May 2010, **WSBA AM 910**, York, PA radio interview (topic: *Could Shazad Have Been Designated an Enemy Combatant? Yes*).

1569. 5 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Prosecuting Shazad for Terrorist Acts in New York City*).

1570. 5 May 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Implications for San Antonio in Light of the Terror Attempts in New York*).

1571. 5 May 2010, **Hill Country Times**, online article (topic: *"Taking Our Freedoms Back" with the Hill Country Tea Party Patriots*). Text can be viewed in entirety at: http://www.hillcountrytimes.com/default.asp?sourceid=&smenu=97&twindow=Default&mad=No&sdetail=4458&wpage=1&skeyword=&sidate=&ccat=&ccatm=&restate=&restatus=&reoption=&retype=&repmin=&repmax=&rebed=&rebath=&subname=&pform=&sc=2264&hn=hillcountrytimes&he=.com.

1572. 4 May 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Additional Arrests Made in Pakistan Related to New York Times Square Attack*).

1573. 4 May 2010, **WIND AM 560**, Chicago, IL radio interview (topic: *Faisal Shahzad's Link to Radical Islam and How the Obama Administration Responds*).

1574. 4 May 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *New York Times Square Bombing Attempt Shows that the War on Terror is Far from Concluded*).

1575. 4 May 2010, **WHAS AM 84**, Louisville, KY radio interview (topic: *New York Times Square Attack was Motivated by Radical Islam*).

1576. 4 May 2010, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Wonderful Leg Work by the FBI in Arresting Islamic Terror Suspect in New York Times Square Bombing Attempt*).

1577. 4 May 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Legal and Policy Issues Related to the Arrest of Faisal Shahzad*).

1578. 4 May 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Faisal Shahzad is a Radical Islamic Terrorist*).

1579. 4 May 2010, **WFLF AM 540**, Panama City, FL radio interview (topic: *Terrorism and the War on Terror in the Wake of the New York Times Square Bomb Attempt*).

1580. 4 May 2010, **KXL AM 750**, Portland, OR radio interview (topic: *Arrest of Islamic Terrorist Shahzad Marks the Eleventh Attempted Terror Attack on New York Since 9/11*).

1581. 4 May 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *Frequency of Terrorism by Al-Qa'eda-Inspired Fanatics is on the Rise*).

1582. 4 May 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Should the President Designate Shahzad as an Enemy Combatant Despite the Fact that the 2009 Military Commissions Act Exempts Him from Prosecution?*).

1583. 4 May 2010, **WPTI FM 94.5**, Greensborough, NC radio interview (topic: *The War on Terror Continues Despite the Desire by the Obama Administration to Downplay the Threat of Radical Islam*).

1584. 4 May 2010, **WXNT AM 1430**, Indianapolis, IN radio interview (topic: *Terror Attempts by Radical Islamic Fanatics are Increasing*).

1585. 4 May 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Shahzad Did Not Act as a Lone Wolf Terrorist, as Radical Islam Does Not Exist in a Vacuum*).

1586. 4 May 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Obama Could Designate Faisal Shahzad as an Enemy Combatant but Could Not Try Him in a Military Commission*).

1587. 4 May 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Attempted Car Bombing in New York City Times Square was Inspired by Radical Islam*).

1588. 4 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terror Suspect, Faisal Shahzad, and How to Process in the War on Terror*).

1589. 3 May 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *New York Times Square Attempted Terror Car Bomb Marks the 11th Terror Attempt in New York Since 9/11*).

1590. 3 May 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *New York Times Square Attempted Bombing is Probably Leftist Domestic Terror Group*).

1591. 1 May 2010, **The Jewish Journal**, newspaper article, pgs. 1 and 30 (topic: *Film About Growing Anti-Semitic Hostilities in the U.S. Comes to SA Jewish Campus*).

1592. 29 April 2010, **FOX NEWS Radio**, radio newsletter (topic: *Radio Buzz: Death Penalty for Fort Hood Shooter*). This interview can be heard in its entirety at: http://www.foxnewsradio.com/2010/04/29/radio-buzz-death-penalty-for-ft-hood-shooter-wind-energy-coming-to-cape-cod/#axzz0mabCxiwt.

1593. 29 April 2010, **National Security Law**, Austin, TX University of Texas newsletter article (topic: *Symposium Issue on National Security and the Law*).

1594. 29 April 2010, **Pace Law Review**, law review article, vol. 30, no. 2, pgs. 340-363 (topic: *Efficacy of the Obama Policies to Combat Al-Qa'eda, the Taliban, and Associated Forces – the First Year*).  The article can be read in its entirety at:  http://digitalcommons.pace.edu/lawrev/649/.

1595. 29 April 2010, **KOGO AM 600**, San Diego, CA radio interview (topic:  *Hasan May Face Death Due to the Terrible Military Appeals Process*).

1596. 29 April 2010, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Justice Demands Hasan be Put to Death*).

1597. 29 April 2010, **KIDO AM 580**, Boise, ID radio interview (topic:  *Hasan Deserves the Death Penalty but May Not Face Death Due to Broken Military Appeals Process*).

1598. 29 April 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Commanding General at Fort Hood will Refer the Charges Against Hasan as a Death Penalty Case*).

1599. 29 April 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic:  *Hasan Will Face Death Penalty, but the Military has not Executed a Murderer Since 1961*).

1600. 29 April 2010, **WSBA AM 910**, York, PA radio interview (topic:  *The Broken Military Appeal Process in Death Cases will Impact Justice in Hasan Murder Trial*).

1601. 29 April 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic:  *Radical Islam Motivated Hasan and the Factors for Death Penalty*).

1602. 29 April 2010, **KTRH AM 740**, Houston, TX radio interview (topic:  *Houston – Legal Issues Related to Death Penalty for Hasan Murder Case*).

1603. 29 April 2010, **WERC AM 740**, Birmingham, AL radio interview (topic:  *How the Military Justice System Functions in Death Sentence for Terrorist Hasan*).

1604. 29 April 2010, **Hill Country Weekly**, newspaper article (topic:  *Rotary Club Talk: Terrorism*).

1605. 28 April 2010, **KGAB AM 650**, Cheyenne, WY radio interview (topic:  *Dealing with Al-Qa'eda and Iran:  Future Prospects for Deterrence*).

1606. 23 April 2010, **The Boerne Star**, newspaper article, pg. 2A (topic:  *Rules of War: Terrorism Law Expert Gives Insight to Issues of International Conflict*).

1607. 21 April 2010, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Obama's Security Strategy for Iraq, Iran and Afghanistan*).

1608. 20 April 2010, **WTAG AM 580**, Worcester, MA radio interview (topic:  *Killing Al-Qa'eda in Iraq Must Rely on Iraqi Military Forces*).

1609. 20 April 2010, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Stability in Iraq is Key to U.S. Withdrawal*).

1610. 20 April 2010, **WERC AM 740**, Birmingham, AL radio interview (topic:  *Killing Al-Qa'eda in Iraq*).

1611. 20 April 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *The Use of Military Force Must Continue in Iraq to Ensure Long-term Stability*).

1612. 20 April 2010, **KXL AM 750**, Portland, OR radio interview (topic: *Al-Qa'eda in Iraq is Clearly Degraded by Recent Joint Operations*).

1613. 20 April 2010, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Stability in Iraq is Key to U.S. Departure Next Year*).

1614. 20 April 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *War in Iraq is Won, War in Afghanistan is Undefined*).

1615. 20 April 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *U.S. Mission in Iraq Rests on Transferring Power to Iraqi Military*).

1616. 20 April 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Intelligence Bonanza About Al-Qa'eda in Iraq Resulted from Recent Military Strike*).

1617. 20 April 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Death of al-Masri and al-Baghdadi in Iraq Spells Good News*).

1618. 20 April 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Significance of Joint US/Iraq Military Strike Killing Al-Qa'eda Leaders*).

1619. 20 April 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *America Must Define "Victory" in Afghanistan*).

1620. 19 April 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *15th Anniversary of the Oklahoma City Bombing*).

1621. 13 April 2010, **America Tonight with Kate Delaney**, national radio interview (topic: *Obama's Nuclear Summit Fails to Address Real Threat of Iran and North Korea).*

1622. 12 April 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Crime and Terrorism in the Mexican Cartel*).

1623. 8 April 2010, **Law School News**, Mississippi College School of Law, Jackson, MS, online article (topic: *MC Law Welcomes Professor Jeffrey F. Addicott*). The article can be read in its entirety at: http://www.law.mc.edu/news/addicott.html.

1624. 8 April 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *The Obama Doctrine is a Signal of Weakness to Nations and Groups that Wish to Harm America*).

1625. 7 April 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's Desire to Limit Nuclear Weapons and Limit Deterrence Promotes Aggression and Expansion of Weapons of Mass Destruction*).

1626. 7 April 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Decisions on Restricting Nuclear Response Spells Disaster for Deterrence and Response to Totalitarian Forces Around the Globe*).

1627. 7 April 2010, **WSYR AM 570**, Syracuse, NY radio interview (topic: *The Emerging Obama Doctrine Signals Weakness to our Enemies and Confusion to our Allies*).

1628. 7 April 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Restricting America's Nuclear Response Sounds Good as Rhetoric, but is a Grave Mistake in the Real World*).

1629. 7 April 2010, **WSBA AM 910**, York, PA radio interview (topic: *Obama Doesn't Understand the Concept of Deterrence*).

1630. 7 April 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Obama's Unilateral Declaration to Restrict American Use of Nuclear Response Makes a Mockery of Deterrence*).

1631. 7 April 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Restricting Nuclear Response to Biological or Chemical Attack Recalls the Failed Ideas of President Wilson following World War I*).

1632. 7 April 2010, **KPAY AM 1290**, Chico, CA radio interview (topic: *Obama's Policy on Nuclear Weapons Sends the Wrong Signal to the World*).

1633. 7 April 2010, **Threats Watch**, online article (topic: *Rising Civil Unrest in America*). The article can be read in its entirety at: http://threatswatch.org/rapidrecon/2010/04/rising-civil-unrest-in-america/.

1634. 6 April 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism Threats to Critical Infrastructure and How to Cope*).

1635. 2 April 2010, **San Antonio Express News**, newspaper article (topic: *Health Care Ripe for Network Security Work*). Text can be viewed in its entirety at: http://www.mysanantonio.com/business/columnists/david_hendricks/Health_car e_ripe_for_network_security_services.html.

1636. 1 April 2010, **Cordillera Ranch Newsletter**, magazine article, pg. 19 (topic: *A Note from the Men's Group President*).

1637. 1 April 2010, **Officer Review**, magazine article (topic: *Chronology and Legality of American Interrogation Techniques Against Al-Qa'eda Detainees*).

1638. 31 March 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Hutaree Doomsday Cult*).

1639. 31 March 2010, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Cults in America*).

1640. 30 March 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Hutaree Terrorist Plot*).

1641. 30 March 2010, **The Detroit News**, Detroit, MI online article (topic: *Experts Cite Resurgence of Radical Militias*). The article can be read in its entirety at: http://www.detnews.com/article/20100330/METRO/3300367.

1642. 30 March 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *The Hutaree Cult has Nothing to do with Christian Beliefs*).

1643. 30 March 2010, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Freedom of Expression Does Not Extend to Violence*).

1644. 30 March 2010, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Hutaree was not a "Christian Militia"*).

1645. 30 March 2010, **KIDO AM 580**, Boise, ID radio interview (topic: *Terror Cult Hutaree is Not Indicative of Growing Movement*).

1646. 30 March 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Radical Islam Remains the Major Threat to the Nation*).

1647. 30 March 2010, **KXL AM 750**, Portland, OR radio interview (topic: *The Number One Threat to America is Radical Islam, Not Right or Left Wing Cults*).

1648. 30 March 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Cult Terror Plot is Not Influenced By Those Upset at the Obama Administration*).

1649. 30 March 2010, **WREC AM 600**, Memphis, TN radio interview (topic: *Media Attempt to Equate Hutaree Cult with Christian Beliefs is False*).

1650. 30 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Hutaree is Neither Christian nor Militia*).

1651. 30 March 2010, **WKBN AM 570**, Youngstown, Ohio radio interview (topic*: Hutaree Terror Plot vs. Freedom of Speech*).

1652. 30 March 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Attempt to Link Hutaree Terror Camp to "Fundamentalist Christian Beliefs" is a False Narrative*).

1653. 30 March 2010, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *"Right Wing Cult" Terror Plot Represents a Fraction of the Threat to the Nation*).

1654. 30 March 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The "Narrative" Regarding the Terror Cult Hutaree Tries to Paint a Broad Picture*).

1655. 30 March 2010, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Eight Cult Members of Hutaree Charged with Terror Plot*).

1656. 29 March 2010, **FOX NEWS**, online article (topic: *More Guantanamo Detainees Are Returning to Terror Upon Release*). The article can be read in its entirety at: http://www.foxnews.com/us/2010/03/29/gitmo-detainees-return-terror/.

1657. 29 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorist Attacks in Moscow Subway*).

1658. 25 March 2010, **CyberPro**, Smithfield, VA newsletter article, Vol. 3 Ed. 6, Pgs. 7-8 (topic: *Conference Brings Cyber, Legal Pros Together*).

1659. 23 March 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Making Peace with the Taliban is Not a Recipe for Success in Afghanistan*).

1660. 22 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Afghanistan Strategy Relies on Smoke and Mirrors to Engage in Negotiations with the Taliban*).

1661. 20 March 2010, **San Antonio Express News**, newspaper article, pg. 1C (topic: *S.A. Taking Cyber Advocacy to D.C.*). Text can be viewed in its entirety at: http://www.mysanantonio.com/business/columnists/SA_takes_cybersecurity_to_DC.html.

1662. 20 March 2010, **San Antonio Express News**, newspaper article, pg. 1B (topic: *Mayor Cites San Antonio Cybersecurity Role*). Text can be viewed in its entirety at: http://www.mysanantonio.com/business/88653952.html.

1663. 19 March 2010, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic: *Center for Terrorism Law hosts Cyber Security Conference at St. Mary's University School of Law*).

1664. 19 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Calls by Radicals for Osama bin Laden to Become More Engaged in the War*).

1665. 19 March 2010, **FOX 29 -KABB**, San Antonio, TX TV interview (topic: *Center for Terrorism Law hosts Cyber Security Conference at St. Mary's University School of Law*).

1666. 19 March 2010, **KLRN 9 -PBS**, San Antonio, TX TV interview (topic: *Violence on Mexican Border*).

1667. 19 March 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Conference on Cyber Security*).

1668. 19 March 2010, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Cyber Security Conference at St. Mary's University School of Law*).

1669. 19 March 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Cyber Security Conference at St. Mary's University School of Law*).

1670. 18 March 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Conference on Cyber Security*).

1671. 18 March 2010, **San Antonio Express News**, newspaper article, pg. 1A (topic: *Info-Gathering Office Defended*).  Article can be read in its entirety at: http://www.mysanantonio.com/news/local_news/Info-gathering_office_defended.html

1672. 15 March 2010, **San Antonio Express News**, newspaper article (topic: *Cyber Security Takes Center Stage*).

1673. 12 March 2010, **San Antonio Express News**, newspaper article (topic: *Cyber Security Conference Set for Next Week*). Text can be viewed in entirety at: http://www.homeland1.com/disaster-preparedness/articles/493603-Center-for-Terrorism-Law-hosts-Terrorist-Attack-Preperaration-Symposium-for-businesses/.

1674. 12 March 2010, **San Antonio Business Journal**, newspaper article (topic: *Founder of St. Mary's Terrorism Law Has Built National Rep*). Text can be viewed in entirety at: http://sanantonio.bizjournals.com/sanantonio/stories/2010/03/15/story4.html?ana=e_ph.

1675. 11 March 2010, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Terrorists and the Spread of Jihad Via the Internet*).

1676. 11 March 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Al-Qa'eda Seeks American Recruits for Terror Attacks*).

1677. 11 March 2010, **WRPW FM 92.9**, Normal, IL radio interview (topic: *Radical Islam Use of the Internet is Effective Tool*).

1678. 11 March 2010, **WIND AM 560**, Chicago, IL radio interview (topic: *Internet as a Tool to Recruit Americans to Radical Islam*).

1679. 11 March 2010, **WILM AM 1450**, Wilmington, DE radio interview (topic: *American Woman Linked to Radical Islam Reflects Growing Use of Internet*).

1680. 11 March 2010, **WHAS AM 84**, Louisville, KY radio interview (topic: *Arrest of Colleen LaRose for Links to Radical Islam Terror Plot in Sweden*).

1681. 11 March 2010, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Internet as a Tool for Spreading Radical Islam*).

1682. 11 March 2010, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Jihad Jane Arrest for Conspiring to Provide Material Support to Terrorists*).

1683. 9 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Osama bin Laden's Birthday Anniversary and Implications for U.S. Policy*).

1684. 5 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Enemy Belligerent Interrogation, Detention and Prosecution Act of 2010*).

1685. 5 March 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Military Justice System*).

1686. 3 March 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Drug Wars and the Issue of Terrorism*).

1687. 3 March 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Terrorism and Drugs Along the Mexican Border*).

1688. 2 March 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *IRS Attacks not Linked to Tea Party Movement*).

1689. 1 March 2010, **The Military Order of World Wars,** newsletter article (topic: *San Antonio, Texas Youth Leadership Conference*).  Text can be viewed in entirety at: http://www.militaryorder.net/New%20MOWW%20Design/Officer%20Review/March%202010.pdf.

1690. 26 February 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Border Violence*).

1691. 22 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Use and Recruitment of Muslim Interpreters in the Army*).

1692. 19 February 2010, **The Christian Science Monitor**, online publication (topic: *Alarm at Austin Plane Crash Troubles Pilots*). Text can be viewed in entirety at: http://news.yahoo.com/s/csm/20100220/ts_csm/281744.

1693. 19 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Fort Jackson Five Radical Islamic Terror Group*).

1694. 17 February 2010, **KPAY AM 1290**, Chico, CA radio interview (topic: *Baradar's Capture Will Have Little Impact on Taliban*).

1695. 17 February 2010, **WCBM 680**, Baltimore, MD radio interview (topic*: Obama's Terrorism Policies Reflect Confusion about War on Terror*).

1696. 17 February 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Interrogation of Taliban Leader Mullah Baradar*).

1697. 17 February 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Mullah Omar will Replace Baradar with Abdul Zakir but ISI May Give Us Other Taliban Leaders*).

1698. 17 February 2010, **WERC AM 740**, Birmingham, AL radio interview (topic: *Obama Administration Still Refuses to Target Western Tribal Region of Pakistan*).

1699. 17 February 2010, **WSBA AM 910**, York, PA radio interview (topic: *Mullah Baradar's Replacement is Probably Former GITMO Detainee Abdul Zakir*).

1700. 17 February 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Pakistan's ISI Knows Where Half of the Taliban Leadership is Located and May Give us More Captures*).

1701. 17 February 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Mullah Baradar's Capture is Only a Temporary Blow to Taliban as ISI is Key to Captures*).

1702. 15 February 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *President Obama's Afghanistan Strategy Will Take Time to Develop*).

1703. 15 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *The Key to Winning the War Against Al-Qa'eda Centers in Pakistan, not Afghanistan*).

1704. 15 February 2010, **KSTK AM 101.7**, Wrangell, AK radio interview (topic: *American Mission in Afghanistan Will not Bear Fruit without Destroying the Al-Qa'eda Infrastructure in Western Pakistan*).

1705. 15 February 2010, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *The Battle for Marja will be Won by the U.S. Forces but Will it Solve the Problem of Defeating Al-Qa'eda?*).

1706. 15 February 2010, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Goal in Afghanistan is Influenced by Media Coverage*).

1707. 15 February 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Counter-Insurgency Strategy of General McChrystal Will Require Years of Effort*).

1708. 15 February 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Military Movement in Marja, Afghanistan and Implications for Defeating the Taliban*).

1709. 15 February 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Wisdom of the Obama Strategy to Stabilize Afghanistan within the Year*).

1710. 15 February 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Iran's Refusal to Stop Nuclear Program and Tactical Military Push into Marja, Afghanistan*).

1711. 12 February 2010, **America Tonight with Kate Delaney**, national radio interview (topic:  *President Obama's Terrorism Policies*).

1712. 11 February 2010, **CyberPro**, Smithfield, VA newsletter article, Vol. 3 Ed. 3, pg. 26 (topic: *Center for Terrorism Law Cyber Security Conference*).

1713. 10 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran's 31st Revolution Anniversary and Threats to the World*).

1714. 9 February 2010, **KLIF AM 570**, Dallas, TX radio interview (topic: *Nuclear Iran*).

1715. 9 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran's Uranium Enrichment Closer to Weapons-Grade*).

1716. 8 February 2010, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Obama's Approach to the War on Terror – One Year On*).

1717. 6 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *President Obama's Proposed Budget Cuts for Border Security and Budget Increases for Aviation Security*).

1718. 5 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Department of Homeland Security's Warning about Terror Threat at the Super Bowl*).

1719. 4 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Threat at the Super Bowl*).

1720. 3 February 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Abdulmutallab's Cooperation with FBI Demonstrates Great Confusion Regarding Enemy Combatant Status*).

1721. 3 February 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Abdulmutallab's Confession Came at Legal Cost*).

1722. 3 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Questioning of Abdulmutallab Should Have Occurred Under the Terms of Enemy Combatant*).

1723. 3 February 2010, **WSBA AM 910**, York, PA radio interview (topic: *Obama Administration Appears Deeply Confused about Identifying the Enemy in the War on Terror*).

1724. 3 February 2010, **KVI AM 570**, Seattle, WA radio interview (topic: *Why is Abdulmutallab Not Treated as an Enemy Combatant?*).

1725. 3 February 2010, **KMJ AM 580**, Fresno, CA radio interview (topic: *Abdulmutallab Should Now be Transferred to GITMO as Enemy Combatant*).

1726. 3 February 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Providing Clear Legal Framework for the War on Terror Must Take Priority over Politics*).

1727. 3 February 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *The Congress Must Press for Enemy Combatant Status for All Al-Qa'eda Captives*).

1728. 3 February 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *Information Gained from Abdulmutallab is Clearly Stale and Demonstrates the Need for Enemy Combatant Status for Al-Qa'eda*).

1729. 3 February 2010, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Revelation that Abdulmutallab is Now Talking Smacks of Politics*).

1730. 3 February 2010, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *The War on Terror is a Reality that Requires Better Leadership from the Executive*).

1731. 3 February 2010, **WNYM AM 970**, New York, NY radio interview (topic: *Abdulmutallab Should Have Been Tried as Enemy Combatant*).

1732. 3 February 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Obama Administration was not Prepared to Interrogate Abdulmutallab as Enemy Combatant*).

1733. 3 February 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Need for Clarity in Determining the Difference Between Enemy Combatants and Domestic Criminals*).

1734. 3 February 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Confusion Reigns Supreme in Department of Justice's View of the War on Terror*).

1735. 3 February 2010, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Lack of Leadership in Preparing for Al-Qa'eda Terror Attacks in the U.S.*).

1736. 3 February 2010, **KXL AM 750**, Portland, OR radio interview (topic: *Abdulmutallab Should Have Been Declared an Enemy Combatant*).

1737. 3 February 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *New Federal Charges Against Mohammed Zazi, the Father of Terrorist Najibullah Zazi*).

1738. 2 February 2010, **KFAB AM 1110**, Omaha, NE radio interview (topic: *The Differences Between Enemy Combatant and Domestic Terrorist*).

1739. 2 February 2010, **WCBM 680**, Baltimore, MD radio interview (topic*: Denver to New York Terror Group Faces New Charges*).

1740. 1 February 2010, **The Jurist**, Pittsburgh, PA online publication (topic: *Good News about GTMO and Bagram*).  Text can be viewed in entirety at: http://jurist.law.pitt.edu/forumy/2010/02/good-news-about-gtmo-and-bagram.php.

1741. 30 January 2010, **Rusty Humphries Show KLIF AM 570**, Dallas, TX national radio interview (topic: *Obama's Continued Vacillation on Trying Enemy Combatants in the War on Terror*).

1742. 29 January 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's Strategy in Afghanistan Focuses on Paying Money to "Good" Taliban*).

1743. 29 January 2010, **WTVN AM 610**, Columbus, OH radio interview (topic: *Will 2010 Determine a Turning Point in Afghanistan Strategy?*).

1744. 29 January 2010, **WFLF AM 540**, Panama City, FL radio interview (topic: *Developing a "New" Strategy for Afghanistan*).

1745. 28 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's State of the Union Address Pertaining to the War on Terror and WMD Threat*).

1746. 27 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *WMD Commission Provides Failing Grades on Obama Administration's Efforts to Deal with the Threat of WMD*).

1747. 26 January 2010, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Body Bomber Civilian Trial or Military Commissions?*).

1748. 24 January 2010, **San Antonio Express News**, newspaper article (topic: *Cyber Initiative has Huge Promise*).   Text can be viewed in entirety at: http://www.mysanantonio.com/opinion/Cyber_initiative_has_huge_promise.html.

1749. 22 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Military Report on Fort Hood Massacre*).

1750. 21 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Department of Justice Report on FBI Use of National Security Letters During Bush Era*).

1751. 21 January 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *Some FBI Agents Allegedly Abused Guidelines for Gathering Telephone Numbers Associated with Terrorism Investigations*).

1752. 21 January 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Department of Justice Report on 2003-2005 FBI Violations of Internal Procedures on Gathering Telephone Numbers Related to Suspected International Terrorists*).

1753. 20 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Complaints about Biblical Inscriptions on Military Rifle Scopes*).

1754. 19 January 2010, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *S.A. Mom Finds Adopted Haitian Kids – St. Mary's Law Student Travels to Haiti to Rescue Three Daughters*).  The story can be read in its entirety or watched on video at:  http://www.ksat.com/news/22278835/detail.html#video.

1755. 15 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussing the Military Lack of Command and Control over Subordinates*).

1756. 15 January 2010, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Disciplinary Action for Officers in Chain of Command in Fort Hood Terrorists*).

1757. 14 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Military Calls on Supervisors to Monitor Subordinates for Indicators of Terrorist Ideology*).

1758. 7 January 2010, **MSNBC**, national TV interview by Alex Witt (topic:  *Lack of Executive Leadership and the Impact on Homeland Security*).

1759. 7 January 2010, **KURV AM 710**, McAllen, TX radio interview (topic: *President Obama's Decision to Stop GITMO Transfers to Yemen*).

1760. 7 January 2010, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Blame for Christmas Day Terror Attempt is Shared by the Obama Administration's Refusal to Employ the Law of War*).

1761. 6 January 2010, **WILM AM 1450**, Wilmington, DE radio interview (topic: *The Executive Branch Must Use the Law of War to Combat Al-Qa'eda Terrorism*).

1762. 6 January 2010, **KOGO AM 600**, San Diego, CA radio interview (topic: *President Obama Refuses to Provide Leadership Role by Recognizing that the Threat of Islamic Radicalism Must be Met with the Rule of Law Based in the Law of War*).

1763. 6 January 2010, **KFTK AM 971**, St. Louis, MO radio interview (topic: *Al-Qa'eda Threat Must be Dealt with under the Law of War and Not U.S. Domestic Processes*).

1764. 6 January 2010, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *The War on Terror and Why the Obama Administration is Failing to Provide Leadership to Win*).

1765. 6 January 2010, **WTAG AM 580**, Worcester, MA radio interview (topic: *Yemen is a Radical Islamic Terror Haven and Requires American Attention*).

1766. 6 January 2010, **WIOD AM 610**, Miami, FL radio interview (topic: *Obama's Blame of the Intelligence Community for Christmas Day Terror Attempt is Misdirected*).

1767. 6 January 2010, **WHJJ AM 920**, Providence, RI radio interview (topic: *Refuting Obama's Central Claim that GITMO Causes Increase in Radical Islam*).

1768. 6 January 2010, **WHAS AM 84**, Louisville, KY radio interview (topic: *Obama's Decision to Halt Transfer of Al-Qa'eda GITMO to Yemen is a Step in the Right Direction in Terms of Winning the War on Terror*).

1769. 6 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama Administration Providing Protections of the US Constitution to Al-Qa'eda Terrorists Despite the Fact that the US is at "War" with Al-Qa'eda*).

1770. 4 January 2010, **KTRH AM 740**, Houston, TX radio interview (topic: *Spread of Radical Islamic Terror and the U.S. Response*).

1771. 4 January 2010, **KLBJ AM 590,** Austin, TX radio interview (topic: *Increasing Security for International Air Travel*).

1772. 4 January 2010, **The Mancow Muller Show**, national radio interview (topic: *Latest Developments in Major Hasan's Murder Trial*).

1773. 3 January 2010, **FOX NEWS**, national TV interview (topic: *Increased Security at American Airports*).

1774. 3 January 2010, **Al Jareeza**, national TV interview by Shihab Rattansi (topic: *Rise of Radical Islam in Africa and the Middle East*).

1775. 31 December 2009, **Newsday.com**, online article (topic: *King Makes Media Rounds in Wake of Air Terror Attempt*).  Text can be viewed in its entirety at: http://mobile.newsday.com/inf/infomo?site=newsday&view=page8&feed:a=newsday_1min&feed:c=topstories&feed:i=1.1677652&nopaging=1.

1776. 30 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism Security Measures Need Major Revision*).

1777. 30 December 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Terrorism and Radical Islam*).

1778. 30 December 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Obama Administration and the Need for Better Airport Security*).

1779. 29 December 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *DHS Needs New Leadership in Light of Terror Attempt on Christmas Day*).

1780. 29 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Radical Islamic Terrorism is Growing in Size*).

1781. 29 December 2009, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Incompetence of Terrorist and Christmas Day Disaster*).

1782. 29 December 2009, **KIDO AM 580**, Savannah, GA radio interview (topic*: Existing Technology is not Working to Secure Air Travel*).

1783. 29 December 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Obama Must Provide Leadership for DHS and Intelligence Agencies Regarding Terrorism*).

1784. 29 December 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *U.S. Must Implement Better Security Measures at Airports*).

1785. 29 December 2009, **KOA AM 850**, Denver, CO radio interview (topic: *Profiling Potential Terrorists Based on Behavior*).

1786. 29 December 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Need for Increased Security at U.S. Airports Requires Renewed Effort*).

1787. 29 December 2009, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Obama's Response to Terror Attempt on U.S. Flight Reflects Lack of Recognition of Radical Islam Threat*).

1788. 29 December 2009, **WKBN AM 570**, Youngstown, Ohio radio interview (topic*: DHS Should Face Scrutiny for Failure to Stop Terror Plot on Christmas Day*).

1789. 29 December 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Airport Security Requires Intelligence and Better Cooperation*).

1790. 29 December 2009, **WTAG AM 580**, Worcester, MA radio interview (topic: *Lack of Leadership by Obama Administration is Revealed in Outdated Security Measures at Airports*).

1791. 29 December 2009, **WECK AM 1230**, Buffalo, NY radio interview (topic: *Security Measures at Airports Must Include Profiling Behavior*).

1792. 29 December 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *DHS is Not Providing Necessary Security Oversight at Airports*).

1793. 29 December 2009, **WFLA AM 540**, Tampa, FL radio interview (topic*: Nigerian Student Trained by Al-Qa'eda was not Properly Screened at Airport*).

1794. 29 December 2009, **WREC AM 600**, Memphis, TN radio interview (topic: *Abdulmutallab Terror Plot on U.S. Jet*).

1795. 29 December 2009, **AOL News**, online article (topic: *Nation Protection or Privacy? Plot Renews Debate*).  Text can be viewed in its entirety at: http://www.sphere.com/nation/article/christmas-day-terror-plot-renews-debate-over-airport-body-scanners/19296934.

1796. 29 December 2009, **la Repubblica.it**, Italy online article (topic: *Falle Gravi e Inaccettabili nel Sistema Mazionale Di Sicurezza*).  Text can be viewed in its entirety at:  http://www.repubblica.it/2009/12/sezioni/esteri/attentato-aereo-delta/parla-obama-29/parla-obama-29.html.

1797. 29 December 2009, **New York Times**, newspaper article (topic: *U. S. Struggles Anew to Ensure Safety Gaps Are Revealed*).  Text can be viewed in its entirety at:  http://www.nytimes.com/2009/12/29/us/29screening.html?_r=1&hp=&pagewanted=all.

1798. 28 December 2009, **America Tonight with Kate Delaney**, national radio interview (topic:  *U.S. Unprepared for Future Al-Qa'eda Attacks*).

1799. 28 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Unprepared for Future Al-Qa'eda Attacks*).

1800. 28 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Failure of the Obama Administration in Regards to the Body Bomber*).

1801. 26 December 2009, **International School of the Americas** interview, San Antonio, TX (topic: *Understanding the Basic Concepts of Terrorism Law*).

1802. 26 December 2009, **FOX News Radio**, national radio interview (topic: *Nigerian Al-Qa'eda Attempt to Blow up U.S. Jetliner*).

1803. 25 December 2009, **San Antonio Business Journal**, newspaper article (topic: *St. Mary's Center for Terrorism Law to Host Cyber Security Conference*).

1804. 22 December 2009, **The Last Crusade**, online article (topic: *Muslim Mass Murderer Now Seeks Legal Address*).  Text can be viewed in its entirety at: http://thelastcrusade.org/tag/center-for-terrorism-law/.

1805. 22 December 2009, **Maktoob**, online article (topic: *U.S. Gunman Banned from Praying in Arabic*).  Text can be viewed in its entirety at: http://business.maktoob.com/20090000410406/U_S_gunman_banned_from_praying_in_Arabic/Article.htm.

1806. 22 December 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Major Hasan Pretrial Restriction vs. Freedom of Religion*).

1807. 21 December 2009, **San Antonio Express News**, newspaper article, pg. 1A (topic: *Defense Cites Rights Violation*).   Text can be viewed in entirety at: http://www.mysanantonio.com/military/Accused_shooter_Hasan_kept_from_reading_Quran_in_Arabic.html.

1808. 18 December 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Mexican Drug Lord Killing May Spark Terrorism in Mexico*).

1809. 17 December 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Feds Weigh Public Risk in Terror Probes*).

1810. 14 December 2009, **The Associated Press**, online article (topic: *Pace of Terror Inquiries is Called into Questioning after Fort Hood Shootings*). The article can be read in its entirety at: http://www.dentonrc.com/sharedcontent/dws/news/texassouthwest/stories/DN-terrorinvestigation_14tex.ART.State.Edition1.b4920a.html.

1811. 14 December 2009, **The Associated Press**, online article (topic: *Agents Weigh Risks in Terrorism Probes*). The article can be read in its entirety at: http://www.ohio.com/news/nation/79196322.html.

1812. 14 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Military Trying to Recruit More Muslims*).

1813. 13 December 2009, **The Associated Press**, online article (topic: *Feds Weigh Public Risk, Evidence in Terror Probes*). The article can be read in its entirety at: http://www.kansascity.com/437/story/1627840.html.

1814. 13 December 2009, **KENS 5**, San Antonio, TX TV interview (topic:  *Overview of Afghanistan War Politics*).

1815. 11 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Young Radicalized Muslims in the United States Constitute a Continuing Challenge for Law Enforcement and the Strain on Civil Liberties*).

1816. 11 December 2009, **KKTX AM 1360**, Corpus Christi, TX radio interview (topic*: Radicalized Islam in the United States and How to Stop It*).

1817. 11 December 2009, **WIOD AM 610**, Miami, FL radio interview (topic: *Obama's Increased Use of Drones and Impact on the War on Terror*).

1818. 11 December 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *Wisdom of Trying Al-Qa'eda Terrorists in New York and Overcoming Political Correctness in Tracking Down Radical Islamic Terrorists in the United States*).

1819. 11 December 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *American Students Bent on Radical Jihad Arrested in Pakistan Attempting to Join Al-Qa'eda Terror Camps*).

1820. 11 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Military Recruiting more Muslims*).

1821. 11 December 2009, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Muslim Americans Need to Confront Radical Islam*).

1822. 11 December 2009, **WERC AM 740**, Birmingham, AL radio interview (topic: *Student Jihadi Terrorists in Pakistan*).

1823. 11 December 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Five American Muslim Radicals Arrested in Pakistan for Terror Training*).

1824. 7 December 2009, **Free Press Bhopal Journal**, Bhopal, India journal article (topic: *Initiate Policy to Avert Another Disaster: Experts*).

1825. 3 December 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Strategy for Afghanistan is Flawed but Must be Supported*).

1826. 3 December 2009, **WTVN AM 610**, Columbus, OH radio interview (topic: *Obama's Timeline for Leaving Afghanistan Signals Confusion*).

1827. 3 December 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Obama's Strategy in Iraq Sends Confused Signals*).

1828. 2 December 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Obama's Long Awaited Strategy in Afghanistan Sends Confused Signals*).

1829. 2 December 2009, **WGY AM 810**, Albany, NY radio interview (topic: *Mixed Signals Abound in Obama's Afghanistan "Surge"*).

1830. 2 December 2009, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Liberal Backlash over Troop Increase in Afghanistan*).

1831. 2 December 2009, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Obama's War Strategy in Afghanistan Lacks Clarity*).

1832. 2 December 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Obama's Strategy for Afghanistan is Blasted by the Left and Right*).

1833. 2 December 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Despite the Confused Strategy for Afghanistan, the American People Must Support the Surge*).

1834. 2 December 2009, **KXL AM 750**, Portland, OR radio interview (topic: *Obama's Afghanistan Troop Increase is Coupled with Mixed Messages for Victory*).

1835. 2 December 2009, **WREC AM 600**, Memphis, TN radio interview (topic: *After Three Full Months, Obama's War Strategy Pleases Few*).

1836. 2 December 2009, **WECK AM 1230**, Buffalo, NY radio interview (topic: *Obama's War Strategy Lacked Clarity and Confidence*).

1837. 2 December 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *No Mention of Victory in the Obama Strategy for Troop Surge in Afghanistan*).

1838. 2 December 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Echoes of Vietnam in the Obama Strategy for Afghanistan*).

1839. 2 December 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Will the Obama Strategy in Afghanistan Really Work?*).

1840. 2 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Establishing a Viable Test to Identify Radical Islamic Extremism in the Military*).

1841. 2 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Comments on Obama's Security Strategy for Afghanistan*).

1842. 1 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *What will the Military do to Weed out Radical Islam?*).

1843. 1 December 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *What Response by the U.S. to Iran's New Nuclear Ambitions?*).

1844. 1 December 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Criminal Charges for Navy Seals Reflect Poorly on the Military Justice System; Obama's War in Afghanistan*).

1845. 27 November 2009, **Daily Beast**, online article (topic: *Why Should We Screen Muslim Soldiers?*). The article can be read in its entirety at: http://www.thedailybeast.com/blogs-and-stories/2009-11-27/why-we-should-screen-muslim-soldiers/full/.

1846. 26 November 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama's Long Awaited Afghan Strategy and Implications for Victory*).

1847. 25 November 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *A Court-Martial for Navy Seals Doing Their Job?*).

1848. 25 November 2009, **WERC AM 740**, Birmingham, AL radio interview (topic: *Why the Military Can't Win in Court Case Against Three Navy Seals Charged with Assault on Iraqi Terrorist*).

1849. 25 November 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Navy Seals Caught in "Catch 22" Regarding Terrorist Allegations of Simple Battery*).

1850. 25 November 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Discussing the Legal and Policy Issues for Navy Seals Charged with Assault on Terror Detainee*).

1851. 25 November 2009, **WHLO AM 640**, Akron, OH radio interview (topic: *Navy Seals Face Criminal Charges in Allegation of Simple Assault by Terrorist*).

1852. 25 November 2009, **KKTX AM 1360**, Corpus Christi, TX radio interview (topic*: Terror Suspect in Iraq Accuses Navy Seals of Assault and Battery and the U.S. Military Overreacts*).

1853. 25 November 2009, **WKBN AM 570**, Youngstown, Ohio radio interview (topic*: Why the Military has Succumbed to Charging Navy Seals with Simple Assault Charges*).

1854. 25 November 2009, **WFLF AM 540**, Panama City, FL radio interview (topic: *Afghanistan Strategy and Assault Charges Against Navy Seals*).

1855. 25 November 2009, **WOC AM 1420**, Davenport, IA radio interview (topic: *Is the Military Really Proceeding with Assault Charges Against Navy Seals for Alleged Assault on a Terrorist?*).

1856. 25 November 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Political Correctness and the Charges Against Special Operations Forces*).

1857. 25 November 2009, **WIOD AM 610**, Miami, FL radio interview (topic: *Navy Seals Demand Trial for Alleged Assault on Iraqi Terrorist; Obama's Afghan Strategy*).

1858. 25 November 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Navy Seals Face Courts Martial for Assault on Top Iraqi Terrorist*).

1859. 24 November 2009, **Al Jareeza**, national TV interview by Shihab Rattansi (topic: *Blackwater's Secret War in Pakistan*).  The interview can be seen in its entirety at:  http://www.youtube.com/watch?v=MuEMJ6WDSRU.

1860. 23 November 2009, **The Nation**, online article (topic: *Blackwater's Secret War in Pakistan*). The article can be read in its entirety at: http://www.thenation.com/doc/20091207/scahill.

1861. 19 November 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Military Commissions Versus Federal Courts*).

1862. 18 November 2009, **KETK 56 NBC**, Tyler, TX TV interview (topic: *Prosecuting Al Qa'eda Enemy Combatants in New York City*).

1863. 18 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Legal Issues in Trial of Khalid Sheikh Mohammed*).

1864. 17 November 2009, **If Liz Were Queen**, online article (topic: *The Ultimate in Wasting Taxpayers Dollars:  We are Funding Both Sides of the War in Afghanistan*). The article can be read in its entirety at: http://iflizwerequeen.com/?p=4753.

1865. 17 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Can Khalid Sheikh Mohammed get a Fair Trial in New York City?*).

1866. 17 November 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Obama's Decision in the War on Terror Regarding Khalid Sheikh Mohammed and Major Hasan*).

1867. 16 November 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Hasan's Terror Attack in the War on Terror*).

1868. 16 November 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Wisdom of Trying Five 9/11 Enemy Combatants in New York City*).

1869. 14 November 2009, **MSNBC**, national TV interview by Alex Witt (topic: *Legal Hurdles to Prosecuting Khalid Sheikh Mohammed in New York City*).

1870. 14 November 2009, **San Antonio Express News**, newspaper article (topic: *Fort Hood Major had Focused on Objector Status*).   Text can be viewed in entirety at:
http://www.mysanantonio.com/news/local_news/Fort_Hood_major_had_focused_on_objector_status.html.

1871. 14 November 2009, **MSNBC**, national TV interview by Alex Witt (topic: *Military Commissions Should Try Khalid Sheikh Mohammed*).

1872. 14 November 2009, **Houston Chronicle**, newspaper article (topic: *Objector Discharges Rare in Today's Force*).   Text can be viewed in entirety at:
http://www.chron.com/disp/story.mpl/metropolitan/6720098.html.

1873. 14 November 2009, **MSNBC**, national TV interview by Alex Witt (topic: *Prosecute Khalid Sheikh Mohammed in Military Commission*).

1874. 13 November 2009, **NBC NY1**, New York, NY TV interview (topic: *Khalid Sheikh Mohammed Trial*).

1875. 13 November 2009, **MSNBC**, national TV interview by Dylan Ratigan (topic: *Five 9/11 Suspects to be Tried in New York Court*).

1876. 13 November 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Bringing Khalid Sheikh Mohammed to Trial in Civilian Court is a Bad Decision*).

1877. 13 November 2009, **MSNBC Morning Meeting with Dylan Ratigan**, national TV interview by Dylan Ratigan (topic: *Karzai Cousins Control Key Route to Kardahar*).

1878. 13 November 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal Issues Regarding Khalid Sheikh Mohammed Trial Prosecuting in Federal Court*).

1879. 13 November 2009, **MSNBC Morning Meeting with Dylan Ratigan**, national TV interview by Dylan Ratigan (topic: *Khalid Sheikh Mohammed Trial is a Wrong Signal to Send*).

1880. 12 November 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Murder Charges Against Major Hasan*).

1881. 12 November 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Calling the Fort Hood Attack an Islamic Terror Attack*).

1882. 11 November 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Courts-martial of Major Hasan*).

1883. 11 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Fort Hood Attack was Islamic Terror Attack)*.  This podcast can be heard in its entirety at:
http://a1135.g.akamai.net/f/1135/18227/1h/cchannel.download.akamai.com/18227/podcast/HOUSTON-TX/KTRH-AM/11092009MBpodcast3_1.mp3?CPROG=PCAST&MARKET=HOUSTON-TX&NG_FORMAT=newssports&SITE_ID=700&STATION_ID=KTRH-AM&PCAST_AUTHOR=KTRH&PCAST_CAT=News_%26_Politics&PCAST_TITLE=Michael_Berry_Podcast*/*.

1884. 11 November 2009, **The Legal Minute**, **St. Mary's University School of Law**, magazine article, Volume 1, Issue 1, pg. 7, (topic: *Former Army Officer Pioneers Education of Terrorism Law as Professor*).

1885. 11 November 2009, **The Legal Minute**, **St. Mary's University School of Law**, magazine article, Volume 1, Issue 1, pg. 7, (topic: *Terrorism Center at St. Mary's Leading the Legal 'War on Terror'*).

1886. 11 November 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Military Trial Issues for Hasan*).

1887. 11 November 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Muslim Extremist Terrorism in the United States*).

1888. 10 November 2009, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *U.S. Hikers as Pawns in Iran Nuclear Attacks*).

1889. 10 November 2009, **KENS 5**, San Antonio, TX TV interview (topic: *Fort Hood Attack was Terrorism*).

1890. 10 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terror Cells Include Lone-Wolfs as well as Larger Units*).

1891. 10 November 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Iranian Detention of Three American Hikers and Implications for Negotiations on Nuclear Ambitions*).

1892. 10 November 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *President Obama's Response to Terror Attack at Fort Hood; Iranian Threats to Prosecute Hikers*).

1893. 10 November 2009, **MSNBC**, national TV interview (topic: *Use of Military Judicial System to Prosecute Major Hasan*).

1894. 10 November 2009, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Military Justice System Trial for Major Hasan*).

1895. 9 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussing the Ramifications of the Fort Hood Terrorist Attacks*).

1896. 9 November 2009, **WOAI Channel 4 -NBC**, San Antonio, TX TV interview (topic: *Explaining Why Hasan's Attack was a Radical Islamic Attack*).

1897. 9 November 2009, **MSNBC**, national TV interview (topic: *Selecting the Proper Forum to Prosecute Lone-Wolf Terrorist Hasan*).

1898. 9 November 2009, **KTRH 740**, Houston, TX radio interview (topic: *Hasan was a Lone Wolf Islamic Terrorist*).

1899. 8 November 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Fort Hood Attack Constitutes First Major Attack on U.S. Soil Since 9/11*).

1900. 6 November 2009, **WOAI Channel 4 -NBC**, San Antonio, TX TV interview (topic: *Assessing the Terror Attack at Fort Hood*).

1901. 6 November 2009, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *The Murders at Fort Hood were Motivated by Radical Islam*).

1902. 6 November 2009, **KOA AM 850**, Denver, CO radio interview (topic: *Fort Hood Terror Attack by Major Hasan*).

1903. 6 November 2009, **WIND AM 560**, Chicago, IL radio interview (topic: *Targeting Behavior not Religion as the Key to Halting Terrorism as Occurred at Fort Hood*).

1904. 6 November 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Hasan's Attack in the War on Terror*).

1905. 6 November 2009, **WERC AM 740**, Birmingham, AL radio interview (topic: *Security Issues in the Fort Hood Terror Attack*).

1906. 6 November 2009, **KLIX AM 1310**, Twin Falls, ID radio interview (topic: *Hasan's Murder Spree was Act of Terrorism*).

1907. 6 November 2009, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Indications of Terror Attack at Fort Hood were Everywhere*).

1908. 6 November 2009, **KPNW AM 1120**, Eugene, OR radio interview (topic: *Attack at Fort Hood was Islamic Fascism*).

1909. 6 November 2009, **KCMO AM 710**, Kansas City, MO radio interview (topic: *The Line Between Terrorism and a Psychopathic Killer*).

1910. 6 November 2009, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Murders at Fort Hood were Terrorism*).

1911. 6 November 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Explaining the Indicators to Conclude Hasan was Acting an Islamic Radical Terrorist*).

1912. 6 November 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *Major Hasan's Attack at Fort Hood was Terrorism*).

1913. 6 November 2009, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Fort Hood Murders were Islamic Radical Terror Attack*).

1914. 6 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism at Fort Hood*).

1915. 5 November 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *Erroneous Italian Conviction of American CIA for Transporting Suspected Islamic Terrorist to Egypt*).

1916. 5 November 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. and Italian Response to Italian Court Conviction of CIA Agents in Rendition of Radical Islamic Terrorist*).

1917. 5 November 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Italian Court Convicts 23 CIA Agents for Kidnapping Suspected Islamic Terrorist from Italy*).

1918. 2 November 2009, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *GITMO Detainees and the H1N1 Virus*).

1919. 2 November 2009, **MSNBC**, national TV interview by Cassandra Brewer (topic: *Giving the Flu Vaccine to GITMO Detainees*).

1920. 1 November 2008, **Ledger-Enquirer**, online news article (topic: *The Sting: Nabbing them Before they Hit us*).  Text can be viewed in entirety at: http://www.ledger-enquirer.com/sunday_voices/v-print/story/891558.html.

1921. 29 October 2009, **WHLO AM 640**, Akron, OH radio interview (topic: *President Obama's Afghanistan Dilemma*).

1922. 29 October 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Discussing U.S. Options in Afghanistan*).

1923. 29 October 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Discussing the 2010 Defense Spending Bill*).

1924. 29 October 2009, **WFLA AM 540**, Tampa, FL radio interview (topic*: Why the Obama Administration Has Yet to Provide a Strategy in Afghanistan*).

1925. 29 October 2009, **WIOD AM 610**, Miami, FL radio interview (topic: *Military Spending Bill and the War on Terror*).

1926. 29 October 2009, **WSBA AM 910**, York, PA radio interview (topic: *Sending Additional Troops to Afghanistan*).

1927. 29 October 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Providing Money Payments to Reformed Taliban*).

1928. 24 October 2009, **San Antonio Express-News**, newspaper article (topic: *Cyber Security Industry Builds Momentum in San Antonio*). The article can be read in its entirety at: http://www.mysanantonio.com/business/65877127.html.

1929. 23 October 2009, **WFYI 1** Indianapolis, IN TV interview (topic: *Understanding the American National Security Process in Times of Crisis*).

1930. 22 October 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Legal and Policy Issues Concerning Detainees at GITMO*).

1931. 22 October 2009, **E! Online**, online article (topic: *Is Britney Spears Music Really Torture in GITMO?*). The article can be read in its entirety at: http://www.eonline.com/uberblog/ask_the_answer_bitch/b150191_britney_spear s_music_really_torture_in.html.

1932. 21 October 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Possible Transfer of Detainees from GITMO to Michigan*).

1933. 20 October 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Sunni Suicide Bomber Kills Senior Iranian Revolutionary Guard Leaders*).

1934. 18 October 2009, **KWEX 41 Noticiero Univision**, San Antonio, TX TV interview (topic: *Analysis of the Third Jihad Movie*).

1935. 17 October 2009, **Fort Worth Star-Telegram**, online article (topic: *Stinging Wannabe Terrorists Before They Strike*). The article can be read in its entirety at: http://www.star-telegram.com/212/story/1693008.html.

1936. 16 October 2009, **Enterprise News**, online article (topic: *Law Professors Snubbed U.S. Northern Command*). The article can be read in its entirety at: http://bobmccarty.com/2009/10/16/law-professors-snubbed-northern-command/.

1937. 16 October 2009, **KSTX FM 89.1**, Texas Public Radio, San Antonio, TX radio interview (topic: *Legal and Policy Issues in the War on Terror*).

1938. 13 October 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *Future Military Options for Afghanistan*).

1939. 13 October 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Candidate Obama's Pledge to Bring U.S. Military into Western Pakistan to Defeat Al-Qa'eda*).

1940. 13 October 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Sending Additional Troops into Afghanistan and Implications for Success*).

1941. 13 October 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Tactical Shifts but No American Strategy in Afghanistan*).

1942. 13 October 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *The Addition of 13,000 More U.S. Soldiers into Afghanistan – What it Means*).

1943. 13 October 2009, **WIMA AM 1150**, Lima, OH radio interview (topic: *Obama's Lack of Strategic Clarity in the War in Afghanistan*).

1944. 8 October 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Efficacy of the Department of Homeland Security*).

1945. 7 October 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Homeland Security Act of 2002 and Implications for the Future*).

1946. 5 October 2009, **Wells Report with Jon-David Wells, KLIF AM 570**, Dallas, TX radio interview (topic: *Radical Islamic Terrorism in Dallas*).

1947. 3 October 2009, **Enterprise News**, online article (topic: *Expert: Neo Nazi Groups to Surge*). The article can be read in its entirety at: http://www.enterprisenews.com/news/x1231801435/Expert-Neo-Nazi-groups-to-surge.

1948. 30 September 2009, **Canada Free Press**, online article (topic: *The World Wearies of the Narcissist-in-Chief*). The article can be read in its entirety at: http://canadafreepress.com/index.php/article/15303.

1949. 29 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussing US Options to Stop Iranian Nuclear Program*).

1950. 28 September 2009, **South Coast Today**, online article (topic: *SNESL Students' Group to Host Terrorism Conference*). The article can be read in its entirety at: http://www.southcoasttoday.com/apps/pbcs.dll/article?AID=/20090928/EDU02/909289983/-1/EDU.

1951. 28 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Iranian Missile Tests and U.S. Response*).

1952. 27 September 2009, **The Dallas Morning News**, newspaper article (topic: *Dallas Terror Sting Signals New Approach for FBI*). The article can be read in its entirety at: http://www.dallasnews.com/sharedcontent/dws/dn/latestnews/stories/092709dnproterrorfbi.408e750.html.

1953. 27 September 2009, **The Crime Report**, online article (topic: *Fed Gives Terrorism Suspects a Longer Leash*). The article can be read in its entirety at: http://thecrimereport.org/2009/09/27/feds-giving-terrorism-suspects-a-longer-leash/.

1954. 25 September 2009, **CQ Researcher**, Volume 19, Number 33 (topic: *Did Harsh CIA Interrogations Amount to Torture?*).

1955. 25 September 2009, **FOX NEWS Channel**, national TV interview by Neil Cavuto (topic: *Administration's Lack of Strategy in Afghanistan and Implications for Additional Troops*).

1956. 25 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Iranian Nuclear Ambitions and Prospects for Stopping*).

1957. 25 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Plot in Dallas and Implications for American Security*).

1958. 25 September 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Disrupting Islamic Terror Plots in Dallas and Minneapolis*).

1959. 24 September 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *New York/Colorado Islamic Terror Case*).

1960. 23 September 2009, **KSAT Channel 12 -ABC**, San Antonio, TX TV interview (topic: *Terror Plots in New York and Denver*).

1961. 23 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Assessing the Seriousness of DHS Terror Warnings in the Wake of Arrest of Islamic Radicals, Zazi and Afzali*).

1962. 23 September 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Elevated Terror Threat by DHS*).

1963. 23 September 2009, **WFLA AM 540**, Tampa, FL radio interview (topic*: Bush-era Terrorism Policies Continue to Function in Obama Administration*).

1964. 23 September 2009, **WIOD AM 610**, Miami, FL radio interview (topic: *Understanding the Seriousness of Islamic Terror in the United States*).

1965. 23 September 2009, **KOA AM 850**, Denver, CO radio interview (topic: *The War on Terror Continues with New Terror Plots*).

1966. 23 September 2009, **WCBM 680**, Baltimore, MD radio interview (topic*: Denver-New York Al Qa'eda Terror Plot*).

1967. 22 September 2009, **Threats Watch**, online article (topic: *Denials, Lies and Arrests*). The article can be read in its entirety at: http://threatswatch.org/rapidrecon/2009/09/denials-lies-and-arrests/.

1968. 22 September 2009, **News Blaze**, online article (topic: *Response to "Terrorism Scholars:  Blown Case Sped Up Arrests"*). The article can be read in its entirety at: http://newsblaze.com/story/20090922091316mcut.nb/topstory.html.

1969. 22 September 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: The Need for Firm Security Strategies in Afghanistan and Consequences of Failure*).

1970. 22 September 2009, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Afghanistan as the New Vietnam?*).

1971. 22 September 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama Needs to Develop a Clear Afghanistan Strategy*).

1972. 22 September 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Al-Qa'eda Terrorism in the United States*).

1973. 22 September 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Necessity for Clear Objectives in Afghanistan*).

1974. 22 September 2009, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Obama Admits He Has No Strategy in Afghanistan*).

1975. 22 September 2009, **WIMA AM 1150**, Lima, OH radio interview (topic: *Lack of Clear Afghanistan Strategy by the U.S. Translates to Confusion*).

1976. 22 September 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *The Generals vs. the Administration in Calling for Additional Ground Forces in Afghanistan*).

1977. 22 September 2009, **WREC AM 600**, Memphis, TN radio interview (topic: *Defeat in Afghanistan Hinges on Strategy*).

1978. 22 September 2009, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Obama's Admission that No Strategy Exists for Victory in Afghanistan*).

1979. 22 September 2009, **WTAG AM 580**, Worcester, MA radio interview (topic: *Obama's Confused Strategy in Afghanistan War*).

1980. 22 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *DHS Memos Warning of Terror Attacks*).

1981. 22 September 2009, **Washington Times**, online article (topic: *Blown Terrorist Case Led to Rushed Arrests*). The article can be read in its entirety at: http://washingtontimes.com/news/2009/sep/22/terrorism-scholars-blown-case-sped-up-arrests/.

1982. 21 September 2009, **KHOW AM 630**, Denver, CO radio interview (topic: *Radical Islam Terrorism in the United States is the Number One Threat, Not Right Wing Extremists*).

1983. 21 September 2009, **The Detroit News**, Detroit, MI online article (topic: *Minor Charges Useful for Holding Terror Suspects*). The article can be read in its entirety at: http://www.detnews.com/article/20090921/NATION/909210375/1020/Minor-charges-useful-for-holding-terror-suspects.

1984. 21 September 2009, **Denver Post**, Denver, CO newspaper article (topic: *Arrests Follow Pattern of Nabbing Terror Suspects on Minor Charges*). The article can be read in its entirety at: http://www.denverpost.com/headlines/ci_13383719.

1985. 20 September 2009, **FOX NEWS Radio**, national radio interview (topic: *Al-Qa'eda-styled Terror Arrests in Denver and New York*).

1986. 17 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *8th Anniversary of Anthrax Terror Attack and Implications for the Future*).

1987. 14 September 2009, **Threats Watch**, online article (topic: *Another Enemy Within II*). The article can be read in its entirety at: http://threatswatch.org/rapidrecon/2009/09/another-enemy-within-ii/.

1988. 14 September 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Where is Osama bin Laden and Why is the Obama Administration Investigating the CIA?*).

1989. 11 September 2009, **Rusty Humphries Show KLIF AM 570**, Dallas, TX radio interview (topic: *Legal Developments in the War on Terror*).

1990. 11 September 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *9/11: Assessing Homeland Security on the 8th Anniversary of 9/11*).

1991. 10 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussion of the 8th Anniversary of 9/11*).

1992. 9 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Preparedness in the War on Terror*).

1993. 9 September 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Obama's War in Afghanistan*).

1994. 8 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Taliban Profiting from Construction Contracts in Afghanistan*).

1995. 4 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *U.S. Taxpayers Funding the Afghanistan War through Construction Projects*).

1996. 4 September 2009, **Washington Times**, online article (topic: *EXCLUSIVE: CIA Asks Justice to Probe Leaks of Secrets*). The article can be read in its entirety at: http://washingtontimes.com/news/2009/sep/04/cia-asks-justice-to-probe-leaks-of-secrets/?feat=home_cube_position1.

1997. 3 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Misconduct by Security Contractors in Kabul*).

1998. 2 September 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *General McChrystal's Assessment of Iraq and Resurgence of the Taliban*).

1999. 2 September 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Contractors in Afghanistan*).

2000. 1 September 2009, **Federal Computer Week**, online article (topic: *Expanding Cybersecurity Powers for President Provokes Debate*). The article can be read in its entirety at: http://fcw.com/articles/2009/09/01/cybersecurity-bill-debate.aspx.

2001. 1 September 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Is the Obama the Administration Playing Politics with CIA Interrogation Investigation?*).

2002. 27 August 2009, **WKBN AM 570**, Youngstown, Ohio radio interview (topic: *Is Attorney General Holder's Decision to Investigate CIA Interrogation Methods a Political Witch-Hunt?*).

2003. 27 August 2009, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Selective Decision to Rehash CIA Interrogation Techniques by Obama's Justice Department*).

2004. 27 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Tension Over Apparent Political Motivations to Investigate Old CIA Interrogation Methods*).

2005. 27 August 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Criticism of Justice Department Decision to Investigate 2003-2004 CIA Interrogation Practices*).

2006. 25 August 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Disclosure of CIA Interrogation Related Documents*).

2007. 23 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Cartoons and Impact on Radical Islam*).

2008. 20 August 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Elections in Afghanistan, Bombings in Iraq, and Release of Terrorist Bomber in Scotland*).

2009. 20 August 2009, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Massive Suicide Bombings in Iraq and U.S. Response*).

2010. 20 August 2009, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Coordinated Suicide Bombings in Iraq and Implications for Stability in Iraq*).

2011. 20 August 2009, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Elections in Afghanistan and Iraqi Security Pressures*).

2012. 20 August 2009, **KNEW AM 910**, San Francisco, CA radio interview (topic: *Iraq Bombing and Obama's Options for Stability*).

2013. 20 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Stress for our Soldiers on Long Deployments*).

2014. 19 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of Stress Counselors for US Military*).

2015. 19 August 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Upcoming Elections in Afghanistan and Impact on Terrorism*).

2016. 17 August 2009, **Richard Dixon Show**, national radio interview (topic: *Obama Administration Strategy in Afghanistan*).

2017. 12 August 2009, **WIND AM 560**, Chicago, IL radio interview (topic: *Obama's Strategy in Afghanistan*).

2018. 11 August 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Losing the Long War in Afghanistan is Quite Probable*).

2019. 11 August 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Obama's Lack of Strategic Clarity in Afghanistan*).

2020. 11 August 2009, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Drugs, Guns, and Negotiation in Afghanistan*).

2021. 11 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Strategy in Afghanistan - Fight or Cut and Run?*).

2022. 10 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama Administration's Refusal to Use the Term War on Terror or Similar Concepts*).

2023. 7 August 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Russian Nuclear Subs Sighted off U.S. Coast*).

2024. 4 August 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *As Long as the U.S. is at War, GITMO Needs to Remain in Cuba*).

2025. 4 August 2009, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Opposition to Moving GITMO to the U.S. is Spread Across Political Party Lines*).

2026. 4 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Naiveté of Moving GITMO to the U.S.*).

2027. 4 August 2009, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *The Wisdom of Moving GITMO to the U.S.*).

2028. 4 August 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Discussing the Reasons Why GITMO Needs to Remain in Cuba and not Carbon Copied in the U.S.*).

2029. 4 August 2009, **WIMA AM 1150**, Lima, OH radio interview (topic: *Demonizing GITMO is not the Path to Dealing with Al-Qa'eda Enemy Combatants*).

2030. 4 August 2009, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Report that GITMO will be Moved to Michigan Underscores the Reasons why GITMO Should Remain in Cuba*).

2031. 4 August 2009, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Why Moving GITMO to the U.S. is Wrongheaded*).

2032. 4 August 2009, **WTAG AM 580**, Worcester, MA radio interview (topic: *Obama's Latest Attempt to Move GITMO to the U.S.*).

2033. 4 August 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *Continued Lack of Leadership from the Administration on GITMO*).

2034. 3 August 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussing Closure in the Captain Speicher Case*).

2035. 30 July 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Obama Administration Finally Embraces Bush Policies to Combat Domestic Terrorism Following North Carolina Extremist Plot*).

2036. 30 July 2009, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Bush Policies to Combat Islamic Terror Threat in U.S. are Publicly Acknowledged After North Carolina Terror Cell Plot*).

2037. 30 July 2009, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Arrests in North Carolina Islamic Terror Cell Plot Highlights the Number One Domestic Threat for the Department of Homeland Security*).

2038. 30 July 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic*: The Word "Terrorism" Returns to Department of Homeland Security Following the North Carolina Terror Plot*).

2039. 30 July 2009, **KOA AM 850**, Denver, CO radio interview (topic: *North Carolina Terror Cell Arrest Forces Department of Homeland Security to Publicly Endure Bush-era Tactics*).

2040. 30 July 2009, **WSBA AM 910**, York, PA radio interview (topic: *Department of Homeland Security Chief Returns to the Language of the War on Terror in Wake of North Carolina Terror Plot*).

2041. 30 July 2009, **WHAM AM 1180**, Rochester, NY radio interview (topic: *North Carolina Terror Plot was a Wakeup Call for DHS Leadership to Embrace Bush Policies on Domestic Terrorism*).

2042. 29 July 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *The Necessity of Real Leadership Focus from the Department of Homeland Security on Domestic Radical Islamic Threat*).

2043. 28 July 2009, **FOX NEWS**, online article (topic: *UN Refuses to Label Somali Terror Group Al Shabaab to the Foreign Terror List*). The article can be read in its entirety at: http://infidelsparadise.com/?p=11829.

2044. 28 July 2009, **FOX NEWS**, online article (topic: *Somali Extremists Who Raided U.N. Offices Not Considered a Terror Group*). The article can be read in its entirety at: http://www.foxnews.com/story/0,2933,535191,00.html.

2045. 28 July 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Understanding the Continued Threat of Domestic Radical Islamic Terrorism*).

2046. 27 July 2009, **StarTribune.com** online article, (topic: *Aspiring Terrorists or Naïve Dupes? Question Over Motives of Minnesota Somalis Who Took up Arms*). The article can be read in its entirety at: http://www.startribune.com/local/51775562.html?pqge=3&c=y.

2047. 27 July 2009, **Kansas City Star** online article, Kansas City, KS (topic: *Missing Minnesota Somalis: Aspiring Fighters or Dupes*). The article can be read in its entirety at: http://www.kansascity.com/437/v-print/story/1347463.html.

2048. 27 July 2009, **News 24** online article (topic: *Missing Somalis in the U.S.*). The article can be read in its entirety at: http://www.news24.com/Content/Africa/News/965/01cab4c8b4b440a2b2d55c68b89fa40e/27-07-2009%2010-07/Missing_Somalis_in_the_US.

2049. 27 July 2009, **Breaking News 24/7** online article (topic: *Aspiring Terrorists or Naïve Dupes? Question Over Motives of Minnesota Somalis Who Took up Arms*). The article can be read in its entirety at: http://blog.taragana.com/n/aspiring-terrorists-or-naive-dupes-question-over-motives-of-minn-somalis-who-took-up-arms-121538/.

2050. 23 July 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Taliban Use of Suicide Bombers in Afghanistan*).

2051. 23 July 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Obama's Confused Policy Towards the War on Terror*).

2052. 23 July 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Six Month Assessment of President Obama's War on Terror*).

2053. 22 July 2009, **KPNW AM 1120**, Eugene, OR radio interview (topic: *Taliban's Use of Human Bombs in Afghanistan and the U.S. Strategy*).

2054. 22 July 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *President Obama's Refusal to Label the War on Terror as a 'War'*).

2055. 22 July 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Lack of a Clear U.S. Strategy for Military Mission in Afghanistan*).

2056. 21 July 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussing the Propaganda Value of the U.S. Soldiers Captured by the Taliban*).

2057. 20 July 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Assessing President Obama's First Six Months in Office*).

2058. 19 July 2009, **KENS 5 Newsmaker -CBS**, San Antonio, TX TV interview (topic: *Assessing President Obama's First Six Months in Office – What He Has Done in Terms of Dealing with the War on Terror and the Threat from Al-Qa'eda, Taliban, and Associated Forces*).

2059. 17 July 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *CIA's "Assassination" Program Against Al-Qa'eda*).

2060. 16 July 2009, **America Tonight with Kate Delaney**, national radio interview (topic: *Assessing President Obama's First Six Months in Office*).

2061. 15 July 2009, **Richard Dixon Show**, national radio interview (topic: *Discussing the CIA's Secret Program to Kill or Capture Al-Qa'eda*).

2062. 14 July 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Judge Sotomayor's View on the Second Amendment*).

2063. 9 July 2009, **FOX NEWS**, online article (topic: *NYPD Probes Beheading of Statue of Liberty Replica Seen in YouTube Video*). The article can be read in its entirety at: http://www.foxnews.com/story/0,2933,531062,00.html.

2064. 6 July 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Update on Terrorism Issues Around the Globe*).

2065. 26 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism Law and the War on Terror*).

2066. 24 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Problems with the Terrorist Watch List*).

2067. 22 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Why Iran Poses a Greater Terrorism Threat than North Korea*).

2068. 20 June 2009, **The Spokesman,** Austin, TX **-** Westlake Rotary Club newsletter article (topic: *Understanding Iran's Election*).

2069. 19 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Iran or North Korea as Primary Terror Threat?*).

2070. 18 June 2009, **WZTA AM 1370**, Vero Beach, FL radio interview (topic: *Lack of Strength in U.S. National Security*).

2071. 18 June 2009, **KGAB AM 650**, Cheyenne, WY radio interview (topic: *Dealing with the Window of Opportunity in Iran from a National Security Perspective*).

2072. 18 June 2009, **Richard Dixon Show** national radio interview (topic: *Obama's Weak National Security Response to Iranian Protests*).

2073. 18 June 2009, **Leslie Marshall Show** national radio interview (topic: *Iran's Election Process and U.S. National Security Interests*).

2074. 17 June 2009, **WREL AM 1450**, Lexington, VA radio interview (topic: *Lost Opportunities to Encourage "Democracy" Protests in Iran*).

2075. 17 June 2009, **TalkStar Radio Network**, radio interview (topic: *Iran and the Disputed Elections – What it Means for U.S. National Security*).

2076. 17 June 2009, **WEOS AM**, Southbridge, MA radio interview (topic: *Strong Leadership Needed by the U.S. to Support Protests in Iran*).

2077. 17 June 2009, **Dothan Eagle**, **Dothan, AL** online article (topic: *Inquiry into Troops in Samson Remains Open*). The article can be read in its entirety at: http://www.dothaneagle.com/dea/news/local/article/inquiry_into_troops_in_samson_remains_open/77684/.

2078. 16 June 2009, **America Tonight with Kate Delaney** national radio interview (topic: *Obama's Weak Response to Iranian Election and Terror Threat to the Region*).

2079. 16 June 2009, **RTIR Radio TV Interview Report** online article (topic: *Understanding Iran's Election*). The article can be read in its entirety at: http://www.rtironline.com/blog/_archives/2009/6/16/4224028.html.

2080. 15 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of Surface to Air Missiles on Domestic Airlines*).

2081. 11 June 2009, **Google News** online article (topic: *Ex-Ga. Tech Student Convicted of Video Terror Plot*). The article can be read in its entirety at: http://www.google.com/hostednews/ap/article/ALeqM5gm7LOJRC22iff_W9qNJyAGx9wXxAD98O4PB01.

2082. 11 June 2009, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Politics Before National Security – Ghailani Federal District Court Trial*).

2083. 10 June 2009, **Star Tribune**, **Minneapolis, St. Paul, MN** online article (topic: *Ex-Ga. Tech Students Conviction Reflective of Proactive Counterterrorism Approach*). The article can be read in its entirety at: http://www.startribune.com/nation/47517662.html?page=1&c=y.

2084. 10 June 2009, **San Francisco Chronicle**, online article (topic: *Ex-Ga. Tech Student Convicted of Video Terror Plot*). The article can be read in its entirety at: http://www.sfgate.com/cgi-bin/article.cgi?f=/n/a/2009/06/09/national/a133404D97.DTL&tsp=1.

2085. 10 June 2009, **The Associated Press**, online article (topic: *U.S. Man Who Videotaped D.C. Landmarks Convicted of Supporting Terrorism*). The article can be read in its entirety at: http://www.cbc.ca/world/story/2009/06/10/atlanta-student-terrorplot.html.

2086. 10 June 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Ghailani Trial in New York Signals Fractured Approach to War on Terror*).

2087. 10 June 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Confusion in Obama Administration Regarding Establishing a Clear Plan to Address Al-Qa'eda Threat*).

2088. 10 June 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *Obama's Lack of a Clear Vision to Deal with Al-Qa'eda Detainees*).

2089. 10 June 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Ghailani Trial is Clear Evidence that Obama's Strategy to Deal with Al-Qa'eda Reflects Vacillation and Confusion*).

2090. 10 June 2009, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Back to the Future – Obama is Pursuing Confused Strategy to Handle Al-Qa'eda in Federal Court*).

2091. 10 June 2009, **WRKO AM 680**, Boston, MA radio interview (topic: *Ghailani Trial Reflects Confused Obama Strategy to Deal with Al-Qa'eda*).

2092. 10 June 2009, **WSBA AM 910**, York, PA radio interview (topic: *Obama's Strategy to Use Federal Courts and Military Commissions Mirror Bush's Strategy – Both are Wrong*).

2093. 10 June 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Federal Court Trials for Al-Qa'eda Defendants and Implications for the War on Terror*).

2094. 10 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *The Ghailani Criminal Trial Reflects Obama's Failed Approach to Develop a Coherent Strategy to Deal with GITMO Trials*).

2095. 4 June 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Obama's Speech to the Islamic World*).

2096. 4 June 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *Analysis of President Obama's Egyptian Speech to the Muslim World*).

2097. 4 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Comments Regards Radical Islamic Threat to use Biological Weapons via Mexican/U.S. Border*).

2098. 4 June 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Behind the Scene Objectives of Obama's Middle Eastern/European Trip – Transferring GITMO Detainees*).

2099. 3 June 2009, **WWLO AM 1430**, Gainesville, FL radio interview (topic: *What Needs to be Done to Confront a Nuclear North Korea and Islamic Terrorism*).

2100. 3 June 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *The Son of the Son – Implications for US Foreign Policy When the Leadership Changes in North Korea*).

2101. 3 June 2009, **WFLA AM 540**, Tampa, FL radio interview (topic*: New Leadership in North Korea and the "China" Connection*).

2102. 3 June 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Obama Administration's Approach to North Korea and Islamic Terrorism*).

2103. 30 May 2009, **San Antonio Express-News**, newspaper article, pg. 1A (topic: *Harrowing Tale of Jungle Survival*). The article can be read in its entirety at: http://www.mysanantonio.com/news/local_news/Ex-hostages_share_harrowing_tale_of_jungle_survival.html.

2104. 30 May 2009, **Daily Kos**, online article (topic: *On Torture and War Crimes, Part Two, Or, Dr. Addicott and I Find Common Ground*). The article can be read in its entirety at: http://www.dailykos.com/storyonly/2009/5/30/736867/-On-Torture-And-War-Crimes,-Part-Two,-Or,-Dr.-Addicott-And-I-Find-Common-Ground.

2105. 29 May 2009, **Daily Kos**, online article (topic: *On Torture and War Crimes, Part One, Or, I Interview Dr. Addicott*). The article can be read in its entirety at: http://www.dailykos.com/story/2009/5/29/736531/-On-Torture-And-War-Crimes,-Part-One,-Or,-I-Interview-Dr.-Addicott.

2106. 29 May 2009, **FOX 29 -KABB**, San Antonio, TX TV interview (topic: *Former Hostages Speak Out*).

2107. 29 May 2009, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Ex-Hostages Talk about Ordeal*). The video can be seen at: http://www.ksat.com/newsarchive/19605277/detail.html#video.

2108. 29 May 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Americans Held Hostage by Terrorists in Colombia*).

2109. 28 May 2009, **San Antonio Express-News**, newspaper article (topic: *CNN Analyst Says to Show Terrorists "No Mercy"*). The article can be read in its entirety at: http://www.mysanantonio.com/community/northwest/CNN_analyst_says_to_show_terrorists_no_mercy.html.

2110. 27 May 2009, **El Manaña**, Laredo, TX online article (topic: *Informan Sobre Terrorismo*). The article can be read in its entirety at: http://www.elmanana.com.mx/includes/pop/nota_imprimir.asp?id=123316.

2111. 26 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Nuclear Test by North Korea and the US Response*).

2112. 22 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Analysis of President Obama's National Security Speech*).

2113. 21 May 2009, **FOX NEWS**, online article (topic: *Patriot Act Likely Helped Thwart NYC Terror Plot, Experts Say*). The article can be read in its entirety at: http://www.foxnews.com/politics/2009/05/21/security-experts-say-patriot-act-likely-helped-thwart-nyc-terror-plot/.

2114. 21 May 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Evaluation of President Obama's National Security Speech in D.C.*).

2115. 21 May 2009, **FOX NEWS**, online article (topic: *NYC Terror Case Will Be 'Prosecutor's Dream,' Legal Analyst Says*). The article can be read in its entirety at: http://www.foxnews.com/story/0,2933,521059,00.html.

2116. 20 May 2009, **The Boerne Star**, newspaper article, pg. 7A (topic: *SAR to Hear from St. Mary's Terrorism Expert*). The article can be read in its entirety at: http://www.boernestar.com/articles/2009/05/20/community/doc4a11c48734cf45 69743756.txt.

2117. 20 May 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *The Re-Start of Military Commissions and Obama's National Security Plan*).

2118. 20 May 2009, **Texas on the Go**, Houston, TX online article (topic: *Security: Vulnerability of the American Business on the Gulf Coast*). The article can be read in its entirety at: http://texasonthego.com/index.php/government-a-business/258-security-vulnerability-of-the-american-business-on-the-gulf-coast.html.

2119. 19 May 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Future of Military Commissions and Supreme Court Ruling on Discrimination Against Illegal Aliens Detained in New York Post-9/11*).

2120. 19 May 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Supreme Court Remands Case Involving Illegal Alien's Contention that Detainee's in Brooklyn, NY Were Held on Basis of Race, Religion or National Origin*).

2121. 19 May 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Challenge to Bush-era Detention of Illegal Alien Suspected Terrorists Rejected by 5/4 Decision in Ashcroft v Iqbal*).

2122. 19 May 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Discussion of the US Supreme Court Ruling in Ashcroft v Iqbal for Civil Damages for Detainee*).

2123. 19 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Ashcroft v Iqbal Supreme Court Decision Regarding Lawsuit by Illegal Alien Detained in New York in Wake of 9/11*).

2124. 19 May 2009, **OpEd News**, online article (topic: *Too Slow Zelikow: UVA Backs Torture*). The article can be read in its entirety at: http://www.opednews.com/articles/Too-Slow-Zelikow-UVA-Back-by-David-Swanson-090519-122.html.

2125. 19 May 2009, **Washington Times**, newspaper article, pg. 3A (topic: *High Court Spurns Detainee's Bid to Sue*). The article can be read in its entirety at: http://washingtontimes.com/news/2009/may/19/court-spurns-detainees-bid-to-sue/.

2126. 15 May 2009, **The Bulletin**, Philadelphia, PA online article (topic: *Democrats' Interrogation Hearing Backfires*). The article can be read in its entirety at:

http://thebulletin.us/articles/2009/05/15/top_stories/doc4a0d50c77ab258043453 30.txt.

2127. 14 May 2009, **The Washington Independent**, Washington, DC online article (topic: *Hearing Lays Groundwork for Torture Prosecutions*). The article can be read in its entirety at: http://washingtonindependent.com/42873/hearing-lays-groundwork-for-torture-prosecutions.

2128. 14 May 2009, **Irish Times**, Dublin, Ireland online article (topic: *Obama Seeks to Block Prisoner Photographs*). The article can be read in its entirety at: http://www.irishtimes.com/newspaper/world/2009/0514/1224246462531.html.

2129. 14 May 2009, **The Providence Journal**, Providence, RI online article (topic: *Whitehouse Conducts Senate Hearing on Torture*). The article can be read in its entirety at: http://www.projo.com/news/johnmulligan/white_house_torture_hearings_05-14-09_5QECD0V_v11.3c2b2a1.html.

2130. 13 May 2009, **Politics Daily**, AOL News online article (topic: *Witness: Bush Torture Memos "Ethical Train Wreck"*). The article can be read in its entirety at: http://www.politicsdaily.com/2009/05/13/witness-bush-torture-memos-ethical-train-wreck.

2131. 13 May 2009, **NPR**, Washington, DC online article (topic: *Ex-FBI Interrogator Calls Harsh Tactics 'Ineffective'*). The article can be read in its entirety at: http://www.npr.org/templates/story/story.php?storyId=104092457.

2132. 13 May 2009, **Time**, online newsmagazine article (topic: *Partisan Passions Dominate Interrogation Hearings*). The article can be read in its entirety at: http://www.time.com/time/nation/article/0,8599,1898125,00.html.

2133. 13 May 2009, **The Jurist**, Pittsburgh, PA online publication (topic: *Bush-era Interrogation Techniques Discussed at Senate Panel Hearing*).  Text can be viewed in entirety at: http://jurist.law.pitt.edu/paperchase/2009/05/bush-era-interrogation-techniques.php .

2134. 13 May 2009, **Homeland 1**, online publication (topic: *Center for Terrorism Law hosts Terrorist Attack Preparation Symposium for Businesses*).  Text can be viewed in entirety at: http://www.homeland1.com/homeland-security-education-training/articles/493603-Center-for-Terrorism-Law-Hosts-Symposium-to-Educate-Businesses-on-Preparing-for-Terrorist-Attacks.

2135. 13 May 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *New Military Commander and New Strategy in Afghanistan*).

2136. 13 May 2009, **CSPAN**, **National Press Conference at the National Press Club, Washington D.C.**, video appearance (topic:  *Coverage of the Senate Committee Administrative Oversight and the Courts Hearing on Detainee Treatment and Interrogation Policy*). The video can be viewed at:  http://www.c-

spanarchives.org/library/index.php?main_page=product_video_info&products_id=286307-1.

2137. 13 May 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Discussing the Senate Hearings on Torture*).

2138. 12 May 2009, Balkin Blogspot, online article (topic: News Flash: Taliban Waterboards Captured). http://balkin.blogspot.com/2009/05/news-flash-taliban-waterboards-captured.html.

2139. 12 May 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Did the U.S. Engage in Torture on Al-Qa'eda?*).

2140. 12 May 2009, **FOX NEWS Channel**, national TV interview (topic: *Debate Over Torture Before the Senate Subcommittee*).

2141. 12 May 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Pakistan and Afghanistan – Central Fronts in the War on Terror*).

2142. 12 May 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Winning the War in Afghanistan – Can Obama Make it Work*).

2143. 12 May 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Parallels with the Vietnam War – the War in Afghanistan*).

2144. 12 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Obama's Challenge in Afghanistan to Stabilize the Conflict*).

2145. 12 May 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Change in Commanders in Afghanistan and CIA Torture Memos*).

2146. 12 May 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic*: Understanding the War on Terror – Afghanistan, Pakistan and Iraq*).

2147. 12 May 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Lieutenant General McCrystal's New Plan to Combat the Taliban*).

2148. 12 May 2009, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's New Strategy to Stabilize Afghanistan*).

2149. 12 May 2009, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Winning Afghanistan on the Cheap – Special Operations Warfare*).

2150. 12 May 2009, **WRVA AM 1140**, Richmond, VA radio interview (topic: *Unconventional Warfare in Afghanistan – Can it Really Work?*).

2151. 12 May 2009, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Former Commander of the Joint Special Operations Command Takes Charge in Afghanistan*).

2152. 12 May 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Obama Administration's Strategy in Afghanistan*).

2153. 8 May 2009, **The Jurist**, Pittsburgh, PA online publication. Op-ed written by Professor Addicott (topic: *No Torture, No Prosecution*). Text can be viewed in entirety at http://jurist.law.pitt.edu/forumy/2009/05/no-torture-no-prosecution.php.

2154. 8 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Pros and Cons of the National Terror Watch List*).

2155. 6 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Criticism of Department of Homeland Security's Right Wing Extremist Memo*).

2156. 4 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Left Wing Extremism in the United States*).

2157. 1 May 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Threat of "Home Grown" Terrorism in the United States*).

2158. 1 May 2009, **Texas Lawyer**, Austin, TX online article (topic: *Houston Port Shutdown? Losses of $400 Million Per Day*). The article can be read in its entirety at: http://texaslawyer.typepad.com/texas_lawyer_blog/2009/05/limiting-client-liability-for-antiterrorism-products.html.

2159. 30 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussion of the Center for Terrorism Law's Houston Symposium on Terrorism, Crime & Business*).

2160. 30 April 2009, **Texas Lawyer**, Austin, TX online article (topic: *Houston Port Shutdown? Losses of $400 Million Per Day*). The article can be read in its entirety at: http://texaslawyer.typepad.com/texas_lawyer_blog/2009/04/houston-port-shutdown-losses-of-400-million-per-day.html.

2161. 30 April 2009, **Texas Lawyer**, Austin, TX online article (topic: *Houston in Top Five Most Likely Terrorist-target Metro Areas, Speaker Says*). The article can be read in its entirety at: http://texaslawyer.typepad.com/texas_lawyer_blog/2009/04/houston-in-top-five-most-likely-terroristtarget-metro-areas-speaker-says-.html.

2162. 26 April 2009, **KENS Channel 5 Newsmaker -CBS**, San Antonio, TX TV interview (topic: *Obama Administration's Position on Alleged CIA Torture; Somali Piracy; and Center for Terrorism Law's Symposium on Terrorism, Crime & Business*).

2163. 23 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Prosecution of Somali Pirate in Federal Court*).

2164. 22 April 2009, **Gazeta Wyborcza**, Warsaw, Poland newspaper article (topic: *The Connection Between Somali Pirates and Militant Islam*).

2165. 17 April 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Obama's Release of the CIA Secret Interrogation Program and Decision not to Prosecute.*

2166. 16 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Why the Obama Administration Should Not have Released the CIA Secret Interrogation Program Reports*).

2167. 16 April 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Concerns Over the DHS Report that Warns of Possible Violence by Unnamed "Right-Wing" Extremists*).

2168. 13 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Proper Use of Force on Killing Three Somalia Pirates by U.S. Military*).

2169. 11 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *The Growing Threat of Cyberterrorism on Financial Institutions*).

2170. 10 April 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Discussing American Historical Responses to Piracy and the Need to Use Armed Force Against Somalia Pirates*).

2171. 10 April 2009, **WERC AM 740**, Birmingham, AL radio interview (topic: *Stressing the Need for a Military Response to the Somalia Pirate Hostage Crisis*).

2172. 10 April 2009, **KNEW AM 910**, San Francisco, CA radio interview (topic: *The Lack of Support by the International Community to Confront Somalia-based Piracy*).

2173. 10 April 2009, **KNST AM 790**, Tucson, AZ radio interview (topic: *The Deterrence Signal to U.S. Enemies Would be Understood if Obama Uses Force Against Somalia Pirates*).

2174. 10 April 2009, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Somalia Pirate Attacks on a U.S.-Flagged Vessel Demands a Military Response*).

2175. 10 April 2009, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *The U.S. Policy on Piracy Requires a Robust Response with Force*).

2176. 10 April 2009, **WNRP AM 600**, Pensacola, FL radio interview (topic: *Justice and Security Demands an Overwhelming Show of U.S. Force Against Somalia Pirates*).

2177. 10 April 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *The World is Watching the U.S. and the Manner in Which Force is Applied to the Somalia Pirates*).

2178. 10 April 2009, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Options for Release of U.S. Hostage Held by Somalia Pirates*).

2179. 10 April 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Obama Must Respond with Decisive Use of Force Against Somali Pirates*).

2180. 10 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *The Lack of Action from the United Nations and NATO Regarding Somalia Pirates Based out of the Port City of Ely*).

2181. 10 April 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic: *Use of Force in Somalia Pirate Crisis is the Preferred U.S. Response*).

2182. 10 April 2009, **WREC AM 600**, Memphis, TN radio interview (topic: *Insurance Companies Pay Hostage Demands and Enable Somalia-based Pirates to Flourish*).

2183. 10 April 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *The Obama Administration's Response to Somalia Pirates Demands Strong Military Signal*).

2184. 10 April 2009, **WILM AM 1450**, Wilmington, DE radio interview (topic: *U.S. Strategy to Deal with Pirates – Kill Them*).

2185. 10 April 2009, **WOC AM 1420**, Davenport, IA radio interview (topic: *United Nations Inability to Deal with Piracy*).

2186. 10 April 2009, **KFAQ AM 1170**, Tulsa, OK radio interview (topic: *Pirate Hostage Showdown in the Gulf of Aden*).

2187. 10 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Militant Islamic Groups and the Use of U.S. Internet Service Providers to Spread the Virus of Jihad*).

2188. 9 April 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *U.S. Response to Somalia-based Pirate Attack on U.S. Flagged Ship*).

2189. 6 April 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Recent Federal Court Decisions Facing the Obama Administration*).

2190. 6 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of the Internet to Spread Radical Islam*).

2191. 3 April 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Responsibility for Safeguarding Children from the Virus of Militant Islam*).

2192. 3 April 2009, **The Guetzloe Report**, **WAMT AM 1190**, Orlando, FL radio interview (topic*: Discussion of the Center for Terrorism Law Amicus Brief to the U.S. Supreme Court in Iraq vs. Simon*).

2193. 1 April 2009, **The Houston Lawyer,** Houston Bar Association magazine, vol. 46, no. 5, pg. 7 (topic: *Terrorism, Crime and Business Symposium*).

2194. 1 April 2009, **World View**, San Antonio Council for International Visitors newsletter article, pg. 7 (topic: *Counterterrorism and the U.S. Criminal Justice System - France*).

2195. 31 March 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terrorism as a Component of Criminal Behavior – the Case of Three Murders at Wilford Hall Medical Hospital*).

2196. 30 March 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Secretary of State, Clinton's Visit to Mexico*).

2197. 29 March 2009, **United Press International**, online article (topic: *Ex-nurse Charged in Slayings Still at Work*). The article can be read in its entirety at: http://www.upi.com/Top_News/2009/03/29/Ex-nurse_charged_in_slayings_still_at_work/UPI-13031238360985/.

2198. 29 March 2009, **San Antonio Express-News**, newspaper article, pg. 1A (topic: *Nurse's Job at Wilford Hall Decried*). The article can be read in its entirety at: http://www.mysanantonio.com/news/local_news/Nurses_job_at_Wilford_Hall_d ecried.html.

2199. 24 March 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Emerging Threat of Cyber Terrorism*).

2200. 23 March 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *The Extreme Hazard of Employing a Pre-9/11 Mindset to GITMO Detainee Issues*).

2201. 20 March 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Assessing the Progress in Iraq on the Sixth Anniversary of the War*).

2202. 20 March 2009, **KPAY AM 1290**, Chico, CA radio interview (topic: *Countering Propaganda War Waged Against America's GITMO Detention Operations*).

2203. 20 March 2009, **KVI AM 570**, Seattle, WA radio interview (topic: *Understanding the Reality of the Threat Posed by GITMO Detainees*).

2204. 20 March 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Radical Islamic Militants at GITMO – What to Do with Them*).

2205. 20 March 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Refuting the Contention that the Majority of Detainee's at GITMO are "Innocent"*).

2206. 20 March 2009, **WTKS AM 1290**, Savannah, GA radio interview (topic*: Refusing to Call Radical Islamic Terrorists "Enemy Combatants"*).

2207. 20 March 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic*: Detention Policy and Conditions at GITMO for Radical Islamic Terrorists*).

2208. 19 March 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *War on Terror and Iraq*).

2209. 18 March 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Anniversary of Iraq War*).

2210. 13 March 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Texas Governor's Call for Federal Assistance for Patrolling the Texas Border*).

2211. 13 March 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of US Troops on the Border to Combat Drug Violence*).

2212. 13 March 2009, **San Antonio Express-News**, newspaper article, pg. 3B (topic: *SISD Axes Trustee's Bid for Re-election*). The article can be read in its entirety at: http://www.mysanantonio.com/news/education/SISD_axes_trustees_bid_for_re- election.html.

2213. 9 March 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Obama Administration Policy Towards Iran and the Taliban*).

2214. 8 March 2009, **KENS 5 Newsmaker -CBS**, San Antonio, TX TV interview (topic: *Latest Developments in the War on Terror and the Center for Terrorism Law's Upcoming Houston-based Symposium*).

2215. 4 March 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Learning to Live with Militant Islam?*).

2216. 24 February 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topics*: (1) D.C. Cir. Kiyemba v. Obama (Overturning District Court Ruling Ordering 17 Uighur's into the U.S.); (2) Release of GITMO Terror detainee Binyam Mohamed to Britain; (3) Obama Administration Adopts Bush Administration Policy Denying Habeas to Detainees held at U.S. Military Base in Bagram, Afghanistan*).

2217. 20 February 2009, **WTAG AM 580**, Worcester, MA radio interview (topic: *US Attorney General's Fact Finding Visit to GITMO*).

2218. 19 February 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Lack of Vision on Dealing with Detainee's at GITMO*).

2219. 19 February 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *GITMO Problems Still Unresolved by Obama Administration with DC Appeal Court Ruling on Admission of China's 17 Uighurs*).

2220. 19 February 2009, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Legal Implications of DC Appeal Court Ruling on 17 Uighurs at GITMO*).

2221. 19 February 2009, **WIMA AM 1150**, Lima, OH radio interview (topic: *The Obama Administrations Continuing Lack of Direction on GITMO*).

2222. 19 February 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *DC Appeal Court Ruling Barring Admission of 17 Uighurs from GITMO Into the US*).

2223. 6 February 2009, **MSNBC**, national TV interview by Cassandra Brewer (topic: *The Future of Military Commissions*).

2224. 6 February 2009, **MSNBC**, national TV interview by Alex Witt (topic: *Dismissal of Military Commission Charges for Abd al-Nashiri*).

2225. 6 February 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Former Vice President Dick Cheney's Predictions on Weapon of Mass Destruction Attacks on the U.S.*).

2226. 1 February 2009, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *President Obama's Approach to the War on Terror*).

2227. 30 January 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Obama's Approach to Iranian Regime*).

2228. 27 January 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Defending Israeli Soldiers Against War-crime Allegations for Gaza Campaign*).

2229. 23 January 2009, **La Opinión**, Los Angeles, CA newspaper article (topic: *Aplauden Cierre de Guantanamo – They Applaud the Closing of Guantanamo*).

The article can be read in its entirety at:
http://www.impre.com/laopinion/noticias/2009/1/23/aplauden-cierre-de-guantanamo-105060-1.html.

2230. 23 January 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *President Obama's GITMO Policy*).

2231. 23 January 2009, **KOA AM 850**, Denver, CO radio interview (topic: *Impact of President Obama's New Policy on GITMO and Military Commissions*).

2232. 23 January 2009, **KURV AM 710**, McAllen, TX radio interview (topic: *President Obama's Changes in GITMO and War Crimes Prosecution*).

2233. 22 January 2009, **The Washington Times**, newspaper article, pg. 1A (topic: *Obama to Close Terror War Black Sites*).  The article can be read in its entirety at: http://www.washingtontimes.com/news/2009/jan/22/obama-to-close-terror-war-black-sites/?page=2.

2234. 22 January 2009, **Chattanooga Times Free Press**, newspaper article (topic: *Hamilton County: Plan to Close GITMO Draws Mixed Reviews*).  The article can be read in its entirety at: http://www.timesfreepress.com/news/2009/jan/22/hamilton-county-plan-close-gitmo-draws-mixed-revie/?local.

2235. 22 January 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Closing GITMO – Practical and Policy Concerns*).

2236. 22 January 2009, **WHJJ AM 920**, Providence, RI radio interview (topic: *Pros and Cons of President Obama's Move to Close GITMO*).

2237. 22 January 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *Practical Reasons that GITMO Should Remain Open*).

2238. 22 January 2009, **KXL AM 750**, Portland, OR radio interview (topic: *Consequences of Abolishing Military Commissions for Al-Qa'eda War Criminals*).

2239. 22 January 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *President Obama's War on Terror Policy Regarding GITMO*).

2240. 22 January 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *President Obama's Executive Order Regarding GITMO and Military Commissions*).

2241. 22 January 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Implications of Closing GITMO and Suspending Military Commissions for the War on Terror*).

2242. 22 January 2009, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Legal and Policy Problems in the face of Obama's Desire to Close GITMO and Halt Military Commissions*).

2243. 22 January 2009, **WHLO AM 640**, Akron, OH radio interview (topic: *Discussion of the Practical and Legal Hurdles Associated with Closing GITMO and Suspending Military Commissions for War Criminals*).

2244. 21 January 2009, **KTSA AM 550**, San Antonio, TX radio interview (topic: *President Obama's Approach to the War on Terror and the Surge in Afghanistan*).

2245. 21 January 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Pros and Cons of Closing GITMO*).

2246. 19 January 2009, **San Antonio, Express-News**, San Antonio, TX newspaper article, pg. 4B (topic: *Closing GITMO Would be a Mistake*). http://www.mysanantonio.com/opinion/commentary/37799749.html.

2247. 18 January 2009, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Challenges Facing the Obama Administration in the War on Terror*).

2248. 15 January 2009, **WGST AM 640**, Atlanta, GA radio interview (topic: *Obama's Shift in Strategy on War on Terror and GITMO*).

2249. 14 January 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *President Bush's Legacy in the War on Terror*).

2250. 14 January 2009, **WKBN AM 570**, Youngstown, Ohio radio interview (topic: *Propaganda Victory for Militant Islam when GITMO Closes*).

2251. 14 January 2009, **KOGO AM 600**, San Diego, CA radio interview (topic: *Pros and Cons of Closing GITMO*).

2252. 14 January 2009, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Obama's Lack of Perspective and Experience in Dealing with Al-Qa'eda Terror*).

2253. 14 January 2009, **WHAS AM 84**, Louisville, KY radio interview (topic: *Negative Impact of Closing GITMO Detention Facility*).

2254. 14 January 2009, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Wisdom of Closing GITMO and the Impact on the War on Terror*).

2255. 14 January 2009, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Obama's Approach to Detainee Operations and the War on Terror*).

2256. 14 January 2009, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Implications of Closing Detention Facility of GITMO*).

2257. 13 January 2009, **KTRH AM 740**, Houston, TX radio interview (topic: *Legal and Policy Challenges Posed by GITMO*).

2258. 11 January 2009, **Chattanooga Times Free Press**, newspaper article (topic: *Chattanooga: A Terror Defense*). The article can be read in its entirety at: http://www.timesfreepress.com/news/2009/jan/11/chattanooga-terrorist-defense/.

2259. 11 January 2009, **Chattanooga Times Free Press**, newspaper article (topic: *Addicott: Keep GTIMO Open*). The article can be read in its entirety at: http://www.timesfreepress.com/news/2009/jan/11/chattanooga-terrorist-defense/?local.

2260. 9 January 2009, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Terrorism Threats as Portrayed in the Media*).

2261. 7 January 2009, **KLIF AM 570**, Dallas, TX radio interview (topic: *Israeli Response to Hamas Aggression in Gaza*).

2262. 5 January 2009, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Israeli Military Response to Hamas Terror Attacks*).

2263. 24 December 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Use of Internet by Islamic Terror Groups and Homeland Security Concerns*).

2264. 23 December 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Conviction of Five Islamic Terrorists in Fort Dix Terror Plot*).

2265. 16 December 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Guantanamo Bay and the Future of Iraq*).

2266. 9 December 2008, **The Washington Times**, newspaper article (topic: *9/11 Suspects Offer to Confess at Trials*).  The article can be read in its entirety at: http://washingtontimes.com/news/2008/dec/09/911-suspects-offer-to-confess-at-gitmo-trials/.

2267. 4 December 2008, **Alex Jones Show, KLBJ AM 590,** Austin, TX radio interview (topic: *Expansion of the Executive Branch under President Obama*).

2268. 4 December 2008, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Mumbai Terror Attacks and Implications for U.S. Security*).

2269. 3 December 2008, **KHVH AM 1110**, Honolulu, HI radio interview (topic: *Mumbai Attacks and the War on Terror*).

2270. 3 December 2008, **WSYR AM 570**, Syracuse, NY radio interview (topic: *The Looming Terror Threat Posed by WMD and Recommendations of the U.S. Commission on the Prevention of Weapons of Mass Destruction Proliferation and Terrorism*).

2271. 3 December 2008, **KFAB AM 1110**, Omaha, NE radio interview (topic*: Biological Agents as a Weapon of Mass Destruction and the Need to Address the Islamic Terror Threat and Lone Wolf Terrorism*).

2272. 3 December 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *The Continuing War on Terror and the Possible Use of WMD Against the U.S.*).

2273. 3 December 2008, **WIOD AM 610**, Miami, FL radio interview (topic: *Why the Obama Administration Must Follow the Findings of the U.S. Commission on the Prevention of Weapons of Mass Destruction Proliferation and Terrorism*).

2274. 3 December 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Lone Wolf Terrorism vs. Al Qa'eda-Styled Terrorism as Threats for Terror Attacks in America by 2013*).

2275. 3 December 2008, **WFLA AM 540**, Tampa, FL radio interview (topic*: How Likely is a Nuclear or Biological Attack on the U.S.*).

2276. 3 December 2008, **WJNO AM 1290**, West Palm Beach, FL radio interview (topic: *How to Best Address the Findings of the U.S. Commission on the Prevention of Weapons of Mass Destruction Proliferation and Terrorism*).

2277. 3 December 2008, **KPNW AM 1120**, Eugene, OR radio interview (topic: *The Future of U.S. Security Initiatives in the War on Terror*).

2278. 3 December 2008, **KNST AM 790**, Tucson, AZ radio interview (topic: *President Obama's Challenge to Deal with Terror Attacks on the U.S.*).

2279. 3 December 2008, **KOGO AM 600**, San Diego, CA radio interview (topic: *Findings of the U.S. Commission on the Prevention of Weapons of Mass Destruction Proliferation and Terrorism*).

2280. 3 December 2008, **WDUN AM 550**, Gainesville, GA radio interview (topic: *Emerging Terror Threats Facing the U.S. and What Needs to be Done*).

2281. 3 December 2008, **WHLO AM 640**, Akron, OH radio interview (topic: *Probability of Bioterrorism Attack on U.S. Soil by 2013*).

2282. 2 December 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Implications of the Mumbai, India Attacks by Muslim Extremists from Pakistan*).

2283. 26 November 2008, **KLIF AM 570**, Dallas, TX radio interview (topic: *Significant Islamic Terror Money Laundering Conviction of Five Former Leaders of the Holy Land Foundation for Relief and Development*).

2284. 20 November 2008, **Congressional Quarterly**, online article (topic: *A Napolitano Nomination Could Signal Shift in Focus at Homeland Security*). The text can be read in its entirety at: http://www.cqpolitics.com/wmspage.cfm?docID=news-000002989141.

2285. 20 November 2008, **Houston Chronicle**, newspaper article (topic: *Shift Toward Border Enforcement?*).  Text can be viewed in entirety at: http://www.chron.com/disp/story.mpl/front/6124446.html.

2286. 20 November 2008, **KLIF AM 570**, Dallas, TX radio interview (topic: *Pros and Cons of Closing the Detention Facility at Guantanamo Bay*).

2287. 19 November 2008, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Pirates Hijack Another Merchant Ship off Africa*).

2288. 18 November 2008, **KTRH AM 740**, Houston, TX online news article (topic: *Arrests Bring Questions for U.S. Air Marshalls*). Text can be viewed in entirety at: http://www.ktrh.com/cc-common/news/sections/newsarticle.html?feed=&article=4588065.

2289. 18 November 2008, **Ledger-Enquirer**, online news article (topic: *Terrorism and the Law*).  Text can be viewed in entirety at: http://www.ledger-enquirer.com/392/story/513462.html.

2290. 17 November 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Review of the Air Marshall Service as a Tool to Stop Terror Attacks on Flights*).

2291. 14 November 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Discussion of the Usefulness of Air Marshall Services to Divert Terrorists*).

2292. 11 November 2008, **KLIF AM 570**, Dallas, TX radio interview (topic: *New York Times Leaking Information on the War on Terror*).

2293. 30 October 2008, **KOGO AM 600**, San Diego, CA radio interview (topic: *Defeating the Radical Islamic Movement in Afghanistan and Western Pakistan by Enlisting "Moderate Taliban" Factions*).

2294. 30 October 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *Talking with the Taliban as a New U.S. Strategy to Bring Stability to Afghanistan*).

2295. 29 October 2008, **La Opinión**, Los Angeles, CA newspaper article (topic: *Obama es el que más amenazas ha recibido*).

2296. 29 October 2008, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *General Patraeus and His New Afghan Strategy*).

2297. 29 October 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Borrowing a Page from the Apache Campaign –U.S. Military Using Taliban Fighters to Hunt Down Other Elements of the Taliban*).

2298. 23 October 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *Strengths and Weaknesses:  National Security Platforms of Presidential Candidates*).

2299. 22 October 2008, **KOGO AM 600**, San Diego, CA radio interview (topic: *Discussion of U.S. Presidential Race and Purported Al-Qa'eda Support for John McCain*).

2300. 22 October 2008, **KLIF AM 570**, Dallas, TX radio interview (topic: *Discussion of Al-Qa'eda Group's Pronounced Support for Presidential Candidate John McCain*).

2301. 22 October 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Discussion of Detention Operations at Guantanamo Bay Naval Base and Proposals to "Close GITMO"*).

2302. 19 October 2008, **Congressional Quarterly**, online article (topic: *Importance of Cybersecurity Increases as Online Attacks Get More Dangerous*).

2303. 15 October 2008, **KVI AM 570**, Seattle, WA radio interview (topic: *Long-term Strategies for Al-Qa'eda Network*).

2304. 14 October 2008, **KXLY AM 920**, Spokane, WA radio interview (topic: *Senator Obama's Readiness for National Terror Crisis*).

2305. 13 October 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Bioterrorism - Local, State, and Federal Responsibilities*).

2306. 12 October 2008, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *U.S. Policy Towards Pakistan*).

2307. 10 October 2008, **KTRH AM 740**, Houston, TX online news article (topic: *Fearful Alliance South of the Border?*).  Text can be viewed in entirety at:

http://www.ktrh.com/cc-common/news/sections/newsarticle.html?feed=121300&article=4383629.

2308. 9 October 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Islamic Terrorist Groups Use of Drug Routes to Enter the United States*).

2309. 7 October 2008, **The Anniston Star**, Anniston, AL newspaper article (topic: *McCain Wrote on Behalf of Ex-trooper Fowler*).

2310. 5 October 2008, **San Antonio Express-News**, newspaper article, pg. 8A (topic: *Autopsy Report on Soldier Reads Like a Horror Story*). http://www.mysanantonio.com/news/local_news/Family_fears_son_knew_real_horror_of_war.html.

2311. 25 September 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *Seven Year Anniversary of 9/11 and the War on Terror*).

2312. 23 September 2008, **The Washington Times**, newspaper article, pg. 1A (topic: *Terrorists Threaten to Shatter Pakistan*). The article can be read in its entirety at: http://www.washingtontimes.com/news/2008/sep/23/terrorists-threaten-to-shatter-pakistan/.

2313. 18 September 2008, **The Washington Times**, newspaper article, pg. 1A (topic: *Yemen Hit Shows Al-Qa'eda Revival*). The article can be read in its entirety at: http://washingtontimes.com/news/2008/sep/18/yemen-hit-shows-al-qaeda-revival/.

2314. 10 September 2008, **La Prensa de San Antonio**, newspaper article (topic: *The Aftermath of Fear, a New World Order*). Text can be viewed in entirety at: http://www.laprensasa.com/downloadableissues/2008/pdf/Prensita%20091008.pdf.

2315. 10 September 2008, **The Dominion Rotary**, Rotary Club newsletter article  pg. 3 (topic: *Director of the Center for Terrorism Law*)

2316. 9 September 2008, **Congressional Quarterly**, online article (topic: *Cyber Vulnerabilities Termed a 'Ticking Time Bomb'*).

2317. 8 September 2008, **FOX NEWS Radio**, national radio interview (topic: *London Trial for Eight Accused of 2006 Plot to Blow up Transatlantic Flights with Liquid Explosives*).

2318. 8 September 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Outcome of British Trial for 2006 Plot to Explode Transatlantic Flights with Liquid Bombs*).

2319. 22 August 2008, **Weekly Homeland Security Newsletter**, online article from **Homeland Security Institute** (topic: *Website of the Week – Center for Terrorism Law*). Text can be viewed in entirety at: http://www.homelandsecurity.org/bulletin/080822.htm.

2320. 21 August 2008, **KVI AM 570**, Seattle, WA radio interview (topic: *Al-Qa'eda Manual for Terror Attacks in the U.S.*).

2321. 21 August 2008, **WKBN AM 570**, Youngstown, Ohio radio interview (topic*: The War on Terror as a Real War and the Use of Federal Funding*).

2322. 21 August 2008, **WHAS AM 84**, Louisville, KY radio interview (topic: *Discussing Legal and Policy Initiatives in the War on Terror*).

2323. 21 August 2008, **WTAG AM 580**, Worcester, MA radio interview (topic: *Lessons from the 7th Anniversary of 9/11*).

2324. 21 August 2008, **WTVN AM 610**, Columbus, OH radio interview (topic: *Terrorism Plots in the United States by Al-Qa'eda-styled Terrorists*).

2325. 21 August 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Dual Use of Federal Money to Combat Terror and Crime*).

2326. 21 August 2008, **WREC AM 600**, Memphis, TN radio interview (topic: *Use of Federal Terrorism Funds by Local Law*).

2327. 12 August 2008, **Sudan Tribune**, Sudan newspaper interview, pg. 1A (topic*: Nairobi Bombing Litigants Face Long Road to Compensation*). http://www.sudantribune.com/spip.php?article28248.

2328. 8 August 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Military Commission Conviction and Sentence of Al-Qa'eda Terrorist Salim Hamdan*).

2329. 8 August 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Terror Threat at Beijing Olympics and Military Commission Sentence of Hamdan*).

2330. 7 August 2008, **Miami Herald**, newspaper article (topic: *Reaction to Conviction of bin Laden's Driver*). Text can be viewed in entirety at: http://www.miamiherald.com/news/breaking_news/v-print/story/345344.html.

2331. 7 August 2008, **WILS AM 1320**, Lansing, MI radio interview (topic: *Military Commission Verdict in Hamdan Case*).

2332. 7 August 2008, **Los Angeles Times**, newspaper article, pg. 1A (topic: *Mixed Verdict at Terror Tribunal*).

2333. 6 August 2008, **Los Angeles Times**, online article (topic: *Verdict is Mixed in First Guantanamo Trial*). The article can be read in its entirety at: http://www.miamiherald.com/1060/story/631390.html.

2334. 6 August 2008, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Discussion of Radical Islamic Terror Threat to Disrupt the 2008 Beijing Olympics*).

2335. 6 August 2008, **WTAG AM 580**, Worcester, MA radio interview (topic: *International Concern for China's Human Rights Abuses in Light of Security Concerns at the Beijing Olympics*).

2336. 6 August 2008, **WJNO AM 1290**, West Palm Beach, FL radio interview (topic: *Beijing Olympics and Recent Radical Islamic Terror Attacks in China*).

2337. 6 August 2008, **KNST AM 790**, Tucson, AZ radio interview (topic: *Discussion of Radical Islamic Terror Threat in the United States and Chinese Security Measures at 2008 Beijing Olympics*).

2338. 6 August 2008, **WILM AM 1450**, Wilmington, DE radio interview (topic: *Evaluation of the Threat of Terrorism at the 2008 Beijing Olympics and Discussion of the East Turkistan Islamic Movement (ETIM)*).

2339. 6 August 2008, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *Probability of Radical Islamic Terror Event to Disrupt the 2008 Beijing Olympics*).

2340. 6 August 2008, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Beijing Olympics and Real Impact of Radical Islamic Terror Threats*).

2341. 6 August 2008, **WLOB AM 23**, Portland, ME radio interview (topic: *Discussion of the Terror Threat to the Olympic Games in Light of Recent Radical Islamic Terror Attack in Kashgar*).

2342. 6 August 2008, **WREC AM 600**, Memphis, TN radio interview (topic: *Real Impact of the Radical Islamic Terror Threat for the 2008 Olympic Games*).

2343. 6 August 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *Review of Islamic Terror Threat in China in Light of the Olympics*).

2344. 6 August 2008, **KFAB AM 1110**, Omaha, NE radio interview (topic*: International Scrutiny of Chinese Tactics in Dealing with Security Issues for 2008 Olympics*).

2345. 6 August 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism and Olympic Security in China*).

2346. 6 August 2008, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Evaluation of the Islamic Terror Threat for the 2008 Olympics in Beijing*).

2347. 1 August 2008, **St. Mary's University School of Law**, enrollment magazine, pg. 10, (topic: *Center for Terrorism Law*).

2348. 30 July 2008, **Congressional Quarterly**, online article (topic: *Rand Study Reviews the 'War on Terror' and the Experts Review the Study*). Text can be viewed in entirety at:
http://homeland.cq.com/hs/display.do?docid=2928955&sourcetype=31&binderName=news-all.

2349. 28 July 2008, **Marketwatch**, online article (topic: *Critical Infrastructure*). Text can be viewed in entirety at:
http://www.securitydirectornews.com/article/sd200808LPJLXD/Critical%20Infrastructure.

2350. 25 July 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Legal Issues Confronting Military Commissions*).

2351. 21 July 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Military Commissions Trial of Hamdan Case*).

2352. 14 July 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Iranian Support for Terrorism in the Middle East*).

2353. 8 July 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Contacts with Kuwait and Future Opportunities for Information Exchanges in the Middle East*).

2354. 6 July 2008, **KDKA AM 1020**, Pittsburg, PA radio interview (topic: *Discussion of U.S. War on Terror Legal and Policy Issues*).

2355. 6 July 2008, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Hostage Rescue by Colombian Military from FARC Terror Group*).

2356. 5 July 2008, **KLUP AM 930**, San Antonio, TX radio interview (topic: *Overview of War on Terror Legal and Policy Issues*).

2357. 3 July 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *American Opinion Poll of Future Terror Attacks in the U.S.*).

2358. 26 June 2008, **Al-Watan**, Kuwait City, Kuwait newspaper article, pg. 4 (topic: *Policy and Legal Discussions of International Terrorism*).

2359. 26 June 2008, **Arab Times**, online article (topic: *Terror Not Tied to Any Caste or Creed*).  Text can be viewed in entirety at: http://www.arabtimesonline.com/client/pagesdetails.asp?nid=18933&ccid=9.

2360. 25 June 2008, **Al-Watan**, Kuwait City, Kuwait TV interview (topic: *Overview of Legal and Policy Issues Associated with the War on Terror*).

2361. 20 June 2008, **KLIF AM 570**, Dallas, TX radio interview (topic: *Revisiting the Protect America Act*).

2362. 20 June 2008, **FOX News Radio**, national radio interview (topic: *Legal Analysis of Congressional Surveillance Bill to Replace Protect America Act*).

2363. 16 June 2008, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *War on Terror and the U.S. Supreme Court*).

2364. 16 June 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Long-term Implications for Guantanamo Bay*).

2365. 13 June 2008, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Supreme Court's Ruling on Detainees and Enemy Combatant Rights*).

2366. 13 June 2008, **KURV AM 710**, McAllen, TX radio interview (topic: *Analysis of the Supreme Court's Narrow Decision on Status Determination for Detainees at Guantanamo Bay*).

2367. 12 June 2008, **Reuters**, online article (topic: *Supreme Court Ruling Make Guantanamo a Campaign Issue*).  Text can be viewed in entirety at: http://www.reuters.com/articlePrint?articleId=USN1233021420080612.

2368. 12 June 2008, **KURV AM 710**, McAllen, TX radio interview (topic: *Supreme Court's Decision and the Implications for Detainees at Guantanamo Bay*).

2369. 12 June 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Supreme Court's Ruling on Detainees and Enemy Combatant Rights*).

2370. 12 June 2008, **Associated Press Broadcast Services**, national radio interview (topic: *Supreme Court's Ruling on Detainees and Enemy Combatant Rights Regarding Status Determination*).

2371. 12 June 2008, **KTTH AM 770**, Seattle, WA radio interview (topic: *Supreme Court's Ruling Providing Federal Court Review of Enemy Combatant Status*).

2372. 7 June 2008, **Toronto Star**, newspaper article (topic: *9/11 Mastermind Pleads for Death*).  The article can be read in its entirety at: http://www.thestar.com/News/World/article/438330.

2373. 6 June 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *The Growing Use of Terrorism Insurance by States and Private Businesses*).

2374. 5 June 2008, **National Public Radio (NPR)** radio interview "All Things Considered" (topic: *Accused September 11 Planners to face Charges).*  The interview can be heard at: http://www.npr.org/templates/story/story.php?storyId=91163205.

2375. 5 June 2008, **Aljazeera American** international radio interview (topic: *U.S. Legal Position on the Use of Military Commissions*).

2376. 2 June 2008, **Cairo European Radio FM 95.5**, Cairo, Egypt radio interview (topic: *U.S. Legal Issues in Securing Cyberspace*).

2377. 27 May 2008, **HS Today**, newsletter article (topic: *Center for Terrorism Law, St. Mary's University School of Law*).  The article can be read in its entirety at: http://www.hstoday.us/index.php?option=com_mtree&task=viewlink&link_id=934&Itemid=278.

2378. 25 May 2008, **Los Angeles Times**, newspaper article, pg. 1A (topic: *Defending KSM, 'The Most Hated Man in the World*).  The article can be read in its entirety at: http://www.latimes.com/news/nationworld/nation/la-na-ksm25-2008may25,0,5862701.story.

2379. 19 May 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Electronic Visas and Impact on Terrorism*).

2380. 18 May 2008, **KENS Channel 5 -CBS**, San Antonio, TX TV interview (topic: *Analysis of the Latest Al-Qa'eda Terror Tape Threat to Israel by bin Laden*).

2381. 8 May 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Assessment of Detainee Release Practices at GITMO & Insight on Positive Iraqi Military Efforts to Fight Muqtada al-Sadr's Mahdi Army in Iraq*).

2382. 7 May 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *US Dilemma in Afghanistan Regarding Drug Crops*).

2383. 6 May 2008, **KAMU FM 90.0**, College Station, TX radio interview (topic: *Use of Spy Satellites by DHS*).

2384. 2 May 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *State Department's Assessment of Al-Qa'eda Global Terror Threat*).

2385. 1 May 2008, **KDWN AM 720**, Las Vegas, NV radio interview (topic: *Discussion of State Department's Annual Terrorism Report and Implications for US Policy*).

2386. 1 May 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Increase in Islamic Terror Activity in Afghanistan and Iraq*).

2387. 1 May 2008, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Senator Clinton's Vision of Conducting the War on Terror*).

2388. 1 May 2008, **WILS AM 1320**, Lansing, MI radio interview (topic: *US Strategy in the War on Terror*).

2389. 1 May 2008, **WSBA AM 910**, York, PA radio interview (topic: *Reconstitution of Al-Qa'eda Infrastructure in Western Pakistan's Tribal Region*).

2390. 28 April 2008, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Homeland Security's Plan to Use Boaters as Terrorism Warners*).

2391. 23 April 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Department of Homeland Security Fingerprint Requirements for International Travel*).

2392. 11 April 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Accounting for Missing Stocks of Weapons and Other Chemical Devices*).

2393. 9 April 2008, **The Morning Briefing, XM Radio FOX NEWS** radio interview (topic: *General Patraeus' Testimony and Discussion of the Future Structure of the American Military*).

2394. 9 April 2008, **WJNO AM 1290**, West Palm Beach, FL radio interview (topic: *General Patraeus' Testimony and the Goal of Stability in Iraq*).

2395. 9 April 2008, **KNST AM 790**, Tucson, AZ radio interview (topic: *The Way Ahead in Iraq and General Patraeus*).

2396. 9 April 2008, **WRRV FM 92.7/96.9**, Richmond, VA radio interview (topic: *Terrorist Threats and Responses to General Patraeus's Testimony on Iraq*).

2397. 9 April 2008, **WXNT AM 1430**, Indianapolis, IN radio interview (topic: *General Patraeus's Testimony and Future of American Involvement in Iraq*).

2398. 9 April 2008, **WSYR AM 570**, Syracuse, NY radio interview (topic: *Progress Report on Bush's Surge Strategy in Iraq*).

2399. 9 April 2008, **WREC AM 600**, Memphis, TN radio interview (topic: *Future of Iraq and Deterrence Signal to Other Hostile Nations in the Region*).

2400. 9 April 2008, **WSBA AM 910**, York, PA radio interview (topic: *Defining Victory in Iraq and General Patraeus' Plan for American Troop Levels*).

2401. 9 April 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *Evaluating the Congressional Testimony of General Patraeus*).

2402. 3 April 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic: *The Influence of Muqtada al-Sadr's Mahdi Army in Iraq*).

2403. 25 March 2008, **WGY AM 810**, Albany, NY radio interview (topic: *Ayman al-Zawahri Audio Tape and Israeli Defense Issues*).

2404. 25 March 2008, **KOGO AM 600**, San Diego, CA radio interview (topic: *Ayman al-Zawahri Audio Terror Threat Tape Urging Muslims to Attack Jewish and American Targets*).

2405. 20 March 2008, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Fifth Anniversary of the Military Campaign in Iraq and Significance of bin Laden Audio Tape*).

2406. 20 March 2008, **KNST AM 790,** Tucson, AZ radio interview (topic: *Progress in the War on Terror*).

2407. 20 March 2008, **WGY AM 810**, Albany, NY radio interview (topic: *Bin Laden Audio Tape; War on Terror Goals*).

2408. 20 March 2008, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Overview of the War on Terror and Al-Qa'eda Strategic Goals*).

2409. 20 March 2008, **KVI AM 570**, Seattle, WA radio interview (topic: *Legal and Policy Issues Related to Fifth Anniversary of Iraq War*).

2410. 20 March 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *Legal and Policy Concerns on the Fifth Anniversary of Iraq War*).

2411. 20 March 2008, **WRAC AM 600**, Memphis, TN radio interview (topic: *Overview of the War on Terror, Bin Laden Audio Terrorist Tape, Progress Report on Iraq*).

2412. 20 March 2008, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Bin Laden Audio Tape and Strength of Al-Qa'eda Network*).

2413. 20 March 2008, **WHJJ AM 920**, Providence, RI radio interview (topic: *Progress Report on Fifth Anniversary of Iraq Military Campaign*).

2414. 20 March 2008, **KFAB AM 1110**, Omaha, NE radio interview (topic*: Reaction to Bin Laden Audio Tape and Anti-War Protests in U.S.*).

2415. 20 March 2008, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Bin Laden Audio Tape Threats to Europe*).

2416. 20 March 2008, **WERC AM 740**, Birmingham, AL radio interview (topic: *Iraq War Overview*).

2417. 19 March 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Legal and Policy Considerations on the Fifth Anniversary of Iraq War*).

2418. 13 March 2008, **KBYR AM 700**, Anchorage, AK radio interview (topic: *Analysis on China Claims of Thwarting Terrorism Plots and Other Current Terrorism Topics*).

2419. 12 March 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *US Cybersecurity Strategy to Confront Cyberterrorism*).

2420. 10 March 2008, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terrorist Attempt to Bomb Chinese Airliner and Terror Alert for Olympic Games*).

2421. 9 March 2008, **KENS Channel 5 -CBS**, San Antonio, TX TV interview (topic: *Terror Attack on New York City Military Recruiting Center; US NORTHCOM Terror Alert Remarks; Interrogation Techniques*).

2422. 5 March 2008, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Discussion of Goals and Objectives of the "Cyber Security: Policy, Legal & Operational Responses Conference" held at the Marriott Rivercenter Hotel, San Antonio, TX*).

2423. 29 February 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Legal Analysis of Turkish Attacks of Kurds in Iraq*).

2424. 29 February 2008, **KDWN AM 720**, Las Vegas, NV radio interview (topic: *Discussion of Deadly Toxin Ricin found in Las Vegas Hotel*).

2425. 27 February 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *Military Successes in Iraq and Future War Funding*).

2426. 27 February 2008, **KFMB AM 760**, San Diego, CA radio interview (topic: *Congressional Debate on Funding the War in Iraq*).

2427. 27 February 2008, **WERC AM 740**, Birmingham, AL radio interview (topic: *Impact of Extended Troop Tours in Iraq*).

2428. 27 February 2008, **KDWN AM 720**, Las Vegas, NV radio interview (topic: *Progress in the War in Iraq and Political Debate on Withdrawal*).

2429. 20 February 2008, **KPSI AM 920**, Palm Springs, CA radio interview (topic*: American Policy in the War on Terrorism*).

2430. 12 February 2008, **The Washington Times**, newspaper article, pg. 1A (topic: *Death Penalty Sought in 9/11 Attacks*). The article can be read in its entirety at: [http://washingtontimes.com/apps/pbcs.dll/article?AID=/20080212/NATION/847397009/1001](http://washingtontimes.com/apps/pbcs.dll/article?AID=/20080212/NATION/847397009/1001).

2431. 12 February 2008, **WKBN AM 570**, Youngstown, Ohio radio interview (topic*: Legality of Military Commission Trials Set for Six Senior Al-Qa'eda Members*).

2432. 12 February 2008, **WFLA AM 540**, Tampa, FL radio interview (topic*: War Crimes Trials for Six Al-Qa'eda Defendants and Associated Legal Issues*).

2433. 12 February 2008, **KFAB AM 1110**, Omaha, NE radio interview (topic*: International and Domestic Legal Issues Regarding Military Commission Trials for Six Senior Al-Qa'eda Members*).

2434. 12 February 2008, **WHJJ AM 920**, Providence, RI radio interview (topic: *Understanding the Legality of Military Commission Trials Set for Six Senior Al-Qa'eda Members*).

2435. 12 February 2008, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Overview of the Legal and Policy Issues Associated with the Military Commission Process*).

2436. 12 February 2008, **KVI AM 570**, Seattle, WA radio interview (topic: *Legal Issues Related to Military Commission Trial for Senior Al-Qa'eda Members*).

2437. 12 February 2008, **WOAI AM 1200**, San Antonio, TX, radio interview (topic: *Discussion of the Legal Issues Related to the Military Commission Act of 2006 and the Trial of Six Al-Qa'eda Members Seeking the Death Penalty*).

2438. 11 February 2008, **The Guetzloe Report**, **WEUS AM**, Orlando, FL radio interview (topic*: Government's Military Commissions Trial Seeking the Death Penalty Against Six Senior Al-Qa'eda Members*).

2439. 11 February 2008, **Reuters**, online article (topic: *U.S. September 11 Trial Could Reignite Rights Debate*).  Text can be viewed in entirety at: http://www.reuters.com/article/topNews/idUSN1164121320080211?pageNumber=1&virtualBrandChannel=0.

2440. 25 January 2008, **CSPAN**, **National Press Conference at the National Press Club, Washington D.C.**, video appearance (topic:  *President Bush's Veto of the Defense Appropriations Bill*). The video can be viewed at:  http://www.c-spanarchives.org/library/index.php?main_page=product_video_info&products_id=203777-1&highlight=Moore.

2441. 25 January 2008, **PR Newswire**, online article (topic: *American POWs Challenge President Bush to Stop Blocking Their Mission and Instead Hold Iraq Accountable for Torture*).  Text can be viewed in entirety at: http://www.sunherald.com/447/story/324889.html.

2442. 23 January 2008, **Arizona Daily Star**, newspaper article, pg. A2 (topic: *Al-Qaida Backer Padilla Gets 17 Years*).  Text can be viewed in entirety at: http://www.cnn.com/2008/CRIME/01/22/padilla.sentence.ap/index.html.

2443. 23 January 2008, **Associated Press**, online article (topic:  *Padilla Draws 17 Years-Plus in Terror Trial*).  Text can be viewed in entirety at: http://www.knoxnews.com/news/2008/jan/23/padilla-draws-17-years-plus-in-terror-case/.

2444. 23 January 2008, **South Florida Sun-Sentinel**, online article (topic: *Padilla Judge Criticized U.S. for 'Enemy Combatant' Detention*).  The text can be viewed in entirety at:  http://www.sunsentinel.com/news/San Antonio, TX/southflorida/sfl-flbpadilla0123sbjan23,0,7220793.story.

2445. 22 January 2008, **Associated Press**, online article (topic: *Padilla Gets Less Prison Time then U.S. Sought in Terrorism Case*).  The text can be viewed in entirety at: http://tribunetimes.com/apps/pbcs.dll/article?AID=/20080122/NEWS/80122063/1144/TRIBUNETIMES.

2446. 17 January 2008, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2447. 17 January 2008, **WIMA AM 1150**, Lima, OH radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2448. 17 January 2008, **KTRH AM 740**, Houston, TX radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2449. 17 January 2008, **WNRP AM 1620**, Pensacola, FL radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2450. 17 January 2008, **WTLK AM 100.3**, Minneapolis, MN radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2451. 17 January 2008, **WTVN AM 610**, Columbus, OH radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2452. 17 January 2008, **WILS AM 1320**, Lansing, MI radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2453. 17 January 2008, **WGST AM 640**, Atlanta, GA radio interview (topic: *42-Count Indictment Against Former Congressman Siljander*).

2454. 6 January 2008, **Reuters**, online article (topic: *Analysis – CIA Tapes Probe Could Spotlight Torture Issue*).  Text can be viewed in entirety at: http://www.reuters.com/article/latestCrisis/idUSN05345838.

2455. 30 December 2007, **KENS Channel 5 -CBS**, San Antonio, TX TV interview (topic: *Year in Review of War on Terrorism and Assassination of Pakistani ex-Prime Minister Bhutto*).

2456. 28 December 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *Assassination of Pakistani ex-Prime Minister Bhutto*).

2457. 28 December 2007, **KABB Channel 29 -FOX**, San Antonio, TX TV interview (topic: *Legal and Policy Issues Associated with Assassination of Pakistani ex-Prime Minister Bhutto*).

2458. 27 December 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal and Policy Ramifications of Assassination of Pakistani ex-Prime Minister Bhutto*).

2459. 27 December 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Legal and Policy Ramifications of Assassination of Pakistani ex-Prime Minister Bhutto*).

2460. 27 December 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *American Foreign Policy in the Aftermath of the Assassination of Pakistani ex-Prime Minister Bhutto*).

2461. 27 December 2007, **Associated Press Broadcast Services**, national radio interview (topic: *Legal and Policy Perspectives Regarding Assassination of Pakistani ex-Prime Minister Bhutto*).

2462. 19 December 2007, **The Washington Times**, newspaper article, pg. 1A (topic: *General Accused of Overreach on Killings*).  The article can be read in its entirety at: http://washingtontimes.com/apps/pbcs.dll/article?AID=/20071219/NATION/849249469/1001 .

2463. 14 December 2007, **Miami Herald**, newspaper article (topic:  *Detainee Wants Judges to Rule on Alleged Torture*).  Text can be viewed in entirety at: http://www.miamiherald.com/news/breaking_news/v-print/story/345344.html.

2464. 13 December 2007, **KXLY AM 920**, Spokane, WA radio interview (topic: *Legal Issues in the War on Terrorism and GITMO Update*).

2465. 8 December 2007, **San Antonio Express-News**, newspaper article, pg. 2B (topic: *AF Officer Gets 10 Years for Molestation*).

2466. 6 December 2007, **WHJJ AM 920**, Providence, RI radio interview (topic: *Oral Arguments in Consolidated GITMO Cases of Boumediene v. Bush and Al Odah v. U.S. Regarding Habeas Corpus Petitions*).

2467. 6 December 2007, **WSBA AM 910**, York, PA radio interview (topic: *Oral Arguments in Consolidated GITMO Cases of Boumediene v. Bush and Al Odah v. U.S. Regarding Habeas Corpus Petitions*).

2468. 6 December 2007, **KVI AM 570**, Seattle, WA radio interview (topic: *Oral Arguments in Consolidated GITMO Cases of Boumediene v. Bush and Al Odah v. U.S. Regarding Habeas Corpus Petitions*).

2469. 6 December 2007, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Oral Arguments in Consolidated GITMO Cases of Boumediene v. Bush and Al Odah v. U.S. Regarding Habeas Corpus Petitions*).

2470. 28 November 2007, **DR Nyheder/Indland**, newspaper article (topic:  *Legal and Policy Issues Associated with the Inability of the US to Return Some of the GITMO Detainees*).  The text can be viewed in its entirety at: http://www.dr.dk/Nyheder/Indland/2007/11/28/221223.htm.

2471. 28 November 2007, **The Daily Tarheel**, newspaper article (topic:  *Study Reviews Post- 9/11 Laws*).  The text can be viewed in its entirety at: http://media.www.dailytarheel.com/media/storage/paper885/news/2007/11/28/StateNational/Study.Reviews.Post.911.Laws-3118634.shtml.

2472. 27 November 2007, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *State Open Government Law and Policy Review*).

2473. 20 November 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *State Open Government Law and Policy Review*).

2474. 16 November 2007, **Stateline.org**, internet article (topic: *States Clammed Up After 9/11*).  Text can be viewed in entirety at: http://www.stateline.org/live/details/story?contentId=258013.

2475. 1 November 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Rules of Engagement for the Use of Force by U.S. Military in Iraq and Afghanistan*).

2476. 29 October 2007, **CTV Newsnet, The Verdict**, Canadian TV interview (topic: *Military Commission Trial of Khadr*).

2477. 23 October 2007, **Reuters.com**, online article (topic: *U.S. May Rethink Terror Cases after Mistrial-Experts*). Text can be viewed in entirety at: http://www.reuters.com/article/latestCrisis/idUSN23319902.

2478. 22 October 2007, **KLIF AM 570**, Dallas, TX radio interview (topic: *Holy Land Foundation Trial*).

2479. 12 October 2007, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *U.S. Military Operations in Iraq and Afghanistan*).

2480. 12 October 2007, **KCMO AM 710**, Kansas City, MO radio interview (topic: *U.S. Military Operations in Iraq and Afghanistan*).

2481. 12 October 2007, **WGST AM 640**, Atlanta, GA radio interview (topic: *U.S. Military Operations in Iraq and Afghanistan*).

2482. 11 October 2007, **Le Monde Diplomatique**, newspaper article (topic: *Shadows Whose Fate Can Only Be Guessed At*). Text can be viewed in entirety at: http://www.zmag.org/content/showarticle.cfm?ItemID=14013.

2483. 3 October 2007, **Los Angeles Times**, newspaper article (topic: *Are They Terrorists or 'Naïve Losers'?*). Text can be viewed in entirety at: http://www.latimes.com/news/nationworld/politics/la-na sears3oct03,1,5380053.story?coll=la-news-politics-national.

2484. 2 October 2007, **FKKA AM 1310**, Greeley, CO radio interview (topic: *Iraq War*).

2485. 28 September 2007, **San Antonio, TX Business Journal**, newspaper article (topic: *Area Universities Launch Group on Cyber Security*). Text can be viewed in entirety at: http://sanantonio.bizjournals.com/sanantonio/stories/2007/10/01/story6.html.

2486. 26 September 2007, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Iranian Crisis*).

2487. 25 September 2007, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Iran's Nuclear Ambitions and the Role of the United Nations*).

2488. 24 September 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iranian President, Mahmoud Ahmadinejad's, Speech at Columbia University*).

2489. 16 September 2007, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Analysis of President Bush's Iraq Speech*).

2490. 14 September 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *President Bush's 13 September 2007 Address to the Nation on Iraq and Osama Bin Laden's Terror Threats*).

2491. 13 September 2007, **Associated Press Broadcast Services**, national radio interview (topic: *President Bush's 13 September 2007 Address to the Nation on Iraq*).

2492. 7 September 2007, **KTRH AM 740**, Houston, TX radio interview (topic: *Sixth Anniversary of 9-11 and Legal and Policy Implications*).

2493. 5 September 2007, **KLIF AM 570**, Dallas, TX radio interview (topic: *Arrests in Germany Regarding Islamic Terror Cell Plot to Attack Airports*).

2494. 2 September 2007, **Arizona Daily Star**, online article (topic: *Congress Ready to Push Probes of White House*). Text can be viewed in entirety at: http://www.azstarnet.com/news/199369.php.

2495. 30 August 2007, **St. Mary's University School of Law**, admissions magazine article (topic: *Center for Terrorism Law*).

2496. 27 August 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Resignation of Alberto Gonzales and the Impact on the War on Terror*).

2497. 27 August 2007, **KLVI AM 560**, Beaumont, TX radio interview (topic: *Is Iraq another Vietnam?*).

2498. 21 August 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *U.S. Government's Approach to the War on Terror in Regards to the Jose Padilla Verdict*).

2499. 17 August 2007, **Reuters.com**, online article (topic: *Padilla Case Seen as a Tainted Victory for Bush*). Text can be viewed in entirety at: http://www.abcnews.go.com/Politics/wireStory?id=3493246.

2500. 16 August 2007, **The Florida Times Union,** newspaper article (topic: *Experts: Padilla could be Returned to Military Brig if Acquitted*).  Text can be viewed in entirety at: http://www.jacksonville.com/tuapnews/stories/081607/D8R26R302.shtml.

2501. 16 August 2007, **The Washington Post Radio**, national radio interview (topic: *U.S. Government's Approach to the War on Terror in Regards to the Jose Padilla Verdict*).

2502. 12 August 2007, **KLBJ AM 590**, Austin, TX radio interview (topic: *Legal Issues in the War on Terrorism).*

2503. 12 August 2007, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Continuity of Government and Presidential Decision Directive 51*).

2504. 6 August 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Amendment to the Foreign Intelligence Surveillance Act).*

2505. 1 August 2007, **CityBeat,** newspaper article (topic: *Surviving Iraq:  Combat is only half the battle*).  Text can be viewed in entirety at: http://citybeat.com/gyrobase/Content?oid=oid%3A140606.

2506. 26 July 2007, **Associated Press**, newspaper article (topic: *Onetime Terror Suspect in Minnesota Faces Trial on Document Charges*).  Text can be viewed

in entirety at: http://www.iht.com/articles/ap/2007/07/27/america/NA-GEN-US-Terror-Suspect.php.

2507. 25 July 2007, **KURV AM 710**, McAllen, TX radio interview (topic: *New Interrogation Rules for Detainees*).

2508. 19 July 2007, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Implications of the National Intelligence Estimate in the War on Terror*).

2509. 18 July 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *National Intelligence Estimate on Terrorism*).

2510. 16 July 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *National Intelligence Estimate Regarding Terrorism*).

2511. 12 July 2007, **WPRO AM 630**, Providence, RI radio interview (topic: *Al-Qa'eda Terror Network Reconstitution*).

2512. 11 July 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Border Security Issues and New Rise of Al-Qa'eda Network*).

2513. 9 July 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Islamic Terror Attacks by Professional Class*).

2514. 7 July 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Privacy Concerns in the Use of Pod Cameras*).

2515. 5 July 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legality of Rendition in the War on Terror*).

2516. 3 July 2007, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Terror Attacks in the United Kingdom*).

2517. 3 July 2007, **WSJS AM 1200**, Winston-Salem, NC radio interview (topic: *Overview of Al-Qa'eda Terrorist Organization; London Terror Plot*).

2518. 3 July 2007, **WJBC AM 1230**, Bloomington, IL radio interview (topic: *London Terror Plot and Al-Qa'eda Sleeper Cells*).

2519. 2 July 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Upgrading the Terror Alert in the United States*).

2520. 2 July 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *United Kingdom Terror Plot*).

2521. 2 July 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Terror Attacks in the United Kingdom*).

2522. 1 July 2007, **FOX NEWS Radio**, national radio interview by David Knap (topic: *Terror Attacks by Al-Qa'eda in Britain*).

2523. 1 July 2007, **Associated Press Broadcast Services**, national taped radio interview by Shirley Smith (topic: *London and Scottish Terror Attacks*).

2524. 1 July 2007, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *British Terror Attacks and Implications for United States*).

2525. 25 June 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Detainee Legal Rights at Guantanamo Bay, Cuba*).

2526. 20 June 2007, **WMAT AM 1190**, Orlando, FL radio interview (topic: *Update on Military Commission Actions*).

2527. 19 June 2007, **FKKA AM 1310**, Greeley, CO radio interview (topic: *Legal and Policy Overview of the War on Terror*).

2528. 18 June 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Federal Appeal Court Decision in al-Marri Illegal Combatant Ruling*).

2529. 17 June 2007, **Los Angeles Times**, newspaper article, pg. A18 (topic: *Guantanamo Under a Steady Hammering*). Text can also be viewed in entirety at http://www.latimes.com/news/nationworld/nation/la-na-gitmo17jun17,1,952291.story?ctrack=1&cset=true.

2530. 15 June 2007, **WVUE 8 –FOX**, New Orleans, LA TV interview (topic: *Counter-Terrorism Educational & Training Workshop in New Orleans*).

2531. 14 June 2007, **WRNO FM 99.5**, New Orleans, LA radio interview (topic: *Interrogation Practices in the War on Terror*).

2532. 13 June 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Fourth Circuit Court of Appeals Decision in al-Marri*).

2533. 12 June 207, **KURV AM 710**, McAllen, TX radio interview (topic: *Military Commissions and the War on Terror*).

2534. 6 June 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Military Commission Set Back*).

2535. 5 June 2007, **San Antonio Express-News**, San Antonio, TX newspaper article, pg. 1C (topic: *Officer Hopes Book Explains Hispanics to Army*).

2536. 5 June 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Dismissal of Charges at Military Commission Trials*).

2537. 4 June 2007, **Canadian TV "The Verdict,"** Canadian national TV interview (topic: *Legal Issues Associated with Detainees at Guantanamo Bay, Cuba*) www.ctv.ca/theverdict.

2538. 4 June 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Terror Plot on JFK Airport; Growth of Militant Islam*).

2539. 4 June 2007, **KNX AM 1070**, Los Angeles, CA radio interview (topic: *Terror Plot on JFK Airport Demonstrates Need for Good Intelligence*).

2540. 1 June 2007, **WPRO AM 630**, Providence, RI radio interview (topic: *Al-Qa'eda Terror Threats from American Adam Gadahn aka Azzam the America*).

2541. 1 June 2007, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Implications of Recent Court Case in North Carolina Regarding Liability for Parent Contracting Company re Contractors on the Battlefield*).

2542. 25 May 2007, **Reuters**, newspaper interview (topic: *Lawsuit in Outsourced U.S. War is Moved Out of Court*). Story appeared in *The Gulf Times* in Qatar and Reuters Online in the US, UK, and Canada.

2543. 21 May 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic:  *Terrorism Trial of Jose Padilla*).

2544. 21 May 2007, **Associated Press**, newspaper interview (topic:  *Padilla Trial Draws Little Fanfare*). Story appeared in The Washington Post, The New York Times Online, The Houston Chronicle, The Denver Post, The Guardian Unlimited - UK, The Miami Herald, and The Fort Worth Star Telegram, ABC News Online, CBS News Online, Fox News Online. Text can be viewed in entirety at http://www.chron.com/disp/story.mpl/ap/nation/4823330.html.

2545. 18 May 2007, **KTSA AM 550**, San Antonio TX radio interview (topic:  *Iranian Nuclear Threat*).

2546. 14 May 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Jose Padilla Trial Opening Statements*).

2547. 14 May 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic:  *Ft. Dix Terror Plot*).

2548. 11 May 2007, **The Washington Times**, newspaper article, pg. A3 (topic:  *'John Doe' Protections Urged for Fort Dix Tipster*). Text can be viewed in entirety at http://washingtontimes.com/national/20070510-115456-5560r.htm.

2549. 8 May 2007, **KLIF AM 570**, Dallas, TX radio interview (topic:  *Ft. Dix Terror Plot*).

2550. 8 May 2007, **KTRH AM 740**, Houston, TX radio interview (topic:  *Foiled Plot by Six Islamic Militants to Attack US Army Base*).

2551. 8 May 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic:  *French Elections; Terror Plots in Britain*).

2552. 30 April 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic:  *Saudi Terror Plot to Disrupt Oil Flow*).

2553. 27 April 2007, **San Diego Union Tribune**, online newspaper article (topic:  *Guantanamo Australian's Deal Seen Helping Canadian*).  Text can be viewed in entirety at http://www.signonsandiego.com/news/nation/20070427-0358-guantanamo-canadian-.html.

2554. 27 April 2007, **Associated Press Broadcast Services**, national radio interview by Shirley Smith (topic: *Saudi Terror Plot*).

2555. 26 April 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Senate and House Votes on Iraq Deadlines; Congressional Committee Subpoena for Secretary of State Rice*).

2556. 26 April 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic:  *The Trial of Terror Suspect Jose Padilla; War in Iraq*).

2557. 24 April 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic:  *Funding the War in Iraq*).

2558. 23 April 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic:  *Legal Aspects of the Jose Padilla Trial*).

2559. 18 April 2007, **Los Angeles Times**, newspaper article, pg. A11 (topic: *Potential Padilla Jurors Admit Bias*). Text can also be viewed in entirety at http://www.latimes.com/news/nationworld/nation/la-na-padilla18apr18,1,697054.story.

2560. 16 April 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Trial of Jose Padilla; Update on Legal Issues Associated with Detainees in Iraq and GITMO*).

2561. 9 April 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Iranian Release of British Hostages; Presidential Candidates and War on Iraq*).

2562. 4 April 2007, **KLVI AM 560**, Beaumont, TX radio interview (topic: *Iranian Release of British Hostages; Global War on Terror Issues*).

2563. 4 April 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iranian President Mahmoud Ahmadinejad's Release of 15 British Military Hostages*).

2564. 3 April 2007, **WREC AM 600**, Memphis, TN radio interview (topic: *Supreme Court Refusal to Hear GITMO Detainees' DC Circuit Court Appeal Regarding Habeas Corpus*).

2565. 2 April 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Legal Issues Associated with Military Commissions*).

2566. 2 April 2007, **KTOK AM 1000**, Oklahoma City, OK radio interview (topic: *British Hostages Held by Iran*).

2567. 30 March 2007, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *Iran's Motive for Holding British Hostages*).

2568. 28 March 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *British Military Hostages Held by Iran*).

2569. 26 March 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Funding Issues for War in Iraq*).

2570. 26 March 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *British Response Under International Law to Iranian Seizure of British Sailors and Congressional Bill to Withdraw Troops from Iraq*).

2571. 25 March 2007, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *British Hostages Held in Iran*).

2572. 20 March 2007, **WJBC AM 1230**, Bloomington, IL radio interview (topic: *US-Iranian Diplomacy*).

2573. 19 March 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *4th Anniversary of the War in Iraq*).

2574. 19 March 2007, **KLIF AM 570**, Dallas, TX radio interview (topic: *4th Anniversary of the War in Iraq*).

2575. 19 March 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *4th Anniversary of the War in Iraq; Military Commissions*).

2576. 16 March 2007, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Terrorist Claims by Khalid Sheikh Muhammad*).

2577. 16 March 2007, **KFAB AM 1110**, Omaha, NE radio interview (topic: *Military Commission for Khalid Sheikh Muhammad*).

2578. 16 March 2007, **KCMO AM 710**, Kansas City, MO radio interview (topic: *Statements of Khalid Sheikh Muhammad at Military Tribunal*).

2579. 16 March 2007, **WERC AM 740**, Birmingham, AL radio interview (topic: *Confusion Regarding Confession of Khalid Sheikh Muhammad*).

2580. 16 March 2007, **WOWO AM 1190**, Fort Wayne, IN radio interview (topic: *Application of the Death Penalty for Terror Chief Khalid Sheikh Muhammad*).

2581. 16 March 2007, **WRAC AM 600**, Memphis, TN radio interview (topic: *Khalid Sheikh Muhammad's Motives for Admissions of Terror Attacks*).

2582. 16 March 2007, **WLAC AM 1510**, Nashville, TN radio interview (topic: *Admissions of Terror Plots from Khalid Sheikh Muhammad*).

2583. 16 March 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Combatant Status Review Tribunal for Khalid Sheikh Muhammad*).

2584. 16 March 2007, **WPRO AM 630**, Providence, RI radio interview (topic: *Confession of Khalid Sheikh Muhammed to 9/11 and Other Terrorist Acts*).

2585. 15 March 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Khalid Sheikh Muhammed Statement on Terror Attacks*).

2586. 15 March 2007, **KDKA AM 1020**, Pittsburgh, PA radio interview (topic: *Confession of Khalid Sheikh Muhammed to Terror Acts*).

2587. 15 March 2007, **Wisconsin Public Radio,** radio interview (topic: *Congressional Iraq Withdrawal Bill*).

2588. 12 March 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Contractor Legal Issues; Iranian Participation in Iraq Conflict*).

2589. 5 March 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Legal Issues Associated with Contractors in Iraq*).

2590. 1 March 2007, **"The Monitor,"** German national TV interview (topic: *The Kurnaz Case: Steinmeier Under Pressure*). The interview and transcribed text can be viewed in entirety at http://www.wdr.de/tv/monitor/beitrag.phtml?bid=868&sid=160.

2591. 23 February 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *War in Iraq*).

2592. 22 February 2007, **KTRH AM 740**, Houston, TX radio interview (topic: *British Troop Pullout in Iraq*).

2593. 22 February 2007, **WLNI FM 105.9**, Lynchburg, VA radio interview (topic: *War in Iraq; Detention Ruling in Cuba*).

2594. 21 February 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *British Troop Withdrawal; Al-Qa'eda Strength*).

2595. 21 February 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Allies Leaving Iraq*).

2596. 21 February 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Britain's Decision to Withdraw 1,500 Troops from Iraq*).

2597. 21 February 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Circuit Court Ruling on GITMO Detainees*).

2598. 20 February 2007, **PBS Frontline**, national TV interview (topic: *News War: Secrets, Spin and the Future of the News; Part II*).

2599. 13 February 2007, **PBS Frontline**, national TV interview (topic: *News War: Secrets, Spin and the Future of the News; Part I*).

2600. 12 February 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iranian Nuclear Threat*).

2601. 12 February 2007, **KFYO AM 790**, Lubbock, TX radio interview (topic: *Center for Terrorism Law*).

2602. 8 February 2007, **WFLA AM 970**, Tampa, FL radio interview (topic: *Officials Indict Five in Iraq Contract Scam*).

2603. 8 February 2007, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Waste of Funds in Iraq?*).

2604. 8 February 2007, **KNRS AM 570**, Salt Lake City, UT radio interview (topic: *Contractor Corruption in Iraq*).

2605. 6 February 2007, **MSNBC**, national TV interview by Chris Jansing (topic: *Investigation of Friendly Fire Incident in 2003 Iraq War*).

2606. 5 February 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Texas National Guard at the Mexican Border*).

2607. 5 February 2007, **KLVI AM 560**, Beaumont, TX radio interview (topic: *The Legal Issues in the Global War on Terror*).

2608. 4 February 2007, **South Florida Sun-Sentinel**, newspaper article (topic: *Physical, Mental Torture at Issue in Padilla Terror Case*).

2609. 4 February 2007, **Pop Matters**, online newspaper article (topic: *Padilla Claims He Was Tortured While Detained*).  Text can be viewed in entirety at http://www.popmatters.com/pm/news/article/10842/padilla-claims-he-was-tortured-while-detained/.

2610. 3 February 2007, **KDKA AM 1020**, Pittsburgh, PA radio interview (topic: *Bioterrorism and Other Threats*).

2611. 3 February 2007, **San Antonio Express-News**, newspaper article, pg. 1B, (topic: *Guard Operation on Border Ends*).

2612. 2 February 2007, **MySA.com**, online newspaper interview (topic: *Crime Fight on Border Unplugged*).  Can be viewed in entirety at http://www.mysanantonio.com/news/metro/stories/MYSA020307.01B.wrangled.1bb3d24.html.

2613. 1 February 2007, **KLIF AM 570**, Dallas, TX radio interview (topic: *Boston Terror Scare Caused by Cartoon Network*).

2614. 1 February 2007, **KDKA AM 1020**, Pittsburgh, PA radio interview (topic: *Boston Terror Scare Caused by Cartoon Network*).

2615. 1 February 2007, **KOA AM 850**, Denver, CO radio interview (topic: *Bomb Hoax in Boston; Plot in Britain to Behead Soldier*).

2616. 31 January 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Arrest of Suspected Terrorists*).

2617. 30 January 2007, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Role of the Center for Terrorism Law*).

2618. 29 January 2007, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terror Sleeper Cells in the United States*).

2619. 26 January 2007, **WFLA AM 540**, Tampa, FL radio interview (topic: *Iraqi Military Buildup*).

2620. 26 January 2007, **KDKA AM 1020**, Pittsburgh, PA radio interview (topic: *Troop Buildup in Iraq*).

2621. 26 January 2007, **WPRO AM 630**, Providence, RI radio interview (topic: *Nuclear Weapons Development in Iran*).

2622. 24 January 2007, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *President Bush's State of the Union Address*).

2623. 24 January 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *President Bush's State of the Union Address; War on Terror*).

2624. 22 January 2007, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Legal Issues in the War on Terror*).

2625. 18 January 2007, **KTSA AM 550** San Antonio, TX radio interview (topic: *Foreign Intelligence Surveillance Under the Terrorist Surveillance Program*).

2626. 12 January 2007, **MSNBC** national TV interview by John Scott (topic: *Athens Bombing*).

2627. 11 January 2007, **KTSA AM 550** San Antonio, TX radio interview (topic: *President Bush's 10 January Speech on Iraq*).

2628. 11 January 2007, **KABB 29 -FOX** San Antonio, TX TV interview (topic: *President Bush's New Iraq Strategy*).

2629. 11 January 2007, **World Politics Watch,** online newspaper article (topic: *Bush Sticking to His Guns*).  Text can be viewed in entirety at http://www.worldpoliticswatch.com/blog/blog.aspx?id=465.

2630. 10 January 2007, **WSYR AM 570**, Syracuse, NY radio interview (topic: *President Bush's New Iraq Plan*).

2631. 10 January 2007, **WISN AM 1130**, Milwaukee, WI radio interview (topic: *Opposition to New Iraq Plan*).

2632. 10 January 2007, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *President Bush's Iraq Plan; US Attacks in Somalia on Terror Suspects*).

2633. 10 January 2007, **WLOB AM 23**, Portland, ME radio interview (topic: *US Air Strikes in Somalia Against Al-Qa'eda*).

2634. 10 January 2007, **WZTK AM 1011**, Greensboro, NC radio interview (topic: *President Bush's Proposed Iraq Increase; US Draft*).

2635. 10 January 2007, **KODY AM 1240**, North Platte, NE radio interview (topic: *President Bush and a New Iraq Strategy*).

2636. 10 January 2007, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *New Iraq Strategy; Opposition from Congress*).

2637. 10 January 2007, **KFII AM 550**, Phoenix, AZ radio interview (topic: *Iraqi Pre-Speech Analysis*).

2638. 8 January 2007, contributed to the magazine article by Will Sullivan, **U.S. News & World Report**, (topic: *Five Years and Counting in Cuba*).

2639. 8 January 2007, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *War in Iraq; Surge in Troops*).

2640. 8 January 2007, **WIOD AM 610**, Miami, FL radio interview (topic: *President Bush's Way Ahead in Iraq*).

2641. 8 January 2007, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *New Command Structure to Deal with Iraq War*).

2642. 8 January 2007, **WTAM AM 1100**, Cleveland, OH radio interview (topic: *War in Iraq and New Strategy*).

2643. 8 January 2007, **WHAS AM 84**, Louisville, KY radio interview (topic: *President Bush and the War in Iraq*).

2644. 8 January 2007, **WOKV AM 690**, Jacksonville, FL radio interview (topic: *Lt. Gen. Dave Patraeus and New Plan for Iraq*).

2645. 8 January 2007, **WFLA AM 970**, Tampa, FL radio interview (topic: *President Bush's New Plan for Iraq*).

2646. 8 January 2007, **WILM AM 1450**, Wilmington, DE radio interview (topic: *War in Iraq and New Strategy*).

2647. 8 January 2007, **WOC AM 1420**, Davenport, IA radio interview (topic: *War Strategy in Iraq*).

2648. 8 January 2007, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *War in Iraq and Democratic Controlled Congress*).

2649. 8 January 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *Overview of War in Iraq*).

2650. 4 January 2007, **WAMT AM 1190**, Orlando, FL radio interview (topic: *War on Terror: The Year in Review 2006*).

2651. 1 January 2007, **Wisconsin Public Radio,** radio interview (topic: *War on Terror: The Year in Review 2006*).

2652. December 2006, **The Reporter,** United States Air Force Judge Advocate General's Corps magazine, vol. 33, no. 1, pg. 157 (topic: *Terrorism Law*).

2653. 31 December 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Iraqi Conflict and War on Terror: The Year in Review 2006*).  Note: Center for Terrorism Law consultant, Wayne Christian, conducted this interview on Professor Addicott's behalf.

2654. 30 December 2006, **Associated Press Broadcasting**, national radio interview (topic: *Legal Issues Associated with the Execution of Saddam Hussein*).

2655. 29 December 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal Issues Associated with the Execution of Saddam Hussein*).

2656. 28 December 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *War on Terror: The Year in Review 2006*).

2657. 26 December 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Secretary of Defense Gates' Plan for the Iraqi Conflict*).

2658. 24 December 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Iraqi Conflict and War on Terror: The Year in Review 2006*).

2659. 20 December 2006, **Inter Press Service News Agency**, online newspaper article (topic: *Who Will Pay for Haditha?*).  Text can be viewed in entirety at http://ipsnews.net/print.asp?idnews=35916.

2660. 19 December 2006, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Iraqi Terrorism and the Future*).

2661. 19 December 2006, **WRAC AM 600**, Memphis, TN radio interview (topic: *New Secretary of Defense; Iraq War*).

2662. 19 December 2006, **WKBN AM 570**, Youngstown, OH radio interview (topic: *Increase in Terror Attacks in Iraq*).

2663. 19 December 2006, **WLAP AM 630**, Lexington, KY radio interview (topic: *Military Options in Iraq and Long Term View of the Conflict*).

2664. 8 December 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Iraq Study Group*).

2665. 30 November 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Policy and Legal Views of President Bush's Policy in Iraq*).

2666. 30 November 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Is the Situation in Iraq a Civil War?*).

2667. 29 November 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *US Citizen and Pakistani Citizen Indicted by Houston Grand Jury for Supporting Taliban and Engaging in Military Training in the Houston Area*).

2668. 26 November 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *New DHS Regulations on Passports*).

2669. 21 November 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Iraqi War; US Draft Proposal*).

2670. 16 November 2006, **The Washington Post Radio**, national radio interview (topic: *Iraqi War*).

2671. 13 November 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Effects of Election on War on Terror*).

2672. 13 November 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *The New Secretary of Defense; International Criminals Court*).

2673. 7 November 2006, **WXLM FM 102.3**, New London, CT radio interview (topic: *The Saddam Hussein Verdict; Center for Terrorism Law*).

2674. 7 November 2006, **WPRO AM 630**, Providence, RI radio interview (topic: *Saddam Hussein's Guilty Verdict*).

2675. 3 November 2006, **San Antonio Express-News**, newspaper article, pg. 1B, (topic: *Border Webcams Coming Online*).

2676. 30 October 2006, **Texas Lawyer**, magazine article, pgs. 1 and 18 (topic: *Center for Terrorism Law on Cutting Edge of New Practice Area*).

2677. 26 October 2006, **Media Tracks Communications**, "ViewPoints" national radio interview (topic: *Military Commission Act*). Syndicated from Des Moines, IL.

2678. 24 October 2006, **WAMT AM 1190**, Orlando, FL radio interview (topic: *Legal Issues in War on Terror*).

2679. 23 October 2006, **Wisconsin Public Radio**, (topic: *Signing of the Detainee Bill*).

2680. 20 October 2006, **KOA AM 850**, Denver, CO radio interview (topic: *Soldiers Deploying to Iraq*).

2681. 20 October 2006, **WFLA AM 540**, Tampa, FL radio interview (topic: *Soldiers Deploying to Iraq*).

2682. 20 October 2006, **KDWN AM 720**, Las Vegas, NV radio interview (topic: *Soldiers Deploying to Iraq*).

2683. 19 October 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Interrogation and Torture*).

2684. 19 October 2006, **Nevada Public Radio**, (topic: *Islamic and Palestinian Charitable Giving and Antiterrorism Efforts*).

2685. 18 October 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legality of the Military Commission Act*).

2686. 17-18 October 2006, **Associated Press**, newspaper article (topic: *Bush Signs Bill on Detainee Interrogation*). Story was reprinted by numerous newspapers nationwide, to include **The Miami Herald** and the **Philadelphia Daily News**. Story was also reprinted in **El Nuevo Herald**, the Spanish-Language version of the Miami Herald.

2687. 17 October 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Signing of the Military Commission Act*).

2688. 16 October 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Sanctions on North Korea*).

2689. 10 October 2006, **Reuters.com**, newspaper article (topic: *In Iraq, Contractor Deaths Near 650, Legal Fog Thickens*). Story was reproduced in several newspapers nationwide and in Reuters Canadian Affiliates.

2690. 9 October 2006, **The Jurist**, Pittsburgh, PA online publication. Op-ed written by Professor Addicott (topic: *The Military Commissions Act: Congress Commits to the War on Terror*). Text can be viewed in entirety at http://jurist.law.pitt.edu.

2691. 2 October 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *War on Terror Legal Issues*).

2692. 2 October 2006, **WIOD AM 610**, Miami, FL radio interview (topic: *Congressional Bill of Military Commissions*).

2693. September 2006, **World View**, magazine article of the San Antonio Council for International Visitors (topic: *Ukrainian Delegation Visits with Jeff Addicott, Director of the Center for Terrorism Law*).

2694. 29 September 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terrorists Acquiring Weapons of Mass Destruction*).

2695. 29 September 2006, **Cox News Service**, online article (topic: *Cornyn at Center of Freedom of Information Debate*). This story was also reproduced in the **Austin American-Statesman,** pg A1.

2696. 25 September 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iraq Suicide Bombers*).

2697. 23 September 2006, **WFAA 8 -ABC**, Dallas, TX TV interview (topic: *St. Mary's to Study Data Protection, Cybersecurity*).

2698. 23 September 2006, **Associated Press**, newspaper article (topic: *U.S. Prosecution of Padilla no Slam Dunk so Far*). This story was also reproduced on **FindLaw**, and mentioned on several TV stations nationwide.

2699. 22 September 2006, **KENS 5 -CBS**, San Antonio, TX TV mention (topic: *Air Force to Fund Terrorism Study at St. Mary's*).

2700. 22 September 2006, **San Antonio, TX Express-News**, San Antonio, TX newspaper article, pg. 1B (topic: *AF Makes St. Mary's Grant Proposal Public*).

2701. 15 September 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *NATO Buildup of Forces in Afghanistan*).

2702. 13 September 2006, **The Rattler**, St. Mary's University newspaper article, pg. 5, (topic: *Law School Helps Counter Terrorism*).

2703. 9 September 2006, **Austin American-Statesman.com**, online article (topic: *Group Urges Open Government*). Text can be viewed in entirety at http://www.statesman.com/news/content/news/stories/San Antonio,TX/09/09/9opengov.html.

2704. 9 September 2006, **MySA.com**, online article (topic: *AG Says Sunshine Laws Threatened*).  Text can be viewed in entirety at http://www.mysanantonio.com/news/metro/stories/MYSA090606.05B.opengovernment.2b08303.html.

2705. 9 September 2006, **Air America Radio**, national radio interview (topic: *5th Anniversary of War on Terror*).

2706. 8 September 2006, **WGST AM 640**, Atlanta, GA radio interview (topic: *Military Commissions*).

2707. 8 September 2006, **KVI AM 570**, Seattle, WA radio interview (topic: *Congress and Military Commissions*).

2708. 8 September 2006, **KCMO AM 710**, Kansas City, KS radio interview (topic: *Al-Qa'eda and the Geneva Convention*).

2709. 8 September 2006, **WIOD AM 610**, Miami, FL radio interview (topic: *Military Commissions*).

2710. 8 September 2006, **PBS Frontline,** national TV interview (topic: *Media Freedom in the War on Terror*).

2711. 7 September 2006, **MSNBC**, national TV interview by (topic: *New Army Field Manual on Interrogation Techniques*).

2712. 7 September 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *5th Anniversary of War on Terror*).

2713. 7 September 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *President Bush's Remarks on Military Commissions*).

2714. 6 September 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Military Commissions*).

2715. 6 September 2006, **KIRO AM 710**, Seattle, WA radio interview (topic: *Military Commissions*).

2716. Fall 2006, **Gold & Blue**, St. Mary's University magazine article, pg. 3 (topic: *U.S. Rep. McCaul Helps Dedicate Center for Terrorism Law*).

2717. 31 August 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Terrorism Issues*).

2718. 30 August 2006, **Riverside Press-Enterprise**, newspaper article, pg. A9, (topic: *Military Trials Known for Speed*).

2719. 28 August 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Iranian Nuclear Program*).

2720. 27 August 2006, **La Prensa**, San Antonio, TX Spanish-Language newspaper article, pg. 1ª, (topic: *Amplían Centro De Leyes Antiterrorismo*).

2721. 23 August 2006, **San Antonio Express-News**, newspaper article, pg. 3B, (topic: *St. Mary's Shows Off New Home of Center for Terrorism Law*).

2722. 22 August 2006, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Center's Dedication*).

2723. 17 August 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Federal Judge Ruling on National Security Agency Terrorism Surveillance Program*).

2724. 16 August 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Michigan Men Not Linked to Terrorism*).

2725. 15 August 2006, **The Dallas Morning News**, newspaper article, pg. 1A (topic: *FBI: Area Men Not Linked to Terrorists*).

2726. 14 August 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Cease Fire in Lebanon & Terror Plot in England*).

2727. 14 August 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Cease Fire in Lebanon*).

2728. 13 August 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Terror Plot in England*).

2729. 11 August 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terror Plot in England*).

2730. 11 August 2006, **KTRH AM 740**, Houston, TX radio interview (topic: *Terror Plot in England*).

2731. 10 August 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terror Plot in England*).

2732. 10 August 2006, **San Antonio, Express-News**, newspaper article, pg. 1A (topic: *St. Mary's Study on Info Limits Is in Limbo*).

2733. 7 August 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Terrorism in Iraq*).

2734. 6 August 2006, **KTRH AM 740**, Houston, TX radio interview (topic: *Terrorism; Militant Islam*).

2735. 5 August 2006, **Associated Press**, newspaper article (topic: *Use of Federal Grant Money for FOIA Study Questioned*).  Text can be viewed at www.kristv.com.

2736. 3 August 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal Procedures for Military Commissions*).

2737. 3 August 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Conflict in Lebanon*).

2738. 2 August 2006, **San Antonio Express-News**, newspaper article, pg. 1A, (topic: *Hezbollah Web Site Booted in Austin*).

2739. 2 August 2006, **San Antonio Express-News**, newspaper article, pg. 3B, (topic: *ACLU Seeks Hand in Security Study*).

2740. July-August 2006, **Texas Lawyer**, magazine article, pg. 12 (topic: *St. Mary's Center for Terrorism Law*).

2741. 29 July 2006, **KOA AM 850**, Denver, CO radio interview (topic: *Ongoing Conflict in Lebanon*).

2742. 28 July 2006, **WOOD AM 1300**, Grand Rapids, MI radio interview (topic: *Terrorism Law; Latest Developments in the Middle East*).

2743. 28 July 2006, **WINK FM 96.9**, Fort Myers, FL radio interview (topic: *Terrorism Law; New Al-Qa'eda Videotape*).

2744. 28 July 2006, **KCOL AM 600**, Fort Collins, CO radio interview (topic: *Conflict in Lebanon*).

2745. 28 July 2006, **WFLA AM 540**, Tampa, FL radio interview (topic: *New Al-Qa'eda Videotape*).

2746. 28 July 2006, **WGST AM 640**, Atlanta, GA radio interview (topic: *Conflict in Lebanon*).

2747. 28 July 2006, **KFBK AM 1530**, Sacramento, CA radio interview (topic: *Conflict in Lebanon*).

2748. 28 July 2006, **KVI AM 570**, Seattle, WA radio interview (topic: *Al-Qa'eda and Global War*).

2749. 27 July 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *The Israeli/Hezbollah Conflict*).

2750. 23 July 2006, **San Antonio, TX Express-News**, San Antonio, TX newspaper article, pg. 4H.  Op-ed article by Senator John Cornyn (topic: *St. Mary's Study to Ensure Laws Don't Hinder Flow of Info*).

2751. 21 July 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Iraq Conflict*).

2752. 21 July 2006, **KURV AM 710**, McAllen, TX radio interview (topic: *Terrorism Law*).

2753. 19 July 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *The Evacuation of Americans from Lebanon*).

2754. 17 July 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *The Current Conflict Between Israel and Militant Islamic Terrorists*).

2755. 16 July 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *The Current Conflict Between Israel and Militant Islamic Terror*).

2756. 12 July 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *GITMO Decision*).

2757. 11 July 2006, **WGST AM 640**, Atlanta, GA radio interview (topic: *Selected Issues on War and Terror*).

2758. 11 July 2006, **KVI AM 570**, Seattle, WA radio interview (topic: *Geneva Convention*).

2759. 11 July 2006, **WBHK FM 98.7**, Huntsville, AL radio interview (topic: *Geneva Convention*).

2760. 10 July 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *UCMJ Charges for Murder in Iraq*).

2761. 9 July 2006, **San Antonio Express-News**, newspaper article, pg. 3B, Op-ed article by Bob Richter (topic: *Going After the Freedom of Information Act Is a Slippery Slope*).

2762. 8 July 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *London Bombings*).

2763. 7 July 2006, **San Antonio Express-News**, newspaper article, pg. 1A (topic: *St. Mary's to Study Limits on Info Law*).

2764. 7 July 2006, **FOX NEWS Channel**, national TV interview by Stuart Varney (topic: *Potential Terror Plot to Attack "Path Trains" Between New York and New Jersey*).

2765. 6 July 2006, **USA Today**, newspaper article, pg. 2A, (topic: *Tax Dollars to Fund Study on Restricting Public Data*).

2766. 5 July 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *North Korean Missile Launch*).

2767. 30 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Supreme Court Ruling on the Hamdan Case*).

2768. 30 June 2006, **KTTH AM 770**, Seattle, WA radio interview (topic: *The Supreme Court Ruling on the Hamdan Case*).

2769. 30 June 2006, **Talking Dog**, website interview (topic: *The Supreme Court Ruling on the Hamdan Case*).  Text can be viewed in entirety at http://www.thetalkingdog.com/archives2/000611.html.

2770. 29 June 2006, **KIRO AM 710**, Seattle, WA radio interview (topic: *The Supreme Court Ruling on the Hamdan Case*).

2771. 29 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *More Comments on the Supreme Court Ruling on the Hamdan Case*).

2772. 29 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Supreme Court Ruling on the Hamdan Case*).

2773. 29 June 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *The Iran Weapons Deadline; Death of al-Zarqawi; Supreme Court Ruling on the Hamdan Case*).

2774. 29 June 2006, **Wisconsin Public Radio**, (topic: *The Supreme Court Ruling on the Hamdan Case*).

2775. 29 June 2006, **WSLB AM 1400**, Ogdensburg, NY radio interview (topic: *Discussion of Professor Addicott's Book: Cases and Materials on Terrorism Law, Third Edition*).

2776. 20 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Sarin Attacks on the NY Subway*).

2777. 19 June 2006, **WAAM AM 1600**, Ann Arbor, MI radio interview (topic: *The Subway Attacks in NY*).

2778. 19 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Subway Attacks in NY*).

2779. 19 June 2006, **WRCG AM 1420**, Columbus, GA radio interview (topic: *The Subway Attacks in NY*).

2780. 16 June 2006, **WAXE AM 1370**, Vero Beach, FL radio interview (topic*: Progress Report on War in Iraq*).

2781. 12 June 2006, **FOX NEWS Channel**, national TV interview by Judge Andrew Napolitano (topic: *The Death of Abu Musab al-Zarqawi*).

2782. 12 June 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *The Death of Abu Musab al-Zarqawi*).

2783. 8 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Death of Abu Musab al-Zarqawi*).

2784. 8 June 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *The Death of Abu Musab al-Zarqawi*).

2785. 8 June 2006, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Canadian Arrests of Al-Qa'eda Terrorists*).

2786. 7 June 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Canadian Arrests of Al-Qa'eda Terrorists*).

2787. 6 June 2006, **KLRP AM 930**, San Antonio, TX radio interview (topic: *Canadian Arrests of Al-Qa'eda Terrorists*).

2788. 4 June 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Investigations of U.S. Shootings of American Civilians*).

2789. 31 May 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Investigations of Marines Killing Iraqi Civilians*).

2790. 16 May 2006, **FOX NEWS Channel**, national TV interview by Neil Cavuto (topic: *Canadian Border Security*).

2791. 15 May 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *National Security Agency Phone Records*).

2792. 15 May 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *National Security Agency Phone Records*).

2793. 4 May 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Jury Verdict in Moussaoui Terror Trial*).

2794. 4 May 2006, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Jury Verdict in Moussaoui Terror Trial*).

2795. 20 April 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Release by the Pentagon of the List of Detainees at Guantanamo Bay*).

2796. 19 April 2006, **KTTH AM 770**, Seattle, WA radio interview (topic: *Terrorism Law*).

2797. 14 April 2006, **FOX NEWS Channel**, national TV interview by Neil Cavuto (topic: *Secretary of Defense*).

2798. 13 April 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Iranian Nuclear Capabilities*).

2799. 10 April 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Cyberterrorism*).

2800. 4 April 2006, **Texas Public Radio**, (topic: *The Center for Terrorism Law; Global War on Terrorism*).

2801. 27 March 2006, **The Washington Times**, newspaper article, pg. A3 (topic: *Justices to Weigh War-Crimes Commission*).

2802. 17 March 2006, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *USA PATRIOT Act II*).

2803. 15 March 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Moussaoui Trial*).

2804. 14 March 2006, **San Antonio Express-News**, newspaper article, pg. 2B, (topic: *St. Mary's Holding Terrorism Conference*).

2805. 13 March 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Law Enforcement Seminar, "Investigating and Prosecuting Terrorism" held at St. Mary's University*).

2806. 13 March 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Law Enforcement Seminar, "Investigating and Prosecuting Terrorism" held at St. Mary's University*).

2807. 10 March 2006, **The Jurist**, Pittsburgh, PA online publication.  Op-ed written by Professor Addicott (topic: *The UN Guantanamo Report: False Premise, Flawed Conclusions*).  Text can be viewed in entirety at http://jurist.law.pitt.edu.

2808. 27 February 2006, **FOX NEWS Channel**, national TV interview by Neil Cavuto (topic: *Killing of Suspected Terrorists by Saudi Security Forces*).

2809. 17 February 2006, **KNX AM 1070**, Los Angeles, CA radio interview (topic: *Guantanamo Bay Human Rights Commission Report*).

2810. 16 February 2006, **Associated Press Broadcasting**, national radio interview (topic: *UN Report on Guantanamo Bay Confinement Facility*).

2811. 12 February 2006, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *An Overview of Legal Issues in the War on Terror*).

2812. 9 February 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Global War on Terrorism*).

2813. 7 February 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *National Security Agency Wiretaps; Professor Addicott's Book: Cases and Materials on Terrorism Law, Third Edition*).

2814. 6 February 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Prison Escape of Al-Qa'eda Group*).

2815. 4 February 2006, **KWBC AM 1550**, Navasota, TX radio interview (topic: *Presidential Authority in the War on Terror; Al-Qa'eda Operations*).

2816. 27 January 2006, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *National Security Agency Wiretaps and the PATRIOT Act II*).

2817. 9 January 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Alito Hearings for Supreme Court Justice*).

2818. 5 January 2006, **KTSA AM 550**, San Antonio, TX radio interview (topic: *National Security Agency Wiretaps*).

2819. January 2006, **Estudios en Securidad y Defensa**, Columbian magazine article, pg. 8 (topic {translated}: *Infrastructure Assurance and Cyber Terrorism*).

2820. 22 December 2005, **Reuters.com**, newspaper article (topic: *US Lawsuit Could Dent Global War-Contractor Boom*). This story was picked up by several national and international newspapers including: **The Washington Post**, **Reuters UK**, **Swiss Info**, **Stuff.co.nz**, **New Zealand Herald**, **Dose** (Toronto online news magazine), **ABC News** (partial story), **CorpWatch.org**, and **Ely Times**.

2821. 21 December 2005, **San Antonio Express-News**, newspaper article, pg. 3B, (topic: *Agencies Wary of New Drug Trafficking Threat*).

2822. 19 December 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *The President's Authorization for Wiretaps*).

2823. 16 December 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Renewal of the PATRIOT Act*).

2824. 14 December 2005, **Knight Ridder**, newspaper interview (topic: *House Endorses Ban on Cruel Interrogation Techniques*). Text can be viewed in entirety at www.lexis.com.

2825. 14 December 2005, **Web Stream Live Interview**, Center for National Security Studies (London, England) (topic: *Legal Issues in the Global War on Terrorism*).

2826. 9 December 2005, **The Detroit News**, newspaper article, pg. 1B (topic: *Iranian Artifacts Sought*).

2827. 9 December 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *PATRIOT Act II*).

2828. 9 December 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *PATRIOT Act II Renewal*).

2829. 8 December 2005, **St. Petersburg Times**, newspaper article, pg. 1A (topic: *Case Too Complex to Get a Conviction*).

2830. 8 December 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Saddam Hussein Trial; Global War on Terrorism*).

2831. 6 December 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Saddam Hussein Trial Update*).

2832. 29 November, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Saddam Hussein Trial Update*).

2833. 25 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Saddam Hussein Trial Update*).

2834. 24 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Saddam Hussein Trial Update; Center for Terrorism Law's Symposium on Narcoterrorism in Miami, FL*).

2835. 24 November 2005, **Washington Times**, newspaper article, pg. A3 (topic: *Padilla Case Mum on 'Dirty Bomb'*).

2836. 23 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Jose Padilla Case*).

2837. 23 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Saddam Hussein Trial Update*).

2838. 21 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Terrorism in Iraq Update*).

2839. 16 November 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Torture Convention; Secret Detention Facilities*).

2840. 15 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Terrorism in Jordan*).

2841. 10 November 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Radical Islam and Terror Bombings in Jordan*).

2842. 10 November 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *PATRIOT Act II*).

2843. 8 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Military Commissions in Guantanamo Bay*).

2844. 7 November 2005, Professor Addicott contributed to a story in **Al-Jazeera**, Washington, D.C. newspaper interview (topic: *Lawsuit Against Arab Bank for Aiding and Assisting Hamas and Other Terrorist Organizations by Maintaining a Database Containing the Names of Persons Eligible for Payments in Return for Suicide Attacks*).

2845. 4 November 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Secret Detention/Interrogation Facilities*).

2846. 3 November 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Secret Detention/Interrogation Facilities*).

2847. 31 October 2005, **Texas Public Radio**, (topic: *The International Criminal Court*). Broadcast of lecture given at World Affairs Council on 25 October.

2848. 25 October 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Success of the Iraqi Constitutional Referendum*).

2849. 24 October 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *The Murder of Iraqi Lawyer on the Saddam Defense Team; Investigation of Syria in the Recent Lebanon Assassination*).

2850. 16-19 October 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Legal Issues Associated with the Trial of Saddam Hussein*).

2851. 18 October 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Trial of Saddam Hussein*).

2852. 13 October 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Update on the War in Iraq*).

2853. 12 October 2005, **The Daily Tar Heel**, University of North Carolina, online newspaper interview (topic: *Transport Systems and Terrorism*).

2854. 6 October 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *President Bush's Speech on Terrorism*).

2855. 5 October 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Terrorism Tactics of Al-Qa'eda*).

2856. 3 October 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Policy Issues Associated with All Aspects of National Emergencies*).

2857. 30 September 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Criminal Trial of PFC England for Prisoner Abuse*).

2858. 28 September 2005, **The Jurist**, Pittsburgh, PA online publication.  Op-ed written by Professor Addicott (topic: *Military Justice at Abu Ghraib*).  Text can be viewed in entirety at http://jurist.law.pitt.edu.

2859. 28 September 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Trial of Lynndie England in the Abu Ghraib Prison Scandal*).

2860. 21 September 2005, **WTOX AM 1480**, Richmond, VA radio interview (topic: *Trial of PFC England, Poster Child of Abu Ghraib Scandal*).

2861. 19 September 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Posse Comitatus Act and Terrorism Arrest in Tennessee*).

2862. 19 September 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Arrest of Tennessee Suspect in Terror Case*).

2863. 15 September 2005, **San Antonio Express-News**, newspaper article, pg. 5A, (topic: *Trial Looms for 'Poster Child' of Abu Ghraib Prison Scandal*).

2864. 12 September 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Insurrection Act*).

2865. 9 September 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Forced Evacuation in New Orleans per Hurricane Katrina*).

2866. August/September 2005, **Safeguard Review: A Journal for the Military Services Contractor**, magazine interview, Volume 1, Issue 2, pg. 4 (topic: *A Profile of the Center for Terrorism Law*).

2867. 31 August 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Problem of Looters in the Wake of Hurricane Katrina*).

2868. 18 August 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *9/11 Commission Report; Army Counter Intelligence*).

2869. 10 August 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Origins of Militant Islam*).

2870. 5 August 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Cyberterrorism as an Emerging Threat*).

2871. 1 August 2005, **FOX NEWS Channel**, national TV interview by Shepard Smith (topic: *London Terror Attacks*).

2872. 1 August 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *London Terror Attacks*).

2873. 28 July 2005, **FOX NEWS Channel**, national TV interview by Trace Gallagher (topic: *London Terror Attacks and Impact on the US*).

2874. 26 July 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Jane Fonda and the Applicability of Article 3, Section 3 (Treason) for Her Actions During the Vietnam Conflict*).

2875. 22 July 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *London Terror Attacks on July 21, 2005*).

2876. 21 July 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *Ruling on the Dirty Bomber Case; Jose Padilla Case*).

2877. 21 July 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *London Terror Attacks*).

2878. 20 July 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *President Bush's Supreme Court Justice Nomination of John Roberts*).

2879. 19 July 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *Al-Qa'eda Network*).

2880. 19 July 2005, **FOX NEWS Channel**, national TV interview by Uma Pemmaraju (topic: *Ruling on the Dirty Bomber Case; Jose Padilla Case*).

2881. 18 July 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Update on Case Against Saddam Hussein*).

2882. 12 July 2005, **National Public Radio**, (topic: *The Appeal of Convicted Terror Troops Recruiter, Al Tamimi, Based on Improper Comment on Religious Beliefs*).

2883. 11 July 2005, **ABC News** "Nightline," national TV interview (topic: *The Appeal of Convicted Terror Troops Recruiter, Al Tamimi, Based on Improper Comment on Religious Beliefs*).

2884. 11 July 2005, **WRVC AM 930**, Huntington, WV radio interview (topic: *The War on Terror and the Bombings of London Public Transportation Systems*).

2885. 8 July 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *London Terror Attacks*).

2886. 8 July 2005, **Palm Beach Daily Business Review**, newspaper article, pg. 9, (topic: *Putting Islam on the Stand*).

2887. 7 July 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *London Terror Attacks*).

2888. 7 July 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *London Terror Attacks*).

2889. 7 July 2005, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *London Terror Attacks*).

2890. 7 July 2005, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *London Terror Attacks*).

2891. 6 July 2005, **KGAB AM 650**, Cheyenne, WY radio interview (topic: *Contractors on the Battlefield; Progress in the War on Terror*).

2892. 6 July 2005, **The Washington Times**, newspaper article, pg. A1, (topic: *Legal Limbo Shadows Civilians in War Zone*).

2893. 4 July 2005, **Legal Times**, magazine article, pg. 1 (topic: *Putting Islam on the Stand*).

2894. 30 June 2005, **San Antonio Express-News**, newspaper article, pg. 1B, (topic: *Seminar Weighs Role Contractors Play in War*).

2895. 30 June 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Al-Qa'eda in Iraq; Wounding of Zarqawi, Chief Terror Operative*).

2896. 29 June 2005, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic*: Center for Terrorism Law Symposium: Contractors on the Battlefield*).

2897. 28 June 2005, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic: *Center for Terrorism Law Symposium: Contractors on the Battlefield*).

2898. 28 June 2005, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Center for Terrorism Law Symposium: Contractors on the Battlefield*).

2899. 28 June 2005, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Center for Terrorism Law Symposium: Contractors on the Battlefield*).

2900. 28 June 2005, **San Antonio Express-News**, newspaper article, pg. 2B (topic: *Ex-Hostage in Iraq Tops Conference*).

2901. 24 June 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *Military Draft in the US*).

2902. 22 June 2005, **Mexico Congressional TV Station**, Mexico City, Mexico TV interview (topic: *Cyberterrorism*).

2903. 22 June 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Downing Street Memo on the War in Iraq*).

2904. 22 June 2005, **Air America Radio**, national radio interview (topic: *Downing Street Memo on the War in Iraq*).

2905. 13 June 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *The Implications of the Supreme Court's Refusal to Hear an Early Appeal on the Dirty Bomber: Jose Padilla Case*).

2906. 9 June 2005, **New York Times**, newspaper article (topic: *Wounding Abu Zarqawi and His Connection with Iran*).

2907. 30 May 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Wounding Abu Zarqawi and His Connection with Iran*).

2908. 20 May 2005, **Sombrilla**, University of Texas at San Antonio, TX magazine article, pg. 12 (topic: *Talking Security: Biological and Cyber Experts Join UTSA Institute to Protect Neighborhoods*).

2909. 13 May 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *The Use of Convicts in 'Hard Labor'*).

2910. 8 May 2005, **San Antonio Express-News**, newspaper article, pg. 4H.  Op-ed written by Professor Addicott (topic: *Blame 'Bad Apples' at Abu Ghraib*).

2911. 5 May 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Abu Ghraib Incident; Trial of PFC Lynndie England*).

2912. 5 May 2005, **San Antonio Express-News**, newspaper article, pg. 1A, (topic: *Mistrial is Declared in Abu Ghraib Case*).

2913. 4 May 2005, **KAHL AM 1310**, San Antonio, TX radio interview (topic: *Abu Ghraib Incident; Trial of PFC Lynndie England*).

2914. 4 May 2005, **San Antonio Express-News**, newspaper article, pg. 14A, (topic: *Psychologist Says England Fell Behind Early On*).

2915. 4 May 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *Overview on Abu Ghraib*).

2916. 27 April 2005, **MSNBC**, national TV interview by Natalie Morales (topic: *Law of War Violations in Iraq:  the Case of Lt. Pantanos*).

2917. 27 April 2005, **The Christian Science Monitor**, newspaper article, pg. 15 (topic: *Refugee or Deserter?*).

2918. 25 April 2005, **CBS Radio**, national radio interview by Lisa Meyers (topic: *United States Supreme Court Refusal to Hear the Acree Case Regarding the Torture of United States POWs During 1991 Operation Desert Storm*).

2919. 25 April 2005, **Agence France-Presse**, newspaper article (topic {translated}: *American POWs Tortured in Gulf War Detention Will Not Get Compensation*). Agence-France Presse is the French version of AP.  This article was nationally syndicated in numerous French newspapers.

2920. 18 April 2005, **Legal Times**, magazine article, pg. 10, (topic:  *Ex Gulf War POWs Plead Their Case*).

2921. 17 April 2005, **Pittsburgh Tribune Review**, newspaper interview, pg. A1, (topic: *US Cleric Is Being Tried in Nation's Terror Court*).

2922. April 2005, **Noticia**, Panamerican University newspaper article, pg. 13, (topic: *La Información, Solución al Ciberterrorismo*).

2923. 30 March 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *Members of the U.S. Military Seeking Asylum in Canada*).

2924. 28 March 2005, **The Jurist**, Pittsburgh, PA online publication. Op-ed written by Professor Addicott (topic: *Trying Saddam Hussein: Go International or Not?*). Text can be viewed in entirety at www.jurist.law.pitt.edu.

2925. 28 March 2005, **FOX NEWS Channel**, national TV interview by Martha MacCallum (topic: *Service Members Civil Relief Act*).

2926. 24 March 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *The Use of the Terrorist Screening Center as a Viable Enforcement Tool*).

2927. 22 March 2005, **PR Newswire**, online newspaper interview (topic: *US Gov't Again Seeks to Deny Tortured American POWs Justice*). Text can be viewed in entirety at www.prnewsire.com.

2928. 18 March 2005, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Investigating Terrorism: Legal and Policy Issues for Law Enforcement Seminar*).

2929. 15 March 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Investigating Terrorism: Legal and Policy Issues for Law Enforcement Seminar*).

2930. 15 March 2005, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Investigating Terrorism: Legal and Policy Issues for Law Enforcement Seminar*).

2931. 15 March 2005, **KWEX 41 -Univision**, San Antonio, TX TV interview (topic: *Investigating Terrorism: Legal and Policy Issues for Law Enforcement Seminar*).

2932. 8 March 2005, **ABC News**, national TV interview by Jim Hickey (topic: *Democracy Building in the Middle East*).

2933. 8 March 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Democracy Building in the Middle East*).

2934. 18 February 2005, **Lawyers' Journal**, magazine article, pg. 5 (topic: *Center for Terrorism Law Focuses on Exciting, Vital New Areas of Law*).

2935. 16 February 2005, **FOX NEWS Channel**, national TV interview by Shepard Smith (topic: *Gulf War Victim Compensation for U.S. POWs*).

2936. 16 February 2005, **Financial Times**, newspaper article, pg. 4 (topic: *US Pilots Battle Own Side to Sue for Iraq War Compensation*).

2937. 15 February 2005, **ABC Radio News**, national radio interview by Jim Hickey (topic: *Gulf War Victim Compensation for U.S. POWs*).

2938. 15 February 2005, **KGO AM 88.5**, San Francisco, CA radio interview (topic: *Gulf War Victim Compensation for U.S. POWs*).

2939. 15 February 2005, **MSNBC**, national TV interview by Monica Curley and Ron Reagan (topic: *Gulf War Victim Compensation for U.S. POWs*).

2940. 15 February 2005, **Los Angeles Times**, newspaper article, pg. A1 (topic: *White House Turns Tables on Former American POWs*).

2941. 15 February 2005, **San Antonio Express-News**, newspaper article, pg. 1A (topic: *White House Fights Awards for Ex-POWs*).

2942. 1 February 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *War Victim Compensation for U.S. POWs*).

2943. 31 January 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Combatant Status Review Tribunals for the Enemy Detainees in Guantanamo Bay, Cuba*).

2944. 29 January 2005, **FOX NEWS Channel**, national TV interview by John Gibson (topic: *Discussion of the Pending Iraqi Trial of Saddam Hussein*).

2945. 29 January 2005, **San Antonio Express-News**, newspaper article, pg. 4A, (topic: *PATRIOT Act at Heart of Debate*).

2946. 28 January 2005, **WCHV AM 1260**, Charlottesville, VA radio interview (topic: *The Center for Terrorism Law Symposium on "Promoting Sensible Rule of Law in the War on Terror" Held in Washington, D.C.*).

2947. 22 January 2005, **KWBC AM 1550**, Navasota, TX radio interview (topic: *Elections in Iraq and Middle East Prospects for Peace*).

2948. 20 January 2005, **Current**, newspaper article, pg. 4, (topic: *Education or Propaganda?*).

2949. 17 January 2005, **San Antonio Express-News**, newspaper article, pg. 4A (topic: *GI's Trial for Abuse Just One Chapter*).

2950. 17 January 2005, **KCHV AM 1260**, Charlottesville, VA radio interview (topic: *Abu Ghraib Trials*).

2951. 16 January 2005, **AP Online**, newspaper article (topic: *Granier Verdict Won't Change Defense Method*).

2952. 6 January 2005, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Comments on Court's Decision to Overturn Yates' Conviction for Murder*).

2953. 6 January 2005, **KCHV AM 1260**, Charlottesville, VA radio interview (topic: *Terrorism in 2004*).

2954. 5 January 2005, **WNTA AM 1330**, Rockford, IL radio interview (topic: *Iraqi War Issues and Terrorism*).

2955. 4 January 2005, **WNWS FM 101.5**, Jackson, TN radio interview (topic: *Year in Review -Terrorism*).

2956. 3 January 2005, **KGAB AM 650**, Cheyenne, WY radio interview (topic: *Is the U.S. Winning the War on Terror?*).

2957. 3 January 2005, **Texas Lawyer**, magazine article, pg. 3, (topic: *Donation Will Aid in War on Terror*).

2958. January 2005, **The Jewish Journal of San Antonio, TX**, magazine article, pg. 1 (topic: *CRC Assembly to Feature "The War on Terrorism and Our Civil Liberties,"*).

2959. 29 December 2004, **MSNBC**, national TV interview by Dan Abrams (topic: *Military Trial of Reserve Officer in Iraq for Larceny and Conspiracy*).

2960. 25 December 2004, **WBIX AM 1060**, Boston, MA radio interview (topic: *Terrorism Issues in 2004*).

2961. 24 December 2004, **WBIX AM 1060**, Boston, MA radio interview (topic: *Terrorism Issues in 2004*).

2962. 6 December 2004, **Kansas City Star**, newspaper article, (topic: *Army Reservists Won't Face Court-Martial for Refusing Orders*).

2963. 16 November 2004, **Homeland Security Today**, magazine article, Vol. 1, No. 7, pg. 21 (topic: *HS Goes Mainstream -American Colleges and Universities Are Taking Homeland Security Seriously and Producing the Next Generation of Homeland Security Leaders*).

2964. 18 November 2004, **FOX NEWS Channel**, national TV interview by Martha McCallum (topic: *The Laws of War Associated with the Combat in Fallujah*).

2965. 16 November 2004, contributed to the report by Jim Miklasewski, Pentagon Special Reporter.  Aired on "NBC Nightly News with Tom Brokaw" (topic: *Laws of War Associated with the Combat in Fallujah*).

2966. 16 November 2004, **MSNBC**, national TV interview by Lester Holt (topic: *Laws of War Associated with the Combat in Fallujah*).

2967. 16 November 2004, **MSNBC**, national TV interview by Lisa Daniels (topic: *Laws of War Associated with the Combat in Fallujah*).

2968. 16 November 2004, **MSNBC**, national TV interview by Randy Myer (topic: *Laws of War Associated with the Combat in Fallujah*).

2969. 15 November 2004, **MSNBC**, national TV interview by Dan Abrams (topic: *Marine Investigated in Shooting Unarmed Insurgent*).

2970. November 2004, **HS Today**, magazine article, pg. 20 (topic: *HS Goes Mainstream*).

2971. 22 October 2004, **The Charlotte Observer**, newspaper article, pg. 4A (topic: *Convoy Chief Removed*).

2972. 21 October 2004, **CKGL AM 570**, Toronto, Canada radio interview (topic: *Guilty Pleas in Abu Ghraib Case*).

2973. 15 October 2004, **WOAI 4 -NBC** San Antonio, TX TV interview (topic: *Obeying Lawful Orders in the Combat Zone*).

2974. 13 October 2004, **San Antonio Express-News,** newspaper article, pg. 1SE (topic: *Terrorism Center Focuses on Legal Issues*).

2975. 12 October 2004, **KTSA AM 550** San Antonio, TX radio interview (topic: *Al-Qa'eda Possible Bioterrorism Plot in McAllen, Texas*).

2976. 12 October 2004, **MSNBC** national TV interview by Dan Abrams (topic: *Don't Ask, Don't Care?  Should the U.S. Supreme Court Adjudicate the War on Terrorism?*).

2977. 10 October 2004, **Orlando Sentinel** newspaper article, pg. A23 (topic: *Homeland Security Dominates Election*).

2978. 6 October 2004, **Homeland Defense Radio**, Washington, D.C. radio interview (topic: *Role and Mission of the Center for Terrorism Law*).

2979. 30 September 2004, **KTSA AM 550** San Antonio, TX radio interview (topic: *Challenges to the Constitutionality of the USA PATRIOT Act*).

2980. 28 September 2004, **MSNBC** national TV interview by Dan Abrams (topic: *Pentagon's Effort to Prohibit Prostitution*).

2981. 27 September 2004, **San Antonio Express-News** newspaper article (topic: *St. Mary's Man on Terror*).

2982. 27 September 2004, **The Monitor**, newspaper article, pg. 4B (topic: *San Antonio, TX Professor Carves Niche in Terrorism Law*).

2983. 26 September 2004, **Houston Chronicle**, newspaper article, pg. B9 (topic: *Army Veteran Tackles Terrorism Law*).

2984. 22 September 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Strategy for Dealing with Terrorism in Iraq*).

2985. 10 September 2004, **MSNBC**, national TV interview by Dan Abrams (topic: *United States Military Captain Shoots an Iraqi: Mercy Killing or Murder?*).

2986. 18 August 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Military Stop- Loss for Soldiers Deploying to Iraq*).

2987. 7 August 2004, **KLUP AM 930**, San Antonio, TX radio interview (topic: *Effect of Terrorism on Real Estate Values*).

2988. 5 August 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Omani Arab Emirates Legal System Regarding Prisoner Trials*).

2989. 5 August 2004, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *The Military and Preparedness for War on Terror*).

2990. 3 August 2004, **MSNBC**, national TV interview by Randy Meier (topic: *Abu Ghraib Prisoner Abuse: The Article 32 of Lynndie England*).

2991. 21 July 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Federal Investigation of Former National Security Advisor Samuel Berger and Missing National Archives Documents*).

2992. 15 July 2004, **KVDA 60 -Telemundo**, San Antonio, TX TV interview (Professor Addicott with Major General (Ret.) Valenzuela; topic: *Center for Terrorism Law: Mission and Goals*).

2993. 9 July 2004, **MSNBC**, national TV interview by Keith Olbermann (topic: *Legal Issues for Reserve and Individual Ready Reserve in Iraq*).

2994. 7 July 2004, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Center for Terrorism Law Symposium on U.S. Interrogation Practices and War on Terror*).

2995. 7 July 2004, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Center for Terrorism Law Symposium on U.S. Interrogation Practices and War on Terror*).

2996. 5 July 2004, **CNN**, national TV interview by Rudi Bakhtiar (topic: *Supreme Court's Ruling on President Bush's Authority to Declare Enemy Combatant Status*).

2997. 1 July 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Trial of Saddam Hussein*).

2998. 29 June 2004, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *GITMO Ruling: United States Supreme Court Decision on Detainees*).

2999. 29 June 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *GITMO Ruling: United States Supreme Court Decision on Detainees*).

3000. 28 June 2004, **CNN**, national TV interview by Rudy Bakhtiar (topic: *GITMO Ruling: United States Supreme Court Decision on Detainees*).

3001. 23 June 2004, **FOX NEWS Channel**, national TV interview by Martha McCollum (topic: *Saddam Hussein:  Are His Human Rights Being Violated?*).

3002. 18 June 2004, Professor Addicott was a consultant for the production of a two piece series for ABC Nightline with Ted Koppel (topic: *Interrogation Policies*).

3003. 14 June 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Implications of the American Red Cross Demand to 'Release or Charge Saddam Hussein'*).

3004. 8 June 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Transfer of Power and Sovereignty of Iraq to the Iraqi Interim Government*).

3005. 3 June 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Release of Terrorist by the United States Administration*).

3006. 2 June 2004, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Terrorism Preparedness in San Antonio, TX, Texas*).

3007. 1 June 2004, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Terrorism Preparedness in San Antonio, TX, Texas*).

3008. June 2004, **The Medill**, Northwestern University magazine article (topic: *Reaction to the Hamdi and Padilla Opinions*).  Can be viewed in entirety at http://journalism.northwestern.edu/docket/03-6696react.html.

3009. 27 May 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Analysis of FBI Alerts Regarding Future Terror Attacks in the United States*).

3010. 23 May 2004, **MSNBC**, national TV interview by Chris Jansing (topic: *Legal and Policy Issues Associated with the Abu Ghraib Prisoner Abuse*).

3011. 22 May 2004, **MSNBC**, national TV interview by Brit Hume (topic: *Abu Ghraib*).

3012. 19 May 2004, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Citizenship for Immigrants Who Serve in the United States Military*).

3013. 19 May 2004, **WMPI 15 -NBC**, Mobile, AL TV interview (topic: *Interrogation Techniques Used by U.S. Forces in the War on Terror*).

3014. 19 May 2004, **CBS Radio**, national radio interview (topic: *Court Martial Procedures for U.S. Soldiers Accused of Prisoner Abuse in Iraq*).

3015. 18 May 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Prisoner Abuse at Abu Ghraib; Iraq*).

3016. 18 May 2004, **MSNBC**, national TV interview by Lester Holt (topic: *Abu Ghraib Prison Scandal; PC Jeremy Sivits's Court Martial*).

3017. 17 May 2004, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Service in the U.S. Military as a Path to U.S. Citizenship for Immigrants*).

3018. 15 May 2004, **FOX NEWS Channel**, national TV interview by Page Hopkins (topic: *Abuse of Iraqi Prisoners; Military Justice System*).

3019. 13 May 2004, **USA Today**, newspaper article, pg. 10A (topic: *U.S. Interrogators Face 'Gray Areas' with Prisoners*).

3020. 13 May 2004, **MSNBC**, national TV interview by Dan Abrams (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques; Military Justice System*).

3021. 13 May 2004, **FOX NEWS Channel**, national TV interview by Tony Snow (topic: *Abu Ghraib Prison Scandal; Taguba Report; Psychological Impact of War on a Soldier's Behavior*).

3022. 11 May 2004, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques*).

3023. 11 May 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques*).

3024. 10 May 2004, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques*).

3025. 10 May 2004, **MSNBC**, national TV interview by Lester Holt (topic: *Abu Ghraib Prison Scandal; Court Martial Process*).

3026. 10 May 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques*).

3027. 4 May 2004, **MSNBC**, national TV interview by Dan Abrams (topic: *Abuse of Iraqi Prisoners; United States Interrogation Techniques; Military Justice System*).

3028. 4 May 2004, **MSNBC**, national TV interview by Amy Robach (topic: *Abuse of Iraqi Prisoners and United States Interrogation Techniques*).

3029. 3 May 2004, **FOX NEWS Channel**, national TV interview by Brit Hume (topic: *Prisoner Abuse Photos*).

3030. 28 April 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Iraq and the 9/11 Commission Report*).

3031. 20 April 2004, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Discussion of the PATRIOT Act*).

3032. 14 April 2004, **The Rattler**, St. Mary's University newspaper article, pg. 1 (topic: *Terrorism Law Center First Ever in Nation*).

3033. 3 April 2004, **San Antonio Express-News**, newspaper article, pg. 2B (topic: *St. Mary's Opens Terrorism Law Research Center*).

3034. 3 April 2004, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Ribbon Cutting Ceremony of Center for Terrorism Law*).

3035. 2 April 2004, **KSAT 12 -ABC**, San Antonio, TX TV mention (topic: *Establishment of Center for Terrorism Law*).

3036. 2 April 2004, **TXCN Texas**, cable news interview by Pam Harris (topic: *Director Addicott Views on the Creation of the Center for Terrorism Law*).

3037. 2 April 2004, **KENS 5 -CBS**, San Antonio, TX TV mention (topic: *Establishment of Center for Terrorism Law*).

3038. 2 April 2004, **NEWS 9**, San Antonio, TX TV mention (topic: *Establishment of Center for Terrorism Law*).

3039. 3 April 2004, **KENS 5 -CBS**, San Antonio, TX TV mention (topic: *Establishment of Center for Terrorism Law*).

3040. 3 April 2004, **NEWS 9**, San Antonio, TX TV mention (topic: *Establishment of Center for Terrorism Law*).

3041. April 2004, **The Jewish Journal of San Antonio, TX**, magazine article, pg. 2 (topic: *The Israeli Policy of Targeted Killing of Terrorists: Assassination or Self Defense?*).

3042. 8 March 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Martha Stewart Trial*).

3043. 1 March 2004, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Jury Selection and Presidential Transfer of Power*).

3044. February 2004, **The Jewish Journal of San Antonio, TX**, magazine article, pg. 2 (topic: *Lessons Learned from the Israeli Experience: Should the United States Employ Torture in the War on Terror?*).

3045. 5 January 2004, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Discussion of New Screening Measures for Foreign Visitors*).

3046. 22 December 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Federal Appeal Court Ruling Regarding President's Enemy Combatant Designation*).

3047. 16 December 2003, **MSNBC**, national TV interview by Lester Holt (topic: *Trial of Saddam*).

3048. 15 December 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Trial of Saddam*).

3049. 15 December 2003, **KFGO AM 790**, Fargo, ND radio interview (topic: *Capture of Saddam*).

3050. 14 December 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Capture of Saddam*).

3051. 14 December 2003, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Capture of Saddam*).

3052. 14 December 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Capture of Saddam*).

3053. 14 December 2003, **MSNBC**, national TV interview by Keith Olbermann (topic: *Capture and Trial of Saddam Hussein*).

3054. 13 December 2003, **MSNBC**, national TV interview by Keith Olbermann (topic: *Trial of Saddam*).

3055. 10 November 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Supreme Court's Decision to Hear Case Concerning Jurisdiction of Federal Courts Regarding Guantanamo Bay*).

3056. 7 November 2003, **Texas Public Radio**, (topic: *Center for Terrorism Law*).

3057. November 2003, **Research News & Opportunities in Science and Theology**, magazine article, pg. 5 (topic: *ID and Anthropic Principle are Constitutional*).

3058. 31 October 2003, **FOX NEWS Channel**, national TV interview by Linda Vester (topic: *Use of Torture and Rule of Law in War on Terror*).

3059. 30 September 2003, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *War on Terror Legal and Policy Issues*).

3060. 16 July 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *War on Iraq Issues*).

3061. 2 June 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal Aspects of Libel and Slander Related to "SLAPP" Lawsuits in Texas*).

3062. 20 May 2003, **FOX NEWS Channel**, national TV interview by John Gibson (topic:  *Use of Stress and Duress Techniques to Interrogate Terrorists*).

3063. 1 May 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *President Bush's "End of Major Combat" in Iraq Speech*).

3064. 29 April 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Bioterrorism Conference Held at St. Mary's University*).

3065. 28 April 2003, **KLRN 9 -PBS**, San Antonio, TX TV interview (topic: *Bioterrorism Conference Held at St. Mary's University*).

3066. 16 April 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Terrorism Issues, Part II*).

3067. 15 April 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Terrorism Issues, Part I*).

3068. 13 April 2003, **WLS AM 890**, Chicago, IL radio interview (topic: *Reconstruction in Iraq*).

3069. 9 April 2003, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *Collapse of Iraqi Regime and Its' Legal Implications*).

3070. 6 April 2003, **WLS AM 890**, Chicago, IL radio interview (topic: *Reconstruction in Iraq*).

3071. 4 April 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Draft vs. Volunteer Military in the U.S.*).

3072. 31 March 2003, **The Dallas Morning News**, newspaper article, pg. 18A (topic: *An Enemy Within: Mutinous Attacks Nothing New*).

3073. 29 March 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Prosecution of War Crimes for Grave Breaches of the Law of War*).

3074. 25 March 2003, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Goals of War in Iraq*).

3075. 25 March 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Iraqi Violations of the Law of War*).

3076. 25 March 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Legal Issues Associated with UCMJ*).

3077. 24 March 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Prisoners of War; Rule of Law*).

3078. 24 March 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Murder of U.S. Military Personnel by Fellow Soldier*).

3079. 24 March 2003, **WOAI 4 -NBC**, San Antonio, TX TV interview (topic: *Prisoners of War; Rule of Law*).

3080. 24 March 2003, **WOAI AM 1200**, San Antonio, TX radio interview (topic: *Murder of U.S. Military Personnel by Fellow Soldier*).

3081. 20 March 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Law of War Issues*).

3082. 20 March 2003, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Law of War Issues*).

3083. 19 March 2003, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Law of War Issues*).

3084. 19 March 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Iraqi War*).

3085. 19 March 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Lawyers and Rules of Engagement*).

3086. 18 March 2003, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Iraqi War*).

3087. 15 March 2003, **ABC News Radio**, national radio interview by Jake Hartford (topic: *Legal Issues in Iraq*).

3088. 11 March 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Rules of Engagement; Use of Force*).

3089. 10 March 2003, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *UN Resolutions Regarding Iraq and Legal Basis for Use of Force*).

3090. 1 March 2003, **FOX NEWS Channel**, national TV interview by Bob Sellers (Topic: *Legal Aspects of Regime Change in Iraq*).

3091. 21 February 2003, **FOX NEWS Channel**, national TV interview by Patti Ann Browne (topic: *Iraq Planning; Israeli Ramalla Invasion*).

3092. 30 January 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Bioterrorism*).

3093. 28 January 2003, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Commentary of President Bush's State of the Union Address*).

3094. 22 January 2003, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Bioterrorism*).

3095. 21 January 2003, **MSNBC**, national TV interview by Dan Abrams (topic: *Terrorism*).

3096. 31 December 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Legality of Death Penalty*).

3097. 12 December 2002, **FOX NEWS Channel**, national TV interview by David Asman (topic: *Legality of Arming Iraqi Dissidents*).

3098. 9 December 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Arming Iraqi Dissidents*).

3099. 2 December 2002, **FOX NEWS Channel**, national TV interview by David Asman (topic: *Training Iraqi Militia*).

3100. Fall/Winter 2002, **Gold and Blue**, St. Mary's University magazine article*, *pg. 6 (topic: *Can America Afford to Stand Silent?*).

3101. 18 November 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Law of War in Iraq*).

3102. 7 November 2002, **The Jurist**, Pittsburgh, PA online publication.  Op-ed written by Professor Addicott (topic: *The Yemen Attack: Illegal Assassination or Lawful Killing?*).  Text can be viewed in entirety at http://jurist.law.pitt.edu.

3103. 7 November 2002, **FOX NEWS Channel**, national TV interview by Bridgett Quinn (topic: *Rules of Engagement; Urban Warfare and Terrorism*).

3104. 26 October 2002, **BBC London Radio**, British national radio interview (topic: *Legal Aspects of Death Penalty Regarding the D.C. Sniper Arrests*).

3105. 17 October 2002, **The Jurist**, Pittsburgh, PA online publication.  Op-ed written by Professor Addicott (topic: *Drafting the Military: The Posse Comitatus Act and the Hunt for the DC Sniper*).  Text can be viewed in entirety at http://jurist.law.pitt.edu.

3106. 17 October 2002, **KTSA AM 550**, San Antonio, TX radio interview (topic: *Posse Comitatus Act and Use of Military Assets Regarding the So-Called D.C. Sniper Case*).

3107. 5 October 2002, **FOX NEWS Channel**, national TV interview by Bob Sellers (topic: *Legality of Assassination and Impact of Executive Order 12333*).

3108. 22 September 2002, **FOX NEWS Channel**, national TV interview by Page Hopkins (topic: *Use of Force in Iraq and Palestine*).

3109. 21 September 2002, **FOX NEWS Channel**, national TV interview by Patti Ann Browne (topic: *Possible Military Strategy for War in Iraq).*

3110. 17 September 2002, **FOX NEWS Channel**, national TV interview by Sheppard Smith (topic: *Debate on Arrest of Six Suspected Terrorists in New York and Three in Florida*).

3111. 13 September 2002, **MSNBC**, national TV interview by Dan Abrams (topic: *Legality of Arrest of Three Suspected Terrorists in Florida*).

3112. 13 September 2002, **FOX NEWS Channel**, national TV interview (topic: *National Security Law Issues Regarding the Nature and Legal Status of Al-Qa'eda Terrorist Network*).

3113. 13 September 2002, **MSNBC**, national TV interview by Dan Abrams (topic: *US Troops Charged with Manslaughter for Friendly Fire*).

3114. 11 September 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Legal and Policy Assessment of First Year Regarding War on Terror*).

3115. 10 September 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Assessment of First Year of the War on Terror*).

3116. 5 September 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Discussion of the Goals of Terrorism*).

3117. 20 August 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legality of Treatment of Detainees in Cuba*).

3118. 18 June 2002, **The Benelux Meteor**, newspaper article (topic: *Lawyers Discuss International Issues*).

3119. 1 March 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Unconventional Warfare and Training*).

3120. 25 February 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on War in Afghanistan*).

3121. 19 February 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on War in Afghanistan*).

3122. 11 February 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3123. 11 February 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on War in Afghanistan*).

3124. 8 February 2002, **MSNBC**, national TV interview by Lester Holt (topic: *Court Martial 101*).

3125. 4 February 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on War in Afghanistan*).

3126. 2 February 2002, **San Antonio Express-News**, newspaper article, pg. 5C (topic: *Forum Explores Idea of Diminished Civil Rights*).

3127. 1 February 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3128. 30 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Law of War in Afghanistan*).

3129. 24 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Winning the War on Terror*).

3130. 20 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Winning the War on Terror*).

3131. 14 January 2002, **MSNBC**, national TV interview by Dan Abrams (topic: *Military Strategy*).

3132. 14 January 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *First Ground Raid in Afghanistan Finds Weapons Cache*).

3133. 12 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3134. 8 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Captured Taliban Members Will be Held in Guantanamo Bay*).

3135. 7 January 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Military Strategy*).

3136. 5 January 2002, **FOX NEWS Channel**, national TV interview (topic: *Abu Ghraib; Soldiers' Actions: Is Training to be Blamed?*).

3137. 4 January 2002, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Death of San Antonio, TX Green Beret*).

3138. 3 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Afghanistan's Pockets of Resistance; Guantanamo Bay Prison Opening*).

3139. 2 January 2002, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on What's Happening in Afghanistan*).

3140. 28 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Special Forces in Afghanistan*).

3141. 21 December 2001, **MSNBC**, national TV interview by Dan Abrams (topic: *Abuse Allegations Addressed*).

3142. 19 December 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *War Update; Operation Enduring Freedom*).

3143. 14 December 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Use of Special Forces in Iraq*).

3144. 14 December 2001, **San Antonio Express-News**, newspaper article, pg. 8A (topic: *Court of Public Opinion is Cited*).

3145. 13 December 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Code of Words*).

3146. 12 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Bin Laden Video Tape; Murder by Conspiracy to Commit*).

3147. 11 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Bin Laden's Guilt; Analyzing the Tapes*).

3148. 11 December 2001, **MSNBC**, national TV interview by Lester Holt (topic: *John Walker Lindh, Treason*).

3149. 6 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *America Strikes Back*).

3150. 5 December 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Marines Killed by Friendly Fire*).

3151. 5 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Traitor or Prisoner of War?*).

3152. 5 December 2001, **San Antonio, TX Express-News**, TX newspaper article, pg. 8A (topic: *Californian Could Face Treason Trial*).

3153. 4 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Kandahar; Tribunals; Israeli Retaliation*).

3154. 3 December 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *War on Terror Affecting American Relations*).

3155. 1 December 2001, **KTSA AM 550**, San Antonio, TX radio interview (topic: *War in Afghanistan*).

3156. 24 November 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Afghanistan Update; War on Terrorism: What Happens Next?*).

3157. 19 November 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Marines Mission; On the Ground in Afghanistan, Strategy and Risk*).

3158. 16 November 2001, **MSNBC**, national TV interview by Lester Holt (topic: *Marine Under Investigation*).

3159. 15 November 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Relief Workers Rescued in Afghanistan; Bin Laden on the Move*).

3160. 15 November 2001, **FOX NEWS Channel**, national TV interview by Sheppard Smith (topic: *Rules and Laws on Terrorism*).

3161. 14 November 2001, **MSNBC**, national TV interview by Dan Abrams (topic: *President Bush Signs Executive Order to Set Up Military Tribunal to Try Terrorists*).

3162. 12 November 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Special Forces; Conducting a Campaign According to Rule of Law*).

3163. 11 November 2001, **Houston Chronicle**, newspaper article, pg. 39A (topic: *War Prompts Debate on Military Law*).

3164. 10 November 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Taliban Responsible for 9/11 Attack*).

3165. 8 November 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Update on the War on Terrorism*).

3166. 6 November 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Special Forces, Element of Surprise*).

3167. 29 October 2001, **KSAT 12 -ABC** San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3168. 28 October 2001, **The Birmingham News**, newspaper article, pg. 5C. Op-ed written by Professor Addicott (topic: *U.S. Must Follow Law of War or Battle Enemy's Children*).

3169. 26 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3170. 25 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on the War on Terror*).

3171. 24 October 2001, **The Rattler**, St. Mary's University newspaper article, pg. 3. Op-ed written by Professor Addicott (topic: *The United States Must Abide by Certain Rules: Five Reasons Why the U.S. Must Follow the Laws of War*).

3172. 23 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3173. 18 October 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Update on the War on Terror*).

3174. 15 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Update on the War on Terror*).

3175. 12 October 2001, **FOX NEWS Channel**, national TV interview (topic: *War in Iraq; What Happens Next?*).

3176. 11 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3177. 9 October 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3178. 9 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Goal of War in Afghanistan*).

3179. 5 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *9/11 Attacks; Winning the War on Terror*).

3180. 3 October 2001, **FOX NEWS Channel**, national TV interview (topic: *9/11 Attacks; Winning the War on Terror*).

3181. 2 October 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *9/11 Attacks; Winning the War on Terror*).

3182. 1 October 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Troops in Afghanistan*).

3183. 28 September 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3184. 26 September 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3185. 25 September 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3186. 25 September 2001, **KENS 5 -CBS**, San Antonio, TX TV interview (topic: *Legal Issues Associated with the War on Terror*).

3187. 24 September 2001, **The Rattler**, St. Mary's University newspaper article, pg. 3. Op-ed written by Professor Addicott (topic: *The United States Must Abide by Certain Rules: Five Reasons Why the U.S. Must Follow the Laws of War*).

3188. 22 September 2001, **San Antonio Express-News**, newspaper article, pg. 11C. Op-ed written by Professor Addicott (topic: *Doing the Right Thing Is Next Challenge*).

3189. 20 September 2001, **FOX NEWS Channel**, national TV interview (topic: *9/11 Attacks*).

3190. 15 September 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *Ultimatum to the Taliban; Pakistani Support*).

3191. 15 September 2001, **KSAT 12 -ABC**, San Antonio, TX TV interview (topic: *State Supported Terrorism; Ultimatum to the Taliban*).

3192. 14 September 2001, **San Antonio Express-News**, newspaper article, pg. 26A (topic: *Scholars Ponder Attacks' Impact on Law*).

3193. 14 September 2001, **KABB 29 -FOX**, San Antonio, TX TV interview (topic: *First Year Law Students Learn Law of War*).