# EXHIBIT B.6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOKOLOW, *ET AL.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*,<br><br>       *Defendants*. | 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ALON EVIATAR

Alon Eviatar hereby declares pursuant to 28 U.S.C. § 1746, as follows:

  1.  The attached Expert Report of Alon Eviatar in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated June 14, 2013, and corrected on September 16, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

  2.  The attached Expert Rebuttal Report of Alon Eviatar in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated September 16, 2013, is a true and accurate copy of the expert rebuttal report that I submitted in the above-referenced case.

  3.  The attached expert report and expert rebuttal report are true and accurate reflections of my opinions in this matter, except for the opinions that are set forth in "Part Two—Terrorist Interrogations," of my expert report, which I subsequently withdrew.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ALON EVIATAR

Dated: ~~March~~ June 1, 2014