# EXHIBIT B.10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOKOLOW, *ET AL.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*, <br><br> *Defendants.* | 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF DR. EFRAIM KARSH

Dr. Efraim Karsh hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Report of Dr. Efraim Karsh in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), signed on March 21, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

2. The attached expert report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DR. EFRAIM KARSH

Dated: May 22, 2014