# EXHIBIT B.12

# EFRAIM KARSH

Professor of Middle East & Mediterranean Studies
King's College London
Strand, London WC2R 2LS, United Kingdom
Mobile: +44-7977-490 981
Email: efraim.karsh@kcl.ac.uk

Date of Birth: September 5, 1953

## Education

| | |
|---|---|
| **PhD** | International Relations, Tel-Aviv University (1985) |
| **MA** | International Relations, Tel-Aviv University (1980) |
| **BA** | Modern History of the Middle East & Arabic Language and Culture, The Hebrew University of Jerusalem (1975) |

## Positions at King's College

| | |
|---|---|
| 1996 - | Professor of Middle East & Mediterranean Studies |
| 1994-2010 | Founding Director, Middle East & Mediterranean Studies Program. Offers interdisciplinary research and teaching in the fields of Middle East & Mediterranean history, politics and international relations, culture and society. Currently includes 7 fulltime members of staff, 3 teaching fellows, and 4 visiting fellows, as well as some 90 postgraduate students (MA and PhD) |
| 1992-96 | Reader (Associate Professor) in War Studies |
| 1989-92 | Lecturer in War Studies |

## Other Positions

1994 - Founding Editor, *Israel Affairs*

1994 - Founding Editor, *Routledge Series in Israeli History, Politics, and Society*

2010 - Editor, *Middle East Quarterly*

# Previous Positions

| | |
|---|---|
| 1984-89 | Senior Research Fellow, Jaffee Center for Strategic Studies, Tel-Aviv University |
| 1986-89 | Lecturer in Political Science, Tel-Aviv University |
| 1982-85 | Director of Studies in International Relations, Israel's Open University, with responsibility for 20 members of staff and c. 400 undergraduate students |
| 1982-85 | Assistant and Instructor in International Relations, Tel-Aviv University |
| 1974-81 | Intelligence Officer in the Israel Defense Forces (IDF). Attained rank of Major |

# Fellowships & Visiting Positions

| | |
|---|---|
| Jul. 2003 - Jan. 2004 | First Nachshon Visiting Professor in Israel Studies, Harvard University |
| Jan- Jul. 2003 | Starr Fellow in Jewish Studies, Harvard University |
| Autumn '99 | Visiting Professor, Universite Assas 2, Sorbonne |
| Summer '90 | Visiting Professor of Political Science, Columbia University |
| Summer '89 | Visiting Professor of Political Science, Columbia University |
| Feb. 1988 | Research Fellow, Kennan Institute for Advanced Russian Studies, Wilson Center, Washington D.C. |
| Jan. 1988 | Participant in the International Visitor Program, U.S. Information Agency (USIA) |
| Summer '87 | Visiting Scholar, London School of Economics and Political Science, University of London |
| Oct. 1985- Oct. 1986 | Research Associate, The International Institute for Strategic Studies, London |

Jan.-Oct '85          Visiting Scholar, University of Helsinki

# Grants and Awards at KCL

2007-10          $260,000 grant from the Hertog Foundation (New York) for a book on the origin of the Arab-Israeli conflict.

2005          £10,000 grant from the Littman Trust for the study of Radical Islam.

2002          £1,500 grant by the Committee for Central and Inner Asia, Cambridge University in support of a study on the former Soviet Muslim republics.

1994          £5,000 grant by the British Academy in support of a book on the modern history of the Middle East.

1990-91          £62,000 Grant by the Economic and Social Research Council (ESRC) to lead a project on "Nuclear, Chemical, and Missile Proliferation in the Middle East."


## PROFESSIONAL STANDING

### General

- My vast scholarly output - 15 authored books, 15 edited volumes, 5 monographs, over 100 academic articles, and some 60 op-ed pieces - has established me at the forefront of the field of Middle Eastern studies; has generated important intellectual debates; and has changed both popular and scholarly perceptions of modern Middle Eastern history and politics.

- My books have been issued by the most prestigious academic and trade publishers (Harvard, Yale, Princeton, Oxford, The Free Press, among others), and have received extensive international exposure well beyond the confines of academia. They have sold hundreds of thousands of copies, have been reviewed in the most prestigious newspapers and magazines in the Western world, and have received widespread radio and television coverage.

- Despite being based in the UK, I am one of the half-dozen best known Middle East experts in the US. Take the recent CENTCOM directory of Centers of Excellence on the Middle East, which ranks me as the fifth highly quoted academic among 20 top published authors on the Middle East (my articles are quoted three times as often as the best of the four non-American scholars on the list).

- I have acted as a referee for numerous academic journals, including *American Political Science Review; Annals of the Association of American Geographers; Armed Forces & Society; British Journal of Middle Eastern Studies; Bulletin of Peace Proposals; Cold War History; Conflict Quarterly; Diplomacy and Statecraft; Environmental Politics; European Journal of International Relations; Imperial and Commonwealth History;*

3

*International Affairs; International History Review; International Security; International Studies Quarterly; Journal of Cold War Studies; Journal of Conflict Resolution; Journal of Contemporary History; Journal of Imperial and Commonwealth History; Journal of Military History; Journal of Peace Research; Journal of Strategic Studies; Journal of the Royal Geographic Society; Mediterranean Politics; Middle Eastern Journal; Millennium; Nations and Nationalism; Political Science Quarterly; Review of International Studies; Security Dialogue; War in History.*

- I have been a regular consultant/referee to many academic publishers in the fields of modern history, international relations, and strategic affairs, as well as Middle Eastern and Israeli history, politics, and society. These include Harvard, Yale, Princeton, Oxford, Cambridge, and Columbia University Presses, Routledge, MacMillan, Simon & Schuster, HarperCollins, The Free Press, I.B. Tauris, Frank Cass, and Valentine Mitchell.

- I have served on many academic and professional boards, including the Board of Directors of the Association of Israel Studies; International Advisory Board of the BESA Centre for Strategic Studies, Bar-Ilan University; Board of Directors of Scholars for Peace in the Middle East (SPME); Advisory Board of the Centre for Near Eastern Studies, School of Oriental and African Studies (SOAS); International Advisory Board for Academic Freedom (IAB), Bar-Ilan University; Research Board of the Institute for Jewish Policy Research (London); and the International Advisory Board of the scholarly Turkish journal *Review of International Law and Politics*.

- I am a regular commentator to the international media and have appeared on all the main radio and television networks in the United Kingdom and the United States, among other countries, including such programs as *Nightline* (ABC) and its British counterpart *Newsnight* (BBC 2), *Q & A* (CNN), *48 Hours* (CBS), *TV AM* (ITN), *The Sunday Programme* (LWT) *The World Today* (BBC World Service), *All Things Considered* (US National Public Radio), and *The Larry King Show*.

- I have contributed articles to leading national and international newspapers and magazines. These include *The New York Times, The New York Times Magazine, The Wall Street Journal*, *The New Republic*, *Commentary Magazine*, *The International Herald Tribune*, *Los Angeles Times, The New York Sun, The National Post* (Canada), *The London Times*, *The Sunday Times*, *The Daily Telegraph*, *The Sunday Telegraph, The Spectator, The Scotsman, The Jerusalem Post, Die Zeit, Der Spiegel*, *Welt am Sonntag, Daily Star* (Lebanon)*, Irish Times, Die Weltwoche* (Switzerland), *El Pais*, *Maariv*, and *Haaretz*.

- I have acted as consultant on Middle Eastern and Israel affairs to the British Ministry of Defence (MOD) and the Foreign and Commonwealth Office (FCO), as well as to national and international economic companies/organizations; have regularly lectured at military staff colleges in both the United Kingdom and Israel, and have briefed several parliamentary committees, such as the House of Commons Defence Committee.  I have also contributed to the production of television and radio documentaries, and have advised leading law firms on several substantial insurance claims attending Middle

Eastern and/or African conflicts.

- I have addressed numerous forums and institutions worldwide, including Oxford, Cambridge, Columbia, and Harvard universities, the Sorbonne, the International Institute for Strategic Studies, the Royal Institute of International Affairs, the Swedish Institute of International Affairs, the Finnish Institute of International Affairs, the American Enterprise Institute, the Middle East Forum (Philadelphia), Australian National University, the universities of Sydney, Monash, and South Wales, the Australian Institute of International Affairs (Sydney), and the Australian Defence Academy (Canberra).

- I have acted as a referee for grant-awarding organizations, including the ESRC, Leverhulme Trust, the British Academy, and the U.S. Institute for Peace.

## Specific Indicators

- In the Fall Term of 2003 I was the First Nachshon Visiting Professor in Israel Studies at Harvard University.

- My book *Islamic Imperialism: A History* (2006; revised paperback edition 2007; German edition 2007) has received extraordinary scholarly and public exposure, selling in excess of 170,000 copies: arguably Yale UP's bestselling book ever.

  The book was listed by the *New York Sun* as one of the Best Books of 2006, was chosen by the *Sunday Telegraph* for its Summer Books Selection, and was nominated "Sachbuch der Woche" (Non-Fiction Book of the Week) by the Austrian paper *Österreich*. I have been asked to discuss the book in numerous academic and public venues, including Yale, Stanford, Ohio State, and Freiburg universities, the Canadian War Museum, and the Politische Akademie der Friedrich-Ebert-Stiftung.

- My book *Empires of the Sand: The Struggle for Mastery in the Middle East, 1789-1923* (Harvard UP, 1999; paperback edition 2001) received two full-length reviews in the *New York Times*, among other places.

- My book *Fabricating Israeli History: The "New Historians"* (1997; second, expanded edition 2000, reprinted 2003, electronic edition 2005; Hebrew edition 1999, reprinted 2001) attracted widespread attention and generated a heated scholarly and public debate that lasted for well over a decade. Despite sustained attempts to exclude it from the classroom, *Fabricating Israeli History* has become <u>the</u> standard reference book for students, academics, NGOs, advocacy groups, and members of the public, anxious to rebut the pervasive anti-Israel prejudice in both the classroom and the media. Even today, thirteen years after its publication, the title *Fabricating Israeli History* regularly scores in excess of 2 million Google search hits (<u>2,250,000 hits on January 14, 2011</u>), the vast majority of which relates directly to the book.

- My studies on the Gulf conflicts of the 1980s and 1990s, together with my political biography of Saddam Hussein, have placed me at the forefront of world expertise on the political and military affairs of the Gulf, and made me the foremost proponent of the "defensive" interpretation of Saddam's foreign policy, tracing the origins of Iraq's external aggression, notably the invasions of Iran and Kuwait, to his chronic political insecurity and the lengths to which this had driven him.

  When I first articulated this theory, I was in marked minority, the prevailing view being that the invasions reflected Saddam's grand design for regional hegemony. However, with the passage of time and the surfacing of further information, including captured official Iraqi documents, my theory has been fully vindicated to become the received wisdom regarding Iraq's occupation of Kuwait and the ensuing war.

- In March 1991 *Newsweek Magazine* carried a full back-page interview with me on Saddam Hussein. *Der Spiegel* carried a two-page interview with me on Saddam's political philosophy four years later.

- The web version of my article "1948, Israel, and the Palestinians - The True Story" (*Commentary Magazine*, May 2008) set a record for the journal's most page views ever. The second ever article to be posted in a fully annotated version alongside the original piece, it remained on the Top 5 most viewed & most emailed categories for more than a year, scoring over 120,000 hits. It was widely reprinted on the blogosphere, including the websites of such prominent papers as *The Wall Street Journal* and *The New Republic*.

- My Article "The Palestinians, Alone" (*New York Times*, 2 August 2010), has attracted considerable international attention. It was reprinted in a string of leading papers, including *The International Herald Tribune*, *The Wall Street Journal*, *India Times*, *Pakistan Observer*, and *Khaleej Times*; was widely published in the blogosphere; has triggered several rebuttal attempts, notably by the prominent Arab-American pollster and activist James Zogby; and was selected one of the day's Five Best Columns by The Atlantic Wire.

- In 1994 I founded *Israel Affairs* - the first English-language multi-disciplinary refereed journal in the field - which I have edited ever since. Steered by a distinguished editorial board, the journal quickly established itself as the foremost scholarly source on the Israeli experience in all its aspects, from history and politics, to literature and art, to strategic affairs and economics, to the Arab-Israeli conflict and Israel-Diaspora relations. It has retained its leading position in subsequent years in the face of growing competition, as evidenced inter alia by the quality and quantity of its articles, nurturing a young generation of Israel scholars and serving as a central means of communication between the various communities interested in Israel.

- I am Founding General Editor of the Routledge book Series on *Israeli History, Politics, and Society.* More than 50 books published, both by leading scholars and practitioners, and by young academics making their professional debut.

6

- In July 2010 I assumed editorship of the *Middle East Quarterly*, arguably the most prestigious and widely circulated scholarly journal in the field of contemporary Middle Eastern affairs.

## PhD Completions

I have supervised 28 students to completion, twenty of whom have come from outside the EU. Most of these former students, as well as my current 14 research students (11 non-EU), came to KCL on my name recognition.

- Jonathan Schanzer (Sept. 2010): "The Republican Task Force on Terrorism: A History 1989-2001."
- Gil Samsonov (Sept. 2010): "Intergenerational Relations in Israel's Likud Party."
- Luigi Reale (2009): "Jewish Internment in Italian Concentration Camps during WWII."
- Howard Patten (2008): "Not So Strange Bedfellows: Israel's Policy of the Periphery at the United Nations."
- Andrew Roe (2008): "From the Annexation of the Punjab to the Pursuit of the Fakir of Ipi: British Challenges & Responses on the North-West Frontier, 1849-1947."
- Damla Aras (2008): "The Turkish-Syria Crisis, 1998: A Case Study."
- Eleni Stavrou (2008): "Greece and the Arab World during the Papandreou Era 1981-1989."
- Walter Rothschild (2007): "The Development of the Railway System in Mandatory Palestine."
- Ella Akerman (2007): "Russia's Policy toward Iraq 1991-2003."
- Peter deNeufville (2006): "Ahmad Shah Masoud and the North Afghan Uprising."
- Hidayet Erbil (2006): "Turkey's Foreign Policy in the Post-Cold War Era."
- David Shiek (2005): "Development of the Israeli Navy 1948-2000."
- Udi Lebel (2003): "The Politics of Commemoration: The Case of Israel."
- Raqueul Shaul (2002): "The Making of Japan's Middle Eastern Policy 1974-2000."
- Hassan Abedin (2002): "Abdul Aziz al-Saud and the Great Game in Arabia, 1896-1946."
- Sedat Laciner (2001): "From Kemalism to Ozalism: The Ideological Evolution of Turkish Foreign Policy."
- Fiorella Seiler (2001): "King of the Armed Ghetto: Israel in the West-German National Press 1977-82."
- Robert Waller (1999): "Libya's National Security Policy 1969-94."
- Ronen Hoffmann (1999): "The Impractical peace: Syrian-Israeli Peace Negotiations 1992-95."
- Jonathan Sless (1999): "Britain's Policy towards Israel 1949-51."
- Rory Miller (1998): "Divided Against Zion: Anti-Zionist Opposition in Britain to a Jewish State in Palestine, 1945-48."
- Jack Cann (1996): "Portuguese Counterinsurgency Campaigns in Africa 1961-1974 : a Military Analysis."
- Shimon Naveh (1995): "In Pursuit of Military Excellence: The Evolution of Operational Theory."

7

- Andrew Rathmell (1994): "Secret War in the Middle East: The Covert Struggle for Syria, 1949-61."
- Leonard Leshuk (1994): "American Perceptions of Soviet Economic and Military Power 1921-46."
- Alan Ray (1994): "Why Nations Intervene: The Sources of Foreign Military Intervention."
- John Fayemi (1994): "Threats, Military Expenditure and National Security: Analysis of Trends in Nigeria's defence Planning, 1970-90."
- Jimmy Peters (1993): "From a Constabulary to a Political Force: The Transformation of the Nigerian Military."
- James Smith (1992): "Stopping Wars: Defining the Obstacles to Ceasefire."

## Academic Leadership and Administration

Through my academic research and public activities I have substantially enhanced KCL's international visibility and reputation as a leading centre of Middle Eastern and Mediterranean studies, and have brought it to the attention of vast audiences who would have otherwise been totally unaware of its existence and accomplishments. Specifically, my reputation has attracted a large number of research and postgraduate students from all over the world who have come to KCL to study with me.

In 1994 I established the Middle East & Mediterranean Studies Program (MEMS) at King's College London in order to provide interdisciplinary teaching and research in the history, politics, international relations, security, culture, and society of these regions. Despite its small size - run by myself until 2000 (10 PhD completions & 104 MA completions), and by two members of staff until 2008, with no administrative support whatsoever - the program has quickly gained widespread national and international reputation for leading research and teaching in its field. This has been evidenced *inter alia* by applications from prominent scholars for affiliation to the program; by the attainment of British Academy and British Council studentships by applicants; by the program's active interface with intellectuals, policymakers and diplomatic staff; and by its diverse international composition, with students from North America, Asia, Europe and the Mediterranean/Middle East region.

Having consistently received the top ranking in all research assessment exercises, and been regularly complimented by external examiners on the quality of its teaching and PhD submissions, in 2008 the program was allowed to undergo substantial expansion. It is now home to seven fulltime members of staff, three teaching fellows, and six visiting fellows, as well as nearly 50 research students - one of the largest cohorts of doctoral students dealing with the Middle East and the Mediterranean in the UK. It also offers two taught MA courses in **Middle East & Mediterranean Studies** (offered since 1994) and **Conflict Resolution in Divided Societies** (beginning September 2010) - a strategically targeted high-fee MA.

MEMS held three large international conferences, in addition to occasional workshops and discussions, with participants coming from the Middle East, Europe, and the United States. Its fortnightly seminar has been of a particularly high public profile, regularly attracting audiences

of 150-300 from outside the College, and, indeed, from outside London. In 2009 it established the Centre for the Study of Divided Societies (CSDS) as an interdisciplinary forum for the development of scholarly enterprises by leading researchers seeking to further knowledge on ethnic conflict regulation, peace processes, third party intervention and truth and reconciliation processes.

**Efraim Karsh**

## PUBLICATIONS

| | |
|---|---|
| Books | 1 |
| Monographs | 2 |
| Edited volumes | 2 |
| Articles and book chapters | 3 |
| Miscellaneous | 13 |
| Newspaper & Magazine Articles | 13 |
| Major Book Reviews | 17 |
| Book Reviews | 18 |

# BOOKS

15.  Palestine Betrayed, New Haven & London, Yale University Press, 2010. 342 pages.
        Paperback edition: April 2011.

14.  Islamic Imperialism: A History, New Haven & London, Yale University Press, 2006.
     276 pages.
        Revised paperback edition: 2007.
        German edition: Deutsche Verlagsanstalt, 2007.

13.  La Guerre d'Oslo, Paris, Les Editions de Passy, 2005 (with Joel Fishman). 254 pages.

12.  Arafat's War: The Man and his Battle for Israeli Conquest, New York, Grove, 2003
     (hardcover and paperback).  296 pages.
        Hebrew edition: Tel-Aviv, Maariv, 2004.

11.  Rethinking the Middle East, London, Routledge, 2003 (hardcover and paperback.).   210
     pages.

10.  The Arab-Israeli Conflict. The Palestine 1948 War, Osprey's Essential Histories series,
     General Editor Robert O'Neill.  Oxford, Osprey, 2002.  100 pages.

9.   The Iran-Iraq War, Osprey's Essential Histories series, General Editor Robert O'Neill
     Oxford, Osprey, 2002.  100 pages.

8.   Empires of the Sand: The Struggle for Mastery in the Middle East, 1789-1923,
     Cambridge, Mass., Harvard University Press, 1999.  410 pages (with Inari Karsh).
        Paperback edition: 2001 (reprinted 2004).

7.   Fabricating Israeli History: "The New Historians", London, Routledge, 1997 (Hardcover
     and paperback).  205 pages.
        Second, expanded edition: 2000 (reprinted 2003; electronic edition 2005).
        Hebrew edition: Ha-kibbutz Ha-meuhad, Tel-Aviv, 1999 (reprinted 2001).

6.   The Gulf Conflict 1990-1991: Diplomacy and War in The New World Order, Princeton
     & London, Princeton University Press and Faber & Faber, 1993 (with Lawrence
     Freedman).  504 pages.
        Reprinted: 1993, 1994 (twice).
        First updated paperback edition: 1994.
        New York Times - Bestseller List (1993)
        New York Times - Notable Books of the Year (1993)

5.   Saddam Hussein: A Political Biography, New York & London, The Free Press &
     Brassey's, 1991 (with Inari Rautsi).  307 pages.
        Revised and expanded paperback edition: Grove, New York, 2002.
        Updated paperback edition: Futura, London, 1991.  328 pages.
        Hebrew edition: Ma'arachot, Tel-Aviv, 1992.

Czech edition: Melantrich, Prague, 1994.

4. <u>Soviet Policy towards Syria Since 1970</u>, London & New York, Macmillan & St. Martin's Press, 1991. 235 pages.

3. <u>Neutrality and Small States</u>, London & New York, Routledge, 1988. 225 pages.
Reissued in Routledge Revivals, December 2010.

2. <u>The Soviet Union and Syria: The Asad Years</u>, London & New York, Routledge for the Royal Institute of International Affairs, 1988.  127 pages.

1. <u>The Cautious Bear: Soviet Military Engagement in Middle East Wars in the Post-1967 Era</u>, Boulder, Westview Press, 1985.  100 pages.

## MONOGRAPHS

5. <u>Arab Imperialism; the Tragedy of the Middle East</u>, Ramat-Gan, Bar-Ilan University, 2006, BESA Papers, No. 69. 34 pages.
Reprinted in: <u>Ha'ummah</u> (Hebrew)

4. <u>The Oslo War: Anatomy of Self-Delusion</u>, Ramat-Gan, Bar-Ilan University, 2003, BESA Papers, No. 55 (Hebrew). 48 pages.

3. <u>The Iran-Iraq War: A Military Analysis</u>, London, The International Institute for Strategic Studies, Spring 1987, "Adelphi Papers", No. 220.  72 pages.
Spanish edition: Ministerio de Defensa, 1988

2. <u>The Nation State as an International Actor</u>, Tel-Aviv, Open University Press, 1985 (With Immanuel Gutman, Hebrew).  75 pages.

1. <u>Soviet Arms Transfers to the Middle East During the Seventies</u>, Tel-Aviv University, The Jaffee Center for Strategic Studies, 1983, JCSS Paper No. 22.  43 pages.

## EDITED VOLUMES

15. <u>Conflict, Diplomacy and Society in Israeli-Lebanese Relations</u>, London, Routledge, 2009 (with Michael Kerr and Rory Miller). 156 pages.

14. <u>Israel at Sixty: Rethinking the Birth of the Jewish State</u>, London, Routledge, 2009 (with Rory Miller). 266 pages.

13. <u>Islamic Attitudes to Israel</u>, London, Routledge, 2008 (with P.R. Kumaraswamy). 200 pages.

12. <u>Israel, the Hashemites, and the Palestinians: The Fateful Triangle</u>, London, Routledge, 2003 (with P.R. Kumaraswamy; hardcover and paperback). 221 pages.

2

11.   <u>Israel: The First 100 Years.  Vol. IV – Israel in the International Arena</u>, London, Routledge, 2004 (hardcover and paperback). 351 pages.

10.   <u>Israel: The First 100 Years.  Vol. III - Problems of Collective Identity</u>, London, Routledge, 2002 (hardcover and paperback).  261 pages.

9.   <u>Israel: The First 100 Years.  Vol. II - From War to Peace?</u>, London, Routledge, 2000 (hardcover and paperback).  270 pages.

8.   <u>Israel: The First 100 Years.  Vol. I - From Community to State</u>, London, Routledge, 1999 (hardcover and paperback).  253 pages.

7.   <u>In Search of Identity: Jewish Aspects in Israeli Culture</u>, London, Routledge, 1998 (with Dan Urian; hardcover and paperback).  288 pages.

6.   <u>From Rabin to Netanyahu: Israel's Troubled Agenda</u>, London, Routledge, 1997 (hardcover and paperback).  420 pages.

5.   <u>Between War and Peace: Dilemmas of Israeli Security</u>, London, Routledge, 1996 (hardcover and paperback).  298 pages.

4.   <u>Peace in the Middle East: The Challenge for Israel</u>, London, Routledge, 1995 (hardcover and paperback). 167 pages.

3.   <u>Israel at the Crossroads</u>, London and New York, British Academic Press and St. Martin's Press, 1994 (with Gregory Mahler).  261 pages.

2.   <u>Non-Conventional Weapons Proliferation in the Middle East: Tackling the Spread of Nuclear, Chemical, and Biological Capabilities</u>, Oxford, Clarendon Press, 1993 (with Martin Navias and Philip Sabin).  300 pages.

1.   <u>The Iran-Iraq War: Impact and Implications</u>, London & New York, Macmillan & St. Martin's Press, 1989 (hardcover and paperback).  303 pages.

## ARTICLES & BOOK CHAPTERS

109.   "How Many Palestinian Arab Refugees Were There?" <u>Israel Affairs</u>, Vol. 17, No. 2 (April 2011).

108.   "The European Neutrals and the War," in Frank McDonough (ed.), <u>The Origins of the Second World War</u>, London, Continuum, 2011.

107.   "How the 'Sons of Iraq' Stabilized Postwar Iraq," <u>Middle East Quarterly</u>, Fall 2010, pp. 57-70 (with Mark wilbanks).

106.   "<u>Adrift in Arabia,</u>" <u>Journal of International Security Affairs</u>, No. 19, Fall 2010, pp. 77-86.

Reprinted in http://www.meforum.org
http://www.huffingtonpost.com
http://www.ruthfullyyours.com
http://www.clhrf.com
http://www.martinkramer.org
http://docstalk.blogspot.com
http://www.israelforum.com
http://www.freerepublic.com
http://politifi.com
http://israelagainstterror.blogspot.com
http://www.jewpi.com
http://www.jrants.com
http://calevbenyefuneh.blogspot.com
http://www.reddit.com
http://friendfeed.com
http://buzz.yahoo.com
http://www.wopular.com
http://hakemiat-e-mardom.blogspot.com
http://mideastnotebook.blogspot.com
http://twilightoftheamericanempire.blogspot.com
http://cnpublications.net

105.  "What's Behind Western Condemnation of Israel's War against Hamas?" <u>Jerusalem Issue Brief</u>, Vol. 8, No. 17, Jan. 11, 2009.
      Reprinted in FrontPageMagazine.Com
EuropeNews.dk
http://www.168ora.hu
http://newcentrist.wordpress.com
http://www.sector404.org
www.solomonia.com/blog
http://gayandright.blogspot.com
http://ziontruth.blogspot.com
http://jeffreygoldberg.theatlantic.com
http://www.fairplanet.net
http://zionism-israel.com/israel_news
http://brumspeak.blogspot.com
http://writingtw.blogspot.com
http://israelview.wordpress.com

104.  "The Middle East and the Cold War," in Madelon de Keizer en Ismee Tames (eds.), <u>Small Nations. Crisis and Confrontation in the 20th Century</u>, Amsterdam: Walburg Press, 2008, pp. 162-179.

103.  "Muhammad: The Warrior Prophet," in Andrew Roberts (ed.), <u>The Great Commanders</u> London, Quercus Editions, 2008, pp. 244-251.

102.  "Zionism and the Palestinians," <u>Israel Affairs,</u> Vol. 14, No. 3 (July 2008), pp. 355-373.

Reprinted in Efraim Karsh & Rory Miller (eds.), Israel at Sixty: Rethinking the Birth of the Jewish State, London, Routledge, 2009, pp. 30-48.

101.  "1948, Israel, and the Palestinians - The True Story," Commentary, May 2008, pp. 23-29 & "1948, Israel, and the Palestinians: Fully Annotated Text" (Web only).
Reprinted in The Wall Street Journal
The New Republic
hnn.us
www.spme.net
www.juedische.at
www.realclearpolitics.com
www.powerlineblog.com
www.theaugeanstables.com
www.freerepublic.com
europenews.dk/en
hansgruen.vox.com
www.think-israel.org
www.paulbogdanor.com
usapartisan.blogspot.com
www.brijit.com
profile.myspace.com
codfishwaters.com
www.prophecyfellowship.org
www.blognetnews.com/Pajamas
www.defenddemocracy.org
www.seraphicpress.com
www.israelforum.org
z-word.com
winnipeg.indymedia.org
iablog.blogspot.com
www.canadafreepress.com
www.informazionecorretta.com (Italian version)
Grotius (Univeristy of Messina)

100.  "The Diplomatic Dance with Hamas," Jerusalem Issue Brief, Vol. 7, No. 37, Apr. 30, 2008.
Reprinted in www.spme.net
daledamos.blogspot.com

99.  "The 60-Year War for Israel's History," inFocus, Vol. 2, No. 1 (March 2008).
Reprinted in www.spme.net
www.solomonia.com/blog
www.think-israel.org
www.powerlineblog.com

98.  "After Annapolis: What Chance for Agreement with Abbas and the PLO?" Jerusalem Issue Brief, Vol. 7, No. 26, Jan. 1, 2008.

5

Reprinted in www.powerlineblog.com
Blogs.tnr.com/blogs/the spine
www.spme.net
daledamos.blogspot.com

97.     "Did Edward Said Really Speak Truth to Power?" Middle East Quarterly, Vol. 15, No. 1 (Winter 2008), pp. 13-21 (with Rory Miller).

96.     "The Missing Piece: Islamic Imperialism," Israel Affairs, Vol. 13, No. 4 (October 2007), pp. 797-805.
          Reprinted in Philip Salzmann & Donna Divine (eds.), Post Colonial Theory and the Middle East Conflict (London: Routledge, 2008).

95.     "Europe's Persecuted Muslims?" Commentary, April 2007, pp. 49-53 (with Rory Miller).

94.     "Islam's Imperial Dreams," Commentary, April 2006, pp. 37-41.
          Reprinted in Wall Street Journal.Com
          www.welt.de/z/plog/blog
          www.freerepublic.com
          www.catholiceducation.org
          www.mideasttruth.com
          www.familysecuritymatters.org
          www.littlegreenfootballs.com
          www.persecution.org
          www.lightgate.net
          uscpublicdiplomacy.com
          www.rantburg.com
          www.mail-archive.com
          www.islamdaily.net
          www.commongroundcommonsense.org
          canadiancoalition.com
          jiw.blogspot.com
          www.realclearpolitics.com
          www.davidstuff.com
          www.judeoscope.ca

93.     "The Long Trail of Islamic Anti-Semitism," Israel Affairs, Vol. 12, No. 1 (January 2006), pp. 1-12.
          Reprinted in Efraim Karsh & P.R. Kumaraswamy (eds.), Islamic Attitudes to Israel, London, Routledge, 2008, pp. 1-12.

92.     "Columbia and the Academic Intifada," Commentary, July-August 2005, pp. 27-32.
          Reprinted in www.freerepublic.com

91.     "Resurrecting the Myth: Benny Morris, the Zionist Movement, and the 'Transfer' Idea," Israel Affairs, Vol. 11, No. 3 (July 2005), pp. 469-490.

6

90.    "European Misreading of the Israeli-Palestinian Conflict: Finnish Foreign Minister Tuomioja – A Case Study," Jerusalem Issue Briefs, Vol. 4, No. 27 (July 2005).

89.    "Benny Morris and the Reign of Error, Revisited," Middle East Quarterly, Vol. 12, No. 2 (Spring 2005), pp. 31-42.
       Reprinted in Philip Alexander and Paul Bogdanor (eds.), The Jewish Divide Over Israel (New Jersey: Transaction Publishers, 2006).

88.    "Arafat Lives," Commentary, January 2005, pp. 33-40.
       Reprinted in Ha-Umma (Hebrew)
       www.caravanfordemocracy.org
       powerlineblog.com

87.    "Freya Stark in America: Orientalism, Anti-Semitism, and Political Propaganda," Journal of Contemporary History, Vol. 39, No. 3 (July 2004), pp. 315-332 (with Rory Miller).

86.    "Arafat's Grand Strategy," Middle East Quarterly, Vol. XI, No. 2 (Spring 2004), pp. 3-11.
       Reprinted in FrontPageMagazine.Com
       Canadiancoalition.Org
       Middleeastinfo.Org
       Nativ (September 2004; Hebrew)
       www.objectif-info.com (France)
       www.Proconservative.Net
       www.strategypage.com

85.    "Israel's Arabs v. Israel," Commentary, December 2003, pp. 21-27.

84.    "Revisiting Israel's 'Original Sin'", Commentary, September 2003, pp. 46-50.

83.    "Making Iraq Safe for Democracy," Commentary, April 2003, pp. 22-29.

82.    "After the War: Reflections on Post Saddam Iraq," American Enterprise Institute, March 3, 2003.

81.    "Saddam and the Palestinians," Commentary, December 2002, pp. 56-60.

80.    "The Middle East and the Gulf War: A Decade Later," in Andrew Bacevich & Efraim Inbar (eds.), The Gulf War of 1991 Reconsidered, London, Frank Cass, 2002, pp. 167-179.

79.    "Reactive Imperialism: Britain, the Hashemites, and the Creation of Modern Iraq," Journal of Imperial and Commonwealth History, Vol. 30, No. 3 (September 2002), pp. 55-70.

78.    "What Occupation?" Commentary, July-August 2002, pp. 46-51.

Reprinted in FrontPageMagazine.com
The Review (Melbourne)
www.aish.com
The Herald Examiner
Emunah Magazine (Sweden)
http://people.zeelandnet.nl/kielmp (The Netherlands).
www.mideasttruth.com/ArafatPeacePlan.pps
www.primo-europe.org (France)
www.ramallahonline.com
www.palestinefacts.org
http://emperors-clothes.com
www.spme.net

77.    "The Unbearable Lightness of my Critics," Middle East Quarterly Vol. IX, No. 3 (Summer 2002), pp. 63-75.

76.    "Israel's War," Commentary, April 2002, pp. 23-28.
            Reprinted in http://www.informazionecorretta.com (Italy)
            New Zealand Jewish Chronicle.
            www.dfme.org

75.    "Nakbat Haifa: the Collapse and Dispersion of a Major Palestinian Community," Middle Eastern Studies, Vol. 37, No. 4 (October 2001), pp. 25-70.
            Reprinted in www.objectif-info.com (France)

74.    "Misunderstanding Arab Nationalism," Middle East Quarterly, Spring 2001, pp. 59-61.

73.    "The 'Great Arab Revolt' between Myth and Reality," Zmanim, No. 74 (Spring 2001), pp. 23-31 (with Inari Karsh; Hebrew).

72.    "The Palestinians and the 'Right of Return,'" Commentary, May 2001, pp. 25-31.
            Reprinted in Neal Kozodoy, ed., The Mideast Peace Process, San Francisco, Encounter Books, 2002, pp. 119-30.
            Reprinted in The Review (Australia).
            Reprinted in Menorah (Sweden).
            The New Zealand Jewish Chronicle.
            Hakehila (Finland).
            Haaretz French web site.
            www.harissa.com (France).

71.    "Imperialism - Predatory or Preemptive?" in A. Klieman and A. Ben-Zvi (eds.), Global Politics: Essays in Honour of David Vital, London, Frank Cass, 2001, pp. 61-76.

70.    "The Long Trail of Arab Anti-Semitism," Commentary, December 2000, pp. 49-53.

69.    "Why the Middle East is so Volatile," Middle East Quarterly, December 2000, 13-22.

68.    "Were the Palestinians Expelled?" Commentary, July-August 2000, pp. 29-34
         Reprinted in The New Zealand Jewish Chronicle.
         The Review (Australia).
         Britannica.com.

67.    "International Perspectives on National Missile Defense: Israel's Imperative," Washington Quarterly, Vol. 23, No. 3 (Summer 2000), pp. 155-163.
         Reprinted in Contemporary Nuclear Debates: Missile Defense, Arms Control, and Arms Races in the Twenty-First Century, MIT Press, 2003.

66.    "Nuclear Weapons and the Post-Cold War Middle East: Business as Usual," in John Baylis and Robert O'Neill (eds.), Alternative Nuclear Futures: The Role of Nuclear Weapons in the Post-Cold War Era, Oxford, Oxford University Press, 1999, pp. 87-100.

65.    "The Collusion that Never Was: King Abdullah, the Zionist Movement, and the Partition of Palestine," Journal of Contemporary History, Vol. 34, No. 4 (October 1999), pp. 569-585.

64.    "Elie Kedourie: The Forgotten Iconoclast," International History Review Vol. XXI, No. 3 (September 1999), pp. 704-713.

63.    "Introduction," in Efraim Karsh (ed.), Israel: The First 100 Years.  Vol. I - From Community to State, London, Frank Cass, 1999, pp. 1-9.

62.    "Benny Morris and the Reign of Error," Middle East Quarterly, Vol. VI, No. 1 (March 1999), pp. 15-28.

61.    "Introduction," in Dan Urian and Efraim Karsh (eds.), In Search of Identity: Jewish Aspects in Israeli Culture, London, Frank Cass, 1998), pp. 1-5.

60.    "'Falsifying the Record': Benny Morris, David Ben-Gurion, and the 'Transfer' Idea," Israel Affairs, Vol. 4, No. 2 (Winter 1997), pp. 47-71.
         Hebrew version in Alpayim, No. 13, November 1996, pp. 212-232.

59.    "Cold War, Post-Cold War: Does it Make a Difference for the Middle East?" Review of International Studies, Vol. 23, No. 3 (July 1997), pp. 271-291.
         Reprinted in Efraim Inbar and Gabriel Sheffer, eds., The National Security of Small States in a Changing World, London, Frank Cass, 1997, pp. 77-107.

58.    "Myth in the Desert, or Not the Great Arab Revolt," Middle Eastern Studies Vol. 33, No. 2 (April 1997), pp. 267-312 (with Inari Karsh).

57.    "Israel," in Yezid Sayigh & Avi Shlaim (eds.), <u>The Cold War and the Middle East</u>, Oxford, Clarendon Press, 1997, pp. 156-185.

56.    "Fabricating Israeli History: The 'New Historians'," <u>Gesher</u>, No. 135 (Summer 1997), pp. 61-72 (Hebrew).

55.    "Reflections on the Gulf Conflict," <u>Journal of Strategic Studies</u>, Vol. 19, No. 3 (September 1996), pp. 303-320.

54.    "Rethinking the 1990-91 Gulf Conflict," <u>Diplomacy & Statecraft</u>, Vol. 7, No. 3 (November 1996), pp. 709-749.

53.    "Reflections on Arab Nationalism," <u>Middle Eastern Studies</u>, October 1996, Vol. 32, No. 4 (October 1996), pp. 367-392 (with Inari Karsh).

52.    <u>"Historical Fictions,"</u> <u>Middle East Quarterly</u>, Vol. 3, No. 3 (September 1996), pp. 55-60.

51.    <u>"Debating Israel's Early History,"</u> <u>Middle East Quarterly</u>, Vol. 3, No. 2 (June 1996), pp. 19-29.

50.    "From Rabin to Netanyahu," <u>Israel Affairs</u>, Vol. 3, Nos. 3-4 (Spring-Summer 1996), pp. i-viii.

49.    "Peace Despite Everything," <u>Israel Affairs</u>, Vol. 3, Nos. 3-4 (Spring-Summer 1996), pp. 139-157.

48.    "Arms Control and the New International Environment," <u>Defense Analysis</u>, Vol. 12, No. 1 (April 1996), pp. 33-52 (with Efraim Inbar and Shmuel Sandler).

47.    "Between War and Peace," <u>Israel Affairs</u>, Vol. II, No. 1 (Autumn 1995), pp. 1-10.

46.    "Israeli Nuclear Weapons and Middle East Peace," <u>Israel Affairs</u>, Vol. II, No. 1 (Autumn 1995), pp. 75-92 (with Martin Navias).

45.    "Peace not Love: Toward a Comprehensive Arab-Israeli Settlement," <u>The Washington Quarterly</u>, Vol. 17, No. 2 (Spring 1994), pp. 143-56.

44.    "A Cooperative Security Approach to Arab-Israeli Peace," <u>Survival</u>, Vol. 36, No. 1 (Spring 1994), pp. 114-25 (with Yezid Sayigh).

43.    "The Middle East Peace Accord," <u>Brassey's Defence Yearbook, 1994</u>, London, Brassey's, 1994, pp. 216-28.

42.    "Peace at Last," in E. Karsh and G. Mahler (eds.), <u>Israel at the Crossroads,</u>

London and New York, British Academic Press and St. Martin's Press, 1994, pp. 29-48.

41. "Peace in the Middle East," The Oxford International Review, Vol. 5, No. 1 (Winter 1993), pp. 36-40.

40. "Giving Peace a Chance: the Israeli-Palestinian Accord," London, Institute of Jewish Affairs, Research Reports, No. 4, November 1993, 16 pages.

39. "Survival at All Costs: Saddam Hussein as a Crisis Manager," in G. Barzilai, A. Klieman, and G. Shidlo (eds.), The Gulf Crisis and its Global Aftermath, London and New York, Routledge, 1993, pp. 51-67.

38. "A Road to an Arab-Israeli Peace?" in Brassey's Defence Yearbook, 1993, London, Brassey's, 1993, pp. 315-335 (with Zuhair Diab).

37. "The Troubled Partnership: Moscow and Asad's Syria," in Margot Light (ed.) Troubled Friendships: Moscow's Third World Ventures, London and New York, British Academic Press, 1993, pp. 140-166.

36. "Iran's Resurgent Ambitions," Analysis, London, Institute of Jewish Affairs, No. 2, February 1993.

35. "Rational Ruthlessness: Non-Conventional Escalation in the Iran-Iraq War," in E. Karsh, et. al. (eds.), Non-Conventional Weapons Proliferation in the Middle East, Oxford, Clarendon Press, 1993, pp. 31-47.

34. "A Necessary Evil or the Best of All Worlds? German Arms Sales to the Middle East," in Shahram Chubin (ed.), Germany in the Middle East: Patterns and Prospects, London, Pinter, 1992, pp. 136-154.

33. "An Arab-Israeli Security Community: A Proposal," in Gerd Nonneman (ed.), The Middle East and Europe: An Integrated Communities Approach, London, The Federal Trust for Education and Research, 1992, pp. 115-127.

32. "How Kuwait Was Won: Strategy in the Gulf War," International Security, Vol. 16, No. 2 (Fall 1991), pp. 5-42 (with Lawrence Freedman). Reprinted in: Robert J. Art & Kenneth N. Waltz (eds.), The Use of Force: Military Power and International Politics (Lanham: Rowman & Littlefield, 1999).

31. "A Marriage of Convenience: Saddam Hussein and Islam," The Jewish Quarterly, No. 142 (Summer 1991), pp. 18-20.

30. "Why Saddam Hussein Invaded Kuwait," Survival, January/February 1991, pp. 18-30 (with Inari Rautsi). Reprinted in Gert Krell and Bernd W. Kubbig (eds.), Krieg und

<u>Frieden am Golf</u>, Frankfurt, Fischer, 1991, pp. 57-65.

29.    "Neutralization: The Key to an Arab-Israeli Peace," <u>Bulletin of Peace Proposals</u>, Vol. 22, No. 1 (1991), pp. 11-23.

28.    "The Middle East," in Alex Pravda (ed.), <u>Yearbook of Soviet Foreign Relations, 1991 Edition</u>, London, I.B. Tauris, 1991, pp. 122-34.

27.    "The Rise and Fall of Syria's Quest for Strategic Parity," <u>RUSI and Brassey's Yearbook 1991</u>, London, Brassey's, 1991, pp. 197-217.

26.    "Iraqi Military Power and its Threat to Regional Stability," <u>Harvard International Review</u>, Vol. XIII, No. 2 (Winter 1990/91), pp. 12-16 (with Martin Navias).

25.    "In Baghdad, Politics is a Lethal Game," <u>New York Times Magazine</u>, 30 September 1990, pp. 38-42, 100.

24.    "Geopolitical Determinism: The Origins of the Iran-Iraq War," <u>Middle East Journal</u>, Vol. 44, No. 2 (Spring 1990), pp. 256-269.

23.    "A Marriage of Convenience: The Soviet Union and Asad's Syria," <u>The Jerusalem Journal of International Relations</u>, Vol. 11, No. 4 (December 1989), pp. 1-26.

22.    "Escalation in the Iran-Iraq War," <u>Survival</u>, May/June 1989, pp. 241-255 (with Philip Sabin).

21.    "Military Lessons of the Iran-Iraq War," <u>Orbis</u>, Vol. 33, No. 2 (Spring 1989), pp. 209-223.
       Reprinted in Daniel Pipes (ed.), <u>Sandstorm: Middle East Conflicts & America</u>, Lanham, University Press of America, 1993, pp. 219-240.

20.    "Regional Strategic Implications of the Iran-Iraq War," in Shlomo Gazit (ed.), <u>The Middle East Military Balance, 1988-89</u>, Jerusalem & Boulder, The Jerusalem Post & Westview Press, 1989, pp. 100-114.

19.    "From Revolutionary Zeal to Geopolitical Realism: The Islamic Republic and the Gulf," in Efraim Karsh (ed.), <u>The Iran-Iraq War: Impact and Implications</u>, London & New York, Macmillan & St. Martin's Press, 1989, pp. 26-42.

18.    "Between War and Peace: European Neutrality," <u>The World Today</u>, Vol. 44, Nos. 8-9 (August-September 1988), pp. 150-155.

17.    "International Cooperation and Neutrality," <u>Journal of Peace Research</u>, Vol. 25, No. 1 (March 1988), pp. 57-67.

12

16.  "Military Power and Foreign Policy Goals: The Iran-Iraq War Revisited," International Affairs, Vol. 64, No. 1 (Winter 1987/8), pp. 83-95.

15.  "Peacetime Military Presence and Wartime Support: The Soviet Case," in Steven L. Spiegel, et. al. (eds.), Soviet-American Competition in the Middle East, Lexington, Lexington Books, 1987, pp. 145-58.

14.  "The Iran-Iraq War at the Crossroads," The World Today, Vol. 42, No. 10 (October 1986), pp. 167-170 (with Ralph King).
          Reprinted in Europa Archiv (Bonn), No. 21/1986, pp. 591-598.

13.  "Finland: Adaptation and Conflict," International Affairs, Vol. 62, No. 2 (Spring 1986), pp. 265-278.

12.  "Geographical Determinism: Finnish Neutrality Revisited," Cooperation and Conflict, Vol. XXI, No. 1 (March 1986), pp. 43-57.

11.  "Moscow and the Yom Kippur War: A Reappraisal," Soviet-Jewish Affairs, Vol. 16, No. 1 (1986), pp. 3-19.

10.  "Influence Through Arms Supplies: The Soviet Experience in the Middle East," Conflict Quarterly, Vol. VI, No. 1 (Winter 1986), pp. 45-56.

9.  "Soviet-Israeli Relations: A New Phase?" The World Today, Vol. 41, No. 12 (December 1985), pp. 214-218.
          Reprinted in Europa Archiv, (Bonn), December 1985, pp. 735-744.
          Problemes Politiques et Sociaux (Paris), No. 563 (26 June 1987), pp. 22-24.

8.  "The Myth of 'Direct Soviet Intervention' in an Arab-Israeli War," RUSI Journal, Vol. 129, No. 3 (September 1984), pp. 28-32.

7.  "Soviet Arms for the Love of Allah," US Naval Institute Proceedings, Vol. 110, No. 4 (April 1984), pp. 44-51.

6.  "Swedish Neutrality between Myth and Reality," Crossroads, Spring 1983, pp. 121-38.

5.  "Patterns of Soviet Involvement in a Future Arab-Israeli War," Soviet and Slavic Studies, Vol. 5 Nos. 1-2 (1983), pp. 75-95.

4.  "Soviet Military Involvement in the Middle East: The Syrian Case," Ma'arachot, (IDF Journal), Nos. 279-280 (May 1981), pp. 64-68 (Hebrew).

3.  "Yugoslavia After Tito," Skira Hodshit, (IDF Journal), Vol. 27, No. 2 (February 1980), pp. 17-24 (Hebrew).

2.  "Iran: Anatomy of a Revolution," Ma'arachot, No. 268 (April 1979), pp. 19-26

(Hebrew).

1.    "The Ogaden War," Ma'arachot, No. 265 (September 1978), pp. 16-22 (with Zvi Goldman, Hebrew).

**OP-EDS**

62.    "The Pinnacle of incompetence," Jerusalem Post, March 23, 2011.
          Reprinted in: http://www.meforum.org/2856/pinnacle-of-incompetence
          http://mideasttruth.com/forum/viewtopic.php?t=10261
          http://nwodaily.com/2011/03/the-pinnacle-of-incompetence/
          http://newsgram.com/category/columns/efraim-karsh/
          http://www.rslissak.com/content/pinnacle-incompetence-profefraim-krash
          http://cwarrenrobertson-coldwarnostalgia.blogspot.com/2011/03/pinnacle-of-incompetence.html
          http://docstalk.blogspot.com/2011/03/pinnacle-of-incompetence.html
          https://obront.wordpress.com/2011/03/23/
          http://netwmd.com/blog/
          http://www.familysecuritymatters.org/publications/id.9067,css.print/pub_detail.asp
          http://ayaanhirsiali.org/news.php?categoryID=9
          http://blazingcatfur.blogspot.com/2011/03/pinnacle-of-incompetence.html
          http://www.scuola-salesiani-beirut.org/index.php?mod=rp_art&rp_id=3074
          http://www.pittsreport.com/2011/03/opinions-democrats-tyranny-of-the-minority-what-israel-knows-about-hamas/
          http://solsticewitch13.blogspot.com/2011/03/karsh-in-jerusalem-post-pinnacle-of.html

61.    "A Legacy of Violence," Jerusalem Post, March 1, 2011.
          Reprinted in: http://www.meforum.org/2839/legacy-of-violence
          http://hnn.us/roundup/entries/137099.html
          http://www.jidaily.com/fr/top/uPXq
          http://www.theaugeanstables.com/2011/03/02/2631/
          http://theneointellectual.wordpress.com/2011/03/01/efraim-karshs-rebuttal-to-the-bernard-lewis-interview-i-posted-earlier-libya-egypt-jan25-feb17/
          http://solsticewitch13.blogspot.com/2011/03/karsh-in-jerusalem-post-legacy-of.html
          http://www.israelunitycoalition.org/news/?p=6406
          http://calevbenyefuneh.blogspot.com/2011/03/legacy-of-violence.html
          http://fightingstatism.posterous.com/efraim-karshs-rebuttal-to-the-bernard-lewis-i
          http://www.israelated.net/node/101718
          http://israelagainstterror.blogspot.com/

http://challahhuakbar.blogspot.com/2011/03/muslim-worlds-legacy-of-violence.html
http://www.israelforum.com/blog_article.php?aid=3292366
http://www.mginews.com/
http://tshirts.tweetmeme.com/user/Stand4Israel
http://www.icjs-online.org/topic.php?lid=44
http://www.unitedjerusalem.org/index2.asp?id=1413067
http://tundratabloids.com/
http://www.jewpi.com/a-legacy-of-violence-2/
http://elderofziyon.blogspot.com/

60.    "Not Taking Yes for an Answer," Jerusalem Post, August 24, 2010.
          Reprinted in: http://www.rozhlas.cz
          www.meforum.org
          http://www.jewishnewsdaily.com
          www.jewishindy.com
          http://blog.dailyalert.org
          www.israport.org
          http://israelagainstterror.blogspot.com
          www.israelforum.com
          http://digg.com
          twitter.com/David_Project
          twilightoftheamericanempire.blogspot.com
          www.israpundit.com
          www.jrants.com
          http://www.israel-commentary.org/

59.    "Shimon Peres versus the Brits," Jerusalem Post, August, 2, 2010.
          Reprinted in: http://hnn.us
          http://indiatimes.com
          http://www.juif.org
          http://www.allvoices.com
          http://www.raptureforums.com
          http://www.martinkramer.org
          http://www.meforum.org
          http://writingtw.blogspot.com
          http://www.israelforum.com
          http://sec.wltx.com
          http://rr.com
          http://politifi.com
          http://digg.com
          ttp://engforum.pravda.ru
          http://www.clipheb.com
          http://www.wikio.co.uk
          http://persevere.lineages.co.uk
          http://www.ocnus.net
          http://www.wikio.com

http://www.topix.com
http://www.facebook.com
http://friendfeed.com
http://www.lesmonds.co.uk
http://elderofziyon.blogspot.com

58.   "The Palestinians, Alone," New York Times, August, 2, 2010.
      Selected one of the day's Five Best Columns by The Atlantic Wire.
              Reprinted in: International Herald Tribune
              Wall Street Journal
              India Times
              Pakistan Observer
              Khaleej Times
              http://www.huffingtonpost.com
              http://www.nowlebanon.com
              http://www.jewishnewsdaily.com
              http://www.thejerusalemfund.org
              http://palestineblogs.net
              http://www.meforum.org
              http://www.martinkramer.org
              http://www.unitedjerusalem.org
               http://topsy.com
              http://www.japantoday.com
              http://lucianne.com
              http://www.realclearworld.com
              http://soccerdad.baltiblogs.com
              http://www.newmediablog.com
              http://www.israelforum.com
              http://www.dialoguewithdiversity.com
              http://jack1.instablogs.com
              http://www.israelated.net
              http://www.trampmagazine.com
              http://www.hotfeeder.com
              http://www.open-speech.com
              http://www.bookwormroom.com
              http://nwodaily.com
              http://persevere.lineages.co.uk
              http://www.newenglishreview.org
              http://www.jlaforums.com
              http://www.phpbbplanet.com
              http://www.cicweb.ca/scene
              http://steve-6.new.newsvine.com
              http://www.solomonia.com
              http://topics.pe.com
              http://www.zimbio.com
              http://perfume.mydnafragrance.com
              http://blog.dailyalert.org

http://www.standwithus.com
http://sec.wltx.com
http://www.onenewspage.com
http://dailyradar.com
http://soccernews.bigsoccer.com
http://littlegreenfootballs.com
http://www.kabobfest.com
http://www.israel-palestina.info
http://www.achgut.com
http://www.feuj.org/blogs
http://daveinboca.blogspot.com
http://www.israelated.net
http://www.jeromeslater.com
http://exchange.ydr.com
http://moments.wbcom.info
http://www.blogrunner.com
http://blog.aynrandcenter.org
http://russabbott.blogspot.com
http://backspin.typepad.com
http://thedignifiedrant.blogspot.com
http://israelmatzav.blogspot.com
http://daledamos.blogspot.com
http://voxverax.blogspot.com
http://www.resistnet.com
http://topics.ocregister.com
http://mma.msg.com/article
http://sec.tennessean.com
http://sensibledone.com
http://www.memeorandum.com
http://fairspin.org
http://www.newsonfeeds.com
http://us.keegy.com
http://newstrust.net

57.    "Who's Against a Two-State Solution?" Jewish Ideas Daily, Jul. 20, 2010.
          Reprinted in:  http://www.spectator.co.uk
          http://www.meforum.org
          www.freerepublic.com
          www.israelforum.com
          http://www.investingcontrarian.com
          pdavidhornik.typepad.com
          http://www.examiner.com
          http://www.familysecuritymatters.org

56.    "The Middle East That Could Have Been," National Post, May 14, 2010.
          Reprinted in: www.solomonia.com
          mideasttruth.com

blog.dailyalert.org

55.    "Muslims Won't Play Together," New York Times, February 27, 2010.
       Reprinted in http://hnn.us/roundup/comments/123856.html
       http://europenews.dk/en/node/30268
       http://www.huffingtonpost.com
       http://www.spme.net/cgi-bin/articles.cgi?ID=6559
       http://www.topfeedsnews.com
       http://worldnews.imagik.org
       http://planet-iran.com
       http://americanislam.blogspot.com
       http://mohamediqbalp.wordpress.com
       http://sciencereligionnews.blogspot.com
       http://www.israpundit.com/2008
       http://marked-up.com
       http://hslu.wordpress.com
       http://www.almendron.com/tribuna
       The Mezze - http://themezze.wordpress.com المزة
       http://aworldbeyondbelief.blogspot.com
       http://www.revolucionnaturalista.com
       http://www.beatpunk.org/
       http://www.pi-news.net
       http://www.theprogressivemind.info
       http://www.kylespector.com
       http://www.jeromeslater.com
       http://mohamediqbalp.blogspot.com
       http://www.powerlineblog.com/archives/2010/03/025710.php
       http://kendallharmon.net/?q=Save+Us+From+Berlusconi
       http://randomthots.org
       http://analekta-informatics.blogspot.com
       http://scunnert-nation.blogspot.com
       http://enduringamerica.com
       http://brucesmideastsoundbites.blogspot.com
       http://www.raceforiran.com
       http://www.conservativeblogwatch.com
       http://llphfreedom.blogspot.com
       http://www.lbnelert.com
       http://mondoweiss.net
       http://specialtopicscafe.blogspot.com
       http://mickhartley.typepad.com/blog
       http://magicnegrowatch.blogspot.com
       http://yahel.wordpress.com
       http://godgunsandgrits.blogspot.com
       http://www.martinkramer.org

54.    "The Blair Project and EU-American Cooperation," Daily Star, June 29, 2007
       (with Rory Miller).

53.    "Islam's War for World Mastery," New York Sun, May 18, 2007.

52.    "Amos Oz's Nostra Culpa," Contentions (Commentary Magazine's web site), May 16, 2007.

51.    "Wir lassen uns einschuchtern," Die Weltwoche, No. 6 (February 8, 2007), pp. 56-59 (three-page interview).

50.    "Why Are Arabs Upset by Saddam's Execution?" The New Republic, January 3, 2007.
            Reprinted in http://bowman.typepad.com/cubowman
            http://brothersjudd.com/blog

49.    "Has Occupation Hurt the Israeli Army?" The New Republic, September 9, 2006.

48.    "Pan-Muslim Fiction," New York Sun, August 29, 2006.
            Reprinted in National Post.
            The Jewish Exponent
            archive.mail-list.com

47.    "Tragedy and Promise," New York Sun, August 7, 2006.

46.    "Blair's Consistent 'Constructive spirit' on the Middle East," Irish Times, July 26, 2006 (with Rory Miller).

45.    "Opportunity Knocks," New York Sun, July 18, 2006 (with Rory Miller).

44.    "Islam's Imperial Dreams," Wall Street Journal, April 4, 2006.

43.    "Inapt Anti-Israel Activists: Self-Defeat," The New Republic, March 1, 2006 (with Rory Miller).

42.    "Why Hamas's Victory Isn't Such a Bad Thing," The New Republic, January 26, 2006.
            Reprinted in The Dallas Morning News
            www.infomideast.com

41.    "What Saddam Hussein Wants. Survival Skills," The New Republic, January 24, 2006.

40.    "Hamas ist wenigstens ehrlich," Welt am Sonntag, January 22, 2006.

39.    "Repeat Offenders," The New Republic, October 31, 2005 (with Rory Miller).

38.    "Who Ruined Gaza?" National Post, 16 September 2005.

Reprinted in canadiancoalition.com
http://www.cicweb.ca
www.tomgrosss,edia.com
www.isranet.org
www.davidstuff.com

37.   "We Are the World: Radical Islam's Imperialist Agenda," The New Republic,
      July 8, 2005.
                Reprinted in New York Post.
                http://www.memeorandum.com.
                http://www.jewishworldreview.com

36.   "Why the French Vote was Good for Europe," The New Republic, June 1, 2005.
                Reprinted in http://www.themote.com

35.   "Return Address," The New Republic, May 16, 2005.
                Reprinted in http://canadiancoalition.com

34.   "Group Dynamics," The New Republic, May 12, 2005 (with Rory Miller).

33.   "College Coarse," The New Republic, April 28, 2005.
                Reprinted in http://keskustelu.mtv3.fi/keskustelu (Finland)
                http://normblog.typepad.com
                skeptacles.blogspot.com

32.   "Juan Cole's Bad Blog," The New Republic, April 25, 2005.
                Reprinted in http://delong.typepad.com
                http://www.michaeltotten.com
                http://www.labourfriendsofiraq.org.uk

31.   "Summit is a New Beginning, but Region Needs a New Ending," The Scotsman,
      February 9, 2005 (with Rory Miller).

30.   "Foreign to the Cause," Jerusalem Post, December 5, 2003

29.   "Should He Go?" Los Angeles Times, September 21, 2003.

28.   "Trojan Horse that Labor Led into Israel," Jerusalem Post, September 16, 2003.

27.   "Euphemism for Annihilation," Jerusalem Post, August 22, 2003.

26.   "After Liberation: A Guide to Democracy," Jerusalem Post, April 10, 2003.

25.   "Conflict of Necessity," Los Angeles Times, March 30, 2003.

24.   "Iraq Demystified: A Primer on Politics, History," Los Angeles Times, March
      23, 2003.

23.    "Clear-Cut Victory," Jerusalem Post, March 11, 2002.

22.    "A Trojan Horse?" Boston Review, December 2001-January 200.

21.    "Don't Make Israel the First Casualty," The Spectator, November 3, 2001, pp. 26-28.
                    Reprinted in: FreeRepublic.Com
                    Reach for Peace Project Web

20.    "Who Started It?" Daily Telegraph, April 7, 1998.

19.    "Seeking a Strategic Aim for a Tactical Strike," Jerusalem Post, February 18, 1998.

18.    "A Stalin rather than a Hitler," Der Spiegel, No. 46/1997 (a two-page interview).

17.    "What On Earth Is Asad Up To?" Jerusalem Post, September 20, 1996 (Hebrew version in Ha-aretz, October 20, 1996).

16.    "Cool and Calculating," Der Spiegel, No. 37/1996, p. 146 (a full-page interview).

15.    "Insecurity Drives Hussein into a Minefield," Newsday, October 17, 1994.

14.    "Arafat's Skills as a Crafty Fox are Inadequate to the Tasks of Nationhood," Los Angeles Times, May  25, 1994.

13.    "Syria Faces Moment of Truth," Sunday Times, September 19, 1993.

12.    "Pains of Peace Are Better than the Agony of War," Sunday Times, September 12, 1993.

11.    "Yitzhak Rabin: War Hero on a Mission to Win the Peace," Sunday Times, June 28, 1992.

10.    "If Saddam Tries to Run," Newsweek, March 18, 1991, p. 52 (back-page interview).

9.    "Familiar Ring to Baghdad's Ominous Threats," Times (London), January 31, 1991.

8.    "Saddam Requires a Quick Ending," Daily Telegraph (London), January 21, 1991.

7.    "Why Hussein Hasn't Budged," New York Times (Op-Ed Page), January 20,

1991.

6.    "Options Narrow as Fears of Betrayal Weigh Heavily on Saddam," <u>Times</u> (London), January 12, 1991.

5.    "Why War Limited to Kuwait Would Play into Saddam's Hands," <u>Times</u> (London), September 14, 1990.

4.    "Myths about Hussein and Iraq," <u>New York Times</u> (Op-Ed Page), August 13, 1990 [Also published in <u>International Herald Tribune</u>, August 15, as "Saddam Hussein Can Compromise When He Has To," and in <u>Die Zeit</u>, August 15].

3.    "The End of the Gulf War is in Our Best Interest," <u>Jerusalem Post</u>, December 26, 1986.

2.    "After April," <u>Maariv</u>, January 13, 1982.

1.    "The PLO's Transformation into a Regular Army will Benefit Israel," <u>Maariv</u>, December 23, 1981.

## MISCELLANOUS

7.    "<u>Obama's Failed Middle East Policy,</u>" <u>Middle East Forum</u>, August 24, 2010.

6.    "Saddam Hussein," <u>The Oxford Companion to Military History</u>, Oxford University Press, 2001, pp. 427-428.

5.    "The Iran-Iraq War," <u>The Oxford Companion to Military History</u>, Oxford University Press, 2001, pp. 450-451.

4.    "Saddam Hussein," <u>The Oxford Companion to American Military History</u>, New York, Oxford University Press, 1997.

3.    "The Iran-Iraq War," <u>Encyclopedia of the Middle East</u>, New York, Macmillan, 1996, Vol. II, pp. 877-879.

2.    "If Saddam Goes, Who Gets the Arms?" <u>Parliamentary Brief</u>, Vol. 4, No. 1 (October 1995), pp. 79-81.

1.    "On the Causes of War," in L. Freedman (ed.), <u>War</u>, Oxford University Press, 1994, pp. 65-69.

## BLOG ENTIRES

1.    "<u>Justice for Palestine,</u>" <u>The Karsh Chronicle</u>, August 17, 2010.

## MAJOR BOOK REVIEWS

7.    "The Fight Over 1948'," New York Sun, May 1, 2008 (review of Benny Morris, 1948: A History of the First Arab-Israeli War).
        Reprinted in www.spme.net
        www.powerlineblog.com

6.    "Palestinian Two-Step," New York Sun, May 2, 2007 (review of Sari Nusseibeh, Once Upon a Country: A Palestinian Life).
        Reprinted in www.spme.net.

5.    "The Iron Illusions of Rashid Khalidi," New York Sun, December 14, 2006 (review of Rashid Khalidi, The Iron Cage: the Story of the Palestinian Struggle for Statehood).
        Reprinted in  http://www.indybay.org

4.    Charles Tripp, A History of Iraq, reviewed in Reviews in History (www.history.ac.uk/reviews).

3.    "New Historians, New Denial," Times Literary Supplement, May 5, 2000, p. 27 (review of Benny Morris, Righteous Victims: A History of the Zionist-Arab Conflict 1881-1999 & Avi Shlaim, The Iron Wall: Israel and the Arab World since 1948).

2.    "An Incomplete Success," New York Times Book Review, 29 January 1995, p. 11 (review of M. Gordon and B. Trainor, The Generals' War).

1.    "Ordeal in Kurdistan," Times Literary Supplement, 27 August 1993, p. 23 (review of M.M. Gunter, The Kurds of Iraq: Tragedy and Hope; Middle East Watch, The Anfal Campaign in Iraqi Kurdistan: The Destruction of Koreme; S. Francis, with Andrew Crofts, Nowhere to Hide: A Mother's Ordeal in the Killing Fields of Kurdistan).

## BOOK REVIEWS

75.    "The Weight of the World on Israel," New York Sun, October 18, 2006 (review of David Mamet, The Wicked Son).

74.    "The Perfect Surrender," New York Sun, September 25, 2006 (review of Karen Armstrong, Muhammad: A Prophet for Our Time).
        Reprinted in http://www.littlegreenfootballs.com/weblog
        daledamos.blogspot.com
        tundratabloid.blogspot.com

73.    "Holding Islam Accountable," New York Sun, June 29, 2006 (review of Fouad Ajami, The Foreigner's Gift).

72.    "Beirut Bob," Commentary, February 2006, pp. 63-66 (review of Robert Fisk, The Great War for Civilization).
        Reprinted: www.littlegreenfootballs.com

markhumphrys.com
austinbay.net/blog
www.aijac.org.au
www.solomonia.com
www.camera.org
www.seanet.com

71.  "Pure Pappe," Middle East Quarterly, Winter 2006, pp. 82-83 (review of Ilan Pappe, A History of Modern Palestine).

70.  Maan Abu Nowar, The Jordanian-Israeli War 1948-1951. A History of the Hashemite Kingdom of Jordan, reviewed in Middle East Quarterly, Winter 2004, pp. 84-95.

69.  Naseer Aruri (ed.), Palestinian Refugees: the Right of Return, reviewed in Middle East Quarterly, Fall 2003, pp. 88-89.

68.  Douglas Little, American Orientalism: the United States and the Middle East since 1945, reviewed in Journal of Imperial and Commonwealth History, September 2003, pp. 167-169.

67.  Kenneth M. Pollack, Arabs at War, reviewed in Cold War History, Vol. 6, No. 3 (Summer 2004), pp. 144-145.

66.  "Terrorism, the Growth Industry," Sunday Telegraph, 3 November 2002 (review of Alan Dershowitz, Why Terrorism Works).

65.  "The Making of Militant Islam," Sunday Telegraph, 12 May 2002 (review of Gilles Kepel, Jihad).

64.  "Killers in White Coats," Sunday Telegraph, 10 March 2002 (review of Robert Harris & Jeremy Paxman, A Higher Form of Killing: the Secret History of Chemical and Biological Warfare).

63.  "How Holy is the Holy War?" Sunday Telegraph, 10 February 2002 (review of Ahmad Rashid, Jihad).

62.  Mordechai Sarig (ed.), The Political and Social Philosophy of Ze'ev Jabotinsky, reviewed in Middle East Quarterly, Spring 2001.

61.  Eugene L. Rogan & Avi Shlaim (eds.), The War for Palestine: Rewriting the History of 1948, reviewed in The Journal of Military History, Vol. 65, No. 4 (October 2001), pp. 1158-1160 & Middle East Quarterly, Winter, 2002, pp. 89-90.

60.  Tom Segev, One Palestine: Complete, reviewed in Middle East Quarterly, Summer 2001, pp. 90-91.

24

59. Kenneth Stein, <u>Heroic Diplomacy: Sadat, Kissinger, Carter, Begin, and the Quest for Arab-Israeli Peace</u>, reviewed in <u>Canadian Journal of History</u>, Vol. XXXVI (December 2001), pp. 616-617.

58. "Middle Eastern Misconceptions," <u>Sunday Telegraph</u>, 8 July 2001 (review of Anton La Guardia, <u>Holy Land, Unholy War: Israelis and Palestinians</u>).

57. M. Naim Turfan, <u>Rise of the Young Turks: Politics, the Military, and Ottoman Collapse</u>, reviewed in <u>International History Review</u>, Vol. 23, No. 2 (June 2001), pp. 439-440.

56. "Holy City, Unholy Mess," <u>Sunday Telegraph</u>, 18 March 2001 (review of Bernard Wasserstein, <u>Divided Jerusalem</u>).

55. Bernard Wasserstein, <u>Divided Jerusalem</u>, reviewed in <u>International History Review</u>, Vol. XXIV, No. 1 (March 2002), pp. 53-55.

54. Avi Shlaim, <u>The Iron Wall: Israel and the Arab World since 1948</u>, reviewed in <u>Midstream</u>, April 2000, pp. 40-41 & in <u>Shofar</u>, Vol. 20, No. 1 (Fall 2001), pp. 132-34.

53. "When the Twain Meets," <u>Commentary</u>, June 2000, pp. 69-70 (review of Bernard Lewis, <u>The Multiple Identities of the Middle East</u> & <u>A Middle East Mosaic</u>).

52. Sasson Sofer, <u>Zionism and the Foundations of Israeli Diplomacy</u>, reviewed in <u>Political Studies</u> and <u>Middle East Quarterly</u>, Vol. VI, No. 4 (December 1999), p. 78.

51. Michael Karpin and Ina Friedman, <u>Murder in the Name of God: the Plot to Kill Yitzhak Rabin</u>, reviewed in <u>Middle East Quarterly</u>, Vol. VI, No. 3 (September 1999), p. 88.

50. Neill Lochery, <u>The Israeli Labour Party in the Shadow of the Likud</u>, reviewed in <u>Middle East Quarterly</u>, Vol. VI, No. 3 (September 1999), pp. 86-87.

49. Bernard Lewis, <u>The Multiple Identities of the Middle East</u>, reviewed in <u>Sunday Telegraph</u>, 28 February 1999.

48. "Dead Men Tell No Tales," <u>Times Literary Supplement</u>, 24 April 1998, p. 6 (review of Ahron Bregman and Jihan El-Tahri, <u>The Fifty Years War: Israel and the Arabs</u>).

47. Haggai Eshed, <u>Reuven Shiloah: The Man Behind the Mossad</u>, reviewed in <u>International History Review</u>, Vol. XX, No 3 (September 1998), pp. 94-95.

46. "The Oldest Way," <u>Times Literary Supplement</u>, 27 February 1998 (review of

Michael Ignatieff, The Warrior's Honour).

45.    David Goldberg, To The Promised Land, reviewed in Middle East Quarterly, Vol. V, No. 2 (June 1998), pp. 92-93.

44.    Zeev Sternhell, The Founding Myths of Israel, reviewed in Middle East Quarterly, Vol. V, No. 2 (June 1998), pp. 87-88.

43.    "The Birth of a Nation," Sunday Telegraph, 8 February 1998 (review of Martin Gilbert, Israel: A History).

42.    "No Deaf Ear Turned," Times Literary Supplement, 29 August 1997, (review of Shabtai Teveth, Ben-Gurion and the Holocaust).

41.    Rami Ginat, The Soviet Union and Egypt, 1945-1955, reviewed in Slavic Review, Vol. 56, No. 3 (Fall 1997), pp. 588-589.

40.    "Military Solutions Are Not Enough," Times Literary Supplement, March 7, 1997, p. 7 (review of Benjamin Netanyahu, Fighting Terrorism).

39.    Anthony Cordesman & Abraham Wagner, Lessons of Modern War, reviewed in International Affairs, Vol. 73, No. 3 (July 1997), pp. 602-603.

38.    George & Douglas Ball, The Passionate Attachment: America's Involvement with Israel, 1947 to the Present, reviewed in Political Studies, Vol. 44, No. 4 (September 1996), pp. 778-80.

37.    Abraham Ben-Zvi, The United States and Israel: the Limits of the Special Relationship, reviewed in Political Studies, Vol. 44, No. 4 (September 1996), pp. 778-80.

36.    Benny Morris, Israel's Border wars 1949-1956, reviewed in Political Studies, Vol. 44, No. 4 (September 1996), pp. 778-80.

35.    Benny Morris, 1948 and After: Israel and the Palestinians, reviewed in Political Studies, Vol. 44, No. 4 (September 1996), pp. 778-80.

34.    M.R. al-Madfai, Jordan, the United States and the Middle East Peace Process, 1974-1991, reviewed in Political Studies, Vol. 44, No. 4 (September 1996), pp. 778-80.

33.    Shaul Mishal and Reuben Aharoni (eds.), Speaking Stones: Communiqués from the Intifada Underground, reviewed in Israel Affairs, Vol. II, No. 2 (Winter 1995), pp. 211-12.

32.    Robert Freedman (ed.), Israel Under Rabin, reviewed in Israel Affairs, Vol. II, No. 2 (Winter 1995), pp. 213-14.

31.    Efraim Inbar (ed.), <u>Regional Security Regimes: Israel and Its Neighbours</u>, reviewed in <u>International Affairs</u>, Vol. 72, No. 1 (January 1996), p. 52.

30.    Daniel Pipes (ed.), <u>Middle East Quarterly</u>, reviewed in <u>Times Literary Supplement</u>, 24 November 1995.

29.    Anthony Verrier (ed.), <u>Agents of Empire.  Anglo-Zionist Intelligence Operations 1915-1919: Brigadier Walter Gribbon, Aaron Aaronsohn and the NILI Ring</u>, reviewed in <u>Jewish Chronicle</u>, 29 September 1995, and in <u>Israel Affairs</u>, Vol. II, No. 2 (Winter 1995), pp. 207-10.

28.    Z. Elpeleg, <u>The Grand Mufti of Jerusalem</u>, reviewed in <u>Shofar</u>, Vol. 14, No. 3 (Spring 1996), pp. 170-72, and in <u>Israel Affairs</u>, Vol. I, No. 4 (Summer 1995), pp. 157-59.

27.    Anthony Cordesman, <u>After the Storm: The Changing Military Balance in the Middle East</u>, reviewed in <u>Journal of Conflict Studies</u>, Vol. XV, No. 1 (Spring 1995), pp. 131-32.

26.    Michael Mazarr, D.M. Snider, and J.A. Blackwell, <u>Desert Storm: The Gulf War and What We Learned</u>, reviewed in <u>Journal of Conflict Studies</u>, Vol. XV, No. 1 (Spring 1995), pp. 131-32.

25.    Amazia Baram & Barry Rubin (eds.), <u>Iraq's Road to War</u>, reviewed in <u>International Affairs</u>, Vol. 71, No 1 (January 1995), pp. 190-91.

24.    Michael Palmer, <u>Guardians of the Gulf: A History of America's Expanding Role in the Persian Gulf, 1833-1992</u>, reviewed in <u>Armed Forces & Society</u>, Vol. 20, No. 2, pp. 318-19.

23.    H. Amirahmadi & N. Entessar (eds.), <u>Reconstruction and Regional Diplomacy in the Persian Gulf</u>, reviewed in <u>International Affairs</u>, Vol. 69, No. 3 (July 1993), p. 67.

22.    A.J. Hurley, <u>Israel and the New World Order</u>, reviewed in <u>International Journal of Middle East Studies</u>,

21.    Yehuda Lukacs (ed.), <u>The Israeli-Palestinian Conflict: A Documentary Record, 1967-1970</u>, reviewed in <u>International Affairs</u>, Vol. 69, No. 2 (April 1993), p. 390.

20.    G.M. Burck and C.C. Flowerree, <u>International Handbook of Chemical Weapons Proliferation</u>, reviewed in <u>International Affairs</u>, Vol. 68, No. 4 (October 1992), p. 730.

19.    G. Nonneman and A. Ehteshami, <u>War and Peace in the Gulf</u>, reviewed in

_International Affairs_, Vol. 68, No. 1 (January 1992), p. 189.

18.    "Unreliable Witness", _Times Literary Supplement_, 21 November 1991 (review of Seymour Hersh, _The Samson Option_; also reviewed in _Survival_, Autumn 1992, pp. 138-39).

17.    Galia Golan, _Soviet Policies in the Middle East: From World War II to Gorbachev_, reviewed in _The Slavonic Review_, Vol. 70, No. 1 (January 1992), pp. 181-82.

16.    Christopher Joyner, _The Persian Gulf War_, reviewed in _Political Science Quarterly_, Fall 1991, pp. 531-32.

15.    Pedro Ramet, _The Soviet-Syrian Relationship Since 1955: A Troubled Alliance_, reviewed in _Canadian-American Slavic Studies_, Vol. 25, No. 4 (1991), pp. 361-62.

14.    E. Brun and J. Hersh, _Soviet-Third World Relations in a Capitalist World_, reviewed in _International Affairs_, Vol. 67, No. 4 (October 1991), pp. 821-22.

13.    "Mosaic of the Mosque," _Times Educational Supplement_, 31 May 1991 (review of Albert Hourani, _A History of the Arab Peoples_).

12.    Anthony Cordesman and Abraham Wagner, _The Lessons of Modern War_, Vol. I: the Arab-Israeli Conflict, 1973-1989; Vol. II: the Iran-Iraq War; Vol. III: the Afghan and the Falklands Conflicts, reviewed in _International Affairs_, Vol. 68, No. 1 (January 1992), pp. 151-52.

11.    Zeev Maoz, _Paradoxes of War: on the Art of National Self-Entrapment_, reviewed in _International Affairs_, Vol. 68, No. 1 (January 1992), pp. 151-52.

10.    Fred Halliday, _Revolution and Foreign Policy: The Case of South Yemen 1967-1987_, reviewed in _International Affairs_, Vol. 64, No. 1 (January 1991), pp. 191-92.

9.    "Gangster to Arab Hero," _Times Educational Supplement_, 1 February 1991 (review of J. Bulloch & H. Morris, _Saddam's War: The Origins of the Kuwaiti Conflict and the International Response_).

8.    Uri Bialer, _Between East and West: Israel's Foreign Policy Orientations 1948-1956_, reviewed in _International Affairs_, Vol. 66, No. 4 (October 1990), pp. 834-36.

7.    Aharon Klieman, _Israel in the World After Forty Years_, reviewed in _International Affairs_, Vol. 66, No. 4 (October 1990), pp. 834-36.

6.    M. Ahrari (ed.), _The Gulf and International Security_, reviewed in _Arms Control_,

Vol. 11, No. 1 (May 1990), pp. 80-81.

5.    A.T. Leonhard (ed.), <u>Neutrality: Changing Concepts and Practices</u>, reviewed in <u>International Affairs</u>, Vol. 65, No. 3 (Summer 1989), pp. 522-23.

4.    Harto Hakovirta, <u>East-West Conflict and European Neutrality</u>, reviewed in <u>International Affairs</u>, Vol. 65, No. 3 (Summer 1989), pp. 522-23.

3.    Vojtech Mastny, <u>Helsinki, Human Rights and European Security</u>, reviewed in <u>Survival</u>, November-December 1987.

2.    Amir Taheri, <u>Holy Terror</u>, reviewed in <u>Survival</u>, May-June 1987.

1.    Martin Kramer (ed.), <u>Shi'ism, Resistance, and Revolution</u>, reviewed in <u>Survival</u>, May-June 1987.