# EXHIBIT B.14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

        *Plaintiffs*,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

        *Defendants*.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF NICK KAUFMAN

Nick Kaufman hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Opinion of Nick Kaufman in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated April 10, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

2. The attached expert report is a true and accurate reflection of my opinions in this matter. The accompanying corrections are minor corrections that I submitted with respect to my expert report on September 16, 2013. These corrections do not alter the opinion as set forth in my expert report.

3. The attached Expert Rebuttal Report of Nick Kaufman in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated September 16, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

4. The attached expert rebuttal report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
NICK KAUFMAN

Dated:   May 31, 2014