# EXHIBIT B.15
## (1 of 11)

Nick Kaufman, Advocate
King George 33/3, Jerusalem 94261, Israel
Tel: +972-2-625-3357 Fax: +972-2-622-3052
Mobile: +972-544-863-077 E-mail: nick@nick-kaufman.com
Website: www.nick-kaufman.com

# EXPERT OPINION

---

My Instructions

I have been requested to deliver an expert opinion on the quality of justice dispensed by the Israeli military courts on the West Bank ("IMC") which include the Judea Military Court ("JMC") (covering the southern West Bank), the Samaria Military Court ("SMC") (covering the northern West Bank) and the Combined Appeals Court ("CAC"). In the course of giving my opinion, I was requested to pay particular attention to the cases of those defendants convicted of participation in offences of relevance to the case of _Sokolow et al., v. The Palestine Liberation Organization & The Palestinian Authority_ ("_Sokolow_") currently being litigated in the United States District Court for the Southern District of New York.

My Expertise

I have been practising criminal law since 1991. Formerly a member of the Bar of England & Wales, I am currently a registered member of the Bar of Israel (from 1995). In 1993, I was enlisted into the Israel Defence Force ("IDF") where, as a new immigrant, I served for approximately 15 months in the International Law Department of the Office of the Military Advocate General. Upon release, I joined a Tel Aviv law firm (Herzog, Fox & Ne'eman), thereafter relocating to Jerusalem where I was employed for 16 years as an assistant district attorney in Jerusalem. In this role, I prosecuted crimes of all natures ranging from the least significant of car thefts to murder and serious sexual offences. I acquired particular experience handling cases involving offences against the security of the State of Israel which were investigated by the Israel General Security Services (otherwise known as _Sherut Ha-Bitachon Ha-Klali_ or _Shabak_).

1

From 2003-2004 and from 2009-2010, on approved leaves of absence from the Office of the District Attorney of Jerusalem, I served as an assistant prosecutor at the International Criminal Tribunal for the Former Yugoslavia and the International Criminal Court respectively.

After returning to Israel in 2010, and working for one more year in the Office of the District Attorney of Jerusalem, I left the civil service for private practice. Since then, I have handled many cases of both an international nature and of a domestic nature – primarily as criminal defence counsel. Among my international clients, both former and present, I include Jean-Pierre Bemba (the ex-Vice President of the Democratic Republic of the Congo), Callixte Mbarushimana (the alleged General-Secretary of the FDLR operating out of the Democratic Republic of the Congo), Aisha and Saadi Gaddafi (the children of the former Libyan leader – Colonel Muammar Gaddafi) and Charles Blé Goudé (former Minister of Youth in Côte d'Ivoire).

In addition to the aforementioned, since 2002, as a requirement of my military reserve duty in the IDF, I am required to sit, from time-to-time, as a judge at the JMC. In this capacity, I have presided over countless trials and detention remand applications – both contested and agreed. As a result of the aforementioned experience, I am extremely familiar with the workings of the IMC.

The opinion set out below is, thus, delivered with the benefit of the aforementioned experience.

Prior Testimony in Courts of Law / List of Publications

As mentioned previously, I am strictly a legal practitioner. I have never given testimony previously in a court of law nor have I ever published any articles.

Terms of Engagement

I agreed to $10,000 USD for preparing the opinion in this case given time restraints and the amount of material which I was required to review. This sum has already been paid and was not made conditional on the outcome of the case.

2