# EXHIBIT B.17

# CURRICULUM VITAE

| | |
|---|---|
| Name: | Nicholas **KAUFMAN** |
| Date of Birth: | 17 May 1968 |
| Place of Birth: | Liverpool, England |
| Nationalities: | British, Israeli |

**EDUCATION**

| | |
|---|---|
| Secondary: | King Edward's School, Edgbaston, Birmingham (1984-1986). |

University:    Magdalene College, Cambridge University, England (1986-1989)

BA         Classics Tripos Pt I
                    Law Tripos Pt II (1989)
MA        (1991)

Prizes: Commendation for the Browne Medal for Latin Poetry

Bar School:    Inns of Court School of Law, Gray's Inn, London (1989-1990).
Awards :   Inner Temple Accommodation Award (9000 GBP)
                Cecile Yahuda Scholarship (3000 GBP)
                Treasurer of Inner Temple Debating Society.

Post-graduate:    Ecole Normale d'Administration (ENA), Paris, France (2006).
Scholarship from the French Government:
"*Les Liberties Publiques et la Securite Interieure*".

**PUPILLAGE**    (1990-1991)

1 Brick Court ;
(Chambers of Richard Hartley QC) Defamation & Media Law
2 Mitre Court Buildings ;
(Chambers of William Glover QC) Town & Country Planning Law

Called to the Bar at the Inner Temple : February 1991.

**ARMY SERVICE**    (1993-1995 and Reserve Duty)

Compulsory Military Service in the Israel Defence Force
Office of the Military Advocate General
International Law Department

International Humanitarian Law
        (Liaison Officer to ICRC, Amnesty & UNWRA)

Law of Armed Conflict
        (Advice to different branches of the IDF on the deployment
        of weapons and the legality of forms of warfare).

Drafting & Participation in Peace Negotiations
        (drafted military annexes to the peace treaties with the PLO
and the Hashemite Kingdom of Jordan).

Reserve Duty: Judge in the Military Courts on the West Bank.

**PROFESSIONAL QUALIFICATIONS**

Called to the Bar of England and Wales: 1991
Called to Israel Bar: March 1995

**CURRENT EMPLOYMENT**

Private Practice – Public International, Regulatory and Criminal Law

**PREVIOUS EMPLOYMENT**

Trial Lawyer (UN Grade P4)
Office of the Prosecutor
International Criminal Court
The Hague, The Netherlands
(from May 2008)

Trial Lawyer (UN Grade P3)
Office of the Prosecutor
International Criminal Tribunal for the Former Yugoslavia
The Hague, The Netherlands
(from April 2003)

Senior District Attorney
Office of the District Attorney of Jerusalem
Jerusalem, Israel
(from January 1996)

Herzog, Fox & Neeman LLP
International Corporate Lawyers
Weizmann 4, Tel Aviv, Israel
(from January 1995)

Military Advocate (International Law)
Office of the Military Advocate General
Israel Defence Force
(from September 1993)

Barrister at the Bar of England & Wales
1 Fountain Court, Birmingham, England
(From September 1991)

**BAR COUNCIL ACTIVITIES**

Prosecutor : Disciplinary Tribunal of the Israel Bar Association
(From 2001-2003 and 2011 until present)