# EXHIBIT B.24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, *ET AL.*,

                  *Plaintiffs*,

v.

PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*,

                  *Defendants*.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ITAMAR MARCUS

Itamar Marcus hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1.      The attached Expert Report of Itamar Marcus in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated March 22, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

2.      The attached Expert Rebuttal Report of Itamar Marcus in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated September 16, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

3.      The attached expert report and expert rebuttal reports are true and accurate reflections of my opinions in this matter. Certain of the translations quoted within have been slightly modified since I submitted these reports.  The modifications to the translations, however, do not alter the opinions as set forth in my expert report.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ITAMAR MARCUS


Dated:  June 2, 2014