# EXHIBIT B.26

The publications listed below are complete with the exception of PMW bulletins, of which several are published every week. There are also Special Reports and PMW op-eds, which come out several times a year. All of these can be accessed on PMW's website at the following link: http://palwatch.org/main.aspx?fi=157

**Publications (partial list):**

In-depth reports published by PMW and CMIP, written in cooperation with the researchers of the respective institutes. These reports examined various aspects of Palestinian society, including education, media, etc., based on material appearing in the PA media and schoolbooks. (Some of these are available on PMW's website: www.palwatch.org.) Including:

- "Palestinian Authority glorification of terrorists and payment of salaries to terrorists and Dutch Funding" – December 2012
- "Funding of the PA's general budget by Holland and the international community supports continued Palestinian Authority promotion of hatred and violence" – December 2012
- "PMW's response to letter by Minister of State Alan Duncan to MP Robert Halfon, that rejected PMW's report that exposed Palestinian Authority's payment of salaries to terrorists with UK money" – October 2012
- "Palestinian Authority glorification of terrorists and paying salaries to terrorists with US money" – July, 2011
- "The PA during the Proximity Talks" – May-August 2010
- "From Terrorists to Role Models – the PA's Institutionalization of Incitement" – May 2010
- "Palestinians see Israel's release of terrorists as the driving force behind continued kidnappings" – Dec. 2009
- "Jerusalem under Palestinian assault" – May 2009
- "Most popular Arab-Israeli newspaper during Operation Cast Lead" – Feb. 2009
- Special study for committee to establish principles for negotiating prisoner releases (Nov. 2008)
- "Palestinian Authority Libel: Prisoners are used for Nazi-like medical experiments", July 2008
- "*Strengthening America's Enemies* - The ideological allies of a future Palestinian state", Oct. 2007
- "From nationalist battle to religious conflict: New 12th Grade Palestinian schoolbooks present a world without Israel" – Feb 2007
- "USAID funding of Palestinian university with terror branches in violation of US Law", March 5, 2007
- "'Ask for Death!' - The Indoctrination of Palestinian Children to Seek Death for Allah – Shahada", July 5, 2002
- A compendium of Palestinian Authority hatred of America: 1997 and 2001
- A compendium of Palestinian Authority hatred of America: Part 2: 2001 – Just prior to the attacks
- "Palestinian Media Incitement Since Wye", Feb. 1999

1

**Dozens of articles published in media in Israel and overseas (partial list):**

- "Did Israel kill Yasser Arafat? And if so, was it justified?" - *The Jerusalem Post*, Nov. 27, 2012
- "Let's stop pretending" - *The Jerusalem Post*, March 13, 2012
- "The Muslim Brotherhood's Patient Jihad" – *Jewish Ideas Daily*, July 25, 2012
- "The American congressional candidates were correct in criticizing the PA for promoting terror" – The Jerusalem Post, Dec. 18, 2011
- "HananAshrawi ignores glorification of terror", *The Hill*, July 13, 2010
- "Hillary Clinton's unfortunate mistake", *The Jerusalem Post*, March 24, 2010
- "Beyond Mere Hatred", *The Jerusalem Post*, Dec. 16, 2009
- "Will the US follow its laws and suspend funding to Abbas?", *The Jerusalem Post*, May 25, 2009
- "The Genocide Mechanism", *The Jerusalem Post*, Apr. 26, 2009
- "When Hatemongering is Common Currency",*The Ottawa Citizen*, April 24, 2009
- "Why is the West funding Mahmoud Abbas' hate TV?", *The Jerusalem Post*, Oct. 28, 2008
- "Palestinian hate education and its Jewish advocates", Feb. 25, 2007
- "What happens when you give in to blackmail",*The Jerusalem Post*, Dec. 28, 2006
- "How Fatah got religion and lost power",*The Jerusalem Post,* Sept. 12, 2006
- "Seducing children to martyrdom",*The Jerusalem Post*, July 4, 2006
- "How the PA makes suicide bombers", *The Jerusalem Post*, Mar. 17, 2006
- "Victims forever?" *The Jerusalem Post,* Sept. 14, 2005
- "The Proper Timing of Terror (Published as: "Saboteur and Shahid"), *The Jerusalem Post*, Mar. 2, 2005
- "The Palestinian Schoolbooks: Planting seeds of the next war", *The International Herald Tribune*, Dec. 24, 2004
- "The Incitement Yardstick", *The Jerusalem Post*, Dec. 21, 2004
- "Palestinian children in combat support roles: Behavior mirrors teachings in PA schoolbooks and popular culture", Oct. 17, 2004
- "Engineering civilian casualties", *The Jerusalem Post,* June 2, 2004
- "PA blames Israel for Palestinian child bombers", *National Post* (Canada), Apr. 8, 2004
- "Dangerous Misconception", *The Ottawa Citizen*, Mar. 28, 2004
- "PA and Hamas Ideology Converge" (Published as: "Find the Differences"), *The Jerusalem Post,* Mar. 28, 2004
- "Aspiration not Desperation",*The Jerusalem Post*, Jan. 29, 2004
- "Palestinian kids have learned hate and death aspiration", *National Post* (Canada), Jan. 10, 2004
- "Pedagogy of Hate", *The Jerusalem Post*, Jan. 4, 2004
- "The PA's anti-US message", *The Jerusalem Post*, Oct. 26, 2003
- "Promoting Women Terrorists", *The Jerusalem Post*, Oct. 9, 2003
- "Teaching Israeli Arabs to Love only 'Palestine'", *The Jerusalem Post*, Sept. 12, 2003
- "Seven Minutes of Peace Promotion", *The Jerusalem Post*, July 18, 2003
- "Planting the seeds of the next war", *The Jerusalem Post,* June 29, 2003

- "Palestinian words since Aqaba - more telling than deeds", *The Jerusalem Post*, June 20, 2003
- "Islamic Law and Islamic Terror in Palestinian Authority Ideology", May 9, 2002
- "Lies, Libels and Historical Revisionism in the Palestinian Authority", *MakorRishon*, Feb. 22, 2001

**Findings, reports and bulletins published by PMW, under my direction, have been cited in hundreds of articles and reports in newspapers in Israel and abroad (partial list):**

- USA Today, Jan. 4, 2013
- World Tribune, Dec. 16, 2012
- The Daily Mail, Oct. 29, 2012
- The Wall Street Journal, Oct. 25, 2012
- The Weekly Standard, Sept. 28, 2012
- The Washington Post, Sept. 28, 2012
- The Australian (Online Newspaper), Sept. 11, 2012
- World Tribune, Aug. 28, 2012
- Haaretz, July 27, 2012
- Mail Online (Daily Mail), June 14, 2012
- Russia Today, June 13, 2012
- Ynet News, June 13, 2012
- The Washington Times, June 11, 2012
- Herald Sun, June 4, 2012
- Huffington Post - June 1, 2012
- Chicago Sun-Times, May 10, 2012
- PRI's The World, Feb. 3, 2012
- The New York Times, Jan. 23, 2012
- Reuters, Jan. 22, 2012
- Associated Press (AP), Jan. 22, 2012
- The New York Times, Dec. 20, 2011
- Maariv, Dec. 9, 2011
- The Washington Post, Sept. 27, 2011
- UK Daily Mail Online, Aug. 8, 2011
- Fox News, Aug. 4, 2011
- Haaretz, July 28, 2011
- Chicago Sun-Times, Mar. 14, 2011
- Israeli TV, Channel 1, Mar. 13, 2011
- Arutz 10, Feb. 9, 2011
- Spectator, Dec. 19, 2010
- The Washington Times, Dec. 8, 2010
- The Wall Street Journal, Dept. 28, 2010
- New York Daily News, July 14, 2010
- Chicago Sun-Times, July 6, 2010
- Huffington Post, June 20, 2010
- The Telegraph, June 11, 2010
- The Washington Times, June 2, 2010

3

- DanielPipes.org, May 3, 2010
- The New York Times, May 3, 2010
- The Washington Times, April 19, 2010
- The New York Times, March 22, 2010
- The Jerusalem Post, March 11, 2010
- Haaretz, Dec. 27, 2009
- Denver Post, Nov. 22, 2009
- Der Spiegel, Nov. 2, 2009
- Jyllandsposten (Denmark) July 3, 2009
- Nu – DET liberala NYHETSMAGASINET (Sweden), June 18, 2009
- The World (Världen), June 16, 2009
- The Washington Times, June 16, 2009
- KristeligtDagblad (Denmark), June 15, 2009
- Arab Media & Society, issue 8, Spring 2009;
- The Ottawa Citizen, Mar. 26, 2009
- The Washington Times, Mar. 7, 2008
- The Star-Telegram, Oct. 27, 2007
- The New Republic, Oct. 26, 2007
- The Washington Times, Sept. 5, 2007
- The Washington Post, Aug. 30, 2007
- Forbes.com Aug. 15, 2007
- The New York Times, July 17, 2007
- National Review, June 22, 2007
- New York Sun, Feb. 15, 2006;
- Jerusalem Report, July 11, 2005;
- Haaretz (Israel), July 5, 2005;
- Ma'ariv (Israel), July 1, 2005;
- Washington Times, May 23, 2005;
- New York Sun, Apr. 22, 2005;
- The Examiner (Washington), March 30, 2005;
- The Weekly Standard, Feb. 8, 2005;
- Washington Times, June 16, 2004;
- Boston Globe, Jan. 14, 2003;
- Sunday Times, Jan. 19, 2003;
- The Globe and Mail, Oct. 11, 2003;
- La Stampa, Jan. 13, 2003;
- Boston Globe, Jan. 14, 2003;
- Jungle World (Germany Weekly), Jan. 2003;
- New York Sun, Dec. 23, 2002;
- Los Angeles Times, Jul. 20, 2002;
- Jerusalem Post, Jan. 13, 2002;
- Washington Times, Apr. 27, 2002;
- Insight Magazine (Washington), Dec. 11, 2002;
- Boston Globe, Dec. 25, 2002;
- Jerusalem Report, July 2, 2001;
- The Sun (Baltimore), Aug. 5, 2000;

4

- Jerusalem Report, Dec. 21, 1998

**Additional publications (examples):**

- Book entitled "Deception – Betraying the peace process," December 2011

- Chapter entitled, "The Protocols of the Elders of Zion: An Authentic Document in Palestinian Authority Ideology" in *The Paranoid Apocalypse* published by NY University Press 2012

- "Deception: The Palestinian Authority's Public Commitments and Its Actual Activities and Messages" in *The Changing Forms of Incitement to Terror and Violence: The Need for a New International Response*, published by the Jerusalem Center for Public Affairs and the Konrad-Adenauer Stiftung, Jerusalem, 2012

- Chapter entitled, "The Protocols of the Elders of Zion in Palestinian Ideology" published by NY University Press (papers presented at a conference at Boston University, marking the 100th anniversary of the first publication of the "Protocols") 2012

- Chapter entitled, "Anti-Semitism among Palestinian Authority Academics" in "Academics Against Israel and the Jews", published by the Jerusalem Center for Public Affairs, Jerusalem, 2007;

- Chapter entitled, "Kill a Jew – Go to Heaven: The Perception of the Jew in Palestinian Society" in *Jewish Political Studies Review*, vol. 17, no. 3 and 4, published by the Jerusalem Center for Public Affairs, Jerusalem, 2005

- "In Their Own Words: Anti-Semitism and Racism as Policy in the Palestinian Authority" – study prepared for the Simon Wiesenthal Center (www.wiesenthal.com) and presented at the United Nations World Conference Against Racism, Racial Discrimination, Xenophobia and Related Intolerance, Durban, South Africa 2001

- Thousands of bulletins in Hebrew and English – on average two or three per week – published by PMW 1997-2013, on subjects related to PMW research (some may be accessed on the PMW website). Including (partial list):

o "EU-funded Palestinian NGO glorifies hijackings, terror, and hatred of Israel and the US", Dec. 20, 2012
o "Hamas in video to Israelis: "We've missed the suicide attacks" - Pillar of Defense #4", Nov. 18, 2012
o "Lawyer for Corrie family: Nazi Germany's founding was legal while Israel's founding was theft", Aug. 29, 2012
o "PA children taught to hate Jews and Christians", June 17, 2012
o "Abbas honors terrorists", Mar. 19, 2012

5

- "PA TV glorifies violence: 'Boom out loud, oh voice of the machine gun… Oh AK-47, make sounds of joy'", Dec. 15, 2011
- "Mother of 4 terrorist murderers chosen by the PA to launch statehood campaign", Sept. 18, 2011
- "PA summer camp sponsored by Fayyad names children's groups after terrorists", July 21, 2011
- "Palestinian news agency misleads English language readers", May 3, 2011
- "New Palestinian conspiracy theories: Israel and US behind major crises in Arab world ", Jan. 12, 2011
- "PA daily demonizes Israel as 'a country whose aim is destruction and ruin of humanity'", Dec. 28, 2010
- "Jesus was a Palestinian - 'no one denies that,' says PA TV", Dec. 24, 2010
- "Group that sings about destruction of Israel named national band by Abbas", Nov. 28, 2010
- "New PA libel: Israel tortures prisoners with hot irons and electric drills", Nov. 1, 2010
- "Mother of 4 terrorists serving 18 life sentences for murder honored by Palestinian Authority", Sept. 1, 2010
- "Palestinian child: Fatah conference taught youth to be future 'combatants' against Israel", July 18, 2010
- "Abbas on mastermind of Munich Olympics massacre: 'A wonderful brother, companion, tough and stubborn, relentless fighter", July 6, 2010
- "Song to violence and death at PLO cultural festival", June 9, 2010
- "PA to Israelis: Go to Europe and Ethiopia because Israel is "stolen" land", May 11, 2010
- "Abbas promotes terrorist killer of three Americans to major-general", March 28, 2010
- "PA historian and PLO official deny Israel's history in the Land of Israel and accuse Israel of "stealing" Palestinian symbols", Nov. 3, 2009
- "PA and Hamas: Kidnapping Israeli soldiers key to freeing imprisoned terrorists", Sept. 23, 2009
- "Terrorists who killed 37 Israeli civilians applauded as heroes by Fatah conference delegates", Aug. 5, 2009
- "Palestinian cleric on PA TV (Fatah): 'In all of Europe there weren't 6 million Jews'", July 21, 2009
- "PA boasts of past terror attacks by security forces currently being trained by the US", July 7, 2009
- "Fatah boasts about lynch murder of two Israeli soldiers in 2000", June 25, 2009
- "Hamas converts 46 ambulances to military vehicles, misusing humanitarian aid", June 8, 2009
- "PA continues to glorify terrorist murderers", Feb. 18, 2009
- "Saudi scholar on Hamas TV: Jews are the enemies of Allah and should be killed", Jan. 12, 2009
- "Hamas explains use of human shield: 'We desire death as you desire life'" [Feb. 29, 2008] Dec. 29, 2008"
- "PA TV (Fatah), video: There never has been a Jewish Temple - never will be! Defend the Al-Aqsa Mosque against Israel", Sept. 25, 2008
- "PA leaders: Kuntar a hero", June 25, 2008
- "Fatah and Hamas use identical symbols to teach children hatred of Israel", May 25, 2008
- "Palestinian daily honors Sbarro terrorist as 'heroic'", April 8, 2008
- "PA TV (Fatah) lauds Internet site calling for Israel's elimination", March 14, 2008

6

- o "'An extraordinary hero… a beacon of light' – Arch terrorist ImadMughniyeh lauded in PA – Fatah newspaper", March 13, 2008
- o "Fatah leader supports terror war in Iraq", March 5, 2008
- o "Abbas rejects Jewishness of Israel, doesn't rule out armed conflict, proud to have taught terror to world", Feb. 28, 2008
- o "Abbas with PLO flag erasing Israel", Jan. 14, 2008
- o "PA TV: Singing to Israel's destruction", Oct. 29, 2007
- o "Palestinian Authority TV visualizesa world without Israel: Shows map of Israel covered by Palestinian flag", Oct. 17, 2007
- o "Soccer tournament named for 'Bat Mitzvah attack' terrorist", Aug. 16, 2007
- o "A window into the culture of *Shahada*," Aug. 1, 2007
- o "PA gloats over Israelis' fear of missiles", May 31, 2007
- o "Hamas Spokesman: Genocide of Jews remains Hamas goal", April 12, 2007
- o "Four-year-old girl vows to be suicide terrorist in Hamas TV dramatization", March 21, 2007
- o "Hillary Clinton's full statement introducing PMW's report on Palestinian schoolbook", March 1, 2007
- o "PA TV Tribute to the ideal men - Saddam and Arafat - "Only...because we love the *men*", Jan. 2, 2007
- o "PA Daily: Jews fan the flames of evil, provoke wars, control finance and media and dominate US policy", Nov. 1, 2006
- o " Hamas: Pope is Nazi, arrogant, stupid and criminal; Allah will punish Pope in due time", Sept. 26, 2006
- o "PA celebrates Hezbollah attacks", Aug. 9, 2006
- o "Jesus the Palestinian In Palestinian Authority ideology", July 6, 2006
- o "Palestinian Authority political leaders advocated kidnapping-for-hostage policy", June 27, 2006
- o "PA TV: Dreaming of Israel's destruction", May 15, 2006
- o "PA Child: "Daddy bought me a machine gun and a rifle", Feb. 28, 2006
- o "Hamas video: We will drink the blood of the Jews", Feb. 14, 2006
- o "PA Leadership Duplicity: PA leader QaduraFaras talks peace to Israelis and terror to Palestinians", Jan. 11, 2006
- o "PA on Terror: 'Condemns' on paper, praises in practice, Dec. 6, 2005
- o "PA Ministry of Culture Glorifies Murderer of 29", Aug. 22, 2005
- o "PA Course Honors Terrorist Wafa Idris", July 7, 2005
- o "PA TV Sermon: Extermination of Jews and Subjugation of Christians – Inevitable Goal of History", May 16, 2005;
- o "PA Accusation: US forcing Christianity on Muslims", April 21, 2005
- o "PA Religious Leader: Goal is Israel's Destruction", Feb. 8, 2005;
- o "PA Academic on PA TV: Killing of Jews is Mandatory", Dec. 27, 2004;
- o "Twice in 3 Days on PA TV: PA Religious Leaders Call for Genocide of Jews", Sept. 14, 2004;
- o "PA Children's Play: The Jews Burned Palestinians in Ovens", April 19, 2004;
- o "PA Libel: Israel Encourages PA Child Terror for PR Gain", March 25, 2004;
- o "PA Editor: Israel Attacked Paris Synagogue to Encourage French Jews to Come to Israel", Jan. 11, 2004;
- o "PA Celebrates the Start of the Fourth Year of War", Oct. 2, 2003;
- o "PA Society's Universal Support for Suicide Bombers", Sept. 24, 2003;
- o "Teaching Israeli Arabs to Love Only 'Palestine'", Sept. 14, 2003;
- o "PA Names Summer Camp After Master Terrorist", July 15, 2003;

7

- o "New PA Libel: Israel Puts Bombs in Toys to Kill Children", March 5, 2003;
- o "PA Soccer Tournament Named After Passover Massacre Suicide Bomber", Jan. 21, 2003;
- o "We Shall Knock on Heaven's Doors With the Skulls of Jews", Hamas, Dec. 2, 2002;
- o "Mother Promotes Killing and Death – New PA TV Clip", Oct. 3, 2002;
- o "PA Renews Efforts to Have Palestinian Children Die in Confrontations", Sept. 30, 2002;
- o "Palestinian Youth Admire Terrorists", Aug. 23, 2002;
- o "Talking Democracy, Singing Terrorism", May 23, 2002;
- o "PA Libel: Israel Steals Body Parts from Palestinian Martyrs to Use in Hospitals", Dec. 24, 2001;
- o "Call to Kill Jews and Conquer Israel in Palestinian TV Sermon", Aug. 8, 2001;
- o "Dramatic Increase in Violent Broadcasts on PA TV", Aug. 1, 2001;
- o "All Lies… No Dachau, No Auschwitz, These Were Disinfection Sites", Nov. 29, 2000;

**Advisory and/or research activities:**

Appearances in Israeli Parliament, legislatures and parliamentary committees in the United States and Europe; lectures to Members of Parliament and administrative personnel around the world, as an expert in the area of researching Palestinian Authority incitement. Partial list:

- In 2012, Palestinian Media Watch lectured to MPs and government officials from the European Union, Brittan, Australia, Holland, Norway, Israel, Italy, and Switzerland.
- In 2011, Palestinian Media Watch lectured to MPs and government officials from the United States,Brittan, Australia, Holland, Norway, and Israel.
- Lecture to delegation of Australian MP's in Israel (Nov. 2010)
- Meeting with Australian Foreign Minister concerning the PA, during the peace talks (Oct. 2010)
- Lecture to Australian Parliament during the peace talks (Oct. 2010)
- Knesset Education Committee – discussion about PA schoolbooks (July 2010)
- Press conference at the US Congress, together with Chairman of the Subcommittee on Terror, Brad Sherman, and Steve Rothman, on glorification of terrorists (May 2010)
- Press conference and lecture to EU Parliament, with MEP Hana Takkalu of Finland (June 2010)
- Lecture to Italian MP's on "Education to Peace or to Hatred" (2009)
- Lecture to US Congress Committee for International Relations, presentation of PA violations since the Annapolis Agreement (2009)
- Lecture to Dutch Parliament on PA violations of agreements (2009)
- Presentation to US Congress Committee for International Relations on friendly ties between the PA and US enemies such as Iran and North Korea (2008)
- Lecture to Norwegian Parliament on PA hate education using Norwegian funding (2008)
- Presentation to Knesset Education Committee on new PA schoolbooks (2007)
- Press conference at the US Senate with then-Senator Hillary Clinton, presenting study on new PA schoolbooks (2007)
- Lecture to US Congress Committee for International Relations, on PA violations of Annapolis Agreement (2007)

- Lecture at Knesset to 80 foreign ambassadors in Israel, on International Holocaust Memorial Day (2005)
- Lecture to Knesset Committee on Foreign Relations and Defense, describing changes in PA ideology and tactics 1997-2005 (2005)
- Subcommittee on Middle East of US Congress International Relations Committee – lecture on ideology in the PA (2005)

- Sub-Committee on Education of US Senate Budget Committee – testimony at hearing on PA education of children to hatred of Israel and the US and to "Death for Allah", and US funding for this education (2004)
- Presentation to British Parliamentary Committee on Antisemitism (2003)
- Knesset Education Committee – presentation of comparative study of schoolbooks in the PA, Jordan and Syria (2000)
- Sub-Committee on Education of US Senate Budgetary Committee – expert testimony during hearing on "Palestinian Education and Palestinian Media" (2003)
- Four lectures to Australian Parliament concerning PA education to peace/hatred (2003, 2005, 2007)
- Three lectures to Canadian Parliament concerning PA education to peace/hatred (between 2002 - 2006)
- Four lectures to European Parliament concerning PA education to peace/hatred (2001-2007)
- Four lectures to British Parliament concerning PA education to peace/hatred (2002-2007)
- Lecture to members of German Parliament concerning "Education of Palestinian children and anti-Semitism" (Nov. 2004)
- Lecture to members of French Parliament on "Indoctrination of Palestinian children to Martyrdom" (July 2003)
- Lecture to Senators and their advisors, US Senate, Washington D.C. (2001)
- Several lectures to delegations of foreign Members of Parliament and foreign journalists, at the invitation of the Israeli Foreign Ministry

**Advisory roles to governments / governmental agencies:**

- Member of committee for preparing the "Incitement Index", Israeli Prime Minister's Office (March 2010 – present)
- Report on PA glorification of terrorists, presented at joint press conference with Israeli Deputy Foreign Minister, Danny Ayalon (May 2010)
- Preparation of position papers on subjects pertaining to my sphere of expertise for the Israeli Prime Minister's Office (twice during the tenure of PM Ariel Sharon, once for the current government) for meetings with US Presidents
- Testimony to the "Committee to Establish Principles for Conducting Negotiations for Redemption of Captives and MIA's", headed by former Supreme Court Justice Meir Shamgar – presentation of report prepared by PMW on "Ramifications of the Release of Palestinian Prisoners for Palestinian Leadership and Society" (2008)
- Lecture to the Council on Foreign Relations, New York, on PA use of children's TV programs and of schoolbooks for inciting children to hatred (2004)

- Member of the negotiating committee named the "Committee for the Prevention of Incitement" established within the framework of the Wye Memorandum, and preparation of all materials for the meetings and discussions in this forum (1999)
- Lectures on subjects pertaining to my sphere of expertise to participants in professional courses for Israeli and American security bodies
- Briefings to administration officials, ministers, advisors and security personnel around the world, including advisors to President Bush (3 times), the Australian Foreign Minister (2010), New Zealand Foreign Ministry (2006), Swiss Foreign Ministry (2008), Danish Foreign Ministry (2009), Australian Head of Intelligence (2007), and many others.
- Yearly lectures to FBI agents: 2010- 2012

**Lectures at academic conferences, at universities, and at research centers, since 1999:**

- Conference at Bar Ilan University (2012)
- Yale University Conference on Antisemitism:  "The Central Role of Palestinian Anti-Semitism in Creating the Palestinian Identity" (Aug. 2010)
- Annual conference of the Herzliya Inter-Disciplinary Center, Israel (2010)
- Conferences at the Hudson Institute, NY (2010, 2008, 2004)
- Conference of the Herzliya Inter-Disciplinary Center, on the media during the Second Lebanon War (2008)
- Jaffe Center, Tel Aviv University, on the Second Lebanon War (2006)
- Conference at the Institute for Counter-Terrorism at the Herzliya Inter-Disciplinary Center, on "Terrorism's Global Impact" (2006, 2005)
- Conference at Boston University on the "Protocols of the Elders of Zion" (2005)
- Conference at Monash University, Australia, on Antisemitism (2005)
- Conferences at the Ariel University Center of Samaria, on the Media and the Middle East (2005, 2002)
- Conference at Harvard University on radical Islam (2004)
- Conference at Bar-Ilan University, Israel, on Palestinian media (2002)
- Annual Conference of the American Bar Association, on the connection between the 9/11 attacks and Sharia law (2002)
- Conference at Jaffe Center, Tel Aviv University, on ideology in Palestinian society (2001)
- Harry Truman Institute, Hebrew University of Jerusalem - Conference on PA schoolbooks (2000)
- Dozens more lectures on subjects related to my sphere of expertise at universities, and participation in additional conferences in the US, Canada, Australia, Germany, Austria, Norway, England, Belgium, South Africa, South Korea, Thailand, and the Philippines.