# EXHIBIT B.29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

          Plaintiffs,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

          Defendants.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ISRAEL SHRENZEL

Israel Shrenzel hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Report of Israel Shrenzel in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated April 10, 2013, is a true and accurate copy of the expert report that I submitted in the above-referenced case.

2. The attached expert report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              _____
                                              ISRAEL SHRENZEL

Dated: March ___, 2014

                                              1.6.2014