# EXHIBIT B.32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

                      *Plaintiffs*,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

                      *Defendants*.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DR. ALAN FRIEDMAN

Dr. Alan Friedman hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Reports of Dr. Alan Friedman in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), which present my expert opinions on the injuries suffered by plaintiffs Shmuel Waldman, Shayna Gould (Elliott), Shaul Mandelkorn, Oz Guetta, Rena Sokolow, Mark Sokolow, Lauren Sokolow, Alan Bauer, Jamie Sokolow and Yehonathan Bauer, as a result of the events at issue in this matter, are true and accurate copies of the expert reports that I submitted in the above-referenced case.

2. The attached addendum to my report, dates September 3, 2013, withdraws a small portion of my opinion regarding Rena Sokolow. This correction does not alter the rest of the opinions set forth in the attached expert reports.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                   DR. ALAN FRIEDMAN

Dated: June 2, 2014