# EXHIBIT B.33

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER