# EXHIBIT B.34

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER