# EXHIBIT B.35

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER