# EXHIBIT B.36

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER