# EXHIBIT B.37

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER