# EXHIBIT B.38

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER