# EXHIBIT B.39

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER