# EXHIBIT B.40

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER