# EXHIBIT B.41

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER