# EXHIBIT B.42

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER