# EXHIBIT B.43

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER