# EXHIBIT B.44

**Alan Friedman, M.D., FAAPMR**
Bet Shemesh
Israel
(050) 787-4628
Fax: (077) 933-2036
E-mail: friedmal@012.net.il

*PERSONAL*

    Born: Pretoria, South Africa
    Aliyah: 2000

*EDUCATION*

| | |
|---|---|
| **Residency** 7/96-6/99 | Physical Medicine and Rehabilitation<br>UMDNJ / New Jersey Medical School<br>Newark, New Jersey<br>The Kessler Institute for Rehabilitation<br>Chairman: Joel DeLisa, MD, MS<br>Board-certified, 2000 |
| 7/93-6/96 | Internal Medicine<br>North Shore University Hospital<br>Cornell Medical School<br>Manhasset, New York<br>Chairman: Lawrence Scherr, MD<br>Board-certified, 1996 |
| **Medical Degree** 8/89-6/93 | The Albert Einstein College of Medicine<br>Bronx, New York<br>Degree: Doctor of Medicine |
| **Graduate** 8/88-6/89 | Talmudic University<br>Miami, Florida<br>Degree: Rabbinical Ordination |
| **Undergraduate** 9/84-6/88 | Yeshiva University<br>New York, New York<br>Degree: BA, Pre-Health Sciences, History |

*BOARD CERTIFICATION*

    6/00    American Board of Physical Medicine and Rehabilitation
    8/96    American Board of Internal Medicine
    3/94    National Board of Medical Examiners

*MEDICAL LICENSURE*

    Israel, Specialist License #18841

**Alan Friedman, MD**

New Jersey, USA License
New York, USA License

## EMPLOYMENT

| | |
|---|---|
| 7/09 – present | Department Head, Rehabilitation Medicine, Laniado Hospital, Tzanz Medical Center, Netanya, Israel. Establishing new rehabilitation medicine department, electrodiagnostic testing, consultations, and musculoskeletal clinics. |
| 1/05-12/10 | Medical Consultant, Appeals Court for Disability Claims, District Court, Jerusalem, Israel. |
| 5/01-1/09 | Staff Physiatrist, Hadassah University Hospital Mt. Scopus Campus. Electrodiagnostic testing and muscle disease evaluations. |
| 3/00-present | Self-employed Physiatrist, NY & NJ, USA. Office evaluations of musculoskeletal conditions, including diagnostic and therapeutic procedures. Hospital and sub-acute rehabilitation facility consultations and inpatient care. |
| 7/99-3/00 | The Physical Medicine and Rehabilitation Center, P.A. Englewood, New Jersey. Associate in large Physiatry practice. Office evaluations of musculoskeletal conditions. Responsible for consultations and inpatient care in hospitals and sub-acute rehabilitation facilities. |
| 6/98-6/99 | Staff Physician, Ambulatory Care – Emergency Room Veteran's Affairs Health Care System East Orange, New Jersey |

## EXPERT COURT TESTIMONY

- *Wultz v. Islamic Republic of Iran*, Civil Action 08-cv-1460 (RCL) (United States District Court for the District of Columbia, February 29, 2012).
- *Sapirstein v. Palestinian Authority,* Case No. 0420225-CIV-Turnoff) (United States District Court for the Southern District of Florida).
- *Knox v. The Palestine Liberation Organization*, Civil Action No. 03-CV-4466(VM)(THK), (expert report submitted)(Southern District of New York).
- *Ben Haim v. Islamic Republic of Iran*, C.A. No. 00 CV 02602 (RCL) (expert report submitted) (United States District Court for the District of Columbia).
- *Stern v. Islamic Republic of Iran*, Case No. 1:00 CV 2602 (RCL) (expert report submitted) (Federal District Court, Washington DC)
- *Rubin, et.al v. The Republic of Iran,* (Federal District Court, Washington DC, January 8, 2003)

2

- *Estate of Unger v. Palestinian Authority, et. al.,* CA No. 00-105L (Federal District Court, Providence, R.I. July 12, 2002).

## OFFICES AND ACTIVITIES

- 1998-2006 AAPM&R Membership Marketing Committee
- 1998-99 AAP Resident Council Historical Committee-Ad Hoc, Chairman
- 10/98 Course Director, Electromyography for Residents, Kessler Institute for Rehabilitation
- 1997-98 AAPM&R Resident Physician Council Membership Marketing Committee Chairman
- 1996-99 Contributing Editor *Rehab In Review*
- 1995-96 Representative to North Shore University Hospital Ethics Committee

## HONORS AND AWARDS

- 6/99, 12/03 Physician's Recognition Award, American Medical Association
- 11/98 Rhone-Poulenc Rorer Physical Medicine and Rehabilitation Resident's Scholarship Program

## CHAPTERS

- The Hip: Anatomy, Pathology, Diagnosis, Treatment, & Rehabilitation. PM&R Secrets, vol. 3. Mosby Elsevier Press, Philadelphia, PA., 2008.

## RESEARCH AND PUBLICATIONS

Friedman A, Diamond M, Johnston MV, Daffner C. Effects of Botulinum Toxin A on Upper Limb Spasticity in Children with Cerebral Palsy. *Am J Phys Med Rehabil* 2000; 79:53-59.

Friedman A. Resident's Attitudes Towards Membership in Professional Organizations. (Abstract). Association of Academic Physiatrists 1999 Annual Meeting.

Diamond M, Friedman A, Daffner C, Johnston MV. Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy (Abstract). *Arch of Phys Med Rehab* 1998; 79(9):1147.

Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report. George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996.

Friedman A, Rosner F. The Allocation of Scarce Medical Resources and Jewish Life; *L'Eyla Journal,* 39:10-15, April 1995.

Goldberg G, Friedman A, *et al*. Lymph Node Sampling in Patients with Epithelial Ovarian Carcinoma; *Gyn Oncol,* 47:143-145, Nov. 1992
Presented at Society of Gynecologic Oncology Conference, March 1992.

**Alan Friedman, MD**

    Friedman A. Polymer Development. Honors Research Society, Yeshiva University; *Abstracts 1987*; 1:13.

**PRESENTATIONS**
- Survey of Residents' Attitudes towards Membership in Professional Organizations. Poster Presentation, AAP 35th Annual Meeting, Orlando, FL, 2/99
- Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy. Platform Presentation, AAPM&R 60th Annual Assembly, Seattle, WA, 11/98
- Rehabilitation of the Patient with Rheumatoid Arthritis. Grand Rounds, Department of Physical Medicine and Rehabilitation, UMDNJ, June 5, 1998

**PROFESSIONAL MEMBERSHIPS**
    American Academy of Physical Medicine and Rehabilitation
    American College of Sports Medicine
    American Academy of Pain Management
    Israeli Society of Rehabilitation & Physical Medicine
    Israeli Society of Musculoskeletal Medicine

**REFERENCES**
    Provided upon request.