# EXHIBIT B.45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

                Plaintiffs,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

                Defendants.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF MICHAEL NEWTON

Michael Newton hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Rebuttal Report of Michael Newton in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated Sept. 16, 2013, is a true and accurate copy of the expert rebuttal report that I submitted in the above-referenced case.

2. The attached expert rebuttal report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
MICHAEL NEWTON

Dated: May 31, 2014