# EXHIBIT B.47

# VANDERBILT Law School

## Michael A. Newton
131 21st Avenue South, Room 298, Nashville, TN 37203
Tel: (615) 322-2912 / Fax: 6631 / mike.newton@vanderbilt.edu

**Professor of the Practice of Law, Vanderbilt University Law School** –
  http://law.vanderbilt.edu/newton / Current Top Secret Clearance last adjudicated 25 Sept 2009
**Director, Vanderbilt in Venice Academic Program** --
  http://law.vanderbilt.edu/academics/vanderbilt-in-venice/index.aspx
**Current Courses:** International Criminal Law, Comparative Counterterrorism, Advanced International Humanitarian Law Seminar & International Law Practice Lab
**Other Expertise:** National Security Law, Peace Operations [DDR in particular], Foreign Relations, Human Rights Law

**Previous Academic Positions:**
***Associate Professor, U.S. Military Academy Department of Law, West Point, N.Y.***
  *2002-2005*    Courses Taught: International Law, Law of Armed Conflict, Constitutional Law

**Professor of International and Operational Law,** *International and Operational Law Department, Judge Advocate General's School, Charlottesville, VA* ➔ 1996-1999
  Taught: International Law, Operational Law, Law of War Workshop, & Intelligence Law Seminar

**Education:**
LL.M., The University of Virginia School of Law, Charlottesville, Virginia (2001)
LL.M., The Judge Advocate General's School, Charlottesville, Virginia (1996)
J.D.,  The University of Virginia School of Law, Charlottesville, Virginia (1990)
B.S.,  United States Military Academy, West Point, New York (1984)

**Professional Memberships:**
Elected Member, International Institute of Humanitarian Law, American Society of International Law (Elected to Executive Council, 2011); International Association of Penal Law [AIDP]; Virginia Bar; International Bar Association; American Bar Association; International Association of Prosecutors

**Selected Professional Activities:**

Member, Board of Advisors for the ABA International Criminal Court Project
One of the two U.S. delegates who successfully negotiated the Elements of Crimes Document for the International Criminal Court – 1999 – 2001 {which achieved the consensus of all delegations}
Member, Expert's Panel on the Future of American Policy Towards the International Criminal Court, American Society of International Law, http://www.asil.org/icc-task-force.cfm – 2008 – 2009
Provided Legal Advice on conduct of hostilities to the Libyan Transitional National Council - 2011
Expert Advisor to the Government of Peru system wide legal reforms – assisted with analysis in support of the Fujimori trial and working with the Supreme Court and Ministry of Justice in support of ongoing judicial reforms in the wake of the Sendero Luminoso era]
Coordinating support to the UN HQ Conduct and DisciplinaryAffairs Unit with respect to regulations for investigation and prosecution of widespread gender crimes committed during UN Peace Operations by both uniformed contingents and civilian staff
Advised the Afghanistan Rule of Law Field Force – 2010 & 2011 [human rights issues and technical assistance related to rule of law reform]
Expert Advisor: Council on Foreign Relations Reports on ICC Related Projects – 2010 & 2011



International Advisor on Domestic Incorporation of the Rome Statute for the Government of Uganda – 2008-2011 [worked with Governmental officials, High court judges, and UN agencies in support of DDR efforts in Northern Uganda, the work of the Amnesty commission, and the establishment of the domestic war crimes chamber]
Expert advisor to the Genocide Prevention Task Force, United States Holocaust Memorial Museum, American Academy of Diplomacy, and United States Institute of Peace – 2008
> This Report led, *inter alia*, to the Conference on Instability Indicators and Genocide Prevention held at Vanderbilt Law School and the International Symposium on Preventing Genocide and Mass Atrocities held at the Shoah Memorial in November 2010 and the later evolution of PDD-10

Served as International Legal Advisor to the Judicial Chambers of the Iraqi High Criminal Court 2006 - 20087 [extensive advice related to Dujail, Anfal and 1991 cases, and discrete issues from other cases]
Assisted in Drafting and Implementation of the Statute for the Iraq Special Tribunal, 2003 -4
Chairman, Tribunals Subcommittee, International and National Security Law Practice Group, Federalist Society 2003-05
U.S. representative on the U.N. Planning Mission for the Sierra Leone Special Court – 2002 (Member of the Special Court Academic Consortium and involved in the efforts to reintegrate rebel groups)
Coordinated U.S. support for the current *ad hoc* International Tribunals – 1999-2002
Coordinated U.S. Government Support to the Milosevic Case (to include responsibility for planning and accompanying the FBI forensics deployments into Kosovo – 1999)
Handled more than 500 cases as a Military prosecutor – 1991-1995
Operational Lawyer in Northern Iraq – 1991 [deployed on Operation Provide Comfort to aid Kurds]

**Notable Educational Achievements:**

Designed and implemented one of the most innovative experiential and substantive courses in modern American legal education – http://law.vanderbilt.edu/academics/academic-programs/international-legal-studies/international-law-practice-lab/index.aspx
Active in support of the Kosovar Albanian delegation in sovereignty negotiations in Vienna
Led international criminal law aspects of the Judicial Training Institute for senior Iraqi jurists in Baghdad – Dec. 2003 [presently active in an advisory role to the Iraqi High Tribunal]
Wrote, coordinated and led the Law of Armed Conflict Competition for Military Academies, International Institute of Humanitarian Law, San Remo, Italy – 2003, 2004, 2005.
Senior Member of the Defense Institute for International Legal Studies team teaching Iraqi jurists and drafting a constitution for a free Iraq – Nov. 2000
Led the first Rule of Law Symposium for Kosovar judges – June 1999 [later provided legal and technical expertise in developing the Transitional Justice mechanisms in Kosovo]
Planned and executed the Human Rights and Rule of Engagement Training for all Multinational Forces and International Police Officers entering Haiti in support of coalition forces – 1993
Designed and implemented training for Special Forces counterdrug operations - 1992

**Prior Professional Experience:**

* Senior Advisor to the United States Ambassador-at-Large for War Crimes Issues, Office of War Crimes Issues, U.S. Department of State (2001-2002)
* Special Advisor to the United States Ambassador-at-Large for War Crimes Issues, Office of War Crimes Issues, U.S. Department of State (1999-2000)
* Professor of International Law, International and Operational Law Department, The Judge Advocate General's School (1996-1999)
* Brigade Judge Advocate, 194th Armored Brigade (Separate)(1993-1995)

VANDERBILT Law School

  Administrative Law Attorney, U.S. Army Special Forces Command (Airborne), Fort Bragg, N.C. (1992-1993)
* Group Judge Advocate, 7th Special Forces Group (Airborne), Fort Bragg, N.C. (1992)
* Chief Operational Law, U.S. Army Special Forces Command (Airborne), Fort Bragg, N.C. (1991-1992)
* Company Executive Officer, Battalion Support Platoon Leader, and Armor Platoon Leader, 4th Battalion, 68th Armor, Fort Carson, Colorado (1984-1987)

**Publications:**

  ***Current Projects***

PROPORTIONALITY IN INTERNATIONAL LAW with Larry May, W. Alton Jones Professor of Philosophy, Vanderbilt University, Oxford University Press, publication pending 2014

*The Proportionality Problem in Counterinsurgency Operations*, ISRAEL L. REV. (Forthcoming 2014)

*Charging War Crimes: Policy & Prognosis, in* THE LAW AND PRACTICE OF THE INTERNATIONAL CRIMINAL COURT: A CRITICAL ACCOUNT OF CHALLENGES AND ACHIEVEMENTS, Chapter 29(Carsten Stahn ed., Oxford University Press (Forthcoming 2014)

*Why Warlords and Terrorists Evade the Law (of Command Responsibility): Arguing for a Modernized Concept of Effective Control,* (Forthcoming 2014)

*The International Criminal Court: A Policy Prognosis for U.S. Cooperation*, EMORY INT. L. REV. (2014)

  ***Books & Book Chapters***

Senior Editor, TERRORISM: INTERNATIONAL CASE LAW REPORTER, Oxford University Press (2007, 2008, 2009, 2010 & 2011)  http://www.oup.com/us/catalog/general/subject/Law/?view=usa&ci=9780199959419

*A Synthesis of Community Based Justice & Complementarity, in* INTERNATIONAL CRIMINAL JUSTICE AND LOCAL OWNERSHIP: ASSESSING THE IMPACT OF JUSTICE INTERVENTION (Carsten Stahn, ed.,Cambridge University Press, 2013) *see* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2081904

*Proportionality and Precautions in Cyber-Attacks, in* INTERNATIONAL HUMANITARIAN LAW AND THE CHANGING TECHNOLOGY OF WAR 229 (Dan Saxon ed., Martinus Nijhoff 2013)

*The Death Penalty and the Iraqi Transition: Lessons of a Lost Opportunity, in* THE POLITICS OF THE DEATH PENALTY, 172 (Madoka Futamura & Nadia Bernaz, eds., Routledge Press, 2013)

*Terrorist Crimes and the Aut Dedere Aut Judicare Obligation, in* COUNTER-TERRORISM STRATEGIES IN A FRAGMENTED INTERNATIONAL LEGAL ORDER, 68 (Larissa van den Herik & Nico Schrijver, eds., Cambridge University Press, 2013)

*Community Based Accountability in Afghanistan: Recommendations to Balance the Interests of Justice, in* JUS POST BELLUM AND TRANSITIONAL JUSTICE 74 (Larry May and Elizabeth Edenson, eds., Cambridge University Press, 2013)

VANDERBILT Law School

*Terrorism and Crimes against Humanity* [co-authored with Michael P. Scharf], *in* CRIMES AGAINST HUMANITY AND INTERNATIONAL LAW 262 (Leila Sadat, ed., Cambridge University Press 2011)

*The Quest for Constructive Complementarity, in* THE ICC AND COMPLEMENTARITY: FROM THEORY TO PRACTICE 304 (Carsten Stahn & Mohammed El Zeidy eds., Cambridge University Press 2011)

*Why Criminal Culpability Should Follow the Critical Path: Reframing the Theory of Effective Control*, 40 NETHERLANDS YEARBOOK OF INTERNATIONAL LAW 3 (2010)

ENEMY OF THE STATE: THE TRIAL AND EXECUTION OF SADDAM HUSSEIN [co-authored with Professor Michael Scharf] 2008, St. Martin's Press – see http://www.enemyofthestatebook.com  [Book of the Year, American Branch of International Association of Penal Law]

*Power not Process – The New Frontiers of Internationalized Justice, in* PROCEEDINGS OF THE SECOND INTERNATIONAL HUMANITARIAN LAW DIALOGS, AUGUST 25-26, 2008, CHAUTAUQUA INSTITUTION, *40 Studies in Transnational Legal Policy 171* (2009)

*Implementing International Law: A Qualified Defense of the Al Dujail Trial, in* 9 YEARBOOK OF INTERNATIONAL HUMANITARIAN LAW 2006, 117 (T. McCormack & Avril McDonald, eds. 2008)

*Echoes of Nuremberg, in* PROCEEDINGS OF THE FIRST INTERNATIONAL HUMANITARIAN LAW DIALOGS, AUGUST 29, 2007, CHAUTAUQUA INSTITUTION, 101 (April 2008)

*Legal Authorities for the Creation of the Iraqi High Tribunal, in* SADDAM ON TRIAL – UNDERSTANDING AND DEBATING THE IRAQI HIGH TRIBUNAL (MICHAEL P. SCHARF & GREGORY S. MCNEAL, eds., 2006)[the book also contains nine of my shorter essays on discrete legal issues]

*The Iraqi Special Tribunal: A Human Rights & Rule of Law Synergy, in* TESTING THE BOUNDARIES OF INTERNATIONAL HUMANITARIAN LAW 243 (Susan C Breau and Agnieszka Jachec-Neale, eds. 2006)

*Unlawful Belligerency After September 11: History Revisited and Law Revised, in* NEW WARS, NEW LAWS ? APPLYING THE LAWS OF WAR TO 21ST CENTURY CONFLICTS 75 (David Wippman and Matthew Evangelista, eds., 2005)

*The Military Lawyer: Nuisance or Necessity ?, in* STRENGTHENING MEASURES FOR THE RESPECT AND IMPLEMENTATION OF INTERNATIONAL HUMANITARIAN LAW, International Institute of Humanitarian Law and the International Committee of the Red Cross (2005)

*Humanitarian Protection in Future Wars, in* 8 INTERNATIONAL PEACEKEEPING: THE YEARBOOK OF INTERNATIONAL PEACE OPERATIONS 349 (2004)

*International Criminal Law Aspects of the War Against Terrorism, in* INTERNATIONAL LAW AND THE WAR ON TERROR, 79 U.S. NAVAL WAR COLLEGE INTERNATIONAL LAW STUDIES 323 (2003)

Editor, OPERATIONAL LAW HANDBOOK (1998)[used in military legal branches around the world]
Editor, CASES AND MATERIALS ON INTELLIGENCE LAW (2d ed. 1997 & 3d ed. 1998)
INTERNATIONAL LAW DESKBOOK, 1997-1998

*Articles & Shorter Pieces*

*Remembering the Chemical Attacks Against the Kurds*, THE HILL, Mar. 26, 2013, *available at* http://thehill.com/blogs/congress-blog/foreign-policy/290333-remembering-the-chemical-atttacks-against-the-kurds

*Human Shields as Unlawful Lawfare*, commissioned by the International Relations and Security Network, Zurich Switzerland, April 24, 2013, *available at* http://www.isn.ethz.ch/isn/Digital-Library/Articles/Special-Feature/Detail/?lng=en&id=163439&contextid774=163439&contextid775=163434&tabid=1454269479

*Inadvertent Implications of the War Powers Resolution*, 45 CASE WESTERN RESERVE J. INT'L L. 255 (2012), *available at*  http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2232354

*About That Genocide Indictment Proposal …*, CNN World, October 25, 2012, *available at* http://globalpublicsquare.blogs.cnn.com/2012/10/25/about-that-genocide-indictment-proposal/

*The Law of War in the War Against Terrorism*, 9 LOYOLA UNIV. OF CHICAGO INT'L L. REV. 1 (2012)[Keynote Address to the 2011 International Law Symposium]

*Evolving Equality: The Development of the International Defense Bar*, 47 STAN. J. INT'L L. 379 (2011), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1701808 [2011 Article of the Year, American Branch of International Association of Penal Law]

*South Sudan's Gathering Storm*, PROJECT SYNDICATE OP-ED PAGE, *available at* http://www.project-syndicate.org/commentary/bradshaw1/English , June 6, 2011 (co-authored with Enough Executive Director John Bradshaw) (translated into nine languages and subsequently published in Business Day (Lagos, Nigeria, China Daily (Beijing), Daily News Egypt, Macau Daily, The Scotsman & Turkish Weekly, among other print and online outlets)

*Flying Into the Future: Drone Warfare and the Changing Face of Humanitarian Law*, 39 DENV. J. INT'L LAW AND POL'Y 101 (2011) [Keynote Address to the 2010 Sutton Colloquium]

*Illustrating Illegitimate Lawfare*, 43 CASE WESTERN RESERVE J. INT'L L. 255 (2011), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1698322

*Reconsidering Reprisals*, 21 DUKE J. COMP. & INT'L L. 361 *(2010)*, *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1622805

*The Complementarity Conundrum: Are We Watching Evolution or Evisceration?*, 8 SANTA CLARA INT'L  L. REV. 115 (2010)

*The Iraqi Special Tribunal*, Max Planck Encyclopedia of Public International Law (2010)

*Evolving U.S. Efforts to Support Domestic Accountability*, American Society of International Law Discussion Paper, November 2010, http://asil.org/pdfs/2010_beyond_kampala.pdf

*The Chameleon Court: The Changing Face of the ICC*, 27 LAW IN CONTEXT 5 (No. 1, 2009)

*Exceptional Engagement: Protocol I and a World United Against Terror*, 42 TEX. INT'L L. J. 323 (2009), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1524301

*Some Observations on the Future of U.S. Military Commissions* – 42 CASE WESTERN RESERVE J. INT'L L. 151 (2009), *available at* http://www.case.edu/orgs/jil/afterguan.html

*Send More Troops or U.S. Loses War*, NASHVILLE TENNESSEAN OP-ED PAGE, A12, Sept. 23, 2009

*Enemy Combatant Cases*, OXFORD GUIDE TO SUPREME COURT DECISIONS *(2d. ed. 2009)*

*U.S. Resolve has put Terrorists on the Run*, NASHVILLE TENNESSEAN OP-ED PAGE, Sept. 11, 2008

*Case Commentary: Munaf, Bigger than Boumediene?*, 30 ABA NATIONAL SECURITY LAW 10 (June 2008)

*We Never Had Enough Troops to do the Job*, NASHVILLE TENNESSEAN OP-ED PAGE, *Feb. 16, 2008*

*The Anfal Genocide: Personal Reflections and Legal Residue*, 40 VAND. J. TRANSNAT'L L. 1521 (2007)

*Introductory Note to Extraordinary Chambers in the Courts of Cambodia Provisional Detention Order Against Kaing Guek Eav*, 46 I.L.M. 911 (2007)

*Modern Military Necessity: The Role & Relevance of Military Lawyers*, 12 ROGER WILLIAMS UNIVERSITY L. REV. 869 (2007)

*A Near Term Retrospective on the Al-Dujail Trial & The Death of Saddam Hussein*, 17 TRANS'L L. & CONTEMP. PROBS. 101 *(Winter 2008)*

*Public Committee Against Torture in Israel v. Government of Israel: U.S. Military Commissions Through the Lens of the Supreme Court of Israel*, 8 ENGAGE: THE JOURNAL OF THE FEDERALIST SOCIETY'S PRACTICE GROUPS NO. 4, 112 (OCTOBER 2007

*U.S. Troops Do Their Duty*, WASHINGTON TIMES OP-ED page, May 3, 2007

*American Society of International Law INSIGHT, The Iraqi High Tribunal's Dujail Trial Opinion, December 16, 2006, Vol. 10, Issue 34, available at* http://www.asil.org/insights/2006/12/insights061218.htm1

Concurring opinion for the International Citizen's Tribunal for Sudan, November 2006

*Inside Look at the Anfal Trial*, NASHVILLE BAR JOURNAL, 8, September 2006

*The Iraqi High Criminal Court: Controversy and Contributions*, 88 INT. REV. OF THE RED CROSS 399, NO. 862, (June 2006)

*War by Proxy: Legal and Moral Duties of 'Other Actors' Derived from Government Affiliation*, 37 CASE W. RES. J. INT'L L. 249 , No. 2 & 3, 2006

*U.S. should support effort against Sudan war crimes*, DENVER POST OP-ED, November 11, 2005

*The Iraqi Special Tribunal: A Human Rights Perspective*, 38 CORNELL INT. L. J. 863 (2005)

*Iraq's New Court Finds Itself on Trial*, NEW YORK TIMES OP-ED PAGE, Nov. 24, 2004

*The Iraqi Special Tribunal: Securing Sovereignty From the Ground Up*, 5 ENGAGE: THE JOURNAL OF THE FEDERALIST SOCIETY'S PRACTICE GROUPS No. 2, 98 (NOVEMBER 2004

*I Am an American Soldier: Reflections on Abu Ghraib*, 45 ANTHROPOLOGY NEWS No.6, at 17 (September 2004)

*Harmony or Hegemony? The American Military Role in the Pursuit of Justice*, 19 CONN. J. INT'L LAW, 231 (2004)

*Legal Obligations and Training of Special Operations Forces*, Project on the Means of Intervention, III Workshop Papers 40, The Carr Center for Human Rights Policy, John F. Kennedy School of Government (2004

*Guantanamo: Apply Detainee Precedent*, National Law Journal 34, Dec. 8, 2003 (with David A. Wallace)

*"A View From the Trenches": The Military Role in the Pursuit of Justice*, 35 C. WES. RES. J. INT'L L. 287 (2003)

*Milosevic, Killing Fields, and "Kangaroo Courts": Symposium on an Emerging International Criminal Justice System -- Should the United States Join the International Criminal Court*, 9 U.C. DAVIS J. OF INT'L LAW & POL'Y 35 (2002)

*The Bush Administration View of Accountability for International Crimes*, 36 NEW ENG. L. REV. 891 (Summer 2002)

*Comparative Complementarity: Domestic Jurisdiction Consistent with the Rome Statute of the International Criminal Court*, 167 MIL. L. REV. 20 (Mar. 2001)[Recipient, ABA Military Writing Award – 2002]

*Ambassadors for Freedom*, 4 J. NAT'L SECURITY L. 167, (Dec. 2000)(co-authored with Ambassador David J. Scheffer)

*40TH ANNIVERSARY CONFERENCE PANEL: The International Criminal Court Preparatory Commission: The Way It Is & The Way Ahead*, 41 VA. J. INT'L L. 20 (Fall 2000)

*United Nations Convention on the Safety of United Nations (UN) and Associated Personnel Enters Into Force* (ARMY LAW., February, 1999)

*So Judge, How Do I Get That FISA Warrant?": The Policy and Procedure for Conducting Electronic Surveillance* (ARMY LAW., October, 1997)(with Louis A Chiarella)

*Continuum Crimes: Military Jurisdiction over Foreign Nationals Who Commit International Crimes*, 153 MIL. L. REV. 1 (1996)

Book Reviews

*An Introduction to the Law of International Criminal Tribunals: A Comparative Study*, 18 JOURNAL OF INTERNATIONAL LAW OF PEACE AND ARMED CONFLICT 230 (No. 3, 2005)

*Military Justice in America: The U.S. Court of Appeals for the Armed Forces, 1775-1980*, THE AMERICAN HISTORICAL REVIEW, publication pending October 2005

*Justice at Dachau*, ASSEMBLY 14 (Sept. - Oct. 2003)

*The Ethics of War & Peace: An Introduction to Legal and Moral Issues*, 151 MIL. L. REV. 258, (Winter 1996)

**Selected Recent Presentations {full listing available on request}:**

*Israel and the Arab Spring,* 7th Annual International Humanitarian Law Dialogues, American Society of International Law and the Robert H. Jackson Center, Chautauqua, N.Y, August 27

*Transnational Cooperation in Preventing & Prosecuting Cyber-Crimes,* Combating Cybercrime: Annual Conference of the International Criminal Law Network, The Hague, December 13, 2012

*The Problem of Proportionality in Counterinsurgency Operations,* "Conduct of Hostilities and Law Enforcement: A Contradiction in Terms?", Minerva Center for Human Rights, Hebrew University, Jerusalem, Israel, December 3-4, 2012

*Charging War Crimes: Policy & Prognosis,* Joint Discussion Section for the Judges of the International Criminal Court and Senior Staff, Office of the Prosecutor, The Hague, October 29, 2012

*Charging War Crimes and Modes of Liability in the ICC,* Grotius Expert Seminar on the ICC at Ten Years, Peace Palace, The Hague, September 28-29, 2012

*The War Powers Resolution at 40: Still Controversial After All These Years,* conference on Presidential Power, Foreign Affairs, and the 2012 Election, Case Western Reserve University School of Law, Cleveland, Ohio, September 7, 2012

*Libya and Iraq: Comparing Approaches to Transitional Justice,* Instituto Veneto di Scienze ed Arti, Venice Italy, co-sponsored by the Universita Ca'Foscari Venezia and European Inter-University Center for Human Rights and Democratisation, Venice, Italy, May 29, 2012

Keynote speaker, Memorial Commemorating the Genocide of Halabja sponsored by the International Criminal Court and Kurdistan Regional Government in the U.S.A., Washington, D.C., March 16, 2012

*The Kurdish Genocide Trials: An Insider's Legal and Historical Perspective,* Case Western Law School, Cleveland, Ohio, February 3, 2012

*Discussion of Jurisprudence and Jurisdiction,* Office of Military Commissions, Office of the Chief Prosecutor, Washington, D.C., January 31, 2012

*Community Based Justice Mechanisms and the Real "Interests of Justice"*, Nashville Workshop on Jus-Post Bellum and Transitional Justice, August 23, 2011

*Terrorism and the Constraints of International Criminal Law*, International Law Institute - African Centre for Legal Excellence (ILI-ACLE) & The Open Society Initiative for East Africa (OSIEA), 4th Annual Roundtable on International Criminal Law in Africa, Nairobi, Kenya June 30, 2011

*National Security Law Seminar, University of Virginia Law School*, Law of Piracy & Prosecuting War Crimes & Crimes Against Humanity, June 9 , 2011

*Terrorists on Trial: Performative Perspectives of Terrorism Trials*, keynote lecture , Netherlands Institute for Advanced Study in the Humanities and Social Sciences (NIAS) in cooperation with the International Centre for Counterterrorism, The Hague, May 26, 2011

*A Synthesis of Community Based Justice and Complementarity: Applying Article 53 in Afghanistan & Beyond*, Leiden University, Launch Conference, Assessing the Impact of the International Criminal Court, Leiden University – Campus, the Hague, May 6, 2011

*Justice Under Construction: Contemporary Initiatives and the Future of Efforts to Form and Reform Justice Systems*, UC Berkeley Boalt Hall School of Law, Berkeley, CA, March 31, 2011
http://www.boalt.org/bjil/symp_upcoming.php

*Annual Benjamin Ferencz Session*: Integrating the Crime of Aggression into International Criminal Law and Public International Law, American Society of International Law 105th Annual Meeting, Washington DC, March 24, 2011

*Of Law & Legitimacy: Developing Dynamics of 21st Century Conflicts*, Keynote Address, Symposium on "The Laws of War: International Conflict and the Global War on Terror, Loyola University Chicago School of Law School, February 25, 2011,

Divided Loyalties: Professional Standards and Military Duty, Case Western Reserve University School of Law, Cleveland, OH, February 11, 2011

*Next Steps for the International Criminal Court*, Panel Presentation at the Tillar House, American Society of International Law, Washington, DC. November 30th 2010, See:
http://www.asil.org/activities_calendar.cfm?action=detail&rec=161

*Prospects & Policy for Developing an Integrated Atrocity Prevention Network*, International Conference Sponsored by the Memorial de La Shoah and the U.S. Holocaust Memorial Museum, Paris, France, November 15-16, 2010 See:http://law.vanderbilt.edu/article-search/article-detail/index.aspx?nid=368

*Modern conflicts, robotic weapons and their implications for International Humanitarian Law*, Sturm College of Law, University of Denver, November 6, 2010

*International and National Legal Dimensions of Mass Atrocity Prevention*, The Auschwitz Institute for Peace and Reconciliation, Oswiecim and Krakow, Poland, September 20-24, 2010

*Lawfare and the Israeli-Palestine Predicament*, Case Western Reserve School of Law, Cleveland, Ohio, September 10, 2010

*A More Just Rule of Law: Marshaling Lawyers to Prevent Mass Atrocities*, ABA Center for Human Rights Annual Meeting, San Francisco, California, August 8, 2010

*Congressional Testimony to the Helsinki Commission hearing entitled No Way Home, No Way to Escape: The Plight of Iraqi Refugees and our Iraqi Allies,* July 22, 2010, transcript available at *http://csce.gov/index.cfm?FuseAction=ContentRecords.ViewTranscript&ContentRecord_id=483&ContentType=H,B&ContentRecordType=H&CFID=37094770&CFTOKEN=24659991*

*Terrorism and International Law*, Hague Peace Palace, Conference on Counterterrorism Strategies, Human Rights and International Law: Meeting the Challenges, Grotius Center for International Legal Studies, April 1, 2010

*Alternative Justice Mechanisms, Instability Warning and Genocide Prevention Symposium, Vanderbilt University Law School,* March 19, 2010

*The United States and The ICC: The Way Ahead,* Friends of the ICC Group Convened by the Mission of Finland to the United Nations, New York, March 16, 2010

*Observations on the Future of U.S. Military Commissions,* Conference on "After Guantanamo: The Way Forward", Frederick K. Cox International Law Center, Case Western Reserve University School of Law, Cleveland, Ohio, September 11, 2009

*Testimony to the UN Fact Finding Commission on the Gaza Conflict,* Geneva, Switzerland, *available at* http://www.un.org/webcast/unhrc/archive.asp?go=041 July 7, 2009


*Selected Military Decorations*: Legion of Merit, Defense Meritorious Service Medal, Joint Meritorious Unit Award, Army Superior Unit Award, Meritorious Service Medal (four), Army Commendation Medal (four) Global War on Terrorism Expeditionary Medal, Humanitarian Service Medal, Southwest Asia Service Medal, Kosovo Campaign Medal, Armed Forces Service Medal

**Selected Recent Media Appearances:**

Dozens of broadcast and radio interviews (*inter alia*, CNN American Morning, ABC Good Morning America, Voice of America "The Encounter", BBC Radio 4, Fox & Friends, Reuters TV, Fox News Channel's Special Report with Brit Hume, Canadian Broadcast Service).

Quoted in a many print stories (Los Angeles Times, Washington Post, etc)