# EXHIBIT B.48

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOKOLOW, *ET AL.*, | |
| *Plaintiffs*, | 04 Civ. 00397 (GBD) (RLE) |
| v. | |
| PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*, | |
| *Defendants*. | |

## DECLARATION OF DANIEL REISNER

Daniel Reisner hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1.    The attached Expert Rebuttal Report of Daniel Reisner in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated Sept. 16, 2013, is a true and accurate copy of the expert rebuttal report that I submitted in the above-referenced case.

2.    The attached expert rebuttal report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DANIEL REISNER

Dated:  June 1st, 2014