# EXHIBIT B.50

# **Daniel Reisner - CV**

## *Education:*

LL.B. Tel-Aviv University, 1985
Member of Israel Bar, 1987

## *Work Experience:*

**2008 – Present:** International law, Defense, Aerospace and Homeland Security Partner - Herzog, Fox & Neeman law firm, Tel-Aviv Israel.
**2006 - 2008:** Daniel Reisner law offices, Tel-Aviv, Israel. Law firm specializing in advising international bodies and private corporations on public international law issues and private international corporate and business ventures.
**2004 – 2006:** Manager, Yad Hanadiv (the Rothschild Foundation), Jerusalem.
**1995- 2004:** Head of IDF International Law Department. Responsible for advising the Israeli government and military leadership on international law issues and the peace process.
**1993-1995**:   Deputy Head of the International Law Department and Senior Advisory Officer for International Negotiations;
**1985-1993**: Various positions, International Law Department, IDF Military Advocate General's Unit;
**1984**:  Internship - S. Friedman and Co., Private Law Firm - Haifa, Israel.

## *Military Rank:* Colonel (Ret.)

## *Additional Significant Professional Experience:*

**2004-Present:** External expert consultant to all Israeli Prime Ministers (Sharon, Olmert and Netanyahu) with respect to the Middle-East peace process and regional security.
**2006-2008:** Senior fellow, Jewish Policy Planning Institute, Jerusalem.
**2004-2008:** Fellow, Israeli democracy Institute, Jerusalem.
**2007:** Adviser to a European government on legal aspects of an international dispute.
**2004 – 2005:** External expert consultant to the Deputy Prime Minister (Shimon Peres) on the Middle-East Peace process.
**2000-2004:**  (in parallel with military position) Legal adviser to Prime Minister Sharon with respect to the Palestinian peace process
**1999 - 2000:** Primary legal advisor and member of the Israeli delegations to the peace talks with the Palestinians on behalf of Prime Minister Ehud Barak. Member of the delegations to the Sharm el-Sheikh, Washington and Taba negotiations, and to the Camp David summit. Responsible for legal aspects and drafting of the agreements.

**1996 - 1999**: Primary legal advisor and member of the Israeli delegations to the peace talks with the Palestinians on behalf of Prime Minister Binyamin Netanyahu. Member of the delegations to the Hebron and Wye River negotiations. Drafter of the Hebron and Wye River agreements.

**1994-1995:** Legal advisor and member of the Israeli delegations to the peace talks with the Palestinians on behalf of the late Prime Minister Yitzhak Rabin. Member of the delegations to the Gaza-Jericho and Interim negotiations. Co-drafter of the Gaza-Jericho and Interim agreements.

**1994**: Member of delegation and legal advisor, Israeli delegation to the Israel-Jordan Peace Talks, headed by the late Prime Minister Yitzhak Rabin; Member of the select negotiating and drafting committee of the Treaty of Peace.

**1986-1988:** Member of the Israeli legal team for the Taba Arbitration with Egypt.

## *Publications:*

- "Jousting at Windmills: The Laws of Armed Conflict in an Age of Terror—State Actors and Nonstate Elements", David M. Crane and Daniel Reisner, *"New Battlefields, Old Laws* (Columbia University Press, William C. Banks ed. 2011).
- "Legal aspects of East Jerusalem and its residents", in *Sovereignty in Disputed Land* (Jerusalem, Yossef Shilhav, ed. 2010), 25-77. (in Hebrew)
- "Constraints on the waging of war: *jus in Bello* and the challenge of modern conflicts", *97 ASIL Proc. (2003)*, 200-203.
- "Negotiating civil autonomy amidst political and security uncertainty", in *New Political Entities in International Law* (The Hague. A. Shapira & M. Tabory, eds. 1999), 71-113.
- "The Hebron Agreements", *Justice, vol. 12* (1997).
- "Legal Options in the War Against Terror" *Justice, vol. 8* (1996).
- "Peace on the Jordan", *Justice, vol. 4* (1995).
- "Civilian wargames and their application in the military", *ITOP (IDF Doctrine and Development Journal)* (1987). (in Hebrew)

## *Academic Experience:*

- Adjunct Professor, The Interdisciplinary Centre, Herzlia, International M.A. Program in Government and Terrorism 2008 - present.
- Adjunct Professor, Tel Aviv University, International M.A. Program in Conflict Resolution and Mediation: 2010 – present.
- Adjunct Professor, Tel-Aviv University Law School: 2004 – 2011.

- Adjunct Professor, Rishon Le'zion School of Management, Law faculty: 2004- 2011
- Adjunct Professor, Hebrew University Law School, Jerusalem: 2001-2002.
- Lecturer, Israel's National Security College, IDF Command and Staff College, the General Security Service, and other senior IDF and security services courses: 1995-present.
- Guest lecturer in numerous universities and institutions, both in Israel and abroad 1995- present (topics include: the Middle East Peace process; international law, international negotiations and legal aspects of terrorism).