# EXHIBIT B.51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, *ET AL.*,

        *Plaintiffs,*

v.

PALESTINIAN LIBERATION ORGANIZATION, *ET AL.*,

        *Defendants.*

04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF DR. BOAZ SHNOOR

Dr. Boaz Shnoor hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Rebuttal Report of Boaz Shnoor in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), dated Sept. 16, 2013, is a true and accurate copy of the expert rebuttal report that I submitted in the above-referenced case.

2. The attached expert rebuttal report is a true and accurate reflection of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        DR. BOAZ SHNOOR

Dated: May 31, 2014