# EXHIBIT B.53

# Curriculum Vitae - Boaz Shnoor

Name:        Boaz Shnoor
Address:     4/4 David Goitein St., Jerusalem 97782, Israel
e-mail:      shnoor10@gmail.com ; shnoor@clb.ac.il

Home phone: 972–2–5858092

## Education

1997 - 2004   LL. D (direct track), Law faculty, Hebrew University, Jerusalem
              Doctoral advisor: Prof. Israel Gilead.
              Dissertation topic: "Torts as a Means of Preventing Environmental Pollution"
              (submitted 2004, approved 2005)

1996 - 1999   LL.M., Law faculty, Hebrew University, Jerusalem (as part of accelerated doctoral program)

1991 - 1995   LL.B., (*magna cum laude*), Law faculty, Hebrew University, Jerusalem


## Awards, Grants and Prizes

2013         Israeli Science Foundation Grant – 90,000 $ (with Eyal Katvan)

2002         Birk Prize for Academic Excellence in Law or Agriculture

1995         The Law Faculty (Hebrew University) Academic Excellence Scholarship

1994         Krip Prize for scholastic excellence of undergraduate law student

1993         Dinsky Prize for scholastic excellence of undergraduate law student

1992, 1993   Dean`s list


## Work Experience

2013 -         Senior Lecturer - Academic Center of Law and Business
               Courses: Tort Law, Environmental Law, Causation in Tort

2010 – 2011   Visiting Scholar, Cornell University Law School

2005 -        Founder and Academic Supervisor of the Environmental Law Clinic, Academic Center of Law and Business (previously – The Ramat-Gan Law School)

2004 - 2013   Lecturer - Academic Center of Law and Business
Courses: Tort Law, Environmental Law, Libel and Privacy Law, Causation in Tort, Uncertainty in Tort Law

2002 - 2011   Adjunct Lecturer, Law faculty, Hebrew University, Jerusalem – Tort Law, Environmental Law and Causation in Tort Law

2008 - 2009   Adjunct Lecturer, School of Law, the College of Management, Academic Studies, Rishon LeZion – Tort Law

2007 – 2008   Adjunct Lecturer, Sha'arei Mishpat College - Tort Law

2002 - 2008   Adjunct Lecturer, School of Law, the College of Management, Academic Studies, Rishon LeZion – Causation in Tort Law

2003 - 2004   Adjunct Lecturer, Academic Center of Law and Business - Environmental Law

2002 - 2004   Student advisor, Law faculty, Hebrew University, Jerusalem

1999 - 2002   Assistant student advisor, Law faculty, Hebrew University, Jerusalem

1997 - 1999   Teaching assistant in Corporate Law, Law faculty, Hebrew University, Jerusalem

1996 - 2001   Teaching assistant in Tort Law, Law faculty, Hebrew University, Jerusalem

1996 - 2000   Teaching assistant in Tort Law, Academic Center of Law and Business

1994 - 1997   Ephraim Abramzon & Co., Law Offices (student, intern, lawyer)

1994 - 1996   Teaching assistant in Criminal Law, Law faculty, Hebrew University, Jerusalem

1993 - 1996   Research assistant for Prof. Israel Gilead

1993 – 1994   Editor in Chief "Mishpatim" Law Review

1992 - 1993   Research assistant for Prof. Yoram Shahar

1992 – 1993   Member of the Editorial Board "Mishpatim" Law Review

**Professional Positions & Memberships**

2010 -         Member, The Society for Empirical Legal Studies

2008 –   Member, The Society for the Protection of Nature in Israel

2002 -   Member, Israel Society for Ecology & Environmental Quality Sciences

1998 -   Member, Adam Teva V'din - Israel Union for Environmental Defense

1996 -   Member, Israeli Bar

# Boaz Shnoor – List of Publications

Books

TOXIC TORTS (2011, Nevo Publishing and The Sacher Institute, Hebrew University, Heb., 613 pages)

LIBEL LAW - DE LEGE LATA AND DE LEGE FERENDA (2005, The Sacher Institute and The Israel Democracy Institute, Heb., 487 pages) (with K. Genaim, M. Kremnitzer)

Articles

"Truth, Lies and what's Beteen Them" *Din U'dvarim* (to be published, Heb.)

"On the Relationship between Setting the Legal Rule and Adjudicating the Concrete Case" 10 *Alei Mishpat* (2012, Heb.) 7-52

"Between Civility and Reputation, Following C.A. 1104/07 Kheir v. Gil" 15 *Hamishpat* 71-110 (2010, Heb.) (with Eyal Katvan)

"Loss of Chance: A Behavioral Analysis of the Difference between Medical Negligence and Toxic Torts" 33(1) *American Journal of Trial Advocacy* 71-112 (2009)

"Consequences of Ignoring Uncertainty – 'Probability of Causation' in Radiation Cases 39(1) *Environmental Policy and Law* 70-72 (2009) (with Talma Izak-Biran, Richard Laster, Tamar Berman)

"Causation in Fact in Toxic Torts", 23(2) *Law Studies* 559-620 (2007) (Heb.)

"The Theoretical Foundation of Proportional Liability in Israel" 37 *Mishpatim Law Review* 177-218 (2007). (Heb.)

"Volenti Non Fit Injuria: Theory and Reality", *1 Alei Mishpat* (2000), pp.327-354 (Heb.)


Book Chapters

"Causal Uncertainty and Proportional Liability in Israel" forthcoming in *Causal Proportional Liability – Analytical and Comparative Perspectives* (Israel Gilead, Michael D. Green, Bernhard A. Koch, Eds., De Gruyter publishing, 2012) (with Israel Gilead) *Approx. 22 pages*

"Ringworm, Irradiation, and Compensation: The International Legal Aspects" forthcoming in *Ringworm, Irradiation, and History*, (Theodore M. Brown, Shifra Shvarts, Siegal Sadetzki, Eds., The University of Rochester Press and Boydel & Bruer inc., 2012) (with Eyal Katvan) *Approx. 55 pages*

"Pure Economic Loss in Israel" in *PURE ECONOMIC LOSS* 186-217 (Mauro Bussani, Vernon Palmer, Eds., Routledge-Cavendish publishing, 2009)
A revised version of this chapter was published in ISRAELI REPORTS TO THE XVII INTERNATIONAL CONGRESS OF COMPARATIVE LAW 199-230 (The Sacher Institute, 2009) (with Tamar Gidron)

"Libel Law" in DEFENDING FREEDOM OF SPEECH IN THE DEMOCRATIC STATE (M. Kremnitzer ed., 2003, The Israel Democracy Institute, Heb.) pp. 179 – 233 (with K. Genaim, M. Kremnitzer)

## Boaz Shnoor - Conference Papers

"Libel Law in Israel 2012" The Legal Year Conference, Haifa University, Haifa, October 2012

"Archives with Honor" The Law and History Association Annual conference, Jerusalem, October 2012 (with Eyal Katvan)

"A Community With Its Own Dignity" The Annual Conference of the Israeli Association of Law and Society, Bar Ilan University, Ramat-Gan, December 2011 (with Eyal Katvan)

"Cases, Judges, States, or Politics - What is it that Changes the Law? A Study of States' Supreme Courts Decisions to Accept or Reject the Loss of Chance Doctrine" the 3rd Annual Conference of the Israeli Association of Private Law, Ramat-Gan, May 2012

"Cases, Judges, States, or Politics - What is it that Changes the Law? A Study of States' Supreme Courts Decisions to Accept or Reject the Loss of Chance Doctrine" Faculty Seminar, Academic Center of Law & Business, Ramat-Gan, November 2011

"Cases, Judges, States, or Politics - What is it that Changes the Law? A Study of States' Supreme Courts Decisions to Accept or Reject the Loss of Chance Doctrine" the 6th Annual Conference on Empirical Legal Studies, Chicago, November 2011

"Terms of Betrayal – Legal and behavioral aspects of ringworm treatment in Israel", Association for Israel Studies, Boston, June 2011. (with Eyal Katvan)

"The Influence of Betrayal on Law Making: Lessons from the United States and Israel". Berger International Legal Studies Program Speaker Series, Cornell University, Ithaca, New York, March 2011

"Behavioral Analysis of the Ringworm Law", Conference on New Research Aspects of the Ringworm Disease in the Mass *Aliya* in Israel and Abroad, The Gertner Institute for Epidemiology and Health Policy, the National Center for Compensation of Ringworm Victims, Tel-Hashomer, January 2010 (with Eyal Katvan)

"Loss of Chance: A Behavioral Analysis of the Difference between Medical Negligence and Toxic Torts" Faculty Seminar, Academic Center of Law and Business, December 2008

"Punitive Damages, Compensation for Non-pecuniary Harm and Compensation Without Proof of Harm" Conference: "Between Criminal and Civil", Tel Aviv Magistrates' Court and the Academic Center of Law and Business, November 2008

"Loss of Chance: A Behavioral Analysis of the Difference between Medical Negligence and Toxic Torts" The Yuval Levy & Co. Law & Environment Workshop, The Law Faculty, Tel Aviv University, November 2008

"Economic Incentives and Pollution: Goal and Methods", Conference on Economic Incentives in Environmental Law, Academic Center of Law and Business, June 2008

"Loss of Chance: A Behavioral Analysis of the Difference Between Medical Negligence and Toxic Torts" Faculty Seminar, Law School, The College of Management Academic Studies, Rishon LeZion, May 2008

"Evidence Law and Uncertainty in Tort Law", Conference on Evidence Law, Haifa University, Haifa, May 2008 (Heb.)

"Libel law – Theory and Reality" Conference on Libel Law in The Israel Democracy Institute, Jerusalem, March 2007 (Heb.)

"Pure Economic Loss in Israel", the 17th Congress of the International Academy of Comparative Law, Utrecht, The Netherlands, July 2006 (with Tamar Gidron)

"Pets, Torts and Animal Rights", Conference on Animal Rights and Biodiversity, Academic Center of Law and Business, May 2006. (Heb.)

"Environmental Law: From Public to Private Enforcement", the 8th International Conference of the Israel Society for Ecology and Environmental Quality Sciences - Living with Global Change: Challenges in Environmental Sciences, Rehovot, Israel, May - June 2005

"The Causal Connection in the Shamgar Committee Report on the Kishon River", the 13th annual conference of the Rationality Center of the Hebrew University, Ein Gedi, Israel, December 2003 (Heb.)

"Causation in Environmental Torts", the annual convention of the Israel Society for Ecology and Environment, Tel Aviv, Israel, December 2002 (Heb.)