# EXHIBIT B.54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

                *Plaintiffs,*

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

                *Defendants.*

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF MICHAEL SOUDRY

Michael Soudry hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1.     The attached Expert Reports of Michael Soudry in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), which present my expert opinions on the amount of economic loss suffered by Shayna Elliott and the estates of Janis Coulter, Diane Carter and Benjamin Blutstein, as a result of the events at issue in this matter, are true and accurate copies of the expert reports that I submitted in the above-referenced case.

2.     The accompanying correction to the Estate of Benjamin Blutstein report was submitted with leave of court with respect to my expert report and is dated April 16, 2013. These corrections do not alter the rest of the opinions as set forth in my expert reports.

3.     Also attached is a true and accurate copy of my expert rebuttal report.

4.     The attached expert report, corrected report and rebuttal report are true and accurate reflections of my opinions in this matter.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MICHAEL SOUDRY

Dated:    June 2, 2014