# EXHIBIT B.56

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER