# EXHIBIT B.57

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER