# EXHIBIT B.58

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER