# EXHIBIT B.59

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER