# EXHIBIT B.60

# ECO-STAT LLC
ECONOMIC AND STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

## Michael Soudry, M.B.A.
*Forensic Economist*

**EDUCATION:**

| | |
|---|---|
| 1991-1993 | MASTER OF BUSINESS ADMINISTRATION with major in Finance<br>Coursework in Corporate Finance, Advanced Mathematics and Statistics<br>Hebrew University of Jerusalem |
| 1987-1990 | B.A. in Economics<br>Hebrew University of Jerusalem |

**EXPERIENCE:**

1995 - Present  ECO-STAT LLC
*Forensic Economist*
- Advise attorneys and insurance companies on the extent of economic loss in matters relating to: personal injury, wrongful death, life care plan costs, wrongful termination, business interruptions and statistical analysis.
- Prepare economic loss reports for matters to be tried in New York Supreme, New Jersey Superior, and Federal District Courts.
- Critically analyze reports prepared by other economists, and the economic content of reports prepared by vocational experts, certified public accountants, and actuaries.
- Provide expert witness testimony.
- Prepared more than 150 economic loss reports for the September 11 Victim Compensation Fund and appeared in over 50 hearings.

1993-1995  ISRAELI ECONOMIC MISSION, New York, NY
*Economist, Assistant Fiscal Officer, Ministry of Finance*
- Collected and analyzed data on the Israeli and U.S. economies and financial markets. Provided specialized economic information on Israel to investment banking firms, researchers, and the general public.
- Created a financial model to determine the best structure for a bond issue.
- Compared bids by investment banks for bond issues.
- Assisted Fiscal Director with the financial aspects of projects including budgeting and accounting, approved bills for payment and the evaluation for a consulate relocation site.

1991-1993  ISRAELI PRIME MINISTER'S OFFICE, Jerusalem, Israel
*Economist/Researcher,* Bureau of Statistics
- Analyzed monthly and annual data on sales, balance sheets, inventory, employment, productivity, and R&D expenditures from 2,000 companies.
- Computerized data collection system to increase survey efficiency.
- Prepared detailed survey questionnaires annually to collect data on Israeli industry.

1

## PROFESSIONAL ASSOCIATIONS AND ACTIVITIES:

November 21, 2011, Speaker at the New Jersey Institute for Continuing Legal Education Seminar, Iselin New Jersey: Economist view in Wrongful Death and Survivorship Actions

February 25, 2011, Discussant at the 37th Annual Eastern Economic Association Conference, New York City

February 27, 2010, Discussant at the 36th Annual Eastern Economic Association Conference, Philadelphia

March 8, 2008, Discussant at the 34th Annual Eastern Economic Association Conference, Boston

March 4, 2005, Discussant at the 31st Annual Eastern Economic Association Conference, New York City

April 10, 2003, Presenter at the Federal Victim Compensation Fund Training for the Association of the Bar of the City of New York

September 10, 2002, was quoted in the Bloomberg News article, "Orphaned Boys Challenge Sept. 11 Fund Over $2.3 Million Loss"

April 2000, Presenter of "Comparisons of Wage and Non-Wage Recoverable Losses" to attorneys

March 1997, Presenter of "Evaluation of Job Maintenance Expenses as Distinct from Personal Consumption" for the Annual Convention of the American Academy of Economic and Financial Experts

Member of: The Eastern Economic Association; The American Academy of Economic and Financial Experts; and National Association of Forensic Economics

### PUBLICATION

"Breach of Contract – Lost Profit Damages", Forensic Matter & NJSCPA web site:
http://www.njscpa.org/story.cfm?sid=13189

"The Role of a Forensic Economist in Litigation Matters" Forensic Matter, Fall 2005

"Assisting Victims of 9/11", Forensic Matters, Summer 2004

# ECO-STAT LLC
ECONOMIC AND STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Avenue
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

## Michael Soudry's Trial History 2009 – 2013

| Court | Case Name |
|---|---|
| **2013** | |
| Superior Court (Passaic County, NJ) - Judge Graziano | Teresita Ungarian |
| FINRA Arbitration (Manhattan, NY) | James Nangle |
| | |
| **2012** | |
| Supreme Court (Suffolk County, NY) – Judge Peter Mayer | William McGowan |
| Supreme Court (Bronx, NY) – Judge Lizbeth Gonzalez | James Papa |
| Superior Court (Bergen County, NJ)-Judge Menlaos Toskos | Bart DiPeri |
| Supreme Court (Brooklyn, NY) – Judge Martin | Robert Jordan |
| Federal Court (Manhattan, NY) – Judge Shira A. Scheindlin | Learning Annex |
| Supreme Court (Bronx, NY) – Judge Barone | Isabelis Marmol |
| Supreme Court (Bronx, NY) – Judge Hunter | Zalaya Tart |
| Supreme Court (Bronx, NY) – Judge Barone | Samad Jan |
| | |
| **2011** | |
| AAA Arbitration (Manhattan, NY) | Elvin Pinnace |
| Supreme Court (Queens, NY) – Judge Duane Hart | Zinnie Woodberry |
| Supreme Court (Queens, NY) – Judge Orlokof Flug | Alex Mainato |
| Supreme Court (Brooklyn, NY) – Judge Rothenberg | Rose Walker |
| Federal Court (Manhattan, NY) – Judge Shira A. Scheindlin | Learning Annex |
| Supreme Court (Queens, NY) – Judge Kevin Kervigan | James Watkins |
| Superior Court (Bergen County, NJ)-Judge De La Cruz | Yaacov Dushek |
| AAA Arbitration (Manhattan, NY) | Dan Dedera |
| Supreme Court (Kingston, NY) – Judge Christopher Connolly | Jason Newmann |
| Supreme Court (Manhattan, NY) – Judge Lobis | Jordy Jaquez |
| Supreme Court (Brooklyn, NY) – Judge Knipel | Joshua Lindor |
| Supreme Court (Brooklyn, NY) – Judge Rivera | Alanis Lawrence |
| FINRA Arbitration (Philadelphia, PA) | Greg Kipple |
| Superior Court (Hudson county, NJ) – Judge Barry Sarkasian | Joe Perry |
| Supreme Court (Brooklyn, NY) – Judge Knipel | Patrick Falbo |
| | |
| **2010** | |
| Superior Court (Middlesex county, NJ) – Judge Heidi William Currier | Young S. Choi |
| Supreme Court (Nassau County, NY) – Judge Daniel Palmieri | Maria Marcario |
| Superior Court (Morris County, NJ) – Judge Hansbury | Raymond Pych |
| Supreme Court (Bronx, NY) – Judge Faviolo Soto | Daruis Byrave |
| Superior Court (Morris County, NJ) – Judge Ramsay | Thomas Daly |
| Supreme Court (Brooklyn, NY) – Judge Jackson | Patrick Bailey |
| Supreme Court (Bronx, NY) | Nandanee Tulshi |
| FINRA Arbitration (Manhattan, NY) | Charles Severs |
| Supreme Court (Orange County, NY) – Judge Elaine Slobod | Kathleen Niski |
| Supreme Court (Queens, NY) – Judge Duane Hart | Nyaliah Cockrell |
| Supreme Court (Brooklyn, NY) – Judge Loren Baily-Schiffman | Harminder Singh |
| Supreme Court (Manhattan, NY) – Judge Jane S. Solomon | Louis Rossi |
| Supreme Court (Queens, NY) – Judge Robert McDonald | Squire Mohon |
| Supreme Court (Westchester County, NY) | Douglas Gibson |
| Supreme Court (Manhattan, NY) – Judge Nicholas Figueroa | 1134 1ts Ave. |
| Superior Court (Bergen County, NJ)-Judge Conte | Tara Novembre |
| Supreme Court (Queens, NY) – Judge Duane Hart | Jose Nunez |
| | |
| **2009** | |
| Supreme Court (Bronx, NY)-Judge Norma Ruiz | Jan Valdez |

1

| Court | Individual |
|---|---|
| Supreme Court (Westchester County, NY)-Judge Nicholas Colabella | Michael Swanson |
| Superior Court (Bergen County, NJ)-Judge Menelaos Toskos | Dennis Downey |
| Superior Court (Bergen County, NJ)-Judge De La Cruz | Maria Baumann |
| Superior Court (Hudson County, NJ)-Judge Barbara Curren | Hilda Tovar |
| Supreme Court (Westchester County, NY)-Judge Lefkowitz | Diego Mejia-Baizan |
| Supreme Court (Bronx, NY)-Judge Sherman | Liam Blainey |
| Supreme Court (Suffolk County, NY)-Judge Patrick Sweeney | Michelle Lupo |
| Superior Court (Bergen County, NJ)-Judge Rachelle Harz | Dennis Downey |
| Federal Court (Newark, NJ)-Judge Sheridan | Jamie Fernandez |
| Supreme Court (Westchester County, NY)-Judge Bellantoni | Favio Torres |
| Supreme Court (Brooklyn, NY)-Judge Vaughan | Luis Rivera |
| Supreme Court (Brooklyn, NY)-Judge Knipel | Angelie Guzman |
| Supreme Court (Queens, NY) - Judge O'Donoghue | Benjamin Ouziel |
| Supreme Court (Bronx, NY)-Judge Sherman | Eric Rodriguez |
| Supreme Court (Brooklyn, NY)-Judge Rothenberg | Lemuel Davidson |

## Michael Soudry's Deposition History 2009 - 2013

**2009**

Mirenda vs. Peters
Docket No. ESX-L-054110-7, Superior Court of New Jersey, Essez County

DeVille vs. Givaudan Fragraces
Case No. 2:08-CV-02034 United States District Court, Distrcict of New Jersey
2010 WL 2232718 (D.N.J.)

**2010**

Jsmes B. Roony vs. Atlantic Cape Fisheries
Docket No.: MON-L-4094-08 Superior Court of New Jersey Monmouth County

Shantanu Bhattacharyya vs. CDC Services, Inc (New Jersey)
Docket No. ESX-L-8546-08 (Essex County).

Ludwig ads. Aard de Boer, Inc (New Jersey)

Rafael Castellanos vs. NJ Transit
31 NJ. J.V.R.A. 12:C3 (N.J.Super.L.), 2011 WL 10553107
Docket No.: BER-L-4184-09, New Jersey

Mordechai Aron Reisz vs. Beth Israel Medical Center
2011 WL 6188726 (S.D.N.Y.)
No. 09 Civ. 1727 (KBF)

**2011**

Gateway Marin Inc., vs. Century Boat
Docket No. MON-L-2765-08, Superior Coury of New Jersey Monmouth County
2009 WL 250238 (D.N.J.)
Civil Action No. 08–3620 (JAP)

Crandle vs. Veronica D. Anderson-Corpening M.D.
Docket No. MUD-L-4073-069, Superior Coury of New Jersey

Mona Hamza vs. Saks Fifth Avenue
No. 07 Civ 5974(FPS) United States Discrict Court S.D. New York
2011 WL 6187078 (S.D.N.Y.)

Anthony Taraboccia vs. Cheema et al.
Docket No.: BER-L-4043-09 Superior Court of New Jersey, Bergen County

Alexis Pena vs. United State of America, et al.
No. 1:09-CV-00010(NRB) United States District Court Southern District of New York

Cristopher LaRosa vs. Doreen E. DeGraaff  (New Jersey)

Docket No.: ESX-L-634309 Superior Court of New Jersey Essex County

## 2012
Judy Spagnoli vs. St. Peter's University Hospital, et als.
Suprior Court of New Jesrey, Middlesex County

Janet Semeniw vs. Spine & Orthopedic Center of NJ Dr. David B. Basch (New Jersey)
Case No.: 2:10 CV 05966-CCC-JAD, Federal District Court, New Jeresy

Jake Donnelly vs. Rocco Pascucci
Docket No.: MON-L-4331-08 Superior Court of Nre Jersey, Monmouth County

Kamally McLean vs. Korean Air
United States District Court, New York

Paul Ressler vs. Mark Levin, et als.
Docket No., MER-L-1768-09, Superior Court of New Jersey, Mercer Couty

Estate of Joel Snider vs. John A. Fritz
Docket No.: HUD-L-1034-11 Superior Court of New Jersey, Hunson County

Elizabeth Irizarry vs. Kimberly-Clark
Case No.: 11-1706(FSH-PS) Unired States Disctric Court District of New Jesrey

Beth Zampino vs. Rosovsky, et als. (New Jersey)
Docket No. Esx-L-006225-10, Superior Court of New Jesrey, Essex County

Tejan Iyer vs. RWJ University Hospital
Docket No.: MID-L-3977-10 Superior Court of New Jersey, Middlesex County

## 2013
Teresita Ungarian vs. Myra J. Jacobson
Superior Court of New Jersey, Passiac County

Alexis Billings vs. Elks Lodge (New Jersey)
Docket No.: MID-L1263-10, Superior Cort of New Jesrey, Middlesex County

Michael Payne vs. Anthony Wayne Post
Superior Court of New Jersey
Passaic County, Docket Number PAS-L-1227-11

James Reilly vs. Passaic Valley Sewerage Commissioners (New Jersey)
Docker No. HUD-L-0055458-12, Superior Cort of New Jesrey, Hudson County

## **Michael Soudry's Additional Deposition Testimony In 2013**

Zipkin v. Lombardi (CT Super. Ct.) (FST-CV-10-6007181-S)

Hahn v. Bank of America (SDNY) (1:12CV04151)

Ortiz v. Aircraft Serv. Int'l Grp. (EDNY) (1:12CV03233)

Regalado v. Simpson-Gabriel (NJ Passaic Super. Ct.) (L-001908-11)

Diego v. Roberts (NJ Hudson Super. Ct.) (L-002597-11)

Wood v. Richichi (NJ Ocean Super. Ct.) (L-000332-11)

Rafferty v. Lee (NJ Morris Super. Ct.) (L-000753-10)

Stewart v. JFK Med. Ctr. (NJ Middlesex Super. Ct.) (L-008948-11)

Rubin v. Lin (NJ Essex Super. Ct.) (L-007939-10)

Cresci Estate v. Schlesinger Estate (NJ Monmouth Super. Ct.) (L-004602-10)

Sokolow v. PLO/PA (SDNY) (1:04CV00397)

Alger v. Chang (NJ Bergen Super. Ct.) (L-003067-11)

McMullen v. Hudson Transit (NJ Bergen Super. Ct.) (L-002025-12)

## **Michael Soudry's Additional Trial Testimony In 2013**

Mulholland v. City of New York (SDNY) (1:09CV06329)

Guzman v. McGarry (NJ Bergen Super. Ct.) (L-7227-10)

Enoch v. Castaldi (NJ Ocean Super. Ct.) (L-002988-10)

Reilly v. Wheeler (NJ Essex Super. Ct.) (L-000587-11)

Billings v. BPO Elks Lounge (NJ Middlesex Super. Ct.) (L-001263-10)

Tate v. Merrill Lynch (Phoenix, AZ) (Case No. 11-00987)   (FINRA Arbitration)

Irvin v. Irving (NJ Essex Super. Ct.) (Docket No. FM-14-8194-90)

George Lazardes (NJ Passaic Super. Ct.) (Judge Ralph L. DeLuccia, Jr.)