# EXHIBIT B.61

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER