# EXHIBIT B.62

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER