# EXHIBIT B.63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

                *Plaintiffs*,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

                *Defendants*.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RAEL STROUS

Rael Strous hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1.     The attached Expert Reports of Rael Strous in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), which present my expert psychiatric evaluations of plaintiffs Zvi Yehoshua Goldberg, Yitzhak Goldberg, Yaakov Goldberg, Varda Guetta, Shoshana Goldberg, Shmuel Waldman, Shifra Goldberg, Shayna Elliott, Shaul Mandelkorn, Robert Coulter, Rivka Blutstein, Richard Blutstein, Rena Sokolow, Oz Guetta, Nurit Mandelkorn, Nevenka Gritz, Mark Sokolow, Leonard Mandelkorn, Lauren Sokolow, Larry Carter, Katherine Baker, Ester Goldberg, Jamie Sokolow, Elise Gould, Eliezer Goldberg, Elana Rosman, Dianne Miller and Chana Goldberg, are true and accurate copies of the expert reports that I submitted in the above-referenced case.

2.     The accompanying correction to the Leonard Mandelkorn report was submitted with respect to my expert report on April 18, 2013. These corrections do not alter the opinion as set forth in my expert reports.

3.     Also attached is a true and accurate copy of my expert rebuttal report.

4. The attached expert report, corrected report and rebuttal report are true and accurate reflections of my opinions in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RAEL STROUS

Dated: June 3, 2014