# EXHIBIT B.64

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER