# EXHIBIT B.65

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER