# EXHIBIT B.66

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER