# EXHIBIT B.67

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER