# EXHIBIT B.68

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER