# EXHIBIT B.69

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER