# EXHIBIT B.70

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER