# EXHIBIT B.72

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER