# EXHIBIT B.73

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER