# EXHIBIT B.74

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER