# EXHIBIT B.75

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER