# EXHIBIT B.76

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER