# EXHIBIT B.77

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER