# EXHIBIT B.78

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER