# EXHIBIT B.79

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER