# EXHIBIT B.80

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER