# EXHIBIT B.81

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER