# EXHIBIT B.82

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER