# EXHIBIT B.83

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER