# EXHIBIT B.84

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER