# EXHIBIT B.85

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER