# EXHIBIT B.86

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER