# EXHIBIT B.88

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER