# EXHIBIT B.89

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER