# EXHIBIT B.90

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER