# EXHIBIT B.91

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER