# EXHIBIT B.92

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER