# EXHIBIT B.94

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER