# EXHIBIT B.95

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLOW, ET AL.,

          *Plaintiffs*,

v.

PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

          *Defendants*.

04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DOV WEINSTEIN

Dov Weinstein hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. The attached Expert Reports of Dov Weinstein in *Sokolow v. Palestinian Liberation Organization*, Case No. 04-00397 (S.D.N.Y.), which present my expert opinions on the amount of economic loss suffered by plaintiffs Varda Guetta, Karen Goldberg, Shaul Mandelkorn, and the estates of Stuart Scott Goldberg and David Gritz as a result of the events at issue in this matter, are true and accurate copies of the expert reports that I submitted in the above-referenced case.

2. The accompanying amendments to the Guetta and Mandelkorn reports are corrections/amendments that were submitted with respect to my expert report on September 17, 2013. These corrections do not alter the rest of the opinions as set forth in my expert reports.

3. The attached expert reports are true and accurate reflections of my opinions in this matter

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DOV WEINSTEIN

Dated:   June 02, 2014