# EXHIBIT B.96

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER