# EXHIBIT B.97

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER