# EXHIBIT B.98

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER