# EXHIBIT B.99

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER