# EXHIBIT B.100

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER