# EXHIBIT B.101

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER