# EXHIBIT B.102

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER