# EXHIBIT B.103

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER