# EXHIBIT B.104

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER