# EXHIBIT B.106

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -

MARK I. SOKOLOW, et al.,
        Plaintiffs,

- vs -            Case No.
        04-CV-397(GBD)(RLE)


PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -


DEPOSITION OF DR. LORI ALLEN
Tuesday, November 19, 2013
9:15 a.m.


Reported by:
Fiona Farson
Ref. No.: 10763

---

Page 2

1        Deposition of
2        Dr. Lori Allen
3        November 19, 2013
4        9:15 a.m.
5
6   Held at:
7   The offices of Arnold & Porter LLP
8   International Financial Centre
9   25 Old Broad Street
10  London EC2N
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1          A P P E A R A N C E S
2
3   Appearing for the Plaintiffs:
4        Kent A. Yalowitz.
5        Lucy McMillan
6        ARNOLD & PORTER LLP
7        399 Park Avenue
8        New York, NY 10022-4690
9        Tel: +1 212.715.1113
10       Email: Kent.Yalowitz@aporter.com
11            Lucy.McMillan@aporter.com
12
13  Appearing for the Defendants:
14       Brian A. Hill
15       Michael J. Satin
16       MILLER CHEVALIER CHARTERED
17       655 Fifteenth Street, N.W.
18       Suite 900
19       Washington, D.C. 20005-5701
20       Tel: 202-626-5800
21       Email: bhill@milchev.com
22            msatin@milchev.com
23
24
25

---

Page 4

1              I N D E X
2   EXAMINATION OF DR. LORI ALLEN          PAGE
3      BY MR. YALOWITZ              5
4        E X H I B I T  I N D E X
5   EXHIBIT NO.        DESCRIPTION        PAGE

|    | Exhibit 1 | Journalism Education in Countries with | 52 |
| 6  |   | Limited Media Freedom |  |
| 7  | Exhibit 2 | Expert report by Dr. Lori Allen | 61 |
| 8  | Exhibit 3 | Expert report by Itamar Marcus | 65 |
| 9  | Exhibit 4 | Al-Hayat al-Jadida article, May 18th, 2001 | 71 |
| 10 | Exhibit 5 | Anthony H. Cordesman CSIS report | 86 |
| 11 | Exhibit 6 | Unidentified newspaper article, 1/2/02 | 95 |
| 12 | Exhibit 7 | Newspaper article re youth soccer tournament | 102 |
| 13 | Exhibit 8 | Al-Shuhada document | 104 |
| 14 | Exhibit 9 | Expert report of Israel Shrenzel | 118 |
| 15 | Exhibit 10 | Document dated 09/27/2011 | 121 |
| 16 | Exhibit 11 | Palestinian National Authority document | 126 |
| 17 | Exhibit 12 | International Crisis Group report | 130 |
| 18 | Exhibit 13 | Lori Allen's Review of Dying to Win | 140 |
| 19 | Exhibit 14 | Dissertation of Lori Allen | 145 |
| 20 | Exhibit 15 | Dying to Win, by Robert Pape | 149 |
| 21 | Exhibit 16 | Erased in a Moment, Human Rights Watch | 163 |
| 22 | Exhibit 17 | Excerpt from Ha'aretz newspaper | 166 |
| 23 | Exhibit 18 | Washington Post article | 170 |
| 24 | Exhibit 19 | B'Tselem report, 12/13/11 | 185 |
| 25 | Exhibit 20 | MERIP report by Lori Allen | 216 |

Page 5

1  DR. LORI ALLEN, sworn
2  Examination by MR. YALOWITZ
3  (9:15 a.m.)
4  BY MR. YALOWITZ:
5  Q. Okay. So, Dr. Allen, we met before we went on the
6  record, but again, I'll introduce myself; I'm Kent
7  Yalowitz. I represent the plaintiffs in this case.
8  And I was -- I was wondering where you grew up.
9  A. I grew up in Kansas City, Missouri.
10 Q. Uh-huh. And then you went to college at U Chicago?
11 A. I went to college at the University of Chicago.
12 Q. And graduated in '93?
13 A. Correct.
14 Q. Started at Chicago Graduate School in 1995; is that
15 right?
16 A. No, I went to Columbia for a year, Columbia University.
17 Q. Uh-huh. And is that when you lived in Queens?
18 A. No.
19 Q. You lived in Morningside Heights?
20 A. Yes.
21 Q. Got it.
22 Did you take a degree from Columbia?
23 A. I did, a master's.
24 Q. What did you study?
25 A. Anthropology.

Page 6

1  Q. And then -- you took your master's in '96?
2  A. Well, I was awarded it in 1998, because of
3  technicalities of when my professor signed off on
4  things.
5  Q. It seemed that you had something of a peripatetic
6  academic career in the '90s I couldn't quite figure out.
7  Maybe you could give me a chronology of where you went
8  after Columbia.
9  A. No, so it was undergraduate, then a year at Columbia,
10 where I worked towards a master's. It was originally
11 planned to be a Ph.D., but I changed and went to the
12 University of Chicago directly after finishing a year at
13 Columbia.
14 Q. And you did an -- a summer program in Birzeit?
15 A. Birzeit, yes.
16 Q. When was that?
17 A. I did a summer program -- I think that was in 1997.
18 Q. And at some point you studied in Egypt as well?
19 A. Correct.
20 Q. When was that?
21 A. That was 1999 to 2000.
22 Q. And then did you go directly from Egypt to the West Bank
23 in 2000?
24 A. No.
25 Q. Tell me about that time period.

Page 7

1  A. I went back to the University of Chicago, where I was
2  working on my Ph.D. and was preparing for fieldwork, and
3  then went to the West Bank.
4  Q. You went to the West Bank in November of 2000?
5  A. Mm-hmm.
6  Q. You have to say "yes" or "no" --
7  A. Yes.
8  Q. -- for the court reporter.
9  A. Yes.
10 Q. And you stayed there until 2000, roughly -- I'm sorry,
11 2002?
12 A. No, I stayed there through February of 2003.
13 Q. Uh-huh. How often did you travel back and forth to
14 the US?
15 A. To the US? Every once in a while. I left Israel every
16 three months. Sometimes I would go to Europe, sometimes
17 I would go back to the States.
18 Q. Was that because of a visa requirement or something?
19 A. Yes.
20 Q. So then you completed your field work in -- you
21 said February of '03?
22 A. Correct.
23 Q. And that's when you went to Queens?
24 A. Yes.
25 Q. What were you doing at Queens College?

Page 8

1  A. I taught -- I substitute-taught a term, part of a class,
2  at Queens College.
3  Q. And you taught at NYU as well?
4  A. Correct.
5  Q. What kind of classes?
6  A. The classes at NYU were introduction to anthropology for
7  continuing education students; and at Queens, it was,
8  I believe, Middle East anthropology.
9  Q. I saw that from '03 to '04, you were a Woodrow Wilson
10 Fellow.
11 A. Mm-hmm.
12 Q. What does that mean?
13 A. It means that I received a fellowship to support me
14 while I was writing up my dissertation.
15 Q. So you didn't live in Princeton?
16 A. No.
17 Q. Did you go back to Chicago at that point?
18 A. I'm not sure when or if I visited Chicago. I spent two
19 years in New York, writing up my dissertation.
20 Q. Got it. Got it.
21 And then '04 to '05 as a Peace Scholar; was that
22 similar to the Wilson Fellowship?
23 A. Yes.
24 Q. Got it.
25 And then you received your -- your Ph.D. in '05?

1    A. Correct.
2    Q. So it's -- it's not that complicated, is it?
3    A. No.
4    Q. Just looked complicated from your CV.
5        All right. Then you did post-doctoral work at
6    Brown?
7    A. Correct.
8    Q. You lived in Providence?
9    A. Yes.
10   Q. And then -- you were also an instructor at Brown?
11   A. I did teach a course there.
12   Q. What did you teach?
13   A. That was a -- what they called a Capstone Course, and it
14       was again, broadly, anthropology of the Middle East.
15   Q. Then '06 to '07, you did postdoctoral work at Harvard?
16   A. Correct.
17   Q. What -- both at Brown and at Harvard, were you writing?
18       What were you doing that --
19   A. I was --
20   Q. What is the postdoctoral work?
21   A. Right. So I was writing, and at Harvard I was
22       conducting -- beginning to conduct research for my next
23       project.
24   Q. Which was what?
25   A. It is on the history of investigative commissions to

1        Palestine over the last hundred years or so.
2    Q. Is that the book that you just published, or is that --
3    A. No.
4    Q. -- a different -- that's a different project?
5    A. That's a different project.
6    Q. And then you moved to Cambridge in '07?
7    A. Correct.
8    Q. And you've been there since?
9    A. With fellowships.
10   Q. Where have your fellowships been?
11   A. I had another year at Harvard, and I had a year off of
12       teaching, and I was free to go and be wherever.
13   Q. What did you do with that year?
14   A. I spent part of that year traveling to libraries in the
15       United States and visiting archives, and part of that
16       year I was based in Beirut.
17   Q. So just describe a little bit more the book that you
18       just mentioned about the history of something over the
19       last hundred years.
20   A. So this is an investigation -- the -- it's a study of
21       the history of investigative commissions to Palestine
22       from the King-Crane Commission in 1919, which was
23       dispatched by President Woodrow Wilson. He sent a bunch
24       of American diplomats and scholars to find out what the
25       Arabs wanted at the end of World War I with the

1        dissolution of the Ottoman Empire.
2        And the research that I'm doing will look at several
3    commissions after that, trying to understand how
4    Palestinians tried to present their political claims to
5    these commissions differently over time. It's also an
6    effort to understand how the commissions themselves were
7    formed, and what they were trying to find out, and
8    the -- the changes in that form of investigation over
9    time.
10   Q. That work is ongoing?
11   A. Correct.
12   Q. Then -- now tell me about the book that just came out.
13   A. Mm-hmm. So this book was published with Stanford
14       University Press; it's called "The Rise and Fall of
15       Human Rights: Cynicism and Politics in Occupied
16       Palestine." And it is broadly an anthropological study
17       of Palestinian -- the Palestinian human rights world.
18       It was an effort to understand how the human rights
19   industry became part of Palestinian nationalist
20   politics, as well as an effort to understand how
21   different institutions within Palestine, within the
22   Occupied Territory specifically, have tried to use human
23   rights to gain credibility, as state-building
24   institutions, and it is -- makes an argument that
25   Palestinians generally have become very cynical towards

1        the human rights industry, which is distinct from human
2    rights principles, which is a separate issue.
3    Q. Mm-hmm. There was a word you used which I can't
4        remember; it's like "storefront" or something?
5    A. Yes. Sometimes -- many Palestinians refer to human
6        rights organizations as "shops."
7    Q. Right.
8    A. And there's an Arabic word.
9    Q. Which is ... ?
10   A. Dukka-kin.
11   Q. Okay. You -- you gave a report in this case; right?
12   A. Correct.
13   Q. Who hired you?
14   A. Miller & Chevalier.
15   Q. Brian Hill?
16   A. Brian.
17   Q. When did you begin your report?
18   A. This has been some months ago. I don't recall exactly.
19   Q. This year?
20   A. I believe so.
21   Q. About how long did you take to write it?
22   A. Altogether, around 80 or 90 hours.
23   Q. Did you charge by the hour?
24   A. Yes.
25   Q. How much?

1    A. $200.
2    Q. Is it fair to say that your report built on fieldwork
3       and articles that you had published?
4    A. It's built on that, yes.
5    Q. The articles that you cite of your own in the report
6       came out of the fieldwork you did for your Ph.D; is that
7       right?
8    A. Correct.
9    Q. And the primary source material, both for your
10      dissertation and for the articles that sort of grew out
11      of your dissertation, was the fieldwork you did
12      from November of 2000 to February of '03?
13   A. Yes.
14   Q. Most of the time that you lived in the West Bank, you
15      lived in Al Bira; is that right?
16   A. Part of the time I lived there, and I traveled around
17      and sometimes lived outside of Al Bira.
18   Q. In -- I think you spent time in Bethlehem as well?
19   A. Correct.
20   Q. Did you live with a family in Al Bira, or did you live
21      alone?
22   A. No, I rented a house on my own.
23   Q. And the family you lived with in Bethlehem:  Describe
24      that family.
25   A. It is a large family of refugees.  It has lots of

1       brothers and sisters and parents -- I don't know what
2       kind of description you want.
3    Q. Just describe your recollection of them.
4    A. They're a large and bustling family.  There were
5       grandchildren around as well.
6    Q. Mm-hmm.  Were they a religious family?
7    A. Depends on the individual.  Some were more or less
8       pious.
9    Q. What religion were they?
10   A. Muslim.
11   Q. Did -- did you spend much time in Jenin?
12   A. I visited Jenin.
13   Q. Did you interview people in Jenin?
14   A. I did.
15   Q. How many?
16   A. I didn't count my interviews.
17   Q. Did you spend time in Nablus?
18   A. I did.
19   Q. And how much time?
20   A. I made several visits.
21   Q. Did you spend time in Tulkarem?
22   A. I visited Tulkarem.
23   Q. Do you remember how many times?
24   A. Not very often.  I don't remember how many times.
25   Q. Did you spend time in Gaza?

1    A. Yes.
2    Q. How many times did you visit in Gaza?
3    A. A few times.
4    Q. You did something called ethnographic fieldwork; is that
5       right?
6    A. That's right.
7    Q. So what is that?
8    A. Ethnographic fieldwork is the main methodology of
9       anthropology.  It consists of long-term fieldwork,
10      referred to as participant observation.  I conducted two
11      years of participant observation.
12         The goal of ethnographic fieldwork is to understand
13      a social system or set of social processes from the
14      perspective of the people on the ground.  And the way
15      that that's done is through long-term intensive
16      engagement with those people on a day-to-day basis.
17         Participant observation has the benefit of this
18      goal of allowing the researcher to get at the
19      perspective of local actors, and the -- the long-term
20      aspect of it reduces what's often referred to as
21      reactivity; that is, over a long period of time, the
22      people being researched are less likely to frame what
23      they're saying to the researcher, because the researcher
24      is somebody from outside, because some -- because
25      long-term fieldwork allows the researcher to be more --

1       to become more of a local, in some sense.  Reactivity is
2       reduced.
3          Another aspect of participant observation is
4       ethnographic interviews.  Another aspect of
5       ethnography is a method -- and this can include open or
6       semistructured interviews.  Open interviews are very
7       similar to conversations, and allow the researcher to
8       explore themes in great depth with the interviewee and
9       find out what people are thinking about, doing, saying,
10      what's important to them.  Semistructured interviews,
11      like the label says, are slightly more guided
12      conversations that allow the researcher to find out
13      information about specific themes.
14         In addition to participant observation and
15      ethnographic interviews, ethnographic methodology
16      usually includes collection of additional documents,
17      publication, visual media; and through collecting this
18      variety of information through these variety of methods,
19      triangulation occurs.  So something that may not have
20      been found through one method can be found in another.
21         A key -- another key element of ethnographic
22      research is the use of key informants.  These are people
23      who are the researcher's gatekeeper and "in" to the
24      society.  It's usually important for a researcher to
25      make sure that they find key informants from a variety

Page 17

1    of backgrounds, as I did.
2        With these strategies, data is collected; analysis
3    is -- the data is collected until the researcher hits
4    a point of what's called saturation, where you stop
5    finding new themes, you stop learning new information.
6    You know when you have enough to then begin analysis.
7        When the data is analyzed and written up, the
8    material, if it's to be published, then goes through
9    a rigorous process of peer review.  So any article or
10   book, draft, is reviewed by other experts in the field;
11   in this case, anthropology or Middle East studies.
12       For an article published in the top journals of
13   anthropology, such as those that I've published in, the
14   peer review process includes at least two, if not more,
15   rounds of review, and -- by two to four or five or more
16   experts that are usually anonymous to the researcher.
17       And through the peer review process, the -- the
18   credibility and plausibility of the research results are
19   guaranteed.  That's the accepted and agreed-upon
20   methodology for anthropology.
21   Q. Does your dissertation go through a process like that?
22   A. No.  My dissertation was reviewed by a committee of
23   supervisors, so it's not considered peer review as such.
24   Q. Is -- is it of similar rigor, or -- I mean, what's
25   the --

Page 18

1    A. Indeed --
2    Q. How would you sort of compare and contrast --
3    A. In some ways, the dissertation is reviewed with more
4    rigor, because in my case, at my university, it had to
5    be defended in the public defense, and a committee of
6    both the supervisors with whom I worked throughout my
7    dissertation research had to pass and interrogate me
8    about the dissertation, in addition to -- I think it was
9    five other faculty members from the University of
10   Chicago, who I had not worked with, who were also part
11   of the questioning process.
12   Q. As I was trying to figure out what ethnographic
13   fieldwork was, before we met, I read about Margaret
14   Mead; is that like sort of -- what's your -- how do
15   people today in your field think of Margaret Mead?
16   A. Well, Margaret Mead is one the grandmothers of
17   anthropology, perhaps, but the kind of fieldwork and
18   kind of research that she wrote is no longer really
19   considered -- it's no longer the state of the art, let's
20   say.
21   Q. Did you start with a research hypothesis?
22   A. I didn't begin my Ph.D. work with a research hypothesis;
23   I began my Ph.D. fieldwork with a research question,
24   which is --
25   Q. What was your question?

Page 19

1    A. My question was, broadly, about -- the question about
2    how Palestinians had -- what role human rights
3    organizations played in channeling Palestinian political
4    claims.  A part of that was a question about how
5    languages of suffering had become part of political
6    discourse for Palestinians in the Occupied Territories.
7    Q. And as your fieldwork developed, did you sort of move
8    away from that topic and look at more -- it seemed to me
9    like you looked at something a little different in the
10   end.
11   A. Because of the conditions on the ground, my research
12   shifted more to an investigation of the ways that
13   Palestinians were dealing with the Intifada, the way
14   that Palestinians were living through the violence that
15   characterized the Intifada.  And the question of
16   suffering did remain central, and I've focused on how --
17   how Palestinian expressions of suffering were part,
18   again, of their political language.
19   Q. Mm-hmm.  I -- I read in your report you kind of gave
20   a list of people that you interviewed and worked with;
21   I want to ask you about that.
22   A. Okay.
23   Q. You said people involved in human rights work.
24   A. Yes.
25   Q. Were those, like, outsiders who did human rights work?

Page 20

1    Palestinians?  Some of each?
2    A. This was a mix of people.  These would have been
3    Palestinians from the Occupied Territories as well as
4    foreigners from outside of Palestine, or people who were
5    of Palestinian heritage but citizens of other countries.
6    So it was a variety of people.
7    Q. You've mentioned victims of human rights violations and
8    their families.
9    A. Mm-hmm.
10   Q. Was that a significant focus of your work?
11   A. That was part of my research about the role of human
12   rights organizations, so -- yes, it was a significant
13   part.
14   Q. People involved in community-based organizations, you
15   mentioned; just describe that a little bit.
16   A. So community-based organizations that I worked with or
17   researched were groups that were attempting, for
18   example, to provide youth with things to do; educational
19   enrichment, for example, or cultural opportunities, or
20   teaching them local folkloric dance or music.  These
21   groups would also be involved in things like building
22   community gardens or producing plays.  So these were,
23   broadly, activity centers for youth.
24   Q. You mentioned in your report people involved in
25   commemorating Palestinians who were killed by Israeli

Page 21

1      forces.  Could you describe that group?
2      A.  So people involved in commemorating victims would have
3      included everyone from people who marched in what were
4      referred to as martyr funerals; it could have
5      involved -- it also included people who were involved in
6      producing commemorative ceremonies or demonstrations.
7      It would have involved talking with people who -- yeah,
8      who -- who produced these kinds of -- of commemorative
9      ceremonies or events.
10     Q.  You mentioned in your report that you interviewed PA
11     officials and officials of political factions; is that
12     right?
13     A.  Yeah.
14     Q.  Which ones?
15     A.  I can't name specific PA officials or representatives.
16     Q.  You mean you can't because it would violate
17     a confidentiality agreement that you made?
18     A.  Yeah, I can't -- I can't name specific people unless
19     I had the agreement ahead of time that their names would
20     be made public.
21     Q.  Can you describe them by category?
22     A.  Mm-hmm.  So I spoke with PA officials -- I spoke with
23     some people who were -- I think I spoke with a governor,
24     a mayor, people who worked for municipalities.
25          Yeah, that's what I can recall.

Page 22

1      Q.  And political factions?
2      A.  I spoke with some people who self-identified as being
3      part of or sympathetic to a variety of --
4      self-identified as being related to Fatah, or -- in this
5      period, I can't recall if I spoke with people who
6      self-identified as Hamas; throughout my research, I have
7      talked with people who self-identify as Hamas.
8          I spoke with people who were not officials, but who
9      were affiliated or claimed former affiliation with
10     the PFLP, or former affiliation with DFLP, although
11     these were not leaders.
12     Q.  You mentioned people who worked in local news media
13     production.
14     A.  Yes.
15     Q.  Is that the Bethlehem television station?
16     A.  That was part of it, yes.
17     Q.  What else?
18     A.  I also spoke with somebody who worked at PATV, and
19     I think I also spoke with people who worked at --
20     I think it was called Watan TV.
21     Q.  Was that a small -- like a local television station?
22     Q.  You worked as a volunteer at human rights organizations
23     as well --
24     A.  Yes.
25

Page 23

1      Q.  -- is that right?
2      A.  Yes.
3      Q.  Which ones?
4      A.  I volunteered most at Defence for Children
5      International, Palestine section.  I also volunteered at
6      an organization called LAW, L-A-W.  Yeah.
7      Q.  You helped produce reports for both of those
8      organizations?
9      A.  Yes.
10     Q.  What were the goals of the organizations in producing
11     the reports?
12     A.  In producing the reports, at DCI, the goal was to record
13     in as much detail, with as much documentation, the
14     effects of the occupation and the Intifada on children's
15     lives, specifically in the year preceding the production
16     of the report that I worked on.  The goal was to record
17     this information, to have it stored and published, as
18     well as to distribute this information to a variety of
19     audiences:  Interested people, government officials,
20     UN people.
21     Q.  Was the DCI report published in English?
22     A.  Yes.
23     Q.  And the LAW report was also published in English?
24     A.  The -- I'm not sure if the research that I did ever
25     ended up in a report.  I was asked to do research on

Page 24

1      violations of food and water security, but I wasn't
2      specifically involved in writing up a report.
3      Q.  I saw your name in connection with a law report about
4      targeted killings.
5      A.  I don't think so.
6      Q.  Well, trust me on that one.
7      A.  I don't --
8      Q.  You don't recall it?
9      A.  I don't recall it.
10     Q.  I believe you.
11          All right.  You mentioned gatekeepers?
12     A.  Yes.
13     Q.  Talk about that.  What does that mean?
14     A.  So -- "key informants" is the slightly more technical
15     name, I suppose, for people who help a researcher gain
16     access to the communities that the researcher wants to
17     talk to.  Usually these are people who have wide social
18     networks themselves.
19     Q.  Mm-hmm.
20     A.  And the -- the purpose of -- of using key informants is
21     to provide a researcher with a -- a trusted "in" to the
22     communities.  They introduce the researcher to the
23     people that they know.  In my case, I, as I mentioned,
24     tried to make sure that I used key informants from
25     a variety of backgrounds who represented in some way

Page 25

1      a variety of demographic categories.
2         So in my case, I had key informants that were male
3      and female, politically independent, secular, more or
4      less pious, more well off, cosmopolitan businessmen, or
5      a poor person from a refugee camp.
6      Q.  How many did you have in that category?
7      A.  Of key informants, I would say four or five that
8      I considered key informants.
9      Q.  And are you able to tell me who those people were?
10     A.  I can name some of them.
11     Q.  Okay.  Go ahead.
12     A.  One's name is Deab Saed; one is named Nasrin Al-Asah;
13     one is named Nadal Al-Asrak.
14        The other two, I don't have specific permission from
15     them to -- to use their names, so I wouldn't.
16     Q.  All right.  I'm not going to take their depositions or
17     anything; just curious, trying to learn.
18     A.  Yeah.
19     Q.  So were -- were some of the key informants your friends?
20        Did you become friends with them?
21     A.  Yes, I became friends with them.
22     Q.  And were any of them human rights workers?
23     A.  Yes.
24     Q.  Which ones?
25     A.  Deab Saed became a human rights worker, and one who

Page 26

1      I haven't named was a human rights worker.
2      Q.  You did your field interviews alongside of human rights
3      workers; is that right?
4      A.  Sometimes yes, sometimes no.
5      Q.  You did interviews in Arabic and recorded them on tape;
6      is that right?
7      A.  Most of the time, yes.
8      Q.  And then did you transcribe the interviews?  How did you
9      use the recordings?
10     A.  Yes, they -- either I transcribed them or a research
11     assistant transcribed them.
12     Q.  Did any research assistant do any of the interviews, or
13     did you do all of the interviews?
14     A.  No, I did all the interviews.
15     Q.  Do you use a -- did you use a checklist or an outline
16     for your interviews?
17     A.  It depended on the kind of interview.  As I mentioned,
18     many of my interviews were open and did not involve any
19     kind of set outline.  The more structured interviews did
20     focus on key themes, and I would have had in my head, or
21     on a piece of paper, broad issues that I would have
22     wanted to cover.  These were not survey interviews, that
23     you may be more familiar with from sociology or other
24     social science; the goal was not to get quantitative
25     data in any sense.  It was rather to explore issues with

Page 27

1      people and get a deeper sense for qualitative data.
2      Q.  So then do you summarize your -- as part of your
3      methodology, do you then summarize the interviews in
4      some way?
5      A.  During the analysis phase, it would be more a matter of
6      identifying themes, concepts, issues that arise, either
7      for further investigation or for identifying patterns of
8      thought or belief or interest.
9      Q.  During the -- your peer review process for the defense
10     of your dissertation, did the transcripts of your
11     interviews -- are those made available to peer
12     reviewers?
13     A.  No, those are confidential.
14     Q.  And you keep them, but they're confidential?
15     A.  Correct.
16     Q.  And you still have them?
17     A.  Some of them.
18     Q.  All right.
19        You -- you avoided -- when you did your fieldwork,
20     you avoided focusing on people involved in militant
21     activities; right?
22     A.  Yes.
23     Q.  And you did not collect information on people who might
24     turn up on a "Wanted" list; right?
25     A.  That was not a focus of my research.

Page 28

1      Q.  And you did not try to investigate suicide bombers, or
2      those in their networks, directly; right?
3      A.  Correct.
4      Q.  Did you interview any members of the Al-Aqsa Martyr
5      Brigades?
6      A.  I spoke with some people who self-identified as being
7      associated with the Al-Aqsa Martyr Brigades.
8      Q.  How many?
9      A.  Again, I didn't keep a numerical tally of the people
10     I interviewed, but I can guess around two.
11     Q.  Did you interview anybody who was a member of Force 17?
12     A.  Not that I know of.
13     Q.  Did you interview any -- anybody who self-identified as
14     being associated with the Tanzeem?
15     A.  One, that I recall.
16     Q.  Did you interview anybody who was an employee of
17     a Palestinian Authority security service?
18     A.  Yes.
19     Q.  How many?
20     A.  Again, a handful.
21     Q.  Did you interview any senior officers of PA Security
22     Services?
23     A.  Senior officers?  I think I interviewed one senior
24     officer.
25     Q.  Can you say who it was?

Page 29

1    A. No.
2    Q. Did you ever interview any prisoners in Israeli jails?
3    A. People who were at the time prisoners in Israeli jails?
4    Q. Correct.
5    A. No.
6    Q. Did you ever attend a sentencing of a Palestinian
7       convicted of terrorism?
8    A. No.
9    Q. We bantered about ethnocentrism before; what is that?
10   A. Ethnocentrism is a label applied to people who view the
11      world from the specific perspective of the place they
12      come from.
13   Q. Did -- did you feel that you had ethnocentrism in your
14      views about the Palestinians before you arrived?
15   A. Before I arrived?  A key feature of ethnographic
16      fieldwork is -- for the ethnographer -- is to adopt
17      a stance of relativism; that is, the person goes in
18      trying to understand the situation on the ground from
19      the perspective of the people on the ground,
20      understanding that what they believe or hold to be true
21      is relative to their context.  So the goal for the
22      anthropologist is to set aside personal assumptions or
23      expectations in order to get into the -- the depths of
24      how people on the ground in the research site think
25      about things.

Page 30

1       Having said that, it's never -- it's -- it's broadly
2    understood among anthropologists that one can never
3    fully shed one's own background assumptions and
4    expectations; but because of the length of time that
5    most anthropologists spend in the field conducting
6    fieldwork, there's a process of learning the culture or
7    society or social system that one is going into.
8    MR. YALOWITZ:  Why don't we pause for a moment, I'll -- off
9       the record, and I'll introduce my colleagues.
10      (Discussion off the record.)
11   MR. YALOWITZ:  Sorry for the interruption.  I need to go
12      back on.
13      Great.  I'm sorry, could you -- Fiona, could you
14      just read the last couple of sentences.
15      (Record read.)
16   BY MR. YALOWITZ:
17   Q. Is it fair to say that you grew to identify closely with
18      the Palestinian people emotionally?
19   A. No.
20      I'm not really sure what that means.
21   Q. Well, so you cried at funerals; right?
22   A. Yes.
23   Q. And you referred to your being subjective in some way,
24      newly subjective, in connection with your work.  Do you
25      recall that?

Page 31

1    A. What's the context?
2    Q. In your dissertation.
3    A. What's the broader context?
4    Q. Sure.  I'll -- I'll read a passage from your
5       dissertation.  You wrote:
6          "Shared emotion, especially sympathy and sadness,
7       both attest to and are used to create national and
8       international connections.  What duties I was charged to
9       perform in my new subjectivity was not explained
10      explicitly, but it was this experience of emotional
11      conversion that would encourage me to understand more
12      clearly the situation in which they lived, the depth of
13      its effects, and ultimately who was responsible for it."
14         That was a passage you wrote after describing
15      a funeral you attended.
16   A. Mm-hmm.
17   Q. Do you recall that?
18   A. Broadly.
19   Q. Do you want to see it in context?  Would that be
20      helpful?
21   A. No, I know what I was doing there.
22   Q. Sure.  So just talk about that.
23   A. So what I was trying to understand and analyze and
24      convey was what I observed of Palestinians' attempts to
25      explain their situation of life under occupation during

Page 32

1    Intifada, to explain the injustice of their situation to
2    outsiders, partly through emotional means.
3       I was also trying to explain through the
4    dissertation how this kind of production of shared
5    emotion was a feature of Palestinian nationalism.  It
6    was a way that Palestinians also produced solidarity
7    amongst themselves.
8       So when I'm referring there to this new shared
9    subjectivity, whatever the specific word was, what I'm
10   referring to is the way that the Palestinians who I was
11   engaged with, or doing research on, were themselves
12   trying to -- or coming to an understanding of me as
13   being in a shared situation with them.
14      So this is an analysis of their attempts to bring me
15   into a shared emotional context.
16   Q. When you wrote, "What duties I was charged to perform in
17      my new subjectivity was not explained explicitly," were
18      you referring to your mindset, or their mindset, or
19      both?
20   A. I was referring to their mindset.
21   Q. You referred in your dissertation to "the political
22      import of shared emotion and solidarity."  What did you
23      mean by that?
24   A. What I was just talking about is the -- two levels,
25      really.  One is Palestinian nationalism, I explained or

1    inferred from my research, was partly produced through
2    the production of shared emotion that was produced
3    through rituals like funerals or other commemorative
4    ceremonies.  So what I'm referring to is the way that
5    emotional solidarity among Palestinians was created and
6    expressed, and trying to understand the political
7    effects of that.
8        On the other level, I was trying to understand how
9    Palestinians attempted to bring outsiders of all sorts
10   into a similar relationship of shared sympathy as a way
11   of making their political points made in something other
12   than a discursive or ideological register.
13   Q. Is it fair to say that you -- or maybe it's not fair to
14   say; I don't know -- but it seemed like, reading your
15   work, you had some sympathy for their perspective.  Is
16   that -- do I have that wrong?
17   A. In my work, I conveyed or tried to analyze the processes
18   and motivations behind Palestinian efforts to produce
19   this kind of sympathy.
20   Q. So do you have sympathy for the perspective of the
21   Palestinians?
22   A. There are many perspectives of many Palestinians.
23   Q. So is that a "yes"?
24   A. So it means that that question is too broad to really
25   answer.

1    Q. Oh.  So -- so there is -- what would you say the
2    principal goal of the Al-Aqsa Intifada was?
3    A. The Second Intifada, if that's what you are referring
4    to, was primarily aimed at ending or resisting the
5    Israeli occupation of occupied Palestinian territories.
6    Q. So did you -- do you have sympathy with that goal?
7    A. Yes.
8    Q. Thank you.
9        Now I want to ask you about some sources --
10   A. Okay.
11   Q. -- that you referred to in your work, and particularly
12   in your report.
13   A. Okay.
14   Q. So you refer in your report to your dissertation and to
15   articles that were taken from the work you did in your
16   dissertation; is that fair to say?
17   A. Yes.
18   Q. And is it reasonable, in your opinion, for experts in
19   your field to rely on those sources?
20   A. "Those sources" meaning the dissertation?
21   Q. Your -- your dissertation and -- would it be reasonable
22   for experts in your field to rely on your dissertation?
23   A. Yes.
24   Q. And would it be reasonable for experts in your field to
25   rely on the articles you've published?

1    A. Yes.
2    Q. All right.  Now, you -- you rely on the Mitchell
3    Commission report?
4    A. In my report?
5    Q. Yes.
6    A. Yes.
7    Q. Is it reasonable for experts in your field to rely on
8    reports like that created by the Mitchell Commission?
9    A. Yes.
10   Q. Do you -- that report was published by the State
11   Department; is that right?
12   A. I believe so.
13   Q. Is it reasonable for experts in your field to rely on
14   other reports produced by the State Department?
15   MR. HILL:  Objection, lack of foundation.
16       You can go ahead and answer.
17   A. It depends on the research question.
18   BY MR. YALOWITZ:
19   Q. Did you -- I can't remember if you relied on reports --
20   I think you did -- from human rights groups?
21   A. Yes.
22   Q. Like B'Tselem and Physicians for Human Rights?
23   A. Yes.
24   Q. Is it reasonable to rely on reports by groups like that?
25   A. Yes.

1    Q. And by that, I mean for people in your field of
2    expertise.
3    A. Yes.
4    Q. So is -- are reports by Human Rights Watch considered
5    reliable by experts in your field?
6    A. There's some contention about Human Rights Watch
7    reliability and objectivity.
8    Q. Tell me what you mean by that.
9    A. I mean that some people, some experts, believe that
10   Human Rights Watch is biased in how they report on the
11   Israeli/Palestinian conflict --
12   Q. Biased --
13   A. -- in some of their reports.
14   Q. Biased in which direction?
15   A. Towards the Israeli -- an Israeli perspective.
16   Q. What about an organization called Freedom House:  Have
17   you heard of them?
18   A. I've heard of it.
19   Q. Who -- which -- coming back to Human Rights Watch, which
20   experts have you heard say that Human Rights Watch is
21   biased toward the Israelis?
22   A. The one person whose name I can recall right now is
23   Mouin Rabbani, who is a political analyst, not an
24   anthropologist, and a former human rights worker.
25   Q. I must say I've heard Israelis complain about Human

Page 37

1  Rights Watch too. That's the sign of a good human
2  rights worker; right? Both sides complain.
3      Do you think Human Rights Watch is biased towards
4  Israelis?
5  A. It would depend on the specific report.
6  Q. Have you read the one about the Second Intifada?
7  A. Which one is that?
8  Q. It's called -- I think it's called "Erased in a Moment,"
9  or "Gone in a Moment."
10 A. I believe so.
11 Q. And what was your impression of it?
12 A. I haven't read it recently, and I can't comment.
13 Q. You -- you cited a report from an organization called
14 International Crisis Group?
15 A. Yes.
16 Q. You said they were widely respected?
17 A. Yes.
18 Q. You think it's reasonable for experts in your field to
19 rely on reports by International Crisis Group?
20 A. Depending on the research goal and question.
21 Q. You cited a book by a University of Chicago professor
22 named Robert Pape -- Robert Pape?
23 A. Robert or Richard Pape.
24 Q. Richard Pape -- something with an "R," an "R" name --
25 A. Yes.

Page 38

1  Q. -- at the beginning.
2      Do you know the book?
3  A. I do know the book.
4  Q. And is it reasonable for experts in your field to rely
5  on it?
6  A. Again, depending on the research question and the
7  research goal, yes.
8  Q. You cited an article by somebody named Anthony
9  Cordesman.
10 A. Okay.
11 Q. Do you know who that is?
12 A. I recognize the author's name. I don't recall the
13 citation.
14 Q. You -- you cited, I think, at least one article from
15 Haaretz.
16 A. Yes.
17 Q. Do you know that newspaper?
18 A. I do.
19 Q. Is it a reputable newspaper?
20 A. I believe so.
21 Q. Is it reasonable for experts in your field to cite
22 articles from Haaretz?
23 A. Depending on the research goal and question.
24 Q. And you cited statements by political figures; is that
25 something reasonable for people to rely on in your

Page 39

1  field?
2  A. Citing statements by political figures? Depending on
3  the research question and goal.
4  Q. It could be?
5  A. It could be.
6  Q. Fair enough. All right.
7      I want to sort of establish some things that I think
8  you're not offering expert opinions on, but I just want
9  to make sure; okay?
10 A. Okay.
11 Q. So you're not an expert on international humanitarian
12 law; right?
13 A. Correct.
14 Q. You -- you've never studied the Geneva Convention;
15 right?
16 A. I've never studied it in school.
17 Q. Have you -- have you read the PLO/Israel Interim
18 Agreement?
19 A. Perhaps.
20 Q. You're -- are you familiar with the Rome Statute?
21 A. I've heard of it, but I'm not an expert.
22 Q. Do you believe that -- well, in your report, you define
23 terrorism; right?
24 A. Correct.
25 Q. You -- you adopt the Mitchell Commission's report --

Page 40

1  I would paraphrase it as violence directed towards
2  civilians to achieve political goals. Is that a fair
3  paraphrase?
4  A. Yes.
5  Q. Do you believe that terrorism, as you and I have just
6  defined it, is ever permitted by international human
7  rights law?
8  A. No, I don't think so, but I'm not an expert in
9  international human rights law.
10 Q. Do you believe that terrorism, as you and I have just
11 defined it, is ever morally justified?
12 A. No.
13 Q. You're not expert on Israeli criminal law or procedure;
14 right?
15 A. Correct.
16 Q. You -- you don't really know much about Israeli
17 interrogation techniques, do you?
18 MR. HILL: Objection, vague.
19      You can respond.
20 A. I know something about Israeli interrogations.
21 BY MR. YALOWITZ:
22 Q. How do you know that?
23 A. Based on my reading of -- my extensive reading of human
24 rights and UN reports about the topic.
25 Q. Do you find the UN to be a reliable reporter on matters

Page 41

1     involving Israel?
2   A. Depending on the body, depending on the UN body, and
3     depending on the report.
4   Q. Do you -- do you know much about the Israeli military
5     courts?
6   A. Not much.
7   Q. How about the Israeli civilian courts?
8   A. Not much.
9   Q. You've never tried a case; right?
10  A. No.
11  Q. Have you ever sat in a courtroom while a case is
12    pending?
13  A. No.
14  Q. You're not an expert on terrorism; right?
15  A. No.
16  Q. You're not an expert on police procedure or criminology;
17    right?
18  A. No.
19  Q. You're not an expert on military discipline, are you?
20  A. Correct.
21  Q. You're not expert on the laws of war; right?
22  A. Correct.
23  Q. You don't have any expertise on Palestinian Authority's
24    command and control of its security forces; right?
25  A. Correct.

Page 42

1   Q. You don't have any expertise on the PLO's organizational
2     structure; right?
3   A. Correct.
4   Q. Do you know much about the Al-Aqsa Martyr Brigades?
5   A. Not much.
6   Q. Do you know much about the PA security forces?
7   A. Not much.
8   Q. So I'm going to ask you about -- do you want to take
9     a break, or do you want to continue?
10    MR. HILL: We've been going an hour; why don't we take
11    a break?
12  A. Take a break.
13    MR. YALOWITZ: We can go off the record.
14    (10:14 a.m.)
15        (A break was taken.)
16    MR. YALOWITZ: Okay. So are we on the record?
17  Q. Okay. So what I'd like to do is ask you about some
18    people, and you can tell me if you know them, or if
19    you've met them, and what you know about them. Is that
20    okay?
21  A. Okay.
22  Q. So Yasser Arafat: Did you ever meet him?
23  A. No.
24  Q. You mentioned in your dissertation that he had an
25    infamously tight grip on funds. Do you recall saying

Page 43

1     that, or writing that?
2   A. Not specifically.
3   Q. Do you agree with it?
4   A. I know that's what was widely reported about him.
5   Q. Did you have any reason to believe that's not true?
6     MR. HILL: Objection, lack of foundation. She can respond.
7   A. I wrote that based on what I had read and what was
8     generally reported in media.
9   BY MR. YALOWITZ:
10  Q. And sitting here today, has anything come to your
11    attention that suggests what you wrote was incorrect?
12  A. I don't have any factual information about Yasser
13    Arafat's relationship to funds.
14  Q. Okay. Ahmed Qurei.
15  A. Mm-hmm.
16  Q. Do you know who that is?
17  A. I've not met him.
18  Q. Who is it?
19  A. He is a -- was a political leader.
20  Q. In ... ?
21  A. In the Palestinian Authority.
22  Q. How about Jibril Rajub: Did you ever meet him?
23  A. I never met him.
24  Q. Do you know who he is?
25  A. He was, I believe, head of a security service.

Page 44

1   Q. Did you ever meet an individual name Muhammad Dahlan?
2   A. I've never met Dahlan.
3   Q. Do you know what his job was during the 2000 to 2004
4     period?
5   A. I don't know specifically what his job was. I believe
6     he was head of a security service.
7   Q. Did you ever meet an individual named Tawfiq al-Tirawi?
8   A. I don't believe so.
9   Q. Did you ever meet an individual named Hilal Abdel-Haq?
10  A. No.
11  Q. Did you ever meet an individual named Abdallah Bargouti?
12  A. No.
13  Q. Do you know who that is?
14  A. No.
15  Q. Did you ever meet Marwan Barghouti?
16  A. No.
17  Q. Do you -- you know who Marwan Barghouti is?
18  A. I know about Marwan Barghouti.
19  Q. Do you know where Marwan Barghouti is today?
20  A. I believe he's in an Israeli prison.
21  Q. Do you know why he's in prison?
22  A. I believe the Israeli courts convicted him of crimes.
23  Q. Did you ever read the verdict on his -- following his
24    trial?
25  A. No.

## Page 45

1  Q. Have you ever read -- have you ever read his --
2     transcripts or reports of his interrogation?
3  A. No.
4  Q. Did you ever meet an individual named Nasser Awais?
5  A. No.
6  Q. Did you ever meet an individual named Ra'ed al-Karmi?
7  A. No.
8  Q. Do you know who that was?
9  A. I believe he was someone who was killed during the
10    Second Intifada.
11 Q. Do you -- do you know what his -- what he was doing
12    before he was killed?
13 A. No.
14 Q. Did you ever meet an individual name Nasser Naji
15    Abu-Hamid?
16 A. No.
17 Q. Did you ever meet an individual named Muhammad Abdel
18    Rahman Salem Mouslah?
19 A. No.
20 Q. Did you ever meet an individual named Jamal Ahawil?
21 A. No.
22 Q. Forgive my pronunciation; it's probably very bad.
23 A. I think I'm understanding.
24 Q. Did you ever meet an individual named Sa'id Ramadan?
25 A. Excuse me.

## Page 46

1     No. No.
2  Q. Did you ever meet an individual named Nassar al-Shawish?
3  A. I don't believe so.
4  Q. Did you ever meet an individual named Ibrahim Hamed?
5  A. I don't believe so.
6  Q. Did you ever meet an individual named Moonzer Mahood --
7     Mahood -- excuse me: Moonzer Mahmood Halil Noor?
8  A. I don't believe so.
9  Q. Did you ever meet an individual named Abd-el Karim
10    Aweis?
11 A. I don't believe so.
12 Q. Have you ever heard of him?
13 A. I -- I think I've heard of him.
14 Q. What do you understand his prominence to be?
15  MR. HILL: Objection. Lack of foundation.
16 A. I think that he was someone who was arrested during the
17    Second Intifada.
18 BY MR. YALOWITZ:
19 Q. Do you know where he is today?
20 A. No.
21 Q. Did you ever meet an individual named Kahira Sa'id Ali
22    Sa'adi?
23 A. No.
24 Q. Do you know who she is?
25 A. No.

## Page 47

1  Q. Did you ever meet an individual named Sana'a Mohammed
2     Shchada?
3  A. No.
4  Q. Did you know who she is?
5  A. No.
6  Q. Did you ever meet an individual named Kamal a-Din
7     Isma'il Musa al-Abed?
8  A. I don't think so.
9  Q. Did you ever meet Wafa Idris?
10 A. No.
11 Q. Do you know who she was?
12 A. I have heard about her.
13 Q. Tell me what you know about her.
14  MR. HILL: Objection, lack of foundation.
15 A. I read in the news that she was a suicide bomber.
16 BY MR. YALOWITZ:
17 Q. Did you ever meet anybody from her family?
18 A. No.
19 Q. Did you ever meet an individual named Mohammed Sami
20    Ibrahim Abdallah?
21 A. Not to my recollection.
22 Q. Do you recall an individual named Pharess Ghanem?
23 A. Not to my recollection.
24 Q. Do you know an individual named -- or did you ever meet
25    an individual named Majid al-Masri?

## Page 48

1  A. Not that I recall.
2  Q. Did you ever meet anybody named Ali Mohammed Hamed
3     Abu-Halil?
4  A. Not that I recall.
5  Q. Did somebody just join on the telephone?
6  MS. WEISER: It's Rachel here.
7  MR. YALOWITZ: Hi, Rachel. So the record --
8  MS. WEISER: I'm going to put my phone on mute.
9  MR. YALOWITZ: Thank you.
10    The record can reflect that Rachel Weiser,
11    W-E-I-S-E-R, joined the meeting by telephone.
12 Q. Where were we: Abu Khalil. Oh, this is a long one:
13    Did you ever meet an individual named Adb-al-Rahman
14    Youssef Abd-al-Rahman Mekadad?
15 A. Not that I recall.
16 Q. Do you know who that is?
17 A. No.
18 Q. Do you recall -- were you in Bethlehem when the Church
19    of the Nativity was seized by militants?
20  MR. HILL: Objection to form.
21    You can respond.
22 A. I was -- believe I was in Bethlehem or Ramallah when
23    there was a siege of the church by Israeli forces.
24 BY MR. YALOWITZ:
25 Q. Do you know any of the individuals who were inside the

1    church?
2    A. I know someone who was inside the church.
3    Q. But it was not Mekadad?
4    A. No.
5    Q. Who was it?
6    A. His name was S-Ahmet.
7    Q. And what was his relationship with the -- militants
8       who were inside the church?
9    MR. HILL: Objection, lack of foundation.
10   A. I didn't know.
11   BY MR. YALOWITZ:
12   Q. Did you ever meet an individual named Ahmed Salah Ahmed
13      Salah?
14   A. Not that I recall.
15   Q. Did you ever meet an individual named Hilmi Abd-al-Karim
16      Mohammed Hamash?
17   A. Not that I recall.
18   Q. Did you ever meet an individual named Ahmed Mohammed
19      Ahmed Sa'ad?
20   A. Not that I recall.
21   Q. Did you ever meet an individual named Ibrahim Abd-al
22      Hai?
23   A. Not that I recall.
24   Q. Did you ever meet an individual named Basher Bargouti?
25   A. Not that I recall.

1    Q. Do you -- do you ever meet an individual named Uzz-a-din
2       Hamamra?
3    A. Not that I recall.
4    Q. Did you ever meet Mohammed Hashaika?
5       No?
6    A. Not that I recall.
7    Q. Do you know who that is?
8    A. No.
9    Q. Did you ever meet an individual -- did you ever -- did
10      you attend the funeral of Mohammed Hashaika?
11   A. Not that I recall.
12   Q. Did you ever attend a funeral of a suicide bomber?
13   A. No, not that I know of.
14   Q. Did you ever meet an individual named Ali Ja'ara?
15   A. Not that I recall.
16   Q. Did you ever meet an individual named Said Awadeh?
17   A. Not that I recall.
18   Q. Did -- is the name "Mohammed Hashaika" a familiar one to
19      you?
20   A. No.
21   Q. Is the name "Ali Ja'ara" a familiar one to you?
22   A. No.
23   Q. How about Said Awadeh: Have you ever heard that name
24      before?
25   A. Not that I recall.

1    Q. Did you ever meet an individual named Naef Abu Sharah?
2    A. Not that I recall.
3    Q. And is that a familiar name to you?
4    A. Not that I recall.
5    Q. Did you ever meet an individual named Mazen Marwan Faiz
6       Fraitah?
7    A. Not that I recall.
8    Q. Did you ever meet an individual named Fawzi Murar?
9    A. Not that I recall.
10   Q. I may have had asked you this before, but did you ever
11      meet anybody from Force 17?
12   A. Not that I knew of.
13   Q. Do you know what Force 17 was?
14   A. I understand it was a -- I believe a security force,
15      Palestinian security force.
16   Q. Do you know what their job was?
17   A. Not specifically.
18   Q. Do you -- did you ever meet an individual named Ahmed
19      Ibrahim Hilles?
20   A. Not that I recall.
21   Q. And did you ever meet an individual named Ziad Abu Amr?
22   A. Not that I recall.
23   Q. All right.
24      Are you familiar with the work of the Palestinian
25      Human Rights Monitoring Group?

1    A. I've -- I think I've seen the website.
2    Q. Did you ever meet Bassem Eid -- Eid? How do you say his
3       name?
4    A. Bassem Eid.
5       I'm not sure if I met him.
6    Q. Do you know who he is?
7    A. I believe he's a human rights worker.
8    Q. He wrote a report called "Media in Palestine: Between
9       the Hammer and the Anvil of Self-censorship." Did you
10      ever read that report?
11   A. I don't know.
12   Q. There is a document -- let me give you a document called
13      "Journalism Education in Countries with Limited Media
14      Freedom," and we'll ask some questions about that.
15   A. Okay.
16      (Exhibit 1 marked for identification.)
17   BY MR. YALOWITZ:
18   Q. Okay, Dr. Allen, do you have Allen deposition exhibit 1
19      before you?
20   A. Yes.
21   Q. And you'll see, down in the lower right-hand corner, the
22      number 462.
23   A. Yes.
24   Q. That's my handwriting; I wrote that the other day when
25      the defendants provided it to one of my witnesses.

Page 53

1      Have you ever seen this report before?
2  A. Not in this form.
3  Q. Do you know what it is?
4  A. I don't believe so.
5  Q. You think you may have seen it in another form, or
6     you're just being careful when you say that?
7  A. I don't think I've seen it.
8  Q. All right. Could you turn to the second page of the
9     document, which is entitled "CHAPTER FOUR" -- I guess
10    it's the third page; sorry -- "PALESTINIAN MEDIA MAP."
11    Do you see that?
12       Do you have the same document I do -- yeah, there we
13    go.
14 A. Oh, sorry.
15 Q. "PALESTINIAN MEDIA MAP."
16 A. Yes.
17 Q. All right.
18    By Nibal -- how do you say his last name?
19 A. "Thawabteh."
20 Q. Do you know him?
21 A. No.
22 Q. This is -- this is not a document that's familiar to
23    you?
24 A. I don't believe so.
25 Q. All right.

Page 54

1      And then if you just look with me on the first page,
2     it's a little -- the copying is a little difficult to
3     read, but toward the bottom, it gets a little easier to
4     read. And there's a sentence four lines from the bottom
5     that says:
6       "Threats, arrests, and abuse of journalists deemed
7     critical of the Palestinian Authority, the Fatah party,
8     and the Hamas party, have become routine."
9       Do you see that?
10 A. Yes.
11 Q. And then it says:
12    "Most independent media outlets exercise cautious
13    self-censorship, particularly on the issue of internal
14    Palestinian politics."
15    Do you see that?
16 A. Yes.
17 Q. Do you have any reason to doubt the accuracy of these
18    two sentences?
19    MR. HILL: Objection, lack of foundation.
20 A. I have no first-hand knowledge that would support these
21    sentences.
22 BY MR. YALOWITZ:
23 Q. And do you have any first-hand knowledge that would
24    rebut them?
25 A. The -- the media personnel who I spoke with did not

Page 55

1      report sentiments that support these sentences, or these
2     claims.
3  Q. How many media personnel did you speak with?
4  A. I didn't count them.
5  Q. Can you give us an estimate?
6  A. Could have been between 10 and 20.
7  Q. And what organizations were they in?
8  A. These were people related to Bethlehem TV, PATV, and
9     I believe Watan TV.
10 Q. Is PATV owned by the Palestinian Authority?
11    MR. HILL: Objection, lack of foundation.
12 A. I don't know.
13 BY MR. YALOWITZ:
14 Q. Did you -- when you were living in Ramallah and
15    Bethlehem, did you watch PATV?
16 A. I sometimes watched PATV.
17 Q. What did you think of it?
18 A. That's a broad question.
19 Q. Too broad?
20 A. Yeah.
21 Q. Did you find it reliable?
22 A. I guess I wasn't -- I wasn't watching PATV with the
23    purpose of assessing its reliability.
24 Q. Why did you watch it?
25 A. I was interested in knowing how the events of the

Page 56

1      Intifada were being portrayed across a variety of media.
2  Q. Did you -- do you have a sense of how many people in the
3     West Bank and Gaza had televisions in the 2000 to 2004
4     time frame?
5  A. My understanding was that a majority of people had
6     television.
7  Q. I read a statistic that 93 percent had televisions; does
8     that sound right to you?
9  A. I haven't taken a survey myself, but that sounds
10    reasonable.
11 Q. And I read that of those, 29 percent watch PATV. Does
12    that sound reasonable to you?
13    MR. HILL: Objection, lack of foundation.
14 A. I didn't take a survey, so I actually can't assess
15    whether or not that's reasonable.
16 BY MR. YALOWITZ:
17 Q. Fair enough.
18       Is PATV comparable to any television network in the
19    United States?
20 A. "Comparable"? Well, I don't know; what it was
21    portraying and reporting about was very distinct from
22    the kind of news that American TV portrays.
23 Q. When you were living in Ramallah and Bethlehem, did you
24    ever read reports from Wafa?
25 A. I may have skimmed that newspaper on very rare occasion.

1   Q. Do you know what it is?

2   A. I believe it's the -- it's understood to be the official

3      news agency of the Palestinian Authority.

4   Q. When you were living in Ramallah and Bethlehem, did you

5      read Al-Quds?

6   A. I reviewed Al-Quds.

7   Q. And did you read Al-Ayyam during that period?

8   A. I reviewed Al-Ayyam.

9   Q. Did -- what's the difference between reading and

10     reviewing?

11   A. I didn't read every article, or -- I -- it was more than

12     skimming, and getting a sense of what was being reported

13     and how.

14   Q. Did you -- did you review, as you've just described it,

15     did you reviewed Al-Hayat al-Jadida?

16   A. Perhaps on occasion, yes.

17   Q. Did -- did you understand Al-Hayat al-Jadida to be

18     associated with the Palestinian Authority?

19   A. My understanding was that people regarded it to be

20     associated with the Palestinian Authority.

21   Q. Have you ever heard that it was the unofficial

22     mouthpiece of the Palestinian Authority?

23   A. Yes, I believe I've heard that.

24   Q. Do you -- did you find that to be an accurate

25     description?

1     MR. HILL: Objection, lack of foundation.

2   A. Again, I don't know what official relationship it may

3     have had. I had a sense of how Palestinians regarded

4     that newspaper as being reflective of the PA.

5   BY MR. YALOWITZ:

6   Q. Reflective of the official views of the PA?

7   A. As I said, I understood Palestinians understood this

8     newspaper to be affiliated or reflective of --

9     I understood that Palestinians believed that newspaper

10     to be associated with the PA.

11   Q. Al-Hayat al-Jadida was distributed primarily at the

12     ministries and government organizations; is that true?

13   A. I don't know.

14   Q. Why don't we look at page 75 of the media map in front

15     of you; let's see if we can find out what they say about

16     it.

17     Do you see the entry on Al-Hayat al-Jadida in the

18     Palestinian Media Map?

19   A. Yes.

20   Q. They say that Al-Hayat al-Jadida is partially funded by

21     the government; do you see that?

22   A. Yes.

23   Q. Do you know whether that's true or false?

24   A. I do not know.

25   Q. Do you see they are reporting Al-Hayat al-Jadida is

1     distributed primarily at the ministries and government

2     organizations?

3   A. I see that.

4   Q. Does that refresh your recollection that that's where it

5     was distributed?

6   A. No. I have no idea.

7   Q. Did you spend much time at ministries and government

8     organizations during your years living in Ramallah and

9     Bethlehem?

10   A. No.

11   Q. The Palestinian Media Map also reports that the

12     newspaper has a remarkable reception in poor areas of

13     the Gaza Strip, the Governate of Hebron, Jenin and

14     Tulkarem; do you see that?

15   A. I see that.

16   Q. Do you have any reason to doubt that that's true?

17     MR. HILL: Objection, lack of foundation.

18   A. I have no evidence that would support this claim.

19   BY MR. YALOWITZ:

20   Q. Do you have any evidence that would rebut it?

21   A. Insofar as I spent some time in Hebron, Jenin and

22     Tulkarem, I do not recall Al-Hayat al-Jadida being

23     remarkably well received.

24   Q. Did you conduct a study on that subject?

25   A. I did not conduct a survey of Palestinian newspapers.

1   Q. In -- in your fieldwork, did you discuss Al-Hayat

2     al-Jadida with your interview subjects?

3   A. I discussed with my interview subjects their conception

4     of news media generally.

5   Q. What impressions did you form about Al-Hayat al-Jadida?

6   A. My impression was that this was not a widely consulted

7     newspaper.

8   Q. At least not among those that you interviewed?

9   A. Among these who I interviewed, and according to those

10     who I interviewed, their own assessment of their

11     society.

12   Q. Did you -- do you have any idea of why the Palestinian

13     Authority -- I'm sorry; let me reframe that question.

14     It wasn't a good one.

15     Do you have any idea why Al-Hayat al-Jadida is

16     considered the unofficial mouthpiece of the Palestinian

17     Authority?

18     MR. HILL: Objection, lack of foundation.

19   A. I don't know.

20   BY MR. YALOWITZ:

21   Q. Did you ever look at a newspaper called Al-Shahada?

22   A. Not to my recollection.

23   Q. Do you know what "Al-Shahada" means?

24   A. Yes.

25   Q. What does it mean?

Page 61

1    A. "Martyrs."
2    Q. Did you ever look at a newspaper called "Watani"?
3    A. Watani?
4    Q. Watani.
5    A. Not to my recollection.
6    Q. Do you know what "Watani" means?
7    A. Watani? Yes.
8    Q. What does it mean?
9    A. It would mean "nationalist," or "nationalistic."
10   Q. Have you ever heard of either of those two publications?
11   A. Not to my recollection.
12   Q. You said in your report -- well, let's get your report,
13       so we can be specific.
14   MR. YALOWITZ: So we'll mark as Allen deposition exhibit 2
15       the report of Dr. Lori Allen.
16       (Exhibit 2 marked for identification.)
17   BY MR. YALOWITZ:
18   Q. Okay. Do you have your report in front of you?
19   A. Yes.
20   Q. And let's just make sure that it is what it purports to
21       be; take a moment and glance over it. I'll represent to
22       you that I believe it to be your report.
23       Does it look like your report?
24   A. It does.
25   Q. Okay. So I was going to ask you about something you

Page 62

1        wrote on page 14.
2        Are you there?
3    A. Yes.
4    Q. You wrote that Marcus cited some examples from Al-Quds,
5        Al-Ayyam and Al-Hayat al-Jadida.
6        Do you see where I am?
7    A. Yes.
8    Q. And you note that only a small percentage of
9        Palestinians considered these newspapers to be
10       trustworthy sources of information?
11   A. Yes.
12   Q. Can you estimate that percentage?
13   A. I did not conduct quantitative research and was not in
14       the business of producing percentages. I concluded from
15       my research that the vast majority of Palestinians did
16       not regard these newspapers to be trustworthy or useful,
17       or -- and I concluded that most people didn't really
18       read these newspapers as their main or even secondary
19       source of information.
20   Q. By the way, did you ever note people sharing newspapers
21       during your years living in Ramallah and Bethlehem?
22   A. Yes, insofar as one newspaper might be in a family.
23   Q. Did -- did -- when you say "the vast majority," can
24       you -- can you give us some sense of what ballpark
25       you're in there?

Page 63

1    A. I never met a Palestinian who I talked to about media
2        consumption who said that these newspapers were
3        important sources of information to them. To the
4        contrary, many people were critical, if not dismissive,
5        of these newspapers as sources of information.
6    Q. Would you -- can you give us any percentage at all? Do
7        you think it's zero percent? Do you think there were no
8        -- there was not one person who found them to be
9        credible?
10   A. It is rare for any society to be of one single opinion
11       on any subject, so I wouldn't venture to say zero
12       percent or 100 percent about anything.
13   Q. So can you give us anywhere in between that you would
14       place the --
15   A. As I said, the vast majority -- I mean, I don't recall
16       speaking to anyone who believed these newspapers to be
17       credible sources of information. Moreover, the majority
18       of news consumption that I observed and that I talked to
19       people about was satellite TV, and sometimes local news
20       stations.
21   Q. You mentioned in your report that the style and content
22       of news coverage was very similar across all news
23       sources that you reviewed; is that right?
24   A. Yes.
25   Q. Was that something that you looked at this year, or were

Page 64

1        you going from memory of your time in --
2    A. I believe that was --
3    Q. -- Ramallah and Bethlehem?
4    A. That was a conclusion I reached at the time of my
5        research.
6    Q. Is that something you studied at the time?
7    A. It was part of what I was reviewing.
8    Q. And -- and how did you study the question?
9    A. I reviewed -- I reviewed some local papers and other
10       publications on a regular basis; I watched TV with
11       people in their homes; I watched TV from a variety of
12       channels on my own and tried to consume media in ways
13       that were similar to the people that I was doing
14       research with -- with the exception that I was often
15       buying and reviewing some local newspapers, which most
16       people did not do.
17   Q. Did you -- did you watch sermons on PATV?
18   A. I may have come across them. They were not something
19       that I specifically focused on.
20   Q. Have you -- did you -- you read Marcus's report; right?
21   A. Yes.
22   Q. Did you see he quoted some sermons that seemed
23       inciteful -- seemed to contain incitement?
24   A. I recall that Marcus made the argument that some
25       religious sermons were inciteful.

Page 65

1   Q. I guess that would be with a "C," not an "S"; right?
2   A. I believe so.
3   Q. All right. And did you read the text of any of those
4       sermons?
5   A. I read what was in Marcus's report, and --
6   Q. Did you watch the video that was attached as an exhibit
7       to his report?
8   A. No, I didn't.
9   Q. Based on what you saw, did you think that any of the
10      sermons he quoted contained incitement?
11  A. Can I see what specifically you're referring to?
12  Q. Sure.
13          (Discussion off the record.)
14          (Exhibit 3 marked for identification.)
15  BY MR. YALOWITZ:
16  Q. So I was -- let me direct to you page 25 of Marcus's
17      report.
18      Do you see there's a large block quote in the middle
19      that's a translation of something from Dr. Muhammad
20      Ibrahim Madi?
21  A. I see that the report has text that claims that it was
22      translation from Muhammad Ibrahim Madi.
23  Q. Do you know who that is, Muhammad Ibrahim Madi?
24  A. No.
25  MR. YALOWITZ: So -- should we play the audio?

Page 66

1   MS. McMILLAN: Sure.
2   BY BY MR. YALOWITZ:
3   Q. Would -- would it be helpful for you to listen to the
4       audio?
5   A. That depends on what you're talking to me about.
6   Q. Well, I just want to ask you some questions about the
7       substance of it. So why don't you take a moment and
8       read Marcus's quote, and then we'll play the audio file
9       for you, and then I can ask you some questions about
10      this, as -- this quotation, as it relates to incitement.
11      Have you had a chance to read that text?
12  A. Yes.
13  Q. Okay, let's see if we can play the audio file for you.?
14  MR. HILL: Since it's going to be in Arabic, do you want
15      to make a representation about -- is it just the Arabic
16      version of the English that's on page 25? Is it the
17      entire sermon? Is it --
18  MS. McMILLAN: I believe there's translations on the audio.
19  MR. YALOWITZ: So we'll be able to --
20  MR. HILL: So we'll follow it in English?
21  MR. YALOWITZ: We'll be able to follow along.
22  MR. HILL: Okay.
23  MS. McMILLAN: I believe.
24  MR. YALOWITZ: Perhaps.
25          (Audio played.)

Page 67

1   MS. McMILLAN: No, there's -- there's not a translation; I'm
2       sorry.
3   MR. YALOWITZ: Okay. So what we're -- what we're playing is
4       what we believe to be an audio file that matches this
5       text.
6   Q. We'll let you listen to it, Dr. Allen, and then we can
7       perhaps ask some productive questions.
8   A. I believe the beginning that you just played is not in
9       this text.
10          (Audio played.)
11  THE WITNESS: Can you pause it? That is not this text.
12  MR. HILL: For the record, I heard "Israeli" and
13      "American," which doesn't appear on the text of 25, so
14      it might be a different thing.
15  MR. YALOWITZ: Okay.
16  THE WITNESS: We can go from the text.
17  MR. YALOWITZ: Why don't we go from the text.
18  Q. Let's assume that it's an accurate translation --
19  A. Of something.
20  Q. -- of what it purports to be, which is a sermon. Do
21      you -- can you make that assumption?
22  A. I am reading what is reported here by Marcus, that this
23      is the translation of a speech by Dr. Muhammad Ibrahim
24      Madi.
25  Q. All right. And we've -- we've just demonstrated -- the

Page 68

1       one thing we've just demonstrated is that we don't seem
2       to have the original; fair to say?
3   A. Yes.
4   Q. So -- so what I'm asking you to assume is that it is
5       accurately translated.
6   A. Okay.
7   Q. That's an assumption we're making.
8       And based on that assumption, do you think that it
9       is a -- a sermon that contains incitement?
10  MR. HILL: Objection, lack of foundation for the
11      assumptions. And I'll also note the objection that
12      there is an ellipsis in the text on page 25, so we don't
13      have the entire -- even portion of the sermon, and
14      obviously Dr. Allen does not have the entire sermon.
15      But she can respond to the best of her ability in light
16      of those objections.
17  A. I don't know what -- "incitement" refers to something
18      that is said or conveyed with the -- as far as
19      I understand it, with the intention of producing certain
20      kinds of actions, or that has the result of certain
21      kinds of actions. And I have no basis on which to make
22      any kind of analysis about what this text or speech was
23      intended to do. I have no basis of -- on which to
24      analyze how or whether this text or speech was received
25      or understood or interpreted by anyone.

Page 69

BY MR. YALOWITZ:

1  Q. So do you think this is a -- do you think these are
2     reasonable things to put on television, these
3     statements?
4  A. I don't know, again, the context in which this speech or
5     text was put on TV.
6  Q. Does it seem like this is a -- a person who is
7     encouraging peace and reconciliation?
8  A. I am unable to infer the intentions or expectations of
9     the person who allegedly said or wrote this text.
10  Q. Really? You think that it might be that somebody
11     writes: "We blow them up in Hadera, we blow them up in
12     Tel-Aviv and in Netanya through the mastery of Allah" --
13     "though the mastery that Allah placed us upon this
14     riff-raff," you think that that might be somebody
15     encouraging peace and reconciliation?
16  MR. HILL: Objection, argumentative.
17  A. In my research, I try to understand what people say, why
18     they say it in a particular context. Because I don't
19     have that context and did not speak with this Dr. Madi,
20     I cannot draw any conclusion about the desires for peace
21     and reconciliation that may or may not have been
22     harbored in his heart and thoughts.
23  BY MR. YALOWITZ:
24  Q. And is the same true of the editorial staff at PATV who

Page 70

1     allowed this to be shown on PATV: You have no basis to
2     draw any conclusions about their motivations?
3  MR. HILL: Objection, lack of foundation.
4  A. I didn't --
5  BY MR. YALOWITZ:
6  Q. I'm sorry?
7  A. I did not talk to them about their editorial policy.
8  Q. And so a moment ago you said you had no basis to reach
9     a conclusion about Dr. Madi; do you remember you said
10     that?
11  A. Yes.
12  Q. And is that also true of the editorial staff of PATV?
13  A. What are you asking me?
14  Q. Do you have a basis to reach a conclusion about the
15     motivations of the editorial staff of PATV?
16  MR. HILL: Objection, vague. Do you mean as to this
17     particular piece, or do you mean it in the very broad
18     sense you've asked it?
19  BY MR. YALOWITZ:
20  Q. You can answer.
21  MR. HILL: She can respond.
22  A. Again, my -- my research, and my research method,
23     involves collecting and analyzing a variety of forms of
24     representation; and on the basis of a broad variety of
25     form of representation during the Second Intifada,

Page 71

1     I could draw conclusions about the nature of
2     Palestinian -- general Palestinian attitudes towards the
3     occupation, and general attitudes towards what they
4     wanted out of a political future.
5     So the specific motivations behind PA editorial
6     staff, I do not have a basis for providing analysis.
7  Q. Okay. Thank you.
8     Now I want to show you an article from Al-Hayat
9     al-Jadida, and this is from May 18th, 2001.
10  MR. YALOWITZ: We'll mark it as Allen 3.
11  MR. HILL: 4.
12  MR. YALOWITZ: Fine. We'll mark it as Allen 4, rather than
13     as Allen 3, second so numbered.
14     (Exhibit 4 marked for identification.)
15  BY MR. YALOWITZ:
16  Q. So do you have Allen 4 before you?
17  A. Yes.
18  Q. I would like to -- you should feel free to read whatever
19     portion of it you'd like, but I'd like to direct your
20     attention to a paragraph on the second page. And the
21     paragraph is in the left-hand column, and it's one, two
22     -- the third full paragraph.
23     Do you have that?
24  A. The paragraph that begins (Arab spoken)?
25  Q. Does the paragraph begin (Arab spoken)?

Page 72

1     (Arab spoken.)
2  MR. YALOWITZ: Okay. We're together on that. The linguists
3     are together on that.
4  Q. Just let me know when you've read that paragraph.
5  A. The text is smudged, and there's a -- line of black
6     through it that makes it not completely legible to me.
7  Q. All right. I'm -- I'm going to read a translation that
8     I have.
9  A. Okay.
10  Q. And I'll ask you if you believe it's accurate:
11     "The decisive battle in which Muslims shall win is
12     certainly coming" --
13  A. Sorry, can you tell me where in the paragraph you're
14     beginning that translation?
15  Q. I can't, but my consultant probably can.
16  A. Tell me again the first line you think you have.
17  Q. Sure:
18     "The decisive battle in which Muslims shall win is
19     certainly coming."
20  A. I don't see it yet in this paragraph.
21  Q. How about "The day of judgment": Do you see a sentence
22     beginning with "The day of judgment ...."
23  A. If you give me a moment. It may be that the sentence
24     you --
25  Q. May have been earlier?

## Page 73

1  A. I think it may be later.
2      Why don't you proceed with what you think you have.
3  Q. Sure.
4      "The day of judgment shall not come to pass until
5  the" --
6  A. Is this after the line about the -- the Muslims coming?
7  Q. Yes.
8  A. Uh-huh.
9  Q. "The day of judgment shall not come to pass until the
10    believers defeat the descendants of monkeys and pigs and
11    annihilate them."
12      Do you see that line in the text?
13  A. Yeah -- yes.
14  Q. And then the text goes on:
15      "Muslim Abu Daoud and Ahmed mention that Abu Haraya
16    heard the prophet, may Allah's blessings and peace be
17    upon him, saying the day of judgment shall not come to
18    pass until the Muslims fight against the Jews."
19      Do you see that line?
20  A. Yes.
21  Q. And then it goes on, and it says:
22      "The Muslims shall kill the Jews, and the Jews shall
23    hide behind stones and trees."
24      Do you see that?
25  A. Yes.

## Page 74

1  Q. Do you understand the text to be referring to Jews as
2    descendants of monkeys and pigs?
3  MR. HILL: Objection, lack of foundation.
4  A. I -- I'm not sure what -- I'm not sure that there's only
5    one way to read the text. Could you repeat your
6    question?
7  BY MR. YALOWITZ:
8  Q. The question is: Do you understand the text to be
9    referring to the Jewish people as descendants of monkeys
10    and pigs?
11  MR. HILL: Objection, lack of foundation.
12  A. As I said, it's not -- it's not totally clear in this
13    paragraph.
14  BY MR. YALOWITZ:
15  Q. How do you understand -- who do you understand the
16    reference to "descendants of monkeys" -- to "descendants
17    of monkeys and pigs" to be in that text?
18  A. The paragraph is discussing the -- the paragraph is
19    discussing when Muslims will be victorious. It
20    discusses a hadith, a saying of the prophet, which other
21    Islamic scholars believe to be correct, credible. It
22    says that the -- "the time of victory of the believers
23    over the descendants of pigs," and then it goes on to
24    talk about the battle and the -- fighting between
25    Jews and Muslims.

## Page 75

1      So I can understand an interpretation of this in
2    which "the descendants of pigs" are referring to Jews.
3  Q. And what do you understand Al-Hayat al-Jadida was trying
4    to convey with that text?
5  MR. HILL: Objection, lack of foundation.
6  A. I do not know what Al-Hayat al-Jadida or who at Al-Hayat
7    al-Jadida was trying to convey -- I don't know who chose
8    to print this, so I can't say.
9  BY MR. YALOWITZ:
10  Q. Did you read that article when it came out in 2001?
11  A. Not that I recall.
12  Q. Is that -- how did you describe your use of newspapers?
13    Did you use the word "triangulation," or was that my
14    interpretation of what you were saying?
15  A. I said that collection of other documents and data was
16    part of the process of triangulation.
17  Q. So -- but -- but that article was not one that you
18    considered when you were reaching your opinions and
19    rendering your report?
20  A. No. I wasn't looking at -- I was looking at, generally,
21    coverage of Intifada events, and looking at how
22    suffering was being conveyed.
23  Q. Did -- did you read the report of Marcus before you
24    issued your report?
25  A. Yes.

## Page 76

1  Q. And did you read the exhibits?
2  A. I looked at some exhibits.
3  Q. You didn't look at this one, though; right?
4  A. I -- I do believe I saw a translation of this.
5  Q. Is -- is the translation fair, that I read?
6  A. I believe so.
7  Q. And you said that you saw how it could be understood
8    that somebody reading that would think that the writer
9    was using a derogatory term about the Jewish people;
10    right?
11  A. Yes.
12  Q. And what other explanation do you have for that text?
13  A. "Explanation"? You mean what other interpretation?
14  Q. Right.
15  A. Yeah, I was just pointing out that my -- that the text
16    itself does not say, you know, explicitly that Jews are
17    the descendants of pigs and monkeys, although this
18    phrase is in a context of discussing Muslim victory, and
19    it's in the context of discussing the fight between
20    Muslims and Jews.
21      So that's all I was trying to point out.
22  Q. All right. Do you -- do you know of a town called
23    Khaibar?
24  A. Khaibar?
25  Q. Khaibar. Are you --

Page 77

1   A. I've heard it referred to.
2   Q. It's mentioned in the Koran?
3   A. That, I don't know.
4   Q. It's in -- it's in Saudi Arabia?
5   A. Okay. I don't know.
6   Q. Is that right? You don't -- do you know what happened
7      there?
8   MR. HILL: Objection, lack of foundation.
9      You can respond if you want.
10  A. I don't know what happened there, no.
11  BY MR. YALOWITZ:
12  Q. Did -- did you ever hear that Mohammed killed the Jewish
13     residents of Khaibar?
14  A. I don't recall.
15  Q. That's not a reference that's familiar to you?
16  A. I don't know the specifics of the reference.
17  Q. By "Mohammed," I mean the -- the prophet.
18  A. The prophet Mohammed.
19  Q. It's not ringing any bells?
20  A. Well, there -- yes. I mean, I'm familiar with reference
21     to Khaibar as a place where Jews were killed. I don't
22     know the specifics of who was thought to -- believed to
23     be responsible for it.
24  Q. When you were living in Ramallah and the West Bank, did
25     people ever talk about the story of Khaibar as reported

Page 78

1      in the Koran?
2   A. I never heard -- well, I don't recall hearing the story
3      of Khaibar.
4   Q. What do you -- what -- what's the basis for your
5      knowledge about Khaibar?
6   A. There was -- I heard on at least one occasion a -- a
7      chant during a demonstration, which was "Khaibar,
8      Khaibar ya yahud." And I don't recall the -- the end of
9      the -- of the chant.
10  Q. What does that mean, "ya yahud"?
11  A. What that means is "Khaibar, Khaibar" -- the name of
12     this place -- "Oh Jews."
13  Q. All right. Did you ever see on PATV a video with
14     references to Khaibar?
15  A. I don't recall.
16  MR. YALOWITZ: Do we have that video?
17     (Discussion off the record.)
18  BY MR. YALOWITZ:
19  Q. I think you -- you mentioned -- or I asked you about the
20     exhibits to mark as the report; did you notice there was
21     a -- did you get the exhibits?
22  A. I received some -- I received some exhibits. I can't
23     recall specifically what. And --
24  Q. Did you -- did you get a DVD with videos?
25  A. I did, but I didn't review it.

Page 79

1   Q. Okay. That's what I was going to ask you.
2      All right. Did you ever notice that sporting events
3      were named after martyrs?
4   A. I did not attend or recall sporting -- sporting events
5      named after martyrs.
6   Q. Did you ever notice that town squares were named after
7      terrorists?
8   A. I don't know who you're referring to. I know that there
9      were references to places called "Martyrs Passing," or
10     maybe "Martyr Street."
11  Q. Well, martyrs, I think you -- you wrote in your report
12     that the word "martyr" is -- is one of somewhat broad
13     application; right?
14  A. Yes.
15  Q. So "Martyr Street" doesn't really teach us much about
16     what the meaning of the -- what the intention of
17     somebody naming the place "Martyr Street" is; right?
18  A. My interpretation was that first of all, Martyr Square
19     or Martyr Street was not necessarily an official name,
20     but it's how certain areas came to be referred to by
21     regular people, because they were locations in which
22     many people had died, or they were considered to be
23     dangerous locations. It does teach us that martyrdom --
24     I'll end there.
25  Q. Okay.

Page 80

1   MS. McMILLAN: We don't have it; I'm sorry.
2   MR. YALOWITZ: All right. We'll come back to it.
3   Q. There were also town squares named for individuals;
4      right?
5   A. Such as ... ?
6   Q. For example, did you ever hear of an individual named
7      Raed Nazal?
8   A. No.
9   Q. Do you know who that is?
10  A. No.
11  Q. About how Abu al-Assir: Did you hear him referred
12     to by that name?
13  A. I don't recall that name.
14  Q. And did you ever hear of an individual named Dalal
15     al-Maghribi?
16  A. Yes.
17  Q. And who was that?
18  MR. HILL: Objection, lack of foundation.
19  A. She was -- I believe that she is someone that
20     Palestinians believe to be involved in resistance to the
21     occupation.
22  BY MR. YALOWITZ:
23  Q. Was she a suicide bomber?
24  A. I don't know.
25  Q. How about Wafa Idris: Was she a suicide bomber?

Page 81

1    MR. HILL:  Objection, asked and answered, lack of
2       foundation.
3    A. I know that she was reported in -- widely reported in
4       the news media to have been a suicide bomber.
5    BY MR. YALOWITZ:
6    Q. And Dalal al-Maghribi:  Is it your understanding that
7       she participated in an attack on Israeli civilians?
8    MR. HILL:  Objection, lack of foundation.
9    A. I don't know.
10   Q. Are there streets or squares named after Dalal
11      al-Maghribi?
12   A. Not that I know of.
13   Q. Did you ever hear of -- I may have asked you this, but
14      you never heard of any sporting events were named after
15      people who attacked civilians?
16   A. Not that I know of.
17   Q. Why don't we come back to the video about Khaibar.
18           (Video played.)
19   BY MR. YALOWITZ:
20   Q. Is that a -- did you have -- did you have a chance to
21      watch that video we just played?
22   A. Just now.
23   Q. Is that the first time you've ever seen it?
24   A. Yes.
25   Q. Do you -- you did some work about mothers in -- mothers

Page 82

1       of suicide bombers; is that right?  Or mothers of
2       Shahid, maybe, Shahada?
3    A. I wrote an article about mothers of martyrs.
4    Q. And did -- did -- was that typical of the way mothers
5       of martyrs were portrayed in Palestinian society, that
6       video?
7    MR. HILL:  Objection, lack of foundation.
8    A. In my research, there was a variety of ways in which
9       mothers of martyrs portrayed themselves and were
10      portrayed by others.
11   BY MR. YALOWITZ:
12   Q. Did you -- when you were living in Ramallah and
13      Bethlehem, did you see images on television of mothers
14      handing their children rifles?
15   A. No.
16   Q. Did -- and does that video give you any context for
17      Khaibar, what it meant?
18   MR. HILL:  Objection, lack of foundation.
19   A. As I said, what I understood was that Palestinians
20      understood Khaibar to be a reference to a place,
21      I believe, where Jews were killed.  I don't know by
22      whom.
23   BY MR. YALOWITZ:
24   Q. Does -- do you think a -- what do you think is intended
25      to be conveyed by people who refer to Khaibar in the

Page 83

1       context of armed conflict?
2    MR. HILL:  Objection, lack of foundation.
3    A. In the context of the Second Intifada, I believe this to
4       be a reference to -- this to be a reference to the fight
5       against occupation.
6    BY MR. YALOWITZ:
7    Q. And do you think it's a -- a reference to using violence
8       to fight against occupation?
9    MR. HILL:  Objection, lack of foundation.
10   A. I think it depends on the context in which such
11      a statement would be made or heard.
12   BY MR. YALOWITZ:
13   Q. So, like, a video of a mom giving her kids rifles, do
14      you think that's -- that context suggests that whoever
15      aired that video was encouraging violence against Jewish
16      people?
17   MR. HILL:  Objection, lack of foundation.
18   A. My -- based on what I understood of the context of the
19      Second Intifada, and the occupation, and how
20      Palestinians were representing their situation and
21      seeking to end the occupation, I would understand that
22      video to be a reflection of the values that Palestinians
23      had for fighting the occupation.
24   Q. So --
25   MR. YALOWITZ:  I'm sorry, Fiona, could I just have the

Page 84

1       question back.
2           (Record read.)
3    BY MR. YALOWITZ:
4    Q. Right.  So the question, I understand that there --
5       I agree with you that there's an element of resistance
6       in that video.  My question is:  Is there an element of
7       violence?
8    MR. HILL:  Objection, vague.
9       You can respond.
10   A. The -- the answer to your question is -- your original
11      question -- is no, this was not an encouragement of
12      violence against the Jewish people, I don't think.
13      I think it was a reflection of the appreciation of
14      people who fought the occupation, including people who
15      fought the occupation through the use of violence.
16   BY MR. YALOWITZ:
17   Q. So sitting here today, I think we've agreed you're not
18      familiar with the way the story of Khaibar is portrayed
19      in the Koran; right?
20   A. Correct.
21   Q. So I'm going to ask you about this video when we're
22      together in New York, in front of the jury, and
23      hopefully by then you will have familiarized yourself
24      with the story of Khaibar.
25      So do you think that it is an -- an encouragement of

Page 85

1    violence when a political leader appears in public
2    holding a submachine gun?
3  A.  Is it an encouragement of violence when a political
4    leader holds a submachine gun?  I -- I don't know.
5  Q.  So, like, have you ever seen an image of President Obama
6    holding a submachine gun?
7  A.  No.
8  Q.  How about any of the politicians out there in Kansas
9    City, where you grew up:  Any of them ever appear in
10   public with their submachine guns?
11 A.  I've seen former President Bush in an airman's uniform
12   coming off, I think, an aircraft carrier.
13 Q.  Mm-hmm.  And that was a warlike image; right?
14 A.  I think, in the context in which that image appeared, it
15   was an effort of the -- the presidency to claim a --
16   a victory.
17 Q.  "Mission Accomplished"?  That was the famous "Mission
18   Accomplished" photo?
19 A.  Yeah.  And that was not, I don't think, an encouragement
20   to violence; I think it was a -- in the Bush efforts,
21   a celebration of what he or his regime thought was
22   a victory.
23 Q.  A military victory?
24 A.  Mm-hmm.
25 Q.  Right?

Page 86

1  A.  I believe so.
2  Q.  So did you ever see Yasser Arafat in public?
3  A.  I saw him on TV.  I never saw him in person.
4  Q.  Did you ever see him holding his submachine gun in
5    public?
6  A.  I never saw him personally, and I don't recall seeing
7    him holding a gun.
8  Q.  All right.
9  MR. YALOWITZ:  Let's -- how long have we been going?  Is it
10   time for a break or should we --
11 MR. HILL:  We've been going for an hour and 20.
12 MR. YALOWITZ:  All right.
13 Q.  Would you like to have a break?
14 A.  I'm happy to have a break.
15 MR. YALOWITZ:  Okay.  Great.  We'll -- we'll pause for
16   a little while.
17       (A break was taken.)
18       (Exhibit 5 marked for identification.)
19 MR. YALOWITZ:
20 Q.  So while we were on break, we marked as Allen exhibit 5
21   an article by Anthony Cordesman; do you have that before
22   you, Dr. Allen?
23 A.  Yes.
24 Q.  And I don't have written down where you cited this, but
25   I can represent to you that the reason I found it is

Page 87

1    because you've cited it.  Does it look familiar to you?
2  A.  Not in this form.  It may have been something I looked
3    at online; it would be helpful to know the footnote.
4  Q.  Sure.  Why don't we -- why don't we have a race; we'll
5    see who finds it first.
6       Footnote 112.
7  A.  Thank you.
8  Q.  Do you see the reference in context?
9  A.  Yes.
10 Q.  And is this -- is this an article that you were familiar
11   with before you wrote your report?
12 A.  I don't believe so.
13 Q.  You relied on it for a statement of certain facts; is
14   that fair to say?
15 A.  Yes.
16 Q.  All right.  And the fact that I wanted to ask you -- did
17   you notice that he had -- well, let me ask a different
18   question:  Did you notice that he had a lengthy
19   chronology of different events that took place, like,
20   starting on page 9?
21 A.  I see that.
22 Q.  Did you find him to be a reliable reporter of the facts?
23 MR. HILL:  Objection, lack of foundation.
24 A.  I was not referring to his draft for chronological
25   facts, so I have no assessment.

Page 88

1  BY MR. YALOWITZ:
2  Q.  All right.  Did you read the chronology?
3  A.  I doubt it, because that's not what I was referring to
4    this report for.
5  Q.  Could you look with me on page 18.
6  A.  Yes.
7  Q.  Do you see the entry for December 4th?
8  A.  Yes.
9  Q.  The -- Cordesman is reporting that:
10       "Yasser Arafat is seen in the public for the first
11   time since 1994 holding his sub-machine gun."
12       Do you see that?
13 A.  I see that reference, yes.
14 Q.  Does -- does that refresh your recollection as to
15   whether Arafat appeared in public with his submachine
16   gun?
17 A.  What I recall is the story of the gun and the olive
18   branch at the UN, which was I believe when Arafat agreed
19   to -- I don't know this history, but I believe it's when
20   he decided to recognize Israel again, or decided -- or
21   perhaps it was when he made some speech in the UN.
22   There was a reference to him saying, "I come with an
23   olive branch and a gun."
24       I do not recall this image or the image referred to
25   by Cordesman.

Page 89

1  Q. So let's just talk about this story of the olive branch
2     and the gun. Just tell me what you remember about that
3     story. Take -- we'll come back to the December 4th
4     incident, but just the olive branch and the gun.
5  A. What I think I recall -- I mean, and now I may be
6     getting confused -- is that Arafat made a speech or some
7     sort of representation at the UN, where he said he's --
8     or I mean, was this when he made the peace in -- in '93
9     with Rabin -- I actually don't recall.
10       My first thought was that it was something at the UN
11    where he said, "I'm coming with the olive branch of
12    peace and the gun, and it's up to us to decide which one
13    wins," or something like that. This is a vague
14    recollection.
15  Q. So we'll have to figure this out before we see each
16    other again in New York.
17       Do you see that -- your -- your sense is that the
18    olive branch speech was at the time that Arafat
19    renounced violence and agreed to recognize Israel's
20    legitimacy?
21  A. That's what I thought.
22  Q. That sounds consistent with the symbolism of an olive
23    branch; right?
24  A. Yes.
25  Q. And you see Cordesman -- and by the way, just

Page 90

1     chronologically, you recall that was in the '93 time
2     frame; is that right?
3  A. No.
4  MR. HILL: Objection, lack of foundation.
5  A. No. This is what I don't recall.
6  BY MR. YALOWITZ:
7  Q. Do you know when the first Oslo Accord was?
8  A. The -- the peace was in '93.
9  Q. So then do you see Cordesman is writing that for the
10    first time since 1994, Arafat is appearing in public
11    with his submachine gun?
12  A. Yes.
13  Q. That seems inconsistent with appearing with an olive
14    branch; right?
15  MR. HILL: Objection. Lack of foundation, out of context.
16    The witness can answer.
17  A. I understand that the gun, in Palestinian society, is
18    a symbol of resistance to occupation.
19  BY MR. YALOWITZ:
20  Q. And -- and what do you understand the olive branch to be
21    a symbol of?
22  A. The olive branch is a symbol of resolution and peace.
23  Q. So which was Arafat trying to convey by appearing with
24    a gun at the beginning of the Second Intifada?
25  MR. HILL: Objection, lack of foundation.

Page 91

1  A. I don't know Arafat's intentions or motivations. As I
2     said, I understand generally the gun to be -- or guns,
3     generally -- to represent resistance to Israeli
4     occupation.
5  BY MR. YALOWITZ:
6  Q. Was Arafat an important figure in the West Bank and Gaza
7     in the year 2000?
8  A. An important figure? Yes, he was.
9  Q. Would it be fair to say he was by that time iconic?
10  A. Yes, I would say so.
11  Q. Do you think he understood that?
12  A. Yes.
13  MR. HILL: Objection, lack of foundation.
14    Go ahead.
15  A. I don't know, but I would guess so.
16  BY MR. YALOWITZ:
17  Q. So do you think that his appearing in public with a gun
18    for the first time since 1994 was accidental?
19  MR. HILL: Objection, lack of foundation.
20  A. I don't know what you mean by "accidental."
21  BY MR. YALOWITZ:
22  Q. Well, let me ask it a different way, then.
23  A. Please.
24  Q. Do you think that when Arafat appeared with a gun for
25    first time since 1994, at the beginning of the Second

Page 92

1     Intifada, he was doing so with an understanding that
2     that -- that that act would be understood as encouraging
3     resistance?
4  MR. HILL: Objection, lack of foundation.
5  A. I would guess that he knew that the Palestinian people
6     appreciated and valued resistance to the occupation,
7     including at this period. I would guess that he knew
8     that most Palestinians saw guns as a symbol of
9     resistance to occupation.
10  BY MR. YALOWITZ:
11  Q. And -- and not just peaceful resistance, but violent
12    resistance; right?
13  A. Violent resistance to occupation, yes.
14  Q. Did you, when you were in -- by the way, you've returned
15    to the West Bank and Gaza since you did your fieldwork
16    in February of '03; right?
17  A. Correct.
18  Q. How often have you returned?
19  A. I returned every year or two, approximately, probably
20    every two years, up until four years ago, four or five
21    years ago.
22  Q. And since then --
23  A. But I haven't been since.
24  Q. When's the last time you were in Gaza?
25  A. It probably would have been 2002 or 2003.

Page 93

1    Q. Did -- did you -- do you keep up with Palestinian media?
2    A. Do I regularly review Palestinian media now? No.
3    Q. Did you ever see, either when you were living there --
4       or I guess it would only be when you were living there,
5       because -- have you watched Palestinian TV since you've
6       left Ramallah?
7    A. As in PATV?
8    Q. Yes.
9    A. No.
10   Q. No --
11   A. I have not --
12   Q. -- you've not looked at it? Okay. Did you ever see
13      When you were living there, did you ever see
14      television broadcasts about members of Palestinian
15      Authority security forces who were in Israeli prisons?
16   A. I recall seeing -- I recall seeing coverage, I believe,
17      of -- I'm trying to think.
18      I think I recall seeing call-in shows between --
19      either Palestinians who were in prison or in -- exiled
20      from their home town, where the family would talk to
21      those people.
22   Q. And -- and how did -- how did those television -- these
23      are on PATV?
24   A. I don't recall specifically what channels they would
25      have been broadcast on.

Page 94

1    Q. How did the television shows portray the prisoners?
2    A. These kinds of shows that I'm thinking about right now
3       were mainly efforts to allow families to express their
4       love and appreciation for the people who they couldn't
5       be with.
6    Q. Did they talk about the crimes that the prisoners had
7       committed?
8    A. On shows like this, alleged crimes or antioccupation
9       activities, I don't recall those being a focus of these
10      programs.
11   Q. Did you ever see -- I think I may have asked you about
12      some of these individuals before, but did you ever see
13      a program about Majed El Masri?
14   A. Not that I recall.
15   Q. Or Abd-el Karim Aweis: Did you ever see a program about
16      him?
17   A. Not that I recall.
18   Q. Did you ever see a program about Nassar al-Shawish?
19   A. No.
20   Q. And did you ever see a program about Abu Sharah?
21   A. No.
22   Q. Not that you recall?
23   A. Not that I recall.
24   Q. All right. Did you ever see any news coverage about
25      Wafa Idris?

Page 95

1    A. Yes, I -- well, trying to think of specific coverage I
2       may have seen -- I've read news reports about her and
3       her family.
4    Q. Have you seen news items praising her as heroic?
5    A. I don't recalling specific instances.
6    Q. Do you -- what do you understand her to have done?
7    MR. HILL: Objection, lack of foundation. You can respond
8       again.
9    A. As I said before, I know that she was widely reported in
10      the news to have been responsible for a suicide bombing.
11   BY MR. YALOWITZ:
12   Q. Why don't we -- shall we look at -- well, why don't we
13      wait until our Arabic source gets back to look at
14      a document.
15      Did you -- ah, here he is; okay. Why don't we look
16      at a document we'll mark as Allen 6.
17      (Exhibit 6 marked for identification.)
18   BY MR. YALOWITZ:
19   Q. Do you have Allen 6?
20      Can you tell what newspaper this is from?
21   A. I don't see the title of the newspaper on this article.
22   MR. MARCUS: Left-hand side.
23   A. Could be from Ayyam Hursdeniyen, could be from Al Ayyam,
24      but it doesn't say -- it doesn't have the masthead of
25      Al-Ayyam.

Page 96

1    BY MR. YALOWITZ:
2    Q. All right. Do you recognize the image in the photograph
3       on the -- on the side of that box there (Indicating)?
4    A. I recognize this to be, I think, an image that was
5       circulated of Wafa Idris.
6    Q. And you should feel free to read anything in the article
7       that you'd like, but I'd like to direct your attention
8       to the second column, which is the column on the left --
9       do I have that correct? It's the second column.
10   MR. HILL: Are you asking whether the left-hand column is
11      the second column?
12   MR. YALOWITZ: Right.
13   Q. The left-hand column is the second column; right?
14   A. Yes.
15   Q. Okay.
16   A. Oh, sorry. I didn't follow. Yes.
17   Q. And the third full paragraph, would you just read that
18      and tell me what it says.
19   A. The third full paragraph, that begins (Arabic spoken)?
20      The third full paragraph, that begins (Arabic
21      spoken)?
22      (Discussion off the record.)
23   MR. HILL: Are you asking her to translate it?
24   MR. YALOWITZ: Yes.
25   Q. If you could read it and tell me in English what it

Page 97

1   means. You don't have to read it out loud; she won't be
2   able to take it down.
3   A. Okay.
4       "In his role, Ziad Abu Ein, a member of the higher
5   committee of the Fatah movement, said" -- (Arabic
6   spoken) -- I'm not sure what (Arabic spoken) means --
7   said something about the heroism of Idris, a member of
8   the Al-Aqsa Martyr Brigades, connected to the movement";
9   i.e., referring to the movement, I suppose, of Fatah.
10  Q. Okay. Who is Ziad Abu Ein?
11  MR. HILL: Objection, lack of foundation.
12  A. I don't know.
13  BY MR. YALOWITZ:
14  Q. Do you -- do you know -- I'm sorry, did you say the
15     movement committee of Fatah? Is that how he's referred
16     to in the article?
17  A. No, I said he's referred to here as member of the higher
18     committee -- the higher -- yeah, the higher committee,
19     I believe.
20  Q. All right. And do you know what that is?
21  A. No.
22  Q. Do you -- do you know what he was intending to convey by
23     praising the heroism of Wafa Idris?
24  MR. HILL: Objection, lack of foundation.
25  A. I do not know the intentions of Ziad Abu Ein in this

Page 98

1   instance.
2   BY MR. YALOWITZ:
3   Q. What do you understand would be perceived by people who
4      read about a member of Fatah praising the heroism of
5      Wafa Idris?
6   MR. HILL: Objection, lack of foundation.
7   A. You're asking me to surmise what people would understand
8      from this statement, if it was made in this form? Is
9      that what you're asking me to do?
10  BY MR. YALOWITZ:
11  Q. Right. But that's part of what you did as your --
12  A. Indeed.
13  Q. -- as your work?
14  A. Yeah. I'm clarifying your question; that's all.
15  Q. Right.
16  MR. HILL: Same objection.
17      Go ahead.
18  A. I would understand that this was a statement of praise
19     for resistance to the occupation.
20  BY MR. YALOWITZ:
21  Q. And would you understand it to be praise for resistance
22     to the occupation in the form of violence directed at
23     civilians?
24  MR. HILL: Same objection.
25  A. No, not necessarily, because the following line says

Page 99

1   that Ziad Abu Ein clarifies that the -- the struggle
2   path will continue until the end of occupation, and that
3   the blood of the martyrs will not go in vain.
4       So in this context, I understand this to be
5   a statement of praise for people who are perceived to
6   have been part of the struggle against occupation.
7   BY MR. YALOWITZ:
8   Q. So --
9   A. And it was a statement of appreciation for those who are
10     perceived to have sacrificed themselves in that effort.
11  Q. So am I understanding -- let me -- let me just try to
12     unpack that a little bit.
13  A. Okay.
14  Q. Okay? So what you just described is -- is people who
15     were killed during the course of resistance to the
16     occupation, some of whom engaged in violence against
17     civilians, and others who did not; right?
18  MR. HILL: Objection. Lack of foundation, misstates the
19     witness's testimony.
20  A. What are you asking me to confirm?
21  BY MR. YALOWITZ:
22  Q. So -- so you described -- well, let me try it a little
23     different way.
24      Would you agree that the article we're looking at
25     includes praise of someone who committed violence

Page 100

1   against civilians?
2   MR. HILL: Objection, lack of foundation.
3   A. As I said, I know that it was reported that Wafa Idris
4      was involved in a suicide bombing in which civilians
5      were killed.
6   BY MR. YALOWITZ:
7   Q. And -- and so your opinion is that the praise of people
8      who were killed in the context of the violence is not
9      limited to a suicide bomber like Wafa Idris; right?
10  A. Correct.
11  Q. But at the same time, I think you would agree with me
12     that the praise includes people who directed violence
13     against civilians; right?
14  MR. HILL: Objection, lack of foundation.
15  A. There was general praise and appreciation for people who
16     were seen to have been involved in acts of resistance
17     against the occupation. Many people regarded,
18     I think -- many people I think regarded violent acts of
19     resistance to be praiseworthy and appropriate in the
20     context of a belligerent military occupation.
21  BY MR. YALOWITZ:
22  Q. And they -- and when you say "many people," you
23     understand many people in Palestinian society considered
24     suicide bombing to be praiseworthy and appropriate;
25     right?

Page 101

1  A. I understand that there were varying levels of popular
2     support for suicide bombings, and I understand and write
3     about the fact that there was also a great deal of
4     internal debate and contention about the appropriateness
5     or morality or immorality of suicide bombings.
6  Q. So -- so that's kind of not a debate that would be
7     familiar to our jury; right?
8  A. I don't know.
9  MR. HILL: Objection, lack of foundation.
10 BY MR. YALOWITZ:
11 Q. I mean, like, growing up in Kansas City, did they have
12    debates about whether suicide bombing was okay?
13 MR. HILL: Objection. Argumentative.
14 A. No, there were no debates that I was aware of in Kansas
15    City about suicide bombings, because Kansas City has not
16    been under a belligerent military occupation in which
17    some people feel that their only option for ending
18    a belligerent military occupation is violent resistance.
19 BY MR. YALOWITZ:
20 Q. And how about in New York City? You lived in New York
21    City --
22 A. For about two years.
23 Q. -- from '03 to '05; is that right?
24 A. Correct.
25 Q. Did -- did you ever talk with anybody in New York City

Page 102

1     about suicide bombing?
2  A. Not that I recall.
3  Q. And it wasn't a subject of, like, debate and discourse
4     whether that was okay; right?
5  MR. HILL: Objection, lack of foundation.
6     You can respond.
7  A. No.
8  BY MR. YALOWITZ:
9  Q. So -- so -- and I think I asked you before about soccer
10    tournaments named after suicide terrorists, and you said
11    you weren't aware of any; is that right?
12 A. Yes.
13 Q. Why don't I show you a document and see if that rings
14    any bells.
15    By the way, while we're getting the document, did
16    you read in Marcus's report that he had collected press
17    reports about soccer tournaments and other sporting
18    events named after suicide terrorists?
19 A. If it was in the report, I read it.
20 Q. All right. We have a blowup of a document which I'll
21    represent to you was attached as an exhibit to Marcus's
22    report.
23    (Exhibit 7 marked for identification.)
24 BY MR. YALOWITZ:
25 Q. Mr. Marcus attached this as exhibit 43A to his report.

Page 103

1     Does -- does that refer to a youth soccer tournament
2     named after Wafa Idris?
3  A. Yes.
4  Q. Does that ring any bells as to naming of youth sporting
5     events after suicide terrorists?
6  A. I was not at this event that's reported in this --
7     whatever it is. I have no first-hand observation of
8     a soccer tournament, but I see that it's reported in
9     whatever this document is.
10 Q. Okay. And does it -- does it refresh your recollection
11    that indeed there were sporting events named after
12    Wafa Idris?
13 A. As I said, I have no particular recollection of a soccer
14    tournament being so named.
15 Q. And sitting here today, no bells have been rung by
16    looking at this?
17 A. Yeah, I mean, it -- it's certainly something that I came
18    across in my research, that various events or places or
19    occasions would be named after a martyr, and --
20 Q. What -- what do you think is perceived by naming youth
21    sporting events after a woman who blew herself up on
22    a crowded street amongst civilians?
23 MR. HILL: Objection, lack of foundation.
24    The witness can respond.
25 A. I think that it is an expression of appreciation for

Page 104

1     people who are perceived by most Palestinians to have
2     sacrificed themselves in an effort to end the
3     occupation.
4  BY MR. YALOWITZ:
5  Q. It's a positive portrayal?
6  MR. HILL: Objection, lack of foundation.
7  A. It is an expression of appreciation and a reflection or
8     representation of the high values placed on resistance
9     to occupation, including violent resistance to
10    occupation.
11 BY MR. YALOWITZ:
12 Q. I want to show you one more document, which I think you
13    may not have seen, from a newspaper called Al-Shuhada.
14    I think you said you don't know that --
15 A. I don't.
16 Q. -- publication; right?
17    Let's look at it and see what we have, and see if it
18    is enlightening.
19    (Exhibit 8 marked for identification.)
20 MR. YALOWITZ: All right. This will be Allen 8.
21 Q. Do you have Allen 8 before you?
22 A. Yes.
23 Q. Have you ever seen it before?
24 A. Not that I recall, no.
25 Q. Do you know what it is?

Page 105

1  A. No, I don't.
2  Q. So bear with me.
3     Could you just read the -- on the -- on the first
4     page, there's a -- there's a big -- large print, which
5     looks like it probably says "Al-Shuhada"?
6  A. Al-Shuhada, yes.
7  Q. And then beneath it, there's sort of a little --
8     explanatory material. Can you just tell us what that
9     says?
10 A. It says that it is a monthly publication produced or
11    issued by the political -- I'm not -- I'm not sure what
12    (Arab spoken) means in this context, but the political
13    organization -- the forces of the border areas.
14 Q. I'm sorry, did you finish?
15 A. Yeah, I did.
16 Q. The word you said, (Arab spoken), do you think it might
17    mean "instructors" in this context?
18 MR. HILL: Objection, lack of foundation.
19 A. I -- I simply don't know, and I'm not familiar with this
20    publication, so ...
21 BY MR. YALOWITZ:
22 Q. I'm sorry, so say again: Does it say who it's directed
23    to?
24 MR. HILL: Objection, asked and answered.
25 A. Not that I see in this phrasing. I -- I read.

Page 106

1  MR. MARCUS: (Arabic spoken).
2  A. But it says "directed to"; it says (Arabic spoken) --
3     oh, sorry. I thought that meant that it was issued by
4     the forces of the border areas. I guess it could mean
5     "political direction to."
6  BY MR. YALOWITZ:
7  Q. "By," or "to"?
8  A. I'm not sure.
9  Q. Could be either; right?
10 A. If I were to see this in the context of my research, I
11    would ask a research assistant for assistance in
12    interpreting it.
13 Q. All right. Fair enough.
14    This is not a document that you -- you never saw
15    this publication when you were living in Ramallah or
16    Bethlehem; right?
17 A. It does not ring any bells.
18 Q. All right. And does -- does it appear to you to be
19    something internal to the Palestinian security forces?
20 MR. HILL: Objection, lack of foundation.
21 A. I -- I do not know. I have no idea.
22 BY MR. YALOWITZ:
23 Q. All right. Let's look at the -- let's look at the
24    masthead together.
25    Do you see this (Indicating)?

Page 107

1  A. This one?
2  Q. Yes.
3  A. Yes.
4  Q. Those are military people, aren't they?
5  MR. HILL: Objection, lack of foundation.
6  A. Who are military people?
7  BY MR. YALOWITZ:
8  Q. The individuals listed on the masthead.
9  MR. HILL: Same objection.
10 A. I know that (Arabic spoken) is a military rank, and it
11    mentions (Arabic spoken) at the end, and it mentions
12    First Lieutenant Muhlasen Erwah, and so on. So the
13    people listed here are listed as people with military
14    ranks.
15    And then there's a -- I think a photographer.
16 Q. And is there a table of contents on that page that we're
17    looking at?
18 A. Yes, I see that.
19 Q. And can you tell me what the lead article is?
20 A. It says the opening article -- it's listed in the table
21    of contents as "Opening Article."
22 Q. Does it say --
23 A. On page 1.
24 Q. Is there a -- I'm not sure I'm seeing it -- is there an
25    article that's entitled "The Jewish Peril"?

Page 108

1  A. Not listed in this table of contents, no.
2  Q. Maybe kind of up -- in the box in the upper left?
3  A. Oh, sorry, I wasn't looking up there.
4     If that says (Arabic spoken), that could mean "The
5     Jewish Danger."
6  Q. And then the subtitle of that article: Can you tell
7     what that is?
8  A. (Arabic spoken) -- I'm sorry, I can't read that text;
9     it's too small, and it's a calligraphy I can't
10    determine.
11 Q. Does -- does it appear to be "The Protocols of the
12    Elders of Zion"?
13 MR. HILL: Objection, lack of foundation.
14 A. It could be that.
15 BY MR. YALOWITZ:
16 Q. Do you know what that is?
17 A. I --
18 MR. HILL: Objection, lack of foundation.
19 A. I know what it refers to.
20 BY MR. YALOWITZ:
21 Q. What is it?
22 A. As far as I know -- it's not a text that I've read, but
23    as far as I know, it is basically an antisemitic text.
24 BY MR. YALOWITZ:
25 Q. Can you think of why a publication produced by PA

1    military people would have an antisemitic text?
2    MR. HILL: Objection, lack of foundation, misstates the
3      witness's testimony.
4    A. I don't know if this publication was produced by PA
5      military people. I don't know how or whether the
6      publication was read or produced. I can't say why, if
7      these were the people that did produce it, included some
8      version of this antisemitic text.
9    BY MR. YALOWITZ:
10    Q. Did -- just turning back to the front page for a moment,
11      is it a fair translation to call this a monthly bulletin
12      published by Political Guidance for the Border Region
13      Forces?
14    A. That sounds reasonable.
15    Q. And turning back to the masthead, is it fair to say that
16      the editor in chief is Ahmad Ibrahim Hilles?
17    A. It's stated that way, yes.
18    Q. He's listed as the political commissioner for the border
19      region forces; is that right?
20    A. It says (Arabic spoken). (Arabic spoken) can also mean
21      "negotiator."
22    Q. So that would be one where you'd want some context from
23      someone?
24    A. I would have, yes.
25    Q. And then it lists somebody as doing production and

1    coordination; is that right?
2    A. Yes.
3    Q. And just say who that is.
4    A. It's listed as nakib rah ad ek det.
5    Q. And do you know what a nakib is?
6    A. I believe that a nakib is -- the rankings of military in
7      -- even in English, I'm not always so sure about. So
8      "nakib," I believe, would be "major," or the one --
9      "captain"; I think maybe "captain."
10    Q. Can you tell me who the editorial board is, from the
11      masthead?
12    A. It says Mohammed Jarahada.
13    Q. And what's his rank?
14    A. So he's (Arabic spoken), which I believe is -- I believe
15      that's -- (Arabic spoken) is "lieutenant," so (Arabic
16      spoken) -- it's another military rank.
17        I can make some guesses if you want, but I know it's
18      a military rank.
19    Q. It's not necessary. It's not your field; fair to say?
20    A. Yes, it is fair to say.
21    Q. Do you understand the editorial board and the editor in
22      chief to be members of PA security forces?
23    MR. HILL: Objection, lack of foundation.
24    A. I don't know who these people are.
25    BY MR. YALOWITZ:

1    Q. Do you -- do you have -- I think -- do you have any --
2      any understanding at all of why they were putting out
3      this publication?
4    MR. HILL: Objection, lack of foundation.
5    A. I do not.
6    BY MR. YALOWITZ:
7    Q. And this publication was not something you considered
8      when you reached your conclusions and rendered your
9      report; right?
10    A. This is not something that I ever came across, nor is
11      it -- yeah, it's nothing I came across, so no.
12    Q. And "no" meaning you didn't consider it when you reached
13      your conclusions and rendered your report; right?
14    A. Oh, your report for you.
15    Q. Yeah.
16    A. I don't know. I didn't review this.
17    Q. And by the way, just looking back at the table of
18      contents, am I right that this -- do you have the table
19      of contents before you?
20    A. Yes.
21    Q. Do you see where they're referencing the Jewish peril?
22    A. Yes.
23    Q. And then at the very bottom, in quite small print, it
24      says something is -- do I have it right that that says
25      "Continued from what was published in the previous

1    volume"?
2    A. Yes.
3    Q. All right.
4    A. Can I also just state that there are two tables of
5      contents on this page that are in different formats, and
6      it is not clear to me why one table of contents lists
7      articles on pages 1, 5, 11, 12, 14 and 35, and then a
8      separate table of contents lists something from
9      pages 12, 17, and I believe 25. It could be that these
10      are -- I mean, it's unclear to me.
11    Q. So -- so do you read popular magazines?
12    A. In -- where?
13    Q. In life.
14    A. At the hairdressers'.
15    Q. So have you ever read the table of contents of --
16      like -- I don't know what you might read; The Economist,
17      or something like that?
18    A. Probably, yes.
19    Q. And -- and you know how sometimes they have, like, their
20      regular articles listed in one table in the table of
21      contents, and then they put up higher sort of special
22      articles that might be of interest to the reader?
23    A. Perhaps.
24    Q. That might be what's going on here; right?
25    MR. HILL: Objection, lack of foundation.

Page 113

1    A. I have no idea.
2    BY MR. YALOWITZ:
3    Q. Could be; right?
4    A. Lots of things --
5    MR. HILL: Same objection.
6    A. -- could be. Sure. Could be.
7    Q. Sure.
8    MR. YALOWITZ: Okay. I'm ready to pause for lunch, if you
9        are.
10       (Lunch break taken.)
11   BY MR. YALOWITZ:
12   Q. All right. Dr. Allen, are you expressing an opinion
13       that the Palestinian Authority and the PLO had no role
14       in perpetrating the terrorist attacks that are at the
15       core of our case?
16   A. That is not my contention in this report.
17   Q. So you wrote in your report on page 33:
18       "There is no evidence that the PA caused suicide
19       bombings."
20       What did you mean by that?
21   A. I said the Palestinian Authority was not responsible for
22       the suicide bombings.
23   Q. I'm sorry, let me just look -- make sure I have the
24       exact wording.
25       So do you see under -- under "D." the --

Page 114

1    A. Yes.
2    Q. -- second sentence:
3        "There is no evidence that the PA caused suicide
4        bombings"?
5        Do you see that?
6    A. Yes.
7    Q. What did you mean when you wrote that?
8    A. I meant that there -- I meant that there is no single
9        monocausal reason that can be identified for a single
10       cause of suicide bombings. And the purpose of this
11       explanation was to point to my assessment that there
12       were a range of collective and possibly individual
13       motives and reasons that people would engage in this
14       kind of activity.
15   Q. Well, you understand that one of the questions that the
16       jury's going to be asked to decide in our case is
17       whether the PA caused the suicide bombings at issue in
18       our case; right?
19   MR. HILL: Objection, lack of foundation.
20       You can respond.
21   BY MR. YALOWITZ:
22   Q. Do you understand that?
23   MR. HILL: Same objection.
24   A. Say that again?
25   BY MR. YALOWITZ:

Page 115

1    Q. Sure. The jury in our case is going to be asked to
2        decide whether the PA caused injury to the plaintiffs;
3        right?
4    A. I don't know what the jury, if such a jury comes to be,
5        will be asked. If you say that's what's going to
6        happen, we can move on from that.
7    Q. All right. So -- so when you wrote in your report
8        there's no evidence that the PA caused suicide bombings,
9        are you expressing an opinion about the actual terrorist
10       attacks that bring us together today?
11   A. I'm expressing an opinion about the phenomenon of
12       suicide bombings, and more generally, this report is
13       about my understanding of how Palestinians viewed
14       a variety of forms of resistance to occupation,
15       including violent resistance.
16   Q. Is it your contention that the Palestinian Authority had
17       no role in the seven attacks that bring us together
18       today?
19   A. I don't know what, if any, role members or parts of the
20       Palestinian Authority had in any specific event.
21   Q. So do I have it right that you are expressing no opinion
22       about the particular attacks in our case?
23   MR. HILL: Objection, misstates her testimony.
24   A. This report is about the context of the Second Intifada,
25       and does not purport to be an explanation of specific

Page 116

1    events.
2    BY MR. YALOWITZ:
3    Q. So did you -- have you published opinions about what
4        caused suicide bombings in the Al-Aqsa Intifada?
5    A. I have published analyses of how Palestinians viewed
6        resistance to occupation, including issues around people
7        who died in the process of resisting occupation, and
8        I published analysis of the range of kinds of opinions
9        and explanations that people at the local level produced
10       to explain those kinds of events or actions.
11   Q. So do any of your publications deal with what role the
12       Palestinian Authority had in attacks on civilians during
13       the Al-Aqsa Intifada?
14   A. My publications were not analyses of Palestinian
15       Authority activities or -- no.
16   Q. And -- and similarly, your publications never analyzed
17       the role of the PLO in attacks on civilians during the
18       Al-Aqsa Intifada; right?
19   A. My research has not been on the PLO, no.
20   Q. Now, did you -- I think you read the expert reports of
21       Shrenzel and Eviatar?
22   A. Correct.
23   Q. Did you read any of the documents attached to those
24       reports?
25   A. There was -- I read some exhibits; I don't recall if

1    I read all, or which ones. I believe they're listed in
2    my report.
3  Q. Did -- did you notice that the reports had some general
4    comments, and then they had sections that dealt with the
5    specific attacks in our case?
6  A. I don't recall the specific structure of these reports.
7  Q. So did you focus -- do you recall that -- well, let me
8    ask you a different question. Let's -- let's start with
9    the report of Shrenzel.
10    Do you recall that Shrenzel expressed general
11    opinions about the role of Arafat and the relationship
12    among the PA and the PLO and Al-Aqsa, for example?
13  A. Could I see a copy of it?
14  Q. I'm not sure; bear with me one second.
15    We -- we have one copy; we'll mark it for you.
16    Did you -- while we're waiting, can I ask you about
17    the report of Nick Kaufman: Did you read that report?
18  A. No.
19  Q. And did you read any of the documents cited in that
20    report?
21  A. I don't know.
22  Q. They were convictions of people who --
23  A. No.
24  Q. -- either pled guilty or were convicted after trial of
25    committing acts of violence against civilians?

1  A. No, I didn't.
2  Q. And I think I've asked you this before, but you've never
3    read the verdict following the trial of Marwan Baghouti;
4    right?
5  A. No.
6  Q. All right. Have you looked at the website of the
7    Palestinian Authority?
8  A. Yes, I'm sure I have.
9  Q. Uh-huh. And have you -- have you looked at the website
10    of the Palestinian police force?
11  A. I don't recall.
12  Q. All right.
13  MR. YALOWITZ: Do we have the Shrenzel report?
14  Q. All right. So we're going to mark a copy of the report
15    of Israel Shrenzel. I only have one, but I know that
16    your counsel has seen it before.
17  MR. YALOWITZ: We'll mark it as Allen 8 -- 9.
18    (Exhibit 9 marked for identification.)
19  BY MR. YALOWITZ:
20  Q. Do you have Shrenzel's report before you?
21  A. Yes.
22  Q. So could you turn with me to page 18.
23    Do you see on page 18, he's talking about the
24    particular -- some of the particular attacks at issue in
25    our case?

1  A. Mm-hmm.
2  Q. You have to give her --
3  A. Sorry: Yes. I see this section marked "The Attacks at
4    Issue in This Case."
5  Q. And that section then goes on for the remainder of the
6    report; right?
7  A. Yes.
8  Q. Okay. So did you -- did you read that section of the
9    report before you reached your conclusions and rendered
10    your opinions?
11  A. I read this report, yes.
12  Q. And did you read any of the documents cited in section C
13    of the report, which starts on page 18?
14  A. I don't believe so.
15  Q. All right. So -- so do you believe that anything in
16    that report contains evidence that the PA caused suicide
17    bombings?
18  MR. HILL: Objection. Lack of foundation, improper
19    witness -- expert witness testimony. She can respond.
20  A. Restate the question?
21  BY MR. YALOWITZ:
22  Q. Sure. Do you believe that anything in that section of
23    the report supports the conclusion that the PA caused
24    suicide bombings?
25  MR. HILL: Same objections.

1  A. I have no basis for believing or not -- well, for
2    believing this report and its contentions.
3  BY MR. YALOWITZ:
4  Q. So -- so is that report consistent with your opinion
5    expressed in your report that there is no evidence that
6    the PA caused suicide bombings?
7  MR. HILL: Objection, argumentative.
8  A. I did not consider this report as being a credible,
9    reliable or -- a source of evidence. So yes, it's
10    consistent with the statement.
11  BY MR. YALOWITZ:
12  Q. All right. And I take it you didn't read any of the
13    documents referenced in section C; right?
14  MR. HILL: Objection, asked and answered.
15  A. I don't believe so, no.
16  BY MR. YALOWITZ:
17  Q. And you didn't read any of the criminal convictions
18    referenced in exhibit C; right?
19  A. No, I didn't.
20  Q. All right. And I think I may have asked you, but let me
21    just make sure: Have you ever heard of an individual
22    named Abd-el Karim Aweis?
23  A. I see that he's mentioned in this report, so I've heard
24    of him.
25  Q. Mm-hmm. Do you know who he is?

Page 121

1   MR. HILL:  Objection, lack of foundation.
2   A.  No, not really.
3   BY MR. YALOWITZ:
4   Q.  You've not read the record of his criminal conviction;
5       right?
6   MR. HILL:  Objection, asked and answered.
7   A.  No, I've not.
8   BY MR. YALOWITZ:
9   Q.  And do you know whether he's on the PA payroll today?
10  MR. HILL:  Objection, lack of foundation.
11  A.  I do not know.
12  BY MR. YALOWITZ:
13  Q.  Do you know what his rank is in the PA police force?
14  MR. HILL:  Objection, lack of foundation.
15  A.  No, I don't.
16  BY MR. YALOWITZ:
17  Q.  So why don't we see if we can learn together.  We'll
18      look at a document that we'll mark as Allen 10.
19      (Exhibit 10 marked for identification.)
20  BY MR. YALOWITZ:
21  Q.  Do you have that document?
22  A.  Yes.
23  Q.  You've never seen this document before; right?
24  A.  Correct.
25  Q.  Do you know what it is?

Page 122

1   MR. HILL:  Objection, lack of foundation.
2   A.  No.
3   BY MR. YALOWITZ:
4   Q.  Do you know who it relates to?
5   A.  I see that the name listed is Abd-el Karim Rativ Urnis
6       Aweis.
7   Q.  That's the same guy we're talking about; right?
8   A.  I believe so, yes.
9   Q.  And do you see -- can you tell what's going on in the --
10      in the table?  Do you see what the table is entitled?
11  MR. HILL:  Objection, lack of foundation, compound question.
12  A.  The -- the table (Arabic spoken), this table?
13  BY MR. YALOWITZ:
14  Q.  Yes.
15  A.  And you're asking me what's going on in it?
16  Q.  Right.
17  MR. HILL:  Same objections.
18  A.  I don't have any context for this document.  I don't --
19  BY MR. YALOWITZ:
20  Q.  Does it say at the -- what's it headed at the top?  Can
21      you see the top of the table?  It's got a heading.
22  A.  Typed here, it says "The State of Palestine."
23  Q.  I'm sorry, at the top of the table.
24  A.  Sorry, at the top of the table -- (Arabic spoken).
25  Q.  Is that "Promotions"?

Page 123

1   A.  I don't know.  I don't know that word.
2   Q.  Do you -- do you see an entry dated June -- I'm sorry --
3       yeah, June 1, 2011?
4   A.  Mm-hmm.  Yes.
5   Q.  And can you -- can you see what -- what rank Mr. Aweis
6       has, according to that table?
7   MR. HILL:  Objection, lack of foundation.
8   A.  What I read here is the words (Arabic spoken), and then
9       a date, and then (Arabic spoken), and then what
10      I presume is a date, and then the word (Arabic spoken),
11      and then a number, and then what I presume is a date,
12      and then what I think says, in very small print, (Arabic
13      spoken).
14  BY MR. YALOWITZ:
15  Q.  And do you know what any of those Arabic words mean?
16  A.  Yes.
17  Q.  Could you tell me?
18  A.  I know that (Arabic spoken) means "from."  (Arabic
19      spoken) means "to."  In this context, I don't know what
20      (Arabic spoken) means; it could mean "by order."  And
21      I don't know what, in this context, (Arabic spoken)
22      means.  Those words could mean "military" -- it could
23      mean "military course."
24  Q.  What is the phrase right beneath the table?  Does
25      that -- does that say "Recommend Registration of

Page 124

1   Promotions," or something like that?
2   A.  I don't know that word.  Those two words:  I don't know
3       those words.
4   Q.  All right.  I just want to direct your attention to one
5       thing, but I need to figure out where it is.
6       Do you see a reference at the bottom of the page to
7       a number, 5667/15?
8   A.  Yes.
9   Q.  Are you -- are you able to tell me what that sentence
10      says in English?
11  A.  It doesn't look like a sentence to me.  (Arabic spoken),
12      as I said, could mean "by the order"; and then there are
13      those numbers that you just mentioned.
14  Q.  Right?
15  A.  Then there's something that looks like a date.
16  Q.  Right?
17  A.  June 17th, 2002.
18      And then it says:  "Because of the incarceration" --
19      "Because of his incarceration," from -- two words
20      I don't know, and something about his salary.
21  Q.  It says that "By reason of his incarceration in Israel,
22      his salary shall be paid"; is that fair to say?
23  A.  (Arabic spoken).  It looked like a (Arabic spoken).  Oh,
24      I'm sorry, so (Arabic spoken) could, if it says (Arabic
25      spoken) -- and the print is odd -- could mean "because

Page 125

1    of his incarceration on the other side," or "by the
2    other side," the payment of his salary.
3         There's no verb there, so it's not really
4    a sentence.
5    Q.  Do you know how many life sentences Karim Abd-el Aweis
6    is serving?
7    A.  No.
8    Q.  Do you know what his relationship is to the attacks in
9    our case?
10   A.  No.
11   Q.  Do you -- were you aware that -- that individual members
12   of the PA security forces convicted of injuring and
13   killing civilians in Israel remain on the payroll of the
14   Palestinian Authority?
15   MR. HILL:  Objection, lack of foundation.
16   A.  I don't know about the Palestinian Authority's payroll.
17   BY MR. YALOWITZ:
18   Q.  And -- and were you aware, when you reached your
19   conclusions and rendered your report, that individuals
20   who were officers of the Palestinian Authority were
21   given promotions while they were in prison by reason of
22   their crimes?
23   MR. HILL:  Objection, lack of foundation.
24   A.  My report was a response to three other reports that
25   I read, and my report did not -- I didn't have any

Page 126

1    evidence that payments were -- higher payments were made
2    for one reason or another by any organization to any of
3    these people.  These are not matters that I have any
4    evidence of.
5    BY MR. YALOWITZ:
6    Q.  Sitting here today, what do you make of the record that
7    we're looking at?
8    MR. HILL:  Objection, vague.
9    BY MR. YALOWITZ:
10   Q.  If anything.
11   A.  Sorry, what was the --
12   MR. HILL:  Objection, vague.
13   A.  Because I don't have the context, and I don't have
14   anyone who actually knows where this came from or what
15   it's about, I cannot make anything of this in any kind
16   -- with any confidence.
17   BY MR. YALOWITZ:
18   Q.  So let me show you one other document and see if you
19   have any reactions to it.
20   MR. YALOWITZ:  We'll mark it as Allen 11.
21        (Exhibit 11 marked for identification.)
22   BY MR. YALOWITZ:
23   Q.  Do you have Allen 11 before you, Dr. Allen?
24   A.  Yes.
25   Q.  This is not a document that you have seen before; right?

Page 127

1    A.  Correct.
2    Q.  Do you -- do you understand it to be something created
3    by the Palestinian National Authority?
4    MR. HILL:  Objection, lack of foundation.
5    A.  I see that there is a masthead at the top of this that
6    states "The Palestinian National Authority."
7    BY MR. YALOWITZ:
8    Q.  And do you -- can you read the name on the front to see
9    who it relates to?
10   A.  I see that the word "case" is followed by the Arabic
11   words for "the martyr" -- "the martyr of the Intifada
12   Al-Aqsa."
13   Q.  And does it say --
14   A.  And then there's a name beneath that, "Wafa Ali Khalil
15   Idris."
16   Q.  So that's Wafa Idris; right?
17   A.  It says "Wafa Ali Khalil Idris."
18   Q.  Is that the Wafa Idris we've been talking about?
19   MR. HILL:  Objection, lack of foundation.
20   A.  I have no idea.
21   BY MR. YALOWITZ:
22   Q.  All right.  Let's look on page 4 together.
23        I'd like to direct your attention to the
24   handwritten -- is it handwritten?  It looks handwritten.
25   The handwritten portion at the top of the fourth page:

Page 128

1    Do you see that?
2    A.  Yes.
3    Q.  And you see there are three starred sentences at the top
4    of that page?
5    A.  Yes.
6    Q.  The second and third starred sentences -- well, I'm
7    going to read -- I'll tell you what we'll do:  I'll read
8    a translation of these three sentences, and you tell me
9    if that sounds right to you.  Okay?
10   A.  Okay.
11   Q.  "The martyr is one of the Al-Aqsa Intifada martyrs.  The
12   martyr is divorced, without children.  Her father is
13   deceased.  Her mother is alive.  She has three married
14   brothers."
15        Are you with me so far?
16   A.  Yes.
17   Q.  Next sentence:
18        "She was martyred during a heroic martyrdom
19   operation against the Zionists in the occupied city of
20   Jerusalem."
21        Third sentence:
22        "Therefore we recommend that she be considered one
23   of the Al-Aqsa Intifada martyrs according to the
24   regulations."
25        Dated February 14th, 2002.

Page 129

1    Do I have that right?
2  A. Yes.
3  Q. Does that give you a sense of which Wafa Idris this file
4    relates to?
5  MR. HILL: Object, lack of foundation.
6  A. The file relates -- this says this relates to somebody
7    who carried out a martyrdom operation.
8  BY MR. YALOWITZ:
9  Q. Are you aware that the Palestinian Authority pays
10    Wafa Idris's family money as a result of her suicide
11    bombing?
12  MR. HILL: Objection, lack of foundation.
13  A. I do not have specific information about that.
14  BY MR. YALOWITZ:
15  Q. Do you believe it?
16  MR. HILL: Objection, lack of foundation.
17  A. I -- I don't know. I don't know if they are paying her
18    money. I don't have any information on that, her
19    family's money. I don't know.
20  BY MR. YALOWITZ:
21  Q. I think you and I spoke earlier about the Human Rights
22    Watch report about the Al-Aqsa Intifada. Do you recall
23    that?
24  A. Mm-hmm.
25  Q. And is that a document that you considered when you

Page 130

1    reached your conclusions and rendered your report?
2  A. I don't recall if I read it in the period of writing
3    this report.
4  Q. Did -- did you see a report from September 2004 by the
5    ICG relating to the Al-Aqsa Martyr Brigades?
6  A. Probably, yes.
7  Q. Did you consider that report?
8  A. If it's in my footnotes, I did. I know that I have
9    looked at that report at some point; I don't know if
10    I considered it in conjunction with writing this report.
11  Q. There is a different report -- I'll represent to you, at
12    least, I didn't see it in your footnotes.
13  A. Okay.
14  Q. I can't promise that it's not there, but I didn't see
15    it; I saw a different one from a different period. But
16    I want to ask you some questions about the one from
17    2004, so we'll put it before you, and you can look at
18    it.
19  A. Okay.
20    (Discussion off the record.)
21    (Exhibit 12 marked for identification.)
22  BY MR. YALOWITZ:
23  Q. Do you have exhibit 12 before you?
24  A. Yes.
25  Q. Is it a document you're familiar with?

Page 131

1  A. Yes.
2  Q. You've -- do you remember the last time you looked at
3    it?
4  A. No.
5  Q. Could we look together at page 22, which deals with the
6    phenomenon of the Al-Aqsa brigades.
7    Do you see that?
8  A. Yes.
9  Q. Do you think that this report, by the way, by ICG would
10    be a useful document if one were trying to understand
11    the phenomenon of the Al-Aqsa Martyr Brigades?
12  A. A useful document, yes.
13  Q. And is it a document on which it would be reasonable for
14    people in your field to rely on?
15    Too many "ons" in that sentence.
16  A. It is a document that people in my field might consult,
17    yes.
18  Q. All right. If you look with me at the last paragraph on
19    the first column of page 22, ICG is describing the final
20    months of 2000; do you see that?
21  A. Yes.
22  Q. They're saying that:
23    "During the final months of 2000, armed attacks
24    against Israeli solders and Jewish settlers in the
25    occupied territories became increasingly frequent. With

Page 132

1    Hamas still largely quiet, most were claimed by the
2    Al-Aqsa Martyrs' Brigades, a new militia affiliated with
3    the Fatah movement."
4    Do you see that?
5  A. Yes.
6  Q. Do you have any basis to disagree with that reporting of
7    the facts?
8  MR. HILL: Objection, lack of foundation.
9  A. I see that this document cites another document in
10    French, which I don't know and haven't read; I don't
11    know French. So on that basis, I couldn't -- I couldn't
12    state if the conclusions it's reaching, the ICG report
13    is reaching, are consistent with what it's citing.
14  BY MR. YALOWITZ:
15  Q. Well, you were living in the Ramallah area in the final
16    months of 2000; right?
17  A. Yes.
18  Q. Were you aware that armed attacks against Israeli
19    soldiers and Jewish settlers in the Occupied Territories
20    became increasingly familiar?
21  MR. HILL: Objection, lack of foundation.
22  A. I followed the news that reported on -- that reported on
23    attacks against Israeli solders and settlers, but I was
24    not keeping a track of frequency.
25  BY MR. YALOWITZ:

Page 133

1    Q. Did you keep track of whether Hamas was still largely
2      quiet?
3    MR. HILL: Objection, lack of foundation.
4    A. That was not a focus of my research.
5    BY MR. YALOWITZ:
6    Q. And did you keep track of who was claiming
7      responsibility for these armed attacks?
8    A. If responsibility was claimed and reported in news
9      media, I would have noted it; but it was not a focus of
10     my research and was not something that I recorded or
11     focused on.
12   Q. Look with me on the next sentence after the one we've
13     been looking at. ICG reports:
14           "It was an unmistakable signal that the uprising was
15     entering a militarised phase with the tacit support of
16     a Palestinian leadership unable or unwilling to prevent
17     it (or both)."
18           Do you see that?
19   A. Yes.
20   Q. Do you have any opinions on whether that is an accurate
21     statement of the facts?
22   MR. HILL: Objection, lack of foundation, and the sentence
23     itself is compound. But the witness can respond.
24   A. I have no basis for assessing this claim of ICG.
25   BY MR. YALOWITZ:

Page 134

1    Q. If you look with me at the next paragraph, ICG is
2      reporting the following:
3           "Numerous instances in which uniformed Palestinian
4      security personnel initiated or participated in fire
5      fights with Israeli forces and against settlements, and
6      a conspicuous pattern in which some security forces
7      (notably General Intelligence) were involved in the
8      armed uprising while others (particularly the
9      Preventative Security Force) remained wholly aloof,
10     suggested that, at the very least, the leadership
11     exerted a measure of influence."
12           You see that sentence; right?
13   A. Yes.
14   Q. And is there any part of that sentence on which your
15     work gave you a basis to opine as to the accuracy of
16     this -- of any portion of that sentence?
17   MR. HILL: Objection, lack of foundation. The question is
18     confused. The witness can respond.
19   A. So in my research, I paid attention to how Palestinians
20     were understanding the events of the Intifada; I was not
21     doing research on who was involved in what armed
22     attacks, and I was not doing research on the role of
23     political leadership or the elites or higher echelons of
24     political organizations. My focus was more on how
25     people at the grassroots were understanding the events

Page 135

1      in which they were living.
2    BY MR. YALOWITZ:
3    Q. Is it fair to say your work just didn't touch on the
4      topics referenced in that sentence that I just read?
5    A. It's fair -- no. I mean, it's -- what I'm saying is
6      that --
7    Q. Let me ask you a different question, then, because
8      you've said "no"; that's fair.
9           Is it -- is it fair to say that other than the
10     perception of violence, your work was not directed
11     toward the perpetrators of violence, or who was
12     perpetrating the violence, or whether they were under
13     the control of their supervisors?
14   A. Correct.
15   MR. HILL: Objection, compound question.
16   A. Correct.
17   BY MR. YALOWITZ:
18   Q. Thank you.
19           Okay. Let me ask you about one other observation in
20     the ICG report, which is on page 23. And this is the --
21     in the second column, the first -- I guess the second
22     paragraph, that begins: "A key issue ..."
23           Do you see that?
24   A. Yes.
25   Q. Okay. I'm just going to read to you a couple of

Page 136

1      sentences from that paragraph, and then I'm going to ask
2      you some questions about it.
3           "From their formation in late 2000 until early 2002,
4      they" -- that being the Al-Aqsa brigades -- "experienced
5      few real constraints within the comparatively safe
6      havens of Area A. Although prominent commanders were at
7      constant risk of assassination by the Israeli air force
8      (and many were in fact killed), the militias enjoyed
9      virtually unrestricted freedom within the cities. They
10     routinely organized public displays of strength; roamed
11     the streets at will, weapons in hand; were constantly
12     available to the media; and made few efforts to conceal
13     their identities."
14           So my question about those observations is whether
15     your -- you lived in Ramallah during this period; right?
16   A. Yes.
17   Q. Or in a town next to Ramallah?
18   A. Yes.
19   Q. So are the observations that I just read from the ICG
20     consistent with your experience living in that area?
21   MR. HILL: Objection, lack of foundation. Vague.
22   A. Yeah, I -- I wasn't following or trying to understand
23     who or what the Al-Aqsa Martyr Brigades may have been,
24     or who they were, or what they were doing. So what
25     other research I've done seems to confirm that Israel

Page 137

1    was -- Israeli military was assassinating people that
2    they wanted killed. As it says here, "constant risk of
3    assassination."
4        And that's what I understood from media at the time,
5    and subsequent research that I've done; that indeed
6    happened. But this -- this paragraph is specifically
7    about the -- what they're calling the Al-Aqsa Brigades,
8    and I don't have a basis for making statements about
9    Al-Aqsa Brigades.
10   BY MR. YALOWITZ:
11   Q. Okay. Do you understand that in connection with the
12      Oslo process, the PLO and the Palestinian Authority made
13      a number of commitments to the State of Israel?
14   A. I'm familiar with that idea.
15   Q. They -- they recognized that -- Israel's right to exist
16      in peace and security; does that sound familiar to you?
17   A. That sounds right.
18   Q. They committed themselves to a peaceful resolution of
19      the conflict with Israel; is that right?
20   A. I don't have the text of the accords in my head, but
21      that doesn't sound surprising.
22   Q. They renounced the use of terrorism and violence; right?
23   A. Again, I don't have the text of the accords in front of
24      me, but that doesn't sound inconsistent.
25   Q. They -- they agreed to assume responsibility over all

Page 138

1        PLO elements and personnel to assure their compliance?
2    A. The same answer.
3    Q. Sounds right, but you don't have the text?
4    A. Right.
5    Q. They agreed to prevent violations, and discipline
6       violators of these promises; does that ring any bells to
7       you?
8    A. I don't know. I haven't read the text of the accords,
9       and if I had, certainly not recently enough to be able
10      to state all of the different points that you're going
11      over.
12   Q. Do you have an opinion on whether the PLO and the PA
13      complied with these commitments during the Al-Aqsa
14      Intifada?
15   A. No, I do not --
16   MR. HILL: Objection, lack of foundation.
17   A. Sorry.
18      No, I do not have an opinion.
19   BY MR. YALOWITZ:
20   Q. Have you ever read any of the reports by the United
21      States State Department assessing whether the PLO and
22      the PA complied with these commitments?
23   A. I believe the Mitchell Commission, which I've read, may
24      have touched on these issues.
25   Q. Have you ever heard of a statute called the PLO

Page 139

1        Commitment Compliance Act?
2    A. No.
3    Q. Have you ever seen any reports by the State Department
4       to Congress assessing whether the Palestinian Liberation
5       Organization or the PA complied with their commitments
6       in the Oslo accords submitted to Congress under the
7       auspices of that statute?
8    A. Not that I recall.
9    MR. YALOWITZ: Bear with me one second.
10   MR. HILL: Sure.
11   BY MR. YALOWITZ:
12   Q. So I wanted to ask you further about Professor Pape.
13   A. Okay.
14   Q. Do you know him?
15   A. Personally, no, I don't think I've met him. I have seen
16      him speak; that's all.
17   Q. You -- what was the name of his book? "Dying to Win,"
18      or something like that?
19   A. I think so.
20   Q. "Dying to Win"?
21       You agree with me, don't you, that that book
22      contained a rational and careful analysis?
23   MR. HILL: Objection, vague.
24       Go ahead.
25   A. Generally, I think that it was a political science text

Page 140

1        that attempted to find a rational analysis for the
2       phenomenon of suicide bombers. However, in -- in other
3       ways, I found the analysis to not be rational, but
4       rather to be a little bit ideological, and made
5       assumptions. So yes and no.
6    BY MR. YALOWITZ:
7    Q. Well, you reviewed his book; right?
8    A. Mm-hmm.
9    Q. And in your book review, you wrote that he had made
10      a rational and careful analysis; right?
11   A. Okay.
12   Q. I mean, I'm asking you.
13   A. I don't recall the text of my review. I -- what I just
14      described to you was basically what I wrote in that
15      review, which is that he tried to present a rational and
16      -- rational explanation for the phenomenon of suicide
17      bombers generally, but there were aspects of the text
18      that I thought were insufficiently elaborated or
19      somewhat ideological.
20   Q. Why don't I show you the book review, and maybe we can
21      agree on the phraseology?
22   A. Okay.
23       (Exhibit 13 marked for identification.)
24   BY MR. YALOWITZ:
25   Q. Would you look with me on -- first of all, do you have

Page 141

1    exhibit 13 before you?
2    A. Yes.
3    Q. Would you look with me on page 110.
4    A. Okay.
5    Q. Do you have that?
6    A. Yes.
7    Q. This is -- this is your review of three books; right?
8    A. Yes.
9    Q. And is this peer reviewed, or is this more like -- like
10       for the general academic reader?
11   A. The latter.
12   Q. All right. This is -- when was this published, by the
13       way? '03? No.
14   A. It says "2006."
15   Q. '06. So this was after the London terrorist bombings;
16       right?
17   A. I don't remember when the London terrorist bombings
18       were.
19   Q. So see how at the very beginning you say: "The July
20       bombings in London..."?
21   A. Oh, yeah; it must have been.
22   Q. All right. And then the next -- and that's you; right?
23       Lori A. Allen?
24   A. Yes.
25   Q. All right. And this is your review of Pape's book;

Page 142

1    right?
2    A. Yes.
3    Q. And do you see in the second paragraph, you say:
4        "In this climate of ideologically hidebound
5        discourse, it is a relief to discover Robert Pape's
6        rational and careful analysis in Dying to Win..."?
7    A. Yes.
8    Q. That's -- that was your review; right?
9    A. Yes.
10   Q. And do you stand by that review, or not?
11   A. I stand by my review and what I said in my earlier
12       comment, explaining further what I said in this review,
13       which is that it's a rational analysis, and I had
14       objections to some aspects of the book.
15   Q. You thought that, for example, his understanding of
16       martyrdom was confined by the disciplinary strictures of
17       political science?
18   A. For example.
19   Q. And -- and so you identified the limitations you saw in
20       the review; right?
21   A. I attempted to do that, yes.
22   Q. And then on page 112, you wrote:
23       "Despite these limitations, Dying to Win is
24       a generally well-reasoned book that hopefully will
25       inject some much-needed equanimity and rationality into

Page 143

1    popular debates and U.S. foreign policy in the Middle
2    East and beyond"; right?
3    A. Yes.
4    Q. And do you stand by that view, that it is a generally
5        well-reasoned book?
6    A. I thought so, yes.
7    Q. Okay; great. And indeed, you cited his book in your
8        report in our case; right?
9    A. Yes.
10   Q. And you agree with his conclusion in his book that:
11       "Suicide terrorism is not irrational, random, or
12       pathological, but rather political, organized and
13       directed towards specific, secular goals"; right?
14   A. Is that a quote from my report? Or a quote from --
15   Q. It is not a quote from your report; it is a quote from
16       your book review. I think it's also in your
17       dissertation, if memory serves.
18   A. Can you tell me what page in the review?
19   Q. Sure. Page 111.
20   A. Can you repeat the quote, please?
21   Q. Sure. We're in the first column, first full paragraph,
22       halfway through:
23       "Suicide terrorism is not irrational, random, or
24       pathological, but rather political, organized and
25       directed toward specific, secular goals."

Page 144

1    Are you with me?
2    A. One moment, please.
3    Q. Sure.
4    A. So -- I've found the sentence that you quoted.
5    Q. And do you -- sitting here today, do you agree that that
6        is correct?
7    A. What I agree is that this was Pape's assessment, that
8        suicide terrorism is not irrational, random, or
9        pathological.
10   Q. Right, but it's your assessment as well, isn't it?
11   A. No. Here I'm summarizing Pape's assessment.
12   Q. Well, I'm asking you: Do you agree with it?
13   A. It's too broad of a statement to be able to simply
14       agree. Suicide terrorism is different in different
15       contexts, which is something that this book points out.
16       And in fact, in this section, he is referring to
17       Sri Lanka, or -- I point out that he's using Sri Lanka
18       as an example of a secular -- a secular organization
19       using suicide bombings.
20   Q. So -- so this is not your view; this is Pape's view?
21   A. In this review, in this section, I am summarizing Pape's
22       analysis, pointing out that he is trying to present
23       a more nuanced understanding of where suicide terrorism
24       is carried out, and why. And one of his arguments that
25       I'm recounting here is that suicide terrorism is not

Page 145

1   primarily or in the majority a -- religiously driven,
2   and certainly not a primarily or majority Muslim kind of
3   activity.
4   Q. Do you -- is it your opinion that -- that suicide
5   terrorism is political, organized, and directed toward
6   specific secular goals?
7   A. It depends on the case.
8   Q. How about the case of the Al-Aqsa Intifada, for one?
9   A. So you're asking me if the suicide terror acts that were
10  undertaken throughout the Second Intifada were secular
11  and political?
12  Q. Political, organized, and directed towards specific
13  secular goals.
14  A. And I can't make a general claim about suicide terrorism
15  or suicide acts, generally, during that
16  three-to-five-year period, however you count it.
17  Q. So -- so I guess I need to mark your dissertation.
18  A. Fine.
19  MR. YALOWITZ: So we'll mark it as Allen 14.
20  (Exhibit 14 marked for identification.)
21  BY MR. YALOWITZ:
22  Q. Do you have it before you?
23  Do you want to glance at it, or will you accept my
24  representation that it is indeed the dissertation of
25  Dr. Lori A. Allen?

Page 146

1   A. I will accept that representation.
2   Q. Outstanding.
3   Why don't you look with me on page 367.
4   Not only did I buy it, but I read it.
5   A. I will not comment.
6   Sorry, I'm going to have to undo this.
7   Q. Sure, you can take the binder clip off.
8   Are you there?
9   A. Yes.
10  Q. Do you see you're talking about Robert Pape?
11  A. Yes.
12  Q. You say he's among the most levelheaded approaches;
13  right?
14  A. Yes.
15  Q. And this is your dissertation; this is your opinion.
16  Right?
17  A. Correct.
18  Q. And then you say what his argument is; right?
19  A. Yes.
20  Q. You say that his argument is "... a response by weaker
21  actors against foreign occupation by democratic states,
22  and that it 'makes strategic sense,' usually as a last
23  resort when crucial national interests are at stake";
24  right?
25  A. That is a paraphrase and partial quote of his book.

Page 147

1   Q. And it's -- but it's -- I'm --
2   A. In my dissertation.
3   Q. Right; it's your -- I'm just reading your dissertation.
4   A. Yes.
5   Q. Okay. Then -- and you cite various pages of his book;
6   right?
7   A. Yes.
8   Q. Then you've got another sentence, in which you write, in
9   your dissertation, in your words:
10  "Suicide terrorism is not irrational, random or
11  pathological, but rather, political, organized, and
12  directed toward specific, secular goals."
13  Right?
14  A. That's what it says, yes.
15  Q. Those are your words; right?
16  A. Still in the context of me summarizing Pape's argument.
17  Q. And so do you agree with his argument in the context of
18  the Al-Aqsa Intifada, or do you disagree with it?
19  A. I think that my effort in this dissertation was to
20  understand the political, social and historical context
21  of a variety of events that occurred during the Second
22  Intifada. And the point that's being made here in the
23  paraphrase and summary of Pape's book is that suicide
24  terrorism -- and generally in this dissertation, I write
25  about various aspects of the Second Intifada and

Page 148

1   resistance to the occupation were political rather
2   than -- rather than things that could be dismissed as
3   the pathological -- pathological and irrational acts of
4   people who couldn't be understood.
5   So that's the point I'm making in this section of
6   the dissertation.
7   Q. Do you recall Pape's -- thank you, by the way; that's
8   helpful.
9   Do you recall Pape's central thesis about what
10  causes suicide terrorism?
11  A. If I recall correctly, he's trying to make the point
12  that people resort to suicide terrorism not out of
13  religious motivations, but because it is in many cases
14  a rational effort to achieve political liberation or
15  independence, or whatever the Sri Lankan Tigers or the
16  other organizations he analyzes were after.
17  Q. So let me give you an excerpt from his book, and I'll
18  ask you some questions about it; okay?
19  A. Okay.
20  MR. YALOWITZ: Do we have the excerpt? I think it's at the
21  very end of our ...
22  Looks like it's 53.
23  (Discussion off the record.)
24  MR. YALOWITZ: We'll mark an excerpt from Dr. Pape's book as
25  exhibit 15.

Page 149

1    (Exhibit 15 marked for identification.)
2    BY MR. YALOWITZ:
3    Q. Do you have it before you?
4    A. Yes.
5    Q. If you look with me on page 20.
6    A. Yes.
7    Q. Do you see the heading, "THE STRATEGIC LOGIC OF SUICIDE
8    TERRORISM"?
9    A. Yes.
10   Q. And then Professor Pape poses the question: "What
11   causes suicide terrorism?" Right?
12   A. Yes.
13   Q. That's sort of the central question of the book; fair to
14   say?
15   A. Yes.
16   Q. And he says:
17        "To answer this question, we must recognize that
18   modern suicide terrorism occurs mainly in campaigns of
19   suicide attacks carried out by organized groups for
20   specific political goals and extending over
21   a considerable period of time."
22        Do you agree with that sentence?
23   A. I have not done a study of modern suicide terrorism as
24   such, so I can't -- I can't agree, based on my own
25   research, that this is -- I can't agree, no.

Page 150

1    Q. All right. Do you think this -- this -- well, then he
2    says:
3        "So the core phenomenon to be explained is not an
4    individual suicide attack, or even many such attacks
5    considered [at one] time, but the existence of
6    protracted suicide terrorist campaigns. Although the
7    motives of individual attackers matter, the crucial need
8    is an explanation of the political, social and
9    individual conditions that jointly account for why
10   suicide terrorist campaigns persist, why so many are
11   occurring now, and why they occur where and when they
12   do."
13        That's sort of the central question that he's posing
14   in his book; right?
15   A. Yes.
16   Q. And then he answers that question in the next three
17   pages, in summary fashion; fair to say?
18   MR. HILL: Objection, compound question to the witness. But
19   she can respond, if she can.
20   A. It looks like an attempt to summarize his argument.
21   BY MR. YALOWITZ:
22   Q. And his argument is that there is a three-step process;
23   right?
24   A. He says the three principal questions are three.
25   Q. Right. He says "... it is helpful to explain" --

Page 151

1    looking at the bottom of page 20 and on to the top of
2    page 21, he says:
3        "To explain suicide terrorism, it is helpful to
4    think of a suicide terrorist campaign as the product of
5    a three-step process."
6        Do you see that?
7    A. Yes.
8    Q. Do you think that was a rational -- do you think that
9    was part of his rational and careful analysis?
10   A. Yes.
11   Q. And then the three steps he's talking about are the
12   strategic, the social and the individual; right?
13   A. Yes.
14   Q. And he says you have to consider all three; right?
15   A. Yes.
16   Q. Now, with regard to strategic logic, he says:
17        "The vast majority of suicide terrorist attacks are
18   not isolated or random acts by individual fanatics, but
19   rather occur in clusters as part of a larger campaign by
20   an organized group to achieve a specific political
21   goal."
22        Right?
23   A. Yes.
24   Q. And you think that conclusion of his is part of his
25   rational and careful analysis?

Page 152

1    MR. HILL: Objection, vague.
2    A. I believe that what makes his analysis rational and
3    careful is his attempt to contextualize suicide
4    terrorism on these different dimensions.
5    BY MR. YALOWITZ:
6    Q. And do you disagree with his assessment of the strategic
7    logic?
8    MR. HILL: Objection, vague. Lack of foundation.
9    A. Once again, his analysis is attempting to make broad
10   claims about a broad phenomenon, drawing on specific
11   cases. Here he mentions Hezbollah and Lebanon Hamas in
12   the West Bank and the Tigers in Sri Lanka. He's
13   conducting a broad kind of political science analysis,
14   and his focus is on answering the question of what is
15   the strategic logic of -- behind these phenomenon
16   generally.
17        Your question about whether or not I agree with --
18   whether or not I agree with his statement that -- if
19   I agree with his statement that such attacks happen as
20   part of a larger campaign by an organized group,
21   I agree that that's his analysis; but I have nothing to
22   say, really, about the organization of these kinds of
23   attacks in any specific terrorist campaign, so-called.
24   Q. Sure. So do you know -- by the way, before I get to
25   that -- I'm sorry, let me withdraw that question.

Page 153

1    Do you know what his view is about the militant
2  groups themselves?  Do you recall that?
3  MR. HILL:  Objection, vague.
4  A.  What -- no, I don't know what you mean.
5  BY MR. YALOWITZ:
6  Q.  Is that in my little excerpt?  Oh, here it is; it's out
7    of order.
8    Page 8 explaining suicide terrorism.  It's out of
9    order in my copy; maybe it's correct in yours.
10  A.  Does it come later?
11  Q.  Yeah.
12  MR. HILL:  I think it's the page that says "2" on the top.
13  MR. YALOWITZ:  Yeah.  "Explaining Suicide Terrorism."
14  Q.  You see, he says:
15    "My general propositions hold across a wide variety
16    of circumstances and account for a large portion of
17    suicide terrorism, but they have limits."
18  A.  Mm-hmm.
19  Q.  Do you see that?
20  A.  Yes.
21  Q.  And he says his arguments are meant to account for
22    modern suicide terrorism?
23  A.  Yes.
24  Q.  And then he talks about modern suicide terrorist groups
25    sharing a number of features; do you see that?

Page 154

1  A.  Yes.
2  Q.  And one of the features is that the militants have
3    a close bond of loyalty to comrades and devotion to
4    leaders; do you see that?
5  A.  I see that.
6  Q.  Now, you didn't study the Palestinian militants; right?
7  A.  Correct.
8  Q.  So you have no basis to opine on whether the Palestinian
9    militant community fits the description that Pape is
10    giving about their close bond of loyalty to comrades and
11    devotion to leaders; right?
12  A.  I'm not sure there's such a thing as a single
13    political -- I mean militant community, first of all.
14    What I have opined about is the general context in which
15    people felt like violent resistance to occupation was
16    the thing to do.
17    One of those contextual features is something that
18    Pape mentions on page 22, which is that suicide
19    terrorism is virtually always a response to foreign
20    occupation, and that is part of the context that
21    I understood to be fundamental in helping to explain or
22    make sense of the violence that occurred during the
23    Second Intifada, from the Palestinians' side.
24  Q.  So based on your observations, did the Al-Aqsa Intifada
25    fit with Pape's thesis?

Page 155

1  A.  There are aspects of Pape's thesis -- or rather his
2    approach -- that I thought was the correct approach;
3    that is, specifically, to understand these kinds of
4    phenomena or acts or events in a broader social and
5    political context, and to understand that the people who
6    undertake these kinds of acts usually have a kind of --
7    usually do have a political goal, as well as a set of
8    individual political histories or personal or social
9    histories.
10    And what I appreciated about Pape's text, and which
11    led me to make the assessment that it was a rational and
12    careful analysis, was precisely his willingness -- even
13    though he's a political scientist -- to try to take
14    account of multiple dimensions of social life, rather
15    than trying to reduce any kind of social phenomenon to
16    a monocausal factor.
17  Q.  So his thesis is that you need three steps in the
18    process; right?
19  A.  His thesis is that there are three kinds of questions
20    that should be asked in order to understand the
21    phenomenon of suicide terrorism generally.
22  Q.  And you studied in your fieldwork two of the three
23    questions; fair to say?
24  A.  Not exactly.  My fieldwork was focused on the -- my
25    fieldwork was focused on trying to understand how

Page 156

1  Palestinians experienced and analyzed and represented
2  a number of kinds of situations that were primary
3  features during the Second Intifada.
4    Suicide terrorism, specifically, was not a prime
5  focus of my research; rather, understanding how
6  Palestinians came to feel or support various acts of
7  violence against the occupation was something that
8  I tried to understand.
9  Q.  So that kind of goes to the social logic of suicide
10    terrorism; is that -- do I have that right?
11  A.  As I said, my research was not focused on suicide
12    terrorism.  The term "social logic" could be applied to
13    the kind of research that anthropologists -- and I being
14    one of them -- try to get at the social logic of events,
15    practices, beliefs, attitudes and so forth.
16  Q.  Now, did you study anything that touched on the
17    individual logic of suicide terrorism:  What motivates
18    a particular person to blow himself or herself up
19    amongst civilians?
20  A.  No.
21  Q.  And did you study anything that touched on the strategic
22    logic of suicide terrorism, that being what the
23    terrorist organizations' motivations were?
24  A.  I didn't study political or military organizations as
25    such.  What I tried to do was understand the broad

Page 157

1    reasons why people would become involved in violent
2    attacks or violent forms of resistance to the
3    occupation.
4    Q. Did anything in your work lead you to understand the
5        logic of leaders like Arafat or Barghouti?
6    MR. HILL: Objection, vague, lack of foundation -- I'm
7        sorry.
8    MR. YALOWITZ: That's all right. Let me ask the question
9        again.
10   Q. Did -- did anything in your work lead you to understand
11       the logic or motivations of leaders like Arafat and
12       Barghouti with regard to violence against civilians?
13   MR. HILL: Objection, lack of foundation. Vague.
14   A. Insofar as people like Barghouti and Arafat were members
15       of Palestinian society living under occupation, insofar
16       as my research brought me to an understanding of why
17       people wanted to get rid of the occupation and why some
18       people wanted to get rid of the occupation by violent
19       means, insofar as I understood this context as both
20       a reflection of the specific features of the Second
21       Intifada and the kinds of oppression and violence and
22       insecurity and fear that characterized most people's
23       lives during the Second Intifada, as well as my
24       understanding of the history of occupation and the
25       history of Palestinians in a national liberation

Page 158

1    movement, then, yes, part of my research did allow me to
2    understand some aspects of how people would speak
3    publicly or explain themselves or activities.
4    BY MR. YALOWITZ:
5    Q. Would you agree with me that the strategic objective of
6        the leaders of the Second Intifada, such as Arafat
7        and Marwan Barghouti, was to end the occupation?
8    MR. HILL: Objection, lack of foundation.
9    A. I don't know that Barghouti and Arafat were leaders of
10       the Second Intifada. My understanding of the Second
11       Intifada was that it was a broad, confused, confusing
12       period for everybody living in the Occupied Territories
13       during that period.
14          So I can't answer your question, because I don't --
15       I don't agree with the premise that there were leaders
16       of it.
17   Q. Really? Let's learn together.
18          First of all, you would agree with me that the
19       primary goal of the Second Intifada was ending the
20       occupation; right?
21   A. I would agree with that.
22   Q. So I want to take you through a little -- let's do
23       a little case study; okay?
24   MR. HILL: Kent, before you do the case study, can we get
25       a restroom break?

Page 159

1    MR. YALOWITZ: Yeah. Of course.
2    (2:54 p.m.)
3           (A break was taken.)
4    (3:11 p.m.)
5    BY MR. YALOWITZ:
6    Q. Dr. Allen, before we went on break, I think you -- you
7        made a comment, in words or substance, that from your
8        perspective, the violence that you observed and read
9        about was somewhat chaotic. I don't know if you used
10       that word, but is that a fair statement?
11   A. I think what I said was that the situation during the
12       Second Intifada, for Palestinians living in Occupied
13       Territories, was chaotic, yeah.
14   Q. And -- and so you didn't perceive patterns to the
15       violence, or recriminations, or cycles of violence, or
16       anything like that?
17   MR. HILL: Objection, vague, compound.
18          Go ahead.
19   MR. YALOWITZ: Sure.
20   A. When I was referring to the chaos, I think I was
21       referring more to the subjective feeling of everyday
22       life under occupation, which was the focus of my
23       research. So what I was referring more to was the fact
24       that people never knew what was going to be confronting
25       them the next day. They never knew where the next

Page 160

1    checkpoint was going to be, or whether or not they would
2    make it to work, or whether or not their kid would come
3    home from school. That was the kind of sense of chaos
4    that I was referring to.
5    BY MR. YALOWITZ:
6    Q. So did you notice patterns in the -- in the violence?
7    A. "Patterns in the violence"?
8    MR. HILL: Objection, vague, lack of foundation.
9    A. I recognized patterns in responses to violence. So, for
10       example, during different phases of the Second Intifada,
11       it was a pattern for clashes at IDF checkpoints between
12       youth, usually throwing stones or using slingshots,
13       against armed Israeli military. Those kinds of clashes
14       would often happen on Friday afternoons, especially at
15       the beginning of the Intifada; there were patterns in
16       which funerals, public funerals, would take place in
17       the day after somebody was killed as a result of the
18       occupation. That was a pattern of violence.
19   BY MR. YALOWITZ:
20   Q. And then following the funeral, there would be attacks
21       against civilians, right, by the PA?
22   MR. HILL: Objection, lack of foundation.
23   BY MR. YALOWITZ:
24   Q. You don't recall that?
25   A. I don't know that to be -- I have no evidence for that

Page 161

1    statement.
2    Q. So do you -- let's just make a mental note of that, and
3       come back to it, okay?
4       Do you remember there was a ceasefire in December
5       of 2001?
6    A. I don't remember that.
7    Q. Will you accept my representation that that happened?
8    A. I will.
9    Q. Were you aware that the Palestinian Authority enforced
10      the ceasefire with arrests of Palestinians?
11   MR. HILL:  Objection, lack of foundation.
12   A. I did not have first-hand evidence of the Palestinian
13      Authority making arrests.
14   BY MR. YALOWITZ:
15   Q. I'm sorry?
16   A. I didn't have first-hand evidence of -- of that.
17   Q. Did you have second- or third-hand evidence of that?
18   A. I mean, if it was reported in the press that the
19      Palestinian Authority was arresting people, I probably
20      would have been aware of it.
21   Q. You're just saying, sitting here today, you don't
22      remember that?
23   A. Correct.
24   Q. All right.  And were you aware in December of 2001 that
25      the Palestinian Authority closed down charities and

Page 162

1    similar institutions affiliated with Hamas and Islamic
2    Jihad?
3    A. I don't recall reading about that specifically, and
4       I didn't observe it.
5    Q. You understand Hamas and Islamic Jihad to have been
6       groups that engaged in violence against civilians;
7       right?
8    MR. HILL:  Objection, lack of foundation.
9    A. I understand that there were people who claimed
10      affiliation with the groups called Hamas or Islamic
11      Jihad, and I understood that sometimes people claiming
12      that affiliation claimed responsibility for different
13      kinds of violent attacks.
14   BY MR. YALOWITZ:
15   Q. Were you aware that in the last third of December 2001,
16      PA security forces killed six Palestinians and
17      reportedly wounded about 90 in connection with the
18      enforcement of the ceasefire that was declared
19      in December 2001?
20   MR. HILL:  Objection, lack of foundation.
21   A. I don't -- I don't recall that.
22   BY MR. YALOWITZ:
23   Q. Do you recall that following that intra-Palestinian
24      violence, Hamas announced that it would abide by the
25      ceasefire?

Page 163

1    MR. HILL:  Objection, lack of foundation.
2    A. I don't recall that.
3    BY MR. YALOWITZ:
4    Q. Were you aware that Marwan Barghouti claimed credit for
5       coordinating the cessation of attacks with Khaled Meshal
6       of Hamas and Ramadan Shala, the leader of Islamic Jihad?
7    MR. HILL:  Objection, lack of foundation.
8    A. That's not something I knew about.
9    BY MR. YALOWITZ:
10   Q. You do recall that on January 14th, 2002, Israeli forces
11      killed an individual named  Raed al-Karmi?
12   MR. HILL:  Objection, lack of foundation.
13   A. I recall there being reports about the killing of Karmi.
14   BY MR. YALOWITZ:
15   Q. And does that date sound right to you, January 14th?
16   A. I don't have that chronology in my head.
17   Q. Let's see if Cordesman has it; otherwise, we can look at
18      another document.
19   MR. YALOWITZ:  Where's Cordesman?  Cordesman must have it.
20      No, he doesn't have it.
21      Okay, so we'll mark this in a moment.  This will be
22      16.
23      (Exhibit 16 marked for identification.)
24   BY MR. YALOWITZ:
25   Q. All right.  Will you look with me on page 121.

Page 164

1    By the way, does this refresh your recollection?
2    This is a document you've seen before; right?
3    A. Yes.
4    Q. But not for some years?
5    A. I don't think so.
6    Q. You don't think so, meaning you don't think you've seen
7       it for some years?
8    A. Correct.
9    Q. Okay.  Let's look together --
10   A. And -- and I never saw it as -- I don't think as a
11      document; I think I reviewed it online.
12   Q. Let's look at page 121 together.
13      The bottom paragraph of the text, you see there,
14      Human Rights Watch is describing:
15      "Over a four-week period ... no suicide or other
16      attacks inside Israel took place"?
17   A. Sorry, how does the sentence begin?
18   Q. "Over a four-week period ...."
19   A. Oh, sorry, yeah.
20   Q. Sorry.  I should be paying attention to you instead of
21      reading the document.
22   A. I found it.
23   Q. All right.  We've been over this part of it; I'm just
24      trying to orient you.
25   A. Okay.

Page 165

```
 1   Q.  All right.  So if you turn the page to 122, you see
 2       they're reporting that the ceasefire broke, on the
 3       Palestinian side, on January 9?
 4   A.  Yes.
 5   Q.  And then in the next paragraph, they report:
 6           "On January 14, following the assassination of the
 7       Tulkarem leader of the Al-Aqsa Martyrs 'Brigades, Ra'id
 8       Al-Karmi, that group announced that it was ... canceling
 9       its adherence to the cease-fire"?
10   A.  I read that.
11   Q.  All right.  Does that refresh your recollection as to
12       when al-Karmi was killed?
13   A.  I'll accept these dates as reported by Human Rights
14       Watch.
15   Q.  All right; that's great.
16           Now, are you aware, sitting here today, that in the
17       mourners' tent erected in Ramallah in Karmi's
18       memory, Marwan Barghouti told Ahmed Barghouti and those
19       present that Karmi's death had to be avenged?
20   MR. HILL:  Objection, lack of foundation.
21   A.  I have no knowledge of that.
22   BY MR. YALOWITZ:
23   Q.  Did you -- did you attend the mourners' tent in Ramallah
24       in memory of Karmi?
25   A.  No.
```

Page 166

```
 1   Q.  Let's look together at a document that reports on
 2       Barghouti's statements following his arrest.
 3   MR. YALOWITZ:  This will be exhibit 17.
 4       (Exhibit 17 marked for identification.)
 5   BY MR. YALOWITZ:
 6   Q.  Do you have 17 before you?
 7   A.  Yes.
 8   Q.  This is from Haaretz; right?
 9   A.  Yes.
10   Q.  We talked about Haaretz before?
11   A.  Yes.
12   Q.  You didn't read this article when it came out in 2012,
13       did you?
14   A.  I don't recall so.
15   Q.  This is not something that you considered when you
16       reached your conclusions and rendered your report;
17       right?
18   A.  Correct.
19   Q.  Do you see that it's -- Haaretz here is reporting on
20       Barghouti's post-arrest statements?
21   A.  On his "post-arrest statements"?
22   Q.  That's what we lawyers call confessions.
23   MR. HILL:  Where are you talking about, Kent?  Which page?
24   BY MR. YALOWITZ:
25   Q.  You see it says at the very -- in the very first -- the
```

Page 167

```
 1       headline is "Grilling of top Palestinian militant
 2       exposes Arafat's link to terror attacks on Israelis,
 3       papers show"?
 4   A.  Yes.
 5   Q.  And then after that, it says:
 6           "Transcripts of the Shin Bet interrogations of the
 7       cagily ambivalent Marwan Barghouti a decade ago show the
 8       former PLO leader avoided taking responsibility for
 9       terror attacks during the Second Intifada while
10       bankrolling them"?
11   A.  I read that.
12   Q.  All right.  And then, if you look with me, they've got
13       some news analysis, some analysis of the -- of the
14       reports.  And then, if you look with me on page 4, they
15       say -- well, I'll wait for you to get to page 4; take
16       your time.
17   A.  Thank you.
18   Q.  You've not seen this before; right?
19   A.  I don't believe so, no.
20   Q.  Right.  Take your time; feel free to read it carefully.
21       I'm going to direct you to the bottom of page 4.
22           Have you gotten to page 4 yet?
23   A.  I'm on page 4, yes.
24   Q.  Do you see at the bottom, they -- they write:
25           "Following are abridged versions of the records from
```

Page 168

```
 1       Barghouti's interrogations..."?
 2   A.  Yes.
 3   Q.  Now I would like to direct your attention to the
 4       interrogation that was reported to have taken place
 5       on April 24th, which begins on page 8.  Do you see that?
 6   A.  Yes.
 7   Q.  Directing your attention to the fifth paragraph on
 8       page 8, do you see the report is recording that:
 9           "Barghouti describes a temporary cease-fire that was
10       agreed upon on December 16, 2001, when U.S. envoy Gen.
11       Anthony Zinni arrived in the region"?
12   A.  I see that.
13   Q.  That's consistent with the ceasefire we've been talking
14       about; right?
15   MR. HILL:  Objection, lack of foundation.
16   A.  According to your characterization of December
17       through January as a ceasefire.
18   BY MR. YALOWITZ:
19   Q.  Well, but it's not just my characterization; that's what
20       Human Rights Watch said as well.  Right?
21   A.  Okay.  Yes.
22   Q.  I mean, I'm just a lawyer; I didn't live through it.
23   A.  Yes.
24   Q.  All right.  Now, the next sentence reads:
25           "On Arafat's orders, says Barghouti, I coordinated
```

Page 169

1      a cessation of the attacks with Khaled Meshal of Hamas
2      and Ramadan Shalah, leader of Islamic Jihad, both in
3      Damascus."
4          You see that?
5  A. Yes.
6  Q. Do you know who those individuals are? Khaled Meshal:
7      Have you ever heard of Khaled Meshal?
8  A. I have heard of Khaled Meshal as a leader of Hamas.
9  Q. And have you heard of Ramadan Shala --
10 A. No.
11 Q. -- leader of Islamic Jihad?
12 A. Except that I think his name came up a few moments ago
13     in our conversation.
14 Q. That's the first time you've heard of him?
15 A. To my recollection.
16 Q. All right. Then the next sentence in the report of
17     Barghouti's interrogation reads:
18         "The violence was renewed in full force a month
19     later, after Israel assassinated Raed Karmi."
20         Do you see that?
21 A. Yes.
22 Q. That's consistent with what we've been seeing; right?
23 MR. HILL: Objection, lack of foundation.
24 BY MR. YALOWITZ:
25 Q. We saw Human Rights Watch reported that this --

Page 170

1  A. We saw that Human Rights Watch reported a similar
2      chronology of events.
3  Q. And then this is the sentence that I was asking you
4      about earlier, which you said you didn't know:
5          "Barghouti admits that in the mourners' tent erected
6      in Ramallah in Karmi's memory, he told Ahmed Barghouti
7      and those present that Karmi's death had to be avenged."
8  A. I read that.
9  Q. And you were not aware of that when you reached your
10     conclusions and rendered your report; right?
11 A. I was not aware that this was reported.  Mm-hmm.
12 Q. Thank you.
13         Now, are you -- sitting here today, are you aware
14     that two days following the January 14th killing of
15     Karmi, Marwan Barghouti published an op-ed piece in the
16     Washington Post?
17 MR. HILL: Objection, lack of foundation.
18 A. I don't recall it.
19 BY MR. YALOWITZ:
20 Q. Why don't we look together at it.
21         (Exhibit 18 marked for identification.)
22 BY MR. YALOWITZ:
23 Q. All right.  Do you have 18 before you?
24 A. Yes.
25 Q. Washington Post editorial; right?

Page 171

1  A. Yes.
2  Q. By Marwan Barghouti; right?
3  A. Yes.
4  Q. And the headline is: "Want Security?  End the
5      Occupation."  Right?
6  A. Yes.
7  Q. Did you read this document when it was published by the
8      Washington Post in January 2002?
9  A. I may have, but I don't recall specifically.
10 Q. Directing your attention to the final paragraph on the
11     front page:  Do you see that?
12 A. Yes.
13 Q. Barghouti writes:
14         "The only way for Israelis to have security is,
15     quite simply, to end the 35-year-old Israeli occupation
16     of Palestinian territory.  Israel must abandon the myth
17     that it is possible to have peace and occupation at the
18     same time, that peaceful coexistence is possible between
19     slave and master.  The lack of Israeli security is born
20     of the lack of Palestinian freedom.  Israel will have
21     security only after the end of the occupation, not
22     before."
23         Do you see that?
24 A. Yes.
25 Q. That is consistent with Pape's thesis; right?

Page 172

1  MR. HILL: Objection, vague.
2  A. I think that Pape's thesis is -- I don't think Pape's
3      thesis is specifically about what's required for peace
4      between Israel and Palestine.
5  BY MR. YALOWITZ:
6  Q. Fair enough.  Let me ask a more directed question.
7          Pape's thesis is that suicide terrorism is
8      undertaken by political actors to achieve the political
9      objective of ending military occupation; right?
10 A. That's one of his claims, yes.
11 Q. And here Barghouti is saying:  If you, Israel, want
12     security, you have to end the military occupation.
13     Right?
14 A. Yes.
15 Q. And so the threat embedded in that statement is:  If you
16     don't end the occupation, we will consider -- we will
17     continue attacks on civilians.  Right?
18 MR. HILL: Objection, lack of foundation.
19 A. What Barghouti is saying is that so long as there is
20     military occupation, Israel can't live in security.
21     That's what he's saying.
22 BY MR. YALOWITZ:
23 Q. And were you aware that within a day of publishing this
24     article in the Washington Post, the Al-Aqsa Martyr
25     Brigades started a new round of violence against

Page 173

1    civilians in Israel?
2  MR. HILL: Objection, lack of foundation.
3  A. I have no knowledge of what people who may have claimed
4    to have been Al-Aqsa Martyr Brigades were doing in this
5    period.
6  BY MR. YALOWITZ:
7  Q. So were you aware that on January 17th, an Al-Aqsa
8    Brigade gunman attacked a bar mitzvah celebration in the
9    Israeli city of Hadera, killing six and wounding several
10    dozen before being shot to death?
11  MR. HILL: Objection, lack of foundation.
12  A. I have no knowledge of that event.
13  BY MR. YALOWITZ:
14  Q. Let's look at Human Rights Watch and see if that rings
15    a bell for you.
16      Do you have the Human Rights Watch report?
17  A. Yes.
18  Q. Look on page 122, if we can find it -- here it is.
19      Let me know when you're there: 122.
20  A. Yes.
21  Q. Do you have it?
22  A. I have page 122.
23  Q. You see where they report:
24      "On January 17, an Al-Aqsa Brigades gunman attacked
25    a bat mitzvah celebration"?

Page 174

1  A. I see that that's reported here.
2  Q. Right. Do you have any reason to doubt the facts that
3    are being reported in Human Rights Watch report?
4  MR. HILL: Objection, lack of foundation.
5  A. Again, I -- I have no personal knowledge of this event.
6    I see that Human Rights Watch reported this event;
7    I don't see what basis Human Rights Watch cites for
8    making these claims, aside from a prior footnote where
9    they're citing IDF -- Israeli Defense Force statements.
10  BY MR. YALOWITZ:
11  Q. Are you aware -- by the way, do you know who Ahmed
12    Barghouti is, that was referenced in the Haaretz
13    article?
14  MR. HILL: Objection, asked and answered. Lack of
15    foundation.
16  A. I don't know him. I know that he's referenced in one of
17    the reports that I read.
18  BY MR. YALOWITZ:
19  Q. Do you know what his relationship was with Marwan
20    Barghouti?
21  MR. HILL: Objection, lack of foundation.
22  A. I do not know his relationship.
23  BY MR. YALOWITZ:
24  Q. Would it ring any bells if I told you he was his
25    personal driver?

Page 175

1  MR. HILL: Objection, lack of foundation.
2  A. What I recall is that something to that effect was
3    claimed in one of the reports that I read, and I have no
4    other external understanding of Ahmed Barghouti or his
5    relationship.
6  BY MR. YALOWITZ:
7  Q. And do you know what the relationship is between Nasser
8    Aweis and Marwan and Ahmed Barghouti?
9  A. No.
10  MR. HILL: Objection.
11  A. No, sorry.
12  MR. HILL: It's okay.
13  BY MR. YALOWITZ:
14  Q. Are you aware that Nasser Aweis worked for the
15    PA security services?
16  MR. HILL: Objection, lack of foundation.
17  A. I have no knowledge of Nasser Aweis or who he worked
18    for.
19  BY MR. YALOWITZ:
20  Q. And so I take it you -- it would be news to you if
21    I told that you that he was convicted of the murders
22    carried out in the attack on January 17th, 2002, on the
23    bat mitzvah in Hadera?
24  MR. HILL: Objection, lack of foundation.
25  BY MR. YALOWITZ:

Page 176

1  Q. Is that right?
2  A. I recall that his case was discussed in at least one of
3    the reports that I reviewed.
4  BY MR. YALOWITZ:
5  Q. Were you aware or are you aware that on January 22,
6    five days after the Hadera attack, an Al-Aqsa Brigades
7    gunman opened fire in West Jerusalem injuring
8    16 Israelis, all civilians, two of whom later died from
9    their wounds?
10  MR. HILL: Objection, lack of foundation.
11  A. I have no knowledge of that event, but I see it reported
12    here on page 122 of this report.
13  BY MR. YALOWITZ:
14  Q. Were you aware that that gunman was a security officer
15    of the Palestinian Authority?
16  MR. HILL: Objection, lack of foundation.
17  A. As I said, I'm not knowledgeable of this event.
18  BY MR. YALOWITZ:
19  Q. Were you aware that five additional members of the
20    PA security forces were convicted of murder for their
21    part in planning that attack?
22  MR. HILL: Objection, lack of foundation.
23  A. I don't know about the convictions of people who were
24    allegedly associated with this attack.
25  BY MR. YALOWITZ:

Page 177

1  Q. And so then I take it it would be news to you that one
2     of those five convicted was Ahmed Barghouti; right?
3  MR. HILL: Objection, lack of foundation.
4  A. As I said, I recall that his case was discussed in one
5     of the reports that I reviewed for this.
6  BY MR. YALOWITZ:
7  Q. And are you aware, sitting here today, that those five
8     surviving conspirators are still members of the
9     Palestinian Authority security force, getting paid and
10    promoted by the Palestinian Authority while they sit in
11    jail for their murders?
12 MR. HILL: Objection, lack of foundation.
13 A. I do not know about the conditions of the people that
14    you're referring to, nor do I know about who the
15    Palestinian Authority is paying or for what.
16 BY MR. YALOWITZ:
17 Q. Were you aware that on January 27th, 11 days
18    after Marwan Barghouti published his op-ed piece in the
19    Washington Post, Wafa Idris blew herself up on a street
20    in Jerusalem?
21 MR. HILL: Objection, lack of foundation.
22 A. I don't know about this event, beyond what I read in the
23    press and see in front of me in this report.
24 BY MR. YALOWITZ:
25 Q. Have you ever read any Palestinian Authority military

Page 178

1     intelligence documents about the Wafa Idris attack?
2  A. No.
3  Q. Do you have any reason to doubt that the PA military
4     intelligence was -- was involved in or aware of the Wafa
5     Idris attack?
6  MR. HILL: Objection, lack of foundation.
7  A. I have no knowledge of what the Palestinian Authority
8     may or may not have -- what was the question? Sorry.
9  BY MR. YALOWITZ:
10 Q. Sure. Did they -- well, let me ask it again; let me ask
11    it again.
12       Do you have any knowledge of the involvement of
13    PA military intelligence in the Wafa Idris suicide
14    bombing?
15 A. I do not know about PA military intelligence activities.
16 Q. All right. You're aware that the PA gives Wafa Idris's
17    family money even today; right?
18 MR. HILL: Objection, lack of foundation.
19 A. I think you asked me that once before, and I do not have
20    any knowledge of what money the PA may pay to the family
21    of Wafa Idris.
22 BY MR. YALOWITZ:
23 Q. With regard to the involvement of Idris and her
24    recruitment, you didn't look at any statements given to
25    the authorities by Moonzer Noor, did you?

Page 179

1  A. Not that I'm aware of, no.
2  Q. You see, because you wrote in your report that you
3     didn't know of any evidence of the PA recruiting suicide
4     terrorists; remember that?
5  A. Yes.
6  Q. And so when you reached that conclusion and rendered
7     that opinion in your report, you were unaware of the
8     statements that Mr. Noor gave saying that members of PA
9     military intelligence recruited Wafa Idris; right?
10 MR. HILL: Objection, lack of foundation.
11 A. I did not review statements by Mr. Noor.
12 BY MR. YALOWITZ:
13 Q. All right. Did you go to Idris's funeral?
14 A. No.
15 Q. You don't have any information about the relationship
16    between Arafat and Marwan Barghouti; right?
17 A. No.
18 Q. You didn't read any of Marwan Barghouti's statements
19    about his relationship with Arafat that he gave to the
20    authorities following his arrest; correct?
21 A. Correct.
22 Q. Are we good, or you want to take a break?
23 A. I'm okay.
24 Q. You relied on an individual named Richard Falk in your
25    report?

Page 180

1  A. I cite him in my report, yes.
2  Q. Do you understand that there are people who do not
3     regard him as being a credible source?
4  A. I understand that there are people who object to what he
5     says.
6  Q. There are people who think he's a kook; right?
7  A. That, I don't know.
8  Q. Do you -- do you know that he's a September 11th
9     conspiracy theorist?
10 A. I do not know if this professor emeritus from,
11    I believe, Princeton University has particular views
12    about September 11.
13 Q. Do you know that he's been reported as alleging that
14    there was a US government conspiracy about
15    the September 11th hijackings?
16 A. I don't know if it's been reported that he believes that
17    there is US involvement.
18 Q. Would -- would such a report diminish his credibility in
19    your eyes?
20 A. A report is not the same as evidence that he holds these
21    particular views.
22 Q. Do you believe that there was a government conspiracy
23    about the September 11th hijackings?
24 A. I do not have that belief, no.
25 Q. Do you support the -- have you ever supported an

Page 181

1        academic boycott of Israel?
2    A.  Yes, I support the academic boycott of Israel.
3    Q.  How come?
4    A.  Because I think that the occupation needs to end, and
5        people have run out of ways of trying to come to that
6        resolution, and the boycott is one peaceful means of
7        both trying to convince the Israeli public that things
8        can't continue with the occupation as they are, and
9        I think that the academic boycott is also a way that
10       people can come together to try to find a peaceful means
11       to encourage a more peaceful resolution to the conflict.
12   Q.  There are many people in the Arab world who argue that
13       the occupation is not just of the West Bank, the West
14       Bank and Gaza, but is of the entire geographic territory
15       from the Jordan River to the Mediterranean Sea; you've
16       heard that argument, I'm sure?
17   A.  I have.
18   Q.  Do you share that view?
19   A.  No.  The occupation is, I believe, defined under
20       international law as being the West Bank, Gaza Strip,
21       and East Jerusalem.
22   Q.  Do you -- do you understand the view of those who argue
23       that the occupation is of the entire geographic
24       territory?
25   A.  I think I understand where that view comes from and the

Page 182

1        history in which it is based.
2    Q.  And what do you think of that view?
3    A.  I think that it's not helpful for the resolution of the
4        conflict.
5    Q.  You have a couple of comments in your report about
6        torture.
7    A.  Yes.
8    Q.  You're -- I think we established earlier, you're not
9        expert on the subject of torture; right?
10   MR. HILL:  Objection, misstates the testimony.  She can
11       respond.
12   A.  I have written about torture of Palestinians in Israeli
13       prisons.  I have read extensive human rights
14       organizations' documentation of torture of Palestinians
15       in Israeli prisons.  And I've spoken to many people who
16       have experienced, first hand, torture in Israeli
17       prisons.
18   BY MR. YALOWITZ:
19   Q.  Have you -- have you written about mistreatment of
20       Palestinians by the government of Lebanon?
21   A.  I haven't written much about Lebanon, so no, I don't
22       think that I have.
23   Q.  Have you read about mistreatment of the Palestinian
24       refugees by the government of Lebanon?
25   A.  Yes.

Page 183

1    Q.  You would agree with me that there is significant
2        mistreatment of those people; right?
3    A.  Yes.
4    Q.  You would agree with me that Palestinian refugees in
5        Syria have a terrible lot in life; right?
6    A.  I would agree that pretty much everyone in Syria has
7        a terrible lot in life right now, yes.
8    Q.  Have you written about abuses of Palestinian people at
9        the hands of the Palestinian Authority?
10   A.  I believe that I have discussed the abuse -- yes,
11       I have.
12   Q.  What have you written about that?
13   A.  Well, I mean, I'm trying to think of where,
14       specifically.  I believe that in my book, or perhaps in
15       articles that I've written, I've discussed the fact that
16       detainees in Palestinian prisons have been mistreated,
17       sometimes to the point of death.
18   Q.  Have you discussed that topic with regard to Hamas --
19       Hamas?  How do you say it?
20   A.  Hamas.
21          Which topic?  The mistreatment --
22   Q.  The topic of mistreatment of prisoners to the point of
23       death.
24   A.  By Hamas?
25   Q.  Yes.

Page 184

1    A.  I'm trying to think if that comes up in my book.
2          It's -- it may appear in my book.
3    Q.  You're aware that it exists; right?
4    A.  Indeed -- well, how about this:  I'm aware that there
5        are reports by credible human rights organizations that
6        abuse of prisoners in Hamas prisons happens, yes.
7    Q.  You cite in your report a case report from an
8        organization called B'Tselem as evidence about torture
9        in Israeli prisons; right?
10   A.  Yes.
11   Q.  And the particular case report is a report about an
12       individual whose testimony was suppressed because the
13       court concluded that his statements had been coerced;
14       right?
15   A.  I --
16   MR. HILL:  Objection, lack of foundation.
17   BY MR. YALOWITZ:
18   Q.  Do you recall this?
19   A.  I -- I recall reading such a B'Tselem report; I'm not
20       sure if I cited it in the report.
21   Q.  Fair enough.
22          Why don't I give you a -- fair enough; let me --
23       let's do it more slowly.  Let me give you a copy of it,
24       and we'll check that it's the one you cited in your
25       report, and then we can talk about it.

Page 185

1    (Exhibit 19 marked for identification.)
2    BY MR. YALOWITZ:
3    Q. So, directing your attention to page 22 of your
4      report -- do you have it?
5    A. Yes.
6    Q. So the last sentence on page 22, you write that:
7      "... B'Tselem, other human rights organizations, as
8      well the United Nations, have extensive documentation of
9      the torture and forced confessions that Palestinian
10     political prisoners are subjected to in Israeli jails,
11     and it is therefore incumbent on the PA to call
12     attention to these issues."
13       That's your assertion in your report, on page 22;
14     right?
15   A. Yes.
16   Q. And then you -- and this is -- this is as support for
17     the topic sentence at the beginning of the paragraph:
18       "... it must be noted that the PA did not encourage
19     the killing of civilians."
20       Right?
21   A. Yes.
22   Q. Okay. So I guess the first question is: How does that
23     sentence support your topic sentence? I don't -- I
24     don't get it.
25   MR. HILL: Objection, vague, ambiguous. The witness can

Page 186

1    respond.
2    MR. YALOWITZ: "I don't get it" is not ambiguous. It's very
3      clear.
4    MR. HILL: Well, I'm not sure what you're -- I'm not sure
5      what --
6    MR. YALOWITZ: I don't get it.
7    MR. HILL: I'm not sure what you don't get, is my objection;
8      but the witness can respond.
9    WITNESS: I'll respond. One moment, please.
10   A. These sentences come together in a paragraph where I am
11     trying to point out the vague and ideological uses of
12     particular words in Marcus's report, including his
13     blanket equation of resistance for terror.
14       This paragraph is also showing that in Marcus's
15     report, he's incorrectly coalescing -- or claiming that
16     anyone who -- I believe he's in this section -- he's
17     claiming that Palestinian Authority responses to or
18     appreciation of the difficult situation of Palestinian
19     political prisoners in Israeli jails is something
20     distinct from -- that you -- that you can't say that
21     people who are in prison in Israeli jails are people who
22     were sent to kill on PA orders. I'm saying that those
23     things cannot be equated.
24   BY MR. YALOWITZ:
25   Q. So --

Page 187

1    A. And so -- if I just can continue --
2    BY MR. YALOWITZ:
3    Q. Sure, sure. Sorry; I didn't mean to interrupt. Go
4      ahead.
5    A. What I'm trying to point out with the final reference to
6      human rights and UN organizations that document the
7      maltreatment and torture of Palestinian political
8      prisoners is to show that people who -- Palestinians who
9      were in Israeli jails may very well have also been
10     convicted under Israeli military courts as a result of
11     forced confessions, under torture.
12   Q. Okay.
13   A. So -- yes.
14   Q. Okay.
15   A. I'll stop.
16   Q. I think I understand. So you're using the concept of
17     torture in order to draw into question the validity of
18     the convictions of people sitting in Israeli jails; is
19     that right?
20   A. Not exactly. I'm saying that human rights organizations
21     have called into question the validity of convictions of
22     Palestinians sitting in Israeli jails; but what I'm
23     doing is trying to address what I see are
24     misinterpretations or equations of terms that do not
25     equate, in Marcus's report.

Page 188

1    Q. So you've mentioned political prisoners a couple of
2      times.
3    A. Yes.
4    Q. What does that mean? What's a political prisoner?
5    A. A political prisoner is somebody who has been put in
6      jail for political reasons, or -- or I would use that
7      term to refer to Palestinians who were put in Israeli
8      jails as a result of their resistance to the occupation.
9      They're political prisoners because they are involved,
10     and seen by Palestinians to be involved, in a political
11     act.
12   Q. So like we've put in jail, in the United States, people
13     who've committed acts of violence against civilians for
14     political purposes; we call those people terrorists.
15     You're familiar with that; right?
16   A. Yes.
17   Q. And would you consider those people to be political
18     prisoners because they committed their crimes for
19     political reasons?
20   A. As I said, when I use the term "political prisoner," I
21     am referring to the perception among Palestinians, the
22     understanding that people who are in Israeli jails for
23     acts committed in resistance to the occupation are seen
24     in a nationalist context. The people who we may be
25     referring to in US prisons may very well be thought of

Page 189

1    by some as political prisoners; it depends on the
2    perspective from which you're -- you're assessing what
3    these people have done.
4        The people that I'm referring to are people who are
5    involved in a collective nationalist liberation --
6    liberation movement -- or effort; I wouldn't call it
7    a movement, because it's not quite that unified.
8   Q. Do you understand that in a war of national liberation,
9    it is a war crime to perpetrate violence against
10   civilians?
11  A. I'm not an expert on international or humanitarian or
12   human rights law. I know that there are a variety of UN
13   General Assembly resolutions that -- that give
14   Palestinians or other people living in colonial
15   situations the right to resist occupation, or resist
16   colonialism, or seek liberation by all necessary means;
17   and I know that most Palestinians, regardless of whether
18   or not they can name the specific UN General Assembly
19   resolutions, believe it to be their right to struggle
20   against the occupation, including by violence.
21       I also understand there are a variety of opinions
22   about what are the correct or moral or strategic or
23   appropriate targets of that kind of violence to end
24   occupation.
25  Q. Do you think there is any country anywhere in the world

Page 190

1    where it is legal to perpetrate -- purposefully
2    perpetrate violence against unarmed civilians to achieve
3    political goals?
4   MR. HILL: Objection, lack of foundation.
5   A. I don't know about all countries in the world, but
6    I think it's the case that terrorism, according to the
7    definition that we agreed based on the Mitchell
8    Commission at the beginning of this conversation, is not
9    permitted.
10  BY MR. YALOWITZ:
11  Q. And -- and so people who've been convicted of terrorism,
12   as you and I have agreed on it, are -- are actual
13   criminals; right?
14  MR. HILL: Objection, vague. The witness can respond.
15  A. The fact that someone has been convicted of terrorism
16   does not mean necessarily that they have committed
17   terrorist acts. The definition of somebody as
18   a criminal is -- is only relevant to a particular legal
19   system.
20  BY MR. YALOWITZ:
21  Q. Okay. So -- so do you think that -- well, do you think
22   that people who -- let me give you a hypothetical:
23   You're an academic; I can give you a hypothetical.
24       Suppose that five members of the Palestinian
25   Authority security force conspire together to perpetrate

Page 191

1    acts of violence against civilians in Jerusalem. Let's
2    suppose further that they are arrested, they readily
3    admit their crimes, they are duly convicted based on
4    their confessions, or indeed in many cases they plead.
5    And assume further that at sentencing, they announce:
6    "I am proud of what I did, and I would do it again."
7        Do you think those people have violated the law of
8    nations?
9   MR. HILL: Objection, incomplete hypothetical, lack of
10   foundation, improper hypothetical for this witness. But
11   she can respond.
12  MR. YALOWITZ: Sure.
13  A. I don't know what the law of nations is that you're
14   referring to.
15  BY MR. YALOWITZ:
16  Q. Okay. Do you think those people are criminals?
17  MR. HILL: Same objections. And vague.
18       Go ahead.
19  A. It -- it depends on -- I mean, a criminal is -- can be
20   an -- I don't know how to answer a vague question.
21  BY MR. YALOWITZ:
22  Q. Do you think those people are political prisoners?
23  A. I think that people in that situation would be regarded
24   by Palestinians as political prisoners.
25  Q. How do you regard them?

Page 192

1   A. Yes, I think they're political prisoners.
2   Q. And do you think they're also criminals?
3   A. I don't -- I don't understand what -- what you mean by
4    "criminal." If somebody has committed a crime, it's
5    a crime defined by a particular legal system. So by one
6    legal system, they may be defined as criminals.
7   Q. Do you think that the -- they would -- do you think
8    there is a legal -- do you think that the Palestinian
9    Authority legal system would not define them as
10   criminals?
11  MR. HILL: Objection, lack of foundation.
12  A. I don't know.
13  Q. All right.
14  MR. YALOWITZ: Have we marked -- have we marked that
15   B'Tselem document? We have?
16  MR. HILL: It's 19.
17  BY MR. YALOWITZ:
18  Q. So looking at 19, is that the document that you cite at
19   the beginning of footnote 85 in your report?
20  A. The URL that I cite is I believe to a topic page on the
21   B'Tselem website that is about torture in general. What
22   you've given me is a specific -- a specific article that
23   doesn't have a full URL, but only the URL to the home
24   page of B'Tselem. So I don't think that this is the
25   same document.

Page 193

1  Q. I don't know where I've got it. Bear with me.
2     Have you ever seen this document before?
3  A. I believe so.
4  MR. YALOWITZ: Let's see if we can find it in your report.
5     I'm quite sure I got it from your report. Why don't --
6     do we have -- do we have an Internet connection? Why
7     don't we just check it. Why don't we just check it.
8        You know, I did it myself, I typed it in your URL,
9     so I think this is it, but I'm just not 100 percent
10    sure. I'm quite sure I got it from your report, but I'm
11    just not sure where.
12 REPORTER: Do you mind if we just had a quick break --
13 MR. YALOWITZ: Yeah. No, let's take a break; we'll try to
14    figure this out off the record.
15 Q. Anyway, before we go off, you have seen it?
16 A. I believe so.
17 Q. And did you cite it in your report?
18 A. That, I don't recall. As I said, I don't think it's
19    what I'm referring to in footnote 85.
20 MR. YALOWITZ: Okay, let's go off, at Fiona's request.
21 (4:07 p.m.)
22       (A break was taken.)
23 (4:16 p.m.)
24 BY MR. YALOWITZ:
25 Q. We were talking before the break about political

Page 194

1     prisoners --
2  A. Yes.
3  Q. -- and crime; remember that?
4  A. Yes.
5  Q. So do you know Michael Sfard?
6  A. No.
7  Q. Do you know who he is?
8  A. I've heard the name.
9  Q. He's a human rights lawyer in Israel.
10 A. Okay.
11 Q. He worked on a report with LAW, because he was
12    associated with the Public Committee Against Torture in
13    Israel. Is that ringing a bell to you?
14 A. I'm familiar with the Public Committee Against Torture;
15    I don't know Mr. Sfard.
16 Q. All right. I'll leave that alone; okay.
17       Look at exhibit 19 with me.
18 A. Okay.
19 BY MR. YALOWITZ:
20 Q. Do you have that in front of you?
21 A. Yes.
22 Q. That's a case report about an Israeli military court
23    acquitting a defendant on the ground that his
24    post-arrest statements were involuntary; right?
25 MR. HILL: Objection, lack of foundation.

Page 195

1  A. I see that B'Tselem is reporting that this confession
2     was ruled inadmissible because it was given unwillingly,
3     and that such a decision is unusual.
4  BY MR. YALOWITZ:
5  Q. The court held a hearing -- I'm just looking for this.
6     Do you recall that the court held a hearing to decide
7     whether the confession was willing or unwilling?
8  MR. HILL: Objection, lack of foundation.
9  A. I don't.
10 BY MR. YALOWITZ:
11 Q. Here it is. So in the second paragraph, fourth line,
12    the sentence begins:
13       "In the court hearing, Hamidah, who was represented
14    by attorney Tareq Barghout, testified that he had
15    confessed only due to the interrogators' pressure."
16    Right?
17 A. Yes.
18 Q. So the court held a hearing about his confession; right?
19 MR. HILL: Objection, lack of foundation.
20 A. According to this B'Tselem report, that's what happened.
21 BY MR. YALOWITZ:
22 Q. And you found B'Tselem to be a reliable reporter of the
23    facts; right?
24 A. Generally speaking, yes, I find it to be a credible
25    human rights organization.

Page 196

1  Q. And are you aware of the variety of -- of reporting
2     channels for allegations of coercion by Palestinian
3     prisoners on the part of Israeli interrogators?
4  MR. HILL: Objection, lack of foundation, vague.
5  BY MR. YALOWITZ:
6  Q. It wasn't a very well-formed question. Did you
7     understand it, or should I say it again?
8  A. Say it again, please.
9  Q. Sure.
10       You've alleged in your report that there is coercion
11    of Palestinian prisoners in interrogations by Israeli
12    officials; right?
13 A. Yes.
14 Q. And you've used that to call into question the
15    convictions of various Palestinians for acts that you
16    and I have agreed on are terrorism; is that true?
17 MR. HILL: Objection, misstates the witness's testimony.
18    She can respond.
19 A. No, that's not what I do in my report. What I do is
20    call on countless human rights organizations,
21    documentation of the -- the practice of receiving forced
22    confession from Palestinian prisoners in Israeli jails,
23    and I call on that information as a way of pointing out
24    some of the vaguenesses and inaccuracies of conclusion
25    or of logic in Marcus's report, specifically.

Page 197

```
1    BY MR. YALOWITZ:
2    Q. Okay. Thank you for that clarification.
3         So first of all, I have it right; you certainly
4    don't have an opinion about any of the 21 convictions
5    that relate to our case. Right?
6    MR. HILL: Objection, lack of foundation.
7    A. I don't know -- no, I don't have an opinion about those
8    specific cases.
9    BY MR. YALOWITZ:
10   Q. And you don't have an opinion on whether Marwan
11   Barghouti's confession was freely given; right?
12   MR. HILL: Objection, lack of foundation.
13   A. Sorry, I have no -- I have no basis for -- for having an
14   opinion.
15   BY MR. YALOWITZ:
16   Q. Do you have a sense as to how many channels there are
17   for Palestinians to complain of maltreatment at the
18   hands of the Israeli authorities in custody?
19   A. I have a sense, based on reading of multiple human
20   rights organizations' reports as well as UN reports,
21   that the majority of Palestinians who do try to object
22   to their treatment in Israeli prisons receive no
23   satisfaction, and that as a result, many Palestinians
24   who are maltreated do not feel like there's any point in
25   wasting their time or money or energy in trying to seek
```

Page 198

```
1    any kind of compensation or justice in a military court
2    system that is set up to uphold an occupation that they
3    resist.
4         When the judgers and the judged are the same people,
5    it's very difficult for anyone to expect actual justice
6    to come out at the end. And I believe that's a point
7    that B'Tselem, among other human rights organizations,
8    has made; including, I believe, UN human rights
9    investigations as well.
10   MR. YALOWITZ: What was my question? Can you find it?
11        (Record read.)
12   BY MR. YALOWITZ:
13   A. Can you answer my question "yes" or "no"?
14   MR. HILL: Objection.
15   BY MR. YALOWITZ:
16   Q. Do you have a sense of how many channels there are for
17   complaints?
18   MR. HILL: Objection, asked and answered, lack of
19   foundation, vague. The witness can respond again.
20   A. I have a sense of some channels that could be pursued.
21   BY MR. YALOWITZ:
22   Q. How many do you think there are?
23   MR. HILL: Objection, lack of foundation. The witness can
24   respond.
25   A. Two or three.
```

Page 199

```
1    BY MR. YALOWITZ:
2    Q. That's all you can think of?
3    A. I can think of what any reasonable detainee or family of
4    a detainee would -- in Palestinian -- occupied
5    Palestinian territories, I can think of about three
6    channels that they may think of pursuing.
7    Q. Is it fair to say that -- I think we talked about this
8    at the beginning of your deposition: Is it fair to say
9    that this just really isn't your area of expertise,
10   interrogation techniques?
11   MR. HILL: Objection, asked and answered, misstates the
12   witness's testimony. But she can respond again.
13   A. My area of expertise is in understanding how
14   Palestinians perceive their life and situation under
15   Israeli occupation. I am not an expert in Israeli legal
16   systems; I am not an international human rights or
17   humanitarian law expert.
18   BY MR. YALOWITZ:
19   Q. Thank you.
20        Is -- do you recall an individual named Fares Ouda?
21   MR. HILL: Objection, lack of foundation.
22   A. I recall reading about Fares Ouda.
23   BY MR. YALOWITZ:
24   Q. What -- what do you understand Fares Ouda did?
25   MR. HILL: Objection, lack of foundation.
```

Page 200

```
1    A. I recall reading about Fares Ouda being a teenager or
2    adolescent Palestinian, I believe from the Gaza Strip,
3    who was killed at -- I believe at a -- at a clash in
4    which he was throwing stones at an Israeli tank, and he
5    was killed. I believe it's reported that he was killed
6    either by fire from the tank or from Israeli forces.
7    BY MR. YALOWITZ:
8    Q. Fares Ouda was 14 years old when he died; right?
9    MR. HILL: Objection, lack of foundation.
10   A. I recall that he was a youth. I don't know the exact
11   date.
12   BY MR. YALOWITZ:
13   Q. Are you aware, sitting here today, that he made
14   a wreath, a funeral wreath, and wrote on the funeral
15   wreath "The Shahid, Fares Ouda"?
16   MR. HILL: Objection, lack of foundation.
17   A. I recall reading a news report that reported that he did
18   this.
19   BY MR. YALOWITZ:
20   Q. Is -- is that typical of 14-year-olds in the Gaza Strip
21   and the West Bank, that they -- that they preordain
22   their deaths by writing "The Martyr, Fares Ouda," or
23   something like that?
24   MR. HILL: Objection, lack of foundation.
25   A. I don't recall hearing about other youths naming
```

Page 201

1　　themselves "Martyr" and writing this on a wreath, but
2　　I do have a strong sense that many youth, during
3　　especially the Second Intifada, as well as adults,
4　　had -- had a sense that they could be killed at any
5　　time.
6　BY MR. YALOWITZ:
7　Q. Did -- did you ever see images of Yasser Arafat
8　　encouraging children to idolize Fares Ouda?
9　MR. HILL: Objection, lack of foundation.
10　A. I do not recall seeing Yasser Arafat trying to encourage
11　　children to emulate Fares Ouda.
12　BY MR. YALOWITZ:
13　Q. Why don't we show you a video; see if that refreshes
14　　your recollection.
15　　　　(Video played.)
16　BY MR. YALOWITZ:
17　Q. Have you ever seen videos like that before?
18　A. No.
19　Q. What do you think?
20　MR. HILL: Objection, vague.
21　A. I think that Arafat was speaking about the values of
22　　Palestinian society that appreciates, as he said,
23　　steadfastness and self-sacrifice in the way of
24　　confronting the occupation.
25　　　　And I think that in addition, Fares Ouda in this

Page 202

1　　context represents a symbol of suffering of youth who
2　　are killed for throwing stones at tanks, and the values
3　　of self-sacrifice are part of a nationalist context that
4　　are typical of nationalist and resistance contexts in
5　　many other places in many other places, in many other
6　　areas.
7　BY MR. YALOWITZ:
8　Q. Did you see the children cheering about Fares Ouda on
9　　the video there?
10　MR. HILL: Objection, lack of foundation.
11　A. I saw children cheering, and I saw Arafat speaking.
12　BY MR. YALOWITZ:
13　Q. Did you -- you didn't make a connection between the two?
14　A. I don't know what those children were specifically
15　　cheering, but given the fact that the speech was about
16　　Palestinian nationalist values, and because this was
17　　expressed by a president who was expressing also
18　　appreciation or even pride in the fact that Palestinians
19　　are willing to -- to fight the occupation, it makes
20　　sense to me that the children appreciated that as well,
21　　because they also were living under the occupation and
22　　living in a situation -- I don't know when this video
23　　was from, but if it was during the Second Intifada, they
24　　were living in a situation of heightened nationalist
25　　enthusiasm.

Page 203

1　Q. Do you think that the children were appropriately
2　　enthusiastic in cheering for the martyr Fares Ouda?
3　MR. HILL: Objection, vague, lack of foundation.
4　A. I have no basis from which to make an assessment about
5　　what Palestinian children's cheering is appropriate or
6　　not.
7　BY MR. YALOWITZ:
8　Q. Do you think it was incitement for Arafat to be telling
9　　children, "Be like Fares Ouda"?
10　A. No, I don't think that -- first of all, I don't think
11　　that Arafat was saying "Be like Fares Ouda." I think
12　　that he was expressing a nationalist pride in
13　　steadfastness in the face of the occupation, and he was
14　　expressing a nationalist pride for the spirit of
15　　self-sacrifice that is part of a nationalist situation.
16　Q. Do you think it's okay for children 14 and under to
17　　aspire to die for their country?
18　A. I understand why Palestinians of all ages felt
19　　compelled, ready and willing to sacrifice themselves,
20　　because they thought -- if they thought that it would
21　　bring an end to occupation.
22　　　　I also understand that there was a variety of
23　　efforts among Palestinians, throughout Palestinian
24　　society, to channel Palestinian children's nationalist
25　　spirit and energies in ways that were less dangerous

Page 204

1　　than going bare-chested with a rock to confront Israeli
2　　solders in tanks that were, according to the statistics
3　　of the Second Intifada, very likely to -- to fire at
4　　unarmed youth.
5　　　　And so there were other kinds of outlets that were
6　　being presented to children to continue their education,
7　　to express themselves in demonstrations, and to stay out
8　　of harm's way.
9　Q. Do you -- are you familiar with the slogan "A million
10　　martyrs marching to Jerusalem"?
11　MR. HILL: Objection, lack of foundation.
12　A. I believe that is something that Arafat said in a
13　　speech.
14　BY MR. YALOWITZ:
15　Q. Do you think that's incitement?
16　A. No.
17　Q. Can you see how that would be perceived as incitement?
18　A. Given the fact that martyrdom, in Palestinian society,
19　　was a term of both solidarity for people who died as
20　　a result of occupation violence, given that martyrdom
21　　reference referred to -- or the term "martyr" referred
22　　to anyone who was deemed to have died as a result of
23　　occupation, and that this was a term of respect and
24　　a way of expressing solidarity with the people whose
25　　lives had been -- had been decimated by the loss of

Page 205

1    their relative, I don't think that this kind of
2    expression was one of incitement, but was rather a term
3    of appreciation for people who expressed -- whether
4    through living or dying -- expressed values of
5    a nationalist society that appreciated the importance of
6    self-sacrifice and resistance to a belligerent military
7    occupation.
8    Q. Okay, I really don't get that. Are you saying that
9    "A million martyrs marching to Jerusalem" was respect of
10   people who had already died, like they were zombies or
11   something?
12   MR. HILL: Objection. Argumentative. The witness can
13   respond.
14   A. I don't know the context in which Arafat made this
15   statement, or what else he said before or after the
16   statement, if I'm correct in thinking that it was
17   Arafat, and just to say that "martyr" -- the term
18   "martyr" refers to anyone who is deemed to have died as
19   a result of occupation, regardless of whether or not
20   they were somebody who was shot dead walking home from
21   the grocery store or shot dead sitting in a classroom or
22   killed underneath the demolition bulldozers of the
23   Israeli occupation army, in addition to people who were
24   deemed to have been -- to have died as a result of the
25   occupation, or in trying to end the occupation through

Page 206

1    other kinds of acts -- or violent acts.
2        So because the term "martyr" encompasses this
3    variety of kinds of people, and because the term is
4    a heavily symbolic term that is primarily a term of
5    respect and appreciation for Palestinian nationalist
6    values, on that basis, I cannot come to the conclusion
7    that that statement was a statement of incitement.
8    BY MR. YALOWITZ:
9    Q. Dr. Allen, a million martyrs marching to Jerusalem were
10   not people walking home from school; right?
11   MR. HILL: Objection, argumentative. The witness can
12   respond.
13   A. I don't know that people hearing that statement had
14   a specific idea of what Arafat was referring to.
15   I don't know.
16   BY MR. YALOWITZ:
17   Q. I mean, marching to Jerusalem, that does -- suggests an
18   act of belligerence; right?
19   MR. HILL: Objection, lack of foundation.
20   A. Jerusalem is also a symbolic center of Palestinian
21   nationalism. It has long been regarded as the hoped-for
22   capital of the future independent Palestinian state. So
23   in a statement like that -- again, not knowing the rest
24   of the context -- this reads to me like a nationalist
25   statement of appreciation for people who are willing to

Page 207

1    die or be killed in the service of achieving Palestinian
2    nationalist independence.
3    BY MR. YALOWITZ:
4    Q. The people that you just described includes people who
5    died committing acts of violence against Israeli
6    civilians; right?
7    A. They were labeled martyrs as well, yes.
8    Q. All right. Let's give you some context; let's see if we
9    can find a video of Arafat leading the "million martyrs
10   to Jerusalem" chant.
11       (Video played.)
12   BY MR. YALOWITZ:
13   Q. Does that give you any context for whether "millions of
14   martyrs marching to Jerusalem" is respect for those who
15   died versus incitement to belligerent violence?
16   A. It gives me further understanding of the fact that there
17   seems to be a statement of nationalist enthusiasm and
18   pride for the cause of liberation from occupation, and
19   potentially a future state with Jerusalem as its
20   capital, because this is a standard Palestinian
21   nationalist goal.
22       Martyrs are not people -- the term "martyr" does not
23   refer to people specifically who have or will commit any
24   kind of violence; it's not a specific reference to
25   people who commit violence that would be categorized as

Page 208

1    terrorism. Martyrs are also people who -- the term
2    would also be used to refer to somebody who has died
3    committing what the UN would regard as an
4    internationally recognized right of resistance to
5    a belligerent military occupation.
6    Q. So you keep saying the UN recognizes a right of military
7    resistance, or something like that; I don't -- I don't
8    want to argue with you about that. You're not a --
9    you're not expressing any opinions on the legality of
10   what went on in the Second Intifada, are you?
11   A. What I'm referring to is the fact that Palestinians
12   understand that they have an internationally recognized
13   right to use violence in the cause of seeking liberation
14   from occupation.
15   Q. Do you -- you saw that that video, "Millions of martyrs
16   marching to Jerusalem," was August of 2002; did you see
17   that?
18   MR. HILL: Objection, lack of foundation.
19   A. According to the translation subtitles.
20   BY MR. YALOWITZ:
21   Q. Right. Do you have a sense as to how many attacks on
22   civilians in Jerusalem took place in the 18 months
23   leading up to August 2002?
24   MR. HILL: Objection, lack of foundation.
25   A. No.

Page 209

1    BY MR. YALOWITZ:
2    Q.  More than 50?
3    MR. HILL:  Same objection.
4    A.  I don't know.
5    BY MR. YALOWITZ:
6    Q.  Well, we have Pape to thank for this; Pape can give
7        us -- Pape can give us the suicide bombings.
8           Do you have Pape in front of you?
9           If I can find him.  Do you have Pape?
10   A.  Yes.
11   Q.  You see at the end of our little excerpt, he's got
12       "Campaign Number 17" in his book, a little table of the
13       suicide bombings against Israeli civilians --
14   A.  I see that.
15   Q.  -- during the Al-Aqsa Intifada.  You see that; right?
16   A.  Yes.
17   Q.  Pape lists 63 suicide bombings in Israel in the months
18       leading up to August of 2002; right?
19   MR. HILL:  Objection, lack of foundation.
20   A.  I haven't added up the numbers that he has in the
21       "Killed" column from October till August.
22   BY MR. YALOWITZ:
23   Q.  Right; I'm just looking at the number of incidents.  Do
24       you see he's got each --
25   A.  I see.

Page 210

1    Q.  -- incident numbered separately?
2    A.  I understand.  I understand.
3    Q.  And he's tallied up 63 incidents --
4    A.  Okay.
5    Q.  -- with -- and then he's got -- sometimes zero are
6        killed, sometimes 1, 2, 11, 28, 17, 19; right?  You see
7        that?
8    A.  Yes, I see that.
9    Q.  All right.  So I want you to put yourself back in
10       New York City -- you lived in New York City; right?
11   A.  Yes.
12   Q.  And I want you to imagine that over the course of less
13       than two years, there were 63 suicide bombings in
14       New York City.  You with me?
15   A.  I'm hearing you.
16   Q.  Okay.  And I want you to imagine that the person leading
17       the nation of individuals who are committing the suicide
18       terrorism chant "A million martyrs marching to
19       Manhattan."  You with me?
20   A.  I'm hearing you.
21   Q.  Okay.  Would you perceive that as incitement of violence
22       against citizens of Manhattan?
23   MR. HILL:  Objection, improper hypothetical, lack of
24       foundation.  The witness can respond.
25   A.  Manhattan is not analogous to a situation of belligerent

Page 211

1    military occupation, as it is in the Occupied
2    Territories.  The term "martyr" does not -- is not
3    part of typical contemporary discourse, to the best of
4    my knowledge, in today's Manhattan.  So your
5    hypothetical is very difficult to -- to pursue.
6    BY MR. YALOWITZ:
7    Q.  You -- you can't understand how people hearing
8        "A million martyrs marching to Jerusalem" could perceive
9        that as incitement to violence against civilians?
10       That's just -- that doesn't compute for you?
11   MR. HILL:  Objection, argumentative, compound, asked and
12       answered.  The witness can respond again.
13   A.  As I said, the term "martyr" does not refer to
14       specifically people committing violence, whether
15       internationally condoned or not.  As I have explained,
16       generally, the term is understood in Palestinian society
17       as referring to anyone who is deemed to have died as
18       a result of the occupation.
19   BY MR. YALOWITZ:
20   Q.  Do you think it's okay for young children to be taught
21       that martyrdom is sweet?
22   MR. HILL:  Objection, vague, lack of foundation.  The
23       witness can respond.
24   A.  I think that in a nationalist context, where "martyrdom"
25       refers to people who are deemed to have sacrificed their

Page 212

1    lives, intentionally or not, for a nationalist cause of
2    liberation from occupation, it makes sense to me that the value
3    of self-sacrifice, or the willingness to -- to
4    be steadfast and endure the effects of occupation, it
5    makes sense to me that people of all ages would come to
6    appreciate those values.
7    BY MR. YALOWITZ:
8    Q.  Do you think 11-year-olds come to those values on their
9        own?
10   MR. HILL:  Objection, lack of foundation.
11   A.  I don't believe that anyone comes to any values on their
12       own.
13   BY MR. YALOWITZ:
14   Q.  Do you think that an 11-year-old who thinks it's natural
15       to below herself up amongst civilians is -- is
16       expressing views taught to her by others?
17   MR. HILL:  Objection, lack of foundation.
18   A.  I think that children and young people living in
19       a situation of a belligerent military occupation learn
20       about -- learn about the nationalist struggle for
21       independence from a variety of means, or come to the
22       conclusion that the occupation must be resisted -- they
23       come to the conclusion for a variety of reasons,
24       including seeing on a day-to-day basis and living in
25       conditions of extreme oppression and lack of freedom.

Page 213

BY MR. YALOWITZ:
1  Q. Did -- do you think it's okay for the Palestinian
2     Authority to put on television a program showing
3     11-year-old children encouraging others to blow
4     themselves up?
5  MR. HILL: Objection, lack of foundation.
6  A. I don't know of a Palestinian Authority program that did
7     this.
8  BY MR. YALOWITZ:
9  Q. Maybe I can help you out. Do you want to see one?
10 A. I can follow your hypothetical.
11 Q. Let's watch the video together.
12 A. As you wish.
13        (Video played.)
14 BY MR. YALOWITZ:
15 Q. Where do you think an 11-year-old learns that Shihada is
16    beautiful?
17 MR. HILL: Objection, lack of foundation.
18 A. I think that in a context of occupation, and nationalist
19    struggle against that occupation, in which the term
20    "Shihada" refers to people who die or are killed as
21    a result of that situation, people living in a context
22    of -- people living in this context learn from the
23    context, and they learn from -- they learn from
24    a variety of sources about what nationalist values are.

Page 214

1  And the value of resistance to occupation is,
2  I think, a natural value for people living in conditions
3  of extreme hardship, oppression, and lack of freedom.
4  The fact that so many people came to believe that death
5  was better than living in those conditions is, I think,
6  an indication of how horrific those conditions were.
7  BY MR. YALOWITZ:
8  Q. You don't -- and it's your opinion that the leadership
9     of the Palestinian Authority and the PLO had nothing to
10    do with the social value that martyrdom is sweet and
11    it's natural to blow yourself up? Is that your -- is
12    that your opinion?
13 MR. HILL: Objection, lack of foundation.
14 A. I think that the value of martyrdom and self-sacrifice
15    in the way of national liberation has been one that has
16    existed in Palestinian society for decades. I believe
17    that that value is partly a legacy of long-term
18    nationalist struggle and a legacy of decades of life
19    under an occupation.
20    I think that the values that came to permeate
21    Palestinian society, especially during the Second
22    Intifada, were -- I mean, I don't think about values as
23    being a product or created by specific individuals or
24    organizations; values are things that people learn about
25    or come to have in specific contexts.

Page 215

1  So in answer to your question, I don't -- I don't
2  see the PA as being responsible for people upholding
3  those values.
4  BY MR. YALOWITZ:
5  Q. Do you agree with the values expressed by those
6     11-year-old children?
7  A. I don't know what you mean by "agree." I personally do
8     not hold the view that death is sweet, but I can
9     understand why people living in the situation they were
10    living in came to hold that view. I think it's sad that
11    children of whatever age came to feel that way.
12 Q. I heard it's not sad; I heard it's child abuse. Do you
13    agree with that?
14 MR. HILL: Objection, argumentative. The witness can
15    respond.
16 A. You're asking me if I agree that it's child abuse that
17    children are raised in a situation of extreme violence
18    from an Israeli occupation?
19 BY MR. YALOWITZ:
20 Q. No, I'm not asking that.
21 A. What are you asking?
22 Q. I'm asking, do you think it's child abuse to teach your
23    children that death is sweet and that they should blow
24    themselves up amongst civilians?
25 MR. HILL: Same objection.

Page 216

1  A. I believe that when children came to the conclusion that
2     it's hypothetically a good idea to die, or be killed, or
3     kill, that they come to this view as a result of the
4     extreme conditions of life under a relentlessly stifling
5     occupation.
6  BY MR. YALOWITZ:
7  Q. Let me show you a document we've marked as Allen 20.
8        (Exhibit 20 marked for identification.)
9  BY MR. YALOWITZ:
10 Q. This is an article you wrote; right?
11 A. Yes.
12 Q. It's about suicide bombers and martyrs in Palestine;
13    right?
14 A. It's about Palestinian views of Palestinian suicide
15    bombers and martyrs.
16 Q. If you turn with me to the last paragraph of your
17    article.
18    Do you have that before you?
19 A. Yes.
20 Q. The last two sentences of your article read:
21    "A common observation here is that Israeli
22    occupation can kill anyone, anytime, whether you're
23    sitting at home watching TV, or out shooting at
24    settlements. At least suicide bombers go out fighting."
25    Do you see that?

Page 217

1    A.  Yes.
2    Q.  You wrote that; right?
3    A.  I wrote that.
4    Q.  Why did you write "at least suicide bombers go out
5        fighting"?
6    A.  Because that's the view of Palestinians who often in
7        conversations with people, and they're trying to explain
8        to me their -- their support for suicide bombings, one
9        of the -- the reasons they could support these kinds of
10       acts is because they felt like at least these people are
11       not dying randomly, sitting at home; they are dying
12       doing something active.  And in the view of some of
13       these people, they thought that this was a way to -- to
14       cause a change.
15   Q.  I mean, don't you think that's incredibly misguided, to
16       think that at least you're going out fighting if you
17       blow yourself up amongst civilians?
18   A.  I do think that it -- I wouldn't say -- I don't know if
19       "misguided" is the word that I would use.  I would say
20       that -- that it's horrible and sad that people live in
21       a situation such that they get to this point, where --
22       where they would feel that way or act on that feeling.
23   MR. YALOWITZ:  Let's pause for a few minutes.  I think we
24       might be finished.
25   (5:01 p.m.)

Page 218

1        (A break was taken.)
2    (5:08 p.m.)
3    MR. YALOWITZ:  Okay, we've a taken a short break, and
4        I don't have any further questions.  So unless your
5        counsel wants to ask you questions, I think we're
6        finished.
7    MR. HILL:  I don't have any questions for Dr. Allen at this
8        time.  She will read and sign.
9        By my accounting, we're just over six hours on the
10       record, so -- can you prepare for six and a half to
11       seven?
12   MR. YALOWITZ:  No, we'll do six.
13   MR. HILL:  Six it is.
14   MR. YALOWITZ:  You're always rounding up.
15   MR. HILL:  Off the record.
16   (5:09 p.m.)
17       (Whereupon the deposition concluded.)
18
19
20
21
22
23
24
25

Page 219

1              CERTIFICATE OF DEPONENT
2
3    I, DR. LORI ALLEN, hereby certify that I have read the foregoing
4    pages of my deposition of testimony taken in these
5    proceedings on Tuesday, November 19, 2013, and, with the
6    exception of the changes listed on the next page and/or
7    corrections, if any, find them to be a true and accurate
8    transcription thereof.
9
10
11
12
13   Signed: _____
14   Name:  DR. LORI ALLEN
15   Date:  _____
16
17
18   Signed and subscribed to before me
19   this _____ day of _____, 2013.
20   _____
21       NOTARY PUBLIC
22
23
24
25

Page 220

1           CERTIFICATE OF COURT REPORTER
2
3    I, FIONA FARSON, with TransPerfect Legal Solutions, hereby
4    certify that the testimony of the witness Lori Allen in the
5    foregoing transcript, taken on Tuesday, November 19, 2013
6    was recorded by me in machine shorthand and was thereafter
7    transcribed by me; and that the foregoing transcript is a
8    true and accurate verbatim record of the said testimony.
9
10   I further certify that I am not a relative, employee,
11   counsel or financially involved with any of the parties to
12   the within cause, nor am I an employee or relative of any
13   counsel for the parties, nor am I in any way interested in
14   the outcome of the within cause.
15
16
17
18
19   Signed: _____
20       FIONA FARSON
21   Dated:  Tuesday, November 19, 2013
22
23
24
25

Page 221

```
1          E R R A T A
2        Deposition of DR. LORI ALLEN
3    Page/Line No.  Description    Reason for change
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21
22   Signed: _____
23   Name:  DR. LORI ALLEN
24
25
```

**A**

**abandon**
171:16
**abdal**
49:21
**abdalkarim**
49:15
**abdallah**
44:11 47:20
**abdalrahman**
48:14
**abdel**
45:17 46:9 94:15
120:22 122:5
125:5
**abdelhaq**
44:9
**abide**
162:24
**ability**
68:15
**able**
25:9 66:19,21
97:2 124:9 138:9
144:13
**abridged**
167:25
**abu**
48:12 51:1,21
73:15,15 80:11
94:20 97:4,10,25
99:1
**abuhalil**
48:3
**abuhamid**
45:15
**abuse**
54:6 183:10 184:6
215:12,16,22
**abuses**
183:8
**academic**
6:6 141:10 181:1
181:2,9 190:23
**accept**
145:23 146:1
161:7 165:13
**accepted**
17:19

**access**
24:16
**accidental**
91:18,20
**accomplished**
85:17,18
**accord**
90:7
**accords**
137:20,23 138:8
139:6
**account**
150:9 153:16,21
155:14
**accounting**
218:9
**accuracy**
54:17 134:15
**accurate**
57:24 67:18 72:10
133:20 219:7
220:8
**accurately**
68:5
**achieve**
40:2 148:14
151:20 172:8
190:2
**achieving**
207:1
**acquitting**
194:23
**act**
92:2 139:1 188:11
206:18 217:22
**actions**
68:20,21 116:10
**active**
217:12
**activities**
27:21 94:9 116:15
158:3 178:15
**activity**
20:23 114:14
145:3
**actors**
15:19 146:21
172:8
**acts**

**access**
100:16,18 117:25
145:9,15 148:3
151:18 155:4,6
156:6 188:13,23
190:17 191:1
196:15 206:1,1
207:5 217:10
**actual**
115:9 190:12
198:5
**ad**
110:4
**adbalrahman**
48:13
**added**
209:20
**addition**
16:14 18:8 201:25
205:23
**additional**
16:16 176:19
**address**
187:23
**adherence**
165:9
**adin**
47:6
**admit**
191:3
**admits**
170:5
**adolescent**
200:2
**adopt**
29:16 39:25
**adults**
201:3
**affiliated**
22:9 58:8 132:2
162:1
**affiliation**
22:9,10 162:10,12
**afternoons**
160:14
**age**
215:11
**agency**
57:3
**ages**

**access**
203:18 212:5
**ago**
12:18 70:8 92:20
92:21 167:7
169:12
**agree**
43:3 84:5 99:24
100:11 139:21
140:21 143:10
144:5,7,12,14
147:17 149:22,24
149:25 152:17,18
152:19,21 158:5
158:15,18,21
183:1,4,6 215:5,7
215:13,16
**agreed**
84:17 88:18 89:19
137:25 138:5
168:10 190:7,12
196:16
**agreedupon**
17:19
**agreement**
21:17,19 39:18
**ah**
95:15
**ahawil**
45:20
**ahead**
21:19 25:11 35:16
91:14 98:17
139:24 159:18
187:4 191:18
**ahmad**
109:16
**ahmed**
43:14 49:12,18
49:19 51:18 73:15
165:18 170:6
174:11 175:4,8
177:2
**aimed**
34:4
**air**
136:7
**aircraft**
85:12
**aired**

**access**
83:15
**airmans**
85:11
**al**
1:4,10 13:15,17
13:20 95:23
**alabed**
47:7
**alaqsa**
28:4,7 34:2 42:4
97:8 116:4,13,18
117:12 127:12
128:11,23 129:22
130:5 131:6,11
132:2 136:4,23
137:7,9 138:13
145:8 147:18
154:24 165:7
172:24 173:4,7,24
176:6 209:15
**alasah**
25:12
**alasrak**
25:13
**alassir**
80:11
**alayyam**
57:7,8 62:5 95:25
**alhayat**
4:9 57:15,17
58:11,17,20,25
59:22 60:1,5,15
62:5 71:8 75:3,6,6
**ali**
46:21 48:2 50:14
50:21 127:14,17
**alive**
128:13
**aljadida**
4:9 57:15,17
58:11,17,20,25
59:22 60:2,5,15
62:5 71:9 75:3,6,7
**alkarmi**
45:6 163:11 165:8
165:12
**allah**
69:13,14
**allahs**

73:16
**allegations**
196:2
**alleged**
94:8 196:10
**allegedly**
69:10 176:24
**alleging**
180:13
**allen**
1:17 2:2 4:2,7,19
4:25 5:1,5 52:18
52:18 61:14,15
67:6 68:14 71:10
71:12,13,16 86:20
86:22 95:16,19
104:20,21 113:12
118:17 121:18
126:20,23,23
141:23 145:19,25
159:6 206:9 216:7
218:7 219:3,14
220:4 221:2,23
**allens**
4:18
**allow**
16:7,12 94:3
158:1
**allowed**
70:1
**allowing**
15:18
**allows**
15:25
**almaghribi**
80:15 81:6,11
**almasri**
47:25
**alongside**
26:2
**aloof**
134:9
**alquds**
57:5,6 62:4
**alshahada**
60:21,23
**alshawish**
46:2 94:18
**alshuhada**

4:13 104:13 105:5
105:6
**altirawi**
44:7
**altogether**
12:22
**ambiguous**
185:25 186:2
**ambivalent**
167:7
**american**
10:24 56:22 67:13
**amr**
51:21
**analogous**
210:25
**analyses**
116:5,14
**analysis**
17:2,6 27:5 32:14
68:22 71:6 116:8
139:22 140:1,3,10
142:6,13 144:22
151:9,25 152:2,9
152:13,21 155:12
167:13,13
**analyst**
36:23
**analyze**
31:23 33:17 68:24
**analyzed**
17:7 116:16 156:1
**analyzes**
148:16
**analyzing**
70:23
**annihilate**
73:11
**announce**
191:5
**announced**
162:24 165:8
**anonymous**
17:16
**answer**
33:25 35:16 70:20
84:10 90:16 138:2
149:17 158:14
191:20 198:13

215:1
**answered**
81:1 105:24
120:14 121:6
174:14 198:18
199:11 211:12
**answering**
152:14
**answers**
150:16
**anthony**
4:10 38:8 86:21
168:11
**anthropological**
11:16
**anthropologist**
29:22 36:24
**anthropologists**
30:2,5 156:13
**anthropology**
5:25 8:6,8 9:14
15:9 17:11,13,20
18:17
**antioccupation**
94:8
**antisemitic**
108:23 109:1,8
**anvil**
52:9
**anybody**
28:11,13,16 47:17
48:2 51:11 101:25
**anytime**
216:22
**anyway**
193:15
**aporter**
3:10,11
**appear**
67:13 85:9 106:18
108:11 184:2
**appeared**
85:14 88:15 91:24
**appearing**
3:3,13 90:10,13
90:23 91:17
**appears**
85:1
**application**

79:13
**applied**
29:10 156:12
**appreciate**
212:6
**appreciated**
92:6 155:10
202:20 205:5
**appreciates**
201:22
**appreciation**
84:13 94:4 99:9
100:15 103:25
104:7 186:18
202:18 205:3
206:5,25
**approach**
155:2,2
**approaches**
146:12
**appropriate**
100:19,24 189:23
203:5
**appropriately**
203:1
**appropriateness**
101:4
**approximately**
92:19
**april**
168:5
**arab**
71:24,25 72:1
105:12,16 181:12
**arabia**
77:4
**arabic**
12:8 26:5 66:14
66:15 95:13 96:19
96:20 97:5,6
106:1,2 107:10,11
108:4,8 109:20,20
110:14,15,15
122:12,24 123:8,9
123:10,12,15,18
123:18,20,21
124:11,23,23,24
124:24 127:10
**arabs**

10:25
**arafat**
42:22 86:2 88:10
88:15,18 89:6,18
90:10,23 91:6,24
117:11 157:5,11
157:14 158:6,9
179:16,19 201:7
201:10,21 202:11
203:8,11 204:12
205:14,17 206:14
207:9
**arafats**
43:13 91:1 167:2
168:25
**archives**
10:15
**area**
132:15 136:6,20
199:9,13
**areas**
59:12 79:20
105:13 106:4
202:6
**argue**
181:12,22 208:8
**argument**
11:24 64:24
146:18,20 147:16
147:17 150:20,22
181:16
**argumentative**
69:17 101:13
120:7 205:12
206:11 211:11
215:14
**arguments**
144:24 153:21
**armed**
83:1 131:23
132:18 133:7
134:8,21 160:13
**army**
205:23
**arnold**
2:7 3:6
**arrest**
166:2 179:20
**arrested**

46:16 191:2
**arresting**
161:19
**arrests**
54:6 161:10,13
**arrived**
29:14,15 168:11
**art**
18:19
**article**
4:9,11,12,23 17:9
17:12 38:8,14
57:11 71:8 75:10
75:17 82:3 86:21
87:10 95:21 96:6
97:16 99:24
107:19,20,21,25
108:6 166:12
172:24 174:13
192:22 216:10,17
216:20
**articles**
13:3,5,10 34:15
34:25 38:22 112:7
112:20,22 183:15
**aside**
29:22 174:8
**asked**
23:25 51:10 70:18
78:19 81:1,13
94:11 102:9
105:24 114:16
115:1,5 118:2
120:14,20 121:6
155:20 174:14
178:19 198:18
199:11 211:11
**asking**
68:4 70:13 96:10
96:23 98:7,9
99:20 122:15
140:12 144:12
145:9 170:3
215:16,20,21,22
**aspect**
15:20 16:3,4
**aspects**
140:17 142:14
147:25 155:1

158:2
**aspire**
203:17
**assassinated**
169:19
**assassinating**
137:1
**assassination**
136:7 137:3 165:6
**assembly**
189:13,18
**assertion**
185:13
**assess**
56:14
**assessing**
55:23 133:24
138:21 139:4
189:2
**assessment**
60:10 87:25
114:11 144:7,10
144:11 152:6
155:11 203:4
**assistance**
106:11
**assistant**
26:11,12 106:11
**associated**
28:7,14 57:18,20
58:10 176:24
194:12
**assume**
67:18 68:4 137:25
191:5
**assumption**
67:21 68:7,8
**assumptions**
29:22 30:3 68:11
140:5
**assure**
138:1
**attached**
65:6 102:21,25
116:23
**attack**
81:7 150:4 175:22
176:6,21,24 178:1
178:5

**attacked**
81:15 173:8,24
**attackers**
150:7
**attacks**
113:14 115:10,17
115:22 116:12,17
117:5 118:24
119:3 125:8
131:23 132:18,23
133:7 134:22
149:19 150:4
151:17 152:19,23
157:2 160:20
162:13 163:5
164:16 167:2,9
169:1 172:17
208:21
**attempt**
150:20 152:3
**attempted**
33:9 140:1 142:21
**attempting**
20:17 152:9
**attempts**
31:24 32:14
**attend**
29:6 50:10,12
79:4 165:23
**attended**
31:15
**attention**
43:11 71:20 96:7
124:4 127:23
134:19 164:20
168:3,7 171:10
185:3,12
**attest**
31:7
**attitudes**
71:2,3 156:15
**attorney**
195:14
**audiences**
23:19
**audio**
65:25 66:4,8,13
66:18,25 67:4,10
**august**

208:16,23 209:18
209:21
**auspices**
139:7
**authorities**
178:25 179:20
197:18
**authority**
4:16 28:17 43:21
54:7 55:10 57:3
57:18,20,22 60:13
60:17 93:15
113:13,21 115:16
115:20 116:12,15
118:7 125:14,20
127:3,6 129:9
137:12 161:9,13
161:19,25 176:15
177:9,10,15,25
178:7 183:9
186:17 190:25
192:9 213:3,7
214:9
**authoritys**
41:23 125:16
**authors**
38:12
**available**
27:11 136:12
**avenged**
165:19 170:7
**avenue**
3:7
**avoided**
27:19,20 167:8
**awadeh**
50:16,23
**awais**
45:4
**awarded**
6:2
**aware**
101:14 102:11
125:11,18 129:9
132:18 161:9,20
161:24 162:15
163:4 165:16
170:9,11,13
172:23 173:7

174:11 175:14
176:5,5,14,19
177:7,17 178:4,16
179:1 184:3,4
196:1 200:13
**aweis**
46:10 94:15
120:22 122:6
123:5 125:5 175:8
175:14,17
**ayyam**
95:23,23

**B**
**back**
7:1,13,17 8:17
30:12 36:19 80:2
81:17 84:1 89:3
95:13 109:10,15
111:17 161:3
210:9
**background**
30:3
**backgrounds**
17:1 24:25
**bad**
45:22
**baghouti**
118:3
**ballpark**
62:24
**bank**
6:22 7:3,4 13:14
56:3 77:24 91:6
92:15 152:12
181:13,14,20
200:21
**bankrolling**
167:10
**bantered**
29:9
**bar**
173:8
**barechested**
204:1
**barghout**
195:14
**barghouti**
44:15,17,18,19

157:5,12,14 158:7
158:9 163:4
165:18,18 167:7
168:9,25 170:5,6
170:15 171:2,13
172:11,19 174:12
174:20 175:4,8
177:2,18 179:16
**barghoutis**
166:2,20 168:1
169:17 179:18
197:11
**bargouti**
44:11 49:24
**based**
10:16 40:23 43:7
65:9 68:8 83:18
149:24 154:24
182:1 190:7 191:3
197:19
**basher**
49:24
**basically**
108:23 140:14
**basis**
15:16 64:10 68:21
68:23 70:1,8,14
70:24 71:6 78:4
120:1 132:6,11
133:24 134:15
137:8 154:8 174:7
197:13 203:4
206:6 212:24
**bassem**
52:2,4
**bat**
173:25 175:23
**battle**
72:11,18 74:24
**bear**
105:2 117:14
139:9 193:1
**beautiful**
213:17
**began**
18:23
**beginning**
9:22 38:1 67:8
72:14,22 90:24

91:25 141:19
160:15 185:17
190:8 192:19
199:8
**begins**
71:24 96:19,20
135:22 168:5
195:12
**beirut**
10:16
**belief**
27:8 180:24
**beliefs**
156:15
**believe**
8:8 12:20 24:10
29:20 35:12 36:9
37:10 38:20 39:22
40:5,10 43:5,25
44:5,8,20,22 45:9
46:3,5,8,11 48:22
51:14 52:7 53:4
53:24 55:9 57:2
57:23 61:22 64:2
65:2 66:18,23
67:4,8 72:10
74:21 76:4,6
80:19,20 82:21
83:3 86:1 87:12
88:18,19 93:16
97:19 110:6,8,14
110:14 112:9
117:1 119:14,15
119:22 120:15
122:8 129:15
138:23 152:2
167:19 180:11,22
181:19 183:10,14
186:16 189:19
192:20 193:3,16
198:6,8 200:2,3,5
204:12 212:11
214:4,16 216:1
**believed**
58:9 63:16 77:22
**believers**
73:10 74:22
**believes**
180:16

**believing**
120:1,2
**bell**
173:15 194:13
**belligerence**
206:18
**belligerent**
100:20 101:16,18
205:6 207:15
208:5 210:25
212:19
**bells**
77:19 102:14
103:4,15 106:17
138:6 174:24
**beneath**
105:7 123:24
127:14
**benefit**
15:17
**best**
68:15 211:3
**bet**
167:6
**bethlehem**
13:18,23 22:15
48:18,22 55:8,15
56:23 57:4 59:9
62:21 64:3 82:13
106:16
**better**
214:5
**beyond**
143:2 177:22
**bhill**
3:21
**biased**
36:10,12,14,21
37:3
**big**
105:4
**binder**
146:7
**bira**
13:15,17,20
**birzeit**
6:14,15
**bit**
10:17 20:15 99:12

140:4
**black**
72:5
**blanket**
186:13
**blessings**
73:16
**blew**
103:21 177:19
**block**
65:18
**blood**
99:3
**blow**
69:12,12 156:18
213:4 214:11
215:23 217:17
**blowup**
102:20
**board**
110:10,21
**body**
41:2,2
**bomber**
47:15 50:12 80:23
80:25 81:4 100:9
**bombers**
28:1 82:1 140:2
140:17 216:12,15
216:24 217:4
**bombing**
95:10 100:4,24
101:12 102:1
129:11 178:14
**bombings**
101:2,5,15 113:19
113:22 114:4,10
114:17 115:8,12
116:4 119:17,24
120:6 141:15,17
141:20 144:19
209:7,13,17
210:13 217:8
**bond**
154:3,10
**book**
10:2,17 11:12,13
17:10 37:21 38:2
38:3 139:17,21

140:7,9,20 141:25
142:14,24 143:5,7
143:10,16 144:15
146:25 147:5,23
148:17,24 149:13
150:14 183:14
184:1,2 209:12
**books**
141:7
**border**
105:13 106:4
109:12,18
**born**
171:19
**bottom**
54:3,4 111:23
124:6 151:1
164:13 167:21,24
**box**
96:3 108:2
**boycott**
181:1,2,6,9
**branch**
88:18,23 89:1,4
89:11,18,23 90:14
90:20,22
**break**
42:9,11,12,15
86:10,13,14,17,20
113:10 158:25
159:3,6 179:22
193:12,13,22,25
218:1,3
**brian**
3:14 12:15,16
**brigade**
173:8
**brigades**
28:5,7 42:4 97:8
130:5 131:6,11
132:2 136:4,23
137:7,9 165:7
172:25 173:4,24
176:6
**bring**
32:14 33:9 115:10
115:17 203:21
**broad**
2:9 26:21 33:24

55:18,19 70:17,24
79:12 144:13
152:9,10,13
156:25 158:11
**broadcast**
93:25
**broadcasts**
93:14
**broader**
31:3 155:4
**broadly**
9:14 11:16 19:1
20:23 30:1 31:18
**broke**
165:2
**brothers**
14:1 128:14
**brought**
157:16
**brown**
9:6,10,17
**btselem**
4:24 35:22 184:8
184:19 185:7
192:15,21,24
195:1,20,22 198:7
**building**
20:21
**built**
13:2,4
**bulldozers**
205:22
**bulletin**
109:11
**bunch**
10:23
**bush**
85:11,20
**business**
62:14
**businessmen**
25:4
**bustling**
14:4
**buy**
146:4
**buying**
64:15

**C**

**cagily**
167:7
**call**
109:11 166:22
185:11 188:14
189:6 196:14,20
196:23
**called**
9:13 11:14 15:4
17:4 22:20 23:6
36:16 37:8,8,13
52:8,12 60:21
61:2 76:22 79:9
104:13 138:25
162:10 184:8
187:21
**calligraphy**
108:9
**callin**
93:18
**calling**
137:7
**cambridge**
10:6
**camp**
25:5
**campaign**
151:4,19 152:20
152:23 209:12
**campaigns**
149:18 150:6,10
**canceling**
165:8
**capital**
206:22 207:20
**capstone**
9:13
**captain**
110:9,9
**career**
6:6
**careful**
53:6 139:22
140:10 142:6
151:9,25 152:3
155:12
**carefully**
167:20

**carried**
129:7 144:24
149:19 175:22
**carrier**
85:12
**case**
1:7 5:7 12:11
17:11 18:4 24:23
25:2 41:9,11
113:15 114:16,18
115:1,22 117:5
118:25 119:4
125:9 127:10
143:8 145:7,8
158:23,24 176:2
177:4 184:7,11
190:6 194:22
197:5
**cases**
148:13 152:11
191:4 197:8
**categories**
25:1
**categorized**
207:25
**category**
21:21 25:6
**cause**
114:10 207:18
208:13 212:1
217:14 220:12,14
**caused**
113:18 114:3,17
115:2,8 116:4
119:16,23 120:6
**causes**
148:10 149:11
**cautious**
54:12
**ceasefire**
161:4,10 162:18
162:25 165:2,9
168:9,13,17
**celebration**
85:21 173:8,25
**center**
206:20
**centers**
20:23

**central**
19:16 148:9
149:13 150:13
**centre**
2:8
**ceremonies**
21:6,9 33:4
**certain**
68:19,20 79:20
87:13
**certainly**
72:12,19 103:17
138:9 145:2 197:3
**certificate**
219:1 220:1
**certify**
219:3 220:4,10
**cessation**
163:5 169:1
**chance**
66:11 81:20
**change**
217:14 221:3
**changed**
6:11
**changes**
11:8 219:6
**channel**
203:24
**channeling**
19:3
**channels**
64:12 93:24 196:2
197:16 198:16,20
199:6
**chant**
78:7,9 207:10
210:18
**chaos**
159:20 160:3
**chaotic**
159:9,13
**chapter**
53:9
**characterization**
168:16,19
**characterized**
19:15 157:22
**charge**

**central**

12:23
**charged**
31:8 32:16
**charities**
161:25
**chartered**
3:16
**check**
184:24 193:7,7
**checklist**
26:15
**checkpoint**
160:1
**checkpoints**
160:11
**cheering**
202:8,11,15 203:2
203:5
**chevalier**
3:16 12:14
**chicago**
5:10,11,14 6:12
7:1 8:17,18 18:10
37:21
**chief**
109:16 110:22
**child**
215:12,16,22
**children**
23:4 82:14 128:12
201:8,11 202:8,11
202:14,20 203:1,9
203:16 204:6
211:20 212:18
213:4 215:6,11,17
215:23 216:1
**childrens**
23:14 203:5,24
**chose**
75:7
**chronological**
87:24
**chronologically**
90:1
**chronology**
6:7 87:19 88:2
163:16 170:2
**church**
48:18,23 49:1,2,8

**circulated**
96:5
**circumstances**
153:16
**citation**
38:13
**cite**
13:5 38:21 147:5
180:1 184:7
192:18,20 193:17
**cited**
37:13,21 38:8,14
38:24 62:4 86:24
87:1 117:19
119:12 143:7
184:20,24
**cites**
132:9 174:7
**cities**
136:9
**citing**
39:2 132:13 174:9
**citizens**
20:5 210:22
**city**
5:9 85:9 101:11
101:15,15,20,21
101:25 128:19
173:9 210:10,10
210:14
**civilian**
41:7
**civilians**
40:2 81:7,15
98:23 99:17 100:1
100:4,13 103:22
116:12,17 117:25
125:13 156:19
157:12 160:21
162:6 172:17
173:1 176:8
185:19 188:13
189:10 190:2
191:1 207:6
208:22 209:13
211:9 212:15
215:24 217:17
**claim**
59:18 85:15

133:24 145:14
**claimed**
22:9 132:1 133:8
162:9,12 163:4
173:3 175:3
**claiming**
133:6 162:11
186:15,17
**claims**
11:4 19:4 55:2
65:21 152:10
172:10 174:8
**clarification**
197:2
**clarifies**
99:1
**clarifying**
98:14
**clash**
200:3
**clashes**
160:11,13
**class**
8:1
**classes**
8:5,6
**classroom**
205:21
**clear**
74:12 112:6 186:3
**clearly**
31:12
**climate**
142:4
**clip**
146:7
**close**
154:3,10
**closed**
161:25
**closely**
30:17
**clusters**
151:19
**coalescing**
186:15
**coerced**
184:13
**coercion**

196:2,10
**coexistence**
171:18
**colleagues**
30:9
**collect**
27:23
**collected**
17:2,3 102:16
**collecting**
16:17 70:23
**collection**
16:16 75:15
**collective**
114:12 189:5
**college**
5:10,11 7:25 8:2
**colonial**
189:14
**colonialism**
189:16
**columbia**
5:16,16,22 6:8,9
6:13
**column**
71:21 96:8,8,9,10
96:11,13,13
131:19 135:21
143:21 209:21
**com**
3:10,11,21,22
**come**
29:12 43:10 64:18
73:4,9,17 80:2
81:17 88:22 89:3
153:10 160:2
161:3 181:3,5,10
186:10 198:6
206:6 212:5,8,21
212:23 214:25
216:3
**comes**
115:4 181:25
184:1 212:11
**coming**
32:12 36:19 72:12
72:19 73:6 85:12
89:11
**command**

41:24
**commanders**
136:6
**commemorating**
20:25 21:2
**commemorative**
21:6,8 33:3
**comment**
37:12 142:12
146:5 159:7
**comments**
117:4 182:5
**commission**
10:22 35:3,8
138:23 190:8
**commissioner**
109:18
**commissions**
9:25 10:21 11:3,5
11:6 39:25
**commit**
207:23,25
**commitment**
139:1
**commitments**
137:13 138:13,22
139:5
**committed**
94:7 99:25 137:18
188:13,18,23
190:16 192:4
**committee**
17:22 18:5 97:5
97:15,18,18
194:12,14
**committing**
117:25 207:5
208:3 210:17
211:14
**common**
216:21
**communities**
24:16,22
**community**
20:22 154:9,13
**communitybased**
20:14,16
**comparable**
56:18,20

**comparatively**
136:5
**compare**
18:2
**compelled**
203:19
**compensation**
198:1
**complain**
36:25 37:2 197:17
**complaints**
198:17
**completed**
7:20
**completely**
72:6
**compliance**
138:1 139:1
**complicated**
9:2,4
**complied**
138:13,22 139:5
**compound**
122:11 133:23
135:15 150:18
159:17 211:11
**compute**
211:10
**comrades**
154:3,10
**conceal**
136:12
**concept**
187:16
**conception**
60:3
**concepts**
27:6
**concluded**
62:14,17 184:13
218:17
**conclusion**
64:4 69:21 70:9
70:14 119:23
143:10 151:24
179:6 196:24
206:6 212:22,23
216:1
**conclusions**

70:2 71:1 111:8
111:13 119:9
125:19 130:1
132:12 166:16
170:10
**conditions**
19:11 150:9
177:13 212:25
214:2,5,6 216:4
**condoned**
211:15
**conduct**
9:22 59:24,25
62:13
**conducted**
15:10
**conducting**
9:22 30:5 152:13
**confessed**
195:15
**confession**
195:1,7,18 196:22
197:11
**confessions**
166:22 185:9
187:11 191:4
**confidence**
126:16
**confidential**
27:13,14
**confidentiality**
21:17
**confined**
142:16
**confirm**
99:20 136:25
**conflict**
36:11 83:1 137:19
181:11 182:4
**confront**
204:1
**confronting**
159:24 201:24
**confused**
89:6 134:18
158:11
**confusing**
158:11
**congress**

139:4,6
**conjunction**
130:10
**connected**
97:8
**connection**
24:3 30:24 137:11
162:17 193:6
202:13
**connections**
31:8
**consider**
111:12 120:8
130:7 151:14
172:16 188:17
**considerable**
149:21
**considered**
17:23 18:19 25:8
36:4 60:16 62:9
75:18 79:22
100:23 111:7
128:22 129:25
130:10 150:5
166:15
**consistent**
89:22 120:4,10
132:13 136:20
168:13 169:22
171:25
**consists**
15:9
**conspicuous**
134:6
**conspiracy**
180:9,14,22
**conspirators**
177:8
**conspire**
190:25
**constant**
136:7 137:2
**constantly**
136:11
**constraints**
136:5
**consult**
131:16
**consultant**

72:15
**consulted**
60:6
**consume**
64:12
**consumption**
63:2,18
**contain**
64:23
**contained**
65:10 139:22
**contains**
68:9 119:16
**contemporary**
211:3
**content**
63:21
**contention**
36:6 101:4 113:16
115:16
**contentions**
120:2
**contents**
107:16,21 108:1
111:18,19 112:5,6
112:8,15,21
**context**
29:21 31:1,3,19
32:15 69:5,19,20
76:18,19 82:16
83:1,3,10,14,18
85:14 87:8 90:15
99:4 100:8,20
105:12,17 106:10
109:22 115:24
122:18 123:19,21
126:13 147:16,17
147:20 154:14,20
155:5 157:19
188:24 202:1,3
205:14 206:24
207:8,13 211:24
213:19,22,23,24
**contexts**
144:15 202:4
214:25
**contextual**
154:17
**contextualize**

152:3
**continue**
42:9 99:2 172:17
181:8 187:1 204:6
**continued**
111:25
**continuing**
8:7
**contrary**
63:4
**contrast**
18:2
**control**
41:24 135:13
**convention**
39:14
**conversation**
169:13 190:8
**conversations**
16:7,12 217:7
**conversion**
31:11
**convey**
31:24 75:4,7
90:23 97:22
**conveyed**
33:17 68:18 75:22
82:25
**convicted**
29:7 44:22 117:24
125:12 175:21
176:20 177:2
187:10 190:11,15
191:3
**conviction**
121:4
**convictions**
117:22 120:17
176:23 187:18,21
196:15 197:4
**convince**
181:7
**coordinated**
168:25
**coordinating**
163:5
**coordination**
110:1
**copy**

117:13,15 118:14
153:9 184:23
**copying**
54:2
**cordesman**
4:10 38:9 86:21
88:9,25 89:25
90:9 163:17,19,19
**core**
113:15 150:3
**corner**
52:21
**correct**
5:13 6:19 7:22
8:4 9:1,7,16 10:7
11:11 12:12 13:8
13:19 27:15 28:3
29:4 39:13,24
40:15 41:20,22,25
42:3 74:21 84:20
92:17 96:9 100:10
101:24 116:22
121:24 127:1
135:14,16 144:6
146:17 153:9
154:7 155:2
161:23 164:8
166:18 179:20,21
189:22 205:16
**corrections**
219:7
**correctly**
148:11
**cosmopolitan**
25:4
**counsel**
118:16 218:5
220:11,13
**count**
14:16 55:4 145:16
**countless**
196:20
**countries**
4:5 20:5 52:13
190:5
**country**
189:25 203:17
**couple**
30:14 135:25

182:5 188:1
**course**
9:11,13 99:15
123:23 159:1
210:12
**court**
1:1 7:8 184:13
194:22 195:5,6,13
195:18 198:1
220:1
**courtroom**
41:11
**courts**
41:5,7 44:22
187:10
**cover**
26:22
**coverage**
63:22 75:21 93:16
94:24 95:1
**create**
31:7
**created**
33:5 35:8 127:2
214:23
**credibility**
11:23 17:18
180:18
**credible**
63:9,17 74:21
120:8 180:3 184:5
195:24
**credit**
163:4
**cried**
30:21
**crime**
189:9 192:4,5
194:3
**crimes**
44:22 94:6,8
125:22 188:18
191:3
**criminal**
40:13 120:17
121:4 190:18
191:19 192:4
**criminals**
190:13 191:16

192:2,6,10
**criminology**
41:16
**crisis**
4:17 37:14,19
**critical**
54:7 63:4
**crowded**
103:22
**crucial**
146:23 150:7
**csis**
4:10
**cultural**
20:19
**culture**
30:6
**curious**
25:17
**custody**
197:18
**cv**
9:4
**cycles**
159:15
**cynical**
11:25
**cynicism**
11:15

——— **D** ———
**dahlan**
44:1,2
**dalal**
80:14 81:6,10
**damascus**
169:3
**dance**
20:20
**danger**
108:5
**dangerous**
79:23 203:25
**daoud**
73:15
**data**
17:2,3,7 26:25
27:1 75:15
**date**

123:9,10,11
124:15 163:15
200:11 219:15
**dated**
4:15 123:2 128:25
220:21
**dates**
165:13
**day**
52:24 72:21,22
73:4,9,17 159:25
160:17 172:23
219:19
**days**
170:14 176:6
177:17
**daytoday**
15:16 212:24
**dci**
23:12,21
**deab**
25:12,25
**dead**
205:20,21
**deal**
101:3 116:11
**dealing**
19:13
**deals**
131:5
**dealt**
117:4
**death**
165:19 170:7
173:10 183:17,23
214:4 215:8,23
**deaths**
200:22
**debate**
101:4,6 102:3
**debates**
101:12,14 143:1
**decade**
167:7
**decades**
214:16,18
**deceased**
128:13
**december**

88:7 89:3 161:4
161:24 162:15,19
168:10,16
**decide**
89:12 114:16
115:2 195:6
**decided**
88:20,20
**decimated**
204:25
**decision**
195:3
**decisive**
72:11,18
**declared**
162:18
**deemed**
54:6 204:22
205:18,24 211:17
211:25
**deeper**
27:1
**defeat**
73:10
**defence**
23:4
**defendant**
194:23
**defendants**
1:12 3:13 52:25
**defended**
18:5
**defense**
18:5 27:9 174:9
**define**
39:22 192:9
**defined**
40:6,11 181:19
192:5,6
**definition**
190:7,17
**degree**
5:22
**democratic**
146:21
**demographic**
25:1
**demolition**
205:22

**demonstrated**
67:25 68:1
**demonstration**
78:7
**demonstrations**
21:6 204:7
**department**
35:11,14 138:21
139:3
**depend**
37:5
**depended**
26:17
**depending**
37:20 38:6,23
39:2 41:2,2,3
**depends**
14:7 35:17 66:5
83:10 145:7 189:1
191:19
**deponent**
219:1
**deposition**
1:17 2:1 52:18
61:14 199:8
218:17 219:4
221:2
**depositions**
25:16
**depth**
16:8 31:12
**depths**
29:23
**derogatory**
76:9
**descendants**
73:10 74:2,9,16
74:16,23 75:2
76:17
**describe**
10:17 13:23 14:3
20:15 21:1,21
75:12
**described**
57:14 99:14,22
140:14 207:4
**describes**
168:9
**describing**

31:14 131:19
164:14
**description**
4:5 14:2 57:25
154:9 221:3
**desires**
69:21
**despite**
142:23
**det**
110:4
**detail**
23:13
**detainee**
199:3,4
**detainees**
183:16
**determine**
108:10
**developed**
19:7
**devotion**
154:3,11
**dflp**
22:10
**die**
203:17 207:1
213:21 216:2
**died**
79:22 116:7 176:8
200:8 204:19,22
205:10,18,24
207:5,15 208:2
211:17
**difference**
57:9
**different**
10:4,4,5 11:21
19:9 67:14 87:17
87:19 91:22 99:23
112:5 117:8
130:11,15,15
135:7 138:10
144:14,14 152:4
160:10 162:12
**differently**
11:5
**difficult**
54:2 186:18 198:5

211:5
**dimensions**
152:4 155:14
**diminish**
180:18
**diplomats**
10:24
**direct**
65:16 71:19 96:7
124:4 127:23
167:21 168:3
**directed**
40:1 98:22 100:12
105:22 106:2
135:10 143:13,25
145:5,12 147:12
172:6
**directing**
168:7 171:10
185:3
**direction**
36:14 106:5
**directly**
6:12,22 28:2
**disagree**
132:6 147:18
152:6
**disciplinary**
142:16
**discipline**
41:19 138:5
**discourse**
19:6 102:3 142:5
211:3
**discover**
142:5
**discursive**
33:12
**discuss**
60:1
**discussed**
60:3 176:2 177:4
183:10,15,18
**discusses**
74:20
**discussing**
74:18,19 76:18,19
**discussion**
30:10 65:13 78:17

96:22 130:20
148:23
**dismissed**
148:2
**dismissive**
63:4
**dispatched**
10:23
**displays**
136:10
**dissertation**
4:19 8:14,19
13:10,11 17:21,22
18:3,7,8 27:10
31:2,5 32:4,21
34:14,16,20,21,22
42:24 143:17
145:17,24 146:15
147:2,3,9,19,24
148:6
**dissolution**
11:1
**distinct**
12:1 56:21 186:20
**distribute**
23:18
**distributed**
58:11 59:1,5
**district**
1:1,2
**divorced**
128:12
**document**
4:13,15,16 52:12
52:12 53:9,12,22
95:14,16 102:13
102:15,20 103:9
104:12 106:14
121:18,21,23
122:18 126:18,25
129:25 130:25
131:10,12,13,16
132:9,9 163:18
164:2,11,21 166:1
171:7 187:6
192:15,18,25
193:2 216:7
**documentation**
23:13 182:14

185:8 196:21
**documents**
16:16 75:15
116:23 117:19
119:12 120:13
178:1
**doing**
7:25 9:18 11:2
16:9 31:21 32:11
45:11 64:13 92:1
109:25 134:21,22
136:24 173:4
187:23 217:12
**doubt**
54:17 59:16 88:3
174:2 178:3
**dozen**
173:10
**dr**
1:17 2:2 4:2,7 5:1
5:5 52:18 61:15
65:19 67:6,23
68:14 69:20 70:9
86:22 113:12
126:23 145:25
148:24 159:6
206:9 218:7 219:3
219:14 221:2,23
**draft**
17:10 87:24
**draw**
69:21 70:2 71:1
187:17
**drawing**
152:10
**driven**
145:1
**driver**
174:25
**due**
195:15
**dukkakin**
12:10
**duly**
191:3
**duties**
31:8 32:16
**dvd**
78:24

**dying**
4:18,20 139:17,20
142:6,23 205:4
217:11,11

**E**

**earlier**
72:25 129:21
142:11 170:4
182:8
**early**
136:3
**easier**
54:3
**east**
8:8 9:14 17:11
143:2 181:21
**ec2n**
2:10
**echelons**
134:23
**economist**
112:16
**editor**
109:16 110:21
**editorial**
69:25 70:7,12,15
71:5 110:10,21
170:25
**education**
4:5 8:7 52:13
204:6
**educational**
20:18
**effect**
175:2
**effects**
23:14 31:13 33:7
212:4
**effort**
11:6,18,20 85:15
99:10 104:2
147:19 148:14
189:6
**efforts**
33:18 85:20 94:3
136:12 203:23
**egypt**
6:18,22

eid
52:2,2,4
ein
97:4,10,25 99:1
either
26:10 27:6 61:10
93:3,19 106:9
117:24 200:6
ek
110:4
el
94:13
elaborated
140:18
elders
108:12
element
16:21 84:5,6
elements
138:1
elites
134:23
ellipsis
68:12
email
3:10,21
embedded
172:15
emeritus
180:10
emotion
31:6 32:5,22 33:2
emotional
31:10 32:2,15
33:5
emotionally
30:18
empire
11:1
employee
28:16 220:10,12
emulate
201:11
encompasses
206:2
encourage
31:11 181:11
185:18 201:10
encouragement

84:11,25 85:3,19
encouraging
69:8,16 83:15
92:2 201:8 213:4
ended
23:25
endure
212:4
energies
203:25
energy
197:25
enforced
161:9
enforcement
162:18
engage
114:13
engaged
32:11 99:16 162:6
engagement
15:16
english
23:21,23 66:16,20
96:25 110:7
124:10
enjoyed
136:8
enlightening
104:18
enrichment
20:19
entering
133:15
enthusiasm
202:25 207:17
enthusiastic
203:2
entire
66:17 68:13,14
181:14,23
entitled
53:9 107:25
122:10
entry
58:17 88:7 123:2
envoy
168:10
equanimity

142:25
equate
187:25
equated
186:23
equation
186:13
equations
187:24
erased
4:21 37:8
erected
165:17 170:5
erwah
107:12
especially
31:6 160:14 201:3
214:21
establish
39:7
established
182:8
estimate
55:5 62:12
et
1:4,10
ethnocentrism
29:9,10,13
ethnographer
29:16
ethnographic
15:4,8,12 16:4,15
16:15,21 18:12
29:15
ethnography
16:5
europe
7:16
event
103:6 115:20
173:12 174:5,6
176:11,17 177:22
events
21:9 55:25 75:21
79:2,4 81:14
87:19 102:18
103:5,11,18,21
116:1,10 134:20
134:25 147:21

155:4 156:14
170:2
everybody
158:12
everyday
159:21
eviatar
116:21
evidence
59:18,20 113:18
114:3 115:8
119:16 120:5,9
126:1,4 160:25
161:12,16,17
179:3 180:20
184:8
exact
113:24 200:10
exactly
12:18 155:24
187:20
examination
4:2 5:2
example
20:18,19 80:6
117:12 142:15,18
144:18 160:10
examples
62:4
exception
64:14 219:6
excerpt
4:22 148:17,20,24
153:6 209:11
excuse
45:25 46:7
exercise
54:12
exerted
134:11
exhibit
4:5,5,7,8,9,10,11
4:12,13,14,15,16
4:17,18,19,20,21
4:22,23,24,25
52:16,18 61:14,16
65:6,14 71:14
86:18,20 95:17
102:21,23,25

104:19 118:18
120:18 121:19
126:21 130:21,23
140:23 141:1
145:20 148:25
149:1 163:23
166:3,4 170:21
185:1 194:17
216:8
exhibits
76:1,2 78:20,21
78:22 116:25
exiled
93:19
exist
137:15
existed
214:16
existence
150:5
exists
184:3
expect
198:5
expectations
29:23 30:4 69:9
experience
31:10 136:20
experienced
136:4 156:1
182:16
expert
4:7,8,14 39:8,11
39:21 40:8,13
41:14,16,19,21
116:20 119:19
182:9 189:11
199:15,17
expertise
36:2 41:23 42:1
199:9,13
experts
17:10,16 34:18,22
34:24 35:7,13
36:5,9,20 37:18
38:4,21
explain
31:25 32:1,3
116:10 150:25

151:3 154:21
158:3 217:7
**explained**
31:9 32:17,25
150:3 211:15
**explaining**
142:12 153:8,13
**explanation**
76:12,13 114:11
115:25 140:16
150:8
**explanations**
116:9
**explanatory**
105:8
**explicitly**
31:10 32:17 76:16
**explore**
16:8 26:25
**exposes**
167:2
**express**
94:3 204:7
**expressed**
33:6 117:10 120:5
202:17 205:3,4
215:5
**expressing**
113:12 115:9,11
115:21 202:17
203:12,14 204:24
208:9 212:16
**expression**
103:25 104:7
205:2
**expressions**
19:17
**extending**
149:20
**extensive**
40:23 182:13
185:8
**external**
175:4
**extreme**
212:25 214:3
215:17 216:4
**eyes**
180:19

---

**F**

**face**
203:13
**fact**
87:16 101:3 136:8
144:16 159:23
183:15 190:15
202:15,18 204:18
207:16 208:11
214:4
**factions**
21:11 22:1
**factor**
155:16
**facts**
87:13,22,25 132:7
133:21 174:2
195:23
**factual**
43:12
**faculty**
18:9
**fair**
13:2 30:17 33:13
33:13 34:16 39:6
40:2 56:17 68:2
76:5 87:14 91:9
106:13 109:11,15
110:19,20 124:22
135:3,5,8,9
149:13 150:17
155:23 159:10
172:6 184:21,22
199:7,8
**faiz**
51:5
**falk**
179:24
**fall**
11:14
**false**
58:23
**familiar**
26:23 39:20 50:18
50:21 51:3,24
53:22 77:15,20
84:18 87:1,10
101:7 105:19
130:25 132:20

---

137:14,16 188:15
194:14 204:9
**familiarized**
84:23
**families**
20:8 94:3
**family**
13:20,23,24,25
14:4,6 47:17
62:22 93:20 95:3
129:10 178:17,20
199:3
**familys**
129:19
**famous**
85:17
**fanatics**
151:18
**far**
68:18 108:22,23
128:15
**fares**
199:20,22,24
200:1,8,15,22
201:8,11,25 202:8
203:2,9,11
**farson**
1:24 220:3,20
**fashion**
150:17
**fatah**
22:4 54:7 97:5,9
97:15 98:4 132:3
**father**
128:12
**fawzi**
51:8
**fear**
157:22
**feature**
29:15 32:5
**features**
153:25 154:2,17
156:3 157:20
**february**
7:12,21 13:12
92:16 128:25
**feel**
29:13 71:18 96:6

---

101:17 156:6
167:20 197:24
215:11 217:22
**feeling**
159:21 217:22
**fellow**
8:10
**fellowship**
8:13,22
**fellowships**
10:9,10
**felt**
154:15 203:18
217:10
**female**
25:3
**field**
7:20 17:10 18:15
26:2 30:5 34:19
34:22,24 35:7,13
36:1,5 37:18 38:4
38:21 39:1 110:19
131:14,16
**fieldwork**
7:2 13:2,6,11 15:4
15:8,9,12,25
18:13,17,23 19:7
27:19 29:16 30:6
60:1 92:15 155:22
155:24,25
**fifteenth**
3:17
**fifth**
168:7
**fight**
73:18 76:19 83:4
83:8 202:19
**fighting**
74:24 83:23
216:24 217:5,16
**fights**
134:5
**figure**
6:6 18:12 89:15
91:6,8 124:5
193:14
**figures**
38:24 39:2
**file**

---

66:8,13 67:4
129:3,6
**final**
131:19,23 132:15
171:10 187:5
**financial**
2:8
**financially**
220:11
**find**
10:24 11:7 16:9
16:12,25 40:25
55:21 57:24 58:15
87:22 140:1
173:18 181:10
193:4 195:24
198:10 207:9
209:9 219:7
**finding**
17:5
**finds**
87:5
**fine**
71:12 145:18
**finish**
105:14
**finished**
217:24 218:6
**finishing**
6:12
**fiona**
1:24 30:13 83:25
220:3,20
**fionas**
193:20
**fire**
134:4 176:7 200:6
204:3
**first**
54:1 72:16 79:18
81:23 87:5 88:10
89:10 90:7,10
91:18,25 105:3
107:12 131:19
135:21 140:25
143:21,21 154:13
158:18 166:25
169:14 182:16
185:22 197:3

203:10
**firsthand**
54:20,23 103:7
161:12,16
**fit**
154:25
**fits**
154:9
**five**
17:15 18:9 25:7
92:20 176:6,19
177:2,7 190:24
**focus**
20:10 26:20 27:25
94:9 117:7 133:4
133:9 134:24
152:14 156:5
159:22
**focused**
19:16 64:19
133:11 155:24,25
156:11
**focusing**
27:20
**folkloric**
20:20
**follow**
66:20,21 96:16
213:11
**followed**
127:10 132:22
**following**
44:23 98:25 118:3
134:2 136:22
160:20 162:23
165:6 166:2
167:25 170:14
179:20
**food**
24:1
**footnote**
87:3,6 174:8
192:19 193:19
**footnotes**
130:8,12
**force**
28:11 51:11,13,14
51:15 118:10
121:13 134:9

136:7 169:18
174:9 177:9
190:25
**forced**
185:9 187:11
196:21
**forces**
21:1 41:24 42:6
48:23 93:15
105:13 106:4,19
109:13,19 110:22
125:12 134:5,6
162:16 163:10
176:20 200:6
**foregoing**
219:3 220:5,7
**foreign**
143:1 146:21
154:19
**foreigners**
20:4
**forgive**
45:22
**form**
11:8 48:20 53:2,5
60:5 70:25 87:2
98:8,22
**formation**
136:3
**formats**
112:5
**formed**
11:7
**former**
22:9,10 36:24
85:11 167:8
**forms**
70:23 115:14
157:2
**forth**
7:13 156:15
**fought**
84:14,15
**found**
16:20,20 63:8
86:25 140:3 144:4
164:22 195:22
**foundation**
35:15 43:6 46:15

47:14 49:9 54:19
55:11 56:13 58:1
59:17 60:18 68:10
70:3 74:3,11 75:5
77:8 80:18 81:2,8
82:7,18 83:2,9,17
87:23 90:4,15,25
91:13,19 92:4
95:7 97:11,24
98:6 99:18 100:2
100:14 101:9
102:5 103:23
104:6 105:18
106:20 107:5
108:13,18 109:2
110:23 111:4
112:25 114:19
119:18 121:1,10
121:14 122:1,11
123:7 125:15,23
127:4,19 129:5,12
129:16 132:8,21
133:3,22 134:17
136:21 138:16
152:8 157:6,13
158:8 160:8,22
161:11 162:8,20
163:1,7,12 165:20
168:15 169:23
170:17 172:18
173:2,11 174:4,15
174:21 175:1,16
175:24 176:10,16
176:22 177:3,12
177:21 178:6,18
179:10 184:16
190:4 191:10
192:11 194:25
195:8,19 196:4
197:6,12 198:19
198:23 199:21,25
200:9,16,24 201:9
202:10 203:3
204:11 206:19
208:18,24 209:19
210:24 211:22
212:10,17 213:6
213:18 214:13
**four**

17:15 25:7 53:9
54:4 92:20,20
**fourth**
127:25 195:11
**fourweek**
164:15,18
**fraitah**
51:6
**frame**
15:22 56:4 90:2
**free**
10:12 71:18 96:6
167:20
**freedom**
4:6 36:16 52:14
136:9 171:20
212:25 214:3
**freely**
197:11
**french**
132:10,11
**frequency**
132:24
**frequent**
131:25
**friday**
160:14
**friends**
25:19,20,21
**front**
58:14 61:18 84:22
109:10 127:8
137:23 171:11
177:23 194:20
209:8
**full**
71:22 96:17,19,20
143:21 169:18
192:23
**fully**
30:3
**fundamental**
154:21
**funded**
58:20
**funds**
42:25 43:13
**funeral**
31:15 50:10,12

160:20 179:13
200:14,14
**funerals**
21:4 30:21 33:3
160:16,16
**further**
27:7 139:12
142:12 191:2,5
207:16 218:4
220:10
**future**
71:4 206:22
207:19

─────────

**G**

**gain**
11:23 24:15
**gardens**
20:22
**gatekeeper**
16:23
**gatekeepers**
24:11
**gaza**
14:25 15:2 56:3
59:13 91:6 92:15
92:24 181:14,20
200:2,20
**gbd**
1:7
**gen**
168:10
**general**
71:2,3 100:15
117:3,10 134:7
141:10 145:14
153:15 154:14
189:13,18 192:21
**generally**
11:25 43:8 60:4
75:20 91:2,3
115:12 139:25
140:17 142:24
143:4 145:15
147:24 152:16
155:21 195:24
211:16
**geneva**
39:14

**geographic**
181:14,23
**getting**
57:12 89:6 102:15
177:9
**ghanem**
47:22
**give**
6:7 52:12 55:5
62:24 63:6,13
72:23 82:16 119:2
129:3 148:17
184:22,23 189:13
190:22,23 207:8
207:13 209:6,7
**given**
125:21 178:24
192:22 195:2
197:11 202:15
204:18,20
**gives**
178:16 207:16
**giving**
83:13 154:10
**glance**
61:21 145:23
**go**
6:22 7:16,17 8:17
10:12 17:21 25:11
30:11 35:16 42:13
53:13 67:16,17
91:14 98:17 99:3
139:24 159:18
179:13 187:3
191:18 193:15,20
216:24 217:4
**goal**
15:12,18 23:12,16
26:24 29:21 34:2
34:6 37:20 38:7
38:23 39:3 151:21
155:7 158:19
207:21
**goals**
23:10 40:2 143:13
143:25 145:6,13
147:12 149:20
190:3
**goes**

17:8 29:17 73:14
73:21 74:23 119:5
156:9
**going**
25:16 30:7 42:8
42:10 48:8 61:25
64:1 66:14 72:7
79:1 84:21 86:9
86:11 112:24
114:16 115:1,5
118:14 122:9,15
128:7 135:25
136:1 138:10
146:6 159:24
160:1 167:21
204:1 217:16
**good**
37:1 60:14 179:22
216:2
**gotten**
167:22
**governate**
59:13
**government**
23:19 58:12,21
59:1,7 180:14,22
182:20,24
**governor**
21:23
**graduate**
5:14
**graduated**
5:12
**grandchildren**
14:5
**grandmothers**
18:16
**grassroots**
134:25
**great**
16:8 30:13 86:15
101:3 143:7
165:15
**grew**
5:8,9 13:10 30:17
85:9
**grilling**
167:1
**grip**

42:25
**grocery**
205:21
**ground**
15:14 19:11 29:18
29:19,24 194:23
**group**
4:17 21:1 37:14
37:19 51:25
151:20 152:20
165:8
**groups**
20:17,21 35:20,24
149:19 153:2,24
162:6,10
**growing**
101:11
**guaranteed**
17:19
**guess**
28:10 53:9 55:22
65:1 91:15 92:5,7
93:4 106:4 135:21
145:17 185:22
**guesses**
110:17
**guidance**
109:12
**guided**
16:11
**guilty**
117:24
**gun**
85:2,4,6 86:4,7
88:11,16,17,23
89:2,4,12 90:11
90:17,24 91:2,17
91:24
**gunman**
173:8,24 176:7,14
**guns**
85:10 91:2 92:8
**guy**
122:7

_____
**H**
_____
**haaretz**
4:22 38:15,22
166:8,10,19

174:12
**hadera**
69:12 173:9
175:23 176:6
**hadith**
74:20
**hai**
49:22
**hairdressers**
112:14
**half**
218:10
**halfway**
143:22
**halil**
46:7
**hamamra**
50:2
**hamas**
22:6,7 54:8 132:1
133:1 152:11
162:1,5,10,24
163:6 169:1,8
183:18,19,20,24
184:6
**hamash**
49:16
**hamed**
46:4 48:2
**hamidah**
195:13
**hammer**
52:9
**hand**
136:11 182:16
**handful**
28:20
**handing**
82:14
**hands**
183:9 197:18
**handwriting**
52:24
**handwritten**
127:24,24,24,25
**happen**
115:6 152:19
160:14
**happened**

77:6,10 137:6
161:7 195:20
**happens**
184:6
**happy**
86:14
**haraya**
73:15
**harbored**
69:23
**hardship**
214:3
**harms**
204:8
**harvard**
9:15,17,21 10:11
**hashaika**
50:4,10,18
**havens**
136:6
**head**
26:20 43:25 44:6
137:20 163:16
**headed**
122:20
**heading**
122:21 149:7
**headline**
167:1 171:4
**hear**
77:12 80:6,11,14
81:13
**heard**
36:17,18,20,25
39:21 46:12,13
47:12 50:23 57:21
57:23 61:10 67:12
73:16 77:1 78:2,6
81:14 83:11
120:21,23 138:25
169:7,8,9,14
181:16 194:8
215:12,12
**hearing**
78:2 195:5,6,13
195:18 200:25
206:13 210:15,20
211:7
**heart**

69:23
**heavily**
206:4
**hebron**
59:13,21
**heightened**
202:24
**heights**
5:19
**held**
2:6 195:5,6,18
**help**
24:15 213:10
**helped**
23:7
**helpful**
31:20 66:3 87:3
148:8 150:25
151:3 182:3
**helping**
154:21
**heritage**
20:5
**heroic**
95:4 128:18
**heroism**
97:7,23 98:4
**hezbollah**
152:11
**hi**
48:7
**hide**
73:23
**hidebound**
142:4
**high**
104:8
**higher**
97:4,17,18,18
112:21 126:1
134:23
**hijackings**
180:15,23
**hilal**
44:9
**hill**
3:14 12:15 35:15
40:18 42:10 43:6
46:15 47:14 48:20

49:9 54:19 55:11
56:13 58:1 59:17
60:18 66:14,20,22
67:12 68:10 69:17
70:3,16,21 71:11
74:3,11 75:5 77:8
80:18 81:1,8 82:7
82:18 83:2,9,17
84:8 86:11 87:23
90:4,15,25 91:13
91:19 92:4 95:7
96:10,23 97:11,24
98:6,16,24 99:18
100:2,14 101:9,13
102:5 103:23
104:6 105:18,24
106:20 107:5,9
108:13,18 109:2
110:23 111:4
112:25 113:5
114:19,23 115:23
119:18,25 120:7
120:14 121:1,6,10
121:14 122:1,11
122:17 123:7
125:15,23 126:8
126:12 127:4,19
129:5,12,16 132:8
132:21 133:3,22
134:17 135:15
136:21 138:16
139:10,23 150:18
152:1,8 153:3,12
157:6,13 158:8,24
159:17 160:8,22
161:11 162:8,20
163:1,7,12 165:20
166:23 168:15
169:23 170:17
172:1,18 173:2,11
174:4,14,21 175:1
175:10,12,16,24
176:10,16,22
177:3,12,21 178:6
178:18 179:10
182:10 184:16
185:25 186:4,7
190:4,14 191:9,17
192:11,16 194:25

195:8,19 196:4,17
197:6,12 198:14
198:18,23 199:11
199:21,25 200:9
200:16,24 201:9
201:20 202:10
203:3 204:11
205:12 206:11,19
208:18,24 209:3
209:19 210:23
211:11,22 212:10
212:17 213:6,18
214:13 215:14,25
218:7,13,15
**hilles**
51:19 109:16
**hilmi**
49:15
**hired**
12:13
**historical**
147:20
**histories**
155:8,9
**history**
9:25 10:18,21
88:19 157:24,25
182:1
**hits**
17:3
**hold**
29:20 153:15
215:8,10
**holding**
85:2,6 86:4,7
88:11
**holds**
85:4 180:20
**home**
93:20 160:3
192:23 205:20
206:10 216:23
217:11
**homes**
64:11
**hopedfor**
206:21
**hopefully**
84:23 142:24

**horrible**
217:20
**horrific**
214:6
**hour**
12:23 42:10 86:11
**hours**
12:22 218:9
**house**
13:22 36:16
**human**
4:21 11:15,17,18
11:22 12:1,1,5
19:2,23,25 20:7
20:11 22:23 25:22
25:25 26:1,2
35:20,22 36:4,6
36:10,19,20,24,25
37:1,3 40:6,9,23
51:25 52:7 129:21
164:14 165:13
168:20 169:25
170:1 173:14,16
174:3,6,7 182:13
184:5 185:7 187:6
187:20 189:12
194:9 195:25
196:20 197:19
198:7,8 199:16
**humanitarian**
39:11 189:11
199:17
**hundred**
10:1,19
**hursdeniyen**
95:23
**hypothesis**
18:21,22
**hypothetical**
190:22,23 191:9
191:10 210:23
211:5 213:11
**hypothetically**
216:2

_____
**I**
_____
**ibrahim**
46:4 47:20 49:21
51:19 65:20,22,23

67:23 109:16
**icg**
130:5 131:9,19
132:12 133:13,24
134:1 135:20
136:19
**iconic**
91:9
**idea**
59:6 60:12,15
106:21 113:1
127:20 137:14
206:14 216:2
**identification**
52:16 61:16 65:14
71:14 86:18 95:17
102:23 104:19
118:18 121:19
126:21 130:21
140:23 145:20
149:1 163:23
166:4 170:21
185:1 216:8
**identified**
114:9 142:19
**identify**
30:17
**identifying**
27:6,7
**identities**
136:13
**ideological**
33:12 140:4,19
186:11
**ideologically**
142:4
**idf**
160:11 174:9
**idolize**
201:8
**idris**
47:9 80:25 94:25
96:5 97:7,23 98:5
100:3,9 103:2,12
127:15,16,17,18
129:3 177:19
178:1,5,13,21,23
179:9
**idriss**

129:10 178:16
179:13
**image**
85:5,13,14 88:24
88:24 96:2,4
**images**
82:13 201:7
**imagine**
210:12,16
**immorality**
101:5
**import**
32:22
**importance**
205:5
**important**
16:10,24 63:3
91:6,8
**impression**
37:11 60:6
**impressions**
60:5
**improper**
119:18 191:10
210:23
**inaccuracies**
196:24
**inadmissible**
195:2
**incarceration**
124:18,19,21
125:1
**incident**
89:4 210:1
**incidents**
209:23 210:3
**inciteful**
64:23,25
**incitement**
64:23 65:10 66:10
68:9,17 203:8
204:15,17 205:2
206:7 207:15
210:21 211:9
**include**
16:5
**included**
21:3,5 109:7
**includes**

16:16 17:14 99:25
100:12 207:4
**including**
84:14 92:7 104:9
115:15 116:6
186:12 189:20
198:8 212:24
**incomplete**
191:9
**inconsistent**
90:13 137:24
**incorrect**
43:11
**incorrectly**
186:15
**increasingly**
131:25 132:20
**incredibly**
217:15
**incumbent**
185:11
**independence**
148:15 207:2
212:21
**independent**
25:3 54:12 206:22
**indicating**
96:3 106:25
**indication**
214:6
**individual**
14:7 44:1,7,9,11
45:4,6,14,17,20
45:24 46:2,4,6,9
46:21 47:1,6,19
47:22,24,25 48:13
49:12,15,18,21,24
50:1,9,14,16 51:1
51:5,8,18,21 80:6
80:14 114:12
120:21 125:11
150:4,7,9 151:2
151:18 155:8
156:17 163:11
179:24 184:12
199:20
**individuals**
48:25 80:3 94:12
107:8 125:19

169:6 210:17
214:23
**industry**
11:19 12:1
**infamously**
42:25
**infer**
69:9
**inferred**
33:1
**influence**
134:11
**informants**
16:22,25 24:14,20
24:24 25:2,7,8,19
**information**
16:13,18 17:5
23:17,18 27:23
43:12 62:10,19
63:3,5,17 129:13
129:18 179:15
196:23
**initiated**
134:4
**inject**
142:25
**injuring**
125:12 176:7
**injury**
115:2
**injustice**
32:1
**insecurity**
157:22
**inside**
48:25 49:2,8
164:16
**insofar**
59:21 62:22
157:14,15,19
**instance**
98:1
**instances**
95:5 134:3
**institutions**
11:21,24 162:1
**instructor**
9:10
**instructors**

105:17
**insufficiently**
140:18
**intelligence**
134:7 178:1,4,13
178:15 179:9
**intended**
68:23 82:24
**intending**
97:22
**intensive**
15:15
**intention**
68:19 79:16
**intentionally**
212:1
**intentions**
69:9 91:1 97:25
**interest**
27:8 112:22
**interested**
23:19 55:25
220:13
**interests**
146:23
**interim**
39:17
**internal**
54:13 101:4
106:19
**international**
2:8 4:17 23:5
31:8 37:14,19
39:11 40:6,9
181:20 189:11
199:16
**internationally**
208:4,12 211:15
**internet**
193:6
**interpretation**
75:1,14 76:13
79:18
**interpreted**
68:25
**interpreting**
106:12
**interrogate**
18:7

**interrogation**
40:17 45:2 168:4
169:17 199:10
**interrogations**
40:20 167:6 168:1
196:11
**interrogators**
195:15 196:3
**interrupt**
187:3
**interruption**
30:11
**interview**
14:13 26:17 28:4
28:11,13,16,21
29:2 60:2,3
**interviewed**
19:20 21:10 28:10
28:23 60:8,9,10
**interviewee**
16:8
**interviews**
14:16 16:4,6,6,10
16:15 26:2,5,8,12
26:13,14,16,18,19
26:22 27:3,11
**intifada**
19:13,15 23:14
32:1 34:2,3 37:6
45:10 46:17 56:1
70:25 75:21 83:3
83:19 90:24 92:1
115:24 116:4,13
116:18 127:11
128:11,23 129:22
134:20 138:14
145:8,10 147:18
147:22,25 154:23
154:24 156:3
157:21,23 158:6
158:10,11,19
159:12 160:10,15
167:9 201:3
202:23 204:3
208:10 209:15
214:22
**intrapalestinian**
162:23
**introduce**

5:6 24:22 30:9
**introduction**
8:6
**investigate**
28:1
**investigation**
10:20 11:8 19:12
27:7
**investigations**
198:9
**investigative**
9:25 10:21
**involuntary**
194:24
**involve**
26:18
**involved**
19:23 20:14,21,24
21:2,5,5,7 24:2
27:20 80:20 100:4
100:16 134:7,21
157:1 178:4 188:9
188:10 189:5
220:11
**involvement**
178:12,23 180:17
**involves**
70:23
**involving**
41:1
**irrational**
143:11,23 144:8
147:10 148:3
**islamic**
74:21 162:1,5,10
163:6 169:2,11
**ismail**
47:7
**isolated**
151:18
**israel**
4:14 7:15 39:17
41:1 88:20 118:15
124:21 125:13
136:25 137:13,19
164:16 169:19
171:16,20 172:4
172:11,20 173:1
181:1,2 194:9,13

209:17
**israeli**
20:25 29:2,3 34:5
36:11,15,15 40:13
40:16,20 41:4,7
44:20,22 48:23
67:12 81:7 91:3
93:15 131:24
132:18,23 134:5
136:7 137:1
160:13 163:10
171:15,19 173:9
174:9 181:7
182:12,15,16
184:9 185:10
186:19,21 187:9
187:10,18,22
188:7,22 194:22
196:3,11,22
197:18,22 199:15
199:15 200:4,6
204:1 205:23
207:5 209:13
215:18 216:21
**israelis**
36:21,25 37:4
167:2 171:14
176:8
**israels**
89:19 137:15
**issue**
12:2 54:13 114:17
118:24 119:4
135:22
**issued**
75:24 105:11
106:3
**issues**
26:21,25 27:6
116:6 138:24
185:12
**itamar**
4:8
**items**
95:4

**J**

**jaara**
50:14,21

**jail**
177:11 188:6,12
**jails**
29:2,3 185:10
186:19,21 187:9
187:18,22 188:8
188:22 196:22
**jamal**
45:20
**january**
163:10,15 165:3,6
168:17 170:14
171:8 173:7,24
175:22 176:5
177:17
**jarahada**
110:12
**jenin**
14:11,12,13 59:13
59:21
**jerusalem**
128:20 176:7
177:20 181:21
191:1 204:10
205:9 206:9,17,20
207:10,14,19
208:16,22 211:8
**jewish**
74:9 76:9 77:12
83:15 84:12
107:25 108:5
111:21 131:24
132:19
**jews**
73:18,22,22 74:1
74:25 75:2 76:16
76:20 77:21 78:12
82:21
**jibril**
43:22
**jihad**
162:2,5,11 163:6
169:2,11
**job**
44:3,5 51:16
**join**
48:5
**joined**
48:11

**jointly**
150:9
**jordan**
181:15
**journalism**
4:5 52:13
**journalists**
54:6
**journals**
17:12
**judged**
198:4
**judgers**
198:4
**judgment**
72:21,22 73:4,9
73:17
**july**
141:19
**june**
123:2,3 124:17
**jury**
84:22 101:7 115:1
115:4,4
**jurys**
114:16
**just**
9:4 10:2,17,18
11:12 14:3 20:15
25:17 30:14 31:22
32:24 39:8 40:5
40:10 48:5 53:6
54:1 57:14 61:20
66:6,15 67:8,25
68:1 72:4 76:15
81:21,22 83:25
89:1,2,4,25 92:11
96:17 99:11,14
105:3,8 109:10
110:3 111:17
112:4 113:23
120:21 124:4,13
135:3,4,25 136:19
140:13 147:3
161:2,21 164:23
168:19,22 181:13
187:1 193:7,7,9
193:11,12 195:5
199:9 205:17

207:4 209:23
211:10 218:9
**justice**
198:1,5
**justified**
40:11

**K**

**kahira**
46:21
**kamal**
47:6
**kansas**
5:9 85:8 101:11
101:14,15
**karim**
46:9 94:15 120:22
122:5 125:5
**karmi**
163:13 165:24
169:19 170:15
**karmis**
165:17,19 170:6,7
**kaufman**
117:17
**keep**
27:14 28:9 93:1
133:1,6 208:6
**keeping**
132:24
**kent**
3:4,10 5:6 158:24
166:23
**key**
16:21,21,22,25
24:14,20,24 25:2
25:7,8,19 26:20
29:15 135:22
**khaibar**
76:23,24,25 77:13
77:21,25 78:3,5,7
78:8,11,11,14
81:17 82:17,20,25
84:18,24
**khaled**
163:5 169:1,6,7,8
**khalil**
48:12 127:14,17
**kid**

**160**:2
**kids**
83:13
**kill**
73:22 186:22
216:3,22
**killed**
20:25 45:9,12
77:12,21 82:21
99:15 100:5,8
136:8 137:2
160:17 162:16
163:11 165:12
200:3,5,5 201:4
202:2 205:22
207:1 209:21
210:6 213:21
216:2
**killing**
125:13 163:13
170:14 173:9
185:19
**killings**
24:4
**kind**
8:5 14:2 18:17,18
19:19 26:17,19
32:4 33:19 56:22
68:22 101:6 108:2
114:14 126:15
145:2 152:13
155:6,15 156:9,13
160:3 189:23
198:1 205:1
207:24
**kinds**
21:8 68:20,21
94:2 116:8,10
152:22 155:3,6,19
156:2 157:21
160:13 162:13
204:5 206:1,3
217:9
**kingcrane**
10:22
**knew**
51:12 92:5,7
159:24,25 163:8
**know**

14:1 17:6 24:23
28:12 31:21 33:14
38:2,3,11,17
40:16,20,22 41:4
42:4,6,18,19 43:4
43:16,24 44:3,5
44:13,17,18,19,21
45:8,11 46:19,24
47:4,11,13,24
48:16,25 49:2,10
50:7,13 51:13,16
52:6,11 53:3,20
55:12 56:20 57:1
58:2,13,23,24
60:19,23 61:6
65:23 68:17 69:5
72:4 75:6,7 76:16
76:22 77:3,5,6,10
77:16,22 79:8,8
80:9,24 81:3,9,12
81:16 82:21 85:4
87:3 88:19 90:7
91:1,15,20 95:9
97:12,14,20,22,25
100:3 101:8
104:14,25 105:19
106:21 107:10
108:16,19,22,23
109:4,5 110:5,17
110:24 111:16
112:16,19 115:4
115:19 117:21
118:15 120:25
121:9,11,13,25
122:4 123:1,1,15
123:18,19,21
124:2,2,20 125:5
125:8,16 129:17
129:17,19 130:8,9
132:10,11 138:8
139:14 152:24
153:1,4 158:9
159:9 160:25
169:6 170:4
173:19 174:11,16
174:16,19,22
175:7 176:23
177:13,14,22
178:15 179:3

180:7,8,10,13,16
189:12,17 190:5
191:13,20 192:12
193:1,8 194:5,7
194:15 197:7
200:10 202:14,22
205:14 206:13,15
209:4 213:7 215:7
217:18
**knowing**
55:25 206:23
**knowledge**
54:20,23 78:5
165:21 173:3,12
174:5 175:17
176:11 178:7,12
178:20 211:4
**knowledgeable**
176:17
**knows**
126:14
**kook**
180:6
**koran**
77:2 78:1 84:19

**L**

**label**
16:11 29:10
**labeled**
207:7
**lack**
35:15 43:6 46:15
47:14 49:9 54:19
55:11 56:13 58:1
59:17 60:18 68:10
70:3 74:3,11 75:5
77:8 80:18 81:1,8
82:7,18 83:2,9,17
87:23 90:4,15,25
91:13,19 92:4
95:7 97:11,24
98:6 99:18 100:2
100:14 101:9
102:5 103:23
104:6 105:18
106:20 107:5
108:13,18 109:2
110:23 111:4

112:25 114:19
119:18 121:1,10
121:14 122:1,11
123:7 125:15,23
127:4,19 129:5,12
129:16 132:8,21
133:3,22 134:17
136:21 138:16
152:8 157:6,13
158:8 160:8,22
161:11 162:8,20
163:1,7,12 165:20
168:15 169:23
170:17 171:19,20
172:18 173:2,11
174:4,14,21 175:1
175:16,24 176:10
176:16,22 177:3
177:12,21 178:6
178:18 179:10
184:16 190:4
191:9 192:11
194:25 195:8,19
196:4 197:6,12
198:18,23 199:21
199:25 200:9,16
200:24 201:9
202:10 203:3
204:11 206:19
208:18,24 209:19
210:23 211:22
212:10,17,25
213:6,18 214:3,13
**language**
19:18
**languages**
19:5
**lanka**
144:17,17 152:12
**lankan**
148:15
**large**
13:25 14:4 65:18
105:4 153:16
**largely**
132:1 133:1
**larger**
151:19 152:20
**late**

136:3
**law**
23:6,6,23 24:3
39:12 40:7,9,13
181:20 189:12
191:7,13 194:11
199:17
**laws**
41:21
**lawyer**
168:22 194:9
**lawyers**
166:22
**lead**
107:19 157:4,10
**leader**
43:19 85:1,4
163:6 165:7 167:8
169:2,8,11
**leaders**
22:11 154:4,11
157:5,11 158:6,9
158:15
**leadership**
133:16 134:10,23
214:8
**leading**
207:9 208:23
209:18 210:16
**learn**
25:17 121:17
158:17 212:19,20
213:23,24,24
214:24
**learning**
17:5 30:6
**learns**
213:16
**leave**
194:16
**lebanon**
152:11 182:20,21
182:24
**led**
155:11
**left**
7:15 93:6 96:8
108:2
**lefthand**

71:21 95:22 96:10
96:13
**legacy**
214:17,18
**legal**
190:1,18 192:5,6
192:8,9 199:15
220:3
**legality**
208:9
**legible**
72:6
**legitimacy**
89:20
**length**
30:4
**lengthy**
87:18
**level**
33:8 116:9
**levelheaded**
146:12
**levels**
32:24 101:1
**liberation**
1:9 139:4 148:14
157:25 189:5,6,8
189:16 207:18
208:13 212:2
214:15
**libraries**
10:14
**lieutenant**
107:12 110:15
**life**
31:25 112:13
125:5 155:14
159:22 183:5,7
199:14 214:18
216:4
**light**
68:15
**limitations**
142:19,23
**limited**
4:6 52:13 100:9
**limits**
153:17
**line**

72:5,16 73:6,12
73:19 98:25
195:11 221:3
**lines**
54:4
**linguists**
72:2
**link**
167:2
**list**
19:20 27:24
**listed**
107:8,13,13,20
108:1 109:18
110:4 112:20
117:1 122:5 219:6
**listen**
66:3 67:6
**lists**
109:25 112:6,8
209:17
**little**
10:17 19:9 20:15
54:2,2,3 86:16
99:12,22 105:7
140:4 153:6
158:22,23 209:11
209:12
**live**
8:15 13:20,20
168:22 172:20
217:20
**lived**
5:17,19 9:8 13:14
13:15,16,17,23
31:12 101:20
136:15 210:10
**lives**
23:15 157:23
204:25 212:1
**living**
19:14 55:14 56:23
57:4 59:8 62:21
77:24 82:12 93:3
93:4,13 106:15
132:15 135:1
136:20 157:15
158:12 159:12
189:14 202:21,22

202:24 205:4
212:18,24 213:22
213:23 214:2,5
215:9,10
**llp**
2:7 3:6
**local**
15:19 16:1 20:20
22:12,21 63:19
64:9,15 116:9
**locations**
79:21,23
**logic**
149:7 151:16
152:7,15 156:9,12
156:14,17,22
157:5,11 196:25
**london**
2:10 141:15,17,20
**long**
12:21 15:21 48:12
86:9 172:19
206:21
**longer**
18:18,19
**longterm**
15:9,15,19,25
214:17
**look**
11:2 19:8 54:1
58:14 60:21 61:2
61:23 76:3 87:1
88:5 95:12,13,15
104:17 106:23,23
113:23 121:18
124:11 127:22
130:17 131:5,18
133:12 134:1
140:25 141:3
146:3 149:5
163:17,25 164:9
164:12 166:1
167:12,14 170:20
173:14,18 178:24
194:17
**looked**
9:4 19:9 63:25
76:2 87:2 93:12
118:6,9 124:23

130:9 131:2
**looking**
75:20,20,21 99:24
103:16 107:17
108:3 111:17
126:7 133:13
151:1 192:18
195:5 209:23
**looks**
105:5 124:15
127:24 148:22
150:20
**lori**
1:17 2:2 4:2,7,18
4:19,25 5:1 61:15
141:23 145:25
219:3,14 220:4
221:2,23
**loss**
204:25
**lot**
183:5,7
**lots**
13:25 113:4
**loud**
97:1
**love**
94:4
**lower**
52:21
**loyalty**
154:3,10
**lucy**
3:5,11
**lunch**
113:8,10

—————————
**M**
**machine**
220:6
**madi**
65:20,22,23 67:24
69:20 70:9
**magazines**
112:11
**mahmood**
46:7
**mahood**
46:6,7

**main**
15:8 62:18
**majed**
94:13
**majid**
47:25
**major**
110:8
**majority**
56:5 62:15,23
63:15,17 145:1,2
151:17 197:21
**making**
33:11 68:7 137:8
148:5 161:13
174:8
**male**
25:2
**maltreated**
197:24
**maltreatment**
187:7 197:17
**manhattan**
210:19,22,25
211:4
**map**
53:10,15 58:14,18
59:11
**marched**
21:3
**marching**
204:10 205:9
206:9,17 207:14
208:16 210:18
211:8
**marcus**
4:8 62:4 64:24
67:22 75:23 95:22
102:25 106:1
**marcuss**
64:20 65:5,16
66:8 102:16,21
186:12,14 187:25
196:25
**margaret**
18:13,15,16
**mark**
1:4 61:14 71:10
71:12 78:20 95:16

117:15 118:14,17
121:18 126:20
145:17,19 148:24
163:21
**marked**
52:16 61:16 65:14
71:14 86:18,20
95:17 102:23
104:19 118:18
119:3 121:19
126:21 130:21
140:23 145:20
149:1 163:23
166:4 170:21
185:1 192:14,14
216:7,8
**married**
128:13
**martyr**
21:4 28:4,7 42:4
79:10,12,15,17,18
79:19 97:8 103:19
127:11,11 128:11
128:12 130:5
131:11 136:23
172:24 173:4
200:22 201:1
203:2 204:21
205:17,18 206:2
207:22 211:2,13
**martyrdom**
79:23 128:18
129:7 142:16
204:18,20 211:21
211:24 214:10,14
**martyred**
128:18
**martyrs**
61:1 79:3,5,9,11
82:3,5,9 99:3
128:11,23 132:2
165:7 204:10
205:9 206:9 207:7
207:9,14,22 208:1
208:15 210:18
211:8 216:12,15
**marwan**
44:15,17,18,19
51:5 118:3 158:7

163:4 165:18
167:7 170:15
171:2 174:19
175:8 177:18
179:16,18 197:10
**masri**
94:13
**master**
171:19
**masters**
5:23 6:1,10
**mastery**
69:13,14
**masthead**
95:24 106:24
107:8 109:15
110:11 127:5
**matches**
67:4
**material**
13:9 17:8 105:8
**matter**
27:5 150:7
**matters**
40:25 126:3
**mayor**
21:24
**mazen**
51:5
**mcmillan**
3:5,11 66:1,18,23
67:1 80:1
**mead**
18:14,15,16
**mean**
8:12 17:24 21:16
24:13 32:23 36:1
36:8,9 60:25 61:8
61:9 63:15 70:16
70:17 76:13 77:17
77:20 78:10 89:5
89:8 91:20 101:11
103:17 105:17
106:4 108:4
109:20 112:10
113:20 114:7
123:15,20,22,23
124:12,25 135:5
140:12 153:4

154:13 161:18
168:22 183:13
187:3 188:4
190:16 191:19
192:3 206:17
214:22 215:7
217:15
**meaning**
34:20 79:16
111:12 164:6
**means**
8:13 30:20 32:2
33:24 60:23 61:6
78:11 97:1,6
105:12 123:18,19
123:20,22 157:19
181:6,10 189:16
212:21
**meant**
82:17 106:3 114:8
114:8 153:21
**measure**
134:11
**media**
4:6 16:17 22:12
43:8 52:8,13
53:10,15 54:12,25
55:3 56:1 58:14
58:18 59:11 60:4
63:1 64:12 81:4
93:1,2 133:9
136:12 137:4
**mediterranean**
181:15
**meet**
42:22 43:22 44:1
44:7,9,11,15 45:4
45:6,14,17,20,24
46:2,4,6,9,21 47:1
47:6,9,17,19,24
48:2,13 49:12,15
49:18,21,24 50:1
50:4,9,14,16 51:1
51:5,8,11,18,21
52:2
**meeting**
48:11
**mekadad**
48:14 49:3

**member**
28:11 97:4,7,17
98:4
**members**
18:9 28:4 93:14
110:22 115:19
125:11 157:14
176:19 177:8
179:8 190:24
**memory**
64:1 143:17
165:18,24 170:6
**mental**
161:2
**mention**
73:15
**mentioned**
10:18 20:7,15,24
21:10 22:12 24:11
24:23 26:17 42:24
63:21 77:2 78:19
120:23 124:13
188:1
**mentions**
107:11,11 152:11
154:18
**merip**
4:25
**meshal**
163:5 169:1,6,7,8
**met**
5:5 18:13 42:19
43:17,23 44:2
52:5 63:1 139:15
**method**
16:5,20 70:22
**methodology**
15:8 16:15 17:20
27:3
**methods**
16:18
**michael**
3:15 194:5
**middle**
8:8 9:14 17:11
65:18 143:1
**milchev**
3:21,22
**militant**

27:20 153:1 154:9
154:13 167:1
**militants**
48:19 49:7 154:2
154:6
**militarised**
133:15
**military**
41:4,19 85:23
100:20 101:16,18
107:4,6,10,13
109:1,5 110:6,16
110:18 123:22,23
137:1 156:24
160:13 172:9,12
172:20 177:25
178:3,13,15 179:9
187:10 194:22
198:1 205:6 208:5
208:6 211:1
212:19
**militia**
132:2
**militias**
136:8
**miller**
3:16 12:14
**million**
204:9 205:9 206:9
207:9 210:18
211:8
**millions**
207:13 208:15
**mind**
193:12
**mindset**
32:18,18,20
**ministries**
58:12 59:1,7
**minutes**
217:23
**misguided**
217:15,19
**misinterpretations**
187:24
**mission**
85:17,17
**missouri**
5:9

**misstates**
99:18 109:2
115:23 182:10
196:17 199:11
**mistreated**
183:16
**mistreatment**
182:19,23 183:2
183:21,22
**mitchell**
35:2,8 39:25
138:23 190:7
**mitzvah**
173:8,25 175:23
**mix**
20:2
**mmhmm**
7:5 8:11 11:13
12:3 14:6 19:19
20:9 21:22 24:19
31:16 43:15 85:13
85:24 119:1
120:25 123:4
129:24 140:8
153:18 170:11
**modern**
149:18,23 153:22
153:24
**mohammed**
47:1,19 48:2
49:16,18 50:4,10
50:18 77:12,17,18
110:12
**mom**
83:13
**moment**
4:21 30:8 37:8,9
61:21 66:7 70:8
72:23 109:10
144:2 163:21
186:9
**moments**
169:12
**money**
129:10,18,19
178:17,20 197:25
**monitoring**
51:25
**monkeys**

73:10 74:2,9,16
74:17 76:17
**monocausal**
114:9 155:16
**month**
169:18
**monthly**
105:10 109:11
**months**
7:16 12:18 131:20
131:23 132:16
208:22 209:17
**moonzer**
46:6,7 178:25
**moral**
189:22
**morality**
101:5
**morally**
40:11
**morningside**
5:19
**mother**
128:13
**mothers**
81:25,25 82:1,3,4
82:9,13
**motivates**
156:17
**motivations**
33:18 70:2,15
71:5 91:1 148:13
156:23 157:11
**motives**
114:13 150:7
**mouin**
36:23
**mourners**
165:17,23 170:5
**mouslah**
45:18
**mouthpiece**
57:22 60:16
**move**
19:7 115:6
**moved**
10:6
**movement**
97:5,8,9,15 132:3

158:1 189:6,7
**msatin**
3:22
**muchneeded**
142:25
**muhammad**
44:1 45:17 65:19
65:22,23 67:23
**muhlasen**
107:12
**multiple**
155:14 197:19
**municipalities**
21:24
**murar**
51:8
**murder**
176:20
**murders**
175:21 177:11
**musa**
47:7
**music**
20:20
**muslim**
14:10 73:15 76:18
145:2
**muslims**
72:11,18 73:6,18
73:22 74:19,25
76:20
**mute**
48:8
**myth**
171:16

――――――――――――
**N**
――――――――――――
**nablus**
14:17
**nadal**
25:13
**naef**
51:1
**naji**
45:14
**nakib**
110:4,5,6,8
**name**
21:15,18 24:3,15

25:10,12 36:22
37:24 38:12 44:1
45:14 49:6 50:18
50:21,23 51:3
52:3 53:18 78:11
79:19 80:12,13
122:5 127:8,14
139:17 169:12
189:18 194:8
219:14 221:23
**named**
25:12,13 26:1
37:22 38:8 44:7,9
44:11 45:4,6,17
45:20,24 46:2,4,6
46:9,21 47:1,6,19
47:22,24,25 48:2
48:13 49:12,15,18
49:21,24 50:1,14
50:16 51:1,5,8,18
51:21 79:3,5,6
80:3,6,14 81:10
81:14 102:10,18
103:2,11,14,19
120:22 163:11
179:24 199:20
**names**
21:19 25:15
**naming**
79:17 103:4,20
200:25
**nasrin**
25:12
**nassar**
46:2 94:18
**nasser**
45:4,14 175:7,14
175:17
**nation**
210:17
**national**
4:16 31:7 127:3,6
146:23 157:25
189:8 214:15
**nationalism**
32:5,25 206:21
**nationalist**
11:19 61:9 188:24
189:5 202:3,4,16

202:24 203:12,14
203:15,24 205:5
206:5,24 207:2,17
207:21 211:24
212:1,20 213:19
213:25 214:18
**nationalistic**
61:9
**nations**
185:8 191:8,13
**nativity**
48:19
**natural**
212:14 214:2,11
**nature**
71:1
**nazal**
80:7
**necessarily**
79:19 98:25
190:16
**necessary**
110:19 189:16
**need**
30:11 124:5
145:17 150:7
155:17
**needs**
181:4
**negotiator**
109:21
**netanya**
69:13
**network**
56:18
**networks**
24:18 28:2
**never**
30:1,2 39:14,16
41:9 43:23 44:2
63:1 78:2 81:14
86:3,6 106:14
116:16 118:2
121:23 159:24,25
164:10
**new**
1:2 3:8 8:19 17:5
17:5 31:9 32:8,17
84:22 89:16

101:20,20,25
132:2 172:25
210:10,10,14
**newly**
30:24
**news**
22:12 47:15 56:22
57:3 60:4 63:18
63:19,22,22 81:4
94:24 95:2,4,10
132:22 133:8
167:13 175:20
177:1 200:17
**newspaper**
4:11,12,22 38:17
38:19 56:25 58:4
58:8,9 59:12 60:7
60:21 61:2 62:22
95:20,21 104:13
**newspapers**
59:25 62:9,16,18
62:20 63:2,5,16
64:15 75:12
**nibal**
53:18
**nick**
117:17
**noor**
46:7 178:25 179:8
179:11
**notably**
134:7
**notary**
219:21
**note**
62:8,20 68:11
161:2
**noted**
133:9 185:18
**notice**
78:20 79:2,6
87:17,18 117:3
160:6
**november**
1:18 2:3 7:4
13:12 219:5 220:5
220:21
**nuanced**
144:23

**number**
52:22 123:11
124:7 137:13
153:25 156:2
209:12,23
**numbered**
71:13 210:1
**numbers**
124:13 209:20
**numerical**
28:9
**numerous**
134:3
**ny**
3:8
**nyu**
8:3,6

---

### O

**obama**
85:5
**object**
129:5 180:4
197:21
**objection**
35:15 40:18 43:6
46:15 47:14 48:20
49:9 54:19 55:11
56:13 58:1 59:17
60:18 68:10,11
69:17 70:3,16
74:3,11 75:5 77:8
80:18 81:1,8 82:7
82:18 83:2,9,17
84:8 87:23 90:4
90:15,25 91:13,19
92:4 95:7 97:11
97:24 98:6,16,24
99:18 100:2,14
101:9,13 102:5
103:23 104:6
105:18,24 106:20
107:5,9 108:13,18
109:2 110:23
111:4 112:25
113:5 114:19,23
115:23 119:18
120:7,14 121:1,6
121:10,14 122:1

122:11 123:7
125:15,23 126:8
126:12 127:4,19
129:12,16 132:8
132:21 133:3,22
134:17 135:15
136:21 138:16
139:23 150:18
152:1,8 153:3
157:6,13 158:8
159:17 160:8,22
161:11 162:8,20
163:1,7,12 165:20
168:15 169:23
170:17 172:1,18
173:2,11 174:4,14
174:21 175:1,10
175:16,24 176:10
176:16,22 177:3
177:12,21 178:6
178:18 179:10
182:10 184:16
185:25 186:7
190:4,14 191:9
192:11 194:25
195:8,19 196:4,17
197:6,12 198:14
198:18,23 199:11
199:21,25 200:9
200:16,24 201:9
201:20 202:10
203:3 204:11
205:12 206:11,19
208:18,24 209:3
209:19 210:23
211:11,22 212:10
212:17 213:6,18
214:13 215:14,25
**objections**
68:16 119:25
122:17 142:14
191:17
**objective**
158:5 172:9
**objectivity**
36:7
**observation**
15:10,11,17 16:3
16:14 103:7

135:19 216:21
**observations**
136:14,19 154:24
**observe**
162:4
**observed**
31:24 63:18 159:8
**obviously**
68:14
**occasion**
56:25 57:16 78:6
**occasions**
103:19
**occupation**
23:14 31:25 34:5
71:3 80:21 83:5,8
83:19,21,23 84:14
84:15 90:18 91:4
92:6,9,13 98:19
98:22 99:2,6,16
100:17,20 101:16
101:18 104:3,9,10
115:14 116:6,7
146:21 148:1
154:15,20 156:7
157:3,15,17,18,24
158:7,20 159:22
160:18 171:5,15
171:17,21 172:9
172:12,16,20
181:4,8,13,19,23
188:8,23 189:15
189:20,24 198:2
199:15 201:24
202:19,21 203:13
203:21 204:20,23
205:7,19,23,25,25
207:18 208:5,14
211:1,18 212:2,4
212:19,22 213:19
213:20 214:1,19
215:18 216:5,22
**occupied**
11:15,22 19:6
20:3 34:5 128:19
131:25 132:19
158:12 159:12
199:4 211:1
**occur**

150:11 151:19
**occurred**
147:21 154:22
**occurring**
150:11
**occurs**
16:19 149:18
**october**
209:21
**odd**
124:25
**offering**
39:8
**officer**
28:24 176:14
**officers**
28:21,23 125:20
**offices**
2:7
**official**
57:2 58:2,6 79:19
**officials**
21:11,11,15,22
22:8 23:19 196:12
**oh**
34:1 48:12 53:14
78:12 96:16 106:3
108:3 111:14
124:23 141:21
153:6 164:19
**okay**
5:5 12:11 19:22
25:11 34:10,13
38:10 39:9,10
42:16,17,20,21
43:14 52:15,18
61:18,25 66:13,22
67:3,15 68:6 71:7
72:2,9 77:5 79:1
79:25 86:15 93:12
95:15 96:15 97:3
97:10 99:13,14
101:12 102:4
103:10 113:8
119:8 128:9,10
130:13,19 135:19
135:25 137:11
139:13 140:11,22
141:4 143:7 147:5

148:18,19 158:23
161:3 163:21
164:9,25 168:21
175:12 179:23
185:22 187:12,14
190:21 191:16
193:20 194:10,16
194:18 197:2
203:16 205:8
210:4,16,21
211:20 213:2
218:3
**old**
2:9 200:8
**olive**
88:17,23 89:1,4
89:11,18,22 90:13
90:20,22
**once**
7:15 152:9 178:19
**ones**
21:14 23:3 25:12
25:24 30:3 117:1
**ongoing**
11:10
**online**
87:3 164:11
**ons**
131:15
**oped**
170:15 177:18
**open**
16:5,6 26:18
**opened**
176:7
**opening**
107:20,21
**operation**
128:19 129:7
**opine**
134:15 154:8
**opined**
154:14
**opinion**
34:18 63:10 100:7
113:12 115:9,11
115:21 120:4
138:12,18 145:4
146:15 179:7

197:4,7,10,14
214:8,12
**opinions**
39:8 75:18 116:3
116:8 117:11
119:10 133:20
189:21 208:9
**opportunities**
20:19
**oppression**
157:21 212:25
214:3
**option**
101:17
**order**
29:23 123:20
124:12 153:7,9
155:20 187:17
**orders**
168:25 186:22
**organization**
1:10 23:6 36:16
37:13 105:13
126:2 139:5
144:18 152:22
184:8 195:25
**organizational**
42:1
**organizations**
12:6 19:3 20:12
20:14,16 22:23
23:8,10 55:7
58:12 59:2,8
134:24 148:16
156:23,24 182:14
184:5 185:7 187:6
187:20 196:20
197:20 198:7
214:24
**organized**
136:10 143:12,24
145:5,12 147:11
149:19 151:20
152:20
**orient**
164:24
**original**
68:2 84:10
**originally**

6:10
**oslo**
90:7 137:12 139:6
**ottoman**
11:1
**ouda**
199:20,22,24
200:1,8,15,22
201:8,11,25 202:8
203:2,9,11
**outcome**
220:14
**outlets**
54:12 204:5
**outline**
26:15,19
**outside**
13:17 15:24 20:4
**outsiders**
19:25 32:2 33:9
**outstanding**
146:2
**owned**
55:10

**P**

**pa**
21:10,15,22 28:21
42:6 58:4,6,10
71:5 108:25 109:4
110:22 113:18
114:3,17 115:2,8
117:12 119:16,23
120:6 121:9,13
125:12 138:12,22
139:5 160:21
162:16 175:15
176:20 178:3,13
178:15,16,20
179:3,8 185:11,18
186:22 215:2
**page**
4:2,5 53:8,10 54:1
58:14 62:1 65:16
66:16 68:12 71:20
87:20 88:5 105:4
107:16,23 109:10
112:5 113:17
118:22,23 119:13

124:6 127:22,25
128:4 131:5,19
135:20 141:3
142:22 143:18,19
146:3 149:5 151:1
151:2 153:8,12
154:18 163:25
164:12 165:1
166:23 167:14,15
167:21,22,23
168:5,8 171:11
173:18,22 176:12
185:3,6,13 192:20
192:24 219:6
221:3
**pages**
112:7,9 147:5
150:17 219:4
**paid**
124:22 134:19
177:9
**palestine**
1:9 10:1,21 11:16
11:21 20:4 23:5
52:8 122:22 172:4
216:12
**palestinian**
4:16 11:17,17,19
19:3,17 20:5
28:17 29:6 30:18
32:5,25 33:18
34:5 36:11 41:23
43:21 51:15,24
53:10,15 54:7,14
55:10 57:3,18,20
57:22 58:18 59:11
59:25 60:12,16
63:1 71:2,2 82:5
90:17 92:5 93:1,2
93:5,14 100:23
106:19 113:13,21
115:16,20 116:12
116:14 118:7,10
125:14,16,20
127:3,6 129:9
133:16 134:3
137:12 139:4
154:6,8 157:15
161:9,12,19,25

165:3 167:1
171:16,20 176:15
177:9,10,15,25
178:7 182:23
183:4,8,9,16
185:9 186:17,18
187:7 190:24
192:8 196:2,11,22
199:4,5 200:2
201:22 202:16
203:5,23,24
204:18 206:5,20
206:22 207:1,20
211:16 213:2,7
214:9,16,21
216:14,14
**palestinians**
11:4,25 12:5 19:2
19:6,13,14 20:1,3
20:25 29:14 31:24
32:6,10 33:5,9,21
33:22 58:3,7,9
62:9,15 80:20
82:19 83:20,22
92:8 93:19 104:1
115:13 116:5
134:19 154:23
156:1,6 157:25
159:12 161:10
162:16 182:12,14
182:20 187:8,22
188:7,10,21
189:14,17 191:24
196:15 197:17,21
197:23 199:14
202:18 203:18,23
208:11 217:6
**pape**
4:20 37:22,22,23
37:24 139:12
146:10 149:10
154:9,18 209:6,6
209:7,8,9,17
**paper**
26:21
**papers**
64:9 167:3
**papes**
141:25 142:5

144:7,11,20,21
147:16,23 148:7,9
148:24 154:25
155:1,10 171:25
172:2,2,7
**paragraph**
71:20,21,22,24,25
72:4,13,20 74:13
74:18,18 96:17,19
96:20 131:18
134:1 135:22
136:1 137:6 142:3
143:21 164:13
165:5 168:7
171:10 185:17
186:10,14 195:11
216:16
**paraphrase**
40:1,3 146:25
147:23
**parents**
14:1
**park**
3:7
**part**
8:1 10:14,15
11:19 13:16 18:10
19:4,5,17 20:11
20:13 22:3,16
27:2 64:7 75:16
98:11 99:6 134:14
151:9,19,24
152:20 154:20
158:1 164:23
176:21 196:3
202:3 203:15
211:3
**partial**
146:25
**partially**
58:20
**participant**
15:10,11,17 16:3
16:14
**participated**
81:7 134:4
**particular**
69:19 70:17
103:13 115:22

118:24,24 156:18
180:11,21 184:11
186:12 190:18
192:5
**particularly**
34:11 54:13 134:8
**parties**
220:11,13
**partly**
32:2 33:1 214:17
**parts**
115:19
**party**
54:7,8
**pass**
18:7 73:4,9,18
**passage**
31:4,14
**passing**
79:9
**path**
99:2
**pathological**
143:12,24 144:9
147:11 148:3,3
**pattern**
134:6 160:11,18
**patterns**
27:7 159:14 160:6
160:7,9,15
**patv**
22:18 55:8,10,15
55:16,22 56:11,18
64:17 69:25 70:1
70:12,15 78:13
93:7,23
**pause**
30:8 67:11 86:15
113:8 217:23
**pay**
178:20
**paying**
129:17 164:20
177:15
**payment**
125:2
**payments**
126:1,1
**payroll**

121:9 125:13,16
**pays**
129:9
**peace**
8:21 69:8,16,21
73:16 89:8,12
90:8,22 137:16
171:17 172:3
**peaceful**
92:11 137:18
171:18 181:6,10
181:11
**peer**
17:9,14,17,23
27:9,11 141:9
**pending**
41:12
**people**
14:13 15:14,16,22
16:9,22 18:15
19:20,23 20:2,4,6
20:14,24 21:2,3,5
21:7,18,23,24
22:2,5,7,8,12,19
23:19,20 24:15,17
24:23 25:9 27:1
27:20,23 28:6,9
29:3,10,19,24
30:18 36:1,9
38:25 42:18 55:8
56:2,5 57:19
62:17,20 63:4,19
64:11,13,16 69:18
74:9 76:9 77:25
79:21,22 81:15
82:25 83:16 84:12
84:14,14 92:5
93:21 94:4 98:3,7
99:5,14 100:7,12
100:15,17,18,22
100:23 101:17
104:1 107:4,6,13
107:13 109:1,5,7
110:24 114:13
116:6,9 117:22
126:3 131:14,16
134:25 137:1
148:4,12 154:15
155:5 157:1,14,17

157:18 158:2
159:24 161:19
162:9,11 173:3
176:23 177:13
180:2,4,6 181:5
181:10,12 182:15
183:2,8 186:21,21
187:8,18 188:12
188:14,17,22,24
189:3,4,4,14
190:11,22 191:7
191:16,22,23
198:4 204:19,24
205:3,10,23 206:3
206:10,13,25
207:4,4,22,23,25
208:1 211:7,14,25
212:5,18 213:21
213:22,23 214:2,4
214:24 215:2,9
217:7,10,13,20
**peoples**
157:22
**perceive**
159:14 199:14
210:21 211:8
**perceived**
98:3 99:5,10
103:20 104:1
204:17
**percent**
56:7,11 63:7,12
63:12 193:9
**percentage**
62:8,12 63:6
**percentages**
62:14
**perception**
135:10 188:21
**perform**
31:9 32:16
**peril**
107:25 111:21
**period**
6:25 15:21 22:5
44:4 57:7 92:7
130:2,15 136:13
145:16 149:21
158:12,13 164:15

164:18 173:5
**peripatetic**
6:5
**permeate**
214:20
**permission**
25:14
**permitted**
40:6 190:9
**perpetrate**
189:9 190:1,2,25
**perpetrating**
113:14 135:12
**perpetrators**
135:11
**persist**
150:10
**person**
25:5 29:17 36:22
63:8 69:7,10 86:3
156:18 210:16
**personal**
29:22 155:8 174:5
174:25
**personally**
86:6 139:15 215:7
**personnel**
54:25 55:3 134:4
138:1
**perspective**
15:14,19 29:11,19
33:15,20 36:15
159:8 189:2
**perspectives**
33:22
**pflp**
22:10
**ph**
6:11 7:2 8:25
13:6 18:22,23
**pharess**
47:22
**phase**
27:5 133:15
**phases**
160:10
**phenomena**
155:4
**phenomenon**

115:11 131:6,11
140:2,16 150:3
152:10,15 155:15
155:21
**phone**
48:8
**photo**
85:18
**photograph**
96:2
**photographer**
107:15
**phrase**
76:18 123:24
**phraseology**
140:21
**phrasing**
105:25
**physicians**
35:22
**piece**
26:21 70:17
170:15 177:18
**pigs**
73:10 74:2,10,17
74:23 75:2 76:17
**pious**
14:8 25:4
**place**
29:11 63:14 77:21
78:12 79:17 82:20
87:19 160:16
164:16 168:4
208:22
**placed**
69:14 104:8
**places**
79:9 103:18 202:5
202:5
**plaintiffs**
1:5 3:3 5:7 115:2
**planned**
6:11
**planning**
176:21
**plausibility**
17:18
**play**
65:25 66:8,13

**played**
19:3 66:25 67:8
67:10 81:18,21
201:15 207:11
213:14
**playing**
67:3
**plays**
20:22
**plead**
191:4
**please**
91:23 143:20
144:2 186:9 196:8
**pled**
117:24
**plo**
39:17 113:13
116:17,19 117:12
137:12 138:1,12
138:21,25 167:8
214:9
**plos**
42:1
**point**
6:18 8:17 17:4
76:21 114:11
130:9 144:17
147:22 148:5,11
183:17,22 186:11
187:5 197:24
198:6 217:21
**pointing**
76:15 144:22
196:23
**points**
33:11 138:10
144:15
**police**
41:16 118:10
121:13
**policy**
70:7 143:1
**political**
11:4 19:3,5,18
21:11 22:1 32:21
33:6,11 36:23
38:24 39:2 40:2
43:19 71:4 85:1,3

105:11,12 106:5
109:12,18 134:23
134:24 139:25
142:17 143:12,24
145:5,11,12
147:11,20 148:1
148:14 149:20
150:8 151:20
152:13 154:13
155:5,7,8,13
156:24 172:8,8
185:10 186:19
187:7 188:1,4,5,6
188:9,10,14,17,19
188:20 189:1
190:3 191:22,24
192:1 193:25
**politically**
25:3
**politicians**
85:8
**politics**
11:15,20 54:14
**poor**
25:5 59:12
**popular**
101:1 112:11
143:1
**porter**
2:7 3:6
**portion**
68:13 71:19
127:25 134:16
153:16
**portray**
94:1
**portrayal**
104:5
**portrayed**
56:1 82:5,9,10
84:18
**portraying**
56:21
**portrays**
56:22
**poses**
149:10
**posing**
150:13

**positive**
104:5
**possible**
171:17,18
**possibly**
114:12
**post**
4:23 170:16,25
171:8 172:24
177:19
**postarrest**
166:20,21 194:24
**postdoctoral**
9:5,15,20
**potentially**
207:19
**practice**
196:21
**practices**
156:15
**praise**
98:18,21 99:5,25
100:7,12,15
**praiseworthy**
100:19,24
**praising**
95:4 97:23 98:4
**preceding**
23:15
**precisely**
155:12
**premise**
158:15
**preordain**
200:21
**prepare**
218:10
**preparing**
7:2
**present**
11:4 140:15
144:22 165:19
170:7
**presented**
204:6
**presidency**
85:15
**president**
10:23 85:5,11

202:17
**press**
11:14 102:16
161:18 177:23
**pressure**
195:15
**presume**
123:10,11
**pretty**
183:6
**prevent**
133:16 138:5
**preventative**
134:9
**previous**
111:25
**pride**
202:18 203:12,14
207:18
**primarily**
34:4 58:11 59:1
145:1,2 206:4
**primary**
13:9 156:2 158:19
**prime**
156:4
**princeton**
8:15 180:11
**principal**
34:2 150:24
**principles**
12:2
**print**
75:8 105:4 111:23
123:12 124:25
**prior**
174:8
**prison**
44:20,21 93:19
125:21 186:21
**prisoner**
188:4,5,20
**prisoners**
29:2,3 94:1,6
183:22 184:6
185:10 186:19
187:8 188:1,9,18
189:1 191:22,24
192:1 194:1 196:3

196:11,22
**prisons**
93:15 182:13,15
182:17 183:16
184:6,9 188:25
197:22
**probably**
45:22 72:15 92:19
92:25 105:5
112:18 130:6
161:19
**procedure**
40:13 41:16
**proceed**
73:2
**proceedings**
219:5
**process**
17:9,14,17,21
18:11 27:9 30:6
75:16 116:7
137:12 150:22
151:5 155:18
**processes**
15:13 33:17
**produce**
23:7 33:18 109:7
**produced**
21:8 32:6 33:1,2
35:14 105:10
108:25 109:4,6
116:9
**producing**
20:22 21:6 23:10
23:12 62:14 68:19
**product**
151:4 214:23
**production**
22:13 23:15 32:4
33:2 109:25
**productive**
67:7
**professor**
6:3 37:21 139:12
149:10 180:10
**program**
6:14,17 94:13,15
94:18,20 213:3,7
**programs**

94:10
**project**
9:23 10:4,5
**prominence**
46:14
**prominent**
136:6
**promise**
130:14
**promises**
138:6
**promoted**
177:10
**promotions**
122:25 124:1
125:21
**pronunciation**
45:22
**prophet**
73:16 74:20 77:17
77:18
**propositions**
153:15
**protocols**
108:11
**protracted**
150:6
**proud**
191:6
**provide**
20:18 24:21
**provided**
52:25
**providence**
9:8
**providing**
71:6
**public**
18:5 21:20 85:1
85:10 86:2,5
88:10,15 90:10
91:17 136:10
160:16 181:7
194:12,14 219:21
**publication**
16:17 104:16
105:10,20 106:15
108:25 109:4,6
111:3,7

**publications**
61:10 64:10
116:11,14,16
**publicly**
158:3
**published**
10:2 11:13 13:3
17:8,12,13 23:17
23:21,23 34:25
35:10 109:12
111:25 116:3,5,8
141:12 170:15
171:7 177:18
**publishing**
172:23
**purport**
115:25
**purports**
61:20 67:20
**purpose**
24:20 55:23
114:10
**purposefully**
190:1
**purposes**
188:14
**pursue**
211:5
**pursued**
198:20
**pursuing**
199:6
**put**
48:8 69:3,6
112:21 130:17
188:5,7,12 210:9
213:3
**putting**
111:2

**Q**

**qualitative**
27:1
**quantitative**
26:24 62:13
**queens**
5:17 7:23,25 8:2,7
**question**
18:23,25 19:1,1,4

19:15 33:24 35:17
37:20 38:6,23
39:3 55:18 60:13
64:8 74:6,8 84:1,4
84:6,10,11 87:18
98:14 117:8
119:20 122:11
134:17 135:7,15
136:14 149:10,13
149:17 150:13,16
150:18 152:14,17
152:25 157:8
158:14 172:6
178:8 185:22
187:17,21 191:20
196:6,14 198:10
198:13 215:1
**questioning**
18:11
**questions**
52:14 66:6,9 67:7
114:15 130:16
136:2 148:18
150:24 155:19,23
218:4,5,7
**quick**
193:12
**quiet**
132:1 133:2
**quite**
6:6 111:23 171:15
189:7 193:5,10
**quotation**
66:10
**quote**
65:18 66:8 143:14
143:14,15,15,20
146:25
**quoted**
64:22 65:10 144:4
**qurei**
43:14

**R**

**rabbani**
36:23
**rabin**
89:9
**race**

87:4
**rachel**
48:6,7,10
**raed**
45:6 80:7 163:11
169:19
**rah**
110:4
**rahman**
45:18
**raid**
165:7
**raised**
215:17
**rajub**
43:22
**ramadan**
45:24 163:6 169:2
169:9
**ramallah**
48:22 55:14 56:23
57:4 59:8 62:21
64:3 77:24 82:12
93:6 106:15
132:15 136:15,17
165:17,23 170:6
**random**
143:11,23 144:8
147:10 151:18
**randomly**
217:11
**range**
114:12 116:8
**rank**
107:10 110:13,16
110:18 121:13
123:5
**rankings**
110:6
**ranks**
107:14
**rare**
56:25 63:10
**rational**
139:22 140:1,3,10
140:15,16 142:6
142:13 148:14
151:8,9,25 152:2
155:11

rationality
142:25
rativ
122:5
reach
70:8,14
reached
64:4 111:8,12
119:9 125:18
130:1 166:16
170:9 179:6
reaching
75:18 132:12,13
reactions
126:19
reactivity
15:21 16:1
read
18:13 19:19 30:14
30:15 31:4 37:6
37:12 39:17 43:7
44:23 45:1,1
47:15 52:10 54:3
54:4 56:7,11,24
57:5,7,11 62:18
64:20 65:3,5 66:8
66:11 71:18 72:4
72:7 74:5 75:10
75:23 76:1,5 84:2
88:2 95:2 96:6,17
96:25 97:1 98:4
102:16,19 105:3
105:25 108:8,22
109:6 112:11,15
112:16 116:20,23
116:25 117:1,17
117:19 118:3
119:8,11,12
120:12,17 121:4
123:8 125:25
127:8 128:7,7
130:2 132:10
135:4,25 136:19
138:8,20,23 146:4
159:8 165:10
166:12 167:11,20
170:8 171:7
174:17 175:3
177:22,25 179:18

182:13,23 198:11
216:20 218:8
219:3
reader
112:22 141:10
readily
191:2
reading
33:14 40:23,23
57:9 67:22 76:8
147:3 162:3
164:21 184:19
197:19 199:22
200:1,17
reads
168:24 169:17
206:24
ready
113:8 203:19
real
136:5
really
18:18 30:20 32:25
33:24 40:16 62:17
69:11 79:15 121:2
125:3 152:22
158:17 199:9
205:8
reason
43:5 54:17 59:16
86:25 114:9
124:21 125:21
126:2 174:2 178:3
221:3
reasonable
34:18,21,24 35:7
35:13,24 37:18
38:4,21,25 56:10
56:12,15 69:3
109:14 131:13
199:3
reasons
114:13 157:1
188:6,19 212:23
217:9
rebut
54:24 59:20
recall
12:18 21:25 22:5

24:8,9 28:15
30:25 31:17 36:22
38:12 42:25 47:22
48:1,4,15,18
49:14,17,20,23,25
50:3,6,11,15,17
50:25 51:2,4,7,9
51:20,22 59:22
63:15 64:24 75:11
77:14 78:2,8,15
78:23 79:4 80:13
86:6 88:17,24
89:5,9 90:1,5
93:16,16,18,24
94:9,14,17,22,23
102:2 104:24
116:25 117:6,7,10
118:11 129:22
130:2 139:8
140:13 148:7,9,11
153:2 160:24
162:3,21,23 163:2
163:10,13 166:14
170:18 171:9
175:2 176:2 177:4
184:18,19 193:18
195:6 199:20,22
200:1,10,17,25
201:10
recalling
95:5
receive
197:22
received
8:13,25 59:23
68:24 78:22,22
receiving
196:21
reception
59:12
recognize
38:12 88:20 89:19
96:2,4 149:17
recognized
137:15 160:9
208:4,12
recognizes
208:6
recollection

14:3 47:21,23
59:4 60:22 61:5
61:11 88:14 89:14
103:10,13 164:1
165:11 169:15
201:14
recommend
123:25 128:22
reconciliation
69:8,16,22
record
5:6 23:12,16 30:9
30:10,15 42:13,16
48:7,10 65:13
67:12 78:17 84:2
96:22 121:4 126:6
130:20 148:23
193:14 198:11
218:10,15 220:8
recorded
26:5 133:10 220:6
recording
168:8
recordings
26:9
records
167:25
recounting
144:25
recriminations
159:15
recruited
179:9
recruiting
179:3
recruitment
178:24
reduce
155:15
reduced
16:2
reduces
15:20
ref
1:25
refer
12:5 34:14 82:25
103:1 188:7
207:23 208:2

211:13
reference
74:16 77:15,16,20
82:20 83:4,4,7
87:8 88:13,22
124:6 187:5
204:21 207:24
referenced
120:13,18 135:4
174:12,16
references
78:14 79:9
referencing
111:21
referred
15:10,20 21:4
30:23 32:21 34:11
77:1 79:20 80:11
88:24 97:15,17
204:21,21
referring
32:8,10,18,20
33:4 34:3 65:11
74:1,9 75:2 79:8
87:24 88:3 97:9
144:16 159:20,21
159:23 160:4
177:14 188:21,25
189:4 191:14
193:19 206:14
208:11 211:17
refers
68:17 108:19
205:18 211:25
213:21
reflect
48:10
reflection
83:22 84:13 104:7
157:20
reflective
58:4,6,8
reframe
60:13
refresh
59:4 88:14 103:10
164:1 165:11
refreshes
201:13

refugee
25:5
refugees
13:25 182:24
183:4
regard
62:16 151:16
157:12 178:23
180:3 183:18
191:25 208:3
regarded
57:19 58:3 100:17
100:18 191:23
206:21
regardless
189:17 205:19
regime
85:21
region
109:12,19 168:11
register
33:12
registration
123:25
regular
64:10 79:21
112:20
regularly
93:2
regulations
128:24
relate
197:5
related
22:4 55:8
relates
66:10 122:4 127:9
129:4,6,6
relating
130:5
relationship
33:10 43:13 49:7
58:2 117:11 125:8
174:19,22 175:5,7
179:15,19
relative
29:21 205:1
220:10,12
relativism

29:17
relentlessly
216:4
relevant
190:18
reliability
36:7 55:23
reliable
36:5 40:25 55:21
87:22 120:9
195:22
relied
35:19 87:13
179:24
relief
142:5
religion
14:9
religious
14:6 64:25 148:13
religiously
145:1
rely
34:19,22,25 35:2
35:7,13,24 37:19
38:4,25 131:14
remain
19:16 125:13
remainder
119:5
remained
134:9
remarkable
59:12
remarkably
59:23
remember
12:4 14:23,24
35:19 70:9 89:2
131:2 141:17
161:4,6,22 179:4
194:3
rendered
111:8,13 119:9
125:19 130:1
166:16 170:10
179:6
rendering
75:19

renewed
169:18
renounced
89:19 137:22
rented
13:22
repeat
74:5 143:20
report
4:7,8,10,14,17,24
4:25 12:11,17
13:2,5 19:19
20:24 21:10 23:16
23:21,23,25 24:2
24:3 34:12,14
35:3,4,10 36:10
37:5,13 39:22,25
41:3 52:8,10 53:1
55:1 61:12,12,15
61:18,22,23 63:21
64:20 65:5,7,17
65:21 75:19,23,24
78:20 79:11 87:11
88:4 102:16,19,22
102:25 111:9,13
111:14 113:16,17
115:7,12,24 117:2
117:9,17,17,20
118:13,14,20
119:6,9,11,13,16
119:23 120:2,4,5
120:8,23 125:19
125:24,25 129:22
130:1,3,4,7,9,10
130:11 131:9
132:12 135:20
143:8,14,15 165:5
166:16 168:8
169:16 170:10
173:16,23 174:3
176:12 177:23
179:2,7,25 180:1
180:18,20 182:5
184:7,7,11,11,19
184:20,25 185:4
185:13 186:12,15
187:25 192:19
193:4,5,10,17
194:11,22 195:20

196:10,19,25
200:17
reported
1:23 43:4,8 57:12
67:22 77:25 81:3
81:3 95:9 100:3
103:6,8 132:22,22
133:8 161:18
165:13 168:4
169:25 170:1,11
174:1,3,6 176:11
180:13,16 200:5
200:17
reportedly
162:17
reporter
7:8 40:25 87:22
193:12 195:22
220:1
reporting
56:21 58:25 88:9
132:6 134:2 165:2
166:19 195:1
196:1
reports
23:7,11,12 35:8
35:14,19,24 36:4
36:13 37:19 40:24
45:2 56:24 59:11
95:2 102:17
116:20,24 117:3,6
125:24 133:13
138:20 139:3
163:13 166:1
167:14 174:17
175:3 176:3 177:5
184:5 197:20,20
represent
5:7 61:21 86:25
91:3 102:21
130:11
representation
66:15 70:24,25
89:7 104:8 145:24
146:1 161:7
representatives
21:15
represented
24:25 156:1

195:13
representing
83:20
represents
202:1
reputable
38:19
request
193:20
required
172:3
requirement
7:18
research
9:22 11:2 16:22
17:18 18:7,18,21
18:22,23 19:11
20:11 22:6 23:24
27:25 29:24 32:11
33:1 35:17 37:20
38:6,7,23 39:3
62:13,15 64:5,14
69:18 70:22,22
82:8 103:18
106:10,11 116:19
133:4,10 134:19
134:21,22 136:25
137:5 149:25
156:5,11,13
157:16 158:1
159:23
researched
15:22 20:17
researcher
15:18,23,23,25
16:7,12,24 17:3
17:16 24:15,16,21
24:22
researchers
16:23
residents
77:13
resist
189:15,15 198:3
resistance
80:20 84:5 90:18
91:3 92:3,6,9,11
92:12,13 98:19,21

99:15 100:16,19
101:18 104:8,9
115:14,15 116:6
148:1 154:15
157:2 186:13
188:8,23 202:4
205:6 208:4,7
214:1
**resisted**
212:22
**resisting**
34:4 116:7
**resolution**
90:22 137:18
181:6,11 182:3
**resolutions**
189:13,19
**resort**
146:23 148:12
**respect**
204:23 205:9
206:5 207:14
**respected**
37:16
**respond**
40:19 43:6 48:21
68:15 70:21 77:9
84:9 95:7 102:6
103:24 114:20
119:19 133:23
134:18 150:19
182:11 186:1,8,9
190:14 191:11
196:18 198:19,24
199:12 205:13
206:12 210:24
211:12,23 215:15
**response**
125:24 146:20
154:19
**responses**
160:9 186:17
**responsibility**
133:7,8 137:25
162:12 167:8
**responsible**
31:13 77:23 95:10
113:21 215:2
**rest**

206:23
**restate**
119:20
**restroom**
158:25
**result**
68:20 129:10
160:17 187:10
188:8 197:23
204:20,22 205:19
205:24 211:18
213:22 216:3
**results**
17:18
**returned**
92:14,18,19
**review**
4:18 17:9,14,15
17:17,23 27:9
57:14 78:25 93:2
111:16 140:9,13
140:15,20 141:7
141:25 142:8,10
142:11,12,20
143:16,18 144:21
179:11
**reviewed**
17:10,22 18:3
57:6,8,15 63:23
64:9,9 140:7
141:9 164:11
176:3 177:5
**reviewers**
27:12
**reviewing**
57:10 64:7,15
**richard**
37:23,24 179:24
**rid**
157:17,18
**riffraff**
69:15
**rifles**
82:14 83:13
**right**
5:15 9:5,21 12:7
12:11 13:7,15
15:5,6 21:12 23:1
24:11 25:16 26:3

26:6 27:18,21,24
28:2 30:21 35:2
35:11 36:22 37:2
39:6,12,15,23
40:14 41:9,14,17
41:21,24 42:2
51:23 53:8,17,25
56:8 63:23 64:20
65:1,3 67:25 72:7
76:3,10,14,22
77:6 78:13 79:2
79:13,17 80:2,4
82:1 84:4,19
85:13,25 86:8,12
87:16 88:2 89:23
90:2,14 92:12,16
94:2,24 96:2,12
96:13 97:20 98:11
98:15 99:17 100:9
100:13,25 101:7
101:23 102:4,11
102:20 104:16,20
106:9,13,16,18,23
109:19 110:1
111:9,13,18,24
112:3,24 113:3,12
114:18 115:3,7,21
116:18 118:4,6,12
118:14 119:6,15
120:12,13,18,20
121:5,23 122:7,16
123:24 124:4,14
124:16 126:25
127:16,22 128:9
129:1 131:18
132:16 134:12
136:15 137:15,17
137:19,22 138:3,4
140:7,10 141:7,12
141:16,22,22,25
142:1,8,20 143:2
143:8,13 144:10
146:13,16,18,24
147:3,6,13,15
149:11 150:1,14
150:23,25 151:12
151:14,22 154:6
154:11 155:18
156:10 157:8

158:20 160:21
161:24 162:7
163:15,25 164:2
164:23 165:1,11
165:15 166:8,17
167:12,18,20
168:14,20,24
169:16,22 170:10
170:23,25 171:2,5
171:25 172:9,13
172:17 174:2
176:1 177:2
178:16,17 179:9
179:13,16 180:6
182:9 183:2,5,7
184:3,9,14 185:14
185:20 187:19
188:15 189:15,19
190:13 192:13
194:16,24 195:16
195:18,23 196:12
197:3,5,11 200:8
206:10,18 207:6,8
208:4,6,13,21
209:15,18,23
210:6,9,10 216:10
216:13 217:2
**righthand**
52:21
**rights**
4:21 11:15,17,18
11:23 12:1,2,6
19:2,23,25 20:7
20:12 22:23 25:22
25:25 26:1,2
35:20,22 36:4,6
36:10,19,20,24
37:1,2,3 40:7,9,24
51:25 52:7 129:21
164:14 165:13
168:20 169:25
170:1 173:14,16
174:3,6,7 182:13
184:5 185:7 187:6
187:20 189:12
194:9 195:25
196:20 197:20
198:7,8 199:16
**rigor**

17:24 18:4
**rigorous**
17:9
**ring**
103:4 106:17
138:6 174:24
**ringing**
77:19 194:13
**rings**
102:13 173:14
**rise**
11:14
**risk**
136:7 137:2
**rituals**
33:3
**river**
181:15
**rle**
1:7
**roamed**
136:10
**robert**
4:20 37:22,22,23
142:5 146:10
**rock**
204:1
**role**
19:2 20:11 97:4
113:13 115:17,19
116:11,17 117:11
134:22
**rome**
39:20
**roughly**
7:10
**round**
172:25
**rounding**
218:14
**rounds**
17:15
**routine**
54:8
**routinely**
136:10
**ruled**
195:2
**run**

181:5
**rung**
103:15

**S**

**saad**
49:19
**saadi**
46:22
**sacrifice**
203:19
**sacrificed**
99:10 104:2
211:25
**sad**
215:10,12 217:20
**sadness**
31:6
**saed**
25:12,25
**safe**
136:5
**sahmet**
49:6
**salah**
49:12,13
**salary**
124:20,22 125:2
**salem**
45:18
**sami**
47:19
**sanaa**
47:1
**sat**
41:11
**satellite**
63:19
**satin**
3:15
**satisfaction**
197:23
**saturation**
17:4
**saudi**
77:4
**saw**
8:9 24:3 65:9
76:4,7 86:3,3,6

92:8 106:14
130:15 142:19
164:10 169:25
170:1 202:11,11
208:15
**saying**
15:23 16:9 42:25
73:17 74:20 75:14
88:22 131:22
135:5 161:21
172:11,19,21
179:8 186:22
187:20 203:11
205:8 208:6
**says**
16:11 54:5,11
73:21 74:22 96:18
98:25 105:5,9,10
106:2,2 107:20
108:4 109:20
110:12 111:24,24
122:22 123:12
124:10,18,21,24
127:17 129:6
137:2 141:14
147:14 149:16
150:2,24,25 151:2
151:14,16 153:12
153:14,21 166:25
167:5 168:25
180:5
**scholar**
8:21
**scholars**
10:24 74:21
**school**
5:14 39:16 160:3
206:10
**science**
26:24 139:25
142:17 152:13
**scientist**
155:13
**sea**
181:15
**second**
34:3 37:6 45:10
46:17 53:8 70:25
71:13,20 83:3,19

90:24 91:25 96:8
96:9,11,13 114:2
115:24 117:14
128:6 135:21,21
139:9 142:3
145:10 147:21,25
154:23 156:3
157:20,23 158:6
158:10,10,19
159:12 160:10
161:17 167:9
195:11 201:3
202:23 204:3
208:10 214:21
**secondary**
62:18
**section**
23:5 119:3,5,8,12
119:22 120:13
144:16,21 148:5
186:16
**sections**
117:4
**secular**
25:3 143:13,25
144:18,18 145:6
145:10,13 147:12
**security**
24:1 28:17,21
41:24 42:6 43:25
44:6 51:14,15
93:15 106:19
134:4,6,9 137:16
162:16 171:4,14
171:19,21 172:12
172:20 175:15
176:14,20 177:9
190:25
**see**
31:19 52:21 53:11
54:9,15 58:15,17
58:21,25 59:3,14
59:15 62:6 64:22
65:11,18,21 66:13
72:20,21 73:12,19
73:24 78:13 82:13
86:2,4 87:5,8,21
88:7,12,13 89:15

89:17,25 90:9
93:3,13 94:11,12
94:15,18,20,24
95:21 102:13
103:8 104:17,17
105:25 106:10,25
107:18 111:21
113:25 114:5
117:13 118:23
119:3 120:23
121:17 122:5,9,10
122:21 123:2,5
124:6 126:18
127:5,8,10 128:1
128:3 130:4,12,14
131:7,20 132:4,9
133:18 134:12
135:23 141:19
142:3 146:10
149:7 151:6
153:14,19,25
154:4,5 163:17
164:13 165:1
166:19,25 167:24
168:5,8,12 169:4
169:20 171:11,23
173:14,23 174:1,6
174:7 176:11
177:23 179:2
187:23 193:4
195:1 201:7,13
202:8 204:17
207:8 208:16
209:11,14,15,24
209:25 210:6,8
213:10 215:2
216:25
**seeing**
86:6 93:16,16,18
107:24 169:22
201:10 212:24
**seek**
189:16 197:25
**seeking**
83:21 208:13
**seen**
52:1 53:1,5,7
81:23 85:5,11
88:10 95:2,4

100:16 104:13,23
118:16 121:23
126:25 139:3,15
164:2,6 167:18
188:10,23 193:2
193:15 201:17
**seized**
48:19
**selfcensorship**
52:9 54:13
**selfidentified**
22:2,4,6 28:6,13
**selfidentify**
22:7
**selfsacrifice**
201:23 202:3
203:15 205:6
212:3 214:14
**semistructured**
16:6,10
**senior**
28:21,23,23
**sense**
16:1 26:25 27:1
56:2 57:12 58:3
62:24 70:18 89:17
129:3 146:22
154:22 160:3
197:16,19 198:16
198:20 201:2,4
202:20 208:21
212:2,5
**sent**
10:23 186:22
**sentence**
54:4 72:21,23
114:2 124:9,11
125:4 128:17,21
131:15 133:12,22
134:12,14,16
135:4 144:4 147:8
149:22 164:17
168:24 169:16
170:3 185:6,17,23
185:23 195:12
**sentences**
30:14 54:18,21
55:1 125:5 128:3
128:6,8 136:1

186:10 216:20
**sentencing**
29:6 191:5
**sentiments**
55:1
**separate**
12:2 112:8
**separately**
210:1
**september**
130:4 180:8,12,15
180:23
**sermon**
66:17 67:20 68:9
68:13,14
**sermons**
64:17,22,25 65:4
65:10
**serves**
143:17
**service**
28:17 43:25 44:6
207:1
**services**
28:22 175:15
**serving**
125:6
**set**
15:13 26:19 29:22
155:7 198:2
**settlements**
134:5 216:24
**settlers**
131:24 132:19,23
**seven**
115:17 218:11
**sfard**
194:5,15
**shahada**
82:2
**shahid**
82:2 200:15
**shala**
163:6 169:9
**shalah**
169:2
**sharah**
51:1 94:20
**share**

**shared**
31:6 32:4,8,13,15
32:22 33:2,10
**sharing**
62:20 153:25
**shchada**
47:2
**shed**
30:3
**shifted**
19:12
**shihada**
213:16,21
**shin**
167:6
**shooting**
216:23
**shops**
12:6
**short**
218:3
**shorthand**
220:6
**shot**
173:10 205:20,21
**show**
71:8 102:13
104:12 126:18
140:20 167:3,7
187:8 201:13
216:7
**showing**
186:14 213:3
**shown**
70:1
**shows**
93:18 94:1,2,8
**shrenzel**
4:14 116:21 117:9
117:10 118:13,15
**shrenzels**
118:20
**side**
95:22 96:3 125:1
125:2 154:23
165:3
**sides**
37:2

**siege**
48:23
**sign**
37:1 218:8
**signal**
133:14
**signed**
6:3 219:13,18
220:19 221:22
**significant**
20:10,12 183:1
**similar**
8:22 16:7 17:24
33:10 63:22 64:13
162:1 170:1
**similarly**
116:16
**simply**
105:19 144:13
171:15
**single**
63:10 114:8,9
154:12
**sisters**
14:1
**sit**
177:10
**site**
29:24
**sitting**
43:10 84:17
103:15 126:6
144:5 161:21
165:16 170:13
177:7 187:18,22
200:13 205:21
216:23 217:11
**situation**
29:18 31:12,25
32:1,13 83:20
159:11 186:18
191:23 199:14
202:22,24 203:15
210:25 212:19
213:22 215:9,17
217:21
**situations**
156:2 189:15
**six**

162:16 173:9
218:9,10,12,13
**skimmed**
56:25
**skimming**
57:12
**slave**
171:19
**slightly**
16:11 24:14
**slingshots**
160:12
**slogan**
204:9
**slowly**
184:23
**small**
22:21 62:8 108:9
111:23 123:12
**smudged**
72:5
**socalled**
152:23
**soccer**
4:12 102:9,17
103:1,8,13
**social**
15:13,13 24:17
26:24 30:7 147:20
150:8 151:12
155:4,8,14,15
156:9,12,14
214:10
**society**
16:24 30:7 60:11
63:10 82:5 90:17
100:23 157:15
201:22 203:24
204:18 205:5
211:16 214:16,21
**sociology**
26:23
**sokolow**
1:4
**solders**
131:24 132:23
204:2
**soldiers**
132:19

**solidarity**
32:6,22 33:5
204:19,24
**solutions**
220:3
**somebody**
15:24 22:18 38:8
48:5 69:11,15
76:8 79:17 109:25
129:6 160:17
188:5 190:17
192:4 205:20
208:2
**somewhat**
79:12 140:19
159:9
**sorry**
7:10 30:11,13
53:10,14 60:13
67:2 70:6 72:13
80:1 83:25 96:16
97:14 105:14,22
106:3 108:3,8
113:23 119:3
122:23,24 123:2
124:24 126:11
138:17 146:6
152:25 157:7
161:15 164:17,19
164:20 175:11
178:8 187:3
197:13
**sort**
13:10 18:2,14
19:7 39:7 89:7
105:7 112:21
149:13 150:13
**sorts**
33:9
**sound**
56:8,12 137:16,21
137:24 163:15
**sounds**
56:9 89:22 109:14
128:9 137:17
138:3
**source**
13:9 62:19 95:13
120:9 180:3

**sources**
34:9,19,20 62:10
63:3,5,17,23
213:25
**southern**
1:2
**speak**
55:3 69:20 139:16
158:2
**speaking**
63:16 195:24
201:21 202:11
**special**
112:21
**specific**
16:13 21:15,18
25:14 29:11 32:9
37:5 61:13 71:5
95:1,5 115:20,25
117:5,6 129:13
143:13,25 145:6
145:12 147:12
149:20 151:20
152:10,23 157:20
189:18 192:22,22
197:8 206:14
207:24 214:23,25
**specifically**
11:22 23:15 24:2
43:2 44:5 51:17
64:19 65:11 78:23
93:24 137:6 155:3
156:4 162:3 171:9
172:3 183:14
196:25 202:14
207:23 211:14
**specifics**
77:16,22
**speech**
67:23 68:22,24
69:5 88:21 89:6
89:18 202:15
204:13
**spend**
14:11,17,21,25
30:5 59:7
**spent**
8:18 10:14 13:18
59:21

**spirit**
203:14,25
**spoke**
21:22,22,23 22:2
22:5,8,18,19 28:6
54:25 129:21
**spoken**
71:24,25 72:1
96:19,21 97:6,6
105:12,16 106:1,2
107:10,11 108:4,8
109:20,20 110:14
110:15,16 122:12
122:24 123:8,9,10
123:13,18,19,20
123:21 124:11,23
124:23,24,25
182:15
**sporting**
79:2,4,4 81:14
102:17 103:4,11
103:21
**square**
79:18
**squares**
79:6 80:3 81:10
**sri**
144:17,17 148:15
152:12
**staff**
69:25 70:12,15
71:6
**stake**
146:23
**stance**
29:17
**stand**
142:10,11 143:4
**standard**
207:20
**stanford**
11:13
**starred**
128:3,6
**start**
18:21 117:8
**started**
5:14 172:25
**starting**

87:20
**starts**
119:13
**state**
18:19 35:10,14
112:4 122:22
132:12 137:13
138:10,21 139:3
206:22 207:19
**statebuilding**
11:23
**stated**
109:17
**statement**
83:11 87:13 98:8
98:18 99:5,9
120:10 133:21
144:13 152:18,19
159:10 161:1
172:15 205:15,16
206:7,7,13,23,25
207:17
**statements**
38:24 39:2 69:4
137:8 166:2,20,21
174:9 178:24
179:8,11,18
184:13 194:24
**states**
1:1 7:17 10:15
56:19 127:6
138:21 146:21
188:12
**station**
22:15,21
**stations**
63:20
**statistic**
56:7
**statistics**
204:2
**statute**
39:20 138:25
139:7
**stay**
204:7
**stayed**
7:10,12
**steadfast**

212:4
**steadfastness**
201:23 203:13
**steps**
151:11 155:17
**stifling**
216:4
**stones**
73:23 160:12
200:4 202:2
**stop**
17:4,5 187:15
**store**
205:21
**stored**
23:17
**storefront**
12:4
**story**
77:25 78:2 84:18
84:24 88:17 89:1
89:3
**strategic**
146:22 149:7
151:12,16 152:6
152:15 156:21
158:5 189:22
**strategies**
17:2
**street**
2:9 3:17 79:10,15
79:17,19 103:22
177:19
**streets**
81:10 136:11
**strength**
136:10
**strictures**
142:16
**strip**
59:13 181:20
200:2,20
**strong**
201:2
**structure**
42:2 117:6
**structured**
26:19
**struggle**

99:1,6 189:19
212:20 213:20
214:18
**students**
8:7
**studied**
6:18 39:14,16
64:6 155:22
**studies**
17:11
**study**
5:24 10:20 11:16
59:24 64:8 149:23
154:6 156:16,21
156:24 158:23,24
**style**
63:21
**subject**
59:24 63:11 102:3
182:9
**subjected**
185:10
**subjective**
30:23,24 159:21
**subjectivity**
31:9 32:9,17
**subjects**
60:2,3
**submachine**
85:2,4,6,10 86:4
88:11,15 90:11
**submitted**
139:6
**subscribed**
219:18
**subsequent**
137:5
**substance**
66:7 159:7
**substitutetaught**
8:1
**subtitle**
108:6
**subtitles**
208:19
**suffering**
19:5,16,17 75:22
202:1
**suggested**

134:10
**suggests**
43:11 83:14
206:17
**suicide**
28:1 47:15 50:12
80:23,25 81:4
82:1 95:10 100:4
100:9,24 101:2,5
101:12,15 102:1
102:10,18 103:5
113:18,22 114:3
114:10,17 115:8
115:12 116:4
119:16,24 120:6
129:10 140:2,16
143:11,23 144:8
144:14,19,23,25
145:4,9,14,15
147:10,23 148:10
148:12 149:7,11
149:18,19,23
150:4,6,10 151:3
151:4,17 152:3
153:8,13,17,22,24
154:18 155:21
156:4,9,11,17,22
164:15 172:7
178:13 179:3
209:7,13,17
210:13,17 216:12
216:14,24 217:4,8
**suite**
3:18
**summarize**
27:2,3 150:20
**summarizing**
144:11,21 147:16
**summary**
147:23 150:17
**summer**
6:14,17
**supervisors**
17:23 18:6 135:13
**support**
8:13 54:20 55:1
59:18 101:2
133:15 156:6
180:25 181:2

185:16,23 217:8,9
**supported**
180:25
**supports**
119:23
**suppose**
24:15 97:9 190:24
191:2
**suppressed**
184:12
**sure**
8:18 16:25 23:24
24:24 30:20 31:4
31:22 39:9 52:5
61:20 65:12 66:1
72:17 73:3 74:4,4
87:4 97:6 105:11
106:8 107:24
110:7 113:6,7,23
115:1 117:14
118:8 119:22
120:21 139:10
143:19,21 144:3
146:7 152:24
154:12 159:19
178:10 181:16
184:20 186:4,4,7
187:3,3 191:12
193:5,10,10,11
196:9
**surmise**
98:7
**surprising**
137:21
**survey**
26:22 56:9,14
59:25
**surviving**
177:8
**sweet**
211:21 214:10
215:8,23
**sworn**
5:1
**symbol**
90:18,21,22 92:8
202:1
**symbolic**
206:4,20

**symbolism**
89:22
**sympathetic**
22:3
**sympathy**
31:6 33:10,15,19
33:20 34:6
**syria**
183:5,6
**system**
15:13 30:7 190:19
192:5,6,9 198:2
**systems**
199:16

---

**T**

**table**
107:16,20 108:1
111:17,18 112:6,8
112:15,20,20
122:10,10,12,12
122:21,23,24
123:6,24 209:12
**tables**
112:4
**tacit**
133:15
**take**
5:22 12:21 25:16
42:8,10,12 56:14
61:21 66:7 89:3
97:2 120:12 146:7
155:13 158:22
160:16 167:15,20
175:20 177:1
179:22 193:13
**taken**
34:15 42:15 56:9
86:17 113:10
159:3 168:4
193:22 218:1,3
219:4 220:5
**talk**
24:13,17 31:22
70:7 74:24 77:23
89:1 93:20 94:6
101:25 184:25
**talked**
22:7 63:1,18

166:10 199:7
**talking**
21:7 32:24 66:5
118:23 122:7
127:18 146:10
151:11 166:23
168:13 193:25
**talks**
153:24
**tallied**
210:3
**tally**
28:9
**tank**
200:4,6
**tanks**
202:2 204:2
**tanzeem**
28:14
**tape**
26:5
**tareq**
195:14
**targeted**
24:4
**targets**
189:23
**taught**
8:1,3 211:20
212:16
**tawfiq**
44:7
**teach**
9:11,12 79:15,23
215:22
**teaching**
10:12 20:20
**technical**
24:14
**technicalities**
6:3
**techniques**
40:17 199:10
**teenager**
200:1
**tel**
3:9,20
**telaviv**
69:13

**telephone**
48:5,11
**television**
22:15,21 56:6,18
69:3 82:13 93:14
93:22 94:1 213:3
**televisions**
56:3,7
**tell**
6:25 11:12 25:9
36:8 42:18 47:13
72:13,16 89:2
95:20 96:18,25
105:8 107:19
108:6 110:10
122:9 123:17
124:9 128:7,8
143:18
**telling**
203:8
**temporary**
168:9
**tent**
165:17,23 170:5
**term**
8:1 76:9 156:12
188:7,20 204:19
204:21,23 205:2
205:17 206:2,3,4
206:4 207:22
208:1 211:2,13,16
213:20
**terms**
187:24
**terrible**
183:5,7
**territories**
19:6 20:3 34:5
131:25 132:19
158:12 159:13
199:5 211:2
**territory**
11:22 171:16
181:14,24
**terror**
145:9 167:2,9
186:13
**terrorism**
29:7 39:23 40:5

40:10 41:14
137:22 143:11,23
144:8,14,23,25
145:5,14 147:10
147:24 148:10,12
149:8,11,18,23
151:3 152:4 153:8
153:13,17,22
154:19 155:21
156:4,10,12,17,22
172:7 190:6,11,15
196:16 208:1
210:18
**terrorist**
113:14 115:9
141:15,17 150:6
150:10 151:4,17
152:23 153:24
156:23 190:17
**terrorists**
79:7 102:10,18
103:5 179:4
188:14
**testified**
195:14
**testimony**
99:19 109:3
115:23 119:19
182:10 184:12
196:17 199:12
219:4 220:4,8
**text**
65:3,21 66:11
67:5,9,11,13,16
67:17 68:12,22,24
69:6,10 72:5
73:12,14 74:1,5,8
74:17 75:4 76:12
76:15 108:8,22,23
109:1,8 137:20,23
138:3,8 139:25
140:13,17 155:10
164:13
**thank**
34:8 48:9 71:7
87:7 135:18 148:7
167:17 170:12
197:2 199:19
209:6

**thawabteh**
53:19
**themes**
16:8,13 17:5
26:20 27:6
**theorist**
180:9
**thereof**
219:8
**thesis**
148:9 154:25
155:1,17,19
171:25 172:2,3,7
**thing**
67:14 68:1 124:5
154:12,16
**things**
6:4 20:18,21
29:25 39:7 69:3
113:4 148:2 181:7
186:23 214:24
**think**
6:17 13:18 18:8
18:15 21:23 22:19
22:20 24:5 28:23
29:24 35:20 37:3
37:8,18 38:14
39:7 40:8 45:23
46:13,16 47:8
52:1 53:5,7 55:17
63:7,7 65:9 68:8
69:2,2,11,15
72:16 73:1,2 76:8
78:19 79:11 82:24
82:24 83:7,10,14
84:12,13,17,25
85:12,14,19,20
89:5 91:11,17,24
93:17,18 94:11
95:1 96:4 100:11
100:18,18 102:9
103:20,25 104:12
104:14 105:16
107:15 108:25
110:9 111:1
116:20 118:2
120:20 123:12
129:21 131:9
139:15,19,25

143:16 147:19
148:20 150:1
151:4,8,8,24
153:12 159:6,11
159:20 164:5,6,6
164:10,11 169:12
172:2,2 178:19
180:6 181:4,9,25
182:2,3,8,22
183:13 184:1
187:16 189:25
190:6,21,21 191:7
191:16,22,23
192:1,2,7,7,8,24
193:9,18 198:22
199:2,3,5,6,7
201:19,21,25
203:1,8,10,10,11
203:16 204:15
205:1 211:20,24
212:8,14,18 213:2
213:16,19 214:2,5
214:14,20,22
215:10,22 217:15
217:16,18,23
218:5
**thinking**
16:9 94:2 205:16
**thinks**
212:14
**third**
53:10 71:22 96:17
96:19,20 128:6,21
162:15
**thirdhand**
161:17
**thought**
27:8 77:22 85:21
89:10,21 106:3
140:18 142:15
143:6 155:2
188:25 203:20,20
217:13
**thoughts**
69:23
**threat**
172:15
**threats**
54:6

**three**
7:16 125:24 128:3
128:8,13 141:7
150:16,24,24
151:11,14 155:17
155:19,22 198:25
199:5
**threestep**
150:22 151:5
**threetofiveyear**
145:16
**throwing**
160:12 200:4
202:2
**tigers**
148:15 152:12
**tight**
42:25
**till**
209:21
**time**
6:25 11:5,9 13:14
13:16,18 14:11,17
14:19,21,25 15:21
21:19 26:7 29:3
30:4 56:4 59:7,21
64:1,4,6 74:22
81:23 86:10 88:11
89:18 90:1,10
91:9,18,25 92:24
100:11 131:2
137:4 149:21
150:5 167:16,20
169:14 171:18
197:25 201:5
218:8
**times**
14:23,24 15:2,3
188:2
**title**
95:21
**today**
18:15 43:10 44:19
46:19 84:17
103:15 115:10,18
121:9 126:6 144:5
161:21 165:16
170:13 177:7
178:17 200:13

**todays**
211:4
**told**
165:18 170:6
174:24 175:21
**top**
17:12 122:20,21
122:23,24 127:5
127:25 128:3
151:1 153:12
167:1
**topic**
19:8 40:24 183:18
183:21,22 185:17
185:23 192:20
**topics**
135:4
**torture**
182:6,9,12,14,16
184:8 185:9 187:7
187:11,17 192:11
194:12,14
**totally**
74:12
**touch**
135:3
**touched**
138:24 156:16,21
**tournament**
4:12 103:1,8,14
**tournaments**
102:10,17
**town**
76:22 79:6 80:3
93:20 136:17
**track**
132:24 133:1,6
**transcribe**
26:8
**transcribed**
26:10,11 220:7
**transcript**
220:5,7
**transcription**
219:8
**transcripts**
27:10 45:2 167:6
**translate**
96:23

**translated**
68:5
**translation**
65:19,22 67:1,18
67:23 72:7,14
76:4,5 109:11
128:8 208:19
**translations**
66:18
**transperfect**
220:3
**travel**
7:13
**traveled**
13:16
**traveling**
10:14
**treatment**
197:22
**trees**
73:23
**trial**
44:24 117:24
118:3
**triangulation**
16:19 75:13,16
**tried**
11:4,22 24:24
33:17 41:9 64:12
140:15 156:8,25
**true**
29:20 43:5 58:12
58:23 59:16 69:25
70:12 196:16
219:7 220:8
**trust**
24:6
**trusted**
24:21
**trustworthy**
62:10,16
**try**
28:1 69:18 99:11
99:22 155:13
156:14 181:10
193:13 197:21
**trying**
11:3,7 18:12
25:17 29:18 31:23

32:3,12 33:6,8
75:3,7 76:21
90:23 93:17 95:1
131:10 136:22
144:22 148:11
155:15,25 164:24
181:5,7 183:13
184:1 186:11
187:5,23 197:25
201:10 205:25
217:7
**tuesday**
1:18 219:5 220:5
220:21
**tulkarem**
14:21,22 59:14,22
165:7
**turn**
27:24 53:8 118:22
165:1 216:16
**turning**
109:10,15
**tv**
22:20 55:8,9
56:22 63:19 64:10
64:11 69:6 86:3
93:5 216:23
**two**
8:18 15:10 17:14
17:15 25:14 28:10
32:24 54:18 61:10
71:21 92:19,20
101:22 112:4
124:2,19 155:22
170:14 176:8
198:25 202:13
210:13 216:20
**typed**
122:22 193:8
**typical**
82:4 200:20 202:4
211:3

**U**

**uhhuh**
5:10,17 7:13 73:8
118:9
**ultimately**
31:13

**un**
23:20 40:24,25
41:2 88:18,21
89:7,10 187:6
189:12,18 197:20
198:8 208:3,6
**unable**
69:9 133:16
**unarmed**
190:2 204:4
**unaware**
179:7
**unclear**
112:10
**undergraduate**
6:9
**underneath**
205:22
**understand**
11:3,6,18,20
15:12 29:18 31:11
31:23 33:6,8
46:14 51:14 57:17
68:19 69:18 74:1
74:8,15,15 75:1,3
83:21 84:4 90:17
90:20 91:2 95:6
98:3,7,18,21 99:4
100:23 101:1,2
110:21 114:15,22
127:2 131:10
136:22 137:11
147:20 155:3,5,20
155:25 156:8,25
157:4,10 158:2
162:5,9 180:2,4
181:22,25 187:16
189:8,21 192:3
196:7 199:24
203:18,22 208:12
210:2,2 211:7
215:9
**understanding**
29:20 32:12 45:23
56:5 57:19 81:6
92:1 99:11 111:2
115:13 134:20,25
142:15 144:23
156:5 157:16,24

158:10 175:4
188:22 199:13
207:16
**understood**
30:2 57:2 58:7,7,9
68:25 76:7 82:19
82:20 83:18 91:11
92:2 137:4 148:4
154:21 157:19
162:11 211:16
**undertake**
155:6
**undertaken**
145:10 172:8
**undo**
146:6
**unidentified**
4:11
**unified**
189:7
**uniform**
85:11
**uniformed**
134:3
**united**
1:1 10:15 56:19
138:20 185:8
188:12
**university**
5:11,16 6:12 7:1
11:14 18:4,9
37:21 180:11
**unmistakable**
133:14
**unofficial**
57:21 60:16
**unpack**
99:12
**unrestricted**
136:9
**unusual**
195:3
**unwilling**
133:16 195:7
**unwillingly**
195:2
**uphold**
198:2
**upholding**

215:2
**upper**
108:2
**uprising**
133:14 134:8
**url**
192:20,23,23
193:8
**urnis**
122:5
**use**
11:22 16:22 25:15
26:9,15,15 75:12
75:13 84:15
137:22 188:6,20
208:13 217:19
**useful**
62:16 131:10,12
**uses**
186:11
**usually**
16:16,24 17:16
24:17 146:22
155:6,7 160:12
**uzzadin**
50:1

**V**

**vague**
40:18 70:16 84:8
89:13 126:8,12
136:21 139:23
152:1,8 153:3
157:6,13 159:17
160:8 172:1
185:25 186:11
190:14 191:17,20
196:4 198:19
201:20 203:3
211:22
**vaguenesses**
196:24
**vain**
99:3
**validity**
187:17,21
**value**
212:3 214:1,2,10
214:14,17

**valued**
92:6
**values**
83:22 104:8
201:21 202:2,16
205:4 206:6 212:6
212:8,11 213:25
214:20,22,24
215:3,5
**variety**
16:18,18,25 20:6
22:3 23:18 24:25
25:1 56:1 64:11
70:23,24 82:8
115:14 147:21
153:15 189:12,21
196:1 203:22
206:3 212:21,23
213:25
**various**
103:18 147:5,25
156:6 196:15
**varying**
101:1
**vast**
62:15,23 63:15
151:17
**venture**
63:11
**verb**
125:3
**verbatim**
220:8
**verdict**
44:23 118:3
**version**
66:16 109:8
**versions**
167:25
**versus**
207:15
**victims**
20:7 21:2
**victorious**
74:19
**victory**
74:22 76:18 85:16
85:22,23
**video**

**65:6 78:13,16**
81:17,18,21 82:6
82:16 83:13,15,22
84:6,21 201:13,15
202:9,22 207:9,11
208:15 213:12,14
**videos**
78:24 201:17
**view**
29:10 143:4
144:20,20 153:1
181:18,22,25
182:2 215:8,10
216:3 217:6,12
**viewed**
115:13 116:5
**views**
29:14 58:6 180:11
180:21 212:16
216:14
**violate**
21:16
**violated**
191:7
**violations**
20:7 24:1 138:5
**violators**
138:6
**violence**
19:14 40:1 83:7
83:15 84:7,12,15
85:1,3,20 89:19
98:22 99:16,25
100:8,12 117:25
135:10,11,12
137:22 154:22
156:7 157:12,21
159:8,15,15 160:6
160:7,9,18 162:6
162:24 169:18
172:25 188:13
189:9,20,23 190:2
191:1 204:20
207:5,15,24,25
208:13 210:21
211:9,14 215:17
**violent**
92:11,13 100:18
101:18 104:9

**115:15 154:15**
157:1,2,18 162:13
206:1
**virtually**
136:9 154:19
**visa**
7:18
**visit**
15:2
**visited**
8:18 14:12,22
**visiting**
10:15
**visits**
14:20
**visual**
16:17
**volume**
112:1
**volunteer**
22:23
**volunteered**
23:4,5
**vs**
1:7

### W

**wafa**
47:9 56:24 80:25
94:25 96:5 97:23
98:5 100:3,9
103:2,12 127:14
127:16,17,18
129:3,10 177:19
178:1,4,13,16,21
179:9
**wait**
95:13 167:15
**waiting**
117:16
**walking**
205:20 206:10
**want**
14:2 19:21 31:19
34:9 39:7,8 42:8,9
66:6,14 71:8 77:9
104:12 109:22
110:17 124:4
130:16 145:23

**158:22 171:4**
172:11 179:22
208:8 210:9,12,16
213:10
**wanted**
10:25 26:22 27:24
71:4 87:16 137:2
139:12 157:17,18
**wants**
24:16 218:5
**war**
10:25 41:21 189:8
189:9
**warlike**
85:13
**washington**
3:19 4:23 170:16
170:25 171:8
172:24 177:19
**wasting**
197:25
**watan**
22:20 55:9
**watani**
61:2,3,4,6,7
**watch**
4:21 36:4,6,10,19
36:20 37:1,3
55:15,24 56:11
64:17 65:6 81:21
129:22 164:14
165:14 168:20
169:25 170:1
173:14,16 174:3,6
174:7 213:12
**watched**
55:16 64:10,11
93:5
**watching**
55:22 216:23
**water**
24:1
**way**
15:14 19:13 24:25
27:4 30:23 32:6
32:10 33:4,10
62:20 74:5 82:4
84:18 89:25 91:22
92:14 99:23

**102:15 109:17**
111:17 131:9
141:13 148:7
152:24 164:1
171:14 174:11
181:9 196:23
201:23 204:8,24
214:15 215:11
217:13,22 220:13
**ways**
18:3 19:12 64:12
82:8 140:3 181:5
203:25
**weaker**
146:20
**weapons**
136:11
**website**
52:1 118:6,9
192:21
**weiser**
48:6,8,10,11
**wellformed**
196:6
**wellreasoned**
142:24 143:5
**went**
5:5,10,11,16 6:7
6:11 7:1,3,4,23
159:6 208:10
**west**
6:22 7:3,4 13:14
56:3 77:24 91:6
92:15 152:12
176:7 181:13,13
181:20 200:21
**weve**
42:10 67:25,25
68:1 84:17 86:11
127:18 133:12
164:23 168:13
169:22 188:12
216:7 218:3
**whens**
92:24
**wholly**
134:9
**whove**
188:13 190:11

**wide**
  24:17 153:15
**widely**
  37:16 43:4 60:6
  81:3 95:9
**willing**
  195:7 202:19
  203:19 206:25
**willingness**
  155:12 212:3
**wilson**
  8:9,22 10:23
**win**
  4:18,20 72:11,18
  139:17,20 142:6
  142:23
**wins**
  89:13
**wish**
  213:13
**withdraw**
  152:25
**witness**
  67:11,16 90:16
  103:24 119:19,19
  133:23 134:18
  150:18 185:25
  186:8,9 190:14
  191:10 198:19,23
  205:12 206:11
  210:24 211:12,23
  215:14 220:4
**witnesses**
  52:25
**witnesss**
  99:19 109:3
  196:17 199:12
**woman**
  103:21
**wondering**
  5:8
**woodrow**
  8:9 10:23
**word**
  12:3,8 32:9 75:13
  79:12 105:16
  123:1,10 124:2
  127:10 159:10
  217:19

**wording**
  113:24
**words**
  123:8,15,22 124:2
  124:3,19 127:11
  147:9,15 159:7
  186:12
**work**
  7:20 9:5,15,20
  11:10 18:22 19:23
  19:25 20:10 30:24
  33:15,17 34:11,15
  51:24 81:25 98:13
  134:15 135:3,10
  157:4,10 160:2
**worked**
  6:10 18:6,10
  19:20 20:16 21:24
  22:12,18,19,23
  23:16 175:14,17
  194:11
**worker**
  25:25 26:1 36:24
  37:2 52:7
**workers**
  25:22 26:3
**working**
  7:2
**world**
  10:25 11:17 29:11
  181:12 189:25
  190:5
**wounded**
  162:17
**wounding**
  173:9
**wounds**
  176:9
**wreath**
  200:14,14,15
  201:1
**write**
  12:21 101:2 147:8
  147:24 167:24
  185:6 217:4
**writer**
  76:8
**writes**
  69:12 171:13

**writing**
  8:14,19 9:17,21
  24:2 43:1 90:9
  130:2,10 200:22
  201:1
**written**
  17:7 86:24 182:12
  182:19,21 183:8
  183:12,15
**wrong**
  33:16
**wrote**
  18:18 31:5,14
  32:16 43:7,11
  52:8,24 62:1,4
  69:10 79:11 82:3
  87:11 113:17
  114:7 115:7 140:9
  140:14 142:22
  179:2 200:14
  216:10 217:2,3
  ─────────────
            **X**
  ─────────────
            **Y**
  ─────────────
**ya**
  78:8,10
**yahud**
  78:8,10
**yalowitz**
  3:4,10 4:3 5:2,4,7
  30:8,11,16 35:18
  40:21 42:13,16
  43:9 46:18 47:16
  48:7,9,24 49:11
  52:17 54:22 55:13
  56:16 58:5 59:19
  60:20 61:14,17
  65:15,25 66:2,19
  66:21,24 67:3,15
  67:17 69:1,24
  70:5,19 71:10,12
  71:15 72:2 74:7
  74:14 75:9 77:11
  78:16,18 80:2,22
  81:5,19 82:11,23
  83:6,12,25 84:3
  84:16 86:9,12,15
  86:19 88:1 90:6
  90:19 91:5,16,21

  92:10 95:11,18
  96:1,12,24 97:13
  98:2,10,20 99:7
  99:21 100:6,21
  101:10,19 102:8
  102:24 104:4,11
  104:20 105:21
  106:6,22 107:7
  108:15,20,24
  109:9 110:25
  111:6 113:2,8,11
  114:21,25 116:2
  118:13,17,19
  119:21 120:3,11
  120:16 121:3,8,12
  121:16,20 122:3
  122:13,19 123:14
  125:17 126:5,9,17
  126:20,22 127:7
  127:21 129:8,14
  129:20 130:22
  132:14,25 133:5
  133:25 135:2,17
  137:10 138:19
  139:9,11 140:6,24
  145:19,21 148:20
  148:24 149:2
  150:21 152:5
  153:5,13 157:8
  158:4 159:1,5,19
  160:5,19,23
  161:14 162:14,22
  163:3,9,14,19,24
  165:22 166:3,5,24
  168:18 169:24
  170:19,22 172:5
  172:22 173:6,13
  174:10,18,23
  175:6,13,19,25
  176:4,13,18,25
  177:6,16,24 178:9
  178:22 179:12
  182:18 184:17
  185:2 186:2,6,24
  187:2 190:10,20
  191:12,15,21
  192:14,17 193:4
  193:13,20,24
  194:19 195:4,10

  195:21 196:5
  197:1,9,15 198:10
  198:12,15,21
  199:1,18,23 200:7
  200:12,19 201:6
  201:12,16 202:7
  202:12 203:7
  204:14 206:8,16
  207:3,12 208:20
  209:1,5,22 211:6
  211:19 212:7,13
  213:1,9,15 214:7
  215:4,19 216:6,9
  217:23 218:3,12
  218:14
**yasser**
  42:22 43:12 86:2
  88:10 201:7,10
**yeah**
  21:7,13,18,25
  23:6 25:18 53:12
  55:20 73:13 76:15
  85:19 97:18 98:14
  103:17 105:15
  111:11,15 123:3
  136:22 141:21
  153:11,13 159:1
  159:13 164:19
  193:13
**year**
  5:16 6:9,12 10:11
  10:11,13,14,16
  12:19 23:15 63:25
  91:7 92:19
**years**
  8:19 10:1,19
  15:11 59:8 62:21
  92:20,20,21
  101:22 164:4,7
  200:8 210:13
**york**
  1:2 3:8 8:19
  84:22 89:16
  101:20,20,25
  210:10,10,14
**young**
  211:20 212:18
**youssef**
  48:14

**youth**
4:12 20:18,23
103:1,4,20 160:12
200:10 201:2
202:1 204:4
**youths**
200:25

**Z**

**zero**
63:7,11 210:5
**ziad**
51:21 97:4,10,25
99:1
**zinni**
168:11
**zion**
108:12
**zionists**
128:19
**zombies**
205:10

**0**

**01**
217:25
**02**
4:11
**03**
7:21 8:9 13:12
92:16 101:23
141:13
**04**
8:9,21
**04cv397**
1:7
**05**
8:21,25 101:23
**06**
9:15 141:15
**07**
9:15 10:6 193:21
**08**
218:2
**09**
4:15 218:16

**1**

**1**
3:9 4:5,11 52:16

52:18 107:23
112:7 123:3 210:6
**10**
4:15 42:14 55:6
121:18,19
**100**
63:12 193:9
**100224690**
3:8
**102**
4:12
**104**
4:13
**10763**
1:25
**11**
4:16,24 112:7
126:20,21,23
159:4 177:17
180:12 210:6
**110**
141:3
**111**
143:19
**1113**
3:9
**112**
87:6 142:22
**118**
4:14
**11th**
180:8,15,23
**11yearold**
212:14 213:4,16
215:6
**11yearolds**
212:8
**12**
4:17,24 112:7,9
130:21,23
**121**
4:15 163:25
164:12
**122**
165:1 173:18,19
173:22 176:12
**126**
4:16
**13**

4:18,24 140:23
141:1
**130**
4:17
**14**
4:19 42:14 62:1
112:7 145:19,20
165:6 200:8
203:16
**140**
4:18
**145**
4:19
**149**
4:20
**14th**
128:25 163:10,15
170:14
**14yearolds**
200:20
**15**
1:19 2:4 4:20 5:3
124:7 148:25
149:1
**16**
4:21 163:22,23
168:10 176:8
193:23
**163**
4:21
**166**
4:22
**17**
4:22 28:11 51:11
51:13 112:9 166:3
166:4,6 173:24
209:12 210:6
**170**
4:23
**17th**
124:17 173:7
175:22
**18**
4:23 88:5 118:22
118:23 119:13
170:21,23 208:22
**185**
4:24
**18th**

4:9 71:9
**19**
1:18 2:3 4:24
185:1 192:16,18
194:17 210:6
219:5 220:5,21
**1919**
10:22
**1994**
88:11 90:10 91:18
91:25
**1995**
5:14
**1997**
6:17
**1998**
6:2
**1999**
6:21

**2**

**2**
4:7,11 61:14,16
153:12 159:2
210:6
**20**
4:25 55:6 86:11
149:5 151:1 216:7
216:8
**200**
13:1
**2000**
6:21,23 7:4,10
13:12 44:3 56:3
91:7 131:20,23
132:16 136:3
**200055701**
3:19
**2001**
4:9 71:9 75:10
161:5,24 162:15
162:19 168:10
**2002**
7:11 92:25 124:17
128:25 136:3
163:10 171:8
175:22 208:16,23
209:18
**2003**

7:12 92:25
**2004**
44:3 56:3 130:4
130:17
**2006**
141:14
**2011**
4:15 123:3
**2012**
166:12
**2013**
1:18 2:3 219:5,19
220:5,21
**2026265800**
3:20
**21**
151:2 197:4
**212**
3:9
**216**
4:25
**22**
131:5,19 154:18
176:5 185:3,6,13
**23**
135:20
**24th**
168:5
**25**
2:9 65:16 66:16
67:13 68:12 112:9
**27**
4:15
**27th**
177:17
**28**
210:6
**29**
56:11

**3**

**3**
4:8 65:14 71:10
71:13 159:4
**33**
113:17
**35**
112:7
**35yearold**

171:15
**367**
146:3
**399**
3:7

---
**4**
---
**4**
4:9 71:11,12,14
71:16 127:22
167:14,15,21,22
167:23 193:21,23
**43a**
102:25
**462**
52:22
**4th**
88:7 89:3

---
**5**
---
**5**
4:3,10 86:18,20
112:7 217:25
218:2,16
**50**
209:2
**52**
4:5
**53**
148:22
**54**
159:2
**5667**
124:7

---
**6**
---
**6**
4:11 95:16,17,19
**61**
4:7
**63**
209:17 210:3,13
**65**
4:8
**655**
3:17

---
**7**
---
**7**
4:12 102:23

**71**
4:9
**715**
3:9
**75**
58:14

---
**8**
---
**8**
4:13 104:19,20,21
118:17 153:8
168:5,8
**80**
12:22
**85**
192:19 193:19
**86**
4:10

---
**9**
---
**9**
1:19 2:4 4:14 5:3
87:20 118:17,18
165:3
**90**
12:22 162:17
**900**
3:18
**90s**
6:6
**93**
5:12 56:7 89:8
90:1,8
**95**
4:11
**96**
6:1