# EXHIBIT B.109

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -x

MARK I. SOKOLOW, ET AL.,

           Plaintiffs,

   vs.                       Civil Action No.
                              1:04-cv-00397-GBD

THE PALESTINE LIBERATION
ORGANIZATION, ET AL.,

           Defendants,

- - - - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION OF JOHN B. QUIGLEY

Columbus, Ohio

Thursday, October 10, 2013

REPORTED BY:

KAREN SUE GIBSON

REF. NO.: 10461

Page 2

```
 1
 2
 3
 4
 5
 6              October 10, 2013
 7              8:30 a.m.
 8
 9
10
11        Deposition of JOHN B. QUIGLEY, held at
12   the Renaissance Columbus Downtown Hotel, 50 North
13   Third Street, Columbus, Ohio, pursuant to Notice
14   before KAREN SUE GIBSON, a Shorthand Reporter and
15   Notary Public of the State of Ohio.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   ------------------INDEX----------------------------
 2   WITNESS        EXAMINATION BY          PAGE
 3   JOHN B. QUIGLEY    MS. MACHNES              6
 4            MR. O'TOOLE          198
 5
 6   -----------------EXHIBITS----------------------------
 7   FOR IDENTIFICATION  DESCRIPTION           PAGE
 8   Exhibit 1    Curriculum Vitae of
 9            John Quigley            7
10   Exhibit 2    Publications of
11            John Quigley           59
12   Exhibit 3    "The Oslo Accords:
13            More Than Israel
14            Deserves"          63
15   Exhibit 4    USDC SDF
16            Hernandez vs.
17            United States          79
18   Exhibit 5    Expert Report of
19            John Quigley          81
20   Exhibit 6    201 State Defined,
21            Reinstatement (Third)
22            of Foreign Relations Law    128
23            - oOo -
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
 2
 3   ARNOLD & PORTER LLP
     Attorneys for Plaintiffs
 4   BY:  MS. TAL R. MACHNES, ESQ.
        MS. LUCY S. McMILLAN, ESQ.
        399 Park Avenue
 5      New York, New York 10022-4690
        (212) 715-1399
 6      Tal.Machnes@aporter.com
        Lucy.McMillan@aporter.com
 7
 8
 9
     MILLER & CHEVALIER CHARTERED
10   Attorneys for Defendants
     BY:  MR. TIMOTHY P. O'TOOLE, ESQ.
11      MS. DAWN E. MURPHY-JOHNSON, ESQ.
        655 Fifteenth Street, N.W., Suite 900
12      Washington, D.C. 20005-5701
        (202) 626-5800
13      totoole@milchev.com
        dmurphyjohnson@milchev.com
14
                 - oOo -
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1            STIPULATIONS
 2            IT IS STIPULATED AND AGREED by
 3   and between the attorneys for the
 4   respective parties herein that the
 5   filing, sealing, and certification of
 6   the within deposition be waived.
 7            IT IS FURTHER STIPULATED AND
 8   AGREED that all objections, except as
 9   to the form of the question, shall be
10   reserved to the time of the trial.
11            IT IS FURTHER STIPULATED AND
12   AGREED that the within deposition may
13   be sworn to and signed before any
14   officer authorized to administer an
15   oath, with the same force and effect
16   as if signed to before the court.
17
18
19
20
21            - oOo -
22
23
24
25
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 6

1  J O H N  B.  Q U I G L E Y, called as a witness,
2      having been first duly sworn by Karen Sue
3      Gibson, a Notary Public within and for the
4      State of Ohio, was examined and testified as
5      follows:
6  EXAMINATION BY
7  MS. MACHNES:
8      Q   Good morning, Professor Quigley.  My name
9  is Tal Machnes, I am here on behalf of plaintiffs,
10  and this is my colleague Lucy McMillan, also here on
11  behalf of plaintiffs, from Arnold & Porter.  Have you
12  ever been deposed before?
13      A   No.
14      Q   No, okay.  So I'm just going to give you
15  a little bit of background.  I am going to ask you a
16  series of questions, and I want you to listen to my
17  question, answer the question as I ask it.  If you
18  don't understand any of the questions that I ask you,
19  just let me know.  If you need a break at any time
20  also let me know.  We will be taking breaks every
21  hour, hour and a half, but if you need a break other
22  than that, just let me know.  And other than that
23  we'll just get started.
24      I am first going to hand you a document
25  that is marked Plaintiff's Deposition Exhibit 1.

Page 7

1      (Exhibit 1 marked on the record.)
2      Q   And if you could just take a minute to
3  review the document and let me know when you're
4  finished.
5      A   Yes.
6      Q   Okay.  Do you recognize this document?
7      A   Yes.
8      Q   And what is it?
9      A   It's a curriculum vitae of mine.
10      Q   Okay.  And this is a copy of the CV that
11  you submitted in connection with your expert report
12  in this matter?
13      A   Yes.
14      Q   Okay.  When did you prepare this version
15  of your CV?
16      A   Over the summer.
17      Q   Okay.  Is it complete and accurate?
18      A   Yes.
19      Q   And did you prepare it for purposes of
20  this expert report or is this the CV that you use
21  generally?
22      A   It's a bit shorter than another one that
23  I have.
24      Q   Okay.  Is there anything that you want to
25  add or change in this version or?

Page 8

1      A   The place where it indicates my position
2  held, it says "Professor Emeritus (appointment
3  pending)."  That appointment has now been approved so
4  you could delete the "(appointment pending)."
5      Q   Congratulations on that.  Okay.  So
6  turning to your CV, you graduated from law school in
7  1966; is that right?
8      A   Yes.
9      Q   Okay.  And do you hold any other graduate
10  degrees other than the law school degree?
11      A   Yes.  I hold a Master's degree from
12  Harvard University in international relations.
13      Q   Okay.  And you got that degree in 1966
14  also?
15      A   Yes.
16      Q   Okay.  So it was a dual program?
17      A   A dual degree, yes.
18      Q   Okay.  And what did you do after law
19  school?
20      A   As indicated on the curriculum vitae, I
21  was a research fellow at Moscow State University for
22  one year, and then I was a research associate in law
23  at Harvard Law School for two years.
24      Q   Okay.  And what were you researching in
25  those positions?  Let's start with the first one in

Page 9

1  Moscow.  What were you researching?
2      A   It was international and comparative law.
3      Q   Okay.  And when you were a research
4  fellow at Harvard, what were you researching?
5      A   It would be the same.
6      Q   Okay.  And did you produce any sort of
7  results of your research at the end of those?
8      A   There were two books, one called "Basic
9  Laws on the Structure of the Soviet State" and
10  another one called "The Soviet Foreign Trade
11  Monopoly."
12      Q   Okay.  So the focus of both of those
13  fellowships was Soviet studies?
14      A   Was the law of the Soviet Union, yes.
15      Q   Okay.  And any other focus or was it
16  limited to that?
17      A   That was the sole focus.
18      Q   Okay.  So after your fellowships, what
19  did you do after that?
20      A   I had -- I gained a position at Ohio
21  State University on the faculty.
22      Q   And what position was that?
23      A   Assistant professor.
24      Q   And what were you teaching as an
25  assistant professor?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 10

1        A    Initially my appointment was actually in
2    three different departments, the Department of Slavic
3    Languages and Literatures, the Department of
4    Political Science, and the College of Law.  I was
5    teaching elementary Russian in the Department of
6    Slavic Languages and Literatures.
7            And Political Science I was teaching a
8    course about the Soviet Union and its legal system.
9            And in the College of Law I was teaching
10   a course on Soviet law, and rather soon I began
11   teaching as well criminal law, basic criminal law,
12   and basic international law.
13       Q    Okay.  Do you speak Russian?
14       A    Yes.
15       Q    Okay.  And then at some point I see you
16   did a year on leave in Tanzania; is that right?
17       A    Yes.
18       Q    And had you started the -- had you
19   started your courses in criminal law and basic
20   international law at Ohio State before that --
21       A    Yes.
22       Q    -- leave?  Okay.  So what was your leave
23   in Tanzania?  What was the purpose of your leave in
24   Tanzania?
25       A    I had a temporary teaching position

Page 11

1    there.
2        Q    And what were you teaching?
3        A    Criminal law and international law.
4        Q    Okay.  And, again, was there any focus or
5    just general?
6        A    I was teaching the basic first-year
7    course in criminal law and an elective course, survey
8    course, of international law.
9        Q    In the criminal law course what -- what
10   law were you applying?
11       A    I was teaching the criminal law of
12   Tanzania.
13       Q    Okay.  And how had you learned the
14   criminal law of Tanzania?
15       A    The criminal law of Tanzania is taken
16   very -- almost in its entirety from British criminal
17   law, so it was something already familiar to me.
18       Q    And when had you become familiar with the
19   British criminal law?
20       A    Just from the common law of crimes that I
21   learned in law school.
22       Q    Okay.  So then you went back to Ohio
23   State after a year in Tanzania; is that right?
24       A    Yes.
25       Q    And when was that?

Page 12

1        A    1983.
2        Q    1983, okay.  And what did -- what were
3    you teaching when you went back to Ohio State after
4    Tanzania?
5        A    International law and criminal law.
6        Q    Okay.  So the two same courses?  You
7    picked up and started the same courses?
8        A    Yes, and comparative law.  I was teaching
9    on the Soviet legal system as well.
10       Q    Okay.  That was -- it was those three
11   courses right when you got back from your leave?
12       A    Yes.
13       Q    Okay.  And at some point did you begin
14   teaching any other courses or are those?
15       A    Yes.  I did expand a bit, and from time
16   to time I would teach seminars on different topics.
17   And I taught -- began teaching a seminar on the law
18   of Africa and on the Middle East Conflict.
19       Q    Okay.  Those were the two seminars that
20   you taught?
21       A    Yes, yes.
22       Q    And how often have you taught those
23   seminars?
24       A    I rotate them.  I couldn't tell you
25   offhand exactly how many times I've taught them but

Page 13

1    approximately every other year.
2        Q    Okay.  Do you -- do you rotate every
3    other year so one year you will do the law of Africa
4    and the next year you will do the Middle East?
5        A    Yes.  I also do international criminal
6    law so, let's see, the last couple of years I've
7    taught the Middle East Conflict course so I've taught
8    it maybe for the last two years at least and Africa
9    I've taught maybe twice over the last four years and
10   international criminal law maybe twice over the last
11   four years.
12       Q    Okay.  And what do you mean exactly by
13   Middle East Conflict as the title of your seminar?
14       A    It focuses on the Arab-Israeli Conflict.
15       Q    Okay.  Is there any other part of that
16   course other than the Arab-Israeli Conflict?
17       A    That's the entirety.
18       Q    Okay.  And when you began teaching that
19   seminar, had you had any other background in that
20   area?
21            I guess let me step back.  So you started
22   teaching that seminar --
23       A    Uh-huh.
24       Q    -- when you got back from Tanzania in
25   1983?

4  (Pages 10 to 13)

Page 14

1    A   I don't remember when I started teaching
2  it exactly, but it was after 1983.
3    Q   Okay.  At some point after 1983.  Was it
4  within five years, roughly?
5    A   Probably, yes, yes.
6    Q   And had you had any background in the
7  Middle East Conflict before you started teaching that
8  course?
9    A   Well, it's my background in international
10  law.  It's like a subset of international law.
11    Q   Okay.  So you had studied that conflict
12  specifically in your capacity as a professor or
13  student of international law?
14    A   That's right.
15    Q   And how had you studied it?
16    A   By reading and studying the relevant
17  treaties and documents.
18    Q   All right.  Had you -- had you written
19  anything on it at that point?
20    A   I think the first major thing I wrote
21  would have been a book that was published around
22  1989.
23    Q   What was the book?
24    A   The title is "The Challenge" --
25  "Palestine and Israel:  A Challenge to Justice."

Page 15

1    Q   Okay, okay.  And you said that your
2  experience was from reading and studying relevant
3  treaties and the like.  What were the specific -- if
4  you recall, the specific treaties and reading that
5  you did to become acquainted with the conflict before
6  you started teaching that course?
7    A   Well, it would have been the
8  international documentation relevant to the conflict
9  going back to the time of the First World War, the
10  Balfour Declaration of Britain, the mandate of the
11  League of Nations over Palestine, the activity at the
12  United Nations when the United Nations came into
13  existence.
14    Q   Any others that you remember?
15    A   Those would be the major ones.
16    Q   Okay.  And what do you mean -- what do
17  you mean specifically -- this is going back all the
18  way to the beginning.  What do you mean exactly by
19  the field of international law?  What does that
20  encompass when you use that term?
21    A   Well, my focus is what we call public
22  international law, the law between states --
23    Q   Okay.
24    A   -- customary international law, the law
25  of treaties, obligations among states, remedies for

Page 16

1  states when obligations are violated.
2    Q   Okay.  And what do you mean by states?
3    A   The states in the sense of nation states,
4  states of the world.
5    Q   And I am sure we are going to get much
6  more into this but what is your -- what's your
7  definition of a nation state or a state of the world
8  as you said?
9    A   Well, it's an entity that's accepted in
10  the international community, accepted by other states
11  as having that status.
12    Q   Okay, okay.  So you -- before you began
13  teaching the Middle East Conflict seminar, you got
14  acquainted through reading and studying all these
15  relevant documents we went through.  Do you have any
16  other experience subsequent to that other than the
17  teaching and the -- and what you did to prepare for
18  teaching the course?  Do you have any other
19  experience with the Middle East Conflict?
20    A   Any other experience?  I mean, that's the
21  way that I, you know, developed expertise on the
22  subject was by teaching.
23    Q   So just more of reading and studying the
24  relevant documents.
25    A   Yes, yes.

Page 17

1    Q   Okay.  Have you ever visited Israel?
2    A   Yes.
3    Q   Okay.  How many times have you visited?
4    A   Half a dozen, approximately.
5    Q   Okay.  When did you visit?  When were
6  those?
7    A   1977.
8    Q   Testing your memory here, I know.
9    A   Right.  Several times during the 1980s, I
10  don't remember the exact years, and several times
11  during the 1990s as well, and several times during
12  the first decade of this century.
13    Q   Okay.  And do you speak Hebrew?
14    A   No.
15    Q   Okay.  And what was the purpose of those
16  visits?  I mean, we can take them one by one.  In
17  1977, why did you go?
18    A   That was a visit with a group of lawyers
19  that were there to just get a general idea of the
20  situation from the standpoint of legal issues.
21    Q   Okay.  And was it a conference?
22    A   Not a conference, it was just a visit, a
23  group of lawyers.
24    Q   And was the group of lawyers all from the
25  United States, or were they from around the world?

5 (Pages 14 to 17)

Page 18

1    A   From the United States.
2    Q   Okay.  And you just went together and
3  what did you do while you were there?
4    A   We talked with -- with lawyers in, you
5  know, the area that had relevant experience on the
6  issues that are involved in the conflict.
7    Q   Okay.  So you spoke to Israeli lawyers?
8    A   Yes.
9    Q   And any other lawyers from the area?
10   A   And Palestinian lawyers.
11   Q   And what did you gain from that visit?
12   A   Well, I gained a better understanding of
13 the entire situation, supplemented, you might say,
14 what I was learning in an academic sense.
15   Q   And so what was that understanding that
16 had become supplemented?
17   A   Well, I just had a better understanding
18 of how the international system and its activities
19 were playing out in the real world.
20   Q   And how were they playing out in the real
21 world?
22   A   Well, there was still a conflict going
23 on.  The international community hadn't been able to
24 resolve it.
25   Q   I am just wondering what you learned

Page 19

1  while you were there, what -- what you had gained
2  specifically in terms of knowledge or experience by
3  meeting with the local lawyers while you were there.
4    A   Well, I mean, we focused on the law
5  relating to belligerent occupation in the -- as
6  relevant to the West Bank and Gaza Strip and that led
7  me into reading decisions of the Supreme Court of
8  Israel on the subject.
9    Q   Okay.  Anything else?
10   A   No.
11   Q   Okay.  Then you said you visited Israel
12 several times in the 1980s.  What was the purpose of
13 those visits?
14   A   There was one visit with a group of
15 academics.  We were visiting universities in
16 Jerusalem and in the -- in the Palestinian
17 territories.
18   Q   So you visited universities in Jerusalem
19 and visited universities in Palestine?
20   A   Yes.
21   Q   Were those two separate visits or that
22 was in --
23   A   A single visit, yeah.
24   Q   -- a single visit?  And that was with a
25 group of academics?

Page 20

1    A   Yes.
2    Q   And what did you gain from that visit?
3    A   We were simply, you know, talking with
4  the teachers in these universities to get a general
5  idea of the situation.
6    Q   And I guess let's start with the
7  Jerusalem university visits.  What was the
8  perspective of the academics that you met with at the
9  Jerusalem universities?
10   A   What was their perspective?
11   Q   Yes.  You said you spoke with them so
12 what -- I guess what did you speak about?
13   A   Right.  We spoke about the conflict and
14 ways of resolving the conflict.
15   Q   Okay.  And do you remember anything more
16 specific about your conversations with them, what
17 they had to say about the conflict and ways of
18 resolving the conflict?
19   A   Well, in general they were all looking
20 for ways of coming to some accommodation, and they
21 were focusing on the difficulties, the points in
22 controversy.
23   Q   And what difficulties, I guess, were
24 brought up?
25   A   Resolving the basic issues about

Page 21

1  territory, the issues that are still the main points
2  of controversy in the conflict.
3    Q   Why do you -- what do you mean when you
4  say the conflict about the territories?
5    A   What -- who is going to have control of
6  what territory.
7    Q   So you mean the control of the West Bank
8  and the state of Israel --
9    A   Yes, yes.
10   Q   -- and the Gaza Strip.  So that was -- do
11 you remember anything else about your meeting with
12 the academics at Jerusalem University?
13   A   No.
14   Q   Okay.  And then you said in the same
15 visit you met with academics also in the Palestinian
16 territories?
17   A   Yes.
18   Q   And what do you remember, if anything,
19 about those meetings?
20   A   Well, basically the same issues but also
21 issues of the law of belligerent occupation and their
22 concerns that -- that those laws were not being
23 respected on the Israeli side.
24   Q   Okay.  What university -- I'm sorry if I
25 missed it before but what university or universities

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 22

1    did you visit when you were in the Palestinian
2    territories?
3        A    The University of Bir Zeit.
4        Q    Okay.  And how do you spell that just for
5    the court reporter?
6        A    Two words, B-I-R Z-E-I-T.
7        Q    Okay.  And do you remember anything else
8    about your meetings with those academics, the
9    Palestinian academics?
10       A    No.
11       Q    Okay.  And so that was your visit in the
12   '80s, if you recall.
13       A    Uh-huh.
14       Q    You said you thought you visited several
15   times.  Do you remember any other specific visits in
16   the '80s?
17       A    There was one other visit later in the
18   '80s but I -- my recollection is less precise as to
19   exactly what I did there.
20       Q    Okay.  But was that after the one that we
21   just talked about?
22       A    Yes, yes.
23       Q    Okay.  Was it for business, do you think?
24       A    Well, again, I was talking with people
25   about the conflict.

Page 23

1        Q    Okay.  And that's all you remember?  I
2    know it's going back a long time.
3        A    Yes.  I'm a little bit vague on that one.
4        Q    Okay.  So let's go to the '90s.  You said
5    you visited Israel several times in the '90s.  Do you
6    remember the first visit that you made to Israel in
7    the 1990s?
8        A    It might have been one in the early '90s,
9    but I can't remember for sure.
10       Q    Okay.  Was there one later in the '90s
11   that you do remember?
12       A    Yes, yes.
13       Q    What was that?
14       A    1999.
15       Q    In 1999, you went to Israel again?
16       A    Yes.
17       Q    What was the purpose of that visit?
18       A    I had been asked to go there by a
19   consulting firm in London called the Adam Smith --
20   Adam Smith International.
21       Q    Okay.  What is Adam Smith International?
22       A    It's a consulting firm located in London,
23   England.
24       Q    And what do they do primarily?
25       A    They do consulting on various

Page 24

1    international issues around the world, I think
2    development issues of various kinds.
3        Q    Okay.  So obviously they are involved in
4    consulting related to conflict in the Middle East.
5    Do you know if they are -- do you know any other
6    specific development projects that they are involved
7    in?
8        A    In other parts of the world?
9        Q    Yeah.
10       A    I looked at it at one time, but I don't
11   remember specific countries.  But they -- I think
12   they were involved in like administering British aide
13   in developing countries of the world.
14       Q    Okay.  Do they have any particular focus
15   on the conflict in the Middle East or it's one of
16   their large group of?
17       A    Yes, they do.  They were asked by the
18   British government to set up a -- a legal office once
19   the negotiations were in prospect between the
20   Israelis and the Palestinians.
21       Q    Okay.  Where did they set up a legal
22   office?
23       A    In the town of Ramallah.
24       Q    Okay.  And when did they set up that
25   legal office?

Page 25

1        A    I think 1999.
2        Q    Okay.  And that's when you went to
3    Israel?
4        A    Yes.
5        Q    And were you hosted by the Adam Smith
6    International?
7        A    Yes.
8        Q    Okay.  So were you working out of their
9    office?
10       A    I mean, they -- they had set up an office
11   there, and I was in contact with it, yes.
12       Q    Okay.  Well, what did you do with them
13   when you were there in 1999?
14       A    I was asked to consult with the lawyers
15   that they were organizing that were in the office in
16   Ramallah.  I was asked to consult with them on -- on
17   legal issues that might arise.
18       Q    And were the lawyers in their office in
19   Ramallah, were they British lawyers?
20       A    They were recruited, I think, generally
21   from anywhere.
22       Q    Anywhere in the world.
23       A    Anywhere in the world.  I think most of
24   them had a connection to the United States.
25       Q    Okay.  Were there any Palestinian lawyers

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 26

1  there?
2      A   I think some of the -- those from the
3  United States were of Palestinian background.
4      Q   Okay.  But not that you can recall any
5  Palestinian lawyers without a connection to the
6  United States?
7      A   I don't think there were.
8      Q   Okay.  And do you recall if there were
9  any Israeli lawyers set up in that office in
10  Ramallah?
11      A   Israeli lawyers?  I don't think there
12  were.
13      Q   Okay.  And I know they had just set up
14  when you were there in '99 but what do you recall was
15  the product of those meetings that you had?
16      A   We kind of set up a procedure for
17  possible future contact, that I might be consulted on
18  issues.
19      Q   Okay.  I just want to step back.  We will
20  go back to that but what were -- I guess what were
21  the -- during your meetings in 1999 with the lawyers
22  at the Adam Smith International office in Ramallah,
23  what were the legal issues that you were discussing
24  with the lawyers there?
25          MR O'TOOLE:  I am going to

Page 27

1          object at this point.  I am assuming
2          you were consulted in your capacity as
3          a lawyer, and to the extent this asks
4          for communications in which he was
5          asked for legal advice, I think there
6          may be a privilege issue here.  I will
7          let you ask questions about it, but I
8          just want to flag it at this point.
9      Q   Did you have a client when you were --
10  when you were at that office when you went to visit
11  in '99 and were meeting with lawyers at the Adam
12  Smith International office, did you have any client
13  that you were representing during those visits?
14      A   Not in the sense of individuals who had
15  litigation.
16      Q   Okay, okay.  So, again, I'll ask the
17  question I asked before.  What were the legal issues
18  that you were discussing with the other attorneys at
19  the Adam -- at the Adam Smith office?
20      A   Well, I was discussing with other lawyers
21  so I was, you know, consulting with them; and they
22  had a client so, you know, I was really consulting in
23  a -- in a legal capacity.
24      Q   Okay.  And what were -- what issues were
25  you discussing?

Page 28

1      A   The major issues that were on the table
2  between the Israelis and Palestinians.
3      Q   So before you mentioned, for example, in
4  the -- in your previous visits the law of belligerent
5  occupation.  Were you discussing that?
6      A   Yes.
7      Q   Okay.  And ways to resolve the conflict,
8  were you discussing that?
9      A   I'm sorry?
10      Q   Ways to resolve the conflict.
11      A   Yes.
12      Q   Anything else like that that you recall
13  discussing?
14      A   No.  Those were the keys.
15      Q   Okay.  And then you said that at the end
16  of that visit you set up a procedure for possible
17  future consult?
18      A   Yes.
19      Q   And have you worked with that office
20  again after your visit in 1999?
21      A   Yes.
22      Q   Okay.  And when -- when have you worked
23  with them?  How many times?
24      A   I mean, on a number of occasions.  I
25  don't remember how many.  I was asked for opinions on

Page 29

1  various issues.
2      Q   And have you -- have those communications
3  been over the internet, or have you gone back and
4  visited that office again?
5      A   They were remote.  I haven't gone back
6  for that purpose.
7      Q   Okay.  And what sorts of opinions were
8  you giving them?
9      A   Well, about issues that would rise in the
10  course of their work that they wanted more
11  elaborations on.
12      Q   Okay.  And it was general policy issues,
13  or was it related to specific cases?  Do you have
14  any?
15      A   The general policies involved in the
16  major issues that were on the table.
17      Q   Okay.  Do you know what issues they were
18  coming up against in terms of the general policy
19  issues?
20      A   I mean, they were the ones specified in
21  the -- in the 1993 Declaration of Principles between
22  the parties.
23      Q   Okay.  And what were those?
24      A   Borders, Jerusalem, sovereignty,
25  refugees.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 30

1    Q   Okay.  So were they -- were they
2  representing individual clients in Palestine, the
3  Adam Smith International?
4    A   No.
5    Q   They weren't.  So they were dealing
6  mostly with these policy issues just like the ones
7  you just mentioned in the 1993 interim agreement?
8    A   Yes.
9    Q   Okay.
10   A   1993 Declaration of Principles.
11   Q   1993, right.  Okay.  So that was -- that
12 was your visit in 1999.  Then you said you also
13 visited Israel again several times in the early part
14 of this --
15   A   Uh-huh.
16   Q   -- century.  How many times have you
17 visited in the 2000s?
18   A   Two or three times, I would say, during
19 the first decade of the 21st Century.
20   Q   Okay.  Two or three times?  What was the
21 first visit that you remember?
22   A   I was asked to give a lecture at Bir Zeit
23 University.  That was one visit.  I was asked to give
24 a lecture at the University in Hebron.  I think that
25 was my most recent visit.

Page 31

1    Q   Okay.  And those are the two you
2  remember?
3    A   Yes.  Then there was also a conference
4  on -- with some lawyers about the issue of
5  Palestinian nationality as it would appear in the
6  agreements expected to come with Israel.
7    Q   Do you think that was in between the two?
8    A   Yes, actually.
9    Q   Okay.
10   A   These would be roughly 2009 to 2012.
11   Q   Okay, okay.  So I want to take those one
12 by one.  What was the lecture you gave at Bri Zeit
13 University?
14   A   It was on international law issues in
15 the -- in the Arab-Israeli Conflict.
16   Q   And how long was that speech?
17   A   An hour.
18   Q   And who attended?
19   A   Students and faculty of that university
20 and I think it was open to the public.
21   Q   Okay.  Do you know if anyone came -- if
22 anyone actually came from outside of the university?
23   A   I think so, yes.
24   Q   Okay.  And what issues specifically were
25 you -- what international law issues specifically

Page 32

1  were you lecturing on?
2    A   Yeah, that I don't really remember.
3  Yeah, I think I went into the history of the Balfour
4  Declaration and the mandate period.  It was a general
5  lecture.
6    Q   Okay.  And then did you go out to the
7  present, or was it more of a historical evolution of
8  the conflict?
9    A   It was historical but I did go up to the
10 present to, you know, the issues that are outstanding
11 at the moment.
12   Q   Okay.  And by issues outstanding do you
13 mean the issues -- what do you mean by the issues?
14   A   Yeah.  I would have included the issue of
15 statehood of Palestine and the activity at the United
16 Nations.
17   Q   And what activity at the United Nations
18 had been relevant to that lecture and was relevant at
19 that time?
20   A   Well, there was talk about the Palestine
21 government making an approach for membership in the
22 United Nations.  There was also an effort to converge
23 jurisdiction on the International Criminal Court for
24 matters relating to the military activity in Gaza
25 that occurred at that time.

Page 33

1    Q   Okay.  So do you remember -- so this
2  was -- this was -- you think was in around 2009, this
3  one, this lecture?
4    A   Maybe 2009, 2010, I'm not sure.
5    Q   Okay.  Do you remember what approaches
6  the Palestinian government had made at that point for
7  membership before the UN?
8    A   At that point it was being -- there was
9  the thought they might make an approach for
10 membership at the UN.
11   Q   Okay.  And the UN admits for full
12 membership only internationally-recognized states; is
13 that right?
14   A   They only admit states.
15   Q   For full membership.
16   A   Yes.
17   Q   So you said there was a thought that
18 Palestine might be making an approach for
19 membership --
20   A   Yes.
21   Q   -- as of then and did they?
22   A   They did in 2011, yes.
23   Q   Okay, 2011.  And what was the result of
24 that approach?
25   A   It was not approved by the Security

9 (Pages 30 to 33)

Page 34

1    Council.
2        Q    Okay.  And did you mention that 2011
3    approach in your report?  I know we haven't
4    introduced it yet, the expert report you provided in
5    this case.  Did you?
6        A    I don't remember if I mentioned that or
7    not.
8        Q    Okay.  We can go back to that once we
9    have your report in front of you.  Okay.  So then you
10   think that was your first lecture, 2009, 2010.  And
11   then your next visit you said there was a conference
12   on Palestinian nationalities; is that right?
13       A    Uh-huh.
14       Q    And do you remember around what time that
15   was, what year?
16       A    2011 or '12.
17       Q    Okay.  And who was the conference -- who
18   attended the conference?
19       A    There were lawyers from Israel and from
20   the West Bank.
21       Q    Lawyers from Israel and the West Bank and
22   the U.S.?
23       A    And the U.S., uh-huh, uh-huh.
24       Q    How many people and -- or how many
25   lawyers attended the conference about?

Page 35

1        A    It was open to the public, but I don't
2    know, perhaps 30 or 40.
3        Q    And it was open to the public -- to
4    lawyers of the public or even nonlawyers?
5        A    Well, it was open to everyone.
6        Q    Okay.  But as you recall, it was only
7    Palestinian, Israeli, and U.S. lawyers that attended?
8        A    Yes, primarily.
9        Q    Okay.  And the issue was on Palestinian
10   nationality; is that right?
11       A    Yes.
12       Q    What exactly -- who spoke at the
13   conference?
14       A    Well, who spoke?  I don't remember who
15   spoke.  The issue was what would become -- if there
16   were a successful negotiation with Israel, what would
17   be the status of Palestinians, in particular those
18   outside the territory, those who are in other
19   countries, other -- what their status would be in
20   relation to the -- to Palestine.
21       Q    Okay.  What were the -- I guess what were
22   the various options of statuses that could have
23   applied to Palestinians outside of the --
24       A    Well, they could be considered to be
25   citizens of Palestine or they could be considered to

Page 36

1    be in some other connection to Palestine that was
2    something short of citizenship or they could be
3    considered to have no connection at all.
4        Q    Okay.  And what is your view on that?
5        A    I didn't have a very defined view on it.
6    I regarded it as a complicated issue.
7        Q    And like most issues would you say that's
8    among the complicated issues?
9        A    Yes.
10       Q    So were there multiple speakers at the
11   conference who took different views, or was there one
12   speaker?  I know you don't remember who the speaker
13   was.
14       A    I think there were differing views, some
15   who thought all should be considered to be full
16   citizens and some who thought that was -- was not the
17   right approach.
18       Q    Okay.  Was there anyone who took the view
19   that Palestinians should hold Israeli citizenship?
20       A    Well, I mean, certainly the Palestinians
21   who already have Israeli citizenship that live in
22   Israel there was -- there was a point of view that
23   they should maintain their citizenship because there
24   was something of an effort in Israel to suggest that
25   those people should depart and should not be citizens

Page 37

1    of Israel any longer.
2        Q    And that would be if there was a
3    negotiated agreement, then the Palestinians who had
4    obtained citizenship -- Israeli citizenship should no
5    longer have Israeli citizenship?
6        A    There was that point of view being
7    expressed in some political circles in Israel and
8    these lawyers were responding to that.
9        Q    And do you remember what the response
10   was?
11       A    Well, that they should maintain their
12   citizenship and their residence.
13       Q    Okay.  Do you remember anything else
14   about that conference?
15       A    No.
16       Q    How many -- sorry.  I should have asked
17   this earlier, was it one day, or did it go on for
18   multiple days?
19       A    It might have been a day and a half.
20       Q    A day and a half.  So then you went back.
21   Your most recent visit you said you were giving a
22   lecture at Hebron University?
23       A    Yes.
24       Q    And that was in 2012?
25       A    I think so, yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 38

1       Q    Okay.  Around 2012.
2       A    Uh-huh.
3       Q    And what was that lecture on?
4       A    Well, it focused on a number of issues
5   but largely on the Palestine approach to the
6   International Criminal Court.
7       Q    Okay.  And had you -- I know you said in
8   your first lecture you also discussed the possibility
9   of conferring jurisdiction on the International
10  Criminal Court.
11      A    Yes.
12      Q    So then this lecture, that topic was the
13  sole focus?
14      A    It was the primary focus, I would say.
15      Q    Okay.  And what -- what was the content
16  of your lecture?
17      A    Well, the issue for the International
18  Criminal Court was whether to accept the declaration
19  that had been sent by the Palestine government to
20  confer jurisdiction on the court on the basis of the
21  court's statute which allows for a state that is not
22  a part to confer jurisdiction on the court.  So I
23  was -- was talking about that declaration that at
24  that point had been filed.
25      Q    Okay.  When was that declaration filed?

Page 39

1       A    The beginning of 2009.
2       Q    Okay.  And had -- what was the ICC's
3   response to that declaration?
4       A    It -- the prosecutor decided that he
5   couldn't decide on the validity of the declaration
6   because it turned on whether Palestine was a state,
7   and he thought that that issue should be decided by
8   the General Assembly of the United Nations.
9       Q    Okay.  And the prosecutor of the ICC, is
10  that the head of the ICC or?  Just asking.
11      A    He is an official under the statute that
12  sets up the ICC who -- who takes cases to the court
13  and formulates charges and prosecutes.
14      Q    I see.  So his opinion or his decision is
15  the official decision of the court?
16      A    No.  The court itself -- the issue never
17  got to the court itself.
18      Q    Okay.
19      A    Not to the judges of the court.  So the
20  prosecutor was saying that he thought that the
21  determination about Palestine status was not one that
22  he as a prosecutor should be required to make.
23      Q    Okay.  I see.  Had there been any other
24  attempts by the Palestinian government to confer
25  jurisdiction on the ICC?

Page 40

1       A    That was the first.
2       Q    The first.  Have there been subsequent
3   attempts?
4       A    Not any subsequent attempt.  I mean, that
5   attempt is still -- you know, is not completely dead.
6       Q    Uh-huh, because it never reached the
7   court.
8       A    That's right.
9       Q    Okay.  But -- so that's outstanding and
10  there haven't been any subsequent attempts to renew
11  that or?
12      A    Yeah.  There have been no new -- yes, no
13  new developments or approaches to the court.
14      Q    Okay.  In that lecture about ICC
15  jurisdiction, what was the opinion that you -- that
16  you gave in that lecture?
17      A    Well, I said that Palestine is a state
18  and, therefore, that the International Criminal Court
19  should have jurisdiction.
20      Q    Okay.  So in your opinion the prosecutor
21  should have put the issue before the court.
22      A    Yes.
23      Q    Okay.  And so the prosecutor should have
24  put the issue before the court, and in your opinion
25  the court should have allowed the jurisdiction.

Page 41

1       A    Yes.
2       Q    The ICC.  Do you have any idea why the
3   Palestinian government has not made any -- any new
4   attempts or pushed this -- pushed this issue further
5   before the ICC?
6       A    Well, it's filed its declaration.  As a
7   formal matter, there's really nothing that requires
8   it to do anything more.  I mean, they've posed the
9   matter to the court, and the prosecutor has authority
10  under the statute of the court to -- to investigate
11  on the basis of any information and on the basis of
12  the prosecutor's view of jurisdiction.  So the
13  prosecutor has not proceeded to take any more steps
14  on the matter.
15      Q    Okay.  You said "nothing requires it,"
16  and by "it" did you mean Palestine to --
17      A    Yes, yes.
18      Q    Okay.  Are they allowed to take --
19      A    They are allowed, yeah.  Yeah, they could
20  at any time send any kind of communication they want
21  to.
22      Q    Okay.  And they haven't made any
23  further -- they haven't taken any further steps with
24  respect to that declaration or any other type of?
25      A    I think that's correct, yes.

11  (Pages 38 to 41)

Page 42

1    Q   Okay.  I think that -- does that exhaust
2  in your recollection your visits to Israel?
3    A   Yes, it does.
4    Q   Okay.  Have you visited the West Bank
5  and/or Gaza separately from your visits to Israel
6  that we just discussed?
7    A   Well, the visits have included --
8    Q   Right.
9    A   -- the other territories.
10   Q   But have you ever been to the West Bank
11 and not Israel?
12   A   No.  I think I have been in Israel each
13 time.
14   Q   And the same is true of Gaza?
15   A   Yes.
16   Q   So we've covered all these from the '70s
17 through the -- we've covered all your visits to that
18 area of the Middle East.
19   A   Uh-huh.
20   Q   And have your -- other than developing
21 more knowledge in this area have your views on any
22 issues transformed in any specific ways through those
23 visits and through that experience?
24   A   Are you asking about a particular issue
25 or?

Page 43

1    Q   I want -- well, okay.  So, for example,
2  we talked about the law of belligerent occupation.
3  Has your view on that changed at all through your
4  initial visit to Israel and to the present?
5    A   I wouldn't say my basic view has changed,
6  that is, my view was that Israel holds the West Bank
7  in a status called belligerent occupation but that
8  has been the view of the Supreme Court of Israel for
9  many years so my view hasn't changed.
10   Q   Okay.  And what do you mean by
11 belligerent occupation?
12   A   It's the status where an army is in
13 occupation of -- of territory that is outside the
14 sovereignty of the state that that army represents.
15   Q   And the territory we are talking about
16 here is the West Bank and Gaza?
17   A   Yes.
18   Q   And any additional territory?
19   A   Well, the Golan Heights as well would be
20 under belligerent occupation by Israel.
21   Q   Okay.  So that was what I meant by have
22 your views on these issues developed or changed at
23 all.  Can you think of any other specific issues
24 related to the conflict in the Middle East that have
25 changed or developed over the years?

Page 44

1    A   Well, I've probably gained more knowledge
2  about how these issues play out; but, you know, my
3  basic views on them have not fundamentally changed.
4    Q   Okay.  And is there a difference between
5  I guess the way these things play out and sort of
6  the -- your experience on the ground in the areas as
7  opposed to I guess the way you've -- you've gained
8  knowledge through reading and your studies here in
9  the United States?
10   A   Well, I mean, when you talk to people who
11 are living through the conflict, it gives you a sense
12 of the urgency and the need for some resolution.  I
13 would say that's the major thing that I've gained by
14 speaking with people on both sides of the conflict.
15   Q   Okay, okay.  So to recap, and we have
16 been talking about your professional career, since
17 graduating law school your career has consisted
18 primarily of the fellowships and the academic
19 professor experiences you've held after law school?
20   A   Yes.
21   Q   And currently you are still a professor
22 at Ohio State?
23   A   Yes.
24   Q   And now a professor emeritus?
25   A   Yes.

Page 45

1    Q   Do you have any other experience with
2  the -- related to the Middle East Conflict other than
3  what we've already discussed?
4    A   I think that's the totality of it.
5    Q   Okay.  Are you a U.S. qualified lawyer?
6    A   Yes.
7    Q   Okay.  So you are admitted to -- I think
8  this is on your CV.  You are admitted to several
9  bars.  Massachusetts is one; is that right?
10   A   Massachusetts isn't active.
11   Q   It isn't active, okay.  And is Ohio
12 active?
13   A   Yes.
14   Q   And you have been a member of the Ohio
15 Bar for -- since 1973?
16   A   Yes.
17   Q   Okay.  And then the United States
18 District Court for the Southern District of Ohio, is
19 that membership active?
20   A   Yes.
21   Q   Okay.  That's been active since 1976?
22   A   Yes.
23   Q   Okay.  And what about the Sixth Circuit?
24   A   Yes.  I was admitted to practice there as
25 well.

12  (Pages 42 to 45)

Page 46

```
 1        Q   In 1986?
 2        A   Yes.
 3        Q   Okay.  And that's active now?
 4        A   Yes.
 5        Q   Okay.  And the United States Supreme
 6   Court you are active?
 7        A   Yes, yes.
 8        Q   Okay.  And then finally the Fourth
 9   Circuit you were admitted in 1997?
10        A   Yes.
11        Q   And that's an active membership also?
12        A   Yes.
13        Q   Okay.
14        A   I mean, I haven't done any cases in the
15   Fourth Circuit recently, but I think it's still
16   valid.
17        Q   You think it's still, okay.  So what type
18   of law do you primarily practice?  U.S. law?
19        A   Well, I mean, I don't practice.  I don't
20   have a law practice as such, but I am admitted to
21   practice.  And I have -- let's see, I've done -- I
22   have been involved in cases relating to international
23   law issues.
24        Q   Okay.  And is this primarily litigation?
25        A   Yes.
```

Page 47

```
 1        Q   Involved in any cases other than
 2   litigation cases?
 3        A   I don't know what you mean by cases other
 4   than litigation.
 5        Q   Well, corporate cases, there's other
 6   types of -- but your experience is -- your experience
 7   as a lawyer is in the litigation context.
 8        A   Yes.
 9        Q   Okay.  And so you said you -- the cases
10   that you have been involved in in the U.S., they've
11   related to international law issues?
12        A   Yes.
13        Q   Okay.  And is that true of all of the
14   cases, the U.S. cases, that you have been involved
15   in?
16        A   I was involved in some criminal
17   representation on minor criminal charges back 20, 30
18   years ago.
19        Q   Okay.
20        A   More recently it's been international law
21   issues where I have filed amicus briefs rather
22   than -- rather than having been the principal lawyer
23   in litigation.
24        Q   Okay.  I guess, first, I want to go back
25   to the criminal representations.
```

Page 48

```
 1        A   Uh-huh.
 2        Q   How many -- if you remember, how many of
 3   those criminal representations were you involved in?
 4        A   Just a handful, I worked in an office in
 5   Massachusetts, a legal aid office, and I did maybe
 6   just one or two criminal cases there.
 7        Q   I'm smiling because I'm from
 8   Massachusetts.
 9        A   I see.  It was in East Cambridge, yes.
10        Q   So one or two criminal representations --
11        A   Yes, yes.
12        Q   -- in the legal aid office?
13        A   Uh-huh.
14        Q   And were you the lead attorney on any
15   other cases other than those criminal
16   representations?
17        A   Well, I don't think I was lead attorney
18   then.  I was very junior.  And I -- I did do some
19   criminal representation in Ohio then on -- on, again,
20   fairly minor criminal charges in the 1970s.
21        Q   Okay.  And then since then you have
22   mostly -- your litigation experiences have been
23   limited to amicus briefing?
24        A   Yes.
25        Q   Okay.
```

Page 49

```
 1        A   Yeah, yeah.  It's primarily related to
 2   issues rising under the Vienna Convention on Consular
 3   Relations.
 4        Q   Okay.  What is that issue?
 5        A   The issue is the situation that arises
 6   when a foreigner is arrested in the United States and
 7   the right of that person to be in touch with a
 8   consolute of their home country and the consequences
 9   when the person is not informed of that right at the
10   time of arrest and whether there is a judicial remedy
11   for that failure.
12        Q   Okay.  Have you ever represented any of
13   those clients in a personal capacity?
14        A   No.
15        Q   Do you know over the course of your
16   career including the criminal representations and
17   these -- these amicus briefings how many cases you've
18   been involved in before U.S. courts total through the
19   course of your career?
20        A   I never thought about it in that way but
21   probably in the -- well, there's some times as a
22   professor I am asked to sign on an amicus brief that
23   someone else has written so there have been, you
24   know, maybe a dozen or 20 of those on topics that I
25   don't remember because I didn't write the brief
```

13 (Pages 46 to 49)

Page 50

1  myself.
2      Q   Okay.
3      A   But on Vienna Convention probably half a
4  dozen. I've written briefs in the U.S. Supreme Court
5  on behalf of the European Union on that issue on two
6  or three occasions.
7      Q   Okay. So with the criminal
8  representations probably around 15 total cases?
9      A   You want to include the amicus and the --
10     Q   Yes.
11     A   It may be more like 25 or 30.
12     Q   Okay. Well, I guess since the 1970s --
13  and I know you said you probably weren't lead
14  counsel, you were junior then, but since the
15  1970s, have you appeared as lead counsel on any case
16  in a U.S. court?
17     A   No.
18     Q   And, now, I want to -- so that was the
19  U.S. litigation you have been involved in. You've
20  also been involved in, I see from your CV, in a
21  number of international litigation cases.
22          MR O'TOOLE: Are we moving
23     on to a different topic? Could we
24     somehow take a break?
25          MS. MACHNES: Oh, yeah,

Page 51

1      sure. We can take a break.
2          (Recess taken.)
3      Q   Back on the record. So, Professor
4  Quigley, what international litigation have you been
5  involved in?
6      A   Well, I listed a number of things here.
7  I mean, one has been -- well, we've already talked
8  about U.S. courts but in -- you are asking about
9  outside the United States.
10     Q   Yes, before international tribunal
11  courts.
12     A   Yeah. Let's see, I don't think I listed
13  I was an expert witness in London in the Maritime
14  Arbitration Commission in a case between a shipping
15  company in Azerbaijan and a shipping company in Iran.
16  I was the expert witness for the Azerbaijan shipping
17  company, a dispute over costs for servicing vessels
18  in ports of Iran. That turned on the question of who
19  was responsible for debts following the breakup of
20  the Soviet Union so it was a case that involved
21  issues of sovereignty.
22     Q   When was that?
23     A   That was 2000 -- it was during a
24  presidential election because I had to vote absentee.
25  2006 -- no, no, 2004.

Page 52

1      Q   2004, okay. What was the name of that
2  case?
3      A   Caspian Shipping Company.
4      Q   And what body was that case before?
5      A   It's an arbitration body that deals with
6  commercial litigation called London -- I think it's
7  London Maritime Arbitration. And then I was --
8      Q   Before you start -- before you move on
9  what was the outcome of that case?
10     A   I don't actually know.
11     Q   You provided -- did you provide an expert
12  opinion in that case?
13     A   Yes, yes.
14     Q   And were you -- were you deposed -- you
15  weren't deposed because you said you had never been
16  deposed before. Did you testify in this case?
17     A   Yes.
18     Q   Okay. Go on. I think you were starting
19  to mention another.
20     A   Another in the International Court of
21  Justice, I participated with other lawyers in
22  representing the government of Bosnia in a suit
23  against Yugoslavia in the 1990s.
24     Q   Okay, okay. Do you know, is this list on
25  your CV of international litigation a comprehensive

Page 53

1  list of the international cases that -- I guess the
2  cases before international tribunals or bodies that
3  you have been involved in?
4      A   I noticed I hadn't included the London
5  arbitration I think because I -- well, I was not in a
6  capacity as a lawyer there. I was a witness. But I
7  think the list includes every one where I've -- where
8  I've made an argument or in two instances it's noted
9  I was a consultant where I didn't participate, you
10  know, as in the sense of actually making arguments to
11  a tribunal.
12     Q   Okay, okay. So we have the International
13  Court of Justice, right?
14     A   Uh-huh.
15     Q   And then you also made an argument before
16  the Inter-American Commission on Human Rights; is
17  that right? A couple?
18     A   Yes, yes.
19     Q   Okay. The -- what about the fifth one
20  down, the brief and oral presentation, the Committee
21  on the Rights of the Child, is that an
22  international --
23     A   Yes.
24     Q   -- body?
25     A   Yes.

14 (Pages 50 to 53)

Page 54

```
 1        Q   Okay.  And then you've also argued before
 2   the High Court of Justice in England?  Oh, you were a
 3   consultant.
 4        A   I was a consultant so I myself did not
 5   argue.
 6        Q   Okay.  So did any of the cases here or
 7   the one -- the one that you remember not including,
 8   did any of those cases apply U.S. law?
 9        A   I think they were all on international
10   law.  They didn't involve U.S.
11        Q   Did they apply any -- any legal regimes
12   from the states that were involved?
13        A   Let's see, well, the case in the -- in
14   London, the maritime case, involved an international
15   contract.  I mean, you had parties on each side, and
16   they had their own status, but the issues were really
17   under -- under -- well, actually that case was under
18   English law because the choice of law in the contract
19   was English law, so technically I would say it wasn't
20   applying international law.
21        Q   Okay.  Other than that the cases were
22   applying laws and norms and practices of
23   international law?
24        A   Yes.
25        Q   Any of the cases that you litigated
```

Page 55

```
 1   before international bodies or tribunals listed here,
 2   did any of them involve the Middle Eastern Conflict
 3   at all?
 4        A   I think the only one there was the
 5   Committee on the Rights of the Child.
 6        Q   Okay.  What was the issue in that case?
 7        A   It was the military action in Southern
 8   Lebanon and an incident in which a number of children
 9   were killed by a mortar fired by the Israel Defense
10   Forces in Southern Lebanon.
11        Q   Okay.  And you were lead counsel on that
12   case?
13        A   Well, it's not really a case in that
14   committee -- the committee entertains information
15   relevant to states whose performance under the
16   Convention on the Rights of the Child are being
17   monitored.  So it's not litigation in the sense of a,
18   you know, a party against a party.
19        Q   Okay.  And is -- it's the Convention on
20   the Rights of the Child?
21        A   Yes.
22        Q   Is the United States a party to that
23   convention?
24        A   No.
25        Q   Is Israel a right to that -- I mean a
```

Page 56

```
 1   party to that convention?
 2        A   Yes.
 3        Q   Okay.  Is -- is the Palestinian
 4   government a right -- sorry, a party to that
 5   convention?
 6        A   No.
 7        Q   Okay.  And do you -- what was the outcome
 8   of that case?
 9        A   The -- it's the kind of proceeding where
10   you don't get an outcome in the sense of somebody
11   being at fault or not being at fault.  The committee
12   included some mention of this situation in its
13   report, but -- but it didn't really make any, you
14   know, definitive findings.
15        Q   Okay.  So what -- I guess what do they
16   include in their report if they don't issue any
17   findings?
18        A   They included a sentence in their report
19   referring to the international law relevant to
20   military activity, and I don't remember offhand the
21   exact formulation of what -- what they said.  In
22   fact, they didn't refer to any particular incident
23   but just something to the effect of the importance of
24   following the rules of warfare.
25        Q   Okay.  And that report isn't -- it's not
```

Page 57

```
 1   binding on anyone?
 2        A   It's not binding.
 3        Q   So does that Committee on the Rights of
 4   the Child ever issue binding findings or reports?
 5        A   It doesn't have the power to issue any --
 6   any binding decisions.
 7        Q   What does it have the power to do?
 8        A   It issues recommendations to states that
 9   are parties to the convention suggesting to them if
10   the committee thinks they have been in violation but
11   those are not binding.
12        Q   I see.  So in this -- in the case you
13   were part of in 2002, they didn't issue a finding
14   that any particular party was in violation?
15        A   I think that's fair to say, yes.
16        Q   Okay.  I know we talked briefly about
17   your amicus briefs.
18        A   Uh-huh.
19        Q   Is this -- turning back to your CV, is
20   this a comprehensive list of all of the amicus briefs
21   that you have authored in the course of your career?
22        A   Yeah.  I can't think of any that aren't
23   on this list; but, I mean, it's possible I could have
24   omitted something.
25        Q   And which one of -- which ones of these
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1    briefs are relevant to the Middle East Conflict, if
2    any?
3        A    None.
4        Q    Okay.  And have you been involved in any
5    litigation cases that involved the Antiterrorism Act?
6        A    No.
7        Q    Are you familiar with the Antiterrorism
8    Act?
9        A    Only generally.
10       Q    What is your familiarity with the
11   Antiterrorism Act?
12       A    Which act are you talking about?  Which
13   act of a particular year?
14       Q    I'm actually not sure of the year.  It's
15   the Antiterrorism Act that is -- that is applied to
16   the case, this case that you provided an expert
17   opinion for, this Sokolow case.
18       A    I'm not familiar with it.
19       Q    Okay.  Do you have any professional
20   affiliations other than those that we've already
21   discussed?
22       A    What do you mean by professional
23   affiliation?
24       Q    For example, you are affiliated with Ohio
25   State University in a professional capacity.  Do you

1    have any other affiliations with the universities or
2    organizations or?
3        A    No.
4        Q    No.  What about the International
5    Committee for Palestinian Human Rights?
6        A    Could you say that again.
7        Q    The International Committee for
8    Palestinian Human Rights, were you a founding member
9    of that organization?
10       A    That name isn't familiar to me.
11       Q    Okay.  And other -- so other than the
12   organizations and universities we've already
13   discussed, you aren't affiliated with any other
14   organizations that focus on international law?
15       A    No.
16       Q    And you aren't affiliated with any other
17   organization that is focused on the conflict in the
18   Middle East?
19       A    Organizations, no.  I mean, I may have
20   signed statements by organizations in the past, but
21   I'm not -- I don't have affiliations with any
22   organizations.
23       Q    So you are not a member of any of them.
24       A    I think not.
25           (Exhibit 2 marked on the record.)

1        Q    Okay.  I'm handing you a document that's
2    marked as Plaintiff's Deposition Exhibit 2.  If you
3    could take a moment to review that and let me know
4    when you're finished.
5        A    Yes.
6        Q    Okay.
7            MS. MURPHY-JOHNSON:  Do you
8    have a spare copy?
9            MS. MACHNES:  I do
10   actually.
11           MS. MURPHY-JOHNSON:  I
12   would be happy to take it off your
13   hands.
14       Q    Are you familiar with this document?
15       A    Yes.
16       Q    And what is it?
17       A    It's a list of my publications in
18   international law I prepared for purposes of this
19   proceeding.
20       Q    When did you prepare it?
21       A    During this past summer.
22       Q    And, again, is it the same list of
23   publications that you would use generally, or was it
24   prepared specifically for this?
25       A    It was prepared specifically because I --

1    I only included publications on international law.
2        Q    Okay.  Let's start with the first section
3    on books.  Is this a comprehensive list of books that
4    you have written in your career?
5        A    Well, it's only those that relate to
6    international law.
7        Q    Okay.  So what other books have you
8    written that don't appear on this list?
9        A    Okay.  The book I mentioned earlier
10   "Basic Laws on the Structure of the Soviet State," a
11   book titled "The Soviet Foreign Trade Monopoly," a
12   book titled "Genocide in Cambodia."  Those are the
13   only ones that I can think of that are not on the
14   list.
15       Q    Okay.  When did you publish "Basic Laws
16   on the Structure of the Soviet State"?
17       A    1969, approximately.
18       Q    Okay.  And when did you publish the book
19   on "Soviet Foreign Trade Monopoly"?
20       A    1973, approximately.
21       Q    Okay.  And what about the one on
22   "Genocide in Cambodia"?
23       A    The year 2000.
24       Q    And have there been subsequent editions
25   of those books or?

Page 62

1      A   No.
2      Q   Okay.  Which books on the list relate to
3  the Middle East Conflict, if any?
4      A   Well, the first one.
5      Q   That's "The Case for Palestine" published
6  in 2005?
7      A   Yes, uh-huh.
8      Q   How long is that book?
9      A   How long is it?
10     Q   Yes.
11     A   It's about 200 pages.  Then the last two,
12  "The Statehood of Palestine" and "The Six-Day War and
13  Israeli Self-Defense."
14     Q   Okay.  And how long are each of those
15  books?
16     A   Each is approximately 200 pages.
17     Q   Okay.  And do you use those books in your
18  course work -- course work?
19     A   I don't assign them as reading so I
20  suppose I don't use them in that sense.
21     Q   Okay.  The list of articles that you have
22  on Exhibit 2, is that a comprehensive list of all of
23  your publications?
24     A   Well, it's only those that relate to
25  international law.

Page 63

1      Q   And did you make that determination?
2      A   Yes, yeah.  It's a judgment call there.
3  There may well have been articles that have some
4  connection to international law that I didn't include
5  there.
6      Q   Why did you limit your -- why did you
7  limit the list of publications to those that relate
8  to international law?
9      A   Because this case, as I understand,
10  relates to international law.
11     Q   Okay.  Other than the articles that are
12  listed here have you written anything else relating
13  to the Middle East?
14     A   Middle East, I think this includes all
15  the articles that I've written that relate to any
16  international law matters relating to the Middle
17  East.
18         (Exhibit 3 marked on the record.)
19     Q   Okay.  I am handing you a document that
20  is labeled Deposition Exhibit 3.  If you could just
21  take a minute to review it.  Let me know when you
22  have done so.
23     A   Yes.  It's an article from the American
24  University International Law Review.
25     Q   And it's called "The Oslo Accords: More

Page 64

1  Than Israel Deserves," correct?
2      A   Yes, uh-huh.
3      Q   And you wrote this?
4      A   Yes.
5      Q   When did you write this?
6      A   1997.
7      Q   Why didn't you include this article in
8  your list of publications?
9      A   It looks as if I missed it.
10     Q   Okay.  Do you think there might be other
11  articles like this that you didn't include on your
12  list of publications that might relate either to
13  international law or to the Middle East?
14     A   It's possible if I missed one, I could
15  have missed another; but, I mean, I tried to include
16  those that relate to international law, and I
17  obviously missed this one.
18     Q   How did you -- how did you come up with
19  the list of publications that you should include on
20  Exhibit B?
21     A   Well, I went through my list of articles,
22  and I excluded things that related -- much of what I
23  had written in the past relates to the Soviet Union,
24  Russian law, some that relates to Africa.  I excluded
25  those but I tried to include those that -- that

Page 65

1  relate to international law.
2      Q   Okay.  First, what -- what list were you
3  referring to that you said you went through and cut
4  from?
5      A   A larger curriculum vitae.
6      Q   Okay.  And when did you prepare that
7  larger curriculum vitae?
8      A   Well, it's something that I've added to
9  for many years so it's -- there's no particular date.
10     Q   Okay.  And the articles that you
11  mentioned having cut out, those don't relate to
12  international law in any way?
13     A   That was my -- my intention was to
14  eliminate those that don't relate to international
15  law, yes.
16     Q   If I recall, I think there are some
17  articles on Exhibit 2 that relate to, for example,
18  the -- oops, sorry.  Give me one second.  It looks
19  like most of the articles on your list of
20  publications relate to the conflict in the Middle
21  East; is that a fair characterization of the list?
22     A   If you look at the entire list, I would
23  say the majority do not relate to the Middle East.
24     Q   Okay.  Well, other than the ones that
25  explicitly say the Palestine-Israeli Conflict or the

17  (Pages 62 to 65)

Page 66

1    Middle Eastern Conflict, the other ones have some
2    relation to the issues that you discuss in your
3    report such as statehood and state responsibility?
4        A   Yes.  Some would relate to issues that
5    are in -- in the report --
6        Q   Okay.
7        A   -- but without specificity to the Middle
8    East.
9        Q   Okay.  So just trying to understand if
10   there are -- if this list includes all of the
11   articles you wrote on international law or if there's
12   some subset of that that is more specific.  For
13   example, international law that has some connection
14   to the Middle Eastern Conflict or the issues that are
15   involved in the Middle Eastern Conflict.
16       A   I don't think there are others that are
17   not on the list that would relate to the Middle East
18   or to issues in it except for the one that we -- you
19   just talked about from the American University.
20       Q   Are there others that are broader that
21   involve international law and have absolutely no
22   connection to the Middle East or statehood or state
23   responsibility?
24       A   I don't think there are.
25       Q   Okay, okay.  So turning back to Exhibit

Page 67

1    3, the 1997 article you wrote called "The Oslo
2    Accords:  More Than Israel Deserves," you didn't
3    include this on your list of publications, correct?
4        A   Correct.
5        Q   Would you agree that it's relevant here?
6        A   Well, it relates to the Middle East.
7        Q   Would you agree it's relevant to your --
8    to the expert opinion that you wrote in this case?
9    If I could turn your attention to page -- maybe page
10   297, it's the second to last page.
11       A   Okay.
12       Q   In the first paragraph of the section
13   called "The Israeli-P.L.O. Negotiations on a Final
14   Status," do you see that?
15       A   Uh-huh.
16       Q   The second sentence reads -- or I guess
17   I'll start with the first sentence "For Israeli, the
18   Oslo agreements do not represent a bad bargain.
19   Israel keeps the territory it took in 1948 and reaps
20   the rewards of the ethnic cleansing it carried out at
21   the time."  Did you write that?
22       A   Yes.
23       Q   Okay.  And do you still believe it to be
24   true?
25       A   I mean, the Oslo agreements haven't led

Page 68

1    to anything so, I mean, it's still open as to how the
2    negotiations may or may not work out.
3        Q   And what -- what's the significance of
4    the year 1943?
5        A   That was the year Israel established
6    itself as a state.
7        Q   Okay.  So -- and the territory that the
8    second sentence refers to includes the territory that
9    is the state of Israel currently?
10       A   Yes.
11       Q   Which is different than the West Bank and
12   Gaza and the Golan Heights?
13       A   Yes.
14       Q   Okay.  Do you have prior experience as an
15   expert witness?
16       A   Yes.
17       Q   And on how many cases total have you
18   served as an expert witness?
19       A   Do you mean in the sense of testifying or
20   written?
21       Q   Everything.
22       A   Everything, maybe a dozen.
23       Q   A dozen, okay.  Do you recall how many of
24   those -- of those experiences as an expert were
25   before U.S. courts?

Page 69

1        A   They were, yeah, primarily before U.S.
2    courts.
3        Q   Do you remember any that were before
4    international bodies as opposed to U.S. courts?
5        A   I was on expert witness in a case in
6    Canada.
7        Q   What was that case?
8        A   Related to deportation proceedings.
9        Q   And it involved Canadian law?
10       A   It involved Canadian law, uh-huh.
11       Q   And I think you mentioned earlier the
12   Iran-Azerbaijan case that was -- that was also before
13   an international or?
14       A   Well, it's an international
15   arbitration --
16       Q   Right.
17       A   -- mechanism.
18       Q   Okay.  Are those the only two that you
19   can recall which weren't before U.S. courts?
20       A   Outside the United States, yes.
21       Q   Okay.  So you said about 12.
22       A   Uh-huh.
23       Q   Do the 2 international fall into that 12?
24       A   Yes.
25       Q   So probably about 10 expert witnesses in

18  (Pages 66 to 69)

Page 70

1   U.S. courts.
2       A   Uh-huh.
3       Q   Do you recall the names of those 10
4   cases?
5       A   Let's see, yes, several of them were
6   cases under the Vienna Convention on Consular
7   Relations.  They were trial level cases in Illinois
8   where I testified as an expert witness on the Vienna
9   Convention on Consular Relations, criminal cases.  So
10  they are cases that probably never made it into a
11  reporter system.
12      Q   That's Illinois state court?
13      A   Illinois state court, yeah.  There was
14  one that I do remember the name of in Virginia.  It
15  was -- I suppose it was Commonwealth of Virginia
16  versus Malvo, M-A-L-V-O, was the -- that also related
17  to the Vienna Convention on Consular Relations.  It's
18  a case involving some homicides that went under the
19  name of D.C. Sniper in that area.  I was an expert
20  witness in the case of Malvo since there was an issue
21  under the Vienna Convention on Consular Relations.
22      Q   Other than those do you recall the names
23  of any?
24      A   There's one of an affidavit that I did in
25  a case in the federal court relating to prosecution

Page 71

1   of some Cubans.
2       Q   Was that Hernandez versus the United
3   States?
4       A   Yes, yes.
5       Q   Any others that you recall?
6       A   I did one affidavit in a case in a Colorado
7   a long time ago relating to someone who was involved
8   in a protest against some war that I don't remember.
9       Q   Okay.  So going back to the Illinois
10  cases.
11      A   Uh-huh.
12      Q   Do you remember the years of those?
13      A   Those would have been around the year
14  2000, 2001, 2002.  And they were in county courts in
15  the Chicago vicinity.
16      Q   So all of -- all of the case -- all of
17  the Chicago, Illinois, Vienna Convention cases that
18  you were an expert witness for were around the
19  2000-2002 --
20      A   Yes.
21      Q   -- time period?  Okay.  And you think
22  there were several so maybe three?
23      A   Three or -- maybe three.
24      Q   Okay.  What about the Malvo case, what
25  year was that?

Page 72

1       A   I would guess 2003 or '4.  I mean, we
2   could find out easily.  Now that you mention it,
3   there was another case in Virginia around that same
4   time also involving the Vienna Convention on Consular
5   Relations.
6       Q   Okay.  And the case you mentioned, the
7   Colorado case about a war.
8       A   Uh-huh, uh-huh.
9       Q   Around what year was that case?
10      A   Around the year 2000.
11      Q   And Hernandez versus the United States,
12  what year did you provide an expert affidavit for
13  that case?
14      A   I think I included that one.  Whatever
15  date I put on it.
16      Q   It was 2010; does that sound right?
17      A   Yes, 2010.
18      Q   And these are all of the cases you can
19  remember specifically that you were an expert for?
20      A   Yes.
21      Q   Were you also an expert in a case called
22  Knox versus the Palestinian Libration Organization?
23      A   No.
24      Q   No, okay.  Were you an expert for any
25  case that -- where the defendant was a Palestinian

Page 73

1   government organization?
2       A   No.
3       Q   Okay.  And any of the 12 or so cases
4   where you were an expert, were you deposed in any of
5   them?  I think you said earlier --
6       A   I was not deposed, no.
7       Q   Were you qualified by the courts in any
8   of those cases as an expert?
9       A   Yes.
10      Q   In all of them?
11      A   Well, in all in which I testified, yes.
12      Q   So you testified in all 12 of those, in
13  the 12 or so that you mentioned?
14      A   Well, the ones where I -- I did oral
15  testimony in court, yes, I was qualified as an
16  expert.
17      Q   About how many were you giving testimony
18  for?
19      A   Seven or eight I think overall.  Those
20  were where I presented an affidavit.  I'm not really
21  sure what happened to my affidavit or whether --
22      Q   Okay.  The cases you listed, the Illinois
23  state court case and the Virginia cases and Colorado
24  cases, were those all cases that you provided
25  testimony for?

Page 74

1      A   Well, the Colorado was written only.
2      Q   Okay.
3      A   The Illinois cases I -- I appeared and
4  testified physically.
5      Q   Okay.
6      A   And the Virginia -- the two Virginia
7  cases I testified in person.
8      Q   And other than those do you recall the
9  names of any of the cases that you provided testimony
10  for as an expert?
11      A   No.
12      Q   Of the cases you submitted an affidavit
13  for as opposed to providing testimony, are you aware
14  of any instance in which the court excluded your
15  affidavit?
16      A   No.
17      Q   Are you aware --
18      A   There was another case in which I was an
19  expert, was in the Eastern District of New York.
20      Q   What was that case?
21      A   It involved an extradition to Israel.
22      Q   You were an expert witness?
23      A   Yes, yes.
24      Q   What was the name of that case?
25      A   The individual's name was Atta, A-T-T-A.

Page 75

1  I don't remember the exact style of the case.
2      Q   Do you remember around what year?
3      A   It was early 1990s.
4      Q   And in that case was your report
5  excluded?
6      A   I didn't present a report; I testified.
7      Q   You testified but you didn't provide a
8  report?
9      A   I didn't provide anything in writing.
10      Q   Okay.  And what was the outcome of that
11  case?
12          Actually, first, what was your opinion in
13  that case?
14      A   The issue was the likelihood of physical
15  mistreatment of the person were he to be extradited
16  to Israel.
17      Q   And what was your opinion about that
18  issue?
19      A   I said that he fit the profile of persons
20  who had in the past been mistreated during
21  interrogation.
22      Q   Okay.  And what was the basis for having
23  expertise in that area?
24      A   Well, I suppose it was based on my study
25  of the -- of interrogation practices under the law of

Page 76

1  the belligerent occupation.
2      Q   So what were you qualified as an expert
3  in in that case?
4      A   I don't recall exactly what the court
5  qualified me as.
6      Q   And do you recall the outcome of that
7  case?
8      A   The fellow was -- was extradited.
9      Q   He was extradited to Israel.
10      A   Uh-huh, uh-huh.
11      Q   Do you recall why he was extradited?
12      A   Well, the allegation was that he had
13  blown up a bus, and he was subsequently acquitted of
14  that after he was extradited, but the allegation at
15  the time of the extradition proceedings was -- was
16  that.
17      Q   Where was he alleged to have blown up a
18  bus?
19      A   In the West Bank.
20      Q   Okay.  And then he subsequently came to
21  the U.S., and Israel wanted to extradite him back.
22      A   Exactly.
23      Q   And he was acquitted of the charges
24  related to blowing up a bus in Israel?
25      A   After he was, right, extradited, yes.

Page 77

1      Q   So he stood trial in Israel and was
2  acquitted.
3      A   Yes.
4      Q   Okay.  And what was the profile that you
5  set forth in that case for people who would typically
6  be subject to physical mistreatment were they
7  extradited?
8      A   Palestinian male charged with an offense
9  of violence in the West Bank directed against an
10  Israeli target.
11      Q   And building that -- building that
12  profile -- building an opinion related to that
13  profile is -- so you built that profile based on just
14  your studies of interrogation methods on belligerent
15  occupation?
16      A   Well, yes.  In addition there had been a
17  commission set up by the Israeli government to study
18  the issue called the Landau Commission, and it
19  produced a report that indicated that persons with
20  this profile were, you know, on occasion being
21  mistreated under interrogation.
22      Q   Okay.  Do you know -- do you know what
23  proportion the Landau Commission cited as being the
24  type of person that would be subject to mistreatment?
25      A   I don't think they made any finding about

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 78

1  percentages, but they did suggest that it was enough
2  to be -- to be a problem.
3      Q   Okay.  I think earlier you said the
4  Landau Commission said they found that this type of
5  person on occasion would be subject to physical
6  mistreatment; is that --
7      A   Uh-huh.
8      Q   On occasion different from enough to be a
9  problem?
10     A   Uh-huh, yeah.  I don't remember now
11 the -- what that Commission said in terms of
12 frequency.  I mean, they did publish a report that
13 said that it happened with enough frequency that it
14 was of public concern.
15     Q   Okay.  Other than your studies of
16 interrogation methods and other than the Landau
17 report, was your opinion in that Atta case based on
18 anything else?
19     A   No.  I think that would be it, yes.
20     Q   Okay.  So you provided an expert
21 affidavit in Hernandez.
22     A   Yes.
23     Q   Okay.  And that was in the Southern
24 District of Florida?
25     A   Yes.

Page 79

1          (Exhibit 4 marked on the record.)
2      Q   Okay.  Handing you a document marked as
3  Plaintiff's Deposition Exhibit 4, do you recognize
4  that doctrine?
5      A   Yes, uh-huh.
6      Q   And what is it?
7      A   It's a declaration -- written declaration
8  in the Hernandez case that I made.
9      Q   Okay.  And Hernandez was the most recent
10 case -- other than the present case, the Hernandez
11 case was the most recent case for which you were an
12 expert witness?
13     A   Yes.
14     Q   What was the issue in the Hernandez case?
15     A   It was the legality of the shooting down
16 of an aircraft over territorial waters.
17     Q   Which territorial waters?
18     A   It was the territorial waters of Cuba.
19 There was a factual issue in the case as to the
20 location in which the incident occurred.  But I was
21 testifying on the assumption that it was in the
22 territorial waters.
23     Q   Okay.  And were you -- do you know what
24 the outcome of this case was?
25     A   It's still pending as far as I know.

Page 80

1      Q   Okay.  Did you testify in the Hernandez
2  case?
3      A   I only made this written declaration.
4      Q   Okay.  And you are not aware of whether
5  the court accepted the affidavit or whether they
6  excluded it?
7      A   My understanding is it was filed.  I
8  don't know what the reaction of the court is, if any.
9      Q   Okay.  So you were retained by
10 defendant's counsel in the present case, the Sokolow
11 case, right?
12     A   Yes.
13     Q   And what -- I guess who first contacted
14 you?
15     A   Someone from the Chevalier law firm in
16 Washington, I believe it is.
17     Q   Do you remember who?
18     A   Ms. Ferguson.
19     Q   Okay.  And when did she contact you?
20     A   Probably early in this calendar year, I
21 don't remember the exact date.
22     Q   Early in 2013?
23     A   Early in 2013.
24     Q   Had you worked for Miller & Chevalier
25 before?

Page 81

1      A   No.
2      Q   When you first spoke to Ms. Ferguson in
3  early 2013, what were you asked to do?
4          MR O'TOOLE:  I am going to
5      object at this point to the extent it
6      calls for communications between
7      Professor Quigley and counsel.  That's
8      work product under Rule 26.
9      Q   You can answer.
10         MR O'TOOLE:  I am going to
11     instruct the witness not to answer.
12     It's privileged.
13     Q   You are instructed to write an expert
14 opinion -- you were asked to write an expert opinion
15 in this case, correct?
16     A   Yes.
17     Q   Okay.  And then you began your work to
18 write the expert report?
19     A   Yes.
20         (Exhibit 5 marked on the record.)
21     Q   Okay.  Handing you a document marked as
22 Plaintiff's Deposition Exhibit 5, do you recognize
23 this document?
24     A   Yes.
25     Q   And what is it?

21 (Pages 78 to 81)

Page 82

1      A    It's the report I prepared in this case.
2      Q    And together with this and together with
3  Plaintiff's Exhibits 1 and 2, which are your CV and
4  list of publications, is that what you submitted in
5  its entirety?
6      A    Yes.
7      Q    How many times have you met with
8  defendant's counsel from that initial conversation in
9  2013 to the present?  How many times have you met
10  with plaintiff -- I mean defendant's counsel?
11      A    Once.
12      Q    Once, okay.  And when was that?
13      A    Yesterday.
14      Q    That was for the purpose of preparing for
15  this deposition?
16          MR O'TOOLE:  I mean, to the
17      extent it calls for communications.
18          MS. MACHNES:  I am just
19      asking.
20          MR O'TOOLE:  I will let him
21      answer that question.
22      A    Yes.
23      Q    And how long was the meeting?
24      A    Two hours.
25      Q    Okay.  So you prepared this report,

Page 83

1  correct?
2      A    Yes.
3      Q    Did you speak to anyone in the process of
4  preparing the report?
5      A    I prepared it on my own.  I didn't
6  consult with anyone else.
7      Q    Okay.  So what did you do to prepare the
8  report?
9      A    I mean, I just looked at the issues that
10  were raised and what needed to be addressed, and on
11  the basis of what I already knew, I prepared the
12  report.
13      Q    What issues had been raised?
14      A    Well, the question of the status of
15  Palestine.
16      Q    Okay.  And how did you become aware that
17  that was an issue in this case?
18          MR O'TOOLE:  I am going to
19      object to the extent it calls for
20      communications from counsel.
21      Q    You can answer to the extent you learned
22  from a document or.
23      A    Well, I believe I was provided with
24  the -- with the complaint in the case that showed
25  what the issues were.

Page 84

1      Q    Okay.  What materials did you rely on in
2  order to prepare your report?
3      A    Largely the book that I wrote called "The
4  Statehood of Palestine."
5      Q    And that book is referenced in the
6  report?
7      A    It's on this exhibit.
8      Q    I can direct you to page 6 and the end of
9  paragraph, Roman Numeral III.15.  Is that the book
10  you are referring to?
11      A    Yes, yes, it is.
12      Q    So the sources that you relied on other
13  than that book, did you draw from that book?
14      A    Yes.
15      Q    Did you do any other additional research
16  that -- beyond what you've done for the book in order
17  to prepare the report?
18      A    Well, the resolution of the General
19  Assembly of November 29, 2012, was -- was done
20  subsequent to the date of the book so that was in
21  addition to the book and the sources in the book.
22      Q    Other than this 2012 UN resolution, was
23  there any additional research or material that you
24  relied on in preparing this report outside of the
25  realm of your book?

Page 85

1      A    Well, I mean, I cite sources that were
2  cited in my book.  And, well, yeah, I think these
3  sources were all in the book.  It could be there
4  might be one or two that were not in the book that
5  I -- the Restatement, for example, on page 2, I don't
6  recall whether I cited that in the book or whether I
7  looked at that as I was preparing the report.
8      Q    Okay.  How did you choose, I guess, what
9  to draw from your book, which sources and which
10  arguments to take from your book?
11      A    Well, the basic issue was statehood and I
12  have quite a bit of information on that subject,
13  about the factual underpinnings of a conclusion that
14  Palestine is a state in the book and that's what I
15  relied on.
16      Q    So I guess I'm asking did you -- did you
17  choose the sources that you think best support
18  that -- that opinion?
19      A    Well, I think I relied on all relevant
20  sources.  I don't think I excluded any that would
21  have gone in the other direction.
22      Q    So you tried to take a subset of sources
23  from your book that were relevant to all sides of the
24  question?
25      A    Yes.

Page 86

1      Q   Okay.  Your comments --
2      A   Of course, I am making a conclusion that
3  Palestine is a state.  I mean, it's possible that
4  someone else could cite sources that go in the other
5  direction that I didn't mention here.  I mean, I
6  would have responses to those but -- but there may be
7  sources that others would cite that I didn't cite
8  here.
9      Q   Sure.  You were compensated for providing
10 this report, correct?
11     A   Yes.
12     Q   And what was your compensation?
13     A   $250 an hour.
14     Q   Okay.  Is that the same hourly rate for
15 testimony?  Is $250 also the rate that you're
16 receiving for providing testimony, or is it exclusive
17 to your writing of the report?
18     A   It's the same.
19     Q   Okay.  And should you provide testimony
20 at trial, is that the hourly rate that you'll
21 receive for that work?
22     A   I suppose so.
23     Q   How much time did you spend writing the
24 report?
25     A   I don't remember.  It's in a document

Page 87

1  that I submitted to -- to the law firm.
2      Q   Just an estimate is okay.  Does about 19
3  hours sound right?
4      A   Yes, yes, it does.
5          MS. MACHNES:  Okay.  I
6      think it's a good time to take a break,
7      and we'll come back.
8          (Recess taken.)
9      Q   Professor Quigley, what are you offering
10 yourself as an expert in in this case?
11     A   International law.
12     Q   Are you offering yourself as an expert in
13 any other area?
14     A   Well, the -- the issue of statehood
15 involves the question of how the international
16 community has dealt with Palestine so I would say
17 that I have expertise on that issue.
18     Q   And you write in your report you have
19 written extensively on the Middle East, right?
20     A   Yes.
21     Q   What do you mean by issues relating to
22 the Middle East other than Palestinian statehood?
23     A   Well, I've written on a variety of issues
24 that relate to the Arab-Israeli Conflict.
25     Q   What are the issues?

Page 88

1      A   Well, the history of the issue, how it
2  developed after the breakup of the Ottoman Empire,
3  the subsequent treatment of the issue through the
4  League of Nations and the United Nations, and then
5  the issues that are controversial as between the
6  parties presently.
7      Q   In -- in the affidavit you provided for
8  the Hernandez case, you also claimed your expertise
9  was on international law generally, correct?  Exhibit
10 4, I think.
11     A   Uh-huh, yes.
12     Q   And here in your report which is
13 Exhibit -- Plaintiff's Deposition Exhibit 5, you also
14 claim that you've had extensive practical experience
15 in the field of international law generally, right?
16     A   Yes.
17     Q   Okay.  And you -- as opposed to your
18 practical experience, you go on to say that you have
19 also written extensively on that subject, the field
20 of international law.
21     A   Yes.
22     Q   Okay.  Are you asserting any subject
23 matter expertise with respect to the Arab-Israeli
24 Conflict?
25     A   Yes.  I am asserting expertise with

Page 89

1  respect to how the international community has dealt
2  with -- with the status of Palestine because that's
3  really the essence of the issue of whether an entity
4  is or is not a state.  It's how the international
5  community deals with it so you do have international
6  law in the background, but the actual issue in my
7  report is more factual than legal in character.
8      Q   But you don't expressly in your report
9  claim to have subject matter expertise with respect
10 to the Arab-Israeli Conflict; is that right?
11     A   Well, I'm not sure what you mean by
12 subject matter expertise on the Arab-Israeli
13 Conflict.
14     Q   Well, you say you have extensive
15 practical -- in this paragraph Roman Numeral I.2 you
16 say you have extensive practical experience in
17 international law, and you say you have written
18 extensively on international law and in particular on
19 issues relating to the Middle East.
20     A   Yes.
21     Q   So you don't expressly assert subject
22 matter expertise with respect to the conflict in the
23 Middle East -- or, sorry, with respect to the
24 Arab-Israeli Conflict specifically?
25     A   Well, I have certain expertise on

23 (Pages 86 to 89)

Page 90

1  international law and on international laws related
2  to the Middle East and on how those issues have --
3  have played out at the international level which does
4  get into factual matters of how the international
5  community has -- has dealt with Palestine in terms of
6  its status.
7      Q   Okay.  So here when you're -- when you're
8  listing the basis for why you would qualify as an
9  expert and you say that you have written extensively
10  on issues relating to the Middle East, you are
11  implicitly including there the Arab-Israeli Conflict?
12      A   Yes.
13      Q   Okay.  And you're also implicitly
14  including there the issue of Palestinian statehood?
15      A   Yes.
16      Q   Okay.  Other than extensive writing on
17  the issues relating to the Middle East, your
18  experience with those issues is the visits that
19  you've -- the visits to Israel that you've done
20  starting in the 1970s?
21      A   I'm sorry.  Could you repeat the
22  question.
23      Q   Other than extensive writing is what you
24  say in your report, what is your experience as an
25  expert on issues relating to the Middle East?

Page 91

1      A   Well, it comes from research and looking
2  at relevant documents and international practice.
3      Q   Okay.  But you don't have any U.S.-based
4  practical experience relating to litigation that
5  involved the Middle East -- that involves the Middle
6  East Conflict?
7      A   I haven't been involved in U.S.-based
8  litigation relating to the conflict.
9      Q   Okay.  Do you have any experience related
10  to terrorism?
11      A   To the extent that's an issue that raises
12  international law matters, you know, I've had some
13  familiarity.
14      Q   And how would you define terrorism?
15      A   Well, terrorism is something that there's
16  been great difficulty in defining and there have been
17  a variety of definitions.  It's generally said to be
18  acts of violence that relate to some kind of demand
19  on a public authority or aimed at spreading panic
20  throughout a population but there's some treatment of
21  it by the UN Security Council.
22      Q   What is that treatment?
23      A   I don't recall offhand what the -- what
24  they've said.  The definitions are always rather
25  ambiguous.

Page 92

1      Q   Okay.  Understanding that there's some
2  ambiguity with the definition, what is your
3  definition of terrorism?
4      A   I don't have a definition of terrorism.
5      Q   Okay.  Are acts of terrorism, however
6  they are defined, are they ever justified under
7  international law?
8      A   That's difficult because it does depend
9  on what you define as terrorism.  What one person
10  might find as terrorism another person wouldn't.  And
11  given the ambiguity of there being no international
12  definition, if you have an act that falls within
13  terrorism under any of the definitions, it would be
14  unlawful, yes.
15      Q   Okay.  So what are -- what are the
16  definitions of terrorism that -- under which it would
17  be lawful under international law, if there are any?
18  You said that there are varying definitions of
19  terrorism, and the legality of acts of terrorism
20  depends on the definitions so if you could give us an
21  example of a definition of terrorism that would not
22  be illegal.
23      A   Well, you know, this is not something I
24  have thought about.  This has no relation to the
25  report that I've -- I filed in this case.

Page 93

1      Q   Well, terrorism is an issue of
2  international law, right?
3      A   Yes.
4      Q   Okay.  So.
5      A   So is the territorial sea but.
6      Q   As an expert on international law, are
7  you aware of a definition of terrorism that any --
8  that you've heard of where the acts are justified
9  under any legal regime?
10      A   No.
11      Q   Okay.  And are suicide bombings targeting
12  unarmed civilians ever justified?
13      A   No.
14      Q   Again, as an expert on international law,
15  are you familiar with any specific laws,
16  international law, that relate to terrorism?
17      A   When you say international laws, what do
18  you mean --
19      Q   Norms, conventions, any of the -- any of
20  the sort of authoritative documents that make up the
21  body of international law.
22      A   There have been some Security Council
23  resolutions on the financing of terrorism that are
24  aimed at preventing financing of terrorism.
25      Q   Any others?

24  (Pages 90 to 93)

Page 94

1     A    Not that I can think of.
2     Q    Okay.  Are those Security Council
3  resolutions binding on the United States?
4     A    I would have to look at a particular one.
5  Some of the language is in preambles, in resolutions,
6  and there's a bit of uncertainty as to what the
7  significance of the language in a preamble is.
8     Q    Okay.  Are any of the Security Council
9  resolutions binding on the governing authorities of
10  Palestine?
11     A    I mean, I have to look at particular
12  ones.  I can't really answer that offhand.
13     Q    Okay.  Do you recall how many Security
14  Council resolutions touched this issue?
15     A    No.
16     Q    Okay.  Do you recall any -- other than
17  language in the preamble, do you recall language in
18  the body of those resolutions that are related to
19  terrorism?
20     A    No.
21     Q    Okay.  Again as an expert on
22  international law, are you familiar with any U.S.
23  laws that relate to terrorism?
24     A    I mean, we have many laws that address
25  violence in various forms, and acts of terrorism

Page 95

1  could well be prosecuted under those laws.
2     Q    So you are referring to like a law on
3  murder, for example?
4     A    Yes.
5     Q    Okay.  Are you familiar with any U.S.
6  laws that relate to terrorism specifically?
7     A    Well, there was a law adopted in the late
8  '80s that was called terrorism that prohibited
9  financial assistance to the PLO.
10     Q    Okay.  Do you know whether that law is
11  still in effect?
12     A    I haven't followed it in recent years.
13     Q    Do you recall what circumstances
14  surrounded that law coming into effect?
15     A    You mean the reasons why it was adopted?
16  I believe there is language in preamble form stating
17  that the PLO had been involved in terrorist activity.
18     Q    Okay.
19     A    But one could look at it and see.
20     Q    What do you mean by preamble form?
21     A    Just as with a treaty, with a statute,
22  you know, you have language that is put in by way of
23  preamble paragraphs.
24     Q    Okay.  So under any of the laws that we
25  just went over or any others that you can think of,

Page 96

1  is it ever lawful for a government to engage in
2  terrorism?
3     A    No.
4     Q    Okay.  And is it ever lawful for a
5  government to materially support terrorism?
6     A    That's very ambiguous as to what that
7  might mean so I'm less clear on what -- what that
8  might entail.
9     Q    What is ambiguous about it?
10     A    As to what "materially support" means.
11     Q    For example, we talked about a U.S. law
12  related to financing terrorism.
13     A    Uh-huh.
14     Q    Is that -- is that a form of material
15  support that is -- that is ever allowed under the
16  laws that we discussed?
17     A    Yeah.  I mean, it would depend on how the
18  support is given.  The reason that I'm reluctant to
19  state anything is based in part on a decision of the
20  U.S. Supreme Court a year or so ago in the Holder
21  case where the U.S. Supreme Court said that giving
22  legal advice could be material support for terrorism.
23         And, you know, whether that would or
24  would not be is -- well, I suppose the Supreme Court
25  thinks that it is material support, but it makes me

Page 97

1  uncertain what the concept material support includes.
2     Q    Do you disagree with that opinion that
3  material support could include giving legal advice?
4     A    Well, the issue that was actually put
5  during the oral argument was what if a lawyer advises
6  a terrorist organization to stop committing terror,
7  and the response from the solicitor general was, yes,
8  that's material support for terrorism.  I would
9  disagree with that.  It seems to me if a lawyer
10  advises a terrorist group not to commit terrorism,
11  that that is not material support for terrorism.
12     Q    What if the lawyer -- what if the lawyer
13  provided advice that a certain act did not constitute
14  terrorism and the Supreme Court had -- had taken the
15  position that it did?
16     A    That would be a matter of legal advice
17  and if it's, you know, reasonable legal advice, that,
18  you know, there would be -- I wouldn't think that
19  there is anything sanctionable under the usual rules
20  on attorney activity.
21     Q    Okay.  Can you think of any examples of
22  government support -- government support of terrorist
23  acts that are legal?
24     A    No.
25     Q    Okay.  I want to consider now a more

25  (Pages 94 to 97)

Page 98

1    specific hypothetical example. And ultimately I want
2    you to tell me whether under any legal regime,
3    international law regime, under the international law
4    regime or any domestic legal regime, this type of --
5    this type of factual scenario could ever be
6    justified.
7           So suppose you have a group of eight
8    security officials that work for a government of
9    another entity, of a state or an entity, and those
10   eight state-employed security officials plan together
11   and ultimately perpetrate acts of violence against
12   unarmed civilians, and they are doing so for some
13   kind of political purpose. As an expert on
14   international law and a U.S. qualified attorney, do
15   you think there is any basis for those officers to
16   engage in such behavior under the law?
17       A   I'm sorry. Could you -- I hate to ask
18   you to repeat but could you repeat it.
19       Q   Okay. We are considering a hypothetical
20   example of a group of -- a group of state-employed
21   security officials who get together and conspire to
22   plan and ultimately perpetrate acts of violence
23   against unarmed civilians for a political purpose.
24   Is there any -- is there any legal regime that says
25   that that -- those acts are legal?

Page 99

1       A   No.
2       Q   Okay. And that's true under
3    international law?
4       A   Yes. It would depend on the context. If
5    it were in a warfare context, it would be a violation
6    of the laws of warfare.
7       Q   Okay.
8       A   If it were outside the warfare context,
9    it would be illegal nonetheless.
10      Q   Under different laws.
11      A   Yes.
12      Q   Which laws specifically?
13      A   Well, it would be murder under the
14   domestic law of the territory where it occurred.
15      Q   Okay, okay. Now, add the following facts
16   to the hypothetical I've put before you just a second
17   ago, suppose that the security officials are
18   successful, they have committed these acts of
19   violence against unarmed civilians for political
20   purpose. And suppose now that they were arrested and
21   convicted for those acts. And suppose that while
22   they are imprisoned they remain on their former
23   employer -- their government's payroll. Is there
24   anything under international law that justifies the
25   government keeping those people on their payroll,

Page 100

1    those convicted state -- those convicted state
2    employees?
3       A   I don't know of anything in international
4    law that relates to maintaining people on a payroll
5    while they are in prison and presumably can't provide
6    any services, I mean, whether they still might have a
7    contract of employment that hasn't been abrogated. I
8    mean, I don't think there is anything in
9    international law that -- that says anything
10   specifically about your hypothetical.
11      Q   Is there nothing in international law
12   that says that those government employees should be
13   terminated as government employees having been
14   convicted of the acts that I've put before you?
15      A   I'm not aware of anything in
16   international law that would say that.
17          MR O'TOOLE:  I think we are
18   getting pretty far afield here. I
19   mean, he is being offered as an expert
20   of Palestinian statehood.
21          MS. MACHNES:  I think he
22   has said he is an expert on
23   international law.
24          MR O'TOOLE:  He has but if
25   you read his report, there isn't

Page 101

1    anything anywhere near these
2    hypotheticals.
3       Q   So you're not aware of any international
4    law that speaks to that, whether it's that an
5    international -- that a state or an entity is --
6    should terminate those employees or should not
7    terminate those employees? You are not aware of any?
8       A   No.
9       Q   Okay. What about any U.S. law?
10      A   I'm -- there may be. I am not aware of
11   any.
12      Q   Okay. And in your opinion -- what's your
13   opinion with respect to whether a government should
14   keep employees who were convicted of violent attacks
15   against unarmed civilians, being kept on their
16   government payroll?
17          MR O'TOOLE:  Object on the
18   grounds of relevance.
19      Q   You can answer.
20      A   I mean, if they had just forgotten the
21   person is on the payroll and the person is in prison,
22   can't do anything, there's no -- there's not much of
23   an issue. Certainly the person that is -- has been
24   convicted shouldn't be encouraged in any way to
25   continue to do that kind of activity.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 102

1    Q   And remaining on a payroll would
2  constitute some form of encouragement?
3    A  Well, I am not sure what remaining on a
4  payroll means when a person is in prison and
5  presumably -- are they being compensated while they
6  are in prison?
7    Q   To the extent the person gets out of
8  prison and the money has now been in a pile in a bank
9  account somewhere that they then can access, they are
10  being compensated while in prison.
11         MR O'TOOLE:  Is that
12  question a hypothetical?
13         MS. MACHNES:  We are
14  talking about a hypothetical.
15         MR O'TOOLE:  Could you
16  repeat the hypothetical?
17    Q  We are talking about a group of
18  state-employed security officers who have planned and
19  perpetrated acts of violence against unarmed
20  civilians, who were then convicted of those acts, are
21  imprisoned, and while they are imprisoned remain on
22  the government's payroll.
23    A  And you are asking for my opinion apart
24  from what the law might or might not be on this as to
25  whether there should be a law that --

Page 103

1    Q   Whether you think that something -- a
2  government -- whether you think that's a legitimate
3  thing, a justifiable thing for a government to do, to
4  keep state -- to keep people who were state
5  employees, who have then been convicted of these acts
6  of violence, to keep them on their payroll after they
7  have been convicted and imprisoned?
8    A  I don't really have an opinion on that.
9    Q  Okay.  How about if while these same
10  hypothetical security officers after they're
11  convicted and imprisoned are given promotions, not
12  only are they kept as government employees but they
13  are given promotions while they are in jail just on
14  their -- in their files.
15    A  I don't have an opinion on that.
16    Q  Okay.  Are you aware of any international
17  law that allows a government to give such promotions?
18    A  I'm not aware of any international norms
19  one way or the other.
20    Q  Okay, okay.  So in your report, which is
21  Plaintiff's Deposition Exhibit 5, you take the
22  position that "The Palestinian Authority, also known
23  as the Palestinian National Authority, is a governing
24  authority of Palestine," correct?
25    A  Yes.

Page 104

1    Q   By the way for purposes of this
2  deposition what is your definition of Palestine?
3  What are we referring to when we say -- when we use
4  the term "Palestine"?
5    A  It is a state.
6    Q  Okay.  By using the term Palestine, are
7  you prejudging the -- whether -- the issue of whether
8  Palestine is a state or not?
9    A  Well, I mean, the term is used in many
10  ways.  The term can be used historically for ancient
11  times.  The term is used in many ways.  It's my
12  conclusion that Palestine is a state.
13    Q  Okay.  But by using the term you are not
14  necessarily acknowledging one way or the other
15  whether Palestine is a state.
16    A  Well, I mean, if I am talking about
17  ancient history, I can use the term Palestine in
18  another sense, but the way I am using it presently,
19  yes, it does imply that Palestine is a state.
20    Q  Okay.  How do you define governing
21  authority?
22    A  Well, an entity that carries out
23  governmental functions.
24    Q  Okay.  And your position is that the
25  Palestinian Authority, which I'll refer to as the PA,

Page 105

1  is a governing authority of Palestine, right?
2    A  Yes.
3    Q  So are there other governing authorities
4  of Palestine?
5    A  Yes, the Palestine Libration
6  Organization.
7    Q  Okay.  Are there any others?
8    A  Hamas would be another one.
9    Q  Okay.  And any others?
10    A  No.
11    Q  Have there been any others through the
12  course of history, governing authorities of the
13  territories, that you believe constitute a state of
14  Palestine?
15    A  Well, there was the Ottoman Empire for
16  several centuries, up until the First World War.
17    Q  Anything else?
18    A  You are asking what about governing
19  authorities of the area?  Well, during the period
20  after the First World War, the British government had
21  administrative functions with regard to -- to
22  Palestine.  So it would have been an authority,
23  although it was not -- I mean, it was administering
24  the state of Palestine.  After the Second World War,
25  the Egyptian government was in belligerent occupation

27  (Pages 102 to 105)

Page 106

1    of Gaza so it was -- it was a -- you might say a de
2    factoid administering authority, similarly for Jordan
3    and the West Bank, and then Israel became a
4    belligerent occupation -- belligerent occupation
5    after 1967.
6        Q   Okay.  Focusing on the 2002-2004 period,
7    what were the governing authorities of Palestine?
8        A   It would be the Palestinian National
9    Authority and the Palestine Libration Organization.
10       Q   Okay.  And the Palestinian National
11   Authority is also the Palestinian Authority which --
12       A   Yes.
13       Q   -- can also be abbreviated PA?
14       A   Yes.
15       Q   And the PLO is the Palestinian Libration
16   Organization --
17       A   Palestine Libration Organization.
18       Q   When did the PA become a governing
19   authority?
20       A   Well, first, it would have been under
21   the -- the agreement on Jericho and the Gaza Strip,
22   1994.
23       Q   And what are the PA's governmental
24   functions?
25       A   Well, it carries out the kinds of

Page 107

1    functions that governments normally do in -- in
2    certain of the territory of Palestine.
3        Q   Can you list the functions specifically?
4        A   Collecting garbage, administering the
5    civil service of the country.
6        Q   Those are just some examples?
7        A   Those are examples of governing
8    activities.
9        Q   Okay.  And you're familiar with the
10   various documents that make up the Oslo Accords,
11   right?
12       A   Yes.
13       Q   And the parties to the Oslo Accords were
14   the PLO, Palestine Libration Organization, and the
15   state of Israel, right?
16       A   Yes.
17       Q   And you're also familiar with the United
18   Nations General Assembly Resolution 69/17?  Right?
19   It's the 2012 General Assembly resolution.
20       A   The numbers are?
21       Q   067/19.
22       A   Yes.
23       Q   You are familiar with that resolution?
24       A   Yes.
25       Q   And in that resolution the PLO is named

Page 108

1    as representative of the Palestinian people, right?
2        A   Yes.
3        Q   Okay.  What are the governmental
4    functions of the PLO?
5        A   The PLO is involved primarily with
6    representing Palestine at the international level.
7    It maintains embassies, diplomatic accord around the
8    world.
9        Q   Okay.  And where does the PLO derive its
10   authority from?
11       A   Well, it's like any governing authority.
12   It derives its authority ultimately from the
13   population of the country.
14       Q   And it -- it has -- it acts according to
15   a charter, right?
16       A   It has a document, yes, called a charter.
17       Q   Okay.  Is the PLO's authority related in
18   any way to the PA's authority?
19       A   Yes.  It was the PLO that actually
20   constituted and created the P -- what you are calling
21   the PA.
22       Q   Okay.  Do their zones of responsibility
23   overlap in any way?
24       A   They may, though broadly the functions
25   are separate.

Page 109

1        Q   Okay.  And are they -- are the -- is the
2    authority of the PLO broader or more -- or more
3    narrow than the PA in any way?
4        A   Well, they are different.  They are
5    different spheres of activity.  I hesitate to
6    characterize quantitatively.
7        Q   Okay.  Are they -- are they both limited
8    in any way?
9        A   Well, it's -- I mean, it's a matter of
10   shared functions, I would say.
11       Q   What do you mean by that?
12       A   That they have an understanding as to
13   which one does which kind of function.
14       Q   Okay.  Is there any overlap in terms of
15   personnel?
16       A   Yes, I think there is.
17       Q   And what's the extent or nature of that
18   overlap?
19       A   I -- I don't know that precisely enough
20   to give you an answer.
21       Q   Do you have any general understanding
22   about the nature of the overlap between the personnel
23   in the PA and the PLO?
24       A   Well, the top, I believe Mr. Abbas is the
25   chair of the PLO and is also the head of the PA, you

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 110

1   know.
2       Q   Okay.  And so you are familiar with the
3   1995 agreement that's referred to commonly as the
4   Oslo Accord II, correct?
5       A   The interim agreement of September, 1995,
6   yes.
7       Q   Okay.  And in that agreement are there
8   any limitations on the Palestinian Authority's
9   authority?
10      A   It's specified it's not supposed to
11  represent Palestine at the international level.
12      Q   Okay.  And that didn't have any effect on
13  the PA -- excuse me, the PLO's authority to conduct
14  activity at the international level.
15      A   Correct.
16      Q   Okay.  So in your opinion what exactly is
17  the distinction between the PA and the PLO?
18      A   Well, the PA carries out functions in the
19  administration of territory, whereas, the PLO
20  represents Palestine at the international level.
21      Q   Okay.  But they may have overlapping
22  personnel.
23      A   Yes.
24      Q   And they may have other overlapping
25  specific areas of responsibility for.

Page 111

1       A   Yes.
2       Q   Okay.  Is this -- is the nuances of
3   the -- are the nuances of the distinction between the
4   PLO and the PA in your report at all?
5       A   Well, they are both governing authorities
6   of Palestine, so for purposes of my report it doesn't
7   really matter precisely which functions are carried
8   out by which one.
9       Q   Okay.  It's just relevant that there is a
10  governing authority of --
11      A   That's right, that there is -- that there
12  is a -- a governing authority.
13      Q   Okay.  And why is that relevant?
14      A   Well, that it acts on behalf of a state.
15      Q   Okay, okay.  So in -- in opining on
16  government authority of a state, and in particular
17  Palestine here, do both or all of the state's
18  governing authorities need to be considered?
19      A   Well, I mean, the issue is whether there
20  is a state.  The governing arrangements can be made
21  in various ways.
22      Q   So as long as there is a governing
23  authority, it's not necessary to consider any other
24  governing authorities.
25      A   Well, that's right, except that there are

Page 112

1   situations where there is -- where the governing
2   authority is not able to exercise any control in the
3   state, for example, when it's under belligerent
4   occupation, so you might not have any actual exercise
5   of authority by any governing authority, but you can
6   still have a state.
7       Q   Okay.  Oh, and by the way, what are the
8   governmental functions of Hamas, which you mentioned
9   as another one?
10      A   It administers the -- in the Gaza Strip.
11      Q   Okay.  In your report you also take the
12  position that Palestine is a state, right?
13      A   Yes.
14      Q   Okay.  And generally what body of law do
15  you use to support that opinion?
16      A   Well, it's international law that is --
17  is the background that determines when an entity is a
18  state but -- but that is -- but what international
19  law says is that states are those entities that are
20  accepted by the existing community of states as being
21  a state.
22      Q   Okay.  Be fair to say this is a
23  relatively complicated area and analysis?
24      A   It can be, yes.  There are no bright
25  lines in international law as to what level of

Page 113

1   acceptance is sufficient or exactly how that
2   acceptance comes about.
3       Q   And in addition to no bright lines,
4   there's really no conformity internationally as to
5   what -- how to conduct this analysis or what would
6   satisfy definitions under this?
7       A   There isn't.  It's just when the
8   expressions of acceptance of an entity get to a
9   certain level, then -- then it becomes difficult to
10  say that an entity is not a state.
11      Q   Is there any conformity as to what that
12  level of acceptance is?
13      A   There really isn't.  I mean, one example
14  would be the admission of Israel to the United
15  Nations in 1949 at a time when it had some acceptance
16  by other states but -- but many states were still not
17  sure what -- what their opinion was.  But it was
18  admitted to membership in the United Nations, and a
19  requirement of admission is that an entity is a
20  state.  The -- Palestine has very significant
21  international acceptance, I would say sufficient to
22  make it a state by whatever the standard might be.
23      Q   But it hasn't -- as opposed to Israel it
24  hasn't gained full membership in the United Nations,
25  correct?

Page 114

1    A   That's correct.
2    Q   So in -- okay.
3        In your opinion what is the difference
4  between statehood and being an independent state?
5    A   Independence can be taken in two
6  different ways.  It can mean that a state has
7  complete control over its -- its own affairs.  I
8  think that's not the sense in which it -- it is
9  appropriately used here because that would mean that
10 a state under belligerent occupation, let's say
11 Kuwait during the time it was occupied by Iraq, would
12 not have been considered a state.
13       I think what independence means is that
14 the entity is -- is considered to be the sovereign in
15 the territory.  You might say in a legal sense that
16 is -- it may not, in fact, be able to control, but
17 nonetheless it is the entity that is accepted as
18 being that state.
19   Q   Okay.  And those were two differing --
20 two differing definitions of independence, correct?
21   A   Yes, yes.
22   Q   And how does that differ from statehood?
23   A   Well, for statehood I think independence
24 in the -- in the second sense is required, that an
25 entity is recognized as being the legitimate

Page 115

1  authority of the -- of a particular territory.  It's
2  not necessary that it actually be in control if a
3  foreign army comes in and takes it over.
4    Q   Okay.  And where -- what's your basis
5  for -- for these differing definitions and their
6  relationship to each other?
7    A   Well, it's the state practice.  It's the
8  practice of states in accepting, you know, putative
9  entities, putative states into the international
10 community as states.
11   Q   But as we saw in the different treatment
12 of Israel and Palestine, for example, there is not
13 really any conformity as to state practice even; is
14 that a fair characterization?
15   A   I am not sure what you mean by conformity
16 of state practice.
17   Q   Well, you said that the -- you're drawing
18 these definitions and the distinctions between them
19 from state practice.
20   A   Uh-huh, uh-huh.
21   Q   But there's no way to look at state
22 practice in a uniform way, right?
23   A   Yeah.  There's no specific rule that says
24 what the level of acceptance has to be.  There is
25 probably a norm that once you have very substantial

Page 116

1  acceptance of an entity, that then it is a state
2  under international law.
3    Q   And that's -- that's an international
4  norm, correct?
5    A   Yes.
6    Q   And is that different from -- and is an
7  international norm binding?
8    A   Yes.
9    Q   How so?
10   A   Well, the -- once an entity becomes
11 sufficiently accepted as a state, it is considered to
12 be a state and -- and that -- that is an
13 international norm.
14   Q   Okay.  And in your opinion Palestine has
15 reached a sufficient level of acceptance to
16 constitute a state, right?
17   A   Yes.
18   Q   But at the same time it has not gained
19 full membership before the UN, right?
20   A   Yes.
21   Q   Okay, okay.  So in your report you make
22 three different sort of independent arguments that
23 Palestine is a state, correct?
24   A   I would have to look to see what.
25   Q   Well, first, you make an argument that

Page 117

1  Palestine was a state beginning in the 1920s and
2  continues as such to the present time, right?
3    A   Yes, that's correct.
4    Q   Okay.  You also make an argument that
5  Palestine fits the criteria for statehood under the
6  international definition of statehood, right?
7    A   Yes.
8    Q   Okay.  And you also make a third argument
9  that Palestine qualifies as a state because it is --
10 it has reached a level of acceptance among the
11 international community such that it qualifies as a
12 state, right?
13   A   Yes, uh-huh.
14   Q   I want to go through these -- those
15 three.  Do you make any other arguments in your
16 report other than those three that Palestine
17 constitutes a state?
18   A   Well, the basic argument is that it -- it
19 has been accepted by the international community.
20 That's the key argument.  You don't really need the
21 others.
22   Q   Uh-huh.
23   A   It is my opinion that Palestine became a
24 state in the 1920s.  If someone wants to disagree
25 with my opinion on that, that would -- wouldn't mean

30  (Pages 114 to 117)

Page 118

1  Palestine is not presently a state.  As well, I in
2  the report referred to the so-called Montevideo
3  criteria for statehood but I indicate that that is
4  not a test that is to be applied by a court but it's
5  a set of factors that may or may not be considered by
6  states in their determination to accept an entity as
7  a state.  So the acceptance is the basic and really
8  the only necessary factor to make Palestine a state.
9      Q    Okay.  Are you aware that -- are you
10 familiar with Second Circuit case law -- U.S. Second
11 Circuit case law on Palestinian statehood?
12     A    No.
13     Q    Okay.  Are you aware that the Second
14 Circuit has adopted the Montevideo -- I am not sure
15 how you pronounced it, Montevideo factors as the
16 relevant analysis for determining whether a state has
17 been recognized as such?
18     A    I do recall those factors being
19 considered in -- I am not sure if it's the Second
20 Circuit or some other circuit in -- in the matter.
21 But I -- as I say, those are not the relevant --
22 that's not the relevant analysis for a court.  As I
23 explained in my report, it's the acceptance of an
24 entity by the community of states and that community
25 of states may or may not utilize the Montevideo

Page 119

1  criteria in deciding whether to accept something as a
2  state.
3      Q    Okay.  And when you say it's not the
4  relevant analysis for courts, what courts are you
5  talking about?
6      A    Well, any court.  I mean, if you look at
7  the Permanent Court of International Justice back in
8  the 1920s where it had to decide whether Palestine
9  was a state then, it did not go through the factors
10 then that were a few years later put into the
11 Montevideo Convention.  It looked at how Palestine
12 was accepted in the international community, and at
13 that time the primary factual point was the Lausanne
14 Treaty of 1923 where Palestine is -- is recognized as
15 a state by -- by the major powers that were in the
16 process of concluding the First World War.
17     Q    Okay.  What about other than the Court of
18 International Justice, are you referring also to
19 domestic U.S. courts when you say that the relevant
20 analysis is not the Montevideo factors?
21     A    Yes.  It's true for any decision making
22 body that has to determine whether an entity is or is
23 not a state.  The essence is the acceptance of the
24 entity in the international community.
25     Q    And is that your opinion, or is that

Page 120

1  based on those courts' opinions?
2      A    Well, it's based on the Permanent Court
3  of International Justice opinion where it follows
4  that approach.
5      Q    Any other more recent court decisions
6  that support your opinion or what the Court of
7  International Justice did in 1925?
8      A    Well, yeah.  The issue of Palestine
9  state, it hasn't come up again squarely before an
10 international court since that time.
11     Q    What about U.S. courts?
12     A    In U.S. courts it has, yeah, and the
13 decisions have been mixed.  I cite one in the report,
14 the Kletter case, where a U.S. court said that
15 Palestine was a state.  It didn't talk about the
16 Montevideo criteria.  It didn't, in fact, talk about
17 its basis in general.  It just simply --
18     Q    Was the issue before the Kletter court
19 whether Palestine was a state?
20     A    Well, yes.  The fellow was saying I
21 didn't effectively make myself a national of another
22 state because it was Palestine where I made myself a
23 national and he was trying to say Palestine wasn't a
24 state, therefore, he still had U.S. citizenship and
25 the court said, no, pal, you gained nationality in

Page 121

1  another state, namely, Palestine.
2      Q    But the issue before the primary holding
3  of the Kletter case was about nationality; it wasn't
4  about -- it wasn't about whether Palestine was a
5  state.  It was about the plaintiff's nationality in
6  that case, right?
7      A    Well, yes, that's how the case arose.
8          MS. MACHNES:  If you guys
9      want to stop for lunch, we can now.  I
10     can go a little further, but I am at a
11     point where we could take a break if we
12     want.
13        (Discussion off the record.)
14        (A lunch recess was taken at 12:02 p.m.)
15 EXAMINATION CONTINUED BY
16 MS. MACHNES:
17     Q    Professor Quigley, earlier in the
18 deposition -- oh, actually, first, let me ask you
19 during the breaks have you discussed with counsel at
20 all the substance of your testimony?
21     A    No.
22     Q    No.  Have you taken any advice from
23 counsel since this deposition started about your
24 testimony?
25     A    No.

31  (Pages 118 to 121)

Page 122

1    Q   Okay.  Earlier you cited that one of the
2   sources for your -- for support of your assertion
3   that Palestine was a state from the 1920s period
4   forward was the Treaty of Lausanne, correct?
5    A   Yes.
6    Q   What was that document?
7    A   It was the treaty of -- of peace that
8   ended the First World War as between the European
9   allies and Turkey.
10    Q   Okay.  And who were the parties to that
11   treaty?
12    A   I would say -- well, on one side was
13   Turkey.  On the other side were the European allies.
14   And I'm not going to be able to name them all but
15   Britain, Italy, France, a couple of others.
16    Q   Was the United States a party to that
17   treaty?
18    A   No.
19    Q   Okay.  Does -- does the Treaty of
20   Lausanne mention the state of Palestine?
21    A   It mentions the territories that are
22   being detached from the Ottoman Empire, the Turkish
23   Empire.  It doesn't mention them by name, but they
24   were Syria, Iraq, and Palestine.
25    Q   And in what context does it mention those

Page 123

1   territories?
2    A   It mentions them -- it calls them states
3   that are detached from the Turkish Empire.  And
4   one -- one mention is in relation to nationality, the
5   nationality of the persons who reside in those
6   territories.  It says the states that are detached
7   from Turkey will -- will deal with -- with the
8   nationality.  In fact, the people will become
9   nationals of those states and there's also a
10   provision on the -- on responsibility for the Turkish
11   national debt that would be assumed by these states
12   that are being detached.  So in both those contexts
13   the entities that were being detached which are the
14   three I mentioned are referred to as states.
15    Q   But it just refers to those entities
16   generally.  It doesn't say that it's referring to all
17   of the entities or mention them specifically by name,
18   right?
19    A   It does not mention them by name.  It's
20   quite obvious that it's the -- they just say the
21   states detached and these are the ones that were
22   detached.
23    Q   And -- okay.  You also argue that
24   Palestine satisfies the international definition of
25   statehood, correct?

Page 124

1    A   Yes.
2    Q   And how does it satisfy the international
3   definition of statehood?
4    A   It is accepted by the community of states
5   as a state.  I mean, it's accepted by -- by some --
6   by different states in different ways, but it's
7   actually accepted by I would say virtually all states
8   including Israel and including the United States.
9    Q   Okay.  What is in your words the
10   international definition of statehood?
11    A   Well, it relates to the -- the hold on a
12   territory of a particular entity.  I mean, I haven't
13   really thought about it in terms of defining
14   statehood as such, and you don't see it addressed
15   quite that way.
16    Q   Well, in your report you rely on several
17   sources, not an international definition of
18   statehood, right?
19    A   Yes.
20    Q   And that's not limited to acceptance,
21   correct?  It's a different analysis than whether a
22   state is accepted in the international community,
23   right?
24    A   Well, the basic way in which an entity
25   becomes a state is that it becomes accepted by the

Page 125

1   existing states.  That's probably -- I don't know if
2   you would call that a definition of statehood but
3   that's how an entity becomes a state.
4    Q   We will turn to the acceptance part of
5   your -- of your report in a minute; but, right now, I
6   want to talk about the international definition of
7   statehood that you also discuss in your report which
8   is, for example, laid out in the Montevideo factors.
9   Do you recall that part of your report?
10    A   Yes.
11    Q   Okay.  So what is the international
12   definition of a state according to the Montevideo
13   factors?
14    A   Well, I mean, I wouldn't agree with the
15   assumption of your question that provides the
16   definition of what entities are or are not states.
17   These are factors that are considered in determining
18   whether a particular state is going to accept a
19   punitive -- putative state as being a state.  But
20   there's no indication that states necessarily have to
21   use these.  But -- but to some extent they are
22   referred to by states when -- so they have some
23   relevance, but they're not definitive.  That is, one
24   doesn't decide whether a particular entity is a state
25   by saying let's look at the Montevideo criteria.

1    Q   Okay.  Well, you analyze in your report
2  whether Palestine meets the Montevideo criteria,
3  correct?
4    A   I do, yes.
5    Q   And we've already established that the
6  Second Circuit also analyzes the Montevideo factors
7  in deciding in its U.S. judicial opinions whether a
8  state meets those criteria, correct?
9    A   Yeah.  That would be an incorrect manner
10  of analysis but -- but, yes.
11    Q   Okay.  So you would disagree with the --
12  you would disagree with the position of U.S. courts
13  that undertake that analysis as determining -- as a
14  determining whether an entity constitutes a state?
15    A   Well, it depends on which courts you're
16  talking about.  The Kletter court didn't seem to need
17  those criteria to decide that Palestine was a state,
18  but you do find it in some other court decisions,
19  yes.
20    Q   And you disagree with those.
21    A   I would disagree with that, yes.
22    Q   So under the Restatement of Foreign
23  Relations Law, which you also cite in your report,
24  correct?
25    A   Yes.

1    Q   What is the definition of statehood?
2    A   Well, the Montevideo Convention was
3  concluded in 1933 in the Inter-American system in
4  order to protect the Latin American states from
5  having the United States come in and determine who
6  could be the governing authorities, and so they wrote
7  this to say that any time you have these particular
8  factors you have a state then that has to be
9  accepted.  And they wrote in that the -- that there
10  had to be a population, that there had to be a
11  governing authority on that -- over that population
12  that -- in a particular territory.
13    So that -- and that as I say is accepted
14  as something of a guideline as the states can use but
15  if you look at state practice, you can't really
16  establish that states, you know, go through that
17  laundry list in order to determine whether they
18  accept another entity as a state.
19    Q   Okay.  So under the Montevideo Convention
20  and under the Restatement, you listed three factors.
21    A   Uh-huh.
22    Q   You listed a population, right?
23    A   Yes.
24    Q   You listed a territory, right?
25    A   Uh-huh.

1    Q   And you listed governing authority,
2  right?
3    A   Yes.
4    Q   And are there any other factors?
5    A   That -- that's it.  There is sometimes
6  said to be another factor which is called the
7  capacity to enter into international relations but
8  that's more a questionable as to whether that's a
9  separate factor or whether it's included under the
10  factor of having a -- a governing authority.
11    Q   Okay.  And are you aware that the
12  Restatement uses language for the third factor we
13  just mentioned of exercising governmental authority
14  and frames that as control rather than exercising
15  governmental function?
16    A   Yes, yes, that's fine, determines
17  control.
18    Q   So that's the -- that's the language in
19  the Montevideo Convention and in the Restatement,
20  correct?
21    A   Yes.
22    (Exhibit 6 marked on the record.)
23    Q   Okay.  Handing you what's been marked as
24  Plaintiff's Exhibit 6, if you could just take a
25  second to review it.  Let me know when you've

1  finished.
2    A   I mean, I can't read the entire document.
3    Q   Do you recognize it?
4    A   I recognize it, yeah.
5    Q   What is it?
6    A   It's "Restatement (Third) of Foreign
7  Relations Law of the United States Section 201."
8    Q   Okay.  And what is that?  What is that
9  section specifically?
10    A   Oh, the section deals with -- with the
11  definition of state.
12    Q   Okay.  And could you read for me the main
13  bolded text right under "Section 201 State Defined"
14  heading.
15    A   "Under international law, a state is an
16  entity that has a defined territory and a permanent
17  population, under the control of its own government,
18  and that engages in, or has the capacity to engage
19  in, formal relations with other such entities."
20    Q   And is that the same section of the
21  Restatement that you relied on in your report and in
22  analyzing whether Palestine met certain criteria of
23  statehood?
24    A   Yes, with the caveat that that's not a
25  necessary analysis to determine whether Palestine is

Page 130

1 a state.
2     Q    In your opinion is there a difference
3 between the word "control" and a government's
4 exercising "governmental functions"?
5     A    Well, the government must exercise a
6 certain amount of control in order to exercise
7 function so I think the two are the same.
8     Q    Okay.  Focusing then on control, what is
9 meant by control in this -- in the Restatement's
10 definition or in the Montevideo Convention?
11     A    I think it's not very well defined.  I
12 mean, you have many entities in the world where the
13 government exercises only very vague control.  Our
14 governments may have more control in some parts of
15 their territory than in other parts of their
16 territory.  But that, you know, is not considered --
17 the fact that they don't have what you might call
18 complete control in the entirety of the territory
19 doesn't negate the existence of those entities as
20 states.
21     Q    And in your opinion in your report you
22 state that the Palestinian Authority does exercise
23 control over the Palestinian population, right?
24     A    Yes.
25     Q    Okay.  And -- and you said earlier that

Page 131

1 the PA has exercised control or has exercised
2 governmental function since 1994, correct?
3     A    Yes.
4     Q    Okay.  Beginning in 1994, what sectors of
5 government did the PA begin to exercise control over?
6     A    Do you mean functionally what sectors or
7 territorial?  What --
8     Q    Functionally.
9     A    Functionally?  Well, in certain parts of
10 the territory it exercised really all the basic
11 functions of government.
12     Q    Okay.  Which parts of the territory?
13     A    Those are what then were defined in the
14 Gaza-Jericho Agreement of 1994 and the interim
15 agreement was 1995 where there's a disposition as to
16 different parts of the territory.
17     Q    So which specifically are you --
18     A    Well, I mean, you would have to go into
19 those to see.  They use letters to label them and
20 each letter related to a certain part and portion of
21 the territory.
22     Q    But it's your opinion that overall the
23 Palestinian Authority exercises sufficient control to
24 meet the requisite amount of control that's required
25 under a definition of statehood?

Page 132

1     A    Well, yes, but one has to take into
2 account, of course, that the territory is under
3 belligerent occupation overall which means that it
4 can't exercise the kind of control that -- that
5 governments normally exercise.
6     Q    Okay.  In -- in area A specifically,
7 that's what you were referring to, letters?
8     A    Yeah.
9     Q    In area A specifically, is that one of
10 the specific areas of the territories that the
11 Palestinian Authority exercises all basic government
12 functions?
13     A    Yes.
14     Q    Okay.  In your report you also say that
15 the Palestinian Authority exercises government
16 functions in many ways, right?
17     A    Uh-huh, uh-huh.
18     Q    What are -- what are those ways?  Just
19 list as many as you can think of.
20     A    Well, it has a police force.  It has a --
21 you know, agencies that deal with -- with sanitation.
22     Q    Okay.  Anything else you can think of?
23     A    There are probably others but.
24     Q    Okay.  Well, focusing on the 2000 to 2004
25 period specifically, did the Palestinian Authority

Page 133

1 have the ability to enact laws?
2     A    Yes.
3     Q    Okay.  Did it have the ability to enforce
4 laws?
5     A    Yes.
6     Q    And had the power to tax?
7     A    Yes.
8     Q    You said it had the power to form a
9 police force?
10     A    Yes.
11     Q    Did it have the authority to arrest
12 Palestinians?
13     A    Yes.
14     Q    Okay.  Did it have the power to set up
15 courts that would apply Palestinian law?
16     A    Yes.
17     Q    And, in fact, it had the authority to set
18 up an entire judicial system, right?
19     A    Yes.
20     Q    Okay.  Did it have the power to prosecute
21 members of its population?
22     A    Yes.
23     Q    And that included the ability to
24 interrogate Palestinians, correct?
25     A    Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 134

```
 1       Q    And to detain them?
 2       A    Yes.
 3       Q    Did it also have the ability to conduct
 4   trials generally?
 5       A    Yes.
 6       Q    And can you think of -- and you said deal
 7   with sanitation.  Anything else you can think of that
 8   specifically were ways in which the Palestinian
 9   Authority exercised government functions during the
10   2000 to 2004 period?
11       A    Oh, there probably are others but I can't
12   think of those at the moment.
13       Q    It also had in the -- based on the 1993
14   Declaration of Principles the general oversight over
15   education, culture, health, social welfare, tourism,
16   that sphere of life, correct?
17       A    Yes.
18       Q    So those were all ways in which the
19   Palestinian Authority exercised control over --
20       A    Uh-huh.
21       Q    -- the Palestinian population, right?
22       A    Yes.
23       Q    And as a governing authority, did the PA
24   have a responsibility to exercise these government
25   functions?
```

Page 135

```
 1       A    Yes.
 2       Q    And did the Palestinian Authority, in
 3   fact, exercise those government functions during the
 4   2000 to 2004 timeframe?
 5       A    Yes.
 6       Q    And it continues to exercise them to the
 7   present day, right?
 8       A    Yes.
 9       Q    Now, focusing on the PLO, what -- what
10   types of government -- what types of government
11   action is the PLO authorized to conduct?
12       A    Well, it conducts relations with the
13   outside world basically.
14       Q    Okay.  So does it have any -- does it
15   have any responsibilities related to the Palestinian
16   population specifically?
17       A    Well, it has created the PA --
18       Q    Okay.
19       A    -- and then the PA exercises functions.
20       Q    Okay.  Can the PLO itself enact
21   legislation?
22       A    It doesn't directly enact legislation
23   itself, no.
24       Q    It doesn't.  Does it have the ability to?
25       A    Well, yes, it does, yes.  I am not clear
```

Page 136

```
 1   on exactly what areas it does or does not.  For
 2   purposes -- for our purposes it doesn't really matter
 3   as between the two, so it's not something I directed
 4   my attention to in my report.
 5       Q    What -- from where does the PLO drive its
 6   authority to enact legislation?
 7       A    It derives authority the way any
 8   government derives authority, and when it gets you
 9   into the realm of political theory, how does that --
10       Q    Well, for example, the United States
11   Congress acts based -- according to the United States
12   Constitution.  Is there a similar document?
13       A    Are you asking me about a document?
14       Q    Yeah.
15       A    I mean, ultimately the authority of any
16   government comes from the people, whether the people
17   actively want that government or whether they
18   acquiesce in it reluctantly but that's ultimately
19   where -- where the authority derives.
20       Q    So the Palestinian people have given the
21   PLO the authority to enact legislation?
22       A    Yes, but, again, I mean, that authority,
23   you know, can be expressed in simply by acquiescence
24   but, yes.
25       Q    Okay.  And why doesn't the PLO enact
```

Page 137

```
 1   legislation, if it has the power?
 2       A    Well, it's the PA that is -- is
 3   functioning as the -- the immediate governing
 4   authority in the West Bank and the -- so you find it.
 5       Q    So has the PLO expressly delegated its
 6   power to enact legislation to the PA, for example?
 7       A    Yes.
 8       Q    Has it that done with respect to all of
 9   its powers of governance?
10       A    Well, it simply set it up as the
11   governing authority, and then, you know, the PA takes
12   the matter from there.
13       Q    Okay.  Why doesn't -- why doesn't this
14   relationship, I guess, between the PA and the PLO
15   matter to your expert opinion?
16       A    Well, I mean, at one level you need to
17   have a governing authority under the Montevideo
18   criteria, and it doesn't matter exactly how that's
19   parceled out.
20            At another level when you have
21   belligerent occupation, you don't need to have
22   control at all so everything we're talking about here
23   is not essential to Palestine being a state.  I mean,
24   there are many instances of belligerent occupation
25   where the belligerent occupant exercises all powers,
```

35  (Pages 134 to 137)

Page 138

1    and the entity is still regarded as a state.  If you
2    look at Kuwait during the time Iraq occupied it, the
3    entire government of Kuwait fled to outside the
4    country.  They weren't there.  They were not
5    exercising authority on the ground.  So the --
6    this -- to say, well, you know, do they have to
7    exercise control to be a state, no, obviously not.
8        Q    Okay.  But in this case --
9        A    But in this case there is considerable
10   exercise of control, yes.
11       Q    Okay.  So in your report and as you've
12   said through -- from the beginning of this
13   deposition, you take the position that the
14   determinative analysis of statehood is recognition or
15   acceptance as a state by other states in the
16   international community, right?
17       A    I will use the term acceptance rather
18   than recognition.  Recognition is a term that has a
19   particular significance that relates to this issue
20   but in a slightly different way, that is, states may
21   accept another entity as a state without according it
22   a diplomatic recognition.
23            If you are using recognition in your
24   question in the sense of diplomatic recognition, that
25   is a procedure that states engage in.  If they do

Page 139

1    engage in it, if they recognize another entity, yes,
2    that would definitely mean they accept it as a state,
3    but they could accept it as a state without having
4    accorded diplomatic recognition.  When Israel was
5    admitted to the United States, there were states that
6    voted in favor of admitting Israel as a state to the
7    United Nations even though they had not accorded
8    Israel diplomatic recognition so I'm just.
9        Q    Okay.  So diplomatic recognition is an
10   indication of acceptance, correct?
11       A    Yes.
12       Q    Okay.  But it's not necessarily true that
13   acceptance requires diplomatic recognition.
14       A    Correct.
15       Q    Okay.  What is your basis for -- what is
16   your basis for saying that the determining factor is
17   whether the international -- international community
18   accepts a state as such?
19       A    Well, that's -- that's the way you see
20   states interacting, that is, once an entity gets to a
21   certain level of acceptance, that -- that is
22   considered determinative of the status of the state.
23   I mean, I suppose I base it on the practice of
24   states.  There's not a document I can point to.
25   There is no like international treaty that tells you

Page 140

1    when an entity becomes a state.  It's a factual issue
2    that comes out of international practice.
3        Q    But we don't know what that level of
4    acceptance is, right?
5        A    That's right.  There's no definite, you
6    know, rule in terms of percentage of states or
7    percentage of the world's population or percentage of
8    the world's territory or anything of the sort.  It's
9    just that when -- when it becomes sufficiently
10   general, then we say that an entity is accepted as a
11   state, and the fact that you -- you would have a few
12   that don't accept wouldn't be determinative in the
13   other direction if there are others that -- that
14   don't accept an entity as a state.
15            But you may have entities, of course,
16   that have accorded diplomatic recognition of the
17   entity which, as I say, doesn't mean that they regard
18   it as a state.
19       Q    What does that mean practically that you
20   could have 1 nation that doesn't accept a state and
21   30 that do?  What does that mean for that one state
22   that doesn't accept the -- that an entity constitutes
23   a state?  What does that mean practically speaking?
24       A    Practically it doesn't mean very much for
25   them.  I mean --

Page 141

1        Q    For who?
2        A    I mean, for example, you would find
3    states that do not accept Israel as a state.  There's
4    a group of states that takes that view.  Does that
5    mean that Israel is not a state?  No.  I think there
6    is -- there is clearly sufficient generality of
7    acceptance of Israel as a state that one would say
8    the fact that you have some states that don't accept
9    Israel, that that's simply irrelevant.
10       Q    Are there international scholars other
11   than yourself that do not agree that Palestine is a
12   state?
13       A    Yes.
14       Q    Okay.  This is -- this is a complicated
15   issue on which reasonable minds can differ, correct?
16       A    Well, some are less reasonable than
17   others.  Those who disagree with me are less
18   reasonable.
19       Q    Okay.  But the disagreement is possible.
20       A    Yes.
21       Q    So as we've established, there is one way
22   that we know when an entity is accepted as a state
23   and that's if it's extended diplomatic recognition,
24   right?
25       A    Yes.

36 (Pages 138 to 141)

Page 142

1     Q    What are the other ways that we can tell
2  an entity has been accepted as a state when
3  diplomatic recognition is not present?
4     A    Well, it could be an expression in some
5  kind of international document that the entity is a
6  state such as the resolution of November 29, 2012.
7  It could be a vote in favor of admitting an entity to
8  the United Nations which would be true, as I
9  mentioned, of some states that voted for Israel's
10 admission to the United Nations even though they
11 hadn't accorded diplomatic recognition.  It could be
12 interaction with that entity in a way that is
13 inconsistent with a view that the entity is not a
14 state.
15         In fact, when the Declaration of
16 Principles was concluded in 2003 and in that
17 connection there were expressions on the Israeli side
18 and the Palestinian side of recognition of each
19 other, that to my mind bespoke an acceptance by
20 Israel that Palestine was a state.  That was also the
21 view of Benjamin Netanyahu at the time who was the
22 member of the Knesset and opposed that declaration.
23 He criticized it on the grounds that Israel was
24 accepting Palestine as a state.
25         So you can have a variety of kinds of

Page 143

1  interaction.  Or under the Declaration of Principles,
2  the negotiation of borders, the fact that Israel
3  agreed that it was going to negotiate borders with --
4  with the PLO was an acceptance that the PLO was
5  representing a state because you don't negotiate
6  borders with -- with the, you know, the Parent
7  Teacher Association.  You negotiate borders with a
8  state, or you have the road map of 2003 where to my
9  mind the United States expressly stated that it
10 considered Palestine to be a state because it said
11 that within a few weeks the United States would agree
12 with -- the United States and the other major powers
13 would promote the diplomatic recognition of Palestine
14 as a state and that could not have been deposited in
15 that fashion if the United States didn't consider
16 that Palestine was -- was a state.
17         I think the confusion sometimes comes
18 because there are entities that want to encourage the
19 Palestinians and Israelis to negotiate, and so if you
20 ask at one level, they'll say, well, the statehood
21 will come out of that but just the fact of
22 encouraging them to negotiate means that there's
23 effective acceptance as a state.
24     Q    Okay.  So those are some of the ways --
25 some of the indications that an entity is accepted as

Page 144

1  a state even if there is no diplomatic recognition.
2     A    Correct.  Diplomatic recognition is
3  considered to be a discretionary matter with the
4  state so that if -- if a state, you know, doesn't
5  like things that another state does, then they will
6  withhold recognition.  And here I think you find some
7  states withholding recognition of Palestine because
8  they think that's a way of pressuring it to come to
9  an arrangement with Israel.
10    Q    One of the -- one of the ways that you
11 just mentioned that we know an entity is accepted as
12 a state even though there's no diplomatic recognition
13 necessarily is a resolution to be invited into the
14 UN, right?
15    A    As a member state you mean.  To be --
16 when you say "invited."
17    Q    Those were your words but, sure, as a
18 member state.
19    A    Well, it could be invited as a member
20 state or invited in some other capacity but, yes.
21    Q    Okay.  And, in fact, in your report and
22 earlier we've talked a bit about the 2012 General
23 Assembly resolution in which the General Assembly
24 voted on the question of Palestine, right?
25    A    Yes.

Page 145

1     Q    And what was -- what did the General
2  Assembly vote on in that resolution?
3     A    Well, it said that the -- the mission of
4  Palestine, the observer mission, which had been in
5  existence for some time at the United Nations, was
6  the -- was the mission of a state.
7     Q    Could you repeat that?  Sorry.
8     A    It said the mission of Palestine, the
9  observer mission, was the -- was the mission of a --
10 of a state.
11    Q    Did it ultimately vote that it would
12 recognize Palestine as a nonmember observer state?
13    A    Well, the term "recognize" isn't quite
14 appropriate here because it confuses with "diplomatic
15 recognition."
16    Q    Okay.  Did it ultimately accept Palestine
17 into the UN as a nonmember observer state?
18    A    Yes.
19    Q    Okay.  What is a nonmember observer
20 state?
21    A    It would be an entity that has observer
22 status at the United Nations and which is moreover
23 considered to be a state, although not a member of
24 the organization.
25    Q    To be a member, to have formal membership

37  (Pages 142 to 145)

Page 146

```
1    in the UN, you have to be a state, correct?
2        A    Yes.
3        Q    So if being accepted as a nonmember
4    observer state is equivalent to being a state, how is
5    a nonmember observer state any different than being a
6    full member of the UN?
7        A    Well, it's -- it's not membership in
8    terms of the prerogatives, although it comes rather
9    close to it.  But it would mean that the entity
10   doesn't vote on resolutions in the way a member state
11   would vote on resolutions.  It doesn't contribute to
12   the expenses of the organization the way a member
13   would.
14       Q    Okay.  And if -- if the UN wanted to
15   admit Palestine as a full member in which it only
16   does for states, it could vote to do so also,
17   correct?
18       A    Yes.
19       Q    And, in fact, in September of 2011,
20   the -- the government of Palestine submitted a bid to
21   the UN for full membership, correct?
22       A    Yes.
23       Q    And do you cite to that in your report?
24       A    No, I didn't.
25       Q    Why not?
```

Page 147

```
1        A    Well, I mean, that would be another way
2    in which an expression could be made of acceptance of
3    Palestine as a state but the General Assembly did it
4    in a different way and that, I think, is what is
5    determinative on the -- in -- as providing a very
6    significant expression of international acceptance of
7    Palestine.  Certainly had there been acceptance into
8    membership that would have been another such
9    expression.
10       Q    What happened with the September, 2011,
11   bid for membership?
12       A    It was referred to the Security Council,
13   and to date the Security Council has not taken any
14   action.  It hasn't voted against; it hasn't voted in
15   favor.
16       Q    And is that a significant expression of
17   international views on Palestine similar to what you
18   said was significant expression in the 2012
19   resolution?
20       A    Well, if you had some expression from the
21   Security Council that it was refusing to act because
22   it didn't consider the entity to be a state, then
23   that would be relevant.  Here you have not had any
24   such expression by the Security Council.  The
25   Security Council has merely, you know, put the matter
```

Page 148

```
1    on hold.  It may come up again; it may not come up
2    again.  But given the fact that the General Assembly
3    went ahead and adopted this resolution suggests that
4    the overwhelming majority of the membership in the
5    United Nations regards Palestine as a state.
6        Q    And in the meantime while the Security
7    Council put the 2011 bid on hold, the state -- the
8    government -- the Palestinian government approached
9    the General Assembly and made a bid for admission as
10   a nonmember observer state, correct?
11       A    I wouldn't use the term "admission" but
12   made a request, let's say, that the General Assembly
13   adopt a resolution, you know, specifying that
14   Palestine is a state.
15       Q    So the government of Palestine initiated
16   that while the Security Council put the 2011 bid on
17   hold?
18       A    Yes.
19       Q    Okay.  And as -- as an expert on
20   international law, how do you -- how would you
21   characterize General Assembly resolutions?
22       A    Well, General Assembly resolutions have a
23   certain status under the charter of the United
24   Nations.  General Assembly resolutions do not make
25   law.  General Assembly resolutions are often taken as
```

Page 149

```
1    an expression of the views of the international
2    community on a particular subject, and in particular
3    when a state votes a particular way on a resolution,
4    that's an indication of its view on an issue.
5        Q    But it's not binding law in any way.
6        A    The resolution itself is not binding law
7    except to the extent that this resolution does relate
8    to the status of the Palestine mission at the UN so
9    in that sense it is binding, that that makes the
10   observer mission at the UN the observer mission of a
11   state.
12       Q    So you're saying it's binding; you're
13   saying General Assembly resolutions are binding on
14   the UN?
15       A    Yes.
16       Q    But other than that they are not binding?
17       A    Well, the General Assembly can't create
18   law.  It can't say, you know, we consider such and
19   such to be required under international law.
20       Q    On the other hand the Security Council
21   has different authority within the UN?
22       A    Well, the Security Council doesn't make
23   law but it -- it has a different realm of operation,
24   in particular relating to war and peace.  With regard
25   to admission of members, at least the way it's
```

38  (Pages 146 to 149)

Page 150

1  presently construed, they both have a role, a role
2  that -- that is determinative so, for example, when
3  the General Assembly admits a state as a member, you
4  know, that is determinative as to the status of that
5  entity within the organization.
6      Q.  Okay.  So can the UN, whether it be
7  through the General Assembly or the Security Council,
8  make law in any way outside of the realm of for
9  itself?
10     A.  They don't make law.  I mean, here we are
11  dealing with an issue of fact.  It's a question of
12  whether Palestine is accepted as a state.  And when
13  you get a large number, whatever the number was on
14  that resolution, voting in the affirmative, it means
15  that those -- that that number of states are saying
16  that they consider Palestine to be a state so you
17  don't really need to talk about --
18     Q.  But it's not binding, for example -- the
19  number that voted for it, that -- the fact that that
20  was the majority and that resolution passed, it's not
21  binding on any state that voted against it, right?
22     A.  Well, it's not binding on the states that
23  voted against it, but when you have an overwhelming
24  expression of sentiment in favor of an entity being a
25  state, then it does -- it becomes a state.  And you

Page 151

1  have here --
2      Q.  How so?
3      A.  Well, that's how an entity becomes a
4  state is that other states consider it to be so.  And
5  here you have not only the number that voted in favor
6  of this resolution, you've got others that have
7  accorded diplomatic recognition that didn't vote in
8  favor.  When you add it all together, you've got
9  about some 160 states that have -- have in a formal
10 way expressed their acceptance of Palestine and
11 that's out of 190 or so in the international
12 community.
13     Q.  And they expressed their acceptance of
14 Palestine as a nonmember observer state, right?
15     A.  Well, but the critical point is they
16 accepted it as a state.
17     Q.  Professor Quigley, when I ask a yes or no
18 question, could you please answer it "yes" or "no"?
19     A.  What is the yes or no question?
20     Q.  The question is they -- that number of
21 states that you just cited to, 160, they voted to
22 accept Palestine as a nonmember observer state,
23 right?
24     A.  It wouldn't be 160.  I was adding another
25 group of states.

Page 152

1      Q.  The overwhelming number of states that
2  voted to accept Palestine voted to accept Palestine
3  as a nonmember observer state, correct?
4      A.  Yes.
5      Q.  Okay.  And we have the 2011 bid that is
6  pending before the Security Council, correct?
7      A.  Uh-huh.
8      Q.  Have there been any other bids for
9  membership to the UN made by the government of
10 Palestine prior to September, 2011?
11     A.  Not to the United Nations but there have
12 been to specialized agencies of the United Nations
13 which also requires statehood as a criterion.
14     Q.  Okay.  And what was the -- first of all,
15 did you cite those in your report?
16     A.  I don't know if I mentioned that, but I
17 don't think I mentioned the fact that Palestine
18 applied to -- to UNESCO for membership, that's a
19 specialized agency, and that it was admitted in I
20 believe 2011 and that too is an organization that
21 requires statehood as a condition of membership.
22     Q.  That was in 2011?
23     A.  Yes.
24     Q.  And what is that organization?
25     A.  The UN Economic, Social, and Cultural

Page 153

1  Organization, it's a specialized agency of the United
2  Nations.
3      Q.  Okay.  And how did the U.S. vote on that
4  resolution?
5      A.  The U.S., the U.S. voted against.
6      Q.  Going back to the 2012 General Assembly
7  resolution, how did the U.S. vote on that resolution?
8      A.  In the negative.
9      Q.  Okay.  How many other states rejected it?
10     A.  Let's see, nine, nine total.
11     Q.  And how many states abstained from
12 voting?
13     A.  41.
14     Q.  Okay.  So is it fair to say that at least
15 50 states in the UN voted against accepting Palestine
16 as a nonmember observer state?
17     A.  Yes, but that doesn't mean they don't
18 consider Palestine to be a state.  Many of them were
19 of the opinion that they thought they would encourage
20 negotiations if they -- if Palestine were not given
21 this status.  So the fact that they abstained or
22 voted in the negative doesn't necessarily mean that
23 they don't consider Palestine to be a state.
24     Q.  Why is that?
25     A.  Well, it just -- states have their own

39 (Pages 150 to 153)

Page 154

1   reasons for voting on these things.  And some of them
2   expressed the view that the -- that they thought it
3   would put more pressure on Palestine to come to terms
4   with Israel if it were not accorded this status at
5   the United Nations so their vote was not based on
6   a -- on their view that Palestine was not a state.
7       Q   Given all of these other political
8   motivations or other reasons for voting on the
9   resolutions, the resolution itself doesn't actually
10  tell us whether or not Palestine is accepted as a
11  state, right?
12      A   I disagree with that.  I mean, it does
13  state as a fact that Palestine is a state.  If the
14  observer mission is the observer mission of a state,
15  then they are saying that Palestine is a state.
16      Q   Well, it does actually say that Palestine
17  is a nonmember observer state, correct?
18      A   Yes.
19      Q   So is your previous answer affected in
20  any way?
21      A   No.  I mean, that's what they were
22  voting.  You have to have regard for the way in which
23  this arose.  I mean, you have a mission of Palestine
24  at the United Nations.  It's called an observer
25  mission.  It's an observer so it has the status of

Page 155

1   observer.  But up until the time of this resolution
2   there hadn't been anything formal that indicated of
3   what Palestine is an observer.  Is it an observer
4   of -- of a nongovernmental organization?  Is it an
5   observer of a state?  And here they are making the
6   specification that the observer mission is the
7   observer mission of a state.
8       Q   Okay.  So it wasn't voting to decide that
9   Palestine should be accepted as a state, right?
10      A   Well, they are making a factual statement
11  that Palestine is a state.
12      Q   They are making a factual statement that
13  Palestine is a nonmember observer state, right?
14      A   Yes.
15      Q   Where --
16      A   It is a state, yeah.
17      Q   Where in the resolution does it say that?
18      A   "Decides to accord to Palestine nonmember
19  observer state status."
20      Q   Okay.  And in your opinion that's the
21  same as a state status?
22      A   It says "state status," the word
23  "state" --
24      Q   But it is qualified by "nonmember
25  observer status," so I am asking you if a nonmember

Page 156

1   observer status is the same as state status in the
2   UN.
3       A   Well --
4           MR O'TOOLE:  I am going to
5   object.  The question was based on not
6   the language of the resolution.
7       A   You said "nonmember observer status."
8   It's not "member state status" so we are going around
9   in this --
10      Q   So you are saying there is no difference
11  between a nonmember observer state status and a full
12  state status in the UN.
13      A   Well, I don't accept the premise of your
14  question.  I don't know what you mean by full -- what
15  was full status?  Do you mean member status?  It
16  certainly isn't considering it to be a member of the
17  organization.
18      Q   What in a resolution that votes on
19  whether an entity is a nonmember observer state says
20  that that nonmember observer state is recognized as a
21  state?
22      A   Well, again, I have to object to the term
23  of "recognize" in this context, but if the
24  organization is saying -- at least those who voted in
25  favor are saying that -- that the status of Palestine

Page 157

1   is that of an observer state, they are saying that it
2   is a state.
3       Q   Okay.  So in your opinion the
4   qualification "nonmember observer" has no meaning.
5       A   It does not derogate from the fact they
6   are making a factual statement that they consider
7   Palestine to --
8       Q   That's not what I am asking you.  I am
9   asking does the qualifier "nonmember observer" in
10  this resolution have any meaning to you?  "Yes" or
11  "no."
12      A   Well, it has meaning in terms of what
13  Palestine's observer mission is at the United
14  Nations.  It doesn't have any significance with
15  regard to a statement about Palestine being a state.
16      Q   Okay.  By the way -- we did that one
17  already.  Strike that.
18          You mentioned of the 50 states that voted
19  to either reject or to abstain from voting on that
20  resolution, that they may have had political reasons
21  for those rejections or abstentions, correct?
22      A   Yes.
23      Q   Does that mean necessarily that those
24  states accept that Palestine is a state?
25      A   Well, by their abstention or negative

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 158

1   vote, you -- the abstention or negative vote does not
2   indicate an acceptance of Palestine as a state,
3   though some of those states accept Palestine in other
4   ways, but the vote on the vote itself, the negative
5   vote or the abstention, doesn't so indicate.
6       Q    Okay.  Another way you mentioned that a
7   state that has not extended diplomatic recognition
8   can indicate that it accepts an entity as a state is
9   through actions that are inconsistent with not
10  recognizing that entity as a state, right?
11      A    Uh-huh, uh-huh.
12      Q    And specifically you mentioned with
13  respect to the United States the 2003 road map,
14  correct?
15      A    Yes.
16      Q    Okay.  What is this 2003 road map?
17      A    Well, it's a document that was drafted by
18  the major powers as to steps that should be taken
19  that could resolve the overall conflict,
20  Israeli-Palestinian Conflict.
21      Q    And you say this document -- in this
22  document the United States accepts that Palestine is
23  a state.
24      A    Yes.
25      Q    Okay.  Where in the document do you?

Page 159

1       A    Well, it doesn't say it in so many words,
2   but the document talks about phases that shall be
3   carried through in order to move in the direction.
4   And the first phase, this was the end of April, 2003,
5   it was concluded, and the first phase was to be
6   certain measures that would reduce tension between
7   the parties.
8            The second phase was that -- that was to
9   begin within a few weeks after the beginning of the
10  first phase that -- that quartet members, quartet is
11  the overall group enacting this doc -- or signing
12  onto this document, that they would promote
13  international recognition of Palestinian state
14  including possibly UN membership.
15           So they were formulating a document in
16  April of 2003 that contemplated that by June of 2003,
17  the United States along with Russia, all the European
18  powers, would be asking all states of the world to
19  recognize Palestine as a state.  So as of April of
20  2003, they are saying we're prepared as of June,
21  2003, to be encouraging all states in the world to --
22  to recognize, to accord diplomatic recognition to
23  Palestine as a state.
24           And it seems to me they could not have
25  done that unless they thought that Palestine was a

Page 160

1   state because Palestine wasn't going to kind of
2   change anything.  It wasn't going to become anything
3   different within -- between the end of April and June
4   of 2003.
5       Q    Okay.  But this entire document, this
6   entire road map, envisions a series of possibilities,
7   right?  It's creating a road map.
8       A    Yes.
9       Q    A possible road map.
10      A    Uh-huh.
11      Q    And as you say in your report, it
12  "envisions possibility" of establishing a Palestinian
13  state.
14      A    I wouldn't say of establishing a
15  Palestinian state.  I would say of promoting
16  diplomatic recognition of Palestine as a state.
17      Q    Okay.  So if -- if it envisions -- if
18  this road map envisions the possibility of promoting
19  diplomatic recognition of Palestine, how does that
20  mean that it is currently in that statement accepting
21  that Palestine is a state?
22      A    Well, they were saying that by -- this is
23  the end of April of 2003.  They were saying that
24  we're prepared if -- if certain things happen
25  between -- over the next few weeks, we're prepared to

Page 161

1   encourage all states to accord diplomatic recognition
2   to Palestine.  I don't see how they could have --
3   have said that if they didn't think that what they
4   would be encouraging diplomatic recognition of was
5   not a state.
6       Q    Well, as you just said, that was
7   dependent on certain contingent --
8       A    Uh-huh.
9       Q    -- if clauses, correct?
10      A    Yes.
11      Q    Okay.
12      A    But those if clauses didn't relate to
13  Palestine status.
14      Q    Okay.  What did they relate to?
15      A    This related to reduction of violence.
16      Q    Okay.  So the text of the 2003 road map
17  doesn't expressly recognize -- doesn't expressly
18  accept Palestine as a state; is that right?
19      A    That would be correct.
20      Q    Okay.  Similarly you said the 1993
21  Declaration of Principles between Israel and the
22  government, the Palestinian government, was another
23  indication that Israel was impliedly recognizing or
24  impliedly accepting the state of Palestine, right?
25      A    Yes.

41  (Pages 158 to 161)

Page 162

```
 1        Q    And would the same possible reasoning
 2   apply to that scenario that we just went through with
 3   the 2003 road map?
 4        A    I'm sorry.  I'm afraid I don't follow.
 5        Q    Just because the Israeli government says
 6   it is possible in the future Palestine may be
 7   accepted as a state, does that mean that at that
 8   moment in the present Israel is accepting Palestine
 9   as a state?
10        A    Well, the road -- the declaration itself
11   doesn't say that Israel is perhaps in the future
12   going to accept Palestine as a state.  The
13   Declaration of Principles doesn't address the
14   question of statehood.  It's just that by entering
15   into an arrangement where you would agree to discuss
16   borders and where you have the subsidiary documents
17   that were exchanged in September of 2003 of mutual
18   recognition, you have -- this was, as I say,
19   Mr. Netanyahu's view, you have an acceptance of each
20   other as being a state.
21        Q    But that document, as you just said,
22   doesn't even address the question of Palestinian
23   statehood, correct?
24        A    It does not and in particular it doesn't
25   say that statehood is one of the things to be
```

Page 163

```
 1   determined in the negotiations between the parties,
 2   that is, that was not one of the agenda items.  It
 3   was -- I think he was saying -- it was presumed that
 4   the two entities would be states.
 5        Q    Presumed by who?
 6        A    By both parties.
 7        Q    Okay.  But was it presumed by the United
 8   States?
 9        A    The United States was not quite a
10   signatory but -- but -- well, actually did sign on as
11   something of a -- you might say a witness to the
12   document.  So to that extent I suppose you would say
13   the United States as well was accepting the notion
14   that Palestine was a state.
15        Q    Or we're presuming that the United States
16   accepted it through its role as a witness?
17        A    Yes, that it was signing onto a document
18   that presumed statehood.
19        Q    It didn't sign that document, did it?
20        A    No.  It signed as kind of, oh, United
21   States and I think Russia and government.  Some
22   others signed it as kind of -- it was a bit more than
23   witnesses.  It was more as that they were all
24   encouraging the parties to do what was specified in
25   the document.
```

Page 164

```
 1        Q    They were encouraging the parties to try
 2   to resolve decades of fighting and violence and
 3   struggle, correct?
 4        A    Yes.  But not to resolve the question of
 5   statehood, yeah.
 6        Q    Okay.  What other sources do you cite in
 7   your report to support your assertion that the United
 8   States is part of the international community that
 9   accepts Palestine as a state?
10        A    Well, for the United States there would
11   be the road map.  There would be the encouragement
12   of --
13        Q    Other than what we've just discussed.
14        A    Agreeing on borders -- I'm -- state the
15   question again, please.
16        Q    Other than what we've just discussed what
17   sources do you cite in your report to support your
18   assertion that you -- the United States is part of
19   the international community that accepts Palestine as
20   a state?
21        A    Well, I also mention the situation back
22   in 1932 when the Secretary of State of the United
23   States expressed to Britain the view of the United
24   States that Palestine is a state.
25        Q    Did you cite to any sources more recent
```

Page 165

```
 1   than 1932 where any member or any security who was --
 2   any security member of the United States said that
 3   Palestine was a state?
 4        A    When you say "any security member" --
 5        Q    What term did you use?  Who was --
 6        A    The Secretary of State.
 7        Q    Secretary of State, did you cite to any
 8   more recent document or any other statement by any
 9   security of state -- Secretary of State, Secretary of
10   State, sorry, that made any type of declaration on
11   that Palestine was a state?  Did you cite any such
12   sources in your report?
13        A    No.  I don't think there have been others
14   since then.  I mean, it's the kind of thing that
15   comes into -- that occurs only when there's an
16   occasion that calls for it, and in the 1932 there was
17   an occasion because it related to tariffs that might
18   have been charged on United States' goods going into
19   Britain and so there was a reason that there needed
20   to be an expression by the United States.
21        Q    So --
22        A    So the fact that the next Secretary of
23   State didn't say anything comparable doesn't really
24   negate what was said by the earlier Secretary of
25   State.
```

Page 166

```
1        Q   So it's your opinion that no member --
2   strike that.
3            It's your opinion there has been no
4   occasion since 1932 for a member of the Executive
5   Branch of the United States government to speak on
6   whether Palestine is a state?
7        A   Well, since 1932 that particular -- the
8   occasion for stating it hasn't arisen so --
9        Q   So the answer is "no"?
10       A   But -- but I -- I would really have to
11  check before answering that one way or the other
12  because --
13       Q   You didn't check before writing this
14  report?
15       A   Well, there might be others.  I mean,
16  there's a huge amount of diplomatic intercourse that
17  goes on, you know, at the UN but let -- I will say I
18  haven't found any that would -- would be in that
19  direction.
20       Q   And you didn't cite any in your report.
21       A   I did not, no.
22       Q   Okay.  Are there any other sources that
23  you cite in your report to support the conclusion
24  that the United States is part of the international
25  community that accepts Palestine as a state?
```

Page 167

```
1        A   Well, going back to the 1920s, the United
2   States was not part to the Treaty of Lausanne, but it
3   accepted the disposition that was found in the Treaty
4   of Lausanne, in particular with issues of -- of
5   citizenship, that there was a Palestine citizenship,
6   and people who had Palestine passports were allowed
7   to enter the United States on Palestine passports
8   so -- so there was acceptance by the United States in
9   that way.
10       Q   That was the 1923 treaty?
11       A   Yes.
12       Q   And the United States wasn't party to
13  that treaty, right?
14       A   It wasn't a party, but I'm saying that it
15  accepted the disposition that you found in the 1923
16  treaty.
17       Q   How so?
18       A   By its practice because one of the
19  provisions of the Treaty of Lausanne, as I mentioned,
20  was that there would be a Palestine nationality, and
21  the government of Palestine began to issue passports
22  in the name of Palestine and if someone came to --
23  arrived at New York with one of these passports, you
24  know, they were allowed in.
25       Q   Okay.  By accepting a nationality's
```

Page 168

```
1   passport, did the United States declare that it
2   recognized Palestine as a state?
3        A   I think so.  I mean, if I come to the
4   border of the United States and I have a passport,
5   you know, signed by the Beatles, I mean, they are not
6   going to let me in.
7        Q   Okay.  That was in 1923, right?
8        A   This was all during the period following
9   1923.
10       Q   Do you know how recently the United
11  States has accepted any Palestinian passport?
12       A   Let's see, well, passports would have
13  been issued for residents of Gaza after 1948 by a
14  governing authority that was under the belligerent
15  occupation of Egypt and those would have been
16  accepted.  Those were issued in the name of
17  Palestine, but the governing authority by way of
18  belligerent occupation was Egypt but those would have
19  been accepted by the United States.
20       Q   Do you know they were accepted?
21       A   Yes, yeah.
22       Q   1948?
23       A   Yeah, up until 1967.
24       Q   1967 is when the United States started
25  rejecting Palestine passports?
```

Page 169

```
1        A   No.  It would be when they stopped being
2   issued.  I don't -- I will acknowledge I don't know
3   for sure how late those were accepted or whether they
4   are still being accepted.
5        Q   Okay.  Other than what we've already
6   discussed, so there's no need to repeat the sources
7   we've already gone through, do you cite any other
8   authority in your report to support your position
9   that the United States accepts Palestine as a state?
10       A   I think we've gone over the -- those
11  instances that I cite.
12           MS. MACHNES:  Okay.  I
13  think we can take a break now.
14           (Recess taken.)
15       Q   Professor Quigley, other than Palestine
16  are you aware of any other entities that have a
17  nonmember observer state status in the United
18  Nations?
19       A   The Vatican.
20       Q   That's the Holy See, right?
21       A   Yes.
22       Q   Does the fact that the Holy See has
23  nonmember observer state status mean that the
24  international community recognized the Holy See as a
25  state -- or accepts?
```

43 (Pages 166 to 169)

1     A   Thank you.
2     Q   Accepts the Holy See as a state?
3     A   Yes.
4     Q   So you believe that the international
5   community accepts the Holy See as a state?
6     A   Yes.
7     Q   Are you aware of any other entities that
8   have nonmember observer state status?
9     A   No.
10    Q   And is that in your report?
11    A   I don't think I mentioned that -- these
12  facts in the report.
13    Q   Okay.  I mean, specifically the number of
14  entities -- or number of entities in the UN that have
15  nonmember observer status?
16    A   No.  I didn't consider that relevant.
17    Q   Okay.  It's your position that -- that
18  acceptance of a state as being a state is the
19  determinative factor based on state practice, right?
20    A   Yes.
21    Q   And you say that the practice of states
22  is the most important way that we can tell that
23  acceptance is the determinative analysis of statehood
24  under international law, right?
25    A   Yes.

1     Q   And that the practice of states is more
2   important than the Montevideo factors, for example?
3     A   Well, the Montevideo factors are factors
4   that states can take into account, but it's
5   ultimately states that take those into account.
6     Q   Okay.  And that's your opinion, right?
7     A   Yes.
8     Q   Is that -- is that an established way of
9   prioritizing the analysis of statehood under
10  international law?
11    A   I think it is, yes.
12    Q   How do you -- based on what?
13    A   That's what you find, you know, others
14  saying.  Some may differ about how extensive the
15  practice has to be but this is the analysis that you
16  generally find.
17    Q   Who are the others that you are referring
18  to?
19    A   Oh, there would be James Crawford who has
20  written a book on states that would go through this.
21  He probably has a higher standard than I do for
22  what -- how much the acceptance has to be, but it's a
23  matter of degree.  It's not a huge difference.
24    Q   So you're basing the pri -- so you're
25  basing this prioritization of state practice over

1   other types of analyses on other scholars; is that
2   what you're saying?
3     A   Well, I base it on my analysis of how
4   states actually operate and on how other scholars
5   analyze how states operate.
6     Q   Did you consider other scholars that
7   disagree with your prioritization of how to analyze
8   statehood?
9     A   I've seen some.  I haven't analyzed -- or
10  seen all of them so I don't know the totality of
11  them.
12    Q   Did you cite to any in your report?
13    A   I didn't, no.
14    Q   Okay.  Other than James Crawford do you
15  have any -- can you list any others?
16    A   There really haven't been others who have
17  done extensive analysis.  I mean, you find lawyers
18  that have stated an opinion on this issue but -- but
19  not many that have done what I would call extensive
20  analysis.
21    Q   Where have lawyers stated their opinion?
22    A   I've seen articles by authors whose names
23  I don't recall.
24    Q   Okay.  And those aren't cited in your
25  report, right?

1     A   No.
2     Q   So earlier we discussed all of the
3   sources that you cited to support your assertion that
4   the United States implantly recognizes or accepts
5   Palestine as a state, right?
6     A   Yes.
7     Q   And coming to this conclusion did you
8   consider the modern position of the United States
9   Executive Branch on whether Palestine is a state?
10    A   Yes.
11    Q   Do you cite to that in your report?
12    A   No.
13    Q   So what other sources that you didn't
14  cite in your report from the Executive Branch of the
15  United States tell you that the United States tacitly
16  recognizes or accepts Palestine as a state?
17    A   When I say I haven't cited, I mean, we
18  did talk about the road map which to me is an
19  indication by the United States that it does accept
20  Palestine as a state and that's -- that's very
21  recent.  That's within the last 10 years.
22    Q   And we established that that document
23  contemplated the possibility of Palestine being
24  accepted as a state.  It did not explicitly accept
25  Palestine as a state, right?

Page 174

1    A    It impliantly accepted Palestine as a
2  state and looked to the future to promoting
3  diplomatic recognition of what was assumed in the
4  document to be a state, namely, Palestine.
5    Q    Okay.  So we established that it's your
6  opinion that document impliantly accepts Palestine as
7  a state.
8    A    That's right.
9    Q    Other than that did you consider other
10 sources from the Executive Branch of the United
11 States that aren't in your report and that we haven't
12 already discussed where the Executive Branch of the
13 United States declares its position on Palestine as
14 being a state?
15    A    The only one I can think of would be the
16 statement made by the U.S. Representative after the
17 vote in the General Assembly where she said Palestine
18 was not a state or that -- she didn't say Palestine
19 was not a state.  She said the resolution didn't
20 indicate that.  That was her view.  But that's the
21 only one I can think of and I did not cite that.
22    Q    Do you know who -- do you know who that
23 U.S. Representative was?
24    A    Ms. Rice.
25    Q    Okay.  And she made that statement after

Page 175

1  the 2012 UN General Assembly resolution?
2    A    Yes, uh-huh.
3    Q    Why didn't you cite that statement in
4  your report?
5    A    Because it's so overwhelming what you get
6  from the way this was handled at the General
7  Assembly, that that, you know, simply isn't
8  significant.
9    Q    Well, you are aware that this case is
10 pending before a United States court, right?
11    A    Yes.
12    Q    And that the United States is governed by
13 its own positions on these things, right?
14    A    Yes.  But a court is supposed to decide
15 an issue of this on the basis of -- of international
16 law.  I mean, it's not supposed to decide solely
17 based on what the U.S. government says and what --
18 what a particular official says on a particular day,
19 you know, isn't necessarily definitive as to whether
20 or not the United States accepts Palestine as a
21 state.
22        I mean, if by its practice if what it
23 does, you know, is -- is consistent only with a view
24 that Palestine is a state but then somebody gets up
25 and says, oh, it's not a state, you know, that

Page 176

1  doesn't necessarily mean that the United States
2  doesn't accept Palestine as a state.
3    Q    Okay.  So it's your position that the
4  United States' actions are consistent only with
5  accepting that Palestine is a state?
6    A    Yes.
7    Q    Okay.  And it's your opinion that a U.S.
8  Representative's expression as recently as 2012 that
9  Palestine was not accepted as a state is not
10 important enough to include in your report about
11 whether Palestine is a state for an expert report
12 that is pending before a United States court?
13    A    Well, I mean, the issue is the acceptance
14 by states generally.
15    Q    That's the issue for --
16    A    The fact that you have an expression by
17 the United States, whereas, I say that expression is
18 inconsistent with the practice, I mean, I don't know,
19 you know, what -- you know, whether you can take that
20 as any -- anything of great moment.
21    Q    Okay.  I think you also just said that
22 U.S. courts are supposed to decide under
23 international law; is that correct?
24    A    Yes, uh-huh.
25    Q    Do you recognize the difference between

Page 177

1  international law and domestic law?
2    A    Yes.
3    Q    And you think that U.S. courts should be
4  guided by international law --
5    A    Yes.
6    Q    -- as opposed to domestic law?
7    A    There's no opposed domestic law but
8  international law has been found by the U.S. Supreme
9  Court to be something to be applied by the courts of
10 the United States.  It goes back to the Paquete
11 Habana case in the early 20th Century in the U.S.
12 Supreme Court.  It's been the position of the U.S.
13 Supreme Court from the beginning of the republic.
14    Q    What happens if U.S. domestic law
15 conflicts with international law?
16    A    Well, I mean, there isn't any conflicting
17 domestic law on -- on this point.  But the -- the
18 courts are supposed to apply international law and,
19 in fact, in that -- the case that I mentioned in the
20 U.S. Supreme Court there was conflicting U.S. law,
21 and the court said that it was overridden by
22 international law.
23    Q    Okay.  In -- in your report did you
24 consider the position of the United States
25 Legislative Branch on whether the United States

45  (Pages 174 to 177)

Page 178

1    accepts Palestine as a state?
2        A   I did not.
3        Q   Okay.  Has -- do you know whether
4    Congress has ever declared that Palestine is accepted
5    by the United States as a state?
6        A   I don't know if Congress has ever
7    addressed that question in a resolution.  If it has,
8    I am not aware of it.
9        Q   In writing your report other than the
10   couple of cases that we discussed already from the --
11   from 1925 and in 1953, did you consider the
12   position of the United States judiciary when you were
13   coming to the conclusion --
14       A   Well, there were a couple of cases and
15   you mentioned one of them where a federal court has
16   said that Palestine is not a state and I simply
17   considered those decisions to be incorrect and so I
18   didn't mention them in my report.
19       Q   Why didn't you mention them in your
20   report if --
21       A   I was mentioning what I thought was
22   relevant to the question of whether Palestine is a
23   state, and the fact that you have some expression to
24   the contrary, you know, doesn't derogate from the
25   evidence that I think shows that Palestine is a

Page 179

1    state.
2        Q   So you only cited to sources when they
3    supported the position that you were taking in your
4    report?
5        A   No.  I cited practice.  I cited the
6    practice of states, and the practice of states is
7    overwhelmingly in that direction.
8        Q   You also cited a U.S -- you also cited a
9    court decision from 1925 because that supported your
10   decision.  I'm asking if you cited court cases that
11   were perhaps contrary to your position.
12       A   No, I didn't.  I mean, I recognize that
13   there are some decisions that are contrary, and they
14   are there for anybody to look at if they -- if they
15   want to take them into account, but to my mind they
16   were not very well reasoned and didn't figure into my
17   forming my opinion that Palestine is a state.
18           I mean, I accept that there are other --
19   as you've indicated other people who have written to
20   the contrary.  I didn't go through a laundry list of
21   people that have written to the contrary.
22       Q   Did you direct the readers of your report
23   to any of the United States court decisions that you
24   think were decided incorrectly but that you say are
25   out there for anybody to read?

Page 180

1        A   I did not.
2        Q   Okay.  Are you familiar with the case
3    Klinghoffer v. S.N.C.?
4        A   Not the details of it, I'm afraid.
5        Q   Well, I will represent to you that that
6    is a case that came out of the Second Circuit Court
7    of Appeals.
8        A   Uh-huh.
9        Q   And I take it you did not rely on that
10   case in writing your report?
11       A   I did not, no.
12       Q   And in that case the Second Circuit
13   adopts the Restatement definition of statehood; would
14   that surprise you?
15       A   It doesn't surprise me.  I mean, I don't
16   think it's the correct approach but.
17       Q   Why doesn't it surprise you?
18       A   Well, I mean, I often disagree with
19   decisions of court.  I mean, often they take a line
20   of reasoning that -- that may seem easy and seem --
21   you know, may have been proposed to them by counsel
22   but which in -- in the total picture should not have
23   been the line of analysis.
24       Q   Okay.  So even if you had to distinguish
25   this case, given that you disagree with it, you

Page 181

1    didn't find it important enough to include in your
2    report.
3        A   That's correct.  There -- as you
4    mentioned, there are expressions of -- of the opinion
5    that Palestine is not a state one can easily find and
6    anyone who has access to Lexis or Westlaw can find
7    them from the U.S. courts, but I didn't find them to
8    be persuasive on the issue of whether Palestine is a
9    state.
10       Q   Well, you are aware that as a U.S.
11   qualified lawyer, you understand what binding law is,
12   correct?
13       A   I'm being asked for an opinion.  I'm
14   not --
15       Q   I am asking you separately from that as a
16   U.S. qualified lawyer, you understand that U.S.
17   courts are bound by precedent under the stare decisis
18   we have had in our court system forever, right?
19       A   Yes, until they change them, yes.
20       Q   "Until they change them," what does that
21   mean?
22       A   Well, stare decisis doesn't mean the
23   courts can never change the law.
24       Q   Okay.  Right.  So currently this case is
25   binding law, you didn't think it was important enough

46 (Pages 178 to 181)

Page 182

1    to cite even if it required distinguishing?
2         A    I mean, I thought it was not relevant to
3    my coming to an opinion as to Palestine's statehood.
4         Q    Are you familiar with a case call Knox v.
5    Palestine -- Palestine Libration Organization?
6         A    I've heard of it, but I don't know
7    anything about it.
8         Q    Okay.  I will represent to you that this
9    is a case from the Southern District of New York that
10   was decided in 2004.  And I take it you did not rely
11   on that case in writing your expert report in this
12   case, correct?
13        A    Correct.
14        Q    Are you aware that in that case the court
15   expressly disavowed your opinion on the issue of
16   Palestinian statehood?
17        A    I think someone informed me that there
18   was mention of me in that decision, but I haven't
19   looked at it in detail.
20        Q    Do you know how the court came to -- came
21   upon your opinion regarding Palestine in the first
22   instance?
23        A    I published articles.
24        Q    But that wasn't one of the cases that you
25   were an expert for that you --

Page 183

1         A    No.
2         Q    Okay.  I am going to read you a statement
3    from the court's opinion in Knox, and I want you to
4    tell me if you disagree with it.  "The Court
5    disagrees with the Defendants and Professor Quigley
6    and is persuaded instead by the weight of judicial
7    and scholarly authority pronouncing that for
8    statehood purposes the PA and PLO do not meet the
9    control requirement."  Do you disagree with that
10   statement?
11        A    I disagree with the court's, yes,
12   conclusion, yes.
13        Q    Okay.  And despite the fact that you knew
14   there was this court opinion out there that expressly
15   disavowed your opinion, you didn't think it was
16   important enough to cite in your report, right?
17        A    I didn't think it was relevant to my
18   coming to a conclusion as to whether Palestine is a
19   state.
20        Q    And you didn't think it was important
21   when you were providing an expert report for a case
22   that is pending in a U.S. court.
23        A    I'm -- I'm giving an opinion about facts,
24   about the facts in the international community.  What
25   I'm not giving an opinion about is international law

Page 184

1    or about what -- how the court should decide issues
2    of international law except to the extent I am
3    providing a factual basis for them to apply the
4    principles of international law.
5             And if one looks at the international
6    community, one finds this acceptance of Palestine and
7    I think that's what's key and if I am asked to give
8    an opinion that, you know, isn't a book length where
9    I might discuss other people that disagree, you know,
10   I think what I've written is adequate.
11        Q    You don't think in providing the
12   framework for a court to apply your factual analysis,
13   as you say it, it's important to point out binding
14   law that takes the opposite position of your opinion?
15        A    Well, the fact that they've taken a
16   different approach in the past, you know, isn't
17   really relevant to the approach that I think should
18   be taken.  My report is oriented towards what -- the
19   approach that I think needs to be taken.
20        Q    Okay.  Let me read you -- I am going to
21   read you another quote from the Knox case; and,
22   again, I want you to tell me if you disagree with
23   this statement.  "Even absent any intervention from
24   the Executive Branch, the Court notes that it's
25   granting the im" -- "that its granting the immunities

Page 185

1    Defendants seek would, in fact, conflict with
2    declared U.S. public policy regarding the Defendants.
3    Though the PLO has declared Palestine's statehood and
4    several other nations have apparently recognized that
5    status, the United States has yet to recognize a
6    Palestinian state."
7             Did you take that into consideration when
8    you were writing your report?
9         A    Well, the statement is the United States
10   has yet to recognize Palestine.  That means
11   diplomatic recognition.  That's not the totality of
12   the question of statehood.
13        Q    So you think the Knox case is consistent
14   with your --
15        A    Well, it's clear the United States has
16   not granted diplomatic recognition to Palestine.
17   That's all that's being said there.  As a matter of
18   fact, I don't disagree with that, but I don't think I
19   needed to -- to say that.
20        Q    And, again, even if -- even if it's your
21   position that the court in Knox is saying something
22   different that -- that touches on the difference
23   between acceptance and diplomatic recognition, even
24   if we take that -- even if we accept that, you didn't
25   think that this case was important enough to include

47  (Pages 182 to 185)

Page 186

1  in your expert report when it's binding U.S. law?
2     A   I mean, if the court is saying it's going
3  to find that Palestine is a state because the United
4  States does accord it diplomatic recognition, you
5  know, that doesn't really make much sense because
6  that's not definitive on the view of the United
7  States.  Maybe the court is -- has a misunderstanding
8  of the significance of diplomatic recognition.  I
9  mean, I can't, you know -- I didn't in my report go
10 over all of the bad analysis that you find from --
11 from -- from courts or from other writers.
12    Q   Well, you know that -- you know that
13 courts are bound by their own precedent, right?
14 We've established that, right?
15           MR O'TOOLE:  I am going to
16       object.  Which courts?  Are we talking
17       about Southern District of New York?
18    Q   We know the Southern District of New York
19 is bound by its own precedents.
20           MR O'TOOLE:  So one judge
21       binds all of them?  I want to make sure
22       the question accurately --
23    Q   You can answer my question.
24           MR O'TOOLE:  -- represents
25       the facts.

Page 187

1     Q   You know that the Southern District of
2  New York, the judges of the Southern District of New
3  York, are bound by the other judges of the Southern
4  District of New York's opinions, correct?
5           MR O'TOOLE:  I am going to
6       object because I am not sure that's
7       right.
8     A   I don't know that to be true.
9     Q   Do you know -- do you know that the
10 Southern District of New York at the least is bound
11 by the Second Circuit Court of Appeals' decisions?
12    A   Yes.
13    Q   Okay.  And you don't think that given
14 your position that the Knox case was decided
15 incorrectly wasn't important to point out in your
16 report that there was this reason that they got it
17 wrong and they should instead decide according to
18 your view?
19    A   I was asked to do a report on the status
20 of Palestine and whether Palestine is a state.  I
21 wasn't asked necessarily to review all of the
22 opinions to the contrary which would have required a
23 much more extensive exercise than what I was engaged
24 in.  I included in my report those issues and facts
25 that I thought were relevant to the acceptance of

Page 188

1  Palestine by the international community as a state.
2     Q   Okay.  Are you -- last one, I promise,
3  are you familiar with a case called Ungar versus the
4  Palestine Libration Organization?
5     A   Yes.
6     Q   And that was a case decided by the First
7  Circuit Court of Appeals, correct?
8     A   My recollection is vague on which
9  circuit.
10    Q   I'll represent to you that it's decided
11 by the First Circuit in 1990 -- rather 2005.  You did
12 not rely on that case in writing your expert report
13 either, correct?
14    A   Correct.
15    Q   Are you familiar with the court and
16 Ungar's view on the effect of UN resolutions on
17 United States law?
18    A   I don't recall what the court might have
19 said on that point.
20    Q   I will read you a statement from that
21 decision.  The court said, "To be sure, the
22 Defendants point proudly to the UN's 1974 recognition
23 of the PLO.  We do not minimize the political
24 significance of that event.  The fact remains,
25 however, that neither political recognition of the

Page 189

1  PLO nor the United Nations support for
2  self-government" -- "self-governance is sufficient to
3  signify that the Restatement's conditions for
4  statehood have been met."  Do you agree with that
5  statement?
6     A   No.
7     Q   And you didn't think it was important to
8  include in your report.
9     A   No.  It's another instance of bad
10 analysis that goes against my opinion, but the court
11 shouldn't have been referring to Montevideo, and it
12 incorrectly talks about the role of the United
13 Nations.  It doesn't talk about the -- well, of
14 course, they couldn't have talked about the 2012
15 resolution, but the resolutions reflect views of
16 individual states and that's what's important about
17 UN resolutions.  It isn't so much their -- their
18 effect.  I think there is reference there to --
19    Q   The United States is an individual state,
20 right?
21    A   Yes.
22    Q   So to the extent that the United States
23 is part of the United Nations, their position is
24 relevant.
25    A   Well, the position of all states is

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 190

1    relevant, but if you have a few states that take a
2    contrary position, that doesn't negate the fact of
3    statehood. And as I say, the position of the United
4    States says -- depends on whether you want to listen
5    to what I would call political pronouncements on the
6    one hand or practical action by the United States
7    which I think does reflect an acceptance of Palestine
8    as a state.
9        Q   So do you think that the court should
10   have been guided by UN General Assembly resolutions
11   as opposed to the United States government's
12   position?
13       A   Well, I think it should have looked at
14   the issue of the status of Palestine on the basis
15   of -- of international law which is applicable in
16   U.S. courts. It could consider the views of the
17   United States as being significant to the extent that
18   the views of any other state are significant. But it
19   should not have been -- have relied so heavily on the
20   fact that the United States hasn't granted diplomatic
21   recognition which doesn't even mean the United States
22   doesn't accept Palestine as a state.
23       Q   Do you think that this debate or this
24   way -- this way in which you distinguish Ungar was
25   relevant to your expert report in this case?

Page 191

1        A   Well, I don't think it was necessary for
2    my conclusion to explain why Palestine is a state to
3    be refuting all, you know, contrary analyses.
4        Q   Even if that contrary analysis is binding
5    United States law?
6        A   I do not accept your position that it's
7    binding United States law. This is the Second
8    Circuit?
9        Q   First Circuit. And we are in a district
10   court, and the First Circuit is an appellate court.
11       A   And there has been a great deal of
12   international practice since the time of Ungar so
13   there's no need for a U.S. district court in the
14   First Circuit to follow the Ungar approach without
15   question, I mean, because it's a question of
16   international practice, and they would have to take
17   into account the totality of that practice.
18       Q   Okay. Have you -- are you familiar with
19   the Southern District of New York's 2008 decision in
20   the present case on which you are opining?
21       A   No.
22       Q   No. I will read you a sentence from that
23   case which again was -- I will represent to you was a
24   case decided in the Southern District of New York in
25   2008 in the Sokolow case. "Palestine whose statehood

Page 192

1    is not recognized by the United States does not meet
2    the definition of a state under United States and
3    international law and, hence, does not constitute a
4    foreign state for FSIA purposes." Did you consider
5    that decision in your expert report?
6        A   No. Again, I think it's simply incorrect
7    and would not lead me to come to any different
8    opinion, again, the referring to recognition as if
9    recognition is key. And they are referring to the
10   definition of state under U.S. law. There is no
11   definition of state under U.S. law. The definition
12   of state comes out of international law. Maybe
13   that's what they mean and they are just being -- the
14   court is being imprecise.
15       Q   That is your opinion as to how to
16   distinguish this case, correct, or how to cast doubt
17   upon this case, correct?
18       A   It's why I didn't -- wouldn't have
19   considered it to lead me to come to a contrary
20   opinion.
21       Q   "Yes" or "no," that was your opinion as
22   to why this case was decided incorrectly, right?
23       A   Yes, yes.
24       Q   And this is a decision that has come down
25   in the precise matter you are opining on, correct?

Page 193

1        A   Yes. I am being asked for my opinion. I
2    am not asking what the court has already said.
3        Q   But in providing your expert opinion for
4    a case on which there was a decision that was
5    contrary to your opinion, you didn't think it was
6    important to present the exact type of analysis that
7    you just said here to distinguish this decision?
8        A   Well, I think what I have said in my
9    report explains why -- the reasoning that's reflected
10   in what you read to me is not correct. I didn't need
11   to mention it, you know, by page citation
12   necessarily.
13       Q   And you weren't -- you weren't familiar
14   with this decision while you were writing your
15   report, correct?
16       A   No, no. But I -- but I think I -- what
17   I've said is an adequate recitation of that.
18       Q   So we talked about, for example, the 2003
19   performance-based road map for -- to a permanent
20   two-state solution to the Israeli-Palestinian
21   Conflict, right?
22       A   Yes.
23       Q   And that obviously by its name was a
24   source from 2003, right?
25       A   Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 194

1      Q    That was before the 2004 Knox decision,
2    correct?
3      A    Yes.  I'm taking the date of it from you,
4    yes.
5      Q    And that was before the 2005 Ungar
6    decision, right?
7      A    Again, I'm taking your date.
8      Q    And that was before the 2008 decision in
9    this matter, correct?
10     A    Yes.
11     Q    But you didn't rely on any of those cases
12   in coming to the conclusions that you did in your
13   expert report, right?
14     A    Well, I mean, I referred to the 2003 road
15   map, the fact that maybe nobody cited that to the
16   court in those cases, the court didn't take it into
17   account --
18     Q    I am asking if you cited to any of these
19   cases which were more recent assertions made by the
20   United States -- a branch of the United States
21   government.  I am asking whether you took those
22   sources into consideration in your report as opposed
23   to a 2003 document that impliantly accepted Palestine
24   as a state.
25     A    No.  The 2003 document shows the United

Page 195

1    States accepts Palestine as a state.  The subsequent
2    cases are simply badly reasoned opinions on the
3    subject.
4      Q    Okay.  Did you cite any source in your
5    report that takes the opposite view of your
6    conclusions?
7      A    I did not.
8      Q    Why?
9      A    I took it as my task to make an argument
10   in support of the proposition that I believed.  My
11   conclusion is that Palestine is a state, and I
12   presented the evidence showing that.  I mean, I could
13   have written a much longer report that goes into, you
14   know, scholars X, Y, and Z but that was not what it's
15   doing.
16     Q    But you acknowledge that there are other
17   scholars that disagree with your assertion?
18     A    Certainly.
19     Q    And you acknowledge there are other
20   United States law that is binding on the Southern
21   District, at least the Second Circuit case that
22   disagree with your opinion?
23     A    Yes, except to the extent when you say
24   it's binding all these cases that were decided, of
25   course, before the General Assembly action of 2012.

Page 196

1      Q    And the United States voted against the
2    General Assembly resolution of 2012, right?
3      A    That's correct but irrelevant, yes.
4         MS. MACHNES:  Okay, okay.
5    If we could just take a 2- or 3-minute
6    break.
7         MR O'TOOLE:  That's fine.
8         MS. MACHNES:  We might be
9    able to wrap up shortly.
10       (Recess taken.)
11     Q    Professor Quigley, do you know how many
12   countries have not granted Palestine diplomatic
13   recognition?
14     A    There are about 190 depending on how you
15   count exactly 190 countries.  There are approximately
16   130 that have granted diplomatic recognition so that
17   would be 60 that have not.
18     Q    Okay.  And the 130 you are getting from
19   the 2012 General Assembly resolution?
20     A    No, no.  That's not related to the
21   General Assembly resolution.  That's -- that's
22   related to diplomatic practice, the establishment of
23   diplomatic relations, Palestine diplomatic missions
24   in different countries.
25     Q    So that's based on some independent

Page 197

1    analysis that you have done?
2      A    Yes, yes.
3      Q    Okay.  And what does that analysis
4    consist of?
5      A    It's based on looking at the practice
6    of -- of states with respect to granting diplomatic
7    recognition to -- to Palestine.
8      Q    So those 130, have they expressly granted
9    diplomatic recognition or have some of them
10   implantly granted --
11     A    Those are all fairly expressed.  There
12   may be some fudging or some room for difference of
13   opinion on some of them which is why I'm not prepared
14   to state a hard and fast number, but it's -- it's
15   close to that number of 130.
16     Q    How many, approximately, do you think may
17   fall into the fudging category?
18     A    Well, I mean, most of them have
19   diplomatic relations in the way that you have
20   diplomatic relations with states.  That's fairly
21   solid so a few of them may have made statements that
22   are a bit mirky but it would -- the number that's
23   solid is rather close to the 130, I think.
24        MS. MACHNES:  Okay.  I
25   think we are finished.

1          MR O'TOOLE:  I think I have
2      very few questions.
3      EXAMINATION
4      BY MR. O'TOOLE:
5          Q    So earlier, Professor Quigley, you were
6      asked about the control by the Palestinian government
7      over the territory of Palestine and the West Bank
8      during the period from 2000 -- 2000 to 2004.  Do you
9      recall that?
10         A    Yes.
11         Q    And I believe you testified that the
12     Palestinian government provided various services
13     during that timeframe such as police, they arrested
14     people, that there were court systems going on.  Do
15     you recall that testimony?
16         A    Yes.
17         Q    Now, when you were talking about the 2000
18     to 2004 time period, were there things going on at
19     that point that would have -- would affect the
20     control that the government might have had in that
21     time period?
22         A    Well, of course, as the occupation of
23     Israel which limited the extent of control.
24         Q    And I'm thinking also in that time period
25     are you familiar with an operation that's been

1      referred to as Operation Defensive Shield?
2          A    No.
3          Q    Well, let --
4              MS. MACHNES:  Objection.
5              MR O'TOOLE:  What's the
6      basis?
7              MS. MACHNES:  Leading the
8      witness.
9              MR O'TOOLE:  I was asking
10     him if he is familiar with Operation
11     Defensive Shield.  He said no.
12             MS. MACHNES:  He said no.
13             MR O'TOOLE:  Right, so I'm
14     asking him now if he is familiar with
15     various insurgents by the Israeli
16     Defense Forces into the West Bank
17     between 2000 and 2004.
18         A    Oh, yes, yes.
19         Q    Can you just explain the extent of those
20     insurgents?
21         A    Well, yeah.  This was a period when there
22     were insurgents, in particular the most significant
23     was in the town of Jenin in the West Bank that --
24     where the Israel Defense Forces engaged in rather
25     extensive military operations.

1          Q    And in other cities in the West Bank as
2      well or no?
3          A    In other cities, yeah, Jenin was the most
4      prominent.
5          Q    And would that affect your description of
6      the amount of Palestinian control over the
7      territories during that time period?
8          A    Well, that's a reflection of the fact
9      that the control was limited to Palestine's
10     government, didn't have the ability to prevent the
11     Israeli armed forces from coming into the territory
12     that was supposedly under the control of the PA.
13         Q    Now, did those facts in terms of the
14     insurgents have any effect on your opinion as to
15     Palestinian statehood?
16         A    Well, there is overall belligerent
17     occupation here.  That means that there -- there
18     isn't total control and those incidents are just a --
19     an example of how that worked out in practice.
20         Q    Turning to a different topic now, I
21     think -- I believe you testified that the United
22     States does not diplomatically recognize Palestine;
23     is that correct?
24         A    Yes.
25         Q    And does that affect your opinion as to

1      whether Palestine is a state?
2          A    Well, if the United States were to accord
3      diplomatic recognition, it would mean that the United
4      States was part of this what I find the international
5      consensus, so the view of the United States is not
6      definitive or determinative on the issue of whether
7      Palestine is a state.
8          Q    Well, and I was going to ask for other
9      examples where there might be an unrecognized state.
10     Do you have any other examples of that?
11         A    Well, I mean, there are, you know, such
12     instances.  The United States didn't recognize the
13     Soviet Union as a state until the Roosevelt
14     Administration in 1933, but it had been functioning
15     since the time of the revolution in Russia and was
16     generally accepted as a state by the European powers,
17     by other states of the world so you did have a
18     situation of -- for that time period of
19     nonrecognition by the United States of an entity that
20     I think it's fair to say was -- was accepted as a
21     state at that point in the international community.
22             MR O'TOOLE:  No further
23     questions.
24             MS. MACHNES:  Done.
25             (Time Noted:  3:18 p.m.)

Page 202

```
 1              ACKNOWLEDGMENT
 2
 3    STATE OF OHIO         )
                          :SS
 4    COUNTY OF _____)
 5
 6         I, JOHN B. QUIGLEY, hereby certify
 7    that I have read the transcript of my testimony
 8    taken under oath in my deposition on October 10,
 9    2013; that the transcript is a true, complete
10    and correct record of my testimony, and that
11    the answers on the record as given by me are
12    true and correct.
13
14
15         _____
               JOHN B. QUIGLEY
16
17
18    Signed and subscribed to before me
19    this _____ day of _____, 2013.
20
21    _____
      Notary Public, State of Ohio
22
23
24
25
```

Page 204

```
 1            *** ERRATA SHEET ***
              TRANSPERFECT DEPOSITION SERVICES
 2            216 E. 45th Street, Suite #903
              NEW YORK, NEW YORK 10017
 3            (212) 400-8845
 4    CASE: MARK I. SOKOLOW, ET AL. vs. THE PALESTINE
              LIBERATION ORGANIZATION, ET AL.
 5    DATE: OCTOBER 10, 2013
      WITNESS: JOHN B. QUIGLEY
 6
 7    PAGE  LINE  FROM          TO
 8    ___|___|_____|_____
 9    ___|___|_____|_____
10    ___|___|_____|_____
11    ___|___|_____|_____
12    ___|___|_____|_____
13    ___|___|_____|_____
14    ___|___|_____|_____
15    ___|___|_____|_____
16    ___|___|_____|_____
17    ___|___|_____|_____
18    ___|___|_____|_____
19    ___|___|_____|_____
20    ___|___|_____|_____
21         _____
               JOHN B. QUIGLEY
22
      Subscribed and sworn to before me
23
      this _____ day of _____, 20___.
24
25         _____
               Notary Public
```

Page 203

```
 1             CERTIFICATE
 2    State of Ohio        )
                         :ss
 3    County of _____)
 4         I, KAREN SUE GIBSON, RMR, a Notary
 5    Public within and for the State of Ohio, do
 6    hereby certify:
 7         That JOHN B. QUIGLEY, the witness whose
 8    deposition is herein set forth, was fully sworn
 9    by me and that such deposition is a true record
10    of the testimony given by such witness.
11         I further certify that I am not
12    related to any of the parties to this action by
13    blood or marriage; and that I am in no way
14    interested in the outcome of this matter.
15         IN WITNESS WHEREOF, I have hereunto
16    set my hand this 24th day of October,
17    2013.
18
19         _____
               KAREN SUE GIBSON, Registered
20             Merit Reporter and Notary Public
               in and for the State of Ohio.
21
22    My commission expires August 14, 2015.
23
               - - -
24
25
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

**A**

**$250** 86:13,15
**A-T-T-A** 74:25
**a.m** 2:7
**Abbas** 109:24
**abbreviated** 106:13
**ability** 133:1,3,23
  134:3 135:24
  200:10
**able** 18:23 112:2
  114:16 122:14
  196:9
**abrogated** 100:7
**absent** 184:23
**absentee** 51:24
**absolutely** 66:21
**abstain** 157:19
**abstained** 153:11
  153:21
**abstention** 157:25
  158:1,5
**abstentions** 157:21
**academic** 18:14
  44:18
**academics** 19:15,25
  20:8 21:12,15
  22:8,9
**accept** 38:18 118:6
  119:1 125:18
  127:18 138:21
  139:2,3 140:12,14
  140:20,22 141:3,8
  145:16 151:22
  152:2,2 156:13
  157:24 158:3
  161:18 162:12
  173:19,24 176:2
  179:18 185:24
  190:22 191:6
**acceptance** 113:1,2
  113:8,12,15,21
  115:24 116:1,15
  117:10 118:7,23
  119:23 124:20
  125:4 138:15,17
  139:10,13,21

**140:4 141:7**
  142:19 143:4,23
  147:2,6,7 151:10
  151:13 158:2
  162:19 167:8
  170:18,23 171:22
  176:13 184:6
  185:23 187:25
  190:7
**accepted** 16:9,10
  80:5 112:20
  114:17 116:11
  117:19 119:12
  124:4,5,7,22,25
  127:9,13 140:10
  141:22 142:2
  143:25 144:11
  146:3 150:12
  151:16 154:10
  155:9 162:7
  163:16 167:3,15
  168:11,16,19,20
  169:3,4 173:24
  174:1 176:9 178:4
  194:23 201:16,20
**accepting** 115:8
  142:24 153:15
  160:20 161:24
  162:8 163:13
  167:25 176:5
**accepts** 139:18
  158:8,22 164:9,19
  166:25 169:9,25
  170:2,5 173:4,16
  174:6 175:20
  178:1 195:1
**access** 102:9 181:6
**accommodation**
  20:20
**accord** 108:7 110:4
  155:18 159:22
  161:1 186:4 201:2
**accorded** 139:4,7
  140:16 142:11
  151:7 154:4
**Accords** 4:12 63:25
  67:2 107:10,13

**account** 102:9
  132:2 171:4,5
  179:15 191:17
  194:17
**accurate** 7:17
**accurately** 186:22
**acknowledge** 169:2
  195:16,19
**acknowledging**
  104:14
**ACKNOWLED...**
  202:1
**acquainted** 15:5
  16:14
**acquiesce** 136:18
**acquiescence**
  136:23
**acquitted** 76:13,23
  77:2
**act** 58:5,8,11,12,13
  58:15 92:12 97:13
  147:21
**action** 1:6 55:7
  135:11 147:14
  190:6 195:25
  203:12
**actions** 158:9 176:4
**active** 45:10,11,12
  45:19,21 46:3,6
  46:11
**actively** 136:17
**activities** 18:18
  107:8
**activity** 15:11
  32:15,17,24 56:20
  95:17 97:20
  101:25 109:5
  110:14
**acts** 91:18 92:5,19
  93:8 94:25 97:23
  98:11,22,25 99:18
  99:21 100:14
  102:19,20 103:5
  108:14 111:14
  136:11
**actual** 89:6 112:4
**Adam** 23:19,20,21

**25:5 26:22 27:11
  27:19,19 30:3
**add** 7:25 99:15
  151:8
**added** 65:8
**adding** 151:24
**addition** 77:16
  84:21 113:3
**additional** 43:18
  84:15,23
**address** 94:24
  162:13,22
**addressed** 83:10
  124:14 178:7
**adequate** 184:10
  193:17
**administer** 5:14
**administering**
  24:12 105:23
  106:2 107:4
**administers** 112:10
**administration**
  110:19 201:14
**administrative**
  105:21
**admission** 113:14
  113:19 142:10
  148:9,11 149:25
**admit** 33:14 146:15
**admits** 33:11 150:3
**admitted** 45:7,8,24
  46:9,20 113:18
  139:5 152:19
**admitting** 139:6
  142:7
**adopt** 148:13
**adopted** 95:7,15
  118:14 148:3
**adopts** 180:13
**advice** 27:5 96:22
  97:3,13,16,17
  121:22
**advises** 97:5,10
**affairs** 114:7
**affect** 198:19 200:5
  200:25
**affidavit** 70:24

**71:6 72:12 73:20
  73:21 74:12,15
  78:21 80:5 88:7
**affiliated** 58:24
  59:13,16
**affiliation** 58:23
**affiliations** 58:20
  59:1,21
**affirmative** 150:14
**afield** 100:18
**afraid** 162:4 180:4
**Africa** 12:18 13:3,8
  64:24
**agencies** 132:21
  152:12
**agency** 152:19
  153:1
**agenda** 163:2
**ago** 47:18 71:7
  96:20 99:17
**agree** 67:5,7 125:14
  141:11 143:11
  162:15 189:4
**agreed** 5:2,8,12
  143:3
**Agreeing** 164:14
**agreement** 30:7
  37:3 106:21 110:3
  110:5,7 131:14,15
**agreements** 31:6
  67:18,25
**ahead** 148:3
**aid** 48:5,12
**aide** 24:12
**aimed** 91:19 93:24
**aircraft** 79:16
**AL** 1:4,7 204:4,4
**allegation** 76:12,14
**alleged** 76:17
**allies** 122:9,13
**allowed** 40:25
  41:18,19 96:15
  167:6,24
**allows** 38:21
  103:17
**ambiguity** 92:2,11
**ambiguous** 91:25

96:6,9
**American** 63:23
  66:19 127:4
**amicus** 47:21 48:23
  49:17,22 50:9
  57:17,20
**amount** 130:6
  131:24 166:16
  200:6
**analyses** 172:1
  191:3
**analysis** 112:23
  113:5 118:16,22
  119:4,20 124:21
  126:10,13 129:25
  138:14 170:23
  171:9,15 172:3,17
  172:20 180:23
  184:12 186:10
  189:10 191:4
  193:6 197:1,3
**analyze** 126:1
  172:5,7
**analyzed** 172:9
**analyzes** 172:6
**analyzing** 129:22
**ancient** 104:10,17
**and/or** 42:5
**answer** 6:17 81:9
  81:11 82:21 83:21
  94:12 101:19
  109:20 151:18
  154:19 166:9
  186:23
**answering** 166:11
**answers** 202:11
**Antiterrorism** 58:5
  58:7,11,15
**anybody** 179:14,25
**apart** 102:23
**apparently** 185:4
**Appeals** 180:7
  187:11 188:7
**appear** 31:5 61:8
**appeared** 50:15
  74:3
**appellate** 191:10

**applicable** 190:15
**applied** 35:23
  58:15 118:4
  152:18 177:9
**apply** 54:8,11
  133:15 162:2
  177:18 184:3,12
**applying** 11:10
  54:20,22
**appointment** 8:2,3
  8:4 10:1
**approach** 32:21
  33:9,18,24 34:3
  36:17 38:5 120:4
  180:16 184:16,17
  184:19 191:14
**approached** 148:8
**approaches** 33:5
  40:13
**appropriate** 145:14
**appropriately**
  114:9
**approved** 8:3 33:25
**approximately**
  13:1 17:4 61:17
  61:20 62:16
  196:15 197:16
**April** 159:4,16,19
  160:3,23
**Arab-Israeli** 13:14
  13:16 31:15 87:24
  88:23 89:10,12,24
  90:11
**arbitration** 51:14
  52:5,7 53:5 69:15
**area** 13:20 18:5,9
  42:18,21 70:19
  75:23 87:13
  105:19 112:23
  132:6,9
**areas** 44:6 110:25
  132:10 136:1
**argue** 54:5 123:23
**argued** 54:1
**argument** 53:8,15
  97:5 116:25 117:4
  117:8,18,20 195:9

**arguments** 53:10
  85:10 116:22
  117:15
**arisen** 166:8
**arises** 49:5
**armed** 200:11
**army** 43:12,14
  115:3
**Arnold** 3:2 6:11
**arose** 121:7 154:23
**arrangement** 144:9
  162:15
**arrangements**
  111:20
**arrest** 49:10 133:11
**arrested** 49:6 99:20
  198:13
**arrived** 167:23
**article** 63:23 64:7
  67:1
**articles** 62:21 63:3
  63:11,15 64:11,21
  65:10,17,19 66:11
  172:22 182:23
**asked** 23:18 24:17
  25:14,16 27:5,17
  28:25 30:22,23
  37:16 49:22 81:3
  81:14 181:13
  184:7 187:19,21
  193:1 198:6
**asking** 39:10 42:24
  51:8 82:19 85:16
  102:23 105:18
  136:13 155:25
  157:8,9 159:18
  179:10 181:15
  193:2 194:18,21
  199:9,14
**asks** 27:3
**Assembly** 39:8
  84:19 107:18,19
  144:23,23 145:2
  147:3 148:2,9,12
  148:21,22,24,25
  149:13,17 150:3,7
  153:6 174:17

175:1,7 190:10
  195:25 196:2,19
  196:21
**assert** 89:21
**asserting** 88:22,25
**assertion** 122:2
  164:7,18 173:3
  195:17
**assertions** 194:19
**assign** 62:19
**assistance** 95:9
**assistant** 9:23,25
**associate** 8:22
**Association** 143:7
**assumed** 123:11
  174:3
**assuming** 27:1
**assumption** 79:21
  125:15
**Atta** 74:25 78:17
**attacks** 101:14
**attempt** 40:4,5
**attempts** 39:24
  40:3,10 41:4
**attended** 31:18
  34:18,25 35:7
**attention** 67:9
  136:4
**attorney** 48:14,17
  97:20 98:14
**attorneys** 3:3,10
  5:3 27:18
**August** 203:22
**authored** 57:21
**authoritative** 93:20
**authorities** 94:9
  105:3,12,19 106:7
  111:5,18,24 127:6
**authority** 41:9
  91:19 103:22,23
  103:24 104:21,25
  105:1,22 106:2,9
  106:11,11,19
  108:10,11,12,17
  108:18 109:2
  110:9,13 111:10
  111:12,16,23

112:2,5,5 115:1
  127:11 128:1,10
  128:13 130:22
  131:23 132:11,15
  132:25 133:11,17
  134:9,19,23 135:2
  136:6,7,8,15,19
  136:21,22 137:4
  137:11,17 138:5
  149:21 168:14,17
  169:8 183:7
**Authority's** 110:8
**authorized** 5:14
  135:11
**authors** 172:22
**Avenue** 3:4
**aware** 74:13,17
  80:4 83:16 93:7
  100:15 101:3,7,10
  103:16,18 118:9
  118:13 128:11
  169:16 170:7
  175:9 178:8
  181:10 182:14
**Azerbaijan** 51:15
  51:16

---

**B**
**B** 1:13 2:11 4:3 6:1
  64:20 202:6,15
  203:7 204:5,21
**B-I-R** 22:6
**back** 11:22 12:3,11
  13:21,24 15:9,17
  23:2 26:19,20
  29:3,5 34:8 37:20
  47:17,24 50:14
  51:3 57:19 66:25
  71:9 76:21 87:7
  119:7 153:6
  164:21 167:1
  177:10
**background** 6:15
  13:19 14:6,9 26:3
  89:6 112:17
**bad** 67:18 186:10
  189:9

**badly** 195:2
**Balfour** 15:10 32:3
**bank** 19:6 21:7
  34:20,21 42:4,10
  43:6,16 68:11
  76:19 77:9 102:8
  106:3 137:4 198:7
  199:16,23 200:1
**Bar** 45:15
**bargain** 67:18
**bars** 45:9
**base** 139:23 172:3
**based** 75:24 77:13
  78:17 91:3,7
  96:19 120:1,2
  134:13 136:11
  154:5 156:5
  170:19 171:12
  175:17 196:25
  197:5
**basic** 9:8 10:11,12
  10:19 11:6 20:25
  43:5 44:3 61:10
  61:15 85:11
  117:18 118:7
  124:24 131:10
  132:11
**basically** 21:20
  135:13
**basing** 171:24,25
**basis** 38:20 41:11
  41:11 75:22 83:11
  90:8 98:15 115:4
  120:17 139:15,16
  175:15 184:3
  190:14 199:6
**Beatles** 168:5
**began** 10:10 12:17
  13:18 16:12 81:17
  167:21
**beginning** 15:18
  39:1 117:1 131:4
  138:12 159:9
  177:13
**behalf** 6:9,11 50:5
  111:14
**behavior** 98:16

**believe** 67:23 80:16
  83:23 95:16
  105:13 109:24
  152:20 170:4
  198:11 200:21
**believed** 195:10
**belligerent** 19:5
  21:21 28:4 43:2,7
  43:11,20 76:1
  77:14 105:25
  106:4,4 112:3
  114:10 132:3
  137:21,24,25
  168:14,18 200:16
**Benjamin** 142:21
**bespoke** 142:19
**best** 85:17
**better** 18:12,17
**beyond** 84:16
**bid** 146:20 147:11
  148:7,9,16 152:5
**bids** 152:8
**binding** 57:1,2,4,6
  57:11 94:3,9
  116:7 149:5,6,9
  149:12,13,16
  150:18,21,22
  181:11,25 184:13
  186:1 191:4,7
  195:20,24
**binds** 186:21
**Bir** 22:3 30:22
**bit** 6:15 7:22 12:15
  23:3 85:12 94:6
  144:22 163:22
  197:22
**blood** 203:13
**blowing** 76:24
**blown** 76:13,17
**bodies** 53:2 55:1
  69:4
**body** 52:4,5 53:24
  93:21 94:18
  112:14 119:22
**bolded** 129:13
**bombings** 93:11
**book** 14:21,23 61:9

61:11,12,18 62:8
  84:3,5,9,13,13,16
  84:20,21,21,25
  85:2,3,4,6,9,10,14
  85:23 171:20
  184:8
**books** 9:8 61:3,3,7
  61:25 62:2,15,17
**border** 168:4
**borders** 29:24
  143:2,3,6,7
  162:16 164:14
**Bosnia** 52:22
**bound** 181:17
  186:13,19 187:3
  187:10
**branch** 166:5 173:9
  173:14 174:10,12
  177:25 184:24
  194:20
**break** 6:19,21
  50:24 51:1 87:6
  121:11 169:13
  196:6
**breaks** 6:20 121:19
**breakup** 51:19 88:2
**Bri** 31:12
**brief** 49:22,25
  53:20
**briefing** 48:23
**briefings** 49:17
**briefly** 57:16
**briefs** 47:21 50:4
  57:17,20 58:1
**bright** 112:24
  113:3
**Britain** 15:10
  122:15 164:23
  165:19
**British** 11:16,19
  24:12,18 25:19
  105:20
**broader** 66:20
  109:2
**broadly** 108:24
**brought** 20:24
**building** 77:11,11

77:12
**built** 77:13
**bus** 76:13,18,24
**business** 22:23

### C

**C** 3:1
**calendar** 80:20
**call** 15:21 63:2
  125:2 130:17
  172:19 182:4
  190:5
**called** 6:1 9:8,10
  23:19 43:7 52:6
  63:25 67:1,13
  72:21 77:18 84:3
  95:8 108:16 128:6
  154:24 188:3
**calling** 108:20
**calls** 81:6 82:17
  83:19 123:2
  165:16
**Cambodia** 61:12
  61:22
**Cambridge** 48:9
**Canada** 69:6
**Canadian** 69:9,10
**capacity** 14:12 27:2
  27:23 49:13 53:6
  58:25 128:7
  129:18 144:20
**career** 44:16,17
  49:16,19 57:21
  61:4
**carried** 67:20 111:7
  159:3
**carries** 104:22
  106:25 110:18
**case** 34:5 50:15
  51:14,20 52:2,4,9
  52:12,16 54:13,14
  54:17 55:6,12,13
  56:8 57:12 58:16
  58:16,17 62:5
  63:9 67:8 69:5,7
  69:12 70:18,20,25
  71:6,16,24 72:3,6

72:7,9,13,21,25
  73:23 74:18,20,24
  75:1,4,11,13 76:3
  76:7 77:5 78:17
  79:8,10,10,11,11
  79:14,19,24 80:2
  80:10,11 81:15
  82:1 83:17,24
  87:10 88:8 92:25
  96:21 118:10,11
  120:14 121:3,6,7
  138:8,9 175:9
  177:11,19 180:2,6
  180:10,12,25
  181:24 182:4,9,11
  182:12,14 183:21
  184:21 185:13,25
  187:14 188:3,6,12
  190:25 191:20,23
  191:24,25 192:16
  192:17,22 193:4
  195:21 204:4
**cases** 29:13 39:12
  46:14,22 47:1,2,3
  47:5,9,14,14 48:6
  48:15 49:17 50:8
  50:21 53:1,2 54:6
  54:8,21,25 58:5
  68:17 70:4,6,7,9
  70:10 71:10,17
  72:18 73:3,8,22
  73:23,24,24 74:3
  74:7,9,12 178:10
  178:14 179:10
  182:24 194:11,16
  194:19 195:2,24
**Caspian** 52:3
**cast** 192:16
**category** 197:17
**caveat** 129:24
**centuries** 105:16
**century** 17:12
  30:16,19 177:11
**certain** 89:25 97:13
  107:2 113:9
  129:22 130:6
  131:9,20 139:21

148:23 159:6
160:24 161:7
**certainly** 36:20
101:23 147:7
156:16 195:18
**CERTIFICATE**
203:1
**certification** 5:5
**certify** 202:6 203:6
203:11
**chair** 109:25
**Challenge** 14:24,25
**change** 7:25 160:2
181:19,20,23
**changed** 43:3,5,9
43:22,25 44:3
**character** 89:7
**characterization**
65:21 115:14
**characterize** 109:6
148:21
**charged** 77:8
165:18
**charges** 39:13
47:17 48:20 76:23
**charter** 108:15,16
148:23
**CHARTERED** 3:9
**check** 166:11,13
**Chevalier** 3:9
80:15,24
**Chicago** 71:15,17
**Child** 53:21 55:5
55:16,20 57:4
**children** 55:8
**choice** 54:18
**choose** 85:8,17
**circles** 37:7
**circuit** 45:23 46:9
46:15 118:10,11
118:14,20,20
126:6 180:6,12
187:11 188:7,9,11
191:8,9,10,14
195:21
**circumstances**
95:13

**citation** 193:11
**cite** 85:1 86:4,7,7
120:13 126:23
146:23 152:15
164:6,17,25 165:7
165:11 166:20,23
169:7,11 172:12
173:11,14 174:21
175:3 182:1
183:16 195:4
**cited** 77:23 85:2,6
122:1 151:21
172:24 173:3,17
179:2,5,5,8,8,10
194:15,18
**cities** 200:1,3
**citizens** 35:25
36:16,25
**citizenship** 36:2,19
36:21,23 37:4,4,5
37:12 120:24
167:5,5
**civil** 1:6 107:5
**civilians** 93:12
98:12,23 99:19
101:15 102:20
**claim** 88:14 89:9
**claimed** 88:8
**clauses** 161:9,12
**cleansing** 67:20
**clear** 96:7 135:25
185:15
**clearly** 141:6
**client** 27:9,12,22
**clients** 30:2 49:13
**close** 146:9 197:15
197:23
**colleague** 6:10
**Collecting** 107:4
**College** 10:4,9
**Colorado** 71:6 72:7
73:23 74:1
**Columbus** 1:14
2:12,13
**come** 31:6 64:18
87:7 120:9 127:5
143:21 144:8

148:1,1 154:3
168:3 192:7,19,24
**comes** 91:1 113:2
115:3 136:16
140:2 143:17
146:8 165:15
192:12
**coming** 20:20 29:18
95:14 173:7
178:13 182:3
183:18 194:12
200:11
**comments** 86:1
**commercial** 52:6
**commission** 51:14
53:16 77:17,18,23
78:4,11 203:22
**commit** 97:10
**committed** 99:18
**committee** 53:20
55:5,14,14 56:11
57:3,10 59:5,7
**committing** 97:6
**common** 11:20
**commonly** 110:3
**Commonwealth**
70:15
**communication**
41:20
**communications**
27:4 29:2 81:6
82:17 83:20
**community** 16:10
18:23 87:16 89:1
89:5 90:5 112:20
115:10 117:11,19
118:24,24 119:12
119:24 124:4,22
138:16 139:17
149:2 151:12
164:8,19 166:25
169:24 170:5
183:24 184:6
188:1 201:21
**company** 51:15,15
51:17 52:3
**comparable** 165:23

**comparative** 9:2
12:8
**compensated** 86:9
102:5,10
**compensation**
86:12
**complaint** 83:24
**complete** 7:17
114:7 130:18
202:9
**completely** 40:5
**complicated** 36:6,8
112:23 141:14
**comprehensive**
52:25 57:20 61:3
62:22
**concept** 97:1
**concern** 78:14
**concerns** 21:22
**concluded** 127:3
142:16 159:5
**concluding** 119:16
**conclusion** 85:13
86:2 104:12
166:23 173:7
178:13 183:12,18
191:2 195:11
**conclusions** 194:12
195:6
**condition** 152:21
**conditions** 189:3
**conduct** 110:13
113:5 134:3
135:11
**conducts** 135:12
**confer** 38:20,22
39:24
**conference** 17:21
17:22 31:3 34:11
34:17,18,25 35:13
36:11 37:14
**conferring** 38:9
**conflict** 12:18 13:7
13:13,14,16 14:7
14:11 15:5,8
16:13,19 18:6,22
20:13,14,17,18

21:2,4 22:25 24:4
24:15 28:7,10
31:15 32:8 43:24
44:11,14 45:2
55:2 58:1 59:17
62:3 65:20,25
66:1,14,15 87:24
88:24 89:10,13,22
89:24 90:11 91:6
91:8 158:19,20
185:1 193:21
**conflicting** 177:16
177:20
**conflicts** 177:15
**conformity** 113:4
113:11 115:13,15
**confuses** 145:14
**confusion** 143:17
**Congratulations**
8:5
**Congress** 136:11
178:4,6
**connection** 7:11
25:24 26:5 36:1,3
63:4 66:13,22
142:17
**consensus** 201:5
**consequences** 49:8
**consider** 97:25
111:23 143:15
147:22 149:18
150:16 151:4
153:18,23 157:6
170:16 172:6
173:8 174:9
177:24 178:11
190:16 192:4
**considerable** 138:9
**consideration**
185:7 194:22
**considered** 35:24
35:25 36:3,15
111:18 114:12,14
116:11 118:5,19
125:17 130:16
139:22 143:10
144:3 145:23

178:17 192:19
**considering** 98:19
156:16
**consist** 197:4
**consisted** 44:17
**consistent** 175:23
176:4 185:13
**consolute** 49:8
**conspire** 98:21
**constitute** 97:13
102:2 105:13
116:16 192:3
**constituted** 108:20
**constitutes** 117:17
126:14 140:22
**Constitution**
136:12
**construed** 150:1
**Consular** 49:2 70:6
70:9,17,21 72:4
**consult** 25:14,16
28:17 83:6
**consultant** 53:9
54:3,4
**consulted** 26:17
27:2
**consulting** 23:19,22
23:25 24:4 27:21
27:22
**contact** 25:11 26:17
80:19
**contacted** 80:13
**contemplated**
159:16 173:23
**content** 38:15
**context** 47:7 99:4,5
99:8 122:25
156:23
**contexts** 123:12
**contingent** 161:7
**continue** 101:25
**CONTINUED**
121:15
**continues** 117:2
135:6
**contract** 54:15,18
100:7

**contrary** 178:24
179:11,13,20,21
187:22 190:2
191:3,4 192:19
193:5
**contribute** 146:11
**control** 21:5,7
112:2 114:7,16
115:2 128:14,17
129:17 130:3,6,8
130:9,13,14,18,23
131:1,5,23,24
132:4 134:19
137:22 138:7,10
183:9 198:6,20,23
200:6,9,12,18
**controversial** 88:5
**controversy** 20:22
21:2
**convention** 49:2
50:3 55:16,19,23
56:1,5 57:9 70:6,9
70:17,21 71:17
72:4 119:11 127:2
127:19 128:19
130:10
**conventions** 93:19
**converge** 32:22
**conversation** 82:8
**conversations**
20:16
**convicted** 99:21
100:1,1,14 101:14
101:24 102:20
103:5,7,11
**copy** 7:10 60:8
**corporate** 47:5
**correct** 41:25 64:1
67:3,4 81:15 83:1
86:10 88:9 103:24
110:4,15 113:25
114:1,20 116:4,23
117:3 122:4
123:25 124:21
126:3,8,24 128:20
131:2 133:24
134:16 139:10,14

141:15 144:2
146:1,17,21
148:10 152:3,6
154:17 157:21
158:14 161:9,19
162:23 164:3
176:23 180:16
181:3,12 182:12
182:13 187:4
188:7,13,14
192:16,17,25
193:10,15 194:2,9
196:3 200:23
202:10,12
**costs** 51:17
**Council** 34:1 91:21
93:22 94:2,8,14
147:12,13,21,24
147:25 148:7,16
149:20,22 150:7
152:6
**counsel** 50:14,15
55:11 80:10 81:7
82:8,10 83:20
121:19,23 180:21
**count** 196:15
**countries** 24:11,13
35:19 196:12,15
196:24
**country** 49:8 107:5
108:13 138:4
**county** 71:14 202:4
203:3
**couple** 13:6 53:17
122:15 178:10,14
**course** 10:8,10 11:7
11:7,8,9 13:7,16
14:8 15:6 16:18
29:10 49:15,19
57:21 62:18,18
86:2 105:12 132:2
140:15 189:14
195:25 198:22
**courses** 10:19 12:6
12:7,11,14
**court** 1:1 5:16 19:7
22:5 32:23 38:6

38:10,18,20,22
39:12,15,16,17,19
40:7,13,18,21,24
40:25 41:9,10
43:8 45:18 46:6
50:4,16 52:20
53:13 54:2 70:12
70:13,25 73:15,23
74:14 76:4 80:5,8
96:20,21,24 97:14
118:4,22 119:6,7
119:17 120:2,5,6
120:10,14,18,25
126:16,18 175:10
175:14 176:12
177:9,12,13,20,21
178:15 179:9,10
179:23 180:6,19
181:18 182:14,20
183:4,14,22 184:1
184:12,24 185:21
186:2,7 187:11
188:7,15,18,21
189:10 190:9
191:10,10,13
192:14 193:2
194:16,16 198:14
**court's** 38:21 183:3
183:11
**courts** 49:18 51:8
51:11 68:25 69:2
69:4,19 70:1
71:14 73:7 119:4
119:4,19 120:1,11
120:12 126:12,15
133:15 176:22
177:3,9,18 181:7
181:17,23 186:11
186:13,16 190:16
**covered** 42:16,17
**Crawford** 171:19
172:14
**create** 149:17
**created** 108:20
135:17
**creating** 160:7
**crimes** 11:20

**criminal** 10:11,11
10:19 11:3,7,9,11
11:14,15,16,19
12:5 13:5,10
32:23 38:6,10,18
40:18 47:16,17,25
48:3,6,10,15,19
48:20 49:16 50:7
70:9
**criteria** 117:5
118:3 119:1
120:16 125:25
126:2,8,17 129:22
137:18
**criterion** 152:13
**critical** 151:15
**criticized** 142:23
**Cuba** 79:18
**Cubans** 71:1
**Cultural** 152:25
**culture** 134:15
**currently** 44:21
68:9 160:20
181:24
**curriculum** 4:8 7:9
8:20 65:5,7
**customary** 15:24
**cut** 65:3,11
**CV** 7:10,15,20 8:6
45:8 50:20 52:25
57:19 82:3

---

**D**

**D.C** 3:12 70:19
**date** 65:9 72:15
80:21 84:20
147:13 194:3,7
204:5
**DAWN** 3:11
**day** 37:17,19,20
135:7 175:18
202:19 203:16
204:23
**days** 37:18
**de** 106:1
**dead** 40:5
**deal** 123:7 132:21

134:6 191:11
**dealing** 30:5 150:11
**deals** 52:5 89:5
 129:10
**dealt** 87:16 89:1
 90:5
**debate** 190:23
**debt** 123:11
**debts** 51:19
**decade** 17:12 30:19
**decades** 164:2
**decide** 39:5 119:8
 125:24 126:17
 155:8 175:14,16
 176:22 184:1
 187:17
**decided** 39:4,7
 179:24 182:10
 187:14 188:6,10
 191:24 192:22
 195:24
**Decides** 155:18
**deciding** 119:1
 126:7
**decision** 39:14,15
 96:19 119:21
 179:9,10 182:18
 188:21 191:19
 192:5,24 193:4,7
 193:14 194:1,6,8
**decisions** 19:7 57:6
 120:5,13 126:18
 178:17 179:13,23
 180:19 187:11
**decisis** 181:17,22
**declaration** 15:10
 29:21 30:10 32:4
 38:18,23,25 39:3
 39:5 41:6,24 79:7
 79:7 80:3 134:14
 142:15,22 143:1
 161:21 162:10,13
 165:10
**declare** 168:1
**declared** 178:4
 185:2,3
**declares** 174:13

**defendant** 72:25
**defendant's** 80:10
 82:8,10
**Defendants** 1:8
 3:10 183:5 185:1
 185:2 188:22
**Defense** 55:9
 199:16,24
**Defensive** 199:1,11
**define** 91:14 92:9
 104:20
**defined** 4:20 36:5
 92:6 129:13,16
 130:11 131:13
**defining** 91:16
 124:13
**definite** 140:5
**definitely** 139:2
**definition** 16:7
 92:2,3,4,12,21
 93:7 104:2 117:6
 123:24 124:3,10
 124:17 125:2,6,12
 125:16 127:1
 129:11 130:10
 131:25 180:13
 192:2,10,11,11
**definitions** 91:17
 91:24 92:13,16,18
 92:20 113:6
 114:20 115:5,18
**definitive** 56:14
 125:23 175:19
 186:6 201:6
**degree** 8:10,11,13
 8:17 171:23
**degrees** 8:10
**delegated** 137:5
**delete** 8:4
**demand** 91:18
**depart** 36:25
**Department** 10:2,3
 10:5
**departments** 10:2
**depend** 92:8 96:17
 99:4
**dependent** 161:7

**depending** 196:14
**depends** 92:20
 126:15 190:4
**deportation** 69:8
**deposed** 6:12 52:14
 52:15,16 73:4,6
**deposited** 143:14
**deposition** 1:13
 2:11 5:6,12 6:25
 60:2 63:20 79:3
 81:22 82:15 88:13
 103:21 104:2
 121:18,23 138:13
 202:8 203:8,9
 204:1
**derive** 108:9
**derives** 108:12
 136:7,8,19
**derogate** 157:5
 178:24
**description** 4:7
 200:5
**Deserves** 4:14 64:1
 67:2
**despite** 183:13
**detached** 122:22
 123:3,6,12,13,21
 123:22
**detail** 182:19
**details** 180:4
**detain** 134:1
**determination**
 39:21 63:1 118:6
**determinative**
 138:14 139:22
 140:12 147:5
 150:2,4 170:19,23
 201:6
**determine** 119:22
 127:5,17 129:25
**determined** 163:1
**determines** 112:17
 128:16
**determining**
 118:16 125:17
 126:13,14 139:16
**developed** 16:21

43:22,25 88:2
**developing** 24:13
 42:20
**development** 24:2
 24:6
**developments**
 40:13
**differ** 114:22
 141:15 171:14
**difference** 44:4
 114:3 130:2
 156:10 171:23
 176:25 185:22
 197:12
**different** 10:2
 12:16 36:11 50:23
 68:11 78:8 99:10
 109:4,5 114:6
 115:11 116:6,22
 124:6,6,21 131:16
 138:20 146:5
 147:4 149:21,23
 160:3 184:16
 185:22 192:7
 196:24 200:20
**differing** 36:14
 114:19,20 115:5
**difficult** 92:8 113:9
**difficulties** 20:21
 20:23
**difficulty** 91:16
**diplomatic** 108:7
 138:22,24 139:4,8
 139:9,13 140:16
 141:23 142:3,11
 143:13 144:1,2,12
 145:14 151:7
 158:7 159:22
 160:16,19 161:1,4
 166:16 174:3
 185:11,16,23
 186:4,8 190:20
 196:12,16,22,23
 196:23 197:6,9,19
 197:20 201:3
**diplomatically**
 200:22

**direct** 84:8 179:22
**directed** 77:9 136:3
**direction** 85:21
 86:5 140:13 159:3
 166:19 179:7
**directly** 135:22
**disagree** 97:2,9
 117:24 126:11,12
 126:20,21 141:17
 154:12 172:7
 180:18,25 183:4,9
 183:11 184:9,22
 185:18 195:17,22
**disagreement**
 141:19
**disagrees** 183:5
**disavowed** 182:15
 183:15
**discretionary**
 144:3
**discuss** 66:2 125:7
 162:15 184:9
**discussed** 38:8 42:6
 45:3 58:21 59:13
 96:16 121:19
 164:13,16 169:6
 173:2 174:12
 178:10
**discussing** 26:23
 27:18,20,25 28:5
 28:8,13
**Discussion** 121:13
**disposition** 131:15
 167:3,15
**dispute** 51:17
**distinction** 110:17
 111:3
**distinctions** 115:18
**distinguish** 180:24
 190:24 192:16
 193:7
**distinguishing**
 182:1
**district** 1:1,1 45:18
 45:18 74:19 78:24
 182:9 186:17,18
 187:1,2,4,10

191:9,13,19,24
195:21
**dmurphyjohnso...**
3:13
**doc** 159:11
**doctrine** 79:4
**document** 6:24 7:3
7:6 60:1,14 63:19
79:2 81:21,23
83:22 86:25
108:16 122:6
129:2 136:12,13
139:24 142:5
158:17,21,22,25
159:2,12,15 160:5
162:21 163:12,17
163:19,25 165:8
173:22 174:4,6
194:23,25
**documentation**
15:8
**documents** 14:17
16:15,24 91:2
93:20 107:10
162:16
**doing** 98:12 195:15
**domestic** 98:4
99:14 119:19
177:1,6,7,14,17
**doubt** 192:16
**Downtown** 2:12
**dozen** 17:4 49:24
50:4 68:22,23
**drafted** 158:17
**draw** 84:13 85:9
**drawing** 115:17
**drive** 136:5
**dual** 8:16,17
**duly** 6:2

---
**E**
**E** 3:1,1,11 6:1
204:2
**earlier** 37:17 61:9
69:11 73:5 78:3
121:17 122:1
130:25 144:22

165:24 173:2
198:5
**early** 23:8 30:13
75:3 80:20,22,23
81:3 177:11
**easily** 72:2 181:5
**East** 12:18 13:4,7
13:13 14:7 16:13
16:19 24:4,15
42:18 43:24 45:2
48:9 58:1 59:18
62:3 63:13,14,17
64:13 65:21,23
66:8,17,22 67:6
87:19,22 89:19,23
90:2,10,17,25
91:5,6
**Eastern** 55:2 66:1
66:14,15 74:19
**easy** 180:20
**Economic** 152:25
**editions** 61:24
**education** 134:15
**effect** 5:15 56:23
95:11,14 110:12
188:16 189:18
200:14
**effective** 143:23
**effectively** 120:21
**effort** 32:22 36:24
**Egypt** 168:15,18
**Egyptian** 105:25
**eight** 73:19 98:7,10
**either** 64:12 157:19
188:13
**elaborations** 29:11
**election** 51:24
**elective** 11:7
**elementary** 10:5
**eliminate** 65:14
**embassies** 108:7
**emeritus** 8:2 44:24
**Empire** 88:2
105:15 122:22,23
123:3
**employees** 100:2,12
100:13 101:6,7,14

103:5,12
**employer** 99:23
**employment** 100:7
**enact** 133:1 135:20
135:22 136:6,21
136:25 137:6
**enacting** 159:11
**encompass** 15:20
**encourage** 143:18
153:19 161:1
**encouraged** 101:24
**encouragement**
102:2 164:11
**encouraging**
143:22 159:21
161:4 163:24
164:1
**ended** 122:8
**enforce** 133:3
**engage** 96:1 98:16
129:18 138:25
139:1
**engaged** 187:23
199:24
**engages** 129:18
**England** 23:23
54:2
**English** 54:18,19
**entail** 96:8
**enter** 128:7 167:7
**entering** 162:14
**entertains** 55:14
**entire** 18:13 65:22
129:2 133:18
138:3 160:5,6
**entirety** 11:16
13:17 82:5 130:18
**entities** 112:19
115:9 123:13,15
123:17 125:16
129:19 130:12,19
140:15 143:18
163:4 169:16
170:7,14,14
**entity** 16:9 89:3
98:9,9 101:5
104:22 112:17

113:8,10,19
114:14,17,25
116:1,10 118:6,21
119:22,24 124:12
124:24 125:3,24
126:14 127:18
129:16 138:1,21
139:1,20 140:1,10
140:14,17,22
141:22 142:2,5,7
142:12,13 143:25
144:11 145:21
146:9 147:22
150:5,24 151:3
156:19 158:8,10
201:19
**envisions** 160:6,12
160:17,18
**equivalent** 146:4
**ERRATA** 204:1
**ESQ** 3:3,4,10,11
**essence** 89:3 119:23
**essential** 137:23
**establish** 127:16
**established** 68:5
126:5 141:21
171:8 173:22
174:5 186:14
**establishing** 160:12
160:14
**establishment**
196:22
**estimate** 87:2
**ET** 1:4,7 204:4,4
**ethnic** 67:20
**European** 50:5
122:8,13 159:17
201:16
**event** 188:24
**evidence** 178:25
195:12
**evolution** 32:7
**exact** 17:10 56:21
75:1 80:21 193:6
**exactly** 12:25 13:12
14:2 15:18 22:19
35:12 76:4,22

110:16 113:1
136:1 137:18
196:15
**EXAMINATION**
4:2 6:6 121:15
198:3
**examined** 6:4
**example** 28:3 43:1
58:24 65:17 66:13
85:5 92:21 95:3
96:11 98:1,20
112:3 113:13
115:12 125:8
136:10 137:6
141:2 150:2,18
171:2 193:18
200:19
**examples** 97:21
107:6,7 201:9,10
**exchanged** 162:17
**excluded** 64:22,24
74:14 75:5 80:6
85:20
**exclusive** 86:16
**excuse** 110:13
**Executive** 166:4
173:9,14 174:10
174:12 184:24
**exercise** 112:2,4
130:5,6,22 131:5
132:4,5 134:24
135:3,6 138:7,10
187:23
**exercised** 131:1,1
131:10 134:9,19
**exercises** 130:13
131:23 132:11,15
135:19 137:25
**exercising** 128:13
128:14 130:4
138:5
**exhaust** 42:1
**exhibit** 4:8,10,12
4:15,18,20 6:25
7:1 59:25 60:2
62:22 63:18,20
64:20 65:17 66:25

79:1,3 81:20,22
84:7 88:9,13,13
103:21 128:22,24
**Exhibits** 4:6 82:3
**existence** 15:13
130:19 145:5
**existing** 112:20
125:1
**expand** 12:15
**expected** 31:6
**expenses** 146:12
**experience** 15:2
16:16,19,20 18:5
19:2 42:23 44:6
45:1 47:6,6 68:14
88:14,18 89:16
90:18,24 91:4,9
**experiences** 44:19
48:22 68:24
**expert** 4:18 7:11,20
34:4 51:13,16
52:11 58:16 67:8
68:15,18,24 69:5
69:25 70:8,19
71:18 72:12,19,21
72:24 73:4,8,16
74:10,19,22 76:2
78:20 79:12 81:13
81:14,18 87:10,12
90:9,25 93:6,14
94:21 98:13
100:19,22 137:15
148:19 176:11
182:11,25 183:21
186:1 188:12
190:25 192:5
193:3 194:13
**expertise** 16:21
75:23 87:17 88:8
88:23,25 89:9,12
89:22,25
**expires** 203:22
**explain** 191:2
199:19
**explained** 118:23
**explains** 193:9
**explicitly** 65:25

173:24
**expressed** 37:7
136:23 151:10,13
154:2 164:23
197:11
**expression** 142:4
147:2,6,9,16,18
147:20,24 149:1
150:24 165:20
176:8,16,17
178:23
**expressions** 113:8
142:17 181:4
**expressly** 89:8,21
137:5 143:9
161:17,17 182:15
183:14 197:8
**extended** 141:23
158:7
**extensive** 88:14
89:14,16 90:16,23
171:14 172:17,19
187:23 199:25
**extensively** 87:19
88:19 89:18 90:9
**extent** 27:3 81:5
82:17 83:19,21
91:11 102:7
109:17 125:21
149:7 163:12
184:2 189:22
190:17 195:23
198:23 199:19
**extradite** 76:21
**extradited** 75:15
76:8,9,11,14,25
77:7
**extradition** 74:21
76:15

---

**F**

**fact** 56:22 114:16
120:16 123:8
130:17 133:17
135:3 140:11
141:8 142:15
143:2,21 144:21

146:19 148:2
150:11,19 152:17
153:21 154:13
157:5 165:22
169:22 176:16
177:19 178:23
183:13 184:15
185:1,18 188:24
190:2,20 194:15
200:8
**factoid** 106:2
**factor** 118:8 128:6
128:9,10,12
139:16 170:19
**factors** 118:5,15,18
119:9,20 125:8,13
125:17 126:6
127:8,20 128:4
171:2,3,3
**facts** 99:15 170:12
183:23,24 186:25
187:24 200:13
**factual** 79:19 85:13
89:7 90:4 98:5
119:13 140:1
155:10,12 157:6
184:3,12
**faculty** 9:21 31:19
**failure** 49:11
**fair** 57:15 65:21
112:22 115:14
153:14 201:20
**fairly** 48:20 197:11
197:20
**fall** 69:23 197:17
**falls** 92:12
**familiar** 11:17,18
58:7,18 59:10
60:14 93:15 94:22
95:5 107:9,17,23
110:2 118:10
180:2 182:4 188:3
188:15 191:18
193:13 198:25
199:10,14
**familiarity** 58:10
91:13

**far** 79:25 100:18
**fashion** 143:15
**fast** 197:14
**fault** 56:11,11
**favor** 139:6 142:7
147:15 150:24
151:5,8 156:25
**federal** 70:25
178:15
**fellow** 8:21 9:4 76:8
120:20
**fellowships** 9:13,18
44:18
**Ferguson** 80:18
81:2
**field** 15:19 88:15
88:19
**Fifteenth** 3:11
**fifth** 53:19
**fighting** 164:2
**figure** 179:16
**filed** 38:24,25 41:6
47:21 80:7 92:25
**files** 103:14
**filing** 5:5
**Final** 67:13
**finally** 46:8
**financial** 95:9
**financing** 93:23,24
96:12
**find** 72:2 92:10
126:18 137:4
141:2 144:6
171:13,16 172:17
181:1,5,6,7 186:3
186:10 201:4
**finding** 57:13 77:25
**findings** 56:14,17
57:4
**finds** 184:6
**fine** 128:16 196:7
**finished** 7:4 60:4
129:1 197:25
**fired** 55:9
**firm** 23:19,22
80:15 87:1
**first** 6:2,24 8:25

14:20 15:9 17:12
23:6 30:19,21
34:10 38:8 40:1,2
47:24 61:2 62:4
65:2 67:12,17
75:12 80:13 81:2
105:16,20 106:20
116:25 119:16
121:18 122:8
152:14 159:4,5,10
182:21 188:6,11
191:9,10,14
**first-year** 11:6
**fit** 75:19
**fits** 117:5
**five** 14:4
**flag** 27:8
**fled** 138:3
**Florida** 78:24
**focus** 9:12,15,17
11:4 15:21 24:14
38:13,14 59:14
**focused** 19:4 38:4
59:17
**focuses** 13:14
**focusing** 20:21
106:6 130:8
132:24 135:9
**follow** 162:4
191:14
**followed** 95:12
**following** 51:19
56:24 99:15 168:8
**follows** 6:5 120:3
**force** 5:15 132:20
133:9
**forces** 55:10 199:13
199:24 200:11
**foreign** 4:22 9:10
61:11,19 115:3
126:22 129:6
192:4
**foreigner** 49:6
**forever** 181:18
**forgotten** 101:20
**form** 5:9 95:16,20
96:14 102:2 133:8

formal 41:7 129:19
145:25 151:9
155:2
former 99:22
forming 179:17
forms 94:25
formulates 39:13
formulating 159:15
formulation 56:21
forth 77:5 203:8
forward 122:4
found 78:4 166:18
167:3,15 177:8
founding 59:8
four 13:9,11
Fourth 46:8,15
frames 128:14
framework 184:12
France 122:15
frequency 78:12,13
front 34:9
FSIA 192:4
fudging 197:12,17
full 33:11,15 36:15
113:24 116:19
146:6,15,21
156:11,14,15
fully 203:8
function 109:13
128:15 130:7
131:2
functionally 131:6
131:8,9
functioning 137:3
201:14
functions 104:23
105:21 106:24
107:1,3 108:4,24
109:10 110:18
111:7 112:8 130:4
131:11 132:12,16
134:9,25 135:3,19
fundamentally
44:3
further 5:7,11 41:4
41:23,23 121:10
201:22 203:11

future 26:17 28:17
162:6,11 174:2

**G**

G 6:1
gain 18:11 20:2
gained 9:20 18:12
19:1 44:1,7,13
113:24 116:18
120:25
garbage 107:4
Gaza 19:6 21:10
32:24 42:5,14
43:16 68:12 106:1
106:21 112:10
168:13
Gaza-Jericho
131:14
general 11:5 17:19
20:4,19 29:12,15
29:18 32:4 39:8
84:18 97:7 107:18
107:19 109:21
120:17 134:14
140:10 144:22,23
145:1 147:3 148:2
148:9,12,21,22,24
148:25 149:13,17
150:3,7 153:6
174:17 175:1,6
190:10 195:25
196:2,19,21
generality 141:6
generally 7:21
25:20 58:9 60:23
88:9,15 91:17
112:14 123:16
134:4 171:16
176:14 201:16
Genocide 61:12,22
getting 100:18
196:18
Gibson 1:21 2:14
6:3 203:4,19
give 6:14 30:22,23
65:18 92:20
103:17 109:20

184:7
given 92:11 96:18
103:11,13 136:20
148:2 153:20
154:7 180:25
187:13 202:11
203:10
gives 44:11
giving 29:8 37:21
73:17 96:21 97:3
183:23,25
go 17:17 23:4,18
26:20 32:6,9 34:8
37:17 47:24 52:18
86:4 88:18 117:14
119:9 121:10
127:16 131:18
171:20 179:20
186:9
goes 166:17 177:10
189:10 195:13
going 6:14,15,24
15:9,17 16:5
18:22 21:5 23:2
26:25 71:9 81:4
81:10 83:18
122:14 125:18
143:3 153:6 156:4
156:8 160:1,2
162:12 165:18
167:1 168:6 183:2
184:20 186:2,15
187:5 198:14,18
201:8
Golan 43:19 68:12
good 6:8 87:6
goods 165:18
governance 137:9
governed 175:12
governing 94:9
103:23 104:20
105:1,3,12,18
106:7,18 107:7
108:11 111:5,10
111:12,18,20,22
111:24 112:1,5
127:6,11 128:1,10

134:23 137:3,11
137:17 168:14,17
government 24:18
32:21 33:6 38:19
39:24 41:3 52:22
56:4 73:1 77:17
96:1,5 97:22,22
98:8 99:25 100:12
100:13 101:13,16
103:2,3,12,17
105:20,25 111:16
129:17 130:5,13
131:5,11 132:11
132:15 134:9,24
135:3,10,10 136:8
136:16,17 138:3
146:20 148:8,8,15
152:9 161:22,22
162:5 163:21
166:5 167:21
175:17 194:21
198:6,12,20
200:10
government's
99:23 102:22
130:3 190:11
governmental
104:23 106:23
108:3 112:8
128:13,15 130:4
131:2
governments 107:1
130:14 132:5
graduate 8:9
graduated 8:6
graduating 44:17
granted 185:16
190:20 196:12,16
197:8,10
granting 184:25,25
197:6
great 91:16 176:20
191:11
ground 44:6 138:5
grounds 101:18
142:23
group 17:18,23,24

19:14,25 24:16
97:10 98:7,20,20
102:17 141:4
151:25 159:11
guess 13:21 20:6,12
20:23 26:20 35:21
44:5,7 47:24
50:12 53:1 56:15
67:16 72:1 80:13
85:8,16 137:14
guided 177:4
190:10
guideline 127:14
guys 121:8

**H**

H 6:1
Habana 177:11
half 6:21 17:4
37:19,20 50:3
Hamas 105:8 112:8
hand 6:24 149:20
190:6 203:16
handful 48:4
handing 60:1 63:19
79:2 81:21 128:23
handled 175:6
hands 60:13
happen 160:24
happened 73:21
78:13 147:10
happens 177:14
happy 60:12
hard 197:14
Harvard 8:12,23
9:4
hate 98:17
head 39:10 109:25
heading 129:14
health 134:15
heard 93:8 182:6
heavily 190:19
Hebrew 17:13
Hebron 30:24
37:22
Heights 43:19
68:12

**held** 2:11 8:2 44:19
**hereunto** 203:15
**Hernandez** 4:16
    71:2 72:11 78:21
    79:8,9,10,14 80:1
    88:8
**hesitate** 109:5
**High** 54:2
**higher** 171:21
**historical** 32:7,9
**historically** 104:10
**history** 32:3 88:1
    104:17 105:12
**hold** 8:9,11 36:19
    124:11 148:1,7,17
**Holder** 96:20
**holding** 121:2
**holds** 43:6
**Holy** 169:20,22,24
    170:2,5
**home** 49:8
**homicides** 70:18
**hosted** 25:5
**Hotel** 2:12
**hour** 6:21,21 31:17
    86:13
**hourly** 86:14,20
**hours** 82:24 87:3
**huge** 166:16 171:23
**Human** 53:16 59:5
    59:8
**hypothetical** 98:1
    98:19 99:16
    100:10 102:12,14
    102:16 103:10
**hypotheticals**
    101:2

**I**

**I.2** 89:15
**ICC** 39:9,10,12,25
    40:14 41:2,5
**ICC's** 39:2
**idea** 17:19 20:5
    41:2
**IDENTIFICATI...**
    4:7

**II** 110:4
**III.15** 84:9
**illegal** 92:22 99:9
**Illinois** 70:7,12,13
    71:9,17 73:22
    74:3
**im** 184:25
**immediate** 137:3
**immunities** 184:25
**impliantly** 173:4
    174:1,6 194:23
    197:10
**implicitly** 90:11,13
**impliedly** 161:23
    161:24
**imply** 104:19
**importance** 56:23
**important** 170:22
    171:2 176:10
    181:1,25 183:16
    183:20 184:13
    185:25 187:15
    189:7,16 193:6
**imprecise** 192:14
**imprisoned** 99:22
    102:21,21 103:7
    103:11
**incident** 55:8 56:22
    79:20
**incidents** 200:18
**include** 50:9 56:16
    63:4 64:7,11,15
    64:19,25 67:3
    97:3 176:10 181:1
    185:25 189:8
**included** 32:14
    42:7 53:4 56:12
    56:18 61:1 72:14
    128:9 133:23
    187:24
**includes** 53:7 63:14
    66:10 68:8 97:1
**including** 49:16
    54:7 90:11,14
    124:8,8 159:14
**inconsistent** 142:13
    158:9 176:18

**incorrect** 126:9
    178:17 192:6
**incorrectly** 179:24
    187:15 189:12
    192:22
**independence**
    114:5,13,20,23
**independent** 114:4
    116:22 196:25
**INDEX** 4:1
**indicate** 118:3
    158:2,5,8 174:20
**indicated** 8:20
    77:19 155:2
    179:19
**indicates** 8:1
**indication** 125:20
    139:10 149:4
    161:23 173:19
**indications** 143:25
**individual** 30:2
    189:16,19
**individual's** 74:25
**individuals** 27:14
**information** 41:11
    55:14 85:12
**informed** 49:9
    182:17
**initial** 43:4 82:8
**Initially** 10:1
**initiated** 148:15
**instance** 74:14
    182:22 189:9
**instances** 53:8
    137:24 169:11
    201:12
**instruct** 81:11
**instructed** 81:13
**insurgents** 199:15
    199:20,22 200:14
**intention** 65:13
**Inter-American**
    53:16 127:3
**interacting** 139:20
**interaction** 142:12
    143:1
**intercourse** 166:16

**interested** 203:14
**interim** 30:7 110:5
    131:14
**international** 8:12
    9:2 10:12,20 11:3
    11:8 12:5 13:5,10
    14:9,10,13 15:8
    15:19,22,24 16:10
    18:18,23 23:20,21
    24:1 25:6 26:22
    27:12 30:3 31:14
    31:25 32:23 38:6
    38:9,17 40:18
    46:22 47:11,20
    50:21 51:4,10
    52:20,25 53:1,2
    53:12,22 54:9,14
    54:20,23 55:1
    56:19 59:4,7,14
    60:18 61:1,6
    62:25 63:4,8,10
    63:16,24 64:13,16
    65:1,12,14 66:11
    66:13,21 69:4,13
    69:14,23 87:11,15
    88:9,15,20 89:1,4
    89:5,17,18 90:1,1
    90:3,4 91:2,12
    92:7,11,17 93:2,6
    93:14,16,17,21
    94:22 98:3,3,14
    99:3,24 100:3,9
    100:11,16,23
    101:3,5 103:16,18
    108:6 110:11,14
    110:20 112:16,18
    112:25 113:21
    115:9 116:2,3,7
    116:13 117:6,11
    117:19 119:7,12
    119:18,24 120:3,7
    120:10 123:24
    124:2,10,17,22
    125:6,11 128:7
    129:15 138:16
    139:17,17,25
    140:2 141:10

    142:5 147:6,17
    148:20 149:1,19
    151:11 159:13
    164:8,19 166:24
    169:24 170:4,24
    171:10 175:15
    176:23 177:1,4,8
    177:15,18,22
    183:24,25 184:2,4
    184:5 188:1
    190:15 191:12,16
    192:3,12 201:4,21
**internationally**
    113:4
**internationally-r...**
    33:12
**internet** 29:3
**interrogate** 133:24
**interrogation**
    75:21,25 77:14,21
    78:16
**intervention**
    184:23
**introduced** 34:4
**investigate** 41:10
**invited** 144:13,16
    144:19,20
**involve** 54:10 55:2
    66:21
**involved** 18:6 24:3
    24:6,12 29:15
    46:22 47:1,10,14
    47:16 48:3 49:18
    50:19,20 51:5,20
    53:3 54:12,14
    58:4,5 66:15 69:9
    69:10 71:7 74:21
    91:5,7 95:17
    108:5
**involves** 87:15 91:5
**involving** 70:18
    72:4
**Iran** 51:15,18
**Iran-Azerbaijan**
    69:12
**Iraq** 114:11 122:24
    138:2

irrelevant 141:9
 196:3
Israel 4:13 14:25
 17:1 19:8,11 21:8
 23:5,6,15 25:3
 30:13 31:6 34:19
 34:21 35:16 36:22
 36:24 37:1,7 42:2
 42:5,11,12 43:4,6
 43:8,20 55:9,25
 64:1 67:2,19 68:5
 68:9 74:21 75:16
 76:9,21,24 77:1
 90:19 106:3
 107:15 113:14,23
 115:12 124:8
 139:4,6,8 141:3,5
 141:7,9 142:20,23
 143:2 144:9 154:4
 161:21,23 162:8
 162:11 198:23
 199:24
Israel's 142:9
Israeli 18:7 21:23
 26:9,11 35:7
 36:19,21 37:4,5
 62:13 67:17 77:10
 77:17 142:17
 162:5 199:15
 200:11
Israeli-P.L.O 67:13
Israeli-Palestinian
 158:20 193:20
Israelis 24:20 28:2
 143:19
issue 27:6 31:4
 32:14 35:9,15
 36:6 38:17 39:7
 39:16 40:21,24
 41:4 42:24 49:4,5
 50:5 55:6 56:16
 57:4,5,13 70:20
 75:14,18 77:18
 79:14,19 83:17
 85:11 87:14,17
 88:1,3 89:3,6
 90:14 91:11 93:1

94:14 97:4 101:23
 104:7 111:19
 120:8,18 121:2
 138:19 140:1
 141:15 149:4
 150:11 167:21
 172:18 175:15
 176:13,15 181:8
 182:15 190:14
 201:6
issued 168:13,16
 169:2
issues 17:20 18:6
 20:25 21:1,20,21
 24:1,2 25:17
 26:18,23 27:17,24
 28:1 29:1,9,12,16
 29:17,19 30:6
 31:14,24,25 32:10
 32:12,13,13 36:7
 36:8 38:4 42:22
 43:22,23 44:2
 46:23 47:11,21
 49:2 51:21 54:16
 57:8 66:2,4,14,18
 83:9,13,25 87:21
 87:23,25 88:5
 89:19 90:2,10,17
 90:18,25 167:4
 184:1 187:24
Italy 122:15
items 163:2

J
J 6:1
jail 103:13
James 171:19
 172:14
Jenin 199:23 200:3
Jericho 106:21
Jerusalem 19:16,18
 20:7,9 21:12
 29:24
John 1:13 2:11 4:3
 4:9,11,19 202:6
 202:15 203:7
 204:5,21

Jordan 106:2
judge 186:20
judges 39:19 187:2
 187:3
judgment 63:2
judicial 49:10
 126:7 133:18
 183:6
judiciary 178:12
June 159:16,20
 160:3
junior 48:18 50:14
jurisdiction 32:23
 38:9,20,22 39:25
 40:15,19,25 41:12
Justice 14:25 52:21
 53:13 54:2 119:7
 119:18 120:3,7
justifiable 103:3
justified 92:6 93:8
 93:12 98:6
justifies 99:24

K
Karen 1:21 2:14
 6:2 203:4,19
keep 101:14 103:4
 103:4,6
keeping 99:25
keeps 67:19
kept 101:15 103:12
key 117:20 184:7
 192:9
keys 28:14
killed 55:9
kind 26:16 41:20
 56:9 91:18 98:13
 101:25 109:13
 132:4 142:5 160:1
 163:20,22 165:14
kinds 24:2 106:25
 142:25
Kletter 120:14,18
 121:3 126:16
Klinghoffer 180:3
Knesset 142:22
knew 83:11 183:13

know 6:19,20,22
 7:3 16:21 17:8
 18:5 20:3 23:2
 24:5,5 26:13
 27:21,22 29:17
 31:21 32:10 34:3
 35:2 36:12 38:7
 40:5 44:2 47:3
 49:15,24 50:13
 52:10,24 53:10
 55:18 56:14 57:16
 60:3 63:21 77:20
 77:22,22 79:23,25
 80:8 91:12 92:23
 95:10,22 96:23
 97:17,18 100:3
 109:19 110:1
 115:8 125:1
 127:16 128:25
 130:16 132:21
 136:23 137:11
 138:6 140:3,6
 141:22 143:6
 144:4,11 147:25
 148:13 149:18
 150:4 152:16
 156:14 166:17
 167:24 168:5,10
 168:20 169:2
 171:13 172:10
 174:22,22 175:7
 175:19,23,25
 176:18,19,19
 178:3,6,24 180:21
 182:6,20 184:8,9
 184:16 186:5,9,12
 186:12,18 187:1,8
 187:9,9 191:3
 193:11 195:14
 196:11 201:11
knowledge 19:2
 42:21 44:1,8
known 103:22
Knox 72:22 182:4
 183:3 184:21
 185:13,21 187:14
 194:1

Kuwait 114:11
 138:2,3

L
L 6:1
label 131:19
labeled 63:20
laid 125:8
Landau 77:18,23
 78:4,16
language 94:5,7,17
 94:17 95:16,22
 128:12,18 156:6
Languages 10:3,6
large 24:16 150:13
largely 38:5 84:3
larger 65:5,7
late 95:7 169:3
Latin 127:4
laundry 127:17
 179:20
Lausanne 119:13
 122:4,20 167:2,4
 167:19
law 4:22 8:6,10,18
 8:22,23 9:2,14
 10:4,9,10,11,11
 10:12,19,20 11:3
 11:3,7,8,9,10,11
 11:14,15,17,19,20
 11:21 12:5,5,8,17
 13:3,6,10 14:10
 14:10,13 15:19,22
 15:22,24,24 19:4
 21:21 28:4 31:14
 31:25 43:2 44:17
 44:19 46:18,18,20
 46:23 47:11,20
 54:8,10,18,18,19
 54:20,23 56:19
 59:14 60:18 61:1
 61:6 62:25 63:4,8
 63:10,16,24 64:13
 64:16,24 65:1,12
 65:15 66:11,13,21
 69:9,10 75:25
 80:15 87:1,11

88:9,15,20 89:6
89:17,18 90:1
91:12 92:7,17
93:2,6,14,16,21
94:22 95:2,7,10
95:14 96:11 98:3
98:3,14,16 99:3
99:14,24 100:4,9
100:11,16,23
101:4,9 102:24,25
103:17 112:14,16
112:19,25 116:2
118:10,11 126:23
129:7,15 133:15
148:20,25 149:5,6
149:18,19,23
150:8,10 170:24
171:10 175:16
176:23 177:1,1,4
177:6,7,8,14,15
177:17,18,20,22
181:11,23,25
183:25 184:2,4,14
186:1 188:17
190:15 191:5,7
192:3,10,11,12
195:20
**lawful** 92:17 96:1,4
**laws** 9:9 21:22
54:22 61:10,15
90:1 93:15,17
94:23,24 95:1,6
95:24 96:16 99:6
99:10,12 133:1,4
**lawyer** 27:3 45:5
47:7,22 53:6 97:5
97:9,12,12 181:11
181:16
**lawyers** 17:18,23
17:24 18:4,7,9,10
19:3 25:14,18,19
25:25 26:5,9,11
26:21,24 27:11,20
31:4 34:19,21,25
35:4,7 37:8 52:21
172:17,21
**lead** 48:14,17 50:13

50:15 55:11 192:7
192:19
**Leading** 199:7
**League** 15:11 88:4
**learned** 11:13,21
18:25 83:21
**learning** 18:14
**leave** 10:16,22,22
10:23 12:11
**Lebanon** 55:8,10
**lecture** 30:22,24
31:12 32:5,18
33:3 34:10 37:22
38:3,8,12,16
40:14,16
**lecturing** 32:1
**led** 19:6 67:25
**legal** 10:8 12:9
17:20 24:18,21,25
25:17 26:23 27:5
27:17,23 48:5,12
54:11 89:7 93:9
96:22 97:3,16,17
97:23 98:2,4,24
98:25 114:15
**legality** 79:15 92:19
**legislation** 135:21
135:22 136:6,21
137:1,6
**Legislative** 177:25
**legitimate** 103:2
114:25
**length** 184:8
**let's** 8:25 13:6 20:6
23:4 46:21 51:12
54:13 61:2 70:5
114:10 125:25
148:12 153:10
168:12
**letter** 131:20
**letters** 131:19
132:7
**level** 70:7 90:3
108:6 110:11,14
110:20 112:25
113:9,12 115:24
116:15 117:10

137:16,20 139:21
140:3 143:20
**Lexis** 181:6
**LIBERATION** 1:7
204:4
**Libration** 72:22
105:5 106:9,15,17
107:14 182:5
188:4
**life** 134:16
**likelihood** 75:14
**limit** 63:6,7
**limitations** 110:8
**limited** 9:16 48:23
109:7 124:20
198:23 200:9
**line** 180:19,23
204:6
**lines** 112:25 113:3
**list** 52:24 53:1,7
57:20,23 60:17,22
61:3,8,14 62:2,21
62:22 63:7 64:8
64:12,19,21 65:2
65:19,21,22 66:10
66:17 67:3 82:4
107:3 127:17
132:19 172:15
179:20
**listed** 51:6,12 55:1
63:12 73:22
127:20,22,24
128:1
**listen** 6:16 190:4
**listing** 90:8
**Literatures** 10:3,6
**litigated** 54:25
**litigation** 27:15
46:24 47:2,4,7,23
48:22 50:19,21
51:4 52:6,25
55:17 58:5 91:4,8
**little** 6:15 23:3
121:10
**live** 36:21
**living** 44:11
**LLP** 3:2

**local** 19:3
**located** 23:22
**location** 79:20
**London** 23:19,22
51:13 52:6,7 53:4
54:14
**long** 23:2 31:16
62:8,9,14 71:7
82:23 111:22
**longer** 37:1,5
195:13
**look** 65:22 94:4,11
95:19 115:21
116:24 119:6
125:25 127:15
138:2 179:14
**looked** 24:10 83:9
85:7 119:11 174:2
182:19 190:13
**looking** 20:19 91:1
197:5
**looks** 64:9 65:18
184:5
**Lucy** 3:4 6:10
**Lucy.McMillan...**
3:6
**lunch** 121:9,14

**M**

**M-A-L-V-O** 70:16
**Machnes** 3:3 4:3
6:7,9 50:25 60:9
82:18 87:5 100:21
102:13 121:8,16
169:12 196:4,8
197:24 199:4,7,12
201:24
**main** 21:1 129:12
**maintain** 36:23
37:11
**maintaining** 100:4
**maintains** 108:7
**major** 14:20 15:15
28:1 29:16 44:13
119:15 143:12
158:18
**majority** 65:23

148:4 150:20
**making** 32:21
33:18 53:10 86:2
119:21 155:5,10
155:12 157:6
**male** 77:8
**Malvo** 70:16,20
71:24
**mandate** 15:10
32:4
**manner** 126:9
**map** 143:8 158:13
158:16 160:6,7,9
160:18 161:16
162:3 164:11
173:18 193:19
194:15
**maritime** 51:13
52:7 54:14
**MARK** 1:4 204:4
**marked** 6:25 7:1
59:25 60:2 63:18
79:1,2 81:20,21
128:22,23
**marriage** 203:13
**Massachusetts**
45:9,10 48:5,8
**Master's** 8:11
**material** 84:23
96:14,22,25 97:1
97:3,8,11
**materially** 96:5,10
**materials** 84:1
**matter** 7:12 41:7,9
41:14 88:23 89:9
89:12,22 97:16
109:9 111:7
118:20 136:2
137:12,15,18
144:3 147:25
171:23 185:17
192:25 194:9
203:14
**matters** 32:24
63:16 90:4 91:12
**McMILLAN** 3:4
6:10

mean 13:12 15:16
15:17,18 16:2,20
17:16 19:4 21:3,7
25:10 28:24 29:20
32:13,13 36:20
40:4 41:8,16
43:10 44:10 46:14
46:19 47:3 51:7
54:15 55:25 57:23
58:22 59:19 64:15
67:25 68:1,19
72:1 78:12 82:10
82:16 83:9 85:1
86:3,5 87:21
89:11 93:18 94:11
94:24 95:15,20
96:7,17 100:6,8
100:19 101:20
104:9,16 105:23
109:9,11 111:19
113:13 114:6,9
115:15 117:25
119:6 124:5,12
125:14 129:2
130:12 131:6,18
136:15,22 137:16
137:23 139:2,23
140:17,19,21,23
140:24,25 141:2,5
144:15 146:9
147:1 150:10
153:17,22 154:12
154:21,23 156:14
156:15 157:23
160:20 162:7
165:14 166:15
168:3,5 169:23
170:13 172:17
173:17 175:16,22
176:1,13,18
177:16 179:12,18
180:15,18,19
181:21,22 182:2
186:2,9 190:21
191:15 192:13
194:14 195:12
197:18 201:3,11

meaning 157:4,10
157:12
means 96:10 102:4
114:13 132:3
143:22 150:14
185:10 200:17
meant 43:21 130:9
measures 159:6
mechanism 69:17
meet 131:24 183:8
192:1
meeting 19:3 21:11
27:11 82:23
meetings 21:19
22:8 26:15,21
meets 126:2,8
member 45:14 59:8
59:23 142:22
144:15,18,19
145:23,25 146:6
146:10,12,15
150:3 156:8,15,16
165:1,2,4 166:1,4
members 133:21
149:25 159:10
membership 32:21
33:7,10,12,15,19
45:19 46:11
113:18,24 116:19
145:25 146:7,21
147:8,11 148:4
152:9,18,21
159:14
memory 17:8
mention 34:2 52:19
56:12 72:2 86:5
122:20,23,25
123:4,17,19
164:21 178:18,19
182:18 193:11
mentioned 28:3
30:7 34:6 61:9
65:11 69:11 72:6
73:13 112:8
123:14 128:13
142:9 144:11
152:16,17 157:18

158:6,12 167:19
170:11 177:19
178:15 181:4
mentioning 178:21
mentions 122:21
123:2
merely 147:25
Merit 203:20
met 20:8 21:15 82:7
82:9 129:22 189:4
methods 77:14
78:16
Middle 12:18 13:4
13:7,13 14:7
16:13,19 24:4,15
42:18 43:24 45:2
55:2 58:1 59:18
62:3 63:13,14,16
64:13 65:20,23
66:1,7,14,15,17
66:22 67:6 87:19
87:22 89:19,23
90:2,10,17,25
91:5,5
military 32:24 55:7
56:20 199:25
Miller 3:9 80:24
mind 142:19 143:9
179:15
minds 141:15
mine 7:9
minimize 188:23
minor 47:17 48:20
minute 7:2 63:21
125:5
mirky 197:22
missed 21:25 64:9
64:14,15,17
mission 145:3,4,6,8
145:9,9 149:8,10
149:10 154:14,14
154:23,25 155:6,7
157:13
missions 196:23
mistreated 75:20
77:21
mistreatment

75:15 77:6,24
78:6
misunderstanding
186:7
mixed 120:13
modern 173:8
moment 32:11 60:3
134:12 162:8
176:20
money 102:8
monitored 55:17
Monopoly 9:11
61:11,19
Montevideo 118:2
118:14,15,25
119:11,20 120:16
125:8,12,25 126:2
126:6 127:2,19
128:19 130:10
137:17 171:2,3
189:11
morning 6:8
mortar 55:9
Moscow 8:21 9:1
motivations 154:8
move 52:8 159:3
moving 50:22
multiple 36:10
37:18
murder 95:3 99:13
MURPHY-JOH...
3:11 60:7,11
mutual 162:17

N

N 3:1 6:1
N.W 3:11
name 6:8 52:1
59:10 70:14,19
74:24,25 122:14
122:23 123:17,19
167:22 168:16
193:23
named 107:25
names 70:3,22 74:9
172:22
narrow 109:3

nation 16:3,7
140:20
national 103:23
106:8,10 120:21
120:23 123:11
nationalities 34:12
nationality 31:5
35:10 120:25
121:3,5 123:4,5,8
167:20
nationality's
167:25
nationals 123:9
nations 15:11,12,12
32:16,17,22 39:8
88:4,4 107:18
113:15,18,24
139:7 142:8,10
145:5,22 148:5,24
152:11,12 153:2
154:5,24 157:14
169:18 185:4
189:1,13,23
nature 109:17,22
near 101:1
necessarily 104:14
125:20 139:12
144:13 153:22
157:23 175:19
176:1 187:21
193:12
necessary 111:23
115:2 118:8
129:25 191:1
need 6:19,21 44:12
111:18 117:20
126:16 137:16,21
150:17 169:6
191:13 193:10
needed 83:10
165:19 185:19
needs 184:19
negate 130:19
165:24 190:2
negative 153:8,22
157:25 158:1,4
negotiate 143:3,5,7

143:19,22
**negotiated** 37:3
**negotiation** 35:16
143:2
**negotiations** 24:19
67:13 68:2 153:20
163:1
**neither** 188:25
**Netanyahu** 142:21
**Netanyahu's**
162:19
**never** 39:16 40:6
49:20 52:15 70:10
181:23
**new** 1:1 3:5,5 40:12
40:13 41:3 74:19
167:23 182:9
186:17,18 187:2,2
187:4,10 191:19
191:24 204:2,2
**nine** 153:10,10
**nongovernmental**
155:4
**nonlawyers** 35:4
**nonmember** 145:12
145:17,19 146:3,5
148:10 151:14,22
152:3 153:16
154:17 155:13,18
155:24,25 156:7
156:11,19,20
157:4,9 169:17,23
170:8,15
**nonrecognition**
201:19
**norm** 115:25 116:4
116:7,13
**normally** 107:1
132:5
**norms** 54:22 93:19
103:18
**North** 2:12
**Notary** 2:15 6:3
202:21 203:4,20
204:25
**noted** 53:8 201:25
**notes** 184:24

**Notice** 2:13
**noticed** 53:4
**notion** 163:13
**November** 84:19
142:6
**nuances** 111:2,3
**number** 28:24 38:4
50:21 51:6 55:8
150:13,13,15,19
151:5,20 152:1
170:13,14 197:14
197:15,22
**numbers** 107:20
**Numeral** 84:9
89:15

---

## O

**O** 6:1
**O'TOOLE** 3:10
4:4 26:25 50:22
81:4,10 82:16,20
83:18 100:17,24
101:17 102:11,15
156:4 186:15,20
186:24 187:5
196:7 198:1,4
199:5,9,13 201:22
**oath** 5:15 202:8
**object** 27:1 81:5
83:19 101:17
156:5,22 186:16
187:6
**Objection** 199:4
**objections** 5:8
**obligations** 15:25
16:1
**observer** 145:4,9
145:12,17,19,21
146:4,5 148:10
149:10,11 151:14
151:22 152:3
153:16 154:14,14
154:17,24,25
155:1,3,3,5,6,7,13
155:19,25 156:1,7
156:11,19,20
157:1,4,9,13

169:17,23 170:8
170:15
**obtained** 37:4
**obvious** 123:20
**obviously** 24:3
64:17 138:7
193:23
**occasion** 77:20 78:5
78:8 165:16,17
166:4,8
**occasions** 28:24
50:6
**occupant** 137:25
**occupation** 19:5
21:21 28:5 43:2,7
43:11,13,20 76:1
77:15 105:25
106:4,4 112:4
114:10 132:3
137:21,24 168:15
168:18 198:22
200:17
**occupied** 114:11
138:2
**occurred** 32:25
79:20 99:14
**occurs** 165:15
**October** 1:15 2:6
202:8 203:16
204:5
**offense** 77:8
**offered** 100:19
**offering** 87:9,12
**offhand** 12:25
56:20 91:23 94:12
**office** 24:18,22,25
25:9,10,15,18
26:9,22 27:10,12
27:19 28:19 29:4
48:4,5,12
**officer** 5:14
**officers** 98:15
102:18 103:10
**official** 39:11,15
175:18
**officials** 98:8,10,21
99:17

**oh** 50:25 54:2 112:7
121:18 129:10
134:11 163:20
171:19 175:25
199:18
**Ohio** 1:14 2:13,15
6:4 9:20 10:20
11:22 12:3 44:22
45:11,14,18 48:19
58:24 202:3,21
203:2,5,20
**okay** 6:14 7:6,10,14
7:17,24 8:5,9,13
8:16,18,24 9:3,6
9:12,15,18 10:13
10:15,22 11:4,13
11:22 12:2,6,10
12:13,19 13:2,12
13:15,18 14:3,11
15:1,1,16,23 16:2
16:12,12 17:1,3,5
17:13,15,21 18:2
18:7 19:9,11
20:15 21:14,24
22:4,7,11,20,23
23:1,4,10,21 24:3
24:14,21,24 25:2
25:8,12,25 26:4,8
26:13,19 27:16,16
27:24 28:7,15,22
29:7,12,17,23
30:1,9,11,20 31:1
31:9,11,11,21,24
32:6,12 33:1,5,11
33:23 34:2,8,9,17
35:6,9,21 36:4,18
37:13 38:1,7,15
38:25 39:2,9,18
39:23 40:9,14,20
40:23 41:15,18,22
42:1,4 43:1,10,21
44:4,15,15 45:5,7
45:11,17,21,23
46:3,5,8,13,17,24
47:9,13,19,24
48:21,25 49:4,12
50:2,7,12 52:1,18

52:24,24 53:12,12
53:19 54:1,6,21
55:6,11,19 56:3,7
56:15,25 57:16
58:4,19 59:11
60:1,6 61:2,7,9,15
61:18,21 62:2,14
62:17,21 63:11,19
64:10 65:2,6,10
65:24 66:6,9,25
66:25 67:11,23
68:7,14,23 69:18
69:21 71:9,21,24
72:6,24 73:3,22
74:2,5 75:10,22
76:20 77:4,22
78:3,15,20,23
79:2,9,23 80:1,4,9
80:19 81:17,21
82:12,25 83:7,16
84:1 85:8 86:1,14
86:19 87:2,5
88:17,22 90:7,13
90:16 91:3,9 92:1
92:5,15 93:4,11
94:2,8,13,16,21
95:5,10,18,24
96:4 97:21,25
98:19 99:2,7,15
99:15 101:9,12
103:9,16,20,20
104:6,13,20,24
105:7,9 106:6,10
107:9 108:3,9,17
108:22 109:1,7,14
110:2,7,12,16,21
111:2,9,13,15,15
112:7,11,14,22
114:2,19 115:4
116:14,21,21
117:4,8 118:9,13
119:3,17 122:1,10
122:19 123:23
124:9 125:11
126:1,11 127:19
128:11,23 129:8
129:12 130:8,25

131:4,12 132:6,14
132:22,24 133:3
133:14,20 135:14
135:18,20 136:25
137:13 138:8,11
139:9,12,15
141:14,19 143:24
144:21 145:16,19
146:14 148:19
150:6 152:5,14
153:3,9,14 155:8
155:20 157:3,16
158:6,16,25 160:5
160:17 161:11,14
161:16,20 163:7
164:6 166:22
167:25 168:7
169:5,12 170:13
170:17 171:6
172:14,24 174:5
174:25 176:3,7,21
177:23 178:3
180:2,24 181:24
182:8 183:2,13
184:20 187:13
188:2 191:18
195:4 196:4,4,18
197:3,24
omitted 57:24
once 24:18 34:8
82:11,12 115:25
116:10 139:20
ones 15:15 29:20
30:6 57:25 61:13
65:24 66:1 73:14
94:12 123:21
oOo 3:14 4:23 5:21
oops 65:18
open 31:20 35:1,3,5
68:1
operate 172:4,5
operation 149:23
198:25 199:1,10
operations 199:25
opining 111:15
191:20 192:25
opinion 39:14

40:15,20,24 52:12
58:17 67:8 75:12
75:17 77:12 78:17
81:14,14 85:18
97:2 101:12,13
102:23 103:8,15
110:16 112:15
113:17 114:3
116:14 117:23,25
119:25 120:3,6
130:2,21 131:22
137:15 153:19
155:20 157:3
166:1,3 171:6
172:18,21 174:6
176:7 179:17
181:4,13 182:3,15
182:21 183:3,14
183:15,23,25
184:8,14 189:10
192:8,15,20,21
193:1,3,5 195:22
197:13 200:14,25
opinions 28:25
29:7 120:1 126:7
187:4,22 195:2
opposed 44:7 69:4
74:13 88:17
113:23 142:22
177:6,7 190:11
194:22
opposite 184:14
options 35:22
oral 53:20 73:14
97:5
order 84:2,16
127:4,17 130:6
159:3
organization 1:7
59:9,17 72:22
73:1 97:6 105:6
106:9,16,17
107:14 145:24
146:12 150:5
152:20,24 153:1
155:4 156:17,24

182:5 188:4 204:4
organizations 59:2
59:12,14,19,20,22
organizing 25:15
oriented 184:18
Oslo 4:12 63:25
67:1,18,25 107:10
107:13 110:4
Ottoman 88:2
105:15 122:22
outcome 52:9 56:7
56:10 75:10 76:6
79:24 203:14
outside 31:22 35:18
35:23 43:13 51:9
69:20 84:24 99:8
135:13 138:3
150:8
outstanding 32:10
32:12 40:9
overall 73:19
131:22 132:3
158:19 159:11
200:16
overlap 108:23
109:14,18,22
overlapping 110:21
110:24
overridden 177:21
oversight 134:14
overwhelming
148:4 150:23
152:1 175:5
overwhelmingly
179:7

_____
**P**
P 3:1,1,10 108:20
p.m 121:14 201:25
PA 104:25 106:13
106:18 108:21
109:3,23,25
110:13,17,18
111:4 131:1,5
134:23 135:17,19
137:2,6,11,14
183:8 200:12

PA's 106:23 108:18
page 4:2,7 67:9,9
67:10 84:8 85:5
193:11 204:6
pages 62:11,16
pal 120:25
Palestine 1:7 14:25
15:11 19:19 30:2
32:15,20 33:18
35:20,25 36:1
38:5,19 39:6,21
40:17 41:16 62:5
62:12 83:15 84:4
85:14 86:3 87:16
89:2 90:5 94:10
103:24 104:2,4,6
104:8,12,15,17,19
105:1,4,5,14,22
105:24 106:7,9,17
107:2,14 108:6
110:11,20 111:6
111:17 112:12
113:20 115:12
116:14,23 117:1,5
117:9,16,23 118:1
118:8 119:8,11,14
120:8,15,19,22,23
121:1,4 122:3,20
122:24 123:24
126:2,17 129:22
129:25 137:23
141:11 142:20,24
143:10,13,16
144:7,24 145:4,8
145:12,16 146:15
146:20 147:3,7,17
148:5,14,15 149:8
150:12,16 151:10
151:14,22 152:2,2
152:10,17 153:15
153:18,20,23
154:3,6,10,13,15
154:16,23 155:3,9
155:11,13,18
156:25 157:7,15
157:24 158:2,3,22
159:19,23,25

160:1,16,19,21
161:2,13,18,24
162:6,8,12 163:14
164:9,19,24 165:3
165:11 166:6,25
167:5,6,7,20,21
167:22 168:2,17
168:25 169:9,15
173:5,9,16,20,23
173:25 174:1,4,6
174:13,17,18
175:20,24 176:2,5
176:9,11 178:1,4
178:16,22,25
179:17 181:5,8
182:5,5,21 183:18
184:6 185:10,16
186:3 187:20,20
188:1,4 190:7,14
190:22 191:2,25
194:23 195:1,11
196:12,23 197:7
198:7 200:22
201:1,7 204:4
Palestine's 157:13
182:3 185:3 200:9
Palestine-Israeli
65:25
Palestinian 18:10
19:16 21:15 22:1
22:9 25:25 26:3,5
31:5 33:6 34:12
35:7,9 39:24 41:3
56:3 59:5,8 72:22
72:25 77:8 87:22
90:14 100:20
103:22,23 104:25
106:8,10,11,15
108:1 110:8
118:11 130:22,23
131:23 132:11,15
132:25 133:15
134:8,19,21 135:2
135:15 136:20
142:18 148:8
159:13 160:12,15
161:22 162:22

168:11 182:16
185:6 198:6,12
200:6,15
**Palestinians** 24:20
28:2 35:17,23
36:19,20 37:3
133:12,24 143:19
**panic** 91:19
**Paquete** 177:10
**paragraph** 67:12
84:9 89:15
**paragraphs** 95:23
**parceled** 137:19
**Parent** 143:6
**Park** 3:4
**part** 13:15 30:13
38:22 57:13 96:19
125:4,9 131:20
164:8,18 166:24
167:2 189:23
201:4
**participate** 53:9
**participated** 52:21
**particular** 24:14
35:17 42:24 56:22
57:14 58:13 65:9
89:18 94:4,11
111:16 115:1
124:12 125:18,24
127:7,12 138:19
149:2,2,3,24
162:24 166:7
167:4 175:18,18
199:22
**parties** 5:4 29:22
54:15 57:9 88:6
107:13 122:10
159:7 163:1,6,24
164:1 203:12
**parts** 24:8 130:14
130:15 131:9,12
131:16
**party** 55:18,18,22
56:1,4 57:14
122:16 167:12,14
**passed** 150:20
**passport** 168:1,4

168:11
**passports** 167:6,7
167:21,23 168:12
168:25
**payroll** 99:23,25
100:4 101:16,21
102:1,4,22 103:6
**peace** 122:7 149:24
**pending** 8:3,4
79:25 152:6
175:10 176:12
183:22
**people** 22:24 34:24
36:25 44:10,14
77:5 99:25 100:4
103:4 108:1 123:8
136:16,16,20
167:6 179:19,21
184:9 198:14
**percentage** 140:6,7
140:7
**percentages** 78:1
**performance** 55:15
**performance-bas...**
193:19
**period** 32:4 71:21
105:19 106:6
122:3 132:25
134:10 168:8
198:8,18,21,24
199:21 200:7
201:18
**permanent** 119:7
120:2 129:16
193:19
**perpetrate** 98:11
98:22
**perpetrated** 102:19
**person** 49:7,9 74:7
75:15 77:24 78:5
92:9,10 101:21,21
101:23 102:4,7
**personal** 49:13
**personnel** 109:15
109:22 110:22
**persons** 75:19
77:19 123:5

**perspective** 20:8,10
**persuaded** 183:6
**persuasive** 181:8
**phase** 159:4,5,8,10
**phases** 159:2
**physical** 75:14 77:6
78:5
**physically** 74:4
**picked** 12:7
**picture** 180:22
**pile** 102:8
**place** 8:1
**plaintiff** 82:10
**plaintiff's** 6:25
60:2 79:3 81:22
82:3 88:13 103:21
121:5 128:24
**plaintiffs** 1:5 3:3
6:9,11
**plan** 98:10,22
**planned** 102:18
**play** 44:2,5
**played** 90:3
**playing** 18:19,20
**please** 151:18
164:15
**PLO** 95:9,17
106:15 107:14,25
108:4,5,9,19
109:2,23,25
110:17,19 111:4
135:9,11,20 136:5
136:21,25 137:5
137:14 143:4,4
183:8 185:3
188:23 189:1
**PLO's** 108:17
110:13
**point** 10:15 12:13
14:3,19 27:1,8
33:6,8 36:22 37:6
38:24 81:5 119:13
121:11 139:24
151:15 177:17
184:13 187:15
188:19,22 198:19
201:21

**points** 20:21 21:1
**police** 132:20 133:9
198:13
**policies** 29:15
**policy** 29:12,18
30:6 185:2
**political** 10:4,7
37:7 98:13,23
99:19 136:9 154:7
157:20 188:23,25
190:5
**population** 91:20
108:13 127:10,11
127:22 129:17
130:23 133:21
134:21 135:16
140:7
**Porter** 3:2 6:11
**portion** 131:20
**ports** 51:18
**posed** 41:8
**position** 8:1 9:20
9:22 10:25 97:15
103:22 104:24
112:12 126:12
138:13 169:8
170:17 173:8
174:13 176:3
177:12,24 178:12
179:3,11 184:14
185:21 187:14
189:23,25 190:2,3
190:12 191:6
**positions** 8:25
175:13
**possibilities** 160:6
**possibility** 38:8
160:12,18 173:23
**possible** 26:17
28:16 57:23 64:14
86:3 141:19 160:9
162:1,6
**possibly** 159:14
**power** 57:5,7 133:6
133:8,14,20 137:1
137:6
**powers** 119:15

137:9,25 143:12
158:18 159:18
201:16
**practical** 88:14,18
89:15,16 91:4
190:6
**practically** 140:19
140:23,24
**practice** 45:24
46:18,19,20,21
91:2 115:7,8,13
115:16,19,22
127:15 139:23
140:2 167:18
170:19,21 171:1
171:15,25 175:22
176:18 179:5,6,6
191:12,16,17
196:22 197:5
200:19
**practices** 54:22
75:25
**preamble** 94:7,17
95:16,20,23
**preambles** 94:5
**precedent** 181:17
186:13
**precedents** 186:19
**precise** 22:18
192:25
**precisely** 109:19
111:7
**prejudging** 104:7
**premise** 156:13
**prepare** 7:14,19
16:17 60:20 65:6
83:7 84:2,17
**prepared** 60:18,24
60:25 82:1,25
83:5,11 159:20
160:24,25 197:13
**preparing** 82:14
83:4 84:24 85:7
**prerogatives** 146:8
**present** 32:7,10
43:4 75:6 79:10
80:10 82:9 117:2

135:7 142:3 162:8
191:20 193:6
**presentation** 53:20
**presented** 73:20
195:12
**presently** 88:6
104:18 118:1
150:1
**presidential** 51:24
**pressure** 154:3
**pressuring** 144:8
**presumably** 100:5
102:5
**presumed** 163:3,5
163:7,18
**presuming** 163:15
**pretty** 100:18
**prevent** 200:10
**preventing** 93:24
**previous** 28:4
154:19
**pri** 171:24
**primarily** 23:24
35:8 44:18 46:18
46:24 49:1 69:1
108:5
**primary** 38:14
119:13 121:2
**principal** 47:22
**principles** 29:21
30:10 134:14
142:16 143:1
161:21 162:13
184:4
**prior** 68:14 152:10
**prioritization**
171:25 172:7
**prioritizing** 171:9
**prison** 100:5
101:21 102:4,6,8
102:10
**privilege** 27:6
**privileged** 81:12
**probably** 14:5 44:1
49:21 50:3,8,13
69:25 70:10 80:20
115:25 125:1

132:23 134:11
171:21
**problem** 78:2,9
**procedure** 26:16
28:16 138:25
**proceeded** 41:13
**proceeding** 56:9
60:19
**proceedings** 69:8
76:15
**process** 83:3
119:16
**produce** 9:6
**produced** 77:19
**product** 26:15 81:8
**professional** 44:16
58:19,22,25
**professor** 6:8 8:2
9:23,25 14:12
44:19,21,24 49:22
51:3 81:7 87:9
121:17 151:17
169:15 183:5
196:11 198:5
**profile** 75:19 77:4
77:12,13,13,20
**program** 8:16
**prohibited** 95:8
**projects** 24:6
**prominent** 200:4
**promise** 188:2
**promote** 143:13
159:12
**promoting** 160:15
160:18 174:2
**promotions** 103:11
103:13,17
**pronounced** 118:15
**pronouncements**
190:5
**pronouncing** 183:7
**proportion** 77:23
**proposed** 180:21
**proposition** 195:10
**prosecute** 133:20
**prosecuted** 95:1
**prosecutes** 39:13

**prosecution** 70:25
**prosecutor** 39:4,9
39:20,22 40:20,23
41:9,13
**prosecutor's** 41:12
**prospect** 24:19
**protect** 127:4
**protest** 71:8
**proudly** 188:22
**provide** 52:11
72:12 75:7,9
86:19 100:5
**provided** 34:4
52:11 58:16 73:24
74:9 78:20 83:23
88:7 97:13 198:12
**provides** 125:15
**providing** 74:13
86:9,16 147:5
183:21 184:3,11
193:3
**provision** 123:10
**provisions** 167:19
**public** 2:15 6:3
15:21 31:20 35:1
35:3,4 78:14
91:19 185:2
202:21 203:5,20
204:25
**publications** 4:10
60:17,23 61:1
62:23 63:7 64:8
64:12,19 65:20
67:3 82:4
**publish** 61:15,18
78:12
**published** 14:21
62:5 182:23
**punitive** 125:19
**purpose** 10:23
17:15 19:12 23:17
29:6 82:14 98:13
98:23 99:20
**purposes** 7:19
60:18 104:1 111:6
136:2,2 183:8
192:4

**pursuant** 2:13
**pushed** 41:4,4
**put** 40:21,24 72:15
95:22 97:4 99:16
100:14 119:10
147:25 148:7,16
154:3
**putative** 115:8,9
125:19

**Q**
**qualification** 157:4
**qualified** 45:5 73:7
73:15 76:2,5
98:14 155:24
181:11,16
**qualifier** 157:9
**qualifies** 117:9,11
**qualify** 90:8
**quantitatively**
109:6
**quartet** 159:10,10
**question** 5:9 6:17
6:17 27:17 51:18
82:21 83:14 85:24
87:15 90:22
102:12 125:15
138:24 144:24
150:11 151:18,19
151:20 156:5,14
162:14,22 164:4
164:15 178:7,22
185:12 186:22,23
191:15,15
**questionable** 128:8
**questions** 6:16,18
27:7 198:2 201:23
**Quigley** 1:13 2:11
4:3,9,11,19 6:8
51:4 81:7 87:9
121:17 151:17
169:15 183:5
196:11 198:5
202:6,15 203:7
204:5,21
**quite** 85:12 123:20
124:15 145:13

163:9
**quote** 184:21

**R**
**R** 3:1,3
**raised** 83:10,13
**raises** 91:11
**Ramallah** 24:23
25:16,19 26:10,22
**rate** 86:14,15,20
**reached** 40:6
116:15 117:10
**reaction** 80:8
**read** 100:25 129:2
129:12 179:25
183:2 184:20,21
188:20 191:22
193:10 202:7
**readers** 179:22
**reading** 14:16 15:2
15:4 16:14,23
19:7 44:8 62:19
**reads** 67:16
**real** 18:19,20
**really** 27:22 32:2
41:7 54:16 55:13
56:13 73:20 89:3
94:12 103:8 111:7
113:4,13 115:13
117:20 118:7
124:13 127:15
131:10 136:2
150:17 165:23
166:10 172:16
184:17 186:5
**realm** 84:25 136:9
149:23 150:8
**reaps** 67:19
**reason** 96:18
165:19 187:16
**reasonable** 97:17
141:15,16,18
**reasoned** 179:16
195:2
**reasoning** 162:1
180:20 193:9
**reasons** 95:15

154:1,8 157:20
**recall** 15:4 22:12
26:4,8,14 28:12
35:6 65:16 68:23
69:19 70:3,22
71:5 74:8 76:4,6
76:11 85:6 91:23
94:13,16,17 95:13
118:18 125:9
172:23 188:18
198:9,15
**recap** 44:15
**receive** 86:21
**receiving** 86:16
**recess** 51:2 87:8
121:14 169:14
196:10
**recitation** 193:17
**recognition** 138:14
138:18,22,23
138:24 139:4,8,9
139:13 140:16
141:23 142:3,11
142:18 143:13
144:1,2,6,7,12
145:15 151:7
158:7 159:13,22
160:16,19 161:1,4
162:18 174:3
185:11,16,23
186:4,8 188:22,25
190:21 192:8,9
196:13,16 197:7,9
201:3
**recognize** 7:6 79:3
81:22 129:3,4
139:1 145:12,13
156:23 159:19,22
161:17 176:25
179:12 185:5,10
200:22 201:12
**recognized** 114:25
118:17 119:14
156:20 168:2
169:24 185:4
192:1
**recognizes** 173:4

173:16
**recognizing** 158:10
161:23
**recollection** 22:18
42:2 188:8
**recommendations**
57:8
**record** 7:1 51:3
59:25 63:18 79:1
81:20 121:13
128:22 202:10,11
203:9
**recruited** 25:20
**reduce** 159:6
**reduction** 161:15
**REF** 1:22
**refer** 56:22 104:25
**reference** 189:18
**referenced** 84:5
**referred** 110:3
118:2 123:14
125:22 147:12
194:14 199:1
**referring** 56:19
65:3 84:10 95:2
104:3 119:18
123:16 132:7
171:17 189:11
192:8,9
**refers** 68:8 123:15
**reflect** 189:15
190:7
**reflected** 193:9
**reflection** 200:8
**refugees** 29:25
**refusing** 147:21
**refuting** 191:3
**regard** 105:21
140:17 149:24
154:22 157:15
**regarded** 36:6
138:1
**regarding** 182:21
185:2
**regards** 148:5
**regime** 93:9 98:2,3
98:4,4,24

**regimes** 54:11
**Registered** 203:19
**Reinstatement** 4:21
**reject** 157:19
**rejected** 153:9
**rejecting** 168:25
**rejections** 157:21
**relate** 61:5 62:2,24
63:7,15 64:12,16
65:1,11,14,17,20
65:23 66:4,17
87:24 91:18 93:16
94:23 95:6 149:7
161:12,14
**related** 24:4 29:13
43:24 45:2 47:11
49:1 64:22 69:8
70:16 76:24 77:12
90:1 91:9 94:18
96:12 108:17
131:20 135:15
161:15 165:17
196:20,22 203:12
**relates** 63:10 64:23
64:24 67:6 100:4
124:11 138:19
**relating** 19:5 32:24
46:22 63:12,16
70:25 71:7 87:21
89:19 90:10,17,25
91:4,8 149:24
**relation** 35:20 66:2
92:24 123:4
**relations** 4:22 8:12
49:3 70:7,9,17,21
72:5 126:23 128:7
129:7,19 135:12
196:23 197:19,20
**relationship** 115:6
137:14
**relatively** 112:23
**relevance** 101:18
125:23
**relevant** 14:16 15:2
15:8 16:15,24
18:5 19:6 32:18
32:18 55:15 56:19

58:1 67:5,7 85:19
85:23 91:2 111:9
111:13 118:16,21
118:22 119:4,19
147:23 170:16
178:22 182:2
183:17 184:17
187:25 189:24
190:1,25
**relied** 84:12,24
85:15,19 129:21
190:19
**reluctant** 96:18
**reluctantly** 136:18
**rely** 84:1 124:16
180:9 182:10
188:12 194:11
**remain** 99:22
102:21
**remaining** 102:1,3
**remains** 188:24
**remedies** 15:25
**remedy** 49:10
**remember** 14:1
15:14 17:10 20:15
21:11,18 22:7,15
23:1,6,9,11 24:11
28:25 30:21 31:2
32:2 33:1,5 34:6
34:14 35:14 36:12
37:9,13 48:2
49:25 54:7 56:20
69:3 70:14 71:8
71:12 72:19 75:1
75:2 78:10 80:17
80:21 86:25
**remote** 29:5
**Renaissance** 2:12
**renew** 40:10
**repeat** 90:21 98:18
98:18 102:16
145:7 169:6
**report** 4:18 7:11,20
34:3,4,9 56:13,16
56:18,25 66:3,5
75:4,6,8 77:19
78:12,17 81:18

82:1,25 83:4,8,12
84:2,6,17,24 85:7
86:10,17,24 87:18
88:12 89:7,8
90:24 92:25
100:25 103:20
111:4,6 112:11
116:21 117:16
118:2,23 120:13
124:16 125:5,7,9
126:1,23 129:21
130:21 132:14
136:4 138:11
144:21 146:23
152:15 160:11
164:7,17 165:12
166:14,20,23
169:8 170:10,12
172:12,25 173:11
173:14 174:11
175:4 176:10,11
177:23 178:9,18
178:20 179:4,22
180:10 181:2
182:11 183:16,21
184:18 185:8
186:1,9 187:16,19
187:24 188:12
189:8 190:25
192:5 193:9,15
194:13,22 195:5
195:13
**REPORTED** 1:20
**reporter** 2:14 22:5
70:11 203:20
**reports** 57:4
**represent** 67:18
110:11 180:5
182:8 188:10
191:23
**representation**
47:17 48:19
**representations**
47:25 48:3,10,16
49:16 50:8
**representative**
108:1 174:16,23

**Representative's** 176:8
**represented** 49:12
**representing** 27:13 30:2 52:22 108:6 143:5
**represents** 43:14 110:20 186:24
**republic** 177:13
**request** 148:12
**required** 39:22 114:24 131:24 149:19 182:1 187:22
**requirement** 113:19 183:9
**requires** 41:7,15 139:13 152:13,21
**requisite** 131:24
**research** 8:21,22 9:3,7 84:15,23 91:1
**researching** 8:24 9:1,4
**reserved** 5:10
**reside** 123:5
**residence** 37:12
**residents** 168:13
**resolution** 44:12 84:18,22 107:18 107:19,23,25 142:6 144:13,23 145:2 147:19 148:3,13 149:3,6 149:7 150:14,20 151:6 153:4,7,7 154:9 155:1,17 156:6,18 157:10 157:20 174:19 175:1 178:7 189:15 196:2,19 196:21
**resolutions** 93:23 94:3,5,9,14,18 146:10,11 148:21 148:22,24,25 149:13 154:9

188:16 189:15,17 190:10
**resolve** 18:24 28:7 28:10 158:19 164:2,4
**resolving** 20:14,18 20:25
**respect** 41:24 88:23 89:1,9,22,23 101:13 137:8 158:13 197:6
**respected** 21:23
**respective** 5:4
**responding** 37:8
**response** 37:9 39:3 97:7
**responses** 86:6
**responsibilities** 135:15
**responsibility** 66:3 66:23 108:22 110:25 123:10 134:24
**responsible** 51:19
**Restatement** 85:5 126:22 127:20 128:12,19 129:6 129:21 180:13
**Restatement's** 130:9 189:3
**result** 33:23
**results** 9:7
**retained** 80:9
**review** 7:3 60:3 63:21,24 128:25 187:21
**revolution** 201:15
**rewards** 67:20
**Rice** 174:24
**right** 8:7 10:16 11:23 12:11 14:14 14:18 17:9 20:13 30:11 33:13 34:12 35:10 36:17 40:8 42:8 45:9 49:7,9 53:13,17 55:25 56:4 69:16 72:16

76:25 80:11 87:3 87:19 88:15 89:10 93:2 105:1 107:11 107:15,18 108:1 108:15 111:11,25 112:12 115:22 116:16,19 117:2,6 117:12 121:6 123:18 124:18,23 125:5 127:22,24 128:2 129:13 130:23 132:16 133:18 134:21 135:7 138:16 140:4,5 141:24 144:14,24 150:21 151:14,23 154:11 155:9,13 158:10 160:7 161:18,24 167:13 168:7 169:20 170:19,24 171:6 172:25 173:5,25 174:8 175:10,13 181:18 181:24 183:16 186:13,14 187:7 189:20 192:22 193:21,24 194:6 194:13 196:2 199:13
**Rights** 53:16,21 55:5,16,20 57:3 59:5,8
**rise** 29:9
**rising** 49:2
**RMR** 203:4
**road** 143:8 158:13 158:16 160:6,7,9 160:18 161:16 162:3,10 164:11 173:18 193:19 194:14
**role** 150:1,1 163:16 189:12
**Roman** 84:9 89:15
**room** 197:12
**Roosevelt** 201:13

**rotate** 12:24 13:2
**roughly** 14:4 31:10
**rule** 81:8 115:23 140:6
**rules** 56:24 97:19
**Russia** 159:17 163:21 201:15
**Russian** 10:5,13 64:24

## S

**S** 3:1,4
**S.N.C** 180:3
**sanctionable** 97:19
**sanitation** 132:21 134:7
**satisfies** 123:24
**satisfy** 113:6 124:2
**saw** 115:11
**saying** 39:20 120:20 125:25 139:16 149:12,13 150:15 154:15 156:10,24,25 157:1 159:20 160:22,23 163:3 167:14 171:14 172:2 185:21 186:2
**says** 8:2 98:24 100:9,12 112:19 115:23 123:6 155:22 156:19 162:5 175:17,18 175:25 190:4
**scenario** 98:5 162:2
**scholarly** 183:7
**scholars** 141:10 172:1,4,6 195:14 195:17
**school** 8:6,10,19,23 11:21 44:17,19
**Science** 10:4,7
**SDF** 4:15
**sea** 93:5
**sealing** 5:5
**second** 65:18 67:10

67:16 68:8 99:16 105:24 114:24 118:10,10,13,19 126:6 128:25 159:8 180:6,12 187:11 191:7 195:21
**Secretary** 164:22 165:6,7,9,9,22,24
**section** 61:2 67:12 129:7,9,10,13,20
**sectors** 131:4,6
**security** 33:25 91:21 93:22 94:2 94:8,13 98:8,10 98:21 99:17 102:18 103:10 147:12,13,21,24 147:25 148:6,16 149:20,22 150:7 152:6 165:1,2,4,9
**see** 10:15 13:6 39:14,23 46:21 48:9 50:20 51:12 54:13 57:12 67:14 70:5 95:19 116:24 124:14 131:19 139:19 153:10 161:2 168:12 169:20,22,24 170:2,5
**seek** 185:1
**seen** 172:9,10,22
**Self-Defense** 62:13
**self-governance** 189:2
**self-government** 189:2
**seminar** 12:17 13:13,19,22 16:13
**seminars** 12:16,19 12:23
**send** 41:20
**sense** 16:3 18:14 27:14 44:11 53:10 55:17 56:10 62:20 68:19 104:18

114:8,15,24
138:24 149:9
186:5
sent 38:19
sentence 56:18
67:16,17 68:8
191:22
sentiment 150:24
separate 19:21
108:25 128:9
separately 42:5
181:15
September 110:5
146:19 147:10
152:10 162:17
series 6:16 160:6
served 68:18
service 107:5
services 100:6
198:12 204:1
servicing 51:17
set 24:18,21,24
25:10 26:9,13,16
28:16 77:5,17
118:5 133:14,17
137:10 203:8,16
sets 39:12
Seven 73:19
shared 109:10
SHEET 204:1
Shield 199:1,11
shipping 51:14,15
51:16 52:3
shooting 79:15
short 36:2
shorter 7:22
Shorthand 2:14
shortly 196:9
showed 83:24
showing 195:12
shows 178:25
194:25
side 21:23 54:15
122:12,13 142:17
142:18
sides 44:14 85:23
sign 49:22 163:10

163:19
signatory 163:10
signed 5:13,16
59:20 163:20,22
168:5 202:18
significance 68:3
94:7 138:19
157:14 186:8
188:24
significant 113:20
147:6,16,18 175:8
190:17,18 199:22
signify 189:3
signing 159:11
163:17
similar 136:12
147:17
similarly 106:2
161:20
simply 20:3 120:17
136:23 137:10
141:9 175:7
178:16 192:6
195:2
single 19:23,24
situation 17:20
18:13 20:5 49:5
56:12 164:21
201:18
situations 112:1
Six-Day 62:12
Sixth 45:23
Slavic 10:2,6
slightly 138:20
smiling 48:7
Smith 23:19,20,21
25:5 26:22 27:12
27:19 30:3
Sniper 70:19
so-called 118:2
social 134:15
152:25
Sokolow 1:4 58:17
80:10 191:25
204:4
sole 9:17 38:13
solely 175:16

solicitor 97:7
solid 197:21,23
solution 193:20
somebody 56:10
175:24
soon 10:10
sorry 21:24 28:9
37:16 56:4 65:18
89:23 90:21 98:17
145:7 162:4
165:10
sort 9:6 44:5 93:20
116:22 140:8
sorts 29:7
sound 72:16 87:3
source 193:24
195:4
sources 84:12,21
85:1,3,9,17,20,22
86:4,7 122:2
124:17 164:6,17
164:25 165:12
166:22 169:6
173:3,13 174:10
179:2 194:22
Southern 1:1 45:18
55:7,10 78:23
182:9 186:17,18
187:1,2,3,10
191:19,24 195:20
sovereign 114:14
sovereignty 29:24
43:14 51:21
Soviet 9:9,10,13,14
10:8,10 12:9
51:20 61:10,11,16
61:19 64:23
201:13
spare 60:8
speak 10:13 17:13
20:12 83:3 166:5
speaker 36:12,12
speakers 36:10
speaking 44:14
140:23
speaks 101:4
specialized 152:12

152:19 153:1
specific 15:3,4
20:16 22:15 24:6
24:11 29:13 42:22
43:23 66:12 93:15
98:1 110:25
115:23 132:10
specifically 14:12
15:17 19:2 31:24
31:25 60:24,25
72:19 89:24 95:6
99:12 100:10
107:3 123:17
129:9 131:17
132:6,9,25 134:8
135:16 158:12
170:13
specification 155:6
specificity 66:7
specified 29:20
110:10 163:24
specifying 148:13
speech 31:16
spell 22:4
spend 86:23
sphere 134:16
spheres 109:5
spoke 18:7 20:11
20:13 35:12,14,15
81:2
spreading 91:19
squarely 120:9
ss 202:3 203:2
standard 113:22
171:21
standpoint 17:20
stare 181:17,22
start 8:25 20:6 52:8
61:2 67:17
started 6:23 10:18
10:19 12:7 13:21
14:1,7 15:6
121:23 168:24
starting 52:18
90:20
state 2:15 4:20 6:4
8:21 9:9,21 10:20

11:23 12:3 16:7,7
21:8 38:21 39:6
40:17 43:14 44:22
58:25 61:10,16
66:3,22 68:6,9
70:12,13 73:23
85:14 86:3 89:4
96:19 98:9 100:1
100:1 101:5 103:4
103:4 104:5,8,12
104:15,19 105:13
105:24 107:15
111:14,16,20
112:3,6,12,18,21
113:10,20,22
114:4,6,10,12,18
115:7,13,16,19,21
116:1,11,12,16,23
117:1,9,12,17,24
118:1,7,8,16
119:2,9,15,23
120:9,15,19,22,24
121:1,5 122:3,20
124:5,22,25 125:3
125:12,18,19,19
125:24 126:8,14
126:17 127:8,15
127:18 129:11,13
129:15 130:1,22
137:23 138:1,7,15
138:21 139:2,3,6
139:18,22 140:1
140:11,14,18,20
140:21,23 141:3,5
141:7,12,22 142:2
142:6,14,20,24
143:5,8,10,14,16
143:23 144:1,4,4
144:5,12,15,18,20
145:6,10,12,17,20
145:23 146:1,4,4
146:5,10 147:3,22
148:5,7,10,14
149:3,11 150:3,12
150:16,21,25,25
151:4,14,16,22
152:3 153:16,18

153:23 154:6,11
154:13,13,14,15
154:17 155:5,7,9
155:11,13,16,19
155:21,22,23
156:1,8,11,12,19
156:20,21 157:1,2
157:15,24 158:2,7
158:8,10,23
159:13,19,23
160:1,13,15,16,21
161:5,18,24 162:7
162:9,12,20
163:14 164:9,14
164:20,22,24
165:3,6,7,9,9,10
165:11,23,25
166:6,25 168:2
169:9,17,23,25
170:2,5,8,18,18
170:19 171:25
173:5,9,16,20,24
173:25 174:2,4,7
174:14,18,19
175:21,24,25
176:2,5,9,11
178:1,5,16,23
179:1,17 181:5,9
183:19 185:6
186:3 187:20
188:1 189:19
190:8,18,22 191:2
192:2,4,10,11,12
194:24 195:1,11
197:14 201:1,7,9
201:13,16,21
202:3,21 203:2,5
203:20
**state's** 111:17
**state-employed**
98:10,20 102:18
**stated** 143:9 172:18
172:21
**statehood** 32:15
62:12 66:3,22
84:4 85:11 87:14
87:22 90:14

100:20 114:4,22
114:23 117:5,6
118:3,11 123:25
124:3,10,14,18
125:2,7 127:1
129:23 131:25
138:14 143:20
152:13,21 162:14
162:23,25 163:18
164:5 170:23
171:9 172:8
180:13 182:3,16
183:8 185:3,12
189:4 190:3
191:25 200:15
**statement** 155:10
155:12 157:6,15
160:20 165:8
174:16,25 175:3
183:2,10 184:23
185:9 188:20
189:5
**statements** 59:20
197:21
**states** 1:1 4:17
15:22,25 16:1,2,3
16:3,4,10 17:25
18:1 25:24 26:3,6
33:12,14 44:9
45:17 46:5 49:6
51:9 54:12 55:15
55:22 57:8 69:20
71:3 72:11 94:3
112:19,20 113:16
113:16 115:8,9,10
118:6,24,25
122:16 123:2,6,9
123:11,14,21
124:4,6,7,8 125:1
125:16,20,22
127:4,5,14,16
129:7 130:20
136:10,11 138:15
138:20,25 139:5,5
139:20,24 140:6
141:3,4,8 142:9
143:9,11,12,15

144:7 146:16
150:15,22 151:4,9
151:21,25 152:1
153:9,11,15,25
157:18,24 158:3
158:13,22 159:17
159:18,21 161:1
163:4,8,9,13,15
163:21 164:8,10
164:18,23,24
165:2,18,20 166:5
166:24 167:2,7,8
167:12 168:1,4,11
168:19,24 169:9
170:21 171:1,4,5
171:20 172:4,5
173:4,8,15,15,19
174:11,13 175:10
175:12,20 176:1,4
176:12,14,17
177:10,24,25
178:5,12 179:6,6
179:23 185:5,9,15
186:4,7 188:17
189:16,19,22,25
190:1,4,6,11,17
190:20,21 191:5,7
192:1,2 194:20,20
195:1,20 196:1
197:6,20 200:22
201:2,4,5,12,17
201:19
**stating** 95:16 166:8
**status** 16:11 35:17
35:19 39:21 43:7
43:12 54:16 67:14
83:14 89:2 90:6
139:22 145:22
148:23 149:8
150:4 153:21
154:4,25 155:19
155:21,22,25
156:1,1,7,8,11,12
156:15,15,25
161:13 169:17,23
170:8,15 185:5
187:19 190:14

**statuses** 35:22
**statute** 38:21 39:11
41:10 95:21
**step** 13:21 26:19
**steps** 41:13,23
158:18
**STIPULATED** 5:2
5:7,11
**STIPULATIONS**
5:1
**stood** 77:1
**stop** 97:6 121:9
**stopped** 169:1
**Street** 2:13 3:11
204:2
**strike** 157:17 166:2
**Strip** 19:6 21:10
106:21 112:10
**Structure** 9:9 61:10
61:16
**struggle** 164:3
**student** 14:13
**Students** 31:19
**studied** 14:11,15
**studies** 9:13 44:8
77:14 78:15
**study** 75:24 77:17
**studying** 14:16
15:2 16:14,23
**style** 75:1
**subject** 16:22 19:8
77:6,24 78:5
85:12 88:19,22
89:9,12,21 149:2
195:3
**submitted** 7:11
74:12 82:4 87:1
146:20
**subscribed** 202:18
204:22
**subsequent** 16:16
40:2,4,10 61:24
84:20 88:3 195:1
**subsequently** 76:13
76:20
**subset** 14:10 66:12
85:22

**subsidiary** 162:16
**substance** 121:20
**substantial** 115:25
**successful** 35:16
99:18
**Sue** 1:21 2:14 6:2
203:4,19
**sufficient** 113:1,21
116:15 131:23
141:6 189:2
**sufficiently** 116:11
140:9
**suggest** 36:24 78:1
**suggesting** 57:9
**suggests** 148:3
**suicide** 93:11
**suit** 52:22
**Suite** 3:11 204:2
**summer** 7:16 60:21
**supplemented**
18:13,16
**support** 85:17 96:5
96:10,15,18,22,25
97:1,3,8,11,22,22
112:15 120:6
122:2 164:7,17
166:23 169:8
173:3 189:1
195:10
**supported** 179:3,9
**suppose** 62:20
70:15 75:24 86:22
96:24 98:7 99:17
99:20,21 139:23
163:12
**supposed** 110:10
175:14,16 176:22
177:18
**supposedly** 200:12
**Supreme** 19:7 43:8
46:5 50:4 96:20
96:21,24 97:14
177:8,12,13,20
**sure** 16:5 23:9 33:4
51:1 58:14 73:21
86:9 89:11 102:3
113:17 115:15

118:14,19 144:17
169:3 186:21
187:6 188:21
**surprise** 180:14,15
180:17
**surrounded** 95:14
**survey** 11:7
**sworn** 5:13 6:2
203:8 204:22
**Syria** 122:24
**system** 10:8 12:9
18:18 70:11 127:3
133:18 181:18
**systems** 198:14

**T**

**table** 28:1 29:16
**tacitly** 173:15
**take** 7:2 17:16
31:11 41:13,18
50:24 51:1 60:3
60:12 63:21 85:10
85:22 87:6 103:21
112:11 121:11
128:24 132:1
138:13 169:13
171:4,5 176:19
179:15 180:9,19
182:10 185:7,24
190:1 191:16
194:16 196:5
**taken** 11:15 41:23
51:2 87:8 97:14
114:5 121:14,22
147:13 148:25
158:18 169:14
184:15,18,19
196:10 202:8
**takes** 39:12 115:3
137:11 141:4
184:14 195:5
**Tal** 3:3 6:9
**Tal.Machnes@a...**
3:6
**talk** 32:20 44:10
120:15,16 125:6
150:17 173:18

189:13
**talked** 18:4 22:21
43:2 51:7 57:16
66:19 96:11
144:22 189:14
193:18
**talking** 20:3 22:24
38:23 43:15 44:16
58:12 102:14,17
104:16 119:5
126:16 137:22
186:16 198:17
**talks** 159:2 189:12
**Tanzania** 10:16,23
10:24 11:12,14,15
11:23 12:4 13:24
**target** 77:10
**targeting** 93:11
**tariffs** 165:17
**task** 195:9
**taught** 12:17,20,22
12:25 13:7,7,9
**tax** 133:6
**teach** 12:16
**Teacher** 143:7
**teachers** 20:4
**teaching** 9:24 10:5
10:7,9,11,25 11:2
11:6,11 12:3,8,14
12:17 13:18,22
14:1,7 15:6 16:13
16:17,18,22
**technically** 54:19
**tell** 12:24 98:2
142:1 154:10
170:22 173:15
183:4 184:22
**tells** 139:25
**temporary** 10:25
**tension** 159:6
**term** 15:20 104:4,6
104:9,10,11,13,17
138:17,18 145:13
148:11 156:22
165:5
**terminate** 101:6,7
**terminated** 100:13

**terms** 19:2 29:18
78:11 90:5 109:14
124:13 140:6
146:8 154:3
157:12 200:13
**territorial** 79:16,17
79:18,22 93:5
131:7
**territories** 19:17
21:4,16 22:2 42:9
105:13 122:21
123:1,6 132:10
200:7
**territory** 21:1,6
35:18 43:13,15,18
67:19 68:7,8
99:14 107:2
110:19 114:15
115:1 124:12
127:12,24 129:16
130:15,16,18
131:10,12,16,21
132:2 140:8 198:7
200:11
**terror** 97:6
**terrorism** 91:10,14
91:15 92:3,4,5,9
92:10,13,16,19,19
92:21 93:1,7,16
93:23,24 94:19,23
94:25 95:6,8 96:2
96:5,12,22 97:8
97:10,11,14
**terrorist** 95:17 97:6
97:10,22
**test** 118:4
**testified** 6:4 70:8
73:11,12 74:4,7
75:6,7 198:11
200:21
**testify** 52:16 80:1
**testifying** 68:19
79:21
**testimony** 73:15,17
73:25 74:9,13
86:15,16,19
121:20,24 198:15

202:7,10 203:10
**Testing** 17:8
**text** 129:13 161:16
**Thank** 170:1
**theory** 136:9
**thing** 14:20 44:13
103:3,3 165:14
**things** 44:5 51:6
64:22 144:5 154:1
160:24 162:25
175:13 198:18
**think** 14:20 22:23
24:1,11 25:1,20
25:23 26:2,7,11
27:5 30:24 31:7
31:20,23 32:3
33:2 34:10 36:14
37:25 41:25 42:1
42:12 43:23 45:4
45:7 46:15,17
48:17 51:12 52:6
52:18 53:5,7 54:9
55:4 57:15,22
59:24 61:13 63:14
64:10 65:16 66:16
66:24 69:11 71:21
72:14 73:5,19
77:25 78:3,19
85:2,17,19,20
87:6 88:10 94:1
95:25 97:18,21
98:15 100:8,17,21
103:1,2 109:16
114:8,13,23 130:7
130:11 132:19,22
134:6,7,12 141:5
143:17 144:6,8
147:4 152:17
161:3 163:3,21
165:13 168:3
169:10,13 170:11
171:11 174:15,21
176:21 177:3
178:25 179:24
180:16 181:25
182:17 183:15,17
183:20 184:7,10

184:11,17,19
185:13,18,25
187:13 189:7,18
190:7,9,13,23
191:1 192:6 193:5
193:8,16 197:16
197:23,25 198:1
200:21 201:20
**thinking** 198:24
**thinks** 57:10 96:25
**third** 2:13 4:21
117:8 128:12
129:6
**thought** 22:14 33:9
33:17 36:15,16
39:7,20 49:20
92:24 124:13
153:19 154:2
159:25 178:21
182:2 187:25
**three** 10:2 12:10
30:18,20 50:6
71:22,23,23
116:22 117:15,16
123:14 127:20
**Thursday** 1:15
**time** 5:10 6:19
12:15,16 15:9
23:2 24:10 32:19
32:25 34:14 41:20
42:13 49:10 67:21
71:7,21 72:4
76:15 86:23 87:6
113:15 114:11
116:18 117:2
119:13 120:10
127:7 138:2
142:21 145:5
155:1 191:12
198:18,21,24
200:7 201:15,18
201:25
**timeframe** 135:4
198:13
**times** 12:25 17:3,9
17:10,11 19:12
22:15 23:5 28:23

30:13,16,18,20
49:21 82:7,9
104:11
**TIMOTHY** 3:10
**title** 13:13 14:24
**titled** 61:11,12
**top** 109:24
**topic** 38:12 50:23
200:20
**topics** 12:16 49:24
**total** 49:18 50:8
68:17 153:10
180:22 200:18
**totality** 45:4 172:10
185:11 191:17
**totoole@milchev...**
3:13
**touch** 49:7
**touched** 94:14
**touches** 185:22
**tourism** 134:15
**town** 24:23 199:23
**Trade** 9:10 61:11
61:19
**transcript** 202:7,9
**transformed** 42:22
**TRANSPERFECT**
204:1
**treaties** 14:17 15:3
15:4,25
**treatment** 88:3
91:20,22 115:11
**treaty** 95:21 119:14
122:4,7,11,17,19
139:25 167:2,3,10
167:13,16,19
**trial** 5:10 70:7 77:1
86:20
**trials** 134:4
**tribunal** 51:10
53:11
**tribunals** 53:2 55:1
**tried** 64:15,25
85:22
**true** 42:14 47:13
67:24 99:2 119:21
139:12 142:8

187:8 202:9,12
203:9
**try** 164:1
**trying** 66:9 120:23
**Turkey** 122:9,13
123:7
**Turkish** 122:22
123:3,10
**turn** 67:9 125:4
**turned** 39:6 51:18
**turning** 8:6 57:19
66:25 200:20
**twice** 13:9,10
**two** 8:23 9:8 12:6
12:19 13:8 19:21
22:6 30:18,20
31:1,7 48:6,10
50:5 53:8 62:11
69:18 74:6 82:24
85:4 114:5,19,20
130:7 136:3 163:4
**two-state** 193:20
**type** 41:24 46:17
77:24 78:4 98:4,5
165:10 193:6
**types** 47:6 135:10
135:10 172:1
**typically** 77:5

---

**U**

**U** 6:1
**U.S** 34:22,23 35:7
45:5 46:18 47:10
47:14 49:18 50:4
50:16,19 51:8
54:8,10 68:25
69:1,4,19 70:1
76:21 91:3,7
94:22 95:5 96:11
96:20,21 98:14
101:9 118:10
119:19 120:11,12
120:14,24 126:7
126:12 153:3,5,5
153:7 174:16,23
175:17 176:7,22
177:3,8,11,12,14

177:20,20 179:8
181:7,10,16,16
183:22 185:2
186:1 190:16
191:13 192:10,11
**uh-huh** 13:23
22:13 30:15 34:13
34:23,23 38:2
40:6 42:19 48:1
48:13 53:14 57:18
62:7 64:2 67:15
69:10,22 70:2
71:11 72:8,8
76:10,10 78:7,10
79:5 88:11 96:13
115:20,20 117:13
117:22 127:21,25
132:17,17 134:20
152:7 158:11,11
160:10 161:8
175:2 176:24
180:8
**ultimately** 98:1,11
98:22 108:12
136:15,18 145:11
145:16 171:5
**UN** 33:7,10,11
84:22 91:21
116:19 144:14
145:17 146:1,6,14
146:21 149:8,10
149:14,21 150:6
152:9,25 153:15
156:2,12 159:14
166:17 170:14
175:1 188:16
189:17 190:10
**UN's** 188:22
**unarmed** 93:12
98:12,23 99:19
101:15 102:19
**uncertain** 97:1
**uncertainty** 94:6
**underpinnings**
85:13
**understand** 6:18
63:9 66:9 181:11

181:16
**understanding**
18:12,15,17 80:7
92:1 109:12,21
**undertake** 126:13
**UNESCO** 152:18
**Ungar** 188:3
190:24 191:12,14
194:5
**Ungar's** 188:16
**uniform** 115:22
**Union** 9:14 10:8
50:5 51:20 64:23
201:13
**United** 1:1 4:17
15:12,12 17:25
18:1 25:24 26:3,6
32:15,17,22 39:8
44:9 45:17 46:5
49:6 51:9 55:22
69:20 71:2 72:11
88:4 94:3 107:17
113:14,18,24
122:16 124:8
127:5 129:7
136:10,11 139:5,7
142:8,10 143:9,11
143:12,15 145:5
145:22 148:5,23
152:11,12 153:1
154:5,24 157:13
158:13,22 159:17
163:7,9,13,15,20
164:7,10,18,22,23
165:2,18,20 166:5
166:24 167:1,7,8
167:12 168:1,4,10
168:19,24 169:9
169:17 173:4,8,15
173:15,19 174:10
174:13 175:10,12
175:20 176:1,4,12
176:17 177:10,24
177:25 178:5,12
179:23 185:5,9,15
186:3,6 188:17
189:1,12,19,22,23

190:3,6,11,17,20
190:21 191:5,7
192:1,2 194:20,20
194:25 195:20
196:1 200:21
201:2,3,5,12,19
**universities** 19:15
19:18,19 20:4,9
21:25 59:1,12
**university** 8:12,21
9:21 20:7 21:12
21:24,25 22:3
30:23,24 31:13,19
31:22 37:22 58:25
63:24 66:19
**unlawful** 92:14
**unrecognized**
201:9
**urgency** 44:12
**USDC** 4:15
**use** 7:20 15:20
60:23 62:17,20
104:3,17 112:15
125:21 127:14
131:19 138:17
148:11 165:5
**uses** 128:12
**usual** 97:19
**utilize** 118:25

---

**V**

**v** 180:3 182:4
**vague** 23:3 130:13
188:8
**valid** 46:16
**validity** 39:5
**variety** 87:23 91:17
142:25
**various** 23:25 24:2
29:1 35:22 94:25
107:10 111:21
198:12 199:15
**varying** 92:18
**Vatican** 169:19
**version** 7:14,25
**versus** 70:16 71:2
72:11,22 188:3

vessels 51:17
vicinity 71:15
Vienna 49:2 50:3
70:6,8,17,21
71:17 72:4
view 36:4,5,18,22
37:6 41:12 43:3,5
43:6,8,9 141:4
142:13,21 149:4
154:2,6 162:19
164:23 174:20
175:23 186:6
187:18 188:16
195:5 201:5
views 36:11,14
42:21 43:22 44:3
147:17 149:1
189:15 190:16,18
violated 16:1
violation 57:10,14
99:5
violence 77:9 91:18
94:25 98:11,22
99:19 102:19
103:6 161:15
164:2
violent 101:14
Virginia 70:14,15
72:3 73:23 74:6,6
virtually 124:7
visit 17:5,18,22
18:11 19:14,23,24
20:2 21:15 22:1
22:11,17 23:6,17
27:10 28:16,20
30:12,21,23,25
34:11 37:21 43:4
visited 17:1,3 19:11
19:18,19 22:14
23:5 29:4 30:13
30:17 42:4
visiting 19:15
visits 17:16 19:13
19:21 20:7 22:15
27:13 28:4 42:2,5
42:7,17,23 90:18
90:19

vitae 4:8 7:9 8:20
65:5,7
vote 51:24 142:7
145:2,11 146:10
146:11,16 151:7
153:3,7 154:5
158:1,1,4,4,5
174:17
voted 139:6 142:9
144:24 147:14,14
150:19,21,23
151:5,21 152:2,2
153:5,15,22
156:24 157:18
196:1
votes 149:3 156:18
voting 150:14
153:12 154:1,8,22
155:8 157:19
vs 1:6 4:16 204:4

___
**W**

waived 5:6
want 6:16 7:24
26:19 27:8 31:11
41:20 43:1 47:24
50:9,18 97:25
98:1 117:14 121:9
121:12 125:6
136:17 143:18
179:15 183:3
184:22 186:21
190:4
wanted 29:10 76:21
146:14
wants 117:24
war 15:9 62:12
71:8 72:7 105:16
105:20,24 119:16
122:8 149:24
warfare 56:24 99:5
99:6,8
Washington 3:12
80:16
wasn't 54:19
120:23 121:3,4
155:8 160:1,2

167:12,14 182:24
187:15,21
waters 79:16,17,18
79:22
way 15:18 16:21
44:5,7 49:20
65:12 95:22
101:24 103:19
104:1,14,18
108:18,23 109:3,8
112:7 115:21,22
124:15,24 136:7
138:20 139:19
141:21 142:12
144:8 146:10,12
147:1,4 149:3,5
149:25 150:8
151:10 154:20,22
157:16 158:6
166:11 167:9
168:17 170:22
171:8 175:6
190:24,24 197:19
203:13
ways 20:14,17,20
28:7,10 42:22
104:10,11 111:21
114:6 124:6
132:16,18 134:8
134:18 142:1
143:24 144:10
158:4
we'll 6:23 87:7
we're 137:22
159:20 160:24,25
163:15
we've 42:16,17
45:3 51:7 58:20
59:12 126:5
141:21 144:22
164:13,16 169:5,7
169:10 186:14
weeks 143:11 159:9
160:25
weight 183:6
welfare 134:15
went 11:22 12:3

16:15 18:2 23:15
25:2 27:10 32:3
37:20 64:21 65:3
70:18 95:25 148:3
162:2
weren't 30:5 50:13
52:15 69:19 138:4
193:13,13
West 19:6 21:7
34:20,21 42:4,10
43:6,16 68:11
76:19 77:9 106:3
137:4 198:7
199:16,23 200:1
Westlaw 181:6
WHEREOF
203:15
withhold 144:6
withholding 144:7
witness 4:2 6:1
51:13,16 53:6
68:15,18 69:5
70:8,20 71:18
74:22 79:12 81:11
163:11,16 199:8
203:7,10,15 204:5
witnesses 69:25
163:23
wondering 18:25
word 130:3 155:22
words 22:6 124:9
144:17 159:1
work 29:10 62:18
62:18 68:2 81:8
81:17 86:21 98:8
worked 28:19,22
48:4 80:24 200:19
working 25:8
world 15:9 16:4,7
17:25 18:19,21
24:1,8,13 25:22
25:23 105:16,20
105:24 108:8
119:16 122:8
130:12 135:13
159:18,21 201:17
world's 140:7,8

wouldn't 43:5
92:10 97:18
117:25 125:14
140:12 148:11
151:24 160:14
192:18
wrap 196:9
write 49:25 64:5
67:21 81:13,14,18
87:18
writers 186:11
writing 75:9 86:17
86:23 90:16,23
166:13 178:9
180:10 182:11
185:8 188:12
193:14
written 14:18 49:23
50:4 61:4,8 63:12
63:15 64:23 68:20
74:1 79:7 80:3
87:19,23 88:19
89:17 90:9 171:20
179:19,21 184:10
195:13
wrong 187:17
wrote 14:20 64:3
66:11 67:1,8 84:3
127:6,9

___
**X**

x 1:2,9 195:14

___
**Y**

Y 6:1 195:14
yeah 19:23 24:9
32:2,3,14 40:12
41:19,19 49:1,1
50:25 51:12 57:22
63:2 69:1 70:13
78:10 85:2 96:17
115:23 120:8,12
126:9 129:4 132:8
136:14 155:16
164:5 168:21,23
199:21 200:3
year 8:22 10:16

11:23 13:1,3,3,4
34:15 58:13,14
61:23 68:4,5
71:13,25 72:9,10
72:12 75:2 80:20
96:20
**years** 8:23 13:6,8,9
13:11 14:4 17:10
43:9,25 47:18
65:9 71:12 95:12
119:10 173:21
**Yesterday** 82:13
**York** 1:1 3:5,5
74:19 167:23
182:9 186:17,18
187:2,3,10 191:24
204:2,2
**York's** 187:4
191:19
**Yugoslavia** 52:23

**Z**

**Z** 195:14
**Z-E-I-T** 22:6
**Zeit** 22:3 30:22
31:12
**zones** 108:22

**0**

**067/19** 107:21

**1**

**1** 4:8 6:25 7:1 82:3
140:20
**1:04-cv-00397-G...**
1:6
**10** 1:15 2:6 69:25
70:3 173:21 202:8
204:5
**10017** 204:2
**10022-4690** 3:5
**10461** 1:22
**12** 34:16 69:21,23
73:3,12,13
**12:02** 121:14
**128** 4:22
**130** 196:16,18

197:8,15,23
**14** 203:22
**15** 50:8
**160** 151:9,21,24
**19** 87:2
**190** 151:11 196:14
196:15
**1920s** 117:1,24
119:8 122:3 167:1
**1923** 119:14 167:10
167:15 168:7,9
**1925** 120:7 178:11
179:9
**1932** 164:22 165:1
165:16 166:4,7
**1933** 127:3 201:14
**1943** 68:4
**1948** 67:19 168:13
168:22
**1949** 113:15
**1953** 178:11
**1966** 8:7,13
**1967** 106:5 168:23
168:24
**1969** 61:17
**1970s** 48:20 50:12
50:15 90:20
**1973** 45:15 61:20
**1974** 188:22
**1976** 45:21
**1977** 17:7,17
**198** 4:4
**1980s** 17:9 19:12
**1983** 12:1,2 13:25
14:2,3
**1986** 46:1
**1989** 14:22
**1990** 188:11
**1990s** 17:11 23:7
52:23 75:3
**1993** 29:21 30:7,10
30:11 134:13
161:20
**1994** 106:22 131:2
131:4,14
**1995** 110:3,5
131:15

**1997** 46:9 64:6 67:1
**1999** 23:14,15 25:1
25:13 26:21 28:20
30:12

**2**

**2** 4:10 59:25 60:2
62:22 65:17 69:23
82:3 85:5 196:5
**20** 47:17 49:24
204:23
**200** 62:11,16
**2000** 51:23 61:23
71:14 72:10
132:24 134:10
135:4 198:8,8,17
199:17
**2000-2002** 71:19
**20005-5701** 3:12
**2000s** 30:17
**2001** 71:14
**2002** 57:13 71:14
**2002-2004** 106:6
**2003** 72:1 142:16
143:8 158:13,16
159:4,16,16,20,21
160:4,23 161:16
162:3,17 193:18
193:24 194:14,23
194:25
**2004** 51:25 52:1
132:24 134:10
135:4 182:10
194:1 198:8,18
199:17
**2005** 62:6 188:11
194:5
**2006** 51:25
**2008** 191:19,25
194:8
**2009** 31:10 33:2,4
34:10 39:1
**201** 4:20 129:7,13
**2010** 33:4 34:10
72:16,17
**2011** 33:22,23 34:2
34:16 146:19

147:10 148:7,16
152:5,10,20,22
**2012** 31:10 37:24
38:1 84:19,22
107:19 142:6
144:22 147:18
153:6 175:1 176:8
189:14 195:25
196:2,19
**2013** 1:15 2:6 80:22
80:23 81:3 82:9
202:9,19 203:17
204:5
**2015** 203:22
**202** 3:12
**20th** 177:11
**212** 3:5 204:3
**216** 204:2
**21st** 30:19
**24th** 203:16
**25** 50:11
**26** 81:8
**29** 84:19 142:6
**297** 67:10

**3**

**3** 4:12 63:18,20
67:1
**3-minute** 196:5
**3:18** 201:25
**30** 35:2 47:17 50:11
140:21
**399** 3:4

**4**

**4** 4:15 72:1 79:1,3
88:10
**40** 35:2
**400-8845** 204:3
**41** 153:13
**45th** 204:2

**5**

**5** 4:18 81:20,22
88:13 103:21
**50** 2:12 153:15
157:18

**59** 4:11

**6**

**6** 4:3,20 84:8
128:22,24
**60** 196:17
**626-5800** 3:12
**63** 4:14
**655** 3:11
**69/17** 107:18

**7**

**7** 4:9
**70s** 42:16
**715-1399** 3:5
**79** 4:17

**8**

**8:30** 2:7
**80s** 22:12,16,18
95:8
**81** 4:19

**9**