# EXHIBIT C.1

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER