# EXHIBIT C.2

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER