# EXHIBIT C.3

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER