# EXHIBIT C.5

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER