# EXHIBIT C.6

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER