# EXHIBIT C.7

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER