# EXHIBIT C.8

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER