# EXHIBIT C.10

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER