# EXHIBIT C.12

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF FLORIDA

3

4    MOSHE SAPERSTEIN, et al.,          )
                                        )
5              Plaintiffs,              )
                                        )
6    vs.                                ) Case No. 04-20225-CIV
                                        )
7    THE PALESTINIAN AUTHORITY;         )
     THE PALESTINE LIBERATION           )
8    ORGANIZATION,                      )
                                        )
9              Defendants.              )
     _____)

10

11

12

13            VIDEOTAPED 30(b)(6) DEPOSITION OF

14                     SALAM FAYYAD

15               EAST JERUSALEM, ISRAEL

16                   MARCH 9, 2010

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

Page 2

```
 1              Videotaped 30(b)(6) deposition of SALAM
 2    FAYYAD, taken in the above-entitled cause pending in
 3    the United States District Court, Southern District
 4    of Florida, pursuant to notice, before BRENDA MATZOV,
 5    CA CSR No. 9243, at the Ambassador Hotel, East
 6    Jerusalem, Israel, on Tuesday, the 9th day of March,
 7    2010, at 6:04 p.m.
 8
 9
10    APPEARANCES:
11    FOR PLAINTIFF MOSHE SAPERSTEIN:
12              THE BERKMAN LAW OFFICE, LLC
              By:  ROBERT J. TOLCHIN, ESQ.
13              111 Livingston Street, Suite 1928
              Brooklyn, New York 11201
14              (718) 855-3627 / Fax (718) 855-4696
              rtolchin@berkmanlaw.com
15
16    FOR DEFENDANTS THE PALESTINIAN AUTHORITY and THE
      PALESTINE LIBERATION ORGANIZATION:
17
              MILLER & CHEVALIER CHARTERED
18              By:  RICHARD A. HIBEY, ESQ.
                  -and-
19              MARK J. ROCHON, ESQ.
                  -and-
20              CHARLES F.B. McALEER, JR., ESQ.
                  -and-
21              LAMIA R. MATTA, ESQ.
              655 Fifteenth Street, N.W., Suite 900
22              Washington, DC  20005-5701
              (202) 626-5800 / Fax (202) 626-5801
23              rhibey@milchev.com
              mrochon@milchev.com
24              cmcaleer@milchev.com
              lmatta@milchev.com
25
```

```
 1    APPEARANCES (Continued):

 2    ALSO PRESENT:

 3              MITCHELL COOPERSMITH, Videographer

 4              AVI LEITNER, Advocate

 5              NITSANA DARSHAN-LEITNER, Advocate

 6              AVI HAR-ZAHAV, Advocate

 7              OSAMA SAADI, Advocate

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X
 2   WITNESS
 3   Salam Fayyad
 4
 5   EXAMINATION                                    PAGE
 6   By Mr. Tolchin                           13, 203
 7   By Mr. Rochon                                 169
 8
 9        P L A I N T I F F S'  E X H I B I T S
10   NO.              DESCRIPTION                   PAGE
11   Exhibit 1        Plaintiff Moshe Saperstein's
                      Notice of Taking Depositions
12                    Pursuant to Fed.R.Civ.P.30(b)(6)    33
13   Exhibit 2        International Press Article, Entitled
                      "Qurei Refuses the Dissolution of
14                    Al-Aqsa Brigades as the Dispute Over
                      the Egyptian Plan is Underway,"
15                    Dated June 21, 2004                  42
16   Exhibit 3        Ma'an News Agency Article, Entitled
                      "Qurei Denies Reports That 3 Million
17                    US Dollars was Diverted to His Joint
                      Bank Account," Dated March 25, 2008  54
18
     Exhibit 4        Jerusalem Post Article, Entitled
19                    "PA Negotiator Spells Out Terms
                      for Calm," Dated March 28, 2001      72
20
21
22        D E F E N D A N T S'  E X H I B I T S
23   NO.              DESCRIPTION                   PAGE
24   Exhibit 5        Multiple Documents                  182
25
```

1                  P R O C E E D I N G S

2

3              (The following proceedings were conducted

4         only in English, unless otherwise indicated.)

5

6              THE VIDEOGRAPHER:  This is the videotape

7    deposition of Salam Fayyad, taken by Robert Tolchin,

8    in the matter of Saperstein, et al., versus the

9    Palestinian Authority, et al., held at the Ambassador

10   Hotel, Jerusalem, Israel, on March 9th, 2010.

11             The court reporter is Brenda Matzov.  The

12   video specialist is Mitchell Coopersmith.

13             Counsel will now state their appearance.

14             MR. TOLCHIN:  Before we do that, first of all,

15   it's the deposition taken by the plaintiff, Moshe

16   Saperstein.  I'm just his lawyer.

17             And before we identify ourselves, I think the

18   court reporter has to say her thing.  And then we'll go

19   around.

20             THE REPORTER:  Okay.  Today is March 9th,

21   2010.  We are at the Ambassador Hotel in East Jerusalem.

22   The time is 6:04 p.m.  This is the deposition of Salam

23   Fayyad.  My name is Brenda Matzov.  My business address

24   is Borochov Street 32/18, Ra'anana, Israel.

25             Will counsel please identify themselves.

Page 6

1              MR. TOLCHIN:  Robert Tolchin, for the

2      plaintiff, Moshe Saperstein.

3              MR. McALEER:  Charles McAleer, of the law

4      firm of Miller & Chevalier, for the defendants, the

5      Palestinian Authority and the Palestine Liberation

6      Organization.

7              I'm appearing here today along with my

8      colleagues from Miller & Chevalier, Mr. Richard Hibey,

9      Mr. Mark Rochon, and Ms. Lamia Matta.  We are also

10     appearing here today as counsel for the deponent.

11             The deponent is appearing as a designee of

12     the Palestine Liberation Organization, pursuant to a

13     Rule 30(b)(6) Notice of Deposition, dated February 8,

14     2009 [sic], in which there was a request for designation

15     of a witness with respect to one category which

16     contained two subparts.

17             I would note for the record that defendants

18     served their objections to that notice on February 18,

19     2010.  And I would also note that the witness is

20     also appearing pursuant to the Court's order dated

21     December 31st, 2009, and the Court's ruling with

22     respect to defendants' motion for a protective order.

23             I would note for the record that, prior to

24     the deposition, Mr. Tolchin and I reached an agreement

25     that this deposition -- any recording of it and any

 1   transcript of it would remain confidential, not

 2   disclosed for any purpose unrelated to this litigation

 3   and not disclosed to any person other than the persons

 4   in this room, that the transcript and any recording

 5   of the deposition will remain confidential for a period

 6   of two weeks after counsel for defendants and for the

 7   deponent receive the recording of the deposition as

 8   well as the transcript from the court reporter.

 9           It was further agreed in this regard that the

10   recording of the deposition could be used by the parties

11   in proceedings before the court so long as that is done

12   under seal prior to the expiration of the two-week

13   period that I just mentioned.

14           In that regard, I would submit that the

15   provisions and procedures governing the submission to

16   the court under seal would be those set forth in the

17   proposed protective order, which we have tendered to

18   the plaintiff and which will hopefully be entered by

19   the court ultimately.

20           I would also ask that, in addition to

21   Mr. Tolchin acknowledging that I've correctly stated

22   our agreement regarding confidentiality, that he confirm

23   that on the record.  I would also ask that, when other

24   persons who are in the room have identified themselves

25   for the record, that they also note their agreement

Page 8

1  regarding the obligation to maintain the confidentiality

2  of any recording or transcript of this deposition.

3          I would also like Mr. Tolchin's agreement,

4  as at other depositions, that all relevance and

5  hearsay objections need not be asserted and are

6  preserved for trial and that any other objections

7  that are non-correctable problems -- objections as

8  to non-correctable problems are also preserved for

9  trial and need not be asserted as set forth in Federal

10 Rule of Civil Procedure 32(d)(3)(B).

11         Is that agreeable to you, Mr. Tolchin?

12         MR. TOLCHIN:  Oh, gee, Chas, I thought we were

13 going around the room identifying who was here.  I don't

14 think the reporter began the deposition yet.

15         MR. McALEER:  I understand that.  I don't

16 want to interfere with your questioning of the witness

17 except as appropriate during the deposition.  So I'm

18 just trying to get these procedural matters out of the

19 way at the start.

20         MR. TOLCHIN:  So --

21         MR. McALEER:  Is that agreeable to you

22 regarding objections?

23         MR. TOLCHIN:  You said a whole lot there.

24 And I'll summarize the part that I agree with, and I'll

25 point out the parts that I don't agree with.

Page 9

1          You and I did speak about keeping the
2    transcript and recording of the deposition confidential
3    for a period of two weeks after the transcript and/or
4    recording is furnished to counsel.
5          MR. McALEER:  And just to be clear, it's the
6    recording and the transcript together.  Because we --
7    we need to review the transcript in connection with the
8    recording.
9          MR. TOLCHIN:  Fair enough.
10         But that -- that's about what we agreed to.
11   You've thrown into that lengthy statement a whole
12   discussion of the scope of this deposition and the
13   limitations of this deposition and deposition notices.
14   And none of that has been agreed upon.  But what -- and,
15   in fact, we disagree.  And you know we disagree because
16   we discussed that at length yesterday.
17         But what we do agree is that the transcript
18   and recording of this deposition will be -- to use the
19   word "embargoed," sealed for a period of two weeks
20   other than potentially using it in connection with
21   an application to the court in this case under seal.
22         MR. McALEER:  I appreciate that.  Now, with
23   respect to the objections, do we also have an agreement
24   there?
25         MR. TOLCHIN:  I'm sorry?

 1            MR. McALEER:  With respect to the objections,

 2     do we also have that agreement that we've reached at

 3     other depositions?

 4            MR. TOLCHIN:  As -- as we typically agree

 5     at almost every deposition we've ever participated in,

 6     the -- any objections other than objections as to form

 7     will be preserved until the time of trial.

 8            What I did want to raise with you -- and

 9     I'm happy you brought it up is -- I actually brought

10     you a copy of the -- an excerpt from the local rules

11     for the Southern District of Florida, specifically local

12     Rule 30.1 entitled "Sanctions for Abusive Deposition

13     Conduct," where it provides at 30.1, subparagraph A,

14     subparagraph 1, that objections or statements which

15     have the effect of coaching the witness, instructing

16     the witness concerning the way in which he or she should

17     frame a response or suggesting an answer are not proper.

18            There was an awful lot of that going on

19     yesterday.  And I wanted to make sure that there would

20     be no question about what's permitted and what's not

21     permitted at this deposition.

22            MR. McALEER:  Mr. Tolchin, we disagree with

23     your characterization of what occurred at the deposition

24     of Mr. Amawi.  And I appreciate the extra copy of the

25     local rules, but that was not necessary.

1          What -- what we do think might become
2   necessary at some point in the deposition -- we hope
3   it will not -- is that there may be some issues
4   regarding the deposition that could be brought before
5   the Magistrate Judge for resolution.  And I'd simply
6   note for the record that I informed you before the
7   deposition that Mr. Gary Woodfield, who's counsel
8   in this case, had contacted the judge's chambers and
9   learned that the judge is sitting today and have --
10  may have time during the course of his day to address
11  any issues that come up at the deposition.  And so as
12  far as we know, at various periods of time during this
13  deposition, the Magistrate Judge might be available to
14  resolve any issues that the parties might have.
15          MR. TOLCHIN:  I -- I left out one thing
16  when I mentioned the rule.  It also prohibits, quote:
17          "Instructing deponent not to answer a question
18  except when to preserve a privilege, to enforce a
19  limitation of evidence directed by the court, or to
20  present a motion under Rule 30(d)(4)."
21          And there was a couple of directions not to
22  answer yesterday, which were in violation of that rule.
23  And I would hope that we don't see anything of that sort
24  today.
25          MR. McALEER:  I disagree with your

1    characterization, but we need not debate it.  I

2    will tender the floor back to the next person who

3    must identify themselves for the record.

4              MR. TOLCHIN:  I think it would be the easiest

5    if we just went --

6              MR. ROCHON:  We already did.

7              MR. TOLCHIN:  -- around the table.

8              MR. HIBEY:  We're already identified.

9              MR. TOLCHIN:  You did?

10             MR. McALEER:  I identified all of us.

11             MR. ROCHON:  Except Osama.

12             MR. TOLCHIN:  So maybe Osama should introduce

13   himself.

14             MR. SAADI:  I'm Osama Saadi, on behalf of the

15   Prime Minister.

16             MR. TOLCHIN:  And on our side of the table,

17   we have Nitsana Darshan-Leitner, one of the plaintiffs'

18   Israeli counsel.  With her is Avi Leitner.  And Israeli

19   attorney Avi Har-Zahav, another of the plaintiffs'

20   Israeli counsel, is with us today.

21             MR. McALEER:  And as I requested, I'd like

22   those persons to acknowledge their agreement and

23   commitment to the confidentiality restriction.

24             MR. TOLCHIN:  I'm the -- I'm the counsel of

25   record, and I speak for the team.  It's not an issue.

1           Did you finish going through all the things

2    that you're supposed to recite on the record?

3           THE REPORTER:  Date, time, name of witness,

4    location, my address.

5           MR. TOLCHIN:  Does everybody agree that

6    the commissioner has adequately complied with her

7    obligations as commissioner?

8           MR. HIBEY:  We -- we agree.

9           THE REPORTER:  I have to swear him in, though.

10          MR. TOLCHIN:  Right.

11

12                    SALAM FAYYAD,

13          called as a witness, being first duly

14          affirmed, was examined and testified

15          as hereinafter set forth:

16

17                    EXAMINATION

18   BY MR. TOLCHIN:

19       Q.   Let me begin by saying good morning -- good

20   evening.

21          Can you tell us, please, your full legal name

22   and your address, please?

23       A.   I will do that, Mr. Tolchin, but not before

24   I ask a question, if I may, as to when the proceedings

25   began formally.  Because I do have a comment on the

 1    introduction made -- and I do not know exactly when the

 2    proceeding made -- you know, started for the record --

 3    specifically in relation to the reference to the place

 4    where -- where we are meeting.  I accept exactly the way

 5    in which it was characterized by the reporter.  And I

 6    accept that, but not the reference to Jerusalem that was

 7    made before the outset.  I just want to make that clear.

 8         Q.    Duly clarified.

 9         A.    Thank you.

10         Q.    Should I ask the question again?

11         A.    Yes.

12         Q.    What is your name?

13         A.    My name is Salam Fayyad.

14         Q.    Is that your full name?

15         A.    Salam Khalid Abdullah Fayyad is my full name.

16         Q.    And what is your address?

17         A.    I reside with my wife in East Jerusalem in

18    Beit Hanina.

19         Q.    And what is your date of birth?

20         A.    April 12, '52.

21         Q.    And where were you born?

22         A.    In Nablus.

23         Q.    Can you briefly summarize your educational

24    background?

25         A.    First nine grades in Tulkarm.  Last three

1    years of schooling in Jordan.  First degree, American

2    University of Beirut, Lebanon, '71, '75.  Then I got an

3    MBA, 1980, from St. Edward's University.

4         Q.    Which university?

5         A.    St. Edward's University, Austin, Texas.  And

6    a Ph.D. in economics, University of Texas at Austin,

7    1986.

8         Q.    And do you speak, read, and write English --

9         A.    I do.

10         Q.    -- fluently?

11         A.    I believe I do.

12         Q.    Okay.  So it's no problem that you're

13    testifying in English?

14         A.    I understand what you're saying.

15         Q.    And you understand what you're saying?

16         A.    (Witness nods head.)

17         Q.    Can you -- what year did you finish your

18    education?

19         A.    1986.

20         Q.    I'm sorry?

21         A.    1986.

22         Q.    Is it fair to say that, from 1952 [sic]

23    through 1986, you were in some form of school, not

24    working?

25         A.    No.  I did work.

1       Q.   You -- you worked in between the -- the

2  degrees or during --

3       A.   Yes, I did work between degrees.

4       Q.   -- or -- or during -- or during your studies?

5       A.   Both, as a matter of fact.  I did work between

6  degrees, and I worked during my studies.

7       Q.   Can you summarize your work background up

8  until 1986?

9       A.   Yes.  After graduating from college in '75,

10 I worked in Amman, Jordan in private business as an

11 employee.  And then that continued until I left for the

12 United States to work on that MBA which I mentioned to

13 you, which I finished in 1980.

14      Q.   Uh-huh.

15      A.   Then after that, I went to the University of

16 Texas at Austin, during which time, in the latter years

17 of my education, I did work at the university, teaching

18 and research.  Yeah, that takes us through 1986.

19      Q.   And in 1986, when you finished in the

20 university, when you finished your Ph.D., where --

21 did you go to work?

22      A.   I went -- I mean, I worked at the Yarmouk

23 University, Jordan, for two semesters.  I remember --

24 I recall the spring and fall semester of 1986.  In the

25 summer between the two semesters, I worked for a brief

 1   period as a visiting scholar at the Federal Reserve Bank

 2   of St. Louis.

 3        Q.    So how many years did you reside in the United

 4   States altogether?

 5        A.    In all, I believe 17, 18 years, both studying

 6   and working subsequently, beginning January '87 at the

 7   International Monetary Fund.

 8             (Brief court reporter clarification.)

 9             THE WITNESS:   International Monetary Fund

10   beginning January 1987.  And I was there --

11        Q.    BY MR. TOLCHIN:  Was that in Washington?

12        A.    Yes.  In Washington, DC.  And I stayed there

13   until late 1995.

14        Q.    So are you a U.S. citizen?

15        A.    I am not.

16        Q.    Are you a permanent resident of the United

17   States?

18        A.    I'm not.

19        Q.    On what -- how did you remain in the United

20   States that many years?

21        A.    Well, I -- while I was studying, I was there

22   on a visa, student visa.

23        Q.    Uh-huh.

24        A.    And during the brief -- while I -- I worked at

25   the Federal Reserve Bank of St. Louis, I also was on a

1   visa which the head of the Bank of St. Louis arranged

2   for me to get.

3        Q.    Uh-huh.

4        A.    And, subsequently, when I joined the IMF

5   in late nineteen -- in early 1987, I was on a visa

6   for a international organization.  I believe it's

7   called H4, if I'm not mistaken.  I forgot now.  But

8   it's a special kind of visa that's granted to employees

9   of international organizations which the International

10  Monetary Fund is.

11       Q.    So what is your citizenship?

12       A.    Palestinian.

13       Q.    And what was your citizenship at birth?

14       A.    Jordanian.

15       Q.    And do you still have Jordanian citizenship?

16       A.    Yeah, I do.

17       Q.    You do?

18       A.    Yeah.

19       Q.    Do you have any other citizenships?

20       A.    No.

21       Q.    Did you take any steps to prepare for today's

22  deposition?

23       A.    Yeah.  I read -- read the core document on

24  the -- excuse me -- on -- on the deposition and also

25  material that was prepared and submitted in connection

Page 19

1    with -- with this deposition.

2         Q.    Okay.

3         A.    That's --

4         Q.    How much time did you spend preparing for

5    today's deposition?

6         A.    I don't know if I can really put, you know,

7    hours on it or -- or something like that.  It just

8    happened over a period of time when I received the

9    documents and went through them and the other documents.

10   I just simply cannot tell you, you know, how -- how

11   long exactly it took.  I mean, it's not that I sat

12   down to cram for the deposition or anything like that

13   or prepare in that way, in a structured way or anything

14   like that.

15        Q.    Did you meet your lawyers to prepare for the

16   deposition?

17        A.    I did.

18        Q.    Did you meet with anyone besides your lawyers?

19        A.    No.  I had conversations with people who

20   submitted testimony in connection with the case.

21        Q.    Who did you have conversations with?

22        A.    Mazen Jadallah, the Minister of Finance, and

23   Ramzi Khoury of -- of the PNF, the Palestine National

24   Fund, as well as Mr. Nashashibi, chairman of the PNF.

25        Q.    On how many different occasions did you meet

1   with your lawyers?

2        A.   I have been meeting with our lawyers for --

3   since basically they started representing us.

4        Q.   No, I meant to prepare --

5        A.   Aah.

6        Q.   -- for the deposition.

7        A.   You know, I go back to the -- I mean, maybe

8   the -- during the last visit before -- before their

9   current visit, when the possibility of me being deposed

10  on this, we met for -- I believe then -- I cannot give

11  you the date exactly.  But I'll be happy to look into

12  the records.  It was not long ago, in any event, for

13  about three quarters of an hour or an hour maybe.  And

14  then on the current visit this time around maybe hour

15  and an half, a couple of hours.

16       Q.   Do you know what this case is about?

17       A.   I do not know the details of the case.

18       Q.   Do you know what the basis of the plaintiffs'

19  claim is?

20            In other words, what does he say happened to

21  him?  What does the plaintiff say happened to him?

22       A.   Based on what I understand, that the plaintiff

23  sustained injury.

24       Q.   As a result of what?

25       A.   As a result of an attack that happened in Gaza

1    Strip.  But that's the extent of -- of my knowledge of

2    the case.

3         Q.    Do you know what kind of attack?

4         A.    I do not know.

5         Q.    Do you know who carried out the attack?

6         A.    I don't either.

7         Q.    Have you asked anyone to conduct any kind of

8    investigation to find out who did this attack?

9         A.    Mr. Tolchin, the case, if I recall, relates

10   to a time period when I was not with the -- with the

11   Palestinian Authority.  The time period that the

12   deposition covers is before -- before my time with

13   the Palestinian Authority.  So I was not in a position

14   to -- to do.  And that's basically what it is.

15        Q.    But you -- what is your position with the

16   Authority today?

17        A.    I am the Prime Minister of the Palestinian

18   National Authority today.

19        Q.    And as the Prime Minister, what are your

20   duties?

21        A.    You know, to manage the affairs of the

22   Palestinian people in all areas of governance and

23   service delivery, in -- in all areas.

24        Q.    Is it fair to say you're the head executive

25   of the Palestinian Authority?

Page 22

1          A.    The head executive under our basic law is the

2    President --

3          Q.    Okay.

4          A.    -- of the Palestinian National Authority.

5    I'm head of government.

6          Q.    Head of the government?

7          A.    Yes.

8          Q.    Are there ministers who report to you?

9          A.    There are.

10         Q.    And many people work in the various

11   ministries?

12         A.    Correct.

13         Q.    And, ultimately, they report to you?

14         A.    Correct.

15         Q.    And if you wanted to ask somebody to conduct

16   an investigation about what happened to Mr. Saperstein,

17   you could do that as the Prime Minister; correct?

18              MR. ROCHON:  We're going to object on

19   privilege and -- and -- attorney-client privilege

20   because communications on the case are -- and -- and --

21              MR. TOLCHIN:  I didn't ask him about his

22   lawyers.

23              MR. ROCHON:  But if -- once the lawsuit is

24   brought and the Prime Minister is working with counsel

25   on it, communications --

 1              MR. TOLCHIN:  I didn't ask him -- I didn't

 2    ask him about communication.

 3              MR. ROCHON:  What --

 4              MR. TOLCHIN:  It did not ask him about

 5    communications with counsel.

 6              MR. ROCHON:  But in terms of if he carried out

 7    his duties in part by having counsel assist in reviewing

 8    matters and reporting to him, obviously that would be

 9    privileged.  You can inquire if --

10              MR. TOLCHIN:  I'll limit the question that

11    way.

12         Q.   BY MR. TOLCHIN:  Sir, other than working

13    with your attorneys, do you have means at your

14    disposal within the government of the Palestinian

15    Authority to direct people to conduct an

16    investigation as to what happened to Mr. Saperstein?

17         A.   I would say to a very limited extent.  You

18    know, the case goes back many years.  In mid 2007, as

19    you know, there was a takeover of power by -- violently

20    by Hamas in Gaza, and we're not there.  And I doubt

21    seriously the extent to which I can get the results

22    associated with commissioning an inquiry.

23         Q.   When did you first learn that Mr. Saperstein

24    was suing the Palestinian Authority?

25         A.   I do not recall exactly the time when I knew

Page 24

1    about this case in particular.  I know that there were

2    several cases pending against us in the United States.

3    And I know that this is one of them.

4         Q.   Can you tell me what year it was that you

5    first learned about the Saperstein case?

6         A.   I do not recall precisely when I became aware

7    of this particular case.  All I can tell you is that

8    maybe 2003, 2004 it came to my knowledge that there were

9    cases, at least one case I remember at this time, that

10   was pending against us in the United States and that was

11   being handled by lawyers.  And at the time that -- the

12   defense attitude was to assert sovereign immunity.  And

13   there was not really much attention paid to that.  The

14   case I'm referring to is -- is the Ungar case.

15        Q.   Uh-huh.

16        A.   Subsequently, of course, a lot of things

17   happened.  And as more became -- and as this became

18   more a focus of attention, as I believe it should be

19   to us in the Palestinian Authority, it came to my

20   knowledge that we have other sets of -- other set of

21   cases against us in the United States.  So it -- it's

22   in that context.  But I do not remember exactly when

23   in this particular case.

24        Q.   Okay.  Whenever it was that you learned about

25   the --

Page 25

 1      A.    Yeah.

 2      Q.    -- Saperstein case, upon learning that the

 3  Palestinian Authority was being sued by Mr. Saperstein,

 4  did you take any steps to inform yourself about the

 5  Saperstein case or what happened to Mr. Saperstein or

 6  whether the Palestinian Authority had any involvement

 7  in it?

 8      A.    You know, we have many cases against us and

 9  not only in the United States.

10      Q.    Uh-huh.

11      A.    There are tens of cases against us in Israel.

12  And, you know, I did not -- I do not know the details

13  of the cases.  I know the general characterization.  I

14  mean, I know essentially the thrust of what it is that

15  we're being sue -- sued for generally across cases, but

16  not in each individual case.

17      Q.    So it -- it would be fair to say that you,

18  as you sit here today, don't remember doing anything

19  specific with respect to the Saperstein case when you

20  learned of the Saperstein case?

21           Is that accurate?

22      A.    It's fair to say that.  Yes.

23      Q.    Okay.  Now, going back to your personal

24  history, you finished your Ph.D. in 1986?

25      A.    Correct.

 1       Q.    And then to the International Monetary Fund
 2    in 1987?
 3       A.    Yes.
 4       Q.    And you stayed there until 1995?
 5       A.    In --
 6       Q.    Is that correct?
 7       A.    -- Washington.   In Washington.
 8       Q.    Was that uninterrupted from 19 --
 9       A.    Uninterrupted.
10       Q.    -- 87 to 1995?
11       A.    Uninterrupted.   Yes.
12       Q.    What was your job at the IMF?
13       A.    Several positions.
14             And, by the way, just to make sure it is
15    stated correctly, I said in Washington because my
16    employ -- employment with the fund extended beyond my
17    stay in Washington.  I subsequently represented the
18    fund.  I acted as a representative to the Palestinian
19    Authority.
20       Q.    I'll come to --
21       A.    So --
22       Q.    -- what happened af --
23       A.    -- that was -- yeah.
24       Q.    I'll come to -- I'll ask you next about what
25    happened --

1       A.    Okay.

2       Q.    -- in 1995.

3       A.    And I just wanted to make sure that the record

4    reflects accurately --

5       Q.    Okay.

6       A.    -- my employment.

7       Q.    I appreciate that.

8       A.    Yeah.

9       Q.    So what -- what was -- what were your roles

10   at the IMF?

11      A.    Several positions.  I -- I started as an

12   assistant to executive director.  Subsequently became

13   advisor to executive director.  My last position with

14   the IMF was senior resident representative to the

15   Palestinian Authority.

16            (Brief court reporter clarification.)

17            THE WITNESS:  Senior resident representative

18   to the Palestinian Authority.  And that happened after

19   '95 -- after late '95.

20      Q.    BY MR. TOLCHIN:  That was from 1995 until

21   when?

22      A.    2002.  Early 2002.

23      Q.    Okay.  And what happened?  Did you leave the

24   IMF in 2002 and go work someplace else?

25      A.    Yes.  I worked as a regional manager of the

1    Arab Bank in Palestine for a few months.

2        Q.    And as regional manager of the Arab Bank in

3    Palestine, what -- what -- let me back up.

4              When you say you were the regional manager for

5    Arab Bank in Palestine, what city did you work in?

6        A.    Ramallah.  That's the headquarters of the bank

7    in Palestine.  Ramallah.

8        Q.    Okay.  And what was your -- what was your job?

9              What did your job entail at that time?

10       A.    Manager of Arab Bank operations in Palestine,

11   which included several branches.  In other words,

12   not only the bank in Ramallah itself, but Arab Bank

13   branches -- branches in other areas of the West Bank

14   and Gaza.

15       Q.    And do they act -- does the Arab Bank act --

16   withdrawn.

17             In 2002, did the Arab Bank actually have

18   branches throughout --

19       A.    Yes.

20       Q.    -- the West Bank?

21       A.    Yes.

22       Q.    And how many branches were there

23   approximately?

24       A.    I believe 20 -- 20, 22, something like that.

25       Q.    And was it your job, as regional manager, to

 1    supervise those branches?

 2         A.    Yes.  I was the general manager of all of

 3    them.  Yeah.

 4         Q.    And what happened in 2002 as far as your

 5    employment is concerned?

 6         A.    I joined the Palestinian Authority as Finance

 7    Minister in June 2002.

 8         Q.    You joined as Finance Minister?

 9         A.    Yes.

10         Q.    And how long did you stay as Finance Minister?

11         A.    I stayed in that capacity until late 2005,

12    November 2005.

13         Q.    Okay.  And what happened in 2005 as far as

14    your professional --

15         A.    Well, I -- I ran for office, for the

16    legislative elections that took place in January of

17    2006.  And -- well, technically, I'm still a member

18    of the Palestinian Legislative Council in a way.

19    It's not been meeting for a number of years.  But I

20    was -- I was elected.  I won a seat in the legislature.

21         Q.    So let me clarify.  In 2005, you ran for --

22         A.    2006.  January 2006.

23         Q.    You ran for office?

24         A.    Correct.

25         Q.    And the office you were running for was a

Page 30

 1    mem --

 2         A.    Member --

 3         Q.    -- membership in the Legislative Council?

 4         A.    That is correct.

 5         Q.    And you were elected to the Legislative

 6    Council?

 7         A.    I was.

 8         Q.    And how long was that term of office supposed

 9    to be?

10         A.    Supposed to be for a year.

11         Q.    So it should have ended in 2009?

12         A.    It should have ended January --

13               (Brief court reporter clarification.)

14               THE WITNESS:  It should have ended in -- in

15    January of this year, a couple of months ago.

16         Q.    BY MR. TOLCHIN:  January of 2010?

17         A.    January 2010.

18               (Brief court reporter clarification.)

19               MR. TOLCHIN:  She only has ten fingers.

20               THE WITNESS:  Pardon?

21               MR. TOLCHIN:  She only has ten fingers.

22               (Last answer read.)

23               THE WITNESS:  January of this year.  January

24    2010.

25         Q.    BY MR. TOLCHIN:  And did your term end?

Page 31

1          A.    It -- it was supposed to end.  It has not.
2     The term of the council -- the legislature was extended
3     by the decision of the Palestinian Central Council until
4     we're able to have elections.
5          Q.    Okay.  Now, after you were elected to the
6     Legislative Council --
7          A.    Yes.
8          Q.    -- did you receive some other office?
9          A.    No, I did not.  I just worked in -- in that
10    capacity.  And that continued to be the case until
11    spring 2007.
12         Q.    And what happened in 2007?
13         A.    2007, I joined the government again as
14    Minister of Finance.  That was March 2007.
15         Q.    And how long did you stay as Minister of
16    Finance?
17         A.    Until June 2007.  Three months.  Three months.
18         Q.    And then what happened?
19         A.    There was a violent takeover of power by
20    Hamas in Gaza.  And -- and that basically brought the
21    government down.
22         Q.    And do you have a position in the government
23    today?
24         A.    I am the Prime Minister of the Palestinian
25    Authority.

 1        Q.    And how did you become the Prime Minister?

 2        A.    I was appointed to that position by the

 3    President.

 4        Q.    And who was the Prime Minister before you?

 5        A.    The Prime Minister before me was Ismail

 6    Haniyeh.

 7        Q.    And how did he get to be Prime Minister?

 8        A.    After the 2006 elections, he was the head

 9    of the Hamas parliamentary list.  And he was named --

10    they nominated him as their nominee for the position

11    of Prime Minister.  And he was named as Prime Minister.

12    He formed the government.

13        Q.    So he was elected as Prime Minister?

14        A.    He was elected as a member of legislature,

15    not as Prime Minister.  You do not get elected as

16    Prime Minister in those systems of government.  You're

17    elected to the Council as a legislator.  But then the

18    designation as Prime Minister, that happens after a

19    process of consultation and nomination by the various

20    blocks.  And even that Hamas won the majority, it

21    was not out of the ordinary for the head of their

22    parliamentary list to be named as Prime Minister.

23    And that's how he became Prime Minister.  But he was

24    not elected as Prime Minister.

25              MR. TOLCHIN:  Forgive me.  I'm just looking

Page 33

1    for a document.  I'm looking for the notice of the

2    deposition.  Is it here?

3                MR. LEITNER:  I think so.  Yeah.

4                MR. McALEER:  Mr. Tolchin --

5                MR. TOLCHIN:  Yeah?

6                MR. McALEER:  -- to speed this along and if

7    you're looking --

8                MR. TOLCHIN:  Thank you.

9                MR. McALEER:  -- for a Notice of Deposition,

10   I'll be glad to provide one.

11               MR. TOLCHIN:  Do you have a spare copy we can

12   mark?

13               MR. McALEER:  This is a -- the Notice of

14   Deposition dated February 8, 2010, to which I referred

15   earlier in my remarks.  I'm tendering it to the

16   plaintiff for marking.

17               (S. Fayyad Exhibit 1 marked.)

18               MR. TOLCHIN:  Show it to the witness, please.

19               THE WITNESS:  (Examining.)

20       Q.   BY MR. TOLCHIN:  Sir, have you seen the

21   document which is marked as Exhibit 1 before?

22       A.   Yes, I have.

23       Q.   When did you see that?

24       A.   A few days ago.

25       Q.   What is that document?

Page 34

1        A.    It basically informs me of the duty to appear

2   before this panel to answer questions in connection with

3   this case.

4        Q.    Okay.  And did you read that document?

5        A.    Yes, I did.

6        Q.    And did you prepare to discuss the topics

7   covered in that document?

8              MR. McALEER:  Objection.

9        Q.    BY MR. TOLCHIN:  The ones that relate to

10  Mr. Qurei.

11             MR. McALEER:  Well, objection again.

12             The document is a 30(b)(6) notice to the PLO,

13  which contains one category with two subparts.  The

14  document also contains a Notice of Deposition with

15  respect to the Palestinian Authority that contains

16  two categories.

17             As indicated in my initial remarks --

18             MR. TOLCHIN:  I'll -- I'll rephrase the

19  question.

20             MR. McALEER:  -- this witness is being

21  designated with respect to the sole category requested

22  for the PLO.  And the word "Qurei" appears nowhere in

23  this notice.

24        Q.    BY MR. TOLCHIN:  Did you prepare, sir --

25        A.    Yeah.

```
 1       Q.   -- to testify as to any of the topics
 2   reflected in Exhibit 1?
 3       A.   I am aware of the fact that I'm to testify in
 4   connection with the subject matter.  Yes, I am aware of
 5   that.
 6       Q.   Could you -- so we don't have confusion with
 7   the document, could you tell us what topics you prepared
 8   to testify about?
 9            MR. McALEER:  Counsel, I can make -- make
10   it real clear just to again be --
11            MR. TOLCHIN:  I want to know what the
12   witness --
13            MR. McALEER:  -- real clear.
14            MR. TOLCHIN:  Chas.
15            MR. McALEER:  The sole --
16            MR. TOLCHIN:  Chas.
17            MR. McALEER:  -- topic for --
18            MR. TOLCHIN:  Chas.
19            MR. McALEER:  -- which he's speaking today --
20            MR. TOLCHIN:  Chas.
21            MR. McALEER:  Counsel --
22            MR. TOLCHIN:  I want to see --
23            MR. McALEER:  -- let me finish my statement.
24            MR. TOLCHIN:  -- what the witness knows.
25            MR. McALEER:  Counsel --
```

```
 1            MR. TOLCHIN:  No.

 2            MR. McALEER:  -- you're not allowed to --

 3            MR. TOLCHIN:  No.

 4            MR. McALEER:  -- talk over --

 5            MR. TOLCHIN:  But this --

 6            MR. McALEER:  -- somebody.

 7            MR. TOLCHIN:  But this is one of those

 8   long-winded coaching objections that's not allowed.

 9   I asked the witness what he prepared.  You're telling

10   me what you think he's going to say or he should say

11   or you hope he says.  But --

12            MR. McALEER:  Counsel, you finished?

13            MR. TOLCHIN:  -- I asked the witness a

14   question, not you.

15            MR. McALEER:  Are you -- are you finished?

16            MR. TOLCHIN:  Yes.

17            MR. McALEER:  Okay.  Now, completing my

18   statement, I made it real clear this witness is being

19   designated on the single category with respect to the

20   PLO that appears on page 1 of this document.  Please

21   ask him whatever substantive questions you want.  That's

22   the clarity you need for this record.

23       Q.   BY MR. TOLCHIN:  Sir, what does --

24            MR. McALEER:  And he's not being designated

25   for any of the categories noticed with respect to the
```

Page 37

1    Palestinian Authority in this document.  And I -- I

2    could not be more clear about that.

3              MR. TOLCHIN:  Okay.  Chas, you're not allowed

4    to talk other than to say "objection."  I can't be more

5    clear about that.  Try doing what you just did at trial.

6    See how far you'll get.

7         Q.   BY MR. TOLCHIN:  Sir, what topics did you

8    prepare to testify about today?

9         A.   I repeat to you what I have just said, on --

10   on the subject matter of this case.  And basically the

11   issue relates to the extent that there was involvement

12   by the PLO in -- in providing funding that is alleged

13   to have a role to play in the incident that led to this

14   case being filed against us.

15        Q.   And what did you do to prepare yourself to

16   testify about that topic?

17        A.   I read the documents prepared and sent to --

18   by officials of the -- of the relevant institutions,

19   in this particular case, the PNF, the Palestine National

20   Council [sic].

21        Q.   The PNF?

22        A.   Palestine National Council -- national --

23        Q.   National Fund or --

24        A.   Oh, sorry.  Sorry.  Fund.  PNF.  PNF.

25        Q.   Palestine National Fund?

Page 38

1          A.    That's correct.  Yes.

2          Q.    What else, if anything?

3          A.    Yeah.  That is basically -- that -- that's

4    what is going on.  And related to that -- related to

5    that is the possibility of whether or not funds may

6    have been provided, you know, by the Palestinian

7    Authority to -- to Fatah in connection with this

8    operation.

9          Q.    And what did you review, if anything, to

10   prepare yourself to testify?

11         A.    Testimony, affidavit signed by Mazen Jadallah,

12   Minister of Finance.

13               MR. TOLCHIN:  Did you get that?

14               THE REPORTER:  I'll get the spellings after.

15         Q.    BY MR. TOLCHIN:  You read an affidavit?

16         A.    Yeah.

17         Q.    What affidavit did you read?

18         A.    I mean, I do not know if this is the exact

19   name of the document that I have read.  But it's a

20   document that's signed by an officer of the Ministry

21   of Finance -- his name is Mazen Jadallah -- in which

22   he states, declares findings related to this case.

23   And the same applies to the declarations made by

24   officials of the PNF.

25         Q.    May I see the document for a moment?

 1        A.    (Witness complies.)

 2        Q.    Thank you.

 3              Did you do anything else to prepare for

 4   today's deposition?

 5        A.    Other than what I've just told you in --

 6   in terms of speaking to the individuals concerned,

 7   I haven't.  I didn't at least --

 8              THE REPORTER:  Haven't or have?

 9              THE WITNESS:  Have not.

10        Q.    BY MR. TOLCHIN:  Are you familiar with an

11   individual named Mr. Qurei?

12        A.    Yes.

13        Q.    I know that I -- I'm sure I butchered that

14   name.  It's a hard one to pronounce.

15        A.    I know the person you're talking about.

16        Q.    What is his full name?

17        A.    Ahmed Qurei.

18        Q.    Qurei.  And is he known by any other names?

19        A.    Abu Ala'a.

20        Q.    Okay.  And who is he?

21        A.    Abu Ala'a served in many different positions.

22   I believe the first role he served after the Authority

23   was established was head of Palestinian Council for

24   Reconstruction and Development.  He also, I believe,

25   was Minister of Economy.  It was called then Industry,

Page 40

1    if I'm not mistaken, in -- in the early days of the PA.

2         After the first Palestinian parliamentary

3    elections, which took place in January of 1996, he

4    became speaker of the PLC, the Council.  And he

5    continued to serve in that capacity until he became --

6    sorry -- until he became Prime Minister, I believe,

7    in late 2003.

8         Q.   Okay.  When did he stop being Prime Minister?

9         A.   When Haniyeh became Prime Minister in January

10   2000 -- oh, sorry.  I take that back.  The elections

11   took place in January 2006.  The government took office

12   in early March 2006.  So, legally speaking, he continued

13   to serve as Prime Minister through early March 2006.

14        Q.   Uh-huh.  And after he stopped being Prime

15   Minister, what did he become?

16        A.   He did not serve in an official capacity

17   within the PA after that, if I'm not mistaken.  I don't

18   think so.

19        Q.   Did you take any steps to prepare yourself for

20   testifying today about anything involving Mr. Qurei?

21        A.   Relative to the basic question which I

22   understand is the central issue here, in terms of the

23   financing and -- and modes of financing involved and --

24   and how the system worked or may have worked during

25   those days, yes, I'm prepared to testify to that.

Page 41

1        Q.    What steps did you take to prepare yourself

2    about -- to -- to testify about anything involving

3    Mr. Qurei?

4             Did you speak to him?  Did you read any

5    documents?  Did you do anything else?

6        A.    I did not speak to Mr. Qurei himself.  Because

7    once again, as I understand it, the period in question

8    here, the relevant period for consideration happened

9    during a time when I was not with the Palestinian

10   Authority.  So I didn't feel it was necessary to

11   speak to Mr. Qurei about this.

12       Q.    Did you take any steps to gather information

13   about any statements that Mr. Qurei may have made in the

14   past?

15       A.    No.

16       Q.    No?  Okay.

17             Did you take any steps to gather information

18   about any funds that Mr. Qurei may be holding or may

19   have held in the past in his personal name?

20       A.    No.

21       Q.    Okay.  Did you take any steps to inform

22   yourself as to whether Mr. Qurei made any particular

23   statements that have been attributed to him?

24       A.    Can you please ask the question again?

25       Q.    Okay.  Did anybody show you a statement that

Page 42

1   was reported in the media that Mr. Qurei supposedly said

2   and ask you to check if Mr. Qurei said it?

3        A.   Mr. Qurei is a public figure.  He made a

4   lot of statements, a lot of which I read myself.  But

5   I -- you know, I do not recall somebody handing over

6   to me something and said:  Read what Mr. Qurei said.

7   That never happened.

8        Q.   Okay.  But did anyone ask you to check whether

9   Mr. Qurei had made a particular statement or not?

10       A.   No.  That didn't happen.

11            MR. TOLCHIN:  Okay.  Can you mark this as an

12  exhibit, please?  This is 2?

13            THE REPORTER:  (Reporter nods head.)

14            (S. Fayyad Exhibit 2 marked.)

15            THE WITNESS:  (Examining.)

16       Q.   BY MR. TOLCHIN:  I'm showing you a

17  document, sir, Exhibit 2.  But just to identify it,

18  it's a document from the International Press Center

19  dated September 11th, 2009.

20       A.   September 11, 2009.  Okay.

21       Q.   Right over here is the date.  (Indicating.)

22       A.   Yeah.  Okay.

23       Q.   Okay.

24       A.   You want me to read it?

25       Q.   You know, I -- I want to -- I just want to

Page 43

1    clarify.  There's two dates on this document.  The

2    article appears to be dated June 21st, 2004.  The

3    September 11, 2009, is probably the date it was

4    printed out.

5            So did anyone show this document to you prior

6    to now?

7        A.   No.  I haven't seen it.

8        Q.   You've never seen it before?

9            Do you have any information whatsoever as to

10   whether Mr. Qurei made the statement that's attributed

11   to him in this document?

12       A.   You want --

13           MR. HIBEY:  He -- he needs -- he needs to

14   read --

15           THE WITNESS:  I need to read the document.

16           MR. HIBEY:  -- the document.

17       Q.   BY MR. TOLCHIN:  Go ahead.

18       A.   Yeah.

19       Q.   Go ahead.

20       A.   (Examining.)

21           MR. TOLCHIN:  Let me just ask the

22   videographer:  How are we on the tape?

23           THE VIDEOGRAPHER:  We have ten more minutes

24   left.

25           MR. TOLCHIN:  Maybe it would be a good time

Page 44

1    now while he's reading to change the tape.

2            THE VIDEOGRAPHER:  Okay.  Going off the record

3    at 6:51.

4            (Recess from 6:51 p.m. to 6:59 p.m.)

5            THE VIDEOGRAPHER:  Going on the record at

6    6:59.

7        Q.    BY MR. TOLCHIN:  Sir, what did you do

8    during the break?

9        A.    I smoked a cigarette.

10       Q.    Were you in a room -- in a private room with

11   your lawyers?

12       A.    Yeah, I was.

13       Q.    Did you talk about this case?

14       A.    No.

15           MR. HIBEY:  Wait -- wait a minute.

16           THE WITNESS:  No.  No, we didn't talk about

17   the case.

18           MR. HIBEY:  Whether we did or didn't -- and

19   the witness' testimony stands -- I object.

20           MR. TOLCHIN:  You can object.

21           MR. HIBEY:  It's privileged.

22           MR. TOLCHIN:  By the way, who's doing the

23   objecting here?  Is it Mr. Hibey or Mr. McAleer?

24           MR. HIBEY:  His lawyers.

25           MR. TOLCHIN:  All of you?  He has five lawyers

Page 45

1    sitting here.

2            MR. HIBEY:  He'll have three of them speaking

3    up if -- as something that is objectionable.

4            MR. TOLCHIN:  I -- I object to that.

5            MR. HIBEY:  Uh-huh.

6        Q.   BY MR. TOLCHIN:  Before we took a break,

7    sir, I asked you to read the article which is marked

8    as Exhibit 2.

9            Did you have a chance to read it?

10       A.   I did.

11       Q.   Okay.  And did you see statements in the

12   article that were attributed to Mr. Qurei?

13       A.   I did.

14       Q.   Do you know whether Mr. Qurei made those

15   statements?

16            And I want to be clear.  I'm not asking if

17   they're true or false.  I'm asking whether you know

18   whether Mr. Qurei said them?

19       A.   I don't know.

20       Q.   Okay.  Now, in June 2000 -- withdrawn.

21            You -- I believe you said that in -- that

22   Mr. Qurei became the Prime Minister in late 2003?

23       A.   That's correct.

24       Q.   That's the Prime Minister of the PA; correct?

25       A.   That's correct.

Page 46

1        Q.    And he was still Prime Minister of the PA in

2   2004; correct?

3        A.    He was.  Yes.

4        Q.    Yes?  Okay.

5              Besides holding positions in the PA, does or

6   did Mr. Qurei hold any positions in the PLO?

7        A.    No.  I don't believe he did.

8        Q.    He never did, never at any point in history?

9        A.    He currently is a member of the PLO Executive

10  Committee.  But he was not then.  This is all recent.

11       Q.    Okay.  So today he's a member of the

12  Executive --

13       A.    Today he is.  But he wasn't at the time.

14       Q.    Okay.  What is the Executive Committee?

15       A.    The Executive Committee is an organ of

16  the Palestine Liberation Organization elected by the

17  Palestinian National Council to act as its executive

18  so to speak.

19       Q.    Okay.  Can you explain what is the PLO, what

20  is the PA, and what is the connection between them?

21       A.    PLO is -- is the highest, in terms of

22  seniority, in the political system of Palestinian

23  people.  It's the highest organ.  And it was

24  recognized and continues to be as the sole legitimate

25  representative of all Palestinian people.  That

 1   continues to be the case today.

 2          After Oslo Accords, the Palestinian Authority

 3   was established.  And it was established as a product

 4   of an agreement between the PLO, acting on behalf of

 5   the Palestinian people, and the Government of Israel.

 6   As such, therefore, the Palestinian Authority, in terms

 7   of hierarchy, yes, it is a part of the system, the

 8   highest organ of which is the PLO.  But it -- it was

 9   charged a task specifically with managing the affairs

10   of the Palestinian people in the occupied Palestinian

11   territory.  So there is that relationship.

12          The head of the Palestinian National Authority

13   and the head of the PLO Executive Committee were the

14   same person since the inception of the Palestinian

15   Authority.

16          (Brief court reporter clarification.)

17          THE WITNESS:  Were the same person.  First,

18   late President Yasser Arafat, at the same time chairman

19   of the PLO Executive Committee.  Currently, President

20   Mahmoud Abbas, who also is chairman of the PLO Executive

21   Committee.

22      Q.   BY MR. TOLCHIN:  So you mentioned the

23   Oslo --

24      A.   Yes.

25      Q.   -- Accords.

1              What is the Oslo Accords?

2         A.    The Oslo Accords are the accords that led to,

3    among other things, the creation of the Palestinian

4    Authority.

5         Q.    Is it accurate to say that the Oslo Accords

6    was an agreement between Israel and the PLO?

7         A.    That's exactly what I said.

8         Q.    Okay.

9         A.    Yes.

10        Q.    And the Oslo Accords created the PA --

11        A.    That's correct.

12        Q.    -- to administer certain territories?

13        A.    That is correct.

14        Q.    And the PLO existed before the PA?

15        A.    That is correct.

16        Q.    And does the PLO -- withdrawn.

17              When did the PLO begin to exist?

18        A.    1964.

19        Q.    And what is or was the function of the PLO?

20    And if it changed over time, you could tell me that.

21        A.    It acted as a representative of the

22    Palestinian people, assumed the responsibility of

23    protecting the interests of Palestinian people and

24    representing them.  And it started to gain recognition

25    as such first in the region, then internationally

1  beginning in 1974, as a matter of fact, when it was

2  recognized as the sole legitimate representative of

3  the Palestinian people by Arab countries.

4          And over the period since then, through 1993,

5  other countries joined in in that recognition.  In

6  1993, in the context of the Oslo Accords, the PLO was

7  recognized as such by the State of Israel.  That was

8  part of what is referred to under the Oslo Accords as

9  the Declaration of Mutual Recognition, when the State

10  of Israel recognized the PLO as a representative of

11  Palestinian people.  And the PLO, in return, recognized

12  Israel's right to exist in peace and security.

13          Q.    And does the PLO have components or

14  constituent parts?

15          A.    Yes.  The highest council of the PLO is the

16  Palestinian National Council, which, if you want, refers

17  to a structure that can be thought of as a parliament,

18  if you will, several hundred delegates.  Within that,

19  there is the Palestinian Central Council, which is a

20  smaller version of that bigger body.  And it acts on

21  its behalf in the event that the Palestinian National

22  Council cannot meet.

23          And then, of course, in terms of executive

24  authority, it is delegated to the -- the -- the

25  Executive Committee of the PLO.  And the Executive

Page 50

```
 1    Committee of the PLO is elected by the Palestinian
 2    National Council.  These are the rules.
 3         Q.   Okay.  And are there other organizations that
 4    are part of the PLO?
 5         A.   Factions.  Yeah.
 6         Q.   Factions.  Okay.
 7         A.   Yeah.  Palestinian factions.  Yes.
 8         Q.   And what are some of the larger factions?
 9         A.   The largest by far is Fatah.
10         Q.   Okay.  Are there others?
11         A.   Yes.  There is, for example, Democratic Front
12    for the Liberation of Palestine.  You know, I'm now
13    going through the translation from Arabic to English.
14    There is Nidal Shabi (phonetic).  There is Palestine
15    Liberation Front.  There's several factions.
16         Q.   What is Black September?
17         A.   Black September is a name that a group assumed
18    and took -- now, if I recall correctly -- back in 1970,
19    claiming at that time that they were a faction of Fatah
20    or something like that.
21         Q.   Uh-huh.
22         A.   But it's a self-assumed, you know,
23    characterization.
24         Q.   Does it exist today?
25         A.   No.  I don't believe it does.
```

1      Q.    Okay.  Did Mr. Qurei hold any position in the

2  PLO in the year 2004?

3      A.    No, he didn't.

4      Q.    Okay.  I have another document for you.

5      A.    Can I add something?

6      Q.    Absolutely.

7      A.    Just to clarify.  I just want to make sure.

8      Q.    Anytime you want to clarify --

9      A.    Yeah, yeah.

10     Q.    -- just --

11     A.    Just so -- so everything is clear and --

12  and no comment is taken out of context or -- or

13  misunderstood.

14     Q.    Uh-huh.

15     A.    When I say he did not have a position on --

16  of the PLO, I meant he did not have any position of

17  authority within the PLO.  Because in the way the

18  system is constituted, as member of -- as a speaker

19  of the PLC and heads of committees of the PLC, the

20  Palestinian Legislative Council, are automat --

21  automatically members of the Central Council, for

22  example.

23          Now, when the Central Council of the

24  PLO meets, for -- for example, you know, like any

25  parliament, a parliament has several committees.  Heads

1    of committees and the speaker are members.  In the PNC,

2    Palestinian National Council, the membership of the --

3    of the Legislative Council is membership in the PNC.

4         You know, of course, the PLO predated the

5    creation of the Palestinian Authority.  So these --

6    these are things and -- and norms that evolved into

7    being.  It was understood that, if you are a member

8    of the PLC, Palestinian Legislative Council, you

9    automatically are a member of the PNC.  But that does

10   not really mean that you are in a position of authority.

11   You are only if you are in one of those organs that

12   I described to you in a -- in a -- in the executive

13   authority.

14      Q.   So how does that clarification apply to

15   Mr. Qurei in 2004?  Was he a member of something?

16      A.   It doesn't change anything.  I mean, I would

17   answer the question the same way.  I just wanted to

18   clarify to make sure that I'm understood correctly

19   and -- and -- and precisely in terms of what is meant.

20        In other words, I said and I repeat now, he

21   did not have a position of authority within the PLO

22   then.

23      Q.   Okay.  And how about yourself, sir, do you

24   have a position in the PLO?

25      A.   I do.  Because under the Council -- I mean,

1    the PLC -- I told you I was elected to a seat, the

2    Council, in January 2006.  I was elected as head of

3    Budget Committee.  And heads of committees in the PLC

4    are members of the Central Council.  And the membership

5    of the PLC is membership of the PNC.  So yes, but --

6    but -- but neither is a position of authority.

7              I mean, the PLO represents all of us.  And

8    I do not belong to a faction -- to any of the factions.

9    But by virtue of my member -- membership in the PLC and

10   also by being head of a committee in the PLC, I -- I

11   have that capacity as well.

12             MR. TOLCHIN:  Okay.  Could you mark this,

13   please?

14             THE WITNESS:  Oh, let me just also add for the

15   record that right now, you know, as Prime Minister, I

16   take part in the meetings of the PLO Executive Committee

17   as an observer.  But I'm not a member of the Executive

18   Committee of the PLO.

19        Q.   BY MR. TOLCHIN:  Okay.  We're giving you

20   another document to --

21        A.   Oh, you have?

22        Q.   She has to put the sticker on it.

23        A.   Where is it?

24             MR. HIBEY:  It's coming.

25             THE WITNESS:  Oh, it's coming.

1          MR. TOLCHIN:  It's coming.  If you want to

2    take a look at my copy while she's marking it, things

3    will go faster.

4               (S. Fayyad Exhibit 3 marked.)

5          MR. TOLCHIN:  Maybe you want to swap it.  He's

6    looking at my copy.  And you -- and you're holding the

7    official copy.

8          MR. HIBEY:  Hand him that copy.

9          THE WITNESS:  Here it is.  Okay.

10         MR. HIBEY:  Sir, I give you the marked one.

11   You see the exhibit --

12         THE WITNESS:  Exhibit --

13     Q.   BY MR. TOLCHIN:  They're exactly the same

14   except for the yellow sticker.

15     A.   (Examining.)

16     Q.   Did you have a chance to look over that

17   document?

18     A.   I have.

19     Q.   And just to identify it for the record, it's

20   an article from the Ma'an News Agency.  It has a date

21   3/25/08.

22          Have you ever seen this document before today?

23     A.   I do not recall at all.  No.

24     Q.   Did you see that this document contains

25   certain statements attributed to Mr. Qurei?

Page 55

1       A.    Yeah.   I've just seen that.

2       Q.    Okay.   Do you know whether Mr. Qurei made the

3   statements attributed to him in this article?

4       A.    I don't.

5       Q.    You don't know?

6       A.    No, I don't know.

7       Q.    Okay.   Fair enough.   That's always the easy

8   answer.

9            MR. ROCHON:   Bob.

10            MR. TOLCHIN:   Yes?

11            MR. ROCHON:   We'd object, I mean your comment

12   on easy answer.   It's the truthful answer.

13            MR. TOLCHIN:   Oh, I didn't mean anything

14   pejorative by that.   I just mean I get to cross out

15   a page worth of questions.

16            MR. HIBEY:   Good.

17            MR. ROCHON:   You meant easy for you.

18            MR. TOLCHIN:   Yes.   Easy for all of us.   We'll

19   all go home sooner.   I didn't mean to offend anybody by

20   that.

21       Q.   BY MR. TOLCHIN:   Do you know, sir, whether

22   Fatah had an account at the Arab Bank in Jordan at

23   any time?

24       A.    No, I did not know that.

25       Q.    I'm asking.

```
 1        A.    It's -- it's possible.

 2        Q.    I'm not telling you.  I'm -- I'm asking you.

 3        A.    It's possible.  But I did not know that.

 4        Q.    Specifically in the time period of 2000 to

 5   2002 --

 6        A.    No.

 7        Q.    -- do you know whether Fatah had an account

 8   at the Arab Bank in Jordan?

 9        A.    No, I did not know that.

10        Q.    Okay.  Have you ever heard of an account

11   No. 21250/510 at Arab Bank?

12        A.    If what you're referring to is what is in this

13   article here --

14        Q.    No, I'm -- I'm not talking about the article.

15        A.    Oh, okay.  Because I -- no, I don't -- I'm

16   not aware of any such account.  I do not know the

17   existence of the account, I mean, in respect of the

18   number.

19        Q.    Okay.  From your experience as a manager at

20   Arab Bank, did you have any awareness of the existence

21   of Fatah accounts at Arab Bank?

22        A.    No.  I was not aware of -- of Fatah accounts

23   in Amman, Jordan.

24        Q.    Okay.  Now I want you to see.  (Indicating.)

25        A.    Okay.
```

 1          Q.    Are you familiar with an individual named

 2   Marwan Barghouti?

 3          A.    Yes.

 4          Q.    And who -- who is Marwan Barghouti?

 5          A.    Marwan Barghouti is a member of the

 6   Palestinian Legislative Council.  He's currently

 7   in a Israeli jail.

 8          Q.    When did he become a member of the PLC?

 9          A.    PLC.

10          Q.    The PLC?

11          A.    Yes.

12          Q.    That's the correct one?

13          A.    Yes, the correct one.  PLC.

14                1996, first Palestinian Legislative Council.

15   And he also was elected in the second election

16   which took place in January 2006.

17          Q.    So his --

18          A.    So he's always been, since the inception of

19   the Palestinian Authority, a member of the PLC.  Yes,

20   that is correct, the PLC.

21          Q.    And did Marwan Barghouti have any position

22   in Fatah that you're aware of?

23          A.    I know that he was a member of Fatah.  He

24   may have been a member of the Revolutionary Council.

25   I know now that he is -- he was elected to the Central

1    Committee of Fatah in the convention that was held in

2    August of last -- of last year, 2009.  And he may have

3    been as well, in fact, as a member of the so-called

4    Revolutionary Council, which is a broader organ of --

5    of -- of Fatah.

6        Q.    Okay.  Could you tell us, please, what he --

7        A.    But I'm not really sure about the earlier.

8    I mean --

9        Q.    Fair enough.

10       A.    -- could have been.  I'm -- I'm not sure.

11   But -- but I believe he was.

12       Q.    Could you tell us, please, what is Fatah?

13       A.    It's one of those Palestinian factions I

14   referred to that make up the PLO.  And it was -- I

15   mean, it was and continues to be -- has been always

16   the -- the largest of the factions.

17       Q.    What does Fatah do?  For example, you told us

18   that the PA administers certain territories.

19       A.    Yeah.

20       Q.    So what -- what does Fatah do?

21       A.    Well, Fatah now acts like a -- a political

22   party acts in other countries around the world.  I mean,

23   they are like other factions, to me like a political

24   party.

25       Q.    Okay.  Besides functioning like a political

1    party, has Fatah ever had any other roles?

2        A.    Ever?  Yes.

3        Q.    Since its inception.

4        A.    I'm talking about, you know, the period after

5    the PA came into existence.  I mean, after the PA came

6    into existence and after the Oslo Accords in late

7    2000 -- no -- in 1993, they became more or less like

8    a political party, like other Palestinian factions.

9        Q.    And what did they do before the Oslo Accords?

10       A.    I mean, they were like other factions,

11   liberation movements outside of Palestine in different

12   places in the region --

13       Q.    What -- what --

14       A.    -- Jordan, Lebanon, Syria, then Tunisia

15   towards the very end.  Like other factions, other

16   Palestinian factions.

17       Q.    What do you mean by "liberation movement"?

18       A.    Our -- our political program is a program of

19   Palestinian -- of the Palestine Liberation Organization,

20   PLO, is one that does have as achieved goal ending the

21   occupation that began in 1967 and the establishment of

22   a state of Palestine on the territories occupied in

23   1967.

24       Q.    When was Fatah established?  When was it

25   created?

1      A.    '64, '65.

2      Q.    So is it your testimony, sir, that Fatah was

3    established to end the occupation in 1967, but it was

4    established before that occupation began?

5      A.    No, no.  No.  I -- what I said was clear.

6    I said the program of the PLO.  And by that, it is

7    meant and it is well understood to be the program of

8    the PLO that was articulated and announced in Algiers

9    in 1988.  That's what we're talking about.  That

10    predated Oslo Accords but came nearly 20 years after

11    the Israeli occupation took place in 1967.

12           And Fatah has a faction within the PLO and

13    was -- definitely the PLO would not have adopted that

14    position had Fatah been in disagreement with that

15    position.

16      Q.    But it is accurate that Fatah was established

17    before the occupation began?

18      A.    Oh, yes.  That is true.  That is true.

19      Q.    Do you know what activities Mr. Barghouti

20    carried out in the time frame of 2000 to 2002 on behalf

21    of Fatah?

22      A.    No.  I'm not really aware of precisely what

23    Marwan Barghouti did as a member of Fatah during that

24    period.

25      Q.    Do you -- do you know --

Page 61

1        A.    He was -- he was active during the earlier

2    years of the Intifada, taking part in demonstrations.

3    I -- as a matter of fact, Marwan Barghouti was arrested

4    and jailed by Israeli authorities before I joined the

5    Palestinian Authority.  And I remember seeing him on --

6    on television, taking part in demonstrations in

7    connection with the earlier years of the uprising.

8        Q.    Now, you used a term, sir, "Intifada"?

9        A.    Correct.

10        Q.    Could you tell us what that term means?

11        A.    Well, you know, if you listen to the

12    commentary today, it definitely seems to mean different

13    things to different people.  The -- the term "Intifada"

14    came into being in connection with what is referred to

15    and known as the First Intifada going back to 1987 and

16    which took the form at the time it -- it happened as an

17    expression of rejection of the Israeli occupation to

18    the form of what might be characterized as disobedience

19    and -- in the end and expression of rejection of the

20    occupation.  And it was, particularly in the earlier

21    years of it, nonviolent.

22             That was not the case in the Second Intifada,

23    which broke out in late 2000, which was characterized

24    by violence from earlier years.

25        Q.    What type of violence?

Page 62

```
 1        A.    All kinds of violence.

 2        Q.    Violence including explosions?

 3        A.    Yes.

 4        Q.    Molotov cocktails?

 5        A.    That too.

 6        Q.    Shootings?

 7        A.    Yes.

 8        Q.    Suicide bombings?

 9        A.    Yes.

10        Q.    Who organized the Second Intifada?

11        A.    I do not know if one can really say that it

12  was organized, you know.  The Intifada actually is --

13  as the word -- the term suggests, is some -- it's an

14  uprising.  It's -- it's -- it's something that basically

15  starts from a bottom up.  It's not that somebody calls

16  from the top.  You hear that expression used today a

17  lot.

18            If I may elaborate a little bit to basically

19  explain to you where all of this comes from.  Yesterday,

20  I had a -- a meeting with the media and all talking

21  about various references to Intifada, people -- people

22  calling for Intifada.  And I sort of really, in a way,

23  took issue with that in a sarcastic way, saying it's

24  not something you call for.  I mean, Intifada, by

25  definition, is something that happens.  As recently
```

Page 63

1    as yesterday I was saying that.  So I don't know if

2    it is fair or right to say that it was organized.

3    I'm not sure one can say that.

4         Q.    Would you agree with me that, in order for

5    somebody to carry out a suicide bombing, just as an

6    example, they have to obtain explosives, disguise it in

7    a certain way, organize logistics, get to the location?

8         A.    Yeah.  I --

9         Q.    They need a certain amount of intelligence

10   about where to go and how to do it.  There's -- there's

11   a lot of steps before you can carry out that attack.

12             Would you agree?

13        A.    That's a reasonable supposition.  I was

14   answering a different question.

15        Q.    Okay.

16        A.    I was answering a question, as I understood

17   it, that said who organized the Intifada in the sense

18   of getting it started.  But what you have said is a

19   reasonable characterization.

20        Q.    So once the Second Intifada started --

21        A.    Yes.

22        Q.    -- were there any organizations, to your

23   knowledge, that were involved in organizing Intifada

24   activities?

25        A.    Were there organizations?

Page 64

1      Q.    Yes.

2      A.    You know, I do not know exactly how, you know,

3  this happened in the form of organization.  I -- I

4  accept the supposition that, for certain things to

5  have happened in the way they did, there must have

6  been some organization.  Exactly how that worked out,

7  I'm not really sure I know the answer to that question.

8      Q.    Do you know who would know that?

9      A.    Pardon me?

10      Q.    Would somebody else at the Palestinian

11  Authority have that information?

12      A.    I -- I have not encountered a Palestinian

13  Authority official who says he knows as to how this

14  is -- this was organized.

15      Q.    Uh-huh.  Would you agree with me, sir -- and

16  maybe you don't.  I don't want to put words in your

17  mouth.  But let me ask it differently.

18           Do you personally have a problem with the idea

19  of somebody conducting a suicide bombing in a restaurant

20  where people are just sitting around and eating?

21      A.    I do.

22      Q.    You do?

23      A.    I do have a problem with that.  For sure.

24      Q.    Okay.  It's not something you personally

25  approve of?

1      A.    Absolutely not.  I wouldn't approve of any

2   such act.

3      Q.    Are you aware that such attacks were carried

4   out as part of the Second Intifada?

5      A.    I am.

6      Q.    Okay.  As Prime Minister of the Palestinian

7   Authority, have you conducted any investigation to

8   determine who did those attacks?

9      A.    Just to place matters into perspective and

10   the right context, I became Prime Minister in June of

11   2007 --

12      Q.    Uh-huh.

13      A.    -- against the backdrop of a country on the

14   verge of complete collapse, with Gaza having gone the

15   way it did and circumstances that are well-known, but

16   with conditions of -- of chaos and total lawlessness

17   reigning supreme and it was back as well.  That's what

18   I really had to deal with, to stabilize things and

19   establish conditions of law and order.  That's more

20   than any person in the government, you know, can handle

21   given the circumstances.

22          To think that -- given, you know, what we

23   really had to contend with -- and when I say that the

24   Authority -- the country was really on the verge of

25   complete collapse with acts of violence, retribution,

1  vandalism, to think that, however important, the Prime

2  Minister of the Palestinian Authority would have had

3  the capacity to look and to act at incidents, actions

4  that took place several years before, to me, sir,

5  that was not -- I mean, it's not that I think it is

6  unimportant.  It's just really given the overwhelming

7  sense of responsibility and to have been completely

8  immersed in the issues of -- the issues that I had to

9  confront then, there was just no way I could have been

10  preoccupied with that.  And that continues to be the

11  case today.

12          I'm not here to suggest that that -- that's

13  not significant.  All I'm telling you is that the

14  priority, as I see it, is to ensure that things like

15  this don't happen again, that our security services

16  are rebuilt, that conditions of law and order are

17  established, that we have a government that's capable

18  of doing that which the government should do, to provide

19  services to our people adequately, again, starting from

20  virtually ruins.  And that's -- that's what I really was

21  looking at in 2007.

22      Q.   So the short answer is, no, you did not do

23  such investigations?

24      A.   That's -- that's my answer, yes --

25      Q.   Okay.

Page 67

1       A.    -- for the reasons I explained to you.

2       Q.    Understood.

3       A.    Yeah.

4       Q.    Now, the Palestinian Authority has a police

5   force, doesn't it?

6       A.    It does.

7       Q.    And approximately how many people are employed

8   by the PA police?

9       A.    At present we have about 65,000.

10       Q.    65,000 --

11       A.    Yes.

12       Q.    -- employees?

13       A.    In all -- in all branches of security

14   services.

15       Q.    Okay.  How many different security services

16   are there within the Palestinian Authority?

17       A.    We have the police, civil police.  We have

18   National Security Force, NSF.  We have Protective

19   Service, PSO.  We have general intelligence.  We have

20   military --

21              (Brief court reporter clarification.)

22              THE WITNESS:  General intelligence.  We have

23   military intelligence.  And we have civil defense, which

24   basically it refers to the task of firefighting and

25   emergency relief and things like that.  That's what we

Page 68

1    have.

2        Q.    BY MR. TOLCHIN:  So understanding that you

3    yourself personally were focusing on what you viewed

4    as other priorities, did you direct any of the

5    65,000 people who are employed in the Palestinian

6    Authority security services to investigate who was

7    organizing these suicide bombings?

8        A.    I --

9            MR. HIBEY:  Excuse me.  What suicide bombings

10   are you talking about --

11           MR. TOLCHIN:  The ones in the Second Intifada.

12           MR. HIBEY:  -- and when?

13           MR. TOLCHIN:  Yeah.

14           MR. HIBEY:  The ones in the Second Intifada?

15           MR. TOLCHIN:  Yes.

16           MR. HIBEY:  Tell me the time period you're

17   referring to.

18           MR. TOLCHIN:  The witness knows.  It's his

19   term, "Second Intifada."

20           MR. ROCHON:  So the record is clear, just give

21   us a time period.

22           MR. TOLCHIN:  What is it, like

23   Jack-in-the-Box?

24       Q.    BY MR. TOLCHIN:  I'm referring, sir, to

25   the Second Intifada.

1      A.    Yeah.  As I explained to you, I did not for

2    the reasons I mentioned to you.

3      Q.    Okay.

4      A.    Those numbers and those security services that

5    I just spoke of were in a state of shambles, if you

6    will, virtually on the verge of complete disintegration,

7    highly disorganized, no management structure --

8    structure to speak of, I mean, total lawlessness.

9           All you have to do is refer to coverage of

10   events during that time period to -- to get what I'm

11   talking to you about.  It was a major preoccupation for

12   me to build up the security capabilities of Palestinian

13   Authority.

14     Q.    Okay.

15     A.    And that -- that's what we were really

16   consumed with.  As I said, it's not a judgment, that

17   those suicide bombings and acts of violence were

18   insignificant.  That's not the case.  It's just because

19   to ensure that we are in a position to ensure law and

20   order, control, and that we are in a position to provide

21   security service to our people in an effective manner,

22   that's more than a full-time job, believe me.

23     Q.    I asked you about suicide bombings.

24     A.    Yes.

25     Q.    This case doesn't involve a suicide bombing.

Page 70

1    In this case --

2         A.   Yeah.

3         Q.   -- the plaintiff was shot by a person with a

4    rifle who was hiding by the side of the road as he was

5    driving past.

6              Would you -- would I be correct that you

7    personally do not approve of that type of random attack?

8         A.   Absolutely.

9         Q.   Absolutely you do not approve?

10        A.   I do not approve of that at all.  I do not

11   approve of violence.  Everybody knows that, as a matter

12   of record.  I stand on that, and I have been promoting

13   that message of nonviolence.

14        Q.   And --

15        A.   Yeah.

16        Q.   -- would it be accurate to say that you also

17   did not conduct any investigation into the issue of who

18   carried out this shooting attack against Mr. Saperstein?

19        A.   No.  It's fair to say that.  No, I have not.

20        Q.   Or -- or any other --

21        A.   Or any other.

22        Q.   -- similar attack?

23        A.   No, I haven't.

24        Q.   Okay.

25        A.   Prior to my assumption of duties as Prime

1    Minister, the statement applies to that period.

2         Q.    Okay.  And going back to Mr. Barghouti, do

3    you know what, if anything, was his position in Fatah

4    in 2000 to 2002?

5         A.    I believe I answered that question.

6         Q.    I just want to make sure.  I don't think we

7    had the time frame.  That's why I'm going back over it.

8         A.    No, what I said then applies to all that I

9    know about Barghouti's involvement with -- with Fatah.

10        Q.    Do you know anything about the source of any

11   funds that Mr. Barghouti received to conduct Fatah

12   activities in the years 2000 to 2002?

13        A.    I do not know, you know, if -- if Barghouti

14   had involvement in operations that use funding of any

15   kind.  I'm not aware of that.  In other words, I'm not,

16   you know, aware that Barghouti was an address for --

17   for involvement in -- in these operations.

18        Q.    Is -- do you have any information about what

19   Mr. Barghouti was doing in the time frame of 2000 to

20   2002?

21        A.    Yeah.  All -- all I know about that is what

22   I told you.  During that period, the earlier years

23   of the Second Intifada, I remember seeing him on

24   television, taking part in a number of demonstrations,

25   street demonstrations.  In other words, he was active

Page 72

1    in those operations what you -- as someone once referred

2    to as an activist, I guess.  He was active in -- in

3    demonstrations.  I -- I saw coverage of that, but

4    that's the extent of my knowledge.

5        Q.    I have another article for you.

6              (S. Fayyad Exhibit 4 marked.)

7        Q.    BY MR. TOLCHIN:  Sir, I'm showing you a

8    document --

9              MR. HIBEY:  Could you indulge me a moment,

10   Counsel?  Thank you.

11       Q.    BY MR. TOLCHIN:  I'm showing you a

12   document which I'll -- just for the purpose of

13   identification, I'll say is a Jerusalem -- an

14   article from the Jerusalem Post Internet edition.

15   It has a date of Wednesday, March 28, 2001.  And

16   we're only talking about the portion of the printout

17   in the center of the page, which is the article

18   itself, not the links and advertisements that appear

19   around it.

20       A.    (Examining.)  Okay.

21       Q.    Have you ever seen this document before?

22       A.    I -- the document itself, no, I -- I don't

23   recall seeing it.

24       Q.    Have you ever -- withdrawn.

25              Do you know whether Mr. Qurei made the

Page 73

```
 1   statements that are attributed to him in this article?

 2        A.   Let me see.

 3             First, I think he's mischaracterized as having

 4   been Minister of Planning and International Cooperation

 5   in this article.  And he never was.

 6        Q.   Let me -- let me just say that --

 7        A.   Yeah.

 8        Q.   -- I -- I will -- the next question was to ask

 9   you what his position was at the time.

10        A.   Yeah.

11        Q.   I'm focusing with this question on the

12   statements that it refers to him having made.

13        A.   Yeah.  I'm --

14        Q.   Do you know whether he made those

15   statements --

16        A.   I'll -- I'll --

17        Q.   -- or not?

18        A.   I'll read through it.  I just made this

19   observation because I read the first two lines and

20   the coverage and it said "Minister of International

21   Cooperation and Planning."  He simple wasn't.  But,

22   in any event, let me read through what I assume --

23   what it has to say.

24             (Examining.)  I have read it.  Yes.  I have

25   completed reading the statement.
```

1        Q.    Okay.  Do you know whether Mr. Qurei made the

2    statements that are attributed to him in this article?

3        A.    No.  I do not know that.

4        Q.    Okay.  And do you know what position in the PA

5    or the PLO Mr. Qurei held in March of 2001?

6        A.    Neither.  He at the time was speaker of --

7        Q.    Speaker of what?

8        A.    -- of the Palestinian Legislative Council,

9    PLC.

10        Q.    Speaker of the PLC?

11        A.    Yes.  And as such, he could not have been a

12    minister legally.

13        Q.    Okay.  But the PLC is ultimately part of the

14    PLO; is that correct?

15        A.    Well, you know, the PA, as I explained to you,

16    in terms of the hierarchy or the Palestinian political

17    system, all of it is -- is that way.

18             But I repeat what I said before.  He did not

19    have then an executive position or position of authority

20    within the PLO.  He was speaker of the PLC, which is an

21    organ [sic] of the PA.  That's --

22        Q.    The PLC is an organ of the PA?

23        A.    Of the PA.  It's the -- it's the parliament

24    of the PA so to speak.

25        Q.    Okay.  Do you know who was the Minister of

Page 75

1    Planning and Cooperation in March of 2001?

2         A.    I believe it was Nabil Shaath who was.

3         Q.    Nabil Shaath?

4         A.    I believe.

5         Q.    But you're not sure?

6         A.    I could check that.  But I'm -- I'm -- I'm

7    fairly sure.  Minister of Planning and International

8    Cooperation, he -- yeah, I believe it was Nabil Shaath.

9         Q.    Okay.  I'm going to move on to a new topic.

10             Does anyone need a bathroom, cigarette break,

11   tape change, or just move on?

12        A.    Let's move on.

13        Q.    Okay.

14        A.    Thanks for the offer anyway.

15        Q.    The witness yesterday needed a cigarette break

16   very often.

17             Do you know about any funds received by the

18   Palestine National Fund, PNF, between October 1st, 2000,

19   and February 18th, 2002?

20        A.    Funds?

21        Q.    Received by the PNF in the time frame of

22   October 1, 2000, to February 18, 2002?

23        A.    You know, I can tell you the -- what I said

24   before.  I was not with the Palestinian Authority at the

25   time.

 1        Q.    Uh-huh.

 2        A.    But money, I mean, in terms of sources of

 3   funding, after the PA came into being, the PLO, given

 4   everything I know now -- it wasn't during those years --

 5   but ceased to have its own independent sources of

 6   funding largely.  I mean, so, you know, funding for

 7   its own operations did come from the PA.

 8              (Brief court reporter clarification.)

 9              THE WITNESS:  "Did."

10        Q.    BY MR. TOLCHIN:  So the PA --

11        A.    Well, I -- I assume basically, during that

12   time period, the -- the PNF did get money from the PA.

13        Q.    Okay.  Are -- are you testifying about

14   something you know for sure, or you're just surmising?

15        A.    Well -- well, given what I know now -- I mean,

16   I can tell you -- I mean, I -- I know now what is going

17   on.

18              The -- the PNF disburses money, for example,

19   to our representatives abroad, meaning like ambassadors,

20   if you will.  Now, that money, you know, comes from

21   the PA to pay for the ambassadors.  But given that the

22   foreign affairs portfolio -- given its representational

23   dimension is thought to be the purview of the PLO as

24   a function that's handled by the financial organ of the

25   PLO, which is the fund, the PNF.  Money for that did

Page 77

1    come from -- for example, did come from the PA.  I mean,

2    it -- it does come from the PA today.

3        Q.   So the --

4        A.   So -- so --

5        Q.   So the PA gives money to the PNF?

6        A.   Yes, it does.

7        Q.   Okay.  Do you know -- are you -- do you know

8    or are you just assuming that that was -- that -- that

9    in the period of -- of October 2000 to February 2002

10   that the PA gave money to the PNF?

11       A.   I know that to be the case today.  And I

12   assume it was the case before, meaning including the

13   period that you talked about.

14       Q.   Did the PNF have any other sources of funding

15   between October 2000 and February 2002?

16       A.   I do not know for sure as I told you.  But

17   as is well-known since the inception of Palestinian

18   Authority, funding for Palestinians started to be

19   directed exclusively and to be channeled exclusively

20   through the PA.

21            So for the most part, the answer will have

22   to be that the funding for P -- PLO or to the PNF,

23   the Palestine National Fund, comes mostly, if not

24   completely, from the Palestinian Authority or it has

25   been since the inception of Palestinian Authority.

Page 78

1    That is what I assume has happened since the inception

2    of the Palestinian Authority.  That's what I know is

3    happening today.

4         Q.   Do you know how much money in total came from

5    the PA to the PNF during the period of October 1st,

6    2000, to February 18, 2002?

7         A.   No, I don't.

8         Q.   Okay.

9         A.   I don't.

10        Q.   Who does the PNF pay money to?

11        A.   You know, PNF, as I told you, for example,

12   they -- they pay our representational offices abroad,

13   like embassies.  They're not called embassies, but --

14   in most places, they're not called that.  But that's

15   part of the -- of -- of what they do.  Organizations

16   affiliated with -- with the PLO as such.  Like unions

17   and -- and things like that, they get paid from the PLO

18   and through the PNF.  So that's what it is.

19        Q.   Okay.  Let me just go back to something for

20   a second.

21             Have you ever been involved in any way with

22   funding violent attacks?

23        A.   No.  Absolutely not.

24        Q.   Have you ever been involved in the payment

25   of rewards, let's call it, to people who carried out

```
 1   violent attacks?

 2        A.   No.

 3        Q.   Have you ever been involved in paying benefits

 4   to families of people who died carrying out violent

 5   attacks?

 6        A.   We -- we have a -- we have programs, you know,

 7   social programs for families of people currently in

 8   Israeli jails on the charges that they were involved

 9   in acts of the kind that you describe.

10        Q.   Uh-huh.

11        A.   But those are in the nature of welfare

12   programs for families.  They're not in the nature of

13   rewards for those who are currently in jail or otherwise

14   have died.

15        Q.   During the time that you were at Arab Bank --

16        A.   Yes.

17        Q.   -- were you in any way involved with

18   transferring money to individuals who had carried

19   out violent attacks or their family members?

20             MR. ROCHON:  Mr. Prime Minister, I'm going

21   to be objecting.

22             Just -- I know that you believe the scope is

23   very broad even though there's a limited --

24             MR. TOLCHIN:  Uh-huh.

25             MR. ROCHON:  -- scope of -- for which he's
```

Page 80

1    been presented here.  However, taking him to a job that

2    he had so long ago with the Arab Bank has no relevance

3    to this matter.

4              MR. TOLCHIN:  It certainly has.

5              MR. ROCHON:  My -- I understand you maintain

6    the ability to ask the question.

7              MR. TOLCHIN:  Uh-huh.

8              MR. ROCHON:  And our scope objections are

9    generally preserved.  I'm not going to instruct the

10   witness.  But we do think that you need to move to

11   topics that are within the scope of this case, even

12   if not within the scope of the notice.

13             MR. TOLCHIN:  Okay.  I brought you a little

14   present today.  You can -- I'm handing counsel a copy of

15   the decision in the case of King versus Pratt & Whitney,

16   161 FRD 475, which was affirmed by the 11th Circuit.

17   And it finds explicitly that a 30(b)(6) witness may be

18   asked any question whatsoever, not -- and there is no

19   limitation by virtue of the 30(b)(6) notice.  There are

20   dozens of other cases saying the same thing.

21             MR. ROCHON:  Obviously, the relevant -- the

22   objection, which is always preserved, in any event,

23   is that the significance of the answer does depend

24   on whether or not he's speaking within the scope of

25   the notice.  And as you go outside the scope of the

```
 1   notice -- I -- I'm not seeking to argue.  I made the
 2   objection.  I said I wasn't going to instruct the
 3   witness.  I -- I appreciate the case.
 4            MR. TOLCHIN:  Specifically what the case says
 5   is, if he doesn't know, then you can't bust him for not
 6   having prepared.  But you can ask him anything he knows
 7   about it.
 8            MR. ROCHON:  Go ahead.  I did -- I said I
 9   wasn't going to instruct the witness.  I appreciate
10   hearing about the case.
11            MR. TOLCHIN:  Okay.  So back to my question.
12   Can you read the question back?
13            (Pending question read.)
14            THE WITNESS:  What I can tell you is that
15   I was with the bank for only a few months.  And I --
16   I -- in the nature of my job as a regional manager,
17   not managing a branch of the Arab Bank, you know, I
18   was not in a position to follow transactions in the
19   sense of -- given that was really my first job with --
20   with any banking institution to begin with, in answer
21   to the question, to know money went through the bank
22   to an individual who may have been involved or a family
23   of an individual who had been involved in one -- in an
24   actual -- I don't know.  I -- I don't know that.
25            I mean, I was not in a position to know that,
```

1    given the nature of the job at the time and the brevity

2    of the time period in which I was a manager of the bank.

3    I was not manager of a branch, in other words.

4         Q.   BY MR. TOLCHIN:   When you were at Arab

5    Bank --

6         A.   Yeah.

7         Q.   -- were you aware on any level that Arab Bank

8    was being used to transfer money to people who carried

9    out violent attacks --

10        A.   No.

11        Q.   -- or their families?

12        A.   No.

13             MR. ROCHON:   Objection to form.

14             THE WITNESS:   No.

15        Q.   BY MR. TOLCHIN:   No?

16        A.   No, I'm not -- I was not aware.

17        Q.   I lost my paper.

18             Who received funds from the PNF between

19    October 1st, 2000, and February 18th, 2002?

20        A.   I do not know the answer to that question

21    with -- with any degree of precision.   There are

22    categories of the kind that I described to you.   But --

23    but I cannot give you a list, not because I don't want

24    to.   I just don't know.

25        Q.   Do you know whether Fatah received funds from

1    the PNF between October 1, 2000, and February 2002?

2        A.    Yes, it is possible.  And certainly given

3    the declaration made by the PNF officials, the -- the

4    Palestine National Fund officials here, I can say, yes,

5    that happened.

6        Q.    Okay.  Were payments made to specific Fatah

7    officials from the PNF between October 1st, 2000, and

8    February 18th, 2002?

9        A.    I do not, you know, have names.  I do not know

10   names.  But -- but I know that the PNF did make payments

11   to -- to Fatah --

12       Q.    Okay.

13       A.    -- or individuals affiliated with Fatah.

14       Q.    Do you know which individuals?

15       A.    No, I do not.

16       Q.    Do you know how much those payments were, the

17   dollar value or the amounts?

18       A.    No.  I -- I do not know either.  But with the

19   benefit of the testimony of the officials I referred to

20   and also having -- having spoken to them, they were not

21   amounts of significance that were paid out to people

22   affiliated with Fatah.

23       Q.    Besides Fatah, do you know any other

24   organizations or individuals who received payments from

25   the PNF between October 1st, 2000, and February 18th,

1   2002?

2       A.   I do not know the answer to that question.

3   I happen to know the answer to the first question

4   because it pertains to Fatah and given my involvement

5   and what I'm doing right now, giving this deposition,

6   and the inquiry and the questions I asked and the

7   documents I read about Fatah.

8           But I do not know, during that period, if the

9   PNF provided funding, although I certainly cannot rule

10  it out because -- because the PLO is -- is PLO with all

11  factions involved.  And so it's possible.  But I do not

12  know that for -- for a fact.

13      Q.   Before you came to testify today --

14      A.   Yes.

15      Q.   -- in preparation, did you review any records

16  of payments from the PNF to Fatah or to anyone else

17  in the time frame of October 1st, 2000, to February 8

18  [sic], 2002?

19      A.   Pardon?  Can you please repeat the question?

20  I was distracted.  I'm sorry.

21          MR. TOLCHIN:  Okay.  Can we read -- just read

22  the question back, please?

23          (Pending question read.)

24      Q.   BY MR. TOLCHIN:  To February 18th, 2002.

25      A.   Yeah.

 1              No.  No, I haven't -- I haven't reviewed

 2    records.

 3              MR. TOLCHIN:  Okay.  We need to change the

 4    videotape.  So we have to take a break necessarily.

 5              THE VIDEOGRAPHER:  Going off the record at

 6    7:55.

 7              (Recess from 7:55 p.m. to 8:04 p.m.)

 8              THE VIDEOGRAPHER:  Going back on the record

 9    at 8:04.

10       Q.   BY MR. TOLCHIN:  Sir, I just want to

11    clarify one thing.  When you say that you don't have

12    the information about payment or transfers by the

13    PNF to Fatah or individuals or anyone else during

14    the period of October 1st, 2000, to February 8

15    [sic], 2002 --

16              (Brief court reporter clarification.)

17       Q.   BY MR. TOLCHIN:  -- February 18th, 2002,

18    are you saying that you don't have the information,

19    or you have it but you're refusing to provide it?

20       A.   Absolutely I'm not refusing to provide any

21    information.  I am providing all the information I know.

22    And what I said and to confirm is that, based on the

23    testimony given by officials of the PNF, I am aware,

24    based on that testimony, that the PNF, during that

25    period that you refer to, transferred money to

Page 86

1    individuals affiliated with Fatah.  But only based

2    on that testimony.  I do not know who they are

3    independently, and I have no information on that.

4    I just know of the fact based on their testimony

5    that I refer to.

6         Q.   Okay.  So you -- you know in general that it

7    happened, but you don't have the specifics?

8         A.   Based on the testimony.

9         Q.   Okay.  And your testimony would be the same

10   whether I asked about Fatah or any other faction;

11   correct?

12        A.   Yes, it would be.  Because what I know about

13   it is what I told you.  And it is solely based on the

14   testimony.  And the testimony I read pertains only to

15   individuals affiliated with Fatah.

16        Q.   And this may seem redundant, but it would

17   be the same answer regarding the -- for example, the

18   Democratic Front for the Liberation of Palestine?

19             MR. ROCHON:  Objection.  Form.

20             MR. TOLCHIN:  I'm sorry?

21             MR. ROCHON:  Objection.  Form.

22        Q.   BY MR. TOLCHIN:  You would have the same

23   answer if I asked you about PNF transfers to the

24   Democratic Front for the Liberation of Palestine?

25        A.   It would be if only because of what I told

1    you and the way I said it.  I mean, and it reflects

2    truthfully the situation.

3            What I know about this is solely based on the

4    testimony I read.  And the testimony I read pertains

5    exclusively to money that was transferred from the PNF

6    to individuals affiliated with Fatah.  So if I know to

7    the extent I know, which is limited, in connection with

8    Fatah, you can infer from that that I know less, if any

9    at all, about others because that's the source of my

10   knowledge of this situation, is that testimony.

11       Q.    Okay.  Do you have any familiarity with the

12   policies or rules that govern the PNF's distribution or

13   payment of funds between October 2000 and February 18th,

14   2002?

15       A.    No, sir, I don't.

16            MR. TOLCHIN:  Can I have the paper, please?

17            MR. LEITNER:  Which one?

18            MR. TOLCHIN:  The one that you scribbled on.

19            MR. LEITNER:  (Counsel complies.)

20       Q.    BY MR. TOLCHIN:  Just backing up to your

21   time at the INF -- the IMF.

22       A.    IMF.  Yes.

23       Q.    Did your appointment at the IMF have something

24   to do with the West Bank or Palestinian Authority?

25       A.    Yes, it did.

Page 88

1        Q.    Okay.   During the entire time you were at the

2   IMF or --

3        A.    No.

4        Q.    -- just at the end?

5        A.    No.   Just at the end.   When I was actually

6   stationed here as resident representative of the P --

7   of the IMF to the Palestinian Authority.

8        Q.    Okay.   Before you were stationed here --

9        A.    Yes.

10       Q.    -- when you were still in Washington --

11       A.    Yes.

12       Q.    -- what general areas were you involved with?

13       A.    I was assistant to executive director, a

14   member of the board of the IMF, the governing body of --

15   of the IMF and, subsequently, advisor to the executive

16   director who represented a number of countries in the

17   region.   The Palestinian Authority -- Palestine was

18   never a member as such and -- and continues to be not

19   a member of the IMF.

20       Q.    And after you came here --

21       A.    Yes.

22       Q.    -- did you, as part of your employment,

23   prepare economic reports about the finances of the

24   Palestinian Authority?

25       A.    Palestinian Authority?   Yes.

Page 89

1        Q.    And in preparing reports about the finances

2    of the Palestinian Authority, did you review any

3    information or did you need to review information

4    about the finances of the PLO or any of the factions?

5        A.    No.

6        Q.    It was not connected?

7        A.    It was not connected at all.

8        Q.    Okay.  During the time that you were here with

9    the IMF --

10       A.    Yes.

11       Q.    -- which were the ministries in the PA that

12   handled financial matters?

13       A.    Minister of Finance.

14       Q.    And is that still the case?

15       A.    That is still the case.  We also at the time

16   also dealt with the -- the Palestine Monetary Authority,

17   which is like Central Bank.  And we also had some

18   dealings with economic ministries, review of economic

19   conditions, ministries that had interface with the

20   international donor community, like Minister of Planning

21   and International Cooperation, Minister of the Economy.

22   But it was mainly the Minister of Finance, mostly the

23   Minister of Finance and the Monetary Authority.

24       Q.    What is the Palestine Monetary Authority?

25       A.    It's like Central Bank.  It's like Federal

Page 90

```
 1    Reserve Board, the United States.  It's a central bank
 2    more or less.
 3         Q.    Is it part of the Palestinian Authority?
 4         A.    It is.
 5         Q.    Back in the time that you were with the IMF,
 6    was Yasser Arafat still alive?
 7         A.    Yes.
 8         Q.    Yeah.  And was he -- and what was his
 9    position?
10         A.    President of Palestinian National Authority
11    and chairman of the PLO Executive Committee.
12         Q.    And was he personally involved in the finances
13    of the Palestinian Authority?
14         A.    Based on what I knew then, in -- in the
15    sense of issuing instructions, but not in the sense
16    of actually managing finances of the PA.
17         Q.    Okay.  Are you familiar with an individual
18    named Muhammad Rashid?
19         A.    Yes, I know him.
20         Q.    And who is Muhammad Rashid?
21         A.    He was economic advisor to late President
22    Yasser Arafat.
23         Q.    And when did he become the economic advisor
24    to Mr. Arafat?
25         A.    I don't know for sure.  But I believe since
```

Page 91

1    the beginning, the earlier days of the PA.

2        Q.    They went way back?

3        A.    Yeah.  I believe that to be the case.  But

4    I do not know for certain.  I mean, I cannot give you

5    a date.

6        Q.    Okay.

7        A.    But I have never known him but in that

8    capacity.

9        Q.    What was Mr. Rashid's function as economic

10   advisor to President Arafat?

11       A.    Among other things, he managed investments

12   of the Palestinian Authority.

13       Q.    And what year did Mr. Arafat stop being the

14   President?

15       A.    When he died.

16       Q.    And what year was that?

17       A.    November 2004.

18       Q.    And was it 2004 or 2003?

19       A.    2004.

20       Q.    And since the death of Arafat, what function

21   has Mr. Rashid had?

22       A.    Actually, if I recall correctly, he ceased

23   to have involvement with the investments of the

24   Palestinian Authority before President Arafat died.

25   Exactly when that was, I cannot tell you for sure.

1    Maybe -- maybe earlier that year, the earlier part

2    of 2004.

3         Q.    Okay.  Did you meet with Mr. Rashid?

4         A.    I did.

5         Q.    Did Mr. Rashid have any official position

6    in the PA?  Or -- or was this a -- a -- a position

7    personally with Mr. Arafat?

8         A.    Oh, he did have a position.

9         Q.    He did or did not?

10        A.    He did, as a -- as economic advisor to the

11   President.  That was his title.

12        Q.    Is there somebody who's the economic advisor

13   to the President today?

14        A.    There is.

15        Q.    And who's that?

16        A.    His name is Mohammad Mustafa.

17        Q.    How -- how about an individual named Farouk

18   Afranji?

19        A.    He is the head of the pension fund.

20              (Brief court reporter clarification.)

21              THE WITNESS:  Pension fund.

22        Q.    BY MR. TOLCHIN:  Which pension fund are

23   you talking about?

24        A.    Palestinian Authority's pension fund.

25        Q.    And what is the Palestinian Authority's

Page 93

 1  pension fund?

 2       A.    It's a -- it's a pension fund for PA's

 3  employees.

 4       Q.    Who -- who receives a pension from the pension

 5  fund?

 6       A.    People who are pensioners who have worked for

 7  the Palestinian Authority.

 8       Q.    Are you familiar with an individual named

 9  Walid Najjab?

10       A.    Can you repeat the name, please?

11       Q.    Walid Najjab.

12       A.    Yes.

13       Q.    Who's Walid Najjab?

14       A.    Walid Najjab is someone who I know has been

15  handling matters related to lawsuits in a area of

16  providing logistical support to the teams based on

17  my own appointment to him to -- tasking him with that

18  by me.

19       Q.    Is he an employee of the PA?

20       A.    No, no.  He's not.

21       Q.    Is he a -- is he paid by the PA for what he

22  does?

23       A.    Yeah.  For the services he provides.

24       Q.    Is he a consultant?

25       A.    Yes.  In that capacity, yes.

1    Q.    Okay.

2    A.    But he's not involved in anything more than

3    what I've just told you.

4    Q.    And when did he first become involved with

5    the PA?

6    A.    This must have been --

7          MR. ROCHON:  I'm just going to object and ask

8    for clarification.  When you say "involved," with the PA

9    or involved in connection with the answer he just gave?

10         MR. TOLCHIN:  With the PA.

11         MR. ROCHON:  Okay.

12         THE WITNESS:  Oh, with the PA?

13   Q.    BY MR. TOLCHIN:  Yeah.  When did he first

14   become involved with the PA, Mr. Najjab?

15   A.    Well, I don't know.

16   Q.    That probably goes back before you.

17   A.    Yeah.  Well -- well, I do not know for

18   sure the answer to this question.  In -- I was going

19   to answer this -- I thought you were going to ask me

20   a question in connection with his current assignment,

21   providing logistical support to what we do.

22         That must have happened in maybe spring --

23   late spring 2007, early summer, something like that.

24   But before that -- before that, he worked as a deputy

25   director of the so-called PIF, Palestine Investment

1    Fund.  And that -- that was the investment arm of the

2    Palestinian Authority.

3         Q.    When you say it was --

4         A.    Yes.

5         Q.    -- do you mean to say it is not anymore?

6         A.    No.  I -- when it was set up, it was set up --

7    you know, going back to the question you asked before

8    as to what Muhammad Rashid was doing, managing finances,

9    managing investments of the PA, those investments were

10   consolidated by me as Finance Minister, as a matter

11   of fact.  And I know about that because that's one

12   of the reforms that we produced, to consolidate those

13   investments and to manage them properly through a board

14   and all.

15         It was set up for that purpose, to basically

16   manage the investments of Palestine National Fund in

17   a consolidated fashion.  It had a CEO, and it had a

18   deputy CEO.  It had staff, and it had a board.  And in

19   my capacity ex-officio, as Minister of Finance, I was

20   chairman of that board.  So I knew Walid Najjab also

21   in that capacity.

22         Q.    You used the term "ex-officio."

23         A.    Yes.

24         Q.    Could you explain what you mean by that?

25         A.    By virtue of being Finance Minister at the

Page 96

1    time the fund was set up, the Finance Minister, in his

2    capacity or the capacity as Finance Minister, was to

3    be the head of the board -- chairman of the board.

4         Q.   As the --

5         A.   That's what I meant.

6         Q.   As the Finance Minister --

7         A.   Yeah.

8         Q.   -- were you ex-officio member of any other

9    boards or bodies?

10        A.   Yes.  Yes.  The board of directors of the

11   pension fund.

12        Q.   Uh-huh.  Anything else?

13        A.   No.  No.

14        Q.   Are you familiar with an individual named

15   Rafiq Husseini?

16        A.   Yes.

17        Q.   Who's that?

18        A.   Director of Office of the President.

19        Q.   And how long has he been involved with the PA?

20        A.   I do not know exactly, but probably months

21   after President Abbas became President.  Three, four

22   months after President Abbas became President, which

23   was January 2005.  So when Rafiq Husseini joined, I do

24   not know the precise answer or date.  But it must have

25   been, like, a few months after the election of President

Page 97

 1    Abbas to his position as President.

 2        Q.    And is Mr. Husseini involved with the PA

 3    today?

 4        A.    He still formally holds that title.  But he's

 5    been suspended a couple weeks ago, three weeks ago.

 6    I -- I do not -- again, the past couple of weeks.

 7        Q.    He holds that position, but he's suspended?

 8    Or he's --

 9        A.    Formally --

10        Q.    -- technically not holding the position

11    because of the --

12        A.    Well --

13        Q.    -- suspension?

14        A.    Well, he's not -- as I understand it --

15    I mean, he -- he's not handling any official duties.

16    And he has not been since the suspension, which

17    probably occurred a couple of weeks ago.  And --

18    and to the best of my knowledge, he's not handling

19    any official chores.

20        Q.    Okay.  Are you familiar with an individual

21    named Fuad Shabuki?  Shubaki?

22        A.    Fuad --

23        Q.    Shobaki?

24        A.    Fuad Shubaki.  Yes.

25        Q.    Fuad Shubaki?

 1        A.    Yes.

 2        Q.    Who is Fuad Shubaki?

 3        A.    Fuad Shubaki, he -- this was before my days

 4   with the Palestinian Authority.  And I believe he was --

 5   I believe -- I do not know that for -- for a fact.  But

 6   I believe he was the -- I don't know if I would call him

 7   head of something.  But he was in charge, I believe, of

 8   an entity that's called a Sachla (phonetic), which was

 9   a co-op for the security services.

10        Q.    A co-op for --

11        A.    Co-op for security services.

12        Q.    What does that mean, "co-op for security

13   services"?

14        A.    Co-op is a co-operative for personnel in a

15   security establishment, where they want to buy things

16   basically, presumably for lower prices like other

17   co-operatives.

18        Q.    Okay.  Did Mr. Shubaki have any func -- any

19   role in the Palestinian Authority at any time?

20        A.    He had -- that's -- that's what I recall about

21   him.  Again, I -- I really was not with the PA during

22   that period.  And by the time I joined the Palestinian

23   Authority, he had already been under arrest.  So I

24   didn't have dealings with him.

25        Q.    During the time that you were at the IMF but

1    stationed here --

2        A.    Yes.

3        Q.    -- did you conduct any inquiries or

4    investigation into use of Palestinian Authority

5    funds for activities involving violence?

6        A.    I did.  I did in -- in connection with --

7    with charges made that PA funds were used to fund

8    terror activities.

9        Q.    And did you make a written report of that

10   investigation?

11       A.    You know, there was an investigation that

12   was conducted by an organ of the European Union.

13   They were look -- looking into allegations to that

14   effect.  And they discussed the matter with me.  They --

15   they inquired about it in a formal way.  There was a

16   commission of inquiry, if you will, that was designated

17   to do that by the European Parliament.

18       Q.    What I'm getting at is:  Is there a -- a

19   document that one could look at to learn more about

20   the investigation that you've talked about today?

21       A.    They -- they produced -- that commission of

22   inquiry produced a report which they submitted to the

23   European Parliament.  But it's not a PA document.

24       Q.    It's an IMF document?

25       A.    No, no.  No.  It's a European Union document.

1    It's a document that was prepared by the commission of

2    inquiry appointed to look into those allegations by the

3    European Parliament.

4         Q.   Let me see if I'm understanding.

5         A.   Yeah.

6         Q.   You were at the IMF --

7         A.   No, no, no, no.  You're talking about --

8         Q.   My question began with "when you were at the

9    IMF."

10        A.   Oh, it was IMF?  No.  I mean, I thought you

11   were asking -- so can you please check the record?

12        Q.   No, we'll -- we'll --

13        A.   Can you read me what -- what I said on this?

14        Q.   I'll -- I'll -- I'll clarify it.

15        A.    I thought you were saying something about the

16   period when I was involved with the PA in a official

17   capacity.  I was --

18        Q.   Yeah.  I was going to ask you that next.

19        A.   Aah, well, you know --

20        Q.   So the first question was:  When you were

21   at the IMF --

22        A.   Aah, I see.

23        Q.   -- did you do any investigation about the --

24        A.   No.

25        Q.   -- PA use of funds --

1       A.    No, no.

2       Q.    -- to fund terror activities?

3       A.    No, no.

4       Q.    No?

5       A.    No.

6       Q.    Okay.  And then later, after you came -- after

7   you became the Finance Minister --

8       A.    That is correct.

9       Q.    -- did you conduct any investigation in terms

10  of -- into PA use of funds or use of PA funds for

11  violent activities?

12      A.    Yes.  And that would be the -- the answer that

13  I have just given to the question you just raised.

14      Q.    So as Finance Minister, you cooperated with

15  a --

16      A.    Yeah, yeah.

17      Q.    -- European --

18      A.    Yeah.

19      Q.    -- Union inquiry?

20            (Brief court reporter clarification.)

21      Q.    BY MR. TOLCHIN:  So as Finance Minister

22  you cooperated with a European Union inquiry, which

23  ultimately became a European Union report presented

24  to the European Parliament --

25      A.    That is correct.

 1       Q.    -- is that correct?

 2       A.    That is correct.

 3       Q.    Okay.

 4       A.    I can confirm that.  Yes.

 5       Q.    And do you know the name of that report?

 6       A.    I think it was OLAF Report.  OLAF.

 7       Q.    OLAF Report?

 8       A.    OLAF Report.

 9       Q.    And what year was the OLAF Report?

10       A.    2004, early 2005, within that time frame.

11  You know, I can't be 100 percent certain.  But it was

12  in that time frame.

13       Q.    And do you know what time period the report

14  covered?  In other words, what period of time, looking

15  back, was it analyzing?

16       A.    As best as I can recall, it covered the

17  earlier years of the Intifada because this was --

18       Q.    The Second Intifada?

19       A.    Second Intifada.  It was based on -- or was --

20  to the best of my recollection was a report that was

21  prepared by an official of the Israeli government.  The

22  report was -- I believe was called the Naveh report,

23  got wide circulation and the attention of many in the

24  international community, including the European Union,

25  European Parliament.  And I believe it was against that

1    backdrop that the commission of inquiry was set up and

2    commissioned and tasked to do what it did.

3        Q.    Did you read the OLAF Report?

4        A.    I did.

5        Q.    And did you agree with it, disagree with it,

6    agree with parts of it, disagree with parts of it?

7        A.    Now, you know, you're talking about years

8    back.

9        Q.    Uh-huh.

10        A.    And, you know, my own recollection and a

11    number of those questions that were raised in the

12    report -- now, if I'm not mistaken, by the way -- I

13    really have to, you know, go back to refresh my memory

14    in terms of when things actually happened in terms of

15    time sequence.  I read it long before -- long before

16    I was asked questions about it by the commission of

17    inquiry.

18            My own independent assessment of what was

19    in the report, without at the time, you know, looking

20    into each allegation as such, that there were a number

21    of misconceptions as to the structure of PA finances

22    and what certain modes of operation actually meant or

23    entailed relative to the conclusions which the report

24    came to.  But there are a number of examples of that.

25            So I -- I thought -- my own impression was

1  that there was serious flaws in the report.  There

2  was -- in the events.  There were flaws in the report,

3  you know, conclusions relative to evidence, if you will,

4  information, conclusions.  The conclusions were not,

5  you know, borne out by the facts of the situation.

6  And I remember a number of examples of that.  So that

7  was before I actually was questioned on it or on the

8  contents of that report in detail by that commission.

9       MR. ROCHON:  If -- if we could, Mr. Tolchin,

10 if you could -- his answer's about a report.  Could you

11 clarify which report?

12       MR. TOLCHIN:  The OLAF Report.

13       MR. ROCHON:  I -- I just wanted to make sure.

14       MR. TOLCHIN:  Yeah.  We all understood that.

15       Q.  BY MR. TOLCHIN:  Did the OLAF Report find

16 that there were some PA funds that couldn't be

17 accounted for?

18       A.  No.

19       Q.  No?

20       A.  I believe the conclusion of -- of that report

21 was that there was no evidence linking PF -- PA funds to

22 funding terrorist activities.

23       Q.  Are you familiar with an individual named

24 Abdul Majeed Shoman?

25       A.  Abdul Majeed Shoman?

1       Q.   Yes.

2       A.   Yeah.

3       Q.   Who --

4       A.   He was -- he was chairman of the board and, I

5   believe, general manager of the Arab Bank until he died.

6       Q.   Okay.  Do you have any family relationship to

7   the Shoman family?

8       A.   No.

9       Q.   None at all?

10      A.   No.

11      Q.   Do you have any friendship relationship to the

12  Shoman family?

13      A.   No.

14      Q.   Were you personally acquainted with Abdul

15  Majeed Shoman?

16      A.   Yes.  When I was regional manager of the

17  Arab Bank, he was the chairman of the board and the

18  general manager of all Arab Bank operations.  So I

19  met him actually in that capacity.

20      Q.   Let me just clarify.

21           Are -- are you related to the Shoman family

22  by marriage?

23      A.   No.  No, no.

24      Q.   I just wasn't clear, if you said you weren't

25  related --

Page 106

1        A.    No.

2        Q.    -- but maybe your wife was?

3        A.    No personal relation whatsoever.  It was

4   a professional relationship.  I met him first when

5   I became manager of the operation of the Arab Bank

6   in Palestine.

7        Q.    When you were involved with Arab Bank --

8        A.    Yes.

9        Q.    -- was your office in Ramallah or --

10       A.    It was.

11       Q.    -- someplace else?

12       A.    It was in Ramallah.

13       Q.    Okay.  And how many people in total did you

14   oversee?

15       A.    It's hard for me to remember that.  But --

16       Q.    The order of magnitude is fine.

17       A.    Maybe twelve, thirteen hundred people.  I --

18   I just can't remember now.  I -- I really can't.  But --

19   but we're not talking about multiples of that, and we're

20   not talking about a fraction of that either.

21       Q.    Uh-huh.

22       A.    As you say --

23       Q.    Yeah.

24       A.    -- ball -- ballpark.

25       Q.    Might have been eleven hundred or --

1        A.    Ballpark, something like that.

2        Q.    Okay.  And can you describe what were your

3   responsibilities at Arab Bank?

4        A.    To oversee the overall operation.  And I would

5   want to, again, affirm that I was there only for a very

6   short period of time which coincided -- this is not

7   insignificantly -- with the period when the Israeli Army

8   started to get into the cities of the West Bank and for

9   part -- part of the reason I was unable even to go to --

10  to -- to the headquarters and would -- would operate

11  from another -- from a branch in another area because

12  I was not there.

13        So it was overall management responsibilities,

14  but not a manager of a branch of the bank.  I was not a

15  branch manager so to speak.  You know what I'm saying?

16       Q.    Okay.  Just to clarify for the record, when

17  you use the term the "Second Intifada" --

18       A.    Yes.

19       Q.    -- what time period are you talking about?

20       A.    That -- the time period is -- as a reference

21  point for when it started, it's September 28th, 2000.

22       Q.    And when would you say that it ended?

23       A.    I'm not sure I really can put a certain

24  date -- date certain on when it ended.

25       Q.    It sort of faded out?

1     A.    Something like that.  Yeah.

2     Q.    Could you put a -- a year when you -- when

3  you would say it was definitely over?

4     A.    A year after 2000?

5     Q.    No.  Would you -- could you say it was

6  definitely over by 2004, 2005, 2000 anything?

7           Maybe you don't think it's over.  I don't

8  know.

9     A.    I really do not know, you know, when.  But --

10  but your characterization of it is -- is -- is, I think,

11  fair in a sense of it having faded as opposed to ended.

12  So everybody is able to go back and say when it began,

13  you know, how it started.  But in a sense of it ending,

14  it's one of those things that just basically faded away

15  over time.

16     Q.    Uh-huh.  And what were the exact dates of your

17  employment at Arab Bank?

18     A.    I don't recall exactly.  But it was a matter

19  of a few short months, about four months.

20     Q.    Starting?

21     A.    I believe January, February 2002 up until the

22  time I became Minister of Finance of the PA.

23     Q.    Which was?  June 2000 --

24     A.    June 2002.  So I was there for a very short

25  period of time.

1        Q.    Okay.

2        A.    I mean, I was not -- obviously, becoming a

3   minister is not something I planned on doing.  It was

4   not -- when I took up that job, it was not really taking

5   it as a temporary job or something like that.  But that

6   other thing happened and I -- and I moved on.

7        Q.    Now, but when you were at Arab Bank, you were

8   aware of the existence of the Second Intifada --

9        A.    Oh, yes.

10       Q.    -- correct?

11       A.    Oh, yes.

12       Q.    And were you aware of that -- were you aware

13  that there were major suicide bombing attacks that were

14  going on at that time?

15       A.    Yeah, I was aware.

16       Q.    And major shooting attacks that were going on?

17       A.    I was aware of that as I was also, of course,

18  of curfews, military incursions by Israeli Army, raids.

19  And there was a lot of violence during that period.

20       Q.    So you were aware of attacks such as the --

21  I believe it was August 2001 suicide bombing at the

22  Sbarro's restaurant in Jerusalem?

23       A.    Every time that happened, of course, everybody

24  was aware of it when it happened for sure.

25       Q.    And they don't --

1      A.    But I do not remember the dates or -- or

2   the names.  But for sure, I mean, those were huge and

3   significant events when they happened.  Everybody knew

4   that something bad happened.

5      Q.    And the -- the same with the June 2001

6   Dolphinarium bombing?

7           MR. ROCHON:  Objection.

8           THE WITNESS:  Even -- I don't know if I

9   can confirm dates now.  But as I told you, every time

10  something like that happened, there's hardly anyone

11  who did not know it happened.  And I certainly knew.

12  I mean, it was all over for sure.

13     Q.    BY MR. TOLCHIN:  Okay.  As the regional

14  manager, albeit for a short time --

15     A.    Yes.

16     Q.    -- but as the regional manager of Arab Bank,

17  did you have any concerns about whether Arab Bank was

18  involved with terrorism?

19     A.    No, I did not have concerns that the bank was

20  involved.  I had concern about the bank in the sense of

21  ensuring that managers -- branch managers, bank managers

22  knew their customers.  And I remember actually putting

23  out directives to this effect, thinking it was important

24  to do.  And this happened at the time, which as you

25  know, after September 11, became an important issue.

1    And I felt it as my responsibility, as a overall manager

2    of the operations in Palestine, to ensure that managers

3    understood -- bank managers, branch managers -- the

4    importance of knowing their customers.  And the -- the

5    bank had a heightened sense of responsibility, which

6    I projected, you know, as manager of the operation.

7         Q.    What does it mean "know your customer"?  What

8    does that term mean?

9         A.    Yeah.  It meant, for example, that people

10   could not walk in a bank and open an account with cash

11   money, for example.  That bank -- somebody could not

12   open an account.

13            These are rules.  They're not -- you know,

14   my background was not banking.  I was there basically

15   during, if you might describe it as such, an orientation

16   phase when all of this was happening, but things that

17   to me were basic and understood they needed to be done.

18   And the bank, as a corporation globally, you know, had

19   that policy for sure.

20            It meant those specific things.  You cannot

21   bring in even a check without declaring as to where it

22   came from and what transaction it covered.  And, you

23   know, from time to time, during those very few short

24   months, things would be referred to me as an overall

25   manager.  Should we accept such and such?  Where there

Page 112

1    was -- and when -- whenever there was doubt of any kind,

2    the answer was, no, don't accept it.

3         Q.    Why was --

4         A.    So there was that.

5         Q.    Why was this "know your customer" policy

6    important to you?

7         A.    What I --

8              MR. ROCHON:  Mr. Prime Minister, I'm

9    objecting.

10             THE WITNESS:  Yeah.

11             MR. ROCHON:  Your -- object.  You're

12   conducting discovery in a case that isn't even the

13   case that's here.  We all know there's an Arab Bank

14   litigation that relates to these questions.  Hundreds

15   of depositions have been taken in it.  That's not this

16   case.

17             So you're not only outside the scope of

18   the notices and the reason for being here.  It's an

19   area which the Prime Minister, of course, hasn't been

20   prepared because it's unrelated litigation.  And it's

21   really getting so far afield.

22             You suggested you might not have enough time

23   to get this done.  And so we'd ask you to try to get

24   to at least this case with your questions that are out

25   there.

1          MR. TOLCHIN:  I believe -- I believe I am

2    addressing this case.  And I'll be happy to talk with

3    you later about how I think it fits in.

4          Q.   BY MR. TOLCHIN:  Why was the -- why -- why

5    was knowing your customer important to you?

6          A.   The issue of money laundering generally to --

7    to bankers was always an important consideration.  And

8    I knew that.  I mean, as I told you, I lived in the

9    United States for a number of years as a professional,

10   worked for the IMF, which is an institution of finance.

11   So it's something that I always knew something about.

12   I mean, really.

13          Or the issue became a lot more significant

14   and -- you know, after September 11.  But even before

15   that, if you go back to the way things were in the

16   United States -- and when -- what I -- what I just

17   described to you about basic rules -- you know, I do

18   not know when those basic rules became basic rules in

19   the United States even.  But -- but things evolved in

20   connection with money and -- and things of that nature,

21   money laundering generally.

22          So it stands to reason that anyone involved

23   in banking would have been aware of the need to pursue

24   something that bankers know and refer to as "know your

25   customer" policy, something which became a lot more

1    important after September 11 for sure.

2         Q.    I'm going to ask you about a few more people.

3               Who is Mahmoud Abbas?

4         A.    President of the Palestinian National

5    Authority.

6         Q.    And when did he assume that role?

7         A.    January 2005.

8         Q.    And before January 2005, did he have any role

9    in the PA?

10        A.    He was Prime Minister for three to four months

11   in 2003.

12        Q.    And before that?

13        A.    He did not have an official capacity within

14   the PA until then.

15        Q.    Who is Abbas Zaki?

16        A.    He is currently a member of Fatah Central

17   Committee.  And I believe he was before in that

18   capacity.  By that, I mean before the Fatah convention

19   that was held in August of last year.

20        Q.    August of '09?

21        A.    August 2009.

22        Q.    So in 2008?

23        A.    Yeah.  He was a member of the Central

24   Committee of the PL -- of the -- of Fatah.  Fatah.

25   I'm sorry.

```
 1        Q.    Fatah?

 2        A.    Yeah.

 3        Q.    Did he -- does or did he ever have a position

 4   in the PLO?

 5        A.    In the PLO?  I don't know for sure, but I

 6   don't think so.

 7        Q.    Does he or did he ever hold a position in

 8   the PA?

 9        A.    In the PA?  I don't believe he did.

10        Q.    Okay.

11        A.    He was a member, by the way, of the PLC, a

12   legislator.  He was a member of Parliament.

13        Q.    Okay.  Are you familiar with an individual

14   named Kifah Radaydeh?

15        A.    Can you say that again, the name?  I'm sorry.

16        Q.    Kifa, K-i-f-a [sic].

17        A.    Kifa?

18              MR. SAADI:  Kifah.

19        Q.    BY MR. TOLCHIN:  Okay.  Kifah.

20        A.    Yes.

21        Q.    And the last name is R-a-d-a-y-d-e-h.

22        A.    Let me write it down and see if I can

23   reconstruct it.  Can you spell it, please, for me?

24        Q.    Sure.  R-a-d-a-y --

25        A.    R-a-d --
```

```
 1          Q.    -- a-y --

 2          A.    -- a-y --

 3          Q.    -- d-e-h.

 4          A.    -- d-a --

 5          Q.    E-h.   E-h.

 6                (Brief court reporter clarification.)

 7                THE WITNESS:  Oh, I'm -- I'm sorry.

 8          Q.    BY MR. TOLCHIN:  We'll fix it.  Don't

 9     worry.

10          A.    I apologize.

11                I hope I can recognize the name.  I just

12     really don't know.  Radaydeh.  Radaydeh.  Radaydeh.

13     Kifah Radaydeh.

14                Can you tell me more about -- given my

15     position, there are a lot of names.  If you can mention

16     something to me -- I don't want to say no because --

17     but I --

18          Q.    I'll -- I'll --

19          A.    -- do not have --

20          Q.    I'll tell you this.  I -- I have a video clip

21     with her picture and --

22          A.    Oh, she's a woman?

23          Q.    It's a woman.

24          A.    Oh.  Kifah Radaydeh.

25          Q.    I'm pretty sure it's a woman.
```

1      A.   I don't know.  I mean, I really don't know.

2  But -- but in my position, a lot -- a lot of people.

3  By face maybe.

4      Q.   Okay.

5      A.   But -- but it's -- it's not someone I -- I

6  know or I can tell you readily I know.

7      Q.   Fair enough.

8      A.   Yeah.

9      Q.   Are you familiar with an individual named

10  Muhammad Dahlan?

11      A.   Yes.

12      Q.   And who is he?

13      A.   He's currently a member of Central Committee

14  of Fatah as well as a member of the PLC, the Palestinian

15  Legislative Council.  And before Fatah's last

16  convention, August 2009, he was member of the

17  Revolutionary Council Fatah [sic].  And in the earlier

18  years of the PA, he was head of the Protective Security

19  Service in Gaza.

20      Q.   When did he stop being head of Protective

21  Security Service in Gaza?

22      A.   He also, by the way, was a cabinet officer

23  at some point as well.

24      Q.   In the PA?

25      A.   Yeah.  He was a cabinet officer, I believe

Page 118

1    twice, once in the government that was headed by

2    President -- now President Abbas and one that lasted

3    three to four months.  And he also was minister in the

4    cabinet presided over by Abu Ala'a, I believe, during

5    the 2004, 2005 period, something like that.  Yeah.

6            Now, when he ceased to be head of Protective

7    Security, I do not recall for sure.  But I believe, when

8    he became minister first time in 2003, he stopped being

9    head of PSO.  But I can't be -- I don't recall for sure.

10       Q.   So in 2009 before --

11       A.   Yeah.

12       Q.   -- the election?

13       A.   2009 there was no election.  Oh, election for

14   Fatah membership?

15       Q.   Right.

16       A.   Yeah.  Yeah.

17       Q.   But -- let's say March of 2009, what position

18   did --

19       A.   March 2009.

20       Q.   -- Mr. Dahlan hold?

21       A.   March 2009, member of PLC, Palestinian

22   Legislative Council.  And so far -- far as involvement

23   of Fatah, he's member of the Revolutionary Council of

24   Fatah.

25       Q.   And what is the Revolutionary Council of

Page 119

1    Fatah?

2        A.    It's a -- it's a broader, in terms of

3    membership, organ of the Fatah movement.  Central

4    Committee of Fatah is the highest organ of the movement.

5    This is more like its smaller party congress so to

6    speak.

7        Q.    Who is Ashraf Aj -- Ajrami?

8        A.    He was cabinet officer in a government that

9    had -- I had beginning in June 2007.

10        Q.    And what position did he hold?

11        A.    Minister of Prisoners and -- and Released

12    Prisoners' Affairs, as a literal translation of the

13    portfolio.

14        Q.    Detainees and released --

15        A.    Yes.

16        Q.    -- prisoners?

17        A.    Yes.

18        Q.    Okay.  And what is his position today?

19        A.    He doesn't have any.

20        Q.    When did he stop having a position?

21        A.    I believe May 2009.

22        Q.    What happened in May 2009 to --

23        A.    There was a cabinet reshuffle.

24        Q.    There was a cabinet reshuffle?

25        A.    Yes.

Page 120

1        Q.    So after May 2009, did Mr. Ajrami have any

2    position at all in the PA?

3        A.    No.

4        Q.    Did he have any position in the PLO?

5        A.    Not that -- I don't know.

6        Q.    Okay.  What about Imad Falugi?

7        A.    Imad Falugi.  Yeah, he was member of the PLC

8    during the first term of the council, which lasted until

9    January 2006.  He was not member of the council that was

10   elected in January 2006.  He was a PA cabinet officer

11   in telecommunications going back to the '90s actually.

12   But I do not recall off the top of my head now other

13   details.

14       Q.    Okay.  So he was a cabinet offer in -- officer

15   in the '90s?

16       A.    Yes.

17       Q.    And when did he stop being a cabinet officer?

18       A.    I cannot tell you for sure.  But it's

19   information that is readily verifiable.

20       Q.    Was it after 2000 or before?

21       A.    You know, I really can't be sure to be honest

22   with you.  I -- I just can't be sure.  All I know is

23   that he was a cabinet officer who was in charge of

24   telecommunications.  Whether his term -- his term is

25   beyond 2000, I'm not -- I'm not sure.  But I'm -- I'm

1  certain he was a cabinet officer.

2      Q.   Okay.  And when you say it's readily

3  verifiable, how would you verify that?

4      A.   Going back to the records, he's someone I knew

5  and can be easy to find out, you know.  We have -- we

6  have records in terms of government, who was ministers

7  on the cabinet.  And it's easy to verify.

8           I don't believe he was a cabinet officer in

9  the first cabinet I -- I joined myself in June 2002.

10 Whether that was when he ceased to be a minister or

11 whether that happened previously, I'm not really sure.

12     Q.   Okay.

13     A.   I mean, we -- we have -- the government that

14 I now have is No. 13.  So we have had many governments

15 over the period '94 to now.

16     Q.   Like Italy.

17          Are you familiar with somebody -- Mazen Izz

18 Al-Din?

19     A.   Mazen Izz Al-Din.  Yeah, someone I'm -- I'm

20 familiar with.  I know.

21     Q.   Who is Mazen Izz Al-Din?

22     A.   Mazen Izz Al-Din -- last job he held was --

23 I'm trying to translate now.  That's why I'm pausing.

24 Head of commissioner of -- this is difficult.

25          (Brief comment in Arabic by the witness.)

1        Q.   BY MR. TOLCHIN:  Do you need the

2   translator who's waiting outside?

3              (Brief comment in Arabic by the witness.)

4              THE WITNESS:  I don't know how to translate

5   that.

6              (Brief comments in Arabic by Mr. Saadi and

7         the witness.)

8              THE WITNESS:  If you have one, I mean, I don't

9   mind.  But I'm trying to come up with a --

10             (Brief comment in Arabic/Hebrew by Mr. Saadi.)

11             MR. TOLCHIN:  He's always very good at this.

12             THE WITNESS:  Let -- let me -- let me --

13             (Brief comment in Arabic by Mr. Saadi.)

14             MR. ROCHON:  If -- if we could keep the record

15   clear.  With everybody talking, the court reporter is

16   going to have an impossible time to get it down.

17             MR. TOLCHIN:  Do you want to go off the record

18   for a moment?

19             MR. ROCHON:  No.  I'm just saying that

20   all these people talking makes it hard on the court

21   reporter.

22             (Brief comment in Arabic/Hebrew by Mr. Saadi.)

23             THE WITNESS:  I can tell you the content of

24   it, I mean, in terms of what it does.  I mean, but that

25   particular position is one concerned with messaging in

Page 123

1    terms of overall direction of what is a good message

2    from a Palestinian point of view, security establishment

3    should do, should understand, basis on which they should

4    operate, things like that.

5         Q.    BY MR. TOLCHIN:   Helping to set overall

6    policy?

7         A.    No.   To communicate it.   To communicate --

8         Q.    Communications director?

9         A.    -- what -- not -- not communicate it.   Not

10   make it.   They do not make policy.

11        Q.    Spokesperson?

12        A.    Close, except that you -- it's not really the

13   official job.   Spokesperson in terms of the person

14   communicating policy to the security establishment.

15        Q.    Director of communications?

16        A.    You may -- may call it that liberally.

17        Q.    Okay.

18        A.    Yeah.

19        Q.    Obviously if you think of a better

20   translation --

21        A.    I would --

22        Q.    -- you'll have a chance to correct the

23   transcript.

24        A.    Yeah.

25        Q.    And you can --

Page 124

1      A.    But -- but, you know, he -- he served in that

2  position up until recently.  He retired.

3      Q.    So start -- starting when until --

4      A.    I really cannot tell you that.  He's not

5  someone I know that much.

6      Q.    Going back to the '90s?

7      A.    I -- I don't know.  I don't know the answer

8  to this question.  Maybe.  But I really cannot -- cannot

9  say.  I don't know for sure.  All I know is that he

10 continued to serve in that capacity up until recently.

11     Q.    Was -- was he part of the last administration

12 of Mr. Arafat?

13     A.    He was not a cabinet officer.  I should make

14 this clear.  He was not a cabinet officer.  I believe,

15 you know, he served in that capacity, yes, during

16 President Arafat's era.  But, you know, he's not someone

17 I had dealings with.  So I -- I really do not remember.

18 I don't know for sure when he started doing it.  But I

19 know what he ended up doing, which is this job that I

20 have just tried to explain to you.  And I know that he

21 stopped doing it fairly recently.

22     Q.    Okay.  And regarding President Arafat, is it

23 accurate that he was the President of the PA from its

24 inception until his death with no interruption?

25     A.    Oh, yes, that's President Arafat.

Page 125

```
 1       Q.    Yes.

 2       A.    Yes.   That's correct.

 3       Q.    Is there a individual named, I believe, Jibril

 4  Rajoub?

 5       A.    Yes.

 6       Q.    And who was that?

 7       A.    He was head of the Protective Security in the

 8  West Bank.

 9       Q.    What does that mean "Protective Security"?

10       A.    It's an agency of -- security agency of

11  Palestinian Authority.

12             MR. TOLCHIN:  Okay.  Let's go off the record

13  for a moment.

14             THE VIDEOGRAPHER:  Going off the record at

15  8:54.

16             (Recess from 8:54 p.m. to 9:03 p.m.)

17             THE VIDEOGRAPHER:  On the record at 9:03.

18       Q.    BY MR. TOLCHIN:  Okay.  What I'm going

19  to show you is something that I've designated as

20  Clip 14.

21       A.    Yes.

22       Q.    It's the Exhibit 1-1 from the MEMRI

23  deposition, which should be MEMRI No. 2210.  And I'll --

24  I'll let it play if you'd like, or I could just freeze

25  it.
```

 1        A.    (Viewing video clip.)  No, that's -- that's

 2   fine.  It's better this way.

 3        Q.    Okay.  So do you know who this individual is?

 4        A.    When you flashed it first, before we went on

 5   the record, his name was on the screen.  And I saw his

 6   name.  I would not have recognized him but for that.

 7   The clip says his name is Munir Magdah.  I know of him,

 8   but I don't know him.  I would not have recognized him

 9   had it not been for the fact that his name was on the

10   screen at the bottom.

11        Q.    And do you know who Munir Magdah is?

12        A.    He is in Lebanon.  That's what I know about

13   him.  He's not -- he's not here.

14        Q.    Does he have anything to do with the PA, PLO,

15   Fatah?

16        A.    Certainly nothing to do with the PA for sure.

17        Q.    PLO or Fatah?

18        A.    I -- I don't know.

19             MR. ROCHON:  And as we go along, just so

20   it's clear, this isn't an -- an exercise to see if the

21   Prime Minister can read the names under the photographs,

22   but to see whether he independently recognizes the

23   people in them.  Am I --

24             MR. TOLCHIN:  Well, we need to know who these

25   people are.

1               THE WITNESS:  Yeah.  Okay.

2               MR. ROCHON:  Right.  But I -- I just -- if

3     a name runs underneath but the Prime Minister actually

4     doesn't recognize the person, he's just reading a clip.

5          Q.   BY MR. TOLCHIN:  So he's told us that it

6     says that there and he can't --

7               MR. HIBEY:  He cannot identify the person.

8               MR. TOLCHIN:  He can't identify him, but he

9     can tell me who the abstraction of Munir Magdah is.

10              THE WITNESS:  If you had showed me that

11    picture without the name, I would not have been able

12    to identify him.

13         Q.   BY MR. TOLCHIN:  Okay.  Fair enough.

14              Moving on.  This is Clip 15, which is

15    Exhibit 1-2 from the MEMRI deposition, MEMRI No. 2209.

16         A.   (Viewing video clip.)  That's Jibril Rajoub.

17         Q.   That's Jibril Rajoub.  Okay.

18         A.   Jibril Rajoub.  And, by the way, his name was

19    also on the screen.  But I recognize him --

20         Q.   But you recognize him --

21         A.   -- independently.

22         Q.   And is it Rajoub or Arjoub or Arajoub?

23         A.   It's written differently.  The way we say it

24    is Rajoub.

25         Q.   Rajoub.

Page 128

1        A.    It's almost like there isn't anything between

2    the "R" and the "J."

3        Q.    But it's written --

4        A.    It's written different ways.  I -- I've seen

5    it written R-a-j.  I've seen it written R-o-j.  But --

6        Q.    Okay.

7              MR. SAADI:  G-r.

8        Q.    BY MR. TOLCHIN:  The next one is Clip 16.

9    This is Exhibit 1-3 from the MEMRI deposition and

10   MEMRI No. 2002.

11       A.    (Viewing video clip.)  Ahmed Qurei Abu Ala'a.

12       Q.    The next clip is Clip 17.  This is Exhibit 1-4

13   from the MEMRI deposition, MEMRI No. 2197.

14       A.    (Viewing video clip.)  That's Muhammad Dahlan.

15       Q.    Muhammad Dahlan.

16             Clip 18 is Exhibit 1-5 from the MEMRI

17   deposition.  It's MEMRI No. 2195.

18       A.    (Viewing video clip.)  That's Azzam Al-Ahmad.

19       Q.    Say it again.

20       A.    Azzam Al-Ahmad.

21       Q.    A-z-a-n?

22       A.    A-z-z-a-m, as in "Mike."

23       Q.    Uh-huh.

24       A.    Then Ahmad, A-h-m-a or e-d, depending on

25   how --

Page 129

1        Q.    And who is Azzam Ahmad?

2        A.    He's a -- currently a member of Fatah Central

3   Committee.  He wasn't before August 2009.  He was

4   cabinet officer on different cabinets.

5        Q.    Of the PA or --

6        A.    PA.  PA.  Palestinian Authority.  He also was

7   and continues to be a member of the PLC.

8        Q.    And do you know when he was the cabinet

9   officer?

10       A.    I think it goes back to the early days of the

11  PA, I believe.

12       Q.    Are you -- has he consistently, from the early

13  days until today, held some office?

14       A.    Until -- until -- we were together on that

15  government that lasted only three months.  So he was

16  cabinet officer until June 2007.

17       Q.    From the early days until June 2007?

18       A.    That's what I think, from the early, early

19  days.  That's what I believe.  But -- but for a long

20  time, you know, cabinet officer.

21       Q.    Okay.  Clip 19 is Exhibit 1-6 from the MEMRI

22  deposition.  It's MEMRI No. 2193.  Trying to get a

23  closeup.  Can you tell who that is?

24       A.    (Viewing video clip.)  No.  That's -- I can't.

25  And it's only -- the picture is just a distant photo.

1    Can you tell?  I mean, I don't see a face even.

2        Q.    I don't say you're unreasonable.

3        A.    Aah.  Okay.

4        Q.    Okay.  Clip 20 is MEMRI Exhibit 1-7, and it's

5    MEMRI No. 2187.

6        A.    (Viewing video clip.)  That guy is someone

7    who works for Palestine Television.  He's a interviewer.

8    The interviewee is Abbas Zaki.

9        Q.    Okay.  So the interviewer is the man with the

10   mustache?

11       A.    The man with the mustache, he -- he works for

12   Palestine Television.  And the guy being interviewed is

13   Abbas Zaki.

14            (Brief comment in Arabic by Mr. Saadi.)

15            THE WITNESS:  His name is Ahmad Zaki.

16       Q.    BY MR. TOLCHIN:  I'm sorry?

17       A.    The interviewer's name is Ahmad Zaki.

18       Q.    Is Ahmad Zaki?

19       A.    The interviewee is Abbas Zaki.

20       Q.    And -- but they're different -- different

21   Zakis?

22            MR. SAADI:  Different.

23            THE WITNESS:  I honestly do not know.  But I

24   assume that.  I mean, I assume they're not related, but

25   who knows.

1        Q.    BY MR. TOLCHIN:   Okay.

2        A.    That's Abbas Zaki.

3        Q.    That's Abbas Zaki?

4        A.    Yes.

5        Q.    Okay.  The next clip is Clip 21.  This is

6   Exhibit 1-8 from the MEMRI deposition.  It's MEMRI

7   No. 2186.

8        A.    (Viewing video clip.)  It's not a good

9   picture.  But --

10       Q.    No, it's not.

11       A.    -- I think it's Ziad Abu Ein.

12       Q.    Yeah.  I think it cleans up after a little

13   while.

14       A.    I think it's Ziad Abu Ein.

15       Q.    Let it play until you're sure.

16       A.    I mean, the guy on the left, I do not know.

17   I mean, he -- I mean, this looks to me like a debate,

18   a split-screen debate.  I -- I do not know.  The picture

19   is a poor quality.  Maybe the guy on the left is -- his

20   name is Hourami (phonetic).  It's only because I've seen

21   him on television maybe from Hamas.  But I cannot be

22   sure.

23             But the guy on the right is Ziad Abu Ein.

24       Q.    Okay.  Because of the quality -- that --

25   that's what was on the disk --

Page 132

```
 1        A.    Yeah.

 2        Q.    -- from the MEMRI deposition.  But because of

 3   the quality, I re-downloaded it today.

 4        A.    Yeah.

 5        Q.    And it's exactly the same thing, but the

 6   quality is better.

 7        A.    (Viewing video clip.)  Yeah.  The quality --

 8   that's Ziad Abu Ein to the right.  The guy to the left,

 9   I'm not really 100 percent --

10        Q.    But this --

11        A.    -- certain.

12        Q.    This man with the mustache --

13        A.    That's Ziad Abu Ein.

14        Q.    -- and his collar open --

15        A.    That's Ziad Abu Ein.

16        Q.    -- is Ziad Abu Ein?

17        A.    That's right.

18        Q.    Okay.  And who is Ziad Abu Ein?

19        A.    Ziad Abu Ein is under secretary of the

20   Ministry of Prisoners and Released Prisoners' Affairs.

21        Q.    Okay.  Clip 22 is Exhibit 1-9 from the MEMRI

22   deposition.  It's MEMRI No. 2184.

23        A.    (Viewing video clip.)  That's Hatem Abdel

24   Qader.

25        Q.    That's who?
```

Page 133

1          A.    Hatem Abdel Qader.

2          Q.    H-a-t-e-m?

3          A.    Yeah.

4          Q.    A-b-d-e-l, Q-a-d-e-r?

5          A.    Abdel Qader.   These guys spend a good deal of

6    time on television.

7          Q.    And who is Hatem Abdel Qader?

8          A.    Hatem Abdel Qader.   Hatem Abdel Qader.   He

9    worked for me for a while as an advisor.   Then I named

10   him as Minister of Prisoners and Released Prisoners'

11   Affairs.   And he quit a month later in protestation.

12               (Brief court reporter clarification.)

13               THE WITNESS:   "Protestation."

14         Q.    BY MR. TOLCHIN:   Does he have any position

15   with the PA today?

16         A.    No, he doesn't.

17         Q.    And what period of time did he have some

18   position with the PA?

19         A.    It's the period that -- well, he was a member

20   of the PLC, the Legislative Council, during the first

21   term of the council.   And apart from the capacity which

22   I just described to you, acting as an advisor to me

23   for a period of time, then serving as a minister in my

24   cabinet, a cabinet which I currently held, for maybe a

25   month or so, if I'm not mistaken, and then he resigned.

Page 134

1        Q.    Okay.  And you say he spends a lot of time on

2    television?

3        A.    Not -- not in particular reference to him.

4    But I just noticed that all of the videos you -- you

5    show are --

6        Q.    Oh.

7        A.    -- from interviews of television.

8        Q.    Oh, I -- I'm the one who spends a lot of time

9    on --

10       A.    No, no, no, no.  All of the footage that

11   you showed me is out of interviews.  So I said they

12   all spend a good deal of time on television being --

13       Q.    Oh, okay.

14       A.    -- interviewed.

15       Q.    I -- now I understand.

16       A.    That's just a comment.  It's -- it's not in

17   relation to anything that you said.

18       Q.    Clip 23 --

19       A.    Yeah.

20       Q.    -- is MEMRI Exhibit 1-10.

21       A.    Yeah.

22       Q.    And it's MEMRI No. 2180.

23       A.    (Viewing video clip.)  That's Ashraf

24   Al-Ajrami.

25       Q.    Say it again.

```
 1        A.    Ashraf Al-Ajrami.

 2        Q.    Oh, okay.

 3        A.    You asked me about him.

 4        Q.    Ashraf Al-Ajrami.  Okay.

 5        A.    Yeah.  You asked me about him.

 6        Q.    Yeah.  Next one is Clip 24.  It's Exhibit 1-11

 7   from the MEMRI deposition, MEMRI No. 2085.

 8        A.    (Viewing video clip.)  That's Sultan Abu

 9   Al-Einein.  Sultan Abu Al-Einein.

10        Q.    Abdul?

11        A.    Abu Al-Einein.

12        Q.    Abu E-n-e-i-n [sic].

13              And who is he?

14        A.    He's a -- a member of Fatah Central Committee

15   now.

16        Q.    And --

17        A.    He never had a capacity with the Palestinian

18   Authority.

19        Q.    And how long has he been part of Fatah Central

20   Committee?

21        A.    Since August 2009.

22        Q.    And before that, did he have any position?

23        A.    He was in Lebanon before.

24        Q.    And when you say he was in Lebanon, was he

25   involved with Fatah in Lebanon?
```

 1        A.    I believe so.  I mean, he became a member of

 2   the Central Committee, which means that he's a member

 3   of the party congress in order to be elected.  So he --

 4   I'm sure he was Fatah.

 5        Q.    Is it correct there was a time that the

 6   leadership of Fatah was primarily in Lebanon?

 7        A.    All of the leadership was at some point in

 8   Lebanon.  Yeah.

 9        Q.    Before Oslo?

10        A.    Oh, long before Oslo.  Yeah, long before Oslo.

11   Yeah.

12        Q.    The next clip is Clip 25, MEMRI Exhibit 1-12.

13   It's MEMRI No. 1826.  This one's a little hard.

14        A.    (Viewing video clip.)  I do not recognize.

15        Q.    There's --

16        A.    I mean, there are four people --

17        Q.    There's --

18        A.    -- there.

19        Q.    There's three people here and one big person

20   on a screen.

21        A.    I -- I cannot recognize.

22        Q.    Would it help if I moved it closer to you?

23              (Brief comment in Arabic by a participant.)

24              THE WITNESS:  I would not have recognized.

25   But now that I've heard her name mentioned, Leila

Page 137

1    Khaled.  But I wouldn't be able to tell from my just

2    glance at the actual screen.

3        Q.   BY MR. TOLCHIN:  So the big woman on

4    the --

5        A.   Yeah.

6        Q.   -- on what appears apparently on the --

7        A.   Yeah.

8        Q.   -- screen --

9        A.   Yes.

10       Q.   -- is who?

11       A.   Leila Khaled.

12       Q.   And can you recognize any of the other people?

13       A.   No.

14            MR. ROCHON:  And just to remind everyone, this

15   isn't a collective exercise.  It's an exercise by the

16   witness.

17            THE WITNESS:  Yeah.  I mean, somebody said

18   she looks like Leila Khaled.  But I would not have

19   recognized.

20       Q.   BY MR. TOLCHIN:  Are we back to where the

21   machine should be?

22       A.   Oh, that's fine.

23       Q.   Okay.

24       A.   Yeah.

25       Q.   The next clip is Clip 26.  It was Exhibit 1-13

Page 138

1    at the MEMRI deposition.  It's -- it was MEMRI No. 1816.

2         A.    (Viewing video clip.)  That's Abbas Zaki

3    again, wearing a suit and -- and a tie this time.

4    And before without one.

5         Q.    Okay.  Next one is Clip 27.  It was

6    Exhibit 1-14 at the MEMRI deposition, MEMRI No. 1815.

7         A.    (Viewing video clip.)  This is Jihad Abu

8    Zneid.

9         Q.    This is --

10        A.    Jihad Abu Zneid.

11        Q.    And who is she?

12        A.    She's a member of the PLC, Palestinian

13   Legislative Council.

14        Q.    For what period of time?

15        A.    The one that was elected in January 2006.

16        Q.    And did she have a position before that?

17        A.    I don't believe so.

18        Q.    Clip 28 was Exhibit 1-15 at the MEMRI

19   deposition.  And it's MEMRI No. 1714.

20        A.    (Viewing video clip.)  That's Qadera Fares.

21        Q.    And who is the other --

22        A.    Qadera Fares.  The other woman, I suppose the

23   interviewer.  He also is on television.  I mean, I've

24   told you everybody is on television.  I don't know her,

25   I mean.

Page 139

1        Q.    Qader --

2        A.    Qadera Fares is his name.

3        Q.    A-f --

4        A.    No.  F-a-r-e-s, his last name.  Fares.

5        Q.    Okay.  The next one, Clip 29, is the

6    Exhibit 1-16 from the MEMRI deposition.  It was MEMRI

7    No. 1205.

8        A.    (Viewing video clip.)  That's Ziad Abu Ein,

9    the first interview maybe.  You're going to have to do

10   like an eye exam.  You see this better with this lens

11   or better with that?  Ziad Abu Ein for the second time.

12             (Viewing video clip.)  Okay.  The man on the

13   left is Muhammad Dahlan.  And the man on the right is

14   Mahmoud Zahar.

15             MR. ROCHON:  Was this clip identified,

16   Mr. Tolchin?

17             MR. TOLCHIN:  Oh, sorry.

18             MR. ROCHON:  I don't believe you did.

19             MR. TOLCHIN:  Thank you.

20             MR. ROCHON:  Yeah.  So you need to go back and

21   re --

22        Q.    BY MR. TOLCHIN:  We'll do it again.  This

23   is Clip 30, MEMRI Exhibit 1-17, MEMRI No. 1008.

24        A.    (Viewing video clip.)  The man on the left is

25   Muhammad Dahlan.  The man on the right is Mahmoud Zahar

1    in what appears to me to be a split-screen television

2    debate.

3          Q.    Tell me the name of the man on the right.

4          A.    Mahmoud Zahar.

5          Q.    Z-a --

6          A.    Zahar.    Zahar.

7          Q.    Z-a --

8          A.    Z-a --

9          Q.    -- h-a-r?

10         A.    -- h-a-r, let's say.    Okay.    Close enough.

11         Q.    The next one is Clip 31.    This was

12    Exhibit 1-18 at the MEMRI deposition, which was

13    MEMRI No. 999.

14         A.    (Viewing video clip.)    I think you recognize

15    him this time around.    That's Rajoub again.

16         Q.    So that's --

17         A.    Again, Jibril Rajoub.

18         Q.    Okay.    Clip 32 is Exhibit 1-19 from the MEMRI

19    deposition.    And it was MEMRI No. 877.

20         A.    (Viewing video clip.)    Can you -- aah, yeah.

21    I -- I know this one.    Mamdouh Nofal is his name.    He --

22    he -- he died.

23               (Brief court reporter clarification.)

24               THE WITNESS:    Mamdouh Nofal.

25         Q.    BY MR. TOLCHIN:    M --

1          A.     Mamdouh Nofal.

2          Q.     -- a -- M-a-m-d-o-u-g-h [sic]?

3          A.     M -- M-a-m-d-o-u-h.  That's his first name.

4    And Nofal is N-o-f-a-l.

5          Q.     And who was Mamdouh Nofal?

6          A.     Mamdouh Nofal is someone I knew -- I met

7    actually probably for the first time, other than in big

8    meetings, in late 2005.  But he was -- he was involved

9    with the PLO Central Council.  He documented for that

10   period.  He wrote about it on -- in that capacity.

11   He -- at the time I knew him, he did not have any

12   official capacity.

13         Q.     Was he a historian?

14         A.     He was involved in the leadership.  I do not

15   know on behalf of which faction of the PLO to be honest

16   with you.  I -- I can't tell you right now.  But he

17   documented -- he wrote about that period.  He was

18   involved himself.  But he did not -- to the best of

19   my knowledge and recollection, I do not know if he

20   ever had a position with the PA.

21         Q.     Okay.  And do you -- did he ever have an

22   official position with the PLO?

23         A.     Probably, yeah.  I do not know on behalf of

24   which faction.  I'm not -- I'm not really sure.  And as

25   I told you, apart from casual encounters, I probably met

Page 142

1    him for the first time only in 2005.

2        Q.    The next clip is Clip 33.  It was Exhibit 1-20

3    at the MEMRI deposition.  And it was MEMRI No. 376.

4        A.    (Viewing video clip.)  That's a -- a Jordanian

5    writer.  His name is Hamada Faraara.  Newspaper writer.

6        Q.    Maybe he's doing an interview?

7        A.    I don't know if he's giving a interview or is

8    interviewing somebody.

9        Q.    I'm looking to see if there's some --

10       A.    I've seen him interview somebody -- people

11   before.  But --

12       Q.    He's talking to somebody.

13       A.    Well, the man in this video is Hamada Faraara.

14   He's Jordanian.

15       Q.    And there's a women in the video as well.

16       A.    I don't know her.

17       Q.    The next clip is Exhibit 1-21 from the MEMRI

18   deposition.  It was MEMRI No. 346.

19            MR. McALEER:  Bob, what clip number are you

20   assigning to this -- to this one?  Clip 34?

21       Q.    BY MR. TOLCHIN:  Did I not say it was

22   Clip 34, MEMRI Exhibit 1-21, MEMRI No. 346?

23       A.    (Viewing video clip.)  That's Hani Al-Hassan.

24       Q.    Can you spell it?

25            (Brief comment in Arabic by Mr. Saadi.)

1          THE WITNESS:  H-a-n-i is the first name.

2    Al-Hassan, Al, H-a-s-s-a-n.

3          Q.    BY MR. TOLCHIN:  And who is Hani

4    Al-Hassan?

5          A.    He was an officer of PA for a short period of

6    time as Minister of Interior.

7          Q.    What period of time?

8          A.    I can tell you.

9          Q.    What era?

10         A.    I'll tell you.  I'll tell you.  It was the

11   second government I was in.  Probably October 2002 up

12   until May 2003, something like that.  Less than a year.

13         Q.    Uh-huh.  And did he have any position before

14   or after?

15         A.    Member of Fatah Central Committee, I believe.

16   And no other official position that I know of with the

17   PA.

18         Q.    Okay.  Next is Clip 35.  It was Exhibit 1-22

19   at the MEMRI deposition.  And it was MEMRI No. 345.

20         A.    (Viewing video clip.)  I don't know this man.

21         Q.    Don't know him?

22         A.    No.

23         Q.    The next one is Clip No. 36.  And it was

24   Exhibit 1-23 at the MEMRI deposition and MEMRI No. 343.

25         A.    (Viewing video clip.)  That's Hussein

1    Al-Sheikh.

2        Q.    And who is he?

3        A.    Hussein Al-Sheikh.

4        Q.    No, what --

5        A.    Aah.

6        Q.    What is his function?

7        A.    Well, he's -- he too is a member of Fatah

8    Central Committee now.

9        Q.    And does he have a position in the PA?

10       A.    Yes.  He is head of civil -- so-called Civil

11   Affairs Department.

12       Q.    Next clip is Clip 37.  It was Exhibit 1-27 at

13   the MEMRI deposition, MEMRI No. 2197.  For some reason,

14   this one is small.  So I can move it close to you.

15       A.    (Viewing video clip.)  That's Dahlan in a

16   smaller frame.

17               THE REPORTER:  Who?

18               THE WITNESS:  Muhammad Dahlan in a smaller

19   frame.  But it's Dahlan for the third or fourth time.

20   It's still Dahlan.  Small frame, big frame, it's Dahlan.

21       Q.    BY MR. TOLCHIN:  Just so you know, we need

22   to identify him -- the -- the speaker in each of

23   these clips, even if I might recognize it.

24       A.    Oh.

25       Q.    But what -- what I say doesn't count in court.

Page 145

1        A.    Am I doing double duty here to identify

2    people?  And how is it related to -- related to what

3    I'm doing?  But, in any event, I've done what I was

4    asked to do.

5        Q.    Okay.

6            MR. McALEER:  Bob, that was MEMRI Clip 1 dash

7    or Exhibit 1 dash what?

8            MR. TOLCHIN:  Two seven.  Okay.

9            MR. ROCHON:  Does that conclude the clips?

10       Q.    BY MR. TOLCHIN:  No.  Now we have Clip 38.

11   And this is MEMRI No. 2198.  But it -- I don't

12   believe that this was a exhibit at the MEMRI

13   deposition.

14            No.  That one does not actually have someone

15   on it.  Okay.  Now, all the clips I did up to now were

16   from the MEMRI clips.  There were some other clips that

17   were from other sites such as YouTube and elsewhere.

18   And those don't have MEMRI designations.  So these I'm

19   just going to call Clip 1 and Clip 2.

20            MR. ROCHON:  How -- how many of these are

21   there so we can keep track of them, please?

22            MR. TOLCHIN:  It goes up to 13.  It's 1

23   through 13.

24            MR. ROCHON:  And you're representing they've

25   all been produced?

Page 146

1          MR. TOLCHIN:  Yes.  And I can -- I can't do it

2    right -- I probably could, but you wouldn't want to wait

3    for me to tabulate.  But I can get you the links that --

4          MR. ROCHON:  We -- we would like you to --

5    after the deposition to get us, again, I'm just saying

6    a link that identifies each one and where --

7          MR. TOLCHIN:  No problem.

8          MR. ROCHON:  -- it's from -- excuse me -- for

9    the Prime Minister.

10          MR. TOLCHIN:  No problem.

11          This is -- this is Clip 1.  And I know the

12    witness is going to think this is painfully obvious.

13          MR. McALEER:  What is the source of all of

14    these clips?

15          MR. TOLCHIN:  Just what I just said.

16          MR. McALEER:  MEMRI?

17          MR. TOLCHIN:  No, no.  We're done with the

18    MEMRI.

19          MR. McALEER:  Done with the MEMRI.  So what's

20    the --

21          MR. TOLCHIN:  Some of these are from media --

22    Palestine Media Watch.  And some of these are just from

23    YouTube.

24          MR. ROCHON:  Can we indicate for the record

25    this is a P -- Palestine Media Watch clip?

1          MR. TOLCHIN:  Correct.

2      Q.   BY MR. TOLCHIN:  And who is this

3   individual?

4      A.   (Viewing video clip.)  That's Mahmoud Abbas.

5      Q.   Okay.  And I'm showing you now Clip 2.

6          MR. ROCHON:  Also Palestine Media Watch.

7          THE WITNESS:  (Viewing video clip.)  That's

8   Abbas Zaki.

9      Q.   BY MR. TOLCHIN:  Abbas Zaki.  Okay.

10         Clip 3 is also a Palestine Media Watch.

11     A.   (Viewing video clip.)  I don't know her.

12     Q.   Just this is -- according to the recording,

13   this is Kifah Radaydeh.

14         (Brief comment in Arabic by Mr. Saadi.)

15         THE WITNESS:  Aah.  No, I don't -- I don't

16   know her.

17     Q.   BY MR. TOLCHIN:  Okay.

18     A.   I don't know her.

19     Q.   I thought that might be troubling you.

20     A.   Pardon?

21     Q.   I thought it might be troubling you who she

22   was.

23     A.   No.  I -- I just don't know her.  I don't

24   recognize it.

25     Q.   Okay.  Clip 4, also a Palestine Media Watch.

1          MR. SAADI:  Fifth time.

2          THE WITNESS:  (Viewing video clip.)  That's

3    Dahlan.

4       Q.   BY MR. TOLCHIN:  Is that Dahlan?

5       A.   Yes.

6       Q.   Okay.  Clip 5, also Palestine Media Watch.

7       A.   (Viewing video clip.)  Dahlan again.

8       Q.   Oh, remember I said there were a cup -- there

9    were two duplicates.  I'm sorry about that.  Clip 4 and

10   Clip 5 appear to be the same.

11         Clip 6.

12         MR. ROCHON:  Also Media Watch.

13         THE WITNESS:  (Viewing video clip.)  That's

14   Ashraf Al-Ajrami.

15         MR. ROCHON:  Also Media Watch.

16         THE WITNESS:  (Viewing video clip.)  That's

17   Mahmoud Abbas.

18      Q.   BY MR. TOLCHIN:  Clip 8.  This might be a

19   duplicate also.

20      A.   (Viewing video clip.)  That's Dahlan.

21      Q.   Clip 9.

22      A.   (Viewing video clip.)  I don't see a face

23   here.  Can't recognize the profile.  If you hold it

24   a bit longer maybe.

25      Q.   There we go.  You want me to go back?

1      A.    Yeah.   I -- can I -- well, I cannot tell you

2   really for sure.  Aah, Imad Falugi.  Imad Falugi wearing

3   glasses, dark glasses.  I -- I know this man.  I mean,

4   he grew a beard to different lengths.  This is a time

5   when his beard was -- appears to be thick and wearing

6   glasses.  But that's Imad Falugi.

7      Q.    Okay.

8            MR. McALEER:  Can you identify the sources for

9   Clips 8 and 9?

10           MS. DARSHAN-LEITNER:  Palestine Media Watch.

11     Q.    BY MR. TOLCHIN:  They're both -- they're

12   both Palestine Media Watch.  And Clip 10, also from

13   Palestine Media Watch.

14     A.    (Viewing video clip.)  That's Mazen Izz

15   Al-Din.

16     Q.    Okay.  And Clip 11.

17     A.    (Viewing video clip.)  That's Mahmoud Abbas.

18     Q.    Twelve.  This might be the second duplicate.

19           MR. HIBEY:  They continue to be Palestine

20   Media Watch.

21           THE WITNESS:  (Viewing video clip.)  That's

22   Al-Ajrami being interviewed.

23     Q.    BY MR. TOLCHIN:  Okay.  And Clip 13.  This

24   one is very obvious.

25     A.    That's Yasser Arafat.

Page 150

1        Q.    Okay.  I'm done with the clips.

2              MR. HIBEY:  Okay.

3              MR. TOLCHIN:  Thank you.  Let's take a break

4    right now, let me talk, and we'll wrap it up.

5              MR. HIBEY:  Are you -- are you at -- where --

6    how much more time do you think you have?

7              MR. TOLCHIN:  Like I said, not a lot.  But I

8    do want to talk to my colleagues.

9              MR. ROCHON:  Let's -- let's go off the

10   record --

11             MR. TOLCHIN:  Off the record.

12             MR. ROCHON:  -- and take a break.

13             MR. McALEER:  Take a break.

14             THE VIDEOGRAPHER:  Going off the record at

15   9:36.

16             (Recess from 9:36 p.m. to 9:51 p.m.)

17             THE VIDEOGRAPHER:  Back on the record at 9:51.

18        Q.   BY MR. TOLCHIN:  Okay.  Were you aware of

19   during the time you -- withdrawn.

20             Let me start with a -- a general statement.

21   Then I'm going to ask you a few questions about the time

22   you were at Arab Bank.

23             Were you aware, when you were at Arab Bank,

24   of any accounts maintained at Arab Bank by Hamas?

25        A.   No.  I was not aware.

1      Q.    Okay.  Were you aware of any accounts

2  maintained at Arab Bank by Marwan Barghouti?

3      A.    No.

4      Q.    And have you ever heard of something called

5  the Al-Islah Charitable Society Association?

6      A.    Again, can you repeat the name?

7      Q.    Al-Islah.  It might be Islam Charitable

8  Society.

9      A.    Islam?

10         MR. SAADI:  Islah.

11     Q.    BY MR. TOLCHIN:  Islah.  Islah.

12     A.    Islah Charitable Society?  The name sounds

13  generic enough to where that could be.  But I -- I do

14  not remember anything specific about that.

15     Q.    And were you aware of that organization

16  maintaining any accounts at Arab Bank?

17     A.    No.

18     Q.    Have you ever heard of something called the

19  Saudi Committee for Aid to the Al-Quds Intifada?

20     A.    Saudi Committee for -- I don't recall Saudi

21  Committee.  Maybe there was something like that.  I'm --

22  I'm translating again from English to Arabic as to how

23  that might have sounded.  But I do not remember anything

24  about the activities of that --

25     Q.    Have you ever --

1      A.    -- committee.

2      Q.    I didn't mean to cut you off.

3      A.    Yeah.   Sorry.

4      Q.    Have you ever heard anybody refer to the

5  Second Intifada as the Al-Quds Intifada?

6      A.    Second Intifada as Al-Quds Intifada?  Yeah,

7  it was -- it was -- that name was used to refer to the

8  Second Intifada.

9      Q.    And during the time where you were -- that

10  you were at Arab Bank, were you aware of any accounts

11  at Arab Bank maintained by any Saudi Arabian charities?

12      A.    No.

13      Q.    Were you aware of any accounts maintained by

14  an organization called Islamic Jihad?

15      A.    No.

16      Q.    How about the Holy Land Foundation?

17      A.    No.

18      Q.    The Al-Aqsa Foundation?

19      A.    No.

20      Q.    And all of these questions obviously are

21  the same introduction, whether you were aware of any

22  accounts at Arab Bank for the organization.

23      A.    I was not aware of any such accounts.

24      Q.    Committee for Palestine Charity and Aid?

25      A.    Committee for Palestine Charity?  No.

Page 153

1      Q.    El-Hessan Society in Tulkarm?

2      A.    El-Hessan -- Hessan -- can you say that again,

3   please?

4      Q.    In English, they write it E-l, H-e-s-s-a-n.

5      A.    El-Hessan.  Again, that's -- it sounds generic

6   like a name with a meaning, so in that sense.  But I do

7   not recall anything about the activities of such charity

8   or that it having had an account with the bank.

9      Q.    Who is -- if you know, who is Muhammad Ahmad

10  Suleiman Zina?

11     A.    Can you repeat the name?  Ahmad --

12     Q.    Muhammad Ahmad Suleiman Zina.

13     A.    How do you spell the last name?

14     Q.    Z-i-n-a.

15     A.    Z --

16     Q.    I-n-a.

17     A.    Zina?  No, that's not a familiar name to me.

18     Q.    Okay.  How about Muhammad Abd Al-Fatah

19  Ghawanmeh, G-h-a-w-a-n-m-e-h?

20     A.    No.

21     Q.    Okay.  Since your -- since you became part

22  of the PA --

23     A.    Yes.

24     Q.    -- have you had any discussions with Israeli

25  officials regarding --

1               (Brief interruption in the proceedings.)

2               THE WITNESS:  Excuse me.  This distracts me.

3               MR. HIBEY:  Sorry.

4               THE WITNESS:  Yeah.

5               MR. TOLCHIN:  Do you want me to wait a moment?

6               THE WITNESS:  Yeah.  Can we -- can we wait

7   a little bit?

8               MR. TOLCHIN:  Sure.

9               THE WITNESS:  If you want to --

10              MR. ROCHON:  If we could have just one minute.

11              THE WITNESS:  Yeah.

12              MR. ROCHON:  Thank you.

13              THE WITNESS:  It interrupts the question.

14  So I --

15              MR. HIBEY:  I appreciate that.

16              THE WITNESS:  Yeah, yeah.  Sure.

17              MR. HIBEY:  I'm sorry we interrupted.

18              (Brief discussion held off the record.)

19              MR. HIBEY:  Thank you.  Thank you for that.

20              THE WITNESS:  No problem.  Sure.  I have this

21  problem.

22              MR. HIBEY:  No, no.

23       Q.   BY MR. TOLCHIN:  Only one or two more

24  questions about Arab Bank.

25              Since you became --

 1      A.    Yes.

 2      Q.    -- part of the Palestinian government --

 3      A.    Yes.

 4      Q.    -- whether it was Finance Minister, as Prime

 5   Minister, have you had any discussions or communications

 6   with Israeli officials regarding Arab Bank?

 7      A.    Since I became official of the PA whether

 8   I had discussions?

 9            Well, I had discussions with the Israeli

10   officials on the banking system in Palestine generally,

11   not only the Arab Bank, in connection with various

12   operational problems that Palestinian banks have in

13   conducting business operations.  And -- and this, you

14   know, continues to happen up until now, in connection

15   with moving bank notes to branches, especially to Gaza,

16   getting rid of extra funds, extra bank notes, and things

17   like that.

18      Q.    Since -- since you became Finance Minister

19   or Prime Minister, have you had any discussions with

20   anyone about Arab Bank's facilitating transfers of money

21   to people who carried out acts of violence or their

22   families?

23      A.    No.  I've had -- I do not recall having had

24   discussions specifically on that.  I -- no, I do not

25   believe I did other than as I mentioned to you in

Page 156

1    connection with the problems that banks have from time

2    to time, including Arab Bank, in conducting business.

3         Q.    Are you aware of any payments or transfers of

4    money made to the families of the perpetrators of the

5    attack on Mr. -- in which Mr. Saperstein was injured?

6         A.    No.  I'm not aware.

7         Q.    Okay.  Are you familiar with a location called

8    Bi'lin?

9              (Brief court reporter clarification.)

10        Q.    BY MR. TOLCHIN:  B-i-'-l-i-n.

11        A.    Yeah.  I -- I know the place.  It's a little

12   village near Ramallah.

13        Q.    And how do you pronounce it?

14        A.    Bi'lin.

15        Q.    Bi'lin.  Okay.

16             Did you personally visit Bi'lin?

17        A.    Yes.

18        Q.    How many times?

19        A.    Several times.

20        Q.    Did you ever attend a demonstration --

21        A.    Yes.

22        Q.    -- or rally at that location?

23        A.    Yes.

24        Q.    How many times?

25        A.    Several times.

 1      Q.    As recently as last month?

 2      A.    As recently as last month.

 3      Q.    At that gathering, did members of the crowd

 4  destroy a fence and throw stones at Israelis?

 5      A.    Yes.  I understand that happened at the end

 6  of the demonstration.  I, by that time, was gone.  But

 7  I saw footage of that.

 8      Q.    And did you do anything after you saw that

 9  footage?

10      A.    No, I didn't.  This is part of a weekly

11  demonstration that takes place in -- in that area,

12  has been for the last five years.

13      Q.    Were you interviewed in the media in

14  connection with that visit to Bi'lin --

15      A.    No, I -- yeah, I was.

16      Q.    -- and the demonstration there?

17      A.    I was interviewed.  And I also gave a speech.

18      Q.    Did you tell -- were you interviewed by the

19  Associated Press?

20      A.    I believe I was.

21      Q.    Did you tell the Associated Press, in words or

22  substance, that:  "This is huge.  This is great.  As a

23  matter of fact, it should be encouraged."

24      A.    I would want to be clear on what "it" here

25  means.

Page 158

1          Q.    Okay.

2          A.    "It" being nonviolent expression of rejection

3     of the occupation and the settlement enterprise and the

4     erection of the wall in our own territory, with emphasis

5     on "nonviolent."  And in that sense, I said it.

6          Q.    Was destroying a fence and throwing stones at

7     Israelis nonviolent?

8          A.    No.  It was -- this -- this happened at the

9     beginning of the demonstration.  I gave a speech.  I

10    gave an interview.  And the -- this happened in the

11    earlier part of the day, shortly after the Friday

12    prayer.  The whole event took about a couple of hours.

13              But the demonstration, as it normally does,

14    lasted through most of that afternoon.  And toward the

15    very end, that -- that -- part of that fence was -- was

16    torn.  And I saw footage of that.

17              And in connection with the question that you

18    asked me about what it is that I did about that, I mean,

19    I should make it clear that the village does not fall

20    under the security purview of the Palestinian Authority.

21    We do not have any security presence there.  We cannot

22    have operations there in -- in a security sense.

23              But I -- as I made it clear then and I will

24    repeat it to you now, this is a nonviolent, totally

25    peaceful expression of rejection of the occupation

Page 159

1    or settlement activity in our own territory.  And it's

2    something that I express support for.  And that's what

3    I was there for, joining our people in commemorating the

4    fifth -- five years of -- of this brand of saying no to

5    the occupation, completely peaceful, with participation

6    by activists from all over the world, including Israel.

7         Q.   Did you take any steps to find out who the

8    individuals were who destroyed the fence and threw the

9    stones?

10        A.   No.  I -- as I said to you, in terms of the

11   activity that actually took place there and what goes

12   on today as we speak, for example, is not something

13   that falls within the security purview of Palestinian

14   Authority under the agreement that we have with the

15   Israelis.

16        Q.   So the answer is no, you did not?

17        A.   No, the answer is not.  You know, I -- I

18   didn't.

19        Q.   Did you take part in a rally or a

20   demonstration in January of this year, 2010, in which

21   products manufactured in Jewish communities in the

22   West Bank were burned?

23        A.   I took part in an event in which products

24   produced in Israeli settlements, in our land, were

25   produced.

1      Q.    Okay.  And is there a difference between

2   Jewish communities and Israeli settlements?

3      A.    There is a difference.

4      Q.    What's the difference?

5      A.    Settlements -- the term "settlement" refers

6   to an area where Israeli citizens have moved to live in

7   and those areas happen to be all located in Palestinian

8   territory that was occupied in 1967.  Those, under

9   international law, are illegal.

10          Goods produced therein are, therefore,

11   illegal to trade in.  This is the essence of the

12   judgment that was passed, advisory opinion that was

13   issued by the International Court Lahai, 2004, which

14   affirms all of the settlement activity, economic

15   activity in settlements, investment in settlements

16   are illegal under international law.

17          And it is even the responsibility of third

18   parties who may be involved in such activity to be

19   considered accountable under international law.  We

20   Palestinians happen to be the people most adversely

21   affected by settlement activity.  And consistent

22   with international law, we believe that activity is

23   illegal and -- and goods produced there and traded on

24   our market are contraband goods and are participating

25   in that activity in the same way that contraband goods

1  are dealt with.  They are disposed of in a manner that

2  guarantees that they are not traded or peddled again

3  to market.

4       Q.   Now, you said that a settlement is when

5  Israelis citizen -- when Israeli citizens come to

6  live in the West Bank; correct?

7       A.   Yes.  And West Bank is territory that was

8  occupied by Israel in 1967.

9       Q.   But isn't it a fact that what you mean is

10 Jewish-Israeli citizens?

11      A.   I am very clear on what I said, Israeli

12 citizens.

13      Q.   Yes.  If an Israeli Arab comes to live in

14 Ramallah, is that a settlement activity?

15      A.   The issue for me is political.  It's not

16 religious.  And that's why I was deliberate in saying

17 "Israeli."  I have no -- the conflict is not religious.

18 It's not really -- to me it's not a conflict --

19      Q.   So you are --

20      A.   -- based on religion.  This is political.

21      Q.   Are you opposed to Arab citizens of Israel

22 living in the West Bank?

23      A.   I am opposed -- I am opposed to, as

24 international -- international law provides, any action

25 by the occupying power, which is the State of Israel,

Page 162

1    that alters the status quo in the territories occupied.

2    These are obligations that the Community of Nations has

3    accepted under various treaties, treaties that bind

4    countries that are not even party to those treaties or

5    countries that were not even in existence at the time

6    those treaties were -- were formalized.

7            So yes, they are illegal.  And to me, they are

8    illegal.  And the issue, I assure you, is not religious

9    at all.  And I cannot accept the premise of it.  And

10   to -- to refer to my rejection of that on -- on -- on

11   religious grounds is something that I find completely

12   unacceptable.

13       Q.   Isn't it true, though, that at the rally

14   the only products that were burned were products

15   manufactured by Jews who live in the West Bank?

16       A.   The products manufactured in Israeli

17   settlements in the West Bank.  Again, our land, the land

18   where that State of Palestine is going to emerge, apart

19   from that activity being illegal, it also prejudices

20   our capacity to establish our state in a manner that

21   is completely consistent with the political framework

22   that governs our relationship with the international

23   community, including the State of Israel.

24            So, again, I really reject -- and you'll have

25   to forgive me on this.  I utterly and most unequivocally

1   reject any relationship between what we do by way of

2   rejecting and -- and -- the -- the occupation and the

3   settlement enterprise on religious basis.  I reject that

4   utterly.  This is completely political to me.  It has

5   nothing to do with religion, none whatsoever.

6        Q.   But if a -- let's say, a 35-year-old Jewish

7   man, who actually was born and lived his entire life in

8   the West Bank, has a winery and makes wine, you would

9   advocate burning or destroying or boycotting that wine;

10  is that correct?

11       A.   Again, I have to take exception to the

12  characterization of our actions, attitudes, policies,

13  to have any relation whatsoever with religion.  I --

14  I -- I feel very strongly about this.  You'll have to

15  forgive me.  And I -- and I urge that you please stop

16  questioning me on all those lines.  I simply reject it.

17  The issue to me is not -- not religious.  It has nothing

18  to do with the religion.

19       Q.   Okay.  So the --

20       A.   It's a matter of faith.  And I accept that

21  and I respect that and I honor it.  The issue is

22  political to us.

23       Q.   Okay.  So if a Muslim couple came from --

24  let's say, from Iraq and entered the West Bank illegally

25  without a Jordanian visa, say in 1966, before the

1    occupation, and they were there illegally and they

2    had a child and the child grew up in the West Bank

3    and opened a olive press, making olive oil, would you

4    advocate destroying and boycotting that olive oil

5    because he was there illegally --

6        A.    I have to answer --

7        Q.    -- or his parents came illegally?

8        A.    I really hate to answer a question with a

9    question.  But the issue is simply the following.

10           I mean, suppose you were to -- you are in

11    charge of an economy, a territory, a country, and your

12    agency in charge of monitoring economic activity, traded

13    goods, and -- and -- or what have you were to find on

14    the market goods that are smuggled into your economy.

15    What do you do?  I mean, I know what happens, I mean,

16    given my profession.  Those goods are confiscated.  And

17    they are disposed of in a manner that ensures that they

18    are not circulated again for trading.  This happens

19    everywhere in the world.

20           Now, these goods are referred to technically

21    as contraband goods.  They are there illegally.  Goods

22    emanating from settlement -- settlements -- Israeli

23    settlements in our territory are to us illegal.

24           Now, Iraq is not occupying the West Bank.

25    Jordan is not occupying the West Bank and Gaza for that

Page 165

1    matter.  Israel is.  Israel, as the occupying power, has

2    obligations under international law -- has obligations

3    under international law.  Let me repeat.

4              (Brief interruption in the proceedings.)

5              THE WITNESS:  You know, I -- I hope that

6    the distractions can stop.  I just want to really

7    make sure --

8         Q.   BY MR. TOLCHIN:  I'm listening to every

9    word.

10        A.   Yeah.  I want to make sure that I'm clearly

11   understood on this issue.  So let me -- let me repeat.

12             The issue relates to us considering wholly

13   unacceptable, on grounds of them being illegal,

14   settlements -- settlements in the territories that

15   were occupied by Israel in 1967.  Goods produced in

16   those settlements are therefore -- are, therefore,

17   illegal.

18             The issue is one that is related to the

19   manner in which goods produced in Israeli settlements

20   are treated internationally.  For example, the agreement

21   that Israel has with, say, the EU -- you know, the trade

22   agreement that they have provides preferential treatment

23   to Israeli goods in terms of taxation, but explicitly

24   excludes from that preferential treatment goods produced

25   in settlements -- Israeli settlements in the West Bank.

Page 166

1  Why?  Because they are regarded as illegal.

2          Some countries actually ban, to the extent

3  they can identify those goods, having them traded in

4  their own economies.  So that -- that's really the basis

5  for this.  It's not the question of a -- a couple moving

6  here or residing there.  It -- it goes to the heart of

7  the responsibility of the occupying power, which is

8  Israel, under international law.  That particular

9  activity related to moving citizens of the occupying

10  power to the occupied territory is illegal under

11  international law.

12          It contravenes the Geneva Accords --

13  Convention, as is, of course, the removal or

14  displacement of indigenous population.  And where

15  those settlements are built are areas that are --

16  represent economic space for our own people.  And

17  our own people are deprived of the resources on

18  which those settlements are built.

19          These are the practical considerations

20  in addition to the legal considerations that make

21  settlement activity, with all of its aspects, economic

22  and otherwise, to be illegal under international law.

23  But again -- again, I insist the issue has nothing to

24  do with religion.  I -- I honor faith of different

25  people, and I respect that.

1       Q.    Who is -- who is or was Fayez Faraj?

2       A.    Fayez?

3       Q.    Faraj.

4       A.    Fayez Faraj?  Fayez Faraj?

5             Aah, this is a -- this is a -- is a citizen

from Hebron, I believe a 41-year-old who was killed by

the Israeli Army in Hebron about three weeks ago.

8       Q.    Uh-huh.  And do you know why this person was

killed by the Israeli Army three weeks ago?

10      A.    Initially, the report was that he was shot by

the Israeli Army because he was attempting to stab an

Israeli soldier.  An investigation by the Israeli Army

of the incident suggested otherwise.

14      Q.    Okay.

15      A.    I knew it based on reporting from the scene.

16            I was, on that day, in another part of the

country, sharing with our people the joy of inaugurating

project number 1,000 in the Kalkiliya area in the north.

And I learned about the incident.  And I, based on

eyewitnesses, knew what had happened.  And I went all

the way down to Hebron to see his family.  He's the

father of 11, and his wife was expecting their 12th

child.

24      Q.    Okay.

25      A.    And that -- on that incident, far from the way

Page 168

1    in which it was narrated before, was that -- the story

2    was that he was lunging forward with a knife toward the

3    troops -- it was a case of him having been hit and was

4    leaning against the wall and then hit multiple times.

5    Regrettable and sad.

6              MR. TOLCHIN:  We need to change the tape.

7              THE VIDEOGRAPHER:  Going off the record at

8    10:17.

9              (Recess from 10:17 p.m. to 10:18 p.m.)

10             THE VIDEOGRAPHER:  Going back on the record

11   at 10:18.

12        Q.    BY MR. TOLCHIN:  Would you use the term

13   "crime against humanity" to describe suicide

14   bombings?

15        A.    It's an activity that I definitely do not

16   approve of.  I utterly reject on moral grounds even.

17   And definitely it's -- it's a crime.

18        Q.    Okay.  Have you ever heard of somebody --

19   a Palestinian who sold land to Jews being murdered for

20   having done so?

21        A.    No, I don't.

22        Q.    You've never heard of that?

23        A.    No, I heard of it.  But I do not know.  I

24   thought you asked me if I knew somebody who was killed.

25        Q.    Oh, no.  I'm asking generally, are you

Page 169

1  familiar with the phenomenon?

2       A.   Yes.   Yeah.

3       Q.   Are -- are you aware that a -- that actually

4  a large number of Palestinians who have sold land to

5  Jews were -- were subsequently killed?

6       A.   I -- I cannot say it's a large number.   I

7  heard of incidents of that and very few, if -- if any.

8  Actually, it's not a large number.

9       Q.   Are you aware of any investigation into any

10  of these incidents being carried out?

11       A.   I'm not aware of investigations underway.

12  But at the time there probably was.   I'm not aware

13  of a single incident of that kind in recent period.

14            MR. TOLCHIN:   Okay.   I think I have no more

15  questions.

16            MR. ROCHON:   Okay.   We'll just proceed right

17  away.

18

19                      EXAMINATION

20  BY MR. ROCHON:

21       Q.   Mr. Prime Minister, let me start with the last

22  question that you were asked.

23            Have there been any -- been any incidents such

24  as that described by Mr. Tolchin while you've been Prime

25  Minister that have not been investigated?

Page 170

 1          A.   No.

 2               MR. TOLCHIN:  So let's say objection as to

 3     form.  That's a compound question.

 4          Q.   BY MR. ROCHON:  I'll try to correct the

 5     form to address --

 6          A.   Yeah.

 7          Q.   -- his objection.

 8               Mr. Prime Minister, have there been any such

 9     incidents of killing of Palestinians for selling land

10     to Jews, as -- and to use his words, while you have been

11     Prime Minister?

12          A.   No.

13          Q.   If there were any such incidents, would you

14     have them investigated if they occurred within the

15     area where the Palestinian Authority is allowed to

16     investigate?

17          A.   Most --

18               MR. TOLCHIN:  Objection.

19               THE WITNESS:  -- definitely.

20               MR. TOLCHIN:  That's speculative.

21               (Brief court reporter clarification.)

22               THE WITNESS:  My answer -- my answer is most

23     definitely.

24          Q.   BY MR. ROCHON:  Most definitely?

25          A.   We would investigate.

1        Q.    Thank you.

2              He asked you some questions about the

3     Bi'lin --

4        A.    Yes.

5        Q.    -- demonstrations?

6              And you mentioned the wall and the security

7     control issues there?

8        A.    Yes.

9        Q.    Just because this deposition may be used in a

10    U.S. court where people have a little less familiarity

11    with the --

12       A.    Yes.

13       Q.    -- wall -- and I understand we could talk for

14    a long time.  But could you describe what this wall is

15    and how it affects that community?

16             MR. TOLCHIN:  Objection to the form of the

17    question.

18             MR. ROCHON:  What's the basis for the

19    objection?  What form --

20             MR. TOLCHIN:  You have commentary in the

21    question.  If you're going to ask him a direct question,

22    ask him.

23       Q.    BY MR. ROCHON:  You can answer the

24    question, Mr. Prime Minister.

25       A.    The wall is referred to in different ways.  We

1    call it separation wall.  The Israelis call it a fence,

2    security fence.  It's about 700 kilometers in length,

3    not complete yet.  A good part of it is complete.  In

4    some areas, particularly in the north, portions of the

5    wall are in -- are on what we call the Green Line or

6    the boundary between the West Bank and Israel.  But in

7    many areas, the wall is well within the West Bank.  The

8    city or the village of Bi'lin is one such community that

9    lost a lot of farmland because of the wall, because the

10   path of the wall was planned well into the farmland of

11   the village of Bi'lin.

12           A little over five years ago, the citizens of

13   Bi'lin started to demonstrate against Israel's attempt

14   to erect and build that wall.  On a weekly basis, every

15   Friday, they would do that in what became a tradition.

16   And because of the nonviolent, completely peaceful

17   nature of the demonstrations, that attracted a lot --

18   the attention of a lot of people from all over the

19   world, including Israel.  Every Friday since it started,

20   activists come from all over, including Israel, to

21   join in solidarity with the people of Bi'lin in

22   rejecting the erection of the wall on their farmland

23   with some success.

24           They have, by themselves, actually petitioned

25   Israeli legal system.  And they won a ruling from the

1  High Court in Israel that led to altering the path of

2  the wall partially.  But that is yet to be implemented.

3  So the protestation, you know, continues.

4         There were similar movements in many other

5  communities in the West Bank which, like Bi'lin, lost

6  or stand to lose farmland because of the path of the

7  wall with a clearly substantial adverse impact on their

8  livelihood, some -- sometimes separating people.

9         There are communities like that throughout

10  the West Bank, including in the area of Bethlehem, for

11  example, certainly Jerusalem.  In the area of Salfeet,

12  for example, the -- the wall gets way into the West

13  Bank, tens of kilometers in the West Bank.

14         That's really our main objection to the wall.

15  The Israelis decide that they need the wall to separate.

16  We don't agree.  But if they choose to have one, why

17  can't it be built on the boundary between the West Bank

18  and Israel?

19         The issue for us -- for the citizens of

20  Bi'lin, for us Palestinians is where that wall is built.

21  It is built in many areas of the West Bank well into

22  our areas where our state is going to have to emerge if

23  there's going to be lasting and just peace and security,

24  not only for us, but Israelis in the region as well.

25         Q.   You mentioned that the demonstrations in

1    Bi'lin have been going on for five years?

2        A.    Yes.

3        Q.    And he asked you about one incident where

4    there was some destruction.

5              Do I understand, then, there must have been

6    250 or more demonstrations on every Friday over the last

7    five years?

8        A.    Yeah.  I mean, a substantial number of

9    demonstrations in many locations.  And, by the way, I

10   notice in -- in connection with this that, in recent

11   period, the Israeli Army has been pursuing heavy handed

12   tactics in -- in dealing with those demonstrations.  And

13   as a matter of fact, there were some people killed in

14   connection with those peaceful demonstrations, some

15   foreigners seriously injured.

16             As a matter of fact, last Friday a 14-year-old

17   child -- his name is Ihab Fadel Al-Tamimi -- he's, as we

18   speak, fighting for his life in a hospital in Ramallah.

19   I visited with him, his family.  He's in a coma.  He

20   was hit with a rubber bullet that went through his

21   skull.  And he's still in a coma.  He's a child.  Fired

22   by Israeli Army, completely peaceful demonstrations.

23             Israeli High Court, as a matter of fact,

24   Chief Justice found that the tactics used by the

25   Israeli authorities in dealing with those peaceful

1   demonstrations to be heavy handed and not justified.

2   We definitely concur in that.

3        Q.   Despite the violence that has occurred that

4   you've described, do you still espouse that these

5   demonstrations related to the wall be peaceful?

6        A.   We -- we insist that they be peaceful.  We --

7   we completely subscribe to a program of nonviolence.

8   We are clear on this.

9             Every visit I have in connection with

10  something that may appear to be telling of a prospect

11  of deterioration in the security conditions, I always

12  make sure that I, in my message to people wherever I go,

13  to insist that the message of nonviolence be adhered to

14  and nonviolence be adhered to and peaceful rejection of

15  the occupation and its practices in settlement activity

16  would remain strictly peaceful and nonviolent.  It's --

17  it's very important.  And I'm on record having done so

18  on every occasion for sure.

19       Q.   And if there are instances of -- of violence

20  that do occur by Palestinians against Israeli forces,

21  how do you react to those?

22            MR. TOLCHIN:  Objection.

23            THE WITNESS:  Well --

24            MR. TOLCHIN:  Time frame.  When are you

25  talking about?

1      Q.    BY MR. ROCHON:   You can answer the

2    question.

3      A.    I can tell you what I have done.  Not long

4    ago there was a -- I -- I'll give you some example.

5    But not -- not long ago, maybe a month and a half ago

6    probably, there was a stabbing of an Israeli soldier who

7    died as a -- as a result of the stabbing in the north,

8    not very far from Nablus -- to the south of -- of --

9    of Nablus.  I immediately condemned that in an official

10   statement which was noted by everyone in Arabic, not

11   translated into other languages, but in Arabic.

12           And I stand by that condemnation, which I

13   made clear -- I mean I made -- I made sure it included

14   my condemnation on the basis of the action being

15   totally unacceptable and also inconsistent with

16   commitments we had entered into and all of that risk.

17   And that statement is -- it was condemnation without

18   any qualification whatsoever.  It was very clear.  I'm

19   very clear, you know, on this message of nonviolence.

20   We -- we utterly reject it.

21           Early on in my tenure as Prime Minister, there

22   was -- there was an incident in which two Israelis were

23   killed in the Hebron area.  And we pursued the matter.

24   It's not only a matter of condemnation.  By the way, the

25   individual who stabbed the Israeli soldier to death is

1    in Israeli jail.  The Israelis captured them.

2           But an incident that happened nearly two years

3    earlier, a few months into my term as Prime Minister,

4    two Israeli citizens were killed in the Hebron area.

5    We captured the killers.  We put them to trial.  And

6    they're serving a life sentence in a jail in Hebron

7    today.  So we take this very seriously.  It's policy.

8    Everybody knows it's policy.

9        Q.   I want to now turn from that topic to the

10   topic that was the main focus for your deposition today,

11   which was the questions about the funding of Fatah.

12   And we'd like to show you -- I can either do this as

13   a series of exhibits or one large exhibit.

14           MR. TOLCHIN:  What is it?

15           MR. ROCHON:  It's documents that were -- that

16   the Prime Minister looked at.  And you -- you asked him

17   what he looked at.  I'm going to show him some documents

18   and ask him whether these are the documents he looked at

19   in preparing for his deposition.  Your choice.

20           MR. TOLCHIN:  Let me see what they are.

21           MR. ROCHON:  They're all documents, for the

22   record, that have been produced in response to the --

23           MR. TOLCHIN:  I'll tell you -- I'll tell you

24   what I'm -- what I'm going to say, and I'll tell you how

25   you can work around it.

1            If you show them to him and say, these are

2    the ones that you reviewed, aren't they, that's kind of

3    leading your own witness.  If you ask him first what he

4    reviewed and see what he independently recalls and then

5    you want to show them to him, then I won't object to

6    that.

7            MR. ROCHON:  Well, I'll try it that way.  I'm

8    not sure I would agree.  But if it eases -- takes away

9    one objection, that's a good thing.

10        Q.   BY MR. ROCHON:  Mr. Prime Minister, you

11   said you looked at documents?

12        A.   Yes.

13        Q.   And did you get the documents from counsel,

14   from us?

15        A.   Yes.

16        Q.   Okay.  The -- and -- and how many documents

17   were there that you looked at?

18        A.   Three, four documents.

19        Q.   Okay.  And you said they included some things

20   that you referred to as the testimony --

21        A.   Yes.

22        Q.   -- of people?

23        A.   Yes.

24        Q.   And if you could be more specific, when you

25   say the testimony of --

 1       A.    Yes.

 2       Q.    -- people, what -- because that -- we use that

 3    term sometimes differently in --

 4       A.    Yeah.  I'm not using it in a technical

 5    sense -- technical sense necessarily.  But, you know,

 6    statements made by individual --

 7       Q.    Writ -- written?

 8       A.    Signed.  Written statements and signed

 9    statements.

10       Q.    Okay.

11       A.    Declarations, if you will.

12       Q.    Okay.  And was one of those -- from whom were

13    the declar -- whose declarations did you look at?

14       A.    Nashashibi.

15       Q.    Yes.

16       A.    A auditor of the PNF, a statement by Mazen

17    Jadallah, Ramzi Khoury from PNF.

18       Q.    Okay.  What I'd like to do now is show you --

19    and you said you talked to some people as well?

20       A.    Yes.

21       Q.    And who did you talk to?

22       A.    Ramzi Khoury, Nashashibi, and Mazen Jadallah.

23       Q.    Okay.  I'm going to ask you:  Did you also

24    look at an excerpt from the answers that were given by

25    the PLO and the PA to the questions that the plaintiffs

1    have -- had asked about these transfers?

2        A.    Yes.

3        Q.    All right.

4        A.    And that was the basis of my testimony today.

5        Q.    Okay.  And did you look at financial records

6    that reflected transfers of funds to Fatah?

7        A.    Yes.

8        Q.    And did you look at a summary of what those

9    records said?

10       A.    I did.

11            MR. ROCHON:  All right.  Now I'm going to

12   ask the witness -- I'm not going to show him the entire

13   package.  I don't know if you still object, but I can

14   do it as one package now.

15            MR. TOLCHIN:  Go ahead.

16            MR. ROCHON:  Thank you.  It would make it

17   easier on our court reporter eventually.

18       Q.    BY MR. ROCHON:  I'm going to hand you this

19   package --

20       A.    Yeah.

21       Q.    -- please.  And if you could leaf through that

22   and see if those are consistent with the documents that

23   you looked at.

24       A.    (Examining.)  Yeah.  Okay.  Yes.  Okay.

25       Q.    And -- and are those the documents that you

1    looked at?

2        A.    Yes.

3            MR. ROCHON:  I'm going to ask that the package

4    of documents be marked as Defense Exhibit 1 for purposes

5    of this deposition.  Is that -- or would you --

6            MR. McALEER:  Just run it consecutively.

7            MR. ROCHON:  Okay.  Five?

8            MR. McALEER:  Five.

9            MR. ROCHON:  Let's -- we marked it 5.  And

10   we'll let the court reporter put a sticker on the first

11   of those.

12           MR. TOLCHIN:  Do you have a binder clip or

13   a rubberband or something?  Chas --

14           THE WITNESS:  Yeah, here.  Here there is.

15   Yeah.

16           MR. ROCHON:  Here's a binder clip.

17           THE WITNESS:  Yeah.

18           MR. ROCHON:  Thank you, Mr. Prime Minister.

19           THE WITNESS:  No problem.

20           MR. ROCHON:  I'm going to eventually have you

21   take them apart and go through them in detail.  So --

22           MR. TOLCHIN:  Before you give it to the court

23   reporter --

24           MR. ROCHON:  Right.

25           MR. McALEER:  Madam Court Reporter, do you --

1    your exhibit labels reference "plaintiffs' exhibit"?

2            MR. TOLCHIN:  No.  She just has the number.

3            THE REPORTER:  I have these two, or I have

4    plain ones also.  (Indicating.)

5            MR. McALEER:  Okay.

6            MR. ROCHON:  The blue is fine.

7            (S. Fayyad Exhibit 5 marked.)

8        Q.   BY MR. ROCHON:  So Mr. Prime Minister,

9    that first document there that's on top of the stack

10   and -- and the one that actually has Exhibit 5, if

11   you could look at the top, it says "As to Defendant

12   PLO" and then it says "As to Defendant PA."

13           Did you review that document to prepare for

14   your testimony?

15       A.   (Examining.)  Yes.

16       Q.   And did that assist you in preparing for your

17   testimony?

18       A.   It did.  Yeah.

19       Q.   If -- if you could review the -- the language

20   in there so that I could ask you a question.  And I'm

21   referring now to the answer as to the PLO.

22       A.   PLO.  (Examining.)

23       Q.   Have you had a chance --

24       A.   Yes.

25       Q.   -- to look at that?

Page 183

1          A.    Yes.

2          Q.    And -- and then as to PLO transfers to Fatah,

3     the document says that during the period October 1,

4     2000, until and including February 18, 2002, that

5     there were not such transfers in excess of U.S. 250 --

6     $250.

7          A.    That's what it says.

8          Q.    In your testimony when Mr. Tolchin was

9     asking you questions, you indicated that there had

10    been transfers from the PLO to Fatah.

11              Could you explain that?

12         A.    Yeah.  Yeah.  In the sense that it is

13    described here, nothing in excess of $250 that is

14    not ordinary expense.

15         Q.    Okay.

16         A.    That's -- that's what it is in -- in here.

17         Q.    And then when you -- you were not asked about

18    transfers by the PA in the questions from Mr. Tolchin.

19    I'll get to them in a second.

20              But when you said there were transfers from

21    the PLO to Fatah, what kind of transfers were you

22    thinking of?

23         A.    Transfers in the nature of what's mentioned

24    here, not -- not significant amounts and, according to

25    the testimony here and supporting documents, 250 -- not

1    exceeding $250.

2        Q.    Okay.  Did you assume, therefore, that there

3    had been transfers of less than $250 in your testimony?

4        A.    Yeah.  Less than $250, yeah.

5        Q.    Okay.

6        A.    Yeah.

7        Q.    Then if you could review the answer as to

8    the PA.  And --

9        A.    Yes.

10       Q.    -- I'll -- I'll only ask you to review the

11   first two paragraphs.  And then I'll move to the next

12   documents.

13       A.    (Examining.)  Yeah.

14       Q.    Okay.  And you eventually said you spoke to

15   someone named Mazen Jadallah?

16       A.    Yes.

17       Q.    What is Mr. Jadallah's position in the

18   Palestinian Authority?

19       A.    He is head of external department, Minister

20   of Finance.

21       Q.    And you also said you spoke to Mr. Karadsheh

22   and Mr. Khoury; correct?

23       A.    Mr. Nashashibi and Mr. Khoury.

24       Q.    I'm sorry.

25       A.    Yeah.

1       Q.    And now I'm going to --

2       A.    Yeah.  There is --

3       Q.    -- take you actually to this next document.

4       A.    Yeah.  Right.

5       Q.    There's a declaration there that is indicated

6    to be of Mohammad --

7       A.    Zuhdi Nashashibi.

8       Q.    Yes.  And did you review that declaration?

9       A.    Yes, I have.

10      Q.    When you spoke to Mr. Nashashibi --

11      A.    Yes.

12      Q.    -- did you talk to him about it?

13      A.    Yes, I did.

14      Q.    And did you explore with him whether or

15   not the procedures and practices that he went through

16   that are reflected in that declaration were, in fact,

17   accurate?

18      A.    That actually is the reason why I spoke to

19   these gentlemen, to ensure that the methodology used

20   and the procedures they followed were thorough because,

21   you know, my testimony was going to be based on -- on --

22   on their own statements.

23      Q.    Okay.

24      A.    And I was satisfied that that's what they did.

25      Q.    And did you know Mr. Nashashibi previously?

1          A.    Yes, I did.

2          Q.    What positions has Mr. Nashashibi held?

3          A.    He was the first Minister of Finance of

4    Palestinian Authority.

5          Q.    Okay.  And did he have positions also in

6    the --

7          A.    Oh, yeah.

8          Q.    -- in the PLO?

9          A.    Yeah.  Yeah, yeah.  He was also a member of

10   the PLO Executive Committee and assigned the portfolio

11   of chairman of the Palestine National Fund.

12               (Brief court reporter clarification.)

13               THE WITNESS:  Palestine -- oh, chairman of the

14   board of the Palestine National Fund, PNF.

15         Q.    BY MR. ROCHON:  And did you -- and then

16   you said after that that there was another position

17   he held with the PLO.

18               Chairman of the PNF?

19         A.    Yeah.  Member of the PLO Executive Committee.

20         Q.    Okay.

21         A.    Which he still is today.  Yeah.  Yeah.

22         Q.    Given those positions, did you consider him

23   to be somewhat knowledgeable about PNF finances?

24         A.    Most definitely.  I mean, his -- his

25   involvement even predated the creation of the

1    Palestinian Authority.

2         Q.    Okay.

3         A.    Yes.  And he was the Minister of Finance for

4    many years, since the inception through 2002.

5         Q.    All right.  Now you said you also spoke to

6    Ramzi Khoury?

7         A.    Yes.

8         Q.    Could you just let the record reflect who that

9    is?

10        A.    Yeah.  He is the general manager, CEO, if you

11   will, of the Palestine National Fund.

12        Q.    And did you speak to him as part of your due

13   diligence --

14        A.    Yes.

15        Q.    -- for this testimony?

16        A.    Yes.

17        Q.    And did Mr. Khoury provide any verification

18   for the procedures that were used for the answers that

19   are given?

20        A.    Indeed he did.  And that's really -- again,

21   you know, what I was really interested in is to ensure

22   that proper procedure was followed and thorough enough

23   to enable me to rely and -- and feel comfortable relying

24   on -- on -- on what I have before me.

25        Q.    All right.  There were also -- and I'm going

1    to turn to the -- this next declaration that's in this

2    file is by someone named Mr. Karadsheh?

3         A.    Yes.

4         Q.    Now, you did not speak to him?

5         A.    No, I did not.  I did not.

6         Q.    But his affidavit reflects, I believe, that

7    he was the auditor --

8         A.    Correct.

9         Q.    -- for the Palestine National Fund?

10        A.    That's correct.

11        Q.    And you reviewed his declaration?

12        A.    I have.

13        Q.    And when you spoke to Mr. Karadsheh -- excuse

14   me -- Mr. Nashashibi and Mr. Khoury, did you speak to

15   them about the work that had been done by Mr. Karadsheh?

16        A.    I did.

17        Q.    And were you satisfied, from the conversations

18   with Mr. Khoury and Mr. Nashashibi, that their use of

19   that external auditor to provide the information was

20   an adequate way for them to go about their duties to

21   provide this information?

22        A.    Yes, I did.

23        Q.    Now, you reference at some point a declaration

24   of Mr. Jadallah?

25        A.    Yeah.

1      Q.    And when you said that, what -- what were you

2   thinking of?

3      A.    A signed statement.

4      Q.    Okay.  Are you thinking of this document?

5            MR. TOLCHIN:  Objection.  Leading.

6            THE WITNESS:  Yeah, yeah.  Yeah.  That's what

7   it is.

8            MR. TOLCHIN:  What is it?

9            MR. ROCHON:  It's the interrogatory answer.

10            THE WITNESS:  Yeah.  I just referred to it.

11   I said I do not really mean it in a technically correct

12   way.  I do not know what you describe it as in a -- in

13   a technical sense.  But it was a declaration.

14      Q.    BY MR. ROCHON:  Okay.

15      A.    Like an affidavit.  But maybe you do not call

16   it an affidavit.  But I --

17      Q.    And -- and for the record, the document that

18   I showed the Prime Minister when I said "this document"

19   was my copy of --

20      A.    Yeah.

21      Q.    -- the top document that is in Defendants'

22   Exhibit 5.

23            And you also spoke to Mr. Jadallah?

24      A.    Yes.

25      Q.    How long have you known him?

Page 190

1          A.   Oh, several years.  He's been in this position

2     for many years, and he's reliable.

3          Q.   And he's in the Finance Ministry?

4          A.   Yes, he is.

5          Q.   When you were Finance Minister, did he report

6     to you?

7          A.   Oh, yeah.  And he still does today.

8          Q.   Okay.  And did you discuss with him how he

9     went --

10         A.   I -- I am still the Finance Minister.  Khoury

11    reports to me.  Yeah.

12         Q.   Right.  You are his boss?

13         A.   Well, everybody is my boss.

14         Q.   Everybody is your boss or you're --

15         A.   Yes.  Yeah.

16         Q.   So --

17         A.   Yeah.

18         Q.   So he reports to you even today?

19         A.   Yes, he does.

20         Q.   All right.  And I'm not going to go through

21    the detail on these documents that are -- that are

22    included in the rest of that exhibit.

23              But do they reflect the transfers of the PA

24    to Fatah during the period that was provided for in

25    the --

1      A.    Correct.   That period, yes.

2      Q.    And did Mr. Jadallah verify to you or at least

3   to your satisfaction that the process that he had used

4   to go through that process was adequate?

5      A.    Yes.

6      Q.    There have been several times where we've had

7   names in this matter where we --

8      A.    Yes.

9      Q.    -- had talked about English and Arabic.

10          And, again, this matter's being tried in the

11   United States where many people think that there's just

12   a letter-for-letter ability to translate Arabic into

13   English or English into Arabic.

14          And I hate to impose on you like this.  But

15   could you explain how it is that Arabic words end up

16   with so many different spellings in English?

17      A.    Yeah.   I don't know what it is like in other

18   languages to be honest with you.  But Arabic and English

19   do not have the same origin as languages.  And, you

20   know, it's not out of the question, therefore, that

21   there will be difficulties like this.

22          But as you could tell, in the course of

23   testimony, I would ask to -- you know, how something

24   is spelled in English, try to look at it and -- and

25   to see what it might sound like in Arabic and to try

Page 192

1    to figure out if someone is known to me or -- or not.

2    It's like that.  It's not uncommon.

3         Q.    Okay.

4         A.    But, you know, sometimes when names are

5    repeated enough, you know, it's -- we meet foreigners

6    every day.  And it's -- people ask, you know:  How

7    is that spelled?  What does it sound like?  And,

8    oftentimes, the reaction is:  Well, it's close enough,

9    close enough.  Sounds close enough.  So --

10        Q.    Thank you.

11              I'm going to impose on you once more with --

12        A.    Sure.

13        Q.    -- with Defendants' Exhibit 5.  And I'm going

14   to take you to the declaration of Mr. Nashashibi.

15        A.    Yeah.

16        Q.    And I'm going to show you paragraph 11 of that

17   declaration.

18        A.    Yeah.

19        Q.    You remember Mr. Tolchin was asking you about

20   some specific account of Mr. -- that he indicated in his

21   questions was somehow associated with Mr. Qurei?  And it

22   was account No. 21250/510.

23              You may not remember the number.  But --

24        A.    Yes.

25        Q.    -- do you remember he asked you about some

Page 193

1    number?

2        A.    Yes.   He asked me about an account number in

3    relation to at least one of the documents here, the

4    clippings.   Yeah.

5        Q.    All right.   And I just want to direct your

6    attention to paragraph 11.   There is discussion in there

7    as to whether there were --

8        A.    Yeah.

9        Q.    -- any transfers to a certain account number.

10            And is that account No. 2125 --

11       A.    That's what it says, 21250.

12       Q.    Thank you.

13       A.    Yeah.

14       Q.    And the document -- I believe the declaration

15   indicates that, in the process that we've already

16   discussed, they found no transfers to that account.

17       A.    That's what the document says.   Yes.

18       Q.    Okay.   There was some questions to you very

19   early in the deposition as to whether you had initiated

20   an investigation into the incident that we're working

21   on in this case, the 2002 shooting.

22       A.    Yes.

23       Q.    In terms of that shooting happened in Area C,

24   an area referred to as Area C, what is the authority of

25   the Pales -- what -- what authority does the Palestine

Page 194

1    [sic] Authority have to enforce the law in Area C?

2        A.    In Area C, the PA has absolutely no security

3    jurisdiction whatsoever.

4        Q.    All right.

5        A.    None whatsoever.

6        Q.    Even if one wished to and the -- something

7    happened in that area, what power would you have to

8    direct any of the people working in the security

9    services to go there and conduct an investigation?

10        A.    You know, all you have to do is go back and

11    look at the agreement, the Oslo Accords.  And you'll

12    find actually the basis for classification of A, B, and

13    C as jurisdiction in the security sphere in the name.

14    And C is an area where the PA has absolutely no security

15    jurisdiction whatsoever.  It's exclusively the purview

16    of Israel.

17            In Gaza, you know, outside of -- before

18    the Israeli Army withdrew from Gaza, the area where

19    settlements were was completely off limits for PA

20    security services, almost like a -- same treatment

21    like Area C designated West Bank, no security purview

22    whatsoever.

23        Q.    Has the Israeli government asked you to

24    conduct any investigations in the Saperstein shoot --

25    what we call the Saperstein shooting, the case we're

1    involved in here?

2         Have they -- have you received any requests

3    to pursue any such investigation?

4         A.   No, sir, we haven't.

5         Q.   Okay.  You were asked as to whether or not

6    you had spoken to Mr. Qurei in preparation for your

7    testimony by Mr. Tolchin.  He asked you earlier:  Did

8    you call Mr. Qurei?

9         A.   No.  I did not call him as a matter of fact.

10   I did not think it was necessary to call him.  He

11   was not -- he did not have any executive position --

12   position or executive authority during the period in

13   question.  He didn't have one.  And I did not -- did

14   not think it was necessary.

15        Q.   The people that you did talk to, are those the

16   people who actually had knowledge at the time regarding

17   PNF finances?

18        A.   Yeah.  That -- that is why I -- I called them

19   up.  Yeah.

20        Q.   Okay.  If I could have your indulgence for a

21   second, sir, I think --

22        A.   Can I -- can I go back to a question that you

23   asked me about --

24        Q.   Yeah.

25        A.   -- whether or not we were asked to investigate

1    the --

2        Q.    Yes.

3        A.    -- incident?

4            It's really not -- not only that and it's

5    not even only what I -- what I said in answer to

6    Mr. Tolchin's question on -- on the incident.    In

7    terms of where we were, what it is that we really had

8    to deal with, total lack of capacity, security agencies

9    totally -- structures totally decimated.    I mean, I use

10   the expression of -- I said state of virtually complete

11   disintegration, structures completely destroyed in the

12   course of the Intifada by the Israeli Army.    And there

13   was just really nothing to -- to work with.

14       Q.    You know, we have a general familiarity with

15   the issues related to the Israeli security services,

16   the -- and what happened during the Second Intifada.

17           But, again, just to give -- when you say

18   they were totally destroyed --

19       A.    Yeah.

20       Q.    -- give some examples of -- when you say

21   "totally destroyed," are we talking -- what?

22       A.    You know, quarters of security offices,

23   headquarters everywhere throughout -- I mean, they

24   were completely destroyed.

25           I was, for example, earlier today in Nablus

1    where we're rebuilding now the headquarters of security

2    in Nablus.  You go there, as you enter the city, you

3    see to your left a structure that is being built and

4    rebuilt -- rebuilt now.  It was completely leveled

5    by an air strike.  Israeli Air Force demolished it

6    completely.  Such structures were -- were completely

7    destroyed.  Security services did not really have

8    anyplace to go after years of this.

9             So that's what we really have.  We are --

10   when we started doing what we have been doing now and

11   spending a good deal of time doing, we had to house

12   security personnel in -- in caravans and makeshift

13   quarters and -- and all.  To this day, that still

14   exists because we're not done with building a permanent

15   housing for their offices and operations.  Equipment

16   totally destroyed, communication, what have you.

17        Q.   What about files?

18        A.   Definitely.  For sure.  I mean, completely

19   destroyed.  That's -- and not -- not only, by the way,

20   files and destruction of documents.  So that was not

21   related only to security.

22             In the course of the Israeli incursions --

23   military incursions into the West Bank that occurred --

24   or started to happen in the spring of 2002, a lot of

25   documents were destroyed and/or lost, damaged.  There

1   was a lot of destruction.  All you have to do is go back

2   to footage of that period, and you will see utter, utter

3   destruction.

4        I was the other day watching something on

5   television that indirectly, you know, documented the

6   Second [sic].  And that's incredible, the kind of

7   difference.  I, of course, recognize the places, how

8   things were then, how they are -- what they look like

9   today.

10       As I told you, one such place is Nablus where

11  I was today.  In fact, I said this if you review my

12  public comments today.  I was -- I almost was in tears.

13  You know, they showed me a little -- they showed me a

14  little movie documenting their achievements over the

15  past couple of years of the rebuilding, a very nice

16  clip, incredibly moving.  I -- I knew what that -- what

17  that place looked like in 2007.  Impossible to -- to be

18  anywhere in that area, even daytime, without, you know,

19  fearing absolute risk or otherwise being subject to the

20  violence -- violence and acts of violence and -- and --

21  and the rest of it.

22       Today you go places, it's -- I went there.

23  A lot of projects have been implemented.  I almost was

24  in tears watching this.  I -- I drove -- actually, I

25  said to -- it happened in a -- in a movie theater.  I

Page 199

1    mean, the whole event was there.  They showed a little

2    piece of a clip and those speeches.  The first thing

3    that I asked is what -- who runs this place?  And I

4    said:  Well, you -- you didn't do your job.  You did not

5    collect money for -- for entry fee as you should have.

6    This is a great movie.  Just a five-, seven-minute clip.

7            It was just total chaos, I mean total

8    lawlessness, complete -- the country was almost like we

9    were going down the tubes.  I mean, really literally.

10       Q.   And that was in 2007?

11       A.   That was 2007.

12       Q.   Now, you were also asked some questions about

13   the -- the Second Intifada and whether there was an

14   organization to certain acts.  And Mr. Tolchin said a

15   question that -- along the lines of:  So if there was

16   a suicide bomber, they would need to get a bomb, they

17   would need to conceal it, and asked you whether that

18   would reflect the organization.

19            Do you remember those questions?

20       A.   I remember them.  Yes.

21       Q.   I want to -- because there was some discussion

22   of what was organization and what was not, did you mean

23   by your answers to suggest that eventually the Second

24   Intifada as a whole was organized?  Or were you talking

25   about individual operations obviously reflecting

1   organization?

2       A.   It was the latter explanation.  In fact, in

3   my response, I -- I believe clearly I said that in --

4   in describing and explaining what the word "Fatah"

5   meant, that there was not an overall, you know,

6   organization, overarching organizational structure

7   to it.  There was no structure to the Intifada and that.

8   And I recall and -- and responded to the question.  I

9   explained what it meant, that it's something that, by

10  definition, given the word, is planned from bottom up

11  and had no overarching organizational structure.

12          By organization, I understood the question to

13  refer to acts when they happen.  And specifically the

14  question was somebody to get material, needed explosives

15  and whatnot.  I understood "organization" in that sense,

16  that the action itself having been -- having involved,

17  you know, dealing possibly with others in -- in that

18  micro sense, but not in the sense of overarching the

19  management structure to this at all.

20          And, by the way, I -- I certainly would not

21  rule out the possibility that, in many instances, it was

22  probably like that, where -- where somebody, you know,

23  did things on their own.  I mean, that -- that happened

24  too for sure.

25      Q.   And -- and during the Second Intifada, was

1    there any foreign funding of the kinds of actions that

2    eventually resulted in violence?

3         A.    I believe there was.  You know, this is a

4    rough neighborhood.  And I can tell you, you know, to

5    this day, a good part of what we need to worry about

6    is the possibility of external funding flowing into

7    our area.  It's something we definitely have to be on

8    the lookout for and -- and watch for for sure.  And --

9    and it is my belief that that possibility of external

10   funding cannot be excluded.

11        Q.    The last area where I wanted to ask you a

12   couple questions was Mr. Tolchin asked you about the

13   Naveh Report and the --

14        A.    Yes.

15        Q.    -- EU, so-called OLAF Report.

16        A.    OLAF.  Yeah.

17        Q.    And you -- you said that there was -- one of

18   these reports had some mistakes in it and that you knew

19   that before you were interviewed?

20        A.    That's correct.

21        Q.    Who interviewed you?  Which group interviewed

22   you?

23        A.    OLAF.

24        Q.    Did the -- Mr. Naveh or his -- whatever he was

25   doing, did they interview you?

Page 202

1        A.    No.  Never.

2        Q.    Okay.

3        A.    Never, never.  Incidentally, Dani Naveh was a

4    minister, a cabinet officer of the government of Israel.

5    I believe he was Minister of Justice probably.

6              (Brief comment in Arabic by Mr. Saadi.)

7              THE WITNESS:  Health also.  But -- but he --

8    you know, the report was named after him, a collection

9    of documents and all.  And what I was saying in response

10   to Mr. Tolchin's questions was that there was this

11   report, the Dani Naveh report, which I had read before

12   I was questioned by the EU.

13             And the question I was asked, I believe,

14   was about the quality of the Dani Naveh report, which

15   I said that there were a number of misconceptions and --

16   in the report, the structure of laws relating facts with

17   conclusions, that there were some serious difficulties,

18   serious flaws with that report.

19             The OLAF Report was a report produced by

20   the OLAF Commission, the inquiry -- the commission

21   of inquiry that was tasked by the EU Parliament to

22   look into allegations, a lot of which were related

23   to what was contained in the Naveh report, allegations

24   of possible use of PA funds in support of terror

25   activities.

1          The OLAF Report was the -- the EU's report.

2     And I -- and I know, when it was all done, they shared

3     with us the -- only the executive summary of that.  And

4     it tells you the basic conclusion of the report.  And --

5     and -- and that conclusion was what I told you it was,

6     that there was no evidence linking PA monies to funding

7     of -- of -- of terror attacks.

8          But -- but the flaws I referred to are flaws

9     in the Dani Naveh report.  And I -- and I -- and I did

10    say that I have many examples of those flaws, but --

11    I could elaborate if asked.  But, you know, there's

12    no need.

13          MR. ROCHON:  Thank you.  We have no other

14    questions.  Thank you.

15          THE WITNESS:  Thank you.

16          MR. TOLCHIN:  Let me just ask you a question.

17

18                 FURTHER EXAMINATION

19    BY MR. TOLCHIN:

20    Q.   I understand that the PA has no security

21    jurisdiction in Area C.

22    A.   Correct.

23    Q.   But when you find out that the Israelis have

24    arrested Palestinians in connection with an attack,

25    nothing stops you from -- or the PA police from

1    investigating whether there was a connection between

2    the PA or the PLO or any other group and these

3    individuals who were arrested; am I correct?

4            MR. ROCHON:  Objection.

5            I'm sorry, Mr. Prime Minister.

6            But -- but objection to the lack of a time

7    context for --

8        Q.   BY MR. TOLCHIN:  Any time context.

9        A.   Yeah.  I can confirm to you what has existed

10   since the PA was conceived, you know, going back to

11   the time Oslo Accords were concluded.  The basis for

12   designating territories --

13           (Brief court reporter clarification.)

14           THE WITNESS:  -- designating territories as A,

15   B, or C was security jurisdiction.  And to this day,

16   that -- that's what -- what -- what -- what remains as

17   a basic guiding principle in terms of where we can be,

18   where we cannot be.  I can tell you for sure to this

19   minute today, we just simply cannot, you know, have

20   security operations in -- in Area C.  We -- we just

21   simply can't.

22           The issue, of course, has undergone

23   substantial improvement over the past couple of

24   years in the sense of us being able to operate with

25   prior coope -- cooperation now, including in Area C.

Page 205

1    But outside of Area A, meaning cities, we just simply

2    cannot have full and permanent security presence.

3            It's not only what the agreement said.  But in

4    terms of the basic capacity to undertake investigation

5    with all that requires, it's just simply not there.  But

6    as I said, you know, things have changed recently in the

7    sense of us being able to be present, but with prior

8    coordination by Israelis.

9            MR. TOLCHIN:  Nothing further.

10            MR. ROCHON:  Thank you.  Off the record then.

11            THE VIDEOGRAPHER:  That concludes the video

12    deposition at 11:01.

13            MR. McALEER:  Wait.  The witness will read and

14    sign.

15            MR. ROCHON:  What time?

16            THE VIDEOGRAPHER:  11:01.

17            MR. ROCHON:  Thank you.

18            (The deposition concluded at 11:01 p.m.)

19

20

21

22

23

24

25

Page 206

1                    CERTIFICATE OF REPORTER

2

3            I, BRENDA MATZOV, CA CSR No. 9243, do hereby

4   certify:

5            That, prior to being examined, the witness

6   named in the foregoing deposition was duly affirmed by

7   me to testify the truth, the whole truth, and nothing

8   but the truth;

9            That the foregoing deposition was taken before

10  me at the time and place herein set forth, at which time

11  the aforesaid proceedings were stenographically recorded

12  by me and thereafter transcribed by me;

13           That the foregoing transcript, as typed, is a

14  true record of the said proceedings;

15           And I further certify that I am not interested

16  in the action.

17

18           Dated this 22nd day of March, 2010.

19

20  _____

    BRENDA MATZOV, CA CSR No. 9243

21

22

23

24

25

Page 207

1                     CERTIFICATE OF WITNESS

2    SAPERSTEIN, et al. v. THE PALESTINIAN AUTHORITY, et al.

3    PAGE       LINE       CHANGE                    REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16                          * * *

17         I, SALAM FAYYAD, witness herein, do

18   hereby certify and declare the within and foregoing

19   transcription to be my examination under oath in

20   said action taken on March 9, 2010; that I have read,

21   corrected, and do hereby affix my signature under

22   penalty of perjury to said examination under oath.

23

24   _____      _____

           SALAM FAYYAD, Witness                    Date

25