# EXHIBIT C.13

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER