# EXHIBIT C.15

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER