# EXHIBIT C.16

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER