# EXHIBIT C.17

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER