# EXHIBIT C.18

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER