# EXHIBIT C.21

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER