# EXHIBIT C.22

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER