# EXHIBIT C.23

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER