# EXHIBIT C.24

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER