# EXHIBIT C.25

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER