# EXHIBIT C.26

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER