# EXHIBIT C.27

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER