# EXHIBIT C.28

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER