# EXHIBIT C.29

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER