# EXHIBIT C.30

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER