# EXHIBIT C.32
## (1 of 2)

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      ------------------------------------------X
       MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
4      AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
       DAFNA SAPERSTEIN; the ESTATE of
5      AHUVA AMERGI, by and through RAFI AMERGI,
       As Administrator, Executor and/or Personal
6      Representative, RAFI AMERGI, individually,
       minor; and EFRAIM AMERGI, minor; DAN
7      DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
       DAVIDOVIC; ARIEL DAVIDOVIC; and
8      SARAH ZWEIG,

9                                    PLAINTIFFS,

10            -against-          Case No:
                                 04-CV-20225
11
       THE PALESTINIAN AUTHORITY; THE PALESTINE
12     LIBERATION ORGANIZATION; THE PALESTINIAN
       PREVENTATIVE SECURITY SERVICES; THE ESTATE
13     OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
       NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                    DEFENDANTS.
15     ------------------------------------------X
                           DATE: April 1, 2009
16                         TIME: 12:19 p.m.

17

18           TRANSCRIPTION OF AUDIO CD OF

19     DEPOSITION of the Defendant, THE

20     PALESTINIAN AUTHORITY, by a Witness,

21     HUSSEIN AL SHEIKH, held in Jerusalem,

22     Israel.

23

24

25

```
 1

 2     A P P E A R A N C E S:

 3

 4     BERKMAN LAW OFFICE, LLC.
          Attorneys for Plaintiffs
 5        MOCHE SAPERSTEIN & RACHEL SAPERSTEIN
          111 Livingston Street
 6        Brooklyn, New York 11201
          BY:  ROBERT J. TOLCHIN, ESQ.
 7

 8     PLAINTIFF'S ISRAELI COUNCIL
          MORDECHAI LALLER, ESQ.
 9        AVI HAR ZAHAV, ESQ.
          AVI LEITNER, ESQ.
10

11     MILLER & CHEVALIER CHARTERED
          Attorneys for Defendant
12        THE PALESTINIAN AUTHORITY
          655 15th Street NW
13        Suite 900
          Washington, DC 20005-6701
14        BY:  RICHARD A. HIBEY &
              CHARLES F.B. McALEER, JR.
15

16     OSAMA SAADI, ESQ.
          PERSONAL COUNSEL FOR
17        HUSSEIN AL SHEIKH

18

19     AMY GITLIN, COMMISSIONER
          Nahal Katlav
          7/3 Beit Shemesh
20        Jerusalem, Israel

21

22

23

24

25
```

```
 1

 2    ALSO PRESENT:

 3    OFFICE OF MORDECHAI LALLER, ESQ.,
        LEVI HALLER
 4
      MOSHE SAPERSTEIN & RACHEL SAPERSTEIN,
 5      PLAINTIFFS

 6    TRANSLATOR, AMAL SHEHADEH

 7
      TRANSLATOR FOR DEFENDANT'S COUNCIL,
 8      GEORGE NAZOU

 9    AUDIO, VIDEO TEAM,
        MIRI AHARON, SHIMON DEN AVI
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                COMMISSIONER GITLIN:  This is
 3        the Commissioner speaking.  My name
 4        is Amy Gitlin.  My business address
 5        is Nahal Katlav, 7/3 Beit Shemesh,
 6        Israel.
 7             This deposition is being
 8        conducted, beginning at 12:19 p.m. on
 9        April 1, 2009, in Jerusalem, Israel.
10        The deponent's name is Hussein Al
11        Sheikh.
12             Attending this deposition are
13        Defendant's counsel, Richard Hibey,
14        Charles F.B. McAleer, personal
15        counsel to the witness Osama Saadi;
16        translator for Defendant's counsel,
17        George Nazou.  Plaintiff's counsel,
18        Robert Tolchin; Plaintiff Israeli
19        Counsel Mordechai Haller, Avi Har
20        Zahav.
21             From the Office of Plaintiff's
22        Israeli counsel, Avi Leitner.  From
23        the Office of Mordechai Haller, staff
24        member Levi Haller; the Plaintiffs
25        Moshe Saperstein and Rachel
```

```
 1                    HUSSEIN AL SHEIKH
 2          Saperstein; the translator Amal
 3          Shehadeh; the audio-video team Miri
 4          Aharon, Shimon Ben Avi.
 5  H U S S E I N   A L   S H E I K H, called
 6  as a witness, having been first duly sworn
 7  by the Commissioner, was examined and
 8  testified as follows:
 9  EXAMINATION BY
10  MR. TOLCHIN:
11          Q.    Please state your name for the
12  record.
13          A.    Hussein Al Sheikh.
14          Q.    Sir, did you show any form of
15  identification to the Commissioner?
16          A.    (Translator.)  To who?
17          Q.    To the Commissioner.
18          A.    (Translator.)  All of my
19  identification is with the lawyer.
20          Q.    Which lawyer?
21          A.    (Translator.)  Osama Saadi.
22          Q.    You gave your identification to
23  your lawyer?
24          A.    (Translator.)  Of course.
25          Q.    Do you generally have your
```

<pre>
 1                 HUSSEIN AL SHEIKH
 2   lawyer carry your identification for you,
 3   or is that something you did specifically
 4   for today's deposition?
 5        A.     (Translator.)  If you mean by
 6   identification details, papers, the lawyers
 7   have it, but I also have my own
 8   identification.
 9        Q.     I understand.
10               Do you have some form of
11   identification with you today, so that I
12   can verify who you are?
13        A.     (Translator interprets
14   question.)
15               MR. HIBEY:  Perhaps it would
16          help if we stipulated or certified to
17          you that this is the witness Hussein
18          Al Sheikh.
19               MR. TOLCHIN:  Can I see his ID?
20          As much faith as I put in the
21          certification, I would like to see
22          the identification because I don't
23          know the gentleman.
24               MR. HIBEY:  And you are not
25          prepared to accept my representation
</pre>

```
 1                    HUSSEIN AL SHEIKH
 2        that this is the gentleman --
 3              MR. TOLCHIN:  Did you check his
 4        ID?
 5              MR. HIBEY:  -- that you have
 6        cause to appear in this proceeding.
 7              MR. TOLCHIN:  Tell me whether
 8        you checked his ID.
 9              MR. HIBEY:  No, I have not.
10              MR. TOLCHIN:  Then I'd like to
11        see his identification, with all due
12        respect.
13            Is it a problem?
14              MR. HIBEY:  Yes, it is.  I find
15        it completely offensive.
16              MR. TOLCHIN:  I don't
17        understand how the Commissioner can
18        swear in a witness without any
19        identification.  The witness doesn't
20        know him, you've never checked his
21        ID.
22              MR. HIBEY:  But you know me.
23              MR. TOLCHIN:  But I don't know
24        you.
25              MR. HIBEY:  You know me, and as
```

```
 1              HUSSEIN AL SHEIKH
 2         an Officer of the Court, I am
 3         representing to you that this is the
 4         witness, Hussein Al Sheikh.
 5         Q.    What form of identification do
 6    you have with you today?
 7              THE TRANSLATOR:  Can I --
 8              MR. TOLCHIN:  Sure.
 9              THE TRANSLATOR:  -- or just the
10         question?
11              MR. TOLCHIN:  Just the
12         question, unless they want you
13         to translate more.
14              MR. HIBEY:  I think you guys --
15         he has to understand the colloquy
16         that's going on.
17              MR. TOLCHIN:  Okay, so
18         translate the colloquy to him.
19         A.    (Translator interpreting
20    colloquy.)  I have no problem showing my
21    identification card.  I have it with my
22    driver outside.
23         Q.    When he says outside, what does
24    he mean?  Outside the room or in the
25    parking lot?
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.      (Translator.)   Outside.
 3          Q.      It will just take you one
 4   minute to get it?
 5          A.      (Translator.)   Should I go out
 6   to bring it or should my escort bring it
 7   in?
 8          Q.      Whatever's faster.
 9          A.      (Translator interpreting
10   question.)
11             MR. TOLCHIN:  He's asking if we
12          should pause, and I've explained to
13          him that if he pauses then she has to
14          read the times again, so it's better
15          just to let it run.
16             UNIDENTIFIED SPEAKER:   In the
17          future, if there's any dialogue here,
18          I'd like to have it translated,
19          please.
20             MR. TOLCHIN:  The problem is
21          she's the Arabic translator.
22             THE TRANSLATOR:  I can
23          translate that part.
24             MR. TOLCHIN:  Answer it; I
25          don't know who he is calling.
```

```
1              HUSSEIN AL SHEIKH
2              (Whereupon, an off-the-record
3        discussion was held.)
4              MR. HIBEY:  Back on the record.
5        Let the record reflect that the
6        witness has produced his identity
7        card.
8              I'd like to have that document
9        back now.
10             MR. TOLCHIN:  I just want to
11       copy down the number and the name.
12       That's all.
13             MR. HIBEY:  You've got the
14       name.  You purported to now know or
15       confirm his identity.  Now you have
16       confirmed it, the identity of the
17       names and the identity of the
18       persons.  I'd like to have this thing
19       turned over.
20             You are now extracting
21       information outside of the request
22       that you made, and it is improper.
23             Just turn this thing over, Mr.
24       Tolchin.  Mr. Tolchin, do you hear
25       me?  Mr. Tolchin.
```

```
 1                    HUSSEIN AL SHEIKH
 2            MR. TOLCHIN:  Yes.
 3            MR. HIBEY:  I'm telling you
 4       that what you are doing is invading
 5       now the privacy of this man beyond
 6       what is appropriate.
 7            MR. TOLCHIN:  Under what rule?
 8            MR. HIBEY:  You sought to
 9       confirm his identity.  You've got it.
10       Now turn it back over to us, would
11       you, please?
12            MR. TOLCHIN:  Don't raise your
13       voice, don't point a finger.  There
14       is no secret if we copy --
15            MR. HIBEY:  I am not raising my
16       voice.  I'm simply telling you that
17       that is improper.
18            MR. TOLCHIN:  There's no secret
19       if we copy -- under what rule is it
20       improper?  Don't make things up.
21            MR. HIBEY:  You needed to have
22       his identification confirmed, you've
23       done it.
24            MR. TOLCHIN:  Fine.
25       Q.    Sir, what is your full name?
```

```
1                    HUSSEIN AL SHEIKH
2         A.    (Translator.)  Hussein Shahada
3    Muhammad Sheikh.
4         Q.    What I'm going to ask --
5    because I see what's happening -- is I'm
6    going to give a blank piece of paper to the
7    interpreter.  The problem we're going to
8    have, when we get the transcript, is that
9    all the names, which are in Arabic, are
10   going to come out with unintelligible,
11   garbled spellings.
12                So what I would like to suggest
13   we do is either give the interpreter, or
14   perhaps even the witness, a paper, and just
15   whatever name, whatever Arabic name is
16   said, if one of them could just write it
17   down.  I don't care if it's in English or
18   in Arabic or whatever, just so that we have
19   some proper spelling, and that way we will
20   be able to make sure that the transcript is
21   consistent and correct.
22                MR. TOLCHIN:  Is that a
23        problem, Mr. Hibey?
24                MR. HIBEY:  No, I think it
25        should be the job of the translator.
```

```
 1                    HUSSEIN AL SHEIKH
 2            MR. TOLCHIN:  Okay, fair
 3        enough.
 4        A.    (Translator interpreting
 5    request.)
 6            THE TRANSLATOR:  Write now,
 7        that name.
 8            MR. TOLCHIN:  Yes, if you write
 9        in Arabic, that's fine.  It's
10        probably the best official spelling.
11        Q.    Sir, are you known by any other
12    names?
13        A.    (Translator.)  No.
14        Q.    Are you known by any nicknames?
15        A.    (Translator.)  I'm called by my
16    son, I'm called by my son's name Abu Jihad.
17        Q.    That's because your son's name
18    is Jihad?
19        A.    (Translator.)  Yes.
20        Q.    And Abu Jihad means "Father of
21    Jihad"?
22        A.    (Translator.)  My son is Jihad.
23        Q.    Do you have what is called a
24    nom de guerre?
25            MR. HIBEY:  Objection to the
```

```
 1                    HUSSEIN AL SHEIKH
 2          form.
 3          A.      (Translator.)  I don't
 4   understand.
 5          Q.      That's okay.
 6                  For example, Yasser Arafat was
 7   known as Abul Hamas, right?
 8          A.      (Translator interprets
 9   question.)
10          Q.      Do you have a name of that
11   type?
12          A.      (Translator.)  No, I don't have
13   that.
14          Q.      Where were you born, sir?
15          A.      In Ramallah.
16          Q.      Where did you grow up?
17          A.      (Translator.)  In Ramallah.
18          Q.      Can you summarize your
19   education?
20          A.      (Translator.)  I studied at
21   Ramallah schools and I received a diploma
22   from Al Quds University.
23          Q.      What is Al Quds University?  Al
24   Quds University, what is that?
25          A.      (Translator.)  The University
```

```
 1                    HUSSEIN AL SHEIKH
 2     of Abu Dis.
 3          Q.    And the Ramallah schools that
 4     you attended, are you referring to
 5     elementary school and high school?
 6          A.    (Translator.)  Yes.
 7          Q.    The university that you
 8     attended, what did you receive a degree in?
 9          A.    (Translator.)  In political
10     science.
11          Q.    And that was a university level
12     degree?
13          A.    (Translator.)  Yes.
14          Q.    How old were you when you
15     received that degree?
16          A.    (Translator interpreting
17     question.)
18          Q.    Approximately.
19          A.    (Translator.)  Approximately
20     35.
21          Q.    So apparently you did not go
22     straight from high school to university; is
23     that correct?
24          A.    (Translator.)  You mean that
25     there was a period that there was no study?
```

```
 1              HUSSEIN AL SHEIKH
 2        Q.     How old were you when you
 3   finished High School?
 4        A.     (Translator.)  Eighteen.
 5        Q.     How old were you when you
 6   started University?
 7        A.     (Translator.)  About 33, 34.
 8        Q.     Between the age of 18 until 33,
 9   34, were you involved in any education,
10   formal education?
11        A.     (Translator.)  No.
12        Q.     What were you doing during
13   those years?
14        A.     (Translator.)  From the age of
15   18, I was in prison.
16        Q.     How many times have you been in
17   prison?
18        A.     (Translator.)  Only once.
19        Q.     Why were you in prison?
20        A.     (Translator.)  Because I
21   belonged to the PLO.
22              MR. TOLCHIN:  So we agree that
23          PLO is sufficient?
24              MR. HIBEY:  Yes.
25              MR. TOLCHIN:  Yes?
```

1                    HUSSEIN AL SHEIKH
2              MR. HIBEY:  Yes.
3         Q.    Were you convicted of a
4    particular crime?
5         A.    (Translator.)  What do you mean
6    by crime?
7         Q.    Before you went to prison, were
8    you charged with something in a Court?
9         A.    (Translator.)  I was committed
10   for belonging to the PLO.
11        Q.    Which Court convicted you and
12   sent you to prison?
13        A.    (Translator.)  A military Court
14   at Ramallah.
15        Q.    What was the sentence that was
16   imposed?
17        A.    (Translator.)  Ten years.
18        Q.    Was the conviction merely for
19   belonging to the organization, or had you
20   done something that brought about the
21   conviction?
22              MR. McALEER:  Object to the
23          form.
24              MR. HIBEY:  Objection.
25              MR. TOLCHIN:  What's wrong with

```
 1                  HUSSEIN AL SHEIKH
 2        the form?
 3                  MR. McALEER:  I object to the
 4        form.
 5        Q.    You can answer my question if
 6   you can.
 7                  THE TRANSLATOR:  Could you
 8        repeat the question?
 9        Q.    Was your conviction simply for
10   belonging to the PLO or did you do
11   something that brought about the other
12   charges against you?
13        A.    (Translator interpreting
14   question.)
15                  MR. HIBEY:  I object to the
16        form.  The first part of the question
17        I think is perfectly acceptable, if
18        you want to put that to him.
19             But the second part is, for
20        what have you been convicted as
21        opposed to for what did you do.
22                  MR. TOLCHIN:  I'll try it your
23        way and see where that goes.
24        Q.    Sir, do you know specifically,
25   formally, what were the charges against
```

```
 1                    HUSSEIN AL SHEIKH
 2    you?
 3          A.     (Translator.)   The main
 4    accusation was belonging to the PLO.
 5          Q.     Were there any additional
 6    claims besides the main claims, as you
 7    called it?
 8          A.     (Translator.)   Field action
 9    activities.
10          Q.     What do you mean by field
11    activities?
12          A.     (Translator.)   Strikes and
13    going out in demonstration.
14          Q.     What do you mean by strikes?
15          A.     (Translator.)   Strikes and
16    demonstrations against occupation, Israeli
17    occupation.
18          Q.     What I'm trying to clarify --
19    it might be just because of the language
20    barrier -- when you say strikes, a strike
21    can be someone who hits you, or a strike
22    can be everybody stops working.  Which word
23    is it that he used?
24                 THE TRANSLATOR:  You're asking
25          as in --
```

```
 1              HUSSEIN AL SHEIKH
 2         MR. TOLCHIN:  Yes, which word
 3     is it that he used?
 4         THE TRANSLATOR:  Not "strike"
 5     hit, but "strike" stop working.
 6         MR. TOLCHIN:  Not working?
 7         THE TRANSLATOR:  Yes.
 8     Q.    So what did you have to do with
 9  strikes that led to a conviction?
10     A.    (Translator.)  I don't
11  understand the question.
12     Q.    You said the charges against
13  you had something to do with strikes.
14     A.    (Translator.)  It was not
15  something violent.
16     Q.    What was it claimed that you
17  did?
18     A.    (Translator.)  That I was
19  inciting the Palestinian people against the
20  occupation.
21     Q.    What were the charges about
22  demonstrations?  You said the charges
23  included something to do with
24  demonstrations.  I want to find out the
25  details about them.
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.     (Translator.)  Yes, I
 3   participated in the demonstrations.
 4          Q.     Did any of the demonstrations
 5   involve any form of violence?
 6          A.     (Translator.)  Of course not.
 7          Q.     Did any of the charges against
 8   you that led to your time in prison involve
 9   any form of violence?
10          A.     (Translator.)  No.
11          Q.     Were you one of the people that
12   organized the strikes and demonstrations?
13          A.     (Translator.)  Yes.
14          Q.     So you were one of the leaders
15   of the strikes and demonstrations; is that
16   correct?
17          A.     (Translator.)  What leaders?  I
18   was only 17 years old.
19          Q.     Were you one of the leaders of
20   the strikes and demonstrations even though
21   you were only 17 years old?
22          A.     (Translator.)  I was a
23   Palestinian citizen and a student as well.
24          Q.     Have you ever been involved in
25   any of the resistance operations --
```

```
 1                    HUSSEIN AL SHEIKH
 2         A.    (Translator interpreting
 3    question.)
 4         Q.    I haven't finished the
 5    question.  I didn't finish the question.
 6              THE TRANSLATOR:  Oh, sorry.
 7         Q.    Have you ever been involved in
 8    any resistance operations that involved
 9    violence?
10         A.    (Translator.)  Of course not.
11         Q.    Besides the arrest when you
12    were 17 that led to your time in prison,
13    have you ever been arrested?
14         A.    (Translator.)  No.
15         Q.    Have you ever received any --
16    withdrawn.
17              Have you ever been in any form
18    of administrative detention?
19         A.    (Translator.)  No.
20         Q.    Have you ever received training
21    in the use of any form of weapons?
22         A.    (Translator.)  No.
23         Q.    Other than Arabic, do you speak
24    any other languages?
25         A.    (Translator.)  I speak Hebrew.
```

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    Do you speak English?
 3         A.    (Translator.)  Very little.
 4         Q.    How would you describe the
 5    level of Hebrew that you speak?
 6         A.    (Translator.)  Medium.
 7         Q.    Do you read and write Hebrew as
 8    well?
 9         A.    (Translator.)  Yes.
10         Q.    When did you learn Hebrew?
11         A.    (Translator.)  At prison.
12         Q.    Have you been interviewed on
13    Israeli radio and television in Hebrew?
14         A.    (Translator.)  Many times.
15         Q.    That was directly in Hebrew,
16    not with an interpreter?
17         A.    (Translator.)  In Hebrew, yes.
18         Q.    You went to prison at age 18.
19    How old were you when you got out of
20    prison?
21         A.    (Translator.)  Twenty-eight.
22         Q.    Then you said that you started
23    University when you were about 30; is that
24    correct?
25         A.    (Translator.)  Thirty-three,
```

```
 1              HUSSEIN AL SHEIKH
 2   34, something like around that.
 3        Q.    So between the time that you
 4   came out of prison, when you were about 28,
 5   until you started university, when you were
 6   about 33 or 34, what were you doing with
 7   yourself?
 8        A.    (Translator.)  I used to work
 9   with my father.
10        Q.    What kind of work was that?
11        A.    (Translator.)  My father is --
12   was a commercer and he used to export -- he
13   was a businessman.  He used to import food
14   products.
15        Q.    Was your employment with your
16   father your first real job?
17        A.    (Translator.)  Yes.
18        Q.    What was your father's name?
19        A.    (Translator.)  Shehadeh.
20        Q.    Was there a company that you
21   worked for, or was it just working with
22   him?
23        A.    (Translator.)  All the work was
24   for my father.
25        Q.    I'm not sure I understand that
```

```
 1                    HUSSEIN AL SHEIKH
 2    answer.
 3                    MR. TOLCHIN:  He was employed
 4         directly with his father or he was
 5         employed by his father's company?
 6         A.    (Translator.)  Through my
 7    father directly.
 8         Q.    What was your job?
 9         A.    (Translator.)  What, working
10    with my father?
11         Q.    Correct.
12         A.    (Translator.)  I used to help
13    him with selling and buying.
14         Q.    How long did you continue
15    working for your father?
16         A.    (Translator.)  I continued
17    working with him until the establishment of
18    the Authority.
19         Q.    That was 1993 or '94?
20                    THE TRANSLATOR:  He said
21         Authority, and he corrected me and
22         said Palestinian Authority.  I know
23         that it means Palestinian Authority,
24         but he didn't say Palestinian.
25         Q.    So when you said the
```

```
 1              HUSSEIN AL SHEIKH
 2    establishment of the Authority, what are
 3    you referring to?
 4          A.    (Translator.)  I mean in '94.
 5          Q.    The Authority that you are
 6    referring is the Palestinian Authority?
 7          A.    (Translator.)  The Palestinian
 8    National Authority.
 9          Q.    Is the Palestinian Authority
10    and the Palestinian National Authority one
11    and the same thing?
12          A.    (Translator.)  Yes.
13          Q.    That was something that came
14    about as a result of the OSLO Accords,
15    correct?
16          A.    (Translator.)  Yes.
17          Q.    How old were you at the time of
18    the establishment of the Authority?
19          A.    (Translator.)  In '94, about
20    34.
21          Q.    At what point did you start
22    studying in the University?  Was that
23    before or after the Authority?
24          A.    (Translator.)  After the
25    establishment.
```

```
 1                   HUSSEIN AL SHEIKH
 2          Q.    From what age to what age were
 3    you studying in the university?
 4          A.    (Translator.)  From the age of
 5    34, 35, to the age of 36.
 6          Q.    At the time that you were
 7    attending University, were you also
 8    working?
 9          A.    (Translator.)  Yes.
10          Q.    Were you working for your
11    father or for somebody else?
12          A.    (Translator.)  In what year?
13          Q.    During the time that you were
14    in the University.
15          A.    (Translator.)  I was at the
16    Palestinian Authority.
17          Q.    Let me clarify.  You stopped
18    working for your father and you started at
19    the university, and you started working for
20    the Palestinian Authority at the same time;
21    is that correct?
22          A.    (Translator.)  Yes.
23          Q.    In what capacity were you
24    working for the Palestinian Authority?
25          A.    (Translator.)  At the beginning
```

```
 1                  HUSSEIN AL SHEIKH
 2    of the establishment of the Authority, I
 3    was at the Preventative Security.
 4          Q.    How long did you work for
 5    Preventative Security?
 6          A.    (Translator.)  For one year.
 7          Q.    Was that starting in 1994?
 8          A.    (Translator.)  Yes.
 9          Q.    Because it's only one year, I'd
10    like to just clarify, if you know, which
11    month, which month that was; beginning of
12    the year, the end of the year?
13          A.    (Translator.)  What month?
14          Q.    What month did you start
15    working for the Preventative Security?  You
16    said 1994, but was it January, December,
17    August?
18          A.    (Translator.)  Immediately
19    following the inactivation of the
20    Palestinian Authority.
21          Q.    When did you stop working for
22    Preventative Security in the Palestinian
23    Authority?
24          A.    (Translator.)  1995.  I don't
25    remember exactly when.
```

```
 1                    HUSSEIN AL SHEIKH
 2          Q.    Do you know if it was the
 3    beginning of the year, the end of the year,
 4    winter, spring, summer, fall?
 5          A.    (Translator.)  During the early
 6    month of the '95.
 7          Q.    When you worked for
 8    Preventative Security in 1994 to 1995, what
 9    was your position?
10          A.    (Translator.)  Vice President
11    of the Preventative Security.
12          Q.    Who was the President?
13          A.    (Translator.)  Jibril Rajub.
14                MR. TOLCHIN:  That's one of the
15          names you should write down.
16          Q.    What was the hierarchy?  You
17    were the vice President.  Was Jibril Rajub
18    immediately above you?
19          A.    (Translator.)  Yes.
20          Q.    Do you know who was immediately
21    above Gibril Rajub?
22          A.    (Translator.)  Yasser Arafat.
23          Q.    Who was below you?
24          A.    (Translator.)  A number of
25    officers.
```

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    Does he have a memory of
 3    approximately how many officers were
 4    immediately below him?
 5         A.    (Translator.)  I can't
 6    remember.  Many of them.
 7         Q.    Can you give me an order of
 8    magnitude?  In other words, was it
 9    something like five, something like ten,
10    something like 50, something like 1,000?
11         A.    (Translator.)  I can't remember
12    how many exactly.
13         Q.    Explain to him I'm not asking
14    for exactly, I'm asking for approximately.
15         A.    (Translator.)  Maybe more than
16    15.
17         Q.    More than 15, but less than 25?
18         A.    (Translator.)  Maybe.
19         Q.    And you called the people who
20    were right below you officers, correct?
21         A.    (Translator.)  Yes.
22              MR. TOLCHIN:  Could he explain
23         what does he mean by "officers"?
24         A.    (Translator.)  They are
25    officers of different branches.
```

```
 1              HUSSEIN AL SHEIKH
 2         Q.    Does he remember any of the
 3    different branches that were -- does he
 4    remember any of the different branchs?
 5         A.    (Translator.)  Information
 6    branch.
 7         Q.    Any others?
 8         A.    (Translator.)  Administrative,
 9    Finance.
10         Q.    Any others, or is that all he
11    remembers?
12         A.    (Translator.)  There were many.
13         Q.    Did each one of the officers
14    and branches include other employees
15    besides the officers?
16         A.    (Translator.)  Of course.
17              MR. TOLCHIN:  Does he have a
18         memory, approximately, altogether how
19         many people were in the hierarchy
20         below him?
21         A.    (Translator.)  As I said, I
22    already told you.
23         Q.    I don't think he did.
24              You told me that there was 15
25    to 25 officers, but now below the officers
```

```
 1              HUSSEIN AL SHEIKH
 2    there were more people?
 3         A.     (Translator.)  There were
 4    hundreds more beneath them.
 5         Q.     In your capacity as Vice
 6    President of Preventative Security, between
 7    1994 and 1995, did you have occasion to
 8    meet with Yasser Arafat?
 9         A.     (Translator.)  I had only
10    personal meetings with him because -- due
11    to the capacity that I fulfilled, I wasn't
12    allowed to meet him directly with anything
13    connected to work.  Only the President of
14    the Preventative Security could meet him
15    with anything related to the work.
16         Q.     Anything having to do with
17    Preventative Security had to go through
18    Mr. Rajub; is that correct?
19         A.     (Translator.)  To who?
20         Q.     Anything that would have to be
21    discussed with Mr. Arafat.
22         A.     (Translator.)  Yes.
23         Q.     Without getting into details,
24    can you say what sorts of personal
25    interactions you had with Mr. Arafat during
```

HUSSEIN AL SHEIKH

1
2    that time period?
3         A.    (Translator.)  As I said, it
4    was personal, the meetings.
5         Q.    Do you have an understanding of
6    what qualifications you had in 1994 that
7    made you qualified to be Vice President of
8    Preventative Security?
9         A.    (Translator.)  What do you mean
10   by -- what kind of studies and
11   qualifications?
12        Q.    Qualifications.
13             THE TRANSLATOR:  Could I repeat
14       the question?
15             MR. TOLCHIN:  Sure.
16        A.    (Translator.)  You mean
17   personal qualifications?
18        Q.    That's correct.
19        A.    (Translator.)  First of all, my
20   qualifications is my own personal
21   experience.
22        Q.    But at that point in your life
23   you had graduated High School, you had been
24   in prison for ten years, and you worked in
25   an import-export business.  That's what you

```
 1                    HUSSEIN AL SHEIKH
 2    told us about.
 3                    Meaning no disrespect, but I
 4    don't see anything in that experience that
 5    would qualify somebody to be Vice President
 6    of a security organization supervising
 7    hundreds of people.
 8                    MR. HIBEY:  Objection to the
 9         form, argumentative.
10                    MR. TOLCHIN:  Please continue,
11         translate.
12         A.    (Translator interpreting
13    statement.)
14         Q.    Now the question.
15                    MR. HIBEY:  Ask the question.
16         Q.    Now the question:  Is there
17    anything else in your background that made
18    you qualified for the position of Vice
19    President of Preventative Security, in
20    1994, supervising 15 to 25 officers and
21    hundreds of subordinates?
22         A.    (Translator.)  These
23    qualifications were sufficient.
24         Q.    You told us in the University
25    you completed a Degree in Political
```

```
 1                      HUSSEIN AL SHEIKH
 2    Science.
 3          A.     (Translator.)  Diploma.
 4          Q.     How many years of study or
 5    semesters of study led to that diploma?
 6          A.     (Translator.)  Two semesters.
 7          Q.     Does the Diploma have a name or
 8    it's just called a Diploma?
 9          A.     (Translator.)  A Diploma in
10    Regional Studies.
11          Q.     Were you a full-time student or
12    a part-time student?
13          A.     (Translator.)  Part-time.
14          Q.     Part-time?
15          A.     (Translator.)  Part-time.
16               MR. TOLCHIN:  Off the record.
17               (Whereupon, an off-the-record
18          discussion was held.)
19               MR. TOLCHIN:  Back on the
20          record.
21          Q.     I'm sorry, I'm just a little
22    bit unclear.  What years were you in the
23    University?
24          A.     (Translator.)  I would say
25    about half of '95-'96.
```

```
 1                    HUSSEIN AL SHEIKH
 2          Q.     Other than the time when you
 3     were getting that Diploma, have you had any
 4     other formal education?
 5          A.     (Translator.)  No.
 6          Q.     You said you remembered three
 7     divisions that were under you in
 8     Preventative Security, you said Information
 9     Branch, Administration and Finance,
10     correct?
11          A.     (Translator.)  Not under my
12     supervision directly, also under the
13     supervision of the President of the
14     organization.
15          Q.     Who were the officers in charge
16     of those three units?
17          A.     (Translator.)  Muhammad El
18     Jubrini.
19          Q.     Was which?  Was which?
20          A.     (Translator.)  For Information.
21                 Abu Hasan Rajoub in
22     Administration and Finance.
23          Q.     He was in both?
24          A.     (Translator.)  Yes.
25          Q.     What does Abu Hasan Rajoub do
```

```
 1              HUSSEIN AL SHEIKH
 2     today?
 3          A.    (Translator.)  I don't know.
 4          Q.    How about Muhammad El Jubrini?
 5          A.    (Translator.)  I think he is in
 6     the Interior Ministry.
 7          Q.    Is that also in Ramallah?
 8          A.    (Translator.)  He is in the
 9     Interior Ministry in Ramallah.
10          Q.    At some point in your life did
11     you become a member of an organization
12     called Fatah?
13          A.    (Translator.)  Yes.
14          Q.    When was that?
15          A.    (Translator.)  From the day I
16     was arrested.
17          Q.    So you were not a member of
18     Fatah before you were arrested; is that
19     correct?
20          A.    (Translator.)  I was in prison
21     because I was a member of Fatah.
22          Q.    I appreciate that.
23                Were you a member of Fatah
24     before you were in prison, or you became a
25     member of Fatah after you were in prison?
```

HUSSEIN AL SHEIKH

2    A.    (Translator.)  Before I was in

3    prison I was a member of Fatah.

4    Q.    How old were you when you

5    became a member of Fatah?

6    A.    (Translator.)  Sixteen and a

7    half.

8    Q.    You testified earlier that you

9    were in prison because you were a member of

10   the PLO.  Is that what you said?

11   A.    (Translator.)  Fatah is part of

12   the PLO.

13   Q.    Is there such a thing as being

14   a member of the PLO itself?

15   A.    (Translator.)  Once you are a

16   member of Fatah, you immediately become a

17   member of the PLO.

18   Q.    Is it possible to be a member

19   of the PLO without being a member of a

20   constituent group?

21   A.    (Translator.)  Yes, you can be

22   an independent.

23   Q.    But you became a member of the

24   PLO by virtually being a member of Fatah

25   since the age 16 1/2?

```
 1                    HUSSEIN AL SHEIKH
 2         A.     (Translator.)  Yes.
 3         Q.     Was it your membership in Fatah
 4   one of the qualifications that qualified
 5   you for your job as Vice President of
 6   Preventative Security in 1994?
 7         A.     (Translator.)  The one who made
 8   the Oslo Agreement was from Fatah, and yes
 9   of course.
10         Q.     Was Gibril Rajub a member of
11   Fatah?
12         A.     (Translator.)  Yes.
13         Q.     And Yasser Arafat was the head
14   of Fatah?
15         A.     (Translator.)  Yes.
16         Q.     The people below you, such as
17   Mohammed Jibrini, were also members of
18   Fatah?
19         A.     (Translator.)  I cannot judge
20   each person and tell whether they belonged
21   to Fatah or not because it is considered a
22   capacity that they fulfilled.
23         Q.     I'm not sure I understood that
24   answer.
25               Let me just ask directly:  Do
```

```
 1                    HUSSEIN AL SHEIKH
 2      you know whether Mr. Jubrini was a member
 3      of Fatah?
 4           A.    (Translator.)  Yes.
 5           Q.    Do you know whether Mr. Abu
 6      Hasan Rajoub was a member of Fatah?
 7           A.    (Translator.)  Yes.
 8           Q.    Were any of the officers in the
 9      Preventative Security unit not members of
10      Fatah?
11           A.    (Translator.)  I don't know
12      exactly.
13           Q.    Do you remember anyone not
14      being a member of Fatah?
15           A.    (Translator.)  I don't
16      remember.
17           Q.    Incidentally was Mr. Abu Hasan
18      Rajoub related to Jibril Rajoub?
19           A.    (Translator.)  Maybe
20      accidentally.
21           Q.    When you left Preventative
22      Security -- you said your services as Vice
23      President of Preventative Security ended
24      sometime in early 1995; is that correct?
25           A.    (Translator.)  Yes.
```

```
 1                    HUSSEIN AL SHEIKH
 2           Q.     When you left the position of
 3    Vice President of Preventative Security,
 4    did you go on to another job within the
 5    Palestinian Authority?
 6           A.     (Translator.)  Yes.
 7           Q.     What was that job?
 8           A.     (Translator.)  In the
 9    Investigation Crime Authority of the
10    Police.
11           Q.     Let me just clarify.
12                  MR. HIBEY:  Criminal
13            Investigation Officer in the Police.
14           Q.     Which Police was that?
15           A.     (Translator.)  The Palestinian
16    Police.
17           Q.     What was your title?
18           A.     (Translator.)  The head or the
19    manager of the criminal investigations.
20           Q.     Head or manager?  Director?
21           A.     (Translator.)  Director.
22           Q.     So Director of Criminal
23    Investigators?
24           A.     (Translator.)  Yes.
25           Q.     What were your duties as
```

```
 1                HUSSEIN AL SHEIKH
 2   Director of Criminal Investigators?
 3         A.     (Translator.)  To prevent to
 4   fight against crimes in the Palestinian
 5   society.
 6         Q.     What sorts of crimes were you
 7   involved with fighting?
 8         A.     (Translator.)  Theft, murder,
 9   and such things.
10              MR. TOLCHIN:  I'm advised that
11              we have to switch the tape, and the
12              translator needs time to take a
13              breath, so it's probably an opportune
14              moment to break.
15              Madam Commissioner has to
16              record the time.
17              Commissioner GITLIN:  The time
18              is 1:16 p.m.
19              (Back on the record.)
20              Commissioner GITLIN:  The time
21              is 1:29 p.m.
22              This is the Commissioner Amy
23              Gitlin.  My business address is Nahal
24              Katlav, 7/3 Beit Shemesh, Israel.
25              This deposition is being held
```

```
 1              HUSSEIN AL SHEIKH
 2        in Jerusalem, Israel on Aril 1, 2009.
 3              The deponent's name is Hussein
 4        Al Sheikh.
 5              MR. TOLCHIN:  Does she have to
 6        say who is here again for each tape?
 7        As long as we agreed, we all agree
 8        that the same people who were here at
 9        the start of the first tape are still
10        here, correct?
11              MR. HIBEY:  Yes, I believe that
12        is correct.
13  BY MR. TOLCHIN:
14        Q.    Sir, I'm just jumping backwards
15  for a minute.  What does Preventative
16  Security do, or what did it do in 1994?
17        A.    (Translator.)  You are talking
18  about the Vice President or the
19  organization?
20        Q.    The organization.
21        A.    (Translator.)  To preserve
22  general security, public security.
23        Q.    How is Preventative Security
24  different from the Palestinian Police that
25  you referred to a few minutes ago?
```

HUSSEIN AL SHEIKH

1

2     A.    (Translator.)  The Preventative

3  Security is a more political organization.

4     Q.    Can you explain what that

5  means?

6           MR. HIBEY:  Political security.

7     Q.    What is political security?

8     A.    (Translator.)  Basically the

9  Preventative Security is more occupied with

10  political organizations and different

11  belongings to political organizations in

12  the society.  Membership to political

13  organizations.

14     Q.    What functions did the

15  Preventative Security organization serve in

16  the PA government?

17     A.    (Translator.)  To face all the

18  Palestinian organizations who are against

19  Oslo and who are trying to disturb the rule

20  of the Palestinian society.

21     Q.    Then you said you became the

22  Director of Criminal Investigators in the

23  Palestinian Police.  Right?

24     A.    (Translator.)  In the West

25  Bank.

```
 1                    HUSSEIN AL SHEIKH
 2          Q.    Was there another Director in
 3    Gaza?
 4          A.    (Translator.)  Yes.
 5          Q.    Who was the Director in Gaza?
 6          A.    (Translator.)  You mean the
 7    Director of the Police in general?
 8          Q.    I'm sorry.
 9                You said you were the Director
10    of Criminal Investigators for the West
11    Bank.  Was there a Director of Criminal
12    Investigators in Gaza?
13          A.    (Translator.)  Yes.  Correct.
14          Q.    What was that person's name?
15          A.    (Translator.)  I don't remember
16    his name.
17          Q.    Until when did you continue to
18    be the Director of Criminal Investigators
19    of the West Bank?
20          A.    (Translator.)  Several months.
21          Q.    Was that also in 1995, or was
22    it early 1996?
23          A.    (Translator.)  I think until
24    the beginning of '96, I remained in the
25    position of Director of the Criminal
```

```
 1                  HUSSEIN AL SHEIKH
 2    Investigators.
 3          Q.    At the time that you were
 4    Director of Criminal Investigators, did you
 5    have any other titles as well, or was that
 6    your only title?
 7          A.    (Translator.)  No.
 8          Q.    Besides being the Director of
 9    Criminal Investigators from 1995 to 1996,
10    did you have any official position within
11    Fatah?
12          A.    (Translator.)  No.
13          Q.    When you were Director of
14    Criminal Investigators, from 1995 to 1996,
15    who was your supervisor?
16          A.    (Translator.)  Razi el Jabali.
17                MR. TOLCHIN:  What did he say
18          after that?
19          A.    (Translator.)  The General
20    Director of the Police.
21          Q.    Who did Mr. Jabali report to?
22          A.    (Translator.)  To Yasser
23    Arafat.
24          Q.    During your time as Director of
25    Criminal Investigators, from 1995 to 1996;
```

HUSSEIN AL SHEIKH

1
2    did you have any people that reported to
3    you?
4         A.    (Translator.)  Of course.
5              MR. TOLCHIN:  Does he know how
6         many?
7         A.    (Translator.)  Many.
8         Q.    Approximately how many?
9         A.    (Translator.)  Hundreds.
10        Q.    The people who reported to him,
11   what was their role?
12             THE TRANSLATOR:  To who?
13             MR. TOLCHIN:  To him, the
14        people who are under him.
15        Let me clarify the question.
16        Q.    You said hundreds of people
17   reported to you?
18        A.    (Translator.)  Yes.
19        Q.    Who were the people who
20   reported to you?  Were they Police officers
21   or patrolmen in the streets?  How would you
22   describe that?
23        A.    (Translator.)  Investigators
24   and representatives and people who are
25   connected to the investigators who are

                    HUSSEIN AL SHEIKH

1
2    supposed to bring reports to them.

3         Q.    I'm trying to understand the

4    hierarchy.

5         A.    (Translator interprets

6    statement.)

7         Q.    So directly under you, were

8    there officers who had people under them?

9         A.    (Translator.)  There are

10   officers beneath me, and they have other

11   people underneath the officers that are

12   divided in different places.

13        Q.    Do you remember any of the

14   individuals who were officers directly

15   below you?

16        A.    (Translator.)  Some of them.

17        Q.    Who does he remember?

18        A.    (Translator.)  Yunes Shawarme,

19   he used to work at the Israeli Police, and

20   I requested that he -- before the

21   Palestinian Authority, and I requested that

22   he will come to work for me.

23             Muhammad Salach, he was

24   appointed for Nablus; Abdallah Reth

25   responsible for Beit Lehem.

1                     HUSSEIN AL SHEIKH

2          Q.     Do you remember anybody else?

3          A.     (Translator.)  These are those

4     who I recall now.

5          Q.     Do you recall whether these

6     three individuals were members of Fatah?

7          A.     (Translator.)  No.  For

8     example, Yunes Shawarme was not in Fatah.

9          Q.     But the other two were?

10         A.     (Translator.)  Abdallah Reth, I

11    do not know his political conviction.

12    Muhammad Salach does belong to Fatah.

13         Q.     Is it correct, sir, that in

14    1996 you left your position as Director of

15    Criminal Investigators?

16         A.     (Translator.)  Yes.

17         Q.     Where did you go in 1996?

18         A.     (Translator.)  I went to the

19    General Intelligence.

20         Q.     Is there an official, a

21    commonly accepted name for that

22    organization?

23              MR. HIBEY:  General

24         Intelligence.

25         Q.     What position did you receive

```
 1                HUSSEIN AL SHEIKH
 2    in the General Intelligence in 1996?
 3         A.     (Translator.)  I was
 4    responsible for the Students Sector.
 5         Q.     Did you have a title?
 6         A.     (Translator.)  Colonel.
 7         Q.     Other than Colonel, did you
 8    have a title like Director or Vice
 9    President, or anything like that, in
10    General Intelligence?
11         A.     (Translator.)  I was only a
12    colonel responsible for the students
13    sector.
14         Q.     How long did you stay in that
15    job?
16         A.     (Translator.)  About a year.
17         Q.     That would be until 1997 or
18    1998?
19         A.     (Translator.)  About 1997, yes.
20         Q.     Why did you move from being the
21    Director of Criminal Investigators in the
22    Police to being colonel responsible for the
23    students sector in General Intelligence?
24         A.     (Translator.)  Because the
25    General Intelligence requested that I would
```

                    HUSSEIN AL SHEIKH
1
2    join them.
3         Q.    At the time, did you consider
4    that to be a promotion or demotion or
5    staying on the same level?
6         A.    (Translator.)  If you consider
7    the ranking, it is basically the same rank,
8    but the responsibility is different.
9         Q.    Different, but not less
10   important?
11        A.    (Translator.)  Yes, of course.
12        Q.    So at the time you did not
13   consider you were being lowered?
14        A.    (Translator.)  No.
15        Q.    What were your responsibilities
16   as Colonel, responsible for the students
17   sector in General Intelligence, from 1996
18   to 1997?
19        A.    (Translator.)  To fight against
20   any adverse or hostile streams.
21        Q.    What do you mean by hostile
22   streams or adverse streams?
23        A.    (Translator.)  I received this
24   responsibility as the colonel responsible
25   for the students sector when we were facing

```
 1                    HUSSEIN AL SHEIKH
 2    large campaigns against Hamas.
 3          Q.     When you were a colonel
 4    responsible for the students sector, who
 5    did you report to?  Who was your direct
 6    superior?
 7          A.     (Translator.)  The Director of
 8    the General Intelligence, Taufik Tiraui.
 9          Q.     Do you know who Mr. Taraui
10    reported to?
11          A.     (Translator.)  To Yasser
12    Arafat.
13          Q.     In your capacity as colonel
14    responsible for students sector, did you
15    have people who worked beneath you?
16          A.     (Translator.)  Yes.
17          Q.     Do you know how many people,
18    approximately, worked below you in that
19    role?
20          A.     (Translator.)  Who are directly
21    --
22          Q.     Correct, directly below you in
23    the hierarchy.
24          A.     (Translator.)  Yes, I do
25    remember.
```

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    How many was that?
 3         A.    (Translator.)  About ten.
 4   Maximum ten.
 5         Q.    Do you remember any of the
 6   names of any of those individuals?
 7         A.    (Translator.)  Mohammed Daoud,
 8   I do not remember his first name.  The most
 9   important two was Mohammed Daoud and
10   another person from Bira, near Ramallah.  I
11   remember someone Riad, his family name is
12   Riad.
13         Q.    What was Mohammed Daoud's
14   position?
15         A.    (Translator.)  He was working
16   with me directly.
17         Q.    And Mr. Riad?
18         A.    (Translator.)  Also worked with
19   me directly.
20         Q.    Where is Mohammed Daoud today?
21   What does he do today?
22         A.    (Translator.)  He is the
23   General Intelligence Director of Nablus.
24         Q.    And Mr. Riad?
25         A.    (Translator.)  He is also in
```

```
 1                    HUSSEIN AL SHEIKH
 2     the Intelligence, but I do not remember in
 3     what position, because I left the
 4     Intelligence long ago.
 5          Q.    Besides the ten people who were
 6     directly below you, how many people, total,
 7     were below you?
 8          A.    (Translator.)  Hundreds.
 9          Q.    So you left that position in
10     1997, correct?
11          A.    (Translator.)  Yes, about that
12     time.
13          Q.    And where did you go after
14     that?
15          A.    (Translator.)  I went to Civil
16     Affairs.
17          Q.    And are you still at Civil
18     Affairs?
19          A.    (Translator.)  Today I am the
20     Minister of Civil Affairs.
21          Q.    From 1997 until today, have you
22     been constantly employed at the Civil
23     Affairs Administration?
24          A.    (Translator.)  From 1997 until
25     approximately the end of 1999, I left the
```

```
 1                HUSSEIN AL SHEIKH
 2    Civil Affairs.
 3         Q.    We will come back to that.
 4               From 1997 until 1999, what was
 5    your position at the Civil Affairs
 6    Administration?
 7         A.    (Translator.)  I was the
 8    responsible coordinator with the Israelis
 9    and the Palestinian Authority in the West
10    Bank.  I was Director of the RCAC, which
11    was an entity which was established during
12    the Oslo Accords.
13         Q.    What is the RCAC?
14         A.    (Translator.)  It is the higher
15    coordinating committee of Palestinians in
16    the West Bank.
17               MR. TOLCHIN:  When he says
18         RCAC, is that in English?
19         A.    (Translator.)  I know that this
20    is an abbreviation.  If you ask me for
21    what, I cannot tell, but I know they used
22    these letters.  I can tell it in Hebrew.
23    (Hebrew spelling.)
24               MR. SAADI:  CAC is Civil
25         Affairs Committee, but the "R," I do
```

```
 1                    HUSSEIN AL SHEIKH
 2          not know what it stands for.
 3          A.     (Translator.)  It is the Civil
 4   Affairs coordination between the
 5   Palestinians and the Israelis.  That is for
 6   sure, I know.
 7          Q.     From 1997 until 1999, did you
 8   have a title with the RCAC?
 9          A.     (Translator.)  I was the
10   General Director.
11          Q.     As the General Director of the
12   RCAC, whatever that stands for, what were
13   your duties?
14          A.     (Translator.)  I was
15   responsible for all coordinations between
16   the Palestinians and Israelis as far as the
17   Civil Affairs was concerned.
18          Q.     What do you mean when you say
19   Civil Affairs?
20          A.     (Translator.)  Everything that
21   is connected with economics, environment,
22   transportation and communication.
23          Q.     In terms of your personal
24   duties, what were you responsible for doing
25   yourself, you personally?
```

1                    HUSSEIN AL SHEIKH

2         A.    (Translator.)  I had a

3    colleague who is a counterpart in the

4    Israeli side.  I used to conduct continuous

5    meetings with him.

6         Q.    And what was the purpose of

7    these continuous meetings?

8         A.    (Translator.)  To strengthen

9    the connections and relationship between

10   the Israelis and the Palestinians as far as

11   the Civil Affairs is concerned, and to

12   solve any problems between the two sides.

13        Q.    Between 1997 and 1999, who was

14   your counterpart on the Israeli side?

15        A.    (Translator.)  General Fufi.

16        Q.    Did General Fufi have a first

17   name?

18        A.    (Translator.)  Until now, he is

19   a friend of mine.  I know only his name as

20   Fufi.  He retired, but I only remember him

21   as Fufi.

22        Q.    Did you deal with General Fufi

23   in Hebrew or in Arabic?

24        A.    (Translator.)  He loves Arabic,

25   but I preferred in Hebrew.  He wanted to

1                    HUSSEIN AL SHEIKH
2    strengthen his Arabic, but I wanted to
3    strengthen my Hebrew.
4          Q.    When you were the Director of
5    the RCAC from 1997 until 1999, who did you
6    report to?  Who was above you in the
7    hierarchy?
8          A.    (Translator.)  The Minister
9    Jamil A-Tarifi.
10          Q.    And who did he report to?
11          A.    (Translator.)  To the
12    President, Yasser Arafat.
13          Q.    I'm told that RCAC stands for
14    Regional Coordinating Affairs Committee.
15          A.    (Translator.)  It was for the
16    West Bank.
17          Q.    When you were the Director of
18    RCAC, did you have people who were below
19    you in the hierarchy?
20          A.    (Translator.)  Yes, of course.
21          Q.    And who was working below you,
22    names and positions, as best as you can
23    recall.
24          A.    (Translator.)  Iman Handil,
25    Farchedini Dick, the second one, and Ishar

```
 1                    HUSSEIN AL SHEIKH
 2   Abu Marian.
 3            Q.    Anyone else?
 4            A.    (Translator.)  These were the
 5   most important portfolios at the RCAC.
 6   They were also in different sectors because
 7   the hierarchy was conducted with an
 8   agreement, because each one at my side had
 9   to have a counterpart on the other side.
10            Q.    What was Mr. Handil's
11   portfolio?
12            A.    (Translator.)  Citizens
13   Registration.
14            Q.    What does it mean, Citizens
15   Registration?
16            A.    (Translator.)  Anything
17   connected to the National Civil Registries:
18   Newborn babies, acquiring authorizations to
19   visit, permits.
20            Q.    How about Mr. Dick?
21            A.    (Translator.)  He was
22   responsible for the professional
23   specialized committees.  He was responsible
24   for the committees which had any connection
25   to the Israelis in the different
```

1                    HUSSEIN AL SHEIKH
2    ministries.
3                    For instance, there were
4    Agricultural Committees, Health Committees
5    in the different Ministries, and he was
6    coordinating their work with the other
7    side.  And I was the head of these
8    specialized committees.
9         Q.    And how about Mr. Abu Marian,
10   what was his function?
11        A.    (Translator.)  He was
12   responsible Head for the finance and
13   administration of the Ministry.
14        Q.    And that is the Ministry of
15   Civil Affairs?
16        A.    (Translator.)  Yes.
17        Q.    Were those three the only
18   people directly below you that you can
19   remember at this time?
20        A.    (Translator.)  In different
21   areas there were tens of people other than
22   them.
23        Q.    Tens of people who were
24   directly one step below him?
25        A.    (Translator.)  Beneath these

HUSSEIN AL SHEIKH

1

2    people there were tens of people.

3         Q.    Now, when you left the General

4    Intelligence and came to the Civil Affairs

5    Ministry in 1997, did you regard that as a

6    promotion or demotion or staying at the

7    same level?

8         A.    (Translator.)  Almost a

9    promotion.

10        Q.    By the way, something I forgot

11   to ask Mr McAleer.  Did you ever visit in

12   Tunis?

13        A.    (Translator.)  Yes.

14        Q.    When was that?

15        A.    (Translator.)  It was in the

16   beginning of the '90s, 1992, 1993.  They

17   were starting talks about the Oslo

18   Agreement.

19        Q.    Why did you visit Tunis in the

20   1990s in connection with the Oslo

21   Agreement?

22        A.    (Translator.)  I agreed to

23   conduct or to establish committees which

24   would support the Oslo Agreement.

25        Q.    Did somebody ask you to

1                    HUSSEIN AL SHEIKH

2    establish committees to support the Oslo

3    Agreement?

4         A.    (Translator.)  It was volunteer

5    work, me along with Dr. Sari Nusseiba.  It

6    was all volunteering.

7         Q.    Did anybody ask you to get

8    involved at that time?

9         A.    (Translator.)  No, it was a

10   private initiative.

11        Q.    How did you become aware that

12   there were any negotiations going on

13   relating to the Oslo Agreement?

14        A.    (Translator.)  In general it

15   was published and known in 1993 that there

16   was an Oslo Agreement.

17        Q.    Let me just clarify.  You went

18   to Tunis before there was an Oslo

19   Agreement, correct?

20        A.    (Translator.)  I said yes.

21        Q.    How long were you in Tunis?

22        A.    (Translator.)  For a number of

23   days.

24        Q.    Less than a week?  More than a

25   week?

```
 1                   HUSSEIN AL SHEIKH
 2          A.     (Translator.)   About a week.
 3          Q.     And when you were in Tunis,
 4    what did you do there?
 5          A.     (Translator.)   I met with
 6    Yasser Arafat.
 7          Q.     How many times?
 8          A.     (Translator.)   Twice.
 9          Q.     What was the purpose of the
10    meetings with Arafat in Tunis?
11          A.     (Translator.)   To talk about
12    political developments in the area.
13    Especially there were talks about
14    conducting or performing a peaceful process
15    in the region between Israel and the PLO.
16          Q.     Did Mr. Arafat ask you to do
17    anything?
18          A.     (Translator.)   No.  Personally
19    directly for me, no.
20          Q.     When you met with Arafat, was
21    it with a group of people or just you and
22    him?
23          A.     (Translator.)   He had other
24    people, but I cannot remember who was there
25    also.
```

```
1                    HUSSEIN AL SHEIKH
2         Q.    What I'm trying to clarify is,
3    I do not mean his assistants or his aides.
4    Were there other people such as yourself
5    who had come to Tunis, who were meeting
6    with him together with you, or you were
7    meeting with him and his assistants by
8    yourself?
9         A.    (Translator.)  The first time I
10   went there it was on a personal level.
11   Following that, I met with him and Dr. Sari
12   Nusseiba.
13        Q.    When you say it was on a
14   personal level, you mean it was a private
15   meeting or you mean you were talking about
16   personal things?
17        A.    (Translator.)  What do you mean
18   private?  I am Fatah and I was meeting with
19   the head of Fatah.
20        Q.    So is it fair to say you were
21   talking about issues that Fatah was active
22   on at the time?
23        A.    (Translator.)  I wanted to
24   coordinate with him that I am interested in
25   initiating committees to support the Oslo
```

```
 1                    HUSSEIN AL SHEIKH
 2      Agreement.
 3            Q.    And when you say committees to
 4      support the Oslo Agreement, what do you
 5      mean by committees?
 6            A.    (Translator.)  I established
 7      different committees in all of the West
 8      Bank.  I established committees supporting
 9      the peace process.  In each town I
10      established a committee.
11            Q.    Did you make more than one trip
12      to Tunis?
13            A.    (Translator.)  I also went with
14      Dr. Sari Nusseiba.
15            Q.    Altogether how many times did
16      you travel to Tunis?
17            A.    (Translator.)  In 1993, after
18      establishing the committees, I cannot
19      remember exactly but more than once.
20            Q.    More than five times?
21            A.    (Translator.)  No.  Maybe three
22      times.  I cannot remember exactly, but more
23      than once for sure.
24            Q.    More than twice?
25            A.    (Translator.)  Maybe three
```

1                    HUSSEIN AL SHEIKH
2    times, something like that.
3          Q.     Are you just talking about the
4    period between 1992 and 1993, or are you
5    talking about your whole life?
6          A.     (Translator.)  I only went in
7    1992 and 1993.
8          Q.     When you were in Tunis during
9    those approximately three trips, did you
10   meet with anybody there besides Mr. Arafat?
11         A.     (Translator.)  Of course.
12         Q.     Who else did you meet with?
13         A.     (Translator.)  I met with
14   Farouk el Kadoumi and Jibril Rajub.
15         Q.     That is the same Jibril Rajub
16   who was your supervisor later, if I
17   understand?
18         A.     (Translator.)  Yes, it is the
19   same person.
20         Q.     Who was Farouk Kadoumi at the
21   time in the early '90s?
22         A.     (Translator.)  He was the head
23   of the political department in the PLO.
24         Q.     Where is Mr. Kadoumi today?
25         A.     (Translator.)  He is traveling

```
 1                    HUSSEIN AL SHEIKH
 2    between Tunis and Damascus.
 3          Q.     Are you still in contact with
 4    Dr. Kadoumi?
 5          A.     (Translator.)  No.
 6          Q.     At the time that you were
 7    traveling to Tunis in 1992 and 1993, you
 8    were working for your father, correct?
 9          A.     (Translator.)  Yes.
10          Q.     Did you have any position in
11    Fatah at that time?
12          A.     (Translator.)  There were no
13    capacities in Fatah at that time.
14          Q.     Just a member?
15          A.     (Translator.)  Yes.
16          Q.     On behalf of whom did you set
17    up those committees in support of the Oslo
18    Accords?
19          A.     (Translator.)  On my own
20    initiative, along with Dr. Sari Nusseiba's,
21    and I started to recruit people for this
22    issue.
23          Q.     Did you have the approval or
24    support of Mr. Arafat to organize these
25    committees in support of Oslo?
```

```
 1                  HUSSEIN AL SHEIKH
 2          A.     (Translator.)  After I put in
 3     front of him, the picture of the
 4     initiative, of course he supported it.
 5          Q.     Let's go back to 1999.  At that
 6     point you left your position as the
 7     Director of the RCAC?
 8          A.     (Translator.)  Approximately
 9     end of 1999.  I don't remember the month
10     exactly, but yes.
11          Q.     Where did you go?
12          A.     (Translator.)  I was elected as
13     the Treasurer of Fatah.  Secretary, sorry.
14          Q.     Could we clarify, is the title
15     Secretary or Secretary General?
16          A.     (Translator.)  Secretary of
17     Fatah in the West Bank, as I said.
18          Q.     When you say you were elected,
19     who elected you?
20          A.     (Translator.)  Those who
21     elected me are the Fatah leadership in the
22     West Bank.
23          Q.     So this was not a general
24     election among the public; is that correct?
25          A.     (Translator.)  Approximately
```

```
 1                HUSSEIN AL SHEIKH
 2    there were 70 people who elected me.  These
 3    were the leadership of the Fatah in the
 4    West Bank.
 5              I was also a candidate along
 6    with other people who were competing for
 7    this position, and I was elected.
 8         Q.    What were your duties as
 9    Secretary for Fatah in the West Bank?
10         A.    (Translator.)  When we consider
11    Fatah in the West Bank, I was responsible
12    for the organization.  Fatah is divided
13    into districts.
14              Commissioner GITLIN:  It is now
15         2:06 p.m.
16              (A recess transpired.)
17              Commissioner GITLIN:  This is
18         tape number 3.  We are beginning at
19         2:41 p.m.
20              This is the Commissioner Amy
21         Gitlin.  My business address is Nahal
22         Katlav, 7/3 Beit Shemesh, Israel.
23              This is the deposition of
24         Hussein al Sheikh conducted in
25         Jerusalem, Israel, on April 1, 2009.
```

```
 1                 HUSSEIN AL SHEIKH
 2    BY MR. TOLCHIN:
 3         Q.    Can you tell me, sir, when
 4    exactly you were elected as Secretary of
 5    Fatah?
 6         A.    (Translator.)  In the last
 7    months of 1999.
 8         Q.    At the time that you were
 9    elected as Secretary of Fatah, did you stop
10    having a job working for the Palestinian
11    Authority?
12         A.    (Translator interpreted
13    question.)
14         Q.    I'll rephrase the question.
15    I'll just withdraw the question and ask it
16    more clearly.
17              When you became Secretary of
18    Fatah, did you stop being employed by the
19    Palestinian Authority?
20         A.    (Translator.)  Yes.  When I was
21    elected, I no longer had any executive
22    position at the Palestinian Authority.
23         Q.    The job as Secretary of Fatah,
24    was that a volunteer job or were you paid a
25    salary for that job?
```

1                    HUSSEIN AL SHEIKH
2          A.    (Translator.)  Without salary.
3          Q.    During the time that you served
4    as the Secretary of Fatah, how did you
5    support yourself?
6          A.    (Translator.)  I had two income
7    sources.  I had personal income from the
8    work that my brothers and family did.
9                 The second one, when I finished
10   my executive position at the PA, my salary
11   was transferred to the -- I have to find
12   the word.
13               MR. SAADI:  We have a special
14          terminology.  Give me a minute.
15          Q.    While we wait for the precise
16   word, can we continue?
17               THE TRANSLATOR:  Okay.
18               MR. TOLCHIN:  Do you want me to
19          continue or do you want me to wait
20          for your --
21               MR. HIBEY:  I think I might
22          need the translation.
23               MR. TOLCHIN:  I'm happy to
24          wait.
25               MR. HIBEY:  I don't know where

1                    HUSSEIN AL SHEIKH

2          he went.

3               MR. TOLCHIN:  He went to call

4          someone.  He was talking on his

5          cellphone.

6               MR. HIBEY:  Oh, is that right?

7               MR. SAADI:  It's GPC, General

8          Personnel Council.

9          Q.    During the time that you worked

10    as Secretary of Fatah, you were paid a

11    salary by the General Personnel Council of

12    the PA; is that correct?

13         A.    (Translator.)  Correct.

14         Q.    Why did the Palestinian

15    Authority continue to pay you a salary

16    while you were working as Secretary of

17    Fatah?

18         A.    (Translator.)  I was working

19    for the Palestinian Authority until 1999.

20    When I finished and was elected as the

21    Secretary of Fatah, I lost my executive

22    position in the PA, so my portfolio was

23    transferred from my executive position to

24    the GPC.

25              I was given a limited period.

HUSSEIN AL SHEIKH

1

2      I was given, according to the law -- I do

3      not remember which law exactly -- a time

4      period where I had to choose whether to

5      continue to fulfill a position in the PA or

6      to stop practicing or having this position,

7      so that I would not be cut off from any

8      salary, until I find some other source of

9      income.

10          Q.    How long was the period of time

11     that you were given?

12          A.    (Translator.)  The problem was

13     that all of these things were mixed up in

14     the PA at that time.

15          Q.    Do you mean by that that nobody

16     knew how long the period was that you could

17     continue receiving a salary?

18          A.    (Translator.)  I mean by that,

19     that in 2000 the Intifada erupted and the

20     whole area was prevailed with violence, and

21     all the Authority's buildings were

22     destroyed.

23               There was no stability in the

24     political Palestinian organization in

25     general.  The Palestinian political system

```
 1                    HUSSEIN AL SHEIKH
 2     was no longer stable.   Different
 3     organizations were not working or active as
 4     they used to be before the Intifada.   The
 5     working hours were not regulated anymore.
 6     This is what I mean specifically.
 7              MR. SAADI:   Mr. Hussein was
 8              referring to the Department of
 9              General Personnel Affairs, we call it
10              GPC.   The General Personnel Council,
11              that it is where public servants are
12              usually paid.
13         Q.    How long did you serve as
14     Secretary of Fatah?
15         A.    (Translator.)   I took this
16     position from 1999 until 2005.
17         Q.    For what period of time did you
18     continue to receive a salary from the GPC?
19         A.    (Translator.)   During the whole
20     five years, except for one year during the
21     government of Hamas, following the victory
22     of Hamas in the elections.   I assume about
23     a year I did not have a salary.
24         Q.    Do you know what year that was?
25         A.    (Translator.)   Hamas succeeded
```

HUSSEIN AL SHEIKH

1
2    in the election in January 2005, in the
3    legislative council elections, and it
4    continued for about a year.
5         Q.    When you were Secretary of
6    Fatah, who was above you in the hierarchy?
7         A.    (Translator.)  In 2002, the one
8    who was responsible above me is Hanin
9    Hassan, a member of the Central Committee
10   at Fatah.
11        Q.    That was until 2002 or after
12   2002?
13        A.    (Translator.)  He remained
14   responsible for me until 2005, when I left
15   Fatah and I returned to the PA.
16        Q.    Let's jump back.  In 1999, when
17   you were first elected as Secretary of
18   Fatah, who was above you?
19        A.    (Translator.)  The one who was
20   responsible for me was Hakam Balaui.  He
21   remained in position until 2002, until
22   Honey el Hassan took position.
23        Q.    What does Mr. Balaui do today?
24        A.    (Translator.)  He is a member
25   of the Central Committee of Fatah.

1                    HUSSEIN AL SHEIKH

2          Q.     Does he have a position within

3     the Palestinian Authority?

4          A.     (Translator.)  No.

5          Q.     Does he have a position within

6     the PLO?

7          A.     (Translator.)  What do you mean

8     by that?

9          Q.     You told us he has a position

10    today with Fatah.

11         A.     (Translator.)  Yes.

12         Q.     Does he also have, officially,

13    a position in the PLO?

14         A.     (Translator.)  Mr. Balaui has

15    no official position in the PLO.  The ones

16    who represent Fatah in the PLO are Mr.

17    Mahamud Abas and Achmed Dedrer in the

18    Executive Committee of the PLO.

19         Q.     How about Mr. Hanin Hassan,

20    what does he do today?

21         A.     (Translator.)  He is a member

22    of the Central Committee of Fatah.

23         Q.     Who was above Mr. Balaui in

24    1999 until 2002?

25         A.     (Translator.)  To the head of

```
 1                     HUSSEIN AL SHEIKH
 2    the Fatah movement, to Yasser Arafat.
 3         Q.     To whom did Mr. Hanin Hassan
 4    report?  Who was above him from 2002 to
 5    2005?
 6         A.     (Translator.)  At first he was
 7    reporting to Abu Amar, until he passed away
 8    in 2004, if I am correct.  Then Abu Mazen
 9    became the general leader of Fatah.
10         Q.     By Abu Amar are you referring
11    to Mr. Arafat?
12         A.     (Translator.)  Yasser Arafat
13    has many nicknames among which is Abu Amar.
14         Q.     Who is Abu Mazen?
15         A.     (Translator.)  The President,
16    Machmud Abas.
17         Q.     And President Abas is known as
18    Abu Mazen?
19         A.     (Translator.)  Yes.
20         Q.     When you were Secretary of
21    Fatah, did you have people who worked for
22    you?
23         A.     (Translator.)  Of course.
24         Q.     How many people worked directly
25    under you?
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.     (Translator.)  I had 14
 3   Secretaries who were divided into different
 4   districts in the West Bank.
 5          Q.    Were those 14 Secretaries each
 6   responsible for a different territory, or
 7   were they responsible for different
 8   functions?
 9          A.     (Translator.)  They were
10   responsible for Fatah in the different
11   districts.  Each one is responsible for
12   Fatah in his own area, and they were
13   elected democratically.
14          Q.    I just want to clarify.  You
15   were Secretary of Fatah only in the West
16   Bank, correct?
17          A.     (Translator.)  Only in the West
18   Bank, yes.
19          Q.    Was there another person who
20   was Secretary of Fatah in Gaza?
21          A.     (Translator.)  Yes.
22          Q.    Who was that individual?
23          A.     (Translator.)  Achmed Hiles.
24          Q.    Did Achmed Hiles serve the same
25   time period as you?
```

```
 1                   HUSSEIN AL SHEIKH
 2        A.     (Translator.)  Yes.
 3        Q.     Where is Achmed Hiles today?
 4        A.     (Translator.)  In Gaza.
 5        Q.     Is he part of the government in
 6   Gaza today?
 7        A.     (Translator.)  Which
 8   government?
 9        Q.     Any government.
10        A.     (Translator.)  He is not in any
11   government.
12        Q.     Did those 14 Secretaries that
13   you referred to that worked for you, did
14   they have people that worked for them?
15        A.     (Translator.)  Yes.
16        Q.     Approximately how many people
17   altogether?
18        A.     (Translator.)  Thousands.  We
19   are talking about an organization, the
20   organization of Fatah.
21        Q.     In 2005, did you leave your
22   position as Secretary of Fatah?
23        A.     (Translator.)  Yes.
24        Q.     Why did you decide to leave
25   your position as Secretary of Fatah?
```

1                    HUSSEIN AL SHEIKH
2          A.     (Translator.)  According to the
3    wish of the President, Machmud Abas.
4          Q.     Did the President, Abas, ask
5    you to leave your position as secretary?
6          A.     (Translator.)  Yes.
7          Q.     Did President Abas ask you also
8    to take on a new job?
9          A.     (Translator.)  Yes.
10         Q.     What was the new job that you
11   took on in 2005?
12         A.     (Translator.)  I took the
13   position of Security and Civil Coordination
14   with Israel, the head of the Security and
15   Civil Coordination with Israel.
16         Q.     Is that the job you have today?
17         A.     (Translator.)  Yes.  Today I am
18   the Minister of the Civil Palestinian
19   Affairs.
20         Q.     Today, who do you report to as
21   Minister of Palestinian Affairs?
22         A.     (Translator.)  To the
23   President, Machmud Abas.
24         Q.     How many other ministers are
25   there in the Palestinian Authority?

HUSSEIN AL SHEIKH

2      A.      (Translator.)  To clarify

3    something, I am a minister who belongs to

4    the presidency.  I do not belong to the

5    government.  The prime minister is Salam

6    Fayad.  The one who is responsible directly

7    for me is Machmud Abas.

8           Q.      How many other people are

9    ministers belonging to the presidency?

10          A.      (Translator.)  Myself.  There

11   are different committees which belong to

12   the President, and there are ministers

13   which belong to the government of Salam

14   Fayad.

15            MR. SAADI:  I would not call

16          them committees.  They are known as

17          being Authorities.  There is the

18          Civil Affairs Authority and the

19          Monetary Fund Authority.  These two,

20          they report to the President.

21            MR. TOLCHIN:  I appreciate it.

22          Let me just clarify with the witness,

23          because he testifies.

24          Q.      There is the organization you

25   are in charge of.  It is called the Civil

```
 1                    HUSSEIN AL SHEIKH
 2     Affairs Authority or Civil Affairs
 3     Ministry?  What is the proper term?
 4          A.    (Translator interpreted
 5     question.)
 6               THE TRANSLATOR:  It's a problem
 7          to use -- when you say
 8          organization --
 9          A.    (Translator.)  Could you repeat
10     the question, please?
11          Q.    I understand.  I can ask it
12     differently.
13               What is the official name of
14     the body that you are in charge of?
15          A.    (Translator.)  It is the Civil
16     Affairs Authority.
17          Q.    Are there any other authorities
18     that are part of the office of the
19     presidency of the Palestinian Authority?
20          A.    (Translator.)  Yes.
21          Q.    Which other authorities?
22          A.    (Translator.)  Monetary
23     Authority and Television and Radio
24     Authority.  They are directly below to the
25     President.
```

1                    HUSSEIN AL SHEIKH

2          Q.    Anything else?

3          A.    (Translator.)  Basically these

4    are the Authorities.

5          Q.    You said that there are some

6    Ministries which belong to the prime

7    minister.

8          A.    (Translator.)  All of the

9    ministries.

10         Q.    Just to clarify, you use the

11   word "Authorities" to refer to the things

12   that belong to the presidency and

13   "Ministries" to refer to things that refer

14   to the prime minister's government; is that

15   correct?

16         A.    (Translator.)  All Ministries

17   belong to the government, and part of the

18   Authorities belong to the government and

19   other parts belong to the President.  Part

20   of the Authorities belong to the President.

21         Q.    I want to clarify, what do you

22   mean by the word "belong to"?

23         A.    (Translator.)  The direct

24   responsible for me is Machmud Abas.

25         Q.    Is it fair to say that the

1          HUSSEIN AL SHEIKH
2    prime minister does not have a parallel
3    body that does the same thing as your body?
4    Is that correct?
5          A.    (Translator.)  To the question
6    you asked is no.  I need to clarify to you.
7    The direct in charge responsible for me is
8    the President, Machmud Abas.  However, my
9    work as Civil Affairs Authority Coordinator
10   with Israel is included within both the
11   government and the presidency.
12         Q.    Tell me if the following
13   statement is fair and accurate:  Is it fair
14   to say the bodies that are part of the
15   presidency and the bodies that are part of
16   the prime minister are all part of the
17   Palestinian Authority?
18              MR. McALEER:  Object to the
19         form.
20         Q.    You can translate it.
21         A.    (Translator.)  To the
22   Authority?
23         Q.    Yes.
24         A.    (Translator.)  Correct.
25         Q.    What you're telling me about

<pre>
 1                    HUSSEIN AL SHEIKH
 2    the President and the prime minister has to
 3    do essentially with the chain of command?
 4          A.    (Translator.)  Of course,
 5    because Abu Mazen is the head of the PA.
 6          Q.    You do not call Civil Affairs
 7    Authority a Ministry, correct?
 8          A.    (Translator.)  It is an
 9    Authority, not a Ministry.
10          Q.    Do you sometimes use the title
11    "Minister"?
12          A.    (Translator.)  I am a minister.
13          Q.    You are a minister but you are
14    a minister of an Authority; is that
15    correct?
16          A.    (Translator.)  Correct.
17          Q.    The position that you received
18    in 2005, as Minister of Palestinian Civil
19    Affairs, is that the position that you have
20    to this day?
21          A.    (Translator.)  Yes.
22          Q.    Who is the Minister of
23    Television and Radio Authority today?
24          A.    (Translator.)  Yasser Abed
25    Rabo.
</pre>

1                    HUSSEIN AL SHEIKH

2        Q.     Is he a member of the Fatah?

3        A.     (Translator.)  No.

4        Q.     Who is the Minister of the

5   Monetary Authority today?

6        A.     (Translator.)  Gihad El Wazir.

7        Q.     What are your duties as the

8   Minister of Palestinian Civil Affairs?

9        A.     (Translator.)  I hold all the

10  meetings with the Israelis concerning the

11  Security and Civil Affairs Coordination

12  with the Israelis, but from the side of the

13  Palestinians.  When I had the meetings I am

14  chairperson for the Palestinian side.

15       Q.     Are you referring to from '97

16  to '99?

17              MR. SHEHADEH:  No, he's saying

18          when the meetings are conducted, he

19          is the chairperson for the

20          Palestinian side.

21              MR. TOLCHIN:  I'm glad you

22          clarified that.

23       Q.     You are not a representative of

24  the Israeli side.

25       A.     (Translator.)  I have a

```
 1                    HUSSEIN AL SHEIKH
 2     counterpart on the Israeli side.
 3          Q.    Who is your counterpart on the
 4     Israeli side?
 5          A.    (Translator.)  General Amos
 6     Gilad.
 7          Q.    Do you have a military rank?
 8          A.    (Translator.)  No.
 9          Q.    Has General Gilad been your
10     counterpart since 2005?
11          A.    (Translator.)  Before him my
12     counterpart was Yusef Michlev.
13          Q.    From '97 to '99, you were
14     Director of the Civil Affairs Coordinating
15     Committee.  You were the Director of the
16     RCAC, correct?
17          A.    (Translator.)  Correct.
18          Q.    Is there somebody that does
19     that job today?
20          A.    (Translator.)  They are
21     employees who belong to me.
22          Q.    So there is somebody today who
23     fills your old role?
24          A.    (Translator.)  Yes, under my
25     supervision.  He belongs to me.
```

1                    HUSSEIN AL SHEIKH
2         Q.     Who is the person today who has
3    your old job?
4         A.     (Translator.)  Iman Kandil.
5         Q.     He was someone who worked for
6    you back when you were the Director of
7    RCAC, correct?
8         A.     (Translator.)  Correct.
9         Q.     And so he has received a
10   promotion?
11        A.     (Translator.)  Correct.
12        Q.     Of course when you became the
13   minister, that was a promotion for you,
14   correct?
15        A.     Correct.
16        Q.     In order to be a minister as
17   you are, do you have to take some form of
18   oath of office?
19        A.     (Translator.)  In front of the
20   President.
21        Q.     Do you know what the text of
22   that oath is?
23        A.     (Translator.)  To be loyal and
24   to prove all to my country, my people, and
25   to my homeland.

```
 1                    HUSSEIN AL SHEIKH
 2           Q.    I think you have said this, I
 3    just want to clarify.  Today you report to
 4    nobody besides the President; is that
 5    correct?
 6           A.    (Translator.)  To the President
 7    and the prime minister.
 8           Q.    And how many people are there
 9    that report to you?
10           A.    (Translator.)  Many.
11           Q.    Do you know who they are?
12           A.    (Translator.)  Of course.  I am
13    in charge of them directly.
14           Q.    Can you identify as many as you
15    can?  What I'm referring to is the people
16    who report directly to you.
17           A.    (Translator.)  I have a Vice
18    President for me and for the West Bank, and
19    a Vice President in the Gaza.
20                 In the West Bank is Maaruf
21    Zaharan, and in the Gaza Strip is Amin
22    Esiam.  They are Deputies.
23           Q.    Who else?
24           A.    (Translator.)  Of course below
25    them there are general directors in the
```

```
 1              HUSSEIN AL SHEIKH
 2    different departments.
 3         Q.    How many different departments
 4    are there?
 5         A.    (Translator.)  In my Authority
 6    I have 17 departments and units.
 7         Q.    Can you tell me what the 17
 8    departments are?
 9         A.    (Translator.)  I should have
10    brought with me the hierarchy structure.
11         Q.    Let me ask you this:  Does your
12    office have a website?
13         A.    (Translator.)  Yes, there is
14    for the Authority.
15         Q.    Do you know what the website
16    is?
17         A.    (Translator.)  On my business
18    card, I have it on the -- I don't know if I
19    have it in the car or not.
20         Q.    Does your office's website list
21    all the general directors and departments
22    within the Civil Affairs Authority?
23         A.    (Translator.)  There is
24    detailed information about the different
25    departments and units, but not the names of
```

```
 1                    HUSSEIN AL SHEIKH
 2      the directors.  It also gives details about
 3      their specialties.
 4           Q.    Is the website mca.gov.ps?
 5           A.    (Translator.)  I do not
 6      remember.
 7                MR. SHEHADEH:  Do you want me
 8           to open it and put it on the website?
 9                MR. McALEER:  We have a number
10           of documents that have been shown.
11                MR. TOLCHIN:  That is not a
12           document.
13                MR. McALEER:  That is what
14           ought to be used here.  If you want a
15           recollection of what he understands a
16           website to be, then that is a
17           question that you can put to him.
18           Q.    Sir, who is responsible for the
19      website of the Civil Affairs Authority?
20           A.    (Translator.)  The person who
21      is in charge of the media.
22           Q.    Who is that?
23           A.    (Translator.)  Samir Abu Jundi.
24           Q.    Does he answer directly to you,
25      or to whom?
```

```
1                    HUSSEIN AL SHEIKH
2         A.    (Translator.)  To my Deputy.
3         Q.    Which Deputy?
4         A.    (Translator.)  Maaruf Zaharan.
5         Q.    Is somebody responsible to make
6    sure that the information that's contained
7    on that website is accurate?
8         A.    (Translator.)  My Deputy.
9         Q.    Mr. Zaharan?
10        A.    (Translator.)  Yes.
11        Q.    Are you aware of any
12   information contained on that website of
13   your office which is not accurate?
14        A.    (Translator.)  I don't
15   understand the question.  What do you mean
16   by inaccurate information?
17             MR. McAlEER:  Objection to the
18        form.
19        Q.    Which is not correct.
20        A.    (Translator.)  Do you want me
21   to answer?
22        Q.    Yes.
23        A.    (Translator.)  Anything that is
24   put on the Authority Civil Affairs site, I
25   am responsible for it.  In the end, I am
```

```
 1              HUSSEIN AL SHEIKH
 2    the Minister of the Authority.
 3         Q.    Have you personally looked at
 4    the website of the Ministry of Civil
 5    Affairs?
 6         A.    (Translator.)  Of course.
 7         Q.    How many times have you looked
 8    at it?
 9         A.    (Translator.)  I do it
10    continuously.
11         Q.    When was the most recent time
12    that you looked at that website?
13         A.    (Translator.)  A few days ago.
14         Q.    In all of the times that you
15    have looked at the website, have you found
16    any information on the website which was
17    not accurate?
18         A.    (Translator.)  No.
19              MR. TOLCHIN:  What I would like
20              to do at this point is to leave a
21              blank in the transcript which the
22              witness could fill in the website
23              address.
24              He wanted to check his business
25              card.  An easier option would be
```

```
 1                    HUSSEIN AL SHEIKH
 2          during the next break, if there is
 3          some way to check it.
 4                  (This page contains information
 5          to be supplied by Counsel and/or the
 6          deponent.)
 7                  MR. McALEER:  Let me understand
 8          what it is that you're asking for.
 9          You're asking for the website address
10          of the Civil Affairs Administration?
11                  MR. TOLCHIN:  Right, which, I
12          believe in good faith, is
13          www.mca.gov.ps, and I just want to
14          verify that.
15          A.      (Translator.)  I do not know it
16   by heart, but I can bring it.
17          Q.      In the break, we will clarify
18   that.
19                  Altogether how many people work
20   under you in the Civil Affairs
21   Administration?
22          A.      (Translator.)  Do you mean all
23   employees of the Civil Affairs Authority?
24          Q.      Yes.
25          A.      (Translator.)  About 490.
```

HUSSEIN AL SHEIKH

1
2       Q.      Can you tell us as many of the
3   departments of the Civil Affairs Authority
4   that you can think of?
5       A.      (Translator.)  Civil Registry
6   Administration, Population Registry.
7   Specialized committees, Administration and
8   Finance Affairs, Tax Exemption,
9   Infrastructure.
10              All these that I am counting,
11  they have counterparts in the Israeli side,
12  because these administrations came
13  according to Oslo Agreement.
14              Prime Ministry Unit, Border
15  Crossing, Administration of Regional
16  Offices, Women Affairs Unit, et cetera.
17      Q.      What is the Prime Ministry
18  Unit?
19      A.      (Translator.)  This is a
20  department that follows on all the
21  decisions and resolutions that is taken by
22  the prime minister, and it coordinates
23  between the Authority and the Government.
24      Q.      You said something that was
25  called specialized committees.  What does

1               HUSSEIN AL SHEIKH

2     that mean?

3          A.     (Translator.)  I explained that

4     before:  Environment Committee, Finance

5     Committee, Water Affairs Committee, and

6     such things.

7               MR. TOLCHIN:  We're at a

8          breaking point in the questioning.

9               Commissioner GITLIN:  We are

10          ending at 3:37 p.m.

11               (Whereupon, at 3:37 P.M., the

12          Examination of this Witness was

13          recessed.)

14               MS. GITLIN:  This is tape

15          number 4, beginning at 4:42 p.m.

16          This is the Commissioner Amy Gitlin,

17          business address Nahal Katlav 7/3

18          Beit Shemesh, Israel.

19               This deposition of Hussein Al

20          Sheikh is occurring in Jerusalem,

21          Israel, on April 1, 2009.

22               Joining the rest of the people

23          at the deposition is Shimon Ben Naim,

24          translator.

25          Q.    You told us earlier that you

```
 1               HUSSEIN AL SHEIKH
 2    joined Fatah at the age of 16 1/2.
 3               MR. HIBEY:  There are two
 4          issues that are involving the
 5          simultaneous nature of that
 6          translation.
 7               MR. SHEHADEH:  I explained to
 8          do it consecutively, that he asks, he
 9          translates.
10               MR. TOLCHIN:  I'll just ask the
11          question again.
12          Q.    You joined Fatah at age 16 1/2.
13          A.    (Translator.)  Yes.
14          Q.    What was involved in joining
15    Fatah?
16          A.    (Translator.)  What do you mean
17    what did I do?
18          Q.    Can anybody join or do you have
19    to be approved by somebody?  Is there a
20    process?
21          A.    (Translator.)  I was offered
22    and I accepted.
23          Q.    Can somebody become a member of
24    Fatah without it being offered?
25          A.    (Translator.)  He can be a
```

```
 1                  HUSSEIN AL SHEIKH
 2     supporter but not a member.
 3          Q.     Who offered you membership in
 4     Fatah?
 5          A.     (Translator.)  A friend of
 6     mine.
 7          Q.     Does your friend have a name?
 8          A.     (Translator.)  Achmed Safi.
 9          Q.     Why did he offer you membership
10     in Fatah, if you know?
11          A.     (Translator.)  We were friends
12     and we were both at the same school.
13          Q.     Did you make a decision to
14     become a member of Fatah?
15          A.     (Translator.)  Yes.
16          Q.     Why did you decide to become a
17     member of Fatah?
18          A.     (Translator.)  Because I
19     believe in it.
20          Q.     You say you believe in it.
21     What exactly do you believe in Fatah?
22          A.     (Translator.)  I believe in its
23     policy and its goals.
24          Q.     What are the goals of Fatah
25     that you believe in?
```

```
 1                   HUSSEIN AL SHEIKH
 2          A.      (Translator.)   Ending the
 3     occupation.
 4          Q.      Anything else?
 5          A.      (Translator.)   There is nothing
 6     more important than that.
 7          Q.      Ending the occupation of what?
 8          A.      (Translator.)   Ending the
 9     Israeli occupation, which were occupied in
10     1967.
11          Q.      Is it your testimony, sir, that
12     the goal of Fatah is only ending the
13     occupation of the lands that were conquered
14     by Israel in 1967?
15          A.      (Translator.)   And establishing
16     a democratic Palestinian state.
17          Q.      Does Fatah have a goal
18     regarding the lands that became known as
19     the State Fatah Israel in 1948?
20          A.      (Translator.)   Fatah believes
21     in establishing a two-state solution and
22     establishing two states for two nations,
23     for the Palestinian nation and for the
24     Israeli nation.
25          Q.      When you became a member of
```

<pre>
 1                  HUSSEIN AL SHEIKH
 2      Fatah, were you required to take some form
 3      of oath of Office?
 4           A.    (Translator.)  No, I was not
 5      requested to do so.
 6           Q.    Whether or not you were
 7      requested to do so, did you do so?
 8           A.    (Translator.)  No, I did not.
 9           Q.    Have the goals of Fatah
10      remained the same ever since you were 16
11      years old, when you joined Fatah?
12           A.    (Translator.)  Basically yes,
13      they remained the same.
14           Q.    When you joined Fatah, it was
15      in 1986; is that correct?
16           A.    (Translator.)  I joined Fatah
17      around 1976, 1977.
18           Q.    You were born in 1960?
19           A.    (Translator.)  Yes.
20           Q.    You were 16 in 1976?
21           A.    (Translator.)  Correct.
22           Q.    In 1976, when you joined Fatah,
23      did Fatah have as its goal the two-states
24      solution for the Jews and the Arabs?
25           A.    (Translator.)  Yes.
</pre>

1        HUSSEIN AL SHEIKH

2        Q.      Did Fatah at any time have a

3    policy calling for the removal of the

4    Jewish state of Israel?

5        A.      (Translator.)   This is before

6    1973.

7        Q.      Before 1973 Fatah had such a

8    policy?

9        A.      (Translator.)   Yes.

10       Q.      You believe that policy was

11   changed in 1973?

12       A.      (Translator.)   Of course, and

13   there are official resolutions concerning

14   that.

15       Q.      Do you know were I might be

16   able to find those official resolutions?

17       A.      (Translator.)   You can refer to

18   the protocols and resolutions and the

19   general meetings and central meetings of

20   the PLO.

21       Q.      Who has copies of those

22   documents, that you know?

23       A.      (Translator.)   These are

24   resolutions which are issued by the

25   Palestinian leadership.

```
1                    HUSSEIN AL SHEIKH
2          Q.      You referred a moment ago to
3    the PLO, but I'm referring specifically to
4    Fatah.
5          A.      (Translator.)  I am answering
6    concerning Fatah.
7          Q.      Who is the head of Fatah today?
8          A.      (Translator.)  The President
9    Machmud Abas.
10         Q.      Do you believe that President
11   Abas would have the documents that you are
12   referring to?
13         A.      (Translator.)  Of course.
14         Q.      When you say he is the
15   President, he is the President of the
16   Palestinian Authority, correct?
17         A.      (Translator.)  He is the
18   general leader of Fatah and also the
19   President of the Palestinian people.
20         Q.      Does he have a title in the
21   PLO?
22         A.      (Translator.)  He is the
23   chairman of the Executive Committee of the
24   PLO.
25         Q.      Does that mean that he is the
```

```
 1              HUSSEIN AL SHEIKH
 2   highest ranking person in the PLO?
 3        A.    (Translator.)  Yes.
 4        Q.    In your capacity as Minister of
 5   Palestinian Civil Affairs, have you had
 6   occasion to take any trips overseas?
 7        A.    (Translator.)  No.
 8        Q.    I'm not asking again about your
 9   trips to Tunis.  Have you taken any travel
10   overseas on behalf of Fatah at any time?
11        A.    (Translator.)  No, at no time.
12        Q.    The Civil Affairs Authority
13   that we have discussed earlier, does it
14   have a budget?
15        A.    (Translator.) Yes.
16        Q.    Is that budget part of the
17   overall budget of the Palestinian
18   Authority?
19        A.    (Translator.)  Yes.
20        Q.    Would the same be true for all
21   the Ministries, that their budget is part
22   of the Palestinian Affairs Authority?
23        A.    (Translator.) Of course.
24              MR. McALEER:  You asked two
25              questions.  The first one was the
```

1                    HUSSEIN AL SHEIKH
2              Palestinian Authority, and then he
3              said would that be true concerning
4              other Ministries.
5          Q.     What is the budget of the Civil
6     Affairs Authority?
7          A.     (Translator.)  400,000 shekels
8     yearly.
9          Q.     How many people are employed
10    altogether by the Civil Affairs Authority?
11         A.     (Translator.)  About 490.
12         Q.     Are the employees of the Civil
13    Affairs Authority paid from the budget of
14    the Civil Affairs Authority?
15         A.     (Translator.)  Of course not.
16         Q.     That explains why nobody is
17    working for $1,000 shekels a year.
18              How are the salaries of the
19    employees of the Civil Affairs Authority
20    paid?
21         A.     (Translator.)  From the
22    Ministry of Finance.
23         Q.     I see.
24              Why are the employees paid from
25    the Ministry of Finance and not from the

1                    HUSSEIN AL SHEIKH
2       budget of the Civil Affairs Authority?
3             A.      (Translator.)  The Ministry of
4       Finance pays to all the employees and
5       workers of the Palestinian Authority.
6             Q.      Is that something special for
7       the Civil Affairs Authority or is that for
8       all of the ministries?
9             A.      (Translator.)  What is --
10            Q.      I'm sorry.  I'll clarify.
11                    You told us that the employees
12      of the Civil Affairs Authority are paid by
13      the Ministry of Finance.  What I'm asking,
14      are the employees of all the Authorities
15      and Ministries paid by the Ministry of
16      Finance?
17            A.      (Translator.)  Yes, this is
18      what I said.
19            Q.      Who pays your salary?
20            A.      (Translator.)  Finance
21      Minister.
22            Q.      And that is true of all the
23      other ministers?
24            A.      (Translator.)  Correct.
25            Q.      Because of the difficult

1                    HUSSEIN AL SHEIKH

2       terminology by ministers, I mean the heads

3       of the Ministries from the Prime Minister's

4       office and the heads of the Authorities

5       from the president's office.

6            A.    (Translator.)  Even the

7       President receives his salary from the

8       Finance Ministry.

9                 MR. McALEER:  Excuse me.

10               Perhaps you could give us a proffer

11               of the relevance of this line of

12               questioning.  I think this line of

13               questioning is a waste of time.

14           Q.    Do you have a written

15       employment agreement?

16           A.    (Translator.)  With whom.

17           Q.    With the Palestinian Authority.

18           A.    (Translator.)  Of course.

19           Q.    I just want to clarify.  You

20       said that the Civil Affairs Administration

21       coordinates with the Israeli side.

22           A.    (Translator.)  Yes.

23           Q.    Are those meetings with the

24       Israeli side conducted by people who work

25       for you or by you yourself?

1              HUSSEIN AL SHEIKH

2          A.    (Translator.)  It is both,

3    because me and the Israeli side and my

4    representatives also put down and draw the

5    strategies for work.

6          Q.    So sometimes it is people who

7    work for you and sometimes it is you

8    yourself, correct.

9          A.    (Translator.)  Again I clarify,

10   I draw down the political strategy and I

11   conduct strategical agreements with the

12   Israeli side, and those who execute these

13   strategies are the staff that works for me

14   and for the Israeli side.

15         Q.    When you, or people who work

16   for you, meet with the Israeli side, where

17   are these meetings taking place?

18         A.    (Translator.)  Here, for

19   example, in this hotel.  Sometimes in Tel

20   Aviv, sometimes in Bet El, or in the Plaza

21   Hotel.

22         Q.    Is Bet El a military base?

23         A.    (Translator.)  Bet El is the

24   military general command in the West Bank.

25         Q.    Is it fair to say that all of

1                    HUSSEIN AL SHEIKH
2       these meetings between yourself or the
3       people who work for you and the Israeli
4       side are for the purpose of trying to
5       negotiate agreements as to various issues?
6            A.       (Translator.)  In order to
7       maintain and make sure that the agreements
8       are fulfilled and for fighting terrorism.
9            Q.       How often do those meetings
10      take place either between you or people who
11      work for you and the Israeli side?
12           A.       (Translator.)  According to the
13      necessity and need.  Sometimes it might be
14      every week, sometimes every day.
15           Q.       That just depends on whatever
16      the issues are at the moment?
17           A.       (Translator.)  There are daily
18      issues between us and the Israelis.
19           Q.       Sometimes do you discuss these
20      issues with the Israelis by telephone or
21      fax besides meeting face to face?
22           A.       (Translator.)  Correct.
23           Q.       Overall, have your negotiations
24      with the Israeli side been successful,
25      unsuccessful?  Can you please describe

1                    HUSSEIN AL SHEIKH
2     them?
3          A.     (Translator.)  The work between
4     the Israelis and us, there is total
5     disclosure on it.  There are highly
6     classified issues with the Israelis that I
7     cannot talk about.
8          Q.     I'm not asking you to discuss
9     highly classified information that you are
10    not permitted to talk about.  I'm asking,
11    in general, would you characterize the
12    discussions as successful or unsuccessful,
13    or something else?
14               MR. McALEER:  Objection, you
15          can answer.
16          A.     (Translator.)  Do I have to
17    answer?
18          Q.     Yes.
19          A.     (Translator.)  Sometimes we
20    succeed and sometimes not.  We face many
21    obstacles and this is a very complicated
22    issue.  We are facing interests of two
23    nations, two peoples.  But in general, I am
24    very satisfied with the progress that has
25    been achieved.

```
 1                   HUSSEIN AL SHEIKH
 2            Q.     In the progress that you're
 3      talking about, have you managed to reach
 4      agreements with the Israelis as to various
 5      issues?
 6            A.     (Translator.)  Yes, many.
 7            Q.     The agreements that your office
 8      reaches with Israel, are they in writing
 9      anywhere?  Are they published?  Are they
10      available to the public?
11            A.     (Translator.)  There are things
12      which are published and others which are
13      not.  Those which relate to security and
14      terrorism are not published.
15            Q.     The ones which are published,
16      where can I find them?
17            A.     (Translator.)  On our website
18      you can find them.
19            Q.     Could you quantify
20      approximately how many agreements are
21      reached between your office and he Israelis
22      each month?
23            A.     (Translator.)  I cannot count
24      them.  There are many and in different
25      fields.
```

HUSSEIN AL SHEIKH

1

2      Q.      Would you say it is dozens or

3   hundreds?

4      A.      (Translator.)  Dozens.

5      Q.      Have you as Minister of

6   Palestinian Civil Affairs, have you met

7   with representatives of any foreign

8   governments?

9      A.      (Translator.)  Of course.

10      Q.      What is the purpose of meeting

11   with representatives of foreign

12   governments?

13      A.      (Translator.)  These were sides

14   who were working on bringing close the

15   relations between us and the Israelis.

16      Q.      What is the purpose of you

17   meeting with those representatives instead

18   of, for example, the Foreign Minister?

19      A.      (Translator.)  Because within

20   my duties of work, line of work, I am very

21   much occupied with the sensitivities

22   concerning the relations with the Israelis.

23   We can say the bigger part of the Israeli

24   relations file is within my hands, in my

25   capacity.

```
 1                  HUSSEIN AL SHEIKH
 2         Q.     Besides meeting with
 3    representatives of foreign governments, do
 4    you also meet with representatives of
 5    international organizations?
 6         A.     (Translator.)  Yes.
 7         Q.     For example, which
 8    organizations?
 9         A.     (Translator.)  The UN and the
10    Red Cross.
11         Q.     Is there any particular
12    organization within the UN that you meet
13    with?
14         A.     (Translator.)  I meet with the
15    Relief Organization, UNRWA.
16         Q.     United Nations Relief and Work
17    Agency.  Is it fair to say that in all that
18    you do as the Minister of Palestinian Civil
19    Affairs, you act for the benefit of the
20    Palestinian Authority?
21              MR. McALEER:  Objection as to
22         the form.
23         Q.     You can answer.
24         A.     (Translator.)  Of course I
25    serve the Palestinian people and the PA.
```

```
 1                    HUSSEIN AL SHEIKH
 2    And not only the Palestinian people and the
 3    PA, but I also serve the future of the
 4    peace process between us and the Israelis.
 5         Q.    Are you familiar with somebody
 6    named Moshe Saperstein?
 7         A.    (Translator.)  No.
 8         Q.    Are you aware that somebody
 9    name Moshe Saperstein has brought a lawsuit
10    against the Palestinian Authority?
11         A.    (Translator.)  No, I did not
12    know until I met the law firm here.
13         Q.    Until you met which lawyer?
14         A.    (Translator.)  Not clear,
15    Charles?
16         Q.    You are referring to the
17    gentleman sitting next to you?
18         A.    (Translator.)  Yes, correct.
19         Q.    Is it fair to say that you have
20    no interest in helping Mr. Saperstein to
21    win his lawsuit?
22              MR. McALEER:  I object to the
23          form of that question and its
24          relevance.
25              MR. TOLCHIN:  You know that
```

```
 1                   HUSSEIN AL SHEIKH
 2          relevance is not a proper objection
 3          in a federal deposition.
 4                MR. McALEER:  I think I have to
 5          make that point for the record.  The
 6          question is really improper.
 7                MR. TOLCHIN:  What is wrong
 8          with the form of the question?
 9                MR. HIBEY:  Among other things
10          it is argumentative.  That is just
11          one aspect in which it is in an
12          improper form, as I suspect you know.
13                MR. TOLCHIN:  My silence does
14          not indicate agreement.
15          Q.    Back to the question, sir.  Can
16     you answer my question?
17          A.    (Translator.)  I did not hear
18     the question.
19          Q.    Do you, sir, have any interest
20     in helping Mr. Saperstein to win his
21     lawsuit against the Palestinian Authority?
22                MR. McALEER:  I think I'm going
23          to object.  I'm even going to
24          instruct the witness not to answer.
25                MR. TOLCHIN:  Why is that?
```

```
 1                    HUSSEIN AL SHEIKH
 2              MR. HIBEY:  Because he swore to
 3         tell the truth, and that is the oath
 4         under which he is testifying.  And
 5         the word "interest" in the context of
 6         this question is ambiguous and
 7         difficult to appreciate, and
 8         therefore I think it's a question
 9         that, because of its formulation has
10         argumentative roots, and is something
11         that I instruct him not to answer.
12              MR. TOLCHIN:  Withdraw the
13         objection you raised in Court to this
14         witness's testimony binding the
15         Palestinian Authority?
16              MR. HIBEY:  No, not at all.
17         But the important point here is that
18         his particular function today is
19         totally different than his position
20         at the time of the incident involving
21         Mr. Saperstein, which I think was
22         around February 2002.  Therefore it
23         does not seem to me to be relevant at
24         all, what you're pursuing in terms of
25         attempting to understand this man's
```

1               HUSSEIN AL SHEIKH
2       role today in the Palestinian
3       Authority, a role he did not have in
4       2002.
5               MR. TOLCHIN:  Are you aware,
6       Mr. Hibey, that one of the factors
7       that the Court can consider, and the
8       Court must consider in deciding
9       whether the witness's testimony will
10      bind his organizational employer, is
11      whether the witness can be expected
12      to identify with the interests of the
13      organization rather than the
14      interests of other parties?
15              MR. HIBEY:  Yes, but I think
16      also that those factors apply to the
17      circumstances involving the
18      underlying suit which here is a claim
19      for damages by Mr. Saperstein for
20      what occurred in February of 2002.
21              MR. TOLCHIN:  But he is
22      testifying today.
23              MR. HIBEY:  That is correct,
24      but not in terms of what his position
25      is today.  So if you are attempting

```
 1              HUSSEIN AL SHEIKH
 2       to make a point that he is an
 3       Officer, a Director, or managing
 4       agent of the Palestinian Authority,
 5       we have the unusual circumstance of
 6       him holding a ministerial position
 7       today, something you have explored at
 8       length.  But it does not prove the
 9       essential proposition of the
10       relationship of that information
11       which you derived to the incident in
12       question.
13            MR. TOLCHIN:  Mr. Hibey, would
14       you agree that the prime Minister
15       binds the PA?  If the prime Minister
16       were here testifying, would that bind
17       the PA?  Because the prime Minister
18       was not the prime Minister in 2002
19       either.  By your formulation nobody
20       in office today can bind the PA about
21       something that happened a few years
22       ago because governments change.
23            MR. HIBEY:  Governments do
24       change.
25            MR. TOLCHIN:  That is absurd.
```

1        HUSSEIN AL SHEIKH

2        MR. HIBEY:  I think it is

3    important for us to observe the

4    requirements of these different rules

5    and of the case law that has

6    developed with respect to those

7    rules.

8        MR. TOLCHIN:  Are you referring

9    me to a particular case when you are

10   directing the witness not to answer,

11   which is explicitly in contravention

12   of the local rules of the Southern

13   District of Florida?

14       MR. HIBEY:  In contravention of

15   what rule?

16       MR. TOLCHIN:  The local rules

17   which bar directions not to answer

18   when there is no privilege being

19   raised.

20       MR. HIBEY:  What we have done,

21   unfortunately, is indulge you

22   considerably with the kinds of

23   questions that you put to the

24   witness.  I thought that there was

25   something.  I asked for a proffer on

```
 1              HUSSEIN AL SHEIKH
 2    relevance; I never got it.  I have
 3    been patient with this.  I do not
 4    understand where you are going.  I
 5    think the only way this might be
 6    addressed further is if you want to
 7    put this to the judge.
 8         MR. TOLCHIN:  I think we will,
 9    but we are going to save up all your
10    directions not to answer, or at least
11    a few of them.
12         MR. HIBEY:  How many directions
13    have I given?
14         MR. TOLCHIN:  Well, so far
15    none, but now I think you have
16    reached a point where you are
17    starting to obstruct the deposition,
18    so we are going to see how you
19    conduct yourself from now forward to
20    see if I am right, and I hope you
21    prove me wrong.
22         MR. HIBEY:  My instruction is
23    obstructed with an attempt to bring a
24    little sanity to your line of
25    questioning.
```

1                 HUSSEIN AL SHEIKH

2          Q.      Sir, during the break, did you

3     have an opportunity to verify the website

4     address of the Civil Affairs Authority?

5          A.      (Translator.)  Yes.

6          Q.      What is the website address?

7                  MR. SAADI:  It is

8          www.mca.gov.ps.

9          Q.      That is the website that we

10    discussed earlier that Mr. Abu Jundi

11    supervises on behalf of your authority?

12         A.      (Translator.)  Yes.

13         Q.      Sir, you were a member of Fatah

14    for approximately the last 33 years; is

15    that correct?

16         A.      (Translator.)  Approximately,

17    yes.

18         Q.      Other than the position that

19    you were elected to as Secretary of Fatah

20    from 1999 to 2005, have you ever held any

21    other positions within Fatah?

22         A.      (Translator.)  No, only this

23    position.

24         Q.      I'm referring specifically to

25    the period of 2000 to 2004.  Spanning that

                    HUSSEIN AL SHEIKH

1

2    period of years, can you explain to me what

3    was the organizational structure of Fatah?

4         A.    (Translator.)  We had a general

5    commander Yasser Arafat.  Beneath it the

6    Central Committee, beneath it the

7    Revolutionary Council, and beneath it the

8    leadership in the West Bank and the

9    leadership of Gaza.  And then comes the

10   leadership of Fatah in the different areas.

11   This is the structure.

12        Q.    When you referred to the

13   Central Committee, who were the members of

14   the Central Committee?  And all these

15   questions are about the period of 2000 to

16   2004.  And I just want to say that if it

17   changed during that period, you can tell me

18   that.  I'm not trying to put words in your

19   mouth.

20        A.    (Translator.)  Nothing is

21   secretive about it.  Yasser Arafat was.

22        Q.    He was both the general

23   commander and a member of the Central

24   Committee?

25        A.    (Translator.)  Yes, of course.

```
 1                  HUSSEIN AL SHEIKH
 2    Mahmoud Abbas, Ahmed Qurei, Hani el Hassan,
 3    Abdel Zaki, Hakam Balaui, Faruk el Kadoumi,
 4    Mohammed el Nem, El Taisar el Wazir, Nabil
 5    Shaath.  These were the members of the
 6    Central Committee.  Maybe I forget someone.
 7         Q.    How were the members of the
 8    Central Committee chosen?
 9         A.    (Translator.)  Through
10    elections from the general conference of
11    Fatah.
12         Q.    What is the general conference
13    of Fatah?
14         A.    (Translator.)  These are
15    representatives of the different frames,
16    unions, and groups of Fatah internationally
17    and nationally.  The last time that it was
18    convened was in 1989, 20 years ago.
19         Q.    So all of these names that you
20    have told me were in the Central Committee
21    between 2000 and 2004, had been there since
22    1989?
23         A.    (Translator.)  Correct.
24         Q.    You referred to the
25    Revolutionary Council.  How many members
```

```
 1                   HUSSEIN AL SHEIKH
 2    were there in the Revolutionary Council?
 3           A.     (Translator.)   120.
 4           Q.     How were those members chosen?
 5           A.     (Translator.)   Through the
 6    general conference as well.
 7           Q.     120 is a lot of members.  Was
 8    there a leadership within the Revolutionary
 9    Council?
10           A.     (Translator.)   They meet
11    according to necessity.  They assemble
12    every two months, three months.
13           Q.     Did the Revolutionary Council
14    have a Director, President, head?
15           A.     (Translator.)   The leadership
16    was first Yasser Arafat, then Abu Mazen.
17    But you have to understand that the Central
18    Committee is part of the Revolutionary
19    Council.
20           Q.     I want to clarify that.  You
21    told us earlier that the general commander
22    was Yasser Arafat.  Under him was the
23    Central Committee and under him was the
24    Revolutionary Council.  But now you seem to
25    be telling me that the Central Committee
```

```
 1              HUSSEIN AL SHEIKH
 2   was part of the Revolutionary Council.
 3        A.    (Translator.)  The Central
 4   Committee is part of the Revolutionary
 5   Council.  And not the opposite.  A member
 6   of the Revolutionary Council is not
 7   necessarily a member of the Central
 8   Committee.
 9        Q.    Would it be a fair parallel to
10   say that the Central Committee was similar
11   to the Cabinet and the Revolutionary
12   Council was similar to the Cabinet, and the
13   Revolutionary Council was similar to the
14   Knesset, for lack of a better comparison?
15              Forget the question.  It's not
16   a good question.
17              You referred to the leadership
18   in the West Bank and Gaza.  How many
19   individuals were involved in that
20   leadership?
21        A.    (Translator.)  In the West Bank
22   about 70.  I do not know how many in Gaza.
23        Q.    How was the membership of that
24   leadership selected?
25        A.    (Translator.)  Through
```

```
 1                   HUSSEIN AL SHEIKH
 2    elections.
 3          Q.    Elections among who?
 4          A.    (Translator.)  Among members of
 5    Fatah in the different areas.
 6          Q.    Was that also through the
 7    general conference of Fatah?
 8          A.    (Translator.)  Of course not.
 9    I asserted that the general conference has
10    not assembled since 1989.
11          Q.    Does that mean that the
12    leadership in the West Bank and Gaza did
13    not get elected since 1989, or was the
14    leadership elected by some other group?
15          A.    (Translator.)  Again to
16    clarify, the general conference is for all
17    Fatah members.  When I speak about the West
18    Bank, I am talking about that it is elected
19    by the different districts such as Ariha,
20    Jenin, Khalil-Hebron.
21          Q.    What was the process by which
22    the leadership of Fatah was elected?  Were
23    there campaigns?  Were there elections and
24    voting booths?
25          A.    (Translator.)  Of course, there
```

```
 1                    HUSSEIN AL SHEIKH
 2    were election booths and boxes.
 3            Q.    Only members of Fatah can vote?
 4            A.    (Translator.)  Yes.
 5            Q.    In the last level you told us
 6    about, you said there was leadership in
 7    different areas?
 8            A.    (Translator.)  Yes.
 9            Q.    How many individuals are we
10    talking about there?
11            A.    (Translator.)  Thousands.
12            Q.    Were there so many because
13    there were individuals in every town and
14    village?
15            A.    (Translator.)  Of course.
16            Q.    How were those individuals
17    selected?
18            A.    (Translator.)  Through
19    elections.  Through the election boxes.
20            Q.    Local elections in towns and
21    villages?
22            A.    (Translator.)  Yes.
23            Q.    Up until now you have told us
24    about the overall organizational structure.
25    Were there also officers of Fatah besides
```

```
 1                  HUSSEIN AL SHEIKH
 2    Mr. Arafat?  Again I'm referring to 2000 to
 3    2004.  In the time of 2000-2004, did the
 4    Fatah have officers, for example,
 5    President, Vice President, prime Minister,
 6    Director, manager, minister, anything like
 7    that?
 8         A.    (Translator.)  What does the
 9    ministers have to do with Fatah?  I am not
10    talking about the PA or the PLO.  I said
11    that the leader of Fatah was Yasser Arafat,
12    and he had the Central Committee.
13         Q.    Did Arafat have a title in
14    Fatah?
15         A.    (Translator.)  The general
16    commander.
17         Q.    Was there an assistant general
18    commander?
19         A.    (Translator.)  There are no
20    assistants for the general commander.
21         Q.    You were the secretary of Fatah
22    later, in the West Bank.  In the period of
23    2000 to 2004, was there a secretary of
24    Fatah.
25         A.    (Translator.)  I was.
```

1           HUSSEIN AL SHEIKH
2           MR. TOLCHIN:  We have two
3       minutes on the tape, I'm told, so we
4       have to take a tape-changing break.
5           MS. GITLIN:  We are ending this
6       tape at 5:38 p.m.
7           (A recess transpired.)
8           MS. GITLIN:  This is tape
9       number 5.  It is 5:48 p.m.  This is
10      the Commissioner Amy Gitlin.  My
11      business address is Nahal Katlav 7/3
12      Bet Shemesh, Israel.  This deposition
13      of Hussein al Sheikh is being taken
14      in Jerusalem, Israel, on April 1,
15      2009.
16          Q.    Besides yourself, sir, were
17  there other Secretaries of Fatah in the
18  period of 2000 to 2004?
19          A.    (Translator.)  I and Marwan.
20          Q.    Forgive me but did we mention
21  Marwan before?
22          A.    (Translator.)  I went for the
23  elections against him.
24          Q.    And you won?
25          A.    (Translator.)  Of course.

```
 1                    HUSSEIN AL SHEIKH
 2          Q.    So you were the only secretary,
 3   not him?
 4          A.    (Translator.)  I was elected,
 5   but he was also calling himself the
 6   secretary.
 7          Q.    Was he actually the secretary?
 8          A.    (Translator.)  Yes, of course.
 9          Q.    How did he become secretary if
10   you were elected?
11          A.    (Translator.)  He was before
12   me.
13          Q.    When you were elected he didn't
14   step down?
15          A.    (Translator.)  These are Fatah
16   internal issues.
17          Q.    What was Marwan's last name?
18          A.    (Translator.)  Marwan Bargouti.
19          Q.    Was there an internal dispute
20   within Fatah about who the secretary was?
21          A.    (Translator.)  This is an
22   internal issue that I would not like to
23   discuss.  What does this have to do with
24   the issue here, the matter?
25          Q.    Was the dispute between you and
```

1              HUSSEIN AL SHEIKH
2    Bargouti as to who is the secretary
3    presented to general commander Arafat?
4         A.    (Translator.)  This is an
5    internal affair.  What does this have to do
6    with this issue?
7         Q.    Sir, are you refusing to answer
8    the question?
9         A.    (Translator.)  This is an
10   internal affair.  This is an internal
11   conflict within Fatah.  I do not need to
12   speak about it.
13        Q.    Are you refusing to answer the
14   question?
15        A.    (Translator.)  I am clarifying.
16   I am not refusing.
17        Q.    Was the dispute between you and
18   Mr. Bargouti presented to General Commander
19   Arafat?
20        A.    (Translator.)  This is an
21   internal affair of Fatah.
22        Q.    Yes, I know that.  I'm asking
23   about the internal affairs of Fatah.  It's
24   important to us in this case to understand
25   the structure of Fatah and who was in

```
 1                  HUSSEIN AL SHEIKH
 2    charge.
 3          A.     (Translator.)  I gave you the
 4    structure of Fatah and this has nothing to
 5    do with the structure of Fatah.  Now you
 6    are talking about personal issues.
 7          Q.     I'm talking about the
 8    leadership of Fatah to determine who was
 9    the secretary of Fatah between 2000 and
10    2004.
11          A.     (Translator.)  I stated the
12    truth in this issue.
13          Q.     During 2000 to 2004, was Mr.
14     Bargouti receiving a salary from Fatah?
15          A.     (Translator.)  I do not know.
16          Q.     Between 2000 and 2004 was Mr.
17    Bargouti receiving a salary from the
18    Palestinian Authority?
19          A.     (Translator.)  I do not know.
20          Q.     Where it Mr. Bargouti today?
21          A.     (Translator.)  In prison.
22          Q.     Besides the position of
23    secretary, were there any other officers of
24    Fatah between 2000 and 2004?
25          A.     (Translator.)  There was a
```

1                     HUSSEIN AL SHEIKH

2      higher committee for Fatah in the West

3      Bank.

4           Q.     What was the name of that

5      higher committee?

6           A.     (Translator.)  It was the High

7      Committee.

8           Q.     You told us before about the

9      Central Committee and the Revolutionary

10     Council.  Where did the High Committee fit

11     into that structure?

12          A.     (Translator.)  This is in the

13     leadership of Fatah in the West Bank, and I

14     already spoke about this, and I stated that

15     its number is 70.

16          Q.     That the leadership in the West

17     Bank was 70?  Those 70, is that the same as

18     the High Committee for Fatah in the West

19     Bank?

20          A.     (Translator.)  Correct.

21          Q.     So that is one and the same

22     thing?

23          A.     (Translator.)  What is the same

24     thing?

25          Q.     What you called the leadership

HUSSEIN AL SHEIKH

1
2  in the West Bank, comprising 70 people, it
3  is the same thing as the High Committee for
4  Fatah in the West Bank?
5          A.    (Translator.)  Correct.
6          Q.    Thank you.
7                Did Fatah have a Treasurer
8  between 2000 and 2004?
9          A.    (Translator.)  What do you mean
10 Treasurer?
11         Q.    Let me back up.  Did Fatah have
12 a budget between 2000 and 2004?
13         A.    (Translator.)  Of course.
14         Q.    What was the source of the
15 money that was used for Fatah's budget?
16         A.    (Translator.)  I do not know.
17 This is not my field -- it is not my
18 expertise.
19         Q.    Who was in charge of
20 supervising Fatah's money?
21         A.    (Translator.)  Achmed Qurei.
22         Q.    Did Mr. Qurei have a title that
23 had something to do with his function of
24 supervising the money of Fatah?
25         A.    (Translator.)  He is a member

1                    HUSSEIN AL SHEIKH

2    of the Central Committee in Fatah, and he

3    is responsible for the finance of Fatah.

4         Q.    Was he elected to that

5    position?  How did he get that

6    responsibility?

7         A.    (Translator.)  He was elected

8    in the conference of 1989.

9         Q.    Is he known by any nicknames or

10   noms de guerre?

11        A.    (Translator.)  He is known for

12   Abu Ala, who was previously negotiating

13   with Tzipi Livni.

14        Q.    What is Mr. Qurei's job today?

15        A.    (Translator.)  He is a member

16   of the Central Committee and the head of

17   Palestinian Negotiation Delegation with

18   Israel.

19        Q.    He is a member of the Central

20   Committee of Fatah?

21        A.    (Translator.)  Correct.

22        Q.    He is also employed by the

23   Palestinian Authority?

24        A.    (Translator.)  He has nothing

25   to do with the PA.  He belongs only to the

HUSSEIN AL SHEIKH

1

2    PLO, because the PLO is the one who is

3    contacting negotiations with the Israelis.

4        Q.    Does Mr. Qurei have a title

5    within the PLO?

6        A.    (Translator.)  He is a member

7    of the Executive Committee in the PLO.

8        Q.    You said that he was the head

9    of the something.

10       A.    (Translator.)  He is the head

11   of the negotiation delegation team with the

12   Israelis.

13       Q.    That is the head of the PLO

14   negotiating team with Israel?

15       A.    (Translator.)  Correct.

16       Q.    Is Mr. Qurei still, to this

17   day, in charge of the finances of Fatah?

18       A.    (Translator.)  Yes.

19       Q.    Does anyone else besides Mr.

20   Qurei, who was a member of the Central

21   Committee, have a particular portfolio

22   within Fatah?

23       A.    (Translator.)  What kind of

24   portfolio?

25       Q.    The way you said that Mr. Qurei