# EXHIBIT C.32
## (2 of 2)

1                     HUSSEIN AL SHEIKH

2    is a member of the Central Committee, but

3    he is in charge of the Finance of Fatah.

4          A.    (Translator.)  Correct.

5          Q.    To explain what I mean by the

6    words, I am describing Mr. Queri as having

7    the finance portfolio, if you will.

8          A.    (Translator.)  Correct.

9          Q.    Does anybody else, any other

10   member of the Central Committee, have some

11   other portfolio?

12         A.    (Translator.)  Of course.

13         Q.    So, who?

14         A.    (Translator.)  Abdallah El

15   Franji is responsible for foreign affairs

16   for Fatah.

17         Q.    Only talking about Fatah; who

18   else?

19         A.    (Translator.)  Farouk el

20   Kadoumi, abroad, he has a problem.

21         Q.    What is his problem?

22         A.    (Translator.)  Since he is not

23   committed to the policy line that Abu Mazen

24   carries, there is also Hakam Balaui.  He is

25   the Secretary of the Central Committee.

```
 1                  HUSSEIN AL SHEIKH
 2      Abbas Zaki; he is responsible of the
 3      Palestinian portfolio in Lebanon, et
 4      cetera.
 5           Q.    I just want to clarify about
 6      Mr. Kadoumi.  You said he has a problem,
 7      but does he have a portfolio?
 8           A.    (Translator.)  Currently he is
 9      carrying no official portfolio.
10           Q.    How well did you know Yasser
11      Arafat?
12           A.    (Translator.)  Good.
13           Q.    Did you consider him a friend,
14      or just somebody you knew from work, or
15      something else?
16           A.    (Translator.)  I considered him
17      a leader and responsible.
18           Q.    In the period of 2000 to 2004,
19      did you meet with Mr. Arafat?
20           A.    (Translator.)  Of course.
21           Q.    How often?
22           A.    (Translator.)  Hundreds of
23      times.
24           Q.    Was that for social purposes or
25      business purposes?
```

```
 1              HUSSEIN AL SHEIKH
 2        A.    (Translator.)  Things which are
 3   connected to Fatah.
 4        Q.    Did you receive directives or
 5   instructions from Mr. Arafat during that
 6   period?
 7        A.    (Translator.)  Instructions in
 8   what field?
 9        Q.    Anything connected to Fatah.
10        A.    (Translator.)  I used to
11   receive daily instructions from him.
12        Q.    Was that verbally or in
13   writing?
14        A.    (Translator.)  Mostly verbally.
15        Q.    Did you ever receive written
16   instructions from him?
17        A.    (Translator.)  In what field?
18        Q.    Something connected with Fatah.
19        A.    (Translator.) Of course, but I
20   cannot remember what was verbally and what
21   was written.
22        Q.    Did you ever write to Mr.
23   Arafat about anything?
24        A.    (Translator.)  Hundreds of
25   letters.
```

```
 1               HUSSEIN AL SHEIKH
 2        Q.    What types of issues would you
 3   have written to Mr. Arafat, and I'm talking
 4   about 2000 to 2004.
 5        A.    (Translator.)  I used to write
 6   him for giving medical treatment for
 7   families who cannot afford it, for their
 8   children.  I used to ask him for assistance
 9   and help for students who are in need so
10   they can go for studies, and also social
11   assistance for deprived families.
12        Q.    Why would you write those
13   letters to Mr. Arafat and not to Mr. Qurei
14   who you told us handled the finances?
15        A.    (Translator.)  I was not the
16   one who determined where it should be
17   directed.  The one who determined that was
18   Yasser Arafat, who was the Commander.
19   Because Abu Ala does not have a direct
20   responsibility upon me, Abu Amar had direct
21   responsibility upon me.
22        Q.    Let me clarify.  Is it fair to
23   say that if you felt that a particular
24   student should receive financial aid, you
25   would have written to Mr. Arafat, asking to
```

1                    HUSSEIN AL SHEIKH
2    give money to this student, and if Mr.
3    Arafat agreed, he asked Mr. Qurei to
4    disburse the money?
5          A.    (Translator.)  Not necessarily
6    from Qurei.  The one who determined from
7    whom to receive the money, that was Yasser
8    Arafat.
9          Q.    Let me break it down.  You
10   would ask Mr. Arafat to give money to Mr.
11   X, and if Mr. Arafat agreed, he would
12   direct somebody, he would pick to disburse
13   the money?
14         A.    (Translator.)  Correct.
15         Q.    And what we are talking about
16   is the money of Fatah.  We are not talking
17   about the Palestinian Authority or PLO?
18         A.    (Translator.)  Fatah and PLO
19   are the same because the Fatah and the PLO
20   budget are with Arafat.
21         Q.    During the period of 2000 to
22   2004, who directed the budget of the PA?
23         A.    (Translator.)  Do you mean the
24   Minister of Finance?
25         Q.    I don't mean any particular

1              HUSSEIN AL SHEIKH

2     person.  I am asking you.

3              A.    (Translator.)  What do you mean

4     the money of PA?

5              Q.    I will clarify.  In the period

6     2000 to 2004, who was in charge of making

7     decisions of spending the money of the PA?

8              A.    (Translator.)  Again I cannot

9     understand the question.  It is not clear

10    enough.  In the PA there is a Minister of

11    Finance.  If I am not mistaken, I think it

12    was Salam Fayad, if this is what you mean

13    by your question.  And who determines the

14    financial policy is Salam Fayad.

15             Q.    What was Yasser Arafat's role

16    in the PA between 2000 and 2004?

17             A.    (Translator.)  Do you mean his

18    status or his capacity in the PA?

19             Q.    Yes.

20             A.    (Translator.)  At that time he

21    was the head of the PA and the PLO.

22             Q.    He was the President and the

23    Prime Minister?

24             A.    (Translator.)  The President

25    and the Prime Minister at the same time.

```
 1                 HUSSEIN AL SHEIKH
 2         Q.     Did he hold any other positions
 3    besides the President and the Prime
 4    Minister?
 5         A.     (Translator.)  In government?
 6         Q.     In the PA government.
 7         A.     (Translator.)  This is what I
 8    remember were the official capacities of
 9    Yasser Arafat.  Previously, before 2000, he
10    used to take the capacity of Interior
11    Minister sometimes, but I cannot remember
12    at what periods.
13         Q.     As President and Prime Minister
14    of the Palestinian Authority, between 2000
15    and 2004, did Yasser Arafat have any
16    authority over expenditures of the
17    Palestinian Authority?
18         A.     (Translator.)  Of course, he
19    was the President.
20         Q.     You told us, sir, that you
21    would often write letters to Mr. Arafat
22    asking him to award money from Fatah to
23    particular people.
24         A.     (Translator.)  Correct.
25         Q.     Do you have any idea, sir, how
```

1              HUSSEIN AL SHEIKH
2    much money was awarded by Fatah altogether
3    as a result of your requests?
4         A.    (Translator.)  I cannot count
5    them.
6         Q.    Can you give it in order of
7    magnitude?  Are we talking hundreds of
8    dollars, thousand of dollars, hundreds of
9    thousands of dollars?
10        A.    (Translator.)  I would say
11   hundreds of thousands of dollars.
12        Q.    Do you have any idea what the
13   annual expenses of Fatah were during the
14   period of 2000 to 2004?
15        A.    (Translator.)  No, it is not
16   part of my expertise.
17        Q.    Are you familiar with an
18   individual named Mohammed Rashid?
19        A.    (Translator.)  Of course.
20        Q.    Who is Mohammed Rashid?
21        A.    (Translator.)  He was
22   responsible for the investment fund.
23        Q.    What investment fund?
24        A.    (Translator.)  I have no idea
25   about it.

1                    HUSSEIN AL SHEIKH

2          Q.    Who told you that Mr. Rashid

3    was responsible for the investment fund?

4          A.    (Translator.)  I am a

5    responsible person at Fatah, so I should

6    know.  I am not saying a secret here.  This

7    was told and published.  Even in the media

8    it was told that Mohammed Rashid was

9    leading that.

10         Q.    Was the investment fund that

11   Mohammed Rashid was involved with part of

12   Fatah?

13         A.    (Translator.)  This is an

14   investment fund for the PA.

15         Q.    Not part of Fatah?

16         A.    (Translator.)  I do not know if

17   there is a connection to it, but this is

18   not part of my capacity or expertise.

19         Q.    Did Mr. Rashid have a title

20   that you're aware of?

21         A.    (Translator.)  I do not know if

22   he had any title, but I know that he was

23   responsible of the investment fund in the

24   PA.

25                MR. HIBEY:  I'm going to ask

HUSSEIN AL SHEIKH

1

2    you again.  Give me some sense of

3    what these questions are.

4            MR. TOLCHIN:  I would be happy

5    to talk to you about it when we have

6    no dialogue on the record.

7            MR. HIBEY:  I object.

8            MR. TOLCHIN:  Go ahead and

9    object.  You know that relevance is

10    not the standard.

11            MR. HIBEY:  I'm kind of calling

12    on you as an Officer of the Court

13    that at least not abuses the

14    privilege of being able to take

15    wide-ranging discovery, but this is

16    crazy.  I'm asking you to think about

17    this as you proceed.  The man says he

18    does not know about details that you

19    have been asking him.

20            MR. TOLCHIN:  Please stop

21    coaching the witness.  Everything you

22    said is being translated to him.  If

23    you are going to continue, it is

24    fine.  We will have to ask the

25    witness to step down until you are

1                    HUSSEIN AL SHEIKH
2          done.
3                    MR. HIBEY:  You can do that,
4          but I've said what I wanted to say.
5          I'm asking you to make a proffer on
6          relevance.
7          Q.    We are ready to continue.
8                    Between 2000 and 2004, did
9    Fatah have employees?
10         A.    (Translator.)  Where, in China,
11   here?
12         Q.    If Fatah had salaried employees
13   in China, then tell me that.
14         A.    (Translator.)  There might be a
15   representative of Fatah in China.
16         Q.    Beside China, did Fatah have
17   employees anywhere else?
18         A.    (Translator.)  Fatah has
19   employed most of the people in the PA.
20   First of all, we were responsible for the
21   political procedures with Israel.  And we
22   were the ones who signed the Oslo Agreement
23   with Israel.  And the larger part of the
24   employees of the PA belonged to Fatah,
25   because it was the one which signed the

                    HUSSEIN AL SHEIKH

1    Oslo Agreement with the Israelis.  And most

2    of the political factions were against the

3    Oslo Agreement.

4         Q.    So how many employees of Fatah

5    were there between 2000 and 2004?

6         A.    (Translator.)  Salaries from

7    whom?

8         Q.    Employees of Fatah.

9         A.    (Translator.)  There is nothing

10   like employees for Fatah.  Do you mean

11   employees of the PA?

12        Q.    Let me take a step back.  Maybe

13   this will help clarify it, instead of me

14   putting words in your mouth, which I see

15   would be useless.

16             Can you explain to us in your

17   words, the relationship between Fatah and

18   the PLO and the PA?  I'm talking about 2000

19   to 2004.

20        A.    (Translator.)  The relationship

21   between the PA, the PLO, and the Fatah, are

22   complex relations.  First of all, Fatah is

23   part of the PLO, along with other political

24   factions who also believe in the PLO

1                    HUSSEIN AL SHEIKH

2    policy.

3                    Fatah is the larger group

4    within the PLO, and it was the one who

5    signed the Oslo Agreement through the PLO,

6    which led in itself for the establishment

7    of the PA, and, I mean, the Oslo Agreement.

8                    In 1994, once moving to the

9    practical application of the Oslo

10   Agreement, the larger part of

11   responsibility of establishment and

12   creation and constructing of the PA fell on

13   Fatah.

14                   For example, all the security

15   agencies, all Palestinian apparatus, its

16   construction, was combined from Fatah.

17   Thousands of Fatah members who came from

18   abroad, came from Lebanon, Syria, Jordan,

19   Tunis and Yemen, who were fighters of

20   Fatah, returned to the West Bank and the

21   Gaza Strip, according to the Oslo

22   Agreement, and started to construct the

23   apparatus security.  And at that time there

24   was need to the Oslo Agreement, and it

25   still remains Hamas Movement.

1          HUSSEIN AL SHEIKH

2              The main role and

3      responsibility that fell on these security

4      systems was to confront all these anti-Oslo

5      Agreement streams, who believe in violence

6      and in continuing the violence.

7              Therefore, the main role of

8      protecting the PA and constructing the PA

9      structure, whether on the civil or the

10     security level, relied heavily on Fatah and

11     on the groups or streams that supported the

12     Oslo Agreement.

13             Where can we find the

14     separation between PA and Fatah?  Each

15     employee in the PA, who belongs to Fatah in

16     the general possession that belongs to the

17     PA, was not working practically in Fatah as

18     a political organizational community, as a

19     general public organization.

20             For instance, the

21     responsibilities which were ascribed for a

22     member of Fatah, who is merely occupied

23     with working with the public and the

24     unions, are not the same missions and

25     responsibilities, and ascribed for the

```
 1                  HUSSEIN AL SHEIKH
 2   member of Fatah, who is working for the PA.
 3              Is this clear?
 4        Q.    I think so.
 5              So you told us earlier that
 6   when you were secretary of Fatah in the
 7   West Bank, you had 14 Deputies or
 8   Secretaries below you in different
 9   districts in the West Bank?
10        A.    (Translator.)  Not Deputies.
11   They are Secretaries each in its own area.
12        Q.    So you had 14 Secretaries each
13   in their own area.  Were those 14
14   individuals paid for their work as
15   Secretaries?
16        A.    (Translator.)  No, most of them
17   were volunteers.
18        Q.    Did those 14 Secretaries
19   receive any salaries from the Palestinian
20   Authority?
21        A.    (Translator.)  I have no idea
22   is any of them were receiving salaries from
23   the PA.
24        Q.    Between 2000 and 2004, did
25   Fatah have offices anywhere?
```

```
 1               HUSSEIN AL SHEIKH
 2        A.    (Translator.)  Yes, of course.
 3   In all the area of the West Bank and in the
 4   Gaza Strip.
 5        Q.    Did Fatah have a main office?
 6        A.    (Translator.)  Yes, of course.
 7        Q.    Where was the main office of
 8   Fatah?
 9        A.    (Translator.)  The headquarters
10   was where Yasser Arafat was, because he is
11   the General Commander of the movement.
12        Q.    Was that location known as the
13   Mukata?
14        A.    (Translator.)  Correct.
15        Q.    So the Mukata was where the
16   main office of Fatah was located?
17        A.    (Translator.)  There are
18   others.
19        Q.    There are other what?
20        A.    (Translator.)  There are other
21   offices.
22        Q.    Other main offices?
23        A.    (Translator.)  For instance,
24   Abu Ala also had a main office as well as
25   Hakam Balaui also had a main office.  Also,
```

1                    HUSSEIN AL SHEIKH
2      Abdallah el Franji had an office for
3      external relations.  The headquarters of
4      the head command since Abu Amar was the
5      General Commander was at the Makata.
6            Q.    Is it correct that the Mukata
7      was also the main office of the PA?
8            A.    (Translator.)  Of course, since
9      the PA was also Yasser Arafat.
10           Q.    Was the Mukata also the main
11     office of the PLO?
12           A.    (Translator.)  Correct, since
13     Yasser Arafat was also the head of the
14     Executive Committee of the PLO.
15           Q.    We are talking about 2000 to
16     2004?
17           A.    (Translator.)  Correct.
18           Q.    You mentioned that there were
19     some other main offices of Fatah.  Did you
20     say, sir, that there were other main
21     offices of Fatah?
22                 MR. McALEER:  Object to the
23            form.
24           A.    (Translator.)  Correct.
25           Q.    Were those other main offices

```
 1                    HUSSEIN AL SHEIKH
 2    of Fatah also offices of the PA?
 3          A.    (Translator.)  No, incorrect.
 4          Q.    Which offices were main offices
 5    of Fatah that were not offices of the PA?
 6          A.    (Translator.)  All offices of
 7    Fatah were not offices of the PA, except
 8    the office of Yasser Arafat.
 9          Q.    Were there any people who
10    worked in the Mukata, who were specifically
11    working for Fatah and not for the PA?
12          A.    (Translator.)  I do not know
13    exactly.  I never asked the people who were
14    there whether they were working for the PA
15    or Fatah.
16          Q.    Between 2000 and 2004, who
17    owned the Mukata?
18          A.    (Translator.)  What do you mean
19    by owned?
20          Q.    Who was the owner of the
21    building, the land?
22          A.    (Translator.)  The PA.
23          Q.    Who paid the utilities,
24    electricity, water, telephones?
25          A.    (Translator.)  I do not know,
```

1                HUSSEIN AL SHEIKH

2    of course.  It was not part of my

3    responsibilities.

4         Q.    The other offices of Fatah that

5    you told us were not offices of the PA,

6    were those rented offices?

7         A.    (Translator.)  Part of them

8    were rented and part of them were owned,

9    but I do not know which are which.

10        Q.    The ones that were owned, do

11   you know who owned them?

12        A.    (Translator.)  I do not know.

13        Q.    The ones that were rented, do

14   you know who paid the rent?

15        A.    (Translator.)  The finances of

16   Fatah.

17        Q.    Did the finances of Fatah also

18   pay the utilities for those offices?

19        A.    (Translator.)  Not necessarily,

20   but I do not know these details because

21   this was not part of my work and my

22   employment.

23        Q.    When you would request from Mr.

24   Arafat -- and I'm specifically talking

25   about from 2002 to 2004 -- you would

HUSSEIN AL SHEIKH

1
2    request that he give money to particular
3    people, and he would direct that money to
4    be given, what process was used to disburse
5    the money of Fatah?  In other words, would
6    it be by check, by wire transfer, by cash,
7    or some other form?
8         A.    (Translator.)  For instance, I
9    used to present to Abu Amar humanitarian
10   aid.  The instance, I presented to him ten
11   people.  For example, let's say he would
12   wire to each person 800, 600, 1000 dollars.
13   I would not hold in my hand one penny even.
14   It would reach the beneficiary directly,
15   whether by check or by bank transaction.
16        Q.    So Fatah would use checks or
17   bank transactions to give people money?
18        A.    (Translator.)  Not necessarily
19   Fatah, but the body that was given order by
20   Arafat would provide the money?
21        Q.    When you were secretary of
22   Fatah, you had to ask Mr. Arafat to award
23   money to individuals for whatever purpose.
24   Is it your testimony, sir, that sometimes
25   Mr. Arafat would direct that money to be

```
1                    HUSSEIN AL SHEIKH
2    given to the individual but from some place
3    else other than Fatah?
4                    MR. McALEER:  Objection as to
5             form.
6             Q.    You can answer.
7             A.    (Translator.)  Let me clarify.
8    Some assistance were issued directly from
9    Fatah.  According to the rules and the
10   basic law of the PA, the government
11   allocates the Ministry of Finance a certain
12   amount of money to the political parties
13   according to the basic law.
14                    Since Fatah is a political
15   party, it has an allocation of amount of
16   money, the people's part has an amount
17   which is allocated to it.  The Democratic
18   Front has a budget of its own.
19                    And why am I stating this; to
20   prevent any outside money to get into the
21   country.  For instance, I do not want Iran
22   to send money to establish a party within
23   the country.  So also to maintain that,
24   there is supervision on the money and its
25   conductors.  That is what I meant when I
```

1          HUSSEIN AL SHEIKH
2    said that Arafat can allocate the money
3    from Fatah or from other sources as well.
4              MS. GITLIN:   The tape is
5              finishing now at 6:45 p.m.
6              (A recess transpired.)
7              MS. GITLIN:   It is tape number
8              6, starting at 6:46 p.m.  This is the
9              Commissioner Amy Gitlin, business
10             address Nahal Katlav 7/3 Bet Shemesh,
11             Israel.
12             This is the deposition of
13             Hussein al Sheikh, taking place in
14             Jerusalem, Israel, on April 1st,
15             2009.
16        A.    (Translator.)  I want the last
17    sentence, to repeat it.
18             I stated that the basic law
19    allows for political action for legitimate
20    and legal by the political parties.  I am
21    requesting that this speech will be
22    translated accurately.
23        Q.    We want everything translated
24    accurately.
25        A.    (Translator.)  Each party

```
 1              HUSSEIN AL SHEIKH
 2    receives a budget from the Finance
 3    Ministry.  Each organization or party is
 4    free to use these monies as he sees fit,
 5    within the legal political activity.
 6    Therefore, when I stated that Abu Amar was
 7    sometimes allocating money from Fatah or
 8    from other parties, that is why I was
 9    referring to the fact that Abu Amar was
10    using the money, his share that was
11    allocated to the Fatah party from the
12    Ministry of Finance.
13         Q.    Was giving money to students or
14    to people for medical treatment or social
15    assistance, was that considered legitimate
16    political uses of money allocated by the PA
17    to Fatah?
18         A.    (Translator.)  Another
19    clarification, please.  Not everything that
20    Arafat signed for me was deducted from the
21    Fatah budget.
22              Let's say, for instance, there
23    is a ten-year-old child who suffers from
24    cancer and needs treatment in Israel.  That
25    person, a child who is ten years old, knows
```

```
 1                HUSSEIN AL SHEIKH
 2    nothing about the different political
 3    parties, Fatah, Democratic Front, or
 4    anything else.
 5                Yasser Arafat would refer this
 6    letter to the Ministry of Health and the
 7    Ministry of Finance.  Is this clear?  And
 8    sometimes, since Abu Amar could not give
 9    money from the PA, when I requested
10    something from him for Fatah, he used to
11    give it from the budget of Fatah.
12         Q.    So just using your example of
13    the child who needs treatment for cancer,
14    was there any circumstance where such a
15    case would have been considered something
16    for Fatah go give money to?
17         A.    (Translator.)  As I told you,
18    that does not mean necessarily that this
19    ten-year-old boy would receive the money
20    from Fatah, because the PA is responsible
21    for the Palestinian people and not only
22    Fatah is responsible for the Palestinian
23    people.  A ten-year-old boy is the
24    responsibility also of the PA.
25         Q.    But sometimes the PA would not
```

1                    HUSSEIN AL SHEIKH

2    have money available; is that correct?

3          A.      (Translator.)   Please repeat

4    the question.

5                    MR. TOLCHIN:  Let's do this,

6            let's take a little break.

7            What is the time Madame Commissioner?

8                    MS. GITLIN:  We are taking a

9            break at 6:53 p.m.

10                   (Whereupon, a short recess was

11           taken.)

12                   MS. GITLIN:  This is tape 7.

13           We are ready to go back on the record

14           at 7:07 p.m.

15          Q.      Between 2000 and 2004, what

16   were the sources of Fatah's funds?  Where

17   would Fatah get money from?

18          A.      (Translator.)   I do not know.

19   That was not part of my expertise.

20          Q.      Are you aware of any of the

21   sources besides -- you told us about

22   allocations from the PA?

23          A.      (Translator.)   I do not know.

24   I am not part of the Financial Committee of

25   Fatah, so I have no idea.

1                    HUSSEIN AL SHEIKH

2          Q.      During the time of 2000 to

3     2004, did the PA deduct Fatah's membership

4     fees from employees' salaries?  Between

5     2002 and 2004, did the PA deduct from its

6     employees' salaries membership dues for

7     Fatah?

8          A.      (Translator.)  Do you mean from

9     the salaries received by the members of

10    Fatah in the PA, there was an amount

11    deducted from the salary for the Fatah

12    membership?

13         Q.      Yes, that is my question.

14         A.      (Translator.)  Yes.

15         Q.      Was every PA employee required

16    to be a member of Fatah?

17         A.      (Translator.)  Of course not.

18         Q.      Were the employees who were not

19    members of Fatah have deductions made from

20    their salaries for Fatah's dues?

21         A.      (Translator.)  No, this was

22    voluntarily done.  If a Fatah's member did

23    not want this amount to be deducted from

24    his salary, he could request that and it

25    would not be deducted.

```
 1              HUSSEIN AL SHEIKH
 2        Q.     During the time of 2000 and
 3   2004, how much were membership dues for
 4   Fatah?
 5        A.     (Translator.)  Do you mean all
 6   Fatah's members?
 7        Q.     Correct, unless it was
 8   different members for different people.
 9        A.     (Translator.)  No one was
10   paying membership fees for Fatah.
11   Employees in the PA, for instance, I was an
12   employee of the PA until 1999.  It was
13   deducted from my salary with my consent for
14   Fatah, an amount for Fatah.  And this
15   amount was set according to your ranking,
16   to your grade.
17        Q.     Was it a flat amount or a
18   percentage of your salary?
19        A.     (Translator.)  When I was a
20   General Director, I think it was 50
21   shekels.
22        Q.     Fifty shekels per what, week,
23   month, year?
24        A.     (Translator.)  Monthly.
25        Q.     Sir, when the PA would transfer
```

1                    HUSSEIN AL SHEIKH
2     funds to Fatah's, do you know how those
3     transfers were made?
4          A.    (Translator.)  No.
5          Q.    Between 2000 and 2004, who was
6     responsible for transfers between the PA
7     and Fatah's?  In other words, who would be
8     the person who knows about that?
9          A.    (Translator.)  Who knows
10     exactly what?
11          Q.    Who knows about transfers
12     between the PA and Fatah?
13          A.    (Translator.)  Abu Amar.
14          Q.    Who is the living person who
15     would know about it?
16          A.    (Translator.)  I do not know.
17          Q.    Would Salam Fayad have
18     information regarding that, do you believe?
19          A.    (Translator.)  I think Salam
20     Fayad, if I am correct concerning the date,
21     became Minister of Finance in 2003.
22          Q.    Do you believe that Salam Fayad
23     would have knowledge of transfers between
24     the PA and Fatah during that period?
25          A.    (Translator.)  I do not know

```
 1                    HUSSEIN AL SHEIKH
 2    exactly, but I would assume, since he is
 3    the Minister of Finance, for sure it would
 4    be starting from 2003, he would know about
 5    it.
 6            Q.      When you were the secretary of
 7    Fatah, where was your office?
 8            A.      (Translator.)  In Ramalla.
 9            Q.      Where in Ramalla?
10            A.      (Translator.)  Near Bet El?
11            Q.      Who owned that office?
12            A.      (Translator.)  I do not know
13    who is the person who owns it, because the
14    person who was responsible under my
15    supervision was contacting a lawyer.
16            Q.      Do you know who that lawyer
17    was?
18            A.      (Translator.)  To tell you the
19    truth, I do not remember.
20            Q.      Was that office rented?
21            A.      (Translator.)  Yes.
22            Q.      Who paid the rent?
23            A.      (Translator.)  It was paid from
24    Fatah through the office of Hakam Balaui
25    and from the Fatah Finance.
```

1                    HUSSEIN AL SHEIKH

2          Q.     What was the address of that

3    office?

4          A.     (Translator.)  It was El Balua

5    near Headquarters of Negotiations, which is

6    the Committee for Saat Barikat.

7          Q.     Who paid for the office

8    supplies in that office?

9          A.     (Translator.)  Also Fatah.

10         Q.     You mentioned a lawyer earlier;

11   who paid that lawyer?

12         A.     (Translator.)  The lawyer was

13   the representative of the owner of the

14   building.

15         Q.     You did not pay the owner

16   directly.  You paid the lawyer on behalf of

17   the owner?

18         A.     (Translator.)  Through the

19   lawyer, he would make the accounts through

20   him.

21         Q.     But you do not remember the

22   name of that lawyer?

23         A.     (Translator.)  Maybe Shukri,

24   but I do not remember.  Maybe later on I

25   will remember.

```
 1                  HUSSEIN AL SHEIKH
 2         Q.     Please let me know if you do.
 3                This was a local lawyer from
 4    the Ramalla area, correct?
 5         A.     (Translator.)  Correct.
 6         Q.     When Fatah, you said, would buy
 7    office supplies for your office, how would
 8    you pay for the office supplies, in other
 9    words, checks, cash, credit cards?  If you
10    needed a package of paper for your use, how
11    did you get it?
12         A.     (Translator.)  The Finance of
13    Fatah would pay directly because the Fatah
14    Finance Department would have agreements
15    with vendors and with printing house and
16    with furniture houses.  I am not the one
17    who conducted the buying.  The finance of
18    Fatah would perform that and would supply
19    it to me.
20         Q.     When you were the Secretary of
21    Fatah, did you have any method, a way to
22    write a check on behalf of Fatah?
23         A.     (Translator.)  No.
24         Q.     Do you know what banks Fatah
25    had accounts in during 2000 to 2004?
```

```
 1                 HUSSEIN AL SHEIKH
 2          A.      (Translator.)  No, I do not
 3     know.  This is not part of my expertise.
 4          Q.      Between 2000 and 2004, can you
 5     tell us, please, what were the methods that
 6     Fatah used to achieve its goals?
 7          A.      (Translator.)  First of all,
 8     Fatah is a political movement, National
 9     Palestinian, and it believes in peace, and
10     it was the one who signed the peace
11     agreement with Israel.
12               It is true that the peace
13     process was obstructed during 2000
14     following the visit of Sharon to Al Aktza
15     Mosque, and especially following the
16     failure of Camp David.  And I mean by that
17     the Palestinian-Iraeli negotiations in Camp
18     David during Abu Amar and Ehud Barak's
19     period.  No doubt that the visit of Sharon
20     to the Al Aktza Mosque has prompted and
21     caused the eruption of the situation and
22     for the explosion of the whole issue.  And
23     there were demonstrations against the visit
24     of Sharon, and these demonstrations were
25     peaceful demonstrations of the first
```

```
 1               HUSSEIN AL SHEIKH
 2    Degree.  And Fatah believed that these
 3    demonstrations should be peaceful.
 4         Q.    Let me back up; inside of
 5    Fatah, were there any other organizations
 6    branches or wings?
 7         A.    (Translator.)  Of course.
 8         Q.    What were the branches or wings
 9    or subsets that were in Fatah in 2000 to
10    2004?
11         A.    (Translator.)  Of course, for
12    instance, Fatah members who were abroad
13    were not in coordination and harmony with
14    Yasser Arafat's policy.  For instance, Abu
15    Lutuf, Faruk el Kadumi, was against Oslo
16    and inciting against Oslo.
17         Q.    Let me clarify.  Maybe the
18    problem is my question.
19               What I meant was:  Inside of
20    Fatah, was there an organization maybe for
21    doctors, for students, for engineers, for
22    workers, for shopkeepers?
23         A.    (Translator.)  Of course
24         Q.    Did those groups have names?
25         A.    (Translator.)  Of course.
```

```
 1                    HUSSEIN AL SHEIKH
 2   Doctors' union, pharmaceutical union,
 3   teachers' union, et cetera.
 4        Q.    Was there a group for students?
 5        A.    (Translator.)  Of course.
 6        Q.    What was the name for the
 7   groups of students between 2000 and 2004?
 8        A.    (Translator.)  Shabiba Union.
 9        Q.    That is for youth?
10        A.    (Translator.)  Yes.
11        Q.    What about for University
12   students?
13        A.    (Translator.)  They also
14   belonged to the youth movement.  The
15   Shabiba is also for school students and
16   University students.
17        Q.    Between 2000 and 2004, what was
18   the policy of Fatah towards the Israeli
19   occupation of the West Bank and Gaza Strip?
20        A.    (Translator.)  The goal of
21   Fatah is to end occupation in the West Bank
22   and the Gaza Strip.
23        Q.    Between 2000 and 2004, did
24   Fatah consider Israeli Jewish settlers in
25   the West Bank and the Gaza Strip to be
```

```
 1                HUSSEIN AL SHEIKH
 2     regular civilians?
 3          A.    (Translator.)  Yes.
 4          Q.    Are you familiar -- and forgive
 5     me for what I'm about to do with your
 6     language -- are you familiar with a term
 7     called Mukawama?
 8          A.    (Translator.)  Resistance.
 9          Q.    What is the principle of
10     resistance?
11          A.    (Translator.)  Do you want me
12     to use the word "resistance" or "Mukawama"?
13          Q.    Does the word "Mukawama" have a
14     particular meaning in Palestinian politics?
15          A.    (Translator.)  It is like using
16     the word "Shahid."
17               MR. HIBEY:  Wait a minute.  You
18          have asked a perfectly legitimate
19          question.
20               MR. TOLCHIN:  We agree on
21          something.
22               MR. HIBEY:  I would like to
23          know what the translation is.
24               MR. NAIM:  Resistance.
25               MR. TOLCHIN:  Just to explain
```

```
 1                  HUSSEIN AL SHEIKH
 2        to you, what she said is that the
 3        word is like Shahid.  Shahid means
 4        martyr, but in the context of
 5        Palestinian politics, it has come to
 6        have a particular meaning that people
 7        understand.
 8             MR. SHEHADEH:  It is like when
 9        you say Shoah.
10             MR. TOLCHIN:  It's like when
11        you say Holocaust.  It has a
12        particular meaning that everybody
13        understands what you're talking
14        about.  When you say the French
15        Revolution, nobody thinks that you're
16        talking about a revolution in
17        wine-making.  They know what you're
18        talking about.
19             Let's proceed.  I will use th
20        English word.
21             MR. SHEHADEH:  Just a second,
22        because he answered and he said that
23        resistance has different forms.
24        Q.    What are the different forms of
25   resistance?
```

HUSSEIN AL SHEIKH

1

2          A.      (Translator.)  For instance, I

3    could say no to occupation, this is

4    resistance.  I can call for a peaceful

5    demonstration in central Ramallah, this is

6    also a kind of resistance.  For instance as

7    well, I can ask for boycotting Israeli

8    products, and this is also a type of

9    resistance.  I also can write an article,

10   this is also resistance.

11         Q.      Is putting a car bomb in an

12   Israeli shopping mall a form of resistance?

13         A.      (Translator.)  Fatah is against

14   that on the whole.

15         Q.      But is that a form of

16   resistance.

17         A.      (Translator.)  I repeat, again,

18   working or conducting anything within the

19   Jewish area of Israel, against or harming

20   any Israeli citizens is something which is

21   against the policy and legitimacy of Fatah,

22   and is a terrorist act.

23         Q.      Is shooting Israeli soldiers in

24   the West Bank a form of resistance?

25         A.      (Translator.)  The issue of

HUSSEIN AL SHEIKH

1
2  soldiers is a separate issue.  And I am
3  talking only about Israeli civilians.  Even
4  during the period of peace, killing
5  soldiers for us is forbidden during the
6  period of peace.
7      Q.    But is shooting an Israeli
8  soldier in the West Bank a form of
9  resistance?  And I'm asking about 2000
10  through 2004.
11         MR. McALEER:  Objection.
12      A.    (Translator.)  The important
13  thing is when are we talking about, and
14  where.  Are we talking about the period
15  where violence prevailed, or a period where
16  peace prevailed?  For instance, I would
17  like to give you an example.  Anyone who
18  shoots towards an Israeli soldier or an
19  Israeli civilian, I would arrest him.
20  Anybody who plans for any action in Israel,
21  I would arrest him.
22         I have 600 detainees of Hamas
23  and from the Islamic Jihad.  Therefore it
24  is important to determine at what period
25  are we talking about.  Is it a period where

```
 1              HUSSEIN AL SHEIKH
 2    there was an Israeli and Palestinian
 3    violence going on, on both sides where both
 4    of them are parties.
 5         Q.    Let me clarify.  You talked
 6    earlier about the Intifada that started in
 7    2000; was that Intifada that started in
 8    2000, a period of peace or a period of
 9    violence?
10              MR. McALEER:  Object as to
11         form.  You can answer.
12         A.    (Translator.)  I distinguish
13    between the different periods of the
14    Intifada.  First of all, Sharon started by
15    visiting the Al Aktza Mosque.  He provoked
16    emotions of Palestinians and Moslems.
17    There were peaceful demonstrations by
18    Palestinians.  What proves that the
19    direction is peaceful, because the
20    objective of the Intifada was peaceful.
21              Can you tell me how many
22    Israelis were killed during the four months
23    of the Intifada.  However, I can tell you
24    how many Palestinians were killed during
25    that period.  That demonstrates to what
```

```
 1                  HUSSEIN AL SHEIKH
 2    extent the Intifada was meant to be
 3    peaceful.
 4         Q.    Let me clarify.  You said that
 5    there were periods of the Intifada.  There
 6    were phases of the Intifada.  Can you tell
 7    me what the dates were, as best as you can,
 8    and what the phases were?
 9         A.    (Translator.)  I will give you
10    without dates.  I do not remember dates
11    very well.  The first stage of the Intifada
12    lasted four to five months.  The Intifada
13    was totally absolutely peaceful.
14         Q.    That is four to five months
15    from Sharon's visit?
16         A.    (Translator.)  Yes, four or
17    five months the whole Intifada was
18    peaceful.  And I challenge you again to
19    tell me how many Israeli were killed in the
20    four or five months.  I can tell you that
21    hundreds of Palestinians were killed at
22    that time.  I am not challenging you
23    personally.  I am speaking generally.
24              In the first four to five
25    months, hundreds of Palestinians were
```

```
 1                    HUSSEIN AL SHEIKH
 2    killed according to all international
 3    humanitarian organizations' reports.  The
 4    excessive violence practiced by the
 5    Israelis has pushed the Palestinians to
 6    escalate the level of violence.
 7                    In my opinion, this gave the
 8    opportunity to all the extremists, and all
 9    those who oppose the Oslo Agreement, an
10    opportunity to destroy the Oslo Agreement
11    and to bring back the whole area to
12    violence.  Therefore, unfortunately, the
13    Intifada transferred from being a peaceful
14    Intifada to being a violent one.
15         Q.    How long was that violent
16    period?  You said it started four or five
17    months after Sharon's visit, and how long
18    did it continue?
19         A.    (Translator.)  It continued
20    until the death of Abu Amar.
21         Q.    Which was November 2004?
22         A.    (Translator.)  November 11,
23    2004.
24         Q.    So that violent period
25    continued for several years until at least
```

1                  HUSSEIN AL SHEIKH

2    2004?

3         A.     (Translator.)  Until the death

4    of Abu Amar, approximately.

5         Q.     During the violent period, was

6    shooting Israeli soldiers in the West Bank

7    a form of resistance?

8              MR. McALEER:  Object as to

9         form, lack of foundation.

10        A.     (Translator.)  In 2002, Israel

11   basically occupied the whole of the West

12   Bank and destroyed the Headquarters of the

13   PA, and everything became total chaos.

14   Different parties were constructed and

15   established.  There was no central

16   authority for the Palestinian people.

17        Q.     I'm just trying to focus on my

18   question.  Earlier when I asked you whether

19   shooting a soldier was an example of

20   resistance, you told us that it depends, if

21   we are talking about a period of violence

22   or a period of peace.  Correct me if I'm

23   misquoting what you said.

24        A.     (Translator.)  During the

25   period of violence, everything was open.

1                    HUSSEIN AL SHEIKH
2     Especially since the Israeli military
3     entered the Palestinian area and occupied
4     it.  And yet, again, I distinguish between
5     the military and the civilians.  I would
6     like to give an example.  Today the Israeli
7     military enters Ramallah.  Why is it that
8     no shooting is directed towards it; because
9     you and I, we are conducting a period of
10    agreement.  I know that the Israeli
11    military entered and detained Hamas members
12    and we have a cooperation of information
13    between us; and both me and the Israeli
14    military closed Hamas institutions in the
15    West Bank.  Therefore when you are talking
16    about a situation or a period, there are
17    different circumstances at different
18    periods of time.  Now there is a
19    cooperation between us.
20         Q.    We're talking about 2002?
21         A.    (Translator.)  In general,
22    killing any civilian is forbidden.  But
23    when you are talking about the military, it
24    is different when we are talking about the
25    circumstances when there is a war or there

HUSSEIN AL SHEIKH

1
2    is a peaceful situation.

3        Q.    During times when there is a

4    violent situation, such as between Sharon's

5    visit to Al Aktza and 2004, so, for

6    example, in the year 2002, right in the

7    middle of that period, during that period,

8    would shooting an Israeli soldier in the

9    West Bank and Gaza Strip have been

10   considered a form of resistance?

11           MR. McALEER:  Object as to form

12           and lack of foundation.

13       Q.    You can answer.

14       A.    According to the International

15   Law, Israel is an occupying power for the

16   West Bank.  This is according to the

17   International Resolutions, and this is not

18   something that I am saying.  Between whom

19   there is no peace, between two enemies?

20   Peace can be only made by enemies.

21   According to all history, peace can be done

22   only between two enemies.

23               We used to be enemies.  And our

24   main goal to fight for Fatah is to end the

25   occupation, and we hope and we wish and we

                    HUSSEIN AL SHEIKH

1

2   make great efforts to end this occupation

3   by peaceful means and to live in peace with

4   the Israelis.  One country, a state, next

5   to the other.  One nation next to the

6   other.  And there would be economical,

7   political, environmental cooperation

8   between us.  And this is not only merely my

9   personal opinion.  This is the opinion of

10  Fatah, in general.

11          MR. TOLCHIN:  What I'd like to

12      do is, I'd like to just show the

13      witness that video that we exchanged.

14      We do not need to translate it.  I'd

15      like just to show him the video at

16      first.

17          MR. HIBEY:  How does this get

18      handled in terms of record?

19          MR. TOLCHIN:  I have copies.  I

20      represent to you it is exactly the

21      same thing I e-mailed you, and I made

22      some copies.  I'd be happy to give

23      you one right now.

24          MR. HIBEY:  Can we trust you

25      that you will mark it as an Exhibit?

```
 1                   HUSSEIN AL SHEIKH
 2                   (Whereupon, the aforementioned
 3            video was marked as Plaintiff's
 4            Exhibit 1 for identification as of
 5            this date by the Commissioner.)
 6            Q.    Yes, I'm going to show you a
 7    video, and the first question is going to
 8    be "is this you"?
 9                   (Video shown.)
10                   What that you, sir?
11            A.    (Translator.)  Yes.
12            Q.    When was that recording made?
13            A.    (Translator.)  According to
14    what I am seeing, this was at the time when
15    Abu Amar passed away.
16            Q.    You looked younger.  What was
17    the context?  Who were you talking to?
18            A.    (Translator.)  With Al Arabiya,
19    TV reporter.
20                   MR. TOLCHIN:  Let me ask the
21            translator, this is for the sake of
22            the record.  It's very fast, I can
23            tell.  Would you be able to translate
24            it as it's speaking?  I'm really
25            asking you.
```

```
1                    HUSSEIN AL SHEIKH
2            MR. NAIM:  There are scripts.
3            MR. TOLCHIN:  There is a
4      script, but the recording does not
5      know what the screen said.
6            MR. SHEHADEH:  You can read it
7      if you like.
8            MR. TOLCHIN:  Let me play it
9      again, and what I'd ask the
10     translator to do is just verify that
11     the translation that are in the
12     subtitles are accurate.
13           (Video shown.)
14           MR. NAIM:  Just one word he
15     said "wasaya" (phenetic) that is
16     legacy.  They translated it as
17     "promise."
18           MR. SHEHADEH:  But this is a
19     legacy from Abu Amar.
20           MR. TOLCHIN:  The subtitle says
21     it is the promise of Abu Amar, and
22     you would say this is the legacy of
23     Abu Amar.  Other than that, it is
24     accurate?
25           MR. NAIM:  Yes.
```

HUSSEIN AL SHEIKH

1

2    Q.    Let me ask you this, sir.  You

3  referred to the guns of Abu Amar.  What did

4  you mean when you said the guns of Abu

5  Amar?

6    A.    (Translator.)  I mean the

7  history of Abu Amar.  Abu Amar was the one

8  who erupted this revolution in '64,

9  therefore I am talking about the history of

10  Abu Amar.

11    Q.    You used the term "dark arms."

12  What were you talking about?

13    A.    (Translator.)  Now, this is

14  with the comment of the translator.  When

15  speaking about dark or black in Arabic,

16  usually it is meant somebody who has tan

17  skin.  He is talking about tanned-skin

18  people.

19        MR. NAIM:  It is not dark in

20        the metaphoric way of something evil.

21    Q.    This means the guns of

22  dark-skinned people?  Who were you

23  referring to when you said tanned people?

24    A.    (Translator.)  I mean that

25  during the beginning of Yasser Arafat, the

```
 1              HUSSEIN AL SHEIKH
 2    people who were with him, when they did not
 3    have any shelter, they were working under
 4    the sun in Jordan and Lebanon and all
 5    areas.
 6         Q.    What did you mean when you said
 7    the gun is the way to get rid of the
 8    occupation?
 9         A.    (Translator.)  For many years
10    these were the principles of Fatah.
11    Nevertheless, Fatah, although it believed
12    in guns, in power, it also believed in
13    making peace.  Therefore, Arafat conducted
14    the peace process.  Who would have believed
15    during the seventies -- when I am talking
16    about the history, that in 1993 or 1994,
17    there would be peace between the
18    Palestinians and Israelis.
19              MS. GITLIN:  The end of the
20         tape.  It is 7:57 p.m.
21              (A recess transpired.)
22              MS. GITLIN:  We are beginning
23         now tape number 8, the time is 8:11
24         p.m.  This is the Commissioner Amy
25         Gitlin.  My business address is Nahal
```

```
 1              HUSSEIN AL SHEIKH
 2         Katlave 7/3, Bet Shemesh, Israel.
 3         This is the deposition of Hussein al
 4         Sheikh, taking place in Jerusalem,
 5         Israel, on April 1, 2009.
 6              MR. TOLCHIN:  First of all,
 7         there is a CD which contains the
 8         video that we played a few moments
 9         ago, and it is marked as Exhibit 1 of
10         today's date, 4/1/09, where a copy
11         has been given to the Commissioner
12         and another copy has been given to
13         Mr. Hibey.
14         Q.    Does Fatah have a website.
15         A.    (Translator.)  Yes.
16         Q.    Do you know what that website
17    is?
18         A.    (Translator.)  If I am not
19    mistaken, www.fatah.ps, if I am not
20    mistaken.
21         Q.    Do you know who in Fatah is
22    responsible for maintaining that website?
23    In other words, who is in charge?
24         A.    (Translator.)  The one who is
25    responsible for the website is the Media
```

1                    HUSSEIN AL SHEIKH

2      Department in Fatah.

3           Q.    Do you know who is in charge of

4      the Media Department of Fatah today?

5           A.    (Translator.)  The office of

6      Abu Alla.

7           Q.    And just so the record isn't

8      confused, who is Abu Ala?

9           A.    (Translator.)  Achmend Kra.

10          Q.    Besides this website, does

11     Fatah publish any newspapers or magazines?

12          A.    (Translator.)  Currently due to

13     my capacity and my occupation, I do not get

14     to follow up on these things, but maybe

15     there is something published here inside.

16          Q.    In the past, has Fatah had a

17     newspaper or periodical that is published?

18          A.    (Translator.)  There was a

19     periodical that used to be published, and

20     not a newspaper.  It was published by the

21     Intellectual Department.  In charge of it

22     was Saher Habash.  He is a member of the

23     Central Committee of Fatah.  Little by

24     little we will remember all the members of

25     the Central Committee of Fatah.

```
 1              HUSSEIN AL SHEIKH
 2        Q.    Does Fatah operate any
 3   television or radio station?
 4        A.    (Translator.)  No, not at all.
 5        Q.    Speaking about the period
 6   between 2000 and 2004, did Fatah have a
 7   charter or constitution or bylaws?
 8        A.    (Translator.)  Of course, there
 9   is the Political Program of Fatah and
10   Internal Organizational bylaws of Fatah.
11        Q.    Does that document have a name?
12        A.    (Translator.)  No, there is the
13   Political Program of Fatah.
14        Q.    The document that you call the
15   bylaws, what is that?
16        A.    (Translator.)  The laws that
17   regulate the Internal Affairs within Fatah.
18        Q.    Let me show you, sir, this
19   document.  This one you can keep.  It is
20   something you have already.
21        A.    (Translator.)  Do you want me
22   to read this?
23        Q.    Just look at the document.  You
24   do not have to read the whole thing.  We're
25   not getting into the substance of the
```

1                    HUSSEIN AL SHEIKH

2    document.

3             MR. HIBEY:  I appreciate it

4          that you are not going to give him

5          the substance of the document, but

6          still doesn't give me --

7             MR. TOLCHIN:  Mr. Hibey, this

8          is something that was emailed to you

9          a week ago.

10            MR. HIBEY:  I appreciate it

11         that you mailed it, but I'm trying to

12         understand this document.

13            MR. McALEER:  And I need to

14         understand what it is.

15       Q.    Can you identify this document,

16    sir?  Do you know what it is?

17       A.    (Translator.)  I am reading it.

18            MR. HIBEY:  It should be noted

19         that every time the witness has to

20         review a document, that he should

21         take his time.

22            MR. TOLCHIN:  That's fair

23         enough, so why don't we do this,

24         because the document is lengthy.  Let

25         us stop the clock and let the witness

```
 1                    HUSSEIN AL SHEIKH
 2          take all the time he wants.
 3                MS. GITLIN:  We're off the
 4          record at 8:20.
 5                    (Whereupon, a short recess was
 6          taken.)
 7                MS. GITLIN:  We are back on the
 8          record.  The time is 8:26 p.m.
 9          Q.    So you had a chance to look at
10     the document, which will be marked as
11     Exhibit 2.
12                    (Whereupon, the aforementioned
13            document was marked as Plaintiff's
14            Exhibit 2 for identification as of
15            this date by the Commissioner.)
16          Q.    Sir, do you know what that
17     document is?
18          A.    (Translator.)  This is an
19     unofficial document.
20          Q.    What is that document?
21                MR. HIBEY:  Objection, lack of
22            foundation.
23                    Let me just say for the record
24            that while we were off the record,
25            Counsel made certain representations
```

```
 1                  HUSSEIN AL SHEIKH
 2          about whether the document that has
 3          been marked as Exhibit 2, was the
 4          same or similar to, or printed at a
 5          different time than documents that
 6          Counsel for Plaintiff sent Counsel
 7          for Defendants.
 8              I am just stating for the
 9          record that the document that the
10          Counsel for Plaintiffs have had
11          marked as Exhibit 2 is what it is.
12          We have not been able to make any
13          correlation between whether that
14          printout is or is not textually the
15          same as what counsel for plaintiffs
16          sent us.  Therefore pending that
17          confirmation, we reserve our rights
18          with respect to the document.
19          Q.   Sir, you said that was an
20     unofficial document?
21          A.   (Translator.)  Yes.
22          Q.   Nevertheless, can you identify
23     what the document is, official or
24     unofficial, or otherwise; what is it?
25              MR. McALEER:  In what capacity
```

```
 1                   HUSSEIN AL SHEIKH
 2            is he being asked the question of
 3            whether he can identify the document?
 4                 MR. HIBEY:  Lack of foundation
 5                 pending objection to the question.
 6            Q.    Along with that fanfare, can
 7       you answer the question?
 8            A.    (Translator.)  I am answering
 9       really quickly.  It discusses the nature of
10       internal affairs of Fatah and the
11       principles of Fatah.  Therefore, from this
12       primary reading, I assert that this is an
13       unofficial document of Fatah.
14            Q.    Is that document the
15       constitutional bylaws of Fatah?
16                 MR. HIBEY:  Objection, lack of
17                 foundation.
18            Q.    If you know.
19                 MR. TOLCHIN:  All that is for
20                 trial, today we say it is an
21                 objection as to form.
22                 MR. HIBEY:  It is not only for
23                 trial, and let us not get into a
24                 discussion as you attempted earlier
25                 of what is or is not an objection.
```

1          HUSSEIN AL SHEIKH

2          A.    (Translator.)  But I am telling

3     you that this is unofficial one, so it

4     could not be the internal bylaws.

5               MR. McALEER:  I think you

6               really have to establish this

7               question of authentication.  That is

8               something I think is, by his

9               testimony -- Counsel, can you make a

10              proper record of the website source?

11              MR. TOLCHIN:  It's written at

12              the bottom of the page

13              www.palvoice.com.  That is the

14              website.

15              MR. McALEER:  You do not think

16              it had to establish if the website is

17              an official website?

18              MR. TOLCHIN:  Yes, if you want

19              to offer something into evidence at

20              trial, yes.  We will deal with it at

21              the rial.  We may lay the foundations

22              for the document through other means.

23              MR. McALEER:  You should put

24              the question to the witness on the

25              basis, first of what it is in

```
 1              HUSSEIN AL SHEIKH
 2     deposition authenticated the
 3     document.
 4          MR. TOLCHIN:  Thank you for
 5     suggesting.  Could you please look at
 6     the section of the document which is
 7     called Article 12.  It is the tenth
 8     page of the exhibit near the bottom.
 9     Is that one line --
10          MR. McALEER:  Objection.  For
11     the record, the Counsel for the
12     Plaintiffs has put an Arabic document
13     in front of this witness, and has not
14     presented the Counsel of the witness
15     with an English translation, of the
16     document that the Counsel is putting
17     before the witness.  On that basis,
18     it is entirely unfair for the Counsel
19     to proceed with this sort of
20     questioning.
21          MR. TOLCHIN:  As the
22     Interpreter, could you please read
23     the one line item 12 into English.
24     Your colleague says he wants to know
25     what it says.
```

```
 1                  HUSSEIN AL SHEIKH
 2            MR. HIBEY:  Well, he can read
 3       it.  If you can do the translation of
 4       this document as you are confronting
 5       this witness, you have not
 6       established this document.  Well, it
 7       is really unfair.
 8            MR. TOLCHIN:  You have told me
 9       that already and now you're just
10       running the clock, and that is
11       unfair.
12            MR. HIBEY:  You know that I
13       have not run the clock today.
14            MR. TOLCHIN:  Please read the
15       one line.
16            MR. NAIM:  (Reading.)
17       Liberating Palestine, a full
18       liberation and eradication of the
19       Zionist entity economically,
20       politically, militarily, and
21       culturally.
22       Q.    Is that provision, to your
23   knowledge, part of the constitution or
24   bylaws of Fatah, regardless of whether this
25   document is an official document?
```

```
 1              HUSSEIN AL SHEIKH
 2        A.    (Translator.)  Definitely not.
 3   Fatah has engaged in a peace process.  It
 4   is cooperating with the State of Israel.
 5   How can Fatah call for the eradication of
 6   the State of Israel?  Fatah recognizes
 7   Israel.
 8        Q.    Was that provision ever part of
 9   the constitution or bylaws of Fatah?
10        A.    (Translator.)  I do not recall,
11   maybe it was in 1965.
12        Q.    Are you aware of that provision
13   ever having been changed?
14            MR. HIBEY:  Objection, lack of
15          foundation.
16        A.    (Translator.)  I have not seen
17   it before in any of Fatah's documents.
18   Therefore, I cannot tell if it was modified
19   or not, but I know what the principles of
20   Fatah are, and I know what the position of
21   Fatah towards Israel is.
22            MR. TOLCHIN:  Can you either
23          mark this document as Exhibit 2 or
24          give it to the Commissioner.
25            MR. HIBEY:  Excuse me, the
```

1        HUSSEIN AL SHEIKH
2   Commissioner holds this document?
3           MR. TOLCHIN:  I'm indifferent,
4   we'll talk afterwards about that.  We
5   gave a copy of it.  I'm going to show
6   you another document.  Here is an
7   extra copy.
8           MR. HIBEY:  Because of our
9   issues with it, we would like to walk
10  out with a copy of it.
11          MR. TOLCHIN:  We'll give you a
12  copy of it.  He's holding it in his
13  hand.  I'm going to show you the
14  document.  Here is an extra copy.
15  A.     (Translator.)  I do not have my
16  glasses, but I can read it still.
17          MR. HIBEY:  While the witness
18  is reading the document, I will place
19  a standing objection on the record as
20  to the absence of a translation, so I
21  can read too.  Just have it as the
22  same objection, we don't have to take
23  up time on the record.
24  Q.     You looked at it?  Is this a
25  document you have ever seen before?

```
 1              HUSSEIN AL SHEIKH
 2       A.     (Translator.)  No.
 3       Q.     Having read it over, are you
 4   familiar with the events discussed in this
 5   document?
 6       A.     (Translator.)  No, of course
 7   not.
 8       Q.     Was there a situation in 2002
 9   where individuals who were part of the
10   National security force of the Palestinian
11   Authority were attached to the Fatah
12   movement?  When I said 2002, lets talk
13   about 2000 to 2004, the same period we
14   already discussed?
15       A.     (Translator.)  This is not part
16   of my expertise.  This is part of the
17   Palestinian Authority security forces' work
18   at that time.  During that time I was part
19   of Fatah, and I have no information
20   concerning this document.
21       Q.     At the time 2000 to 2004, you
22   were a Secretary of Fatah?
23       A.     (Translator.)  Correct.
24       Q.     During that time period, do you
25   recall any issue arising between Fatah and
```

```
 1              HUSSEIN AL SHEIKH
 2    the PA about assignment of PA security
 3    forces to Fatah?
 4         A.    (Translator.)  No -- let me
 5    clarify this issue.
 6         Q.    Please.
 7         A.    (Translator.)  If someone
 8    wanted to resign or to end his services at
 9    the security and to go back to work with
10    Fatah, if he wanted to work with Fatah
11    regularly, steadily, he should have no
12    connection with the PA, unless if there was
13    general security issues for public
14    institutions which were connected with the
15    general security.  Just as there is
16    security for banks, for institutions, if
17    this is what we are referring to, that they
18    were attached, this is what I am trying to
19    understand here.  But if I understand you
20    correctly, you said that there are military
21    people who work for the PA, and were
22    attached to the Fatah, and then returned to
23    the PA.  There is nothing like that.
24         Q.    Was there an issue that they
25    were supposed to be returned, but somebody
```

```
 1                   HUSSEIN AL SHEIKH
 2    objected to it?
 3          A.    (Translator.)  Who opposed?
 4          Q.    Anybody.
 5          A.    (Translator.)  If it is
 6    security issue, then it derives or obeys
 7    the security system, if they were requested
 8    to return, then they will return.
 9          Q.    This is for the Commissioner.
10    This is Exhibit 4.
11                 (Whereupon, the aforementioned
12                 document was marked as Plaintiff's
13                 Exhibit 4 for identification as of
14                 this date by the Commissioner.)
15          Q.    First of all, is this a
16    document you have ever seen before, sir?
17          A.    (Translator.)  No, I do not
18    recall seeing it.
19          Q.    At the top in the upper
20    right-hand corner there is a handwritten
21    comment there.  Are you able to read that?
22          A.    (Translator.)  Yes, of course.
23          Q.    What does it say?
24          A.    (Translator.)  It should be
25    sent to the District of Ramalla to Hussein
```

1              HUSSEIN AL SHEIKH

2    Sheikh.

3         Q.    Do you recognize the

4    handwriting, who wrote that?

5         A.    (Translator.)  I do not know

6    accurately.  I do not know.

7         Q.    Does that refer to you, sir?

8         A.    (Translator.)  This is what is

9    said.

10         Q.    Was this document ever sent to

11   you, if you remember?  If you don't

12   remember, you can tell me that also.

13         A.    (Translator.)  Unfortunately I

14   don't remember.  I see hundreds of papers a

15   day.

16         Q.    Did you have a chance to read

17   this document over?

18         A.    (Translator.)  Yes, I did.

19         Q.    Are you familiar with the

20   events described in this document?

21         A.    (Translator.)  I do not know

22   specifically what is meant by it.

23         Q.    Do you know generally what is

24   meant by it?

25         A.    (Translator.)  Yes, generally

1                    HUSSEIN AL SHEIKH

2      it is understandable what is written there.

3           Q.      What is your general

4      understanding of what this document

5      involves?

6           A.      (Translator.)  I understand

7      that there were people who worked in the

8      security who were transferred from the

9      security to the PLO, to the organization

10     Fatah.  And the security system requested

11     that these people who were attached would

12     be returned to the National Security

13     Council.  This is the contents of this

14     letter.

15          Q.      Just back up.  You said that

16     there were people from the security forces

17     who were assigned to the organization.  Is

18     that what you said?

19          A.      (Translator.)  I said there

20     were people from security who would prefer

21     to go back to work with Fatah.  If he wants

22     to go back to work with Fatah, he should

23     end his work with the PLO, with the

24     Palestinian Authority.  What I understand

25     from this document the Palestinian security

1          HUSSEIN AL SHEIKH

2    systems are sending a warning to all those

3    who were not returning that they might be

4    sacked from work.  This is my

5    interpretation.

6          Q.    Do you recall the situation?

7          A.    (Translator.)  I do not

8    remember particularly the circumstances

9    here.

10          Q.    You can give the original

11    document to the Commissioner.  I may ask

12    you, sir, if this is a document you have

13    ever seen.

14          A.    (Translator.)  Yes.

15          Q.    What is this document?

16          A.    (Translator.)  I presented this

17    to Yasser Arafat, financial aid for certain

18    people.

19          Q.    Did you write this document?

20          A.    (Translator.)  Yes.

21          Q.    Is all of this document yours,

22    or is there a part that was written by

23    somebody else?

24          A.    (Translator.)  This is my

25    handwriting, and the handwriting of Yasser

```
 1              HUSSEIN AL SHEIKH
 2    Arafat.
 3         Q.    Is it accurate that the
 4    handwriting which is horizontal is yours
 5    and the handwriting which is diagonal is
 6    Mr. Arafat's?
 7         A.    (Translator.)  This is an area
 8    with the handwriting where the date is
 9    stated and the signature, this is of Yasser
10    Arafat.
11              MR. TOLCHIN:  Can we agree, Mr.
12         Hibey, that the witness is indicating
13         that the diagonal handwriting towards
14         the lower left as being Mr. Arafat's?
15              MR. HIBEY:  Yes.
16         Q.    What did you write in this
17    letter?
18         A.    (Translator.)  I requested from
19    Abu Amar to allocate money for three
20    people.
21         Q.    Just for the sake of the
22    record, and since it's your handwriting,
23    could you read the letter slowly and let
24    the translator translate?
25         A.    (Translator.)  Of course.  "Mr.
```

                        HUSSEIN AL SHEIKH

1
2       President, the warrior of combatant,

3       President of combatant."

4                   MR. SAADI:  No, no, fight is --

5                   (Arabic)  This (word) is someone who

6                   declares Jihad because of unjust

7                   conditions.

8                   MR. SHEHADEH:  It can be both a

9                   fighter and a combatant.

10                  MR. TOLCHIN:  What is the

11                  Arabic word we are talking about?

12                  MR. SHEHADEH:  Mujahed.

13          A.      (Translator.)  I would like to

14      explain.  To assert that Mujahed is not a

15      fighter, if we want to take the linguistic

16      phrase, you can make Jihad through talking.

17          Q.      But the word is connected to

18      the root Jihad.  Can I make a suggestion;

19      let the Interpreter say what she thinks,

20      you say what you think, and then we'll ask

21      the witness to clarify and then we'll have

22      it on the record.

23          A.      (Translator.)  I have not

24      finished yet.  I would like to clarify.

25      Mujahed does not mean in any way combatant

HUSSEIN AL SHEIKH

1
2  or fighter.  Because, according to Islam,
3  Mujahed means that you can do Jihad through
4  your words and there is an internal thing
5  within your soul, the Jihad of your soul.
6  What is the Jihad of the soul?  That means
7  do not commit adultery, do not steal, and
8  such things.  Therefore Mujahed does not
9  necessarily mean a fighter.
10         Q.    Would you agree that Mujahed
11  can mean fighter?
12         A.    (Translator.)  Each person can
13  interpret it as he sees fit.
14         Q.    Just finish the letter, please.
15         A.    (Translator.)  (Reading.)  My
16  brother Abu Amar, may God protect you and
17  keep you well.  I grant you with the salute
18  of homeland and nation.  We request from
19  you Highness to be kind and to allocate a
20  financial amount of two thousand five
21  hundred dollars to the brothers number 1,
22  Raid ed Karmi, second Ziad Machmud Daas,
23  third Omar Kahaden, and we leave this to
24  your decision, your son Hussein al Sheikh.
25  The thing that was offered Yasser Arafat,

```
1              HUSSEIN AL SHEIKH
2    the Finance Ministry in Ramallah, the
3    allocation of six hundred dollars would be
4    given to each person.
5         Q.    Who is Raid ed Karmi?
6         A.    (Translator.)  Raid el Karmi is
7    a person from the Tul Karem area.
8         Q.    Why did you want to allocate
9    2500 dollars to Mr. El Karmi?
10        A.    (Translator.)  These were the
11   recommendations of the responsible in
12   charge person of Fatah in Tul Karem area,
13   since I do not know any of these three
14   people personally.  I am given
15   recommendations from the different Fatah
16   representatives in these area within my
17   capacity of the Secretary of Fatah I report
18   this to Yasser Arafat within the framework
19   of the Humanitarian Aid.  And I have
20   brought thousands of humanitarian aid to
21   people.
22        Q.    Who asked you or who
23   recommended to you that you request 2500
24   dollars for Mr. El Karmi?
25        A.    (Translator.)  If I am not
```

```
 1              HUSSEIN AL SHEIKH
 2    mistaken, the Secretary of the area of Tul
 3    Karem.  What period are we talking about?
 4    2001?  I cannot see the date.
 5         Q.    2001.
 6         A.    (Translator.)  I think that the
 7    Secretary, maybe it was Dr. Thabet or Fayet
 8    Kanaan.  I am not certain who it was, but I
 9    am sure one of them was the Secretary at
10    the time.
11         Q.    Who is Fayed Kanaan?
12         A.    (Translator.)  The Secretary of
13    Tul Karem area at that time, maybe.  I do
14    not recall if it was Dr. Thabet or Fayet
15    Kanaan.
16         Q.    Who is Amar Kadan?
17         A.    (Translator.)  I do not know
18    him.
19         Q.    Are you familiar with something
20    called Force 17?
21         A.    (Translator.)  Of course I am.
22         Q.    Was Mr. Kadan connected somehow
23    to Force 17?
24         A.    (Translator.)  Surely.
25         Q.    Briefly what is Force 17?
```

```
 1                   HUSSEIN AL SHEIKH
 2          A.     (Translator.)  It is the
 3   Private Presidential Guard.
 4                   MR. TOLCHIN:  This goes to the
 5             commission, 6.
 6                   (Whereupon, the aforementioned
 7             document was marked as Plaintiff's
 8             Exhibit 6 for identification as of
 9             this date by the Commissioner.)
10          Q.     Sir, is this a document that
11   you have ever seen before?
12          A.     (Translator.)  No, of course
13   not.
14          Q.     Did you review this document
15   before you came here today in preparation
16   for the deposition?
17          A.     (Translator.)  Yes, I saw it by
18   the lawyers.
19          Q.     Take a moment to read it.  Who
20   wrote this document?  Who signed it?
21          A.     (Translator.)  According to
22   what I see, the one who signed it is Fayed
23   Kanaan.
24          Q.     The same individual that we
25   spoke about a minute ago?
```

```
 1                  HUSSEIN AL SHEIKH
 2        A.    (Translator.)  Yes, for sure.
 3        Q.    Where is Fayed Kanaan today?
 4        A.    (Translator.)  I do not know.
 5   This is a period between 2001 and 2009,
 6   eight years, maybe in Tul Karem.
 7        Q.    Is he employed by the
 8   Palestinian Authority today?
 9        A.    (Translator.)  I do not know.
10        Q.    Do you know if he's still alive
11   today?
12        A.    (Translator.)  Of course.  If
13   he would have passed away, I would have
14   known about it.
15        Q.    The diagonal writing on the
16   left, is that Mr. Arafat's writing?
17        A.    (Translator.)  The diagonal
18   handwriting on the left is the writing of
19   Yasser Arafat.
20        Q.    There is a list of 15 names.
21   Do you recognize any of these names?
22        A.    (Translator.)  Not one of them.
23        Q.    Are you familiar with an
24   individual named Wafa Idris?
25        A.    (Translator.)  I do not know
```

```
 1                    HUSSEIN AL SHEIKH
 2   her at all, but I have heard of her.
 3         Q.    Who was Wafa Idris?
 4         A.    (Translator.)  I do not
 5   remember exactly, but I think she tried, or
 6   did, committed an action in Israel.  I do
 7   not know for sure.
 8         Q.    When you say committed an
 9   action, what sort of action are you
10   referring to?
11         A.    (Translator.)  I do not know
12   exactly.  Maybe she committed an action
13   within Israel or tried to commit an action
14   in Israel.
15         Q.    Was that action a suicide
16   bombing?
17         A.    (Translator.)  Yes, of course.
18         Q.    When you said an "action" a few
19   minutes ago, what you were referring to was
20   a suicide bombing action, correct?
21         A.    (Translator.)  This is what I
22   meant when I answered you.
23         Q.    Did you ever make any
24   statements regarding your attitude towards
25   what Wafa Idris did in her suicide bombing
```

1                     HUSSEIN AL SHEIKH

2     action?

3          A.    (Translator.)  I do not

4     remember at all.

5          Q.    Did you ever make public

6     statements praising Wafa Idris's action?

7          A.    (Translator.)  I do not recall.

8          Q.    Were you ever interviewed by Al

9     Jazeera TV?

10         A.    (Translator.)  Tens of

11    interviews.

12         Q.    Did you give an intererview

13    that aired on Al Jazeera TV that aired on

14    August 16, 2005?

15         A.    (Translator.)  I do not

16    remember.

17         Q.    In an interview with Al

18    Jazeera, in August 2005, did you praise

19    Wafa Idris's actions?

20         A.    (Translator.)  I do not recall

21    that.

22         Q.    Did you say to Al Jazeera, in

23    August 2005, that Wafa Idris had become a

24    source of pride for Palestinian girls?

25         A.    (Translator.)  I do not

1                HUSSEIN AL SHEIKH
2    remember that at all.
3         Q.    Do you believe that Wafa Idris
4    has become a source of pride for
5    Palestinian girls?
6         A.    We are totally against any
7    action against any Israeli civilians and
8    this is the stand of Fatah movement, and we
9    have presented it always.  And I have
10   asserted it through a statement that I
11   performed along with the European Security
12   Committee, where there were Germans,
13   British and Italians.  I presented the
14   stand of Fatah within an official statement
15   prohibiting any harming of Israeli
16   civilians.
17        Q.    Show the witness this document,
18   and there is an extra copy for Mr. Hibey.
19             (Whereupon, the aforementioned
20             document was marked as Plaintiff's
21             Exhibit 6 for identification as of
22             this date by the Commissioner.)
23        Q.    Take a look at Exhibit 6, is
24   that a document you have ever seen?
25        A.    (Translator.)  Before this, no.

HUSSEIN AL SHEIKH

1

2    Q.    Do you recognize the person who

3  signed the document?

4    A.    (Translator.)  If what you mean

5  is Amne Hudiye, I do not know.

6    Q.    There are several different

7  handwritings on this document.  Below the

8  signature there is a handwriting.  I'm

9  referring to the very bottom page.  Do you

10  know who wrote that?

11    A.    (Translator.)  No.

12    Q.    Can you read the signature?  Do

13  you recognize it?

14    A.    (Translator.)  Even under a

15  microscope I cannot tell.

16    Q.    At the very top, just above

17  where it says Palestinian National

18  Authority, there is handwriting.  Do ou

19  know whose handwriting that is?

20    A.    (Translator.)  Of course not.

21    Q.    How about on the left,

22  underneath the date?

23    A.    (Translator.)  No, I do not

24  know.

25    Q.    Between 2000 and 2004, did the

1                   HUSSEIN AL SHEIKH

2     Palestinian Authority have a Ministry for

3     prisoners and freedom fighters, and I can

4     show you that written in Arabic.

5           A.    (Translator.)  Yes, as I

6     recall.

7                 MR. NAIM:  But this isn't what

8                 he said -- there is something he said

9                 in the translation into Arabic.

10                MR. TOLCHIN:  Let's end the

11                tape and we'll clarify that.  I will

12                re-ask this question.

13                MS. GITLIN:  The tape is ending

14                at 9:12 p.m.

15                (A recess transpired.)

16                MS. GITLIN:  We are going back

17                on the record.  This is tape number

18                8.  This is the Commissioner Amy

19                Gitlin.  My business address is Nahal

20                Katlav 7/3 Bet Shemesh, Israel.  The

21                Deponent's name is Hussein Al Sheikh.

22                This is taking place in Jerusalem,

23                Israel, on April 1, 2009, beginning

24                at 9:15 p.m.

25          Q.    I'm just going to re-ask the

<pre>
 1                  HUSSEIN AL SHEIKH
 2    last question for the sake of the record.
 3    We can disregard the last question I asked.
 4                  Between 2000 and 2004, was
 5    there a body that was called -- I would
 6    like the Interpreter to read it in Arabic.
 7                  MR. SHEHADEH:  Wizaret el Assra
 8             wal Muchararin.
 9         Q.    What does that mean?
10                  MR. SHEHADEH:  Ministry of
11             Prisoners and Released Prisoners.
12         Q.    Was there such a body?
13         A.    (Translator.)  I do not recall
14    if it was an Authority or a Ministry, but I
15    remember that it existed.
16         Q.    Does it still exist today?
17         A.    (Translator.)  Today it is a
18    Ministry.
19         Q.    And, briefly, what is the
20    purpose of this Ministry?
21         A.    (Translator.)  To rehabilitate
22    released Palestinian prisoners on the
23    economical, social, employment level.
24         Q.    What does this Ministry
25    actually do with prisoners and released
</pre>

1              HUSSEIN AL SHEIKH

2    prisoners?

3         A.    (Translator.)   This Ministry is

4    connected with many other international

5    organizations, European and American.   The

6    purpose of it is to rehabilitate the

7    prisoners and to integrate within the

8    community.   This is the strategic aim of

9    it.

10         Q.    Does this Ministry involve

11    itself with prisoners and former prisoners

12    of Israel?

13         A.    (Translator.)   Yes, of course,

14    where there are Palestinian prisoners,

15    others than in Israel.

16         Q.    Yes, but you told us that you

17    had 600 Palestinian prisoners in the West

18    Bank from Hamas.

19         A.    (Translator.)   That situation

20    is totally different.

21         Q.    So this Ministry is involved

22    specifically with prisoners in Israel?

23         A.    (Translator.)   And the

24    prisoners of the PLO only.

25         Q.    You mean it is involved with

                    HUSSEIN AL SHEIKH

1   people who were members of Fatah?

2        A.    (Translator.)  This Ministry

3   only deals with prisoners of Fatah, the

4   Democratic Front, the Popular Front, but

5   not with Hamas or Jihad prisoners.

6        Q.    If a Fatah member is arrested

7   in Israel for shoplifting, and was put in

8   prison for a theft, would that Ministry be

9   involved with that prisoner?

10            MR. McALEER:  Objection as to

11            form.

12       A.    (Translator.)  This Ministry is

13  not involved with civil Criminal prisoners.

14       Q.    What type of prisoners is this

15  Ministry involved with?

16       A.    (Translator.)  Political

17  prisoners.

18       Q.    By political prisoners, you are

19  referring to people who were charged by

20  Israel with security crimes or crimes

21  related to resistance?

22            MR. McALEER:  Objection as to

23            form.

24       A.    (Translator.)  Am I the one who

                    HUSSEIN AL SHEIKH

1
2   imprisoned them, or Israel?  Israel is the
3   one who imprisoned them, and Israel is only
4   the one who allows them to receive
5   cigarettes and other things.
6        Q.    When a Fatah member, for
7   example, is imprisoned in Israel for
8   political crime, does this Ministry give
9   money to the prisoner or to the prisoner's
10  family?
11            MR. McALEER:  Objection as to
12        form.
13        Q.    You can answer it.
14        A.    With accordance with the
15  Israelis, it gives money for all the
16  detainees of the PLO by agreement with
17  Israel.  Because Israel is considered, her
18  part has ended by questioning them and
19  imprisoning them, and that's it.  And it
20  considers supplying food and the ability to
21  buy as part of the Humanitarian Aid.
22        Q.    If a member of Fatah was
23  imprisoned by Israel for carrying out
24  violent attacks on civilians, would the
25  Ministry give money to that prisoner or his

```
 1                    HUSSEIN AL SHEIKH
 2    family?
 3         A.     (Translator.)
 4              MR. McALEER:  Objection as to
 5         form.
 6         A.     (Translator.)  The Ministry
 7    gives money to all PLO prisoners.  Now,
 8    whatever the sentence, Israel has given it,
 9    sees that he is punished for it already.
10         Q.     So the answer to my question is
11    yes.
12              MR. McALEER:  Objection as to
13         form.
14         A.     (Translator.)  Yes.
15         Q.     Does this Ministry make
16    payments to widows and orphans of PLO
17    members of Fatah members who are killed in
18    activities against Israel?
19              MR. McALEER:  Objection as to
20         form.
21         A.     (Translator.)  I do not know.
22    I do not know if it gives any.
23         Q.     So between 2000 and 2004, did
24    the PA support violence against Israelis?
25              MR. McALEER:  Objection as to
```

```
 1                HUSSEIN AL SHEIKH
 2        form.
 3        A.    (Translator.)   The Palestinian
 4   Authority always issued statements against
 5   violence and against any violence committed
 6   against any Israeli civilians.  And
 7   sometimes the Palestinian Authority will
 8   declare a ceasefire but was not able to
 9   implement it on the ground.  But the
10   Palestinian Authority believes that
11   violence is prohibited by both sides.
12        Q.    Sir, before you came here
13   today, did you take any steps to inform
14   yourself what this case is about?
15        A.    (Translator.)   I never heard of
16   this case until I met the lawyers.
17        Q.    When did you meet the lawyers?
18   When are you referring to?
19        A.    (Translator.)   The first time?
20        Q.    Yes.
21        A.    (Translator.)   About a month
22   ago, approximately.
23        Q.    Are you referring to Mr. Hibey?
24        A.    (Translator.)   No, the first
25   time he was not there.
```

1                HUSSEIN AL SHEIKH

2        Q.    Who was there?

3        A.    (Translator.)  I do not

4    remember the names.  It is hard for me to

5    remember names, especially in English.

6        Q.    Did you ask anyone in the

7    Palestinian Authority -- not your

8    lawyers -- what this case is about?

9        A.    (Translator.)  None of them.  I

10   only asked the lawyers.

11       Q.    Did you ask anybody in the

12   Palestinian Authority whether there was a

13   report or an investigation about what this

14   case is about?

15       A.    (Translator.)  Never ever.  The

16   area of the Gaza Strip was never under my

17   supervision.  I have never been responsible

18   for Gaza until I received the

19   responsibility over the Civil Affairs in

20   2005.  I have never been responsible over

21   Gaza, not even during my contacts with

22   Fatah nor when I was in the Palestinian

23   Authority.

24       Q.    Are you aware that something

25   happened to Mr. Saperstein?

HUSSEIN AL SHEIKH

1

2       A.      (Translator.)  I do not know at

3  all.  I have only known about it when I met

4  the lawyers.

5       Q.      After you found out that

6  something happened to Mr. Saperstein, did

7  you ask anybody within the Palestinian

8  Authority of Fatah to tell you what

9  happened to him?

10      A.      (Translator.)  I asked nobody.

11      Q.      The remaining questions that I

12  have, I have a few names.  I just want to

13  ask you.  For each name, if you can just

14  tell me who this is and what position does

15  he hold today with the PA, with the PLO,

16  Fatah:  Ismail Hasam Abu Jabar?

17      A.      (Translator.)  Ismail Hassan

18  Abu Jabar is the assistant of the President

19  Abu Mazen for the National Security

20  Affairs.

21      Q.      Is he also known as Haj Ismail

22  Jabar?

23      A.      (Translator.)  Yes.

24      Q.      And Abu Alla Mansur?

25      A.      (Translator.)  He was the

1                    HUSSEIN AL SHEIKH

2      Secretary of Fatah in Ramallah.

3              Q.     Does he have a position

4      anywhere today?

5              A.     (Translator.)  No, there were

6      elections and he left.

7              Q.     Do you know where he lives

8      today?

9              A.     (Translator.)  I think in

10     Ramallah.

11             Q.     Does he work for the PA today?

12             A.     (Translator.)  I do not know.

13             Q.     Somebody named Al Majidah?

14             A.     (Translator.)  Of course.

15             Q.     Is that Abdul Razak Al Majidah?

16             A.     (Translator.)  Correct.

17             Q.     Who is Abdul Razak Al Majidah?

18             A.     (Translator.)  He was

19     responsible for National Security in the

20     West Bank.

21             Q.     I forget if I asked you this.

22     Is Al Majidah employed by the Palestinian

23     Authority today?

24             A.     (Translator.)  I think so.  I

25     believe so.

```
 1                    HUSSEIN AL SHEIKH
 2          Q.     Do you know what he does for
 3     the PA?
 4          A.     (Translator.)  He is in Gaza
 5     now.
 6          Q.     He is employed by the PA in
 7     Gaza?
 8          A.     (Translator.)  He is under the
 9     occupation of Hamas in Gaza.
10          Q.     Al Haj Maslach?
11          A.     (Translator.)  Of course I know
12     him.
13          Q.     Who is that?
14          A.     (Translator.)  He was
15     responsible for the administration and
16     organization.  He was responsible for the
17     Palestinian Security Administration and
18     Organization forces.
19          Q.     What does he do today?
20          A.     (Translator.)  Nothing.
21          Q.     Where is he today?
22          A.     (Translator.)  Maybe abroad.
23     Most of the time I think he is probably in
24     Egypt.  He is an old man.
25          Q.     Nabil Amru?
```

1                          HUSSEIN AL SHEIKH

2          A.      (Translator.)  Our Ambassador

3    in Cairo.

4          Q.      He is an Ambassador for the PA?

5          A.      When I say our Ambassador, I

6    mean in the capacity as the Civil Affairs

7    Minister, the Ambassador of the PA.

8          Q.      Dr. Ramzi Khouri?

9          A.      (Translator.)  He is in charge

10   of the National Fund of the PLO.

11         Q.      What is the National Fund of

12   the PLO?

13         A.      (Translator.)  I have no idea.

14   I have no information about it.

15         Q.      Is he employed by the

16   Palestinian Authority?

17         A.      I think he is appointed by the

18   PLO because this is the National Fund for

19   the PLO and not for the PA.

20         Q.      Dr. Abu Sharia?

21         A.      (Translator.)  He was the

22   Director of the GPC, General Personnel

23   Council.

24         Q.      What is he today?

25         A.      (Translator.)  He left.

1                    HUSSEIN AL SHEIKH

2    Nothing.

3         Q.    Marwan Zalum?

4         A.    (Translator.)  I do not know.

5         Q.    Ziad Al Rajub?

6         A.    (Translator.)  He works

7    nowadays at the Ministry of Wakaf.

8         Q.    That is part of the PA?

9         A.    (Translator.)  Yes, of course.

10        Q.    Hamdi Al Dardush?

11        A.    (Translator.)  I do not

12   remember.

13        Q.    Bashir Nafa?

14        A.    (Translator.)  May he rest in

15   peace.

16        Q.    Who was he?

17        A.    (Translator.)  He was

18   responsible for the special Security Forces

19   in the National Security.

20             MR. TOLCHIN:  Saadi, do you

21        have any questions?

22             MR. SAADI:  Can we take five

23        minutes?

24             MR. HIBEY:  Just to be clear,

25        did you finish your questions?

HUSSEIN AL SHEIKH

1

2      You're passing the witness?

3             MR. TOLCHIN:  Yes.

4             MS. GITLIN:  We are off the

5      record at 9:37 p.m.

6             (Whereupon, a short recess was

7      taken.)

8             MS. GITKIN:  We are back on the

9      record at 9:51 p.m.

10            MR. HIBEY:  No questions.  I

11     would like to have him excused.  We

12     have some housekeeping chores, and

13     that will be it.

14            MS. GITKIN:  I am just going to

15     put on the record that the deposition

16     is now officially finished of Mr.

17     Hussein Al Sheikh deposition is now

18     finished.

19            THE WITNESS:  (Translator.)

20     Thank you very much.

21            MR. TOLCHIN:  Do we have this

22     on the record?

23            MR. HIBEY:  He has some

24     housekeeping to do.  Just my

25     understanding that the exhibits that

```
 1              HUSSEIN AL SHEIKH
 2    were presented to the witness have
 3    been given to the Commissioner, and
 4    the Commissioner does what?
 5         MR. TOLCHIN:  I think she will
 6    do whatever we agree to.
 7         MR. HIBEY:  And that is
 8    something we do not have to spell on
 9    the record.  We will just have an
10    agreement as to how you want to
11    handle that.
12         MR. TOLCHIN:  Let me ask you
13    this, Madame Commissioner; do you
14    have a scanner?
15         MS. GITKIN:  I have access to a
16    scanner, if need be.
17         MR. HIBEY:  I have no problem
18    of you recovering the exhibits
19    yourself, and making sure that we may
20    get a copy of the exhibits.
21         MR. TOLCHIN:  Why don't we do
22    that, that is the easier thing.  I
23    can take the exhibits with me.
24         MR. HIBEY:  Yes.
25         MR. TOLCHIN:  I will scan them
```

HUSSEIN AL SHEIKH

1
2 once I arrive back in New York,
3 unless I can find a way to do it here
4 before I go.  It's doubtful.
5     MR. HIBEY:  I don't think it's
6 that time sensitive.  It can wait
7 until you're back, back in your
8 office.
9     MR. TOLCHIN:  And you already
10 have the disk.
11     MR. HIBEY:  We have the disk.
12     Secondly, I would like to
13 understand what is going to be
14 happening with the tapes?
15     MR. TOLCHIN:  Let's go to the
16 man back in the room, because he was
17 involved in setting that up.
18     MR. HIBEY:  While we're waiting
19 for him, let me make a request.
20     MR. TOLCHIN:  I thought you are
21 going to offer a song.
22     MR. HIBEY:  I don't know how to
23 sing, I'm tired.  I don't want to
24 offend anyone's ears.  Let me press
25 on, if I may.  May I request that

1         HUSSEIN AL SHEIKH
2    until we receive the product, these
3    proceedings will be considered
4    confidential, under seal, until such
5    time we are able to review this
6    material.
7         MR. TOLCHIN:  Is it your
8    intention to review the transcripts
9    and designate portions which you wish
10   to be treated as confidential?
11        MR. HIBEY:  No.
12        MR. TOLCHIN:  Ultimately.
13        MR. HIBEY:  Ultimately it may
14   come to that, but I'm only asking for
15   time for us to be able to review the
16   product.  In usual practice a
17   transcript is prepared.  It is
18   submitted to the witness.  He gets an
19   opportunity to review it, to
20   determine whether it is accurate,
21   with the possible production of an
22   Errata Sheet.
23        I just do not know what the
24   product is of this exercise, because
25   I will be frank to tell you I have

1          HUSSEIN AL SHEIKH

2      not participated in a deposition

3      proceeding where there hasn't been a

4      stenographer.  I understand the rules

5      which allow for this procedure, the

6      one we've just been going through.

7      That is not my complaint.

8          MR. TOLCHIN:  You've probably

9      done Hearings in Court without a

10     stenographer though.

11         MR. HIBEY:  Only if that

12     informality is agreed to ahead of

13     time.

14         MR. TOLCHIN:  Many courts have

15     a similar system like this.  It's

16     recorded and then if you order the

17     transcript, the recording is sent out

18     to a transcription service.

19         MR. HIBEY:  And you really get

20     an interesting product.

21         MR. TOLCHIN:  With some Court

22     reporters too.

23         MR. HIBEY:  In my experience

24     not as inaccurate.  So I'm asking if

25     we can have this embargo on public

```
 1                    HUSSEIN AL SHEIKH
 2      usage pending receipt and review of
 3      these materials.
 4              MR. TOLCHIN:  I don't think
 5      this is a problem, assuming you
 6      timely review it.  It's not going to
 7      linger in review for --
 8              MR. HIBEY:  No, it will not.  I
 9      can assure you of that.
10              MR. TOLCHIN:  Is there any
11      reason we want to use for anything --
12              MR. HIBEY:  Well, if we can
13      agree to a period of time within
14      which our review should be completed,
15      I will do that.  We're not looking to
16      create any undue delay.
17              MR. TOLCHIN:  How long do you
18      think will be a reasonable period of
19      time?
20              MR. HIBEY:  When do we receive
21      it?
22              MR. TOLCHIN:  From whenever you
23      receive it?
24              MR. HIBEY:  Yeah.
25              MR. TOLCHIN:  Let's assume you
```

1          HUSSEIN AL SHEIKH
2    receive it on Day X.
3          MR. HIBEY:  I would say three
4    weeks would be perfect.  That will
5    give us the opportunity to review it.
6          MR. TOLCHIN:  I think that is
7    reasonable.
8          MR. HIBEY:  The accuracy.
9          MR. TOLCHIN:  I think his point
10   is that ordinarily we get a
11   deposition transcript.  There's a
12   period of time where the transcript
13   is submitted to the witness and he
14   has a chance to review it and submit
15   it.  This is going to get
16   transcribed, so it has to work.
17         What happens to the video
18   itself?
19         MR. McALEER:  We put it in a
20   DVD.
21         MR. TOLCHIN:  It can fit on one
22   DVD?
23         MR. McALEER:  It can, the best
24   quality.
25         MS. GITLIN:  So the agreement

1                    HUSSEIN AL SHEIKH
2          is that Mr. Tolchin is going to take
3          possession of the Exhibits and send
4          them to Defendant's attorney as soon
5          as he can, and we have agreed, so
6          that the video will remain
7          confidential.
8                    MR. TOLCHIN:  The deposition
9          itself.  The video transcript will be
10         given to Mr. Hibey, and he will have
11         three weeks to review it and tell us
12         if there is any issues he wants to
13         raise.  That is corrections, accuracy
14         of the transcript, or anything else.
15                   MR. HIBEY:  Yes.
16                   MR. TOLCHIN:  And after those
17         three weeks, having heard nothing
18         from you, we can make any appropriate
19         use of the transcript.
20                   MR. HIBEY:  I think, out of
21         caution, we will respond to you so
22         you will know what is our position.
23                   MR. TOLCHIN:  If based on
24         something we heard today, we wanted
25         to, for example, present a portion of

HUSSEIN AL SHEIKH

1
2  the transcript to a judge, how would
3  you like to handle that?
4      MR. HIBEY:  If we're doing
5  within that three-week period, I
6  think we ought to do it under a
7  protective order or discuss it
8  amongst ourselves.
9      MR. TOLCHIN:  If something
10  comes up, I can tell when I want to
11  use the transcript.
12      MR. HIBEY:  Yes, sir.
13      (Continued on next page to
14  include jurat.)
15
16
17
18
19
20
21
22
23
24
25

1                    HUSSEIN AL SHEIKH

2

3              MR. TOLCHIN:  That's a

4       possibility, because of the time

5       frame.  We may want to get things

6       going, or we can file that under

7       seal.

8              MR. HIBEY:  Yes.

9              MS. GITLIN:  We're finished,

10      thank you.

11                (Whereupon, at 10:00 p.m., the

12      Above Matter concluded.)

13

14

15                    Hussein Al Sheikh

16

17  Subscribed and sworn to before me

18  this _____ day of _____, 2009.

19

20          NOTARY PUBLIC

21

22

23

24

25

```
 1                    HUSSEIN AL SHEIKH
 2                    E X H I B I T S
 3
 4      PLAINTIFF'S EXHIBITS:
 5
 6      EXHIBIT      EXHIBIT                  PAGE
 7      NUMBER       DESCRIPTION
 8
 9        1          Video                    179
10
11        2          Document discussing
12                   Affairs of Fatah         188
13
14        3          Unknown                  ---
15
16        4          Document related to      198
17                   Transfers
18
19        5          Unknown                  ---
20
21        6          List of Names            206
22
23
24
25
```

```
1                    HUSSEIN AL SHEIKH
2       INFORMATION AND/OR DOCUMENTS REQUESTED
3
4       INFORMATION AND/OR DOCUMENTS          PAGE
5
6       Website Address                        93
7
8
9
10
11
12          I, Kerrianne Marashaj, a Notary
13      Public for and within the State of New
14      York, do hereby certify that the above is a
15      correct transcription of my stenographic
16      notes taken from
17      Audio tapes.
18                    _____
                          Kerrianne Marashaj
19                        Kerrianne Marashaj
20
21
22
23
24
25
```

Diamond Errata Sheet

Plaintiff(s): _____

_____

Defendant(s): _____

_____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |

Date: _____

Name of Witness: _____

Signature: _____

Subscribed and sworn to before me

This _____ of _____, 20____

Notary Public

**Look-See Concordance Report**

- - -

UNIQUE WORDS: **2,447**
TOTAL OCCURRENCES: **11,235**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **29,858**

- - -

SINGLE FILE CONCORDANCE

- - -

CASE SENSITIVE

- - -

INCLUDES ALL TEXT OCCURRENCES

- - -

DATES **ON**

- - -

INCLUDES PURE NUMBERS

- - -

POSSESSIVE FORMS **ON**

## – DATES –

**4/1/09** [1]
*185:10*
**April 1, 2009** [7]
*1:15; 4:9; 69:25; 96:21;
128:14; 185:5; 214:23*
**April 1st, 2009** [1]
*157:14*
**August** [1]
*28:17*
**August, 2005** [2]
*211:18, 23*
**August 16, 2005** [1]
*211:14*
**December** [1]
*28:16*
**February, 2002** [1]
*115:22*
**February of 2002** [1]
*116:20*
**January** [1]
*28:16*
**January, 2005** [1]
*75:2*
**November, 2004** [1]
*176:21*
**November 11, 2004** [1]
*176:22*

## – $ –

**$1,000** [1]
*104:17*

## – 0 –

**04-CV-20225** [1]
*1:10*

## – 1 –

**1** [12]
*1:15; 4:9; 43:2; 69:25; 96:21;
128:14; 181:4; 185:5, 9;
205:21; 214:23; 237:9*
**1,000** [1]
*30:10*
**1/2** [3]
*38:25; 97:2, 12*
**1000** [1]

**155:12**
*155:12*
**10:00** [1]
*236:11*
**11** [1]
*176:22*
**111** [1]
*2:5*
**11201** [1]
*2:6*
**12** [2]
*193:7, 23*
**120** [2]
*123:3, 7*
**12:19** [2]
*1:16; 4:8*
**14** [7]
*78:2, 5; 79:12; 150:7, 12, 13,
18*
**15** [5]
*30:16, 17; 31:24; 34:20;
209:20*
**15th** [1]
*2:12*
**16** [6]
*38:25; 97:2, 12; 100:10, 20;
211:14*
**17** [8]
*21:18, 21; 22:12; 90:6, 7;
207:20, 23, 25*
**179** [1]
*237:9*
**18** [3]
*16:8, 15; 23:18*
**188** [1]
*237:12*
**1948** [1]
*99:19*
**1960** [1]
*100:18*
**1965** [1]
*195:11*
**1967** [2]
*99:10, 14*
**1973** [3]
*101:6, 7, 11*
**1976** [3]
*100:17, 20, 22*
**1977** [1]
*100:17*
**198** [1]
*237:16*
**1986** [1]
*100:15*
**1989** [5]
*122:18, 22; 125:10, 13; 134:8*
**1990s** [1]
*61:20*
**1992** [4]
*61:16; 66:4, 7; 67:7*
**1993** [8]
*25:19; 61:16; 62:15; 65:17;
66:4, 7; 67:7; 184:16*
**1994** [10]
*28:7, 16; 29:8; 32:7; 33:6;
34:20; 39:6; 43:16; 148:8;
184:16*
**1995** [8]
*28:24; 29:8; 32:7; 40:24;
45:21; 46:9, 14, 25*
**1996** [5]
*45:22; 46:9, 14, 25; 49:14,*

*17; 50:2; 51:17*
**1997** [11]
*50:17, 19; 51:18; 54:10, 21,
24; 55:4; 56:7; 57:13; 58:5;
61:5*
**1998** [1]
*50:18*
**1999** [14]
*54:25; 55:4; 56:7; 57:13;
58:5; 68:5, 9; 70:7; 72:19;
74:16; 75:16; 76:24; 120:20;
162:12*
**1:16** [1]
*42:18*
**1:29** [1]
*42:21*
**1st** [1]
*157:14*

## – 2 –

**2** [6]
*189:11, 14; 190:3, 11;
195:23; 237:11*
**20** [5]
*122:18*
**2000** [47]
*73:19; 120:25; 121:15;
122:21; 127:2, 23; 128:18;
131:9, 13, 16, 24; 133:8, 12;
137:18; 139:4; 140:21; 141:6,
16; 142:9, 14; 143:14; 146:8;
147:6, 19; 150:24; 152:15;
153:16; 160:15; 161:2; 162:2;
163:5; 166:25; 167:4, 13;
168:9; 169:7, 17, 23; 173:9;
174:7, 8; 187:6; 197:13, 21;
213:25; 215:4; 219:23*
**2000-2004** [1]
*127:3*
**20005-6701** [1]
*2:13*
**2001** [3]
*207:4, 5; 209:5*
**2002** [17]
*75:7, 11, 12, 21; 76:24; 77:4;
115:22; 116:4, 20; 117:18;
154:25; 161:5; 177:10;
178:20; 179:6; 197:8, 12*
**2003** [2]
*163:21; 164:4*
**2004** [49]
*77:8; 120:25; 121:16; 122:21;
127:3, 23; 128:18; 131:10,
13, 16, 24; 133:8, 12; 137:18;
139:4; 140:22; 141:6, 16;
142:15; 143:14; 146:8; 147:6,
20; 150:24; 152:16; 153:16;
154:25; 160:15; 161:3, 5;
162:3; 163:5; 166:25; 167:4;
168:10; 169:7, 17, 23;
173:10; 176:21, 23; 177:2;
179:5; 187:6; 197:13, 21;
213:25; 215:4; 219:23*
**2005** [11]
*74:16; 75:2, 14; 77:5; 79:21;
80:11; 85:18; 87:10; 120:20;
211:14, 18, 23; 221:20*
**2009** [11]
*1:15; 4:9; 43:2; 69:25; 96:21;
128:15; 157:15; 185:5; 209:5;*

*214:23; 236:18*
**206** [1]
*237:21*
**25** [3]
*30:17; 31:25; 34:20*
**2500** [2]
*206:9, 23*
**28** [1]
*24:4*
**2:06** [1]
*69:15*
**2:41** [1]
*69:19*

## – 3 –

**3** [2]
*69:18; 237:14*
**30** [1]
*23:23*
**33** [4]
*16:7, 8; 24:6; 120:14*
**34** [6]
*16:7, 9; 24:2, 6; 26:20; 27:5*
**35** [2]
*15:20; 27:5*
**36** [1]
*27:5*
**3:37** [2]
*96:10, 11*

## – 4 –

**4** [4]
*96:15; 199:10, 13; 237:16*
**4/1/09** [1]
*185:10*
**400,000** [1]
*104:7*
**490** [2]
*94:25; 104:11*
**4:42** [1]
*96:15*

## – 5 –

**5** [2]
*128:9; 237:19*
**50** [2]
*30:10; 162:20*
**5:38** [1]
*128:6*
**5:48** [1]
*128:9*

## – 6 –

**6** [6]
*157:8; 208:5, 8; 212:21, 23;
237:21*
**600** [3]
*155:12; 173:22; 216:17*
**64** [1]
*183:8*
**655** [1]
*2:12*
**6:45** [1]
*157:5*
**6:46** [1]
*157:8*
**6:53** [1]
*160:9*

**– 7 –**

**7** [1]
  160:12
**7/3** [9]
  2:19; 4:5; 42:24; 69:22;
  96:17; 128:11; 157:10; 185:2;
  214:20
**70** [6]
  69:2; 124:22; 132:15, 17;
  133:2
**7:07** [1]
  160:14
**7:57** [1]
  184:20

**– 8 –**

**8** [2]
  184:23; 214:18
**800** [1]
  155:12
**8:11** [1]
  184:23
**8:20** [1]
  189:4
**8:26** [1]
  189:8

**– 9 –**

**900** [1]
  2:13
**90s** [2]
  61:16; 66:21
**93** [1]
  238:6
**94** [3]
  25:19; 26:4, 19
**95** [2]
  29:6; 35:25
**96** [2]
  35:25; 45:24
**97** [2]
  86:15; 87:13
**99** [2]
  86:16; 87:13
**9:12** [1]
  214:14
**9:15** [1]
  214:24
**9:37** [1]
  227:5
**9:51** [1]
  227:9

**– A –**

**A-Tarifi** [1]
  58:9
**Abas** [12]
  76:17; 77:16, 17; 80:3, 4, 7,
  23; 81:7; 83:24; 84:8; 102:9,
  11
**Abbas** [2]
  122:2; 137:2
**Abbreviation** [1]
  55:20
**Abdallah** [4]
  48:24; 49:10; 136:14; 152:2
**Abdel** [1]
  123:3
**Abdul** [2]

  223:15, 17
**Abed** [1]
  85:24
**ability** [1]
  218:20
**able** [9]
  12:20; 101:16; 145:14;
  181:23; 190:12; 199:21;
  220:8; 230:5, 15
**abroad** [3]
  136:20; 148:18; 168:12;
  224:22
**absence** [1]
  196:20
**absolutely** [1]
  175:13
**absurd** [1]
  117:25
**Abu** [52]
  13:16, 20; 15:2; 36:21, 25;
  40:5, 17; 59:2; 60:9; 77:7, 8,
  10, 13, 14, 18; 85:5; 91:23;
  120:10; 123:16; 134:12;
  136:23; 139:19, 20; 151:24;
  152:4; 155:9; 158:6, 9; 159:8;
  163:13; 167:18; 168:14;
  176:20; 177:4; 181:15;
  182:19, 21, 23; 183:3, 4, 7,
  10; 186:6, 8; 203:19; 205:16;
  222:16, 18, 19, 24; 225:20
**Abul** [1]
  14:7
**abuses** [1]
  145:13
**accept** [1]
  6:25
**acceptable** [1]
  18:17
**accepted** [2]
  49:21; 97:22
**access** [1]
  228:15
**accidentally** [1]
  40:20
**accordance** [1]
  218:14
**According** [7]
  80:2; 108:12; 156:9; 179:14,
  21; 181:13; 208:21
**according** [9]
  73:2; 95:13; 123:11; 148:21;
  156:13; 162:15; 176:2;
  179:16; 205:2
**Accords** [3]
  26:14; 55:12; 67:18
**accounts** [2]
  165:19; 166:25
**accuracy** [2]
  233:8; 234:13
**accurate** [8]
  84:13; 92:7, 13; 93:17;
  182:12, 24; 203:3; 230:20
**accurately** [3]
  157:22, 24; 200:6
**accusation** [1]
  19:4
**achieve** [1]
  167:6
**achieved** [1]
  109:25
**Achmed** [6]

  76:17; 78:23, 24; 79:3; 98:8;
  133:21
**Achmend** [1]
  186:9
**acquiring** [1]
  59:18
**act** [2]
  112:19; 172:22
**action** [14]
  19:8; 157:19; 173:20; 210:6,
  9, 12, 13, 15, 18, 20; 211:2,
  6; 212:7
**actions** [1]
  211:19
**active** [2]
  64:21; 74:3
**activities** [3]
  19:9, 11; 219:18
**activity** [1]
  158:5
**additional** [1]
  19:5
**Address** [1]
  238:6
**address** [13]
  4:4; 42:23; 69:21; 93:23;
  94:9; 96:17; 120:4, 6; 128:11;
  157:10; 165:2; 184:25;
  238:10
**addressed** [1]
  119:6
**Administration** [11]
  36:9, 22; 54:23; 55:6; 94:10,
  21; 95:6, 7, 15; 106:20;
  224:17
**administration** [2]
  60:13; 224:15
**administrations** [1]
  95:12
**Administrative** [1]
  31:8
**administrative** [1]
  22:18
**Administrator** [1]
  1:5
**adultery** [1]
  205:7
**adverse** [2]
  51:20, 22
**advised** [1]
  42:10
**affair** [3]
  130:5, 10, 21
**Affairs** [58]
  54:16, 18, 20, 23; 55:2, 5, 25;
  56:4, 17, 19; 57:11; 58:14;
  60:15; 61:4; 74:9; 80:19, 21;
  81:18; 82:2, 16; 84:9; 85:6,
  19; 86:8, 11; 87:14; 90:22;
  91:19; 92:24; 93:5; 94:10, 20,
  23; 95:3, 8, 16; 96:5; 103:5,
  12, 22; 104:6, 10, 13, 14, 19;
  105:2, 7, 12; 106:20; 111:6;
  112:19; 120:4; 187:17;
  221:19; 222:20; 225:6;
  237:12
**affairs** [3]
  130:23; 136:15; 191:10
**afford** [1]
  139:7
**aforementioned** [5]

  181:2; 189:12; 199:11; 208:6;
  212:19
**afterwards** [1]
  196:4
**age** [10]
  16:8, 14; 23:18; 27:2, 4, 5;
  38:25; 97:2, 12
**agencies** [1]
  148:15
**Agency** [1]
  112:17
**agent** [1]
  117:4
**agree** [8]
  16:22; 43:7; 117:14; 170:20;
  203:11; 205:10; 228:6;
  232:13
**agreed** [6]
  43:7; 61:22; 140:3, 11;
  231:12; 234:5
**Agreement** [23]
  39:8; 61:18, 21, 24; 62:3, 13,
  16, 19; 65:2, 4; 95:13;
  146:22; 147:2, 4; 148:5, 7,
  10, 22, 24; 149:5, 12; 176:9,
  10
**agreement** [8]
  59:8; 106:15; 114:14; 167:11;
  178:10; 218:16; 228:10;
  233:25
**agreements** [7]
  107:11; 108:5, 7; 110:4, 7,
  20; 166:14
**Agricultural** [1]
  60:4
**AHARON** [1]
  3:9
**Aharon** [1]
  5:4
**Ahmed** [1]
  122:2
**AHUVA** [1]
  1:5
**Aid** [2]
  206:19; 218:21
**aid** [4]
  139:24; 155:10; 202:17;
  206:20
**aides** [1]
  64:3
**aim** [1]
  216:8
**aired** [2]
  211:13
**Aktza** [4]
  167:14, 20; 174:15; 179:5
**AL** [2]
  1:21; 2:17
**Al** [28]
  4:10; 5:13; 6:18; 8:4; 14:22,
  23; 43:44; 96:19; 167:14, 20;
  174:15; 179:5; 181:18; 211:8,
  13, 17, 22; 214:21; 223:13,
  15, 17, 22; 224:10; 226:5, 10;
  227:17; 236:15
**al** [5]
  69:24; 128:13; 157:13; 185:3;
  205:24
**Ala** [4]
  134:12; 139:19; 151:24;
  186:8

**alive** [1]
209:10
**ALKATIVE** [1]
1:13
**Alla** [2]
186:6; 222:24
**allocate** [4]
157:2; 203:19; 205:19; 206:8
**allocated** [3]
156:17; 158:11, 16
**allocates** [1]
156:11
**allocating** [1]
158:7
**allocation** [2]
156:15; 206:3
**allocations** [1]
160:22
**allow** [1]
231:5
**allowed** [1]
32:12
**allows** [2]
157:19; 218:4
**Altogether** [2]
65:15; 94:19
**altogether** [4]
31:18; 79:17; 104:10; 143:2
**AMAL** [1]
3:6
**Amal** [1]
5:2
**Amar** [25]
77:7, 10, 13; 139:20; 152:4;
155:9; 158:6, 9; 159:8;
163:13; 167:18; 176:20;
177:4; 181:15; 182:19, 21,
23; 183:3, 5, 7, 10; 203:19;
205:16; 207:16
**Ambassador** [4]
225:2, 4, 5, 7
**ambiguous** [1]
115:6
**AMERGI** [4]
1:5, 6
**American** [1]
216:5
**Amin** [1]
89:21
**Amne** [1]
213:5
**amongst** [1]
235:8
**Amos** [1]
87:5
**amount** [9]
156:12, 15, 16; 161:10, 23;
162:14, 15, 17; 205:20
**Amru** [1]
224:25
**AMY** [1]
2:18
**Amy** [8]
4:4; 42:22; 69:20; 96:16;
128:10; 157:9; 184:24;
214:18
**annual** [1]
143:13
**Answer** [1]
9:24
**answer** [22]

18:5; 25:2; 39:24; 91:24;
92:21; 109:15, 17; 112:23;
114:16, 24; 115:11; 118:10,
17; 119:10; 130:7, 13; 156:6;
174:11; 179:13; 191:7;
218:13; 219:10
**answered** [2]
171:22; 210:22
**answering** [1]
102:5; 191:8
**anti-Oslo** [1]
149:4
**Anybody** [2]
173:20; 199:4
**anybody** [7]
49:2; 62:7; 66:10; 97:18;
136:9; 221:11; 222:7
**anymore** [1]
74:5
**anyone's** [1]
229:24
**anywhere** [4]
110:9; 146:17; 150:25; 223:4
**apparatus** [2]
148:15, 23
**apparently** [1]
15:21
**appear** [1]
7:6
**application** [1]
148:9
**apply** [1]
116:16
**appointed** [2]
48:24; 225:17
**appreciate** [5]
37:22; 81:21; 115:7; 188:3,
10
**appropriate** [2]
11:6; 234:18
**approval** [1]
67:23
**approved** [1]
97:19
**Approximately** [7]
15:18, 19; 47:8; 68:8, 25;
79:16; 120:16
**approximately** [10]
30:3, 14; 31:18; 52:18; 54:25;
66:9; 110:20; 120:14; 177:4;
220:22
**April** [8]
1:15; 4:9; 69:25; 96:21;
128:14; 157:14; 185:5;
214:23
**Arabic** [16]
9:21; 12:9, 15, 18; 13:9;
22:23; 57:23, 24; 58:2;
183:15; 193:12; 204:5, 11;
214:4, 9; 215:6
**Arabiya** [1]
181:18
**Arabs** [1]
100:24
**ARAFAT** [1]
1:13
**Arafat** [62]
14:6; 29:22; 32:8, 21, 25;
39:13; 46:23; 52:12; 58:12;
63:6, 10, 16, 20; 66:10;
67:24; 77:2, 11, 12; 121:5,

21; 123:16, 22; 127:2, 11, 13;
130:3, 19; 137:11, 19; 138:5,
23; 139:3, 13, 18, 25; 140:3,
8, 10, 11, 20; 142:9, 15, 21;
151:10; 152:9, 13; 153:8;
154:24; 155:20, 22, 25;
157:2; 158:20; 159:5; 183:25;
184:13; 202:17; 203:2, 10;
205:25; 206:18; 209:19
**Arafat's** [5]
141:15; 168:14; 203:6, 14;
209:16
**area** [17]
63:12; 73:20; 78:12; 150:11,
13; 151:3; 166:4; 172:19;
176:11; 178:3; 203:7; 206:7,
12, 16; 207:2, 13; 221:16
**areas** [5]
60:21; 121:10; 125:5; 126:7;
184:5
**argumentative** [3]
34:9; 114:10; 115:10
**ARIEL** [1]
1:7
**Ariha** [1]
125:19
**Aril** [1]
43:2
**arising** [1]
197:25
**arms** [1]
183:11
**arrest** [3]
22:11; 173:19, 21
**arrested** [4]
22:13; 37:16, 18; 217:7
**arrive** [1]
229:2
**Article** [1]
193:7
**article** [1]
172:9
**ascribed** [2]
149:21, 25
**asking** [12]
9:11; 19:24; 30:13, 14; 94:8,
9; 103:8; 105:13; 109:8, 10;
130:22; 139:25; 141:2;
142:22; 145:16, 19; 146:5;
173:9; 181:25; 230:14;
231:24
**asks** [1]
97:8
**aspect** [1]
114:11
**assemble** [1]
123:11
**assembled** [1]
125:10
**assert** [2]
191:12; 204:14
**asserted** [1]
125:9; 212:10
**assigned** [1]
201:17
**assignment** [1]
198:2
**assistance** [4]
139:8, 11; 156:8; 158:15
**assistant** [2]
127:17; 222:18

**assistants** [3]
64:3, 7; 127:20
**Assra** [1]
215:7
**assume** [3]
74:22; 164:2; 232:25
**assuming** [1]
232:5
**assure** [1]
232:9
**attached** [4]
197:11; 198:18, 22; 201:11
**attacks** [1]
218:24
**attempt** [1]
119:23
**attempted** [1]
191:24
**attempting** [2]
115:25; 116:25
**attended** [2]
15:4, 8
**Attending** [1]
4:12
**attending** [1]
27:7
**attitude** [1]
210:24
**attorney** [1]
234:4
**Attorneys** [2]
2:4, 11
**AUDIO** [2]
1:18; 3:9
**Audio** [1]
238:17
**audio-video** [1]
5:3
**August** [4]
28:17; 211:14, 18, 23
**authenticated** [1]
193:2
**authentication** [1]
192:7
**Authorities** [7]
81:17; 83:4, 11, 18, 20;
105:14; 106:4
**authorities** [2]
82:17, 21
**AUTHORITY** [3]
1:11, 20; 2:12
**Authority** [97]
25:18, 21, 22, 23; 26:2, 5, 6,
8, 9, 10, 18, 23; 27:16, 20,
24; 28:2, 20, 23; 41:5, 9;
48:21; 55:9; 70:11, 19, 22;
72:15, 19; 76:3; 80:25; 81:18,
19; 82:2, 16, 19, 23, 24; 84:9,
17, 22; 85:7, 9, 14, 23; 86:5;
90:5, 14, 22; 91:19; 92:24;
93:2; 94:23; 95:3, 23; 102:16;
103:12, 18, 22; 104:2, 6, 10,
13, 14, 19; 105:2, 5, 7, 12;
106:17; 112:20; 113:10;
114:21; 115:15; 116:3; 117:4;
120:4; 131:18; 134:23;
140:17; 142:14, 17; 150:20;
197:11, 17; 201:24; 209:8;
213:18; 214:2; 215:14; 220:4,
7, 10; 221:7, 12, 23; 222:8;
223:23; 225:16

authority [3]
   120:11; 142:16; 177:16
Authority's [1]
   73:21
authorizations [1]
   59:18
available [2]
   110:10; 160:2
AVI [4]
   1:4; 2:9; 3:9
Avi [3]
   4:19, 22; 5:4
Aviv [1]
   107:20
award [2]
   142:22; 155:22
awarded [1]
   143:2
aware [8]
   62:11; 92:11; 113:8; 116:5;
   144:20; 160:20; 195:12;
   221:24

– B –

babies [1]
   59:18
background [1]
   34:17
backwards [1]
   43:14
Balaui [8]
   75:20, 23; 76:14, 23; 122:3;
   136:24; 151:25; 164:24
Balua [1]
   165:4
Bank [46]
   44:25; 45:11, 19; 55:10, 16;
   58:16; 65:8; 68:17, 22; 69:4,
   9, 11; 78:4, 16, 18; 89:18, 20;
   107:24; 121:8; 124:18, 21;
   125:12, 18; 127:22; 132:3,
   13, 17, 19; 133:2, 4; 148:20;
   150:7, 9; 151:3; 169:19, 21,
   25; 172:24; 173:8; 177:6, 12;
   178:15; 179:9, 16; 216:18;
   223:20
bank [2]
   155:15, 17
banks [2]
   166:24; 198:16
bar [1]
   118:17
Barak's [1]
   167:18
Bargouti [6]
   129:18; 130:2, 18; 131:14,
   17, 20
Barikat [1]
   165:6
barrier [1]
   19:20
base [1]
   107:22
based [1]
   234:23
Bashir [1]
   226:13
basic [3]
   156:10, 13; 157:18
Basically [3]

44:8; 83:3; 100:12
basically [2]
   51:7; 177:11
basis [2]
   192:25; 193:17
behalf [5]
   67:16; 103:10; 120:11;
   165:16; 166:22
Beit [6]
   2:19; 4:5; 42:24; 48:25;
   69:22; 96:18
believe [15]
   43:11; 94:12; 98:19, 20, 21,
   22, 25; 101:10; 102:10;
   147:25; 149:5; 163:18, 22;
   212:3; 223:25
believed [4]
   168:2; 184:11, 12, 14
believes [3]
   99:20; 167:9; 220:10
belong [12]
   49:12; 81:4, 11, 13; 83:6, 12,
   17, 18, 19, 20, 22; 87:21
belonged [4]
   16:21; 39:20; 146:24; 169:14
belonging [5]
   17:10, 19; 18:10; 19:4; 81:9
belongings [1]
   44:11
belongs [5]
   81:3; 87:25; 134:25; 149:15,
   16
Ben [2]
   5:4; 96:23
Beneath [2]
   60:25; 121:5
beneath [5]
   32:4; 48:10; 52:15; 121:6, 7
beneficiary [1]
   155:14
benefit [1]
   112:19
BERKMAN [1]
   2:4
Beside [1]
   146:16
Besides [7]
   22:11; 46:8; 54:5; 112:2;
   128:16; 131:22; 186:10
besides [9]
   19:6; 31:15; 66:10; 89:4;
   108:21; 126:25; 135:19;
   142:3; 160:21
Bet [8]
   107:20, 22, 23; 128:12;
   157:10; 164:10; 185:2;
   214:20
bigger [1]
   111:23
bind [3]
   116:10; 117:16, 20
binding [1]
   115:14
binds [1]
   117:15
Bira [1]
   53:10
bit [1]
   35:22
black [1]
   183:15

blank [2]
   12:6; 93:21
bodies [2]
   84:14, 15
body [6]
   82:14; 84:3; 155:19; 215:5,
   12
bomb [1]
   172:11
bombing [3]
   210:16, 20, 25
booths [1]
   125:24; 126:2
Border [1]
   95:14
born [2]
   14:14; 100:18
boxes [1]
   126:2, 19
boy [1]
   159:19, 23
boycotting [1]
   172:7
Branch [1]
   36:9
branch [1]
   31:6
branches [5]
   30:25; 31:3, 14; 168:6, 8
branchs [1]
   31:4
break [8]
   42:14; 94:2, 17; 120:2; 128:4;
   140:9; 160:6, 9
breaking [1]
   96:8
breath [1]
   42:13
Briefly [1]
   207:25
briefly [1]
   215:19
bringing [1]
   111:14
British [1]
   212:13
Brooklyn [1]
   2:6
brother [1]
   205:16
brothers [2]
   71:8; 205:21
budget [15]
   103:14, 16, 17, 21; 104:5, 13;
   105:2; 133:12, 15; 140:20,
   22; 156:18; 158:2, 21; 159:11
building [2]
   153:21; 165:14
buildings [1]
   73:21
business [12]
   4:4; 33:25; 42:23; 69:21;
   90:17; 93:24; 96:17; 128:11;
   137:25; 157:9; 184:25;
   214:19
businessman [1]
   24:13
buy [2]
   166:6; 218:21
buying [1]
   25:13; 166:17

bylaws [7]
   187:7, 10, 15; 191:15; 192:4;
   194:24; 195:9

– C –

Cabinet [2]
   124:11, 12
CAC [1]
   55:24
Cairo [1]
   225:3
call [7]
   72:3; 74:9; 81:15; 85:6;
   172:4; 187:14; 195:5
calling [4]
   9:25; 101:3; 129:5; 145:11
Camp [2]
   167:16, 17
campaigns [2]
   52:2; 125:23
cancer [2]
   158:24; 159:13
candidate [1]
   69:5
capacities [2]
   67:13; 142:8
capacity [16]
   27:23; 32:5, 11; 39:22; 52:13;
   103:4; 111:25; 141:18;
   142:10; 144:18; 186:13;
   190:25; 206:17; 225:6
car [2]
   90:19; 172:11
card [4]
   8:21; 10:7; 90:18; 93:25
cards [1]
   166:9
care [2]
   12:17
carries [1]
   136:24
carry [1]
   6:2
carrying [2]
   137:9; 218:23
Case [1]
   1:10
case [8]
   118:5, 9; 130:24; 159:15;
   220:14, 16; 221:8, 14
cash [2]
   155:6; 166:9
caused [1]
   167:21
caution [1]
   234:21
CD [2]
   1:18; 185:7
ceasefire [1]
   220:8
cellphone [1]
   72:5
Central [27]
   75:9, 25; 76:22; 121:6, 13,
   14, 23; 122:6, 8, 20; 123:17,
   23, 25; 124:3, 7, 10; 127:12;
   132:9; 134:2, 16, 19; 135:20;
   136:2, 10, 25; 186:23, 25
central [1]
   101:19; 172:5; 177:15

certification [1]
6:21
certified [1]
6:16
certify [1]
238:14
cetera [3]
95:16; 137:4; 169:3
chain [1]
85:3
chairman [1]
102:23
chairperson [2]
86:14, 19
challenge [1]
175:18
challenging [1]
175:22
chance [3]
189:9; 200:16; 233:14
change [16]
36:15; 81:25; 82:14; 84:7;
89:13; 91:21; 131:2; 133:19;
135:17; 136:3; 141:6; 185:23;
186:3, 21; 206:12; 225:9
changed [2]
17:8; 217:20
charges [6]
18:12, 25; 20:12, 21, 22; 21:7
CHARLES [1]
2:14
Charles [2]
4:14; 113:15
charter [1]
187:7
CHARTERED [1]
2:11
check [6]
7:3; 93:24; 94:3; 155:6, 15;
166:22
checked [2]
7:8, 20
checks [2]
155:16; 166:9
CHEVALIER [1]
2:11
child [3]
158:23, 25; 159:13
children [1]
139:8
China [4]
146:10, 13, 15, 16
choose [1]
73:4
chores [1]
227:12
chosen [2]
122:8; 123:4
cigarettes [1]
218:5
circumstance [2]
117:5; 159:14
circumstances [4]

citizen [1]
21:23
Citizens [2]
59:12, 14
citizens [1]
172:20
Civil [52]
54:15, 17, 20, 22; 55:2, 5, 24;
56:3, 17, 19; 57:11; 59:17;
60:15; 61:4; 80:13, 15, 18;
81:18, 25; 82:2, 15; 84:9;
85:6, 18; 86:8, 11; 87:14;
90:22; 91:19; 92:24; 93:4;
94:10, 20, 23; 95:3, 5; 103:5,
12; 104:5, 10, 12, 14, 19;
105:2, 7, 12; 106:20; 111:6;
112:18; 120:4; 221:19; 225:6
civil [2]
149:9; 217:14
civilian [1]
173:19; 178:22
civilians [7]
170:2; 173:3; 178:5; 212:7,
16; 218:24; 220:6
claim [1]
116:18
claimed [1]
20:16
claims [2]
19:6
clarification [1]
158:19
clarified [1]
86:22
clarify [33]
19:18; 27:17; 28:10; 41:11;
47:15; 62:17; 64:2; 68:14;
78:14; 81:2, 22; 83:10, 21;
84:6; 89:3; 94:17; 105:10;
106:19; 107:9; 123:20;
125:16; 137:5; 139:22; 141:5;
147:14; 156:7; 168:17; 174:5;
175:4; 198:5; 204:21, 24;
214:11
clarifying [1]
130:15
classified [2]
109:6, 9
clear [5]
113:14; 141:9; 150:3; 159:7;
226:24
clock [3]
188:25; 194:10, 13
closed [1]
178:14
coaching [1]
145:21
colleague [2]
57:3; 193:24
colloquy [3]
8:15, 18, 20
Colonel [3]
50:6, 7; 51:16
colonel [5]
50:12, 22; 51:24; 52:3, 13
combatant [4]
204:2, 3, 9, 25
combined [1]
148:16
command [3]

85:3; 107:24; 152:4
Commander [4]
130:18; 139:18; 151:11;
152:5
commander [7]
121:5, 23; 123:21; 127:16,
18, 20; 130:3
comment [2]
183:14; 199:21
commercer [1]
24:12
commission [1]
208:5
COMMISSIONER [2]
2:18; 4:2
Commissioner [32]
4:3; 5:7, 15, 17; 7:17; 42:15,
17, 20, 22; 69:14, 17, 20;
96:9, 16; 128:10; 157:9;
160:7; 181:5; 184:24; 185:11;
189:15; 195:24; 196:2; 199:9,
14; 202:11; 208:9; 212:22;
214:18; 228:3, 4, 13
commit [2]
205:7; 210:13
committed [6]
17:9; 136:23; 210:6, 8, 12;
220:5
Committee [44]
55:25; 58:14; 75:9, 25; 76:18,
22; 87:15; 96:4, 5; 102:23;
121:6, 13, 14, 24; 122:6, 8,
10; 127:12; 132:7, 9, 10, 18;
133:3; 134:2, 16, 20; 135:7,
21; 136:2, 10, 25; 152:14;
160:24; 165:6; 186:23, 25;
212:12
committee [4]
55:15; 65:10; 132:2, 5
Committees [2]
60:4
committees [17]
59:23, 24; 60:8; 61:23; 62:2;
64:25; 65:3, 5, 7, 8, 18;
67:17, 25; 81:11, 16; 95:7, 25
commonly [1]
49:21
communication [1]
56:22
community [2]
149:18; 216:8
company [2]
24:20; 25:5
comparison [1]
124:14
competing [1]
69:6
complaint [1]
231:7
completed [2]
34:25; 232:14
completely [1]
7:15
complex [1]
147:23
complicated [1]
109:21
comprising [1]
133:2
concerned [2]

56:17; 57:11
concerning [7]
86:10; 101:13; 102:6; 104:3;
111:22; 163:20; 197:20
concluded [1]
236:12
conditions [1]
204:7
conduct [4]
57:4; 61:23; 107:11; 119:19
conducted [7]
4:8; 59:7; 69:24; 86:18;
106:24; 166:17; 184:13
conducting [3]
63:14; 172:18; 178:9
conductors [1]
156:25
conference [7]
122:10, 12; 123:6; 125:7, 9,
16; 134:8
confidential [3]
230:4, 10; 234:7
confirm [2]
10:15; 11:9
confirmation [1]
190:17
confirmed [2]
10:16; 11:22
conflict [1]
130:11
confront [1]
149:4
confronting [1]
194:4
confused [1]
186:8
connected [11]
32:13; 47:25; 56:21; 59:17;
138:3, 9, 18; 198:14; 204:17;
207:22; 216:4
connection [4]
59:24; 61:20; 144:17; 198:12
connections [1]
57:9
conquered [1]
99:13
consecutively [1]
97:8
consent [1]
162:13
consider [8]
51:3, 6, 13; 69:10; 116:7, 8;
137:13; 169:24
considerably [1]
118:22
considered [7]
39:21; 137:16; 158:15;
159:15; 179:10; 218:17;
230:3
considers [1]
218:20
consistent [1]
12:21
constantly [1]
54:22
constituent [1]
38:20
constitution [3]
187:7; 194:23; 195:9
constitutional [1]
191:15

construct [1]
148:22
constructed [1]
177:14
constructing [2]
148:12; 149:8
construction [1]
148:16
contact [1]
67:3
contacting [2]
135:3; 164:15
contacts [1]
221:21
contained [2]
92:6, 12
contains [2]
94:4; 185:7
contents [1]
201:13
context [3]
115:5; 171:4; 181:17
continue [12]
25:14; 34:10; 45:17; 71:16,
19; 72:15; 73:5, 17; 74:18;
145:23; 146:7; 176:18
Continued [1]
235:13
continued [4]
25:16; 75:4; 176:19, 25
continuing [1]
149:6
continuous [2]
57:4, 7
continuously [1]
93:10
contravention [2]
118:11, 14
convened [1]
122:18
convicted [3]
17:3, 11; 18:20
conviction [5]
17:18, 21; 18:9; 20:9; 49:11
cooperating [1]
195:4
cooperation [3]
178:12, 19; 180:7
coordinate [1]
64:24
coordinates [2]
95:22; 106:21
Coordinating [1]
58:14; 87:14
coordinating [2]
55:15; 60:6
Coordination [3]
80:13, 15; 86:11
coordination [2]
56:4; 168:13
coordinations [1]
56:15
Coordinator [1]
84:9
coordinator [1]
55:8
copies [3]
101:21; 180:19, 22
copy [12]
10:11; 11:14, 19; 185:10, 12;
196:5, 7, 10, 12, 14; 212:18;

228:20
corner [1]
199:20
corrected [1]
25:21
corrections [1]
234:13
correctly [1]
198:20
correlation [1]
190:13
COUNCIL [2]
2:8; 3:7
Council [18]
72:8, 11; 74:10; 121:7;
122:25; 123:2, 9, 13, 19, 24;
124:2, 5, 6, 12, 13; 132:10;
201:13; 225:23
council [1]
75:3
COUNSEL [1]
2:16
Counsel [11]
4:19; 94:5; 189:25; 190:6, 10;
192:9; 193:11, 14, 16, 18
counsel [6]
4:13, 15, 16, 17, 22; 190:15
count [2]
110:23; 143:4
counterpart [7]
57:3, 14; 59:9; 87:2, 3, 10, 12
counterparts [1]
95:11
counting [1]
95:10
country [4]
88:24; 156:21, 23; 180:4
course [58]
5:24; 21:6; 22:10; 31:16;
39:9; 47:4; 51:11; 58:20;
66:11; 68:4; 77:23; 85:4;
88:12; 89:12, 24; 93:6;
101:12; 102:13; 103:23;
104:15; 106:18; 111:9;
112:24; 121:25; 125:8, 25;
126:15; 128:25; 129:8;
133:13; 136:12; 137:20;
138:19; 142:18; 143:19;
151:2, 6; 152:8; 154:2;
161:17; 168:7, 11, 23, 25;
169:5; 187:8; 197:6; 199:22;
203:25; 207:21; 208:12;
209:12; 210:17; 213:20;
216:13; 223:14; 224:11;
226:9
COURT [1]
1:2
Court [10]
8:2; 17:8, 11, 13; 115:13;
116:7, 8; 145:12; 231:9, 21
courts [1]
231:14
crazy [1]
145:16
create [1]
232:16
creation [1]
148:12
credit [1]
166:9
Crime [1]

41:9
crime [3]
17:4, 6; 218:8
crimes [4]
42:4, 6; 217:21
Criminal [15]
41:12, 22; 42:2; 44:22; 45:10,
11, 18, 25; 46:4, 9, 14, 25;
49:15; 50:21; 217:14
criminal [1]
41:19
Cross [1]
112:10
Crossing [1]
95:15
culturally [1]
194:21
Currently [1]
137:8; 186:12
cut [1]
73:7

– D –

D'HLIS [1]
1:13
Daas [1]
205:22
DAFNA [1]
1:4
daily [2]
108:17; 138:11
damages [1]
116:19
Damascus [1]
67:2
DAN [1]
1:6
Daoud [3]
53:7, 9, 20
Daoud's [1]
53:13
Dardush [1]
226:10
dark [3]
183:11, 15, 19
dark-skinned [1]
183:22
DATE [1]
1:15
date [10]
163:20; 181:5; 185:10;
189:15; 199:14; 203:8; 207:4;
208:9; 212:22; 213:22
dates [3]
175:7, 10
David [2]
167:16, 18
DAVIDOVIC [4]
1:7
Day [1]
233:2
day [6]
37:15; 85:20; 108:14; 135:17;
200:15; 236:18
days [2]
62:23; 93:13
DC [1]
2:13
de [2]
13:24; 134:10

deal [2]
57:22; 192:20
deals [1]
217:4
death [2]
176:20; 177:3
December [1]
28:16
decide [2]
79:24; 98:16
deciding [1]
116:8
decision [2]
98:13; 205:24
decisions [2]
95:21; 141:7
declare [1]
220:8
declares [1]
204:6
Dedrer [1]
76:17
deduct [2]
161:3, 5
deducted [5]
158:20; 161:11, 23, 25;
162:13
deductions [1]
161:19
Defendant [2]
1:19; 2:11
DEFENDANT'S [1]
3:7
Defendant's [3]
4:13, 16; 234:4
DEFENDANTS [1]
1:14
Defendants [1]
190:7
Definitely [1]
195:2
Degree [2]
34:25; 168:2
degree [2]
15:8, 12, 15
delay [1]
232:16
Delegation [1]
134:17
delegation [1]
135:11
Democratic [3]
156:17; 159:3; 217:5
democratic [1]
99:16
democratically [1]
78:13
demonstrates [1]
174:25
demonstration [2]
19:13; 172:5
demonstrations [13]
19:16; 20:22, 24; 21:3, 4, 12,
15, 20; 167:23, 24, 25; 168:3;
174:17
demotion [2]
51:4; 61:6
DEN [1]
3:9
Department [5]
74:8; 164:14; 186:2, 4, 21

**department** [2]
66:23; 95:20
**departments** [7]
90:2, 3, 6, 8, 21, 25; 95:3
**depends** [2]
108:15; 177:20
**deponent** [1]
94:6
**Deponent's** [1]
214:21
**deponent's** [2]
4:10; 43:3
**DEPOSITION** [1]
1:19
**deposition** [19]
4:7, 12; 6:4; 42:25; 69:23;
96:19, 23; 114:3; 119:17;
128:12; 157:12; 185:3; 193:2;
208:16; 227:15, 17; 231:2;
233:11; 234:8
**deprived** [1]
139:11
**Deputies** [3]
89:22; 150:7, 10
**Deputy** [3]
92:2, 3, 8
**derived** [1]
117:11
**derives** [1]
199:6
**describe** [3]
23:4; 47:22; 108:25
**described** [1]
200:20
**describing** [1]
136:6
**DESCRIPTION** [1]
237:7
**designate** [1]
230:9
**destroy** [1]
176:10
**destroyed** [2]
73:22; 177:12
**detailed** [1]
90:24
**details** [6]
6:6; 20:25; 32:23; 91:2;
145:18; 154:20
**detained** [1]
178:11
**detainees** [2]
173:22; 218:16
**detention** [1]
22:18
**determine** [3]
131:8; 173:24; 230:20
**determined** [3]
139:16, 17; 140:6
**determines** [1]
141:13
**developed** [1]
118:6
**developments** [1]
63:12
**diagonal** [4]
203:5, 13; 209:15, 17
**dialogue** [2]
9:17; 145:6
**Dick** [2]
58:25; 59:20

**differently** [1]
82:12
**difficult** [2]
105:25; 115:7
**Diploma** [5]
35:3, 7, 8, 9; 36:3
**diploma** [2]
14:21; 35:5
**direct** [8]
52:5; 83:23; 84:7; 139:19, 20;
140:12; 155:3, 25
**directed** [3]
139:17; 140:22; 178:8
**directing** [1]
118:10
**direction** [1]
174:19
**directions** [3]
118:17; 119:10, 12
**directives** [1]
138:4
**Director** [36]
41:20, 21, 22; 42:2; 44:22;
45:2, 5, 7, 9, 11, 18, 25; 46:4,
8, 13, 20, 24; 49:14; 50:8, 21;
52:7; 53:23; 55:10; 56:10, 11;
58:4, 17; 68:7; 87:14, 15;
88:6; 117:3; 123:14; 127:6;
162:20; 225:22
**directors** [3]
89:25; 90:21; 91:2
**Dis** [1]
15:2
**disburse** [3]
140:4, 12; 155:4
**disclosure** [1]
109:5
**discovery** [1]
145:15
**discuss** [4]
108:19; 109:8; 129:23; 235:7
**discussed** [5]
32:21; 103:13; 120:10; 197:4,
14
**discusses** [1]
191:9
**discussing** [1]
237:11
**discussion** [3]
10:3; 35:18; 191:24
**discussions** [1]
109:12
**disk** [2]
229:10, 11
**dispute** [3]
129:19, 25; 130:17
**disregard** [1]
215:3
**disrespect** [1]
34:3
**distinguish** [2]
174:12; 178:4
**DISTRICT** [2]
1:2
**District** [2]
118:13; 199:25
**districts** [5]
69:13; 78:4, 11; 125:19;
150:9
**disturb** [1]
44:19

**divided** [3]
48:12; 69:12; 78:3
**divisions** [1]
36:7
**Doctors** [1]
169:2
**doctors** [1]
168:21
**Document** [2]
237:11, 16
**document** [63]
10:8; 91:12; 187:11, 14, 19,
23; 188:2, 5, 12, 15, 20, 24;
189:10, 13, 17, 19, 20; 190:2,
9, 18, 20, 23; 191:3, 13, 14;
192:22; 193:3, 6, 12, 16;
194:4, 6, 25; 195:23; 196:2,
6, 14, 18, 25; 197:5, 20;
199:12, 16; 200:10, 17, 20;
201:4, 25; 202:11, 12, 15, 19,
21; 208:7, 10, 14, 20; 212:17,
20, 24; 213:3, 7
**DOCUMENTS** [2]
238:2, 4
**documents** [5]
91:10; 101:22; 102:11; 190:5;
195:17
**doesn't** [2]
7:19; 188:6
**dollars** [9]
143:8, 9, 11; 155:12; 205:21;
206:3, 9, 24
**doubt** [1]
167:19
**doubtful** [1]
229:4
**Dozens** [1]
111:4
**dozens** [1]
111:2
**Dr** [9]
62:5; 64:11; 65:14; 67:4, 20;
207:7, 14; 225:8, 20
**draw** [1]
107:4, 10
**driver** [1]
8:22
**due** [3]
7:11; 32:10; 186:12
**dues** [3]
161:6, 20; 162:3
**duly** [1]
5:6
**duties** [6]
41:25; 56:13, 24; 69:8; 86:7;
111:20
**DVD** [2]
233:20, 22

**– E –**

**e-mailed** [1]
180:21
**early** [4]
29:5; 40:24; 45:22; 66:21
**ears** [1]
229:24
**easier** [1]
93:25; 228:22
**EASTERN** [1]
1:2

**economical** [2]
180:6; 215:23
**economically** [1]
194:19
**economics** [1]
56:21
**ed** [2]
205:22; 206:5
**education** [4]
14:19; 16:9, 10; 36:4
**efforts** [1]
180:2
**EFRAIM** [1]
1:6
**Egypt** [1]
224:24
**Ehud** [1]
167:18
**eight** [1]
209:6
**Eighteen** [1]
16:4
**EI** [12]
36:17; 37:4; 86:6; 107:20, 22,
23; 122:4; 136:14; 164:10;
165:4; 206:9, 24
**el** [12]
46:16; 66:14; 75:22; 122:2, 3,
4; 136:19; 152:2; 168:15;
206:6; 215:7
**elected** [22]
68:12, 18, 19, 21; 69:2, 7;
70:4, 9, 21; 72:20; 75:17;
78:13; 120:19; 125:13, 14,
18, 22; 129:4, 10, 13; 134:4,
7
**election** [4]
68:24; 75:2; 126:2, 19
**Elections** [1]
125:3
**elections** [9]
74:22; 75:3; 122:10; 125:2,
23; 126:19, 20; 128:23; 223:6
**electricity** [1]
153:24
**elementary** [1]
15:5
**ELIEZER** [1]
1:7
**emailed** [1]
188:8
**embargo** [1]
231:25
**emotions** [1]
174:16
**employed** [11]
25:3, 5; 54:22; 70:18; 104:9;
134:22; 146:19; 209:7;
223:22; 224:6; 225:15
**employee** [3]
149:15; 161:15; 162:12
**Employees** [2]
147:9; 162:11
**employees** [9]
31:14; 87:21; 94:23; 104:12,
19, 24; 105:4, 11, 14; 146:9,
12, 17, 24; 147:5, 11, 12;
161:4, 6, 18
**employer** [1]
116:10
**employment** [4]

**end** [12]
  28:12; 29:3; 54:25; 68:9;
  92:25; 169:21; 179:24; 180:2;
  184:19; 198:8; 201:23;
  214:10
**ended** [2]
  40:23; 218:18
**Ending** [3]
  99:2, 7, 8
**ending** [4]
  96:10; 99:12; 128:5; 214:13
**enemies** [4]
  179:19, 20, 22, 23
**engaged** [1]
  195:3
**engineers** [1]
  168:21
**English** [7]
  12:17; 23:2; 55:18; 171:20;
  193:15, 23; 221:5
**entered** [2]
  178:3, 11
**enters** [1]
  178:7
**entity** [2]
  55:11; 194:19
**Environment** [1]
  96:4
**environment** [1]
  56:21
**environmental** [1]
  180:7
**eradication** [2]
  194:18; 195:5
**Errata** [1]
  230:22
**erupted** [2]
  73:19; 183:8
**eruption** [1]
  167:21
**escalate** [1]
  176:6
**escort** [1]
  9:6
**Esiam** [1]
  89:22
**ESQ** [2]
  2:6, 8, 9, 16; 3:3
**essential** [1]
  117:9
**essentially** [1]
  85:3
**establish** [5]
  61:23; 62:2; 156:22; 192:6,
  16
**established** [6]
  55:11; 65:6, 8, 10; 177:15;
  194:6
**establishing** [4]
  65:18; 99:15, 21, 22
**establishment** [7]
  25:17; 26:2, 18, 25; 28:2;
  148:6, 11
    **STATE** [2]
      1:4, 12
**et** [3]
  95:16; 137:3; 169:3
**European** [2]
  212:11; 216:5

**events** [2]
  197:4; 200:20
**everybody** [2]
  19:22; 171:12
**evidence** [1]
  192:19
**evil** [1]
  183:20
**exactly** [16]
  28:25; 30:12, 14; 40:12;
  65:19, 22; 68:10; 70:4; 73:3;
  98:21; 153:13; 163:10; 164:2;
  180:20; 210:5, 12
**EXAMINATION** [1]
  5:9
**Examination** [1]
  96:12
**examined** [1]
  5:7
**example** [15]
  14:6; 49:8; 107:19; 111:18;
  112:7; 127:4; 148:14; 155:11;
  159:12; 173:17; 177:19;
  178:6; 179:6; 218:7; 234:25
**except** [2]
  74:20; 153:7
**excessive** [1]
  176:4
**exchanged** [1]
  180:13
**Excuse** [2]
  106:9; 195:25
**excused** [1]
  227:11
**execute** [1]
  107:12
**Executive** [4]
  76:18; 102:23; 135:7; 152:14
**executive** [4]
  70:21; 71:10; 72:21, 23
**Executor** [1]
  1:5
**Exemption** [1]
  95:8
**exercise** [1]
  230:24
**EXHIBIT** [2]
  237:6
**Exhibit** [13]
  180:25; 181:4; 185:9; 189:11,
  14; 190:3, 11; 195:23;
  199:10, 13; 208:8; 212:21, 23
**exhibit** [1]
  193:8
**EXHIBITS** [1]
  237:4
**Exhibits** [1]
  234:3
**exhibits** [4]
  227:25; 228:18, 20, 23
**exist** [1]
  215:16
**existed** [1]
  215:15
**expected** [1]
  116:11
**expenditures** [1]
  142:16
**expenses** [1]
  143:13
**experience** [3]

  33:21; 34:4; 231:23
**expertise** [6]
  133:18; 143:16; 144:18;
  160:19; 167:3; 197:16
**Explain** [1]
  30:13
**explain** [7]
  30:22; 44:4; 121:2; 136:5;
  147:17; 170:25; 204:14
**explained** [4]
  9:12; 96:3; 97:7
**explains** [1]
  104:16
**explicitly** [1]
  118:11
**explored** [1]
  117:7
**explosion** [1]
  167:22
**export** [1]
  24:12
**extent** [1]
  175:2
**external** [1]
  152:3
**extra** [2]
  196:7, 14; 212:18
**extracting** [1]
  10:20
**extremists** [1]
  176:8

**– F –**

**F.B.** [2]
  2:14; 4:14
**face** [4]
  44:17; 108:21; 109:20
**facing** [2]
  51:25; 109:22
**fact** [1]
  158:9
**factions** [2]
  147:3, 25
**factors** [2]
  116:6, 16
**failure** [1]
  167:16
**fair** [11]
  13:2; 64:20; 83:25; 84:13;
  107:25; 112:17; 113:19;
  124:9; 139:22; 188:22
**faith** [2]
  6:20; 94:12
**fall** [1]
  29:4
**familiar** [8]
  113:5; 143:17; 170:4, 6;
  197:4; 200:19; 207:19;
  209:23
**families** [2]
  139:7, 11
**family** [4]
  53:11; 71:8; 218:10; 219:2
**fanfare** [1]
  191:6
**Farchedini** [1]
  58:25
**Farouk** [3]
  66:14, 20; 136:19
**Faruk** [2]

  122:3; 168:15
**fast** [1]
  181:22
**faster** [1]
  9:8
**Fatah** [300]
  37:12, 18, 21, 23, 25; 38:3, 5,
  11, 16, 24; 39:3, 8, 11, 14,
  18, 21; 40:3, 6, 10, 14; 46:11;
  49:6, 8, 12; 64:18, 19, 21;
  67:11, 13; 68:13, 17, 21;
  69:3, 9, 11, 12; 70:5, 9, 18,
  23; 71:4; 72:10, 17, 21;
  74:14; 75:6, 10, 15, 18, 25;
  76:10, 16, 22; 77:2, 9, 21;
  78:10, 12, 15, 20; 79:20, 22,
  25; 86:2; 97:2, 12, 15, 24;
  98:4, 10, 14, 17, 21, 24;
  99:12, 17, 19, 20; 100:2, 9,
  11, 14, 16, 22, 23; 101:2, 7;
  102:4, 6, 7, 18; 103:10;
  120:13, 19, 21; 121:3, 10;
  122:11, 13, 16; 125:5, 7, 17,
  22; 126:3, 25; 127:4, 9, 11,
  14, 21, 24; 128:17; 129:15,
  20; 130:11, 21, 23, 25; 131:4,
  5, 8, 9, 14, 24; 132:2, 13, 18;
  133:4, 7, 11, 24; 134:2, 3, 20;
  135:17, 22; 136:3, 16, 17;
  138:3, 9, 18; 140:16, 18, 19;
  142:22; 143:2, 13; 144:5, 12,
  15; 146:9, 12, 15, 16, 18, 24;
  147:5, 9, 11, 18, 22, 23;
  148:3, 13, 16, 17, 20; 149:10,
  14, 15, 17, 22; 150:2, 6, 25;
  151:5, 8, 16; 152:19, 21;
  153:2, 5, 7, 11, 15; 154:4, 16,
  17; 155:5, 16, 19, 22; 156:3,
  9, 14; 157:3; 158:7, 11, 17,
  21; 159:3, 10, 11, 16, 20, 22;
  160:17, 25; 161:7, 10, 11, 16,
  19; 162:4, 10, 14; 163:12, 24;
  164:7, 24, 25; 165:9; 166:6,
  13, 18, 21, 22, 24; 167:6, 8;
  168:2, 5, 9, 12, 20; 169:18,
  21, 24; 172:13, 21; 179:24;
  180:10; 184:10, 11; 185:14,
  21; 186:2, 4, 11, 16, 23, 25;
  187:2, 6, 9, 10, 13, 17;
  191:10, 11, 13, 15; 194:24;
  195:3, 5, 6, 9, 20, 21; 197:11,
  19, 22, 25; 198:3, 10, 22;
  201:10, 21, 22; 206:12, 15,
  17; 212:8, 14; 217:2, 4, 7;
  218:6, 22; 219:17; 221:22;
  222:8, 16; 223:2; 237:12
**Fatah's** [10]
  133:15, 20; 160:16; 161:3,
  20, 22; 162:6; 163:2, 7;
  195:17
**Father** [1]
  13:20
**father** [7]
  24:9, 11, 16, 24; 25:4, 7, 10,
  15; 27:11, 18; 67:8
**father's** [2]
  24:18; 25:5
**fax** [1]
  108:21
**Fayad** [7]
  81:6, 14; 141:12, 14; 163:17,

20, 22
**Fayed** [3]
  207:11; 208:22; 209:3
**Fayet** [2]
  207:7, 14
**February** [2]
  115:22; 116:20
**federal** [1]
  114:3
**fees** [2]
  161:4; 162:10
**fell** [2]
  148:12; 149:3
**felt** [1]
  139:23
**Field** [1]
  19:8
**field** [4]
  19:10; 133:17; 138:8, 17
**fields** [1]
  110:25
**Fifty** [1]
  162:22
**fight** [4]
  42:4; 51:19; 179:24; 204:4
**fighter** [5]
  204:9, 15; 205:2, 9, 11
**fighters** [2]
  148:19; 214:3
**fighting** [2]
  42:7; 108:8
**file** [2]
  111:24; 236:6
**fill** [1]
  93:22
**fills** [1]
  87:23
**Finance** [25]
  31:9; 36:9, 22; 95:8; 96:4;
  104:22, 25; 105:4, 13, 16, 20;
  106:8; 136:3; 140:24; 141:11;
  156:11; 158:2, 12; 159:7;
  163:21; 164:3, 25; 166:12,
  14; 206:2
**finance** [4]
  60:12; 134:3; 136:7; 166:17
**finances** [4]
  135:17; 139:14; 154:15, 17
**Financial** [1]
  160:24
**financial** [4]
  139:24; 141:14; 202:17;
  205:20
**find** [9]
  7:14; 20:24; 71:11; 73:8;
  101:16; 110:16, 18; 149:13;
  229:3
**Fine** [1]
  11:24
**fine** [2]
  13:9; 145:24
**finger** [1]
  11:13
**finish** [3]
  22:5; 205:14; 226:25
**finished** [8]
  16:3; 22:4; 71:9; 72:20;
  204:24; 227:16, 18; 236:9
**finishing** [1]
  157:5
**firm** [1]

113:12
**First** [7]
  33:19; 146:20; 147:23; 167:7;
  174:14; 185:6; 199:15
**first** [19]
  5:6; 18:16; 24:16; 43:9; 53:8;
  57:16; 64:9; 75:17; 77:6;
  103:25; 123:16; 167:25;
  175:11, 24; 180:16; 181:7;
  192:25; 220:19, 24
**fit** [4]
  132:10; 158:4; 205:13;
  233:21
**five** [11]
  30:9; 65:20; 74:20; 175:12,
  14, 17, 20, 24; 176:16;
  205:20; 226:22
**flat** [1]
  162:17
**Florida** [1]
  118:13
**focus** [1]
  177:17
**follow** [1]
  186:14
**Following** [1]
  64:11
**following** [5]
  28:19; 74:21; 84:12; 167:14,
  15
**follows** [2]
  5:8; 95:20
**food** [2]
  24:13; 218:20
**forbidden** [2]
  173:5; 178:22
**Force** [3]
  207:20, 23, 25
**force** [1]
  197:10
**Forces** [1]
  226:18
**forces** [4]
  197:17; 198:3; 201:16;
  224:18
**Foreign** [1]
  111:18
**foreign** [4]
  111:7, 11; 112:3; 136:15
**Forget** [1]
  124:15
**forget** [2]
  122:6; 223:21
**Forgive** [1]
  128:20
**forgive** [1]
  170:4
**forgot** [1]
  61:10
**form** [41]
  5:14; 6:10; 8:5; 14:2; 17:23;
  18:2, 4, 16; 21:5, 9; 22:17,
  21; 34:9; 84:19; 88:17; 92:18;
  100:2; 112:22; 113:23; 114:8,
  12; 152:23; 155:7; 156:5;
  172:12, 15, 24; 173:8;
  174:11; 177:7, 9; 179:10, 11;
  191:21; 217:12, 24; 218:12;
  219:5, 13, 20; 220:2
**formal** [2]
  16:10; 36:4

**formally** [1]
  18:25
**former** [1]
  216:11
**forms** [2]
  171:23, 24
**formulation** [2]
  115:9; 117:19
**forward** [1]
  119:19
**found** [2]
  93:15; 222:5
**foundation** [6]
  177:9; 179:12; 189:22; 191:4,
  17; 195:15
**foundations** [1]
  192:21
**four** [7]
  174:22; 175:12, 14, 16, 20,
  24; 176:16
**frame** [1]
  236:5
**frames** [1]
  122:15
**framework** [1]
  206:18
**Franji** [2]
  136:15; 152:2
**frank** [1]
  230:25
**free** [1]
  158:4
**freedom** [1]
  214:3
**French** [1]
  171:14
**friend** [4]
  57:19; 98:5, 7; 137:13
**friends** [1]
  98:11
**Front** [4]
  156:18; 159:3; 217:5
**front** [3]
  68:3; 88:19; 193:13
**Fufi** [5]
  57:15, 16, 20, 21, 22
**fulfill** [1]
  73:5
**fulfilled** [3]
  32:11; 39:22; 108:8
**full** [2]
  11:25; 194:17
**full-time** [1]
  35:11
**function** [3]
  60:10; 115:18; 133:23
**functions** [2]
  44:14; 78:8
**Fund** [5]
  81:19; 225:10, 11, 18
**fund** [4]
  143:22, 23; 144:3, 10, 14, 23
**funds** [2]
  160:16; 163:2
**furniture** [1]
  166:16
**future** [2]
  9:17; 113:3

– G –

**garbled** [1]
  12:11
**gave** [4]
  5:22; 131:3; 176:7; 196:5
**Gaza** [24]
  45:3, 5, 12; 78:20; 79:4, 6;
  89:19, 21; 121:9; 124:18, 22;
  125:12; 148:21; 151:4;
  169:19, 22, 25; 179:9;
  221:16, 18, 21; 224:4, 7, 9
**gentleman** [3]
  6:23; 7:2; 113:17
**GEORGE** [1]
  3:8
**George** [1]
  4:17
**Germans** [1]
  212:12
**gets** [1]
  230:18
**Gibril** [2]
  29:21; 39:10
**Gihad** [1]
  86:6
**Gilad** [2]
  87:6, 9
**girls** [2]
  211:24; 212:5
**GITKIN** [1]
  227:8, 14; 228:15
**GITLIN** [23]
  2:18; 4:2; 42:17, 20; 69:14,
  17; 96:9, 14; 128:5, 8; 157:4,
  7; 160:8, 12; 184:19, 22;
  189:3, 7; 214:13, 16; 227:4;
  233:25; 236:9
**Gitlin** [8]
  4:4; 42:23; 69:21; 96:16;
  128:10; 157:9; 184:25;
  214:19
**Give** [2]
  71:14; 145:2
**give** [25]
  12:6, 13; 30:7; 106:10; 140:2,
  10; 143:6; 155:2, 17; 159:8,
  11, 16; 173:17; 175:9; 178:6;
  180:22; 188:4, 6; 195:24;
  196:11; 202:10; 211:12;
  218:8, 25; 233:5
**given** [14]
  72:25; 73:2, 11; 119:13;
  155:4, 19; 156:2; 185:11, 12;
  206:4, 14; 219:8; 228:3;
  234:10
**gives** [4]
  91:2; 218:15; 219:7, 22
**giving** [2]
  139:6; 158:13
**glad** [1]
  86:21
**glasses** [1]
  196:16
**goal** [5]
  99:12, 17; 100:23; 169:20;
  179:24
**goals** [4]
  98:23, 24; 100:9; 167:6
**God** [1]
  205:16
**goes** [2]
  18:23; 208:4

BSA                 08/17/09  SAPERSTEIN vs PALESTINIAN AUTHORITY  WITNESS: H. AL SHEIKH                 Look-See(10)

Government [1]
  95:23
government [15]
  44:16; 74:21; 79:5, 8, 9, 11;
  81:5, 13; 83:14, 17, 18;
  84:11; 142:5, 6; 156:10
Governments [1]
  117:23
governments [4]
  111:8, 12; 112:3; 117:22
GPC [5]
  72:7, 24; 74:10, 18; 225:22
grade [1]
  162:16
graduated [1]
  33:23
grant [1]
  205:17
great [1]
  180:2
ground [1]
  220:9
group [5]
  38:20; 63:21; 125:14; 148:3;
  169:4
groups [4]
  122:16; 149:11; 168:24;
  169:7
grow [1]
  14:16
Guard [1]
  208:3
guerre [2]
  13:24; 134:10
gun [1]
  184:7
guns [4]
  183:3, 4, 21; 184:12
guys [1]
  8:14

– H –

Habash [1]
  186:22
Haj [2]
  222:21; 224:10
Hakam [5]
  75:20; 122:3; 136:24; 151:25;
  164:24
half [2]
  35:25; 38:7
HALLER [1]
  3:3
Haller [3]
  4:19, 23, 24
Hamas [12]
  14:7; 52:2; 74:21, 22, 25;
  148:25; 173:22; 178:11, 14;
  216:18; 217:6; 224:9
Hamdi [1]
  226:10
hand [2]
  155:13; 196:13
Handil [1]
  58:24
Handil's [1]
  59:10
handle [2]
  228:11; 235:3
handled [2]

139:14; 180:18
hands [1]
  111:24
handwriting [12]
  200:4; 202:25; 203:4, 5, 8,
  13, 22; 209:18; 213:8, 18, 19
handwritings [1]
  213:7
handwritten [1]
  199:20
Hani [1]
  122:2
Hanin [3]
  75:8; 76:19; 77:3
happening [2]
  12:5; 229:14
happens [1]
  233:17
happy [3]
  71:23; 145:4; 180:22
HAR [1]
  2:9
Har [1]
  4:19
hard [1]
  221:4
harming [2]
  172:19; 212:15
harmony [1]
  168:13
Hasam [1]
  222:16
Hasan [4]
  36:21, 25; 40:6, 17
hasn't [1]
  231:3
Hassan [3]
  75:9, 22; 76:19; 77:3; 122:2;
  222:17
haven't [1]
  22:4
He's [2]
  9:11; 196:12
he's [2]
  86:17; 209:10
Head [2]
  41:20; 60:12
head [17]
  39:13; 41:18; 60:7; 64:19;
  66:22; 76:25; 80:14; 85:5;
  102:7; 123:14; 134:16; 135:8,
  10, 13; 141:21; 152:4, 13
Headquarters [2]
  165:5; 177:12
headquarters [2]
  151:9; 152:3
heads [2]
  106:2, 4
Health [2]
  60:4; 159:6
hear [2]
  10:24; 114:17
heard [4]
  210:2; 220:15; 234:17, 24
Hearings [1]
  231:9
heart [1]
  94:16
heavily [1]
  149:10
Hebrew [12]

22:25; 23:5, 7, 10, 13, 15, 17;
  55:22, 23; 57:23, 25; 58:3
held [5]
  1:21; 10:3; 35:18; 42:25;
  120:20
help [4]
  6:16; 25:12; 139:9; 147:14
helping [2]
  113:20; 114:20
hereby [1]
  238:14
HIBEY [90]
  2:14; 6:15, 24; 7:5, 9, 14, 22,
  25; 8:14; 10:4, 13; 11:3, 8,
  15, 21; 12:24; 13:25; 16:24;
  17:2, 24; 18:15; 34:8, 15;
  41:12; 43:11; 44:6; 49:23;
  71:21, 25; 72:6; 97:3; 114:9;
  115:2, 16; 116:15, 23;
  117:23; 118:2, 14, 20;
  119:12, 22; 144:25; 145:7,
  11; 146:3; 170:17, 22;
  180:17, 24; 188:3, 10, 18;
  189:21; 191:4, 16, 22; 194:2,
  12; 195:14, 25; 196:8, 17;
  203:15; 226:24; 227:10, 23;
  228:7, 17, 24; 229:5, 11, 18,
  22; 230:11, 13; 231:11, 19,
  23; 232:8, 12, 20, 24; 233:3,
  8; 234:15, 20; 235:4, 12;
  236:8
Hibey [10]
  4:13; 12:23; 116:6; 117:13;
  185:13; 188:7; 203:12;
  212:18; 220:23; 234:10
hierarchy [9]
  29:16; 31:19; 48:4; 52:23;
  58:7, 19; 59:7; 75:6; 90:10
High [6]
  16:3; 33:23; 132:6, 10, 18;
  133:3
high [2]
  15:5, 22
higher [3]
  55:14; 132:2, 5
highest [1]
  103:2
highly [2]
  109:5, 9
Highness [1]
  205:19
Hiles [1]
  78:23, 24; 79:3
history [4]
  179:21; 183:7, 9; 184:16
hit [1]
  20:5
hits [1]
  19:21
hold [4]
  86:9; 142:2; 155:13; 222:15
holding [2]
  117:6; 196:12
holds [1]
  196:2
Holocaust [1]
  171:11
homeland [2]
  88:25; 205:18
Honey [1]
  75:22

hope [2]
  119:20; 179:25
horizontal [1]
  203:4
hostile [2]
  51:20, 21
Hotel [1]
  107:21
hotel [1]
  107:19
hours [1]
  74:5
house [1]
  166:15
housekeeping [2]
  227:12, 24
houses [1]
  166:16
Hudiye [1]
  213:5
Humanitarian [2]
  206:19; 218:21
humanitarian [3]
  155:9; 176:3; 206:20
hundred [2]
  205:21; 206:3
Hundreds [2]
  47:9; 54:8; 137:22; 138:24
hundreds [1]
  32:4; 34:7, 21; 47:16; 111:3;
  143:7, 8, 11; 175:21, 25;
  200:14
HUSSEIN [2]
  1:21; 2:17
Hussein [17]
  4:10; 5:13; 6:17; 8:4; 12:2;
  43:3; 69:24; 74:7; 96:19;
  128:13; 157:13; 185:3;
  199:25; 205:24; 214:21;
  227:17; 236:15

– I –

I'd [10]
  7:10; 9:18; 10:8, 18; 28:9;
  180:11, 12, 14, 22; 182:9
I've [2]
  9:12; 146:4
ID [4]
  6:19; 7:4, 8, 21
idea [6]
  142:15; 143:12, 24; 150:21;
  160:25; 225:13
identification [18]
  5:15, 19, 22; 6:2, 6, 8, 11, 22;
  7:11, 19; 8:5, 21; 11:22;
  181:4; 189:14; 199:13; 208:8;
  212:21
identify [5]
  89:14; 116:12; 188:15;
  190:22; 191:3
identity [5]
  10:6, 15, 16, 17; 11:9
Idris [5]
  209:24; 210:3, 25; 211:23;
  212:3
Idris's [2]
  211:6, 19
Iman [2]
  58:24; 88:4
Immediately [1]

*28:18*
immediately [4]
*29:18, 20; 30:4; 38:16*
implement [1]
*220:9*
import [1]
*24:13*
import-export [1]
*33:25*
important [9]
*51:10; 53:9; 59:5; 99:6;*
*115:17; 118:3; 130:24;*
*173:12, 24*
imposed [1]
*17:16*
imprisoned [4]
*218:2, 3, 7, 23*
imprisoning [1]
*218:19*
improper [5]
*10:22; 11:17, 20; 114:6, 12*
inaccurate [2]
*92:16; 231:24*
inactivation [1]
*28:19*
incident [2]
*115:20; 117:11*
Incidentally [1]
*40:17*
inciting [2]
*20:19; 168:16*
include [2]
*31:14; 235:14*
included [2]
*20:23; 84:10*
income [3]
*71:6, 7; 73:9*
incorrect [1]
*153:3*
independent [1]
*38:22*
indicate [1]
*114:14*
indicating [1]
*203:12*
indifferent [1]
*196:3*
individual [5]
*78:22; 143:18; 156:2; 208:24;*
*209:24*
individually [1]
*1:6*
individuals [10]
*48:14; 49:6; 53:6; 124:19;*
*126:9, 13, 16; 150:14;*
*155:23; 197:9*
indulge [1]
*118:21*
inform [1]
*220:13*
informality [1]
*231:12*
INFORMATION [2]
*238:2, 4*
Information [3]
*31:5; 36:8, 20*
information [13]
*10:21; 90:24; 92:6, 12, 16;*
*93:16; 94:4; 109:9; 117:10;*
*163:18; 178:12; 197:19;*
*225:14*

Infrastructure [1]
*95:9*
initiating [1]
*64:25*
initiative [3]
*62:10; 67:20; 68:4*
Inside [1]
*168:19*
inside [2]
*168:4; 186:15*
instance [13]
*60:3; 149:20; 151:23; 155:8,*
*10; 156:21; 158:22; 162:11;*
*168:12, 14; 172:2, 6; 173:16*
institutions [3]
*178:14; 198:14, 16*
instruct [2]
*114:24; 115:11*
instruction [1]
*119:22*
Instructions [1]
*138:7*
instructions [3]
*138:5, 11, 16*
integrate [1]
*216:7*
Intellectual [1]
*186:21*
Intelligence [12]
*49:19, 24; 50:2, 10, 23, 25;*
*51:17; 52:8; 53:23; 54:2, 4;*
*61:4*
intention [1]
*230:8*
interactions [1]
*32:25*
intererview [1]
*211:12*
interest [3]
*113:20; 114:19; 115:5*
interested [1]
*64:24*
interesting [1]
*231:20*
interests [3]
*109:22; 116:12, 14*
Interior [3]
*37:6, 9; 142:10*
Internal [2]
*187:10, 17*
internal [11]
*129:16, 19, 22; 130:5, 10, 21,*
*23; 191:10; 192:4; 205:4*
International [2]
*179:14, 17*
international [3]
*112:5; 176:2; 216:4*
internationally [1]
*122:16*
interpret [1]
*205:13*
interpretation [1]
*202:5*
interpreted [2]
*70:12; 82:4*
Interpreter [3]
*193:22; 204:19; 215:6*
interpreter [3]
*12:7, 13; 23:16*
interpreting [1]
*8:19; 9:9; 13:4; 15:16; 18:13;*

*22:2; 34:12*
interprets [2]
*6:13; 14:8; 48:5*
interview [1]
*211:17*
interviewed [2]
*23:12; 211:8*
interviews [1]
*211:11*
Intifada [15]
*73:19; 74:4; 174:6, 7, 14, 20,*
*23; 175:2, 5, 6, 11, 12, 17;*
*176:13, 14*
invading [1]
*11:4*
Investigation [2]
*41:9, 13*
investigation [1]
*221:13*
investigations [1]
*41:19*
Investigators [14]
*41:23; 42:2; 44:22; 45:10, 12,*
*18; 46:2, 4, 9, 14, 25; 47:23;*
*49:15; 50:21*
investigators [1]
*47:25*
investment [6]
*143:22, 23; 144:3, 10, 14, 23*
involve [1]
*21:5, 8; 216:10*
involved [15]
*16:9; 21:24; 22:7, 8; 42:7;*
*62:8; 97:14; 124:19; 144:11;*
*216:21, 25; 217:10, 14, 16;*
*229:17*
involves [1]
*201:5*
involving [3]
*97:4; 115:20; 116:17*
Iran [1]
*156:21*
Ishar [1]
*58:25*
Islam [1]
*205:2*
Islamic [1]
*173:23*
Ismail [3]
*222:16, 17, 21*
Israel [57]
*1:22; 2:20; 4:6, 9; 42:24;*
*43:2; 63:15; 69:22, 25; 80:14,*
*15; 84:10; 96:18, 21; 99:14,*
*19; 101:4; 110:8; 128:12, 14;*
*134:18; 135:14; 146:21, 23;*
*157:11, 14; 158:24; 167:11;*
*172:19; 173:20; 177:10;*
*179:15; 185:2, 5; 195:4, 6, 7,*
*21; 210:6, 13, 14; 214:20, 23;*
*216:12, 15, 22; 217:8, 21;*
*218:2, 3, 7, 17, 23; 219:8, 18*
ISRAELI [1]
*2:8*
Israeli [44]
*4:18, 22; 19:16; 23:13; 48:19;*
*57:4, 14; 86:24; 87:2, 4;*
*95:11; 99:9, 24; 106:21, 24;*
*107:3, 12, 14, 16; 108:3, 11,*
*24; 111:23; 169:18, 24;*
*172:7, 12, 20, 23; 173:3, 7,*

*18, 19; 174:2; 175:19; 177:6;*
*178:2, 6, 10, 13; 179:8;*
*212:7, 15; 220:6*
Israelis [25]
*55:8; 56:5, 16; 57:10; 59:25;*
*86:10, 12; 108:18, 20; 109:4,*
*6; 110:4, 21; 111:15, 22;*
*113:4; 135:3, 12; 147:2;*
*174:22; 176:5; 180:4; 184:18;*
*218:15; 219:24*
issue [13]
*67:22; 109:22; 129:22, 24;*
*130:6; 131:12; 167:22;*
*172:25; 173:2; 197:25; 198:5,*
*24; 199:6*
issued [3]
*101:24; 156:8; 220:4*
issues [14]
*64:21; 97:4; 108:5, 16, 18,*
*20; 109:6; 110:5; 129:16;*
*131:6; 139:2; 196:9; 198:13;*
*234:12*
Italians [1]
*212:13*
item [1]
*193:23*
ITZHAK [1]
*1:4*

― J ―

Jabali [2]
*46:16, 21*
Jabar [3]
*222:16, 18, 22*
Jamil [1]
*58:9*
January [2]
*28:16; 75:2*
Jazeera [4]
*211:9, 13, 18, 22*
Jenin [1]
*125:20*
Jerusalem [10]
*1:21; 2:20; 4:9; 43:2; 69:25;*
*96:20; 128:14; 157:14; 185:4;*
*214:22*
Jewish [3]
*101:4; 169:24; 172:19*
Jews [1]
*100:24*
Jibril [5]
*29:13, 17; 40:18; 66:14, 15*
Jibrini [1]
*39:17*
Jihad [7]
*13:16, 18, 20, 21, 22; 173:23;*
*204:6, 16, 18; 205:3, 5, 6;*
*217:6*
job [17]
*12:25; 24:16; 25:8; 39:5;*
*41:4, 7; 50:15; 70:10, 23, 24,*
*25; 80:8, 10, 16; 87:19; 88:3;*
*134:14*
join [2]
*51:2; 97:18*
joined [6]
*97:2, 12; 100:11, 14, 16, 22*
Joining [1]
*96:22*
joining [1]

97:14
Jordan [2]
148:18; 184:4
JR [1]
2:14
Jubrini [3]
36:18; 37:4; 40:2
judge [3]
39:19; 119:7; 235:2
JUDITH [1]
1:7
jump [1]
75:16
jumping [1]
43:14
Jundi [2]
91:23; 120:10
jurat [1]
235:14

**– K –**

Kadan [2]
207:16, 22
Kadoumi [7]
66:14, 20, 24; 67:4; 122:3;
136:20; 137:6
Kadumi [1]
168:15
Kahaden [1]
205:23
Kanaan [5]
207:8, 11, 15; 208:23; 209:3
Kandil [1]
88:4
Karem [5]
206:7, 12; 207:3, 13; 209:6
Karmi [5]
205:22; 206:5, 6, 9, 24
Katlav [8]
2:19; 4:5; 42:24; 69:22;
96:17; 128:11; 157:10;
214:20
Katlave [1]
185:2
keep [2]
187:19; 205:17
Kerrianne [2]
238:12, 19
Khalil-Hebron [1]
125:20
Khouri [1]
225:8
killed [6]
174:22, 24; 175:19, 21;
176:2; 219:17
killing [2]
173:4; 178:22
kinds [1]
118:22
Knesset [1]
124:14
knowledge [2]
163:23; 194:23
Kra [1]
186:9

**– L –**

Lack [1]
191:4
lack [6]

124:14; 177:9; 179:12;
189:21; 191:16; 195:14
LALLER [2]
2:8; 3:3
land [1]
153:21
lands [1]
99:13, 18
language [2]
19:19; 170:6
languages [1]
22:24
large [1]
52:2
larger [3]
146:23; 148:3, 10
last [8]
70:6; 120:14; 122:17; 126:5;
129:17; 157:16; 215:2, 3
lasted [1]
175:12
LAW [1]
2:4
Law [1]
179:15
law [7]
73:2, 3; 113:12; 118:5;
156:10, 13; 157:18
laws [1]
187:16
lawsuit [3]
113:9, 21; 114:21
lawyer [14]
5:19, 20, 23; 6:2; 113:13;
164:15, 16; 165:10, 11, 12,
16, 19, 22; 166:3
lawyers [7]
6:6; 208:18; 220:16, 17;
221:8, 10; 222:4
lay [1]
192:21
leader [4]
77:9; 102:18; 127:11; 137:17
leaders [3]
21:14, 17, 19
leadership [19]
68:21; 69:3; 101:25; 121:8, 9,
10; 123:8, 15; 124:17, 20, 24;
125:12, 14, 22; 126:6; 131:8;
132:13, 16, 25
leading [1]
144:9
learn [1]
23:10
leave [5]
79:21, 24; 80:5; 93:20;
205:23
Lebanon [3]
137:3; 148:18; 184:4
legacy [3]
182:16, 19, 22
legal [2]
157:20; 158:5
legislative [1]
75:3
legitimacy [1]
172:21
legitimate [3]
157:19; 158:15; 170:18
Lehem [1]
48:25

LEITNER [1]
2:9
Leitner [1]
4:22
length [1]
117:8
lengthy [1]
188:24
Let's [8]
68:5; 75:16; 158:22; 160:5;
171:19; 214:10; 229:15;
232:25
let's [2]
155:11; 160:6
lets [1]
197:12
letter [5]
159:6; 201:14; 203:17, 23;
205:14
letters [4]
55:22; 138:25; 139:13;
142:21
level [10]
15:11; 23:5; 51:5; 61:7;
64:10, 14; 126:5; 149:10;
176:6; 215:23
LEVI [1]
3:3
Levi [1]
4:24
Liberating [1]
194:17
LIBERATION [1]
1:12
liberation [1]
194:18
life [3]
33:22; 37:10; 66:5
limited [1]
72:25
line [8]
106:11, 12; 111:20; 119:24;
136:23; 193:9, 23; 194:15
linger [1]
232:7
linguistic [1]
204:15
List [1]
237:21
list [2]
90:20; 209:20
live [1]
180:3
lives [1]
223:7
living [1]
163:14
Livingston [1]
2:5
Livni [1]
134:13
LLC [1]
2:4
Local [1]
126:20
local [3]
118:12, 16; 166:3
located [1]
151:16
location [1]
151:12

lost [1]
72:21
lot [2]
8:25; 123:7
loves [1]
57:24
lower [1]
203:14
lowered [1]
51:13
loyal [1]
88:23
Lutuf [1]
168:15

**– M –**

Maaruf [2]
89:20; 92:4
Machmud [8]
77:16; 80:3, 23; 81:7; 83:24;
84:8; 102:9; 205:22
Madam [2]
42:15
Madame [2]
160:7; 228:13
magazines [1]
186:11
magnitude [2]
30:8; 143:7
Mahamud [1]
76:17
Mahmoud [1]
122:2
MAHMUD [1]
1:13
mailed [1]
188:11
main [17]
19:3, 6; 149:2, 7; 151:5, 7,
16, 22, 24, 25; 152:7, 10, 19,
20, 25; 153:4; 179:24
maintain [1]
108:7; 156:23
maintaining [1]
185:22
Majidah [4]
223:13, 15, 17, 22
Makata [1]
152:5
mall [1]
172:12
man [4]
11:5; 145:17; 224:24; 229:16
man's [1]
115:25
managed [1]
110:3
manager [3]
41:19, 20; 127:6
managing [1]
117:3
Mansur [1]
222:24
Marashaj [2]
238:12, 19
Marian [1]
59:2; 60:9
mark [2]
180:25; 195:23
marked [9]

181:3; 185:9; 189:10, 13;
190:3, 11; 199:12; 208:7;
212:20
martyr [1]
171:4
Marwan [4]
128:19, 21; 129:18; 226:3
Marwan's [1]
129:17
Maslach [1]
224:10
material [1]
230:6
materials [1]
232:3
Matter [1]
236:12
matter [1]
129:24
Maximum [1]
53:4
Mazen [7]
77:8, 14, 18; 85:5; 123:16;
136:23; 222:19
mca.gov.ps [1]
91:4
McALEER [35]
2:14; 17:22; 18:3; 84:18;
91:9, 13; 94:7; 103:24; 106:9;
109:14; 112:21; 113:22;
114:4, 22; 152:22; 156:4;
173:11; 174:10; 177:8;
179:11; 188:13; 190:25;
192:5, 15, 23; 193:10;
217:11, 23; 218:11; 219:4,
12, 19, 25; 233:19, 23
McAlEER [1]
92:17
McAleer [2]
4:14; 61:11
mean [56]
6:5; 8:24; 15:24; 17:5; 19:10,
14; 26:4; 30:23; 33:9, 16;
45:6; 51:21; 56:18; 59:14;
64:3, 14, 15, 17; 65:5; 73:15,
18; 74:6; 76:7; 83:22; 92:15;
94:22; 96:2; 97:16; 102:25;
106:2; 125:11; 133:9; 136:5;
140:23, 25; 141:3, 12, 17;
147:11; 148:7; 153:18;
159:18; 161:8; 162:5; 167:16;
183:4, 6, 24; 184:6; 204:25;
205:9, 11; 213:4; 215:9;
216:25; 225:6
Meaning [1]
34:3
meaning [3]
170:14; 171:6, 12
means [9]
13:20; 25:23; 44:5; 171:3;
180:3; 183:21; 192:22; 205:3,
6
meant [7]
156:25; 168:19; 175:2;
183:16; 200:22, 24; 210:22
Media [2]
185:25; 186:4
media [2]
91:21; 144:7
medical [2]
139:6; 158:14

Medium [1]
23:6
meet [12]
32:8, 12, 14; 66:10, 12;
107:16; 112:4, 12, 14;
123:10; 137:19; 220:17
meeting [8]
64:5, 7, 15, 18; 108:21;
111:10, 17; 112:2
meetings [14]
32:10; 33:4; 57:5, 7; 63:10;
86:10, 13, 18; 101:19;
106:23; 107:17; 108:2, 9
member [49]
4:24; 37:11, 17, 21, 23, 25;
38:3, 5, 9, 14, 16, 17, 18, 19,
23, 24; 39:10; 40:2, 6, 14;
67:14; 75:9, 24; 76:21; 86:2;
97:23; 98:2, 14, 17; 99:25;
120:13; 121:23; 124:5, 7;
133:25; 134:15, 19; 135:6,
20; 136:2, 10; 149:22; 150:2;
161:16, 22; 186:22; 217:7;
218:6, 22
members [23]
39:17; 40:9; 49:6; 121:13;
122:5, 7, 25; 123:4, 7; 125:4,
17; 126:3; 148:17; 161:9, 19;
162:6, 8; 168:12; 178:11;
186:24; 217:2; 219:17
Membership [1]
44:12
membership [9]
39:3; 98:3, 9; 124:23; 161:3,
6, 12; 162:3, 10
memory [2]
30:2; 31:18
mention [1]
128:20
mentioned [2]
152:18; 165:10
metaphoric [1]
183:20
method [1]
166:21
methods [1]
167:5
Michlev [1]
87:12
microscope [1]
213:15
middle [1]
179:7
militarily [1]
194:20
military [11]
17:13; 87:7; 107:22, 24;
178:2, 5, 7, 11, 14, 23;
198:20
MILLER [1]
2:11
mine [2]
57:19; 98:6
Minister [30]
54:20; 58:8; 80:18, 21; 85:11,
18, 22; 86:4, 8; 93:2; 103:4;
105:21; 111:5, 18; 112:18;
117:14, 15, 17, 18; 127:5;
140:24; 141:10, 23, 25;
142:4, 11, 13; 163:21; 164:3;
225:7

minister [14]
81:3, 5; 83:7; 84:2, 16; 85:2,
12, 13, 14; 88:13, 16; 89:7;
95:22; 127:6
Minister's [1]
106:3
minister's [1]
83:14
ministerial [1]
117:6
ministers [6]
80:24; 81:9, 12; 105:23;
106:2; 127:9
Ministries [8]
60:5; 83:6, 13, 16; 103:21;
104:4; 105:15; 106:3
ministries [3]
60:2; 83:9; 105:8
Ministry [41]
37:6, 9; 60:13, 14; 61:5; 82:3;
85:7, 9; 93:4; 95:14, 17;
104:22, 25; 105:3, 13, 15;
106:8; 156:11; 158:3, 12;
159:6, 7; 206:2; 214:2;
215:10, 14, 18, 20, 24; 216:3,
10, 21; 217:3, 9, 13, 16;
218:8, 25; 219:6, 15; 226:7
minor [1]
1:6
minute [5]
9:4; 43:15; 71:14; 170:17;
208:25
minutes [4]
43:25; 128:3; 210:19; 226:23
MIRI [1]
3:9
Miri [1]
5:3
misquoting [1]
177:23
missions [1]
149:24
mistaken [4]
141:11; 185:19, 20; 207:2
mixed [1]
73:13
MOCHE [1]
2:5
modified [1]
195:18
Mohammed [10]
39:17; 53:7, 9, 13, 20; 122:4;
143:18, 20; 144:8, 11
moment [4]
42:14; 102:2; 108:16; 208:19
moments [1]
185:8
Monetary [3]
81:19; 82:22; 86:5
money [40]
133:15, 20, 24; 140:2, 4, 7,
10, 13, 16; 141:4, 7; 142:22;
143:2; 155:2, 3, 5, 17, 20, 23,
25; 156:12, 16, 20, 22, 24;
157:2; 158:7, 10, 13, 16;
159:9, 16, 19; 160:2, 17;
203:19; 218:9, 15, 25; 219:7
monies [1]
158:4
month [9]
28:11, 13, 14; 29:6; 68:9;

110:22; 162:23; 220:21
Monthly [1]
162:24
months [11]
45:20; 70:7; 123:12; 174:22;
175:12, 14, 17, 20, 25;
176:17
MORDECHAI [2]
2:8; 3:3
Mordechai [2]
4:19, 23
MOSHE [2]
1:3; 3:4
Moshe [3]
4:25; 113:6, 9
Moslems [1]
174:16
Mosque [3]
167:15, 20; 174:15
Mostly [1]
138:14
mouth [2]
121:19; 147:15
move [1]
50:20
Movement [1]
148:25
movement [6]
77:2; 151:11; 167:8; 169:14;
197:12; 212:8
moving [1]
148:8
MR [276]
5:10; 6:15, 19, 24; 7:3, 5, 7,
9, 10, 14, 16, 22, 23, 25; 8:8,
11, 14, 17; 9:11, 20, 24; 10:4,
10, 13; 11:2, 3, 7, 8, 12, 15,
18, 21, 24; 12:22, 24; 13:2, 8,
25; 16:22, 24, 25; 17:2, 22,
24, 25; 18:3, 15, 22; 20:2, 6;
25:3; 29:14; 30:22; 31:17;
33:15; 34:8, 10, 15; 35:16,
19; 41:12; 42:10; 43:5, 11,
13; 44:6; 46:17; 47:5, 13;
49:23; 55:17, 24; 70:2; 71:13,
18, 21, 23, 25; 72:3, 6, 7;
74:7; 81:15, 21; 84:18; 86:17,
21; 91:7, 9, 11, 13; 92:17;
93:19; 94:7, 11; 96:7; 97:3, 7,
10; 103:24; 106:9; 109:14;
112:21; 113:22, 25; 114:4, 7,
9, 13, 22, 25; 115:2, 12, 16;
116:5, 15, 21, 23; 117:13, 23,
25; 118:2, 8, 14, 16, 20;
119:8, 12, 14, 22; 120:7;
128:2; 144:25; 145:4, 7, 8,
11, 20; 146:3; 152:22; 156:4;
160:5; 170:17, 20, 22, 24, 25;
171:8, 10, 21; 173:11;
174:10; 177:8; 179:11;
180:11, 17, 19, 24; 181:20;
182:2, 3, 6, 8, 14, 18, 20, 25;
183:19; 185:6; 188:3, 7, 10,
13, 18, 22; 189:21; 190:25;
191:4, 16, 19, 22; 192:5, 11,
15, 18, 23; 193:4, 10, 21;
194:2, 8, 12, 14, 16; 195:14,
22, 25; 196:3, 8, 11, 17;
203:11, 15; 204:4, 8, 10, 12;
208:4; 214:7, 10; 215:7, 10;
217:11, 23; 218:11; 219:4,

12, 19, 25; 226:20, 22, 24;
227:3, 10, 21, 23; 228:5, 7,
12, 17, 21, 24, 25; 229:5, 9,
11, 15, 18, 20, 22; 230:7, 11,
12, 13; 231:8, 11, 14, 19, 21,
23; 232:4, 8, 10, 12, 17, 20,
22, 24, 25; 233:3, 6, 8, 9, 19,
21, 23; 234:8, 15, 16, 20, 23;
235:4, 9, 12; 236:3, 8

**Mr** [86]
10:23, 24, 25; 12:23; 32:18,
21, 25; 40:2, 5, 17; 46:21;
52:9; 53:17, 24; 59:10, 20;
60:9; 61:11; 63:16; 66:10, 24;
67:24; 74:7; 75:23; 76:14, 16,
19, 23; 77:3, 11; 92:9;
113:20; 114:20; 115:21;
116:6, 19; 117:13; 120:10;
127:2; 130:18; 131:13, 16,
20; 133:22; 134:14; 135:4,
16, 19, 25; 136:6; 137:6, 19;
138:5, 22; 139:3, 13, 25;
140:2, 3, 10, 11; 142:21;
144:2, 19; 154:23; 155:22,
25; 185:13; 188:7; 203:6, 11,
14, 25; 206:9, 24; 207:22;
209:16; 212:18; 220:23;
221:25; 222:6; 227:16; 234:2,
10

**MS** [19]
96:14; 128:5, 8; 157:4, 7;
160:8, 12; 184:19, 22; 189:3,
7; 214:13, 16; 227:4, 8, 14;
228:15; 233:25; 236:9

**Muchararin** [1]
215:8
**Muhammad** [5]
12:3; 36:17; 37:4; 48:23;
49:12
**Mujahed** [6]
204:12, 14, 25; 205:3, 8, 10
**Mukata** [6]
151:13, 15; 152:6, 10;
153:10, 17
**Mukawama** [3]
170:7, 12, 13
**murder** [1]
42:8
**MUTZRAN** [1]
1:13
**Myself** [1]
81:10

– N –

**Nabil** [2]
122:4; 224:25
**Nablus** [2]
48:24; 53:23
**Nafa** [1]
226:13
**Nahal** [9]
2:19; 4:5; 42:23; 69:21;
96:17; 128:11; 157:10;
185:25; 214:19
**NAIM** [8]
1:13; 170:24; 182:2, 14, 25;
183:19; 194:16; 214:7
**Naim** [1]
96:23
**name** [32]

4:3, 10; 5:11; 10:11, 14;
11:25; 12:15; 13:7, 16, 17;
14:10; 24:18; 35:7; 43:3;
45:14, 16; 49:21; 53:8, 11;
57:17, 19; 82:13; 98:7; 113:9;
129:17; 132:4; 165:22; 169:6;
187:11; 214:21; 222:13
**named** [4]
113:6; 143:18; 209:24;
223:13
**Names** [1]
237:21
**names** [14]
10:17; 12:9; 13:12; 29:15;
53:6; 58:22; 90:25; 122:19;
168:24; 209:20, 21; 221:4, 5;
222:12
**nation** [4]
99:23, 24; 180:5; 205:18
**National** [11]
26:8, 10; 59:17; 167:8;
197:10; 201:12; 213:17;
222:19; 223:19; 225:10, 11,
18; 226:19
**nationally** [1]
122:17
**Nations** [1]
112:16
**nations** [2]
99:22; 109:23
**nature** [2]
97:5; 191:9
**NAZOU** [1]
3:8
**Nazou** [1]
4:17
**necessity** [2]
108:13; 123:11
**needs** [3]
42:12; 158:24; 159:13
**negotiate** [1]
108:5
**negotiating** [2]
134:12; 135:14
**Negotiation** [1]
134:17
**negotiation** [1]
135:11
**Negotiations** [1]
165:5
**negotiations** [4]
62:12; 108:23; 135:3; 167:17
**Nem** [1]
122:4
**Newborn** [1]
59:18
**newspaper** [2]
186:17, 20
**newspapers** [1]
186:11
**nicknames** [3]
13:14; 77:13; 134:9
**NIZHAR** [1]
1:13
**nobody** [6]
73:15; 89:4; 104:16; 117:19;
171:15; 222:10
**nom** [1]
13:24
**noms** [1]
134:10

**NOTARY** [1]
236:20
**Notary** [1]
238:12
**noted** [1]
188:18
**notes** [1]
238:16
**November** [2]
176:21, 22
**nowadays** [1]
226:7
**NUMBER** [1]
237:7
**number** [12]
10:11; 29:24; 62:22; 69:18;
91:9; 96:15; 128:9; 132:15;
157:7; 184:23; 205:21;
214:17
**Nusseiba** [3]
62:5; 64:12; 65:14
**Nusseiba's** [1]
67:20
**NW** [1]
2:12

– O –

**oath** [4]
88:18, 22; 100:3; 115:3
**obeys** [1]
199:6
**Object** [6]
17:22; 84:18; 152:22; 174:10;
177:8; 179:11
**object** [6]
18:3, 15; 113:22; 114:23;
145:7, 9
**objected** [1]
199:2
**Objection** [19]
13:25; 17:24; 34:8; 92:17;
109:14; 112:21; 156:4;
173:11; 189:21; 191:16;
193:10; 195:14; 217:11, 23;
218:11; 219:4, 12, 19, 25
**objection** [7]
114:2; 115:13; 191:5, 21, 25;
196:19, 22
**objective** [1]
174:20
**observe** [1]
118:3
**obstacles** [1]
109:21
**obstruct** [1]
119:17
**obstructed** [2]
119:23; 167:13
**occasion** [2]
32:7; 103:6
**occupation** [15]
19:16, 17; 20:20; 99:3, 7, 9,
13; 169:19, 21; 172:3;
179:25; 180:2; 184:8; 186:13;
224:9
**occupied** [6]
44:9; 99:9; 111:21; 149:22;
177:11; 178:3
**occupying** [1]
179:15

**occurred** [1]
116:20
**occurring** [1]
96:20
**off-the-record** [2]
10:2; 35:17
**offend** [1]
229:24
**offensive** [1]
7:15
**offer** [3]
98:9; 192:19; 229:21
**offered** [4]
97:21, 24; 98:3; 205:25
**OFFICE** [2]
2:4; 3:3
**Office** [3]
4:21, 23; 100:3
**office** [30]
82:18; 88:18; 90:12; 92:13;
106:4, 5; 110:7, 21; 117:20;
151:5, 7, 16, 24, 25; 152:2, 7,
11; 153:8; 164:7, 11, 20, 24;
165:3, 7, 8; 166:7, 8; 186:5;
229:8
**office's** [1]
90:20
**Officer** [4]
8:2; 41:13; 117:3; 145:12
**officers** [20]
29:25; 30:3, 20, 23, 25;
31:13, 15, 25; 34:20; 36:15;
40:8; 47:20; 48:8, 10, 11, 14;
126:25; 127:4; 131:23
**Offices** [1]
95:16
**offices** [16]
150:25; 151:21, 22; 152:19,
21, 25; 153:2, 4, 5, 6, 7;
154:4, 5, 6, 18
**official** [13]
13:10; 46:10; 49:20; 76:15;
82:13; 101:13, 16; 137:9;
142:8; 190:23; 192:17;
194:25; 212:14
**officially** [2]
76:12; 227:16
**Oh** [2]
22:6; 72:6
**Okay** [3]
8:17; 13:2; 71:17
**okay** [1]
14:5
**old** [13]
15:14; 16:2, 5; 21:18, 21;
23:19; 26:17; 38:4; 87:23;
88:3; 100:11; 158:25; 224:24
**Omar** [1]
205:23
**ones** [5]
76:15; 110:15; 146:22;
154:10, 13
**open** [2]
91:8; 177:25
**operate** [1]
187:2
**operations** [2]
21:25; 22:8
**opinion** [3]
176:7; 180:9
**opportune** [1]

42:13
**opportunity** [5]
120:3; 176:8, 10; 230:19;
233:5
**oppose** [1]
176:9
**opposed** [2]
18:21; 199:3
**opposite** [1]
124:5
**option** [1]
93:25
**order** [7]
30:7; 88:16; 108:6; 143:6;
155:19; 231:16; 235:7
**ordinarily** [1]
233:10
**ORGANIZATION** [1]
1:12
**Organization** [2]
112:15; 224:18
**organization** [23]
17:19; 34:6; 36:14; 37:11;
43:19, 20; 44:3, 15; 49:22;
69:12; 73:24; 79:19, 20;
81:24; 82:8; 112:12; 116:13;
149:19; 158:3; 168:20; 201:9,
17; 224:16
**Organizational** [1]
187:10
**organizational** [4]
116:10; 121:3; 126:24;
149:18
**organizations** [10]
44:10, 11, 13, 18; 74:3;
112:5, 8; 168:5; 176:3; 216:5
**organize** [1]
67:24
**organized** [1]
21:12
**original** [1]
202:10
**orphans** [1]
219:16
**OSAMA** [1]
2:16
**Osama** [2]
4:15; 5:21
**OSLO** [1]
26:14
**Oslo** [28]
39:8; 44:19; 55:12; 61:17, 20,
24; 62:2, 13, 16, 18; 64:25;
65:4; 67:17, 25; 95:13;
146:22; 147:2, 4; 148:5, 7, 9,
21, 24; 149:12; 168:15, 16;
176:9, 10
**ou** [1]
213:18
**ought** [2]
91:14; 235:6
**ourselves** [1]
235:8
**Outside** [2]
8:24; 9:2
**outside** [4]
8:22, 23; 10:21; 156:20
**Overall** [1]
108:23
**overall** [2]
103:17; 126:24

overseas [2]
103:6, 10
**owned** [6]
153:17, 19; 154:8, 10, 11;
164:11
**owner** [4]
153:20; 165:13, 15, 17
**owns** [1]
164:13

————————————
– P –

**P.M.** [1]
96:11
**p.m.** [22]
1:16; 4:8; 42:18, 21; 69:15,
19; 96:10, 15; 128:6, 9;
157:5, 8; 160:9, 14; 184:20,
24; 189:8; 214:14, 24; 227:5,
9; 236:11
**PA** [80]
44:16; 71:10; 72:12, 22; 73:5,
14; 75:15; 85:5; 112:25;
113:3; 117:15, 17, 20;
127:10; 134:25; 140:22;
141:4, 7, 10, 16, 18, 21;
142:6; 144:14, 24; 146:19,
24; 147:12, 19, 22; 148:7, 12;
149:8, 14, 15, 17; 150:2, 23;
152:7, 9; 153:2, 5, 7, 11, 14,
22; 154:5; 156:10; 158:16;
159:9, 20, 24, 25; 160:22;
161:3, 5, 10, 15; 162:11, 12,
25; 163:6, 12, 24; 177:13;
198:2, 12, 21, 23; 219:24;
222:15; 223:11; 224:3, 6;
225:4, 7, 19; 226:8
**package** [1]
166:10
**PAGE** [2]
237:6; 238:4
**page** [5]
94:4; 192:12; 193:8; 213:9;
235:13
**paid** [16]
70:24; 72:10; 74:12; 104:13,
20, 24; 105:12, 15; 150:14;
153:23; 154:14; 164:22, 23;
165:7, 11, 16
**PALESTINE** [1]
1:11
**Palestine** [1]
194:17
**PALESTINIAN** [4]
1:11, 12, 20; 2:12
**Palestinian** [100]
20:19; 21:23; 25:22, 23, 24;
26:6, 7, 9, 10; 27:16, 20, 24;
28:20, 22; 41:5, 15; 42:4;
43:24; 44:18, 20, 23; 48:21;
55:9; 70:10, 19, 22; 72:14,
19; 73:24, 25; 76:3; 80:18,
21, 25; 82:19; 84:17; 85:18;
86:8, 14, 20; 99:16, 23;
101:25; 102:16, 19; 103:5,
17, 22; 104:2; 105:5; 106:17;
111:6; 112:18, 20, 25; 113:2,
10; 114:21; 115:15; 116:2;
117:4; 131:18; 134:17, 23;
137:3; 140:17; 142:14, 17;
148:15; 150:19; 159:21, 22;

167:9; 170:14; 171:5; 174:2;
177:16; 178:3; 197:10, 17;
201:24, 25; 209:8; 211:24;
212:5; 213:17; 214:2; 215:22;
216:14, 17; 220:3, 7, 10;
221:7, 12, 22; 222:7; 223:22;
224:17; 225:16
**Palestinian-Iraeli** [1]
167:17
**Palestinians** [12]
55:15; 56:5, 16; 57:10; 86:13;
174:16, 18, 24; 175:21, 25;
176:5; 184:18
**paper** [3]
12:6, 14; 166:10
**papers** [2]
6:6; 200:14
**parallel** [2]
84:2; 124:9
**parking** [1]
8:25
**Part** [2]
83:19; 154:7
**part** [40]
9:23; 18:16, 19; 38:11; 79:5;
82:18; 83:17; 84:14, 15, 16;
103:16, 21; 111:23; 123:18;
124:2, 4; 143:16; 144:11, 15,
18; 146:23; 147:24; 148:10;
154:2, 8, 21; 156:16; 160:19,
24; 167:3; 194:23; 195:8;
197:9, 15, 16, 18; 202:22;
218:18, 21; 226:8
**Part-time** [3]
35:13, 14, 15
**part-time** [1]
35:12
**participated** [2]
21:3; 231:2
**parties** [7]
116:14; 156:12; 157:20;
158:8; 159:3; 174:4; 177:14
**parts** [1]
83:19
**party** [5]
156:15, 22; 157:25; 158:3, 11
**passed** [3]
77:7; 181:15; 209:13
**passing** [1]
227:2
**patient** [1]
119:3
**patrolmen** [1]
47:21
**pause** [1]
9:12
**pauses** [1]
9:13
**pay** [5]
72:15; 154:18; 165:15; 166:8,
13
**paying** [1]
162:10
**payments** [1]
219:16
**pays** [2]
105:4, 19
**Peace** [1]
179:20
**peace** [8]
65:9; 113:4; 167:9, 10, 12;

173:4, 6, 16; 174:8; 177:22;
179:19, 21; 180:3; 184:13,
14, 17; 195:3; 226:15
**peaceful** [13]
63:14; 167:25; 168:3; 172:4;
174:17, 19, 20; 175:3, 13, 18;
176:13; 179:2; 180:3
**pending** [3]
190:16; 191:5; 232:2
**penny** [1]
155:13
**people** [80]
20:19; 21:11; 30:19; 31:19;
32:2; 34:7; 39:16; 43:8; 47:2,
10, 14, 16, 19, 24; 48:8, 11;
52:15, 17; 54:5, 6; 58:18;
60:18, 21, 23; 61:2; 63:21,
24; 64:4; 67:21; 69:2, 6;
77:21, 24; 79:14, 16; 81:8;
88:24; 89:8, 15; 94:19; 96:22;
102:19; 104:9; 106:24; 107:6,
15; 108:3, 10; 112:25; 113:2;
133:2; 142:23; 146:19; 153:9,
13; 155:3, 11, 17; 158:14;
159:21, 23; 162:8; 171:6;
177:16; 183:18, 22, 23;
184:2; 198:21; 201:7, 11, 16,
20; 202:18; 203:20; 206:14,
21; 217:2, 20
**people's** [1]
156:16
**peoples** [1]
109:23
**percentage** [1]
162:18
**perfect** [1]
233:4
**perfectly** [2]
18:17; 170:18
**perform** [1]
166:18
**performed** [1]
212:11
**performing** [1]
63:14
**period** [50]
15:25; 33:2; 66:4; 72:25;
73:4, 10, 16; 74:17; 78:25;
120:25; 121:2, 15, 17;
127:22; 128:18; 137:18;
138:6; 140:21; 141:5; 143:14;
163:24; 167:19; 173:4, 6, 14,
15, 24, 25; 174:8, 25; 176:16,
24; 177:5, 21, 22, 25; 178:9,
16; 179:7; 187:5; 197:13, 24;
207:3; 209:5; 232:13, 18;
233:12; 235:5
**periodical** [1]
186:17, 19
**periods** [4]
142:12; 174:13; 175:5;
178:18
**permits** [1]
59:19
**permitted** [1]
109:10
**person** [20]
39:20; 53:10; 66:19; 78:19;
88:2; 91:20; 103:2; 141:2;
144:5; 155:12; 158:25; 163:8,
14; 164:13, 14; 205:12;

206:4, 7, 12; 213:2
**person's** [1]
  45:14
**PERSONAL** [1]
  2:16
**Personal** [1]
  1:5
**personal** [13]
  4:14; 32:10, 24; 33:4, 17, 20;
  56:23; 64:10, 14, 16; 71:7;
  131:6; 180:9
**Personally** [1]
  63:18
**personally** [4]
  56:25; 93:3; 175:23; 206:14
**Personnel** [5]
  72:8, 11; 74:9, 10; 225:22
**persons** [1]
  10:18
**pharmaceutical** [1]
  169:2
**phases** [1]
  175:6, 8
**phenetic** [1]
  182:15
**phrase** [1]
  204:16
**pick** [1]
  140:12
**picture** [1]
  68:3
**piece** [1]
  12:6
**place** [7]
  107:17; 108:10; 156:2;
  157:13; 185:4; 196:18;
  214:22
**places** [1]
  48:12
**Plaintiff** [2]
  4:18; 190:6
**PLAINTIFF'S** [2]
  2:8; 237:4
**Plaintiff's** [7]
  4:17, 21; 181:3; 189:13;
  199:12; 208:7; 212:20
**PLAINTIFFS** [2]
  1:9; 3:5
**Plaintiffs** [4]
  2:4; 4:24; 190:10; 193:12
**plaintiffs** [1]
  190:15
**plans** [1]
  173:20
**play** [1]
  182:8
**played** [1]
  185:8
**Plaza** [1]
  107:20
**Please** [7]
  5:11; 34:10; 145:20; 160:3;
  166:2; 194:14; 198:6
**please** [9]
  9:19; 11:11; 82:10; 108:25;
  158:19; 167:5; 193:5, 22;
  205:14
**PLO** [52]
  16:21, 23; 17:10; 18:10; 19:4;
  38:10, 12, 14, 17, 19, 24;
  63:15; 66:23; 76:6, 13, 15,

16, 18; 101:20; 102:3, 21, 24;
  103:2; 127:10; 135:2, 5, 7,
  13; 140:17, 18, 19; 141:21;
  147:19, 22, 24, 25; 148:4, 5;
  152:11, 14; 201:9, 23;
  216:24; 218:16; 219:7, 16;
  222:15; 225:10, 12, 18, 19
**point** [12]
  11:13; 26:21; 33:22; 37:10;
  68:6; 93:20; 96:8; 114:5;
  115:17; 117:2; 119:16; 233:9
**Police** [11]
  41:10, 13, 14, 16; 43:24;
  44:23; 45:7; 46:20; 47:20;
  48:19; 50:22
**policy** [10]
  98:23; 101:3, 8, 10; 136:23;
  141:14; 148:2; 168:14;
  169:18; 172:21
**Political** [5]
  34:25; 44:6; 187:9, 13;
  217:17
**political** [27]
  15:9; 44:3, 7, 10, 11, 12;
  49:11; 63:12; 66:23; 73:24,
  25; 107:10; 146:21; 147:3,
  24; 149:18; 156:12, 14;
  157:19, 20; 158:5, 16; 159:2;
  167:8; 180:7; 217:19; 218:8
**politically** [1]
  194:20
**politics** [2]
  170:14; 171:5
**Popular** [1]
  217:5
**Population** [1]
  95:6
**portfolio** [9]
  59:11; 72:22; 135:21, 24;
  136:7, 11; 137:3, 7, 9
**portfolios** [1]
  59:5
**portion** [1]
  234:25
**portions** [1]
  230:9
**position** [45]
  29:9; 34:18; 41:2; 45:25;
  46:10; 49:14, 25; 53:14; 54:3,
  9; 55:5; 67:10; 68:6; 69:7;
  70:22; 71:10; 72:22, 23; 73:5,
  6; 74:16; 75:21, 22; 76:2, 5,
  9, 13, 15; 79:22, 25; 80:5, 13;
  85:17, 19; 115:19; 116:24;
  117:6; 120:18, 23; 131:22;
  134:5; 195:20; 222:14; 223:3;
  234:22
**positions** [3]
  58:22; 120:21; 142:2
**possession** [2]
  149:16; 234:3
**possibility** [1]
  236:4
**power** [2]
  179:15; 184:12
**practical** [1]
  148:9
**practically** [1]
  149:17
**practice** [1]
  230:16

**practiced** [1]
  176:4
**practicing** [1]
  73:6
**praise** [1]
  211:18
**praising** [1]
  211:6
**precise** [1]
  71:15
**prefer** [1]
  201:20
**preferred** [1]
  57:25
**preparation** [1]
  208:15
**prepared** [2]
  6:25; 230:17
**PRESENT** [1]
  3:2
**present** [2]
  155:9; 234:25
**presented** [8]
  130:3, 18; 155:10; 193:14;
  202:16; 212:9, 13; 228:2
**preserve** [1]
  43:21
**presidency** [6]
  81:4, 9; 82:19; 83:12; 84:11,
  15
**President** [50]
  29:10, 12, 17; 32:6, 13; 33:7;
  34:5, 19; 36:13; 39:5; 40:23;
  41:3; 43:18; 50:9; 58:12;
  77:15, 17; 80:3, 4, 7, 23;
  81:12, 20; 82:25; 83:19, 20;
  84:8; 85:2; 88:20; 89:4, 6, 18,
  19; 102:8, 10, 15, 19; 106:7;
  123:14; 127:5; 141:22, 24;
  142:3, 13, 19; 204:2, 3;
  222:18
**president's** [1]
  106:5
**Presidential** [1]
  208:3
**press** [1]
  229:24
**prevailed** [3]
  73:20; 173:15, 16
**prevent** [2]
  42:3; 156:20
**PREVENTATIVE** [1]
  1:12
**Preventative** [22]
  28:3, 5, 15, 22; 29:8, 11;
  32:6, 14, 17; 33:8; 34:19;
  36:8; 39:6; 40:9, 21, 23; 41:3;
  43:15, 23; 44:2, 9, 15
**Previously** [1]
  142:9
**previously** [1]
  134:12
**pride** [1]
  211:24; 212:4
**primary** [1]
  191:12
**Prime** [7]
  95:14, 17; 106:3; 141:23, 25;
  142:3, 13
**prime** [13]
  81:5; 83:6, 14; 84:2, 16; 85:2;

89:7; 95:22; 117:14, 15, 17,
  18; 127:5
**principle** [1]
  170:9
**principles** [3]
  184:10; 191:11; 195:19
**printed** [1]
  190:4
**printing** [1]
  166:15
**printout** [1]
  190:14
**prison** [19]
  16:15, 17, 19; 17:7, 12; 21:8;
  22:12; 23:11, 18, 20; 24:4;
  33:24; 37:20, 24, 25; 38:3, 9;
  131:21; 217:9
**prisoner** [2]
  217:10; 218:9, 25
**prisoner's** [1]
  218:9
**Prisoners** [1]
  215:11
**prisoners** [19]
  214:3; 215:22, 25; 216:2, 7,
  11, 14, 17, 22, 24; 217:4, 6,
  14, 15, 18, 19; 219:7
**privacy** [1]
  11:5
**Private** [1]
  208:3
**private** [3]
  62:10; 64:14, 18
**privilege** [2]
  118:18; 145:14
**problem** [13]
  7:13; 8:20; 9:20; 12:7, 23;
  73:12; 82:6; 136:20, 21;
  137:6; 168:18; 228:17; 232:5
**problems** [1]
  57:12
**procedure** [1]
  231:5
**procedures** [1]
  146:21
**proceed** [3]
  145:17; 171:19; 193:19
**proceeding** [2]
  7:6; 231:3
**proceedings** [1]
  230:3
**process** [13]
  63:14; 65:9; 97:20; 113:4;
  125:21; 155:4; 167:13;
  184:14; 195:3
**produced** [1]
  10:6
**product** [4]
  230:2, 16, 24; 231:20
**production** [1]
  230:21
**products** [2]
  24:14; 172:8
**professional** [1]
  59:22
**proffer** [3]
  106:10; 118:25; 146:5
**Program** [2]
  187:9, 13
**progress** [2]
  109:24; 110:2

prohibited [1]
220:11
prohibiting [1]
212:15
promise [2]
182:17, 21
promotion [5]
51:4; 61:6, 9; 88:10, 13
prompted [1]
167:20
proper [4]
12:19; 82:3; 114:2; 192:10
proposition [1]
117:9
protect [1]
205:16
protecting [1]
149:8
protective [1]
235:7
protocols [1]
101:18
prove [3]
88:24; 117:8; 119:21
proves [1]
174:18
provide [1]
155:20
provision [3]
194:22; 195:8, 12
provoked [1]
174:15
PUBLIC [1]
236:20
Public [1]
238:13
public [9]
43:22; 68:24; 74:11; 110:10;
149:19, 23; 198:13; 211:5;
231:25
publish [1]
186:11
published [10]
62:15; 110:9, 12, 14, 15;
144:7; 186:15, 17, 19, 20
punished [1]
219:9
purported [1]
10:14
purpose [8]
57:6; 63:9; 108:4; 111:10, 16;
155:23; 215:20; 216:6
purposes [2]
137:24, 25
pursuing [1]
115:24
pushed [1]
176:5
putting [3]
147:15; 172:11; 193:16

## – Q –

Qualifications [1]
33:12
qualifications [6]
33:6, 11, 17, 20; 34:23; 39:4
qualified [3]
33:7; 34:18; 39:4
qualify [1]
34:5

quality [1]
233:24
quantify [1]
110:19
Quds [3]
14:22, 23, 24
Queri [1]
136:6
question [58]
6:14; 8:10, 12; 9:10; 14:9;
15:17; 18:5, 8, 14, 16; 20:11;
22:3, 5; 33:14; 34:14, 15, 16;
47:15; 70:13, 14, 15; 82:5,
10; 84:5; 91:17; 92:15; 97:11;
113:23; 114:6, 8, 15, 16, 18;
115:6, 8; 117:12; 124:15, 16;
130:8, 14; 141:9, 13; 160:4;
161:13; 168:18; 170:19;
177:18; 181:7; 191:2, 5, 7;
192:7, 24; 214:12; 215:2, 3;
219:10
questioning [6]
96:8; 106:12, 13; 119:25;
193:20; 218:18
questions [8]
103:25; 118:23; 121:15;
145:3; 222:11; 226:21, 25;
227:10
quickly [1]
191:9
Qurei [10]
122:2; 133:21, 22; 135:4, 16,
20, 25; 139:13; 140:3, 6
Qurei's [1]
134:14

## – R –

Rabo [1]
85:25
RACHEL [3]
1:3; 2:5; 3:4
Rachel [1]
4:25
Radio [2]
82:23; 85:23
radio [2]
23:13; 187:3
RAFI [2]
1:5, 6
Raid [3]
205:22; 206:5, 6
raise [2]
11:12; 234:13
raised [2]
115:13; 118:19
raising [1]
11:15
Rajoub [5]
36:21, 25; 40:6, 18
Rajub [8]
29:13, 17, 21; 32:18; 39:10;
66:14, 15; 226:5
Ramalla [4]
164:8, 9; 166:4; 199:25
Ramallah [13]
14:15, 17, 21; 15:3; 17:14;
37:7, 9; 53:10; 172:5; 178:7;
206:2; 223:2, 10
Ramzi [1]
225:8

rank [2]
51:7; 87:7
ranking [3]
51:7; 103:2; 162:15
Rashid [6]
143:18, 20; 144:2, 8, 11, 19
Razak [2]
223:15, 17
Razi [1]
46:16
RCAC [12]
55:10, 13, 18; 56:8, 12; 58:5,
13, 18; 59:5; 68:7; 87:16;
88:7
re-ask [2]
214:12, 25
reach [2]
110:3; 155:14
reaches [1]
110:8
read [17]
9:14; 23:7; 182:6; 187:22, 24;
193:22; 194:2, 14; 196:16,
21; 197:3; 199:21; 200:16;
203:23; 208:19; 213:12;
215:6
Reading [2]
194:16; 205:15
reading [3]
188:17; 191:12; 196:18
real [1]
24:16
reason [1]
232:11
reasonable [2]
232:18; 233:7
recall [12]
49:4, 5; 58:23; 195:10;
197:25; 199:18; 202:6;
207:14; 211:7, 20; 214:6;
215:13
receipt [1]
232:2
receive [15]
15:8; 49:25; 74:18; 138:4, 11,
15; 139:24; 140:7; 150:19;
159:19; 218:4; 230:2; 232:20,
23; 233:2
received [9]
14:21; 15:15; 22:15, 20;
51:23; 85:17; 88:9; 161:9;
221:18
receives [2]
106:7; 158:2
receiving [4]
73:17; 131:14, 17; 150:22
recent [1]
93:11
recess [8]
69:16; 128:7; 157:6; 160:10;
184:21; 189:5; 214:15; 227:6
recessed [1]
96:13
recognize [4]
200:3; 209:21; 213:2, 13
recognizes [1]
195:6
recollection [1]
91:15
recommendations [2]
206:11, 15

recommended [1]
206:23
record [31]
5:12; 10:4, 5; 35:16, 20;
42:16, 19; 114:5; 145:6;
160:13; 180:18; 181:22;
186:7; 189:4, 8, 23, 24;
190:9; 192:10; 193:11;
196:19, 23; 203:22; 204:22;
214:17; 215:2; 227:5, 9, 15,
22; 228:9
recorded [1]
231:16
recording [3]
181:12; 182:4; 231:17
recovering [1]
228:18
recruit [1]
67:21
Red [1]
112:10
refer [3]
83:11, 13; 101:17; 159:5;
200:7
referred [7]
43:25; 79:13; 102:2; 121:12;
122:24; 124:17; 183:3
referring [21]
15:4; 26:3, 6; 74:8; 77:10;
86:15; 89:15; 102:3, 12;
113:16; 118:8; 120:24; 127:2;
158:9; 183:23; 198:17;
210:10, 19; 213:9; 217:20;
220:18, 23
reflect [1]
10:5
refusing [3]
130:7, 13, 16
regard [1]
61:5
regarding [3]
99:18; 163:18; 210:24
regardless [1]
194:24
region [1]
63:15
Regional [3]
35:10; 58:14; 95:15
Registration [2]
59:13, 15
Registries [1]
59:17
Registry [2]
95:5, 6
regular [1]
170:2
regularly [1]
198:11
regulate [1]
187:17
regulated [1]
74:5
rehabilitate [2]
215:21; 216:6
relate [1]
110:13
related [4]
32:15; 40:18; 217:22; 237:16
relating [1]
62:13
relations [5]

111:15, 22, 24; 147:23; 152:3
**relationship** [4]
  57:9; 117:10; 147:18, 21
**Released** [1]
  215:11
**released** [2]
  215:22, 25
**relevance** [6]
  106:11; 113:24; 114:2; 119:2;
  145:9; 146:6
**relevant** [1]
  115:23
**relied** [1]
  149:10
**Relief** [2]
  112:15, 16
**remain** [1]
  234:6
**remained** [5]
  45:24; 75:13, 21; 100:10, 13
**remaining** [1]
  222:11
**remains** [1]
  148:25
**remember** [45]
  28:25; 30:6, 11; 31:2, 4;
  40:13, 16; 45:15; 48:13, 17;
  49:2; 52:25; 53:5, 8, 11; 54:2;
  57:20; 60:19; 63:24; 65:19,
  22; 68:9; 73:3; 91:6; 138:20;
  142:8, 11; 164:19; 165:21,
  24, 25; 175:10; 186:24;
  200:11, 12, 14; 202:8; 210:5;
  211:4, 16; 212:2; 215:15;
  221:4, 5; 226:12
**remembered** [1]
  36:6
**remembers** [1]
  31:11
**removal** [1]
  101:3
**rent** [2]
  154:14; 164:22
**rented** [4]
  154:6, 8, 13; 164:20
**repeat** [6]
  18:8; 33:13; 82:9; 157:17;
  160:3; 172:17
**rephrase** [1]
  70:14
**report** [12]
  46:21; 52:5; 58:6, 10; 77:4;
  80:20; 81:20; 89:3, 9, 16;
  206:17; 221:13
**reported** [5]
  47:2, 10, 17, 20; 52:10
**reporter** [1]
  181:19
**reporters** [1]
  231:22
**reporting** [1]
  77:7
**reports** [2]
  48:2; 176:3
**represent** [2]
  76:16; 180:20
**representation** [1]
  6:25
**representations** [1]
  189:25
**Representative** [1]

1:6
**representative** [3]
  86:23; 146:15; 165:13
**representatives** [9]
  47:24; 107:4; 111:7, 11, 17;
  112:3, 4; 122:15; 206:16
**representing** [1]
  8:3
**request** [9]
  10:21; 13:5; 154:23; 155:2;
  161:24; 205:18; 206:23;
  229:19, 25
**REQUESTED** [1]
  238:2
**requested** [9]
  48:20, 21; 50:25; 100:5, 7;
  159:9; 199:7; 201:10; 203:18
**requesting** [1]
  157:21
**requests** [1]
  143:3
**required** [2]
  100:2; 161:15
**requirements** [1]
  118:4
**reserve** [1]
  190:17
**resign** [1]
  198:8
**Resistance** [2]
  170:8, 24
**resistance** [18]
  21:25; 22:8; 170:10, 12;
  171:23, 25; 172:4, 6, 9, 10,
  12, 16, 24; 173:9; 177:7, 20;
  179:10; 217:22
**Resolutions** [1]
  179:17
**resolutions** [5]
  95:21; 101:13, 16, 18, 24
**respect** [3]
  7:12; 118:6; 190:18
**respond** [1]
  234:21
**responsibilities** [4]
  51:15; 149:21, 25; 154:3
**responsibility** [9]
  51:8, 24; 134:6; 139:20, 21;
  148:11; 149:3; 159:24;
  221:19
**responsible** [50]
  48:25; 50:4, 12, 22; 51:16,
  24; 52:4, 14; 55:8; 56:15, 24;
  59:22, 23; 60:12; 69:11; 75:8,
  14, 20; 78:6, 7, 10, 11; 81:6;
  83:24; 84:7; 91:18; 92:5, 25;
  134:3; 136:15; 137:2, 17;
  143:22; 144:3, 5, 23; 146:20;
  159:20, 22; 163:6; 164:14;
  185:22, 25; 206:11; 221:17,
  20; 223:19; 224:15, 16;
  226:18
**rest** [2]
  96:22; 226:14
**result** [2]
  26:14; 143:3
**Reth** [2]
  48:24; 49:10
**retired** [1]
  57:20
**return** [2]

199:8
**returned** [5]
  75:15; 148:20; 198:22, 25;
  201:12
**returning** [1]
  202:3
**review** [13]
  188:20; 208:14; 230:5, 8, 15,
  19; 232:2, 6, 7, 14; 233:5, 14;
  234:11
**Revolution** [1]
  171:15
**revolution** [2]
  171:16; 183:8
**Revolutionary** [13]
  121:7; 122:25; 123:2, 8, 13,
  18, 24; 124:2, 4, 6, 11, 13;
  132:9
**Riad** [4]
  53:11, 12, 17, 24
**rial** [1]
  192:21
**RICHARD** [1]
  2:14
**Richard** [1]
  4:13
**rid** [1]
  184:7
**Right** [2]
  44:23; 94:11
**right** [6]
  14:7; 30:20; 72:6; 119:20;
  179:6; 180:23
**right-hand** [1]
  199:20
**rights** [1]
  190:17
**ROBERT** [1]
  2:6
**Robert** [1]
  4:18
**role** [8]
  47:11; 52:19; 87:23; 116:2, 3;
  141:15; 149:2, 7
**room** [2]
  8:24; 229:16
**root** [1]
  204:18
**roots** [1]
  115:10
**rule** [4]
  11:7, 19; 44:19; 118:15
**rules** [6]
  118:4, 7, 12, 16; 156:9; 231:4
**run** [1]
  9:15; 194:13
**running** [1]
  194:10

**– S –**

**SAADI** [9]
  2:16; 55:24; 71:13; 72:7;
  74:7; 81:15; 120:7; 204:4;
  226:22
**Saadi** [3]
  4:15; 5:21; 226:20
**Saat** [1]
  165:6
**sacked** [1]
  202:4

**Safi** [1]
  98:8
**Saher** [1]
  186:22
**sake** [3]
  181:21; 203:21; 215:2
**Salach** [2]
  48:23; 49:12
**Salam** [7]
  81:5, 13; 141:12, 14; 163:17,
  19, 22
**salaried** [1]
  146:12
**Salaries** [1]
  147:7
**salaries** [7]
  104:18; 150:19, 22; 161:4, 6,
  9, 20
**salary** [7]
  70:25; 71:2, 10; 72:11, 15;
  73:8, 17; 74:18, 23; 105:19;
  106:7; 131:14, 17; 161:11,
  24; 162:13, 18
**salute** [1]
  205:17
**Samir** [1]
  91:23
**sanity** [1]
  119:24
**SAPERSTEIN** [9]
  1:3, 4; 2:5; 3:4
**Saperstein** [10]
  4:25; 5:2; 113:6, 9, 20;
  114:20; 115:21; 116:19;
  221:25; 222:6
**SARAH** [1]
  1:8
**Sari** [4]
  62:5; 64:11; 65:14; 67:20
**satisfied** [1]
  109:24
**save** [1]
  119:9
**saying** [3]
  86:17; 144:6; 179:18
**scan** [1]
  228:25
**scanner** [2]
  228:14, 16
**School** [2]
  16:3; 33:23
**school** [5]
  15:5, 22; 98:12; 169:15
**schools** [2]
  14:21; 15:3
**Science** [1]
  35:2
**science** [1]
  15:10
**screen** [1]
  182:5
**script** [1]
  182:4
**scripts** [1]
  182:2
**seal** [2]
  230:4; 236:7
**second** [5]
  18:19; 58:25; 71:9; 171:21;
  205:22
**Secondly** [1]

229:12
secret [3]
11:14, 18; 144:6
Secretaries [9]
78:3, 5; 79:12; 128:17; 150:8,
11, 12, 15, 18
Secretary [31]
68:13, 15, 16; 69:9; 70:4, 9,
17, 23; 71:4; 72:10, 16, 21;
74:14; 75:5, 17; 77:20; 78:15,
20; 79:22, 25; 120:19;
136:25; 166:20; 197:22;
206:17; 207:2, 7, 9, 12; 223:2
secretary [14]
80:5; 127:21, 23; 129:2, 6, 7,
9, 20; 130:2; 131:9, 23;
150:6; 155:21; 164:6
secretive [1]
121:21
section [1]
193:6
Sector [1]
50:4
sector [6]
50:13, 23; 51:17, 25; 52:4, 14
sectors [1]
59:6
SECURITY [1]
1:12
Security [32]
28:3, 5, 15, 22; 29:8, 11;
32:6, 14, 17; 33:8; 34:19;
36:8; 39:6; 40:9, 22, 23; 41:3;
43:16, 23; 44:3, 9, 15; 80:13,
14; 86:11; 201:12; 212:11;
222:19; 223:19; 224:17;
226:18, 19
security [26]
34:6; 43:22; 44:6, 7; 110:13;
148:14, 23; 149:3, 10;
197:10, 17; 198:2, 9, 13, 15,
16; 199:6, 7; 201:8, 9, 10, 16,
20, 25; 217:21
sees [3]
158:4; 205:13; 219:9
selected [2]
124:24; 126:17
selling [1]
25:13
semesters [2]
35:5, 6
send [2]
156:22; 234:3
sending [1]
202:2
sense [1]
145:2
sensitive [1]
229:6
sensitivities [1]
111:21
sentence [3]
17:15; 157:17; 219:8
separate [1]
173:2
separation [1]
149:14
servants [1]
74:11
serve [5]
44:15; 74:13; 78:24; 112:25;

113:3
served [1]
71:3
service [1]
231:18
SERVICES [1]
1:12
services [2]
40:22; 198:8
setting [1]
229:17
settlers [1]
169:24
seventies [1]
184:15
Shaath [1]
122:5
Shabiba [2]
169:8, 15
Shahada [1]
12:2
Shahid [3]
170:16; 171:3
share [1]
158:10
Sharia [1]
225:20
Sharon [4]
167:14, 19, 24; 174:14
Sharon's [3]
175:15; 176:17; 179:4
Shawarme [2]
48:18; 49:8
she's [1]
9:21
Sheet [1]
230:22
SHEHADEH [12]
3:6; 86:17; 91:7; 97:7; 171:8,
21; 182:6, 18; 204:8, 12;
215:7, 10
Shehadeh [2]
5:3; 24:19
SHEIKH [2]
1:21; 2:17
Sheikh [16]
4:11; 5:13; 6:18; 8:4; 12:3;
43:4; 69:24; 96:20; 128:13;
157:13; 185:4; 200:2; 205:24;
214:21; 227:17; 236:15
shekels [4]
104:7, 17; 162:21, 22
shelter [1]
184:3
Shemesh [9]
2:19; 4:5; 42:24; 69:22;
96:18; 128:12; 157:10; 185:2;
214:20
SHIMON [1]
3:9
Shimon [2]
5:4; 96:23
Shoah [1]
171:9
shooting [6]
172:23; 173:7; 177:6, 19;
178:8; 179:8
shoots [1]
173:18
shopkeepers [1]
168:22

shoplifting [1]
217:8
shopping [1]
172:12
Show [1]
212:17
show [8]
5:14; 180:12, 15; 181:6;
187:18; 196:5, 13; 214:4
showing [1]
8:20
Shukri [1]
165:23
sides [4]
57:12; 111:13; 174:3; 220:11
signature [3]
203:9; 213:8, 12
signed [8]
146:22, 25; 148:5; 158:20;
167:10; 208:20, 22; 213:3
silence [1]
114:13
simultaneous [1]
97:5
sing [1]
229:23
Sir [14]
5:14; 11:25; 13:11; 18:24;
43:14; 91:18; 120:2, 13;
130:7; 162:25; 189:16;
190:19; 208:10; 220:12
sir [19]
14:14; 49:13; 70:3; 99:11;
114:15, 19; 128:16; 142:20,
25; 152:20; 155:24; 181:10;
183:2; 187:18; 188:16;
199:16; 200:7; 202:12;
235:12
site [1]
92:24
sitting [1]
113:17
situation [7]
167:21; 178:16; 179:2, 4;
197:8; 202:6; 216:19
six [1]
206:3
Sixteen [1]
38:6
skin [1]
183:17
slowly [1]
203:23
social [4]
137:24; 139:10; 158:14;
215:23
society [3]
42:5; 44:12, 20
soldier [4]
173:8, 18; 177:19; 179:8
soldiers [4]
172:23; 173:2, 5; 177:6
solution [2]
99:21; 100:24
solve [1]
57:12
Somebody [1]
223:13
somebody [15]
27:11; 34:5; 61:25; 87:18, 22;
92:5; 97:19, 23; 113:5, 8;

137:14; 140:12; 183:16;
198:25; 202:23
somehow [1]
207:22
someone [7]
19:21; 53:11; 72:4; 88:5;
122:6; 198:7; 204:5
son [3]
13:16, 22; 205:24
son's [2]
13:16, 17
song [1]
229:21
sorry [5]
22:6; 35:21; 45:8; 68:13;
105:10
sort [2]
193:19; 210:9
sorts [2]
32:24; 42:6
sought [1]
11:8
soul [1]
205:5, 6
source [5]
73:8; 133:14; 192:10; 211:24;
212:4
sources [4]
71:7; 157:3; 160:16, 21
Southern [1]
118:12
Spanning [1]
120:25
speak [6]
22:23, 25; 23:2, 5; 125:17;
130:12
SPEAKER [1]
9:16
Speaking [1]
187:5
speaking [4]
4:3; 175:23; 181:24; 183:15
special [3]
71:13; 105:6; 226:18
Specialized [1]
95:7
specialized [3]
59:23; 60:8; 95:25
specialties [1]
91:3
specifically [9]
6:3; 18:24; 74:6; 102:3;
120:24; 153:10; 154:24;
200:22; 216:22
speech [1]
157:21
spell [1]
228:8
spelling [3]
12:19; 13:10; 55:23
spellings [1]
12:11
spending [1]
141:7
spoke [2]
132:14; 208:25
spring [1]
29:4
stability [1]
73:23
stable [1]

74:2
**staff** [2]
   4:23; 107:13
**stage** [1]
   175:11
**stand** [2]
   212:8, 14
**standard** [1]
   145:10
**standing** [1]
   196:19
**stands** [3]
   56:2, 12; 58:13
**start** [3]
   26:21; 28:14; 43:9
**started** [11]
   16:6; 23:22; 24:5; 27:18, 19;
   67:21; 148:22; 174:6, 7, 14;
   176:16
**starting** [5]
   28:7; 61:17; 119:17; 157:8;
   164:4
**State** [4]
   99:19; 195:4, 6; 238:13
**state** [4]
   5:11; 99:16; 101:4; 180:4
**stated** [5]
   131:11; 132:14; 157:18;
   158:6; 203:9
**statement** [5]
   34:13; 48:6; 84:13; 212:10,
   14
**statements** [3]
   210:24; 211:6; 220:4
**STATES** [1]
   1:2
**states** [1]
   99:22
**stating** [2]
   156:19; 190:8
**station** [1]
   187:3
**status** [1]
   141:18
**stay** [1]
   50:14
**staying** [2]
   51:5; 61:6
**steadily** [1]
   198:11
**steal** [1]
   205:7
**stenographer** [2]
   231:4, 10
**stenographic** [1]
   238:15
**step** [4]
   60:24; 129:14; 145:25;
   147:13
**steps** [1]
   220:13
**stipulated** [1]
   6:16
**stop** [7]
   20:5; 28:21; 70:9, 18; 73:6;
   145:20; 188:25
**stopped** [1]
   27:17
**stops** [1]
   19:22
**straight** [1]

15:22
**strategic** [1]
   216:8
**strategical** [1]
   107:11
**strategies** [2]
   107:5, 13
**strategy** [1]
   107:10
**streams** [5]
   51:20, 22; 149:5, 11
**Street** [2]
   2:5, 12
**streets** [1]
   47:21
**strengthen** [3]
   57:8; 58:2, 3
**strike** [4]
   19:20, 21; 20:4, 5
**Strikes** [2]
   19:12, 15
**strikes** [7]
   19:14, 20; 20:9, 13; 21:12,
   15, 20
**Strip** [8]
   89:21; 148:21; 151:4; 169:19,
   22, 25; 179:9; 221:16
**structure** [9]
   90:10; 121:3, 11; 126:24;
   130:25; 131:4, 5; 132:11;
   149:9
**student** [5]
   21:23; 35:11, 12; 139:24;
   140:2
**Students** [1]
   50:4
**students** [14]
   50:12, 23; 51:16, 25; 52:4,
   14; 139:9; 158:13; 168:21;
   169:4, 7, 12, 15, 16
**studied** [1]
   14:20
**Studies** [1]
   35:10
**studies** [2]
   33:10; 139:10
**study** [3]
   15:25; 35:4, 5
**studying** [1]
   26:22; 27:3
**submit** [1]
   233:14
**submitted** [2]
   230:18; 233:13
**subordinates** [1]
   34:21
**Subscribed** [1]
   236:17
**subsets** [1]
   168:9
**substance** [2]
   187:25; 188:5
**subtitle** [1]
   182:20
**subtitles** [1]
   182:12
**succeed** [1]
   109:20
**succeeded** [1]
   74:25
**successful** [2]

108:24; 109:12
**suffers** [1]
   158:23
**sufficient** [2]
   16:23; 34:23
**suggest** [1]
   12:12
**suggesting** [1]
   193:5
**suggestion** [1]
   204:18
**suicide** [3]
   210:15, 20, 25
**suit** [1]
   116:18
**Suite** [1]
   2:13
**summarize** [1]
   14:18
**summer** [1]
   29:4
**sun** [1]
   184:4
**superior** [1]
   52:6
**supervises** [1]
   120:11
**supervising** [4]
   34:6, 20; 133:20, 24
**supervision** [6]
   36:12, 13; 87:25; 156:24;
   164:15; 221:17
**supervisor** [2]
   46:15; 66:16
**supplied** [1]
   94:5
**supplies** [3]
   165:8; 166:7, 8
**supply** [1]
   166:18
**supplying** [1]
   218:20
**support** [9]
   61:24; 62:2; 64:25; 65:4;
   67:17, 24, 25; 71:5; 219:24
**supported** [2]
   68:4; 149:11
**supporter** [1]
   98:2
**supporting** [1]
   65:8
**supposed** [2]
   48:2; 198:25
**Surely** [1]
   207:24
**suspect** [1]
   114:12
**swear** [1]
   7:18
**switch** [1]
   42:11
**swore** [1]
   115:2
**sworn** [2]
   5:6; 236:17
**Syria** [1]
   148:18
**system** [4]
   73:25; 199:7; 201:10; 231:15
**systems** [2]
   149:4; 202:2

– T –

**Taisar** [1]
   122:4
**talk** [6]
   63:11; 109:7, 10; 145:5;
   196:4; 197:12
**talked** [1]
   174:5
**talking** [41]
   43:17; 64:15, 21; 66:3, 5;
   72:4; 79:19; 110:3; 125:18;
   126:10; 127:10; 131:6, 7;
   136:17; 139:3; 140:15, 16;
   143:7; 147:19; 152:15;
   154:24; 171:13, 16, 18;
   173:3, 13, 14, 25; 177:21;
   178:15, 20, 23, 24; 181:17;
   183:9, 12, 17; 184:15;
   204:11, 16; 207:3
**talks** [2]
   61:17; 63:13
**TAMAR** [1]
   1:4
**tan** [1]
   183:16
**tanned** [1]
   183:23
**tanned-skin** [1]
   183:17
**tape** [16]
   42:11; 43:6, 9; 69:18; 96:14;
   128:3, 6, 8; 157:4, 7; 160:12;
   184:20, 23; 214:11, 13, 17
**tape-changing** [1]
   128:4
**tapes** [2]
   229:14; 238:17
**Taraui** [1]
   52:9
**Taufik** [1]
   52:8
**Tax** [1]
   95:8
**teachers** [1]
   169:3
**TEAM** [1]
   3:9
**team** [3]
   5:3; 135:11, 14
**Tel** [1]
   107:19
**telephone** [1]
   108:20
**telephones** [1]
   153:24
**Television** [2]
   82:23; 85:23
**television** [2]
   23:13; 187:3
**telling** [5]
   11:3, 16; 84:25; 123:25;
   192:2
**Ten** [1]
   17:17
**ten** [7]
   30:9; 33:24; 53:3, 4; 54:5;
   155:10; 158:25
**ten-year-old** [3]
   158:23; 159:19, 23
**Tens** [2]

60:23; 211:10
**tens** [2]
  60:21; 61:2
**tenth** [1]
  193:7
**term** [3]
  82:3; 170:6; 183:11
**terminology** [2]
  71:14; 106:2
**terms** [4]
  56:23; 115:24; 116:24;
  180:18
**territory** [1]
  78:6
**terrorism** [2]
  108:8; 110:14
**terrorist** [1]
  172:22
**testified** [2]
  5:8; 38:8
**testifies** [1]
  81:23
**testifying** [3]
  115:4; 116:22; 117:16
**testimony** [5]
  99:11; 115:14; 116:9; 155:24;
  192:9
**text** [1]
  88:21
**textually** [1]
  190:14
**th** [1]
  171:19
**Thabet** [2]
  207:7, 14
**Thank** [3]
  133:6; 193:4; 227:20
**thank** [1]
  236:10
**Theft** [1]
  42:8
**theft** [1]
  217:9
**There's** [2]
  11:18; 233:11
**there's** [1]
  9:17
**third** [1]
  205:23
**Thirty-three** [1]
  23:25
**thousand** [2]
  143:8; 205:20
**Thousands** [3]
  79:18; 126:11; 148:17
**thousands** [3]
  143:9, 11; 206:20
**three** [13]
  36:6, 16; 49:6; 60:17; 65:21,
  25; 66:9; 123:12; 203:19;
  206:13; 233:3; 234:11, 17
**three-week** [1]
  235:5
**timely** [1]
  232:6
**times** [12]
  9:14; 14:16; 23:14; 63:7;
  65:15, 20, 22; 66:2; 93:7, 14;
  137:23; 179:3
**Tiraui** [1]
  52:8

**tired** [1]
  229:23
**title** [13]
  41:17; 46:6; 50:5, 8; 56:8;
  68:14; 85:10; 102:20; 127:13;
  133:22; 135:4; 144:19, 22
**titles** [1]
  46:5
**today's** [2]
  6:4; 185:10
**TOLCHIN** [127]
  2:6; 5:10; 6:19; 7:3, 7, 10, 16,
  23; 8:8, 11, 17; 9:11, 20, 24;
  10:10; 11:2, 7, 12, 18, 24;
  12:22; 13:2, 8; 16:22, 25;
  17:25; 18:22; 20:2, 6; 25:3;
  29:14; 30:22; 31:17; 33:15;
  34:10; 35:16, 19; 42:10; 43:5,
  13; 46:17; 47:5, 13; 55:17;
  70:2; 71:18, 23; 72:3; 81:21;
  86:21; 91:11; 93:19; 94:11;
  96:7; 97:10; 113:25; 114:7,
  13, 25; 115:12; 116:5, 21;
  117:13, 25; 118:8, 16; 119:8,
  14; 128:2; 145:4, 8, 20;
  160:5; 170:20, 25; 171:10;
  180:11, 19; 181:20; 182:3, 8,
  20; 185:6; 188:7, 22; 191:19;
  192:11, 18; 193:4, 21; 194:8,
  14; 195:22; 196:3, 11;
  203:11; 204:10; 208:4;
  214:10; 226:20; 227:3, 21;
  228:5, 12, 21, 25; 229:9, 15,
  20; 230:7, 12; 231:8, 14, 21;
  232:4, 10, 17, 22, 25; 233:6,
  9, 21; 234:8, 16, 23; 235:9;
  236:3
**Tolchin** [5]
  4:18; 10:24, 25; 234:2
**total** [3]
  54:6; 109:4; 177:13
**totally** [4]
  115:19; 175:13; 212:6;
  216:20
**towards** [6]
  169:18; 173:18; 178:8;
  195:21; 203:13; 210:24
**town** [2]
  65:9; 126:13
**towns** [1]
  126:20
**training** [1]
  22:20
**transaction** [1]
  155:15
**transactions** [1]
  155:17
**transcribed** [1]
  233:16
**transcript** [12]
  12:8, 20; 93:21; 230:17;
  231:17; 233:11, 12; 234:9,
  14, 19; 235:2, 11
**TRANSCRIPTION** [1]
  1:18
**transcription** [2]
  231:18; 238:15
**transcripts** [1]
  230:8
**transfer** [2]
  155:6; 162:25

**transferred** [4]
  71:11; 72:23; 176:13; 201:8
**Transfers** [1]
  237:17
**transfers** [4]
  163:3, 6, 11, 23
**translate** [8]
  8:13, 18; 9:23; 34:11; 84:20;
  180:14; 181:23; 203:24
**translated** [5]
  9:18; 145:22; 157:22, 23;
  182:16
**translates** [1]
  97:9
**translation** [8]
  71:22; 97:6; 170:23; 182:11;
  193:15; 194:3; 196:20; 214:9
**TRANSLATOR** [16]
  3:6, 7; 8:7, 9; 9:22; 13:6;
  18:7; 19:24; 20:4, 7; 22:6;
  25:20; 33:13; 47:12; 71:17;
  82:6
**Translator** [831]
  [Too many references]
**translator** [10]
  4:16; 5:2; 9:21; 12:25; 42:12;
  96:24; 181:21; 182:10;
  183:14; 203:24
**transpired** [5]
  69:16; 128:7; 157:6; 184:21;
  214:15
**transportation** [1]
  56:22
**travel** [2]
  65:16; 103:9
**traveling** [2]
  66:25; 67:7
**Treasurer** [2]
  68:13; 133:7, 10
**treated** [1]
  230:10
**treatment** [4]
  139:6; 158:14, 24; 159:13
**trial** [3]
  191:20, 23; 192:20
**trip** [1]
  65:11
**trips** [3]
  66:9; 103:6, 9
**true** [4]
  103:20; 104:3; 105:22;
  167:12
**trust** [1]
  180:24
**truth** [3]
  115:3; 131:12; 164:19
**Tul** [5]
  206:7, 12; 207:2, 13; 209:6
**Tunis** [14]
  61:12, 19; 62:18, 21; 63:3,
  10; 64:5; 65:12, 16; 66:8;
  67:2, 7; 103:9; 148:19
**TV** [3]
  181:19; 211:9, 13
**Twenty-eight** [1]
  23:21
**Twice** [1]
  63:8
**twice** [1]
  65:24
**two-state** [1]

**99:21
two-states** [1]
  100:23
**type** [3]
  14:11; 172:8; 217:15
**types** [1]
  139:2
**Tzipi** [1]
  134:13

– U –

**Ultimately** [2]
  230:12, 13
**UN** [2]
  112:9, 12
**unclear** [1]
  35:22
**underlying** [1]
  116:18
**underneath** [2]
  48:11; 213:22
**understand** [25]
  6:9; 7:17; 8:15; 14:4; 20:11;
  24:25; 48:3; 66:17; 82:11;
  92:15; 94:7; 115:25; 119:4;
  123:17; 130:24; 141:9; 171:7;
  188:12, 14; 198:19; 201:6,
  24; 229:13; 231:4
**understandable** [1]
  201:2
**understanding** [3]
  33:5; 201:4; 227:25
**understands** [2]
  91:15; 171:13
**understood** [1]
  39:23
**undue** [1]
  232:16
**unfair** [3]
  193:18; 194:7, 11
**Unfortunately** [1]
  200:13
**unfortunately** [2]
  118:21; 176:12
**UNIDENTIFIED** [1]
  9:16
**unintelligible** [1]
  12:10
**Union** [1]
  169:8
**union** [2]
  169:2, 3
**unions** [2]
  122:16; 149:24
**Unit** [3]
  95:14, 16, 18
**unit** [1]
  40:9
**UNITED** [1]
  1:2
**United** [1]
  112:16
**units** [3]
  36:16; 90:6, 25
**University** [13]
  14:22, 23, 24, 25; 16:6;
  23:23; 26:22; 27:7, 14; 34:24;
  35:23; 169:11, 16
**university** [2]
  15:7, 11, 22; 24:5; 27:3, 19

unjust [1]
    204:6
Unknown [2]
    237:14, 19
unofficial [5]
    189:19; 190:20, 24; 191:13;
    192:3
UNRWA [1]
    112:15
unsuccessful [2]
    108:25; 109:12
unusual [1]
    117:5
upper [1]
    199:19
usage [1]
    232:2
useless [1]
    147:16
uses [1]
    158:16
usual [1]
    230:16
utilities [2]
    153:23; 154:18

– V –

vendors [1]
    166:15
verbally [3]
    138:12, 14, 20
verify [4]
    6:12; 94:14; 120:3; 182:10
Vice [13]
    29:10; 32:5; 33:7; 34:5, 18;
    39:5; 40:22; 41:3; 43:18;
    50:8; 89:17, 19; 127:5
vice [1]
    29:17
victory [1]
    74:21
VIDEO [1]
    3:9
Video [3]
    181:9; 182:13; 237:9
video [8]
    180:13, 15; 181:3, 7; 185:8;
    233:17; 234:6, 9
village [1]
    126:14
villages [1]
    126:21
violence [18]
    21:5, 9; 22:9; 73:20; 149:5, 6;
    173:15; 174:3, 9; 176:4, 6,
    12; 177:21, 25; 219:24;
    220:5, 11
violent [2]
    20:15; 176:14, 15, 24; 177:5;
    179:4; 218:24
virtually [1]
    38:24
visit [9]
    59:19; 61:11, 19; 167:14, 19,
    23; 175:15; 176:17; 179:5
visiting [1]
    174:15
voice [2]
    11:13, 16
voluntarily [1]

volunteer [2]
    62:4; 70:24
volunteering [1]
    62:6
volunteers [1]
    150:17
vote [1]
    126:3
voting [1]
    125:24

– W –

Wafa [7]
    209:24; 210:3, 25; 211:6, 19,
    23; 212:3
Wait [1]
    170:17
wait [4]
    71:15, 19, 24; 229:6
waiting [1]
    229:18
Wakaf [1]
    226:7
wal [1]
    215:8
walk [1]
    196:9
wanted [8]
    57:25; 58:2; 64:23; 93:24;
    146:4; 198:8, 10; 234:24
wants [4]
    189:2; 193:24; 201:21;
    234:12
war [1]
    178:25
warning [1]
    202:2
warrior [1]
    204:2
wasaya [1]
    182:15
Washington [1]
    2:13
waste [1]
    106:13
Water [1]
    96:5
water [1]
    153:24
Wazir [2]
    86:6; 122:4
We'll [1]
    196:11
we'll [1]
    196:4; 204:20, 21; 214:11
We're [6]
    96:7; 178:20; 187:24; 189:3;
    232:15; 236:9
we're [3]
    12:7; 229:18; 235:4
we've [1]
    231:6
weapons [1]
    22:21
Website [1]
    238:6
website [28]
    90:12, 15, 20; 91:4, 8, 16, 19;
    92:7, 12; 93:4, 12, 15, 16, 22;

94:9; 110:17; 120:3, 6, 9;
    185:14, 16, 22, 25; 186:10;
    192:10, 14, 16, 17
week [2]
    62:24, 25; 63:2; 108:14;
    162:22; 188:9
weeks [3]
    233:4; 234:11, 17
West [16]
    44:24; 45:10, 19; 55:9, 16;
    58:16; 65:7; 68:17, 22; 69:4,
    9, 11; 78:4, 15, 17; 89:18, 20;
    107:24; 121:8; 124:18, 21;
    125:12, 17; 127:22; 132:2,
    13, 16, 18; 133:2, 4; 148:20;
    150:7, 9; 151:3; 169:19, 21,
    25; 172:24; 173:8; 177:6, 11;
    178:15; 179:9, 16; 216:17;
    223:20
What's [1]
    17:25
what's [1]
    12:5
Whatever's [1]
    9:8
whenever [1]
    232:22
Whereupon [12]
    10:2; 35:17; 96:11; 160:10;
    181:2; 189:5, 12; 199:11;
    208:6; 212:19; 227:6; 236:11
wide-ranging [1]
    145:15
widows [1]
    219:16
win [2]
    113:21; 114:20
wine-making [1]
    171:17
wings [2]
    168:6, 8
winter [1]
    29:4
wire [2]
    155:6, 12
wish [3]
    80:3; 179:25; 230:9
Withdraw [1]
    115:12
withdraw [1]
    70:15
withdrawn [1]
    22:16
WITNESS [1]
    227:19
Witness [2]
    1:20; 96:12
witness [32]
    4:15; 5:6; 6:17; 7:18, 19; 8:4;
    10:6; 12:14; 81:22; 93:22;
    114:24; 116:11; 118:10, 24;
    145:21, 25; 180:13; 188:19,
    25; 192:24; 193:13, 14, 17;
    194:5; 196:17; 203:12;
    204:21; 212:17; 227:2; 228:2;
    230:18; 233:13
witness's [2]
    115:14; 116:9
Wizaret [1]
    215:7
Women [1]

95:16
won [1]
    128:24
word [16]
    19:22; 20:2; 71:12, 16; 83:11,
    22; 115:5; 170:12, 13, 16;
    171:3, 20; 182:14; 204:5, 11,
    17
words [10]
    30:8; 121:18; 136:6; 147:15,
    18; 155:5; 163:7; 166:9;
    185:23; 205:4
Work [1]
    112:16
work [35]
    24:8, 10, 23; 28:4; 32:13, 15;
    48:19, 22; 60:6; 62:5; 71:8;
    84:9; 94:19; 106:24; 107:5, 7,
    15; 108:3, 11; 109:3; 111:20;
    137:14; 150:14; 154:21;
    197:17; 198:9, 10, 21;
    201:21, 22, 23; 202:4;
    223:11; 233:16
worked [14]
    24:21; 29:7; 33:24; 52:15, 18;
    53:18; 72:9; 77:21, 24; 79:13,
    14; 88:5; 153:10; 201:7
workers [2]
    105:5; 168:22
working [31]
    19:22; 20:5, 6; 24:21; 25:9,
    15, 17; 27:8, 10, 18, 19, 24;
    28:15, 21; 53:15; 58:21; 67:8;
    70:10; 72:16, 18; 74:3, 5;
    104:17; 111:14; 149:17, 23;
    150:2; 153:11, 14; 172:18;
    184:3
works [2]
    107:13; 226:6
Write [1]
    13:6
write [12]
    12:16; 13:8; 23:7; 29:15;
    138:22; 139:5, 12; 142:21;
    166:22; 172:9; 202:19;
    203:16
writing [5]
    110:8; 138:13; 209:15, 16, 18
written [9]
    106:14; 138:15, 21; 139:3,
    25; 192:11; 201:2; 202:22;
    214:4
wrong [3]
    17:25; 114:7; 119:21
wrote [3]
    200:4; 208:20; 213:10
www.fatah.ps [1]
    185:19
www.mca.gov.ps [2]
    94:13; 120:8
www.palvoice.com [1]
    192:13

– Y –

YASSER [2]
    1:13
Yasser [35]
    14:6; 29:22; 32:8; 39:13;
    46:22; 52:11; 58:12; 63:6;
    77:2, 12; 85:24; 121:5, 21;

123:16, 22; 127:11; 137:10;
139:18; 140:7; 141:15; 142:9,
15; 151:10; 152:9, 13; 153:8;
159:5; 168:14; 183:25;
202:17, 25; 203:9; 205:25;
206:18; 209:19

**Yeah** [1]
232:24

**year** [15]
27:12; 28:6, 9, 12; 29:3;
50:16; 74:20, 23, 24; 75:4;
104:17; 162:23; 179:6

**yearly** [1]
104:8

**years** [17]
16:13; 17:17; 21:18, 21;
33:24; 35:4, 22; 74:20;
100:11; 117:21; 120:14;
121:2; 122:18; 158:25;
176:25; 184:9; 209:6

**Yemen** [1]
148:19

**YORK** [1]
1:2

**York** [3]
2:6; 229:2; 238:14

**You've** [3]
10:13; 11:9; 231:8

**you've** [2]
7:20; 11:22

**younger** [1]
181:16

**yours** [2]
202:21; 203:4

**yourself** [12]
24:7; 56:25; 64:4, 8; 71:5;
106:25; 107:8; 108:2; 119:19;
128:16; 220:14; 228:19

**youth** [2]
169:9, 14

**Yunes** [2]
48:18; 49:8

**Yusef** [1]
87:12

--------- – Z – ---------

**Zaharan** [3]
89:21; 92:4, 9

**ZAHAV** [1]
2:9

**Zahav** [1]
4:20

**Zaki** [2]
122:3; 137:2

**Zalum** [1]
226:3

**Ziad** [2]
205:22; 226:5

**Zionist** [1]
194:19

**ZWEIG** [1]
1:8