# EXHIBIT C.33

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER