# EXHIBIT C.34

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER