# EXHIBIT C.35

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER