# EXHIBIT C.36

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER