# EXHIBIT C.37

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER