# EXHIBIT C.38

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER