# EXHIBIT C.39

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER