# EXHIBIT C.40

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER