# EXHIBIT C.41

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER