# EXHIBIT C.43

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ----------------------------------------X
     MARK SOKOLOW,
4
                              PLAINTIFF,
5
6         -against-        Case No:
                          04-397(GBD)(RLE)
7
8    PALESTINE LIBERATION ORGANIZATION,
9                              DEFENDANT.
     ----------------------------------------X
10
11                    DATE:  January 10, 2012
12                    TIME:  10:00 A.M
13
14
15         VIDEOTAPED DEPOSITION of the
16    non-party witness, MOSAAB HASSAN YOUSEF,
17    taken by the Plaintiff and Defendant,
18    pursuant to an Order and to the Federal
19    Rules of Civil Procedure, held at The
20    Berkman Law Offices, 111 Livingston Street,
21    Brooklyn, New York  11201, before RICHARD
22    W. BARRY, a Notary Public of the State of
23    New York.
24
25

```
 1

 2      A P P E A R A N C E S:

 3


 4      THE BERKMAN LAW OFFICE
                Attorney for the Plaintiff
 5              111 Livingston Street - #1928
                Brooklyn, New York  11201
 6              BY: ROBERT J. TOLCHIN, ESQ.

 7


 8      MILLER CHEVALIER
                Attorneys for the Defendant
 9              655 Fifteenth Street, N.W. - #900
                Washington, D.C., 20005-5701
10              BY: BRIAN HILL, ESQ.
                MARK ROCHON, ESQ.
11

12
        ALSO PRESENT:
13
                MATTHEW T. REINHARD,
14              Miller Chevalier

15              DAN MACOM, Videographer

16
                      *         *         *
17

18

19

20

21

22

23

24

25
```

1

2        F E D E R A L   S T I P U L A T I O N S

3

4

5          IT IS HEREBY STIPULATED AND AGREED by

6     and between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20

21          IT IS FURTHER STIPULATED AND AGREED

22    that all objections except as to form, are

23    reserved to the time of trial.

24

25                    *     *     *     *

1

2              VIDEOGRAPHER:  This is tape

3       one, we are now on the record, the

4       time is 10:26 a.m..

5              Today is Tuesday, January 10,

6       2012.  This is the opening of the

7       deposition of Mr. Mosaab Hassan

8       Yousef in the matter of Mark Sokolow

9       versus Palestine Liberation

10      Organization.

11             This deposition is being held

12      at the offices of Berkman Law

13      Offices, located at 111 Livingston

14      Street in Brooklyn, New York.

15             Our Court Reporter today is Mr.

16      Richard Barry with Diamond Reporting,

17      I am the legal videographer Dan Macom

18      also with Diamond.

19              Will counsel please introduce

20      themselves.

21             MR. TOLCHIN:  Robert Tolchin,

22      T-O-L-C-H-I-N from the Berkman Law

23      Office, 111 Livingston Street,

24      Brooklyn New York, representing the

25      plaintiff.

```
 1                  - Y O U S E F -
 2              MR. ROCHON:  Mark Rochon and
 3         Brian Hill, on behalf of the
 4         Palestine Liberation Organization and
 5         the PLO, with is us a colleague
 6         Matthew Reinhard who is not admitted.
 7              MR. HILL:  We should note on
 8         the record, on the table in front of
 9         the witness is an iPad on which the
10         plaintiff's Israeli counsel Mordechai
11         Haller is apparently observing the
12         proceedings.
13              MR. TOLCHIN:  Did you appear?
14              MR. HILL:  Yes, I did.
15              VIDEOGRAPHER:  Will the
16         Reporter please swear in the witness.
17   M-O-S-A-A-B   H-A-S-S-A-N   Y-O-U-S-E-F
18         D-A-R-K-H-A-L-I-L, of 18440 68th
19         Street, Phoenix, Arizona, 85054
20         having been first duly sworn, by a
21         Notary Public of the State of New
22         York, testified as follows:
23   EXAMINATION BY MR. TOLCHIN:
24         Q.    Good morning.
25         A.    Good morning.
```

```
 1                  - Y O U S E F -
 2        Q.     Thank you for coming today.
 3        A.     Yes.
 4        Q.     I am going to ask you a series
 5   of questions, the way this works is, I ask
 6   you the question, please listen to the
 7   whole question and then you answer the
 8   question.  You can answer as short or as
 9   long as you feel is necessary to answer the
10   question.  There is no page limit, there is
11   no word limit.
12               If at any time, you don't
13   understand the question or you don't
14   understand the word that I say.
15        A.     I will let you know.
16        Q.     Just let me know.
17               If you need me to explain what
18   I am talking about, that is also fine.
19   That applies if I ask you questions and
20   also, later on, after I'm done, the
21   gentlemen on the other side of the table
22   will have an opportunity to ask you
23   questions and if you don't understand
24   something, they say, you can ask them to
25   explain it as well.
```

```
 1                    - Y O U S E F -
 2              Are you comfortable with that?
 3      A.    Well, I will do my best to be
 4  comfortable.
 5      Q.    Okay.
 6              Thank you.
 7              Where were you born?
 8      A.    Ramallah.
 9      Q.    Where is that?
10      A.    It is in the West Bank.
11      Q.    And I will ask the Court
12  Reporter to-- there will be a lot of Arabic
13  words, names, so, it is important to us
14  that they come out in some coherent way.
15              So either, ask the witness for
16  the spelling or just keep track of it and
17  we will give you all the spellings at the
18  end.  But, we want to be careful about
19  that.
20              Where did you grow up?
21      A.    Ramallah area.
22      Q.    Are you familiar with a--
23  sorry, when were you born?
24      A.    19-- May 6th, 1978.
25      Q.    And, are you familiar with an
```

```
 1                  - Y O U S E F -
 2    organization called Hamas?
 3         A.    Yes.
 4         Q.    What is the organization called
 5    Hamas?
 6         A.    It is the Islamic resistance
 7    movement and my father was one of the
 8    founders of Hamas.
 9         Q.    What is your father's name?
10         A.    Siekh Hassan Yousef.
11         Q.    When you say that your father
12    was one of the founders of Hamas, can you
13    explain what you mean by that?
14         A.    He was one of the founding
15    members of the movement and he still is one
16    of the leaders of the movement.
17         Q.    When did your father found
18    Hamas?
19         A.    Back in 1986.
20         Q.    Did you yourself have any
21    personal involvement with Hamas?
22         A.    Well, I was very close to Hamas
23    and its leadership.  There is no standard
24    of who is a member.  There is no membership
25    cards or numbers for members.
```

```
 1                  - Y O U S E F -
 2              I was sympathetic with Hamas
 3     and I was part of its many activities
 4     during the first and second Intifada.
 5              But this does not mean that I
 6     was a member of the movement.  I was very
 7     close to the movement.
 8        Q.    I am going to go back over some
 9     of the things you just said and ask you for
10     a few more details.
11              When you said that your father
12     was one of the founders of Hamas, who were
13     the other principal founders of Hamas?
14        A.    Well, there are many people who
15     claim that they are founding members of
16     Hamas.  You know, anybody who supported the
17     movement when it was born considered
18     themselves founders of the movement.
19              But I'm talking about the
20     Shuraa Council.  S-H-- you can write,
21     Arabic word, you can write it the way you
22     like.
23        Q.    S-H-U-R-A-A.
24        A.    I think it was.
25        A.    And this is like the
```

```
 1                   - Y O U S E F -
 2    legislative council of Hamas, or the Muslin
 3    Brotherhood.  Members from Gaza, from the
 4    West Bank, and each city had
 5    representatives and they gathered in
 6    Hebron, which brought seven members.  My
 7    father was one of them.
 8                   Sheik Ahmad Yassin and Mahmoud
 9    Mousleh.
10         Q.    Y-A-S-S-I-N?
11         A.    Y-A-S-S-I-N.
12               Mahmoud Mousleh.
13         Q.    M-O-U-S-L-E-H?
14         A.    Yes.
15         Q.    M-A-H-M-O-U-D.
16               I'm just trying to help out.
17          My spellings aren't official.
18         A.    I'm not good at that either.
19               Jamal Saleem, and Jamal
20    Mansour.
21         Q.    M-A-N-S-O-U-R.
22         A.    Also, Ayman Abutaha.
23         Q.    Ayman?
24         A.    A-Y-M-A-N; also Abutaha,
25    A-B-U-T-A-H-A.
```

```
 1                - Y O U S E F -
 2                So, those guys were
 3      representing the Gaza strip refugee camps
 4      district and also, representatives from the
 5      West Bank from Nablus, from Ramallah,
 6      Jerusalem.
 7                I forgot to mention, Jamal
 8      Hamami.  H-A-M-A-M-I.
 9                So, these representatives
10      met back in 1986 and it was actually their
11      second meeting.  They had a meeting early
12      in 1981 trying to establish a military arm
13      for the Muslin Brotherhood and they failed
14      for several years.
15                They met again in 1986 and
16      one year after the incident of the-- that
17      caused the death of six Palestinian workers
18      in Gaza industrial area, those guys were
19      from Jablia, started first Palestinian
20      Intifada and Hamas ride the wave.
21                So it was not like it was
22      several years of process, simply.  And my
23      father was part of the process back in 1981
24      and in 1986, to establish.
25           Q.   You referred to something you
```

```
 1                  - Y O U S E F -
 2    called the Muslin Brotherhood.  Can you
 3    tell us what that is?
 4         A.    Well, it is the Muslin
 5    Brotherhood movement is a well known
 6    movement, was established by Hassan El
 7    Bana.  It is a well known organization, I
 8    don't-- I don't know if it is necessary to
 9    go through the history right now.
10         Q.    But, the reason I am asking is,
11    you referred to establishing a military
12    branch of the Muslin Brotherhood?
13         A.    Yes.
14         Q.    So I wanted you to explain what
15    is the Muslin Brotherhood and what is the
16    military branch.
17              MR. HILL:  Let me pose an
18         objection to lack of foundation.  I
19         don't think the witness has firsthand
20         knowledge of this issue, but he can
21         answer.
22         Q.    You can answer the question.
23              We have agreed to the usual
24    federal strips?
25              MR. HILL:  I object to
```

```
 1              - Y O U S E F -
 2         foundation and I will when you ask
 3         questions that the witness doesn't
 4         have firsthand knowledge.
 5              MR. TOLCHIN:  We usually only
 6         object to form.  The lack of
 7         foundation objection, you can make at
 8         the time of the trial.
 9              MR. HILL:  I don't want to
10         debate with you.  I will make the
11         objections that I think are proper
12         today.
13              MR. TOLCHIN:  Go ahead.
14         A.    Well, the Muslin Brotherhood
15    decided to create Hamas, in order to
16    protect itself.  After their experience in
17    Egypt, direct confrontation with any
18    government cause huge harm for the
19    movement.
20              So, their strategy since that
21    moment was to create a front.  A military
22    front or a political party to take the
23    blame so the mother movement would stay out
24    of trouble, and to keep supporting the
25    infrastructure for the newborn movement or
```

```
 1                - Y O U S E F -
 2   the front.  So that was their strategy.
 3                And this is why they created
 4   Hamas.  In fact this is why Hamas later on
 5   created the military wing of Hamas so the
 6   military wing takes the blame for the dirty
 7   work and the dangerous works, not the whole
 8   movement.
 9                And this has been their
10   strategy.
11       Q.    What are the aims and objective
12   of Hamas?
13                MR. HILL:  Objection, lack of
14       foundation.
15                MR. TOLCHIN:  All right.  I
16       will make him happy.
17       Q.    Do you know what the aims and
18   objectives of Hamas are?
19       A.    Well --
20                MR. HILL:  Again, objection
21       lack of foundation.
22                MR. TOLCHIN:  Go ahead.
23       A.    Hamas was born with two main
24   goals, to destroy Israel, and to build an
25   Islamic state on the rubble of the State of
```

```
 1                  - Y O U S E F -
 2   Israel.  These are the two main goals of
 3   Hamas.
 4        Q.    And what are the means, do you
 5   know what are the means that Hamas
 6   endeavors to use to bring about these
 7   goals?
 8             MR. HILL:  Objection, lack of
 9        foundation.
10             THE WITNESS:  What does he mean
11        by lack of foundation?
12             MR. TOLCHIN:  He is saying you
13        don't really know.
14             MR. HILL:  I'm saying that
15        there is no predicate for the witness
16        to have firsthand knowledge of the
17        question you have asked.  That is
18        what lack of foundation means.
19             MR. TOLCHIN:  You can ignore
20        him.
21             THE WITNESS:  What is
22        foundation of your objection?
23             MR. HILL:  I don't-- it is not
24        proper for me to debate it in the
25        deposition.  I'm entitled to make
```

```
 1                - Y O U S E F -
 2       objections for the record.
 3                THE WITNESS:  I don't
 4       understand.
 5                MR. TOLCHIN:  It is an
 6       objection, lawyers make --
 7                THE WITNESS:  Yes, but I don't
 8       want to be like this, it is
 9       disrespectful.
10                MR. TOLCHIN:  He is really in
11       my opinion doing it to interfere with
12       the deposition so ignore it.
13                MR. HILL:  You're entitled to
14       your opinion Mr. Tolchin.  I have no
15       intention to disrespect you.  I am
16       doing what a lawyer, as I am entitled
17       and required to do.
18                You can answer Mr. Tolchin's
19       questions.  Go ahead.
20       A.    Well, can I ignore what he is
21  saying?
22       Q.    That is perfectly fine.
23       A.    What was the question?
24                (Whereupon, the appropriate
25       testimony was read back by the
```

```
 1                - Y O U S E F -
 2          Reporter.)
 3          A.    Hamas through the history, and
 4   it is a matter of fact, used all means
 5   including targeting civilians, children,
 6   women, stabbing, slaughtering civilians
 7   including suicide bombing attacks, which
 8   show us that Hamas used every possible
 9   violent way to achieve its political
10   agendas.
11          Q.    Now, how do you know that these
12   are the means that Hamas used to achieve
13   its agenda?
14          A.    Well, we--
15          Q.    How do you personally know?
16          A.    I personally know through my
17   supervision of Hamas behavior since it was
18   born.
19               Second, through the time I
20   spent in Israeli prisons, I met with people
21   who are killed, many Israelis who were
22   Hamas members, I saw that on TV.  I
23   witnessed that myself in some terrorists
24   attack scenes and I witnessed the first
25   Intifada, the Molotov cocktails, the
```

1                       - Y O U S E F -

2    development that led to Hamas military wing

3    birth.

4              So, things from news and things

5    from my personal experience, you can say.

6         Q.    Let's go back.  You mentioned

7    that you were in an Israeli prison?

8         A.    Yes.

9         Q.    Why were you in an Israeli

10   prison?

11        A.    Well, the first time I was

12   arrested, it was because I purchased guns

13   and that was discovered by the Israeli

14   security and I was arrested for that crime.

15        Q.    For what purposes had you

16   purchased guns?

17        A.    Purpose of revenge.

18        Q.    Revenge against whom?

19        A.    Against Israel.

20        Q.    And, did you have a specific

21   plan of what you were intending to do with

22   those guns at that time?

23        A.    I did not have specific plan

24   but I was arrested a couple of weeks after

25   I purchased the guns.

19

```
 1                  - Y O U S E F -
 2         Q.     Did you have a general plan of
 3    what you were intending to do with the
 4    guns?
 5         A.     The general plan was to take
 6    revenge from Israel and Israelis.
 7         Q.     Did you have a general plan of
 8    who you were intending to shoot with those
 9    guns?
10         A.     There was no plan at that point
11    but revenge was the motivation for sure.
12         Q.     What were you hoping to get
13    revenge for?
14         A.     Well, I had personal reasons.
15    I had idealogical reasons and political
16    reasons that motivated me and inspired that
17    revenge.
18         Q.     You mentioned that when you
19    were in Israeli prison, you learned
20    something about Hamas, did I get your
21    testimony correct?
22         A.     Well, before that part, I was
23    asked by the Israeli intelligence if I
24    worked for them, and I agreed to work for
25    the Israeli intelligence.  Then I was sent
```

```
 1              - Y O U S E F -
 2    to prison as a cover, so I don't get
 3    exposed.
 4              And during that time, I
 5    discovered the brutality of Hamas torturing
 6    their own members.  In fact not only the
 7    brutality of Hamas, also the brutality of
 8    Fatah torturing their own members and that
 9    opened the big question who was my enemy.
10    Why would I take revenge from Israel and
11    why I don't take revenge from Hamas
12    torturing and killing our people.
13              And that from that point on, I
14    started a journey of questioning all the
15    facts about my father's organization and
16    about my identity.
17         Q.    Were you ever in your life
18    involved in planning any form of attack of
19    the Hamas organization?
20         A.    I had a desire and I had the
21    motivation of revenge, as I said in my mind
22    all the time.  But, I wasn't-- I never been
23    part of Hamas military plan or any
24    terrorist organization plan.  Out of my
25    work with the Israeli intelligence.
```

```
  1                 - Y O U S E F -
  2          Q.    Did there ever come a time that
  3    you planned-- that you gave assistance to
  4    Hamas, to people who were planning an
  5    attack on behalf of Hamas?
  6                 MR. HILL:  Objection, vague.
  7          A.    No.
  8          Q.    Did you ever help members of
  9    Hamas to obtain or hide explosives?
 10          A.    Out of my work in the Israeli
 11    intelligence, I have no relationship with
 12    Hamas military wing or Hamas activities
 13    except peaceful student activities.  Other
 14    than that, I have no involvement in any
 15    terrorist attack, or even a plan.
 16                 But as part of my work with the
 17    Israeli intelligence, a few years after I
 18    was part of planning and that was only for
 19    intelligence gathering information.
 20          Q.    You used the words, first
 21    Intifada and second Intifada, do you recall
 22    using those words?
 23          A.    What was the question?
 24          Q.    Do you remember you mentioned
 25    the first Intifada and the second Intifada?
```

```
 1                    - Y O U S E F -
 2          A.     Ah-hum.
 3          Q.     Could you briefly describe what
 4   was the first Intifada and what was the
 5   second Infifada?
 6          A.     Well, Infifada is an Arabic
 7   word for uprising.  And, it was just major
 8   riots in the streets and strikes, throwing
 9   stones against Israeli authorities in the
10   West Bank and Palestinian territories and
11   that was it.  Continued for several years.
12               The second Palestinian Intifada
13   was a little different because it-- lots of
14   terrorist attacks were involved in the
15   activities, like suicide bombing attacks
16   and killing of innocent civilians.
17          Q.     Do you have any personal
18   knowledge, firsthand personal knowledge
19   about how the second Intifada started?
20          A.     Yes, actually I was in the
21   heart of that decision.  My father came to
22   me the eve of Ariel Sharon's visit to
23   Temple Mount and he asked me if I go with
24   him next morning to Temple Mount.
25               Which is al-Aqsa Mosque
```

```
 1                    - Y O U S E F -
 2   regarding to the Islamic religion.
 3                    I asked him what is the reason,
 4   what is going on.  He said that--
 5                    MR. HILL:  Objection, hearsay.
 6            Q.    You can answer it.
 7            A.    He said that there is-- there
 8   was a visit by Ariel Sharon, and he decided
 9   with Marwan Barghouti and other Palestinian
10   leaders to go to al-Aqsa Mosque to protest
11   against that visit.
12            Q.    Marwan, M-A-R-W-A-N; Barghouti,
13   B-A-R-G-H-O-U-T-I.
14            A.    And that morning, we went to
15   Marwan Barghouti place and Marwan was
16   asleep or he was not in his place.  We
17   waited for him and he did not answer.  Then
18   my father asked me to drive him to Temple
19   Mount, Al-Aqsa Mosque.  I drove him there
20   myself.
21                    Then he met with Marwan, later
22   on, on Temple Mount with Marwan Barghouti
23   and Jibreel Rajoub, J-I-B-R-E-E-L,
24   R-A-J-O-U-B.
25                    And other Palestinian leaders
```

```
 1                      - Y O U S E F -
 2            on Temple Mount and after that, they
 3            came back to Ramallah and they
 4            started demonstration and I was part
 5            of that demonstration.
 6                     MR. HILL:  Sorry, did the
 7            witness say he was part of the
 8            demonstration?
 9                     THE WITNESS:  Yes.
10       Q.    Let's backup.
11                First of all, who was Ariel
12    Sharon at the time that you are referring
13    to?
14       A.    He was the opposition leader
15    and that was right before the elections,
16    the Israeli elections.  He had an attempt,
17    I think to get the attention of the Israeli
18    public, this is all I know about the man at
19    that time.
20       Q.    He had an attempt to get the
21    attention of the Israeli public how?
22                     MR. HILL:  Objection, lack of
23            foundation.
24       A.    By visiting Temple Mount to
25    show the Israeli voters that he cared about
```

```
 1                    - Y O U S E F -
 2    the holy sites.  At least one of his goals.
 3         Q.    Do you recall what day it was
 4    that-- what was the date when your father
 5    asked you to take you to meet with Mr.
 6    Barghouti?
 7         A.    It was the end of September.
 8    The eve of that visit, I don't even
 9    remember the exact date.
10         Q.    You said it was the eve of that
11    visit?
12         A.    The eve of Ariel Sharon's visit
13    to Temple Mount.
14         Q.    In other words it was before
15    Ariel Sharon's visit?
16         A.    Yeah, it was the night.
17         Q.    The night before?
18         A.    Before, yes.
19         Q.    And at the time who was Jibreel
20    Rajoub?
21         A.    He was a general of the
22    Palestinian Authority.  The general
23    responsible for the El Am Liku(phonetic),
24    protective security.  Palestinian
25    protective security.
```

```
1                 - Y O U S E F -
2          Q.    And, at that time, that you are
3     referring to, what was the connection
4     between Hamas and the Palestinian Authority
5     if any?
6                 MR. HILL:  Objection.  Lack of
7            foundation.
8          A.    At that time, the relationship
9     between Hamas and the Palestinian Authority
10    was not a good relationship.  In fact,
11    Hamas was illegal organization.
12         Q.    Against the law?
13         A.    Against the law.
14                And, the Palestinian Authority
15    was doing its best to stop Hamas to
16    convince the international community that
17    they were doing their job of stopping
18    violence.
19                And, but the real issue was to
20    crack down Hamas, because Hamas was the
21    rival of the PLO.  So the reason was not
22    only the security of Israel, or the peace
23    process.  It was to destroy Hamas as a
24    rival movement.  That was the hidden agenda
25    and the PLO and the Palestinian Authority
```

```
 1              - Y O U S E F -
 2    took advantage of the support,
 3    international support to crack Hamas down.
 4              MR. HILL:  Let me also move to
 5         strike for improper opinion
 6         testimony.  Okay.
 7         A.    So simply the relationship was
 8    not a good relationship.  Never been a good
 9    relationship.  But the PLO and the PA, used
10    Hamas to twist the Israeli arm and to put
11    pressure on the international community of
12    achieving their political goals.
13              MR. HILL:  Move to strike.  It
14         was no question.
15              MR. TOLCHIN:  You can make your
16         motion at the time of trial.
17              MR. HILL:  Let me make my
18         record.
19              Don't interrupt me, please.  I
20         am entitled to make an objection.
21              MR. TOLCHIN:  No, you are not.
22         All objections are preserved to the
23         time of the trial, the only objection
24         that you are entitled to make is an
25         objection as to form.  Nothing more.
```

```
 1                  - Y O U S E F -
 2            You can make all these motions and
 3            objections at the time of trial.  Its
 4            ludicrous.  You are making a motion
 5            to who, is there a Judge here?  Are
 6            you making it to me?  I deny your
 7            motion, let's proceed.
 8                  MR. HILL:  Objection, there was
 9            no question pending.  The testimony
10            of the witness just gave was not
11            responsive.  There was a lack of
12            foundation, it was improper opinion
13            testimony.
14                  You may now pose a question.
15                  MR. TOLCHIN:  Move to strike
16            everything you just said.  Motion
17            granted.  Thank you.  Enter order.
18                  MR. ROCHON:  You will rule on
19            your motions and ours?
20                  MR. TOLCHIN:  Absolutely.  It
21            is as ludicrous as making a motion --
22                  MR. ROCHON:  Just for Mr.
23            Yousef.
24                  MR. HILL:  We are making a
25            record, ask the guy a question.
```

```
 1                - Y O U S E F -
 2              MR. ROCHON:  For the witness'
 3         benefit, this dialogue is not focused
 4         on you, it is focused on our lawyer
 5         issues.  Don't take it negative, as
 6         positive, either way it is all our
 7         jobs.
 8              THE WITNESS:  I really don't
 9         care.
10              MR. HILL:  I appreciate that.
11         Q.    You mentioned an individual
12    named Marwan Barghouti?
13         A.    Yes.
14         Q.    At the time, the eve of Ariel
15    Sharon's visit to the Temple Mount, who was
16    are Marwan Barghouti?
17              MR. HILL:  Objection, lack of
18          foundation.
19         A.    Marwan Barghouti at that time
20    was legislative council member and he was
21    the leader of Fatah movement in the West
22    Bank.
23              In fact, he was not elected at
24    that time, he lost the elections.
25         Q.    Marwan Barghouti?
```

```
 1                  - Y O U S E F -
 2        A.     Lost elections, but he was more
 3   popular than his rival, Hussein Al-Sheikh.
 4        Q.     A-L-S-H-E-I-K-H.
 5        A.     Something like that.
 6               But, he was more popular than
 7   Hussein Al-Sheikh and in the Palestinian
 8   mind, he was the leader.  But actually he
 9   was not the leader of Fatah movement.
10               Now, he was popular and he --
11   opposite the negotiations as with Israel.
12   He opposed the negotiations with Israel for
13   personal agendas.  And he found in that
14   way, as a way for his popularity.
15               And that was one of the reasons
16   to go protest on Temple Mount.  This is why
17   he invited my father to go with him.
18               MR. HILL:  Let me again move to
19          strike for improper opinion
20          testimony.
21               MR. TOLCHIN:  That is okay.
22               MR. HILL:  You are asking the
23          witness questions like who, then we
24          are getting a lot of opinions in the
25          answer.
```

```
 1              - Y O U S E F -
 2              MR. TOLCHIN:  He is telling us
 3         what he knows.
 4              MR. HILL:  It would be better
 5         if the witness would just answer the
 6         question asked and not give an
 7         opinion.  I don't know that the
 8         question is asking for an opinion and
 9         then get a lot of opinions in the
10         answer.
11              MR. TOLCHIN:  In the end the
12         beauty of all of this, you have the
13         right to cross examine.
14              THE WITNESS:  You will be able
15         to distinguish between an opinion and
16         a fact.
17              MR. TOLCHIN:  That is not --
18              MR. HILL:  The reason I raise
19         this --
20              MR. TOLCHIN:  Let's not have
21         this debate on the record.  He is
22         entitled to make an objection.  Let's
23         leave it at that.  He is trying to
24         make a mess of the record.
25              MR. HILL:  I am actually trying
```

```
 1                - Y O U S E F -
 2        to clean up the record.
 3            Generally Mr. Yousef, witnesses
 4        are not entitled to give their
 5        opinions, they are only entitled to
 6        give what they know.
 7            MR. TOLCHIN:  This is not
 8        proper.
 9            MR. HILL:  You ask questions
10        about what you know, you are giving
11        us a lot of opinions, that is
12        generating the objection.
13            THE WITNESS:  I am giving you
14        lots of facts, if there is opinion,
15        you can ignore it.
16            MR. HILL:  That is what I would
17        like to do.  Because you are giving
18        me facts mixed up with opinions, that
19        is making me have the objection.  If
20        you answer the questions with facts
21        that will avoid the future objection.
22            MR. TOLCHIN:  Let us proceed.
23        We know what their agenda is.
24        Q.    At the time, the eve-- all my
25    questions right know are about the eve of
```

```
 1                    - Y O U S E F -
 2    Sharon's visit.
 3              Do you know what Hussein
 4    Al-Sheikh's position was?
 5         A.    He was actually the leader of
 6    the Fatah movement in the West Bank.  I
 7    mean, sir, which is the-- I don't know how
 8    to translate this, maybe you can translate
 9    it later on.  Amin Sur Ghrabi(Phonetic).
10         Q.    Can you describe?
11         A.    I think it is secretary
12    general, I think, secretary general of
13    Fatah movement in the West Bank.
14              This is the title that Marwan
15    and Hussein Al-Sheikh were fighting for.
16              MR. ROCHON:  Can I ask the
17         witness to say the Arabic word for
18         that again for us.
19              THE WITNESS:  Amin Sur Hagat.
20              MR. TOLCHIN:  Did that make you
21         happy, Mike.
22              MR. ROCHON:  Well, I know it
23         will be on that record.  I know the
24         Court Reporter will have a hard time.
25              Say it more slowly for the
```

```
 1                  - Y O U S E F -
 2         Court Reporter.
 3                COURT REPORTER:  I got it, I
 4         just don't know how to spell it.
 5                MR. ROCHON:  Amin.  A-M-I-N.
 6                THE WITNESS:  Sur.
 7                MR. ROCHON:  S-U-R.
 8                THE WITNESS:  That works.
 9                Fatah. In the West Bank.  Dafa
10         Ghrabi.
11                MR. ROCHON:  The last part
12         means the West Bank.
13                MR. TOLCHIN:  D-A-F-A
14         G-H-R-A-B-I.
15         Q.    Okay.  Are we done with the
16    Arabic lesson?
17         A.    Yes, I think so.
18         Q.    Were you present when your
19    father spoke to Marwan Barghouti?
20                MR. HILL:  Objection, vague.
21         Q.    In the meeting you described on
22    the eve of Sharon's visit?
23         A.    No.
24                MR. HILL:  Objection, lack of
25         foundation.
```

```
 1                  - Y O U S E F -
 2                MR. TOLCHIN:  What was the lack
 3          of foundation?
 4                MR. HILL:  He said he wasn't
 5          present at the meeting, that is why I
 6          objected.  He just confirmed he
 7          wasn't there.
 8                MR. TOLCHIN:  Okay.
 9          Q.    Following the meeting--
10     withdrawn.
11                Where were you when your father
12     spoke with Marwan Barghouti?
13                MR. HILL:  Objection, lack of
14          found.
15          A.    I was at home, you know, when
16     my father came to me, you know, he told
17     me--
18                MR. HILL:  Objection, hearsay.
19          Mr. Yousef.
20                MR. TOLCHIN:  It is okay.
21                MR. HILL:  We need to have a
22          question that is called for.  You
23          just asked --
24                MR. TOLCHIN:  Let him answer
25          the question.
```

```
 1              - Y O U S E F -
 2          MR. HILL:  Now he is giving
 3       hearsay testimony.
 4          MR. TOLCHIN:  You can't do this
 5       to every question.  This is the same
 6       garbage you pulled when we were in
 7       Israel.  You can't do this.  You can
 8       say, objection, as to form, and you
 9       reserve everything else for the time
10       of trial.
11          If this goes on much longer, I
12       will call the Judge and let him
13       educate you on what the local rules
14       provide.
15          MR. HILL:  I think the witness
16       needs to be educated on just
17       answering the question.
18          MR. TOLCHIN:  No, you need to
19       be educated on what your job is here.
20          THE WITNESS:  Are we done?
21          MR. TOLCHIN:  Yes.
22          MR. HILL:  You should wait for
23       a question.
24          MR. TOLCHIN:  No, no, just
25       complete your answer please.
```

1                  - Y O U S E F -

2                  MR. HILL:  Ob --

3                  MR. TOLCHIN:  Would you stop

4          it.

5                  MR. HILL:  The question was,

6          where were you.  He answered that

7          question.  You should put another

8          question.

9                  MR. TOLCHIN:  Let him complete

10         the answer.

11         Q.    Is there something else you

12    wish to say to complete your answer?

13                 THE WITNESS:  This is an

14         attempt to frustrate me, I promise

15         you that you can't.

16                 MR. HILL:  I'm not trying to

17         frustrate you, sir, you are not

18         answering the question.

19                 THE WITNESS:  I promise you the

20         facts that I have they are going to

21         nail the case.

22                 MR. TOLCHIN:  Let's continue.

23                 THE WITNESS:  I promise you

24         that.

25                 MR. TOLCHIN:  Let's continue

```
 1                  - Y O U S E F -
 2         with the facts.
 3         A.    That was not the only event
 4    that I was with Marwan Barghouti and his
 5    assistants.  And I knew about their plans.
 6    That time, I was not in the meeting where
 7    my father was with Marwan Barghouti, but I
 8    was in many other meetings.
 9         Q.    So let's backup.  I want to
10    make sure we understand this clearly.
11              Your father -- you told us in
12    late September on the eve of Sharon's
13    visit, your father asked you to take him to
14    Marwan Barghouti, you didn't find him there
15    when you went to his house; is that
16    correct?
17         A.    Right.
18         Q.    Did your father tell you why
19    you were going go to Marwan Barghouti's
20    house?
21              MR. HILL:  Objection, hearsay.
22         A.    Yes.
23         Q.    What did your father tell you
24    about why you were going to Marwan
25    Barghouti's house?
```

```
 1                  - Y O U S E F -
 2            MR. HILL:  Objection, hearsay.
 3       A.    He told me the result of their
 4  meeting for that evening and they decided
 5  to go to Temple Mount to protest, launch an
 6  Intifada against Ariel Sharon's visit and
 7  take advantage of that as an event to start
 8  an Intifada as a response for the collapse
 9  of the negotiations.
10       Q.    Which negotiations are you
11  referring to?
12       A.    The negotiations between the
13  Palestinian Authority and Israel.
14       Q.    When you say, they decided to
15  launch an Intifada, who is "they", who are
16  you referring to?
17            MR. HILL:  Objection.  Lack of
18             foundation.
19       A.    I am referring to the
20  Palestinian factions including Hamas, and
21  Fatah movement.
22       Q.    So, is it fair to say, as you
23  understand it, that Hamas and Fatah were
24  working together to start this Intifada?
25            MR. HILL:  Objection, lack of
```

```
  1                  - Y O U S E F -
  2          foundation.
  3          A.    Well, in fact, the intention of
  4     the Intifada was not Hamas' first plan.  It
  5     was in the first place, Fatah had a plan
  6     and they wanted Hamas to be involved in
  7     that Intifada.
  8                  Hamas, most Hamas leaders did
  9     not like the idea of listening to Fatah,
 10     and following its lead, of launching
 11     Intifada.
 12                  This is why my father was the
 13     only Hamas leader who believed in following
 14     Fatah steps of launching an Intifada.
 15                  Hamas' position was that Fatah
 16     and the PA, is trying to use us to twist
 17     the Israeli arm and rise the negotiations
 18     ceiling.
 19                  My father had different
 20     opinions about that and he insisted that we
 21     need to get involved, and this explains the
 22     slow involvement of Hamas in the second
 23     Palestinian Intifada.
 24                  But was there a representative
 25     of the movement and his name Hassan Yousef,
```

```
 1                  - Y O U S E F -
 2    yes, he was there.  Was he in Yasser
 3    Arafat's meeting, yes, he was there.  Did I
 4    read the reports of the meetings, of every
 5    meeting, yes.  Did I give it to the Israeli
 6    government, yes, I did.
 7                Was I in these meetings, yes, I
 8    was in those meetings and I was witnessing
 9    for the cooperation between Hamas and Fatah
10    and other Palestinian factions.
11         Q.    Thank you.
12                And, you say that you were
13    present at meetings.  Tell me what meetings
14    you are referring to.  What meetings were
15    you present at relating to the second
16    Intifada and the involvement of the PA and
17    Hamas.
18         A.    I was working as my father's
19    assistant during the second Palestinian
20    Intifada.
21                And, I was part of few
22    meetings, three or four meetings, with
23    Yasser Arafat, Marwan Barghouti and other
24    Palestinian faction representatives.
25                The meetings that I was not
```

```
 1                 - Y O U S E F -
 2    in-- present in the meeting, I had access
 3    to the report that my father wrote with his
 4    hand and I printed and E-mailed it to all
 5    Hamas locations and offices in Damascus and
 6    Gaza and other West Bank cities, which gave
 7    me access to information of what happened
 8    in every single meeting between my father
 9    and PLO and PA representatives.
10         Q.    I'm sure this is obvious, but
11    just for the record, at the time that you
12    are referring to, who was Arafat?
13         A.    Yasser Arafat was the PA and
14    PLO Chairman.
15         Q.    In the meetings that you were
16    personally present at, what do you recall
17    Mr. Arafat saying with respect to the
18    second Intifada?
19         A.    Excuse me?
20         Q.    Talking about the meetings
21    where you were personally present.  Do you
22    remember Arafat saying anything about the
23    second Intifada?
24         A.    Well, in private meetings, I
25    did not see Yasser Arafat, attempt or
```

```
 1                    - Y O U S E F -
 2      serious attempt to stop Hamas suicide
 3      bombing attacks.
 4              His public speeches were
 5      totally different than his actions on the
 6      ground.  He was from one hand condemning
 7      Hamas in public for carrying suicide
 8      bombing attacks, because he knew the
 9      international community reaction in case he
10      did not condemn these attacks.
11              But in the evening, he would
12      meet with a top Hamas leader, Sheikh Hassan
13      Yousef and have dinner with him.  And did
14      not ask him once to stop suicide bombing
15      attacks except he had, if it was for
16      tactical purposes.  Is that clear?
17         Q.    Yes.  When you say, except for
18      tactical purposes, what do you mean by
19      that?
20              MR. HILL:  Objection, lack of
21          foundation.  It is no longer clear
22          whether it's the meetings he was
23          personally present at.
24              MR. TOLCHIN:  I asked him what
25          he means about a word.
```

```
 1                    - Y O U S E F -
 2              MR. HILL:  That is why I
 3          object, there is a lack of
 4          foundation.  He can answer.
 5          A.    I mean by tactical reasons,
 6     like for example people, once Hamas carried
 7     several suicide bombing attacks in less
 8     than a week.  And, there was huge
 9     threatening from Israel to the PA, if they
10     don't stop suicide bombing attacks.
11              The right way was to keep the
12     Hamas military wing prisoners in prison,
13     not to come and talk to Hamas
14     representatives and ask him to calm down,
15     calm the attacks.
16              So, if Yasser Arafat wanted to
17     stop suicide bombing attacks, he could keep
18     Ibrahim Hamed, the Hamas military wing
19     leader in the West Bank and Jamal Mansour,
20     one of the founders by the way of Hamas
21     that I forgot to mention.  And the
22     ex-leader of the military wing in the West
23     Bank, Abdula Barghouti.
24          Q.    The same way as the other.
25          A.    Hamas bomb maker and Saleh
```

```
 1              - Y O U S E F -
 2   Talahme, to keep them in prison.  Instead,
 3   he asked my father in one of the meetings
 4   to calm the violence and in the mean time,
 5   released all the Hamas military wing guys
 6   from prison.
 7              So, how can the PA explain that
 8   to anybody.  If the intention was to stop
 9   violence, I won't release bomb makers
10   unless it was tactical for a short time to
11   convince, and this is an opinion, yes, it
12   is an opinion, and if I am wrong, please
13   prove it.
14              MR. HILL:  Okay.  I will object
15         to the improper opinion.
16              Next question.
17              MR. ROCHON:  I know you are in
18         the middle of something when you do
19         get to a breaking point.  I don't
20         need a break now.  When you get to
21         one, let me know.
22              MR. TOLCHIN:  Would you like me
23         to get you some water.
24              MR. ROCHON:  Keep going.  I
25         don't want to interrupt.
```

```
 1                  - Y O U S E F -
 2         Q.    Besides-- you told us that
 3   Arafat did not stop Hamas from carrying out
 4   suicide attacks.  Did you ever hear Arafat
 5   encourage these attacks?
 6              MR. HILL:  Objection to the
 7         characterization.
 8         Q.    You can answer it.
 9         A.    I did not hear him encouraging
10   that.  And he was much smarter than making
11   such a mistake.
12              MR. HILL:  Objection to the
13         opinion at the end of the testimony.
14              MR. TOLCHIN:  I will stipulate
15         it.  Yasser Arafat wasn't smart.
16              Why don't we take a break right
17         now.  Get your water.
18              VIDEOGRAPHER:  We are now off
19         the record, the time is 11:15 a.m.,
20         January 10, 2012.
21              (Whereupon a recess was taken.)
22              VIDEOGRAPHER:  This is tape two
23         of the deposition of Mr. Mosab Hassan
24         Yousef.  We are back on the record,
25         the time is 11:29 a.m., today is
```

```
 1                   - Y O U S E F -
 2              January 10th, 2012.
 3    BY MR. TOLCHIN:
 4         Q.    Mr. Yousef, you mentioned
 5    meetings that you attended, you told us
 6    that Mr. Arafat and Mr. Barghouti, were
 7    present?
 8         A.    Ah-hum.
 9         Q.    Do you recall that testimony?
10         A.    Yes.
11         Q.    Who else was present at those
12    meetings?
13         A.    A representative of every
14    Palestinian faction.
15         Q.    Which factions are you
16    referring to?
17         A.    Hamas, Fatah, Islamic Jihad,
18    the public front for liberating Palestine.
19         Q.    PFLP?
20         A.    And the Democratic Front for
21    Liberating.  Fida.
22         Q.    F-I-D-A?
23         A.    Yes.
24         Q.    What is that?
25         A.    It is-- Fida means sacrifice, I
```

```
 1                - Y O U S E F -
 2    guess in English, I'm not sure about the
 3    exact translation, but it is a Palestinian
 4    faction.
 5              Jabhat al-Tahrir al-'Arabiyya,
 6    which means I think the Arabic Front for
 7    liberation.
 8         Q.   Any other factions?
 9              MR. HILL:  Any other factions
10         present at the three or four meetings
11          that he attended?
12              MR. TOLCHIN:  Yes.
13         A.   Most Palestinian factions were
14    at that meeting.  I'm not sure if I am
15    remembering every faction right now, but
16    the goal was to bring all Palestinian
17    factions in this type of meetings.
18              MR. HILL:  Again, objection to
19          the opinion at the end.
20         Q.   During the three or four
21    meetings that you said you attended, were
22    the representatives of those factions
23    always the same people?
24         A.   Yes and no.
25         Q.   Okay.
```

```
 1                  - Y O U S E F -
 2         A.    I don't know if this is an
 3    answer.
 4         Q.    I will help you out.
 5               Was it for Hamas, the
 6    representatives for Hamas always the same?
 7         A.    Every district had this type of
 8    meetings.  Now, there was a general
 9    meeting, which was the top representatives
10    of every factions.  Since for example this
11    type of meeting was attended by somebody
12    like my father, Marwan Barghouti because it
13    was a top representatives of the
14    Palestinian factions.
15               There were other meetings that
16    were like on a lower level, that had lower
17    profile representatives.  Sometimes, one of
18    the high profile representatives like
19    Marwan Barghouti would be sick, maybe
20    arrested, maybe assassinated, so somebody
21    would replace him from the lower level.
22               So for that, you know, but in
23    general, yes, there are certain
24    representatives who attended every meeting
25    once a week dealing with the second
```

```
 1                  - Y O U S E F -
 2    Palestinian Intifada.
 3                  The meetings took place in
 4    institutions that was owned.
 5                  MR. HILL:  Let me object, the
 6              witness is giving a narrative answer
 7              and we are beyond the question.
 8         A.    That was owned by the
 9    Palestinian Authority and sometimes, the
10    meetings took place in Yasser Arafat's
11    compound in his office.
12         Q.    I want to make Mr. Hill happy.
13                Where does these meetings take
14    place, the meetings you attended, where did
15    they take place?
16         A.    Okay.
17         Q.    It is the same answer you just
18    gave but he wants a proper question.
19         A.    I know how to answer this,
20    please.
21                All the meetings took place in
22    institutions that are owned by the
23    Palestinian Authority and the PLO.
24                The water they drank it was
25    paid by the PLO, the food that they ate was
```

```
 1                  - Y O U S E F -
 2    paid by the PLO and by the Palestinian
 3    Authority.  The security that was outside
 4    to make sure that everybody is safe was the
 5    Palestinian Authority security.
 6              And some of those meetings,
 7    when Yasser Arafat wanted to meet with
 8    everybody, instead of having them in the
 9    Sakhar Habash office.  S-A-K-H-A-R, Habash.
10    H-A-B-A-S-H.
11              So, when Yasser Arafat wanted
12    to meet with everybody, so instead of
13    meeting in Sakhar Habash office, they would
14    meet in Yasser Arafat's office.  The same
15    representatives who meet once or twice a
16    week, in the other Palestinian Authority
17    institutions and offices.
18        Q.    Getting back to the question I
19    asked you before, was your father--
20    withdrawn.
21              At these meetings that you
22    described where you were personally
23    present, who was the representative for
24    Hamas?
25        A.    Siakh Yousef.
```

```
 1                  - Y O U S E F -
 2          Q.    Your father?
 3          A.    My father.
 4          Q.    Anybody else or only your
 5   father?
 6          A.    Sometimes he would be escorted
 7   by Jamal Altweel.  A Hamas leader in the --
 8   A-L-T-W-E-E-L.
 9          Q.    Who would attend-- the meetings
10   that you personally attended, who attended
11   on behalf of Fatah?
12          A.    Marwan Barghouti.
13          Q.    And, the meetings that you
14   personally attended who attended on behalf
15   of Islamic Jihad?
16          A.    Several people attended and I
17   don't remember their names.  They are not
18   very famous guys.
19          Q.    Was it you said several people.
20   Is it your testimony there were different
21   people, at different meetings?
22          A.    Yeah, they had three people
23   that usually would come and mostly they
24   were from the military wing of the Islamic
25   Jihad.  Because the Islamic Jihad is not
```

```
 1                  - Y O U S E F -
 2    like Hamas, they don't separate between
 3    military.  They don't have social
 4    infrastructure let's say.  So it's a
 5    military organization all of it.
 6              So, for that, you know they
 7    would have secret representatives, so they
 8    would not tell their names all the time and
 9    I remember some of them, but honestly, I
10    forgot their names.  I can find their names
11    if it is important.
12        Q.    You don't know, as you sit here
13    today, you don't remember the names?
14        A.    Yeah.
15        Q.    The meetings that you attended,
16    who was the representative of the PFLP?
17        A.    It was Abed El-Rahim.
18        Q.    The last name?
19        A.    Malouah.
20        Q.    M-A-L-O-U-A-H?
21        A.    Yeah.
22        Q.    And who attended those meetings
23    for the Democratic Front For the Liberation
24    of Palestine?
25        A.    If I am not mistaken, Kais
```

```
 1                  - Y O U S E F -
 2    Abdul Kareem.
 3           Q.    K-A-I-S, Abdul Karem.
 4    K-A-R-E-E-M.
 5                 Who was the representative on
 6    behalf of FIDA at the meetings that you
 7    attended?
 8           A.    Rafat Saleh.
 9           Q.    R-A-F-A-T?
10           A.    Yes.
11           Q.    Saleh, S-A-L-E-H.
12           A.    Ah-hum.
13           Q.    And lastly, the Arab Front For
14    the Liberation of Palestine or Arab Front
15    for Liberation you called it?
16           A.    Ah-hum.
17                 MR. HILL:  Again, you are
18            asking who attended.
19           Q.    Who attended the meetings that
20    you were personally present at on behalf of
21    this organization, that you recall.
22           A.    Jabhat al-Tahrir al-'Arabiyya,
23    which is the Arabic Front For Liberation.
24    I don't remember the name of the person.
25                 MR. ROCHON:  That one we have.
```

```
 1                - Y O U S E F -
 2          Q.    The meetings that you attended,
 3    can you put those in time when did they
 4    take place.
 5          A.    The same exact meeting.
 6          Q.    The ones where you-- stop me if
 7    I say something erroneous, you told us
 8    there were some meetings that you
 9    personally attended and other meetings that
10    your father attended, but you saw the
11    notes.  So I am asking you, about the ones
12    where you were personally present.
13          A.    Yes.
14          Q.    When were those?
15          A.    I was in-- I don't remember the
16    exact date.  I did not keep track of all
17    that because I said, they were taking place
18    once a week or twice a week.
19          Q.    But I am asking if you can't
20    tell me the exact date, just help me
21    establish when they were in time.  You
22    know, do you know the month, do you know if
23    it was around a certain event?
24          A.    Yes.  I want to be like honest
25    in this --
```

```
 1                  - Y O U S E F -
 2        Q.    Ah-hum.
 3        A.    -- area.  I would like careful
 4   how I say this, because I did not, I never
 5   been to a full meeting all the way.
 6        Q.    Okay.
 7        A.    If I was in a meeting, I was
 8   maybe just for quickly that my father was
 9   asking me for something to writing
10   something down or he had a very important
11   phone call.  Things like this.  So I was
12   not part of the meeting in person.
13             In fact there was no place for
14   me there.  It was inappropriate to be
15   there.
16             But did I hear what they were
17   saying, sitting outside, yes, I hear it.
18   Was I close enough, yes, I was.  Did I read
19   every report as I said, of every word was
20   said in that meeting, yes, I did.  But I
21   never was part of the meeting.
22        Q.    Okay.  I appreciate that.
23             When you say you were sitting
24   outside what are you referring to?
25        A.    What?
```

```
 1                  - Y O U S E F -
 2          Q.    You said you were sitting
 3   outside the meeting?
 4          A.    Yes, I was my father's
 5   assistant and his assistant and his guard
 6   along with other guards including Marwan
 7   Barghouti's assistants and guards.  All of
 8   us would sit outside.  Our duty was to
 9   assist the leaders inside and give them
10   protection as well.  With the cooperation
11   with the Force 17, Yasser Arafat guards.
12          Q.    So you would sit outside the
13   room where the meeting was taking place?
14          A.    Yes.
15          Q.    From where you were sitting
16   outside the room of where these meetings
17   would take, could you hear what was being
18   discussed at these meetings?
19          A.    Not at the time, but sometimes
20   it would be clear for us.
21          Q.    And, besides yourself, would
22   the other people who-- the other guards
23   also hear what was going on?
24          A.    Yes.
25          Q.    And, would you have occasion to
```

```
 1                 - Y O U S E F -
 2    go into the room where the meeting was
 3    taking place for various reasons?
 4          A.    Yes.
 5          Q.    And, when you would go in the
 6    room, would you also hear or see what was
 7    going on at the meetings?
 8          A.    Yes.
 9          Q.    You mentioned your father's
10    notes.  Were those written out in
11    handwriting or typed or what form did they
12    take?
13          A.    It was handwriting.
14                Now, as I see, Ramallah is one
15    of the areas and it is not-- the meeting
16    was taking place in Ramallah but the
17    leaders of Hamas, in Damascus and Gaza,
18    Hebron, Nablus, and other Palestinian
19    territories needed to know what was going
20    on.  So my father was required to write
21    everything that was there.  Sometimes not
22    every word, but the headlines of the
23    meeting and the goals of the meeting and
24    what the decisions that were made in that
25    meeting.
```

```
 1                    - Y O U S E F -
 2                    And, my duty was to type that,
 3      and E-mail it to all Hamas offices in Gaza
 4      and outside.
 5           Q.    So, what you would E-mail was
 6      not your father's handwriting but you typed
 7      up the handwriting?
 8           A.    I would type it and E-mail it.
 9           Q.    How would you E-mail it?
10           A.    Just using my computer.
11           Q.    Whose E-mail account would you
12      use?
13           A.    Well, there was a separate
14      account for this thing.  Actually, there
15      were a few accounts.  One was to go for the
16      Israeli intelligence and one was to go for
17      the Hamas leadership in Damascus.
18           Q.    Do those E-mail accounts still
19      exist?
20           A.    I don't think so.
21           Q.    Do you know who was the service
22      provider for those E-mail accounts?  In
23      other words, was it Hotmail or Yahoo?
24           A.    Always we used to change that.
25      It was Gmail, it was Hotmail, it was like
```

```
 1                    - Y O U S E F -
 2    different E-mails.
 3           Q.    As you sit here today, do you
 4    still have access to any of those E-mail
 5    accounts?
 6           A.    No, no, I don't.
 7           Q.    What were the tactics that were
 8    being utilized during the second Intifada.
 9               MR. HILL:  Objection, vague,
10            lack of foundation.
11           Q.    To your knowledge.  I will make
12    him happy.
13               Do you know what tactics were
14    being utilized in the --
15           A.    What do you mean by utilized?
16               MR. HILL:  Same objection.
17           Q.    Used, I'm sorry.
18               MR. HILL:  Same objections.
19           A.    By who?
20           Q.    By the different factions?
21               MR. HILL:  Same objections.
22           Q.    In other words, was this a
23    verbal protest, were they holding up signs,
24    were they throwing stones, were they
25    doing-- what methods were they using to
```

```
 1                 - Y O U S E F -
 2    carry out the second Intifada?
 3         A.    Well --
 4              MR. HILL:  Same objections.
 5         A.    Well, every Palestinian faction
 6    had its own tactics.  Now, unfortunately
 7    the situation is very complicated and if I
 8    want to expand on this, just this answer, I
 9    can go on and on for hours.
10              But, Hamas strategy was more
11    violent strategy because Hamas did not see
12    the picture the way that the PA saw it.
13    Especially the PA and the PLO had a long
14    history of negotiations and working on the
15    international level, that they know that
16    using violence is not going to be
17    appreciated by any free country.
18              And for that, Hamas did not
19    understand that picture.  Hamas goal was
20    just to take revenge and to cause harm to
21    Israel.
22              Now, violence helped the
23    Palestinian Authority to make a point and
24    the Palestinian Authority saw that Hamas
25    could do this dirty job.  And this is why
```

```
 1                - Y O U S E F -
 2    the Palestinian Authority released the
 3    Hamas prisoners.  And that was the main
 4    tactic of that.
 5                At some point, Fatah started to
 6    lose its popularity in the Palestinian
 7    street, because Hamas was using violence
 8    and people started to trust Hamas,
 9    especially the ones who were hurt because
10    of the violence.  Who lost family members
11    in the confrontations.
12                So now Fatah had to keep up
13    with Hamas which transferred Fatah into a
14    more violent organization which created the
15    al-Aqsa Martyrs Brigades.
16                Later on, al-Aqsa Martyrs
17    Brigades, later on, all Palestinian
18    factions started to follow the lead of
19    Hamas and the lead of Fatah, because this
20    way, they were winning public by escalating
21    violence against Israel.
22                So now what was, was this a
23    major plan of the PA?  Well, I think things
24    at some point went out of control, but
25    where there are Palestinian Authority, top
```

```
 1              - Y O U S E F -
 2   leaders, high profile leaders involved
 3   directly in sending suicide bombers to
 4   Israel, yes.  Did Yasser Arafat knew about
 5   them?  Yes he did.
 6              Did he do anything to stop
 7   them?  He didn't.
 8              MR. HILL:  So let me for the
 9         record object, lack of foundation,
10         improper opinion and the prior answer
11         which I am sure is several pages long
12         in the transcript.
13              MR. TOLCHIN:  So, Mr. Court
14         Reporter can you read back the
15         previous question, just the question.
16         Not the answer.
17              (Whereupon, the appropriate
18         testimony was read back by the
19         Reporter.)
20   Q.    I gleaned from your answer that
21   suicide bombs was one of the tactics?
22   A.    Absolutely, yes.
23              MR. HILL:  Objection, vague.
24   Q.    Besides suicide bombs, what
25   other tactics were used during the second
```

```
 1                 - Y O U S E F -
 2    Intifada?
 3              MR. HILL:  Objection, vague.
 4         Lack of foundation.
 5         A.    Sending children -- instead of
 6    going to school, stopping their schools and
 7    sending them to Israeli check points to
 8    throw stones on Israeli soldiers and get
 9    wounded and killed to collect more
10    donations from the Arab countries.  That
11    was a main tactic of collecting donations.
12              MR. HILL:  Again, although I'm
13         not sure the question called for an
14         opinion, the witness gave one, so I
15         will object to the opinion.
16              THE WITNESS:  Well, actually
17         this is not an opinion.  This is a
18         fact.  This is a fact.
19              MR. TOLCHIN:  This is just --
20              MR. HILL:  I'm not trying to
21         argue.  I am making my record.
22              MR. TOLCHIN:  Let him make his
23         objection.  One day a Judge will say
24         if he is right or wrong.  He is just
25         saying it so its written down in the
```

```
 1                    - Y O U S E F -
 2         transcript next to your question.
 3         You don't have to take it personally.
 4              THE WITNESS:  I'm not taking it
 5         personally.  It is simply, you know
 6         when I said that, that was not my
 7         opinion, it was a fact because when a
 8         child dies, you know, next day, the
 9         Palestinian factions, could launch
10         another demonstration.
11              The launching of the
12         demonstration starts with the
13         funeral.  So if they did not have a
14         victim to start a funeral, where
15         people are angry, most Palestinian
16         factions including Fatah, could not
17         keep the Intifada and the riots for--
18         so that was the main reason to send
19         children to die on check points.  I
20         know it is hard to say, but it is--
21         this is the truth that hurts.
22              MR. HILL:  Again, objection to
23         the lack of foundation.  There wasn't
24         even a question pending.  Improper
25         opinions.
```

```
 1                - Y O U S E F -
 2            Why don't we get a question and
 3          answer, please.
 4        Q.    Were there any other tactics
 5    that were utilized during the second
 6    Intifada.
 7            MR. HILL:  Objection, vague.
 8          Lack of foundation, calls for
 9          opinion.
10        Q.    You can answer it.
11        A.    Well, the most dangerous
12    tactic, you know, was to unleash Hamas
13    organization.  That was the most dangerous
14    tactic.
15        Q.    Okay.
16        A.    Why Hamas was an illegal
17    organization, the Palestinian Authority
18    unleashed Hamas and gave it space to make
19    bombs and target civilians, Israeli
20    civilians.  That was the most important
21    tactic that the PLO and the PA did for
22    several years.
23        Q.    What about machine gun attacks.
24            MR. HILL:  Objection, vague.
25          Lack of foundation.  Calls for
```

```
 1                - Y O U S E F -
 2        opinions.
 3        Q.     Were machine guns a tactic
 4   utilized say by Hamas during the second
 5   Intifada?
 6               MR. HILL:   Same objection.
 7        A.     The tactic was by the Fatah, at
 8   the beginning of the Intifada to target
 9   settlers, Israeli settlers and Israeli
10   settlers in the West Bank.  Not in the
11   Israeli territories.  That was at the
12   beginning.
13               And this is why the PA,
14   created, the PA and Fatah, created al-Aqsa
15   Martyr Brigades which was founded by Yasser
16   Arafat personal guards, who were wearing
17   their Force 17 suits or uniforms, and
18   living outside of Yasser Arafat's compound,
19   while still paid by the PA.  Using PA guns
20   to shoot Israeli settlers and Israeli
21   soldiers every night.  That was the tactic
22   of the PA and the PLO.
23               As I said, when Hamas started
24   to get more popularity because it caused
25   more damage to Israel, Fatah had to keep up
```

```
 1                    - Y O U S E F -
 2      with Hamas, so the tactic of targeting
 3      Israeli settlers in the West Bank only, did
 4      not help the popularity of Fatah and the
 5      PLO in the West Bank.  Which forced them to
 6      go to the level of Hamas violence to start
 7      sending suicide bombers to target Israeli
 8      civilians on the Israeli soil, within the
 9      1948 borders.
10           Q.   What you just told us in this
11      answer, how do you know this information?
12           A.   I had the privilege to be the
13      first person to discover the first cell of
14      the al-Aqsa Martyr Brigades in Batunia.
15           Q.   B-A-T-U-N-I-A.
16           A.   In Batunia area.  I was given
17      information by the Israeli intelligence, of
18      suspicious car and I followed the car, and
19      I located the apartment, to find out that
20      those guys were Yasser Arafat guards and
21      that was strange for all of us.
22                Why Yasser Arafat guards would
23      live outside of the compound, carrying
24      their guns, wearing their uniforms and
25      sleeping all day long, where they start to
```

```
 1                  - Y O U S E F -
 2      move during the nighttime.
 3                  In fact meeting with a top
 4      Hamas leader, his name is Maher Odeh.
 5                  And this is where we start our
 6      track of those guys and I was on that
 7      operation.  That leaders, that those guys
 8      no more than Yasser Arafat's personal
 9      guards.
10                  Now, two of them I remember
11      their names, Mohammed Abu Halwa.
12                  MR. ROCHON:  M-U-H-A-N-A-D;
13          Abu, A-B-U; Halwa, H-A-L-W-A.
14          A.    The other guy's name.
15      A-H-M-A-D, his last name is Ghandour.
16      G-H-A-N-D-O-U-R.
17                  Those two guys were the
18      founders of the first cell of al-Aqsa
19      Brigades, that they start shooting in the
20      West Bank area, targeting Israeli settlers
21      and Israeli soldiers.  But they were paid
22      by the PA and the PA knew that they were
23      living outside of the Yasser Arafat
24      compound, providing them with all
25      logistics, including weapons, including
```

```
 1                  - Y O U S E F -
 2    information, and protection.
 3              They -- protective, Palestinian
 4    protective security, knew about their
 5    location, and they didn't do anything.  In
 6    fact, after Israel targeted Abu Ghandour
 7    and his group, they were totally exposed to
 8    the Palestinian public, and they moved in
 9    Yasser Arafat compound as safe place.
10              And Mohammed Abu Halwa lived in
11    Yasser Arafat compound.  In fact, he had a
12    room, I want to say in the same building as
13    Yasser Arafat's office to hide from an
14    Israeli assassination.
15              Did Yasser Arafat personally
16    know about Mohammed Abu Halwa's residency
17    there?  I am not sure.  But all the PA top
18    leaders knew about that, including Marwan
19    Barghouti.
20              In fact, all the cash that was
21    given to Mohammed Abu Halwa was given to
22    him by Marwan Barghouti and Marwan
23    Barghouti would take that cash directly
24    from Yasser Arafat.  So, this is like
25    another, like fact that I witnessed.
```

```
 1                  - Y O U S E F -
 2        Q.    Tell me, how did you know that
 3    that cash was given to him by Mr.
 4    Barghouti?
 5              MR. ROCHON:  For the last,
 6         answer foundation.  Actual knowledge.
 7              MR. HILL:  I think I objected
 8          in the beginning its quite a long
 9          answer.
10        Q.    How did you personally know
11    that this cash was given to him by Marwan
12    Barghouti?
13        A.    I never seen Yasser Arafat
14    giving somebody money in hand.  But Al
15    Faransi.
16        Q.    A-L, F-A-R-A-N-S-I.
17        A.    Who is Marwan Barghouti
18    assistant and guard, told me this
19    information and I think he was telling the
20    truth.
21        Q.    Is Achmed Al Faransi also known
22    by another name?
23        A.    This is his fame name.  This is
24    all I know.
25        Q.    Is he also Achmed Barghouti?
```

72

```
 1                  - Y O U S E F -
 2          A.    His last name is Barghouti.  If
 3     you ask Achmed, there are like a thousand
 4     names like this.  He is known as Achmed Al
 5     Faransi.  Yes, that is correct.
 6          Q.    Achmed Albarghouthi and Al
 7     Faransi are the same person?
 8          A.    Same person.
 9          Q.    So, Achmed Al Faransi told you
10     this?
11          A.    Yes.
12          Q.    When did he tell you this and
13     why?
14          A.    Not on one occasion.  In fact
15     he was as I told you, we met at least once
16     or twice a week and every meeting he would
17     give me this type of information about
18     Yasser Arafat's activities, who got more
19     money because there was a competition
20     between Marwan Barghouti and Hussein
21     Al-Sheikh.
22               MR. HILL:  Let me interpose an
23          objection.
24          A.    Yasser Arafat's strategy was to
25     give rivals, money.  So Marwan and Hussein
```

```
 1                  - Y O U S E F -
 2    were in a competition and he gave both of
 3    them money that was his tactic.
 4              And now, Al-Faransi would try
 5    to approve to me that Marwan got more money
 6    than Hussein Al-Sheikh and that was the
 7    way, that I got not only one event, many
 8    events of Yasser Arafat giving money
 9    directly to people who were involved in
10    killing Israeli settlers and soldiers.
11        Q.    What was your understanding, if
12    you had an understanding, as to why Achmed
13    Faransi was interested in showing you that
14    Marwan Barghouti got more money from
15    Arafat?
16              MR. HILL:  Objection, lack of
17              foundation calls for improper
18              opinion.
19        A.    It was to approve that Marwan
20    was on the top of the game, not Hussein
21    Al-Sheikh, no one else.
22        Q.    And, did you have at the time,
23    did you have any understanding about why it
24    was important to Achmed Faransi to prove
25    this to you?
```

```
 1                  - Y O U S E F -
 2              MR. HILL:  Objection lack of
 3          foundation, calls for opinion.
 4          A.    Achmed Faransi asked for my
 5     help to give him explosives or get the
 6     person who makes the explosives for Hamas,
 7     to give Achmed Al Faransi explosives for
 8     seven suicide bombers who came from the
 9     north.
10              And, he was trying all the time
11     to build this trust with me, by telling me
12     some of their organization secrets and the
13     dynamics and the conflicts within the
14     movement.  He was, you can say, like a big
15     mouth and I didn't know exactly his
16     motivations.
17              But, my job was to be a good
18     listener and that was what I was doing.
19          Q.    When you say it was your job to
20     be a good listener, that was your job for
21     who?
22          A.    For the Israeli intelligence.
23          Q.    Now, you told-- you told us
24     that you typed up your father's notes from
25     the various weekly meetings.
```

```
 1                    - Y O U S E F -
 2          A.    Yes.
 3          Q.    And did your father review the
 4   notes before you sent them out, did he
 5   review what you typed up?
 6          A.    Well, not all the time.  Not
 7   all the time.
 8                Let me go back, I just
 9   refreshed my memory.
10                Many times we faxed those
11   documents the way they were.  And several
12   times, at the beginning of the Intifada, I
13   typed them and, no, my father did not, you
14   know, review them before I sent them.
15          Q.    But when you would write them
16   up or fax them, did you read them?
17          A.    Absolutely, yeah.  This is why
18   I am very confident when I say, it is like
19   I feel that I was there, because I knew
20   what people were talking every meeting for
21   years.
22          Q.    At least as far as your father
23   wrote it down?
24          A.    Yeah.
25          Q.    And, this went on, this-- your
```

```
 1                 - Y O U S E F -
 2      reviewing and handling the notes from his
 3      meetings went on for a period of how many
 4      years?
 5           A.    Several years.  I would say
 6      like at least two or three years.  Then he
 7      was arrested.  During that time, there was
 8      no information about this meetings because
 9      someone else was representing Hamas in the
10      meetings and I did not have access to that
11      information.
12           Q.    And, could you tell from the
13      notes what decisions were taken at these
14      meetings.
15                 MR. HILL:  Objection, calls for
16           speculation, calls for an opinion.
17           Q.    You can answer.
18           A.    There was no decision like
19      let's carry suicide bombing attack.  That
20      was not the duty of that meeting.
21                 Every faction had their own
22      military wing, and their own dynamics,
23      secrets, tactics.  But, they would ask for
24      calm, calmness, calm suicide bombing if
25      there were like too many.
```

```
 1                  - Y O U S E F -
 2              The other goal was to organize
 3      the demonstrations, and we are not talking
 4      about military decisions in this type of
 5      meetings, it was more of a political level
 6      kind of meeting.
 7          Q.    Were any decisions ever taken
 8      at these meetings?
 9              MR. HILL:  Objection, vague,
10          you are talking now the meeting he
11          has read the notes of?
12          Q.    Yes, all the meetings where you
13      were there in person or you heard from
14      outside of the room, or you read the notes,
15      without telling me what the decisions were,
16      I am just asking you if you know, whether
17      any decisions were made at these meetings?
18              MR. HILL:  Objection, lack of
19          foundation.
20          A.    It was the continued insisting
21      on the continuing of the Intifada and
22      supporting the victims and their families,
23      the prisoners.  Figuring out the money
24      issues and the financial, the finances of
25      the activities of the Intifada.  This is
```

```
 1                - Y O U S E F -
 2    what was it.
 3              But if at that meeting, all
 4    Palestinian factions agreed for truce,
 5    let's say for two months, that would be a
 6    decision.  But they wouldn't have the
 7    opposite of a decision of carrying a
 8    suicide bombing attack, that was not the
 9    meeting for like these type of things.
10         Q.    Were there situations where you
11    saw that there was a truce or that there
12    was a decision for a truce or a reduction
13    of violence and then you saw the outcome of
14    that decision carried out in the world?
15         A.    Absolutely.
16              MR. HILL:  He answered before I
17          would object, lack of foundation
18          opinion.
19         Q.    Can you give me an example of
20    such a-- can you give me such an example?
21              MR. HILL:  Same objections.
22         Q.    Where you saw the decision at
23    the meeting and then you saw it carried out
24    in the world?
25              MR. HILL:  Same objections.
```

```
 1                  - Y O U S E F -
 2          A.    That was one of the meetings
 3     between my father, Marwan Barghouti and
 4     Yasser Arafat.  It was a three people
 5     meeting.  It was an urgent one.
 6              I remember that Yasser Arafat
 7     called Marwan and Marwan called my father
 8     and in fact they called me because my
 9     father did not have his cellphone on him.
10          Q.    Who called you?
11          A.    Marwan Barghouti.  And he said,
12     Yasser Arafat was to meet with your father.
13              And, I took my father to Yasser
14     Arafat compound and Achmed Faransi, Marwan
15     Barghouti were already in Yasser Arafat
16     office.  The compound.  The meeting took
17     place for about half hour.
18              When my father came down, I
19     asked him what Yasser Arafat wants.  He
20     said he just asked for, you know, no
21     suicide bombing attacks at this time.
22              And, I told my father, what are
23     you going to do.  He said he makes a strong
24     point and I think he is right.  And, my
25     father made his communication with all
```

```
 1                    - Y O U S E F -
 2    Hamas political level in Gaza strip and
 3    Damascus and other West Bank cities, to
 4    stop the-- any suicide bombing attacks and
 5    hold a truce.  He could convince the whole
 6    Hamas leadership to hold the truce and the
 7    truce took place for four months
 8    continuously and that was based on that
 9    meeting.
10         Q.    Do you know when that was?
11         A.    That was back in 2003, I would
12    say, like spring, 2003.
13         Q.    When you mentioned Yasser
14    Arafat's compound.  Is that what is known
15    as the Mukata, M-U-K-A-T-A.
16         A.    Yes.
17         Q.    If I am not mistaken.
18               Where did the other meetings
19    that you described take place, was that
20    also at the Mukata?
21               MR. HILL:  Objection, vague.
22               MR. ROCHON:  You have--
23         Q.    The other meetings involving
24    Marwan Barghouti and the representatives of
25    the different factions --
```

```
 1                    - Y O U S E F -
 2              MR. ROCHON:  Asked and
 3         answered.  He did a pretty good job
 4         of describing that.  I don't mind
 5         hearing it again.
 6         A.    The -- some of the meetings
 7    took place in Mukata when Yasser Arafat
 8    wanted to meet with everybody.
 9         Q.    Ah-hum.
10         A.    The other meetings took place
11    in Sakhar Habash.
12         Q.    What is Sakhar Habash?
13         A.    Sakhar Habash office.  Sakhar
14    Habash was the Palestinian central
15    committee member, Aljna Markaziah.
16         Q.    A-L-J-N-A    M-A-R-K-A-Z-I-A-H?
17         A.    Ah-hum.
18              And he was top leader of Fatah
19    and a PLO veteran.  And a very good friend
20    with Yasser Arafat himself.  This is where
21    all the meetings were taking place.
22              Simply the goal was--
23              MR. HILL:  Objection.  Now we
24         are beyond where the meeting took
25         place.
```

```
 1                  - Y O U S E F -
 2         Q.    Let me ask you this.  His
 3    office, Sakhar Habash office was that a
 4    personal office or was that his-- an office
 5    of an organization?
 6         A.    No, it was --
 7              MR. HILL:  Objection, lack of
 8          foundation.
 9         A.    It was a PLO office and it was
10    a Palestinian Authority office.
11         Q.    Located in Ramallah?
12         A.    Located actually just across
13    the street from the Mukata, the Yasser
14    Arafat's office.  Just one street from the
15    Mukata.
16         Q.    What street is that?
17         A.    Irsal Street.
18         Q.    I-R-S-A-L?
19         A.    Yes.
20         Q.    You mentioned that at these
21    meetings, financial activities were
22    discussed?
23              MR. HILL:  Objection, vague.
24              Are you talking about the
25          meetings he attended or all the
```

```
 1                   - Y O U S E F -
 2        meetings he talked about.
 3                 MR. TOLCHIN:  All the meetings.
 4                 MR. HILL:  Objection, lack of
 5        foundation.
 6        Q.    Do you recall testifying that
 7   discussions and decisions were made about
 8   financial support of the Infifada?
 9        A.    Yes.
10        Q.    What, to the extent that you
11   know, what sort of financial issues were
12   discussed?
13                 MR. HILL:  Objection, vague.
14        Lack of foundation.
15                 It is not clear whether you are
16        talking about meetings he personally
17        participated in or those he read
18        about.
19                 MR. TOLCHIN:  Both.
20                 MR. HILL:  That is the basis.
21        Q.    I will ask the question to make
22   Mr. Hill happy.
23                 At the meetings you personally
24   attended, the meetings that you overheard
25   and the meetings that you read the minutes
```

```
 1                    - Y O U S E F -
 2    of, can you tell us what sort of financial
 3    issues were discussed?
 4              MR. HILL:  Objection, lack of
 5           foundation.
 6         A.    The amount of money that is
 7    paid for suicide bombing attack family.
 8         Q.    I didn't catch the last word.
 9         A.    The amount of money that every
10    Palestinian faction should pay for the
11    suicide bombing attacks families and the
12    prisoners.
13              One of the main goals of these
14    meetings as I say, the continuing of the
15    Intifada, and all Palestinian faction
16    leaders agreed on supporting prisoners and
17    the families of suicide bombing attacks,
18    and it was discussed many times to take
19    care of their families and as a, you know,
20    foundation to continue with the Intifada.
21         Q.    Again, this is something that
22    maybe obvious to you, but isn't necessarily
23    known to the Court and to people here in
24    this country.
25         A.    Go ahead.
```

```
 1                  - Y O U S E F -
 2        Q.     When you say, you referring to
 3   money for suicide bombing families.  What
 4   are you talking about?
 5             MR. HILL:  Objection, lack of
 6              foundation, vague.
 7        A.     I am talking about paying tens
 8   of thousands of dollars to a family that,
 9   for the family of a suicide bomber,
10   somebody who carried an attack, killed
11   himself, killed Israeli civilians.  His
12   family was paid in case his house or his
13   family's house was demolished by the
14   Israelis.  The Palestinian factions would
15   build that house, and give money to his
16   parents.
17        Q.     You say, money was paid to
18   these families.  Who would make those
19   payments?
20             MR. HILL:  Objection.
21        Q.     What organization would make
22   those payments?
23             MR. HILL:  Lack of foundation.
24        A.     All Palestinian factions
25   including Fatah, Hamas, Islamic Jihad, paid
```

```
 1                 - Y O U S E F -
 2   suicide bomber attack families.
 3          Q.    Do you have any personal
 4   information, personal knowledge that you
 5   have something that you saw with your own
 6   eyes or heard with your own ears about
 7   payments being made to families of suicide
 8   bombers?
 9          A.    Yes.
10               MR. HILL:  Objection, lack of
11           foundation.
12          Q.    What do you know from your
13   personal knowledge about payments being
14   made to families of suicide bombers?
15               MR. HILL:  Objection, lack of
16           foundation.  It is misleading.
17               If you mean personal knowledge,
18           means hearsay which is the way you
19           defined it.
20          Q.    You can answer the question.
21          A.    Every family that not only
22   suicide bombing family, every family that
23   lost a member, was paid, and this is a
24   fact.  You know, you can go to the, all
25   banks and you see the transfers of money
```

```
 1                  - Y O U S E F -
 2      from all over the world coming to accounts
 3      of families who their children or their
 4      sons committed suicide killing Israelis.
 5                  I can like-- there is not even
 6      one person who was not paid including the
 7      Hamas bomb maker, like Solet
 8      Talahmet(phonetic), after he was killed.
 9           Q.    Was he known by a fame name?
10           A.    Abu Mosab.
11           Q.    Abu Mosab, just like the
12      witness.
13           A.    So, you know, many-- the paying
14      money for terrorists simply and their
15      families, you know, this is not a secret,
16      it is a fact.
17           Q.    What personal information-- did
18      you ever see such-- see the family of a
19      suicide bomber getting paid?  Were you ever
20      involved in the transaction in any way?
21           A.    I don't need this to sound
22      exaggeration, but I had Arab bank
23      statements of people who were paid and I
24      witnessed meetings between the Arab bank
25      manager.
```

```
 1                  - Y O U S E F -
 2          Q.     Arab bank is a name of a bank?
 3          A.     It is the name of a bank.
 4   Coming into Hamas office to make all the
 5   transactions to the families.  I have
 6   witnessed families coming into my father's
 7   office and say we did not get paid and my
 8   father would make the arrangement for them
 9   to get paid.
10               Prisoners, I myself was a
11   prisoner, Hamas prisoner, supposedly
12   undercover, and I was paid by the
13   Palestinian Authority for my time that I
14   spent in prison.  I supposed to be a
15   terrorist prisoner, I was in prison
16   undercover as Israeli agent.
17               But to the Palestinian
18   Authority, I was a terrorist.  And the
19   Palestinian Authority deposited it in my
20   bank account one thousand shekels every
21   month for every month that I spent in
22   prison.
23               And the Palestinian Authority
24   paid for my education at the university
25   because I was in prison.
```

```
 1                   - Y O U S E F -
 2          Q.     You mean after you got out of
 3    prison?
 4          A.     After I got out of prison.
 5          Q.     Coming back to the meetings and
 6    your father's notes.  What issues regarding
 7    payments to suicide bombers were discussed
 8    at those meetings, was it the amount, or
 9    how the payments would be made or whether
10    the payments should be made or something
11    else?
12              MR. HILL:  Objection, lack of
13               foundation, compound question.
14          A.     I answered that question.
15          Q.     I'm confused.
16          A.     This is not the central-- this
17    is not the central issue of that meeting.
18    The main goal actually of that meeting was
19    to approve to all Palestinian factions that
20    they are under the PLO umbrella and nobody
21    is above that ceiling.  It was a message to
22    Hamas, it was like a matter of authority.
23              The PLO, the PA, was trying to
24    tell Hamas, you know, you can do whatever
25    you want to do, but the end of the day, you
```

```
 1                  - Y O U S E F -
 2      are under our umbrella, you come, you give
 3      us a report, we tell you what to do and
 4      that was the main goal.
 5                  The main goal was not just the
 6      finances, the main goal was not to plan.
 7      Much in fact, the planning for suicide
 8      bombing attacks never took place in this
 9      type of meetings.
10          Q.      You mean specifics?
11          A.      Specific details.
12                  MR. HILL:  Let me object to the
13              opinions in the last answer.
14                  Go ahead.
15          Q.      You can go ahead.
16                  MR. HILL:  I think we are
17              waiting for a question.
18          Q.      I think you referred to
19      prisoners being paid.  You said, you
20      personally got paid as a prisoner?
21          A.      Yeah, I want to give like a
22      thousand examples, but I thought maybe
23      myself would be just simple.
24          Q.      When you went into the Israeli
25      prison, did you have to request these
```

```
 1                   - Y O U S E F -
 2    payments or it just started happening?
 3          A.    It start to happen.  Your
 4    family go to the prisoner, prisoner's
 5    ministry.
 6          Q.    Ministry of prisoner affairs?
 7          A.    Yeah.
 8          Q.    That is a ministry of the PA?
 9          A.    The PA, yes.
10          Q.    Okay.
11          A.    And they go and just bring
12    evidence from the Red Cross that you are
13    currently prisoner in Israeli prison.  And
14    you give your family or the prisoner's
15    family would give a bank account and the PA
16    would make a deposit to every prisoner,
17    including Hamas prisoners, including bomb
18    makers, including people who assisted
19    suicide bombers to get to their targets.
20                MR. HILL:  The witness went
21             beyond the question with the last
22             answer, objection to foundation in
23             the answer.
24          Q.    During the time that you were
25    in the Israeli prison, did you have the
```

1                    - Y O U S E F -
2    opportunity to speak with the other
3    prisoners?
4         A.    Yes, absolutely.
5         Q.    Many many prisoners or just a
6    few?
7         A.    Many prisoners, including
8    people who supposed to be suicide bombers,
9    all type of prisoners.
10        Q.    Have you ever heard of any
11   prisoners who were not being paid by the
12   Palestinian Authority?
13             MR. HILL:  Objection, lack of
14        foundation.
15        A.    Everybody has the right to get
16   paid by the PA.  I did not hear of somebody
17   was not paid.  But if there is one, there
18   must be a mistake.
19        Q.    So you are saying it would only
20   be a mistake if somebody didn't get paid?
21        A.    Yes.
22             MR. HILL:  Objection, lack of
23        foundation.
24        Q.    Was the amount that was paid to
25   you, a standard amount or was that a

```
 1                - Y O U S E F -
 2    special amount for you?
 3               MR. HILL:  Objection, lack of
 4         foundation.
 5         A.    It was a standard amount of all
 6    prisoners.  In fact like top Hamas leaders
 7    like my father now in prison, he is being
 8    paid by the Palestinian Authority every
 9    month, an amount of money.
10         Q.    You are not-- was there a
11    different amount that-- during the time
12    that you were in prison, did different
13    prisoners receive different amounts or did
14    everybody receive one thousand shekels a
15    month?
16               MR. HILL:  Objection, lack of
17         foundation.
18         Q.    If you know?
19         A.    Single prisoners had standard
20    amount and married prisoners with families
21    had different amounts.
22         Q.    So it was a formula based on
23    your family status?
24         A.    Yes.
25               MR. HILL:  Same objection.
```

```
1                - Y O U S E F -
2            MR. TOLCHIN:  We are at a point
3        that I think is a thematic breaking
4        point.  Does anyone need a break at
5        this point?
6            MR. HILL:  Do you want to do a
7        the lunch break?
8            MR. TOLCHIN:  It about an hour
9        on the tape, right?
10           VIDEOGRAPHER:  Soon.
11           MR. TOLCHIN:  Why don't you
12       change the tape.
13           VIDEOGRAPHER:  We are off the
14       record, the time is 12:26 p.m.,
15       January 10th, 2012.
16           (Whereupon a lunch recess was
17       taken.)
18           VIDEOGRAPHER:  This is tape
19       three of the deposition of Mr. Mosab
20       Hassan Yousef.  We are now back on
21       the record, the time is 1:45 p.m.,
22       today is January 10, 2012.
23           MR. TOLCHIN:  Before we go on,
24       I have a little Arabic exercise.  Do
25       you mind marking this.
```

```
 1                  - Y O U S E F -
 2              I will tell counsel this is
 3          just a phrase that is cut out of a
 4          document that was produced, but all I
 5          will ask the witness, if he can read
 6          it and tell me what it says.  I will
 7          be happy to give you a copy.
 8              MR. HILL:  Will you identify
 9          for the record what document it was
10          cut out of?
11              MR. TOLCHIN:  I will
12          afterwards.
13              MR. HILL:  Okay.  Documents
14          produced in October.
15              MR. ROCHON:  Not by Mr. Yousef.
16              MR. TOLCHIN:  No, no.
17              MR. HILL:  Some document you
18          produced to us in October?
19              MR. TOLCHIN:  Yes.  But I'm not
20          going into the document I'm getting
21          into the phrase to say what does it
22          say.  It is something good, you can
23          ask any Arabic speaker, although he
24          may know of.
25                  (So marked, Plaintiff's 1.)
```

```
 1                    - Y O U S E F -
 2    BY MR. TOLCHIN:
 3          Q.    We showed you a document that
 4    has been marked as Exhibit 1.
 5          A.    Yes.  Do you want me to
 6    translate that?
 7          Q.    What does that say?
 8                MR. HILL:  Objection.  Calls
 9           for expert opinion.  The witness can
10           answer.
11          Q.    What does it say?
12                MR. HILL:  You want him to
13           render it into English?
14          A.    It is the Islamic and national
15    forces.
16          Q.    Is that an organization that
17    you are aware of?
18          A.    No, actually.
19                MR. HILL:  Objection lack of
20           foundation.
21          A.    These are the factions that
22    used to meet for organizing the Intifada
23    activities.
24          Q.    Are you referring to the--
25          A.    To further Hamas, Islamic Jihad
```

```
 1                    - Y O U S E F -
 2    and the factions we talked about.
 3            Q.     Are you referring to the
 4    meetings that we were talking about?
 5            A.     Right.
 6                   MR. HILL:  Same objection.
 7            Q.     You can tell me, no, I don't
 8    want to put words in your mouth.
 9            A.     Yes.
10            Q.     Is this a name given to this
11    meeting, to these meetings?
12                   MR. HILL:  Same objection and
13             leading.
14            A.     One of the names.
15                   This, like when we talk about
16    the Islamic and national forces, we are
17    talking about the various Palestinian
18    factions.  Islamic factions and national
19    factions and all of them are gathering
20    together for, you know, to organize the
21    Intifada.  So this is a term, it is not an
22    organization.  But it is a description of
23    this body or this meeting.
24            Q.     You say this body, you mean--
25            A.     The Palestinian factions.
```

```
 1                   - Y O U S E F -
 2           Q.     The meetings of the factions
 3      coming together?
 4           A.     Yeah.
 5           Q.     That you told us about going
 6      with your father and waiting outside and
 7      all that?
 8           A.     Right.
 9                  MR. HILL:  Same objection as to
10              lack of foundation.
11           Q.     Did that body from time to
12      time, issue proclamations, statements, some
13      kind of public documents?
14           A.     Yes, absolutely.
15                  MR. HILL:  Objection, lack of
16              foundation.
17           Q.     What-- were they issued
18      publicly, what do they call them?
19                  MR. HILL:  Same objection.
20           A.     Bayaan or statement.
21           Q.     Statement?
22           A.     Ah-hum.
23           Q.     Bayaan.  B-A-Y-A-A-N?
24           A.     Ah-hum.
25           Q.     Were these Bayaan published
```

```
  1                 - Y O U S E F -
  2    anywhere officially?
  3              MR. HILL:  Objection, lack of
  4         foundation.
  5         A.    Yes.
  6         Q.    Did you see them being
  7    published?
  8         A.    Yes, absolutely.
  9              MR. HILL:  Same objection.
 10         Q.    Where did you see the Bayaan
 11    being published?
 12         A.    Actually, my father had to
 13    approve these statements, these Bayaan.
 14    After every meeting, they would have these
 15    statements of what the meeting was all
 16    about and every leader of that meeting, or
 17    every representative of a Palestinian
 18    faction, had to go through the details and
 19    correct things or change things, so, it was
 20    not like a very big deal, I guess.
 21              And I don't remember, you know
 22    it was more of a political statement, here
 23    and there.
 24              MR. HILL:  Let me for the
 25         record object, the witness did not
```

```
 1                  - Y O U S E F -
 2          answer the question and instead gave
 3          testimony to which we objected to
 4          lack of foundation.
 5          Q.    Where were these Bayaan
 6     statements published?
 7               MR. HILL:  Objection, asked and
 8          answered, lack of foundation.
 9          Q.    Was it a newspaper, pasted to
10     walls, on the Internet?
11               MR. HILL:  Compound.
12          Q.    How were these published?
13          A.    Different things.  I really
14     don't remember exactly, but, yeah, it could
15     be all that.
16          Q.    My last document for the day,
17     and this was definitely produced to you in
18     October.
19               MR. ROCHON:  Are you going to
20          ask to have this marked?
21               MR. TOLCHIN:  Yes, please.
22               MR. HILL:  Do you have a copy
23          for us?
24               MR. TOLCHIN:  I don't, but I
25          can make one.  It won't help you.
```

```
 1                  - Y O U S E F -
 2          A.    Yes.
 3          Q.    What-- this document that is
 4     marked as Exhibit 2.  What-- can you
 5     identify it, what is it?
 6          A.    Give me a second, please.  This
 7     is more than one.
 8                (So marked, Plaintiff's 2.)
 9                MR. HILL:  Just the record
10           should reflect the witness has been
11           handed the only copy of what appears
12           to be a series of Arabic documents.
13               Do you have a translation we
14           can look at?
15               MR. TOLCHIN:  No.  I don't have
16           a translation, you can look at.
17               MR. HILL:  Okay.
18           We object.
19               MR. TOLCHIN:  Okay.
20               MR. HILL:  Not fair to us to
21           give the witness a document we can't
22           read.
23          A.    Yes.  These are typed
24     statements that were made after the
25     meetings.
```

```
 1                - Y O U S E F -
 2         Q.    Are these the documents that
 3    you referred to as Bayaan?
 4         A.    Yes.
 5         Q.    These are obviously not all the
 6    Bayaans, these are just an example?
 7         A.    Yeah, like four of them
 8    actually.
 9              MR. HILL:  For the record, Mr.
10         Rochon, what date in October did you
11         produce these materials to us?
12              MR. ROCHON:  You said Mr.
13         Rochon.
14              MR. HILL:  When did you produce
15         them?
16              MR. ROCHON:  I will stay with
17         Mr. Hill's comment.  I adopt it.
18         When did you produce this?
19              MR. HILL:  What date did you
20         produce these documents?
21              MR. TOLCHIN:  I believe
22         October 23rd.  I will verify.
23              MR. HILL:  Do you remember the
24         medium, E-mail or mail.
25              MR. TOLCHIN:  I will verify it
```

```
 1                 - Y O U S E F -
 2          for you.
 3                   MR. HILL:  I don't recall
 4          seeing them before.
 5                   MR. TOLCHIN:  Do you read
 6          Arabic all of a sudden.
 7                   MR. HILL:  I read what you give
 8          me, I don't recall seeing these
 9          documents.
10                   MR. ROCHON:  Thank you.  We
11          would like to have copies.
12                   MR. TOLCHIN:  For sure, do you
13          want that right now or during a
14          break?
15                   MR. ROCHON:  We can do it
16          during a break, I would rather keep
17          going.
18          Q.    You mentioned earlier in the
19     deposition an individual named Abdula,
20     Barghouti?
21          A.    Yes.
22          Q.    What do you know about him?
23                   MR. HILL:  Objection, vague,
24          lack of foundation.  Calls for
25          opinions.
```

```
 1                  - Y O U S E F -
 2              MR. TOLCHIN:  Ah-hum.
 3          Go ahead.
 4          A.    Well, he is a very famous Hamas
 5     bomb maker and he was arrested by the
 6     Palestinian Authority and he was released
 7     after two months of his imprisonment, after
 8     Marwan Barghouti put pressure on Jibril
 9     Rajoub.
10              Marwan Barghouti gave him
11     $2,000 after he was released and asked him
12     to disappear.  And two years after he was
13     arrested by the Israelis but unfortunately
14     after he made enough bombs to kill at least
15     65 innocent people.  That's all I can say
16     about him.
17          Q.    How do you know he was a Hamas
18     bomb maker?
19          A.    Well, at the beginning he was
20     not known to me, I didn't know anything
21     about him.  All other Hamas bomb makers
22     were known, but this guy, I think came out
23     from out of the Palestinian territories and
24     he was discovered first by the CIA, not
25     even the Israelis, and the CIA gave the PA
```

```
 1                    - Y O U S E F -
 2      his location.
 3                    He was arrested.  We knew about
 4      his existence after he was arrested.
 5      Actually, I was asked to go and figure out,
 6      who is this guy, and who is with him.
 7                    I know his assistant Bila
 8      Barghouti.  I know Bila very well.  But
 9      Abdula, I didn't know him and I never met
10      him.  When he start to talk to the
11      Palestinian Authority about his duties and
12      what he is doing and his involvement with
13      Sbarro restaurant attack, it was shocking
14      for all of us, including the Shin Bet.  And
15      he was held as I said, for two months at
16      the protective security.
17                    MR. HILL:  The witness went
18            beyond the question.  Let me object
19            to the testimony that was without
20            foundation and is his opinion.
21            Q.    Let's go back.  You said he
22      comes from outside of the Palestinian
23      territories?
24            A.    Yes.
25                    MR. HILL:  Objection, lack of
```

```
 1                   - Y O U S E F -
 2          foundation.
 3          A.     If I remember right he was born
 4   in Kuwait and lived in different Arab
 5   countries and moved back to the Palestinian
 6   territories, couple of years before the
 7   Palestinian, second Intifada started.
 8          Q.     Have you met Abdula Barghouti.
 9          A.     Well, I never met him in
10   person, like in a meeting.  But I was at
11   the location where he was arrested.
12          Q.     Where was that?
13          A.     It happened that that was just,
14   the building next to our residence in
15   Ramallah.  We heard the-- some fire,
16   gunfire, and in a couple of minutes we
17   received a phone call and it was Marwan
18   Barghouti, telling my father to meet with
19   him outside because Jaber Perju, the PA
20   were trying to arrest two Hamas people.
21              Now, we didn't know who are the
22   two Hamas people and it happened that it
23   was Abdula Barghouti and Bila Barghouti and
24   that was their second arrest.
25              Now, Marwan Barghouti was
```

```
 1                    - Y O U S E F -
 2     trying to force Jaber Perju not to arrest
 3     them, and this why he called my father.
 4              So now, there was a huge
 5     argument between Jaber Perju, Marwan
 6     Barghouti and my father just steps away
 7     from where Bila and Abdula were hiding.
 8              Now, the Palestinian Authority
 9     was afraid that if they get into the place,
10     they get shot.  And they were afraid at the
11     same time to kill Hamas bomb maker.
12              So, I was in that area, in that
13     sensitive situation, hearing all the
14     argument, listening to Abdula saying things
15     and threatening to kill anybody who gets
16     into the apartment.
17              Finally, Marwan Barghouti had
18     kind of deal with Jaber Perju on the side,
19     I didn't know what they said and he talked
20     to Abdula and had actually my father to
21     talk to him, convince him to go with the
22     forces, and they would release him
23     afterwards.  That was the closest time that
24     I got to Abdula.
25              After he was released, I did
```

```
1                    - Y O U S E F -
2    not hear anything from him and he was
3    arrested while I was in prison.
4              MR. HILL:  Let me object for
5          the record.  The witness went
6          obviously well beyond the question, I
7          think, was, did you ever meet with
8          him.  I want to object to the lack of
9          foundation to the testimony and the
10         opinion and the hearsay that the
11         testimony contained.
12             MR. TOLCHIN:  Okay.
13     Q.    Is it fair to say the answer
14   you just gave describes your only
15   encounter, personal encounter with Abdula
16   Barghouti?
17     A.    I did not have a personal
18   encounter with him.
19     Q.    But other than what you just
20   described to us?
21     A.    Yes.
22     Q.    You say that you are, you knew
23   Bila Barghouti well?
24     A.    Yes.
25     Q.    Who is Bila Barghouti?
```

```
1                  - Y O U S E F -
2              MR. HILL:  Objection, lack of
3           foundation, calls for opinion, vague.
4         A.    Bila Barghouti is Abdula's
5     assistant.  I knew Bila during the first
6     Palestinian Intifada.  During the years
7     1992 to 1995.
8                And, that-- during that time,
9     downtown Ramallah, there was lots of
10    activities and there was right before the
11    Palestinian Authority came into Ramallah
12    and Bila was shot by the Israeli defense
13    forces and he got famous during that time.
14                And, I met him many times at
15    the mosque, I met him many times at
16    demonstrations, and we were kind of friends
17    and we visited with his family and his
18    village Beitrima many times.
19        Q.    Beitrima?
20        A.    Yes.
21        Q.    B-E-I-T-R-I-M-A?
22        A.    Ah-hum.
23        Q.    Now, there is a little
24    confusion among us westerners, all these
25    Barghoutis?
```

```
 1                  - Y O U S E F -
 2          A.    They are not related.
 3          Q.    Is Bila related to?
 4              MR. HILL:  Hold up, you didn't
 5          ask the question, let me--
 6          Q.    I think we have four
 7     Barghouthis we are talking about, Bila?
 8          A.    Yes.
 9          Q.    There is Abdula, there is
10     Marwan, and who did I leave out, Achmed
11     Barghouti Faransi?
12          A.    Yeah, I'm not sure if Bila is
13     related to Abdula Barghouti.  But what I'm
14     sure of that Marwan Barghouti is not
15     related to Bila, or to Abdula.
16              MR. HILL:  Again let me
17          objection for the record.  Mr.
18          Tolchin did not ask a question, the
19          witness is giving testimony.  I
20          object to lack of foundation.
21              Mr. Tolchin, would you please
22          ask him questions and if the witness
23          would please answer the questions
24          that are asked I would really
25          appreciate it.
```

```
 1                    - Y O U S E F -
 2          Because there is just a lot of
 3     narration.  And it is not fair to me
 4     to not to be able to object to the
 5     questions without you stopping when
 6     you completed the answer for the
 7     question that has been asked.
 8               MR. TOLCHIN:  Do you remember
 9     those two guys up in the banquette up
10     in the Muppet show?
11               MR. ROCHON:  Let's keep going.
12               MR. HILL:  Are you asking the
13     witness?
14               MR. ROCHON:  Let's keep going.
15               MR. HILL:  I ask the witness to
16     please answer the question asked and
17     stop.  We are getting a lot of
18     stories that are way beyond the
19     question.
20               MR. TOLCHIN:  I disagree
21     completely.
22               THE WITNESS:  I think he is
23     asking questions and I am giving
24     answers.
25               MR. TOLCHIN:  Everyone else
```

```
1                  - Y O U S E F -
2           understood that this was a question.
3           Q.    What was the connection between
4    Abdula Barghouti and you mentioned the
5    Sbarro's attack.
6                MR. HILL:  Objection, lack of
7              foundation.
8           A.    Well, I was not on that case
9    and I didn't know exactly the connection.
10   But what I know that Abdula was arrested
11   few hours after that attack based on
12   information from the CIA.  And he was held
13   at the Palestinian custody.  That is all I
14   understand, you know, I did not have any
15   evidence, direct evidence of his
16   involvement with that attack.  But this is
17   why he was arrested.
18          Q.    Do you have any information
19   about Marwan Barghouti, attempting to get
20   Abdula Barghouti released from custody?
21               MR. HILL:  Objection, lack of
22             foundation, calls for opinion, calls
23             for a narrative answer.
24          A.    All right.  We heard that.
25          Q.    You can answer.
```

```
 1                  - Y O U S E F -
 2          A.    The first of all, we can talk
 3     about the argument that was happening.  You
 4     know.  Marwan Barghouti and his people
 5     rushing down to prevent the arrest of
 6     Abdula.  And this brings us why Marwan was
 7     doing that and we were trying to
 8     understand, I was trying to understand as a
 9     person, because Abdula is a Hamas guy, and
10     Marwan, why Marwan Barghouti would just
11     create all this argument and this tough
12     situation with the Palestinian Authority,
13     and his own organization, to release a
14     Hamas member.
15              And, we learned later on that
16     Abdula, when I say, we, I talk about on
17     behalf of the Israeli Shin Bet, as an
18     ex-agent there, I speak to behalf of
19     myself, and as a witness to many reasons
20     were given by my father and other Hamas
21     members that Abdula Barghouti, gave-- made
22     bombs and gave it to Fatah members, to take
23     revenge for the attempt of assassinating
24     Marwan Barghouti.
25              Now, did Marwan Barghouti
```

```
 1                  - Y O U S E F -
 2      assassination attempt was real or was not
 3      real.  They did not understand that.
 4                  Marwan thought that he was
 5      targeted by Israel when Mohamed Abdu
 6      Halawa, was targeted.
 7                  Now, Abula, thought that Israel
 8      was trying to assassinate Marwan.  But in
 9      fact, I was in that area and was asked to
10      make sure that Marwan is not in the car
11      with Abdul Halawa because Israel did not
12      want to assassinate Marwan and create the
13      violence of the area.  Why they knew about
14      his involvement with Al-Aqsa Martyrs
15      Brigades.  They did not want to assassinate
16      him.
17                  My duty was to make sure that
18      Marwan is not in the car with Halawa.
19                  Anyway, Abdula Barghouti, tried
20      to make Marwan a favor by making bombs and
21      giving it to Fatah members, to carry
22      suicide bombing attack against Israel, as
23      revenge for the failing attempt of
24      assassinating Marwan.
25                  And, for that, Marwan wanted to
```

1                       - Y O U S E F -
2     return the favor to Abdula Barghouti and
3     this is why he was trying to prevent his
4     arrest, and this is why he releases him
5     finally after two months of trying and give
6     him $2,000 and asked him to just to go on
7     his own and do his job.
8            Q.    When Abdula Barghouti was
9     arrested, where-- how long was he held
10    before he was released?
11           A.    Two months.
12                 MR. HILL:  Objection lack of
13           foundation.
14           Q.    Do you know where he was held?
15                 MR. HILL:  Objection, lack of
16           foundation.
17           A.    He was held at the preventive
18    security of the PA, in Batunia prison.
19           Q.    After Abdula Barghouti was
20    released, did he go off quietly or did he
21    remain active to your knowledge?
22                 MR. HILL:  Objection, lack of
23           foundation.
24           A.    We were surprised to know that
25    he was released a week before we knew.  In

```
 1                  - Y O U S E F -
 2    fact, Marwan was the only person at that
 3    prison when he was released.  Usually
 4    Marwan would call my father for a meeting
 5    with regard to this issue.  But my father
 6    learned a week after from other Hamas
 7    people that Abdula was released from prison
 8    by Marwan Barghouti and Marwan Barghouti
 9    gave him $2,000 and asked him to disappear.
10            Now, I confirmed that with Al
11    Faransi, I had to call him and say, is this
12    true.  And Hamed said this is true and he
13    is out of prison.
14            And, the-- after that we didn't
15    hear anything about Abdula for at least two
16    years while he was making all types of
17    bombs and giving it to Ibrahim Hammed, who
18    was also released from the same prison, who
19    I took in my car, I personally took in my
20    car.  Ibrahim Hammed and other Hamas
21    military wing guys from that prison, to a
22    safe house.  I drove them myself.
23            And all of them somehow
24    recreated the Hamas military wing in the
25    West Bank which led to the Hebrew
```

```
 1                - Y O U S E F -
 2   University attack, which led to many many
 3   other suicide bombing attacks.
 4               MR. HILL:  I also object to
 5          opinion in the prior testimony.
 6          Q.    When you refer to the Hebrew
 7   University attack, what are you talking
 8   about?
 9          A.    I am talking about the attack
10   that happened in 2003, if I remember the
11   dates.  I'm very bad on remembering dates.
12               I'm talking about an attack
13   that was planned by Ibrahim Hammed, he was
14   the mastermind behind this attack, he gave
15   a case that had a bomb in it and gave it to
16   a guy named Hammed Orman.
17               And, Hammed Orman recruited
18   three Palestinians from East Jerusalem, one
19   of them if I remember right, his name is
20   Weil, Alcowosmi(Phonetic), if I am not
21   mistaken.
22               But, anyway, those guys took
23   the bomb and they put it in the Hebrew
24   University.
25               The first attempt to--
```

```
 1                - Y O U S E F -
 2              MR. HILL:  Let me --
 3      A.      -- failed.
 4              MR. HILL:  I need to object to
 5          lack of foundation.
 6              MR. TOLCHIN:  You can object
 7          before the answer.
 8              THE WITNESS:  You did that
 9          already.
10              MR. HILL:  No, I actually
11          didn't object to this one.  Let me
12          make it clear for the record, he is
13          way beyond the question, he doesn't
14          have a foundation for what he is
15          saying now.
16      A.      So the first attempt failed,
17      the bomb did not go off.  And, they went
18      inside again and they took the bomb and
19      send it back to Ibrahim Hamed and told him
20      the bomb did not work.
21              And Ibrahim took the bomb and
22      had Abdula Barghouti fix it and give it
23      back to Mohammed Orman, Mohammed give it to
24      the guy Weil from Jerusalem who give it to
25      the guy who works for the Hebrew University
```

```
 1                    - Y O U S E F -
 2     and put the bomb in the cafeteria that
 3     killed five Americans, at least, I guess if
 4     I am not mistaken and other Israelis and
 5     wounded at least one hundred people in that
 6     attack.
 7                    And this will bring me back to
 8     the original problem, if Ibrahim Hamed was
 9     not released from that prison a few months
10     ago, and if Abdula Barghouti was not
11     released, could Hamas target the Hebrew
12     University and kill those innocent people?
13     And my simple answer to that, that the PA
14     is responsible 100 percent, not only
15     morally, they are involved in that attack,
16     and partners.
17                    MR. HILL:  Again, let me object
18          to the opinions that the witness is
19          now testifying to.
20                    THE WITNESS:  That is a fact,
21          that is not an opinion.
22        Q.    The attack that you are
23     referring to at Hebrew University, did that
24     take place on July 31, 2002?
25                    MR. HILL:  Objection lack of
```

```
 1                - Y O U S E F -
 2           foundation.
 3           A.    I don't remember the date
 4      exactly, but there is only one Hebrew
 5      University attack, and this is the attack
 6      that I'm talking about.
 7           Q.    Are you aware of any other
 8      attacks that Abdula Barghouti was involved
 9      in?
10                MR. HILL:  Objection, lack of
11            foundation.
12           A.    The group that I talked about
13      from East Jerusalem carried cafe haliel
14      (phonetic) in Jerusalem as well, I'm not
15      sure if that bomb was made by Abdula or
16      not.  But, what I know for sure that
17      Ibrahim Hamed was the mastermind behind
18      that attack, and he was as I said released
19      by the PA.
20           Q.    Just getting back to something
21      that you mentioned earlier today, what
22      amounts of money if you know, firsthand,
23      were paid to families of suicide bombers?
24                MR. HILL:  Objection, lack of
25            foundation.
```

```
 1              - Y O U S E F -
 2        A.    Well, it depends if they were
 3   very close to Hamas leadership, they got
 4   houses built for them.  If they were some--
 5   from some villages, they got a minimum of
 6   ten thousand dollars.
 7        Q.    So it wasn't a fixed amount?
 8              MR. HILL:  Same objection.
 9        A.    It was not fixed, but many
10   parents took money from various Palestinian
11   factions.  Some families took from Fatah,
12   took from the Arabic Front for Liberation,
13   I don't know how to translate that.
14        Q.    So if somebody received money
15   from Hamas that didn't mean they could not
16   also receive money from another
17   organization?
18        A.    Yes.
19              MR. HILL:  Objection, lack of
20         foundation.
21        Q.    Are you aware of the PA giving
22   money to any of these individuals?
23              MR. HILL:  Objection, lack of
24         foundation.
25        A.    I assume, that if they pay
```

```
 1              - Y O U S E F -
 2   prisoners, I think there is also a Shaid
 3   Department where they paid the --
 4         Q.    You don't have personal
 5   knowledge?
 6         A.    Yeah, but I don't.
 7         Q.    I'm only --
 8         A.    I need to think about this.
 9         Q.    I'm only interested in what you
10   have personal knowledge of.
11         A.    Thank you.
12              MR. TOLCHIN:  S-H-A-I-D.
13              MR. ROCHON:  You are missing,
14         S-H-A-H-I-D.
15              MR. HILL:  Hold on there is not
16         a question pending.  Let's get a
17         question.
18              THE WITNESS:  No, I thought
19         about it.  I will answer the same
20         question.
21              Yes.
22              MR. HILL:  Let me object, lack
23         of foundation.
24         A.    Yes, the PA pays every Shahid's
25   family, a person who killed, got killed or
```

```
 1                - Y O U S E F -
 2    suicide bomber or got killed by any way,
 3    during the second and the first Palestinian
 4    Intifada, there is a Department that pay
 5    the Shahid a certain amount of money and I
 6    mean like his family every month.  So, yes.
 7         Q.    I will tell you this, I may
 8    have some more questions, but I'm basically
 9    done.  So --
10              MR. HILL:  Do you want to take
11         a break or are you done?
12              MR. TOLCHIN:  I may want to
13         follow up later.
14              THE WITNESS:  I need a break.
15              MR. TOLCHIN:  You can take a
16         break.
17              THE WITNESS:  I need to watch a
18         movie to refresh my memory.
19              MR. TOLCHIN:  Why don't you go
20         ahead--
21              MR. ROCHON:  Wait a minute.
22              MR. HILL:  You either conclude
23         your examination before we cross.
24         Are you concluded?
25              MR. TOLCHIN:  I am concluding
```

```
1                    - Y O U S E F -
2          examination subject to the
3          possibility I may have a few more
4          questions that will occur to me in
5          which case if I ask them, you will
6          get to ask.
7                    MR. ROCHON:  We will object to
8          scope and you will proceed anyway and
9          we will deal with it later.
10                   MR. HILL:  We will take a break
11         and start cross.
12                   MR. TOLCHIN:  Or you can start
13         cross.
14                   THE WITNESS:  I don't need a
15         break, I'm fine.
16                   MR. ROCHON:  No, no, you might
17         as well have one now.
18                   MR. TOLCHIN:  Where are we on
19         the tape?
20                   MR. ROCHON:  That is a good
21         question.
22                   VIDEOGRAPHER:  We are only
23         halfway through.
24                   MR. TOLCHIN:  Do you want to go
25         for half an hour and take a break.
```

```
 1                - Y O U S E F -
 2            MR. ROCHON:  I am flexible.
 3   EXAMINATION BY MR. ROCHON:
 4       Q.    So, Mr. Yousef -- Mosab, you
 5   became a Shin Bet agent?
 6       A.    Yes.
 7       Q.    What year?
 8       A.    I agreed first to work for the
 9   Israeli Shin Bet, June 19, 1996.
10       Q.    And a lot of the information
11   that you provided us here today, was
12   information that you obtained in connection
13   with trying to execute your duties as a
14   Shin Bet agent, right?
15       A.    Not all of it because some of
16   it was before.
17       Q.    Sure.
18       A.    Regarding Hamas establishment
19   that was before I worked for Shin Bet.
20       Q.    The information about the
21   terror attacks and the meeting we have been
22   talking about and the information about the
23   second Intifada, was information that you
24   were trying to gather, were gathering in
25   connection with your Shin Bet?
```

```
 1                  - Y O U S E F -
 2        A.      Some of it, yes.
 3        Q.      And I want to ask you some
 4  questions about that role, of being an
 5  agent gathering information.
 6                You wanted to talk to people to
 7  find out information, right?
 8        A.      Correct.
 9        Q.      And, you would then relay the
10  information to your handler in some kind of
11  manner.  I'm not going to ask you right now
12  how.  But somehow you get him the
13  information you gathered, right?
14        A.      Right.
15        Q.      So as we talked today about the
16  various things that you knew about, you
17  knew about these things often from asking
18  people questions or just getting them to
19  talk, right, like Al Faransi you said he
20  talked to you?
21        A.      Al Faransi gave me, most of it
22  was kind of like I would not go like
23  investigate.  I was not required to do
24  this.  This is very high risk --
25        Q.      Yes.
```

```
 1                  - Y O U S E F -
 2          A.     -- job.
 3                 But most of the time it was
 4      that information came to me.  People came
 5      and shared things with me.
 6          Q.     People talk.
 7          A.     They asked me for things.
 8          Q.     And, the fact of the matter is,
 9      a lot of this was just information that
10      people were out there talking about, right?
11          A.     Yes.
12          Q.     So it was a fairly natural way
13      of learning information?
14          A.     Yes.
15          Q.     And your father was not in
16      Fatah or the PLO, right?  He was in Hamas,
17      right?
18          A.     Correct.
19          Q.     You have talked a lot about
20      this fellow, what are we doing?
21                 MR. TOLCHIN:  Trying to turn it
22              off.
23                 THE WITNESS:  You are annoying.
24          Q.     We have talked a little bit
25      about Abdula Barghouti today, yeah?
```

```
 1                 - Y O U S E F -
 2          A.    Yeah.
 3          Q.    That is how I kind of turn you
 4   to a new topic by saying, something like
 5   that.  So you described him today, as
 6   somebody that at first no one knew about,
 7   right?
 8          A.    Yeah.
 9          Q.    And then after the Sbarro
10   bombing, you understand the CIA asked for
11   him to be arrested, right?
12          A.    Yeah, I'm not sure 100 percent,
13   I think this is what happened.
14          Q.    Obviously, I should not say
15   obviously the CIA didn't communicate with
16   you?
17          A.    No.
18          Q.    That is obviously one of these
19   things you heard from other people?
20          A.    Right.
21          Q.    And, that was information that
22   you did not hear from the person who the
23   CIA actually called, was it?  If the CIA
24   called someone?
25          A.    My source of information was
```

```
 1                  - Y O U S E F -
 2    within the Shin Bet.  I cannot go further
 3    than this.
 4          Q.    Okay.
 5          A.    I think like -- the
 6    organization is credible and has like
 7    enough credibility.
 8          Q.    Right.  For my purposes, at
 9    least for this question, I'm not going to
10    ask you who in the Shin Bet gave you that
11    information, that is something you learned
12    in the Shin Bet?
13          A.    Right.
14          Q.    And, in fact, the Shin Bet
15    shared information with you, so that you
16    could execute your duties, right?
17          A.    Right.
18          Q.    And they trusted you with
19    information that they gathered from however
20    they gathered information?
21          A.    Right.
22          Q.    And, you relied on whatever you
23    heard from the Shin Bet as you conducted
24    your duties on behalf of the Shin Bet?
25          A.    But the Shin Bet was not the
```

```
 1                    - Y O U S E F -
 2      only source that I had.
 3           Q.     You had sources in the
 4      Palestinian territory, right?
 5           A.     Right.
 6           Q.     But the Shin Bet was one of
 7      your sources and it was your sources for
 8      the information about the CIA?
 9           A.     Right.
10           Q.     Now, this fellow Barghouti?
11           MR. TOLCHIN:  Which Barghouti?
12           Q.     Thank you.  This fellow
13      Barghouti --
14           A.     Abdula.
15           Q.     That is who I am trying to talk
16      about, he was somebody who in fact, he was
17      not Hamas, isn't that right?
18           A.     Well, you are quoting from a
19      book that is more of a narrative telling
20      the reality of the person under that
21      pressure.  You cannot take things like this
22      from the book that is not going to help.
23           Q.     No?
24           A.     When I said there, that he is
25      not Hamas, I didn't mean like he is not the
```

```
 1                  - Y O U S E F -
 2    standard Hamas member that was designed by
 3    Hamas 100 percent.  Actually, he was
 4    thinking out of the box, he was operating
 5    most of the time on his own.  This is what
 6    I meant by that.
 7         Q.    All right.  So, in terms of you
 8    started referencing a book and the
 9    transcript of this will kind of wonder why
10    you suddenly started talking about a book.
11    I pulled out something you could see was a
12    book that you have written?
13         A.    I know where you were going
14    anywhere.
15         Q.    I'm glad of that.  I'm trying
16    to make the record clear.  You saw me pull
17    out what appears to be a photocopy of your
18    book and you thought that is where I am
19    going and you knew where I was going
20    anyway, right?
21         A.    Yeah.
22         Q.    Let's be clear in your book you
23    said about Abdula Barghouti, "he wasn't
24    Hamas."  That is what your book says on
25    page 170 of the print edition, right?
```

1                    - Y O U S E F -

2          A.    Okay.

3          Q.    Am I right?

4          A.    Yeah.

5          Q.    And you just told us he was an

6    independent operator, he operated on his

7    own, that is why he was hard to keep track

8    of, right?

9          A.    Yes.

10         Q.    Now, as far as the effort, if

11   any, to get him out of prison, you were not

12   present when he got out of prison, right?

13         A.    No.

14         Q.    You know what you know about

15   him getting out of prison from talking to

16   him, no, right?

17              MR. TOLCHIN:   Objection.

18         Q.    I will ask a better question.

19              You didn't talk to Abdula

20   Barghouti how he got out of prison?

21         A.    No.

22         Q.    You didn't talk to Marwan

23   Barghouti himself about how Abdula got out

24   of prison?

25         A.    Let me think.

```
 1                    - Y O U S E F -
 2              I talked to Marwan's assistant.
 3         Q.    I know, I will go there.  You
 4    didn't talk to Marwan himself about --
 5         A.    No.
 6              MR. TOLCHIN:  On cross, they
 7          are more interested in the question
 8          than the answer.
 9              MR. ROCHON:  No.
10         Q.    If I cut you off, I apologize,
11    I tend to go a bit fast.
12         A.    That is okay.
13         Q.    It is easier for you than the
14    Court Reporter, I will try to slow down.
15              So you talked to Al Faransi
16    about that?
17         A.    Yes.
18         Q.    Now, Al Faransi was an
19    assistant to Marwan Barghouti.  Did he work
20    for the Palestinian Authority in any kind
21    of capacity?
22         A.    I don't know for sure.
23         Q.    You discussed with us, the
24    actions in which you believe Abdula
25    Barghouti was involved in, right?
```

```
 1                  - Y O U S E F -
 2          A.    Yes.
 3          Q.    And in fact he was convicted
 4    for some activities by the-- in the Israeli
 5    court system, correct?
 6          A.    Yes.
 7          Q.    In addition, your handler or
 8    others at Shin Bet told you about
 9    activities that he was involved in,
10    correct?
11          A.    Yes.
12          Q.    Your knowledge of his
13    activities comes from those sources what he
14    was convicted of, what the Shin Bet people
15    told you about, and what you heard on the
16    street?
17          A.    And what he said by his mouth.
18                MR. TOLCHIN:   Objection to
19           form.
20          A.    On media, and what he said in
21    the Courtroom and what he wrote about many
22    letters from prison that I got access to
23    and read them.
24                And what the man says about
25    himself.
```

```
 1                - Y O U S E F -
 2         Q.    So he has admitted his
 3    activities?
 4         A.    Absolutely.
 5         Q.    In none of those statements of
 6    his admissions have you seen anything that
 7    talks about how it was that he got released
 8    from Palestinian custody, correct?
 9         A.    I did not understand the
10    question.
11         Q.    I will ask a better one.
12               In these things that he wrote
13    or said in court, he never said anything
14    about how it was that he got-- came to be
15    released from Palestinian custody?
16         A.    Within my knowledge, no.
17         Q.    That is what we are here to
18    find out.
19               You have talked a fair amount
20    about prisoner payments that are made by
21    the factions or by the Palestinian
22    Authority, talk about prisoner payment
23    first, we will go to the families of those
24    who died next.  This is about prisoner
25    payments right now.  Okay?
```

```
 1                 - Y O U S E F -
 2          A.    Okay.
 3          Q.    When a family member is locked
 4   up, in Israeli prison, it creates a
 5   tremendous hardship on the family that is
 6   left behind, right?
 7          A.    Yes, and no.
 8          Q.    Well, in your book, you
 9   described the tremendous financial hardship
10   on your family when your father was locked
11   up, don't you?
12          A.    Yeah, but on the other hand,
13   there was not the main reason for it was
14   not humanitarian, many of those prisoners
15   are single guys and their families open a
16   bank account for them and the money was
17   saved.  Their families did not use that
18   money.
19               I personally when I was
20   released, I found like fifteen thousand
21   shekels in my bank account that my family
22   did not use at that time.
23               And I was-- I had lots of cash
24   available for me that I could purchase a
25   gun with it, I could make a bomb with it.
```

```
 1                    - Y O U S E F -
 2    I could do any, you know, terrorist
 3    activity with it and nobody cared.
 4         Q.    My question to you was, you
 5    yourself described in your book the
 6    tremendous financial hardship on your
 7    family when your father was locked up,
 8    isn't that right?
 9         A.    This is right.
10         Q.    And, in fact, the amount of
11    money that is paid to a prisoner depends on
12    whether or not he has a family, isn't that
13    right?
14         A.    No, both.  If you have family,
15    you get paid if you don't have family, you
16    get paid.
17         Q.    My question to you was, the
18    amount that is paid depends on whether you
19    have a family, isn't that right?
20         A.    Yes, right.
21         Q.    One thousand shekels is about
22    $300?
23         A.    Yes.
24              MR. TOLCHIN:  Objection to the
25         word, "is".  When?  Exchange rate
```

```
 1                 - Y O U S E F -
 2           fluctuates.
 3           A.    Right.
 4           Q.    All right.  Today, one thousand
 5      shekels is about $300?
 6                 MR. TOLCHIN:  Objection as to
 7            the relevance.
 8           A.    I really don't know.
 9                 MR. TOLCHIN:  What was it in
10            2001.
11           A.    But it is something close to
12      that.
13           Q.    So you see, all lawyers object.
14      It is not just us.
15                 One thousand shekels back in
16      2000, 2001, 2002, is around $300, right?
17           A.    Yes.
18           Q.    Now, you mentioned that there
19      were payments made that you understand it
20      to the families of those who engaged in
21      suicide operations or other operations
22      against the Israelis in which the person
23      died, right?
24           A.    Yes.
25           Q.    You also said that such
```

```
 1                  - Y O U S E F -
 2   payments are made by the Palestinian
 3   Authority to any family of someone who died
 4   as a result of the occupation, isn't that
 5   right?
 6        A.    Can you repeat the question.
 7        Q.    Sure.
 8              The PA makes such payments to
 9   the family of any person who died as a
10   result of the occupation, isn't that right?
11        A.    How can be the suicide bombing
12   attack a result of occupation?
13        Q.    Let me put it to you a
14   different way and see if you agree with me.
15              The PA makes such payments to
16   any family of a person who died whether
17   they were killed by the Israelis or whether
18   they killed themselves while trying to kill
19   Israelis or otherwise died in connection
20   with this conflict, isn't that right?
21        A.    Right.
22        Q.    And they don't discriminate as
23   between how the person came to die?
24        A.    Ah-hum.   No discrimination.
25        Q.    So, if the Israeli --
```

```
 1              - Y O U S E F -
 2              MR. TOLCHIN:  They don't
 3         discriminate against suicide bombers.
 4         Q.    So if the Israelis murdered
 5    someone then the family would get a payment
 6    from the PA, right?
 7         A.    Yes.
 8         Q.    You have talked a lot about the
 9    violence that went on during the second
10    Intifada?
11         A.    Yes.
12         Q.    And, just so we are clear,
13    there was tremendous violence on both
14    sides, correct?
15         A.    This is not correct.
16         Q.    Well, you talked in your book
17    about how during the second Intifada when
18    people were throwing stones and were
19    getting hurt, and ambulance drivers came to
20    help them the Israelis shot at the
21    ambulance drivers, you described that in
22    your book don't you?
23         A.    Yes, right I explained that so
24    the reader can understand the reality on
25    the ground, but I cannot have this-- this
```

```
 1                  - Y O U S E F -
 2    is not how we can measure events.  Israel
 3    is a country and Israel was a defense all
 4    the time.  When Israel was-- when the
 5    Palestinian Authority released bomb makers
 6    who sent suicide bombers and killed and
 7    wounded hundreds of people, the Israeli
 8    reaction was, let's call the Palestinian
 9    headquarter and ask them to evacuate
10    because we are about to drop a bomb on
11    their location.  They would call every
12    time, they would call the location.  I mean
13    the Israeli forces and ask the Palestinian
14    Authority to evacuate that building.  One
15    hour or two hours before they hit it from
16    air.
17                  So, they don't cause any
18    casualties among people who did not have
19    direct involvement in suicide bombing
20    attacks.  To send a message that Israel is
21    not going to tolerate that.
22                  So how can I say this is
23    violence.  It was using force, but there is
24    difference between terrorism and using
25    force to protect civilians.
```

```
 1              - Y O U S E F -
 2              So its not, I cannot say that
 3     this is equal.  Yes, I'm from a Palestinian
 4     background, but -- and I'm not trying to be
 5     pro Israel here.  This is not because I
 6     worked for Israeli Shin Bet this is because
 7     of what the truth is.
 8          Q.    Well, are you done?
 9          A.    I saw that, you know, sometimes
10     there was like Israeli soldiers who was
11     angry and shoot randomly and killed
12     civilians, but this is not the governmental
13     policy.
14          Q.    I understand.
15          A.    The problem we talking, here we
16     are talking a policy over Palestinian
17     Authority and a policy over government.  So
18     is the-- did Israel release extremists to
19     the Palestinian streets and give them guns
20     and tell them to go kill people with no
21     limits.  This did not happen.
22          Q.    I need to always wait till you
23     finish or I try to wait.
24              My question to you was about
25     whether or not Israeli soldiers shot at
```

```
1                  - Y O U S E F -
2    ambulance drivers and those providing
3    medical assistance during periods of the
4    second Intifada?
5              MR. TOLCHIN:  Objection, as to
6         form.
7              You will resolve my objection
8         if you clarify what you are talking
9         about, on one specific event or a
10        matter of routine?
11             THE WITNESS:  There isn't
12        specific.
13   Q.   You described it in the book?
14   A.   I described it.
15             MR. TOLCHIN:  From your
16        question it sounded like you were
17        talking -- you said whether they did
18        this and it sounds like you are
19        asking it was done as a matter of
20        routine.  It is your question is
21        ambiguous.
22             THE WITNESS:  Right.
23             MR. ROCHON:  Just a second.  I
24        will argue with him for a second, I
25        will get back to you.
```

```
1                  - Y O U S E F -
2              That is the kind of speaking
3         objection you routinely get upset
4         about us, I ask you to stop it.
5              MR. TOLCHIN:  I am asking you
6         to clarify the ambiguity in your
7         question.
8              MR. ROCHON:  I understand you
9         know the effect of that as well as I
10        do.
11        Q.   Now that I'm done arguing with
12   him, I will turn back to you Mr. Yousef.
13             You describe an incident that
14   you personally saw in your book where you
15   saw soldiers shooting at ambulance drivers.
16        A.   Yes, right.  That is correct.
17   But this is not a governmental policy.
18        Q.   I understand the difference you
19   are drawing between the government policy
20   and the acts of the individuals, right?
21        A.   Yeah.
22        Q.   Now, those kinds of acts,
23   though whether they are done by soldiers in
24   uniform, right, you saw Israeli soldiers
25   shooting at ambulance drivers?
```

```
 1                  - Y O U S E F -
 2          A.    Yes.
 3          Q.    And, you saw children get shot
 4    and killed by the plastic bullets being
 5    shot within too close a range, didn't you?
 6          A.    Well, it was not like that the
 7    Israeli soldiers came into the Palestinian
 8    territory and did that.  I remember that
 9    children left their schools and went to
10    confront with the Israeli soldiers.
11          Q.    I understand.
12                The children, all I am asking,
13    you saw with your own eyes, children get
14    shot with the rubber bullets, but killed
15    with those rubber bullets because they were
16    fired within too close a range.  You
17    described that in your book as well, don't
18    you?
19          A.    Yeah, but this is not the
20    Israeli soldiers mistake alone.
21          Q.    You said --
22                VIDEOGRAPHER:  I'm getting
23          interference on the microphone.  Is
24          your cellphone on or near you?
25                MR. ROCHON:  I will move close
```

```
 1                    - Y O U S E F -
 2         to the table.
 3         Q.    Let's go back.  I apologize,
 4    Mr. Barry, could you read back.
 5              (Whereupon, the appropriate
 6               testimony was read back by the
 7               Reporter.)
 8         Q.    And there was a question when I
 9    was getting interrupted, that wasn't their
10    mistake alone, but these were unarmed
11    children or children without guns?
12         A.    The children were unarmed, but
13    the PA soldiers were armed shooting and
14    taking the children as shelter.  This is
15    why it got messed up because the Israeli
16    soldiers didn't know at some point who was
17    shooting and it was a very dangerous
18    situation.  I don't know who was angry
19    there, I'm sure some Israeli soldiers who
20    are extremists and hate Palestinians for
21    being Palestinians, you know.
22         Q.    Sure.
23         A.    This exists everywhere.  But my
24    point, that was that, an Israeli
25    governmental policy of going out and
```

```
 1                    - Y O U S E F -
 2     shooting and killing children, if you
 3     cannot prove that, which like I work for
 4     the Shin Bet for ten years, and, this can't
 5     be true.  This is what I witness for.
 6               Now events and mistakes and
 7     people angry and hating each other in the
 8     streets, yes, this was like on every side.
 9     But what matters to me, what is in the book
10     and what was planned in closed rooms.
11          Q.    Right.
12               Well then let's talk about what
13     your book says on page 173 about Abu Ali
14     Mustafa who the Israelis killed with
15     rockets, correct?
16          A.    Right.
17          Q.    In your book you say, I quote,
18     page 173, "Israel had absolutely no
19     evidence against him.  I knew that for a
20     fact".
21          A.    Yes, that's correct.
22          Q.    And, so that is an instance
23     where an Israeli policy was to kill an
24     innocent man?
25          A.    Well, it is not that Ali
```

```
 1                    - Y O U S E F -
 2      Mustafa was innocent.  Ali Mustafa did not
 3      have direct involvement in suicide bombing
 4      attacks.  I did not say that.  At least I
 5      did not mean that he was innocent.  He was
 6      the top of the public front for liberating
 7      Palestine that he is responsible for the
 8      death of hundreds of Israelis and he is the
 9      general security of that movement.
10           Q.    Let me instead of interpreting
11      your words, I will use your exact language.
12           A.    Okay.
13           Q.    You said in your book that--
14           A.    You know words are dead, I'm
15      alive, I'm telling you like what I meant
16      even if that like came alone, across like
17      that, its not what I meant.
18           Q.    When you said, Israel had
19      absolutely no evidence against him, I knew
20      that for a fact, but it didn't matter, they
21      assassinated Mustafa anyway.
22           A.    Yes.
23           Q.    Those are your words?
24           A.    Okay.  But did I say that he
25      was innocent.  You said that I said that he
```

```
 1              - Y O U S E F -
 2   is innocent.  So you are putting words in
 3   my mouth right now.
 4        Q.    No, I'm not.  The words I'm
 5   putting in your words right now are your
 6   words from the book.  Israel had absolutely
 7   no evidence against him.  Those are your
 8   words?
 9        A.    For involvement --
10             MR. TOLCHIN:  Please don't
11         argue with the witness, ask him a
12         question and answer.
13             THE WITNESS:  He is not
14         arguing, actually this is healthy.
15             MR. TOLCHIN:   Okay.
16        A.    I am enjoying this.
17        Q.    So let me -- all I want to say
18   is, Mr. Tolchin as well, taken on the
19   objection anyway.
20             I just want to say, find out
21   whether you said in your book that they had
22   absolutely no evidence against him.  Did
23   you say that.
24        A.    Yeah, but --
25        Q.    On page 173?
```

```
 1              - Y O U S E F -
 2        A.     Evidence against him of what?
 3    You know you cannot take this out of the
 4    context right?  What I meant by evidence of
 5    getting involvement of suicide bombing
 6    attacks is what I meant there.
 7              Was he involved as a security
 8    agent of the public front for liberating
 9    Palestine, like he was the second person
10    after Yasser Arafat in the PLO, so we are
11    talking about a big terrorist leader.
12              In fact, Abu Ali Mustafa, he
13    had lots of Israeli blood on his hand.  You
14    know from his past before Israel allowed
15    him to come back to the territory.  He came
16    back to the territories without Israeli
17    permission, and now, two years after the
18    second Palestinian Infifada starts, and he
19    is back in business.  They were-- that was
20    not the agreement.  We got you back to this
21    country, so you come back and you know,
22    support the peace process like Yasser
23    Arafat, the PLO leader, not to come here
24    and encourage people to carry out suicide
25    bombing attacks or at least encourage
```

```
 1                 - Y O U S E F -
 2   people for the second Infifada that was,
 3   you know, the message.
 4         Q.    I want to deal with the
 5   language in your book first, I understand
 6   what you said here today.
 7                In the book, they had
 8   absolutely no evidence against him.  You
 9   are referring to the fact they have no
10   evidence of his involvement in suicide
11   attacks?
12         A.    Right.
13         Q.    Isn't that what you meant in
14   your book?
15         A.    Right.
16         Q.    Indeed in your book you say
17   that maybe they killed him just to send a
18   message to Yasser Arafat?
19         A.    That's correct.
20         Q.    And my-- that information you
21   have in there, is as far as them having no
22   evidence against him, that was information
23   that you got from the Shin Bet, right?
24         A.    The Shin Bet would not even
25   share this type of information with any
```

```
 1                   - Y O U S E F -
 2      agent.  Because this is against movement,
 3      against the organization, and probably
 4      against the government itself.
 5                   So, yeah, there is guilt there
 6      and from humanitarian point of view, I
 7      agreed that there was a wrong thing to do.
 8           Q.    And, you mentioned on direct
 9      examination when you first referenced the
10      Martyr payments, the payments to the
11      families of those who had been-- died in
12      attacks against Israel, suicide attacks
13      against Israel, that often times those
14      payments were given to families so that
15      they could rebuild their home.  Right?
16           A.    Well, or they can do with it
17      whatever they want to do, because not every
18      home was demolished by the Israelis.
19      Actually most of the homes were not
20      demolished.
21           Q.    But your reference when you
22      said on direct examination when you were
23      answering --
24           A.    That is one of the reasons.
25           Q.    Make sure to let me finish.
```

```
 1                   - Y O U S E F -
 2        A.    Yeah.
 3        Q.    For Mr. Barry, even if not for
 4   each other.
 5        A.    Sorry.
 6        Q.    When you answer Mr. Tolchin's
 7   questions about this, you mentioned the
 8   destruction of homes, right?
 9        A.    Right.
10        Q.    And, now I want to flesh that
11   out, what it was the Israelis would destroy
12   the home of a man who engaged in such an
13   act even if his family was still living in
14   it, correct?
15        A.    In the cases that the house was
16   demolished and it was a government policy
17   to help suicide bombers to think, what is
18   going to be the consequences of their
19   action, for their families, to prevent this
20   type of brutal terrorist attacks.
21        Q.    Yes.
22        A.    So that was at the beginning.
23              At some point the Israeli
24   government start realize that this policy
25   was not working and they stopped
```

```
 1                  - Y O U S E F -
 2    demolishing houses.
 3                  So, yes, at -- some families
 4    lost their houses because of this attacks,
 5    and many others did not lose their houses.
 6         Q.    When we talk about loosing the
 7    houses, what we are talking about, there
 8    had been at one point an Israeli policy to
 9    bulldoze the house of the family of a
10    person who was involved in such an attack?
11         A.    Yeah.
12         Q.    And then later they reconsider
13    that because it was provoking such outrage
14    that-- for whatever reason they
15    reconsidered and stopped that policy,
16    right?
17         A.    Yes.
18         Q.    Normally when I ask people
19    questions in these kinds of situations, I
20    do basic things at the beginning.  I got
21    off of that.
22                  You met with Mr. Tolchin before
23    today, yes?
24         A.    I met with him at-- one of my
25    events when he gave me the subpoena.
```

```
1                    - Y O U S E F -
2               MR. TOLCHIN:  Let me object as
3          to form.  I think-- if you want the
4          witness to step out.  I think there
5          is--
6               MR. ROCHON:  Step out or do you
7          want to have me continue with my next
8          question?
9               MR. HILL:  We are almost done
10         on the tape.
11              MR. TOLCHIN:  The word is met
12         or meet with, I'm not sure the
13         witness appreciates it.
14              MR. ROCHON:  I will try that.
15         Q.    You met --
16         A.    I didn't know the difference to
17    be honest with you.
18         Q.    You said you met him at your
19    book signing or whenever he gave you the
20    subpoena?
21         A.    Yes.
22         Q.    You have discussed this case
23    with him as well, before we began here
24    today, haven't you?
25         A.    Well, discussed the case?
```

```
 1                 - Y O U S E F -
 2         Q.     Yes.
 3         A.     To this moment, I don't know
 4    what all the case is all about actually.
 5    Bob asked me a couple of questions
 6    yesterday on the phone, and I told him, I
 7    would rather keep this till tomorrow.  The
 8    only reason was, I didn't want to go
 9    through it again like twice.  But there is
10    no like, you know, we are not here like
11    agreeing you know on everything that we
12    are-- we did not discuss what we are going
13    to talk about at all.
14         Q.     You said to Mr. Hill, in the
15    first part of the session today, I promise
16    you, the facts they have, they are going to
17    nail the case.
18         A.     I have.  I didn't say, they
19    have.  I said the facts I have, because he
20    was interrupting me, and I was like you
21    know if you are trying to frustrate me, you
22    know, to stop telling the truth.  That is
23    not going to work.
24         Q.     What did you know about the
25    case such that your facts would, "nail it"?
```

1                    - Y O U S E F -

2          A.    Well, because I know-- first of

3    all, my knowledge about the case, that

4    there are two parties fighting for money.

5    You know.

6                Clothing themselves with the

7    clothing of justice.  I personally fought

8    for justice and brought killers, put them

9    behind the bars.  I lost my family, I lost

10   everything important in my life for the

11   sake of justice.

12               And I continue to fight for

13   justice.  Justice in my opinion, the

14   Palestinian Authority, that you are

15   defending, is involved 100 percent in those

16   suicide bombing attacks, and they are

17   responsible for these attacks.  This is

18   what I mean, this is what makes me

19   confident and solid in my position, that

20   the PA is responsible and this is what I

21   meant.  That I have the facts that will

22   nail this case if people are looking for

23   justice.

24         Q.    How did you come to the opinion

25   that these cases involved suicide attacks?

```
 1                  - Y O U S E F -
 2         A.    It is by the plaintiffs.
 3         Q.    How do you know that?  Who told
 4    you that?
 5         A.    Well, when I got the subpoena,
 6    I started to Google and search for the case
 7    and even I thought there was from Bob and
 8    it was-- and his group.  So I called and
 9    like what this is all about.
10         Q.    Okay.
11         A.    And he gave me just like hints
12    of briefly.
13         Q.    So you learned from Bob or his
14    people?
15         A.    I didn't know that it was even
16    this from you, the subpoena.  I thought
17    that was subpoena from one party, because
18    he appeared at that event, and I didn't
19    know.  So I had to Google search and find
20    him.  Actually find few people before I got
21    to him, to understand what is going on.
22             And he had to explain to me
23    what the case is, and why, I am required by
24    the law to testify and that was it.
25         Q.    You said you had to Google and
```

```
 1                    - Y O U S E F -
 2     find Bob.  He had given you a subpoena,
 3     right?
 4          A.    Right.
 5          Q.    And the subpoena that he had
 6     given you--
 7          A.    I said I Googled it regarding
 8     the case, what the case is all about.  What
 9     is, you know, what is going on with the
10     whole case.  When I got to Bob, I had to
11     call other lawyer from Florida to get his
12     phone number and stuff like that.
13               MR. ROCHON:  I would ask to
14          have this marked if I could.
15          Defense's Exhibit 1.
16               MR. TOLCHIN:  While he is
17          marking, why don't we change the
18          tape.  He only has two minutes of
19          tape.
20               VIDEOGRAPHER:  We are now off
21          the record, the time is 2:48 p.m.,
22          January 10, 2012.
23               (Whereupon a recess was taken.)
24               VIDEOGRAPHER:  This is tape
25          four of the deposition of Mr. Mosab
```

1                    - Y O U S E F -

2              Yousef.  We are back on the record,

3              the time is 2:58 p.m., today is

4              January 10, 2012.

5                    (So marked, Defendant's 1.)

6         Q.    Mosab, I want to came back to

7    some things, other things that Mr. Tolchin

8    asked you about when he was asking you

9    questions.

10              Before I do, while we were off

11   the record, we had an off the record

12   discussion about the fact that this is a

13   case in which the plaintiffs represented by

14   Mr. Tolchin are seeking a lot of money from

15   the PA and the PLO, right?  We had such a

16   discussion?

17        A.    This is not my business.

18        Q.    No.  My question is a simple

19   one.

20        A.    When I asked, it was out of

21   curiosity, I really don't care.

22        Q.    My question is a simple one.

23              MR. TOLCHIN:  I will stipulate

24         we had such a conversation.

25              MR. ROCHON:  Thank you.

```
 1                    - Y O U S E F -
 2              But, I want to talk to the
 3          witness about it.  It's a simple
 4          question.
 5              THE WITNESS:  Ask.
 6     Q.    Listen to my question you may
 7  not understand it.
 8              All it is, we had such a
 9  discussion, didn't we?  Yes or no?
10     A.    Yes.
11     Q.    And so, you understand that you
12  are here as a witness in a case, in which
13  involves the plaintiffs bringing you here
14  for a deposition or asking you to be here
15  for a deposition and you have appeared,
16  right?
17     A.    Yes.
18     Q.    You have appeared voluntarily,
19  right?
20              MR. TOLCHIN:  Objection.
21     A.    Well, I have had no choice
22  after Judge order to appear.
23              MR. TOLCHIN:  Objection.  Don't
24          mislead the witness.  How do you say
25          to a-- how do you say to a witness.
```

```
1                - Y O U S E F -
2            MR. ROCHON:  This is the
3        speaking objection.  What is the form
4        of the question objection?
5            THE WITNESS:  Actually.
6            MR. TOLCHIN:  The problem is
7        when you lie to the witness.  You
8        said you are here voluntarily, you
9        know fully well, you just marked a
10       subpoena, you put it in front of him.
11           MR. ROCHON:  No, I didn't.
12           MR. TOLCHIN:  You are taking
13       advantage of somebody by misleading
14       him.  That is just bogus.
15           MR. ROCHON:  I hear you Bob.
16       Q.    Did you receive any legal
17   advice regarding whether-- this is just a
18   "yes" or "no".  Did you receive any legal
19   advice as to whether or not you had to
20   appear for this deposition or not?
21       A.    Yes.
22       Q.    And, you don't have a lawyer
23   representing you here today?
24       A.    No.
25       Q.    Were you-- well, that advice
```

```
 1                  - Y O U S E F -
 2    that you got, did you receive it from your
 3    lawyer-- this is a "yes" or "no", I don't
 4    want to get into any attorney/client
 5    privilege communications, answer, "yes" or
 6    "no"?
 7         A.    Yes.
 8         Q.    Then I will move away from the
 9    area of inquiry.
10              Somebody has put the subpoena
11    in front of you; is that right?  No.  Here
12    it is.  I don't know what document that is.
13         A.    This is his document.
14         Q.    Okay.  Sure.
15              So let me show you Defense
16    Exhibit 1 for identification purposes.
17    This is the subpoena Mr. Tolchin gave you,
18    right?
19         A.    Yeah.
20         Q.    And gave it to you at a book
21    signing?
22         A.    Yes.
23         Q.    Where was the book signing?
24         A.    Which one?  Pennsylvania?
25    Which one was the one?
```

```
 1              - Y O U S E F -
 2        Q.    I will make it simple, it was
 3    in the State of Pennsylvania that you
 4    received the subpoena?
 5        A.    I think so.
 6        Q.    And, at the bottom of the
 7    subpoena, it has got Mr. Tolchin's name?
 8              MR. TOLCHIN:  I will ask you to
 9         state the basis for that
10         representation Mr. Rochon.
11              MR. ROCHON:  He said it was
12         Pennsylvania.
13              MR. TOLCHIN:  You put those
14         words in his mouth.
15              MR. ROCHON:  He mentioned
16         Pennsylvania first.
17              I will stipulate to this, tell
18         me where you served him.
19              MR. TOLCHIN:  Connecticut and
20         you know that.  You served him in
21         Pennsylvania.
22              MR. ROCHON:  Bob, I actually
23         don't know.
24              THE WITNESS:  Right.
25              MR. ROCHON:  I don't know every
```

```
 1                - Y O U S E F -
 2      fact.
 3            MR. HILL:  Mr. Tolchin, you are
 4      saying --
 5            MR. TOLCHIN:  Your side knows
 6      that.
 7            MR. HILL:  The subpoena you
 8      served on the witness was served on
 9      him in the State of Connecticut.
10            MR. TOLCHIN:  That's correct.
11            MR. HILL:  Not served in the
12      Southern District of New York?
13            MR. TOLCHIN:  Am I being
14      deposed now?
15            MR. HILL:  You represent the
16      subpoena commanded him to appear in
17      the Southern District of New York
18      when you served him outside of the
19      State of New York?
20            MR. TOLCHIN:  When I am the
21      witness, you can ask me questions.
22            MR. HILL:  You are claiming --
23            MR. ROCHON:  I would ask the
24      witness to step out a minute, please.
25            But to remain on the record,
```

```
 1              - Y O U S E F -
 2         please.
 3              (Whereupon the witness left the
 4         room.)
 5              MR. ROCHON:  Bob, you have in
 6         the presence of the witness said that
 7         I lied to him about his obligation to
 8         appear here.
 9              You served him in Connecticut,
10         this is a deposition that is noticed
11         for New York.  He was not legally
12         obligated to appear here.  This is a
13         voluntary appearance.
14              Now, I didn't ask him what his
15         lawyer said to him, because he said
16         he received legal advice from his
17         lawyer.  I could have said, what did
18         he tell you.  He probably would have
19         answered.  I would have initiated a
20         waiver of privilege, I think that
21         would be unethical at least
22         unprofessional.
23              But I think you telling him
24         that I lied to him, in a question
25         that you suggested he was here
```

```
 1                 - Y O U S E F -
 2       voluntarily, is much worse.
 3            What is your basis for that
 4       statement that I lied to him?
 5            MR. TOLCHIN:  The witness was
 6       subpoenaed.  He came in response to
 7       the subpoena.
 8            MR. ROCHON:  You can't compel a
 9       witness to attend.
10            MR. TOLCHIN:  You can argue all
11       you want.
12            MR. ROCHON:  Do you disagree
13       with me, he is not legally compelled
14       to attend a deposition?
15            MR. TOLCHIN:  You can argue all
16       you want but to --
17            MR. ROCHON:  No, Bob, you told
18       the witness that I lied to him on the
19       record.
20            MR. TOLCHIN:  I did.
21            MR. ROCHON:  What was the lie?
22            MR. TOLCHIN:  You did.
23       If somebody comes voluntarily, if a
24       witness comes voluntarily, that
25       means, to me at least, I think to
```

```
 1                    - Y O U S E F -
 2         every reasonable person, that you
 3         call the witness on the phone, you
 4         say I would like you to be a witness
 5         in this case, let's set it up,
 6         schedule it, when do you want to come
 7         and he comes.
 8              MR. ROCHON:  This subpoena was
 9         not subject to compulsion that you
10         could not have compelled him to
11         appear.
12              MR. TOLCHIN:  Perhaps.  Perhaps
13         not.  It is an interesting question,
14         because he was of an unknown address.
15              MR. ROCHON:  Right.
16              MR. TOLCHIN:  And his location
17         was unknown which posed certain
18         problems.
19              MR. ROCHON:  His location was
20         Connecticut when you saw him
21         apparently.
22              MR. TOLCHIN:  Only for two
23         hours.  It was a fleeting location.
24              However, to present it as if he
25         came here voluntarily because the
```

```
 1                    - Y O U S E F -
 2        plaintiff simply asked him to, is
 3        untrue.  He received a subpoena, he
 4        received advice of counsel.  His
 5        counsel told him to appear.
 6              MR. ROCHON:  I don't know that.
 7              I can't ask him that.
 8              MR. TOLCHIN:  Well --
 9              MR. ROCHON:  Bob, because I am
10        trying to be ethical.
11              MR. TOLCHIN:  I agree you can't
12        ask him that.  He received a
13        subpoena, he received advice of
14        counsel and he came here and you can
15        draw your own conclusion.
16              But to phrase your question, in
17        the way that Marisa Tomei, described
18        in my Cousin Vinnie, that's actually
19        a bullshit question.  To portray his
20        appearances as voluntary, when you
21        know that there was a subpoena and a
22        cross subpoena and then you moved to
23        compel him to produce documents, and
24        all of that happened before he came
25        here today.  That is not a fair--
```

```
 1                  - Y O U S E F -
 2         that is not a fair presentation just
 3         to call it oh, you came voluntarily.
 4              You can quibble about whether
 5         the subpoena was enforceable or not,
 6         whether we could move to compel it or
 7         not.  Whether he waived anything by
 8         not moving to quash it or not.  You
 9         can have all of those discussions.
10              But to just say, oh, you came
11         voluntarily, that doesn't even
12         describe half of what occurred.
13              MR. ROCHON:  The number of your
14         words, is a sure sign of your regret
15         of having said I lied to the witness
16         on the record.  I will bring him back
17         in.  I will seek whatever relief I
18         need later.
19              If I was you, I would withdraw
20         the remark to the witness when he
21         gets back in here and ask you to do
22         so.  I did not lie to that witness
23         and you know it.
24              I have not done this in front
25         of the witness, you are the one who
```

```
 1                   - Y O U S E F -
 2        says you are concerned about speaking
 3        objections.  I think telling a
 4        witness that opposing counsel lied to
 5        him is about as a big --
 6             MR. TOLCHIN:  I will make a
 7        stipulation with you, that I will
 8        withdraw the remark, if you also
 9        withdraw the question and rephrase
10        it.
11             MR. ROCHON:  I can't now, he
12        has legal.  I have to stay away from
13        that.  It is a privilege area.
14             MR. TOLCHIN:  You can withdraw
15        your-- use of the word "voluntary"
16        that is the part that bothered me.
17             MR. ROCHON:  I will figure out
18        what I will do with my questions, you
19        as far as calling me a liar on the
20        record to the witness is probably not
21        remediable.  I can't pronounce that
22        word well.
23             MR. TOLCHIN:  Subject to
24        remedy.
25             MR. ROCHON:  Mr. Yousef, we are
```

```
1              - Y O U S E F -
2         ready for you, if you are ready for
3         us.
4              (Whereupon the witness entered
5         the deposition room.)
6    BY MR. ROCHON:
7         Q.    Mr. Yousef, we are still on the
8    record.  We never left.
9         A.    Okay.
10             MR. ROCHON:  Bob?
11             MR. TOLCHIN:  I will explain to
12        the witness we had a discussion
13        about, I had a problem with the
14        question where you said you have come
15        here voluntarily.  And I pointed out
16        that there was a subpoena and that I
17        thought that that was misleading and
18        I accused Mr. Rochon of lying.  Mr.
19        Rochon is upset that I accused him of
20        lying and we had a discussion about
21        the technical issues about the
22        subpoena.
23             And, without getting into any
24        of that because I'm sure it doesn't
25        effect you, I take back the words,
```

```
 1                    - Y O U S E F -
 2          the accusation of lying, we will just
 3          leave it at that.  That there is a
 4          discussion of the technicalities of
 5          the subpoena.
 6   BY MR. ROCHON:
 7          Q.    I'm sure that's all a mystery
 8   to you.  I didn't lie to you, when he said
 9   that he shouldn't, because I have not lied
10   to you and I didn't then and that was
11   ethically irresponsible.  We are going to
12   move on.
13              Mr. Yousef, before we got into
14   those issues, I referenced that you knew
15   you were appearing here whether voluntarily
16   or not, I will say.  In connection with the
17   case that the plaintiffs are now, you
18   understand, seeking a large amount of
19   money, correct?  You know that, as you sit
20   here today, right now, you know, they are
21   seeking a large amount of money and you are
22   giving testimony, right?
23          A.    Well, I think everybody here is
24   seeking for money, including yourself.
25          Q.    Why do you think that?
```

```
 1              - Y O U S E F -
 2      A.    Without money you would not be
 3   sitting here and defending this case.
 4      Q.    You understand that leaving
 5   aside how or what manner I'm compensated
 6   for my time, you understand that the
 7   plaintiffs who Mr. Tolchin represents are
 8   seeking a lot of money in this case, right?
 9      A.    Define a lot of money.  I
10   didn't know the number until like two
11   minutes ago.
12      Q.    That is what I am saying.
13   You--
14      A.    I knew there was money
15   involved, you know, for every party.  This
16   is what I knew.
17      Q.    Mr. Yousef, I suggest you
18   answer the question.  Sometimes you think
19   you know where I am going.  If you answer
20   the first question, I might not be going
21   where you think.
22      A.    I cannot give you just a dry
23   answer that you will hold against me later
24   on.  Simply money is not my story and I
25   don't care if you make money or you get
```

```
 1                    - Y O U S E F -
 2   broke.  This is your problem.  I am here to
 3   witness for the facts, you know, that
 4   caused the death of many innocent people
 5   and I am not here to go through your dirty
 6   business.  Sorry to say that.
 7         Q.    When you say--
 8         A.    Don't ask me about money, I
 9   won't answer anything about money.
10         Q.    My question --
11         A.    Is that clear?
12         Q.    I understand.
13         A.    I am not going to answer
14   anything related to money.  Money is your
15   business.  My business here, to bring
16   justice and I got involved in this, and I
17   am happy with my involvement in this
18   project.
19         Q.    You referred at the break, when
20   speaking to Mr. Hill, that he represented
21   the enemy.  You used the word "enemy" to
22   refer to our client, correct?
23         A.    Well --
24               MR. TOLCHIN:  I didn't hear
25          that.
```

```
 1              - Y O U S E F -
 2          MR. ROCHON:  I didn't say he
 3      did.
 4          Q.    You referred to my clients
 5      Palestinian Authority and the PLO as the
 6      enemy, right?
 7          A.    I believe.
 8          Q.    Did you refer to them as the
 9      enemy?  Yes or no.  Give your explanation
10      afterwards but at least answer the
11      question.
12          A.    I believe that anybody who is
13      going to execute me if I walk back to my
14      home town, is my enemy, yes.
15          Q.    So, you agree.  I really want
16      you to answer the question.  You refer to
17      my client as the enemy, yes?
18          A.    In the context of that, they
19      want to harm me for telling the truth.
20          Q.    Mr. Yousef, you agree with me
21      that you referred to my client as the
22      enemy, yes?
23          A.    Again, anybody who wants to
24      harm me, for saving people's lives, I
25      believe that they are the enemies of
```

```
 1                 - Y O U S E F -
 2    humanity and your client wants to harm me,
 3    because I saved innocent blood.  For that
 4    said, yes, your client is the enemy of
 5    humanity in my opinion.
 6         Q.    And you --
 7         A.    And you are representing the
 8    enemy of humanity in my opinion.
 9         Q.    You would agree with me that
10    you're biased against the PA and the PLO
11    therefore as a result?
12         A.    What do you mean by bias?
13         Q.    You think poorly of them, you
14    just said so.  You don't like them.  Put it
15    however you want it.
16         A.    I don't have a personal problem
17    with them.  But I have a long history that
18    proves that your client has lots of blood
19    on their hands.
20         Q.    My question is, you would agree
21    with me, this seems kind of obvious, but
22    tell me if you don't understand --
23         A.    You are --
24         Q.    Let me finish.
25               You are biased against the
```

```
 1                    - Y O U S E F -
 2    Palestinian Authority and the PLO, whatever
 3    reason you have, you are biased, right?
 4          A.    I am a witness and I have lots
 5    of facts in my bag.  I gave you many of
 6    them and I can keep going on and on for
 7    months to tell you evidence, that your
 8    client is a terrorist.
 9          Q.    I understand your answer and
10    that you want to say my client is a
11    terrorist to every question.
12          A.    This does not make me biased.
13          Q.    You said that you think my
14    client is the enemy of humanity?
15          A.    Right.
16          Q.    You agree your bias is a
17    result, right?
18          A.    I don't understand what you are
19    talking about.
20          Q.    You said that you had received
21    your educational payments from the PA,
22    right, while you were locked up, you got --
23    the PA was paying for your education after
24    you got out, right?
25          A.    Right.
```

```
 1                  - Y O U S E F -
 2          Q.    You said on direct examination,
 3    that they made those payments even now they
 4    thought you were a terrorist?
 5          A.    Well, actually they made my--
 6    they made fifty percent of my school
 7    expenses because I-- they thought I was a
 8    nationalist who was fighting Israel and
 9    spent time in Israeli prisons, and for
10    that, there was the Palestinian law that
11    gave every prisoner scholarship.
12          Q.    My question to you is, the
13    first part of the question is just asking
14    you, confirming what you said on direct
15    examination.  I will follow up.
16                You said on direct examination,
17    they paid for your education even though
18    they thought you were a terrorist, isn't
19    that what you said?
20          A.    Yeah.
21          Q.    Why would the PA think you were
22    a terrorist?
23          A.    Well, because Hamas is
24    considered by the PA, still as a terrorist
25    organization and I was a Hamas prisoner.
```

```
 1                    - Y O U S E F -
 2      They didn't know I was -- my relationship
 3      with the Israeli intelligence.  They didn't
 4      know I was in prison for cover.  They knew
 5      I was in prison as Hamas member and they
 6      still paid me like half scholarship.
 7           Q.    So, your answer is, that any
 8      Hamas person who is in prison should have
 9      been considered a terrorist by the PA?
10           A.    Hamas is considered as a
11      terrorist organization and illegal
12      organization by the PA.
13           Q.    So, that--
14           A.    But the action on the ground is
15      totally different than what the PA says,
16      this is the hypocrisy we are here to prove.
17           Q.    Your testimony is, that anybody
18      who was a Hamas prisoner, should not
19      receive any social benefits from the PA
20      whatsoever?
21           A.    If it was in a way to encourage
22      violence and encourage terrorist activities
23      and the infrastructure of a terrorist
24      organization, which now, the PA learned the
25      lesson the hard way, after Hamas controlled
```

```
 1                  - Y O U S E F -
 2     the Gaza strip, so now they are not doing
 3     the same strategy as they did ten years
 4     ago.
 5          Q.     Sir, they paid for your college
 6     education, right?
 7          A.     Ah-hum.
 8          Q.     Fifty percent of the PA, right?
 9          A.     Yeah.
10          Q.     You got some kind of degree
11     from Al Quds University, right?
12          A.     Yes.
13          Q.     And your college degree was in
14     what?
15          A.     Social studies.
16          Q.     So, you would agree with me
17     that your college degree in social studies
18     did not help you become a terrorist, right?
19          A.     Many welled educated people
20     including engineers became suicide bombers.
21     I did not become a terrorist because I was
22     involved in fighting against terrorism.  It
23     is not because of my education.
24          Q.     Your college degree would not
25     have helped you become a terrorist, would
```

```
 1                  - Y O U S E F -
 2     it?  Your college education in social
 3     studies would not have helped you become a
 4     terrorist would it?
 5          A.    How would I know that?
 6          Q.    Well, you suggested that the PA
 7     should not--
 8          A.    Let me ask you this question,
 9     if you grow up in the territories would you
10     be a terrorist right now?
11          Q.    I don't get to answer.
12          A.    If you grow up in Ramallah
13     would you be a terrorist?
14          Q.    Here is how this works, I don't
15     get to answer your questions as much as I
16     would like to.  In order to conduct myself
17     professionally, I ask and you answer, that
18     is how this works.
19          A.    That was not a related
20     question.
21          Q.    Then don't ask it.
22                But the degree in social
23     studies would not have helped you become a
24     terrorist would it?
25          A.    I don't know how to answer that
```

```
1                - Y O U S E F -
2    question.
3         Q.    Then don't.
4               You told us on direct
5    examination that you weren't even a member
6    of Hamas, didn't you?
7         A.    I was close to Hamas in -- I
8    never been a member of Hamas.
9         Q.    You are saying that the PA
10   should not have paid you any social
11   benefits, even though you weren't a member
12   of Hamas, just because Israel had put you
13   in prison?
14        A.    Well, not everybody knew that I
15   was not a member of Hamas.  Everybody from
16   the outside thought that I was a member of
17   Hamas.  I was my father-- like not every
18   Hamas member got the privilege to be the
19   assistant of the top leader of Hamas in the
20   West Bank.  I was the assistant of the top
21   leader of Hamas in the West Bank.
22              This does not make me
23   officially a Hamas member, because there is
24   no membership that is what I meant.  But
25   practically I had privileges more than any
```

```
 1                    - Y O U S E F -
 2     Hamas member in the West Bank.  To be the
 3     assistant of the leader of the West Bank.
 4          Q.    You were the son of the leader
 5     of the West Bank?
 6          A.    And his assistant.
 7          Q.    I'm very impressed with you
 8     being his assistant, you were his son,
 9     right?
10          A.    And his assistant, I was paid
11     as his assistant Hamas money.
12          Q.    You claimed on direct
13     examination, you said that it was wrong for
14     the PA to pay for your college education
15     because they were paying -- as far as they
16     were concerned you were a terrorist?
17          A.    Well, I said that the principle
18     was wrong.  This is what I meant.  I am not
19     saying that paying -- because many students
20     got good degrees and they are building the
21     society.  But I'm talking about the
22     principles of just giving random terrorist
23     prisoners just for being a prisoner, a
24     scholarship, regardless of their background
25     regardless of what they are going to do
```

```
  1                  - Y O U S E F -
  2   with their education.  If the they are
  3   going to go build missiles with it or not,
  4   they gave it to everybody unconditionally.
  5   So I am against the principle, I'm not
  6   against educating people.
  7        Q.    Let's move to a topic on which
  8   we maybe we can be in more agreement.
  9            You talked with Mr. Tolchin
 10   this morning about the meetings that your
 11   father went to.
 12        A.    Yes.
 13        Q.    You accompanied him and waited
 14   outside of the meetings with the other
 15   assistants to the other leaders, right?
 16        A.    Right.
 17        Q.    And, your knowledge of what
 18   went on in those meetings came from
 19   whatever you could overhear in the hallway,
 20   whatever you could hear when you came into
 21   bring your father his cellphone, if you had
 22   an important call, or the memos or the
 23   notes that he gave you?
 24        A.    Yeah.
 25        Q.    Those three things?
```

```
 1                  - Y O U S E F -
 2         A.    And what he told me.
 3         Q.    Right.
 4         A.    Personally.
 5         Q.    The notes that you had, what
 6   did you do with the notes after you typed
 7   them or faxed them, what did you do with
 8   the actual notes of your father?
 9         A.    Well, it was mostly like saved
10   on a computer.  My father's computer.  And
11   I never kept any copies of these things, I
12   was required not to keep any evidence of
13   anything that I did.
14         Q.    By the Shin Bet?
15         A.    Yeah.
16         Q.    But your father, you said there
17   were notes saved on a computer.  Did he
18   type his notes?
19         A.    I did.
20         Q.    You typed his notes?
21         A.    I did, other assistants did.  I
22   was not the only one, but I did many of
23   them.
24         Q.    Somebody typed or faxed his
25   notes to others, you sent them to Shin Bet
```

```
 1              - Y O U S E F -
 2   and other Hamas people?
 3        A.    And I send it also to Hamas
 4   people many times.
 5        Q.    I said, you sent it to Shin Bet
 6   and Hamas people.  I assume the other
 7   assistants, you assume were only sending it
 8   to Hamas people?
 9        A.    As I know, as far as I know,
10   yes.
11        Q.    Sure.
12              Frankly if the Shin Bet had
13   other agents, they would not have told you?
14        A.    Right.
15        Q.    Then you described one meeting
16   where your father went because you said
17   Marwan Barghouti called him on an urgent
18   basis for your father, Marwan Barghouti to
19   meet with Arafat, just the three of them,
20   you talked about that?
21        A.    A few meetings it was only my
22   father, Marwan and Yasser Arafat.
23        Q.    Now, you eventually applied for
24   asylum in the United States, correct?
25        A.    Yes.
```

```
 1                 - Y O U S E F -
 2        Q.     And you produced in response to
 3    a subpoena that we had served on you, your
 4    asylum application, correct?
 5        A.     Yes.
 6        Q.     That asylum application is
 7    probably the most important document you
 8    have ever prepared in your life, isn't it?
 9        A.     Not really.
10        Q.     Well, what you were trying to
11    do to get to the United States, right, to
12    live here permanently?
13        A.     Well, I came here just on a
14    tourist visa.  For me, I did the minimum in
15    that application with the assistance of my
16    attorney.  At that time, my English was
17    really weak and I was barely, you know
18    putting sentence together, trying to do the
19    minimum to convince the government of
20    letting me stay without exposing myself all
21    the way.
22             So, I did-- like it was not
23    that, like important thing to me.
24        Q.     Your asylum application to
25    become a permanent citizen of the United
```

```
 1                  - Y O U S E F -
 2    States, so you would not have to go back to
 3    Ramallah and be murdered?
 4         A.    You asked me it was the most
 5    important document.  I am telling you it
 6    was not the most important document in my
 7    life.
 8         Q.    What other document have you
 9    ever prepared that is more important than
10    your asylum application?
11         A.    No documents.
12         Q.    Okay.
13               So, this would then be the most
14    important document you have ever prepared
15    in your life, right?
16         A.    Let me agree with you.
17         Q.    Okay.
18         A.    Okay.
19         Q.    In that document, which we will
20    agree was an important document, you were
21    asked a question about whether you had ever
22    been arrested, right?
23         A.    Yes.
24         Q.    And, you answered the question,
25    right?
```

```
 1                  - Y O U S E F -
 2         A.    I don't remember.
 3         Q.    You don't remember if you
 4    answered?
 5         A.    You can remind me, please.
 6         Q.    Okay.  Well, let me remind you.
 7         A.    I don't mean to be rude.
 8         Q.    No, it is better to always look
 9    at the document.
10              I would ask to have this marked
11    as Defendant's Exhibit 2, please.
12              MR. TOLCHIN:  To avoid
13          confusion, perhaps we should gather
14          the other documents in front of the
15          witness.
16              (So marked, Defendant's 2.)
17    BY MR. ROCHON:
18         Q.    If you look at Defendant's
19    Exhibit 2, you can have a look at that
20    please?
21         A.    Yes.
22         Q.    You recognize it, don't you?
23         A.    Absolutely.
24         Q.    You provided us that in
25    response to the subpoena that we served on
```

```
 1                 - Y O U S E F -
 2    you in connection with this deposition,
 3    right?
 4          A.    Right.
 5          Q.    If you--
 6          A.    I think I had the right, you
 7    know to keep the confidentiality of the
 8    information, but you know, I wanted
 9    everything to be an open book.  So.
10          Q.    You said you would like to be
11    an open book.  We prepared for you a
12    release that you could sign --
13                MR. ROCHON:  Just a second
14             while Mr. Tolchin attends to his
15             iPad.
16                MR. TOLCHIN:  Just a second
17             while Mr. Rochon tends to his
18             microphone.
19                MR. ROCHON:  I will proceed
20             unless you need me to hold off.
21                MR. TOLCHIN:  No, go ahead.
22    BY MR. ROCHON:
23          Q.    You said that you wanted to be
24    an open book.  Today, Mr. Hill gave you
25    some releases that we asked if you would
```

```
 1                  - Y O U S E F -
 2    sign so that we could obtain the other
 3    materials related to your asylum
 4    application, correct?
 5          A.    Yeah.
 6          Q.    Mr. Hill is this guy.
 7          A.    I would need to study this a
 8    little more.
 9          Q.    Okay.  But in terms of being an
10    open book, those are releases for the FBI
11    and --
12                MR. HILL:  Department of
13          Homeland Security.
14          Q.    Department of Home Land
15    Security.  Asked you to provide that
16    release so we can get those records so we
17    can be consistent with your notion of being
18    an open book, get those records concerning
19    your application, right?
20          A.    Yeah.  Well, it is like as far
21    as I know, the application is the core of
22    the asylum case.  And I know that you have
23    got most of the information that is related
24    to the case.
25          Q.    Well, we have some of the pages
```

```
 1                  - Y O U S E F -
 2     of the book, but as far as being an open
 3     book, those releases --
 4          A.    I have no problem, but
 5     honestly, I would have to talk to my
 6     attorney because this is something requires
 7     signature.  I am an open book, I'm very
 8     honest with you with everything related to
 9     the case.  And I will.  But regarding to
10     this, this document, I won't sign it before
11     my attorney have a look at it.
12               Is that fair to ask?
13          Q.    I don't get to answer your
14     questions, I told you that once, I have
15     told you now twice.  I'm not here to
16     answer yours, you are here to answer ours.
17               MR. TOLCHIN:  You should not
18          badger the witness when he says he
19          wants to show something to his
20          attorney.
21               MR. ROCHON:  Was that objection
22          to the form of the question?
23               MR. TOLCHIN:  Yes, it is.
24               MR. ROCHON:  What was the
25          problem?
```

```
 1                  - Y O U S E F -
 2              MR. TOLCHIN:  Badgering.
 3         Q.    So Mr. Yousef, the reason you
 4   want to talk to your lawyer before you sign
 5   those things is before you sign a document
 6   like that, you want to get legal advice,
 7   right?
 8         A.    Right.
 9         Q.    You want to make sure that what
10   you sign you understand it fully, right?
11         A.    Right.
12         Q.    You know if you sign a legal
13   document like those releases, there could
14   be consequences?
15         A.    Correct.
16         Q.    So you want to understand it
17   fully, right?
18         A.    Right.
19              MR. TOLCHIN:  Objection, asked
20          and answer just three seconds ago.
21         Q.    Just like this application you
22   signed for asylum, right?
23         A.    Ah-hum.
24         Q.    Is that a "yes"?  Was your
25   answer "yes"?
```

```
 1                    - Y O U S E F -
 2          A.     Yes.
 3          Q.     And you had a lawyer in
 4   connection with this asylum application,
 5   didn't you?
 6          A.     Yes.
 7          Q.     His name was Steven A. Seick,
 8   S-E-I-C-K?
 9          A.     He was my representative not
10   the representative of my potential killers.
11          Q.     I understand.  He was your
12   lawyer and you got his advice and you
13   didn't sign this until you knew it was
14   right, correct?
15          A.     Right.
16          Q.     In fact, your asylum
17   application was under oath?
18          A.     Right.
19          Q.     Under penalty of perjury?
20          A.     Ah-hum.
21          Q.     And you signed, if you look on
22   page nine?
23          A.     Yes.
24          Q.     You signed under penalty of
25   perjury that the application and the
```

```
 1              - Y O U S E F -
 2   evidence submitted with it are all true and
 3   correct?
 4         A.    Yes.
 5         Q.    Right.
 6               Now, when you were asking the
 7   United States to come have you live here,
 8   you talked about your arrest because the
 9   application required you to, right?
10         A.    Right.
11         Q.    And, you didn't tell the truth
12   about your arrest, did you?
13         A.    What arrest?  Which one of
14   them?  I was arrested several times.
15         Q.    Yeah.
16               You were arrested for having
17   guns, right?
18         A.    Right.
19         Q.    You told us today?
20         A.    And I was arrested as a cover
21   two times.
22         Q.    All right.
23         A.    So which one I was talking
24   about?
25         Q.    I didn't fill out the
```

```
 1                - Y O U S E F -
 2    application, you did.
 3          A.    Well, then specify.  Like if
 4    you are saying I'm not telling the truth,
 5    how did you know I was talking about that
 6    arrest.  Not the arrest after I discovered
 7    five suicide bomber location and I had to
 8    go for a cover for prison.  There is like
 9    three times that I was arrested.  I was
10    referring to one of them.
11          Q.    So, why don't you look at page
12    six.
13                MR. TOLCHIN:  Do you have a
14          spare copy of that?
15                MR. ROCHON:  I think we do
16          actually.
17          A.    Which paragraph?
18          Q.    2 B.
19                Have you or your family members
20    ever been accused, charged, arrested,
21    detained, interrogated, convicted and
22    sentenced or imprisoned in any country
23    other than the United States?  You said,
24    yes.  Right?
25          A.    Ah-hum.
```

```
 1                  - Y O U S E F -
 2          Q.    And you said --
 3                MR. TOLCHIN:  Which page are
 4          you looking at?
 5                MR. ROCHON:  Page six.
 6          Q.    And it says, if, "yes", explain
 7      the circumstances and the reasons for this
 8      action.  Right?
 9          A.    Yeah.
10          Q.    It says, "in 1996, when I was
11      18, I was arrested by the Israelis for
12      participating in Islamic student
13      activities"?
14          A.    Right.
15          Q.    That was your arrest for having
16      guns, wasn't it?
17          A.    Well, and actually the original
18      arrest was because of that and that was one
19      of the reasons.
20                Now, if you read my book you
21      are going to understand, you know, that
22      Judge and the people who are responsible
23      for this file, knew the information, the
24      additional information that I gave them.
25                At that early point, that would
```

```
 1                 - Y O U S E F -
 2     complicate and put my life at risk.  To me
 3     I was fighting for life, for my life.  This
 4     is what I was doing.
 5                  Now, it is not that I lied, but
 6     I was not ready to expose all the
 7     information, because the gun situation,
 8     remember, that I was -- I spent time in
 9     prison as cover.  The Israeli Shin Bet I
10     agreed to work for them, and they told me,
11     you have to go to prison for cover.
12                  Now, I didn't have to go
13     through all the details of these
14     arrangements between me and the Shin Bet,
15     for an American agent who would not
16     understand the whole situation.
17                  When the Department of Homeland
18     Security investigated further, I was honest
19     with them and I gave them every detail
20     about this.  If they don't have a problem
21     with it, why you have a problem with it?
22          Q.    I don't get to answer.
23          A.    You think you smarter than the
24     government.
25          Q.    I am telling you the third time
```

```
 1                - Y O U S E F -
 2     I'm not answering your questions, all
 3     right?
 4             A.    Okay.
 5             Q.    You answer mine.
 6                   The question here, you talked
 7     about you were arrested at 18, that wasn't
 8     an arrest set up by the Israelis for your
 9     cover, that was before you met your
10     handler, right?
11             A.    Yeah, but I was sent to jail as
12     a cover.  The arrangement between me and
13     the Shin Bet happened during the
14     investigation time and after that, sending
15     me to prison was part of arrangement to
16     protect me.
17             Q.    So, let's stick with the arrest
18     you talked about in your asylum application
19     under oath, instead of the later ones.
20             A.    Okay.
21             Q.    The sentence reads:
22                   "In 1996, when I was 18, I was
23     arrested by the Israelis for participating
24     in Islamic student activities".  Right?
25             A.    That was part of it.  I had the
```

```
 1                  - Y O U S E F -
 2    right to exclude things.  It did not say
 3    put like every detail of that.
 4          Q.    Okay.
 5          A.    Of your life.
 6          Q.    The detail you left out was the
 7    part about the guns that you wanted to use
 8    for revenge as you told us this morning?
 9          A.    Well, it is like this morning
10    is not hidden from the government.  I gave
11    it in details, you know, for the Judge, for
12    everybody.
13          Q.    What I have got is your asylum
14    application.  I'm reading it accurately.
15    That sentence I read just now is accurate,
16    that is what you wrote in your application?
17          A.    I had the right to put the
18    minimum that could secure political asylum
19    case for me and I was not forced by anybody
20    to put all details of my life, small and
21    big.  I thought that was unnecessary
22    information for that period of time to
23    protect myself, to protect my life, for
24    you, you sitting here in comfortable
25    situation, you can say whatever you want to
```

```
 1                  - Y O U S E F -
 2   say.  When I was fighting for my life, I
 3   had to do what was necessary to protect my
 4   life, not to just put unnecessary
 5   information and risk my life.
 6        Q.    Mosab, I want to make sure we
 7   get your answer right.
 8              I read it correctly, that is
 9   what it says?
10        A.    I answered you honestly.
11        Q.    You have not said "yes" yet?
12             MR. TOLCHIN:  Objection.  The
13         document speaks for itself.
14             I also think it is very
15         demeaning, nobody else here has
16         called anybody by first names.  You
17         know.
18             MR. ROCHON:  He called you Bob.
19             MR. TOLCHIN:  Mr. Yousef.  You
20         are addressing a witness, you are
21         questioning him.  Why are we suddenly
22         on a first name basis, is he a
23         friend?
24             MR. ROCHON:  Mosab called you
25         Bob.
```

```
 1              - Y O U S E F -
 2              MR. TOLCHIN:  He can call me
 3         whatever he wants, I don't think it
 4         is proper.
 5              THE WITNESS:  I don't mind.
 6              MR. TOLCHIN:  Call him by his
 7         title.
 8              MR. ROCHON:  If he wants you to
 9         call you Mr. Yousef.
10              THE WITNESS:  You can call me
11         anything.
12         Q.    Mr. Yousef, I read it-- I need
13    to know, it says, doesn't it:  "In 1996,
14    when I was 18, I was arrested by the
15    Israelis for participating in Islamic
16    student activities."
17         A.    That's correct.
18         Q.    And you indicate that you at
19    the end of that paragraph that describes
20    your arrest, you say, "my only offense was
21    being the son of a leader of Hamas".
22              Isn't that right?
23         A.    Well --
24         Q.    First just tell me whether its
25    right or not?
```

```
 1              - Y O U S E F -
 2        A.    It is right.
 3        Q.    Now give your explanation if
 4   you want.
 5        A.    Thank you for giving me the
 6   opportunity to explain myself.
 7        Q.    You always have the opportunity
 8   to explain yourself if you can answer the
 9   question first, I don't need to come back
10   and do it again.
11        A.    Well, the situation was very
12   sensitive and I was very new to the
13   country.  And, I was not ready to expose
14   all my activities within Hamas and within
15   the Israeli intelligence.
16              For that, I put in this
17   application, the minimum of information
18   that could secure me political asylum,
19   because if I was to go back to the
20   Palestinian territories, I knew that I was
21   facing only one destiny, that is death.
22              Let me finish, please.
23              For that, I was fighting for my
24   life.  I did not lie to deceive people.  I
25   did not put a lie, I put the minimum facts
```

```
 1                  - Y O U S E F -
 2      necessary in the application, that could
 3      secure me a political asylum.
 4                 If you see me in this lying,
 5      this is your problem it is not my problem.
 6           Q.    When you said, "my only offense
 7      was being the son of a leader of Hamas",
 8      that strictly speaking wasn't true, because
 9      your offense was having three guns, right?
10           A.    Yes.
11           Q.    And you told us this morning,
12      you bought the three guns for revenge?
13           A.    Yeah, but don't forget that
14      this was ten years after and I spent time
15      in prison for it.  And, I as I told you,
16      later on, few months after, the government
17      got all the details, all the information
18      about the guns, about my activities and
19      everything.
20           Q.    When you filled out this
21      application you hadn't published your book
22      yet, had you?
23           A.    No.
24           Q.    Your role as a Shin Bet agent
25      was not public yet, was it?
```

```
 1              - Y O U S E F -
 2        A.     No.
 3        Q.     So, the concerns about your
 4   security and so on, if you were to--
 5   withdraw that.
 6              When you read this application,
 7   you don't mention being a Shin Bet agent,
 8   do you?
 9        A.     That would be even better if I
10   mentioned that.  So think about it, why
11   didn't I mention things that would strength
12   my case to.
13        Q.     So, you agree with me, you
14   didn't mention that you were a Shin Bet
15   agent in your application?
16        A.     No, I did not.  I told you that
17   was unnecessary information.
18        Q.     So, you tried in your asylum
19   application initially to get asylum because
20   you converted to Christianity, and you said
21   that you were in danger of being killed
22   over there by virtue of having converted to
23   Christianity?
24        A.     Correct, and I told the truth
25   when I said that.
```

```
 1                  - Y O U S E F -
 2        Q.    Eventually you got asylum when
 3   you released all the information about
 4   being a Shin Bet agent, right?
 5        A.    Yes.
 6        Q.    So the first effort here to get
 7   asylum based on the religion conversion
 8   didn't work, they were concerned about you
 9   being a Hamas terrorist, right?
10        A.    You can ask the government the
11   question.
12        Q.    Well, you blogged about the
13   fact they wanted to keep you out of the
14   country because you were a Hamas terrorist,
15   right?  You wrote your blog, that is what
16   they thought, right?
17        A.    Well, ask them.
18        Q.    No, I am asking you.  That is
19   what you put on your blog?
20        A.    I don't know.
21        Q.    You don't know what you put on
22   your blog?
23        A.    I know what I put on my blog
24   but this is not a question.  Why didn't you
25   ask the government.  I don't know exactly.
```

```
 1              - Y O U S E F -
 2    I was assuming.
 3         Q.    I can't ask the government if I
 4    don't have your document?
 5         A.    Why are you assume?  I don't
 6    have facts.
 7         Q.    I can't ask the government
 8    right now.  But if you signed those
 9    releases maybe I can get some of those
10    records.
11              MR. TOLCHIN:  So, he has
12         already covered that, he will.
13              MR. ROCHON:  Is that asked and
14         answered?
15              MR. TOLCHIN:  He is going to
16         talk to the lawyer and I objected
17         because you were badgering him.  You
18         had every opportunity to subpoena
19         those records from the government
20         before today, to request them of the
21         witness before today.
22              MR. ROCHON:  We did request
23         them of the witness before today.
24              MR. TOLCHIN:  You requested an
25         authorization.
```

```
 1                  - Y O U S E F -
 2               MR. HILL:  And we subpoenaed
 3          them from the government as you well
 4          know, don't try to mislead the
 5          witness.
 6          Q.    We talked before about the
 7    fact, you know how important a lawyer is
 8    before you sign a document, right?
 9          A.    Right.
10          Q.    So, you signed this document,
11    after you got legal advice, right?
12          A.    I answered this question, I
13    said, yes.
14          Q.    And the document omits the
15    weapon, omits the revenge, right?  That you
16    were going to use, you were going to shoot
17    people with the weapon, that is what you
18    planned on doing, right?  When you had the
19    guns?
20          A.    Where are you trying to go with
21    this?
22          Q.    God dog, I can't answer your
23    questions Mr. Yousef as much as I'd like
24    to.
25               You planned on shooting people
```

```
 1              - Y O U S E F -
 2   with the three guns, didn't you?
 3        A.    Yes.
 4        Q.    Okay.  And, you didn't tell the
 5   United States of America that when you
 6   wanted to get asylum?
 7        A.    No, I told them, before I was
 8   granted the asylum.  Before the Judge made
 9   the decision, he knew all the details
10   including this detail.
11        Q.    When you swore to the truth of
12   this document, under the same oath that you
13   took today?
14        A.    I swear the truth when I stood
15   in front of the Judge.
16        Q.    You swore the truth on page
17   nine of this document, we already looked at
18   it --
19        A.    Yeah, I told the truth.  I did
20   not -- I did not tell all the facts and
21   details of my life.  My story in the
22   application, actually, my life could not
23   fit in a book.  My life cannot fit in two
24   movies.  To fit it in a application.
25              And unfortunately, I was
```

```
 1                    - Y O U S E F -
 2      unsuccessful to fit my entire story with
 3      all its details, I couldn't be
 4      comprehensive enough with broken English,
 5      new to this country.  Escaping from crazy
 6      territory, for a safe heaven to represent
 7      myself very well in English.
 8                    And like, yes, you can find
 9      gaps, you can call it whatever you want to
10      call it.  But, when I stood in front of the
11      Judge, under the oath, at that moment
12      before he granted me asylum, he had all the
13      details and all the facts of my life and
14      based on that, I got my asylum.
15               Q.    At the time --
16               A.    This is not what gave me the
17      asylum, that was just step number one.
18               Q.    It was what you tried to use to
19      get you asylum.  When you signed it, you
20      were trying to get asylum?
21               A.    And I wish that they gave me
22      from the beginning.  They wanted to fight,
23      and we fought and we won the case.
24               Q.    When you first asked the United
25      States of America to let you in this
```

```
  1                  - Y O U S E F -
  2    country, you said you had broken English.
  3    You had --
  4           A.    My English was very weak.
  5           Q.    Let me finish the question.
  6           A.    Yes.
  7           Q.    You also had a lawyer and we
  8    already discussed the important role of a
  9    lawyer before you signed a document to
 10    understand everything in it, right?
 11           A.    Yes.
 12           Q.    Now, the question wasn't a
 13    question that asked you to just tell us
 14    everything about your life, the question
 15    was specifically about arrests or
 16    convictions and the circumstances, right?
 17    That is what the question is, isn't it?
 18           A.    Yes.
 19           Q.    You deliberately left out the
 20    part about the gun and wanting to shoot
 21    people, didn't you?
 22           A.    And I left the part that I went
 23    to prison for saving people's lives as
 24    well.
 25           Q.    Okay.  Then the answer to my
```

```
 1                 - Y O U S E F -
 2     question is, yes, you deliberately left out
 3     the part about the gun and wanting to shoot
 4     people; isn't that right?
 5          A.    Yes.
 6          Q.    You also said in your
 7     application that you had no relationship
 8     with Hamas other than through my father,
 9     didn't you?
10          A.    Yes.
11          Q.    That wasn't true, was it?
12          A.    It is true.
13          Q.    That was your only relationship
14     with Hamas?
15          A.    I told you I never been Hamas
16     member.  I was the top leader assistant.  I
17     am not hiding the truth.
18          Q.    You described in this
19     application that your father was a moderate
20     man?
21          A.    He is a moderate man.
22          Q.    You also claimed here today,
23     that your father supported suicide attacks?
24          A.    Yes.
25          Q.    Okay.  Is that a moderate man?
```

```
 1                    - Y O U S E F -
 2         A.     Well --
 3         Q.     Isn't that a crime against
 4    humanity according to you?
 5         A.     It is a crime against humanity
 6    but there are lots of people who didn't
 7    know what they are doing.  And there are
 8    lots of people who stand and defend the
 9    wrong parties, as you are sitting here and
10    defending the PLO.  You are no different
11    than my father.  You look to me a very
12    moderate welled educated person.
13         Q.     I never authorized a suicide
14    operation, you say your father did.
15              MR. TOLCHIN:  He is answering
16          the question.
17         A.     My father did not authorize
18    suicide bombing, but he was supportive of
19    suicide bombing because he thought that it
20    was fight for the Palestinian justice.
21              Now, like you are here in the
22    same boat.  Why do you think you are better
23    than my father.  Why do you think you are
24    still better than the PLO terrorist.
25         Q.     Your father --
```

```
 1                  - Y O U S E F -
 2          A.    They also fight for money.
 3    They go join the PLO for money, for a
 4    paycheck.  And you are here also joining
 5    the PLO for a paycheck that you get.  So
 6    you are not better than any one of them.
 7          Q.    You understand I'm a lawyer
 8    representing a client, right?
 9          A.    Well, I understand.  But also I
10    understand twisting and bending the laws
11    and taking advantage for selfish desires.
12          Q.    Well --
13          A.    It is a human nature, don't be
14    ashamed of it.  All of us are like this.
15          Q.    Let's talk about you.  When you
16    told the United States of America that your
17    father was a moderate man, not hate filled
18    like most of the Hamas leaders.
19          A.    That was true.  Comparing to
20    other Hamas leaders, yes.
21          Q.    So, by your truth, your father
22    who supported suicide operations, is a
23    moderate man?
24          A.    Yeah, this is possible.
25          Q.    In fact-- Bob, I would ask that
```

```
 1                 - Y O U S E F -
 2     you disconnect that or --
 3              MR. TOLCHIN:  What happens is
 4          Mordecai keeps trying to rejoin,
 5          there seems to be -- the network
 6          keeps dropping.
 7              MR. ROCHON:  The record will be
 8          unclear on what we are talking about.
 9          So what has happened is, that the
10          iPad to which Mr. Tolchin is trying
11          to monitor the deposition keeps on
12          disconnecting and then ringing.
13              MR. TOLCHIN:  I apologize for
14          the technical issue.  I wish I could
15          make it not make that noise when it
16          rings.
17              MR. ROCHON:  Well I will move
18          on and you take care of your iPad as
19          you wish.
20              MR. TOLCHIN:  Please.
21     BY MR. ROCHON:
22          Q.   Now, you became according to
23     your book, the key contact for the entire
24     Palestinian network of Hamas, right?
25          A.   Correct, at some point.
```

```
 1              - Y O U S E F -
 2        Q.    You were in contact with Kahlid
 3   Meshal K-A-H-L-I-D.  Meshal.  M-E-S-H-A-L.
 4   Who was the leader of Hamas in Damascus,
 5   Syria, right?
 6        A.    Yes.
 7        Q.    And so, that was certainly an
 8   instance of you having a relationship with
 9   Hamas, other than through your father,
10   right?
11        A.    Actually that was through my
12   father, if I wasn't the son of Hassan
13   Yousef, a top Hamas leader, I would not be
14   able to talk to Kahlid Meshal and how did
15   he get the phone number of Kahlid Meshal
16   and how did I get the cover to talk to him.
17   What was the topic of our conversation it
18   was always related to my father and his
19   position.
20              So without my father that would
21   not exist.
22              MR. ROCHON:  Let's take a
23         break.
24              MR. TOLCHIN:  Sure.
25              VIDEOGRAPHER:  We are going off
```

```
 1                  - Y O U S E F -
 2          the record, the time is 3:45 p.m.,
 3          January 10, 2012.
 4              (Whereupon a recess was taken.)
 5              VIDEOGRAPHER:  This is tape
 6          five of the deposition of Mr. Mosab
 7          Yousef.  We are back on the record,
 8          the time is 4:01 p.m., this is
 9          January 10, 2012.
10   BY MR. ROCHON:
11      Q.    Mr. Yousef, Mr. Tolchin went
12   into some of your background on direct
13   examination.  I wanted to follow up on
14   that.
15              You said you were born May 6th,
16   1978, in the area of Ramallah?
17      A.    Yes.
18      Q.    And, we know at age 18, you
19   were arrested and held by the Israelis for
20   a considerable period of time, how long?
21      A.    Sixteen months.
22      Q.    Sixteen months.
23              Now when you were arrested by
24   the Israelis at age 18, the arrest with the
25   guns, they tortured you, right?
```

```
 1                  - Y O U S E F -
 2         A.    Yes.
 3         Q.    They beat you?
 4         A.    Yes.
 5         Q.    Even though you didn't resist,
 6    they had you in a car and they were hitting
 7    you in the head with their riffle butts?
 8         A.    Yes.
 9         Q.    And to the point that you
10    blacked out and when you woke up they were
11    still hitting you?
12         A.    Yes.
13         Q.    And, onto the point that your
14    eyes were swollen shut?
15         A.    Right.
16         Q.    And, you hadn't done anything
17    to them?
18         A.    Not to the soldiers.
19         Q.    You didn't resist when you were
20    arrested?
21         A.    Correct.
22         Q.    They threw you in the back of
23    the car and threatened to kill you, right?
24         A.    Well, yeah.  They say all type
25    of things.
```

```
 1                    - Y O U S E F -
 2          Q.    One of the things that these
 3    armed men with guns said, they threatened
 4    to kill you, right?
 5          A.    Right.
 6          Q.    After you got out, you
 7    eventually gained employment, isn't that
 8    right, got a job?
 9          A.    What job?
10          Q.    My question was, did you gain
11    employment?
12          A.    You mean with the Israeli
13    intelligence?
14          Q.    I apologize if that was not
15    clear.  Leave aside Israeli intelligence.
16    You got a job?
17          A.    Are you asking me if I have a
18    regular job?
19          Q.    I asked you after you got out,
20    you got a job eventually, didn't you?  Like
21    employment, a job, that is just a "yes" or
22    "no" question?
23          A.    I had like what job are you
24    talking about.
25          Q.    I'm not talking about any yet.
```

```
 1                  - Y O U S E F -
 2    First you tell me, yes, then I start asking
 3    you details.
 4                  Answer the question, did you
 5    get a job?
 6         A.    After I was released from
 7    prison?
 8         Q.    Yes.
 9         A.    A few months after, yes.
10         Q.    What job did you get?
11                See, this is how this works,
12    you say, yes, I follow up.
13         A.    Well, I got several jobs.
14         Q.    Let's get them in order.  The
15    first job that you got, what was it?
16         A.    Well, I was working at the
17    local burger place.
18         Q.    The Checkers, right?
19         A.    Ah-hum.
20                And I was working for Israelis.
21         Q.    As far as the Israelis paying
22    you, that didn't start for awhile, did it,
23    or did they pay you the whole time after
24    you got released?
25         A.    Yeah, from the beginning.
```

```
 1                  - Y O U S E F -
 2         Q.    How much did they pay you a
 3    month?
 4         A.    Like the average salary with
 5    some bonuses and things like that,
 6    something like the standard thousand
 7    dollars a month.
 8         Q.    $10,000 a month, I didn't hear
 9    you?
10         A.    Something like the $1,000 a
11    month.
12         Q.    Less than $1,000 a month?
13         A.    Ah-hum.
14         Q.    But with bonuses when the
15    information was particularly good or
16    particularly helpful?
17         A.    No, it depends when I had
18    cover.  When there was good cover for the
19    money, there was bonus.  When there was
20    cover for the money and that was what
21    really mattered.
22         Q.    So by cover for the money,
23    meant that when you could explain why you
24    had money?
25         A.    Yes.
```

```
 1                    - Y O U S E F -
 2          Q.    They would give you more?
 3          A.    Correct.
 4          Q.    What was the most they gave you
 5     a month when you had good cover?
 6          A.    It never exceeded my salary
 7     from the U.S. government, the USAID which
 8     was about $1,200.
 9          Q.    We didn't get to the United
10     States AID yet.
11          A.    I'm telling you, it never
12     exceeded any income that I got from
13     anywhere else.
14          Q.    The Israelis paid you in cash?
15          A.    Yes.
16          Q.    And they paid you in shekels or
17     dollars?
18          A.    Shekels.
19          Q.    And, how long did you work at
20     Checkers, the burger place?
21          A.    Like about a year.
22          Q.    What was the next job that you
23     got after Checkers, leaving aside with the
24     Israelis.
25          A.    It was working with the-- I
```

```
 1                    - Y O U S E F -
 2    worked with my father for a period of time.
 3           Q.    You mean you were being paid by
 4    your father?
 5           A.    Yes.
 6           Q.    So you were being paid by
 7    Hamas?
 8           A.    Yes.
 9           Q.    All right.
10           A.    It was for sure, Hamas money,
11    but it was paid to me through my father.
12                 MR. TOLCHIN:  Objection, didn't
13            he say that earlier.
14                 MR. ROCHON:  Bob, if you want
15            to say asked and answered, do it.
16                 MR. TOLCHIN:  I maybe mistaken,
17            asked and answered.
18           Q.    You can still answer the
19    question.
20                    After you stopped working at
21    Checkers, you started getting paid by your
22    father or were you doing that at the same
23    time?
24           A.    It was during the same time.
25    Then I was working full time with my father
```

```
 1                  - Y O U S E F -
 2      before I was employed with a local company
 3      that-- a contractor that works and hires
 4      employees for the USAID.
 5           Q.    A local contractor that was
 6      CDG?
 7           A.    Yes.
 8           Q.    What does "CDG" stand for?
 9           A.    Well, I don't remember.
10           Q.    You worked for the USAID
11      contractor CDG for how long?
12           A.    Almost five years.
13           Q.    Five years working for CDG.
14           A.    Ah-hum.
15           Q.    What is CDG stand for?
16           A.    I don't remember.
17           Q.    Five years is a long time to
18      work?
19           A.    Yeah, but it is like during
20      that time, I did not meet with them even
21      once.  My direct work was with the USAID in
22      the capacity building office.  The CDG
23      office was in a different location in
24      Bethlehem.  We were working in Ramallah.
25      There was lots of check points that I
```

```
 1                  - Y O U S E F -
 2    received from them only checks, that is all
 3    I received and payments.  I never had to
 4    meet with them or say or discuss anything.
 5          Q.    Where in Ramallah-- for the
 6    entire five years, did you work out of the
 7    same office in Ramallah or eventually did
 8    you start working in Jerusalem?
 9          A.    No, worked most of the time in
10    Ramallah area, Al Bireh.
11                MR. ROCHON:  A-L space
12          B-I-R-E-H.
13          Q.    Where in Al Bireh was the-- Al
14    Bireh is adjacent to Ramallah?
15          A.    It is the twin city of
16    Ramallah.
17          Q.    Where in Al Bireh was it that
18    you worked, where was the office?
19          A.    It was on Al Bireh Main Street.
20          Q.    What is that?
21          A.    Next to the old municipality.
22          Q.    The Al Bireh municipality
23    building?
24          A.    Yes.
25          Q.    The old one?
```

```
 1                  - Y O U S E F -
 2          A.    The old one.
 3          Q.    What was your pay from CDG or
 4   USAID, whatever?
 5          A.    It was like $800, something
 6   like that.
 7          Q.    You were hired as a
 8   receptionist, right?
 9          A.    Yes.
10          Q.    You were hired because of
11   friends that you had made, you knew people
12   who worked there right?
13          A.    Yes.
14          Q.    And who was the boss of that
15   office, what was his name?
16          A.    Bob Kirkman.
17          Q.    Kirkman, how do you spell Mr.
18   Kirkman's last name?
19          A.    K-I-R-K-M-A-N.
20          Q.    He became a friend of yours,
21   right?
22          A.    We were just like more of a
23   work relationship.
24          Q.    You used to go to Tel Aviv with
25   him, right?
```

```
 1                  - Y O U S E F -
 2         A.    No.
 3         Q.    You used to go to Tel Aviv with
 4    some of your coworkers, right?
 5         A.    Yes.
 6         Q.    Go to clubs in Tel Aviv, yes?
 7         A.    Clubs in Tel Aviv, where do you
 8    came to that conclusion?
 9         Q.    Are you saying, yes, or are you
10    saying, no, to my question of whether or
11    not you went with your coworkers to Tel
12    Aviv.
13              MR. TOLCHIN:  Objection to
14         compound question.
15              Are you asking him did he go
16         with coworkers to clubs, why don't
17         you break it down.
18         Q.    I am asking you, did you go
19    with your coworkers to clubs in Tel Aviv.
20              MR. TOLCHIN:  Objection,
21         compound question.
22         A.    Not as I remember.  Like I've
23    been to clubs in Tel Aviv I know for sure,
24    but not with my coworkers, I don't think
25    so.
```

```
 1              - Y O U S E F -
 2        Q.    Who were the coworkers you were
 3   closest to?
 4        A.    All of them.
 5        Q.    Give me their names, please.
 6        A.    Yvonne Sorour.
 7              MR. ROCHON:  S-O-U-R-E-R.
 8              MR. TOLCHIN:  Sorour,
 9         S-R-O-U-R.
10              MR. ROCHON:  No, we know how to
11         spell it.
12              THE WITNESS:  It is
13         S-O-R-O-U-R.
14              MR. ROCHON:  Yvonne.
15         Y-V-O-N-N-E.
16              THE WITNESS:  Correct.
17        Q.    Other than Yvonne, who were the
18   others, her husband Tufik, did he work
19   there.
20        A.    Tufik did not work there.  But
21   he was a very close friend of mine.
22        Q.    Through him you got the job?
23        A.    Well, actually through Yvonne I
24   got the job.
25        Q.    Who other than Yvonne, who were
```

```
  1                  - Y O U S E F -
  2   the other workers with whom you were close?
  3          A.     You know there was like Howard
  4   Sokolove that I visited him a few times at
  5   his house in Jerusalem.
  6          Q.     Howard Sokolove, that would be
  7   first name is Howard.  Last name is
  8   S-O-K-O-L-O-V-E or O-W?
  9          A.     I really don't remember the
 10   spelling.
 11          Q.     Sokolove?
 12          A.     Yeah O-F-F, I guess.
 13          Q.     Who else?
 14          A.     That was pretty it.
 15          Q.     Who was your supervisor?
 16          A.     It was Yvonne.  And Yvonne had
 17   to move back to the United States and Bob
 18   became my direct supervisor.
 19          Q.     What was Bob's last name again?
 20          A.     Kirkman.
 21          Q.     Right.
 22                 And, you eventually, that job
 23   ended in October of 2003?
 24          A.     There was extension I think
 25   till-- yeah, I think so.  I don't remember
```

```
 1                  - Y O U S E F -
 2    the date when it was over.
 3         Q.    After you were no longer
 4    working for CDG, the -- affiliated with
 5    USAID, what was your next job?
 6         A.    I started a computer company
 7    like a Geek Squad kind of company,
 8    maintenance and support.
 9         Q.    Did you have employees?
10         A.    Yeah.
11         Q.    Who were they?
12         A.    We had one engineer with us and
13    his name was Wajeeh.
14         Q.    Can you spell Wajeeh's name?
15         A.    This is like W-A-J-E-E-H and I
16    forgot his last name.
17         Q.    Wajeeh's last name you don't
18    know, your engineer?
19         A.    I forgot.
20         Q.    This--
21         A.    But Wajeeh was our first
22    employee, he was already working for my
23    partner Nafez Abu Shareefeh.
24         Q.    Nafez, N-A-F-I-S.
25         A.    Ah-hum.
```

1                  - Y O U S E F -

2                  No, N-A-F-E-Z and Abu, A-B-U,

3       Shareefeh, S-H-A-R-E-E-F-E-H.

4            Q.    Shareefeh?

5            A.    Yes.

6            Q.    And, the guy who was your

7       engineer, how would you spell that name,

8       that you gave us even though you don't

9       remember the last name.

10           A.    W-A-J-E-E-H.

11           Q.    Other employees?

12           A.    We had couple of other

13      employees, I forgot their names.  That was

14      for a short time.

15           Q.    How long did the computer Geek

16      Squad business last?

17           A.    Well, I think it still exist.

18      I have-- when I decided to leave the

19      country, I sold my shares to my partner and

20      I think they still operate, I'm not sure.

21           Q.    How much did you sell your

22      share in the Geek Squad business to your

23      partner for?

24           A.    It was something like $25,000,

25      something like that.

```
 1                  - Y O U S E F -
 2        Q.    Did you buy an apartment with
 3   that money in Ramallah?
 4        A.    Well, part of it I did, yes.
 5        Q.    You paid cash, 25 thousand cash
 6   for an apartment in Ramallah, right?
 7        A.    Well, I paid more than that.
 8        Q.    How much did you pay for the
 9   place in Ramallah in cash?
10        A.    It was like a deal through my
11   uncle to the building.  He installed
12   elevators for the building and I paid him
13   $20,000 and I took the apartment.  Then I
14   owed him $30,000 to pay him for the next
15   few years, and I constructed the place,
16   because it was under construction still and
17   that cost me like close to twenty more
18   thousand dollars.  I don't remember exactly
19   how much I invested in it.
20             So you can say a total of about
21   $40,000.
22        Q.    All that money was paid in cash
23   by you, yes?
24        A.    Yes.
25        Q.    That was money you obtained in
```

```
 1                  - Y O U S E F -
 2    part from working with Shin Bet?
 3         A.    Shin Bet.
 4         Q.    As a spy?
 5         A.    I remember I sold a gun that,
 6    you know, my father had.  I didn't want to
 7    keep that.  I used that money as well.  So.
 8         Q.    You sold one of your father's
 9    guns?
10         A.    Yeah.
11         Q.    You kept the money?
12         A.    I used it for that place.
13         Q.    Who owns it today?
14         A.    Ha?
15              MR. TOLCHIN:  Who owns what
16         today?
17         A.    My uncle.
18         Q.    I'm sorry, that's a good
19    objection.  I'm not asking who owns the gun
20    today.
21         A.    The house.
22         Q.    I'm asking who owns the house?
23         A.    My uncle.
24         Q.    Which uncle is that?
25         A.    Abdula.
```

```
 1                 - Y O U S E F -

 2          Q.     What is the last name?

 3          A.     Abdula Darkhalil, like my name.

 4          Q.     The gun that you sold, that was

 5     illegal for you to sell the gun, right?

 6          A.     What do you mean, illegal?

 7     Having a gun was illegal.

 8          Q.     Against the law?

 9          A.     Well, not in the Palestinian

10     territories for my father he had, he was

11     allowed.  All the meetings that we talked

12     about he had-- he did not have a gun, but

13     his assistant and his guards had guns all

14     the time around him.  So that was okay with

15     the PA, for us to carry guns.

16          Q.     So you sold the gun though?

17          A.     Yeah.

18          Q.     And, how much did you get for

19     the gun?

20          A.     It was a few thousand dollars.

21          Q.     Nice gun?

22          A.     It was a riffle.  It was M-16.

23          Q.     So, you got how much for the

24     M-16?

25          A.     It was something close to
```

```
 1              - Y O U S E F -
 2    $5,000.
 3         Q.    I'm not one of these gun guys,
 4    so when you say M-16, what would I
 5    envision, what is-- what does an M-16 look
 6    like?
 7              MR. TOLCHIN:  Come on.
 8         A.    It is American.
 9              MR. TOLCHIN:  You know what an
10         M-16 looks like?
11              MR. ROCHON:  Actually I don't.
12         A.    It is American gun and it is a
13    riffle, machine gun.
14         Q.    So its like a machine gun?
15         A.    Yes.
16         Q.    Fully automatic?
17         A.    Yes.
18         Q.    So you pull down the trigger,
19    the bullets come out, you don't have to
20    pull the trigger each time?
21         A.    Right.
22         Q.    As opposed to semiautomatic?
23         A.    Yes.
24         Q.    What caliber is an M-16, I
25    don't know.
```

```
 1                - Y O U S E F -
 2              Don't look at me like that, I'm
 3    not a gun guy.
 4         A.    What was the question?
 5         Q.    He is giving he a bad look, he
 6    thinks I know the caliber.
 7         A.    Don't look at him.
 8         Q.    I try.
 9              How much is an M 16-caliber,
10    what is the caliber?
11         A.    What is caliber?
12              MR. TOLCHIN:  How big are the
13         bullets?
14         Q.    45, nine millimeter?
15         A.    I don't know, it is like eight
16    millimeters, how big the bullet is.  I'm
17    not an expert either.
18         Q.    Okay.
19         A.    I don't know.  They are
20    standard, you can ask an expert, I don't
21    know.
22         Q.    You sold that gun, I assume one
23    of the occasions when your father was in
24    prison?
25         A.    Yes.
```

```
1                  - Y O U S E F -
2          Q.     I know he has been in prison a
3    lot?
4          A.     Hamas paid for that gun.
5          Q.     Sure.
6          A.     Now, I had two options to
7    return the gun for Hamas, or keep it for
8    myself, which I didn't need it at that
9    point, or sell it and use the money.  I
10   sold it and I used the money.
11         Q.     I understand.  I am trying to
12   find out.  My only question why I asked
13   about him being locked up, does that narrow
14   when it was?
15         A.     Okay.
16         Q.     When was it that you sold the
17   M-16?
18         A.     It was sometime like toward the
19   end of 2004, I guess.
20         Q.     Who did you sell it to?
21         A.     This is a good question.
22         Q.     Thank you.
23         A.     As of now, I really don't
24   remember.
25         Q.     You said it was fully
```

```
 1                 - Y O U S E F -
 2     automatic.  Had you fired it or seen it
 3     fired?
 4          A.    Not that one.
 5          Q.    No one is going to pay a few
 6     thousand dollars for a gun that doesn't
 7     work.  How did the person know that it
 8     worked?
 9                MR. TOLCHIN:  Objection.
10          A.    I'm trying to figure out who
11     the person who sold it from me.  I think
12     his name, Basem Al Ashqar.
13          Q.    B-A-S-E-M?
14          A.    Yeah.
15          Q.    A-l?
16          A.    Ashqar.
17          Q.    A-L.  Ashqar.  Let's spell
18     Ashqar.
19          A.    It is A-S-H-Q-A-R.  Al Ashqar.
20     The one who bought the gun for.
21          Q.    Someone else?
22          A.    For us, and he sold it for
23     someone.
24          Q.    Okay.  But gave you the money?
25          A.    Yeah.
```

```
1                    - Y O U S E F -
2          Q.    Who did he sell it to?
3          A.    I don't know.
4          Q.    So, this fully automatic M-16,
5     was sold to somebody, obviously not--
6     wasn't government issued at that point any
7     longer, it was out on the street, right?
8          A.    Yes, right.
9          Q.    And, you said it was sometime
10    in 2004?
11         A.    I think so.
12         Q.    Beginning, end?
13         A.    Toward the end, if not early
14    2005.
15         Q.    When was it that you left the
16    area and went to the United States, when
17    did you land in America?
18         A.    June 2nd, 2007.
19         Q.    So this would have been about
20    roughly three years or so before you left?
21         A.    Yes.
22         Q.    And what did you want the money
23    for?
24         A.    I used it for the house for
25    construction.
```

```
 1                    - Y O U S E F -
 2          Q.    Did you sell any other guns?
 3          A.    No.
 4          Q.    Now, how did you know the gun
 5    was fully automatic and worked?
 6          A.    Because it was fully automatic
 7    and-- it looked like it worked.
 8          Q.    Well, no one is going to pay a
 9    few thousand dollars unless they see it
10    test fired?
11          A.    The people took care of that.
12          Q.    The who?
13          A.    Basem, the guy who sold it, I'm
14    sure that he, you know, did the whole
15    thing.
16          Q.    So the gun could have ended up
17    in the hands of a terrorist, as far as you
18    know?
19          A.    Well, it is like-- it could.
20          Q.    But it was good for you.  To
21    get the money?
22          A.    It was good for me to get the
23    money and it was good that somebody related
24    to the PA or other organization to get the
25    gun rather than Hamas getting the gun,
```

```
 1                    - Y O U S E F -
 2    because they were asking for it.
 3            Q.     Who got the gun?
 4            A.     Well, I don't know exactly who
 5    got the gun but Basem was affiliated with
 6    the PA.  He is a PA custom employee.  And
 7    this is how he got the gun, because he got
 8    it from the PA or people affiliated with
 9    the PA.  So when he sold it.  He sold it to
10    somebody that was not affiliated with
11    Hamas.
12            Q.     How do you know?  You don't
13    know who the person was.
14            A.     Because I would know if it was
15    sold to somebody from Hamas.
16            Q.     Well, there is-- sadly enough
17    let me finish the question.  Sadly enough
18    for whatever reason, there are a fair
19    number of Hamas members in 2004, weren't
20    there?
21            A.     What?
22            Q.     There were a lot of people in
23    Hamas in 2004 in the West Bank, weren't
24    there?  You can say "yes" or "no", just
25    answer the question.
```

```
 1                  - Y O U S E F -
 2          A.     I don't know.
 3          Q.     Then how do you know that the
 4   person who got the gun wasn't in Hamas?
 5          A.     Well, I don't know for sure.
 6          Q.     Okay.
 7          A.     So it could be Hamas.
 8          Q.     It wasn't a concern of yours,
 9   your concern was to get the money?
10          A.     Right.
11          Q.     After the job with USAID, you
12   eventually claimed to have worked in real
13   estate?
14          A.     Yes, right.
15          Q.     Did you get a real estate
16   license?  Do you need one there?
17          A.     You don't need one.
18          Q.     What did you do in real estate
19   in Ramallah and when?
20          A.     We had an office and we tried
21   to rent places out and things like this,
22   get a commission.  It was not a good
23   business, it did not work.
24          Q.     Were these properties you owned
25   or renting them on behalf of others?
```

```
  1                  - Y O U S E F -
  2          A.     On behalf of others.
  3          Q.     How many properties did you
  4     own?
  5          A.     Only the apartment that my
  6     uncle took after I left and that's about
  7     it.
  8          Q.     How much money have you ever
  9     given to your family?
 10          A.     Not a lot.
 11          Q.     I mean you described the
 12     incredible financial destitute nature your
 13     mother was going through when your father
 14     was locked up.
 15          A.     That was at the early
 16     beginning, not when the money poured into
 17     the Palestinian territories.  That was the
 18     first, the early beginning of the first
 19     Palestinian Intifada, the second
 20     Palestinian Intifada was different.
 21          Q.     For whatever reason the money
 22     you got, you kept for yourself, you didn't
 23     share with your mom or sisters?
 24          A.     I shared some of it.
 25          Q.     With whom?
```

```
 1                  - Y O U S E F -
 2        A.      Whenever my mom asked me for
 3   help, I helped her.
 4        Q.      Since you got to the United
 5   States, you have tried your hand at some
 6   businesses as well, correct?
 7        A.      I did what?
 8        Q.      I mispronounced that.
 9                Since you got to the United
10   States, you tried your hand at some
11   businesses as well, didn't you?
12        A.      You mean to start a business?
13        Q.      Yeah.
14                MR. TOLCHIN:  Tried your hand
15           means, tried, an expression.
16        A.      Yeah, I'm always trying to
17   start a business.
18        Q.      What businesses have you been
19   in, in the United States, other than
20   related to the sales of your book and
21   speaking engagements?
22        A.       It was a small business at the
23   beginning with Tufik, my friend and we were
24   selling supplements on line.  I was not
25   allowed to work at that point because I
```

```
 1                  - Y O U S E F -
 2     didn't have work permit.  And that was
 3     pretty it.
 4          Q.    That was when you say
 5     supplements, you mean vitamin supplements?
 6          A.    Vitamins.
 7          Q.    You tried an organic food
 8     business?
 9          A.    Yeah, this is-- this is one of
10     them.  I tried to build a website, it
11     didn't work.  I didn't have the money for
12     it mostly.
13          Q.    You're aware that Tufik
14     eventually had loaned some money to some
15     drug dealers?
16          A.    What is that?
17          Q.    I said, you are aware whether
18     Tufik loaned some money to someone who was
19     involved in drug activity?
20          A.    No.
21          Q.    Did you have any knowledge of
22     any of that?  You never heard that before
23     from the look on your face.
24          A.    No.
25          Q.    Has Tufik ever told you that
```

```
 1                    - Y O U S E F -
 2     any aspect of his financial situation was
 3     effected by money that he ended up giving
 4     to somebody who turned out to be a drug
 5     dealer?
 6          A.     No, never.
 7          Q.     Tufik is the guy who was the
 8     husband of Yvonne and he ended up back in
 9     the United States as well, correct?
10          A.     Right.
11          Q.     Yvonne ended up back in the
12     United States as well?
13          A.     Right.  This is true?  I
14     mean --
15          Q.     I don't get to answer your
16     questions.  If you don't say it, it is not
17     part of the testimony in this proceeding.
18     My questions are not evidence, your answers
19     are.
20               Now over the entire course of
21     your relationship with the Israelis how
22     much did they pay you?
23          A.     What is that?
24          Q.     Over the entire course of your
25     relationship with the Israelis, I mean the
```

```
 1                    - Y O U S E F -
 2    Shin Bet, how much did they pay you?
 3            A.    I don't know.
 4            Q.    You worked for them for how
 5    many years?
 6            A.    When I start getting paid, I
 7    was toward the end of 1999, until the last
 8    few months when I was there in 2006, toward
 9    the end of 2006.  I was paid like I say,
10    average of say $1,000 to be on the safe
11    side.
12            Q.    Sometimes, more when you had
13    cover?
14            A.    Actually, this is like the
15    average.  So when I say like more, it would
16    be just around this number because it could
17    be sometimes like $600, $700.  And it could
18    be $1,200, so average of $1,000.
19            Q.    When I first asked you these
20    questions, you said they paid about $1,000
21    a month, unless they could pay you more
22    because of cover.  Are you now --
23            A.    I said less than $1,000.  Yeah
24    not exceed $1,000.
25            Q.    Unless you had cover?
```

```
1                  - Y O U S E F -
2          A.    Yeah.
3          Q.    How much did you get paid at
4    USAID.
5          A.    It was about $800, something
6    like that.
7          Q.    A month?
8          A.    Ah-hum.  And I was paid by
9    Hamas also $800.
10         Q.    You are obviously now in the--
11   have been in most recently of the business
12   of selling a book that you wrote, correct?
13         A.    Yeah.
14         Q.    And you also get paid dearly
15   for speaking engagements in connection
16   with -- if you are asked to speak, you
17   charge money, right?
18         A.    Of course.
19         Q.    Are you planning on writing
20   another book?
21         A.    Yes.
22         Q.    Are you currently writing
23   another book?
24         A.    Yes.
25         Q.    What is it about?
```

1                    - Y O U S E F -

2          A.    I'm not ready to talk about it

3    yet.

4          Q.    Are you refusing to answer the

5    question?

6          A.    Yes.

7          Q.    All right.

8                Does the book concern your

9    history and connection with the second

10   Intifada in any manner whatsoever?

11         A.    Some of the events, yes, but it

12   is not focused on the second Palestinian

13   Intifada.

14         Q.    What is it focused on?

15         A.    I told you, I don't want to

16   answer this question.

17         Q.    Again you are refusing to

18   answer it?

19         A.    Yes.

20         Q.    Not that you just don't want

21   to?

22         A.    Yes.

23         Q.    Have you received any lawyer's

24   advice that supports your refusal to answer

25   that question?

```
 1                  - Y O U S E F -
 2         A.      No.
 3         Q.      Do you understand that I'm not
 4    saying how the Judge will rule, but that we
 5    can ask the Judge to--
 6         A.      Ask the Judge and let the Judge
 7    ask me to talk about my book, and I will be
 8    more then happy to send him a draft.
 9         Q.      Send him a draft?
10         A.      To the Judge, not to you.
11         Q.      Do you have a draft?
12         A.      Not yet.
13         Q.      How far are you along in the
14    book?
15                 MR. TOLCHIN:  Objection,
16          relevance.
17         A.      I don't know.
18         Q.      You don't know how far you are
19    in the book?
20         A.      No.
21         Q.      Your last book you had a ghost
22    writer named Ron Brackin, right?
23         A.      Right.
24         Q.      Do you have a ghost writer on
25    this one as well?
```

```
 1                   - Y O U S E F -
 2          A.     No.
 3          Q.     Is it in Arabic, English or
 4     some other language?
 5          A.     I'm writing in Arabic.
 6          Q.     Where is it intended to be
 7     published?
 8          A.     I don't know yet.
 9          Q.     Are you currently working on
10     any other movies or books?
11          A.     I'm working on a movie.
12          Q.     What is the movie about?
13          A.     It is about -- based on my
14     story.
15          Q.     Based on your story as Son of
16     Hamas?
17          A.     Yes.
18          Q.     Is the movie about you?
19          A.     Ah-hum.
20          Q.     Who are you working with on
21     that movie?
22          A.     I can't answer this question
23     either.
24          Q.     You can't or you won't?  You
25     know the difference?  You know the answer,
```

```
 1                  - Y O U S E F -
 2    you just refuse to tell me; is that right?
 3          A.    Can you please keep your
 4    calmness, there is no need to yell at me.
 5          Q.    I'm extremely calm.
 6                MR. TOLCHIN:  You did raise
 7           your voice.
 8          A.    You raised your voice.  Please
 9    respect.
10          Q.    You know the answer, but you
11    are refusing to tell me, is that right?
12          A.    Because you know, there is no
13    Judge, you know, we are in America, we are
14    not in the West Bank.  If you are affected
15    by the West Bank mentality, you can go
16    there and take the deposition there.  In
17    this country, I did not have to answer to
18    any of your questions, but I'm doing this
19    for the sake of justice.
20          Q.    Sir, you are doing this
21    voluntarily?
22          A.    Yeah.
23          Q.    Not --
24          A.    Actually I'm loving it, like
25    more than any time.  I'm convinced this is
```

```
 1                  - Y O U S E F -
 2      the right thing to do.  I'm happy to be
 3      part of this and guess what, you bring a
 4      Judge and Judge order, again and again, I
 5      will appear again and again, on my own
 6      expense next time.
 7           Q.    This time your expenses are
 8      being paid by the gentleman across the
 9      table?
10           A.    Yes.
11           Q.    That is your airfare and hotel?
12           A.    Yes.
13           Q.    And where did you stay last
14      night?
15           A.    Well for security reason, I
16      cannot tell you this.
17           Q.    You are not there now.
18           A.    I tell you after I leave.
19           Q.    Are you--
20           A.    Why do you want to tell your
21      clients where I'm staying, your terrorist
22      organization.
23           Q.    Mr. Yousef, I'm asking because
24      if your costs --
25           A.    I will tell you where I am
```

```
 1                - Y O U S E F -
 2    staying after I leave tomorrow.  I will
 3    send you information through Bob or you can
 4    give me a phone number, I will give you
 5    information.
 6         Q.    What was the costs of the place
 7    you stayed yesterday?
 8         A.    $150.
 9              MR. TOLCHIN:  I would like to
10         know.
11              MR. ROCHON:  I'm sorry?
12              MR. TOLCHIN:  I said I would
13          like to know.
14         A.    For two nights it was like
15    $350.
16         Q.    You have security with you
17    today, correct?
18         A.    Yes.
19         Q.    Is that an expense that you are
20    bearing or being paid on your behalf?
21         A.    Well, I did not discuss this
22    matter yet.  We will go through it with Bob
23    later on.
24         Q.    You are hoping to be reimbursed
25    for the expense of your security?
```

```
 1                  - Y O U S E F -
 2          A.     Absolutely, yes, I hope you
 3     share some of the expenses as well.
 4          Q.     Are you being paid for your
 5     time today?
 6          A.     No.
 7          Q.     Now, we got side tracked on all
 8     that, on the movie.  You are working with
 9     someone on the movie?
10          A.     It is not being made yet.
11          Q.     Okay.
12          So --
13          A.     I have a contract with some
14     company, but the movie is not made yet.
15     Actually, you can Google it, maybe you can
16     find information.  There is available
17     information.
18          Q.     Well then, if there is
19     available information, then answer my
20     question, what is the movie about?
21              MR. TOLCHIN:  He told you what
22          the movie was about.  What he didn't
23          tell you was who he was working with.
24          He told you what it is about.  He
25          told you it is about Son of Hamas'
```

1                    - Y O U S E F -

2          story.

3          A.    I don't want to bring my

4    business into this thing.

5          Q.    You have discussed making other

6    movies in some of your public statements,

7    correct?

8          A.    Right.

9          Q.    Movies about religion?

10         A.    Right.

11         Q.    You now say you are working on

12   a movie about you?

13         A.    Right.

14         Q.    How many movies are you working

15   on?

16         A.    I don't want to answer this

17   question.

18         Q.    Are you of the view that your

19   participation in these cases will increase

20   the publicity associated with you, Mr.

21   Yousef?

22         A.    I think so.  I hope so.

23         Q.    That will be good for your

24   movies and your books, right?

25         A.    Absolutely.

```
 1                    - Y O U S E F -
 2         Q.    You were willing to let an M-16
 3    fall in the hands of a terrorist for money,
 4    right, for personal profit?
 5         A.    This is your conclusion.
 6         Q.    That is--
 7         A.    This is your judgment.
 8         Q.    You can agree or disagree?
 9         A.    I disagree.
10         Q.    You agree that gun might have
11    fallen into the hands of a terrorist
12    because you don't know who got it?
13         A.    You can think whatever you want
14    to think.  I answered.  I extended
15    explaining that situation and I'm over
16    right.
17         Q.    Actually, you are here to
18    answer my questions, just like you answered
19    his.
20         A.    I did answer your question.
21         Q.    My question to you, sir, is,
22    you are aware that that gun may have fallen
23    into the hands of terrorists?
24         A.    It could.
25         Q.    You are willing to do that for
```

```
 1                - Y O U S E F -
 2    money, right?
 3          A.    It could.  It was going to
 4    terrorist's hands anyway.  So, like that
 5    way I thought it was the safest way to do
 6    it.
 7          Q.    It was in your hands until you
 8    sold it, right?
 9          A.    Yeah, and I did not want to
10    keep it in my hands.
11          Q.    Did you turn it into the Shin
12    Bet?
13          A.    Then what is the cover to turn
14    it into the Shin Bet?  Where I explain to
15    my father, where I went with the gun.
16          Q.    Did you tell Hamas--
17          A.    When I sell the gun, I can
18    simply tell my father, I sold it to a
19    person and they are responsible for it.
20          Q.    Did you make the gun
21    un-operational before selling it?
22          A.    No.
23          Q.    Did you -- you could have
24    disabled it, right?  To make sure it didn't
25    kill anyone?
```

```
 1                  - Y O U S E F -
 2         A.    Well, I don't have to go
 3    through these details, you know.  I told
 4    you that it could fall in the hands of
 5    terrorists, yes, it could.  But I know for
 6    sure that it did not.
 7         Q.    How do you know that for sure,
 8    we are back to this.  You keep saying that,
 9    you don't know who bought it?
10         A.    The guy who bought the gun was
11    assassinated, how do you like that.
12         Q.    A second ago you told me, you
13    didn't know who bought it.
14         A.    The guy who did the deal was
15    assassinated with other Hamas member
16    through a deal with the Shin Bet.  I cannot
17    go through like more explanation.
18         Q.    So when you said you didn't
19    know who bought it awhile ago, that wasn't
20    true?
21         A.    I didn't say, I didn't want to
22    say that.  I didn't want to go through the
23    details because it has some classified
24    information with Israeli intelligence.  And
25    now you are forcing me to say this and I
```

```
 1                  - Y O U S E F -
 2    don't have a problem to say it.
 3                  Basem Al Ashqar, the guy we
 4    just mentioned, was assassinated downtown
 5    Ramallah with other Hamas guy.  The Hamas
 6    guy was arrested.  His name is Amon.  And
 7    Basem was assassinated when he tried to
 8    shoot the Israeli forces downtown Ramallah.
 9         Q.    He tried to--
10         A.    The story ended right there.
11    So if you want to make me look-- I'm not
12    concerned about security and where the gun
13    went.  This is the answer, you can go
14    verify it for yourself.  But I cannot go
15    through our games and how we do things and
16    how we fool people, take their money and
17    give them guns that we take the end of the
18    game.
19         Q.    Well, you just said a mouth
20    full there so let me follow up.
21                  The gun that he was in
22    possession of at the time that he was
23    killed, was that the gun you sold to him?
24         A.    Yeah.
25         Q.    So, you sold him a gun he was
```

```
 1                  - Y O U S E F -
 2    trying to shoot Israelis with it?
 3         A.    Well, we didn't know exactly
 4    what he was trying to do with the gun.
 5         Q.    Did you take that money and
 6    give it to the Israelis?
 7         A.    No.
 8         Q.    When?
 9         A.    I was responsible for that
10    money.
11         Q.    When you sold the gun to him
12    you didn't know whether or not he would win
13    the shootout or the Israelis would win the
14    shootout, right?  He could have killed an
15    Israeli solder?
16         A.    Yeah, but Israeli soldiers were
17    prepared, and they knew he had gun and they
18    knew that he was trying to sell the gun to
19    the wrong guy, and they stopped him.  And
20    instead of surrendering to the forces, he
21    was stupid enough to put his hand on the
22    gun and he was shot on the spot.
23         Q.    So--
24         A.    The goal was to arrest him.
25    The goal was to arrest the Hamas weapon
```

```
 1                  - Y O U S E F -
 2    dealer with him, which was arrested finally
 3    and that was the bait.
 4         Q.    Well, all right.  Now, when we
 5    started this, you said you sold a gun.
 6         A.    I don't have the declassified
 7    information about my operation with the
 8    Shin Bet.  This is-- we agreed on this from
 9    the very beginning.
10         Q.    Who agreed to that?
11         A.    You told me not to say how and
12    when.  You just said, like you don't have
13    to go through details how you do things.
14         Q.    Mr.--
15         A.    You told me like if you have
16    information, you don't have to tell me you
17    gave that information to the Israeli
18    intelligence, that was your agreement.
19         Q.    That was to one question.  Are
20    you saying to me, that-- well, the record
21    will speak for itself.
22         A.    Yeah.
23         Q.    When I asked you questions
24    about this gun a while ago, you didn't
25    refuse to answer because it related to
```

1                   - Y O U S E F -

2    operation details, you lied to me about the

3    circumstances, right?

4          A.    I did not lie to you, I did not

5    give you unnecessary information that is

6    all.

7          Q.    When you said to me, under

8    oath, on camera, you didn't know who bought

9    the gun, it turns out that that is not

10    true.  You did know who bought the gun.

11          A.    Okay.

12          Q.    Right?

13          A.    Okay.  This is what you think.

14          Q.    Not what I think.  Isn't that

15    what happened?

16          A.    Well, I don't have to tell you

17    all the details about classified

18    information for a security force that is in

19    a brutal war against terrorism for a party

20    that you represent.  I cannot trust you

21    because you are representing the wrong

22    guys, the bad guys.  It is not a matter of

23    honesty or integrity, it is a matter of

24    security for the State of Israel.  And how

25    can I guarantee you are not going to give

```
 1                  - Y O U S E F -
 2   this information, and how we work, how we
 3   operate, how we plot the games, to the PLO.
 4   It is that simple.
 5               It is not a matter of telling
 6   the truth or not.  I don't want to give you
 7   unnecessary information that is unrelated
 8   to a case, that is you are fighting for
 9   money.  It like, what the gun has to do
10   with this.  Do you know how many guns go in
11   and out in the territories and people play
12   each other and fool each other and get
13   terrorists into custody by selling them
14   guns every day.
15        Q.    So, you were willing to-- you
16   are willing to lie to protect Israel's
17   security?
18        A.    Well, I am willing to hide some
19   information that I think is not related to
20   this case to protect the State of Israel.
21        Q.    And you didn't tell me a second
22   ago that you were doing that when you first
23   lied and said, that you didn't know who
24   bought the gun.  You didn't tell me you
25   were-- you knew, but you would not tell me
```

                        - Y O U S E F -
 1
 2    because of security.  At first you said you
 3    didn't know, that was a lie, right?
 4          A.    Well, if you want to consider
 5    this a lie it is your problem.
 6          Q.    No, it is-- you are under oath
 7    and you told me something.
 8          A.    I am under oath and I respect
 9    the oath more than you do.
10          Q.    Let me finish my question.
11          A.    Yeah.
12          Q.    You are under oath and you told
13    me something that you knew wasn't true when
14    you said it, isn't that right?
15          A.    It is not right.
16          Q.    You told me you didn't know who
17    bought the gun?
18          A.    You have the record.  Make the
19    Judge decide.
20          Q.    I'm asking you--
21          A.    You have the record, let the
22    Judge decide.
23          Q.    Mr. Yousef, I am asking you.
24          A.    You are accusing me of being a
25    liar, you know, it is like, you know

```
 1                    - Y O U S E F -
 2     something, with all respect, you're a
 3     looser, you lost the whole case and now you
 4     are just focusing on a small case that is
 5     not going to even count.  Keep insisting on
 6     it.  Try to discredit me as much as you
 7     can.  You know the truth is much bigger
 8     than your case, than your PLO, than even
 9     your entire career, do you understand that?
10               There is no Judge that will
11     listen to this interview, that is going to
12     tell you, like, oh, okay, you know you are
13     going to lose this case.  So there is no
14     need like now to go be like the smart guy,
15     you know, trying to play the invest-- like
16     the detective of who is going to bring the
17     justice to the PLO.  You are going to fail
18     because you are working with the in-just
19     party.
20          Q.    Now --
21          A.    You like this lecture?
22          Q.    I'm not allowed to respond to
23     your questions.
24          A.    You are asking me for sales of
25     the book and stuff like this.  Are you
```

```
 1                - Y O U S E F -
 2    trying to discredit me.  Yes, we sold the
 3    book and I hope that the book is going to
 4    continue to sell.  Don't you ask yourself
 5    why did I publish the book in Arabic for
 6    free?  Did you ask yourself this question?
 7         Q.    I don't get to ask myself
 8    questions.
 9         A.    Yeah, because you are not
10    looking for the right answer --
11         Q.    Mr. Yousef.
12         A.    You are looking for the wrong
13    answer.
14         Q.    I will have to interrupt you.
15    I apologize.  You need to answer the
16    questions.
17         A.    Okay.  If you don't move on and
18    ask the important questions that's related
19    to this case, I'm not going to answer your
20    questions.
21         Q.    Mr. Yousef, the question came
22    up, because we were asking about your--
23         A.    I'm getting bored by your
24    questions, you're a boring guy.
25         Q.    Mr. Yousef, the question came
```

```
 1                    - Y O U S E F -
 2   up, because we are asking you about a sale
 3   of a weapon in the Palestine territories.
 4        A.    And I told you.  I told you I
 5   didn't want to tell you the whole details
 6   of this.  Yes, I hide details and okay,
 7   hold this against me.  You know, call me a
 8   liar.  Can we move on.
 9        Q.    I want-- you see I can't call
10   you a liar.  I am asking you --
11        A.    You called me a lair.  You said
12   I lie, okay.  You called you came to the
13   conclusion, let's move on.
14        Q.    I am asking you a question, I
15   will ask that you answer it.
16              When you first told me that you
17   didn't know who bought the gun, that was
18   something you knew wasn't true, isn't that
19   right?
20              MR. TOLCHIN:  Objection, asked
21          and answered.
22        Q.    You may answer the question.
23        A.    I answered the question.
24        Q.    You knew that wasn't true,
25   isn't that correct?
```

```
 1              - Y O U S E F -
 2              MR. TOLCHIN:  Objection, asked
 3         and answered.
 4              MR. ROCHON:  It has not been
 5         answered.
 6              MR. TOLCHIN:  Yes, it has, you
 7         just don't like the answer.
 8              MR. ROCHON:  I do like the
 9         answer, I also --
10              MR. TOLCHIN:  It has been
11         answered.  Great, let's move on.
12              MR. ROCHON:  I didn't say--
13              MR. TOLCHIN:  You said you like
14         the answer.
15              MR. ROCHON:  Bob, you know,
16         don't do that, what you accuse others
17         of doing.  Just object.
18              MR. TOLCHIN:  Its true.
19    BY MR. ROCHON:
20         Q.   When you told me that, you knew
21    it wasn't true, right, Mr. Yousef?  When
22    you first told me that.  You were hiding it
23    because of Israeli operational concerns?
24         A.   Exactly, I knew that I was
25    hiding something.
```

```
1                  - Y O U S E F -
2          Q.    Fine.
3          A.    And guess what, this is not the
4     only thing that I hide.
5          Q.    I understand.
6          A.    I hide lots of information from
7     you and your client.
8          Q.    Okay.
9          A.    You know.  Mr. Judge, I hide
10    lots of information, I cannot give this man
11    all the truth, all the details, because he
12    represents people who are trying to kill
13    me, who are trying to kill innocent people.
14    Please understand.  He will, he will
15    understand, promise me.
16         Q.    I'm sure he will.
17               How many other times have you
18    not told me the truth today?
19         A.    I told you the truth, but I did
20    not give you all the facts.
21         Q.    You left out other facts?
22         A.    Yeah, there are facts that--
23    actually, you did not ask me all the
24    questions, you know, that probably you are
25    supposed to be questioning because you are
```

```
 1                  - Y O U S E F -
 2    just focusing on minor issues like a gun on
 3    the Ramallah street.
 4          Q.    That is the gun that a man
 5    tried to kill an Israeli soldier with,
 6    right?
 7          A.    Right.
 8          Q.    And the man was killed over the
 9    gun?
10          A.    Ask yourself why the man
11    failed.  Kill an Israeli soldier, because
12    when we go on operation we expect that the
13    guy has a gun and when he has a gun, we
14    know how to deal with the situation.  Our
15    intention was not to kill the guy.
16          Q.    Did you-- if you had disabled
17    the gun before you gave it to him, there
18    would have been no risks of an Israeli
19    soldier being killed?
20          A.    This is not how this type of
21    thing works, trust me.  This is good in
22    thought, in idea.
23          Q.    Now, Mr. Yousef, other than the
24    organic food business, here in the United
25    States, and your movies and books, how else
```

```
 1                  - Y O U S E F -
 2    have you tried to earn a living here?  What
 3    other jobs have you had?
 4          A.    Well, I work for a small cafe
 5    for short time.  I worked as security guard
 6    for a store and --
 7          Q.    What store did you work as a
 8    security guard for?
 9          A.    Whole Foods.
10          Q.    Where?
11          A.    Santa Barbara.
12          Q.    Which one, you know Santa
13    Barbara there's Whole Foods --
14          A.    One.
15          Q.    There is just one?
16          A.    Actually, they just opened this
17    one, there was no Whole Foods in Santa
18    Barbara for a long time.
19          Q.    What street is the Whole Foods
20    in Santa Barbara in?
21          A.    It is on State Street.
22          Q.    What security company did you
23    work for?
24          A.    Platinum I guess.
25          Q.    By that you mean Platinum?
```

```
 1                  - Y O U S E F -
 2        A.    Platinum something.
 3        Q.    When was it that you worked as
 4   a security guard for Platinum?
 5        A.    That was the end of -- I'm
 6   really bad with dates and times.  This was
 7   for a short time though.  It was for like a
 8   few weeks.  Let me think for a second.
 9   2009-- end of 2009.
10        Q.    Was your actual employer the
11   security company for the Whole Foods or
12   some third --
13        A.    The security company.
14        Q.    I bet you they had an
15   employment application that asked you
16   questions about your prior criminal
17   activities, right?
18        A.    Right.
19        Q.    I bet you didn't tell the truth
20   on that, right?  You didn't say that you
21   had been arrested for guns in occupied
22   territory, did you?
23        A.    Well, I don't remember the
24   application to tell you, like it wasn't
25   there.  But I don't remember that there was
```

```
 1                  - Y O U S E F -
 2    a question like this.
 3            Q.     Okay.
 4            A.     Their goal was just to like to
 5    hire me and they needed somebody to work
 6    there.
 7            Q.     Did you carry a gun on that
 8    job?
 9            A.     No.
10            Q.     When is the first time that you
11    ever learned that any cases like this were
12    being litigated in the United States of
13    America?
14            A.     It was the first time when I
15    was handed a subpoena.
16            Q.     By Bob?
17            A.     No, no.
18            Q.     By somebody working for me?
19            A.     No.
20                   By a group of lawyers, I don't
21    remember who they are, to our office back
22    in Ramallah suing the Arab bank for an
23    amount of money because they transferred
24    money.  So I knew since then that there
25    were cases like this in the United States.
```

```
 1                    - Y O U S E F -
 2          Q.    Did anyone ever ask you to be
 3    an expert witness in any cases in the
 4    United States?
 5          A.    Yes.
 6          Q.    Who asked you that?
 7          A.    It was a lawyer's name Avi
 8    A-V-I from Israel.  I don't remember the
 9    name of the law firm, but I can provide it
10    with you.
11          Q.    What kind of case was that,
12    this lawyer Avi wanted you to be an expert
13    in?
14          A.    It was regarding to a shooting
15    that was carried out by Khaled Abu Shawish
16    and the Yasser Arafat special forces that
17    killed innocent Israelis in East Jerusalem.
18          Q.    And when was it that they
19    contacted you?
20          A.    That was actually right after
21    my book was published back in 2010.
22          Q.    And, did you prepare a report
23    for them?
24          A.    Well, I did, and I consulted
25    with them on the phone as well.
```

```
 1                    - Y O U S E F -
 2          Q.    Did you review any materials
 3     for them?
 4          A.    Yes.
 5          Q.    What did you review?
 6          A.    I reviewed material, regarding
 7     to the involvement of the PA forces and the
 8     involvement of Khaled Abu Shawish, and yes,
 9     I did that.
10          Q.    What materials, this-- what
11     materials did you look at?
12          A.    I don't remember exactly every
13     line in that material, but it was relating
14     to the terrorist attack that I was part of,
15     you know, as my work with Israel.  That was
16     it.
17          Q.    At one point when Mr. Tolchin
18     was asking you questions, you described
19     your efforts to look for a car that they
20     asked you to look for, do you remember?
21          A.    You mean for the Israelis?
22          Q.    Hallowa.  Do you remember when
23     he was asking you those questions?
24          A.    Yes.
25          Q.    The Israelis told you what they
```

```
 1                  - Y O U S E F -
 2    knew about what those people were active,
 3    involved in.  When I say Israelis, I mean
 4    Shin Bet told you what they were involved
 5    in?
 6         A.    Shin Bet didn't know exactly
 7    what was going on and who they were where.
 8    They were in a meeting with Maherodeh.
 9         Q.    M-A-H-E-R-O-D-E-H?
10         A.    Maherodeh was a high profile
11    Hamas military guy and we did not know what
12    was the relationship between these gun men
13    who just walked into his place, and my duty
14    was to figure out who they were.  We were
15    surprised that they were Yasser Arafat's
16    guards.
17         Q.    As far as the activities, their
18    actions, they had been involved in, that is
19    what the Shin Bet explained to you, the bad
20    activities that they had been involved in?
21         A.    That was later on.  The Shin
22    Bet at the beginning --
23         Q.    Did not know.
24         A.    Did not believe actually, did
25    not make sense to them that the PA soldiers
```

```
 1                  - Y O U S E F -
 2      were out of the compound, living in Batunia
 3      area like by the Israeli side roads.
 4                  And finally, you know, when we
 5      verified one of their cars, that they
 6      carried an attack with, they were exposed.
 7          Q.    I understand.
 8                  Thank you.
 9                  That was part of-- but the
10      information you got about the attack they
11      had been involved in, that is when you
12      learned from the Shin Bet, yes?  You didn't
13      talk to them for instance.
14          A.    Well, I did not talk with them
15      but, most of their operations, al-Aqsa
16      Martyrs Brigades, when they kill somebody,
17      they announced after their attack that we
18      are responsible.
19                  So those guys were responsible
20      for several attacks that they said by their
21      mouth.  But we didn't know who they are.
22      So once we discovered who they were, you
23      know, we knew about the activities and the
24      terrorist attacks they carried over the
25      last few months.
```

```
 1                    - Y O U S E F -
 2              So it was obvious and they were
 3    not holding that as a secret.
 4              Now they were like not only-- I
 5    know you are trying to go with your
 6    question as you know, I'm just getting my
 7    information only from one side, which is
 8    you know, the Shin Bet.  But we had many
 9    sources.  I was not just taking information
10    from the Shin Bet.
11         Q.    I understand.
12         A.    There was like information and
13    also we could confirm that on the ground
14    and I could confirm it myself.  In that
15    case, I was like a witness on --
16         Q.    On the car?
17         A.    On the car.
18         Q.    And on the --
19         A.    On Shawish himself, and other
20    terrorists like Muhammad Hallowa and I had
21    very close friends with them that we
22    exchanged information.  You know, they
23    opened their mouths with a small piece of
24    information that they didn't know, you
25    know, that to us meant a confirmation.
```

```
 1                    - Y O U S E F -
 2          Q.     So you would get information
 3     from a lot of different people?
 4          A.     Pieces here and there.
 5          Q.     And then you working with
 6     Israelis put it together?
 7          A.     Right.
 8          Q.     So, you get some information
 9     from Israelis, some from the street, some
10     from what you saw, some from what you heard
11     from others, some from questions you asked,
12     some from what you overheard, all different
13     sources?
14          A.     Right.
15          Q.     When you were asked to be an
16     expert.  I had a few more questions for
17     you.
18               Did Avi, the lawyer, or the
19     person, pay you for being an expert?
20          A.     Yes.
21          Q.     How much?
22          A.      It was like a few thousand,
23     probably like $7,000 something like that.
24          Q.     Did you--
25          A.     Maybe more, maybe less, but did
```

1                  - Y O U S E F -
2      not exceed $10,000.
3            Q.    Okay.  Were you paid that
4      money-- Avi is an Israeli lawyer, correct?
5            A.    I don't care if he is an
6      Israeli or Palestinian, he was just
7      representing the right party and I enjoyed
8      working with him.
9            Q.    By the right party you mean the
10     plaintiff?
11           A.    Yeah.
12           Q.    The--
13           A.    The families of victims who
14     were killed by terrorists.
15           Q.    When I say he was an Israeli
16     lawyer, I'm not casting judgement.  This is
17     just a "yes" or "no", there is a follow up
18     question.  He was an Israeli lawyer, yes?
19           A.    Well, I didn't.  Normally he is
20     an American, I never asked him if he is
21     Israeli or American.
22           Q.    Where did you meet him?
23           A.    But he, from his name, I could
24     say that he is Israeli.
25           Q.    Where did you meet him?

```
 1                   - Y O U S E F -
 2          A.    I never meet him.
 3          Q.    You only spoke to him on the
 4   phone?
 5          A.    Ah-hum.
 6          Q.    And you prepared a draft
 7   report?
 8          A.    Yes.
 9          Q.    Where is it?
10          A.    I don't have it.
11          Q.    What?
12          A.    I don't have it.
13          Q.    Did you give it to him?
14          A.    Yes.
15          Q.    How did you transmit it to Avi?
16          A.    What do you mean transmit?
17          Q.    E-mail, fax?
18          A.    It was through my agent in
19   fact.
20          Q.    Through your agent?
21          A.    Yeah.
22          Q.    What is your agent's name?
23          A.    Wes Yoder.
24          Q.    Spell Wes' last name please?
25          A.    Y-O-D-E-R.
```

1                  - Y O U S E F -

2          Q.     Were you contacted by Avi

3    through Wes?

4          A.     Excuse me, sorry.

5          Q.     I don't care.

6          A.     Was I what?

7          Q.     Contacted by Avi through Wes?

8          A.     Yeah, I have-- yes, I have lots

9    of E-mails and all my E-mails go through my

10   agent.  Especially regarding to do business

11   like this.

12         Q.     Business operations go through

13   your agent, such as being hired as an

14   expert?

15         A.     Yeah.

16         Q.     So you gave the report--

17              MR. TOLCHIN:  Whenever is a

18         good time to take a bathroom break,

19         I'd appreciate it.

20              MR. ROCHON:  Sure of course.

21              VIDEOGRAPHER:  We are now off

22         the record, the time is 4:54 p.m.,

23         January 10, 2012.

24              (Whereupon, a recess was

25         taken.)

```
 1              - Y O U S E F -
 2              VIDEOGRAPHER:  This is tape six
 3         of the deposition of Mr. Mosab
 4         Yousef, we are now back on the record
 5         the time is 5:03 p.m., January 10,
 6         2012.
 7    BY MR. ROCHON:
 8         Q.    Mr. Yousef, a few clean up
 9    questions for you.
10              You were subpoenaed by Mr.
11    Tolchin in Connecticut.  What city were you
12    in when you were subpoenaed by Mr. Tolchin?
13         A.    I really don't remember.  I
14    don't remember.  Every day I'm in a
15    different city.
16         Q.    Were you in a book store
17    signing when--
18         A.    It was a speaking engagement
19    and I had after the speaking engagement
20    book signing that he was at.
21         Q.    He handed you a subpoena then?
22         A.    Unfair.
23              MR. ROCHON:  I think I lost my
24         mic.
25              That you should be better.
```

```
 1                    - Y O U S E F -
 2          Q.    You say it was a speaking
 3    engagement followed by a signing, yes?
 4          A.    Yes.
 5          Q.    Obviously it was to be wherever
 6    you were on the date that is on the
 7    subpoena?
 8          A.    I think so.  It was the
 9    beginning of November, I think on
10    November 3rd.
11          Q.    You have your calendar here,
12    can you check it?
13          A.    Well --
14              MR. TOLCHIN:  Do you want me to
15          tell you since I was there.
16              MR. ROCHON:  I will accept a
17          stipulation.
18              MR. TOLCHIN:  It was in
19          Westport, Connecticut in a hotel, I
20          think an Embassy Suite or Holiday
21          Inn, in Westport, Connecticut.
22              THE WITNESS:  Good memory.
23              MR. ROCHON:  Well, he's only
24          served you one subpoena, you have --
25              MR. TOLCHIN:  I only went to
```

```
 1                 - Y O U S E F -
 2          one speech.
 3              Q.    So, in terms of -- you
 4     eventually left-- I will go to your-- you
 5     eventually converted to Christianity,
 6     right?
 7              A.    Not the religion.
 8              Q.    You met a person at the
 9     Damascus Gate who told you about some bible
10     study?
11              A.    Yes.
12              Q.    What was the name of the person
13     that you met?
14              A.    Yuan.
15              Q.    Can you spell that for me.
16              A.    I really don't know how to
17     spell that.
18                   MR. TOLCHIN:  Juan.
19                   THE WITNESS:  Like the
20          currency.  Yuan.
21              Q.    Like the Chinese currency you
22     mean?
23              A.    The Japanese.
24                   MR. TOLCHIN:  The Chinese
25          currency is you Yuan and this is Yen.
```

```
 1                - Y O U S E F -
 2        A.    Yeah, Yen.
 3        Q.    One at a time, please.  So,
 4   Bob, you be quiet unless you have an
 5   objection.
 6        A.    Right.
 7        Q.    And then I'll ask you
 8   questions.
 9              What was Yuan's last name?
10        A.    I don't remember.
11        Q.    Did you understand Yuan was the
12   first name?
13        A.    Yes.
14        Q.    What was the name of the bible
15   study?
16        A.    The name?
17        Q.    Usually the bible study group
18   they give them a name, what was the name of
19   the one you attended while you were
20   still --
21        A.    As long as I know, I don't know
22   that it had a name.  Maybe I was ignorant.
23        Q.    Were -- there were other
24   members obviously in the bible study?
25        A.    Yes.
```

```
 1                  - Y O U S E F -
 2        Q.    Who were they?  What were their
 3   names?  Even if you don't know all of them,
 4   tell me the ones you do?
 5        A.    I remember Tufik.
 6        Q.    You met him there.
 7        A.    Yeah, actually I met Tufik, he
 8   was there, but I met him in a different
 9   meeting later on.
10              But, there was there-- who was
11   there, it was Jordan, a guy called Jordan;
12   there was Amnon.
13              MR. TOLCHIN:  A-M-N-O-N.
14        A.    There was Aziz.  A-Z-I-Z.
15        Q.    Okay.
16              Who was the leader or the
17   leaders?
18        A.    Jordan.
19        Q.    What was his last name?
20        A.    I forgot his last name.  I'm
21   very bad with names.
22        Q.    Did you attend church while you
23   were in the middle east?  Before you came
24   here?
25        A.    I didn't-- you know, believer--
```

```
 1                    - Y O U S E F -
 2      believers in Christ meetings.  It was like,
 3      more of like a home church.  There was like
 4      sermon, everything, but it was not actual
 5      building.
 6            Q.    Where was it?
 7            A.    Took place different places,
 8      apartments.
 9            Q.    In Jerusalem, or Ramallah?
10            A.    Jerusalem and Ramallah.
11            Q.    You said eventually in your
12      book that someone baptized you or helped
13      you get baptized near Tel Aviv?
14            A.    Right.
15            Q.    What was her name?
16            A.    Her first name is Sara and she
17      really asked me not to tell people like
18      about her.
19            Q.    Why is that?
20            A.    She is concerned for security
21      reasons.
22            Q.    She is not a former Muslim
23      believer?
24            A.    No, she is not.  But she is
25      afraid to be targeted because she baptized
```

1                    - Y O U S E F -

2    me.

3          Q.    And have you been baptized more

4    than once?

5          A.    Yeah.

6          Q.    How many times?

7          A.    Twice.

8          Q.    When was the second time?

9          A.    It was in California, in 2008.

10         Q.    What was the name of that

11   church or pastor?

12         A.    Matt Smith.  Barabbas Road

13   Church.

14         Q.    B-A-R-A-B-B-A-S?

15         A.    I think so.

16         Q.    You said that you hadn't

17   converted to Christianity.  Maybe I

18   misunderstood you on that.

19         A.    Excuse me.

20         Q.    That's all right.

21         A.    Well, I don't-- I don't

22   identify myself with any religious group.

23   I am considered as a christian, but I

24   myself consider myself, out of religion, a

25   Jesus Christ follower, a bad one.

```
 1                    - Y O U S E F -
 2          Q.    But not --
 3          A.    A really bad follower, you
 4    know, a sinner.  But you know, I'm no saint
 5    and I'm selfish and I love myself more than
 6    God sometimes.
 7          Q.    What church do you attend now?
 8    If any.  I'm not saying you need to.
 9          A.    Well, I go to different
10    churches, but I'm not regular.
11          Q.    At any?
12          A.    At any church.
13          Q.    You are no longer going to that
14    guy's church Matt?
15          A.    That was like, I stopped going
16    to that church a few years ago.
17          Q.    Those were the people involved
18    in assisting you with your asylum in part,
19    some of those people at that church?
20          A.    Yeah, you can say that.
21          Q.    Do you currently have a
22    spiritual mentor?
23          A.    What is that?
24          Q.    Someone who provides you
25    spiritual guidance, a particular person?
```

1                    - Y O U S E F -

2          A.    No.

3          Q.    Was there a particular reason

4    why you stopped going to Matt's church?

5          A.    Well, it is not about Matt or

6    his church, it is about me, you know, that

7    I cannot be in any close minded religious

8    group and this is why I left.

9          Q.    Initially on your asylum

10   application, the reason was because of your

11   conversion to Christianity but eventually

12   your asylum was granted because really your

13   work with the Shin Bet?

14         A.    Both, I guess.  Because both

15   has penalty, death penalty, you know, by

16   Muslims and extremists, at least.  So for--

17   that was the original case.  But, you know,

18   it is like when people consider me as a

19   christian or even when I say that, I have a

20   different meaning, you know, over what I

21   mean of being a christian.

22         Q.    Sure.

23              Homeland Security was pushing

24   back until you developed the additional,

25   presented the additional information about

```
 1                - Y O U S E F -
 2    working with the Shin Bet, that is what
 3    turned the tide for you, wasn't it on your
 4    asylum?
 5         A.    Well, actually this complicated
 6    the case, when I exposed my relationship
 7    with the Shin Bet, because the Department
 8    of Homeland Security used information like
 9    given the ride to terrorist from the PA
10    prison in Batunia to a safe house after
11    they were released by the PA, that was
12    affiliation with terrorists and, that
13    complicated the story.  It did not solve
14    and help the-- push the asylum case.
15         Q.    I will move to a new area.
16              Your handler at the end of your
17    service with Shin Bet and end of your, for
18    lack of a better word spying for Shin Bet,
19    was a guy named Gonen Ben-Itzhak, correct?
20         A.    Correct.
21         Q.    And, he however was not your
22    first recruiter was he, there was another?
23         A.    Yes.
24         Q.    There was another agent who
25    first recruited you?
```

```
 1                - Y O U S E F -

 2         A.    Right.

 3         Q.    In your book, you say that you

 4   were recruited by Itzhak, you don't use his

 5   name, you use the code name, you say he was

 6   the person that recruited you, correct?

 7         A.    Correct.

 8         Q.    In fact when it was someone

 9   else?

10         A.    Correct.

11         Q.    So, in that regard your book is

12   just not accurate, right?

13         A.    I like you man.  You are

14   awesome.

15               The problem that we had, we had

16   lots of foreign names and we did not want

17   to confuse the reader with more Israeli and

18   Arab names, so we had only one

19   representative for the Shin Bet, and I

20   choose to give that honor to Gonen.  So

21   Gonen was the representative of the Shin

22   Bet.  This does not mean that we did not

23   have ten more handlers, just for the, as I

24   told you, it is very difficult to

25   encapsulate a human life with all the
```

```
 1                    - Y O U S E F -
 2    emotions and experience in a book.  It is
 3    impossible.
 4                   And give me like one perfect
 5    book, even the bible itself, people try to
 6    encapsulate God in it and it doesn't work.
 7        Q.    Right.
 8        A.    So its-- you can take things
 9    from my book and say that it contradicts
10    each other.  You can say whatever you want
11    to say.  This is a reality through the eyes
12    of an ignorant person.  The eyes of a
13    child, the eyes of a spy, the eyes of a
14    conflicted, confused person and people had
15    to see the realities through the eyes of
16    this-- those different, you know,
17    personalities that you know was growing,
18    so, this is the reason.
19        Q.    So, again, you didn't-- when I
20    asked you the question, you started to give
21    your explanation before the answer.  So now
22    let me just get back to the question.
23                   In your book, you indicate that
24    a person named, Loai, L-O-A-I, was the
25    person who recruited you, correct?  That is
```

```
  1              - Y O U S E F -
  2    what your book says, yes?
  3         A.    This is not a question that you
  4    can answer by "yes" or "no".  And you know
  5    the truth because I explained it to you.
  6         Q.    I will interrupt you.
  7              The question is simply what
  8    does your book say.  It says, on page 78,
  9    that Loai who identified himself as the
 10    Shin Bet captain in your area was the
 11    person who recruited you.
 12              MR. TOLCHIN:  Objection as to
 13         form.  My objection is, why do you
 14         need him to tell you what the book
 15         says, when it is in your hand.  Mark
 16         it and read it.
 17              MR. ROCHON:  Bob, thank you.
 18         Q.    You may answer the question.
 19              That is what your book says, it
 20    was Loai who recruited you, isn't that
 21    right?
 22         A.    This is not a question that can
 23    be answered by "yes" or "no".  There has to
 24    be explanation.  I can explain.
 25         Q.    Okay.  Explain, but my question
```

```
 1                  - Y O U S E F -
 2    right now is not --
 3          A.    I said, I can explain.  You
 4    insist on the question.
 5          Q.    I will make sure you understand
 6    the question because I think it is pretty
 7    simple.  Its not why you said this, it is
 8    just, isn't that what the book says, that
 9    you can't answer?
10          A.    You tell me.
11          Q.    No.
12          A.    Can you read?
13          Q.    I need to have you answer the
14    questions for me.  I can't testify and the
15    book can't testify.  So, is that what the
16    book says?
17                MR. TOLCHIN:  Why don't you
18           just read the book, read it out loud,
19           you have it in your hand.  Read the
20           statement in the record and then
21           you're done.
22                MR. ROCHON:  Bob, thank you for
23           the suggestion.  I appreciate it.
24           But I will ask the witness.
25                MR. TOLCHIN:  What is the
```

```
 1              - Y O U S E F -
 2         purpose of this examination?
 3              MR. ROCHON:  The purpose of
 4         your objection I'm not sure of,
 5         because it is not to the form of the
 6         question which is proper.
 7              MR. TOLCHIN:  It is to the form
 8          of the question.
 9         Q.    You may answer the question.
10         A.    He is trying to discredit me as
11    much as he can.
12         Q.    Would you please answer the
13    question.  However you wish, go ahead.
14         A.    This question can't be
15    answered.  I dont have enough language for
16    that.  Maybe when I get better on my
17    English and become more comprehensive, I
18    will answer this question.
19         Q.    When you wrote this book, did
20    you write it in Arabic?
21         A.    No.
22         Q.    You wrote it in English.
23         A.    I told the story and it was
24    written in English and I test it and
25    translated my way, and found that
```

```
 1                    - Y O U S E F -
 2     vocabulary, that I did not understand and
 3     we worked on it with different writers and
 4     we came out with this imperfect copy of my
 5     life.
 6           Q.    So, this gentleman, Loai, when
 7     you refer to Loai in here, that is the code
 8     name for the gentleman who I just
 9     referenced Mr. Ben-Itzhak, correct?
10           A.    Well, this is an Israeli code,
11     you know, that was used, to one of my Shin
12     Bet handlers that I rather not to expose it
13     unless you convince the Judge that this is
14     a very sensitive information that you are
15     looking for, and after that, I will explain
16     to the Judge, who is Loai and all these
17     details.
18           Q.    Gonen Ben-Itzhak, and I don't
19     know if I spelled it, G-O-N-E-N; Ben B-E-N;
20     Itzhak, I-T-Z-H-A-K.  He has gone public
21     and admitted that he was in fact your Shin
22     Bet handler at some point, correct?  Right?
23           A.    Did he?
24           Q.    Can I have that, please.
25           A.    That is good.  You are asking
```

```
 1                  - Y O U S E F -
 2    me about Loai.
 3           Q.     Okay.  My question is, Gonen
 4    Ben-Itzhak has identified himself as your
 5    handler; isn't that right?
 6           A.     Yeah.
 7           Q.     He also identified that it was
 8    another person who recruited you, not him,
 9    isn't that right?
10           A.     That's right.
11           Q.     Gonen Ben-Itzhak was terminated
12    from the Shin Bet for financial
13    improprieties?
14           A.     This is what he told the media.
15           Q.     Do you think your handler was
16    lying?
17           A.     No.
18           Q.     He also told the media, and
19    communicated with you that it related to
20    you, his termination, financial
21    improprieties related to you?
22           A.     That's correct.
23           Q.     What were the financial
24    improprieties that Gonen Ben-Itzhak was
25    terminated from Shin Bet for that related
```

```
 1                - Y O U S E F -
 2    to you?
 3         A.    He sent me on a high risk
 4    mission that could expose me to deposit
 5    money for a suicide bomber recruiter and
 6    that recruiter, during the investigation
 7    had one condition, that he would tell the
 8    Israeli intelligence about the suicide
 9    bomber in one condition, to deposit certain
10    amount of money in his fiancé's bank
11    account.
12              Now Gonen could not go to an
13    Arab bank in Ramallah, and make the
14    deposit.  Also, he could not make a
15    transfer from an Israeli bank because he
16    will burn his source and get him killed.
17              Now, he thought who could he
18    trust to send into the bank, somebody that
19    he's not going to go and follow who is this
20    person.  So he trusted me with this.
21              Now, what he missed, that there
22    were cameras in the bank, and if the bank
23    or the Palestinian Authority exposed the
24    amount of money come in, and they reversed
25    who came and made the deposit, they are
```

```
 1                   - Y O U S E F -
 2      going to expose one of the most valuable
 3      agents who worked for the State of Israel.
 4             So simply, he put my life at
 5      risk, and he risked the whole operation by
 6      almost exposing me.  For that, he was
 7      questioned and he was sent home.
 8             Q.    How much money--
 9             A.    This is the financial
10      mismanagement, it is not stealing and it is
11      not a theft.
12             Q.    How much money did he give you?
13             A.    Ten thousand shekels.
14             Q.    He was-- you are saying he was
15      terminated from the Shin Bet because he had
16      you go make the deposit?
17             A.    Yeah.  This is one of the
18      reasons.
19             Q.    What were the other reasons?
20             A.    Well, there were like other
21      reasons that just like, his mentality was
22      different.  He was thinking out of the box.
23      He was very creative person.
24             And, this type of organization
25      don't want very creative people to take
```

```
 1                  - Y O U S E F -
 2    action on their own.  And was he very
 3    successful?  Yes.  Was he very loyal to the
 4    State of Israel?  Yes.  Did he take care of
 5    his agents?  Yes.
 6              The other handlers did not like
 7    his style very much and that was the-- what
 8    it -- or the trigger that sent him home.
 9         Q.    Other than the deposit, did he
10    have other financial improprieties that he
11    had engaged in that you are aware of?
12         A.    Well, I don't think so.
13         Q.    Did he have any other financial
14    improprieties that allegedly related to you
15    other than this deposit?
16         A.    What do you mean?
17         Q.    Well, did he have any other
18    accusations against him for financial
19    irregularities that related to you or his
20    work with you?
21         A.    No.
22         Q.    You have actually wrote an
23    article with him for the Washington Post?
24         A.    Right.
25         Q.    So you obviously had some
```

```
 1                - Y O U S E F -
 2   contact with him since you have been in the
 3   United States?
 4        A.    Yes, we have been in touch
 5   together.
 6        Q.    And he indicated that the
 7   allegations against him had been brought by
 8   another Shin Bet agent who you both knew,
 9   correct?
10        A.    What is that.
11        Q.    He indicated that the other
12   agent, another agent in the Shin Bet had
13   made the allegations against him; isn't
14   that right?
15        A.    Of course, but that was not
16   personal thing.  That was allegation by the
17   leadership of the Shin Bet.  Like Shin Bet
18   fellow was just doing his job.
19        Q.    When was the last time you
20   communicated with anyone in the government
21   of Israel?  Ben-Itzhak is no longer with
22   the government, when was it when you last
23   communicated with anyone?
24        A.    Who was not or who was?
25        Q.    Who was.  When was your most
```

```
 1                   - Y O U S E F -
 2      recent communication with anyone who is in
 3      the government of Israel, whether Shin Bet,
 4      Mossad, traffic cops, anybody?
 5           A.    It was the deputy of foreign
 6      minister, Danny Ayalon in Frankfurt.
 7           Q.    Daniel?
 8           A.    Danny Ayalon.
 9           Q.    When did you have contact with
10      Danny Ayalon in Frankfurt?
11           A.    It was back in October,
12      October 23rd, I guess.
13           Q.    Of this year, that just passed?
14           A.    Last year, yeah.  It was on a
15      conference where he was-- I talked to him
16      briefly.  Nothing about business or
17      anything.
18           Q.    When was the last-- when was
19      the last time you had communications with
20      anyone from the government of Israel, Shin
21      Bet anything about your work as an agent?
22           A.    It was during the first six
23      months of my arrival to the United States,
24      after that they cut all their contacts with
25      me.
```

```
 1                    - Y O U S E F -
 2         Q.    Did you clear your book with
 3    them?
 4         A.    No.
 5         Q.    Did you send them a draft of
 6    your book at any point --
 7         A.    No.
 8         Q.    -- prior to publication.
 9               In writing your book, did you
10    conduct any interviews of others in
11    connection with writing this book?
12         A.    No.
13         Q.    Did you record any statements,
14    make any recordings of statements in
15    connection with the writing of this book?
16         A.    What do you mean like?
17         Q.    Tape recording?
18         A.    We were tape recording for the
19    writer, you know, to go back for the facts.
20         Q.    You would dictate?
21         A.    Yeah.
22         Q.    Okay.  Who has the tapes, does
23    Mr. Brackin have them your ghost writer?
24         A.    No, actually these are the
25    property of my publisher.
```

```
 1                  - Y O U S E F -
 2          Q.    Which publisher is that?
 3          A.    Tyndale House Publisher.
 4          Q.    T-Y-N?
 5          A.    T-Y-N-D-L-E.
 6          Q.    D-A-L-E?
 7          A.    D-A-L-E.
 8                You should have this guy ask
 9    the questions, he has all the smart
10    questions.
11          Q.    I know he is brilliant.
12                You said in the book the
13    character that you identified Loai in the
14    book you described as being your handler,
15    is that a combined character that in fact,
16    there were multi people involved in
17    recruiting you?
18          A.    Correct.  Now you are talking.
19          Q.    Are there any other combined
20    characters in the book or places where you
21    put people together?
22          A.    No, not really.
23          Q.    Not really or no?
24          A.    I don't think so.
25          Q.    In your book on page 192, you
```

```
 1                    - Y O U S E F -
 2     described Marwan Barghouti as, and I quote,
 3     "one of Hamas' most elusive leaders".
 4            A.     Marwan Barghouti?
 5            Q.     Yeah.  That is inaccurate,
 6     right?  According to what you told us
 7     today, that is not accurate.
 8            A.     Marwan or Abdula?
 9            Q.     Let me get you --
10            A.     Did you mix between the
11     Barghoutis.
12            Q.     No, I would not do that.
13            MR. TOLCHIN:  It would not be
14        the first.
15            A.     That's okay.
16            MR. ROCHON:  I don't think we
17        marked this yet, I would ask to have
18        this photocopy of Son of Hamas marked
19        as Defendant's Exhibit 3, please.
20            MR. TOLCHIN:  I think that is a
21        copyright violation.
22            (So marked, Defendant's 3.)
23            Q.     If you would not mind looking
24     at Defense Exhibit 3 for identification on
25     page 192 of the --
```

                         - Y O U S E F -

1

2         A.      But this is not my book.

3         Q.      This is a photocopy of your

4    book.

5         A.      I only look at my book.

6         Q.      I'm not going to mark my book,

7    my copy of your book as an exhibit, I want

8    to keep it.

9         A.      Like this is not the book, this

10   is a copy of the book.

11        Q.      Mr. Yousef, look at that and

12   see if it is not an accurate photocopy of

13   your book.  You know what your book is,

14   right, you want to get out of here sooner

15   or later?

16        A.      I have time.

17        Q.      Why don't you look at that and

18   look at page 192.

19        A.      All right.  192.  Did you make

20   lots of copies of my book?

21        Q.      As I said so many times, I am

22   not here to answer your questions.  Look at

23   page 192, please.

24        A.      Well, I'm afraid what you did,

25   you know this is illegal man.

```
 1                  - Y O U S E F -
 2              MR. TOLCHIN:  I was kidding by
 3          the way.
 4          Q.    Page 192, are you there?
 5          A.    Yes.
 6          Q.    It says, in the paragraph that
 7      begins:  "Though Marwan was one of Hamas'
 8      most elusive leaders, his capture actually
 9      turned out to be quite simple."
10              Do you see that?
11          A.    192 are you sure?
12          Q.    I'm 100 percent sure.
13          A.    See, I told you.
14          Q.    Page 192, see where it says,
15      "though".
16          A.    Oh.
17          Q.    So, on page 192, it says:
18      "Though Marwan was one of Hamas' most
19      elusive leaders", as I understand you
20      today, that is a mistake, correct?
21          A.    Hold on.
22              Yeah it is absolutely a
23      mistake.
24          Q.    You told us today, he was not
25      in Hamas; is that correct?
```

```
 1                    - Y O U S E F -
 2          A.     Ah-ha
 3          Q.     Is that right, yes or no?
 4          A.     Yes, this is a mistake.
 5          Q.     And, your working, you said in
 6     terms of writing the book by taping things,
 7     right?
 8          A.     Correct.
 9          Q.     So therefore is it the case
10     that you would have had a tape recording
11     where you described him as being one of
12     Hamas' most elusive leaders?
13          A.     Yes, well, descriptions, you
14     know, language, that was, you know, a
15     creative part of the writer.  You know.
16              My English did not and still
17     does not qualify me to write my thoughts.
18     So I would need the assistance of a writer.
19              The writer was creative and he
20     made, you know, couple of things that they
21     were probably not representing me
22     100 percent, and this is understandable, I
23     guess by, you know, any just person.
24          Q.     We were talking just before the
25     break about your expert report that you
```

```
 1                  - Y O U S E F -
 2    prepared for Avi.  Do you remember those
 3    questions?
 4          A.    Yes.
 5          Q.    Avi's last name is Dichter?
 6          A.    I think so.  I'm not sure.
 7                You see --
 8          Q.    What is his name, his real last
 9    name.  Avi Leitner, is that the right name
10    or are you not sure?
11          A.    Right now, I say I'm absolutely
12    not sure.
13          Q.    Thank you, Mr. Hill, Avi
14    Dichter, I think is a former intelligence
15    person for Israel or security person for
16    Israel.
17                MR. TOLCHIN:  It would have
18             made an interesting next subpoena.
19                MR. ROCHON:  Yes.
20          Q.    What were the facts of that
21    case in which you provided an opinion, you
22    said that there was a shooting involving
23    this gentleman Mr. Shawish?
24          A.    This is like two years ago case
25    and I don't remember exactly the details
```

```
 1                 - Y O U S E F -
 2    and I don't want to go through this right
 3    now.  It is a different case.
 4              MR. TOLCHIN:  I have offered
 5         you many times.
 6              MR. ROCHON:  Mr. Tolchin --
 7         Q.    So, continue with your answer,
 8    please.
 9         A.    This is like three years old
10    case, I don't remember exactly the details
11    of the case.  But I know it was about
12    shooting and it was about Khaled Shawish.
13              So I really don't remember.  I
14    don't want to make a mistake now.
15         Q.    Are you still scheduled to be
16    an expert in that case?
17         A.    I don't know if I am invited, I
18    have no problem going.
19         Q.    Have you had any contact with
20    Mr. Tolchin in connection with that case?
21         A.    No.
22              Actually, I didn't know that
23    probably they are connected.
24         Q.    I don't know.
25              Is that case that you were
```

```
 1                    - Y O U S E F -
 2    contacted to be an expert in, is that case
 3    being handled in Israel or the United
 4    States?
 5         A.    In the United States, I think
 6    in the United States, I'm not sure.
 7              MR. ROCHON:  I think I will
 8         take a short break now, but it is to
 9         see if I have any other questions
10         Bob.  If that is okay.
11              VIDEOGRAPHER:  We are now off
12         the record, the time is 5:31 p.m.,
13         January 10, 2012.
14              (Whereupon a recess was taken.)
15              VIDEOGRAPHER:  We are back on
16         the record, the time is 5:38 p.m.,
17         today is January 10, 2012.
18    BY MR. ROCHON:
19         Q.    Mr. Yousef, at the beginning of
20    the deposition, the very beginning of the
21    deposition, Mr. Tolchin asked you where you
22    lived.
23         A.    Yes.
24         Q.    You gave us your address in
25    Arizona?
```

```
 1                  - Y O U S E F -
 2          A.      Right.
 3          Q.      Where else have you lived in
 4   the United States since you got here and we
 5   can either work backwards or from when you
 6   got here and move forward, whatever is
 7   easier for you?
 8          A.      I lived in San Diego.
 9          Q.      Where in San Diego, what
10   address?
11                  VIDEOGRAPHER:  Your mic.
12          Q.      What address in San Diego?
13          A.      702 Ash Street, San Diego,
14   California 92101.  And apartment number
15   402.
16          Q.      How long did you live at 702
17   Ash Street?
18          A.      Probably like close to a year.
19          Q.      And where did you move-- was
20   that where you first went when you got to
21   the United States?
22          A.      I was just crashing at friends.
23          Q.      That is when you lived when you
24   first got the United States, 702 Ash
25   Street?
```

```
 1                   - Y O U S E F -
 2        A.     I was staying with Tufik at his
 3   place, I don't remember his address, for a
 4   few weeks.   Then I stayed at hostels for a
 5   couple of months.   Then after that, I moved
 6   with Tufik into that place.
 7        Q.     Into 702 Ash Street?
 8        A.     Yes.
 9        Q.     After you left 702 Ash Street
10   where did you live?
11        A.     I lived at several places,
12   friends, stuff like this, that probably
13   they won't appreciate that I'm giving their
14   addresses unless I ask them.
15        Q.     Did you stay in any place where
16   it was rented or bought in your own name?
17        A.     That was-- I don't think in San
18   Diego, I rent any place under my name.   It
19   was usually under friends' names.
20        Q.     Why was that?
21        A.     Well, you know, nobody would
22   give me a rent, I was just, you know, a
23   signee with no legal documents at that
24   point.  Yeah.
25        Q.     You now, you said live on 68th
```

```
 1                  - Y O U S E F -
 2    Street in Phoenix, yes?
 3          A.    Yes.
 4          Q.    At 18440?
 5          A.    Correct.
 6          Q.    How long have you lived there?
 7          A.    A year.
 8          Q.    Where did you live before that?
 9          A.    Santa Barbara.
10          Q.    Where in Santa Barbara?
11          A.    1221 Chino Street.
12          Q.    Chino?
13          A.    Yes.
14          Q.    Is that?
15          A.    Santa Barbara, California,
16    93101.
17          Q.    93?
18          A.    93101.
19          Q.    What apartment or is that a
20    home?
21          A.    It was a home.
22          Q.    Before Chino Street, in Santa
23    Barbara where did you live?
24          A.    It was-- San Diego.  San Diego,
25    let's go back to 1441 9th Street, San
```

```
 1                  - Y O U S E F -
 2    Diego, California, 92101 as well.
 3         Q.    You said 92101 as well.  Ash
 4    Street you said was 92011?
 5         A.    It is like buildings right next
 6    to each other.
 7         Q.    But you didn't give the same
 8    zip code each time.  Once you said 92011 --
 9         A.    No, 92011.
10         Q.    Maybe I misheard you the first
11    time?
12         A.    Or maybe I said it wrong.
13         Q.    Was 1441 9th Street before or
14    after Ash Street?
15         A.    After.  That one was under my
16    name.
17         Q.    So, Ash Street, 1441 9th
18    Street, Chino Street, your current 68th
19    Street, where else have you lived other
20    than hostels and Tufik's place?
21         A.    There was another one.  I am
22    telling you as much as I remember, I moved,
23    I move a lot.
24               760 Stone House.
25         Q.    Stone House?
```

```
1                    - Y O U S E F -
2          A.     Ah-hum.  Montecito.
3          Q.     Montecito.  M-O-N-T-E-C-I-T-O?
4          A.     Correct.
5          Q.     Also California or Arizona?
6          A.     California, 93108.  I have good
7    memory.
8          Q.     Apartment or house?
9          A.     It is a house.  I didn't know I
10   have all these addresses.
11         Q.     Did you have roommates in each
12   of these houses?
13         A.     The one on the 1221 Chino
14   Street, yes, I did.
15         Q.     Who was your roommate on Chino
16   Street?
17         A.     I really don't remember the
18   names.  One of them is, I really don't
19   remember, believe it or not.  I'm very bad
20   with names.
21         Q.     So, were these people you met
22   through the church that brought you-- that
23   you were involved with?
24         A.     No.
25         Q.     Just people you met?
```

```
 1                    - Y O U S E F -
 2          A.     No, I just rented a room there.
 3          Q.     I see.
 4          A.     So I met everybody.
 5          Q.     You didn't have a personal
 6     relationship with those people?
 7          A.     Not really.
 8          Q.     In your book, you described
 9     some of the techniques that Shin Bet has
10     used to recruit other agents.  Such, you
11     know, black mailing, catching them in
12     improprieties, those kind of things,
13     correct?
14          A.     What?
15          Q.     In your book, you describe
16     that, don't you?
17          A.     What did I describe?
18          Q.     In your book.
19          A.     Be more specific.
20          Q.     In your book, you described
21     that Shin Bet--
22          A.     Tell me what the book says.
23          Q.     Are you saying that you don't
24     describe that?
25          A.     Tell me what is in the book and
```

```
 1                    - Y O U S E F -
 2    please read it in context.
 3         Q.    Okay.  I'm not describing it to
 4    you.  My question to you is whether or not
 5    in the book one of the topics you
 6    explore --
 7         A.    Well, first of all, remind me
 8    what I say, so I can tell you if I say it
 9    or not.  I don't-- I don't-- I have my
10    story which is much bigger than the book
11    and I don't remember every line in the
12    book.
13         Q.    We will leave that out for a
14    minute.  I will just ask you, it is a fact
15    isn't it, that Shin Bet often -- leaving
16    aside what is in the book.  It's a fact
17    that Shin Bet often recruits agents by
18    blackmail, by trying to catch people in
19    sexual or financial or other--
20         A.    Why do I have to answer this
21    question and why this question is related
22    to our case, I don't understand.
23         Q.    Are you refusing to answer the
24    question?
25         A.    Well, I'm not refusing, it is
```

```
 1                  - Y O U S E F -
 2       like-- I'm not a Shin Bet representative.
 3       You are asking me about the Shin Bet, go
 4       ask the Shin Bet.
 5                  MR. TOLCHIN:  Objection, I am
 6             just asking if you are making him an
 7             expert into Shin Bet activities?
 8                  MR. ROCHON:  Okay.  Thank you.
 9            Q.    So, please answer the question,
10       you are aware that Shin Bet does that
11       aren't you?
12            A.    Aware of what?
13            Q.    That Shin Bet uses blackmail to
14       recruit agents?
15            A.    The Shin Bet does not force
16       anybody to work for it, and sometimes maybe
17       a prisoner would be like in a tough
18       situation, in a big trouble, trying to kill
19       Israelis, and they would ask them to work
20       for them and I think this is nothing wrong
21       with that.
22                  But, I don't think the Shin Bet
23       puts a gun into somebody's head and asks
24       them to work for them.  Not in my case at
25       least.
```

```
 1                    - Y O U S E F -
 2        Q.    Okay.
 3              MR. TOLCHIN:  I'm wondering if
 4        there is a language barrier going on
 5        here.
 6              MR. ROCHON:  Is that an
 7        objection to a question?
 8              MR. TOLCHIN:  A suggestion.
 9              MR. ROCHON:  Thank you for the
10        suggestion.
11              MR. TOLCHIN:  Maybe you can
12        explain what you mean by blackmail.
13        Q.    You know what blackmail means,
14   right?
15        A.    I know what blackmail means.
16              MR. ROCHON:  That takes care of
17        the language issue.
18              MR. TOLCHIN:  Not really.
19              MR. ROCHON:  I believe him when
20        he says he knows something.
21              THE WITNESS:  You really do?
22              MR. ROCHON:  I was laughing
23        when I said that.
24              MR. TOLCHIN:  But you said it.
25              MR. ROCHON:  I was laughing
```

```
 1                    - Y O U S E F -
 2         when I said it.
 3                    MR. TOLCHIN:  But you said it.
 4         A.    You like laughing.
 5         Q.    Now, let's talk about you for a
 6    second.  Did the Shin Bet blackmail you at
 7    all --
 8         A.    No.
 9         Q.    -- into working with them?
10         A.    No.
11         Q.    Did they threaten you with any
12    kind of exposure, in terms of when they
13    recruited you as an agent?
14         A.    No.
15         Q.    Did they claim that they had
16    such information even if they said they
17    weren't going to use it against you?
18         A.    No.
19         Q.    In the book, you do describe
20    men who were recruited or women who were
21    recruited?
22         A.    I described what Hamas thinks
23    of the process.  This is also I told you
24    bring me what I said in my book in context.
25    So you want to take that out of the
```

```
 1                 - Y O U S E F -
 2    context, it will meet with what you are
 3    saying.  This is what Hamas, Hamas reality
 4    about the dynamics of the Shin Bet.  This
 5    is what I was describing.
 6         Q.    That is what your book is
 7    describing.  When you are talking about
 8    that, you are talking about Hamas' point of
 9    view on this, not yours?
10         A.    Right.
11         Q.    As, you were-- you described
12    yourself sometimes as a spy and sometimes
13    as a traitor, right?
14         A.    I'm either.
15         Q.    My question, you have described
16    yourself as both as a spy and a traitor,
17    haven't you?
18         A.    I don't describe myself as a
19    traitor, I described myself based on my
20    people's reality and what they think of me.
21         Q.    Give me one second, Mr. Yousef,
22    this is my last area of inquiry for you,
23    then we can turn it over to Mr. Tolchin.
24         A.    Excuse me.
25         Q.    That's fine.
```

```
 1                    - Y O U S E F -
 2          A.    You said two questions.
 3                MR. TOLCHIN:  Probably going to
 4             open the door now.
 5                MR. ROCHON:  If I can have this
 6             marked as Defendant's Exhibit 4.
 7                (So marked, Defendant's 4.)
 8          Q.    If you can look at Defendant's
 9     Exhibit 4, this is a blog post you wrote
10     and that was published in connection with
11     your effort to obtain asylum, correct?
12          A.    Ah-hum.
13          Q.    You have to say either "yes" or
14     "no".  I mean when you say uh-hum, he can't
15     take that down?
16          A.    Where did you find this?
17          Q.    Don't worry about where I found
18     this.  That is something you wrote; isn't
19     it?
20                MR. TOLCHIN:  Do you have a
21             copy of that?
22          A.    Did you edit it?
23          Q.    Mr. Yousef, look at it.  If you
24     think you didn't write it, just tell me
25     that.
```

```
 1                  - Y O U S E F -
 2        A.    Well, I didn't study it to make
 3   sure that, because this is not --
 4        Q.    Please take all the time you
 5   wish to study it.
 6             MR. TOLCHIN:  You can sit and
 7              read it from beginning to end, you
 8              have that right.
 9        A.    I wrote this one, yes.
10        Q.    And, this was written actually
11   just before your asylum hearing, correct?
12        A.    Right.
13        Q.    You are asking people to come
14   down to the hearing to observe it?
15        A.    Right.
16        Q.    And at the beginning, the first
17   sentence says, I have worn many hats in
18   32 years, Muslim, Christian, son of Hamas,
19   prisoner 823, spy, traitor, USAID
20   administrator, businessman, best selling
21   author.  Correct?
22        A.    Correct.
23        Q.    So you have described yourself
24   as a traitor and a spy, right?
25        A.    Well, this is not exactly the--
```

```
 1                    - Y O U S E F -
 2    my description is beyond the words.  Every
 3    word I meant here, it means something.  It
 4    means something for my audience to
 5    understand my book.  It means something to
 6    people who relate with my story, not people
 7    who want to judge me and use this against
 8    me.
 9                    So, again, my story is beyond
10    words.  You can take the words as much as
11    you want, twist them, bend them, contradict
12    them.  Do your art.  This is your job, this
13    is not my problem.
14                    I'm considered by many people
15    as a spy, I'm considered by many people as
16    a traitor, I'm considered, whatever I'm
17    considered.
18         Q.    The only reason we are showing
19    you the document is I asked you whether you
20    ever characterized yourself as a spy and a
21    traitor and you contradicted--
22         A.    Yeah, this is obvious, this
23    what I meant.
24         Q.    These are your words, right?
25         A.    Yes.
```

1                    - Y O U S E F -

2          Q.     And, you worked as a spy for

3    many years for Israel, right?

4          A.     Yes, several years.

5          Q.     And you fooled people who knew

6    you extremely well, right?

7          A.     If it was necessary.

8          Q.     You fooled your father?

9          A.     Yes, I did.

10          Q.     And he knew you well?

11          A.     Obviously he did not.

12          Q.     Well, you were able to deceive

13    him, yes?

14          A.     Yes.

15          Q.     And that is because you were

16    good at deceit, right?

17          A.     Well, you can say that if you

18    want.

19                    MR. ROCHON:  That is all I have.

20                    The Witness:  Good point.

21    BY MR. TOLCHIN:

22          Q.     I will ask you a few more

23    questions just following up on things that

24    you were asked about by Mr. Rochon.

25                    Do you recall Mr. Rochon was

```
 1                  - Y O U S E F -
 2    asking you some questions about children
 3    being injured by Israeli soldiers.  Do you
 4    remember that line of questioning?
 5         A.    Yes.
 6         Q.    In all the times that you lived
 7    in the West Bank, do you ever remember an
 8    incident where Israelis, Israeli army,
 9    deliberately exploded a bomb in the middle
10    of a civilian area?
11              MR. HILL:  Objection lack of
12         foundation.
13         Q.    You can answer.
14         A.    Wow, welcome back.
15              There was mistakes and or there
16    were --
17         Q.    I asked you deliberately.  On
18    purpose?
19         A.    You mean like on purpose?
20         Q.    Right.
21         A.    Absolutely not.
22         Q.    Do you ever remember an
23    incident where the Israeli army waited by
24    the side of a road and shot random Arab
25    drivers as they passed by?
```

```
 1                  - Y O U S E F -
 2               MR. HILL:  Objection, lack of
 3          foundation.
 4          A.    Absolutely not.
 5          Q.    Do you ever remember Israeli
 6     government or the Israeli army placing a
 7     bomb in an Arab club?
 8               MR. HILL:  Objection, lack of
 9          foundation.
10          A.    Absolutely not.
11          Q.    Before coming here today, you
12     and I had a number of telephone
13     conversations, correct?
14          A.    Correct.
15          Q.    Did you and I ever meet
16     face-to-face other than when I handed you
17     the subpoena?
18          A.    No.
19          Q.    And in our telephone
20     conversations, do you recall--
21               MR. ROCHON:  Objection to
22          leading, Bob.
23               MR. TOLCHIN:  That's not
24          leading.
25          Q.    Do you recall my-- do you
```

```
 1                    - Y O U S E F -
 2    recall what we talked about?
 3         A.    Pardon me?
 4         Q.    Do you remember what you and I
 5    talked about?
 6         A.    Not everything, but mostly it
 7    was --
 8         Q.    Just the topics.
 9         A.    Well, it was about, you know,
10    the just arranging for this deposition and
11    making travel arrangements and you gave me
12    an idea, you know, the PLO was sending me a
13    subpoena as well, which I didn't know.  I
14    thought that was only your subpoena.
15              And, you know, you just gave me
16    that advice to hire an attorney and I
17    appreciate that.
18         Q.    You testified a while ago that
19    you lost your family for the sake of
20    justice, do you recall giving that
21    testimony?
22         A.    Well--
23         Q.    Just first of all, do you
24    recall the testimony?  Do you remember
25    giving that testimony?
```

334

```
 1                  - Y O U S E F -
 2        A.    Yes.
 3        Q.    What did you mean by that?
 4        A.    Well --
 5              MR. HILL:  Objection, calls for
 6              narrative, might involve opinion or
 7              lack of foundation.  But, we will
 8              hear what he says.
 9        A.    Loosing my family is not an
10   opinion Mr. -- okay.  That is not an
11   opinion.
12              The-- I had to pay a very high
13   price, you know.  Loosing my family,
14   loosing my identity, and facing all type of
15   powers of darkness, in this world.
16              What I know that I did, that
17   cost me this, that I knew information about
18   killers, terrorists, who are targeting
19   civilians, innocent children, women,
20   soldiers, all type of people.  I gave
21   information about those people, and I
22   brought them to justice.
23              That was the best justice that
24   you can bring a victim of a suicide bombing
25   attack.
```

```
 1              - Y O U S E F -
 2              And today, I pay a very high
 3   price for it, and today, I am being used as
 4   a tool by the hands of irresponsible
 5   people, all types of them, lawyers, and
 6   media, and all type of greedy people out
 7   there, who didn't have a perfect
 8   understanding of what justice is.  But, I
 9   will continue to fight for justice.
10              I am here today, yes, maybe
11   this is-- was not my best option, but I
12   will be happy to see the victims of suicide
13   bombing attack, being rewarded.  If they
14   are injured, or if they lost member of
15   their family, that was bringing income to
16   their household or something like this, to
17   be protected and be secured and I think
18   this is another level of justice.
19        Q.     Since you published your book,
20   and revealed that you have worked as a spy
21   for Israel, have you had any communication
22   with your family?
23        A.     Yes.
24        Q.     How often do you-- when was the
25   last time you had communication with your
```

```
 1                - Y O U S E F -
 2   family?
 3        A.    Not very often.  I talk to my
 4   brother and he does not tell my parents.  I
 5   used to talk to my sister, but now we don't
 6   talk any more.  I did not talk to my
 7   parents since the publishing of the book,
 8   not even once.
 9        Q.    And lastly, you were asked a
10   lot of questions about your asylum
11   application.  Just so I understand the
12   proceeding, after you-- the procedure.
13   After you submitted that paper that Mr.
14   Rochon was asking you about, you said you
15   came in front of a Judge?
16        A.    Yes.
17        Q.    Was that what you testified?
18        A.    Yes.
19        Q.    And, was there an actual
20   hearing?
21        A.    Yes.
22        Q.    Where you can testify?
23        A.    Yes.
24        Q.    And witnesses testified,
25   besides you?
```

```
 1                - Y O U S E F -
 2        A.     We had witnesses and we had
 3   evidence, but the government stopped their
 4   opposition of letting me stay in the
 5   country.  They had a second thought about
 6   it and they did not explain why they
 7   stopped the opposition and I was allowed to
 8   stay in the country.
 9        Q.     Was the hearing just one day or
10   did it continue more than one day?
11        A.     The hearing was only for five
12   minutes and the government dropped the case.
13        Q.     So did you actually testify at
14   the hearing?
15        A.     No.
16        Q.     But did you submit materials to
17   the Judge besides the asylum application?
18        A.     Yes.
19        Q.     Other written materials?
20        A.     Yes, we submitted.
21        Q.     Documents?
22        A.     The book and my Shin Bet
23   handler Gonen Ben-Itzhak came to testify to
24   the Court, but even the Court did not need
25   his testimony and I was granted asylum.
```

```
 1                  - Y O U S E F -
 2              MR. TOLCHIN:  Okay.  I have no
 3         more questions.
 4              THE WITNESS:  So you made more
 5         copies of this.
 6              MR. ROCHON:  Are we off the
 7         record then?  I think we are done
 8         unless my colleagues talk to me.
 9              MR. TOLCHIN:  Is your notebook
10         labeled in Arabic?
11              MR. ROCHON:  We are off the
12         record?
13              VIDEOGRAPHER:  This concludes
14         today's deposition.  We are now off
15         the record, the time is 5:59 P.M.,
16         today is January 10th, 2012, thank
17         you.
18              (Whereupon, the Examination of
19         this Witness was concluded.)
20
21              _____
                     MOSAB HASSAN YOUSEF
22
23         Subscribed and sworn to before me
           this _____ day of _____ 20___.
24         _____
25              NOTARY PUBLIC
```

```
 1                  - Y O U S E F -
 2     PLAINTIFF'S EXHIBITS:
 3
 4     EXHIBIT    DESCRIPTION           PAGE
 5
 6     1          Arabic Statement      95
 7     2          Statements            101
 8
 9
10     DEFENDANT'S EXHIBITS
11     EXHIBIT    DESCRIPTION           PAGE
12
13     1          Subpoena              160
14     2          Asylum Application    190
15     3          Photocopy of Book     309
16     4          Blog Post             327
17
18
19                   I N D E X
20
21     EXAMINATION BY                   PAGE
22     MR. TOLCHIN                  5, 331
23     MR. ROCHON                      135
24
25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4   STATE OF NEW YORK        )
                              :  SS:
 5   COUNTY OF NASSAU         )
 6
 7
 8          I, RICHARD W. BARRY, a Notary Public
 9   for and within the State of New York, do
10   hereby certify:
11          That the witness whose examination is
12   hereinbefore set forth was duly sworn and
13   that such examination is a true record of
14   the testimony given by that witness.
15          I further certify that I am not
16   related to any of the parties to this
17   action by blood or by marriage and that I
18   am in no way interested in the outcome of
19   this matter.
20          IN WITNESS WHEREOF, I have hereunto
21   set my hand this 14th day of January, 2012.
22
23
24          _____
                 RICHARD W. BARRY, RPR
25
```

# #

**#1928** [1] - 2:5
**#900** [1] - 2:9

# $

**$1,000** [7] - 222:10, 222:12, 248:10, 248:18, 248:20, 248:23, 248:24
**$1,200** [2] - 223:8, 248:18
**$10,000** [2] - 222:8, 282:2
**$150** [1] - 255:8
**$2,000** [3] - 104:11, 115:6, 116:9
**$20,000** [1] - 233:13
**$25,000** [1] - 232:24
**$30,000** [1] - 233:14
**$300** [3] - 137:22, 138:5, 138:16
**$350** [1] - 255:15
**$40,000** [1] - 233:21
**$5,000** [1] - 236:2
**$600** [1] - 248:17
**$7,000** [1] - 281:23
**$700** [1] - 248:17
**$800** [3] - 227:5, 249:5, 249:9

# 0

**04-397(GBD)(RLE** [1] - 1:6

# 1

**1** [5] - 3:17, 95:25, 160:5, 339:6, 339:13
**10** [12] - 1:11, 4:5, 46:20, 94:22, 159:22, 160:4, 218:3, 218:9, 284:23, 285:5, 315:13, 315:17
**100** [6] - 119:14, 128:12, 131:3, 157:15, 311:12, 312:22
**101** [1] - 339:7
**10:00** [1] - 1:12
**10:26** [1] - 4:4
**10th** [3] - 47:2, 94:15, 338:16
**111** [4] - 1:19, 2:5, 4:13, 4:23
**11201** [2] - 1:20, 2:5
**11:15** [1] - 46:19
**11:29** [1] - 46:25
**1221** [2] - 318:11, 320:13
**12:26** [1] - 94:14
**135** [1] - 339:23
**1441** [3] - 318:25, 319:13, 319:17
**14th** [1] - 340:21

**16-caliber** [1] - 237:9
**160** [1] - 339:13
**17** [2] - 57:11, 67:17
**170** [1] - 131:25
**173** [3] - 147:13, 147:18, 149:25
**18** [6] - 198:11, 200:7, 200:22, 203:14, 218:18, 218:24
**18440** [2] - 5:18, 318:4
**19** [2] - 7:24, 125:9
**190** [1] - 339:14
**192** [9] - 308:25, 309:25, 310:18, 310:19, 310:23, 311:4, 311:11, 311:14, 311:17
**1948** [1] - 68:9
**1978** [2] - 7:24, 218:16
**1981** [2] - 11:12, 11:23
**1986** [4] - 8:19, 11:10, 11:15, 11:24
**1992** [1] - 109:7
**1995** [1] - 109:7
**1996** [4] - 125:9, 198:10, 200:22, 203:13
**1999** [1] - 248:7
**1:45** [1] - 94:21

# 2

**2** [5] - 101:8, 190:16, 197:18, 339:7, 339:14
**2000** [1] - 138:16
**20005-5701** [1] - 2:9
**2001** [2] - 138:10, 138:16
**2002** [2] - 119:24, 138:16
**2003** [4] - 80:11, 80:12, 117:10, 230:23
**2004** [4] - 238:19, 240:10, 242:19, 242:23
**2005** [1] - 240:14
**2006** [2] - 248:8, 248:9
**2007** [1] - 240:18
**2008** [1] - 291:9
**2009** [2] - 274:9
**2010** [1] - 276:21
**2012** [16] - 1:11, 4:6, 46:20, 47:2, 94:15, 94:22, 159:22, 160:4, 218:3, 218:9, 284:23, 285:6, 315:13, 315:17, 338:16, 340:21
**20___** [1] - 338:23
**23rd** [2] - 102:22, 306:12
**25** [1] - 233:5
**2:48** [1] - 159:21
**2:58** [1] - 160:3
**2nd** [1] - 240:18

# 3

**3** [2] - 309:22, 339:15
**30** [1] - 3:16
**309** [1] - 339:15
**31** [1] - 119:24
**32** [1] - 328:18
**327** [1] - 339:16
**331** [1] - 339:22
**3:45** [1] - 218:2
**3rd** [1] - 286:10

# 4

**4** [2] - 327:7, 339:16
**402** [1] - 316:15
**45** [1] - 237:14
**4:01** [1] - 218:8
**4:54** [1] - 284:22

# 5

**5** [1] - 339:22
**5:03** [1] - 285:5
**5:31** [1] - 315:12
**5:38** [1] - 315:16
**5:59** [1] - 338:15

# 6

**65** [1] - 104:15
**655** [1] - 2:9
**68th** [3] - 5:18, 317:25, 319:18
**6th** [2] - 7:24, 218:15

# 7

**702** [5] - 316:13, 316:16, 316:24, 317:7, 317:9
**760** [1] - 319:24
**78** [1] - 297:8

# 8

**823** [1] - 328:19
**85054** [1] - 5:19

# 9

**92011** [3] - 319:4, 319:8, 319:9
**92101** [3] - 316:14, 319:2, 319:3
**93** [1] - 318:17
**93101** [2] - 318:16, 318:18
**93108** [1] - 320:6
**95** [1] - 339:6
**9th** [3] - 318:25, 319:13, 319:17

# A

**A-B-U-T-A-H-A** [1] - 10:25
**A-L** [1] - 239:17
**A-L-S-H-E-I-K-H** [1] - 30:4
**A-L-T-W-E-E-L** [1] - 52:8
**A-M-I-N** [1] - 34:5
**A-M-N-O-N** [1] - 289:13
**A-S-H-Q-A-R** [1] - 239:19
**A-Z-I-Z** [1] - 289:14
**A.M** [1] - 1:12
**a.m** [2] - 46:19, 46:25
**a.m.** [1] - 4:4
**Abdu** [1] - 114:5
**Abdul** [3] - 54:2, 54:3, 114:11
**Abdula** [39] - 44:23, 103:19, 105:9, 106:8, 106:23, 107:7, 107:14, 107:20, 107:24, 108:15, 110:9, 110:13, 110:15, 112:4, 112:10, 112:20, 113:6, 113:9, 113:16, 113:21, 114:19, 115:2, 115:8, 115:19, 116:7, 116:15, 118:22, 119:10, 120:8, 120:15, 127:25, 130:14, 131:23, 132:19, 132:23, 133:24, 234:25, 235:3, 309:8
**Abdula's** [1] - 109:4
**Abed** [1] - 53:17
**able** [4] - 31:14, 111:4, 217:14, 330:12
**absolutely** [10] - 92:4, 98:14, 99:8, 147:18, 148:19, 149:6, 149:22, 151:8, 311:22, 313:11
**Absolutely** [11] - 28:20, 63:22, 75:17, 78:15, 135:4, 190:23, 256:2, 257:25, 331:21, 332:4, 332:10
**Abu** [14] - 69:11, 69:13, 70:6, 70:10, 70:16, 70:21, 87:10, 87:11, 147:13, 150:12, 231:23, 232:2, 276:15, 277:8
**ABU** [2] - 69:13, 232:2
**Abula** [1] - 114:7
**Abutaha** [2] - 10:22, 10:24
**accept** [1] - 286:16
**access** [5] - 42:2, 42:7, 60:4, 76:10, 134:22
**accompanied** [1] - 185:13
**according** [2] - 214:4,

- Y O U S E F -

216:22
**According** [1] - 309:6
**account** [7] - 59:11, 59:14, 88:20, 91:15, 136:16, 136:21, 302:11
**accounts** [5] - 59:15, 59:18, 59:22, 60:5, 87:2
**accurate** [4] - 201:15, 295:12, 309:7, 310:12
**accurately** [1] - 201:14
**accusation** [1] - 173:2
**accusations** [1] - 304:18
**accuse** [1] - 270:16
**accused** [3] - 172:18, 172:19, 197:20
**accusing** [1] - 266:24
**achieve** [2] - 17:9, 17:12
**achieving** [1] - 27:12
**Achmed** [12] - 71:21, 71:25, 72:3, 72:4, 72:6, 72:9, 73:12, 73:24, 74:4, 74:7, 79:14, 110:10
**act** [1] - 153:13
**action** [5] - 153:19, 180:14, 198:8, 304:2, 340:17
**actions** [3] - 43:5, 133:24, 278:18
**active** [2] - 115:21, 278:2
**activities** [23] - 9:3, 21:12, 21:13, 22:15, 72:18, 77:25, 82:21, 96:23, 109:10, 134:4, 134:9, 134:13, 135:3, 180:22, 198:13, 203:16, 204:14, 205:18, 274:17, 278:17, 278:20, 279:23, 323:7
**activities"** [1] - 200:24
**activity** [2] - 137:3, 246:19
**acts** [2] - 144:20, 144:22
**actual** [4] - 186:8, 274:10, 290:4, 336:19
**Actual** [1] - 71:6
**addition** [1] - 134:7
**additional** [3] - 198:24, 293:24, 293:25
**address** [5] - 168:14, 315:24, 316:10, 316:12, 317:3
**addresses** [2] - 317:14, 320:10
**addressing** [1] - 202:20
**adjacent** [1] - 226:14
**administer** [1] - 3:11
**administrator** [1] - 328:20

**admissions** [1] - 135:6
**admitted** [3] - 5:6, 135:2, 300:21
**adopt** [1] - 102:17
**advantage** [4] - 27:2, 39:7, 162:13, 215:11
**advice** [11] - 162:17, 162:19, 162:25, 166:16, 169:4, 169:13, 194:6, 195:12, 209:11, 250:24, 333:16
**affairs** [1] - 91:6
**affected** [1] - 253:14
**affiliated** [4] - 231:4, 242:5, 242:8, 242:10
**affiliation** [1] - 294:12
**afraid** [4] - 107:9, 107:10, 290:25, 310:24
**afterwards** [3] - 95:12, 107:23, 176:10
**age** [2] - 218:18, 218:24
**agenda** [3] - 17:13, 26:24, 32:23
**agendas** [2] - 17:10, 30:13
**agent** [22] - 88:16, 113:18, 125:5, 125:14, 126:5, 150:8, 152:2, 199:15, 205:24, 206:7, 206:15, 207:4, 283:18, 283:20, 284:10, 284:13, 294:24, 305:8, 305:12, 306:21, 325:13
**agent's** [1] - 283:22
**agents** [6] - 187:13, 303:3, 304:5, 321:10, 322:17, 323:14
**agree** [13] - 139:14, 169:11, 176:15, 176:20, 177:9, 177:20, 178:16, 181:16, 189:16, 189:20, 206:13, 258:8, 258:10
**agreed** [9] - 12:23, 19:24, 78:4, 84:16, 125:8, 152:7, 199:10, 263:8, 263:10
**AGREED** [2] - 3:5, 3:21
**agreeing** [1] - 156:11
**agreement** [3] - 150:20, 185:8, 263:18
**Ah** [26] - 22:2, 47:8, 54:12, 54:16, 56:2, 81:9, 81:17, 98:22, 98:24, 104:2, 109:22, 139:24, 181:7, 194:23, 195:20, 197:25, 222:13, 225:14, 231:25, 249:8, 252:19, 283:5, 312:2, 320:2, 327:12
**Ah-ha** [1] - 312:2

**Ah-hum** [25] - 22:2, 47:8, 54:12, 54:16, 56:2, 81:9, 81:17, 98:22, 98:24, 104:2, 109:22, 139:24, 181:7, 194:23, 195:20, 197:25, 221:19, 222:13, 225:14, 231:25, 249:8, 252:19, 283:5, 320:2, 327:12
**Ahmad** [1] - 10:8
**AHMAD** [1] - 69:15
**AID** [1] - 223:10
**aims** [2] - 14:11, 14:17
**air** [1] - 141:16
**airfare** [1] - 254:11
**AL** [3] - 71:16, 226:11, 239:15
**al** [10] - 22:25, 23:10, 48:5, 54:22, 62:15, 62:16, 67:14, 68:14, 69:18, 279:15
**Al** [31] - 23:19, 30:3, 30:7, 33:4, 33:15, 71:14, 71:21, 72:4, 72:6, 72:9, 72:21, 73:4, 73:6, 73:21, 74:7, 114:14, 116:10, 126:19, 126:21, 133:15, 133:18, 181:11, 226:10, 226:13, 226:17, 226:19, 226:22, 239:12, 239:19, 261:3
**al-'Arabiyya** [2] - 48:5, 54:22
**al-Aqsa** [8] - 22:25, 23:10, 62:15, 62:16, 67:14, 68:14, 69:18, 279:15
**Al-Aqsa** [2] - 23:19, 114:14
**Al-Faransi** [1] - 73:4
**Al-Sheikh** [6] - 30:3, 30:7, 33:15, 72:21, 73:6, 73:21
**Al-Sheikh's** [1] - 33:4
**al-Tahrir** [2] - 48:5, 54:22
**Albarghouthi** [1] - 72:6
**Alcowosmi(Phonetic** [1] - 117:20
**Ali** [4] - 147:13, 147:25, 148:2, 150:12
**alive** [1] - 148:15
**Aljna** [1] - 81:15
**ALJNA** [1] - 81:16
**allegation** [1] - 305:16
**allegations** [2] - 305:7, 305:13
**allegedly** [1] - 304:14
**allowed** [5] - 150:14, 235:11, 245:25, 267:22, 337:7

**alone** [3] - 145:20, 146:10, 148:16
**ALSO** [1] - 2:12
**Altweel** [1] - 52:7
**ambiguity** [1] - 144:6
**ambiguous** [1] - 143:21
**ambulance** [5] - 140:19, 140:21, 143:2, 144:15, 144:25
**America** [6] - 210:5, 211:25, 215:16, 240:17, 253:13, 275:13
**American** [5] - 199:15, 236:8, 236:12, 282:20, 282:21
**Americans** [1] - 119:3
**Amin** [3] - 33:9, 33:19, 34:5
**Amnon** [1] - 289:12
**Amon** [1] - 261:6
**amount** [20] - 84:6, 84:9, 89:8, 92:24, 92:25, 93:2, 93:5, 93:9, 93:11, 93:20, 121:7, 123:5, 135:19, 137:10, 137:18, 173:18, 173:21, 275:23, 302:10, 302:24
**amounts** [3] - 93:13, 93:21, 120:22
**AND** [2] - 3:5, 3:21
**angry** [4] - 65:15, 142:11, 146:18, 147:7
**announced** [1] - 279:17
**annoying** [1] - 127:23
**Answer** [1] - 221:4
**answer** [115] - 6:7, 6:8, 6:9, 12:21, 12:22, 16:18, 23:6, 23:17, 30:25, 31:5, 31:10, 32:20, 35:24, 36:25, 37:10, 37:12, 44:4, 46:8, 49:3, 50:6, 50:17, 50:19, 61:8, 63:10, 63:16, 63:20, 66:3, 66:10, 68:11, 71:6, 71:9, 76:17, 86:20, 90:13, 91:22, 91:23, 96:10, 100:2, 108:13, 110:23, 111:6, 111:16, 112:23, 112:25, 118:7, 119:13, 122:19, 133:8, 149:12, 153:6, 163:5, 174:18, 174:19, 174:23, 175:9, 175:13, 176:10, 176:16, 178:9, 180:7, 182:11, 182:15, 182:17, 182:25, 193:13, 193:16, 194:20, 194:25, 199:22, 200:5, 202:7, 204:8, 209:22, 212:25, 224:18,

242:25, 247:15, 250:4,
250:16, 250:18, 250:24,
252:22, 252:25, 253:10,
253:17, 256:19, 257:16,
258:18, 258:20, 261:13,
263:25, 268:10, 268:13,
268:15, 268:19, 269:15,
269:22, 270:7, 270:9,
270:14, 296:21, 297:4,
297:18, 298:9, 298:13,
299:9, 299:12, 299:18,
310:22, 314:7, 322:20,
322:23, 323:9, 331:13
**answered** [22] - 37:6,
78:16, 81:3, 89:14,
100:8, 166:19, 189:24,
190:4, 202:10, 208:14,
209:12, 224:15, 224:17,
258:14, 258:18, 269:21,
269:23, 270:3, 270:5,
270:11, 297:23, 299:15
**answering** [5] - 36:17,
37:18, 152:23, 200:2,
214:15
**answers** [2] - 111:24,
247:18
**Anybody** [1] - 52:4
**anybody** [10] - 9:16, 45:8,
107:15, 176:12, 176:23,
180:17, 201:19, 202:16,
306:4, 323:16
**anyway** [6] - 117:22,
124:8, 131:20, 148:21,
149:19, 259:4
**Anyway** [1] - 114:19
**anywhere** [3] - 99:2,
131:14, 223:13
**Apartment** [1] - 320:8
**apartment** [8] - 68:19,
107:16, 233:2, 233:6,
233:13, 244:5, 316:14,
318:19
**apartments** [1] - 290:8
**apologize** [5] - 133:10,
146:3, 216:13, 220:14,
268:15
**apparently** [2] - 5:11,
168:21
**appear** [9] - 5:13, 161:22,
162:20, 165:16, 166:8,
166:12, 168:11, 169:5,
254:5
**appearance** [1] - 166:13
**appearances** [1] - 169:20
**appeared** [3] - 158:18,
161:15, 161:18
**appearing** [1] - 173:15
**appears** [2] - 101:11,
131:17
**Application** [1] - 339:14

**application** [32] - 188:4,
188:6, 188:15, 188:24,
189:10, 192:4, 192:19,
192:21, 194:21, 195:4,
195:17, 195:25, 196:9,
197:2, 200:18, 201:14,
201:16, 204:17, 205:2,
205:21, 206:6, 206:15,
206:19, 210:22, 210:24,
213:7, 213:19, 274:15,
274:24, 293:10, 336:11,
337:17
**applied** [1] - 187:23
**applies** [1] - 6:19
**appreciate** [7] - 29:10,
56:22, 110:25, 284:19,
298:23, 317:13, 333:17
**appreciated** [1] - 61:17
**appreciates** [1] - 155:13
**appropriate** [3] - 16:24,
63:17, 146:5
**approve** [4] - 73:5, 73:19,
89:19, 99:13
**Aqsa** [10] - 22:25, 23:10,
23:19, 62:15, 62:16,
67:14, 68:14, 69:18,
114:14, 279:15
**Arab** [12] - 54:13, 54:14,
64:10, 87:22, 87:24,
88:2, 106:4, 275:22,
295:18, 302:13, 331:24,
332:7
**Arabic** [18] - 7:12, 9:21,
22:6, 33:17, 34:16,
48:6, 54:23, 94:24,
95:23, 101:12, 103:6,
121:12, 252:3, 252:5,
268:5, 299:20, 338:10,
339:6
**Arafat** [40] - 41:23, 42:12,
42:13, 42:17, 42:22,
42:25, 44:16, 46:3,
46:4, 46:15, 47:6, 51:7,
51:11, 57:11, 63:4,
67:16, 68:20, 68:22,
69:23, 70:9, 70:11,
70:15, 70:24, 71:13,
73:8, 73:15, 79:4, 79:6,
79:12, 79:14, 79:15,
79:19, 81:7, 81:20,
150:10, 150:23, 151:18,
187:19, 187:22, 276:16
**Arafat's** [11] - 41:3,
50:10, 51:14, 67:18,
69:8, 70:13, 72:18,
72:24, 80:14, 82:14,
278:15
**Are there** [1] - 308:19
**area** [18] - 7:21, 11:18,
56:3, 68:16, 69:20,

107:12, 114:9, 114:13,
163:9, 171:13, 218:16,
226:10, 240:16, 279:3,
294:15, 297:10, 326:22,
331:10
**areas** [1] - 58:15
**aren't** [2] - 10:17, 323:11
**argue** [5] - 64:21, 143:24,
149:11, 167:10, 167:15
**arguing** [2] - 144:11,
149:14
**argument** [4] - 107:5,
107:14, 113:3, 113:11
**Ariel** [7] - 22:22, 23:8,
24:11, 25:12, 25:15,
29:14, 39:6
**Arizona** [3] - 5:19,
315:25, 320:5
**arm** [3] - 11:12, 27:10,
40:17
**armed** [2] - 146:13, 220:3
**army** [3] - 331:8, 331:23,
332:6
**arrangement** [3] - 88:8,
200:12, 200:15
**arrangements** [2] -
199:14, 333:11
**arranging** [1] - 333:10
**arrest** [18] - 106:20,
106:24, 107:2, 113:5,
115:4, 196:8, 196:12,
196:13, 197:6, 198:15,
198:18, 200:8, 200:17,
203:20, 218:24, 262:24,
262:25
**arrested** [31] - 18:12,
18:14, 18:24, 49:20,
76:7, 104:5, 104:13,
105:3, 105:4, 106:11,
108:3, 112:10, 112:17,
115:9, 128:11, 189:22,
196:14, 196:16, 196:20,
197:9, 197:20, 198:11,
200:7, 200:23, 203:14,
218:19, 218:23, 219:20,
261:6, 263:2, 274:21
**arrests** [1] - 212:15
**arrival** [1] - 306:23
**art** [1] - 329:12
**article** [1] - 304:23
**Ash** [8] - 316:13, 316:17,
316:24, 317:7, 317:9,
319:3, 319:14, 319:17
**ashamed** [1] - 215:14
**Ashqar** [6] - 239:12,
239:16, 239:17, 239:18,
239:19, 261:3
**aside** [4] - 174:5, 220:15,
223:23, 322:16
**asking** [42] - 12:10,

30:22, 31:8, 54:18,
55:11, 55:19, 56:9,
77:16, 111:12, 111:23,
126:17, 143:19, 144:5,
145:12, 160:8, 161:14,
179:13, 196:6, 207:18,
220:17, 221:2, 228:15,
228:18, 234:19, 234:22,
242:2, 254:23, 266:20,
266:23, 267:24, 268:22,
269:2, 269:10, 269:14,
277:18, 277:23, 300:25,
323:3, 323:6, 328:13,
331:2, 336:14
**asks** [1] - 323:23
**asleep** [1] - 23:16
**aspect** [1] - 247:2
**assassinate** [3] - 114:8,
114:12, 114:15
**assassinated** [6] - 49:20,
148:21, 260:11, 260:15,
261:4, 261:7
**assassinating** [2] -
113:23, 114:24
**assassination** [2] -
70:14, 114:2
**assist** [1] - 57:9
**assistance** [4] - 21:3,
143:3, 188:15, 312:18
**assistant** [17] - 41:19,
57:5, 71:18, 105:7,
109:5, 133:2, 133:19,
183:19, 183:20, 184:3,
184:6, 184:8, 184:10,
184:11, 213:16, 235:13
**assistants** [5] - 38:5,
57:7, 185:15, 186:21,
187:7
**assisted** [1] - 91:18
**assisting** [1] - 292:18
**associated** [1] - 257:20
**assume** [5] - 121:25,
187:6, 187:7, 208:5,
237:22
**assuming** [1] - 208:2
**asylum** [36] - 187:24,
188:4, 188:6, 188:24,
189:10, 192:3, 192:22,
194:22, 195:4, 195:16,
200:18, 201:13, 201:18,
204:18, 205:3, 206:18,
206:19, 207:2, 207:7,
210:6, 210:8, 211:12,
211:14, 211:17, 211:19,
211:20, 292:18, 293:9,
293:12, 294:4, 294:14,
327:11, 328:11, 336:10,
337:17, 337:25
**Asylum** [1] - 339:14
**ate** [1] - 50:25

- Y O U S E F -

**attack** [33] - 17:24, 20:18, 21:5, 21:15, 76:19, 78:8, 84:7, 85:10, 86:2, 105:13, 112:5, 112:11, 112:16, 114:22, 117:2, 117:7, 117:9, 117:12, 117:14, 119:6, 119:15, 119:22, 120:5, 120:18, 139:12, 154:10, 277:14, 279:6, 279:10, 279:17, 334:25, 335:13
**attacks** [37] - 17:7, 22:14, 22:15, 43:3, 43:8, 43:10, 43:15, 44:7, 44:10, 44:15, 44:17, 46:4, 46:5, 66:23, 79:21, 80:4, 84:11, 84:17, 90:8, 117:3, 120:8, 125:21, 141:20, 148:4, 150:6, 150:25, 151:11, 152:12, 153:20, 154:4, 157:16, 157:17, 157:25, 213:23, 279:20, 279:24
**attempt** [10] - 24:16, 24:20, 37:14, 42:25, 43:2, 113:23, 114:2, 114:23, 117:25, 118:16
**attempting** [1] - 112:19
**attend** [5] - 52:9, 167:9, 167:14, 289:22, 292:7
**attended** [22] - 47:5, 48:11, 48:21, 49:11, 49:24, 50:14, 52:10, 52:14, 52:16, 53:15, 53:22, 54:7, 54:18, 54:19, 55:2, 55:9, 55:10, 82:25, 83:24, 288:19
**attends** [1] - 191:14
**attention** [2] - 24:17, 24:21
**Attorney** [1] - 2:4
**attorney** [5] - 188:16, 193:6, 193:11, 193:20, 333:16
**attorney/client** [1] - 163:4
**Attorneys** [1] - 2:8
**audience** [1] - 329:4
**author** [1] - 328:21
**authorities** [1] - 22:9
**Authority** [38] - 25:22, 26:4, 26:9, 26:14, 26:25, 39:13, 50:9, 50:23, 51:3, 51:5, 51:16, 61:23, 61:24, 62:2, 62:25, 66:17, 82:10, 88:13, 88:18, 88:19, 88:23, 92:12,

93:8, 104:6, 105:11, 107:8, 109:11, 113:12, 133:20, 135:22, 139:3, 141:5, 141:14, 142:17, 157:14, 176:5, 178:2, 302:23
**authority** [1] - 89:22
**authorization** [1] - 208:25
**authorize** [1] - 214:17
**authorized** [2] - 3:11, 214:13
**automatic** [5] - 236:16, 239:2, 240:4, 241:5, 241:6
**available** [3] - 136:24, 256:16, 256:19
**average** [4] - 222:4, 248:10, 248:15, 248:18
**Avi** [10] - 276:7, 276:12, 281:18, 282:4, 283:15, 284:2, 284:7, 313:2, 313:9, 313:13
**AVI** [1] - 276:8
**Avi's** [1] - 313:5
**Aviv** [8] - 227:24, 228:3, 228:6, 228:7, 228:12, 228:19, 228:23, 290:13
**avoid** [2] - 32:21, 190:12
**Aware** [1] - 323:12
**aware** [6] - 96:17, 120:7, 121:21, 246:13, 246:17, 258:22, 304:11, 323:10
**awesome** [1] - 295:14
**awhile** [2] - 221:22, 260:19
**Ayalon** [3] - 306:6, 306:8, 306:10
**Ayman** [2] - 10:22, 10:23
**AYMAN** [1] - 10:24
**Aziz** [1] - 289:14

---

**B**

**B-A-R-G-H-O-U-T-I** [1] - 23:13
**B-A-T-U-N-I-A** [1] - 68:15
**B-I-R-E-H** [1] - 226:12
**background** [3] - 142:4, 184:24, 218:12
**backup** [2] - 24:10, 38:9
**backwards** [1] - 316:5
**badger** [1] - 193:18
**badgering** [1] - 208:17
**Badgering** [1] - 194:2
**bag** [1] - 178:5
**bait** [1] - 263:3
**Bana** [1] - 12:7
**Bank** [27] - 7:10, 10:4, 11:5, 22:10, 29:22,

33:6, 33:13, 34:9, 34:12, 42:6, 44:19, 44:23, 67:10, 68:3, 68:5, 69:20, 80:3, 116:25, 183:20, 183:21, 184:2, 184:3, 184:5, 242:23, 253:14, 253:15, 331:7
**bank** [16] - 87:22, 87:24, 88:2, 88:3, 88:20, 91:15, 136:16, 136:21, 275:22, 302:10, 302:13, 302:15, 302:18, 302:22
**banks** [1] - 86:25
**banquette** [1] - 111:9
**baptized** [4] - 290:12, 290:13, 290:25, 291:3
**Barabbas** [1] - 291:12
**BARABBAS** [1] - 291:14
**Barbara** [8] - 273:11, 273:13, 273:18, 273:20, 318:9, 318:10, 318:15, 318:23
**barely** [1] - 188:17
**Barghouthis** [1] - 110:7
**Barghouti** [82] - 23:9, 23:12, 23:15, 23:22, 25:6, 29:12, 29:16, 29:19, 29:25, 34:19, 35:12, 38:4, 38:7, 38:14, 41:23, 44:23, 47:6, 49:12, 49:19, 52:12, 70:19, 70:22, 70:23, 71:4, 71:12, 71:17, 71:25, 72:2, 72:20, 73:14, 79:3, 79:11, 79:15, 80:24, 103:20, 104:8, 104:10, 105:8, 106:8, 106:18, 106:23, 106:25, 107:6, 107:17, 108:16, 108:23, 108:25, 109:4, 110:11, 110:13, 110:14, 112:4, 112:19, 112:20, 113:4, 113:10, 113:21, 113:24, 113:25, 114:19, 115:2, 115:8, 115:19, 116:8, 118:22, 119:10, 120:8, 127:25, 130:10, 130:11, 130:13, 131:23, 132:20, 132:23, 133:19, 133:25, 187:17, 187:18, 309:2, 309:4
**Barghouti's** [3] - 38:19, 38:25, 57:7
**Barghoutis** [2] - 109:25, 309:11
**barrier** [1] - 324:4
**Barry** [3] - 4:16, 146:4, 153:3

**BARRY** [3] - 1:21, 340:8, 340:24
**bars** [1] - 157:9
**Based** [1] - 252:15
**based** [7] - 80:8, 93:22, 112:11, 207:7, 211:14, 252:13, 326:19
**Basem** [5] - 239:12, 241:13, 242:5, 261:3, 261:7
**BASEM** [1] - 239:13
**basic** [1] - 154:20
**basically** [1] - 123:8
**basis** [5] - 83:20, 164:9, 167:3, 187:18, 202:22
**bathroom** [1] - 284:18
**Batunia** [5] - 68:14, 68:16, 115:18, 279:2, 294:10
**Bayaan** [7] - 98:20, 98:23, 98:25, 99:10, 99:13, 100:5, 102:3
**BAYAAN** [1] - 98:23
**Bayaans** [1] - 102:6
**bearing** [1] - 255:20
**beat** [1] - 219:3
**beauty** [1] - 31:12
**begins** [1] - 311:7
**behalf** [12] - 5:3, 21:5, 52:11, 52:14, 54:6, 54:20, 113:17, 113:18, 129:24, 243:25, 244:2, 255:20
**behavior** [1] - 17:17
**behind** [4] - 117:14, 120:17, 136:6, 157:9
**Beitrima** [2] - 109:18, 109:19
**BEITRIMA** [1] - 109:21
**believe** [8] - 102:21, 133:24, 176:7, 176:12, 176:25, 278:24, 320:19, 324:19
**believed** [1] - 40:13
**believer** [2] - 289:25, 290:23
**believers** [1] - 290:2
**Ben** [9] - 294:19, 300:9, 300:18, 300:19, 301:4, 301:11, 301:24, 305:21, 337:23
**BEN** [1] - 300:19
**Ben-Itzhak** [8] - 294:19, 300:9, 300:18, 301:4, 301:11, 301:24, 305:21, 337:23
**bend** [1] - 329:11
**bending** [1] - 215:10
**benefit** [1] - 29:3

- Y O U S E F -

**benefits** [2] - 180:19, 183:11
**Berkman** [3] - 1:19, 4:12, 4:22
**BERKMAN** [1] - 2:4
**besides** [3] - 57:21, 336:25, 337:17
**Besides** [2] - 46:2, 63:24
**bet** [2] - 274:14, 274:19
**Bet** [80] - 105:14, 113:17, 125:5, 125:9, 125:14, 125:19, 125:25, 129:2, 129:10, 129:12, 129:14, 129:23, 129:24, 129:25, 130:6, 134:8, 134:14, 142:6, 147:4, 151:23, 151:24, 186:14, 186:25, 187:5, 187:12, 199:9, 199:14, 200:13, 205:24, 206:7, 206:14, 207:4, 234:2, 234:3, 248:2, 259:12, 259:14, 260:16, 263:8, 278:4, 278:6, 278:19, 278:22, 279:12, 280:8, 280:10, 293:13, 294:2, 294:7, 294:17, 294:18, 295:19, 295:22, 297:10, 300:12, 300:22, 301:12, 301:25, 303:15, 305:8, 305:12, 305:17, 306:3, 306:21, 321:9, 321:21, 322:15, 322:17, 323:2, 323:3, 323:4, 323:7, 323:10, 323:13, 323:15, 323:22, 325:6, 326:4, 337:22
**Bethlehem** [1] - 225:24
**bias** [2] - 177:12, 178:16
**biased** [4] - 177:10, 177:25, 178:3, 178:12
**bible** [5] - 287:9, 288:14, 288:17, 288:24, 296:5
**bigger** [2] - 267:7, 322:10
**Bila** [13] - 105:7, 105:8, 106:23, 107:7, 108:23, 108:25, 109:4, 109:5, 109:12, 110:3, 110:7, 110:12, 110:15
**Bireh** [6] - 226:10, 226:13, 226:14, 226:17, 226:19, 226:22
**birth** [1] - 18:3
**bit** [2] - 127:24, 133:11
**black** [1] - 321:11
**blacked** [1] - 219:10
**blackmail** [6] - 322:18, 323:13, 324:12, 324:13, 324:15, 325:6
**blame** [2] - 13:23, 14:6
**blog** [5] - 207:15, 207:19,

207:22, 207:23, 327:9
**Blog** [1] - 339:16
**blogged** [1] - 207:12
**blood** [4] - 150:13, 177:3, 177:18, 340:17
**boat** [1] - 214:22
**Bob** [26] - 156:5, 158:7, 158:13, 159:2, 159:10, 162:15, 164:22, 166:5, 167:17, 169:9, 172:10, 202:18, 202:25, 215:25, 224:14, 227:16, 230:17, 255:3, 255:22, 270:15, 275:16, 288:4, 297:17, 298:22, 315:10, 332:22
**Bob's** [1] - 230:19
**body** [3] - 97:23, 97:24, 98:11
**bogus** [1] - 162:14
**bomb** [21] - 44:25, 45:9, 87:7, 91:17, 104:5, 104:18, 104:21, 107:11, 117:15, 117:23, 118:17, 118:18, 118:20, 118:21, 119:2, 120:15, 136:25, 141:5, 141:10, 331:9, 332:7
**bomber** [7] - 85:9, 86:2, 87:19, 123:2, 197:7, 302:5, 302:9
**bombers** [13] - 63:3, 68:7, 74:8, 86:8, 86:14, 89:7, 91:19, 92:8, 120:23, 140:3, 141:6, 153:17, 181:20
**bombing** [32] - 17:7, 22:15, 43:3, 43:8, 43:14, 44:7, 44:10, 44:17, 76:19, 76:24, 78:8, 79:21, 80:4, 84:7, 84:11, 84:17, 85:3, 86:22, 90:8, 114:22, 117:3, 128:10, 139:11, 141:19, 148:3, 150:5, 150:25, 157:16, 214:18, 214:19, 334:24, 335:13
**bombs** [7] - 63:21, 63:24, 66:19, 104:14, 113:22, 114:20, 116:17
**bonus** [1] - 222:19
**bonuses** [2] - 222:5, 222:14
**book** [109] - 130:19, 130:22, 131:8, 131:10, 131:12, 131:18, 131:22, 131:24, 136:8, 137:5, 140:16, 140:22, 143:13, 144:14, 145:17, 147:9, 147:13, 147:17, 148:13, 149:6, 149:21, 151:5,

151:7, 151:14, 151:16, 155:19, 163:20, 163:23, 191:9, 191:11, 191:24, 192:10, 192:18, 193:2, 193:3, 193:7, 198:20, 205:21, 210:23, 216:23, 245:20, 249:12, 249:20, 249:23, 250:8, 251:7, 251:14, 251:19, 251:21, 267:25, 268:3, 268:5, 276:21, 285:16, 285:20, 290:12, 295:3, 295:11, 296:2, 296:5, 296:9, 296:23, 297:2, 297:8, 297:14, 297:19, 298:8, 298:15, 298:16, 298:18, 299:19, 307:2, 307:6, 307:9, 307:11, 307:15, 308:12, 308:14, 308:20, 308:25, 310:2, 310:4, 310:5, 310:6, 310:7, 310:9, 310:10, 310:13, 310:20, 312:6, 321:8, 321:15, 321:18, 321:20, 321:22, 321:25, 322:5, 322:10, 322:12, 322:16, 325:19, 325:24, 326:6, 329:5, 335:19, 336:7, 337:22
**Book** [1] - 339:15
**books** [3] - 252:10, 257:24, 272:25
**borders** [1] - 68:9
**bored** [1] - 268:23
**boring** [1] - 268:24
**born** [7] - 7:7, 7:23, 9:17, 14:23, 17:18, 106:3, 218:15
**boss** [1] - 227:14
**bothered** [1] - 171:16
**bought** [12] - 205:12, 239:20, 260:9, 260:10, 260:13, 260:19, 264:8, 264:10, 265:24, 266:17, 269:17, 317:16
**box** [2] - 131:4, 303:22
**Brackin** [2] - 251:22, 307:23
**branch** [2] - 12:12, 12:16
**break** [18] - 45:20, 46:16, 94:4, 94:7, 103:14, 103:16, 123:11, 123:14, 123:16, 124:10, 124:15, 124:25, 175:19, 217:23, 228:17, 284:18, 312:25, 315:8
**breaking** [2] - 45:19, 94:3
**BRIAN** [1] - 2:10
**Brian** [1] - 5:3
**briefly** [3] - 22:3, 158:12,

306:16
**Brigades** [7] - 62:15, 62:17, 67:15, 68:14, 69:19, 114:15, 279:16
**brilliant** [1] - 308:11
**bringing** [2] - 161:13, 335:15
**brings** [1] - 113:6
**broke** [1] - 175:2
**broken** [2] - 211:4, 212:2
**Brooklyn** [4] - 1:20, 2:5, 4:14, 4:24
**brother** [1] - 336:4
**Brotherhood** [7] - 10:3, 11:13, 12:2, 12:5, 12:12, 12:15, 13:14
**brutal** [2] - 153:20, 264:19
**brutality** [3] - 20:5, 20:7
**build** [5] - 14:24, 74:11, 85:15, 185:3, 246:10
**building** [9] - 70:12, 106:14, 141:14, 184:20, 225:22, 226:23, 233:11, 233:12, 290:5
**buildings** [1] - 319:5
**built** [1] - 121:4
**bulldoze** [1] - 154:9
**bullet** [1] - 237:16
**bullets** [5] - 145:4, 145:14, 145:15, 236:19, 237:13
**bullshit** [1] - 169:19
**burger** [2] - 221:17, 223:20
**burn** [1] - 302:16
**business** [17] - 150:19, 160:17, 175:6, 175:15, 232:16, 232:22, 243:23, 245:12, 245:17, 245:22, 246:8, 249:11, 257:4, 272:24, 284:10, 306:16
**Business** [1] - 284:12
**businesses** [3] - 245:6, 245:11, 245:18
**businessman** [1] - 328:20
**butts** [1] - 219:7
**buy** [1] - 233:2
**BY** [17] - 2:6, 2:10, 5:23, 47:3, 96:2, 125:3, 172:6, 173:6, 190:17, 191:22, 216:21, 218:10, 270:19, 285:7, 315:18, 330:21, 339:21

**C**

**cafe** [2] - 120:13, 273:4
**cafeteria** [1] - 119:2

**calendar** [1] - 286:11
**caliber** [4] - 236:24, 237:6, 237:10, 237:11
**California** [6] - 291:9, 316:14, 318:15, 319:2, 320:5, 320:6
**Call** [1] - 203:6
**call** [20] - 36:12, 56:11, 98:18, 106:17, 116:4, 116:11, 141:8, 141:11, 141:12, 159:11, 168:3, 170:3, 185:22, 203:2, 203:9, 203:10, 211:9, 211:10, 269:7, 269:9
**calling** [1] - 171:19
**calls** [9] - 66:8, 73:17, 74:3, 76:15, 76:16, 109:3, 112:22, 334:5
**Calls** [3] - 66:25, 96:8, 103:24
**calm** [6] - 44:14, 44:15, 45:4, 76:24, 253:5
**calmness** [2] - 76:24, 253:4
**camera** [1] - 264:8
**cameras** [1] - 302:22
**camps** [1] - 11:3
**can you** [15] - 8:12, 12:2, 33:10, 55:3, 63:14, 78:19, 78:20, 84:2, 101:4, 139:6, 231:14, 253:3, 286:12, 287:15, 298:12
**capacity** [2] - 133:21, 225:22
**captain** [1] - 297:10
**capture** [1] - 311:8
**car** [11] - 68:18, 114:10, 114:18, 116:19, 116:20, 219:6, 219:23, 277:19, 280:16, 280:17
**cards** [1] - 8:25
**care** [10] - 29:9, 84:19, 160:21, 174:25, 216:18, 241:11, 282:5, 284:5, 304:4, 324:16
**cared** [2] - 24:25, 137:3
**career** [1] - 267:9
**careful** [2] - 7:18, 56:3
**carried** [8] - 44:6, 78:14, 78:23, 85:10, 120:13, 276:15, 279:6, 279:24
**carry** [6] - 61:2, 76:19, 114:21, 150:24, 235:15, 275:7
**carrying** [4] - 43:7, 46:3, 68:23, 78:7
**cars** [1] - 279:5
**case** [55] - 37:21, 43:9, 85:12, 112:8, 117:15,

124:5, 155:22, 155:25, 156:4, 156:17, 156:25, 157:3, 157:22, 158:6, 158:23, 159:8, 159:10, 160:13, 161:12, 168:5, 173:17, 174:3, 174:8, 192:22, 192:24, 193:9, 201:19, 206:12, 211:23, 265:8, 265:20, 267:3, 267:4, 267:8, 267:13, 268:19, 276:11, 280:15, 293:17, 294:6, 294:14, 312:9, 313:21, 313:24, 314:3, 314:10, 314:11, 314:16, 314:20, 314:25, 315:2, 322:22, 323:24, 337:12
**Case** [1] - 1:6
**cases** [6] - 153:15, 157:25, 257:19, 275:11, 275:25, 276:3
**cash** [10] - 70:20, 70:23, 71:3, 71:11, 136:23, 223:14, 233:5, 233:9, 233:22
**casting** [1] - 282:16
**casualties** [1] - 141:18
**catch** [2] - 84:8, 322:18
**catching** [1] - 321:11
**caused** [3] - 11:17, 67:24, 175:4
**CDG** [8] - 225:6, 225:8, 225:11, 225:13, 225:15, 225:22, 227:3, 231:4
**ceiling** [2] - 40:18, 89:21
**cell** [2] - 68:13, 69:18
**cellphone** [3] - 79:9, 145:24, 185:21
**central** [3] - 81:14, 89:16, 89:17
**certification** [1] - 3:8
**certify** [2] - 340:10, 340:15
**Chairman** [1] - 42:14
**change** [4] - 59:24, 94:12, 99:19, 159:17
**character** [2] - 308:13, 308:15
**characterization** [1] - 46:7
**characterized** [1] - 329:20
**characters** [1] - 308:20
**charge** [1] - 249:17
**charged** [1] - 197:20
**check** [4] - 64:7, 65:19, 225:25, 286:12
**Checkers** [4] - 221:18, 223:20, 223:23, 224:21
**checks** [1] - 226:2

**CHEVALIER** [1] - 2:8
**Chevalier** [1] - 2:14
**child** [2] - 65:8, 296:13
**children** [15] - 17:5, 64:5, 65:19, 87:3, 145:3, 145:9, 145:12, 145:13, 146:11, 146:12, 146:14, 147:2, 331:2, 334:19
**Chinese** [2] - 287:21, 287:24
**Chino** [6] - 318:11, 318:12, 318:22, 319:18, 320:13, 320:15
**choice** [1] - 161:21
**choose** [1] - 295:20
**Christ** [2] - 290:2, 291:25
**Christian** [1] - 328:18
**christian** [3] - 291:23, 293:19, 293:21
**Christianity** [5] - 206:20, 206:23, 287:5, 291:17, 293:11
**church** [11] - 289:22, 290:3, 291:11, 292:7, 292:12, 292:14, 292:16, 292:19, 293:4, 293:6, 320:22
**Church** [1] - 291:13
**churches** [1] - 292:10
**CIA** [8] - 104:24, 104:25, 112:12, 128:10, 128:15, 128:23, 130:8
**circumstances** [3] - 198:7, 212:16, 264:3
**cities** [2] - 42:6, 80:3
**citizen** [1] - 188:25
**city** [4] - 10:4, 226:15, 285:11, 285:15
**Civil** [1] - 1:18
**civilian** [1] - 331:10
**civilians** [10] - 17:5, 17:6, 22:16, 66:19, 66:20, 68:8, 85:11, 141:25, 142:12, 334:19
**claim** [2] - 9:15, 325:15
**claimed** [3] - 184:12, 213:22, 243:12
**claiming** [1] - 165:22
**clarify** [2] - 143:8, 144:6
**classified** [2] - 260:23, 264:17
**clean** [2] - 32:2, 285:8
**clear** [11] - 43:16, 43:21, 57:20, 83:15, 118:12, 131:16, 131:22, 140:12, 175:11, 220:15, 307:2
**client** [11] - 175:22, 176:17, 176:21, 177:2, 177:4, 177:18, 178:8,

178:10, 178:14, 215:8, 271:7
**clients** [2] - 176:4, 254:21
**closed** [1] - 147:10
**closest** [2] - 107:23, 229:3
**Clothing** [1] - 157:6
**clothing** [1] - 157:7
**club** [1] - 332:7
**clubs** [4] - 228:6, 228:16, 228:19, 228:23
**Clubs** [1] - 228:7
**cocktails** [1] - 17:25
**code** [4] - 295:5, 300:7, 300:10, 319:8
**coherent** [1] - 7:14
**collapse** [1] - 39:8
**colleague** [1] - 5:5
**colleagues** [1] - 338:8
**collect** [1] - 64:9
**collecting** [1] - 64:11
**college** [6] - 181:5, 181:13, 181:17, 181:24, 182:2, 184:14
**combined** [2] - 308:15, 308:19
**comfortable** [3] - 7:2, 7:4, 201:24
**Coming** [2] - 88:4, 89:5
**coming** [5] - 6:2, 87:2, 88:6, 98:3, 332:11
**commanded** [1] - 165:16
**comment** [1] - 102:17
**commission** [1] - 243:22
**committed** [1] - 87:4
**committee** [1] - 81:15
**communicate** [1] - 128:15
**communicated** [3] - 301:19, 305:20, 305:23
**communication** [4] - 79:25, 306:2, 335:21, 335:25
**communications** [2] - 163:5, 306:19
**community** [3] - 26:16, 27:11, 43:9
**company** [7] - 225:2, 231:6, 231:7, 256:14, 273:22, 274:11, 274:13
**Comparing** [1] - 215:19
**compel** [3] - 167:8, 169:23, 170:6
**compelled** [2] - 167:13, 168:10
**compensated** [1] - 174:5
**competition** [2] - 72:19, 73:2
**complete** [3] - 36:25,

- Y O U S E F -

37:9, 37:12
**completed** [1] - 111:6
**completely** [1] - 111:21
**complicate** [1] - 199:2
**complicated** [3] - 61:7, 294:5, 294:13
**Compound** [1] - 100:11
**compound** [13] - 50:11, 67:18, 68:23, 69:24, 70:9, 70:11, 79:14, 79:16, 80:14, 89:13, 228:14, 228:21, 279:2
**comprehensive** [2] - 211:4, 299:17
**compulsion** [1] - 168:9
**computer** [6] - 59:10, 186:10, 186:17, 231:6, 232:15
**concern** [3] - 243:8, 243:9, 250:8
**concerned** [5] - 171:2, 184:16, 207:8, 261:12, 290:20
**concerning** [1] - 192:18
**concerns** [2] - 206:3, 270:23
**conclude** [1] - 123:22
**concluded** [2] - 123:24, 338:19
**concludes** [1] - 338:13
**concluding** [1] - 123:25
**conclusion** [4] - 169:15, 228:8, 258:5, 269:13
**condemn** [1] - 43:10
**condemning** [1] - 43:6
**condition** [2] - 302:7, 302:9
**conduct** [2] - 182:16, 307:10
**conducted** [1] - 129:23
**conference** [1] - 306:15
**confident** [2] - 75:18, 157:19
**confidentiality** [1] - 191:7
**confirm** [2] - 280:13, 280:14
**confirmation** [1] - 280:25
**confirmed** [2] - 35:6, 116:10
**confirming** [1] - 179:14
**conflict** [1] - 139:20
**conflicted** [1] - 296:14
**conflicts** [1] - 74:13
**confront** [1] - 145:10
**confrontation** [1] - 13:17
**confrontations** [1] - 62:11
**confuse** [1] - 295:17
**confused** [2] - 89:15,

296:14
**confusion** [2] - 109:24, 190:13
**connected** [1] - 314:23
**Connecticut** [7] - 164:19, 165:9, 166:9, 168:20, 285:11, 286:19, 286:21
**connection** [15] - 26:3, 112:3, 112:9, 125:12, 125:25, 139:19, 173:16, 191:2, 195:4, 249:15, 250:9, 307:11, 307:15, 314:20, 327:10
**consequences** [2] - 153:18, 194:14
**consider** [3] - 266:4, 291:24, 293:18
**considerable** [1] - 218:20
**considered** [9] - 9:17, 179:24, 180:9, 180:10, 291:23, 329:14, 329:15, 329:16, 329:17
**consistent** [1] - 192:17
**constructed** [1] - 233:15
**construction** [2] - 233:16, 240:25
**consulted** [1] - 276:24
**contact** [5] - 216:23, 217:2, 305:2, 306:9, 314:19
**Contacted** [1] - 284:7
**contacted** [3] - 276:19, 284:2, 315:2
**contacts** [1] - 306:24
**contained** [1] - 108:11
**context** [5] - 150:4, 176:18, 322:2, 325:24, 326:2
**continue** [9] - 37:22, 37:25, 84:20, 155:7, 157:12, 268:4, 314:7, 335:9, 337:10
**Continued** [1] - 22:11
**continued** [1] - 77:20
**continuing** [2] - 77:21, 84:14
**continuously** [1] - 80:8
**contract** [1] - 256:13
**contractor** [3] - 225:3, 225:5, 225:11
**contradict** [1] - 329:11
**contradicted** [1] - 329:21
**contradicts** [1] - 296:9
**control** [1] - 62:24
**controlled** [1] - 180:25
**conversation** [2] - 160:24, 217:17
**conversations** [2] - 332:13, 332:20

**conversion** [2] - 207:7, 293:11
**converted** [4] - 206:20, 206:22, 287:5, 291:17
**convicted** [3] - 134:3, 134:14, 197:21
**convictions** [1] - 212:16
**convince** [6] - 26:16, 45:11, 80:5, 107:21, 188:19, 300:13
**convinced** [1] - 253:25
**cooperation** [2] - 41:9, 57:10
**copies** [4] - 103:11, 186:11, 310:20, 338:5
**cops** [1] - 306:4
**copy** [10] - 3:14, 3:17, 95:7, 100:22, 101:11, 197:14, 300:4, 310:7, 310:10, 327:21
**copyright** [1] - 309:21
**core** [1] - 192:21
**correctly** [1] - 202:8
**cost** [2] - 233:17, 334:17
**costs** [2] - 254:24, 255:6
**Council** [1] - 9:20
**council** [2] - 10:2, 29:20
**counsel** [9] - 3:6, 3:17, 4:19, 5:10, 95:2, 169:4, 169:5, 169:14, 171:4
**count** [1] - 267:5
**countries** [2] - 64:10, 106:5
**country** [13] - 61:17, 84:24, 141:3, 150:21, 197:22, 204:13, 207:14, 211:5, 212:2, 232:19, 253:17, 337:5, 337:8
**COUNTY** [1] - 340:5
**couple** [7] - 18:24, 106:6, 106:16, 156:5, 232:12, 312:20, 317:5
**course** [5] - 247:20, 247:24, 249:18, 284:20, 305:15
**COURT** [2] - 1:2, 34:3
**Court** [10] - 3:13, 4:15, 7:11, 33:24, 34:2, 63:13, 84:23, 133:14, 337:24
**court** [2] - 134:5, 135:13
**Courtroom** [1] - 134:21
**Cousin** [1] - 169:18
**cover** [18] - 20:2, 180:4, 196:20, 197:8, 199:9, 199:11, 200:9, 200:12, 217:16, 222:18, 222:20, 222:22, 223:5, 248:13, 248:22, 248:25, 259:13

**covered** [1] - 208:12
**coworkers** [6] - 228:4, 228:11, 228:16, 228:19, 228:24, 229:2
**crack** [2] - 26:20, 27:3
**crashing** [1] - 316:22
**crazy** [1] - 211:5
**create** [4] - 13:15, 13:21, 113:11, 114:12
**created** [5] - 14:3, 14:5, 62:14, 67:14
**creates** [1] - 136:4
**creative** [4] - 303:23, 303:25, 312:15, 312:19
**credibility** [1] - 129:7
**credible** [1] - 129:6
**crime** [3] - 18:14, 214:3, 214:5
**criminal** [1] - 274:16
**Cross** [1] - 91:12
**cross** [6] - 31:13, 123:23, 124:11, 124:13, 133:6, 169:22
**curiosity** [1] - 160:21
**currency** [3] - 287:20, 287:21, 287:25
**current** [1] - 319:18
**currently** [4] - 91:13, 249:22, 252:9, 292:21
**custody** [5] - 112:13, 112:20, 135:8, 135:15, 265:13
**custom** [1] - 242:6
**cut** [4] - 95:3, 95:10, 133:10, 306:24

## D

**D-A-L-E** [1] - 308:7
**D.C** [1] - 2:9
**Dafa** [1] - 34:9
**DAFA** [1] - 34:13
**DALE** [1] - 308:6
**damage** [1] - 67:25
**Damascus** [6] - 42:5, 58:17, 59:17, 80:3, 217:4, 287:9
**Dan** [1] - 4:17
**DAN** [1] - 2:15
**danger** [1] - 206:21
**dangerous** [4] - 14:7, 66:11, 66:13, 146:17
**Daniel** [1] - 306:7
**Danny** [3] - 306:6, 306:8, 306:10
**DARKHALIL** [1] - 5:18
**Darkhalil** [1] - 235:3
**darkness** [1] - 334:15
**date** [9] - 25:4, 25:9, 55:16, 55:20, 102:10,

102:19, 120:3, 231:2, 286:6
**DATE** [1] - 1:11
**dates** [3] - 117:11, 274:6
**day** [12] - 25:3, 64:23, 65:8, 68:25, 89:25, 100:16, 265:14, 285:14, 337:9, 337:10, 338:23, 340:21
**days** [1] - 3:16
**dead** [1] - 148:14
**deal** [8] - 99:20, 107:18, 124:9, 151:4, 233:10, 260:14, 260:16, 272:14
**dealer** [2] - 247:5, 263:2
**dealers** [1] - 246:15
**dealing** [1] - 49:25
**dearly** [1] - 249:14
**death** [5] - 11:17, 148:8, 175:4, 204:21, 293:15
**debate** [3] - 13:10, 15:24, 31:21
**deceit** [1] - 330:16
**deceive** [2] - 204:24, 330:12
**decide** [2] - 266:19, 266:22
**decided** [5] - 13:15, 23:8, 39:4, 39:14, 232:18
**decision** [8] - 22:21, 76:18, 78:6, 78:7, 78:12, 78:14, 78:22, 210:9
**decisions** [7] - 58:24, 76:13, 77:4, 77:7, 77:15, 77:17, 83:7
**declassified** [1] - 263:6
**defend** [1] - 214:8
**DEFENDANT** [1] - 1:9
**Defendant** [2] - 1:17, 2:8
**Defendant's** [7] - 160:5, 190:11, 190:16, 190:18, 309:19, 309:22, 327:6, 327:7, 327:8
**DEFENDANT'S** [1] - 339:10
**defending** [3] - 157:15, 174:3, 214:10
**defense** [2] - 109:12, 141:3
**Defense** [2] - 163:15, 309:24
**Defense's** [1] - 159:15
**Define** [1] - 174:9
**defined** [1] - 86:19
**definitely** [1] - 100:17
**degree** [5] - 181:10, 181:13, 181:17, 181:24, 182:22

**degrees** [1] - 184:20
**deliberately** [4] - 212:19, 213:2, 331:9, 331:17
**demaning** [1] - 202:15
**Democratic** [2] - 47:20, 53:23
**demolished** [4] - 85:13, 152:18, 152:20, 153:16
**demolishing** [1] - 154:2
**demonstration** [5] - 24:4, 24:5, 24:8, 65:10, 65:12
**demonstrations** [2] - 77:3, 109:16
**deny** [1] - 28:6
**Department** [6] - 122:3, 123:4, 192:12, 192:14, 199:17, 294:7
**depends** [4] - 121:2, 137:11, 137:18, 222:17
**deposed** [1] - 165:14
**deposit** [8] - 91:16, 302:4, 302:9, 302:14, 302:25, 303:16, 304:9, 304:15
**deposited** [1] - 88:19
**DEPOSITION** [1] - 1:15
**deposition** [26] - 3:8, 3:9, 3:14, 4:7, 4:11, 15:25, 16:12, 46:23, 94:19, 103:19, 159:25, 161:14, 161:15, 162:20, 166:10, 167:14, 172:5, 191:2, 216:11, 218:6, 253:16, 285:3, 315:20, 315:21, 333:10, 338:14
**deputy** [1] - 306:5
**describe** [9] - 22:3, 33:10, 144:13, 170:12, 321:15, 321:17, 321:24, 325:19, 326:18
**described** [26] - 34:21, 51:22, 80:19, 108:20, 128:5, 136:9, 137:5, 140:21, 143:13, 143:14, 145:17, 169:17, 187:15, 213:18, 244:11, 277:18, 308:14, 309:2, 312:11, 321:8, 321:20, 325:22, 326:11, 326:15, 326:19, 328:23
**describes** [2] - 108:14, 203:19
**describing** [4] - 81:4, 322:3, 326:5, 326:7
**DESCRIPTION** [2] - 339:4, 339:11
**description** [2] - 97:22, 329:2
**descriptions** [1] - 312:13
**designed** [1] - 131:2

**desire** [1] - 20:20
**desires** [1] - 215:11
**destiny** [1] - 204:21
**destitute** [1] - 244:12
**destroy** [3] - 14:24, 26:23, 153:11
**destruction** [1] - 153:8
**detail** [4] - 199:19, 201:3, 201:6, 210:10
**details** [23] - 9:10, 90:11, 99:18, 199:13, 201:11, 201:20, 205:17, 210:9, 210:21, 211:3, 211:13, 221:3, 260:3, 260:23, 263:13, 264:2, 264:17, 269:5, 269:6, 271:11, 300:17, 313:25, 314:10
**detained** [1] - 197:21
**detective** [1] - 267:16
**developed** [1] - 293:24
**development** [1] - 18:2
**dialogue** [1] - 29:3
**Diamond** [2] - 4:16, 4:18
**Dichter** [2] - 313:5, 313:14
**dictate** [1] - 307:20
**Did he** [15] - 63:6, 75:4, 115:20, 133:19, 186:17, 228:15, 229:18, 240:2, 300:23, 303:12, 304:4, 304:9, 304:13, 304:17
**did it** [2] - 221:22, 337:10
**did they** [8] - 50:14, 58:11, 221:23, 222:2, 247:22, 248:2, 325:11, 325:15
**Did you** [84] - 5:13, 7:20, 8:20, 18:20, 19:2, 19:7, 21:8, 46:4, 73:22, 73:23, 75:16, 87:17, 90:25, 91:25, 99:6, 99:10, 102:10, 102:19, 108:7, 149:22, 162:16, 162:18, 163:2, 176:8, 196:12, 220:10, 221:4, 221:10, 223:19, 226:6, 226:7, 228:18, 231:9, 232:21, 233:2, 233:8, 235:18, 238:20, 241:2, 243:15, 244:3, 246:21, 249:3, 254:13, 259:11, 259:16, 259:20, 259:23, 262:5, 268:6, 272:16, 273:7, 273:22, 274:22, 275:7, 276:22, 277:2, 277:11, 281:24, 282:22, 282:25, 283:13, 288:11, 289:22, 299:19, 307:2, 307:5, 307:9, 307:13, 309:10, 310:19, 310:24,

316:16, 316:19, 317:10, 317:15, 318:8, 318:23, 320:11, 327:16, 327:22, 332:15, 337:13, 337:16
**die** [2] - 65:19, 139:23
**died** [7] - 135:24, 138:23, 139:3, 139:9, 139:16, 139:19, 152:11
**Diego** [8] - 316:8, 316:9, 316:12, 316:13, 317:18, 318:24, 319:2
**dies** [1] - 65:8
**difference** [4] - 141:24, 144:18, 155:16, 252:25
**difficult** [1] - 295:24
**dinner** [1] - 43:13
**direct** [14] - 13:17, 112:15, 141:19, 148:3, 152:8, 152:22, 179:2, 179:14, 179:16, 183:4, 184:12, 218:12, 225:21, 230:18
**dirty** [3] - 14:6, 61:25, 175:5
**disabled** [2] - 259:24, 272:16
**disagree** [4] - 111:20, 167:12, 258:8, 258:9
**disappear** [2] - 104:12, 116:9
**disconnect** [1] - 216:2
**disconnecting** [1] - 216:12
**discover** [1] - 68:13
**discovered** [5] - 18:13, 20:5, 104:24, 197:6, 279:22
**discredit** [3] - 267:6, 268:2, 299:10
**discriminate** [2] - 139:22, 140:3
**discrimination** [1] - 139:24
**discuss** [3] - 156:12, 226:4, 255:21
**discussed** [11] - 57:18, 82:22, 83:12, 84:3, 84:18, 89:7, 133:23, 155:22, 155:25, 212:8, 257:5
**discussion** [6] - 160:12, 160:16, 161:9, 172:12, 172:20, 173:4
**discussions** [2] - 83:7, 170:9
**disrespect** [1] - 16:15
**disrespectful** [1] - 16:9
**distinguish** [1] - 31:15
**DISTRICT** [2] - 1:2, 1:2
**district** [2] - 11:4, 49:7

**District** [2] - 165:12, 165:17
**do they** [1] - 98:18
**Do you** [79] - 14:17, 15:4, 21:21, 21:24, 22:17, 25:3, 33:3, 42:16, 42:21, 43:18, 47:9, 55:22, 59:21, 60:3, 60:13, 60:15, 80:10, 83:6, 86:3, 86:12, 94:6, 94:24, 96:5, 100:22, 101:13, 102:23, 103:5, 103:12, 103:22, 111:8, 112:18, 115:14, 123:10, 124:24, 155:6, 167:12, 168:6, 173:25, 177:12, 197:13, 206:8, 214:22, 214:23, 228:7, 235:6, 243:16, 251:3, 251:11, 251:24, 254:20, 265:10, 267:9, 277:20, 277:22, 283:16, 286:14, 292:7, 292:21, 297:13, 301:15, 304:16, 307:16, 311:10, 313:2, 327:20, 330:25, 331:3, 331:7, 331:22, 332:5, 332:20, 332:25, 333:4, 333:20, 333:23, 333:24, 335:24
**document** [30] - 95:4, 95:9, 95:17, 95:20, 96:3, 100:16, 101:3, 101:21, 163:12, 163:13, 188:7, 189:5, 189:6, 189:8, 189:14, 189:19, 189:20, 190:9, 193:10, 194:5, 194:13, 202:13, 208:4, 209:8, 209:10, 209:14, 210:12, 210:17, 212:9, 329:19
**documents** [10] - 75:11, 98:13, 101:12, 102:2, 102:20, 103:9, 169:23, 189:11, 190:14, 317:23
**Documents** [2] - 95:13, 337:21
**does he** [1] - 15:10
**does it** [2] - 95:21, 96:11
**does that** [3] - 96:7, 238:13, 323:10
**doesn't** [7] - 13:3, 118:13, 170:11, 172:24, 203:13, 239:6, 296:6
**dog** [1] - 209:22
**dollars** [8] - 85:8, 121:6, 222:7, 223:17, 233:18, 235:20, 239:6, 241:9
**donations** [2] - 64:10, 64:11
**dont** [1] - 299:15

**door** [1] - 327:4
**downtown** [3] - 109:9, 261:4, 261:8
**draft** [5] - 251:8, 251:9, 251:11, 283:6, 307:5
**drank** [1] - 50:24
**draw** [1] - 169:15
**drawing** [1] - 144:19
**drive** [1] - 23:18
**drivers** [6] - 140:19, 140:21, 143:2, 144:15, 144:25, 331:25
**drop** [1] - 141:10
**dropped** [1] - 337:12
**dropping** [1] - 216:6
**drove** [2] - 23:19, 116:22
**drug** [3] - 246:15, 246:19, 247:4
**dry** [1] - 174:22
**duly** [2] - 5:20, 340:12
**duties** [4] - 105:11, 125:13, 129:16, 129:24
**duty** [5] - 57:8, 59:2, 76:20, 114:17, 278:13
**dynamics** [3] - 74:13, 76:22, 326:4

# E

**E-mail** [10] - 59:3, 59:5, 59:8, 59:9, 59:11, 59:18, 59:22, 60:4, 102:24, 283:17
**E-mailed** [1] - 42:4
**E-mails** [3] - 60:2, 284:9
**early** [5] - 11:11, 198:25, 240:13, 244:15, 244:18
**earn** [1] - 273:2
**ears** [1] - 86:6
**easier** [2] - 133:13, 316:7
**East** [3] - 117:18, 120:13, 276:17
**east** [1] - 289:23
**edit** [1] - 327:22
**edition** [1] - 131:25
**educate** [1] - 36:13
**educated** [4] - 36:16, 36:19, 181:19, 214:12
**educating** [1] - 185:6
**education** [8] - 88:24, 178:23, 179:17, 181:6, 181:23, 182:2, 184:14, 185:2
**educational** [1] - 178:21
**effect** [4] - 3:12, 3:15, 144:9, 172:25
**effected** [1] - 247:3
**effort** [3] - 132:10, 207:6, 327:11
**efforts** [1] - 277:19

**Egypt** [1] - 13:17
**eight** [1] - 237:15
**El** [3] - 12:6, 25:23, 53:17
**El-Rahim** [1] - 53:17
**elected** [1] - 29:23
**elections** [4] - 24:15, 24:16, 29:24, 30:2
**elevators** [1] - 233:12
**elusive** [4] - 309:3, 311:8, 311:19, 312:12
**Embassy** [1] - 286:20
**emotions** [1] - 296:2
**employed** [1] - 225:2
**employee** [2] - 231:22, 242:6
**employees** [4] - 225:4, 231:9, 232:11, 232:13
**employer** [1] - 274:10
**employment** [4] - 220:7, 220:11, 220:21, 274:15
**encapsulate** [2] - 295:25, 296:6
**encounter** [3] - 108:15, 108:18
**encourage** [5] - 46:5, 150:24, 150:25, 180:21, 180:22
**encouraging** [1] - 46:9
**end** [18] - 7:18, 25:7, 31:11, 46:13, 48:19, 89:25, 203:19, 238:19, 240:12, 240:13, 248:7, 248:9, 261:17, 274:5, 274:9, 294:16, 294:17, 328:7
**endeavors** [1] - 15:6
**ended** [6] - 230:23, 241:16, 247:3, 247:8, 247:11, 261:10
**enemies** [1] - 176:25
**enemy** [11] - 20:9, 175:21, 176:6, 176:9, 176:14, 176:17, 176:22, 177:4, 177:8, 178:14
**enforceable** [1] - 170:5
**engaged** [3] - 138:20, 153:12, 304:11
**engagement** [3] - 285:18, 285:19, 286:3
**engagements** [2] - 245:21, 249:15
**engineer** [3] - 231:12, 231:18, 232:7
**engineers** [1] - 181:20
**English** [12] - 48:2, 96:13, 188:16, 211:4, 211:7, 212:2, 212:4, 252:3, 299:17, 299:22, 299:24, 312:16

**enjoyed** [1] - 282:7
**enjoying** [1] - 149:16
**Enter** [1] - 28:17
**entered** [1] - 172:4
**entitled** [8] - 15:25, 16:13, 16:16, 27:20, 27:24, 31:22, 32:4, 32:5
**envision** [1] - 236:5
**equal** [1] - 142:3
**erroneous** [1] - 55:7
**escalating** [1] - 62:20
**Escaping** [1] - 211:5
**escorted** [1] - 52:6
**ESQ** [3] - 2:6, 2:10, 2:10
**establish** [3] - 11:12, 11:24, 55:21
**established** [1] - 12:6
**establishing** [1] - 12:11
**establishment** [1] - 125:18
**estate** [3] - 243:13, 243:15, 243:18
**ethical** [1] - 169:10
**ethically** [1] - 173:11
**evacuate** [2] - 141:9, 141:14
**eve** [9] - 22:22, 25:8, 25:10, 25:12, 29:14, 32:24, 32:25, 34:22, 38:12
**evening** [2] - 39:4, 43:11
**event** [6] - 38:3, 39:7, 55:23, 73:7, 143:9, 158:18
**events** [5] - 73:8, 141:2, 147:6, 154:25, 250:11
**eventually** [11] - 187:23, 220:7, 220:20, 226:7, 230:22, 243:12, 246:14, 287:4, 287:5, 290:11, 293:11
**Eventually** [1] - 207:2
**Everybody** [2] - 92:15, 183:15
**everybody** [10] - 51:4, 51:8, 51:12, 81:8, 93:14, 173:23, 183:14, 185:4, 201:12, 321:4
**Evidence** [1] - 150:2
**evidence** [16] - 91:12, 112:15, 147:19, 148:19, 149:7, 149:22, 150:4, 151:8, 151:10, 151:22, 178:7, 186:12, 196:2, 247:18, 337:3
**ex** [2] - 44:22, 113:18
**ex-agent** [1] - 113:18
**ex-leader** [1] - 44:22
**exact** [6] - 25:9, 48:3,

- Y O U S E F -

55:5, 55:16, 55:20, 148:11
**Exactly** [1] - 270:24
**exactly** [13] - 74:15, 100:14, 112:9, 120:4, 207:25, 233:18, 242:4, 262:3, 277:12, 278:6, 313:25, 314:10, 328:25
**exaggeration** [1] - 87:22
**examination** [13] - 123:23, 124:2, 152:9, 152:22, 179:2, 179:15, 179:16, 183:5, 184:13, 218:13, 299:2, 340:11, 340:13
**EXAMINATION** [3] - 5:23, 125:3, 339:21
**Examination** [1] - 338:18
**examine** [1] - 31:13
**example** [5] - 44:6, 49:10, 78:19, 78:20, 102:6
**examples** [1] - 90:22
**exceed** [2] - 248:24, 282:2
**exceeded** [2] - 223:6, 223:12
**except** [4] - 3:22, 21:13, 43:15, 43:17
**Exchange** [1] - 137:25
**exchanged** [1] - 280:22
**exclude** [1] - 201:2
**Excuse** [4] - 42:19, 284:4, 291:19, 326:24
**execute** [3] - 125:13, 129:16, 176:13
**exercise** [1] - 94:24
**EXHIBIT** [2] - 339:4, 339:11
**Exhibit 1** [3] - 96:4, 159:15, 163:16
**Exhibit 2** [3] - 101:4, 190:11, 190:19
**Exhibit 3** [2] - 309:19, 309:24
**Exhibit 4** [2] - 327:6, 327:9
**exhibit I** [1] - 310:7
**EXHIBITS** [2] - 339:2, 339:10
**exist** [3] - 59:19, 217:21, 232:17
**existence** [1] - 105:4
**exists** [1] - 146:23
**expand** [1] - 61:8
**expect** [1] - 272:12
**expense** [3] - 254:6, 255:19, 255:25
**expenses** [3] - 179:7, 254:7, 256:3

**experience** [3] - 13:16, 18:5, 296:2
**expert** [12] - 96:9, 237:17, 237:20, 276:3, 276:12, 281:16, 281:19, 284:14, 312:25, 314:16, 315:2, 323:7
**explain** [17] - 6:17, 6:25, 8:13, 12:14, 45:7, 158:22, 172:11, 198:6, 204:6, 204:8, 222:23, 259:14, 297:24, 298:3, 300:15, 324:12, 337:6
**Explain** [1] - 297:25
**explained** [3] - 140:23, 278:19, 297:5
**explaining** [1] - 258:15
**explains** [1] - 40:21
**explanation** [6] - 176:9, 204:3, 260:17, 296:21, 297:24
**exploded** [1] - 331:9
**explore** [1] - 322:6
**explosives** [4] - 21:9, 74:5, 74:6, 74:7
**expose** [5] - 199:6, 204:13, 300:12, 302:4, 303:2
**exposed** [5] - 20:3, 70:7, 279:6, 294:6, 302:23
**exposing** [2] - 188:20, 303:6
**exposure** [1] - 325:12
**expression** [1] - 245:15
**extended** [1] - 258:14
**extension** [1] - 230:24
**extent** [1] - 83:10
**extremely** [2] - 253:5, 330:6
**extremists** [3] - 142:18, 146:20, 293:16
**eyes** [8] - 86:6, 145:13, 219:14, 296:11, 296:12, 296:13, 296:15

---

**F**

**F-A-R-A-N-S-I** [1] - 71:16
**face** [3] - 246:23, 332:16
**face-to-face** [1] - 332:16
**facing** [2] - 204:21, 334:14
**fact** [45] - 14:4, 17:4, 20:6, 26:10, 29:23, 31:16, 40:3, 56:13, 64:18, 65:7, 69:3, 70:6, 70:11, 70:20, 70:25, 72:14, 79:8, 86:24, 87:16, 90:7, 93:6, 114:9, 116:2, 119:20,

127:8, 129:14, 130:16, 134:3, 137:10, 148:20, 150:12, 151:9, 160:12, 165:2, 195:16, 207:13, 209:7, 215:25, 283:19, 295:8, 300:21, 308:15, 322:14, 322:16
**fact"** [1] - 147:20
**faction** [9] - 41:24, 47:14, 48:4, 48:15, 61:5, 76:21, 84:10, 84:15, 99:18
**factions** [28] - 39:20, 41:10, 47:15, 48:8, 48:9, 48:13, 48:17, 48:22, 49:10, 49:14, 60:20, 62:18, 65:9, 65:16, 78:4, 80:25, 85:14, 85:24, 89:19, 96:21, 97:2, 97:18, 97:19, 97:25, 98:2, 121:11, 135:21
**facts** [21] - 20:15, 32:14, 32:18, 32:20, 37:20, 38:2, 156:16, 156:19, 156:25, 157:21, 175:3, 178:5, 204:25, 208:6, 210:20, 211:13, 271:20, 271:21, 271:22, 307:19, 313:20
**fail** [1] - 267:17
**failed** [4] - 11:13, 118:3, 118:16, 272:11
**failing** [1] - 114:23
**fair** [9] - 39:22, 101:20, 108:13, 111:3, 135:19, 169:25, 170:2, 193:12, 242:18
**fairly** [1] - 127:12
**fall** [2] - 258:3, 260:4
**fallen** [1] - 258:11, 258:22
**fame** [2] - 71:23, 87:9
**familiar** [2] - 7:22, 7:25
**families** [25] - 77:22, 84:11, 84:17, 84:19, 85:3, 85:18, 86:2, 86:7, 86:14, 87:3, 87:15, 88:5, 88:6, 93:20, 120:23, 121:11, 135:23, 136:15, 136:17, 138:20, 152:11, 152:14, 153:19, 154:3, 282:13
**family** [40] - 62:10, 84:7, 85:8, 85:9, 85:12, 86:21, 86:22, 87:18, 91:4, 91:14, 91:15, 93:23, 109:17, 122:25, 123:6, 136:3, 136:5, 136:10, 136:21, 137:7, 137:12, 137:14, 137:15,

137:19, 139:3, 139:9, 139:16, 140:5, 153:13, 154:9, 157:9, 197:19, 244:9, 333:19, 334:9, 334:13, 335:15, 335:22, 336:2
**family's** [1] - 85:13
**famous** [3] - 52:18, 104:4, 109:13
**Faransi** [17] - 71:15, 71:21, 72:5, 72:7, 72:9, 73:4, 73:13, 73:24, 74:4, 74:7, 79:14, 110:11, 116:11, 126:19, 126:21, 133:15, 133:18
**fast** [1] - 133:11
**Fatah** [30] - 20:8, 29:21, 30:9, 33:6, 33:13, 34:9, 39:21, 39:23, 40:5, 40:9, 40:14, 40:15, 41:9, 47:17, 52:11, 62:5, 62:12, 62:13, 62:19, 65:16, 67:7, 67:14, 67:25, 68:4, 81:18, 85:25, 113:22, 114:21, 121:11, 127:16
**father** [90] - 8:7, 8:11, 8:17, 9:11, 10:7, 11:23, 22:21, 23:18, 25:4, 30:17, 34:19, 35:11, 35:16, 38:7, 38:11, 38:13, 38:18, 38:23, 40:12, 40:19, 42:3, 42:8, 45:3, 49:12, 51:19, 52:2, 52:3, 52:5, 55:10, 56:8, 58:20, 75:3, 75:13, 75:22, 79:3, 79:7, 79:9, 79:12, 79:13, 79:18, 79:22, 79:25, 88:8, 93:7, 98:6, 99:12, 106:18, 107:3, 107:6, 107:20, 113:20, 116:4, 116:5, 127:15, 136:10, 137:7, 183:17, 185:11, 185:21, 186:8, 186:16, 187:16, 187:18, 187:22, 213:8, 213:19, 213:23, 214:11, 214:14, 214:17, 214:23, 214:25, 215:17, 215:21, 217:9, 217:12, 217:18, 217:20, 224:2, 224:4, 224:11, 224:22, 224:25, 234:6, 235:10, 237:23, 244:13, 259:15, 259:18, 330:8
**father's** [11] - 8:9, 20:15, 41:18, 57:4, 58:9, 59:6, 74:24, 88:6, 89:6, 186:10, 234:8
**favor** [2] - 114:20, 115:2

- Y O U S E F -

**fax** [2] - 75:16, 283:17
**faxed** [3] - 75:10, 186:7, 186:24
**FBI** [1] - 192:10
**federal** [1] - 12:24
**Federal** [1] - 1:18
**feel** [2] - 6:9, 75:19
**fellow** [4] - 127:20, 130:10, 130:12, 305:18
**fiancé's** [1] - 302:10
**FIDA** [2] - 47:22, 54:6
**Fida** [2] - 47:21, 47:25
**fifteen** [1] - 136:20
**Fifteenth** [1] - 2:9
**Fifty** [1] - 181:8
**fifty** [1] - 179:6
**fight** [5] - 157:12, 211:22, 214:20, 215:2, 335:9
**fighting** [8] - 33:15, 157:4, 179:8, 181:22, 199:3, 202:2, 204:23, 265:8
**figure** [4] - 105:5, 171:17, 239:10, 278:14
**Figuring** [1] - 77:23
**file** [1] - 198:23
**filing** [1] - 3:7
**fill** [1] - 196:25
**filled** [2] - 205:20, 215:17
**finances** [2] - 77:24, 90:6
**financial** [17] - 77:24, 82:21, 83:8, 83:11, 84:2, 136:9, 137:6, 244:12, 247:2, 301:12, 301:20, 301:23, 303:9, 304:10, 304:13, 304:18, 322:19
**find** [13] - 38:14, 53:10, 68:19, 126:7, 135:18, 149:20, 158:19, 158:20, 159:2, 211:8, 238:12, 256:16, 327:16
**fine** [4] - 6:18, 16:22, 124:15, 326:25
**Fine** [1] - 271:2
**finish** [7] - 142:23, 152:25, 177:24, 204:22, 212:5, 242:17, 266:10
**fire** [1] - 106:15
**fired** [4] - 145:16, 239:2, 239:3, 241:10
**firm** [1] - 276:9
**First** [3] - 24:11, 203:24, 221:2
**first** [58] - 5:20, 9:4, 11:19, 17:24, 18:11, 21:20, 21:25, 22:4, 40:4, 40:5, 68:13, 69:18, 104:24, 109:5,

113:2, 117:25, 118:16, 123:3, 125:8, 128:6, 135:23, 151:5, 152:9, 156:15, 157:2, 164:16, 174:20, 179:13, 202:16, 202:22, 204:9, 207:6, 211:24, 221:15, 230:7, 231:21, 244:18, 248:19, 265:22, 266:2, 269:16, 270:22, 275:10, 275:14, 288:12, 290:16, 294:22, 294:25, 306:22, 309:14, 316:20, 316:24, 319:10, 322:7, 328:16, 333:23
**firsthand** [5] - 12:19, 13:4, 15:16, 22:18, 120:22
**fit** [4] - 210:23, 210:24, 211:2
**Five** [2] - 225:13, 225:17
**five** [6] - 119:3, 197:7, 218:6, 225:12, 226:6, 337:11
**fix** [1] - 118:22
**fixed** [2] - 121:7, 121:9
**fleeting** [1] - 168:23
**flesh** [1] - 153:10
**flexible** [1] - 125:2
**Florida** [1] - 159:11
**fluctuates** [1] - 138:2
**focused** [4] - 29:3, 29:4, 250:12, 250:14
**focusing** [2] - 267:4, 272:2
**follow** [8] - 62:18, 123:13, 179:15, 218:13, 221:12, 261:20, 282:17, 302:19
**followed** [2] - 68:18, 286:3
**follower** [2] - 291:25, 292:3
**following** [3] - 40:10, 40:13, 330:23
**Following** [1] - 35:9
**follows** [1] - 5:22
**food** [3] - 50:25, 246:7, 272:24
**Foods** [5] - 273:9, 273:13, 273:17, 273:19, 274:11
**fool** [2] - 261:16, 265:12
**fooled** [2] - 330:5, 330:8
**force** [6] - 3:15, 107:2, 141:23, 141:25, 264:18, 323:15
**Force** [2] - 57:11, 67:17
**forced** [2] - 68:5, 201:19
**forces** [9] - 96:15, 97:16, 107:22, 109:13, 141:13,

261:8, 262:20, 276:16, 277:7
**forcing** [1] - 260:25
**foreign** [2] - 295:16, 306:5
**forget** [1] - 205:13
**forgot** [7] - 11:7, 44:21, 53:10, 231:16, 231:19, 232:13, 289:20
**form** [14] - 3:22, 13:6, 20:18, 27:25, 36:8, 58:11, 134:19, 143:6, 155:3, 162:3, 193:22, 297:13, 299:5, 299:7
**former** [2] - 290:22, 313:14
**formula** [1] - 93:22
**forth** [1] - 340:12
**forward** [1] - 316:6
**fought** [2] - 157:7, 211:23
**found** [6] - 8:17, 30:13, 35:14, 136:20, 299:25, 327:17
**foundation** [74] - 12:18, 13:2, 13:7, 14:14, 14:21, 15:9, 15:11, 15:18, 15:22, 24:23, 26:7, 28:12, 29:18, 34:25, 35:3, 39:18, 40:2, 43:21, 44:4, 60:10, 63:9, 64:4, 65:23, 66:8, 66:25, 71:6, 73:17, 74:3, 77:19, 78:17, 82:8, 83:5, 83:14, 84:5, 84:20, 85:6, 85:23, 86:11, 86:16, 89:13, 91:22, 92:14, 92:23, 93:4, 93:17, 96:20, 98:10, 98:16, 99:4, 100:4, 100:8, 103:24, 105:20, 106:2, 108:9, 109:3, 110:20, 112:7, 112:22, 115:13, 115:16, 115:23, 118:5, 118:14, 120:2, 120:11, 120:25, 121:20, 121:24, 122:23, 331:12, 332:3, 332:9, 334:7
**founded** [1] - 67:15
**founders** [7] - 8:8, 8:12, 9:12, 9:13, 9:18, 44:20, 69:18
**founding** [2] - 8:14, 9:15
**four** [7] - 41:22, 48:10, 48:20, 80:7, 102:7, 110:6, 159:25
**Frankfurt** [2] - 306:6, 306:10
**Frankly** [1] - 187:12

**free** [2] - 61:17, 268:6
**friend** [5] - 81:19, 202:23, 227:20, 229:21, 245:23
**friends** [5] - 109:16, 227:11, 280:21, 316:22, 317:12
**friends'** [1] - 317:19
**Front** [7] - 47:20, 48:6, 53:23, 54:13, 54:14, 54:23, 121:12
**front** [14] - 5:8, 13:21, 13:22, 14:2, 47:18, 148:6, 150:8, 162:10, 163:11, 170:24, 190:14, 210:15, 211:10, 336:15
**frustrate** [3] - 37:14, 37:17, 156:21
**full** [3] - 56:5, 224:25, 261:20
**fully** [7] - 162:9, 194:10, 194:17, 238:25, 240:4, 241:5, 241:6
**Fully** [1] - 236:16
**funeral** [2] - 65:13, 65:14
**FURTHER** [1] - 3:21
**future** [1] - 32:21

### G

**G-H-A-N-D-O-U-R** [1] - 69:16
**G-H-R-A-B-I** [1] - 34:14
**gain** [1] - 220:10
**gained** [1] - 220:7
**game** [2] - 73:20, 261:18
**games** [2] - 261:15, 265:3
**gaps** [1] - 211:9
**garbage** [1] - 36:6
**Gate** [1] - 287:9
**gather** [2] - 125:24, 190:13
**gathered** [4] - 10:5, 126:13, 129:19, 129:20
**gathering** [4] - 21:19, 97:19, 125:24, 126:5
**gave** [41] - 21:3, 28:10, 42:6, 50:18, 64:14, 66:18, 73:2, 100:2, 104:10, 104:25, 108:14, 113:21, 113:22, 116:9, 117:14, 117:15, 126:21, 129:10, 154:25, 155:19, 158:11, 163:17, 163:20, 178:5, 179:11, 185:4, 185:23, 191:24, 198:24, 199:19, 201:10, 211:16, 211:21, 223:4, 232:8, 239:24, 263:17, 272:17, 284:16, 315:24, 333:11, 333:15, 334:20

- Y O U S E F -

**Gaza** [8] - 10:3, 11:3, 11:18, 42:6, 58:17, 59:3, 80:2, 181:2
**Geek** [3] - 231:7, 232:15, 232:22
**generating** [1] - 32:12
**gentleman** [4] - 254:8, 300:6, 300:8, 313:23
**gentlemen** [1] - 6:21
**gets** [2] - 107:15, 170:21
**Ghandour** [2] - 69:15, 70:6
**ghost** [3] - 251:21, 251:24, 307:23
**Ghrabi** [1] - 34:10
**Ghrabi(Phonetic)** [1] - 33:9
**Give** [4] - 101:6, 176:9, 229:5, 326:21
**give** [45] - 7:17, 31:6, 32:4, 32:6, 41:5, 57:9, 72:17, 72:25, 74:5, 74:7, 78:19, 78:20, 85:15, 90:2, 90:21, 91:14, 91:15, 95:7, 101:21, 103:7, 115:5, 118:22, 118:23, 118:24, 142:19, 174:22, 204:3, 223:2, 255:4, 261:17, 262:6, 264:5, 264:25, 265:6, 271:10, 271:20, 283:13, 288:18, 295:20, 296:4, 296:20, 303:12, 317:22, 319:7
**given** [13] - 68:16, 70:21, 71:3, 71:11, 97:10, 113:20, 152:14, 159:2, 159:6, 244:9, 294:9, 340:14
**giving** [20] - 32:10, 32:13, 32:17, 36:2, 50:6, 71:14, 73:8, 110:19, 111:23, 114:21, 116:17, 121:21, 173:22, 184:22, 204:5, 237:5, 247:3, 317:13, 333:20, 333:25
**glad** [1] - 131:15
**gleaned** [1] - 63:20
**Gmail** [1] - 59:25
**goal** [11] - 48:16, 61:19, 77:2, 81:22, 89:18, 90:4, 90:5, 90:6, 262:24, 262:25, 275:4
**goals** [7] - 14:24, 15:2, 15:7, 25:2, 27:12, 58:23, 84:13
**God** [3] - 209:22, 292:6, 296:6
**goes** [1] - 36:11
**Gonen** [9] - 294:19,

295:20, 295:21, 300:18, 301:3, 301:11, 301:24, 302:12, 337:23
**GONEN** [1] - 300:19
**Google** [4] - 158:6, 158:19, 158:25, 256:15
**Googled** [1] - 159:7
**government** [26] - 13:18, 41:6, 142:17, 144:19, 152:4, 153:16, 153:24, 188:19, 199:24, 201:10, 205:16, 207:10, 207:25, 208:3, 208:7, 208:19, 209:3, 223:7, 240:6, 305:20, 305:22, 306:3, 306:20, 332:6, 337:3, 337:12
**governmental** [3] - 142:12, 144:17, 146:25
**granted** [5] - 28:17, 210:8, 211:12, 293:12, 337:25
**Great** [1] - 270:11
**greedy** [1] - 335:6
**ground** [4] - 43:6, 140:25, 180:14, 280:13
**group** [7] - 70:7, 120:12, 158:8, 275:20, 288:17, 291:22, 293:8
**grow** [3] - 7:20, 182:9, 182:12
**growing** [1] - 296:17
**guarantee** [1] - 264:25
**guard** [5] - 57:5, 71:18, 273:5, 273:8, 274:4
**guards** [10] - 57:6, 57:7, 57:11, 57:22, 67:16, 68:20, 68:22, 69:9, 235:13, 278:16
**guess** [11] - 48:2, 99:20, 119:3, 230:12, 238:19, 254:3, 271:3, 273:24, 293:14, 306:12, 312:23
**guidance** [1] - 292:25
**guilt** [1] - 152:5
**gun** [64] - 66:23, 136:25, 199:7, 212:20, 213:3, 234:5, 234:19, 235:4, 235:5, 235:7, 235:12, 235:16, 235:19, 235:21, 236:3, 236:12, 236:13, 236:14, 237:3, 237:22, 238:4, 238:7, 239:6, 239:20, 241:4, 241:16, 241:25, 242:3, 242:5, 242:7, 243:4, 258:10, 258:22, 259:15, 259:17, 259:20, 260:10, 261:12, 261:21, 261:23, 261:25, 262:4, 262:11, 262:17,

262:18, 262:22, 263:5, 263:24, 264:9, 264:10, 265:9, 265:24, 266:17, 269:17, 272:2, 272:4, 272:9, 272:13, 272:17, 275:7, 278:12, 323:23
**gunfire** [1] - 106:16
**guns** [29] - 18:12, 18:16, 18:22, 18:25, 19:4, 19:9, 67:3, 67:19, 68:24, 142:19, 146:11, 196:17, 198:16, 201:7, 205:9, 205:12, 205:18, 209:19, 210:2, 218:25, 220:3, 234:9, 235:13, 235:15, 241:2, 261:17, 265:10, 265:14, 274:21
**guy** [26] - 28:25, 104:22, 105:6, 113:9, 117:16, 118:24, 118:25, 192:6, 232:6, 237:3, 241:13, 247:7, 260:10, 260:14, 261:3, 261:5, 261:6, 262:19, 267:14, 268:24, 272:13, 272:15, 278:11, 289:11, 294:19, 308:8
**guy's** [2] - 69:14, 292:14
**guys** [16] - 11:2, 11:18, 45:5, 52:18, 68:20, 69:6, 69:7, 69:17, 111:9, 116:21, 117:22, 136:15, 236:3, 264:22, 279:19

## H

**H-A-B-A-S-H** [1] - 51:10
**H-A-L-W-A** [1] - 69:13
**H-A-M-A-M-I** [1] - 11:8
**ha** [1] - 312:2
**Ha** [1] - 234:14
**Habash** [8] - 51:9, 51:13, 81:11, 81:12, 81:13, 81:14, 82:3
**hadn't** [3] - 205:21, 219:16, 291:16
**Hagat** [1] - 33:19
**Halawa** [3] - 114:6, 114:11, 114:18
**half** [4] - 79:17, 124:25, 170:12, 180:6
**halfway** [1] - 124:23
**haliel** [1] - 120:13
**Haller** [1] - 5:11
**Hallowa** [2] - 277:22, 280:20
**hallway** [1] - 185:19
**Halwa** [4] - 69:11, 69:13, 70:10, 70:21
**Halwa's** [1] - 70:16

**Hamami** [1] - 11:8
**Hamas** [192] - 8:2, 8:5, 8:8, 8:12, 8:18, 8:21, 8:22, 9:2, 9:12, 9:13, 9:16, 10:2, 11:20, 13:15, 14:4, 14:5, 14:12, 14:18, 14:23, 15:3, 15:5, 17:3, 17:8, 17:12, 17:17, 17:22, 18:2, 19:20, 20:5, 20:7, 20:11, 20:19, 20:23, 21:4, 21:5, 21:9, 21:12, 26:4, 26:9, 26:11, 26:15, 26:20, 26:23, 27:3, 27:10, 39:20, 39:23, 40:6, 40:8, 40:13, 40:22, 41:9, 41:17, 42:5, 43:2, 43:7, 43:12, 44:6, 44:6, 44:12, 44:13, 44:18, 44:20, 44:25, 45:5, 46:5, 46:3, 47:17, 49:5, 49:6, 51:24, 52:7, 53:2, 58:17, 59:3, 59:17, 61:10, 61:11, 61:18, 61:19, 61:24, 62:3, 62:7, 62:8, 62:13, 62:19, 66:12, 66:16, 66:18, 67:4, 67:23, 68:2, 68:6, 69:4, 74:6, 76:9, 80:2, 80:6, 85:25, 87:7, 88:4, 88:11, 89:22, 89:24, 91:17, 93:6, 96:25, 104:4, 104:17, 104:21, 106:20, 106:22, 107:11, 113:9, 113:14, 113:20, 116:6, 116:20, 116:24, 119:11, 121:3, 121:15, 125:18, 127:16, 130:17, 130:25, 131:2, 131:3, 131:24, 179:23, 179:25, 180:5, 180:8, 180:10, 180:18, 180:25, 183:6, 183:7, 183:8, 183:12, 183:15, 183:17, 183:18, 183:19, 183:21, 183:23, 184:2, 184:11, 187:2, 187:3, 187:6, 187:8, 204:14, 205:7, 207:9, 207:14, 213:8, 213:14, 213:15, 215:18, 215:20, 216:24, 217:4, 217:9, 217:13, 224:7, 224:10, 238:4, 238:7, 241:25, 242:11, 242:15, 242:19, 242:23, 243:4, 243:7, 249:9, 252:16, 259:16, 260:15, 261:5, 262:25, 278:11, 309:18, 311:25, 325:22,

Case 1:04-cv-00397-GBD-RLE    Document 547-773    Filed 06/25/14    Page 354 of 373

353

- Y O U S E F -

326:3, 328:18
**Hamas"** [1] - 203:21
**Hamas'** [8] - 40:4, 40:15, 256:25, 309:3, 311:7, 311:18, 312:12, 326:8
**Hamed** [5] - 44:18, 116:12, 118:19, 119:8, 120:17
**Hammed** [5] - 116:17, 116:20, 117:13, 117:16, 117:17
**hand** [12] - 42:4, 43:6, 71:14, 136:12, 150:13, 245:5, 245:10, 245:14, 262:21, 297:15, 298:19, 340:21
**handed** [4] - 101:11, 275:15, 285:21, 332:16
**handled** [1] - 315:3
**handler** [9] - 126:10, 134:7, 200:10, 294:16, 300:22, 301:5, 301:15, 308:14, 337:23
**handlers** [3] - 295:23, 300:12, 304:6
**handling** [1] - 76:2
**hands** [10] - 177:19, 241:17, 258:3, 258:11, 258:23, 259:4, 259:7, 259:10, 260:4, 335:4
**handwriting** [4] - 58:11, 58:13, 59:6, 59:7
**happening** [2] - 91:2, 113:3
**happens** [1] - 216:3
**happy** [10] - 14:16, 33:21, 50:12, 60:12, 83:22, 95:7, 175:17, 251:8, 254:2, 335:12
**hard** [4] - 33:24, 65:20, 132:7, 180:25
**hardship** [3] - 136:5, 136:9, 137:6
**harm** [5] - 13:18, 61:20, 176:19, 176:24, 177:2
**Hassan** [4] - 4:7, 8:10, 12:6, 40:25, 43:12, 46:23, 94:20, 217:12
**HASSAN** [2] - 5:17, 338:21
**hate** [2] - 146:20, 215:17
**hating** [1] - 147:7
**hats** [1] - 328:17
**Have you** [20] - 92:10, 106:8, 135:6, 178:3, 189:8, 196:7, 197:19, 244:8, 245:18, 250:23, 271:17, 273:2, 273:3, 291:3, 298:13, 314:19, 316:3, 318:6, 319:19,

335:21
**haven't** [2] - 155:24, 326:17
**he's** [2] - 286:23, 302:19
**head** [2] - 219:7, 323:23
**headlines** [1] - 58:22
**headquarter** [1] - 141:9
**healthy** [1] - 149:14
**hear** [16] - 46:4, 46:9, 56:16, 56:17, 57:17, 57:23, 58:6, 92:16, 108:2, 116:15, 128:22, 162:15, 175:24, 185:20, 222:8, 334:8
**heard** [10] - 77:13, 86:6, 92:10, 106:15, 112:24, 128:19, 129:23, 134:15, 246:22, 281:10
**hearing** [8] - 81:5, 107:13, 328:11, 328:14, 336:20, 337:9, 337:11, 337:14
**hearsay** [7] - 23:5, 35:18, 36:3, 38:21, 39:2, 86:18, 108:10
**heart** [1] - 22:21
**heaven** [1] - 211:6
**Hebrew** [7] - 116:25, 117:6, 117:23, 118:25, 119:11, 119:23, 120:4
**Hebron** [2] - 10:6, 58:18
**held** [8] - 1:18, 4:11, 105:15, 112:12, 115:9, 115:14, 115:17, 218:19
**help** [13] - 10:16, 21:8, 49:4, 55:20, 68:4, 74:5, 100:25, 130:22, 140:20, 153:17, 181:18, 245:3, 294:14
**helped** [6] - 61:22, 181:25, 182:3, 182:23, 245:3, 290:12
**helpful** [1] - 222:16
**hereby** [1] - 340:10
**HEREBY** [1] - 3:5
**herein** [1] - 3:7
**hereinbefore** [1] - 340:12
**hereunto** [1] - 340:20
**hidden** [2] - 26:24, 201:10
**hide** [7] - 21:9, 70:13, 265:18, 269:6, 271:4, 271:6, 271:9
**hiding** [4] - 107:7, 213:17, 270:22, 270:25
**high** [7] - 49:18, 63:2, 126:24, 278:10, 302:3, 334:12, 335:2
**Hill** [8] - 5:3, 50:12, 83:22, 156:14, 175:20,

191:24, 192:6, 313:13
**HILL** [171] - 2:10, 5:7, 5:14, 12:17, 12:25, 13:9, 14:13, 14:20, 15:8, 15:14, 15:23, 16:13, 21:6, 23:5, 24:6, 24:22, 26:6, 27:4, 27:13, 27:17, 28:8, 28:24, 29:10, 29:17, 30:18, 30:22, 31:4, 31:18, 31:25, 32:9, 32:16, 34:20, 34:24, 35:4, 35:13, 35:18, 35:21, 36:2, 36:15, 36:22, 37:2, 37:5, 37:16, 38:21, 39:2, 39:17, 39:25, 43:20, 44:2, 45:14, 46:6, 46:12, 48:9, 48:18, 50:5, 54:17, 60:9, 60:16, 60:18, 60:21, 61:4, 63:8, 63:23, 64:3, 64:12, 64:20, 65:22, 66:7, 66:24, 67:6, 71:7, 72:22, 73:16, 74:2, 76:15, 77:9, 77:18, 78:16, 78:21, 78:25, 80:21, 81:23, 82:7, 82:23, 83:4, 83:13, 83:20, 84:4, 85:5, 85:20, 85:23, 86:10, 86:15, 89:12, 90:12, 90:16, 91:20, 92:13, 92:22, 93:3, 93:16, 93:25, 94:6, 95:8, 95:13, 95:17, 96:8, 96:12, 96:19, 97:6, 97:12, 98:9, 98:15, 98:19, 99:3, 99:9, 99:24, 100:7, 100:11, 100:22, 101:9, 101:17, 101:20, 102:9, 102:14, 102:19, 102:23, 103:3, 103:7, 103:23, 105:17, 105:25, 108:4, 109:2, 110:4, 110:16, 111:12, 111:15, 112:6, 112:21, 115:12, 115:15, 115:22, 117:4, 118:2, 118:4, 118:10, 119:17, 119:25, 120:10, 120:24, 121:8, 121:19, 121:23, 122:15, 122:22, 123:10, 123:22, 124:10, 155:9, 165:3, 165:7, 165:11, 165:15, 165:22, 192:12, 209:2, 331:11, 332:2, 332:8, 334:5
**Hill's** [1] - 102:17
**hints** [1] - 158:11

**hire** [2] - 275:5, 333:16
**hired** [3] - 227:7, 227:10, 284:13
**hires** [1] - 225:3
**history** [5] - 12:9, 17:3, 61:14, 177:17, 250:9
**hit** [1] - 141:15
**hitting** [2] - 219:6, 219:11
**Hold** [3] - 110:4, 122:15, 311:21
**hold** [5] - 80:5, 80:6, 174:23, 191:20, 269:7
**holding** [2] - 60:23, 280:3
**Holiday** [1] - 286:20
**holy** [1] - 25:2
**home** [10] - 35:15, 152:15, 152:18, 153:12, 176:14, 290:3, 303:7, 304:8, 318:20, 318:21
**Home** [1] - 192:14
**Homeland** [4] - 192:13, 199:17, 293:23, 294:8
**homes** [2] - 152:19, 153:8
**honest** [4] - 55:24, 155:17, 193:8, 199:18
**honestly** [3] - 53:9, 193:5, 202:10
**honesty** [1] - 264:23
**honor** [1] - 295:20
**hope** [3] - 256:2, 257:22, 268:3
**hoping** [2] - 19:12, 255:24
**hostels** [3] - 317:4, 319:20
**hotel** [2] - 254:11, 286:19
**Hotmail** [2] - 59:23, 59:25
**hour** [4] - 79:17, 94:8, 124:25, 141:15
**hours** [4] - 61:9, 112:11, 141:15, 168:23
**House** [3] - 308:3, 319:24, 319:25
**house** [16] - 38:15, 38:20, 38:25, 85:12, 85:13, 85:15, 116:22, 153:15, 154:9, 230:5, 234:21, 234:22, 240:24, 294:10, 320:8, 320:9
**household** [1] - 335:16
**houses** [6] - 121:4, 154:2, 154:4, 154:5, 154:7, 320:12
**how did** [9] - 71:2, 71:10, 157:24, 197:5, 217:14, 217:16, 239:7, 241:4, 283:15
**how do** [12] - 17:11,

DIAMOND REPORTING    (718) 624-7200    info@diamondreporting.com

353

17:15, 68:11, 104:17,
158:3, 161:24, 161:25,
227:17, 242:12, 243:3,
260:7, 260:11
**how many** [7] - 76:3,
244:3, 248:4, 257:14,
265:10, 271:17, 291:6
**How often** [1] - 335:24
**Howard** [3] - 230:3,
230:6, 230:7
**huge** [3] - 13:18, 44:8,
107:4
**hum** [26] - 22:2, 47:8,
54:12, 54:16, 56:2,
81:9, 81:17, 98:22,
98:24, 104:2, 109:22,
139:24, 181:7, 194:23,
195:20, 197:25, 221:19,
222:13, 225:14, 231:25,
249:8, 252:19, 283:5,
320:2, 327:12, 327:14
**human** [2] - 215:13,
295:25
**humanitarian** [2] -
136:14, 152:6
**humanity** [6] - 177:2,
177:5, 177:8, 178:14,
214:4, 214:5
**hundred** [1] - 119:5
**hundreds** [2] - 141:7,
148:8
**hurt** [2] - 62:9, 140:19
**hurts** [1] - 65:21
**husband** [2] - 229:18,
247:8
**Hussein** [8] - 30:3, 30:7,
33:3, 33:15, 72:20,
72:25, 73:6, 73:20
**hypocrisy** [1] - 180:16

---

**I**

**I'd** [2] - 209:23, 284:19
**I've** [1] - 228:22
**I-T-Z-H-A-K** [1] - 300:20
**Ibrahim** [8] - 44:18,
116:17, 116:20, 117:13,
118:19, 118:21, 119:8,
120:17
**idea** [3] - 40:9, 272:22,
333:12
**idealogical** [1] - 19:15
**identification** [2] -
163:16, 309:24
**identified** [4] - 297:9,
301:4, 301:7, 308:13
**identify** [3] - 95:8, 101:5,
291:22
**identity** [2] - 20:16,
334:14

**ignorant** [2] - 288:22,
296:12
**ignore** [4] - 15:19, 16:12,
16:20, 32:15
**illegal** [7] - 26:11, 66:16,
180:11, 235:5, 235:6,
235:7, 310:25
**imperfect** [1] - 300:4
**important** [17] - 7:13,
53:11, 56:10, 66:20,
73:24, 157:10, 185:22,
188:7, 188:23, 189:5,
189:6, 189:9, 189:14,
189:20, 209:7, 212:8,
268:18
**impossible** [1] - 296:3
**impressed** [1] - 184:7
**imprisoned** [1] - 197:22
**imprisonment** [1] - 104:7
**improper** [6] - 27:5,
28:12, 30:19, 45:15,
63:10, 73:17
**Improper** [1] - 65:24
**improprieties** [6] -
301:13, 301:21, 301:24,
304:10, 304:14, 321:12
**IN** [1] - 340:20
**in-just** [1] - 267:18
**inaccurate** [1] - 309:5
**inappropriate** [1] - 56:14
**incident** [4] - 11:16,
144:13, 331:8, 331:23
**income** [2] - 223:12,
335:15
**increase** [1] - 257:19
**incredible** [1] - 244:12
**independent** [1] - 132:6
**indicate** [2] - 203:18,
296:23
**indicated** [1] - 305:6,
305:11
**individual** [2] - 29:11,
103:19
**individuals** [2] - 121:22,
144:20
**industrial** [1] - 11:18
**Infifada** [5] - 22:5, 22:6,
83:8, 150:18, 151:2
**information** [77] - 21:19,
42:7, 68:11, 68:17,
70:2, 71:19, 72:17,
76:8, 76:11, 86:4,
87:17, 112:12, 112:18,
125:10, 125:12, 125:20,
125:22, 125:23, 126:5,
126:7, 126:10, 126:13,
127:4, 127:9, 127:13,
128:21, 128:25, 129:11,
129:15, 129:19, 129:20,
130:8, 151:20, 151:22,

151:25, 191:8, 192:23,
198:23, 198:24, 199:7,
201:22, 202:5, 204:17,
205:17, 206:17, 207:3,
222:15, 255:3, 255:5,
256:16, 256:17, 256:19,
260:24, 263:7, 263:16,
263:17, 264:5, 264:18,
265:2, 265:7, 265:19,
271:6, 271:10, 279:10,
280:7, 280:9, 280:12,
280:22, 280:24, 281:2,
281:8, 293:25, 294:8,
300:14, 325:16, 334:17,
334:21
**infrastructure** [3] - 13:25,
53:4, 180:23
**Initially** [1] - 293:9
**initially** [1] - 206:19
**initiated** [1] - 166:19
**injured** [2] - 331:3,
335:14
**Inn** [1] - 286:21
**innocent** [13] - 22:16,
104:15, 119:12, 147:24,
148:2, 148:5, 148:25,
149:2, 175:4, 177:3,
271:13, 276:17, 334:19
**inquiry** [2] - 163:9,
326:22
**inside** [2] - 57:9, 118:18
**insist** [1] - 298:4
**insisted** [1] - 40:20
**insisting** [2] - 77:20,
267:5
**inspired** [1] - 19:16
**installed** [1] - 233:11
**instance** [3] - 147:22,
217:8, 279:13
**institutions** [3] - 50:4,
50:22, 51:17
**integrity** [1] - 264:23
**intelligence** [17] - 19:23,
19:25, 20:25, 21:11,
21:17, 21:19, 59:16,
68:17, 74:22, 180:3,
204:15, 220:13, 220:15,
260:24, 263:18, 302:8,
313:14
**intended** [1] - 252:6
**intending** [3] - 18:21,
19:3, 19:8
**intention** [4] - 16:15,
40:3, 45:8, 272:15
**interested** [4] - 73:13,
122:9, 133:7, 340:18
**interesting** [2] - 168:13,
313:18
**interfere** [1] - 16:11
**interference** [1] - 145:23

**international** [5] - 26:16,
27:3, 27:11, 43:9, 61:15
**Internet** [1] - 100:10
**interpose** [1] - 72:22
**interpreting** [1] - 148:10
**interrogated** [1] - 197:21
**interrupt** [4] - 27:19,
45:25, 268:14, 297:6
**interrupted** [1] - 146:9
**interrupting** [1] - 156:20
**interview** [1] - 267:11
**interviews** [1] - 307:10
**Intifada** [49] - 9:4, 11:20,
17:25, 21:21, 21:25,
22:4, 22:12, 22:19,
39:6, 39:8, 39:15,
39:24, 40:4, 40:7,
40:11, 40:14, 40:23,
41:16, 41:20, 42:18,
42:23, 50:2, 60:8, 61:2,
64:2, 65:17, 66:6, 67:5,
67:8, 75:12, 77:21,
77:25, 84:15, 84:20,
96:22, 97:21, 106:7,
109:6, 123:4, 125:23,
140:10, 140:17, 143:4,
244:19, 244:20, 250:10,
250:13
**introduce** [1] - 4:19
**invest** [1] - 267:15
**invested** [1] - 233:19
**investigate** [1] - 126:23
**investigated** [1] - 199:18
**investigation** [2] -
200:14, 302:6
**invited** [2] - 30:17,
314:17
**involve** [1] - 334:6
**involved** [27] - 20:18,
22:14, 40:6, 40:21,
63:2, 73:9, 87:20,
119:15, 120:8, 133:25,
134:9, 150:7, 154:10,
157:15, 157:25, 174:15,
175:16, 181:22, 246:19,
278:3, 278:4, 278:18,
278:20, 279:11, 292:17,
308:16, 320:23
**involvement** [15] - 8:21,
21:14, 40:22, 41:16,
105:12, 112:16, 114:14,
141:19, 148:3, 149:9,
150:5, 151:10, 175:17,
277:7, 277:8
**involves** [1] - 161:13
**involving** [2] - 80:23,
313:22
**iPad** [4] - 5:9, 191:15,
216:10, 216:18
**irregularities** [1] - 304:19

**irresponsible** [2] - 173:11, 335:4
**Irsal** [1] - 82:17
**IRSAL** [1] - 82:18
**IS** [2] - 3:5, 3:21
**Is it your** [1] - 52:20
**is that** [31] - 38:15, 43:16, 80:14, 82:16, 96:16, 163:11, 175:11, 180:7, 180:17, 193:12, 194:24, 208:13, 213:25, 216:9, 234:24, 253:2, 253:11, 255:19, 265:4, 290:19, 298:15, 308:2, 308:15, 311:25, 312:3, 313:9, 314:25, 315:2, 318:14, 318:19, 324:6
**is there** [2] - 23:7, 37:11
**is this** [6] - 65:20, 97:10, 116:11, 192:6, 246:9, 258:6
**is"** [1] - 137:25
**Islamic** [15] - 8:6, 14:25, 23:2, 47:17, 52:15, 52:24, 52:25, 85:25, 96:14, 96:25, 97:16, 97:18, 198:12, 200:24, 203:15
**Israel** [48] - 14:24, 15:2, 18:19, 19:6, 20:10, 26:22, 30:11, 30:12, 36:7, 39:13, 44:9, 61:21, 62:21, 63:4, 67:25, 70:6, 114:5, 114:7, 114:11, 114:22, 141:2, 141:3, 141:4, 141:20, 142:5, 142:18, 147:18, 148:18, 149:6, 150:14, 152:12, 152:13, 179:8, 183:12, 264:24, 265:20, 276:8, 277:15, 303:3, 304:4, 305:21, 306:3, 306:20, 313:15, 313:16, 315:3, 330:3, 335:21
**Israel's** [1] - 265:16
**Israeli** [96] - 5:10, 17:20, 18:7, 18:9, 18:13, 19:19, 19:23, 19:25, 20:25, 21:10, 21:17, 22:9, 24:16, 24:17, 24:21, 24:25, 27:10, 40:17, 41:5, 59:16, 64:7, 64:8, 66:19, 67:9, 67:11, 67:20, 68:3, 68:7, 68:8, 68:17, 69:20, 69:21, 70:14, 73:10, 74:22, 85:11, 88:16, 90:24, 91:13, 91:25, 109:12, 113:17,

125:9, 134:4, 136:4, 139:25, 141:7, 141:13, 142:6, 142:10, 142:25, 144:24, 145:7, 145:10, 145:20, 146:15, 146:19, 146:24, 147:23, 150:13, 150:16, 153:23, 154:8, 179:9, 180:3, 199:9, 204:15, 220:12, 220:15, 260:24, 261:8, 262:15, 262:16, 263:17, 270:23, 272:5, 272:11, 272:18, 279:3, 282:4, 282:6, 282:15, 282:18, 282:21, 282:24, 295:17, 300:10, 302:8, 302:15, 331:3, 331:8, 331:23, 332:5, 332:6
**Israelis** [39] - 17:21, 19:6, 85:14, 87:4, 104:13, 104:25, 119:4, 138:22, 139:17, 139:19, 140:4, 140:20, 147:14, 148:8, 152:18, 153:11, 198:11, 200:8, 200:23, 203:15, 218:19, 218:24, 221:20, 221:21, 223:14, 223:24, 247:21, 247:25, 262:2, 262:6, 262:13, 276:17, 277:21, 277:25, 278:3, 281:6, 281:9, 323:19, 331:8
**issue** [7] - 12:20, 26:19, 89:17, 98:12, 116:5, 216:14, 324:17
**issued** [2] - 98:17, 240:6
**issues** [8] - 29:5, 77:24, 83:11, 84:3, 89:6, 172:21, 173:14, 272:2
**IT** [2] - 3:5, 3:21
**Itzhak** [10] - 294:19, 295:4, 300:9, 300:18, 300:20, 301:4, 301:11, 301:24, 305:21, 337:23

---

## J

**Jaber** [4] - 106:19, 107:2, 107:5, 107:18
**Jabhat** [2] - 48:5, 54:22
**Jablia** [1] - 11:19
**jail** [1] - 200:11
**Jamal** [5] - 10:19, 11:7, 44:19, 52:7
**January** [16] - 1:11, 4:5, 46:20, 47:2, 94:15, 94:22, 159:22, 160:4, 218:3, 218:9, 284:23, 285:5, 315:13, 315:17, 338:16, 340:21

**Japanese** [1] - 287:23
**Jerusalem** [10] - 11:6, 117:18, 118:24, 120:13, 120:14, 226:8, 230:5, 276:17, 290:9, 290:10
**Jesus** [1] - 291:25
**Jibreel** [2] - 23:23, 25:19
**JIBREEL** [1] - 23:23
**Jibril** [1] - 104:8
**Jihad** [6] - 47:17, 52:15, 52:25, 85:25, 96:25
**job** [28] - 26:17, 36:19, 61:25, 74:17, 74:19, 74:20, 81:3, 115:7, 127:2, 220:8, 220:9, 220:16, 220:18, 220:20, 220:21, 220:23, 221:5, 221:10, 221:15, 223:22, 229:22, 229:24, 230:22, 231:5, 243:11, 275:8, 305:18, 329:12
**jobs** [3] - 29:7, 221:13, 273:3
**join** [1] - 215:3
**joining** [1] - 215:4
**Jordan** [3] - 289:11, 289:18
**journey** [1] - 20:14
**Juan** [1] - 287:18
**judge** [1] - 329:7
**Judge** [26] - 3:13, 28:5, 36:12, 64:23, 161:22, 198:22, 201:11, 210:8, 210:15, 211:11, 251:4, 251:5, 251:6, 251:10, 253:13, 254:4, 266:19, 266:22, 267:10, 271:9, 300:13, 300:16, 336:15, 337:17
**judgement** [1] - 282:16
**judgment** [1] - 258:7
**July** [1] - 119:24
**June** [2] - 125:9, 240:18
**justice** [15] - 157:7, 157:8, 157:11, 157:13, 157:23, 175:16, 214:20, 253:19, 267:17, 333:20, 334:22, 334:23, 335:8, 335:9, 335:18
**Justice** [1] - 157:13

---

## K

**K-A-H-L-I-D** [1] - 217:3
**K-A-R-E-E-M** [1] - 54:4
**K-I-R-K-M-A-N** [1] - 227:19
**Kahlid** [3] - 217:2, 217:14, 217:15
**Kais** [1] - 53:25

**KAIS** [1] - 54:3
**Kareem** [1] - 54:2
**Karem** [1] - 54:3
**keep** [24] - 7:16, 13:24, 44:11, 44:17, 45:2, 55:16, 62:12, 65:17, 67:25, 103:16, 111:11, 111:14, 132:7, 156:7, 178:6, 186:12, 191:7, 207:13, 234:7, 238:7, 253:3, 259:10, 260:8, 310:8
**Keep** [2] - 45:24, 267:5
**keeps** [2] - 216:4, 216:6, 216:11
**kept** [3] - 186:11, 234:11, 244:22
**key** [1] - 216:23
**Khaled** [3] - 276:15, 277:8, 314:12
**kidding** [1] - 311:2
**kill** [16] - 104:14, 107:11, 107:15, 119:12, 139:18, 142:20, 147:23, 219:23, 220:4, 259:25, 271:12, 271:13, 272:5, 272:15, 279:16, 323:18
**Kill** [1] - 272:11
**killed** [15] - 17:21, 64:9, 85:10, 85:11, 87:8, 119:3, 122:25, 123:2, 139:17, 139:18, 141:6, 142:11, 145:4, 145:14, 147:14, 151:17, 206:21, 261:23, 262:14, 272:8, 272:19, 276:17, 282:14, 302:16
**killers** [3] - 157:8, 195:10, 334:18
**killing** [5] - 20:12, 22:16, 73:10, 87:4, 147:2
**kinds** [2] - 144:22, 154:19
**Kirkman** [3] - 227:16, 227:17, 230:20
**Kirkman's** [1] - 227:18
**knowledge** [18] - 12:20, 13:4, 15:16, 22:18, 60:11, 71:6, 86:4, 86:13, 86:17, 115:21, 122:5, 122:10, 134:12, 135:16, 157:3, 185:17, 246:21
**Kuwait** [1] - 106:4

---

## L

**labeled** [1] - 338:10
**Lack** [7] - 26:6, 39:17, 64:4, 66:8, 66:25, 83:14, 85:23

**lack** [62] - 12:18, 13:6, 14:13, 14:21, 15:8, 15:11, 15:18, 24:22, 28:11, 29:17, 34:24, 35:2, 35:13, 39:25, 43:20, 44:3, 60:10, 63:9, 65:23, 73:16, 74:2, 77:18, 78:17, 82:7, 83:4, 84:4, 85:5, 86:10, 86:15, 89:12, 92:13, 92:22, 93:3, 93:16, 96:19, 98:10, 98:15, 99:3, 100:4, 100:8, 103:24, 105:25, 108:8, 109:2, 110:20, 112:6, 112:21, 115:12, 115:15, 115:22, 118:5, 119:25, 120:10, 120:24, 121:19, 121:23, 122:22, 294:18, 331:11, 332:2, 332:8, 334:7
**lair** [1] - 269:11
**Land** [1] - 192:14
**land** [1] - 240:17
**language** [7] - 148:11, 151:5, 252:4, 299:15, 312:14, 324:4, 324:17
**large** [2] - 173:18, 173:21
**last** [32] - 34:11, 53:18, 69:15, 71:5, 72:2, 84:8, 90:13, 91:21, 100:16, 227:18, 230:19, 231:16, 231:17, 232:9, 232:16, 235:2, 248:7, 251:21, 254:13, 279:25, 283:24, 288:9, 289:19, 289:20, 305:19, 305:22, 306:18, 306:19, 313:5, 313:8, 326:22, 335:25
**Last** [2] - 230:7, 306:14
**lastly** [2] - 54:13, 336:9
**late** [1] - 38:12
**laughing** [3] - 324:22, 324:25, 325:4
**launch** [3] - 39:5, 39:15, 65:9
**launching** [3] - 40:10, 40:14, 65:11
**Law** [3] - 1:19, 4:12, 4:22
**law** [6] - 26:12, 26:13, 158:24, 179:10, 235:8, 276:9
**LAW** [1] - 2:4
**laws** [1] - 215:10
**lawyer** [20] - 16:16, 29:4, 159:11, 162:22, 163:3, 166:15, 166:17, 194:4, 195:3, 195:12, 208:16, 209:7, 212:7, 212:9, 215:7, 276:12, 281:18,

282:4, 282:16, 282:18
**lawyer's** [2] - 250:23, 276:7
**lawyers** [4] - 16:6, 138:13, 275:20, 335:5
**lead** [3] - 40:10, 62:18, 62:19
**leader** [25] - 24:14, 29:21, 30:8, 30:9, 33:5, 40:13, 43:12, 44:19, 44:22, 52:7, 69:4, 81:18, 99:16, 150:11, 150:23, 183:19, 183:21, 184:3, 184:4, 203:21, 205:7, 213:16, 217:4, 217:13, 289:16
**leaders** [19] - 8:16, 23:10, 23:25, 40:8, 57:9, 58:17, 63:2, 69:7, 70:18, 84:16, 93:6, 185:15, 215:18, 215:20, 289:17, 311:8, 311:19, 312:12
**leaders"** [1] - 309:3
**leadership** [5] - 8:23, 59:17, 80:6, 121:3, 305:17
**leading** [3] - 97:13, 332:22, 332:24
**learned** [8] - 19:19, 113:15, 116:6, 129:11, 158:13, 180:24, 275:11, 279:12
**learning** [1] - 127:13
**leave** [7] - 31:23, 110:10, 173:3, 232:18, 254:18, 255:2, 322:13
**Leave** [1] - 220:15
**leaving** [3] - 174:4, 223:23, 322:15
**lecture** [1] - 267:21
**legal** [9] - 4:17, 162:16, 162:18, 166:16, 171:12, 194:6, 194:12, 209:11, 317:23
**legally** [2] - 166:11, 167:13
**legislative** [2] - 10:2, 29:20
**Leitner** [1] - 313:9
**lesson** [2] - 34:16, 180:25
**Let's** [17] - 18:6, 24:10, 31:20, 31:22, 37:22, 37:25, 105:21, 111:11, 111:14, 122:16, 131:22, 146:3, 185:7, 215:15, 217:22, 221:14, 239:17
**let's** [13] - 28:7, 38:9, 53:4, 76:19, 78:5, 141:8, 147:12, 168:5,

200:17, 269:13, 270:11, 318:25, 325:5
**letters** [1] - 134:22
**letting** [2] - 188:20, 337:4
**level** [7] - 49:16, 49:21, 61:15, 68:6, 77:5, 80:2, 335:18
**liar** [4] - 171:19, 266:25, 269:8, 269:10
**liberating** [3] - 47:18, 148:6, 150:8
**Liberating** [1] - 47:21
**Liberation** [7] - 4:9, 5:4, 53:23, 54:14, 54:15, 54:23, 121:12
**LIBERATION** [1] - 1:8
**liberation** [1] - 48:7
**license** [1] - 243:16
**lie** [11] - 162:7, 167:21, 170:22, 173:8, 204:24, 204:25, 264:4, 265:16, 266:3, 266:5, 269:12
**lied** [10] - 166:7, 166:24, 167:4, 167:18, 170:15, 171:4, 173:9, 199:5, 264:2, 265:23
**life** [23] - 20:17, 157:10, 188:8, 189:7, 189:15, 199:2, 199:3, 201:5, 201:20, 201:23, 202:2, 202:4, 202:5, 204:24, 210:21, 210:22, 210:23, 211:13, 212:14, 295:25, 300:5, 303:4
**Liku(phonetic** [1] - 25:23
**limit** [2] - 6:10, 6:11
**limits** [1] - 142:21
**line** [4] - 245:24, 277:13, 322:11, 331:4
**Listen** [1] - 161:6
**listen** [2] - 6:6, 267:11
**listener** [2] - 74:18, 74:20
**listening** [2] - 40:9, 107:14
**litigated** [1] - 275:12
**live** [8] - 68:23, 188:12, 196:7, 316:16, 317:10, 317:25, 318:8, 318:23
**lived** [10] - 70:10, 106:4, 315:22, 316:3, 316:8, 316:23, 317:11, 318:6, 319:19, 331:6
**lives** [2] - 176:24, 212:23
**living** [5] - 67:18, 69:23, 153:13, 273:2, 279:2
**Livingston** [4] - 1:19, 2:5, 4:13, 4:23
**Loai** [8] - 296:24, 297:9, 297:20, 300:6, 300:7, 300:16, 301:2, 308:13

**LOAI** [1] - 296:24
**loaned** [2] - 246:14, 246:18
**local** [4] - 36:13, 221:17, 225:2, 225:5
**located** [2] - 4:13, 68:19
**Located** [2] - 82:11, 82:12
**location** [10] - 70:5, 105:2, 106:11, 141:11, 141:12, 168:16, 168:19, 168:23, 197:7, 225:23
**locations** [1] - 42:5
**locked** [6] - 136:3, 136:10, 137:7, 178:22, 238:13, 244:14
**logistics** [1] - 69:25
**looks** [1] - 236:10
**looser** [1] - 267:3
**loosing** [2] - 154:6, 334:14
**Loosing** [1] - 334:9, 334:13
**lose** [3] - 62:6, 154:5, 267:13
**lost** [10] - 29:24, 62:10, 86:23, 154:4, 157:9, 267:3, 285:23, 333:19, 335:14
**Lost** [1] - 30:2
**lot** [19] - 7:12, 30:24, 31:9, 32:11, 111:2, 111:17, 125:10, 127:9, 127:19, 140:8, 160:14, 174:8, 174:9, 238:3, 242:22, 244:10, 281:3, 319:23, 336:10
**lots** [15] - 22:13, 32:14, 109:9, 136:23, 150:13, 177:18, 178:4, 214:6, 214:8, 225:25, 271:6, 271:10, 284:8, 295:16, 310:20
**loud** [1] - 298:18
**love** [1] - 292:5
**loving** [1] - 253:24
**lower** [3] - 49:16, 49:21
**loyal** [1] - 304:3
**ludicrous** [2] - 28:4, 28:21
**lunch** [2] - 94:7, 94:16
**lying** [5] - 172:18, 172:20, 173:2, 205:4, 301:16

---

## M

**M-16** [9] - 235:22, 235:24, 236:4, 236:5, 236:10, 236:24, 238:17, 240:4, 258:2

- Y O U S E F -

**M-A-H-M-O-U-D** [1] - 10:15

**M-A-N-S-O-U-R** [1] - 10:21

**M-E-S-H-A-L** [1] - 217:3

**M-U-K-A-T-A** [1] - 80:15

**machine** [4] - 66:23, 67:3, 236:13, 236:14

**MACOM** [1] - 2:15

**Macom** [1] - 4:17

**Maher** [1] - 69:4

**Maherodeh** [2] - 278:8, 278:10

**MAHERODEH** [1] - 278:9

**Mahmoud** [2] - 10:8, 10:12

**mail** [11] - 59:3, 59:5, 59:8, 59:9, 59:11, 59:18, 59:22, 60:4, 102:24, 283:17

**mailed** [1] - 42:4

**mailing** [1] - 321:11

**mails** [3] - 60:2, 284:9

**main** [11] - 14:23, 15:2, 62:3, 64:11, 65:18, 84:13, 89:18, 90:4, 90:5, 90:6, 136:13

**Main** [1] - 226:19

**maintenance** [1] - 231:8

**major** [2] - 22:7, 62:23

**maker** [5] - 44:25, 87:7, 104:5, 104:18, 107:11

**makers** [4] - 45:9, 91:18, 104:21, 141:5

**Malouah** [1] - 53:19

**MALOUAH** [1] - 53:20

**man** [15] - 24:18, 134:24, 147:24, 153:12, 213:20, 213:21, 213:25, 215:17, 215:23, 271:10, 272:4, 272:8, 272:10, 295:13, 310:25

**manager** [1] - 87:25

**manner** [3] - 126:11, 174:5, 250:10

**Mansour** [2] - 10:20, 44:19

**Marisa** [1] - 169:17

**MARK** [2] - 1:3, 2:10

**Mark** [3] - 4:8, 5:2, 297:15

**mark** [1] - 310:6

**Markaziah** [1] - 81:15

**MARKAZIAH** [1] - 81:16

**marked** [15] - 95:25, 96:4, 100:20, 101:4, 101:8, 159:14, 160:5, 162:9, 190:10, 190:16, 309:17, 309:18, 309:22, 327:6, 327:7

**marking** [2] - 94:25, 159:17

**marriage** [1] - 340:17

**married** [1] - 93:20

**Martyr** [3] - 67:15, 68:14, 152:10

**Martyrs** [4] - 62:15, 62:16, 114:14, 279:16

**Marwan** [77] - 23:9, 23:12, 23:15, 23:21, 23:22, 29:12, 29:16, 29:19, 29:25, 33:14, 34:19, 35:12, 38:4, 38:7, 38:14, 38:19, 38:24, 41:23, 49:12, 49:19, 52:12, 57:6, 70:18, 70:22, 71:11, 71:17, 72:20, 72:25, 73:5, 73:14, 73:19, 79:3, 79:7, 79:11, 79:14, 80:24, 104:8, 104:10, 106:17, 106:25, 107:5, 107:17, 110:10, 110:14, 112:19, 113:4, 113:6, 113:10, 113:24, 113:25, 114:4, 114:8, 114:10, 114:12, 114:18, 114:20, 114:24, 114:25, 116:2, 116:4, 116:8, 132:22, 133:4, 133:19, 187:17, 187:18, 187:22, 309:2, 309:4, 309:8, 311:7, 311:18

**MARWAN** [1] - 23:12

**Marwan's** [1] - 133:2

**mastermind** [2] - 117:14, 120:17

**material** [2] - 277:6, 277:13

**materials** [7] - 102:11, 192:3, 277:2, 277:10, 277:11, 337:16, 337:19

**Matt** [3] - 291:12, 292:14, 293:5

**Matt's** [1] - 293:4

**matter** [12] - 4:8, 17:4, 89:22, 127:8, 143:10, 143:19, 148:20, 255:22, 264:22, 264:23, 265:5, 340:19

**mattered** [1] - 222:21

**matters** [1] - 147:9

**MATTHEW** [1] - 2:13

**Matthew** [1] - 5:6

**mean** [42] - 8:13, 9:5, 15:10, 33:7, 43:18, 44:5, 45:4, 60:15, 86:17, 89:2, 90:10, 97:24, 121:15, 123:6, 130:25, 141:12, 148:5,

157:18, 177:12, 190:7, 220:12, 224:3, 235:6, 244:11, 245:12, 246:5, 247:14, 247:25, 273:25, 277:21, 278:3, 282:9, 283:16, 287:22, 293:21, 295:22, 304:16, 307:16, 324:12, 327:14, 331:19, 334:3

**meaning** [1] - 293:20

**means** [17] - 15:4, 15:5, 15:18, 17:4, 17:12, 34:12, 43:25, 47:25, 48:6, 86:18, 167:25, 245:15, 324:13, 324:15, 329:3, 329:4, 329:5

**meant** [13] - 131:6, 148:15, 148:17, 150:4, 150:6, 151:13, 157:21, 183:24, 184:18, 222:23, 280:25, 329:3, 329:23

**measure** [1] - 141:2

**media** [4] - 134:20, 301:14, 301:18, 335:6

**medical** [1] - 143:3

**medium** [1] - 102:24

**meet** [20] - 25:5, 43:12, 51:7, 51:12, 51:14, 51:15, 79:12, 81:8, 96:22, 106:18, 108:7, 155:12, 187:19, 225:20, 226:4, 282:22, 282:25, 283:2, 326:2, 332:15

**meeting** [55] - 11:11, 34:21, 35:5, 35:9, 38:6, 39:4, 41:3, 41:5, 42:2, 42:8, 48:14, 49:9, 49:11, 49:24, 51:13, 55:5, 56:5, 56:7, 56:12, 56:20, 56:21, 57:3, 57:13, 58:2, 58:15, 58:23, 58:25, 69:3, 72:16, 75:20, 76:20, 77:6, 77:10, 78:3, 78:9, 78:23, 79:5, 79:16, 80:9, 81:24, 89:17, 89:18, 97:11, 97:23, 99:14, 99:15, 99:16, 106:10, 116:4, 125:21, 187:15, 278:8, 289:9

**meetings** [80] - 38:8, 41:4, 41:7, 41:8, 41:13, 41:14, 41:22, 41:25, 42:15, 42:20, 42:24, 43:22, 45:3, 47:5, 47:12, 48:10, 48:17, 48:21, 49:8, 49:15, 50:3, 50:10, 50:13, 50:14, 50:21, 51:6, 51:21, 52:9, 52:13,

52:21, 53:15, 53:22, 54:6, 54:19, 55:2, 55:8, 55:9, 57:16, 57:18, 58:7, 74:25, 76:3, 76:8, 76:10, 76:14, 77:5, 77:8, 77:12, 77:17, 79:2, 80:18, 80:23, 81:6, 81:10, 81:21, 82:21, 82:25, 83:2, 83:3, 83:16, 83:23, 83:24, 83:25, 84:14, 87:24, 89:5, 89:8, 90:9, 97:4, 97:11, 98:2, 101:25, 185:10, 185:14, 185:18, 187:21, 235:11, 290:2

**member** [20] - 8:24, 9:6, 29:20, 81:15, 86:23, 113:14, 131:2, 136:3, 180:5, 183:5, 183:8, 183:11, 183:15, 183:16, 183:18, 183:23, 184:2, 213:16, 260:15, 335:14

**members** [15] - 8:15, 8:25, 9:15, 10:6, 17:22, 20:6, 20:8, 21:8, 62:10, 113:21, 113:22, 114:21, 197:19, 242:19, 288:24

**Members** [1] - 10:3

**membership** [2] - 8:24, 183:24

**memory** [4] - 75:9, 123:18, 286:22, 320:7

**memos** [1] - 185:22

**men** [3] - 220:3, 278:12, 325:20

**mentality** [2] - 253:15, 303:21

**mention** [5] - 11:7, 44:21, 206:7, 206:11, 206:14

**mentioned** [17] - 18:6, 19:18, 21:24, 29:11, 47:4, 58:9, 80:13, 82:20, 103:18, 112:4, 120:21, 138:18, 152:8, 153:7, 164:15, 206:10, 261:4

**mentor** [1] - 292:22

**Meshal** [4] - 217:3, 217:14, 217:15

**mess** [1] - 31:24

**message** [4] - 89:21, 141:20, 151:3, 151:18

**messed** [1] - 146:15

**methods** [1] - 60:25

**mic** [2] - 285:24, 316:11

**microphone** [2] - 145:23, 191:18

**middle** [3] - 45:18, 289:23, 331:9

- Y O U S E F -

**Mike** [1] - 33:21
**military** [21] - 11:12, 12:11, 12:16, 13:21, 14:5, 14:6, 18:2, 20:23, 21:12, 44:12, 44:18, 44:22, 45:5, 52:24, 53:3, 53:5, 76:22, 77:4, 116:21, 116:24, 278:11
**MILLER** [1] - 2:8
**Miller** [1] - 2:14
**millimeter** [1] - 237:14
**millimeters** [1] - 237:16
**mind** [6] - 20:21, 30:8, 81:4, 94:25, 203:5, 309:23
**minded** [1] - 293:7
**mine** [2] - 200:5, 229:21
**minimum** [6] - 121:5, 188:14, 188:19, 201:18, 204:17, 204:25
**minister** [1] - 306:6
**ministry** [2] - 91:5, 91:8
**Ministry** [1] - 91:6
**minor** [1] - 272:2
**minute** [3] - 123:21, 165:24, 322:14
**minutes** [5] - 83:25, 106:16, 159:18, 174:11, 337:12
**misheard** [1] - 319:10
**mislead** [1] - 161:24, 209:4
**misleading** [3] - 86:16, 162:13, 172:17
**mismanagement** [1] - 303:10
**mispronounced** [1] - 245:8
**missed** [1] - 302:21
**missiles** [1] - 185:3
**missing** [1] - 122:13
**mission** [1] - 302:4
**mistake** [9] - 46:11, 92:18, 92:20, 145:20, 146:10, 311:20, 311:23, 312:4, 314:14
**mistaken** [5] - 53:25, 80:17, 117:21, 119:4, 224:16
**mistakes** [2] - 147:6, 331:15
**misunderstood** [1] - 291:18
**mix** [1] - 309:10
**mixed** [1] - 32:18
**moderate** [6] - 213:19, 213:21, 213:25, 214:12, 215:17, 215:23
**Mohamed** [1] - 114:5

**Mohammed** [6] - 69:11, 70:10, 70:16, 70:21, 118:23
**Molotov** [1] - 17:25
**mom** [2] - 244:23, 245:2
**moment** [3] - 13:21, 156:3, 211:11
**Money** [1] - 175:14
**money** [81] - 71:14, 72:19, 72:25, 73:3, 73:5, 73:8, 73:14, 77:23, 84:6, 84:9, 85:3, 85:15, 85:17, 86:25, 87:14, 93:9, 120:22, 121:10, 121:14, 121:16, 121:22, 123:5, 136:16, 136:18, 137:11, 157:4, 160:14, 173:19, 173:21, 173:24, 174:2, 174:8, 174:9, 174:14, 174:24, 174:25, 175:8, 175:9, 175:14, 184:11, 215:2, 215:3, 222:19, 222:20, 222:22, 222:24, 224:10, 233:3, 233:22, 233:25, 234:7, 234:11, 238:9, 238:10, 239:24, 240:22, 241:21, 241:23, 243:9, 244:8, 244:16, 244:21, 246:11, 246:14, 246:18, 247:3, 249:17, 258:3, 259:2, 261:16, 262:5, 262:10, 265:9, 275:23, 275:24, 282:4, 302:5, 302:10, 302:24, 303:8, 303:12
**monitor** [1] - 216:11
**Montecito** [2] - 320:2, 320:3
**MONTECITO** [1] - 320:3
**month** [14] - 55:22, 88:21, 93:9, 93:15, 123:6, 222:3, 222:7, 222:8, 222:11, 222:12, 223:5, 248:21, 249:7
**months** [16] - 78:5, 80:7, 104:7, 105:15, 115:5, 115:11, 119:9, 178:7, 205:16, 218:21, 218:22, 221:9, 248:8, 279:25, 306:23, 317:5
**morally** [1] - 119:15
**Mordecai** [1] - 216:4
**Mordechai** [1] - 5:10
**morning** [8] - 5:24, 5:25, 22:24, 23:14, 185:10, 201:8, 201:9, 205:11
**Mosaab** [1] - 4:7
**MOSAAB** [1] - 5:17
**MOSAB** [1] - 338:21

**Mosab** [11] - 46:23, 87:10, 87:11, 94:19, 125:4, 159:25, 160:6, 202:6, 202:24, 218:6, 285:3
**mosque** [1] - 109:15
**Mosque** [3] - 22:25, 23:10, 23:19
**Mossad** [1] - 306:4
**mostly** [4] - 52:23, 186:9, 246:12, 333:6
**mother** [2] - 13:23, 244:13
**motion** [4] - 27:16, 28:4, 28:7, 28:21
**Motion** [1] - 28:16
**motions** [2] - 28:2, 28:19
**motivated** [1] - 19:16
**motivation** [2] - 19:11, 20:21
**motivations** [1] - 74:16
**Mount** [10] - 22:23, 22:24, 23:19, 23:22, 24:2, 24:24, 25:13, 29:15, 30:16, 39:5
**Mousleh** [2] - 10:9, 10:12
**MOUSLEH** [1] - 10:13
**mouth** [7] - 74:15, 97:8, 134:17, 149:3, 164:14, 261:19, 279:21
**mouths** [1] - 280:23
**move** [18] - 27:4, 30:18, 69:2, 145:25, 163:8, 170:6, 173:12, 185:7, 216:17, 230:17, 268:17, 269:8, 269:13, 270:11, 294:15, 316:6, 316:19, 319:23
**Move** [2] - 27:13, 28:15
**moved** [5] - 70:8, 106:5, 169:22, 317:5, 319:22
**movement** [23] - 8:7, 8:15, 8:16, 9:6, 9:7, 9:17, 9:18, 12:5, 12:6, 13:19, 13:23, 13:25, 14:8, 26:24, 29:21, 30:9, 33:6, 33:13, 39:21, 40:25, 74:14, 148:9, 152:2
**movie** [11] - 123:18, 252:11, 252:12, 252:18, 252:21, 256:8, 256:9, 256:14, 256:20, 256:22, 257:12
**Movies** [1] - 257:9
**movies** [6] - 210:24, 252:10, 257:6, 257:14, 257:24, 272:25
**moving** [1] - 170:8
**Mr** [94] - 4:7, 4:15, 16:14,

16:18, 25:5, 28:22, 32:3, 35:19, 42:17, 46:23, 47:4, 47:6, 50:12, 63:13, 71:3, 83:22, 94:19, 95:15, 102:9, 102:12, 102:17, 110:17, 110:21, 125:4, 144:12, 146:4, 149:18, 153:3, 153:6, 154:22, 156:14, 159:25, 160:7, 160:14, 163:17, 164:7, 164:10, 165:3, 171:25, 172:7, 172:18, 173:13, 174:7, 174:17, 175:20, 176:20, 185:9, 191:14, 191:17, 191:24, 192:6, 194:3, 202:19, 203:9, 203:12, 209:23, 216:10, 218:6, 218:11, 227:17, 254:23, 257:20, 263:14, 266:23, 268:11, 268:21, 268:25, 270:21, 271:9, 272:23, 277:17, 285:3, 285:8, 285:10, 285:12, 300:9, 307:23, 310:11, 313:13, 313:23, 314:6, 314:20, 315:19, 315:21, 326:21, 326:23, 327:23, 330:24, 330:25, 334:10, 336:13
**MR** [485] - 4:21, 5:2, 5:7, 5:13, 5:14, 5:23, 12:17, 12:25, 13:5, 13:9, 13:13, 14:13, 14:15, 14:20, 14:22, 15:8, 15:12, 15:14, 15:19, 15:23, 16:5, 16:10, 16:13, 21:6, 23:5, 24:6, 24:22, 26:6, 27:4, 27:13, 27:15, 27:17, 27:21, 28:8, 28:15, 28:18, 28:20, 28:22, 28:24, 29:2, 29:10, 29:17, 30:18, 30:21, 30:22, 31:2, 31:4, 31:11, 31:17, 31:18, 31:20, 31:25, 32:7, 32:9, 32:16, 32:22, 33:16, 33:20, 33:22, 34:5, 34:7, 34:11, 34:13, 34:20, 34:24, 35:2, 35:4, 35:8, 35:13, 35:18, 35:20, 35:21, 35:24, 36:2, 36:4, 36:15, 36:18, 36:21, 36:22, 36:24, 37:2, 37:3, 37:5, 37:9, 37:16, 37:22, 37:25, 38:21, 39:2, 39:17, 39:25, 43:20, 43:24, 44:2,

45:14, 45:17, 45:22,
45:24, 46:6, 46:12,
46:14, 47:3, 48:9,
48:12, 48:18, 50:5,
54:17, 54:25, 60:9,
60:16, 60:18, 60:21,
61:4, 63:8, 63:13,
63:23, 64:3, 64:12,
64:19, 64:20, 64:22,
65:22, 66:7, 66:24,
67:6, 69:12, 71:5, 71:7,
72:22, 73:16, 74:2,
76:15, 77:9, 77:18,
78:16, 78:21, 78:25,
80:21, 80:22, 81:2,
81:23, 82:7, 82:23,
83:3, 83:4, 83:13,
83:19, 83:20, 84:4,
85:5, 85:20, 85:23,
86:10, 86:15, 89:12,
90:12, 90:16, 91:20,
92:13, 92:22, 93:3,
93:16, 93:25, 94:2,
94:6, 94:8, 94:11,
94:23, 95:8, 95:11,
95:13, 95:15, 95:16,
95:17, 95:19, 96:2,
96:8, 96:12, 96:19,
97:6, 97:12, 98:9,
98:15, 98:19, 99:3,
99:9, 99:24, 100:7,
100:11, 100:19, 100:21,
100:22, 100:24, 101:9,
101:15, 101:17, 101:19,
101:20, 102:9, 102:12,
102:14, 102:16, 102:19,
102:21, 102:23, 102:25,
103:3, 103:5, 103:7,
103:10, 103:12, 103:15,
103:23, 104:2, 105:17,
105:25, 108:4, 108:12,
109:2, 110:4, 110:16,
111:8, 111:11, 111:12,
111:14, 111:15, 111:20,
111:25, 112:6, 112:21,
115:12, 115:15, 115:22,
117:4, 118:2, 118:4,
118:6, 118:10, 119:17,
119:25, 120:10, 120:24,
121:8, 121:19, 121:23,
122:12, 122:13, 122:15,
122:22, 123:10, 123:12,
123:15, 123:19, 123:21,
123:22, 123:25, 124:7,
124:10, 124:12, 124:16,
124:18, 124:20, 124:24,
125:2, 125:3, 127:21,
130:11, 132:17, 133:6,
133:9, 134:18, 137:24,
138:6, 138:9, 140:2,

143:5, 143:15, 143:23,
144:5, 144:8, 145:25,
149:10, 149:15, 155:2,
155:6, 155:9, 155:11,
155:14, 159:13, 159:16,
160:23, 160:25, 161:20,
161:23, 162:2, 162:6,
162:11, 162:12, 162:15,
164:8, 164:11, 164:13,
164:15, 164:19, 164:22,
164:25, 165:3, 165:5,
165:7, 165:10, 165:11,
165:13, 165:15, 165:20,
165:22, 165:23, 166:5,
167:5, 167:8, 167:10,
167:12, 167:15, 167:17,
167:20, 167:21, 167:22,
168:8, 168:12, 168:15,
168:16, 168:19, 168:22,
169:6, 169:8, 169:9,
169:11, 170:13, 171:6,
171:11, 171:14, 171:17,
171:23, 171:25, 172:6,
172:10, 172:11, 173:6,
175:24, 176:2, 190:12,
190:17, 191:13, 191:16,
191:19, 191:21, 191:22,
192:12, 193:17, 193:21,
193:23, 193:24, 194:2,
194:19, 197:13, 197:15,
198:3, 198:5, 202:12,
202:18, 202:19, 202:24,
203:2, 203:6, 203:8,
208:11, 208:13, 208:15,
208:22, 208:24, 209:2,
214:15, 216:3, 216:7,
216:13, 216:17, 216:20,
216:21, 217:22, 217:24,
218:10, 224:12, 224:14,
224:16, 226:11, 228:13,
228:20, 229:7, 229:8,
229:10, 229:14, 234:15,
236:7, 236:9, 236:11,
237:12, 239:9, 245:14,
251:15, 253:6, 255:9,
255:11, 255:12, 256:21,
269:20, 270:2, 270:4,
270:6, 270:8, 270:10,
270:12, 270:13, 270:15,
270:18, 270:19, 284:17,
284:20, 285:7, 285:23,
286:14, 286:16, 286:18,
286:23, 286:25, 287:18,
287:24, 289:13, 297:12,
297:17, 298:17, 298:22,
298:25, 299:3, 299:7,
309:13, 309:16, 309:20,
311:2, 313:17, 313:19,
314:4, 314:6, 315:7,
315:18, 323:5, 323:8,

324:3, 324:6, 324:8,
324:9, 324:11, 324:16,
324:18, 324:19, 324:22,
324:24, 324:25, 325:3,
327:3, 327:5, 327:20,
328:6, 330:19, 330:21,
331:11, 332:2, 332:8,
332:21, 332:23, 334:5,
338:2, 338:6, 338:9,
338:11, 339:22, 339:23
**Muhammad** [1] - 280:20
**MUHANAD** [1] - 69:12
**Mukata** [5] - 80:15, 80:20,
81:7, 82:13, 82:15
**multi** [1] - 308:16
**municipality** [2] - 226:21,
226:22
**Muppet** [1] - 111:10
**murdered** [2] - 140:4,
189:3
**Muslim** [2] - 290:22,
328:18
**Muslims** [1] - 293:16
**Muslin** [7] - 10:2, 11:13,
12:2, 12:4, 12:12,
12:15, 13:14
**Mustafa** [5] - 147:14,
148:2, 148:21, 150:12
**myself** [20] - 17:23,
23:20, 88:10, 90:23,
113:19, 116:22, 182:16,
188:20, 201:23, 204:6,
211:7, 238:8, 268:7,
280:14, 291:22, 291:24,
292:5, 326:18, 326:19
**mystery** [1] - 173:7

## N

**N-A-F-I-S** [1] - 231:24
**N.W** [1] - 2:9
**Nablus** [2] - 11:5, 58:18
**Nafez** [2] - 231:23,
231:24
**NAFEZ** [1] - 232:2
**nail** [4] - 37:21, 156:17,
156:25, 157:22
**name** [61] - 8:9, 40:25,
53:18, 54:24, 69:4,
69:14, 69:15, 71:22,
71:23, 72:2, 87:9, 88:2,
88:3, 97:10, 117:19,
164:7, 195:7, 202:22,
227:15, 227:18, 230:7,
230:19, 231:13, 231:14,
231:16, 231:17, 232:7,
232:9, 235:2, 235:3,
239:12, 261:6, 276:7,
276:9, 282:23, 283:22,
283:24, 287:12, 288:9,

288:12, 288:14, 288:16,
288:18, 288:22, 289:19,
289:20, 290:15, 290:16,
291:10, 295:5, 300:8,
313:5, 313:8, 313:9,
317:16, 317:18, 319:16
**named** [6] - 29:12,
103:19, 117:16, 251:22,
294:19, 296:24
**names** [19] - 7:13, 52:17,
53:8, 53:10, 53:13,
69:11, 72:4, 97:14,
202:16, 229:5, 232:13,
289:3, 289:21, 295:16,
295:18, 317:19, 320:18,
320:20
**narration** [1] - 111:3
**narrative** [4] - 50:6,
112:23, 130:19, 334:6
**narrow** [1] - 238:13
**NASSAU** [1] - 340:5
**national** [3] - 96:14,
97:16, 97:18
**nationalist** [1] - 179:8
**natural** [1] - 127:12
**nature** [2] - 215:13,
244:12
**needs** [1] - 36:16
**negative** [1] - 29:5
**negotiations** [7] - 30:11,
30:12, 39:9, 39:10,
39:12, 40:17, 61:14
**network** [2] - 216:5,
216:24
**NEW** [2] - 1:2, 340:4
**newborn** [1] - 13:25
**news** [1] - 18:4
**newspaper** [1] - 100:9
**Nice** [1] - 235:21
**night** [4] - 25:16, 25:17,
67:21, 254:14
**nights** [1] - 255:14
**nighttime** [1] - 69:2
**nine** [3] - 195:22, 210:17,
237:14
**no"** [4] - 162:18, 297:4,
297:23, 327:14
**nobody** [4] - 89:20,
137:3, 202:15, 317:21
**noise** [1] - 216:15
**Non** [1] - 1:16
**Non-Party** [1] - 1:16
**Normally** [2] - 154:18,
282:19
**north** [1] - 74:9
**Notary** [3] - 1:21, 5:21,
340:8
**NOTARY** [1] - 338:25
**note** [1] - 5:7

- Y O U S E F -

**notebook** [1] - 338:9
**notes** [17] - 55:11, 58:10, 74:24, 75:4, 76:2, 76:13, 77:11, 77:14, 89:6, 185:23, 186:5, 186:6, 186:8, 186:17, 186:18, 186:20, 186:25
**noticed** [1] - 166:10
**notion** [1] - 192:17
**November** [2] - 286:9, 286:10
**number** [10] - 159:12, 170:13, 174:10, 211:17, 217:15, 242:19, 248:16, 255:4, 316:14, 332:12
**numbers** [1] - 8:25

# O

**oath** [10] - 3:12, 195:17, 200:19, 210:12, 211:11, 264:8, 266:6, 266:8, 266:9, 266:12
**Ob** [1] - 37:2
**object** [26] - 12:25, 13:6, 44:3, 45:14, 50:5, 63:9, 64:15, 78:17, 90:12, 99:25, 101:18, 105:18, 108:4, 108:8, 110:20, 111:4, 117:4, 118:4, 118:6, 118:11, 119:17, 122:22, 124:7, 138:13, 155:2, 270:17
**objected** [4] - 35:6, 71:7, 100:3, 208:16
**objection** [39] - 12:18, 13:7, 14:20, 15:22, 16:6, 27:20, 27:23, 27:25, 31:22, 32:12, 32:19, 32:21, 36:8, 48:18, 60:16, 64:23, 65:22, 67:6, 72:23, 91:22, 93:25, 97:6, 97:12, 98:9, 98:19, 99:9, 110:17, 121:8, 143:7, 144:3, 149:19, 162:3, 162:4, 193:21, 234:19, 288:5, 297:13, 299:4, 324:7
**Objection** [86] - 14:13, 15:8, 21:6, 23:5, 24:22, 26:6, 28:8, 29:17, 34:20, 34:24, 35:13, 35:18, 38:21, 39:2, 39:17, 39:25, 43:20, 46:6, 46:12, 60:9, 63:23, 64:3, 66:7, 66:24, 73:16, 74:2, 76:15, 77:9, 77:18, 80:21, 81:23, 82:7,

82:23, 83:4, 83:13, 84:4, 85:5, 85:20, 86:10, 86:15, 89:12, 92:13, 92:22, 93:3, 93:16, 96:8, 96:19, 98:15, 99:3, 100:7, 103:23, 105:25, 109:2, 112:6, 112:21, 115:12, 115:15, 115:22, 119:25, 120:10, 120:24, 121:19, 121:23, 132:17, 134:18, 137:24, 138:6, 143:5, 161:20, 161:23, 194:19, 202:12, 224:12, 228:13, 228:20, 239:9, 251:15, 269:20, 270:2, 297:12, 323:5, 331:11, 332:2, 332:8, 332:21, 334:5
**objections** [11] - 3:22, 13:11, 16:2, 27:22, 28:3, 60:18, 60:21, 61:4, 78:21, 78:25, 171:3
**objective** [1] - 14:11
**objectives** [1] - 14:18
**obligated** [1] - 166:12
**obligation** [1] - 166:7
**observe** [1] - 328:14
**observing** [1] - 5:11
**obtain** [3] - 21:9, 192:2, 327:11
**obtained** [2] - 125:12, 233:25
**obvious** [5] - 42:10, 84:22, 177:21, 280:2, 329:22
**obviously** [8] - 102:5, 108:6, 128:15, 128:18, 240:5, 249:10, 288:24, 304:25
**Obviously** [3] - 128:14, 286:5, 330:11
**occasion** [2] - 57:25, 72:14
**occasions** [1] - 237:23
**occupation** [3] - 139:4, 139:10, 139:12
**occupied** [1] - 274:21
**occur** [1] - 124:4
**occurred** [1] - 170:12
**October** [8] - 95:14, 95:18, 100:18, 102:10, 102:22, 230:23, 306:11, 306:12
**Odeh** [1] - 69:4
**OF** [3] - 1:2, 340:4, 340:5
**OFF** [1] - 230:12
**offense** [3] - 203:20, 205:6, 205:9
**offered** [1] - 314:4

**Office** [1] - 4:23
**OFFICE** [1] - 2:4
**office** [23] - 50:11, 51:9, 51:13, 51:14, 70:13, 79:16, 81:13, 82:3, 82:4, 82:9, 82:10, 82:14, 88:4, 88:7, 225:22, 225:23, 226:7, 226:18, 227:15, 243:20, 275:21
**offices** [4] - 4:12, 42:5, 51:17, 59:3
**Offices** [2] - 1:19, 4:13
**official** [1] - 10:17
**officially** [2] - 99:2, 183:23
**oh** [3] - 170:3, 170:10, 267:12
**Oh** [1] - 311:16
**okay** [10] - 30:21, 35:20, 133:12, 235:14, 267:12, 269:6, 269:12, 309:15, 315:10, 334:10
**Okay** [55] - 7:5, 27:6, 34:15, 35:8, 45:14, 48:25, 50:16, 56:6, 56:22, 66:15, 91:10, 95:13, 101:17, 101:19, 108:12, 129:4, 132:2, 135:25, 136:2, 148:12, 148:24, 149:15, 158:10, 163:14, 172:9, 189:12, 189:17, 189:18, 190:6, 192:9, 200:4, 200:20, 201:4, 210:4, 212:25, 213:25, 237:18, 238:15, 239:24, 243:6, 256:11, 264:11, 264:13, 268:17, 271:8, 275:3, 282:3, 289:15, 297:25, 301:3, 307:22, 322:3, 323:8, 324:2, 338:2
**old** [4] - 226:21, 226:25, 227:2, 314:9
**omits** [2] - 209:14, 209:15
**ones** [5] - 55:6, 55:11, 62:9, 200:19, 289:4
**open** [9] - 136:15, 191:9, 191:11, 191:24, 192:10, 192:18, 193:2, 193:7, 327:4
**opened** [3] - 20:9, 273:16, 280:23
**opening** [1] - 4:6
**operate** [2] - 232:20, 265:3
**operated** [1] - 132:6
**operating** [1] - 131:4
**operation** [6] - 69:7,

214:14, 263:7, 264:2, 272:12, 303:5
**operational** [2] - 259:21, 270:23
**operations** [5] - 138:21, 215:22, 279:15, 284:12
**operator** [1] - 132:6
**opinion** [39] - 16:11, 16:14, 27:5, 28:12, 30:19, 31:7, 31:8, 31:15, 32:14, 45:11, 45:12, 45:15, 46:13, 48:19, 63:10, 64:14, 64:15, 64:17, 65:7, 66:9, 73:18, 74:3, 76:16, 78:18, 96:9, 105:20, 108:10, 109:3, 112:22, 117:5, 119:21, 157:13, 157:24, 177:5, 177:8, 313:21, 334:6, 334:10, 334:11
**opinions** [11] - 30:24, 31:9, 32:5, 32:11, 32:18, 40:20, 65:25, 67:2, 90:13, 103:25, 119:18
**opportunity** [5] - 6:22, 92:2, 204:6, 204:7, 208:18
**opposed** [2] - 30:12, 236:22
**opposing** [1] - 171:4
**opposite** [2] - 30:11, 78:7
**opposition** [3] - 24:14, 337:4, 337:7
**option** [1] - 335:11
**options** [1] - 238:6
**Order** [1] - 1:17
**order** [6] - 13:15, 28:17, 161:22, 182:16, 221:14, 254:4
**organic** [2] - 246:7, 272:24
**organization** [28] - 8:2, 8:4, 12:7, 20:15, 20:19, 20:24, 26:11, 53:5, 54:21, 62:14, 66:13, 66:17, 74:12, 82:5, 85:21, 96:16, 97:22, 113:13, 121:17, 129:6, 152:3, 179:25, 180:11, 180:12, 180:24, 241:24, 254:22, 303:24
**Organization** [2] - 4:10, 5:4
**ORGANIZATION** [1] - 1:8
**organize** [2] - 77:2, 97:20
**organizing** [1] - 96:22
**original** [5] - 3:9, 3:17, 119:8, 198:17, 293:17

**Orman** [3] - 117:16, 117:17, 118:23
**ours** [2] - 28:19, 193:16
**outcome** [2] - 78:13, 340:18
**outrage** [1] - 154:13
**outside** [18] - 51:3, 56:17, 56:24, 57:3, 57:8, 57:12, 57:16, 59:4, 67:18, 68:23, 69:23, 77:14, 98:6, 105:22, 106:19, 165:18, 183:16, 185:14
**overhear** [1] - 185:19
**overheard** [2] - 83:24, 281:12
**OW** [1] - 230:8
**owed** [1] - 233:14
**owned** [4] - 50:4, 50:8, 50:22, 243:24
**owns** [4] - 234:13, 234:15, 234:19, 234:22

**P**

**p.m** [10] - 94:14, 94:21, 159:21, 160:3, 218:2, 218:8, 284:22, 285:5, 315:12, 315:16
**P.M** [1] - 338:15
**PA** [61] - 27:9, 40:16, 41:16, 42:9, 42:13, 44:9, 45:7, 61:12, 61:13, 62:23, 66:21, 67:13, 67:14, 67:19, 67:22, 69:22, 70:17, 89:23, 91:8, 91:9, 91:15, 92:16, 104:25, 106:19, 115:18, 119:13, 120:19, 121:21, 122:24, 139:8, 139:15, 140:6, 146:13, 157:20, 160:15, 177:10, 178:21, 178:23, 179:21, 179:24, 180:9, 180:12, 180:15, 180:19, 180:24, 181:8, 182:6, 183:9, 184:14, 235:15, 241:24, 242:6, 242:8, 242:9, 277:7, 278:25, 294:9, 294:11
**Page** [3] - 198:5, 311:4, 311:14
**PAGE** [3] - 339:4, 339:11, 339:21
**page** [15] - 6:10, 131:25, 147:13, 147:18, 149:25, 195:22, 197:11, 198:3, 210:16, 297:8, 308:25, 309:25, 310:18, 310:23, 311:17

**pages** [2] - 63:11, 192:25
**paid** [56] - 50:25, 51:2, 67:19, 69:21, 84:7, 85:12, 85:17, 85:25, 86:23, 87:6, 87:19, 87:23, 88:7, 88:9, 88:12, 88:24, 90:19, 90:20, 92:11, 92:16, 92:17, 92:20, 92:24, 93:8, 120:23, 122:3, 137:11, 137:15, 137:16, 137:18, 179:17, 180:6, 181:5, 183:10, 184:10, 223:14, 223:16, 224:3, 224:6, 224:11, 224:21, 233:5, 233:7, 233:12, 233:22, 238:4, 248:6, 248:9, 248:20, 249:3, 249:8, 249:14, 254:8, 255:20, 256:4, 282:3
**PALESTINE** [1] - 1:8
**Palestine** [8] - 4:9, 5:4, 47:18, 53:24, 54:14, 148:7, 150:9, 269:3
**Palestinian** [101] - 11:17, 11:19, 22:10, 22:12, 23:9, 23:25, 25:22, 25:24, 26:4, 26:9, 26:14, 26:25, 30:7, 39:13, 39:20, 40:23, 41:10, 41:19, 41:24, 47:14, 48:3, 48:13, 48:16, 49:14, 50:2, 50:9, 50:23, 51:2, 51:5, 51:16, 58:18, 61:5, 61:23, 61:24, 62:2, 62:6, 62:17, 62:25, 65:9, 65:15, 66:17, 70:3, 70:8, 78:4, 81:14, 82:10, 84:10, 84:15, 85:14, 85:24, 88:13, 88:17, 88:19, 88:23, 89:19, 92:12, 93:8, 97:17, 97:25, 99:17, 104:6, 104:23, 105:11, 105:22, 106:5, 106:7, 107:8, 109:6, 109:11, 112:13, 113:12, 121:10, 123:3, 130:4, 133:20, 135:8, 135:15, 135:21, 139:2, 141:5, 141:8, 141:13, 142:3, 142:16, 142:19, 145:7, 150:18, 157:14, 176:5, 178:2, 179:10, 204:20, 214:20, 216:24, 235:9, 244:17, 244:19, 244:20, 250:12, 282:6, 302:23
**Palestinians** [3] - 117:18, 146:20, 146:21

**paper** [1] - 336:13
**paragraph** [3] - 197:17, 203:19, 311:6
**Pardon** [1] - 333:3
**parents** [4] - 85:16, 121:10, 336:4, 336:7
**part** [29] - 9:3, 11:23, 19:22, 20:23, 21:16, 21:18, 24:4, 24:7, 34:11, 41:21, 56:12, 56:21, 156:15, 171:16, 179:13, 200:15, 200:25, 201:7, 212:20, 212:22, 213:3, 233:4, 234:2, 247:17, 254:3, 277:14, 279:9, 292:18, 312:15
**participated** [1] - 83:17
**participating** [3] - 198:12, 200:23, 203:15
**participation** [1] - 257:19
**parties** [4] - 3:7, 157:4, 214:9, 340:16
**partner** [3] - 231:23, 232:19, 232:23
**partners** [1] - 119:16
**party** [7] - 13:22, 158:17, 174:15, 264:19, 267:19, 282:7, 282:9
**Party** [1] - 1:16
**passed** [2] - 306:13, 331:25
**pasted** [1] - 100:9
**pastor** [1] - 291:11
**pay** [17] - 84:10, 121:25, 123:4, 184:14, 221:23, 222:2, 227:3, 233:8, 233:14, 239:5, 241:8, 247:22, 248:2, 248:21, 281:19, 334:12, 335:2
**paycheck** [2] - 215:4, 215:5
**paying** [6] - 85:7, 87:13, 178:23, 184:15, 184:19, 221:21
**payment** [2] - 135:22, 140:5
**payments** [20] - 85:19, 85:22, 86:7, 86:13, 89:7, 89:9, 89:10, 91:2, 135:20, 135:25, 138:19, 139:2, 139:8, 139:15, 152:10, 152:14, 178:21, 179:3, 226:3
**pays** [1] - 122:24
**peace** [2] - 26:22, 150:22
**peaceful** [1] - 21:13
**penalty** [4] - 195:19, 195:24, 293:15
**pending** [3] - 28:9, 65:24, 122:16

**Pennsylvania** [5] - 163:24, 164:3, 164:12, 164:16, 164:21
**People** [2] - 127:4, 127:6
**people** [91] - 9:14, 17:20, 20:12, 21:4, 44:6, 48:23, 52:16, 52:19, 52:21, 52:22, 57:22, 62:8, 65:15, 73:9, 75:20, 79:4, 84:23, 87:23, 91:18, 92:8, 104:15, 106:20, 106:22, 113:4, 116:7, 119:5, 119:12, 126:6, 126:18, 127:10, 128:19, 134:14, 140:18, 141:7, 141:18, 142:20, 147:7, 150:24, 151:2, 154:18, 157:22, 158:14, 158:20, 175:4, 181:19, 185:6, 187:2, 187:4, 187:6, 187:8, 198:22, 204:24, 209:17, 209:25, 212:21, 213:4, 214:6, 214:8, 227:11, 241:11, 242:8, 242:22, 261:16, 265:11, 271:12, 271:13, 278:2, 281:3, 290:17, 292:17, 292:19, 293:18, 296:5, 296:14, 303:25, 308:16, 308:21, 320:21, 320:25, 321:6, 322:18, 328:13, 329:6, 329:14, 329:15, 330:5, 334:20, 334:21, 335:5, 335:6
**people's** [3] - 176:24, 212:23, 326:20
**percent** [8] - 119:14, 128:12, 131:3, 157:15, 179:6, 181:8, 311:12, 312:22
**perfect** [2] - 296:4, 335:7
**perfectly** [1] - 16:22
**period** [4] - 76:3, 201:22, 218:20, 224:2
**periods** [1] - 143:3
**Perju** [4] - 106:19, 107:2, 107:5, 107:18
**perjury** [2] - 195:19, 195:25
**permanent** [1] - 188:25
**permanently** [1] - 188:12
**permission** [1] - 150:17
**permit** [1] - 246:2
**person** [44] - 54:24, 56:12, 68:13, 72:7, 72:8, 74:6, 77:13, 87:6, 106:10, 113:9, 116:2, 122:25, 128:22, 130:20, 138:22, 139:9, 139:16,

139:23, 150:9, 154:10,
168:2, 180:8, 214:12,
239:7, 239:11, 242:13,
243:4, 259:19, 281:19,
287:8, 287:12, 292:25,
295:6, 296:12, 296:14,
296:24, 296:25, 297:11,
301:8, 302:20, 303:23,
312:23, 313:15
**personal** [22] - 8:21,
18:5, 19:14, 22:17,
22:18, 30:13, 67:16,
69:8, 82:4, 86:3, 86:4,
86:13, 86:17, 87:17,
108:15, 108:17, 122:4,
122:10, 177:16, 258:4,
305:16, 321:5
**personalities** [1] - 296:17
**personally** [22] - 17:15,
17:16, 42:16, 42:21,
43:23, 51:22, 52:10,
52:14, 54:20, 55:9,
55:12, 65:3, 65:5,
70:15, 71:10, 83:16,
83:23, 90:20, 116:19,
136:19, 144:14, 157:7
**Personally** [1] - 186:4
**PFLP** [2] - 47:19, 53:16
**Phoenix** [2] - 5:19, 318:2
**phone** [9] - 56:11,
106:17, 156:6, 159:12,
168:3, 217:15, 255:4,
276:25, 283:4
**phonetic** [1] - 120:14
**Photocopy** [1] - 339:15
**photocopy** [4] - 131:17,
309:18, 310:3, 310:12
**phrase** [3] - 95:3, 95:21,
169:16
**picture** [2] - 61:12, 61:19
**piece** [1] - 280:23
**Pieces** [1] - 281:4
**place** [38] - 23:15, 23:16,
40:5, 50:3, 50:10,
50:14, 50:15, 50:21,
55:4, 55:17, 56:13,
57:13, 58:3, 58:16,
70:9, 79:17, 80:7,
80:19, 81:7, 81:10,
81:21, 81:25, 90:8,
107:9, 119:24, 221:17,
223:20, 233:9, 233:15,
234:12, 255:6, 278:13,
290:7, 317:3, 317:6,
317:15, 317:18, 319:20
**places** [4] - 243:21,
290:7, 308:20, 317:11
**placing** [1] - 332:6
**PLAINTIFF** [1] - 1:4
**plaintiff** [3] - 4:25, 169:2,

282:10
**Plaintiff** [2] - 1:16, 2:4
**Plaintiff's** [2] - 95:25,
101:8
**PLAINTIFF'S** [1] - 339:2
**plaintiff's** [1] - 5:10
**plaintiffs** [5] - 158:2,
160:13, 161:13, 173:17,
174:7
**plan** [13] - 18:21, 18:23,
19:2, 19:5, 19:7, 19:10,
20:23, 20:24, 21:15,
40:4, 40:5, 62:23, 90:6
**planned** [5] - 21:3,
117:13, 147:10, 209:18,
209:25
**planning** [5] - 20:18,
21:4, 21:18, 90:7,
249:19
**plans** [1] - 38:5
**plastic** [1] - 145:4
**Platinum** [4] - 273:24,
273:25, 274:2, 274:4
**play** [2] - 265:11, 267:15
**please** [30] - 4:19, 5:16,
6:6, 27:19, 36:25,
45:12, 50:20, 66:3,
100:21, 101:6, 110:21,
110:23, 111:16, 165:24,
166:2, 190:5, 190:11,
190:20, 204:22, 229:5,
253:3, 283:24, 288:3,
299:12, 300:24, 309:19,
310:23, 314:8, 322:2,
323:9
**Please** [5] - 149:10,
216:20, 253:8, 271:14,
328:4
**PLO** [32] - 5:5, 26:21,
26:25, 27:9, 42:9,
42:14, 50:23, 50:25,
51:2, 61:13, 66:21,
67:22, 68:5, 81:19,
82:9, 89:20, 89:23,
127:16, 150:10, 150:23,
160:15, 176:5, 177:10,
178:2, 214:10, 214:24,
215:3, 215:5, 265:3,
267:8, 267:17, 333:12
**plot** [1] - 265:3
**point** [28] - 19:10, 20:13,
45:19, 61:23, 62:5,
62:24, 79:24, 94:2,
94:4, 94:5, 146:16,
146:24, 152:6, 153:23,
154:8, 198:25, 216:25,
219:9, 219:13, 238:9,
240:6, 245:25, 277:17,
300:22, 307:6, 317:24,
326:8, 330:20

**pointed** [1] - 172:15
**points** [3] - 64:7, 65:19,
225:25
**policy** [11] - 142:13,
142:16, 142:17, 144:17,
144:19, 146:25, 147:23,
153:16, 153:24, 154:8,
154:15
**political** [10] - 13:22,
17:9, 19:15, 27:12,
77:5, 80:2, 99:22,
201:18, 204:18, 205:3
**poorly** [1] - 177:13
**popular** [3] - 30:3, 30:6,
30:10
**popularity** [4] - 30:14,
62:6, 67:24, 68:4
**portray** [1] - 169:19
**pose** [2] - 12:17, 28:14
**posed** [1] - 168:17
**position** [4] - 33:4, 40:15,
157:19, 217:19
**positive** [1] - 29:6
**possession** [1] - 261:22
**possibility** [1] - 124:3
**Post** [2] - 304:23, 339:16
**post** [1] - 327:9
**potential** [1] - 195:10
**poured** [1] - 244:16
**powers** [1] - 334:15
**practically** [1] - 183:25
**predicate** [1] - 15:15
**prepare** [1] - 276:22
**prepared** [7] - 188:8,
189:9, 189:14, 191:11,
262:17, 283:6, 313:2
**presence** [1] - 166:6
**present** [16] - 34:18,
35:5, 41:13, 41:15,
42:2, 42:16, 42:21,
43:23, 47:7, 47:11,
48:10, 51:23, 54:20,
55:12, 132:12, 168:24
**PRESENT** [1] - 2:12
**presentation** [1] - 170:2
**presented** [1] - 293:25
**preserved** [1] - 27:22
**pressure** [3] - 27:11,
104:8, 130:21
**pretty** [4] - 81:3, 230:14,
246:3, 298:6
**prevent** [1] - 113:5,
115:3, 153:19
**preventive** [1] - 115:17
**previous** [1] - 63:15
**price** [2] - 334:13, 335:3
**principal** [1] - 9:13
**principle** [2] - 184:17,
185:5

**principles** [1] - 184:22
**print** [1] - 131:25
**printed** [1] - 42:4
**prior** [4] - 63:10, 117:5,
274:16, 307:8
**prison** [47] - 18:7, 18:10,
19:19, 20:2, 44:12,
45:2, 45:6, 88:14,
88:15, 88:22, 88:25,
89:3, 89:4, 90:25,
91:13, 91:25, 93:7,
93:12, 108:3, 115:18,
116:3, 116:7, 116:13,
116:18, 116:21, 119:9,
132:11, 132:12, 132:15,
132:20, 132:24, 134:22,
136:4, 180:4, 180:5,
180:8, 183:13, 197:8,
199:9, 199:11, 200:15,
205:15, 212:23, 221:7,
237:24, 238:2, 294:10
**prisoner** [18] - 88:11,
88:15, 90:20, 91:4,
91:6, 91:13, 91:16,
135:20, 135:22, 135:24,
137:11, 179:11, 179:25,
180:18, 184:23, 323:17,
328:19
**prisoner's** [2] - 91:4,
91:14
**Prisoners** [1] - 88:10
**prisoners** [19] - 44:12,
62:3, 77:23, 84:12,
84:16, 90:19, 91:17,
92:3, 92:5, 92:7, 92:9,
92:11, 93:6, 93:13,
93:19, 93:20, 122:2,
136:14, 184:23
**prisons** [2] - 17:20, 179:9
**private** [1] - 42:24
**privilege** [5] - 68:12,
163:5, 166:20, 171:13,
183:18
**privileges** [1] - 183:25
**pro** [1] - 142:5
**problem** [17] - 119:8,
142:15, 162:6, 172:13,
175:2, 177:16, 193:4,
193:25, 199:20, 199:21,
205:5, 261:2, 266:5,
295:15, 314:18, 329:13
**problems** [1] - 168:18
**Procedure** [1] - 1:18
**procedure** [1] - 336:12
**proceed** [4] - 28:7, 32:22,
124:8, 191:19
**proceeding** [2] - 247:17,
336:12
**proceedings** [1] - 5:12
**process** [5] - 11:22,

11:23, 26:23, 150:22, 325:23
**proclamations** [1] - 98:12
**produce** [5] - 102:11, 102:14, 102:18, 102:20, 169:23
**produced** [5] - 95:4, 95:14, 95:18, 100:17, 188:2
**professionally** [1] - 182:17
**profile** [4] - 49:17, 49:18, 63:2, 278:10
**profit** [1] - 258:4
**project** [1] - 175:18
**promise** [5] - 37:14, 37:19, 37:23, 156:15, 271:15
**pronounce** [1] - 171:21
**proper** [6] - 13:11, 15:24, 32:8, 50:18, 203:4, 299:6
**properties** [2] - 243:24, 244:3
**property** [1] - 307:25
**protect** [8] - 13:16, 141:25, 200:16, 201:23, 202:3, 265:16, 265:20
**protected** [1] - 335:17
**protection** [2] - 57:10, 70:2
**protective** [5] - 25:24, 25:25, 70:3, 70:4, 105:16
**protest** [4] - 23:10, 30:16, 39:5, 60:23
**prove** [4] - 45:13, 73:24, 147:3, 180:16
**proves** [1] - 177:18
**provide** [3] - 36:14, 192:15, 276:9
**provided** [3] - 125:11, 190:24, 313:21
**provider** [1] - 59:22
**provides** [1] - 292:24
**providing** [2] - 69:24, 143:2
**provoking** [1] - 154:13
**public** [13] - 24:18, 24:21, 43:4, 43:7, 47:18, 62:20, 70:8, 98:13, 148:6, 150:8, 205:25, 257:6, 300:20
**Public** [3] - 1:21, 5:21, 340:8
**PUBLIC** [1] - 338:25
**publication** [1] - 307:8
**publicity** [1] - 257:20

**publicly** [1] - 98:18
**publish** [1] - 268:5
**published** [10] - 98:25, 99:7, 99:11, 100:6, 100:12, 205:21, 252:7, 276:21, 327:10, 335:19
**publisher** [2] - 307:25, 308:2
**Publisher** [1] - 308:3
**publishing** [1] - 336:7
**pull** [3] - 131:16, 236:18, 236:20
**pulled** [2] - 36:6, 131:11
**purchase** [1] - 136:24
**purchased** [3] - 18:12, 18:16, 18:25
**purpose** [4] - 299:2, 299:3, 331:18, 331:19
**Purpose** [1] - 18:17
**purposes** [5] - 18:15, 43:16, 43:18, 129:8, 163:16
**pursuant** [1] - 1:17
**push** [1] - 294:14
**pushing** [1] - 293:23
**puts** [1] - 323:23
**putting** [2] - 149:2, 149:5, 188:18

## Q

**qualify** [1] - 312:17
**quash** [1] - 170:8
**Quds** [1] - 181:11
**question** [161] - 6:6, 6:7, 6:8, 6:10, 6:13, 12:22, 15:17, 16:23, 20:9, 21:23, 27:14, 28:9, 28:14, 28:25, 31:6, 31:8, 35:22, 35:25, 36:5, 36:17, 36:23, 37:5, 37:7, 37:8, 37:18, 45:16, 50:7, 50:18, 51:18, 63:15, 64:13, 65:2, 65:24, 66:2, 83:21, 86:20, 89:13, 89:14, 90:17, 91:21, 100:2, 105:18, 108:6, 110:5, 110:18, 111:7, 111:16, 111:19, 112:2, 118:13, 122:16, 122:17, 122:20, 124:21, 129:9, 132:18, 133:7, 135:10, 137:4, 137:17, 139:6, 142:24, 143:16, 143:20, 144:7, 146:8, 149:12, 155:8, 160:18, 160:22, 161:4, 161:6, 162:4, 166:24, 168:13, 169:16, 169:19, 171:9, 172:14,

174:18, 174:20, 175:10, 176:11, 176:16, 177:20, 178:11, 179:12, 179:13, 182:8, 182:20, 183:2, 189:21, 189:24, 193:22, 200:6, 204:9, 207:11, 207:24, 209:12, 212:5, 212:12, 212:13, 212:14, 212:17, 213:2, 214:16, 220:10, 220:22, 221:4, 224:19, 228:10, 228:14, 228:21, 237:4, 238:12, 238:21, 242:17, 242:25, 250:5, 250:16, 250:25, 252:22, 256:20, 257:17, 258:20, 258:21, 263:19, 266:10, 268:6, 268:21, 268:25, 269:14, 269:22, 269:23, 275:2, 280:6, 282:18, 296:20, 296:22, 297:3, 297:7, 297:18, 297:22, 297:25, 298:4, 298:6, 299:6, 299:8, 299:9, 299:13, 299:14, 299:18, 301:3, 322:4, 322:21, 322:24, 323:9, 324:7, 326:15
**questioned** [1] - 303:7
**questioning** [4] - 20:14, 202:21, 271:25, 331:4
**questions** [58] - 6:5, 6:19, 6:23, 13:3, 16:19, 30:23, 32:9, 32:20, 32:25, 110:22, 110:23, 111:5, 111:23, 123:8, 124:4, 126:4, 126:18, 153:7, 154:19, 156:5, 160:9, 165:21, 171:18, 182:15, 193:14, 200:2, 209:23, 247:16, 247:18, 248:20, 253:18, 258:18, 263:23, 267:23, 268:8, 268:16, 268:18, 268:20, 268:24, 271:24, 274:16, 277:18, 277:23, 281:11, 281:16, 285:9, 288:8, 298:14, 308:9, 308:10, 310:22, 313:3, 315:9, 327:2, 330:23, 331:2, 336:10, 338:3
**quibble** [1] - 170:4
**quickly** [1] - 56:8
**quiet** [1] - 288:4
**quietly** [1] - 115:20
**quote** [2] - 147:17, 309:2
**quoting** [1] - 130:18

## R

**R-A-J-O-U-B** [1] - 23:24

**Rafat** [1] - 54:8
**RAFAT** [1] - 54:9
**Rahim** [1] - 53:17
**raise** [2] - 31:18, 253:6
**raised** [1] - 253:8
**Rajoub** [3] - 23:23, 25:20, 104:9
**Ramallah** [30] - 7:8, 7:21, 11:5, 24:3, 58:14, 58:16, 82:11, 106:15, 109:9, 109:11, 182:12, 189:3, 218:16, 225:24, 226:5, 226:7, 226:10, 226:14, 226:16, 233:3, 233:6, 233:9, 243:19, 261:5, 261:8, 272:3, 275:22, 290:9, 290:10, 302:13
**random** [2] - 184:22, 331:24
**randomly** [1] - 142:11
**range** [2] - 145:5, 145:16
**rate** [1] - 137:25
**reaction** [2] - 43:9, 141:8
**read** [28] - 16:25, 41:4, 56:18, 63:14, 63:18, 75:16, 77:11, 77:14, 83:17, 83:25, 95:5, 101:22, 103:5, 103:7, 134:23, 146:4, 146:6, 198:20, 201:15, 202:8, 203:12, 206:6, 297:16, 298:12, 298:18, 322:2, 328:7
**Read** [1] - 298:19
**reader** [2] - 140:24, 295:17
**reading** [1] - 201:14
**reads** [1] - 200:21
**real** [7] - 26:19, 114:2, 114:3, 243:12, 243:15, 243:18, 313:8
**realities** [1] - 296:15
**reality** [5] - 130:20, 140:24, 296:11, 326:3, 326:20
**realize** [1] - 153:24
**reason** [17] - 12:10, 23:3, 26:21, 31:18, 65:18, 136:13, 154:14, 156:8, 178:3, 194:3, 242:18, 244:21, 254:15, 293:3, 293:10, 296:18, 329:18
**reasonable** [1] - 168:2
**reasons** [14] - 19:14, 19:15, 19:16, 30:15, 44:5, 58:3, 113:19, 152:24, 198:7, 198:19, 290:21, 303:18, 303:19, 303:21

- Y O U S E F -

rebuild [1] - 152:15
recall [14] - 21:21, 25:3, 42:16, 47:9, 54:21, 83:6, 103:3, 103:8, 330:25, 332:20, 332:25, 333:2, 333:20, 333:24
receive [7] - 93:13, 93:14, 121:16, 162:16, 162:18, 163:2, 180:19
received [12] - 106:17, 121:14, 164:4, 166:16, 169:3, 169:4, 169:12, 169:13, 178:20, 226:2, 226:3, 250:23
recent [1] - 306:2
recently [1] - 249:11
receptionist [1] - 227:8
recess [6] - 46:21, 94:16, 159:23, 218:4, 284:24, 315:14
recognize [1] - 190:22
reconsider [1] - 154:12
reconsidered [1] - 154:15
record [49] - 4:3, 5:8, 16:2, 27:18, 28:25, 31:21, 31:24, 32:2, 33:23, 42:11, 46:19, 46:24, 63:9, 64:21, 94:14, 94:21, 95:9, 99:25, 101:9, 102:9, 108:5, 110:17, 118:12, 131:16, 159:21, 160:2, 160:11, 165:25, 167:19, 170:16, 171:20, 172:8, 216:7, 218:2, 218:7, 263:20, 266:18, 266:21, 284:22, 285:4, 298:20, 307:13, 315:12, 315:16, 338:7, 338:12, 338:15, 340:13
recording [3] - 307:17, 307:18, 312:10
recordings [1] - 307:14
records [4] - 192:16, 192:18, 208:10, 208:19
recreated [1] - 116:24
recruit [2] - 321:10, 323:14
recruited [11] - 117:17, 294:25, 295:4, 295:6, 296:25, 297:11, 297:20, 301:8, 325:13, 325:20, 325:21
recruiter [3] - 294:22, 302:5, 302:6
recruiting [1] - 308:17
recruits [1] - 322:17
Red [1] - 91:12
reduction [1] - 78:12

refer [5] - 117:6, 175:22, 176:8, 176:16, 300:7
reference [1] - 152:21
referenced [3] - 152:9, 173:14, 300:9
referencing [1] - 131:8
referred [7] - 11:25, 12:11, 90:18, 102:3, 175:19, 176:4, 176:21
referring [15] - 24:12, 26:3, 39:11, 39:16, 39:19, 41:14, 42:12, 47:16, 56:24, 85:2, 96:24, 97:3, 119:23, 151:9, 197:10
reflect [1] - 101:10
refresh [1] - 123:18
refreshed [1] - 75:9
refugee [1] - 11:3
refusal [1] - 250:24
refuse [2] - 253:2, 263:25
refusing [5] - 250:4, 250:17, 253:11, 322:23, 322:25
regard [2] - 116:5, 295:11
regarding [8] - 23:2, 89:6, 159:7, 162:17, 193:9, 276:14, 277:6, 284:10
Regarding [1] - 125:18
regardless [2] - 184:24, 184:25
regret [1] - 170:14
regular [2] - 220:18, 292:10
reimbursed [1] - 255:24
REINHARD [1] - 2:13
Reinhard [1] - 5:6
rejoin [1] - 216:4
relate [1] - 329:6
related [22] - 110:2, 110:3, 110:13, 110:15, 175:14, 182:19, 192:3, 192:23, 193:8, 217:18, 241:23, 245:20, 263:25, 265:19, 268:18, 301:19, 301:21, 301:25, 304:14, 304:19, 322:21, 340:16
relating [2] - 41:15, 277:13
relationship [16] - 21:11, 26:8, 26:10, 27:7, 27:8, 27:9, 180:2, 213:7, 213:13, 217:8, 227:23, 247:21, 247:25, 278:12, 294:6, 321:6
relay [1] - 126:9
release [6] - 45:9, 107:22, 113:13, 142:18, 191:12,

192:16
released [23] - 45:5, 62:2, 104:6, 104:11, 107:25, 112:20, 115:10, 115:20, 115:25, 116:3, 116:7, 116:18, 119:9, 119:11, 120:18, 135:7, 135:15, 136:20, 141:5, 207:3, 221:6, 221:24, 294:11
releases [6] - 115:4, 191:25, 192:10, 193:3, 194:13, 208:9
relevance [2] - 138:7, 251:16
relied [1] - 129:22
relief [1] - 170:17
religion [5] - 23:2, 207:7, 257:9, 287:7, 291:24
religious [2] - 291:22, 293:7
remain [2] - 115:21, 165:25
remark [2] - 170:20, 171:8
remediable [1] - 171:21
remedy [1] - 171:24
remember [57] - 21:24, 25:9, 42:22, 52:17, 53:9, 53:13, 54:24, 55:15, 69:10, 79:6, 99:21, 100:14, 102:23, 106:3, 111:8, 117:10, 117:19, 120:3, 145:8, 190:2, 190:3, 199:8, 225:9, 225:16, 228:22, 230:9, 230:25, 232:9, 233:18, 234:5, 238:24, 274:23, 274:25, 275:21, 276:8, 277:12, 277:20, 277:22, 285:13, 285:14, 288:10, 289:5, 313:2, 313:25, 314:10, 314:13, 317:3, 319:22, 320:17, 320:19, 322:11, 331:4, 331:7, 331:22, 332:5, 333:4, 333:24
remembering [2] - 48:15, 117:11
remind [3] - 190:5, 190:6, 322:7
render [1] - 96:13
rent [3] - 243:21, 317:18, 317:22
rented [2] - 317:16, 321:2
renting [1] - 243:25
repeat [1] - 139:6
rephrase [1] - 171:9
replace [1] - 49:21
report [7] - 42:3, 56:19, 90:3, 276:22, 283:7,

284:16, 312:25
REPORTER [1] - 34:3
Reporter [10] - 4:15, 5:16, 7:12, 17:2, 33:24, 34:2, 63:14, 63:19, 133:14, 146:7
Reporting [1] - 4:16
reports [1] - 41:4
represent [3] - 165:15, 211:6, 264:20
representation [1] - 164:10
representative [11] - 40:24, 47:13, 51:23, 53:16, 54:5, 99:17, 195:9, 195:10, 295:19, 295:21, 323:2
representatives [16] - 10:5, 11:4, 11:9, 41:24, 42:9, 44:14, 48:22, 49:6, 49:9, 49:13, 49:17, 49:18, 49:24, 51:15, 53:7, 80:24
represented [2] - 160:13, 175:20
representing [9] - 4:24, 11:3, 76:9, 162:23, 177:7, 215:8, 264:21, 282:7, 312:21
represents [2] - 174:7, 271:12
request [3] - 90:25, 208:20, 208:22
requested [1] - 208:24
required [6] - 16:17, 58:20, 126:23, 158:23, 186:12, 196:9
requires [1] - 193:6
reserve [1] - 36:9
reserved [1] - 3:23
residence [1] - 106:14
residency [1] - 70:16
resist [2] - 219:5, 219:19
resistance [1] - 8:6
resolve [1] - 143:7
respect [4] - 42:17, 253:9, 266:8, 267:2
respective [1] - 3:6
respond [1] - 267:22
response [4] - 39:8, 167:6, 188:2, 190:25
responsible [10] - 25:23, 119:14, 148:7, 157:17, 157:20, 198:22, 259:19, 262:9, 279:18, 279:19
responsive [1] - 28:11
restaurant [1] - 105:13
result [6] - 39:3, 139:4, 139:10, 139:12, 177:11,

178:17
**return** [2] - 115:2, 238:7
**revealed** [1] - 335:20
**revenge** [14] - 18:17, 19:6, 19:11, 19:13, 19:17, 20:10, 20:11, 20:21, 61:20, 113:23, 114:23, 201:8, 205:12, 209:15
**Revenge** [1] - 18:18
**reversed** [1] - 302:24
**review** [5] - 75:3, 75:5, 75:14, 277:2, 277:5
**reviewed** [1] - 277:6
**reviewing** [1] - 76:2
**rewarded** [1] - 335:13
**RICHARD** [3] - 1:21, 340:8, 340:24
**Richard** [1] - 4:16
**ride** [2] - 11:20, 294:9
**riffle** [3] - 219:7, 235:22, 236:13
**Right** [70] - 38:17, 97:5, 98:8, 126:14, 128:20, 129:8, 129:13, 129:17, 129:21, 130:5, 130:9, 138:3, 139:21, 143:22, 147:11, 147:16, 151:12, 151:15, 152:15, 153:9, 159:4, 164:24, 168:15, 178:15, 178:25, 185:16, 186:3, 187:14, 191:4, 194:8, 194:11, 194:18, 195:15, 195:18, 196:5, 196:10, 196:18, 197:24, 198:8, 198:14, 200:24, 209:9, 219:15, 220:5, 230:21, 236:21, 243:10, 247:10, 247:13, 251:23, 257:8, 257:10, 257:13, 264:12, 272:7, 274:18, 281:7, 281:14, 288:6, 290:14, 295:2, 296:7, 300:22, 304:24, 313:11, 316:2, 326:10, 328:12, 328:15, 331:20
**right** [192] - 12:9, 14:15, 24:15, 31:13, 32:25, 44:11, 46:16, 48:15, 64:24, 79:24, 92:15, 94:9, 103:13, 106:3, 109:10, 112:24, 117:19, 125:14, 126:7, 126:11, 126:13, 126:19, 127:10, 127:16, 127:17, 128:7, 128:11, 129:16, 130:4, 130:17, 131:7, 131:20, 131:25, 132:3, 132:8, 132:12, 132:16, 133:25, 135:25, 136:6, 137:8,

137:9, 137:13, 137:19, 137:20, 138:4, 138:16, 138:23, 139:5, 139:10, 139:20, 140:6, 140:23, 144:16, 144:20, 144:24, 149:3, 149:5, 150:4, 151:23, 153:8, 154:16, 159:3, 160:15, 161:16, 161:19, 163:11, 163:18, 173:20, 173:22, 174:8, 176:6, 178:3, 178:17, 178:22, 178:24, 181:6, 181:8, 181:11, 181:18, 182:10, 184:9, 185:15, 188:11, 189:15, 189:22, 189:25, 191:3, 191:6, 192:19, 194:7, 194:10, 194:17, 194:22, 195:14, 196:9, 196:17, 196:22, 200:3, 200:10, 201:2, 201:17, 202:7, 203:22, 203:25, 204:2, 205:9, 207:4, 207:9, 207:15, 207:16, 208:8, 209:8, 209:11, 209:15, 209:18, 212:10, 212:16, 213:4, 215:8, 216:24, 217:5, 217:10, 218:25, 219:23, 220:4, 220:8, 221:18, 224:9, 227:8, 227:12, 227:21, 227:25, 228:4, 233:6, 235:5, 240:7, 240:8, 243:14, 249:17, 250:7, 251:22, 253:2, 253:11, 254:2, 257:24, 258:4, 258:16, 259:2, 259:8, 259:24, 261:10, 262:14, 263:4, 264:3, 266:3, 266:14, 266:15, 268:10, 269:19, 270:21, 272:6, 274:17, 274:20, 276:20, 282:7, 282:9, 287:6, 291:20, 295:12, 297:21, 298:2, 301:5, 301:9, 301:10, 305:14, 309:6, 310:14, 310:19, 312:3, 312:7, 313:9, 314:2, 319:5, 324:14, 326:13, 328:8, 328:24, 329:24, 330:3, 330:6, 330:16
**ringing** [1] - 216:12
**rings** [1] - 216:16
**riots** [2] - 22:8, 65:17
**rise** [1] - 40:17
**risk** [5] - 126:24, 199:2, 202:5, 302:3, 303:5
**risked** [1] - 303:5
**risks** [1] - 272:18
**rival** [3] - 26:21, 26:24,

30:3
**rivals** [1] - 72:25
**road** [1] - 331:24
**Road** [1] - 291:12
**roads** [1] - 279:3
**ROBERT** [1] - 2:6
**Robert** [1] - 4:21
**ROCHON** [122] - 2:10, 5:2, 28:18, 28:22, 29:2, 33:16, 33:22, 34:5, 34:7, 34:11, 45:17, 45:24, 54:25, 69:12, 71:5, 80:22, 81:2, 95:15, 100:19, 102:12, 102:16, 103:10, 103:15, 111:11, 111:14, 122:13, 123:21, 124:7, 124:16, 124:20, 125:2, 125:3, 133:9, 143:23, 144:8, 145:25, 155:6, 155:14, 159:13, 160:25, 162:2, 162:11, 162:15, 164:11, 164:15, 164:22, 164:25, 165:23, 166:5, 167:8, 167:12, 167:17, 167:21, 168:8, 168:15, 168:19, 169:6, 169:9, 170:13, 171:11, 171:17, 171:25, 172:6, 172:10, 173:6, 176:2, 190:17, 191:13, 191:19, 191:22, 193:21, 193:24, 197:15, 198:5, 202:18, 202:24, 203:8, 208:13, 208:22, 216:7, 216:17, 216:21, 217:22, 218:10, 224:14, 226:11, 229:7, 229:10, 229:14, 236:11, 255:11, 270:4, 270:8, 270:12, 270:15, 270:19, 284:20, 285:7, 285:23, 286:16, 286:23, 297:17, 298:22, 299:3, 309:16, 313:19, 314:6, 315:7, 315:18, 323:8, 324:6, 324:9, 324:16, 324:19, 324:22, 324:25, 327:5, 330:19, 332:21, 338:6, 338:11, 339:23
**Rochon** [10] - 5:2, 102:10, 102:13, 164:10, 172:18, 172:19, 191:17, 330:24, 330:25, 336:14
**rockets** [1] - 147:15
**role** [3] - 126:4, 205:24, 212:8
**Ron** [1] - 251:22
**room** [9] - 57:13, 57:16, 58:2, 58:6, 70:12, 77:14, 166:4, 172:5, 321:2

**roommate** [1] - 320:15
**roommates** [1] - 320:11
**rooms** [1] - 147:10
**roughly** [1] - 240:20
**routine** [2] - 143:10, 143:20
**routinely** [1] - 144:3
**RPR** [1] - 340:24
**rubber** [2] - 145:14, 145:15
**rubble** [1] - 14:25
**rude** [1] - 190:7
**rule** [2] - 28:18, 251:4
**rules** [1] - 36:13
**Rules** [1] - 1:18
**rushing** [1] - 113:5

## S

**S-A-L-E-H** [1] - 54:11
**S-H-A-H-I-D** [1] - 122:14
**S-H-A-I-D** [1] - 122:12
**S-H-A-R-E-E-F-E-H** [1] - 232:3
**S-H-U-R-A-A** [1] - 9:23
**S-O-R-O-U-R** [1] - 229:13
**S-O-U-R-E-R** [1] - 229:7
**S-R-O-U-R** [1] - 229:9
**S-U-R** [1] - 34:7
**sacrifice** [1] - 47:25
**Sadly** [1] - 242:17
**sadly** [1] - 242:16
**safe** [6] - 51:4, 70:9, 116:22, 211:6, 248:10, 294:10
**safest** [1] - 259:5
**saint** [1] - 292:4
**sake** [3] - 157:11, 253:19, 333:19
**Sakhar** [7] - 51:9, 51:13, 81:11, 81:12, 81:13, 82:3
**SAKHAR** [1] - 51:9
**salary** [2] - 222:4, 223:6
**sale** [1] - 269:2
**Saleem** [1] - 10:19
**Saleh** [3] - 44:25, 54:8, 54:11
**sales** [2] - 245:20, 267:24
**San** [8] - 316:8, 316:9, 316:12, 316:13, 317:17, 318:24, 318:25
**Santa** [8] - 273:11, 273:12, 273:17, 273:20, 318:9, 318:10, 318:15, 318:22
**Sara** [1] - 290:16
**saved** [4] - 136:17, 177:3, 186:9, 186:17

- Y O U S E F -

saving [2] - 176:24, 212:23
saying [25] - 15:12, 15:14, 16:21, 42:17, 42:22, 56:17, 64:25, 92:19, 107:14, 118:15, 128:4, 165:4, 174:12, 183:9, 184:19, 197:4, 228:9, 228:10, 251:4, 260:8, 263:20, 292:8, 303:14, 321:23, 326:3
Sbarro [2] - 105:13, 128:9
Sbarro's [1] - 112:5
scenes [1] - 17:24
schedule [1] - 168:6
scheduled [1] - 314:15
scholarship [3] - 179:11, 180:6, 184:24
school [2] - 64:6, 179:6
schools [2] - 64:6, 145:9
scope [1] - 124:8
sealing [1] - 3:7
search [2] - 158:6, 158:19
second [43] - 9:4, 11:11, 21:21, 21:25, 22:5, 22:12, 22:19, 40:22, 41:15, 41:19, 42:18, 42:23, 49:25, 60:8, 61:2, 63:25, 66:5, 67:4, 101:6, 106:7, 106:24, 123:3, 125:23, 140:9, 140:17, 143:4, 143:23, 143:24, 150:9, 150:18, 151:2, 191:13, 191:16, 244:19, 250:9, 250:12, 260:12, 265:21, 274:8, 291:8, 325:6, 326:21, 337:5
Second [1] - 17:19
seconds [1] - 194:20
secret [3] - 53:7, 87:15, 280:3
secretary [2] - 33:11, 33:12
secrets [2] - 74:12, 76:23
secure [3] - 201:18, 204:18, 205:3
secured [1] - 335:17
Security [5] - 192:13, 192:15, 199:18, 293:23, 294:8
security [28] - 18:14, 25:24, 25:25, 26:22, 51:3, 51:5, 70:4, 105:16, 115:18, 148:9, 150:7, 206:4, 254:15, 255:16, 255:25, 261:12, 264:18, 264:24, 265:17,

266:2, 273:5, 273:8, 273:22, 274:4, 274:11, 274:13, 290:20, 313:15
seek [1] - 170:17
seeking [5] - 160:14, 173:18, 173:21, 173:24, 174:8
Seick [1] - 195:7
SEICK [1] - 195:8
selfish [2] - 215:11, 292:5
sell [9] - 232:21, 235:5, 238:9, 238:20, 240:2, 241:2, 259:17, 262:18, 268:4
selling [5] - 245:24, 249:12, 259:21, 265:13, 328:20
semiautomatic [1] - 236:22
send [9] - 65:18, 118:19, 141:20, 151:17, 187:3, 251:8, 255:3, 302:18, 307:5
Send [1] - 251:9
sending [6] - 63:3, 64:7, 68:7, 187:7, 200:14, 333:12
Sending [1] - 64:5
sense [1] - 278:25
sensitive [3] - 107:13, 204:12, 300:14
sentence [4] - 188:18, 200:21, 201:15, 328:17
sentenced [1] - 197:22
separate [2] - 53:2, 59:13
September [2] - 25:7, 38:12
series [2] - 6:4, 101:12
serious [1] - 43:2
sermon [1] - 290:4
served [10] - 164:18, 164:20, 165:8, 165:11, 165:18, 166:9, 188:3, 190:25, 286:24
service [3] - 3:16, 59:21, 294:17
session [1] - 156:15
settlers [7] - 67:9, 67:10, 67:20, 68:3, 69:20, 73:10
seven [2] - 10:6, 74:8
sexual [1] - 322:19
SH [1] - 9:20
Shahid [1] - 123:5
Shahid's [1] - 122:24
Shaid [1] - 122:2
share [4] - 151:25, 232:22, 244:23, 256:3
shared [3] - 127:5,

129:15, 244:24
Shareefeh [3] - 231:23, 232:3, 232:4
shares [1] - 232:19
Sharon [2] - 23:8, 24:12
Sharon's [8] - 22:22, 25:12, 25:15, 29:15, 33:2, 34:22, 38:12, 39:6
Shawish [5] - 276:15, 277:8, 280:19, 313:23, 314:12
Sheik [1] - 10:8
Sheikh [7] - 30:3, 30:7, 33:15, 43:12, 72:21, 73:6, 73:21
Sheikh's [1] - 33:4
shekels [8] - 88:20, 93:14, 136:21, 137:21, 138:5, 138:15, 223:16, 303:13
Shekels [1] - 223:18
shelter [1] - 146:14
Shin [80] - 105:14, 113:17, 125:5, 125:9, 125:14, 125:19, 125:25, 129:2, 129:10, 129:12, 129:14, 129:23, 129:24, 129:25, 130:6, 134:8, 134:14, 142:6, 147:4, 151:23, 151:24, 186:14, 186:25, 187:5, 187:12, 199:9, 199:14, 200:13, 205:24, 206:7, 206:14, 207:4, 234:2, 234:3, 248:2, 259:11, 259:14, 260:16, 263:8, 278:4, 278:6, 278:19, 278:21, 279:12, 280:8, 280:10, 293:13, 294:2, 294:7, 294:17, 294:18, 295:19, 295:21, 297:10, 300:11, 300:21, 301:12, 301:25, 303:15, 305:8, 305:12, 305:17, 306:3, 306:20, 321:9, 321:21, 322:15, 322:17, 323:2, 323:3, 323:4, 323:7, 323:10, 323:13, 323:15, 323:22, 325:6, 326:4, 337:22
shocking [1] - 105:13
shoot [8] - 19:8, 67:20, 142:11, 209:16, 212:20, 213:3, 261:8, 262:2
shooting [10] - 69:19, 144:15, 144:25, 146:13, 146:17, 147:2, 209:25, 276:14, 313:22, 314:12
shootout [2] - 262:13, 262:14
shot [9] - 107:10, 109:12,

140:20, 142:25, 145:3, 145:5, 145:14, 262:22, 331:24
show [5] - 17:8, 24:25, 111:10, 163:15, 193:19
showing [2] - 73:13, 329:18
Shuraa [1] - 9:20
shut [1] - 219:14
Siakh [1] - 51:25
sick [1] - 49:19
sides [1] - 140:14
Siekh [1] - 8:10
sign [10] - 170:14, 191:12, 192:2, 193:10, 194:4, 194:5, 194:10, 194:12, 195:13, 209:8
signature [1] - 193:7
signed [10] - 3:10, 3:12, 3:15, 194:22, 195:21, 195:24, 208:8, 209:10, 211:19, 212:9
signee [1] - 317:23
signing [6] - 155:19, 163:21, 163:23, 285:17, 285:20, 286:3
signs [1] - 60:23
simple [9] - 90:23, 119:13, 160:18, 160:22, 161:3, 164:2, 265:4, 298:7, 311:9
single [2] - 42:8, 136:15
Single [1] - 93:19
sinner [1] - 292:4
Sir [2] - 181:5, 253:20
sir [3] - 33:7, 37:17, 258:21
sister [1] - 336:5
sisters [1] - 244:23
sit [6] - 53:12, 57:8, 57:12, 60:3, 173:19, 328:6
sites [1] - 25:2
sitting [7] - 56:17, 56:23, 57:2, 57:15, 174:3, 201:24, 214:9
situation [12] - 61:7, 107:13, 113:12, 146:18, 199:7, 199:16, 201:25, 204:11, 247:2, 258:15, 272:14, 323:18
situations [2] - 78:10, 154:19
six [5] - 11:17, 197:12, 198:5, 285:2, 306:22
Sixteen [2] - 218:21, 218:22
slaughtering [1] - 17:6
sleeping [1] - 68:25

slow [2] - 40:22, 133:14
slowly [1] - 33:25
smart [3] - 46:15, 267:14, 308:9
smarter [2] - 46:10, 199:23
Smith [1] - 291:12
Social [1] - 181:15
social [6] - 53:3, 180:19, 181:17, 182:2, 182:22, 183:10
society [1] - 184:21
soil [1] - 68:8
Sokolove [3] - 230:4, 230:6, 230:11
SOKOLOVE [1] - 230:8
SOKOLOW [1] - 1:3
Sokolow [1] - 4:8
sold [22] - 232:19, 234:5, 234:8, 235:4, 235:16, 237:22, 238:10, 238:16, 239:11, 239:22, 240:5, 241:13, 242:9, 242:15, 259:8, 259:18, 261:23, 261:25, 262:11, 263:5, 268:2
solder [1] - 262:15
soldier [3] - 272:5, 272:11, 272:19
soldiers [20] - 64:8, 67:21, 69:21, 73:10, 142:10, 142:25, 144:15, 144:23, 144:24, 145:7, 145:10, 145:20, 146:13, 146:16, 146:19, 219:18, 262:16, 278:25, 331:3, 334:20
Solet [1] - 87:7
solid [1] - 157:19
solve [1] - 294:13
Somebody [2] - 163:10, 186:24
somebody [20] - 49:11, 49:20, 71:14, 85:10, 92:16, 92:20, 121:14, 128:6, 130:16, 162:13, 167:23, 240:5, 241:23, 242:10, 242:15, 247:4, 275:5, 275:18, 279:16, 302:18
somebody's [1] - 323:23
somehow [2] - 116:23, 126:12
someone [9] - 76:9, 128:24, 139:3, 140:5, 239:23, 246:18, 256:9, 290:12, 295:8
Someone [2] - 239:21, 292:24
Son [3] - 252:15, 256:25,

309:18
son [6] - 184:4, 184:8, 203:21, 205:7, 217:12, 328:18
sons [1] - 87:4
sooner [1] - 310:14
Sorour [2] - 229:6, 229:8
sorry [5] - 7:23, 60:17, 234:18, 255:11, 284:4
Sorry [3] - 24:6, 153:5, 175:6
sort [2] - 83:11, 84:2
sound [1] - 87:21
sounded [1] - 143:16
sounds [1] - 143:18
source [3] - 128:25, 130:2, 302:16
sources [6] - 130:3, 130:7, 134:13, 280:9, 281:13
SOUTHERN [1] - 1:2
Southern [2] - 165:12, 165:17
space [2] - 66:18, 226:11
spare [1] - 197:14
speak [4] - 92:2, 113:18, 249:16, 263:21
speaker [1] - 95:23
speaking [10] - 144:2, 162:3, 171:2, 175:20, 205:8, 245:21, 249:15, 285:18, 285:19, 286:2
speaks [1] - 202:13
special [2] - 93:2, 276:16
specific [5] - 18:20, 18:23, 143:9, 143:12, 321:19
Specific [1] - 90:11
specifically [1] - 212:15
specifics [1] - 90:10
specify [1] - 197:3
speculation [1] - 76:16
speech [1] - 287:2
speeches [1] - 43:4
spell [8] - 34:4, 227:17, 229:11, 231:14, 232:7, 239:17, 287:15, 287:17
Spell [1] - 283:24
spelled [1] - 300:19
spelling [2] - 7:16, 230:10
spellings [2] - 7:17, 10:17
spent [6] - 17:20, 88:14, 88:21, 179:9, 199:8, 205:14
spiritual [2] - 292:22, 292:25
spoke [3] - 34:19, 35:12,

283:3
spot [1] - 262:22
spring [1] - 80:12
spy [10] - 234:4, 296:13, 326:12, 326:16, 328:19, 328:24, 329:15, 329:20, 330:2, 335:20
spying [1] - 294:18
Squad [3] - 231:7, 232:16, 232:22
SS [1] - 340:4
stabbing [1] - 17:6
stand [3] - 214:8, 225:8, 225:15
standard [7] - 8:23, 92:25, 93:5, 93:19, 131:2, 222:6, 237:20
start [18] - 39:7, 39:24, 65:14, 68:6, 68:25, 69:5, 69:19, 91:3, 105:10, 124:11, 124:12, 153:24, 221:2, 221:22, 226:8, 245:12, 245:17, 248:6
started [17] - 11:19, 20:14, 22:19, 24:4, 62:5, 62:8, 62:18, 67:23, 91:2, 106:7, 131:8, 131:10, 158:6, 224:21, 231:6, 263:5, 296:20
starts [2] - 65:12, 150:18
STATE [1] - 340:4
State [12] - 1:22, 5:21, 14:25, 164:3, 165:9, 165:19, 264:24, 265:20, 273:21, 303:3, 304:4, 340:9
state [2] - 14:25, 164:9
statement [4] - 98:20, 99:22, 167:4, 298:20
Statement [2] - 98:21, 339:6
statements [10] - 87:23, 98:12, 99:13, 99:15, 100:6, 101:24, 135:5, 257:6, 307:13, 307:14
Statements [1] - 339:7
States [28] - 187:24, 188:11, 189:2, 196:7, 197:23, 210:5, 211:25, 215:16, 223:10, 230:17, 240:16, 245:5, 245:10, 245:19, 247:9, 247:12, 272:25, 275:12, 275:25, 276:4, 305:3, 306:23, 315:4, 315:5, 315:6, 316:4, 316:21, 316:24
STATES [1] - 1:2
status [1] - 93:23

stay [8] - 13:23, 102:16, 171:12, 188:20, 254:13, 317:15, 337:4, 337:8
stayed [2] - 255:7, 317:4
staying [3] - 254:21, 255:2, 317:2
stealing [1] - 303:10
step [3] - 155:4, 165:24, 211:17
Step [1] - 155:6
steps [2] - 40:14, 107:6
Steven [1] - 195:7
stick [1] - 200:17
stipulate [3] - 46:14, 160:23, 164:17
STIPULATED [2] - 3:5, 3:21
stipulation [2] - 171:7, 286:17
Stone [2] - 319:24, 319:25
stones [4] - 22:9, 60:24, 64:8, 140:18
stop [14] - 26:15, 37:3, 43:2, 43:14, 44:10, 44:17, 45:8, 46:3, 55:6, 63:6, 80:4, 111:17, 144:4, 156:22
stopped [2] - 153:25, 154:15, 224:20, 262:19, 292:15, 293:4, 337:3, 337:7
stopping [3] - 26:17, 64:6, 111:5
store [3] - 273:6, 273:7, 285:16
stories [1] - 111:18
story [12] - 174:24, 210:21, 211:2, 252:14, 252:15, 257:2, 261:10, 294:13, 299:23, 322:10, 329:6, 329:9
strange [1] - 68:21
strategy [7] - 13:20, 14:2, 14:10, 61:10, 61:11, 72:24, 181:3
Street [27] - 1:20, 2:5, 2:9, 4:14, 4:23, 5:19, 82:17, 226:19, 273:21, 316:13, 316:17, 316:25, 317:7, 317:9, 318:2, 318:11, 318:22, 318:25, 319:4, 319:13, 319:14, 319:17, 319:18, 319:19, 320:14, 320:16
street [9] - 62:7, 82:13, 82:14, 82:16, 134:16, 240:7, 272:3, 273:19, 281:9
streets [3] - 22:8, 142:19,

147:8
**strength** [1] - 206:11
**strictly** [1] - 205:8
**strike** [4] - 27:5, 27:13, 28:15, 30:19
**strikes** [1] - 22:8
**strip** [3] - 11:3, 80:2, 181:2
**strips** [1] - 12:24
**strong** [1] - 79:23
**student** [4] - 21:13, 198:12, 200:24, 203:16
**students** [1] - 184:19
**studies** [4] - 181:15, 181:17, 182:3, 182:23
**study** [7] - 192:7, 287:10, 288:15, 288:17, 288:24, 328:2, 328:5
**stuff** [3] - 159:12, 267:25, 317:12
**stupid** [1] - 262:21
**style** [1] - 304:7
**subject** [2] - 124:2, 168:9
**Subject** [1] - 171:23
**submit** [1] - 337:16
**submitted** [3] - 196:2, 336:13, 337:20
**subpoena** [35] - 154:25, 155:20, 158:5, 158:16, 158:17, 159:2, 159:5, 162:10, 163:10, 163:17, 164:4, 164:7, 165:7, 165:16, 167:7, 168:8, 169:3, 169:13, 169:21, 169:22, 170:5, 172:16, 172:22, 173:5, 188:3, 190:25, 208:18, 275:15, 285:21, 286:7, 286:24, 313:18, 332:17, 333:13, 333:14
**Subpoena** [1] - 339:13
**subpoenaed** [4] - 167:6, 209:2, 285:10, 285:12
**Subscribed** [1] - 338:22
**successful** [1] - 304:3
**sudden** [1] - 103:6
**suggest** [1] - 174:17
**suggested** [2] - 166:25, 182:6
**suggestion** [3] - 298:23, 324:8, 324:10
**suicide** [62] - 17:7, 22:15, 43:2, 43:7, 43:14, 44:7, 44:10, 44:17, 46:4, 63:3, 63:21, 63:24, 68:7, 74:8, 76:19, 76:24, 78:8, 79:21, 80:4, 84:7, 84:11, 84:17, 85:3, 85:9, 86:2, 86:7, 86:14, 86:22,

87:4, 87:19, 89:7, 90:7, 91:19, 92:8, 114:22, 117:3, 120:23, 123:2, 138:21, 139:11, 140:3, 141:6, 141:19, 148:3, 150:5, 150:24, 151:10, 152:12, 153:17, 157:16, 157:25, 181:20, 197:7, 213:23, 214:13, 214:18, 214:19, 215:22, 302:5, 302:8, 334:24, 335:12
**suing** [1] - 275:22
**Suite** [1] - 286:20
**suits** [1] - 67:17
**supervision** [1] - 17:17
**supervisor** [2] - 230:15, 230:18
**supplements** [3] - 245:24, 246:5
**support** [5] - 27:2, 27:3, 83:8, 150:22, 231:8
**supported** [3] - 9:16, 213:23, 215:22
**supporting** [3] - 13:24, 77:22, 84:16
**supportive** [1] - 214:18
**supports** [1] - 250:24
**supposed** [3] - 88:14, 92:8, 271:25
**supposedly** [1] - 88:11
**Sur** [3] - 33:9, 33:19, 34:6
**surprised** [2] - 115:24, 278:15
**surrendering** [1] - 262:20
**suspicious** [1] - 68:18
**swear** [2] - 5:16, 210:14
**swollen** [1] - 219:14
**swore** [2] - 210:11, 210:16
**sworn** [4] - 3:10, 5:20, 338:22, 340:12
**sympathetic** [1] - 9:2
**Syria** [1] - 217:5
**system** [1] - 134:5

**T**

**T-Y-N-D-L-E** [1] - 308:5
**table** [4] - 5:8, 6:21, 146:2, 254:9
**tactic** [10] - 62:4, 64:11, 66:12, 66:14, 66:21, 67:3, 67:7, 67:21, 68:2, 73:3
**tactical** [4] - 43:16, 43:18, 44:5, 45:10
**tactics** [7] - 60:7, 60:13, 61:6, 63:21, 63:25, 66:4, 76:23
**Tahrir** [2] - 48:5, 54:22

**takes** [2] - 14:6, 324:16
**Talahme** [1] - 45:2
**Talahmet(phonetic** [1] - 87:8
**talk** [34] - 44:13, 97:15, 105:10, 107:21, 113:2, 113:16, 126:6, 126:19, 127:6, 130:15, 132:19, 132:22, 133:4, 135:22, 147:12, 154:6, 156:13, 161:2, 193:5, 194:4, 208:16, 215:15, 217:14, 217:16, 250:2, 251:7, 279:13, 279:14, 325:5, 336:3, 336:5, 336:6, 338:8
**talked** [23] - 83:2, 97:2, 107:19, 120:12, 126:15, 126:20, 127:19, 127:24, 133:2, 133:15, 135:19, 140:8, 140:16, 185:9, 187:20, 196:8, 200:6, 200:18, 209:6, 235:11, 306:15, 333:2, 333:5
**Talking** [1] - 42:20
**talking** [37] - 6:18, 9:19, 75:20, 77:3, 77:10, 82:24, 83:16, 85:4, 85:7, 97:4, 97:17, 110:7, 117:7, 117:9, 117:12, 120:6, 125:22, 127:10, 131:10, 132:15, 142:15, 142:16, 143:8, 143:17, 150:11, 154:7, 178:19, 184:21, 196:23, 197:5, 216:8, 220:24, 220:25, 308:18, 312:24, 326:7, 326:8
**talks** [1] - 135:7
**tape** [14] - 4:2, 46:22, 94:9, 94:12, 94:18, 124:19, 155:10, 159:18, 159:19, 159:24, 218:5, 285:2, 307:18, 312:10
**Tape** [1] - 307:17
**tapes** [1] - 307:22
**taping** [1] - 312:6
**target** [4] - 66:19, 67:8, 68:7, 119:11
**targeted** [4] - 70:6, 114:5, 114:6, 290:25
**targeting** [4] - 17:5, 68:2, 69:20, 334:18
**targets** [1] - 91:19
**technical** [2] - 172:21, 216:14
**technicalities** [1] - 173:4
**techniques** [1] - 321:9
**Tel** [8] - 227:24, 228:3, 228:6, 228:7, 228:11,

228:19, 228:23, 290:13
**telephone** [2] - 332:12, 332:19
**telling** [17] - 31:2, 71:19, 74:11, 77:15, 106:18, 130:19, 148:15, 156:22, 166:23, 171:3, 176:19, 189:5, 197:4, 199:25, 223:11, 265:5, 319:22
**Temple** [10] - 22:23, 22:24, 23:18, 23:22, 24:2, 24:24, 25:13, 29:15, 30:16, 39:5
**ten** [5] - 121:6, 147:4, 181:3, 205:14, 295:23
**Ten** [1] - 303:13
**tend** [1] - 133:11
**tends** [1] - 191:17
**tens** [1] - 85:7
**term** [1] - 97:21
**terminated** [3] - 301:11, 301:25, 303:15
**termination** [1] - 301:20
**terms** [5] - 131:7, 192:9, 287:3, 312:6, 325:12
**territories** [13] - 22:10, 58:19, 67:11, 104:23, 105:23, 106:6, 150:16, 182:9, 204:20, 235:10, 244:17, 265:11, 269:3
**territory** [5] - 130:4, 145:8, 150:15, 211:6, 274:22
**terror** [1] - 125:21
**terrorism** [3] - 141:24, 181:22, 264:19
**terrorist** [37] - 20:24, 21:15, 22:14, 88:15, 88:18, 137:2, 150:11, 153:20, 178:8, 178:11, 179:4, 179:18, 179:22, 179:24, 180:9, 180:11, 180:22, 180:23, 181:18, 181:21, 181:25, 182:4, 182:10, 182:13, 182:24, 184:16, 184:22, 207:9, 207:14, 214:24, 241:17, 254:21, 258:3, 258:11, 277:14, 279:24, 294:9
**terrorist's** [1] - 259:4
**terrorists** [9] - 17:23, 87:14, 258:23, 260:5, 265:13, 280:20, 282:14, 294:12, 334:18
**test** [2] - 241:10, 299:24
**testified** [4] - 5:22, 333:18, 336:17, 336:24
**testify** [6] - 158:24, 298:14, 298:15, 336:22, 337:13, 337:23

testifying [2] - 83:6, 119:19
testimony [26] - 16:25, 19:21, 27:6, 28:9, 28:13, 30:20, 36:3, 46:13, 47:9, 52:20, 63:18, 100:3, 105:19, 108:9, 108:11, 110:19, 117:5, 146:6, 173:22, 180:17, 247:17, 333:21, 333:24, 333:25, 337:25, 340:14
thank [3] - 297:17, 298:22, 338:16
Thank [14] - 6:2, 7:6, 28:17, 41:11, 103:10, 122:11, 130:12, 160:25, 204:5, 238:22, 279:8, 313:13, 323:8, 324:9
THE [40] - 2:4, 15:10, 15:21, 16:3, 16:7, 24:9, 29:8, 31:14, 32:13, 33:19, 34:6, 34:8, 36:20, 37:13, 37:19, 37:23, 64:16, 65:4, 111:22, 118:8, 119:20, 122:18, 123:14, 123:17, 124:14, 127:23, 143:11, 143:22, 149:13, 161:5, 162:5, 164:24, 203:5, 203:10, 229:12, 229:16, 286:22, 287:19, 324:21, 338:4
theft [1] - 303:11
thematic [1] - 94:3
there's [1] - 273:13
thinking [2] - 131:4, 303:22
third [2] - 199:25, 274:12
though" [1] - 311:15
thoughts [1] - 312:17
thousand [17] - 72:3, 88:20, 90:22, 93:14, 121:6, 136:20, 137:21, 138:4, 138:15, 222:6, 233:5, 233:18, 235:20, 239:6, 241:9, 281:22, 303:13
thousands [1] - 85:8
threaten [1] - 325:11
threatened [2] - 219:23, 220:3
threatening [2] - 44:9, 107:15
three [17] - 41:22, 48:10, 48:20, 52:22, 76:6, 79:4, 94:19, 117:18, 185:25, 187:19, 194:20, 197:9, 205:9, 205:12, 210:2, 240:20, 314:9

threw [1] - 219:22
throw [1] - 64:8
throwing [3] - 22:8, 60:24, 140:18
tide [1] - 294:3
till [3] - 142:22, 156:7, 230:25
TIME [1] - 1:12
times [18] - 75:10, 75:12, 84:18, 109:14, 109:15, 109:18, 152:13, 187:4, 196:14, 196:21, 197:9, 230:4, 271:17, 274:6, 291:6, 310:21, 314:5, 331:6
title [1] - 33:14, 203:7
today's [1] - 338:14
Tolchin [22] - 4:21, 16:14, 110:18, 110:21, 149:18, 154:22, 160:7, 160:14, 163:17, 165:3, 174:7, 185:9, 191:14, 216:10, 218:11, 277:17, 285:11, 285:12, 314:6, 314:20, 315:21, 326:23
TOLCHIN [196] - 2:6, 4:21, 4:22, 5:13, 5:23, 13:5, 13:13, 14:15, 14:22, 15:12, 15:19, 16:5, 16:10, 27:15, 27:21, 28:15, 28:20, 30:21, 31:2, 31:11, 31:17, 31:20, 32:7, 32:22, 33:20, 34:13, 35:2, 35:8, 35:20, 35:24, 36:4, 36:18, 36:21, 36:24, 37:3, 37:9, 37:22, 37:25, 43:24, 45:22, 46:14, 47:3, 48:12, 63:13, 64:19, 64:22, 83:3, 83:19, 94:2, 94:8, 94:11, 94:23, 95:11, 95:16, 95:19, 96:2, 100:21, 100:24, 101:15, 101:19, 102:21, 102:25, 103:5, 103:12, 104:2, 108:12, 111:8, 111:20, 111:25, 118:6, 122:12, 123:12, 123:15, 123:19, 123:25, 124:12, 124:18, 124:24, 127:21, 130:11, 132:17, 133:6, 134:18, 137:24, 138:6, 138:9, 140:2, 143:5, 143:15, 144:5, 149:10, 149:15, 155:2, 155:11, 159:16, 160:23, 161:20, 161:23, 162:6, 162:12, 164:8, 164:13, 164:19, 165:5,

165:10, 165:13, 165:20, 167:5, 167:10, 167:15, 167:20, 167:22, 168:12, 168:16, 168:22, 169:8, 169:11, 171:6, 171:14, 171:23, 172:11, 175:24, 190:12, 191:16, 191:21, 193:17, 193:23, 194:2, 194:19, 197:13, 198:3, 202:12, 202:19, 203:2, 203:6, 208:11, 208:15, 208:24, 214:15, 216:3, 216:13, 216:20, 217:24, 224:12, 224:16, 228:13, 228:20, 229:8, 234:15, 236:7, 236:9, 237:12, 239:9, 245:14, 251:15, 253:6, 255:9, 255:12, 256:21, 269:20, 270:2, 270:6, 270:10, 270:13, 270:18, 284:17, 286:14, 286:18, 286:25, 287:18, 287:24, 289:13, 297:12, 298:17, 298:25, 299:7, 309:13, 309:20, 311:2, 313:17, 314:4, 323:5, 324:3, 324:8, 324:11, 324:18, 324:24, 325:3, 327:3, 327:20, 328:6, 330:21, 332:23, 338:2, 338:9, 339:22
Tolchin's [3] - 16:18, 153:6, 164:7
tolerate [1] - 141:21
Tomei [1] - 169:17
tomorrow [2] - 156:7, 255:2
tool [1] - 335:4
topic [3] - 128:4, 185:7, 217:17
topics [2] - 322:5, 333:8
tortured [1] - 218:25
torturing [3] - 20:5, 20:8, 20:12
total [1] - 233:20
totally [3] - 43:5, 70:7, 180:15
touch [1] - 305:4
tough [2] - 113:11, 323:17
tourist [1] - 188:14
town [1] - 176:14
track [4] - 7:16, 55:16, 69:6, 132:7
tracked [1] - 256:7
traffic [1] - 306:4
traitor [7] - 326:13, 326:16, 326:19, 328:19, 328:24, 329:16, 329:21
transaction [1] - 87:20

transactions [1] - 88:5
transcript [3] - 63:12, 65:2, 131:9
transfer [1] - 302:15
transferred [2] - 62:13, 275:23
transfers [1] - 86:25
translate [4] - 33:8, 96:6, 121:13
translated [1] - 299:25
translation [3] - 48:3, 101:13, 101:16
transmit [2] - 283:15, 283:16
travel [1] - 333:11
tremendous [4] - 136:5, 136:9, 137:6, 140:13
trial [6] - 3:23, 13:8, 27:16, 27:23, 28:3, 36:10
trigger [3] - 236:18, 236:20, 304:8
trouble [2] - 13:24, 323:18
truce [6] - 78:4, 78:11, 78:12, 80:5, 80:6, 80:7
true [17] - 116:12, 147:5, 196:2, 205:8, 213:11, 213:12, 215:19, 247:13, 260:20, 264:10, 266:13, 269:18, 269:24, 270:18, 270:21, 340:13
trust [5] - 62:8, 74:11, 264:20, 272:21, 302:18
trusted [2] - 129:18, 302:20
truth [21] - 65:21, 71:20, 142:7, 156:22, 176:19, 196:11, 197:4, 206:24, 210:11, 210:14, 210:16, 210:19, 213:17, 215:21, 265:6, 267:7, 271:11, 271:18, 271:19, 274:19, 297:5
Tuesday [1] - 4:5
Tufik [11] - 229:18, 229:20, 245:23, 246:13, 246:18, 246:25, 247:7, 289:5, 289:7, 317:2, 317:6
Tufik's [1] - 319:20
turns [1] - 264:9
TV [1] - 17:22
twenty [1] - 233:17
Twice [1] - 291:7
twice [5] - 51:15, 55:18, 72:16, 156:9, 193:15
twin [1] - 226:15
twist [3] - 27:10, 40:16,

329:11
**twisting** [1] - 215:10
**TYN** [1] - 308:4
**Tyndale** [1] - 308:3
**type** [19] - 48:17, 49:7, 49:11, 59:2, 59:8, 72:17, 77:4, 78:9, 90:9, 92:9, 151:25, 153:20, 186:18, 219:24, 272:20, 303:24, 334:14, 334:20, 335:6
**typed** [9] - 58:11, 59:6, 74:24, 75:5, 75:13, 101:23, 186:6, 186:20, 186:24
**types** [2] - 116:16, 335:5

**U**

**U.S** [1] - 223:7
**uh** [1] - 327:14
**uh-hum** [1] - 327:14
**umbrella** [2] - 89:20, 90:2
**un** [1] - 259:21
**un-operational** [1] - 259:21
**unarmed** [2] - 146:10, 146:12
**uncle** [5] - 233:11, 234:17, 234:23, 234:24, 244:6
**unclear** [1] - 216:8
**unconditionally** [1] - 185:4
**undercover** [2] - 88:12, 88:16
**understand** [54] - 6:13, 6:14, 6:23, 16:4, 38:10, 39:23, 61:19, 112:14, 113:8, 114:3, 128:10, 135:9, 138:19, 140:24, 142:14, 144:8, 144:18, 145:11, 151:5, 158:21, 161:7, 161:11, 173:18, 174:4, 174:6, 175:12, 177:22, 178:9, 178:18, 194:10, 194:16, 195:11, 198:21, 199:16, 212:10, 215:7, 215:9, 215:10, 238:11, 251:3, 267:9, 271:5, 271:14, 271:15, 279:7, 280:11, 288:11, 298:5, 300:2, 311:19, 322:22, 329:5, 336:11
**understandable** [1] - 312:22
**understanding** [4] - 73:11, 73:12, 73:23, 335:8
**understood** [1] - 112:2

**unethical** [1] - 166:21
**Unfair** [1] - 285:22
**unfortunately** [3] - 61:6, 104:13, 210:25
**uniform** [1] - 144:24
**uniforms** [2] - 67:17, 68:24
**UNITED** [1] - 1:2
**United** [28] - 187:24, 188:11, 188:25, 196:7, 197:23, 210:5, 211:24, 215:16, 223:9, 230:17, 240:16, 245:4, 245:9, 245:19, 247:9, 247:12, 272:24, 275:12, 275:25, 276:4, 305:3, 306:23, 315:3, 315:5, 315:6, 316:4, 316:21, 316:24
**university** [1] - 88:24
**University** [8] - 117:2, 117:7, 117:24, 118:25, 119:12, 119:23, 120:5, 181:11
**unknown** [2] - 168:14, 168:17
**unleash** [1] - 66:12
**unleashed** [1] - 66:18
**unnecessary** [5] - 201:21, 202:4, 206:17, 264:5, 265:7
**unprofessional** [1] - 166:22
**unrelated** [1] - 265:7
**unsigned** [1] - 3:14
**unsuccessful** [1] - 211:2
**untrue** [1] - 169:3
**uprising** [1] - 22:7
**upset** [2] - 144:3, 172:19
**urgent** [2] - 79:5, 187:17
**USAID** [9] - 223:7, 225:4, 225:10, 225:21, 227:4, 231:5, 243:11, 249:4, 328:19
**uses** [1] - 323:13
**usual** [1] - 12:23
**utilized** [5] - 60:8, 60:14, 60:15, 66:5, 67:4

**V**

**vague** [14] - 21:6, 34:20, 60:9, 63:23, 64:3, 66:7, 66:24, 77:9, 80:21, 82:23, 83:13, 85:6, 103:23, 109:3
**valuable** [1] - 303:2
**verbal** [1] - 60:23
**verified** [1] - 279:5
**verify** [3] - 102:22, 102:25, 261:14

**versus** [1] - 4:9
**veteran** [1] - 81:19
**victim** [2] - 65:14, 334:24
**victims** [3] - 77:22, 282:13, 335:12
**Videographer** [1] - 2:15
**videographer** [1] - 4:17
**VIDEOGRAPHER** [19] - 4:2, 5:15, 46:18, 46:22, 94:10, 94:13, 94:18, 124:22, 145:22, 159:20, 159:24, 217:25, 218:5, 284:21, 285:2, 315:11, 315:15, 316:11, 338:13
**VIDEOTAPED** [1] - 1:15
**view** [3] - 152:6, 257:18, 326:9
**village** [1] - 109:18
**villages** [1] - 121:5
**Vinnie** [1] - 169:18
**violation** [1] - 309:21
**violence** [15] - 26:18, 45:4, 45:9, 61:16, 61:22, 62:7, 62:10, 62:21, 68:6, 78:13, 114:13, 140:9, 140:13, 141:23, 180:22
**violent** [3] - 17:9, 61:11, 62:14
**virtue** [1] - 206:22
**visa** [1] - 188:14
**visit** [12] - 22:22, 23:8, 23:11, 25:8, 25:11, 25:12, 25:15, 29:15, 33:2, 34:22, 38:13, 39:6
**visited** [2] - 109:17, 230:4
**visiting** [1] - 24:24
**vitamin** [1] - 246:5
**Vitamins** [1] - 246:6
**vocabulary** [1] - 300:2
**voice** [2] - 253:7, 253:8
**voluntarily** [11] - 161:18, 162:8, 167:2, 167:23, 167:24, 168:25, 170:3, 170:11, 172:15, 173:15, 253:21
**voluntary** [3] - 166:13, 169:20, 171:15
**voters** [1] - 24:25

**W**

**W-A-J-E-E-H** [1] - 232:10
**wait** [3] - 36:22, 142:22, 142:23
**Wait** [1] - 123:21
**waited** [3] - 23:17, 185:13, 331:23
**waiting** [2] - 90:17, 98:6
**waived** [2] - 3:9, 170:7

**waiver** [1] - 166:20
**Wajeeh** [2] - 231:13, 231:21
**WAJEEH** [1] - 231:15
**Wajeeh's** [2] - 231:14, 231:17
**walk** [1] - 176:13
**walked** [1] - 278:13
**walls** [1] - 100:10
**wanted** [16] - 12:14, 40:6, 44:16, 51:7, 51:11, 81:8, 114:25, 126:6, 191:8, 191:23, 201:7, 207:13, 210:6, 211:22, 218:13, 276:12
**wanting** [2] - 212:20, 213:3
**wants** [7] - 50:18, 79:19, 176:23, 177:2, 193:19, 203:3, 203:8
**war** [1] - 264:19
**was he** [4] - 33:4, 41:2, 87:9, 115:9, 150:7, 294:22, 304:2, 304:3
**was it** [17] - 22:11, 49:5, 52:19, 59:23, 89:8, 100:9, 128:23, 158:24, 205:25, 213:11, 226:17, 238:16, 240:15, 274:3, 276:18, 277:15, 305:22
**was that** [17] - 25:3, 40:15, 80:10, 80:19, 82:3, 82:4, 92:25, 127:3, 135:7, 135:14, 146:24, 193:21, 261:23, 276:11, 316:19, 317:20, 336:17
**was there** [12] - 40:24, 41:2, 41:3, 58:21, 75:19, 93:10, 248:8, 286:15, 289:8, 289:10, 293:3, 336:19
**Washington** [2] - 2:9, 304:23
**watch** [1] - 123:17
**water** [3] - 45:23, 46:17, 50:24
**wave** [1] - 11:20
**weak** [2] - 188:17, 212:4
**weapon** [4] - 209:15, 209:17, 262:25, 269:3
**weapons** [1] - 69:25
**wearing** [2] - 67:16, 68:24
**website** [1] - 246:10
**week** [4] - 44:8, 49:25, 51:16, 55:18, 72:16, 115:25, 116:6
**weekly** [1] - 74:25
**weeks** [3] - 18:24, 274:8,

317:4

**Weil** [2] - 117:20, 118:24

**welcome** [1] - 331:14

**welled** [2] - 181:19, 214:12

**were you** [14] - 18:9, 20:17, 34:18, 41:14, 87:19, 162:25, 224:22, 265:25, 279:22, 282:3, 284:2, 285:11, 285:16, 326:11

**weren't** [5] - 183:5, 183:11, 242:19, 242:23, 325:17

**Wes** [3] - 283:23, 284:3, 284:7

**Wes'** [1] - 283:24

**West** [27] - 7:10, 10:4, 11:5, 22:10, 29:21, 33:6, 33:13, 34:9, 34:12, 42:6, 44:19, 44:22, 67:10, 68:3, 68:5, 69:20, 80:3, 116:25, 183:20, 183:21, 184:2, 184:3, 184:5, 242:23, 253:14, 253:15, 331:7

**westerners** [1] - 109:24

**Westport** [2] - 286:19, 286:21

**What are** [8] - 14:11, 15:4, 15:5, 56:24, 79:22, 85:3, 117:7, 127:20

**What did** [10] - 38:23, 156:24, 166:17, 186:5, 186:7, 240:22, 243:18, 277:5, 321:17, 334:3

**What is** [38] - 8:4, 8:9, 12:14, 12:15, 15:21, 23:3, 23:4, 47:24, 80:14, 81:12, 101:5, 147:9, 153:17, 158:21, 159:8, 159:9, 162:3, 167:3, 225:15, 226:20, 235:2, 236:5, 237:10, 237:11, 246:16, 247:23, 249:25, 250:14, 252:12, 256:20, 259:13, 283:22, 292:23, 298:25, 305:10, 313:8, 321:25, 322:16

**What was** [39] - 16:23, 21:23, 22:3, 22:4, 25:4, 26:3, 35:2, 57:17, 57:23, 58:6, 58:19, 62:22, 73:11, 78:2, 112:3, 138:9, 147:10, 167:21, 193:24, 202:3, 217:17, 221:15, 223:4, 223:22, 227:3, 227:15,

230:19, 231:5, 237:4, 255:6, 278:7, 278:11, 287:12, 288:9, 288:14, 288:18, 289:19, 290:15, 291:10

**What were** [7] - 19:12, 60:7, 98:17, 289:2, 301:23, 303:19, 313:20

**whatsoever** [2] - 180:20, 250:10

**When did** [7] - 8:17, 55:3, 72:12, 102:14, 102:18, 240:16, 306:9

**When is** [1] - 275:10

**when were** [2] - 7:23, 55:14

**When you** [68] - 8:11, 9:11, 13:2, 19:18, 38:15, 39:14, 43:17, 45:18, 45:20, 56:23, 58:5, 74:19, 75:15, 80:13, 85:2, 90:24, 111:5, 117:6, 148:18, 152:9, 152:21, 152:22, 153:6, 162:7, 165:18, 168:20, 169:20, 175:7, 185:20, 196:6, 205:6, 205:20, 206:6, 207:2, 209:18, 210:5, 210:11, 211:19, 211:24, 215:15, 218:23, 219:10, 219:19, 222:23, 223:5, 236:4, 246:4, 248:12, 260:18, 262:11, 264:7, 265:22, 266:13, 269:16, 270:20, 270:21, 279:11, 281:15, 285:12, 299:19, 300:6, 305:22, 316:5, 316:20, 316:23, 326:7, 327:14

**Whenever** [2] - 245:2, 284:17

**whenever** [1] - 155:19

**Where are** [2] - 124:18, 209:20

**Where is** [3] - 7:9, 252:6, 283:9

**Where was** [4] - 106:12, 163:23, 226:18, 290:6

**Where were** [4] - 7:7, 35:11, 37:6, 100:5

**WHEREOF** [1] - 340:20

**Whereupon** [12] - 16:24, 46:21, 63:17, 94:16, 146:5, 159:23, 166:3, 172:4, 218:4, 284:24, 315:14, 338:18

**wherever** [1] - 286:5

**who are** [9] - 17:21, 39:15, 106:21, 146:19, 198:22, 252:20, 271:12,

271:13, 334:18

**who is** [14] - 5:6, 8:24, 28:5, 39:15, 71:17, 105:6, 108:25, 176:12, 180:8, 267:16, 300:16, 302:19, 306:2

**Who told** [2] - 158:3, 287:9

**who was** [29] - 20:9, 24:11, 25:19, 29:15, 42:12, 51:23, 53:16, 54:5, 59:21, 87:6, 116:17, 142:10, 146:16, 146:18, 154:10, 179:8, 180:18, 217:4, 227:14, 230:15, 232:6, 246:18, 247:7, 289:10, 289:16, 305:24, 305:25, 320:15

**who were** [16] - 9:12, 17:21, 21:4, 62:9, 67:16, 73:9, 87:23, 92:11, 229:2, 229:17, 229:25, 231:11, 282:13, 289:2, 325:20

**willing** [5] - 258:2, 258:25, 265:15, 265:16, 265:18

**win** [2] - 262:12, 262:13

**wing** [12] - 14:5, 14:6, 18:2, 21:12, 44:12, 44:18, 44:22, 45:5, 52:24, 76:22, 116:21, 116:24

**winning** [1] - 62:20

**wish** [6] - 37:12, 211:21, 216:14, 216:19, 299:13, 328:5

**withdraw** [5] - 170:19, 171:8, 171:9, 171:14, 206:5

**withdrawn** [2] - 35:10, 51:20

**witness** [73] - 3:10, 3:16, 3:18, 5:9, 5:16, 7:15, 12:19, 13:3, 15:15, 24:7, 28:10, 30:23, 31:5, 33:17, 36:15, 50:6, 64:14, 87:12, 91:20, 95:5, 96:9, 99:25, 101:10, 101:21, 105:17, 108:5, 110:19, 110:22, 111:13, 111:15, 113:19, 119:18, 147:5, 149:11, 155:4, 155:13, 161:3, 161:12, 161:24, 161:25, 162:7, 165:8, 165:21, 165:24, 166:3, 166:6, 167:5, 167:9, 167:18, 167:24, 168:3, 168:4, 170:15, 170:20,

170:22, 170:25, 171:4, 171:20, 172:4, 172:12, 175:3, 178:4, 190:15, 193:18, 202:20, 208:21, 208:23, 209:5, 276:3, 280:15, 298:24, 340:11, 340:14

**Witness** [3] - 1:16, 330:20, 338:19

**WITNESS** [40] - 15:10, 15:21, 16:3, 16:7, 24:9, 29:8, 31:14, 32:13, 33:19, 34:6, 34:8, 36:20, 37:13, 37:19, 37:23, 64:16, 65:4, 111:22, 118:8, 119:20, 122:18, 123:14, 123:17, 124:14, 127:23, 143:11, 143:22, 149:13, 161:5, 162:5, 164:24, 203:5, 203:10, 229:12, 229:16, 286:22, 287:19, 324:21, 338:4, 340:20

**witness'** [1] - 29:2

**witnessed** [5] - 17:23, 17:24, 70:25, 87:24, 88:6

**witnesses** [3] - 32:3, 336:24, 337:2

**witnessing** [1] - 41:8

**woke** [1] - 219:10

**women** [3] - 17:6, 325:20, 334:19

**won** [1] - 211:23

**won't** [6] - 45:9, 100:25, 175:9, 193:10, 252:24, 317:13

**wonder** [1] - 131:9

**wondering** [1] - 324:3

**word** [16] - 6:11, 6:14, 9:21, 22:7, 33:17, 43:25, 56:19, 58:22, 84:8, 137:25, 155:11, 171:15, 171:22, 175:21, 294:18, 329:3

**words** [22] - 7:13, 21:20, 21:22, 25:14, 59:23, 60:22, 97:8, 148:11, 148:14, 148:23, 149:2, 149:4, 149:5, 149:6, 149:8, 164:14, 170:14, 172:25, 329:2, 329:10, 329:23

**work** [38] - 14:7, 19:24, 20:25, 21:10, 21:16, 118:20, 125:8, 133:19, 147:3, 156:23, 199:10, 207:8, 223:19, 225:18, 225:21, 226:6, 227:23, 229:18, 229:20, 239:7,

- Y O U S E F -

243:23, 245:25, 246:2,
246:11, 265:2, 273:4,
273:7, 273:23, 275:5,
277:15, 293:13, 296:6,
304:20, 306:21, 316:5,
323:16, 323:19, 323:24
**worked** [19] - 19:24,
125:19, 142:6, 224:2,
225:10, 226:9, 226:18,
227:12, 239:8, 241:5,
241:7, 243:12, 248:4,
273:5, 274:3, 300:3,
303:3, 330:2, 335:20
**workers** [2] - 11:17,
230:2
**working** [29] - 39:24,
41:18, 61:14, 153:25,
221:16, 221:20, 223:25,
224:20, 224:25, 225:13,
225:24, 226:8, 231:4,
231:22, 234:2, 252:9,
252:11, 252:20, 256:8,
256:23, 257:11, 257:14,
267:18, 275:18, 281:5,
282:8, 294:2, 312:5,
325:9
**works** [9] - 6:5, 14:7,
34:8, 118:25, 182:14,
182:18, 221:11, 225:3,
272:21
**world** [4] - 78:14, 78:24,
87:2, 334:15
**worn** [1] - 328:17
**worry** [1] - 327:17
**worse** [1] - 167:2
**wouldn't** [1] - 78:6
**wounded** [3] - 64:9,
119:5, 141:7
**Wow** [1] - 331:14
**write** [7] - 9:20, 9:21,
58:20, 75:15, 299:20,
312:17, 327:24
**writer** [7] - 251:22,
251:24, 307:19, 307:23,
312:15, 312:18, 312:19
**writers** [1] - 300:3
**writing** [8] - 56:9, 249:19,
249:22, 252:5, 307:9,
307:11, 307:15, 312:6
**written** [6] - 58:10, 64:25,
131:12, 299:24, 328:10,
337:19
**wrong** [11] - 45:12, 64:24,
152:7, 184:13, 184:18,
214:9, 262:19, 264:21,
268:12, 319:12, 323:20
**wrote** [13] - 42:3, 75:23,
134:21, 135:12, 201:16,
207:15, 249:12, 299:19,
299:22, 304:22, 327:9,

327:18, 328:9

## Y

**Y-A-S-S-I-N** [1] - 10:11
**Y-O-D-E-R** [1] - 283:25
**Y-V-O-N-N-E** [1] - 229:15
**Yahoo** [1] - 59:23
**Yasser** [43] - 41:2, 41:23,
42:13, 42:25, 44:16,
46:15, 50:10, 51:7,
51:11, 51:14, 57:11,
63:4, 67:15, 67:18,
68:20, 68:22, 69:8,
69:23, 70:9, 70:11,
70:13, 70:15, 70:24,
71:13, 72:18, 72:24,
73:8, 79:4, 79:6, 79:12,
79:13, 79:15, 79:19,
80:13, 81:7, 81:20,
82:13, 150:10, 150:22,
151:18, 187:22, 276:16,
278:15
**Yassin** [1] - 10:8
**YASSIN** [1] - 10:10
**yeah** [7] - 75:17, 100:14,
127:25, 152:5, 219:24,
230:25, 306:14
**Yeah** [72] - 25:16, 52:22,
53:14, 53:21, 75:24,
90:21, 91:7, 98:4,
102:7, 110:12, 122:6,
128:2, 128:8, 128:12,
131:21, 132:4, 136:12,
144:21, 145:19, 149:24,
153:2, 154:11, 163:19,
179:20, 181:9, 185:24,
186:15, 192:5, 192:20,
196:15, 198:9, 200:11,
205:13, 210:19, 215:24,
221:25, 225:19, 230:12,
231:10, 234:10, 235:17,
239:14, 239:25, 245:13,
245:16, 246:9, 248:23,
249:2, 249:13, 253:22,
259:9, 261:24, 262:16,
263:22, 266:11, 268:9,
271:22, 282:11, 283:21,
284:8, 284:15, 288:2,
289:7, 291:5, 292:20,
301:6, 303:17, 307:21,
309:5, 311:22, 317:24,
329:22
**year** [7] - 11:16, 125:7,
223:21, 306:13, 306:14,
316:18, 318:7
**years** [30] - 11:14, 11:22,
21:17, 22:11, 66:22,
75:21, 76:4, 76:5, 76:6,
104:12, 106:6, 109:6,

116:16, 147:4, 150:17,
181:3, 205:14, 225:12,
225:13, 225:17, 226:6,
233:15, 240:20, 248:5,
292:16, 313:24, 314:9,
328:18, 330:3, 330:4
**yell** [1] - 253:4
**Yen** [2] - 287:25, 288:2
**yesterday** [2] - 156:6,
255:7
**Yoder** [1] - 283:23
**YORK** [2] - 1:2, 340:4
**York** [11] - 1:20, 1:22,
2:5, 4:14, 4:24, 5:22,
165:12, 165:17, 165:19,
166:11, 340:9
**yours** [4] - 193:16,
227:20, 243:8, 326:9
**yourself** [14] - 8:20,
57:21, 137:5, 173:24,
204:8, 244:22, 261:14,
268:4, 268:6, 272:10,
326:12, 326:16, 328:23,
329:20
**Yousef** [42] - 4:8, 8:10,
28:23, 32:3, 35:19,
40:25, 43:13, 46:24,
47:4, 51:25, 94:20,
95:15, 125:4, 144:12,
160:2, 171:25, 172:7,
173:13, 174:17, 176:20,
194:3, 202:19, 203:9,
203:12, 209:23, 217:13,
218:7, 218:11, 254:23,
257:21, 266:23, 268:11,
268:21, 268:25, 270:21,
272:23, 285:4, 285:8,
310:11, 315:19, 326:21,
327:23
**YOUSEF** [2] - 5:17,
338:21
**Yuan** [4] - 287:14,
287:20, 287:25, 288:11
**Yuan's** [1] - 288:9
**Yvonne** [9] - 229:6,
229:14, 229:17, 229:23,
229:25, 230:16, 247:8,
247:11

## Z

**zip** [1] - 319:8