# EXHIBIT D.2

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER