# EXHIBIT D.3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARK SOKOLOW, et al.,

        Plaintiffs,

- against -

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

----------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

**EXHIBIT 1**

## DECLARATION OF TAWFIQ TIRAWI

Pursuant to 28 U.S.C. § 1746, I, Tawfiq Tirawi, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in the city of Ramallah in the State of Palestine.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I can read and speak Arabic. I have read this declaration, and I understood it in Arabic.

4. I am not currently employed by and do not hold any position or title in the Palestinian National Authority ("PA") or the Palestine Liberation Organization ("PLO").

5. I am submitting this declaration with respect to a document attached to this declaration as Exhibit A, which I understand was recently submitted by Plaintiffs to the Court in this lawsuit. I have been told that Plaintiffs have argued that the document attached as Exhibit A "personally implicates" former PA President Yasser Arafat in a bombing that occurred on March 21, 2002 in Jerusalem. That allegation is not true, based on my knowledge, information and belief.

6. The document attached as Exhibit A is a memorandum dated February 10, 2002 that I wrote to President Arafat regarding the February 10, 2002 arrest of two Palestinians, Mohammed Hashaika and Nasser Shawish, in Tulkarem, Occupied Palestinian Territory.

1378608.1


CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

7. At the time I wrote the memorandum attached as Exhibit A I was serving as the Director of the PA's General Intelligence Service for the West Bank ("GIS"). In that capacity, I reported directly to President Arafat.

8. The GIS, the PSS and all other Palestinian security services were operating under orders from President Arafat to take all possible actions to prevent actions of violence by any Palestinian against Israeli civilians. My purpose in writing the February 10, 2002 memorandum was to inform President Arafat that Hashaika and Shawish, who had allegedly been intending to commit such an act of violence, had been arrested before they could do so.

9. I ended my February 10, 2002 memorandum to President Arafat with the standard closing phrase that I routinely used in many official documents I wrote to President Arafat or anyone who was superior to me: "This matter is at your Excellency's discretion." My use of that standard closing did not suggest, request or anticipate any action or decision by President Arafat regarding Hashaika and Shawish.

10. After my February 10, 2002 memorandum, President Arafat did not give any orders or direction to me or anyone at the GIS regarding Hashaika or Shawish, including any orders or direction to release Hashaika or Shawish from detention. I am not aware of President Arafat giving any such orders or direction to any other person or organization within the PA or PLO. I never gave such orders to any person or organization within the PA or PLO.

11. I am not aware of President Arafat having any knowledge of the March 21, 2002 bombing in Jerusalem prior to the bombing occurring. I did not have any such knowledge.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 26th day of March, 2014, in the city of Ramallah, State of Palestine.

Tawfiq Tirawi

1378608.1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

المحكمة الإقليمية للولايات المتحدة

لمقاطعة نيويورك الجنوبية

| | |
|---|---|
| قضية مدنية رقم: (RLE) (GBD) 397 -CV- 04 | مارك سوكولو و آخرون<br><br>مدعون،<br><br>ضد<br><br>منظمة التحرير الفلسطينية وآخرون<br><br>مدعى عليهم. |

شهادة توفيق طيراوي

وفقا للفقرة ١٧٤٦ من المادة ٢٨ من قانون الولايات المتحدة، أشهد أنا توفيق طيراوي، تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الامريكية، بما يلي:

١. أقيم حاليا في مدينة رام الله في دولة فلسطين.

٢. أبلغ من العمر اكثر من ثمانية عشر عاما، و أنني مؤهل للإدلاء بهذه الشهادة. اذا لم يذكر ما يخالف ذلك في هذه الوثيقة، فان الوقائع المدرجة أدناه مبنية على معلوماتي الشخصية.

٣. أتحدث و أقرأ العربية، و قد قمت بقراءة هذه الشهادة وفهمتها باللغة العربية.

٤. انا حالياً لست موظفا ولا اشغل أي منصب لدى السلطة الوطنية الفلسطينية أو لدى منظمة التحرير الفلسطينية.

٥. اقوم تقديم هذه الشهادة المتعلقة بوثيقة مرفقة لها كمستند أ. وكما فهمت انه قد تم تقديم هذا المستند حديثا إلى المحكمة من قبل المدعين بخصوص هذه القضية. وقد علمت ان المدعين يزعمون أن المستند أ "بورط شخصيا" رئيس السلطة الفلسطينية السابق باسر عرفات في العملية التفجيرية التي نفذت في ٢١ آذار من العام ٢٠٠٢ في القدس. وحسب معرفتي واعتقادي وما امتلكه من معلومات فان هذا الادعاء باطل.

٦. المستند أ المرفق هو عبارة عن مذكرة مؤرخة في ١٠ شباط من العام ٢٠٠٢ كنت قد كتبتها وارسلتها إلى الرئيس عرفات بخصوص شخصين فلسطينيين قد تم اعتقالهما في ١٠ شباط من العام ٢٠٠٢، وهما محمد حشايكة وناصر شاويش في طولكرم في الأراضي الفلسطينية المحتلة.

٧. عندما أرسلت تلك المذكرة كمستند أ. كنت أشغل منصب مدير جهاز المخابرات العامة الفلسطيني للضفة الغربية، وبصفتي تلك كنت قد ارسلت تلك المذكرة مباشرة إلى الرئيس عرفات.

٨. لقد تم وضع أجهزة المخابرات العامة، والأمن الوقائي وكافة الأجهزة الأمنية الفلسطينية تحت إمرة الرئيس عرفات مباشرة من اجل اتخاذ كافة الاجراءات الممكنة لمنع حدوث أعمال عنف من قبل فلسطينيين ضد أهداف مدنية اسرائيلية. وكان هدفي من

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

إرسال المذكرة التي كتبتها في ١٠ شباط من العام ٢٠٠٢ إلى الرئيس عرفات إبلاغه أن حشايكة وشاويش الذين زعم أنهم كانوا ينون القيام بأعمال عنف كهذه قد تم اعتقالهم قبل أن يستطيعوا القيام بذلك.

٩. لقد انهيت المذكرة التي ارسلتها إلى الرئيس عرفات في ١٠ شباط من العام ٢٠٠٢ بعبارة ختامية تقليدية والتي قد تعودت أن أكتبها في كثير من الوثائق التي ارسلتها إلى الرئيس عرفات أو إلى أي مسؤول أعلى مني مرتبة بعبارة: "هذه القضية تحت تصرف سيادتكم المطلقة". ولم يكن المقصود من استخدامي لتلك العبارة الختامية التقليدية تقديم اقتراح، أو مطلب، أو توقع استباقي لأي قرار كان يمكن للرئيس عرفات، ان يتخذه بخصوص حشايكة وشاويش.

١٠. لم يصدر الرئيس عرفات بعد ارسال مذكرتي تلك له في ١٠ شباط من العام ٢٠٠٢ أي أوامر أو توجيهات لي أو لأي شخص آخر يعمل في جهاز المخابرات العامة بخصوص حشايكة أو شاويش، بما فيها أوامر أو توجيهات بخصوص إطلاق سراح حشايكة وشاويش من الاعتقال. وأنا لست على علم بأن الرئيس عرفات كان قد أصدر أوامر أو توجيهات لأي شخص أو مؤسسة في السلطة الوطنية أو منظمة التحرير الفلسطينية بهذا الصدد. وأنا بدوري لم أصدر إطلاقاً أوامر أو توجيهات لأي شخص أو مؤسسة في السلطة الوطنية أو منظمة التحرير الفلسطينية بهذا الصدد.

١١. أنا لست على دراية فيما إذا كان الرئيس عرفات على علم بحدوث العملية التفجيرية التي حدثت في ٢١ آذار من العام ٢٠٠٢ قبل حدوثها. ولم أكن أنا على علم بذلك.

أشهد أنا، تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الأمريكية أن ما تم ذكره آنفاً صادق وصحيح وعليه فقد تم التوقيع في هذا اليوم الموافق ٢٦ من شهر آذار من العام ٢٠١٤ في مدينة رام الله، دولة فلسطين.

توفيق طيراوي

2

Case 1:04-cv-00397-GBD-RLE   Document 547-776   Filed 06/25/14   Page 6 of 13

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING



السلطة الوطنية الفلسطينية

رئاسة المخابرات الفلسطينية
المخابرات العامة
مديرية معاهدات السنة
دائرة

الرقم: ..............
التاريخ: ٨/١٠/٢٠٠٠

سعادة اللواء الرئيس القائد العام ...حفظه الله
تحية وطنية ،،،

**الموضوع :- الجهاد الإسلامي**

أفيد سيادتكم بأنه قد تم اعتقال الشخص الذي كان ينوي القيام بعملية انتحارية وكنت قد أبلغت سيادتكم بذلك بالأمس ، وتم الاعتقال ظهر اليوم بالتعاون مع الاخوة في الأمن الوقائي
وهم :

مشهور محمد حشايكة           مواليد طلوزة -(١٩٨١م).
الذي قام بتنظيمه وتجهيزه و الذي كان سيوصله إلى داخل الخط الأخضر :-
بشير جمال الشاويش           مواليد الفارعة -(١٩٧١م).
تيسير ح البخاري              مواليد نابلس -(١٩٧٦م).
ويجري معهم التحقيق ...

والأمر سيادتكم
وتفضلوا بقبول، فائق الاحترام

مدير المخابرات العامة
المحافظات الشمالية
توفيق الطيراوي

CONFIDENTIAL                                02:010270

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

        Plaintiffs,

- against -

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

        Defendants.

------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

**EXHIBIT 2**

## SUPPLEMENTAL DECLARATION OF GEN. KHALED ABU AL-YAMAN

Pursuant to 28 U.S.C. § 1746, I, General Khaled Abu al-Yaman, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in the city of Ramallah in the State of Palestine.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I can read and speak Arabic. I have read a translation of this declaration in Arabic, and I understand it.

4. I previously signed a Declaration in this lawsuit, which I understand was filed as an exhibit to a letter from counsel for the Palestinian Authority ("PA") (now the State of Palestine) to this Court on January 27, 2014 ("January 27, 2014 Declaration"). I am submitting this declaration as a supplement to my January 27, 2014 Declaration and without repeating all of the facts in my January 27, 2014 Declaration. I am also submitting this supplemental declaration with respect to a document attached to this declaration as Exhibit A, which I understand was recently submitted by Plaintiffs to the Court in this lawsuit. It is a memorandum dated February 10, 2002 from Tawfiq Tirawi to former PA President Yasser Arafat.

5. In the beginning of March 2014, and in the regular course of my duties unrelated to any issues or requests in this lawsuit, I asked the director of the GIS archives to review a

1

1378608.1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

portion of the GIS archives for the possible existence of certain records that I wanted to review as part of my regular duties. The GIS archivist had assisted me in reviewing the GIS archives during the document searches in this lawsuit described in paragraphs 7-12 of my January 27, 2014 Declaration, including the search for any GIS files or documents that Plaintiffs had requested regarding Mohammed Hashaika and Nasser Shawish, as referenced in paragraph 7 of my January 27, 2014 Declaration.

6. On or about March 5, 2014, the GIS archivist informed me that, during the course of responding to my March 2014 request, he had come across the document attached as Exhibit A. Because he recalled my previous request in this lawsuit for any files or documents regarding Mohammed Hashaika and Nasser Shawish, he said he thought I should be aware of this document. After reviewing the document, I instructed the GIS archivist to transmit the document to counsel for the PA, who I understand received the document on March 6, 2014.

7. In reviewing the document attached as Exhibit A, I notice that Tawfiq Tirawi concluded his memorandum to President Arafat with the phrase, "This matter is at your Excellency's discretion." That is a standard closing phrase that I routinely use in many official documents I write to my superiors. My use of that standard closing does not necessarily suggest, request or anticipate any action or decision by the recipient of the document from me.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 26th day of January, 2014, in the city of Ramallah, State of Palestine.

/s/
Gen. Khaled Abu al-Yaman

2

1378608.1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

المحكمة الإقليمية للولايات المتحدة

لمقاطعة نيويورك الجنوبية

| مارك سوكولو و آخرون |
| مدعون |
| ضد |
| منظمة التحرير الفلسطينية و آخرون |
| مدعى عليهم |

قضية مدنية رقم: (RLE) (GBD) 397 -04-CV

ملحق شهادة العميد خالد أبو اليمن

وفقا للفقرة 1746 من المادة 28 من قانون الولايات المتحدة، أشهد أنا العميد خالد أبو اليمن، تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الامريكية، بما يلي:

1. أقيم حاليا في مدينة رام الله في دولة فلسطين.

2. أبلغ من العمر اكثر من ثمانية عشر عاما، و انني مؤهل للإدلاء بهذه الشهادة. و ما لم يتم الإشارة إلى غير ذلك، فإن الحقائق المدرجة أدناه مبنية على معرفتي الشخصية.

3. أتحدث و أقرأ العربية، و قد قمت بقراءة ترجمة هذه الشهادة باللغة العربية و فهمتها.

4. لقد قمت في السابق بالتوقيع على شهادة متعلقة بهذه الدعوى القضائية، و علمت انه قد تم إدراجها كمستند لرسالة أرسلها المستشار القانوني للسلطة الفلسطينية ( الآن دولة فلسطين) إلى هذه المحكمة في 27 كانون ثاني من العام 2014 (أي شهادة 27 كانون ثاني من العام 2014). وأنا أدلي بهذه الشهادة كملحق للشهادة التي كنت قد أدليت بها في 27 كانون ثاني من العام 2014 دون تكرار الحقائق التي وردت في شهادة يوم 27 كانون ثاني من العام 2014. و انا أدلي بدوري بملحق الشهادة بخصوص الوثيقة المرفقة لهذه الشهادة كمستند أ، وكما علمت انه قد تم تسليمها من قبل المدعين إلى المحكمة بخصوص هذه الدعوى القضائية. وهي عبارة عن مذكرة كان قد ارسلها توفيق طيراوي في 10 شباط من العام 2002 إلى الرئيس السابق للسلطة الفلسطينية ياسر عرفات.

5. لقد قمت في بداية شهر آذار 2014، ومن خلال قيامي بمهامي لا تمت بصلة لأية قضايا أو مطالب متعلقة بهذه الدعوى القضائية، قمت بالطلب من مدير أرشيف جهاز المخابرات العامة أن يقوم بمراجعة جزء من تلك السجلات من أجل العثور على بعض الملفات التي اردت مراجعتها كجزء من ممارسة مهامي الاعتيادية. وقد ساعدني المسؤول عن الأرشيف في جهاز المخابرات العامة بمراجعة تلك السجلات من خلال البحث عن

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

وثائق متعلقة بهذه الدعوى القضائية حيث تم الإشارة إليها في الفقرات 7-12 من شهاداتي التي أدليت بها في 27 كانون ثاني من العام 2014، بما فيها البحث عن ملفات جهاز المخابرات العامة أو وثائق كان قد طالب بها المدعون فيما يتعلق بمحمد حشايكة وناصر شاويش كما هو مشار إليه في الفقرة 7 من شهاداتي التي كنت قد أدليت بها في 27 كانون ثاني من العام 2014.

6. في أو حوالي 5 آذار من العام 2014، قام الشخص المسؤول عن أرشيف جهاز المخابرات العامة بإعلامي، وذلك أثناء عملية الرد على طلبي الذي كنت قد تقدمت به في آذار 2014، أنه عثر على وثائق مرفقة عبارة عن مستند أ. وبسبب أنه تذكر أنه طلب لي قد تقدمت به سابقاً فيما يتعلق بهذه الدعوى القضائية من أجل الحصول على ملفات أو وثائق تتعلق بمحمد حشايكة وناصر شاويش. حيث ذكر لي أنه يجب علي ان أكون على علم بهذه الوثيقة. وبعد مراجعتي لهذه الوثيقة، فقد قمت بإصدار تعليماتي إلى الشخص المسؤول عن أرشيف جهاز المخابرات العامة بنقل هذه الوثيقة إلى المستشار القانوني للسلطة الفلسطينية. حيث علمت ان هذا الأخير قد استلم تلك الوثيقة في 6 آذار من العام 2014.

7. من خلال مراجعتي للوثيقة المرفقة كمستند أ، لاحظت ان توفيق طبراوي كان قد اختتم مذكرته للرئيس عرفات بعبارة "والأمر لسيادتكم". وأنا استخدم هذه العبارة الختامية التقليدية في العديد من الوثائق الرسمية التي أكتبها إلى أي شخص مسؤول أعلى مني مرتبة. ولا أقصد بالضرورة من استخدامي لهذه العبارة الختامية تقديم اقتراح، أو مطلب، أو توقع استباقي لأي قرار يمكن لمستلم تلك الوثيقة أن يتخذه.

أشهد أنا، تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الأمريكية أن ما تم ذكره آنفا صادق وصحيح وعليه فقد تم التوقيع في هذا اليوم الموافق 26 من شهر آذار من العام 2014 في مدينة رام الله، دولة فلسطين.

العميد خالد أبو اليمن

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING

السلطة الوطنية الفلسطينية



رئاسة جهاز المخابرات الفلسطيني
المخابرات العامة
مكتب مساعدات الضفة
دائرة

الرقم: -----------

التاريخ: ----------

سيادة اللواء الرئيس القائد العام ... حفظه الله
تحية وطنية ...

**الموضوع :- الجهاد الإسلامي**

نفيدكم علماً بأنه تم بحمد الله اعتقال الشخص الذي كان ينوي القيام بعملية انتحارية وكنت قد أبلغت سيادتكم عنه بالأمس ، وتم الاعتقال ظهر اليوم بالتعاون مع الاخوة في الأمن الوقائي و هو :

1 - سمير مسهور محمد حشايكة             مواليد طلوزة -(١٩٨١م) .

أما عن العميل الذي قام بتنظيمه وتجهيزه و الذي كان سيوصله إلى داخل الخط الأخضر :-

1 - سمير جمال الشاويش                     مواليد الفارعة -(١٩٧١م).
2 - صالح البخاري                            مواليد نابلس -(١٩٧٦م).
3 - ... جاري التحقيق ...

والأمر لسيادتكم
وتفضلوا بقبول ، فائق الاحترام

مدير المخابرات العامة
المحافظات الشمالية
توفيق الطيراوي

CONFIDENTIAL                    02:010270



**MILLER CHEVALIER**

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

March 7, 2014

Kent A. Yalowitz, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

**EXHIBIT 3**

Re: *Sokolow v. Palestine Liberation Organization et al.* — 04-CV-397(GBD) (RLE)

Dear Kent:

Enclosed please find an additional document which we are producing in this matter.

Sincerely,

/s/ Brian A. Hill

Brian A. Hill

Enclosure
cc: Robert J. Tolchin

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NOT FOR PUBLIC FILING



السلطة الوطنية الفلسطينية

الرئاسة الفلسطينية

المخابرات العامة

مكتب معاونات الفتنة

دائرة

الرقم: ــــــــــــ

التاريخ: ــــــــــــ

سعادة الأخ الرئيس القائد العام ... حفظه الله

بعد التحية ،،،

الموضوع :- الجهاد الإسلامي

نود أن نعلمكم باعتقال الشخص الذي كان ينوي القيام بعملية انتحارية وكنت قد أبلغت سيادتكم به بالأمس ، وتم الاعتقال ظهر اليوم بالتعاون مع الاخوة في الأمن الوقائي وهو

١- سعد مسهور محمد حشايكة       مواليد طلوزة -(١٩٨١م) .

الذي قام بتنظيمه وتجهيزه الذي كان سيوصله إلى داخل الخط الأخضر :-

١- ناصر جمال الشماويش        مواليد الشارعة -(١٩٧١م).
٢- صلاح البخاري              مواليد نابلس -(١٩٧٦م).
٣- يجري معه التحقيق ...

والأمر لسيادتكم
وتفضلوا بقبول، فائق الاحترام

مدير المخابرات العامة
المحافظات الشمالية
توفيق الطيراوي

CONFIDENTIAL                02:010270