REDACTED - PUBLICLY FILED VERSION

# EXHIBIT D.5



Robert Tolchin <rjt.berkman@gmail.com>

## Sokolow
1 message

**Robert Tolchin** <rjt.berkman@gmail.com>   Fri, Jul 6, 2012 at 3:46 AM
To: "Hill, Brian" <bhill@milchev.com>, "Rochon, Mark" <mrochon@milchev.com>, "Hibey, Richard" <rhibey@milchev.com>, M Haller <hallermm@gmail.com>

Counselors -

The Sokolow plaintiffs hereby supplement their Rule 26 disclosures and discovery responses with the attached photographs, which we believe are photographs of Muhanad Abu Halawa.

- Bob Tolchin

**4 attachments**


**Abu Halawa 4.jpg**
338K


**Abu Halawa 3.jpg**
27K


**Abu Halawa 2.jpg**
8K



**Abu Halawa 1.jpg**
28K