# EXHIBIT D.7

**Hill, Brian**

| | |
|---|---|
| **From:** | Rachel Weiser <rachelmayweiser@gmail.com> |
| **Sent:** | Friday, May 03, 2013 8:58 AM |
| **To:** | Hill, Brian |
| **Cc:** | Rochon, Mark; Hibey, Richard; Dina Rovner; M Haller; Robert Tolchin |
| **Subject:** | Guetta Document Production |
| **Attachments:** | Guetta photo array.pdf; Guetta Objection to Notice of Deposition Deuces Tecum.pdf |

Brian --

Attached please find Varda Guetta's objections and responses to the document request contained within her notice of deposition.

Thank you.

--Rachel

1