# EXHIBIT D.11

# *Dauphin County, Pennsylvania – Register of Wills*
## SHORT CERTIFICATE – LETTERS OF ADMINISTRATION

**File No:**       114-2004



I, **Jean Marfizo King**, Register of Wills in and for the County of Dauphin, in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on February 03, 2004, LETTERS OF ADMINISTRATION, on the estate of BENJAMIN THOMAS BLUTSTEIN, deceased, of SUSQUEHANNA TOWNSHIP in said county, were granted to RICHARD BLUTSTEIN, and KATHERINE H. BAKER, having first been qualified well and truly to administer the same. And, I further certify that no revocation of said Letters appears of record in my office.

*IN TESTIMONY WHEREOF*, I have here unto set my hand and affixed the seal of said office at DAUPHIN COUNTY, PENNSYLVANIA, on February 06, 2014.

**Date of Death :**       July 31, 2002
**Social Security #:**       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

*Jean Marfizo King*
Register of Wills

NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE

EXPIRES 60 DAYS FROM DATE OF ISSUANCE