# EXHIBIT D.12

| STATE OF NORTH CAROLINA | File No. 05 E 2138 |
|---|---|
| GUILFORD County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|
| Name<br>DIANE LESLIE CARTER, DECEASED | **LETTERS**<br>OF ADMINISTRATION<br>G.S. 28A-6-1 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Title Of Fiduciary 1<br>LARRY CARTER, ADMINISTRATOR | Date Of Qualification<br>09-29-2005 |
|---|---|
| Address<br>1105 FOXFIRE DRIVE | Clerk Of Superior Court<br>DAVID L. CHURCHILL |
| City, State, Zip<br>GREENSBORO, NC  27410 | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Title Of Fiduciary 2 | |
| Address | Date Of Issuance<br>09-29-2005 |
| City, State, Zip | Signature  *Kathy J Hutchinson*<br>☐ Deputy CSC    ☒ Assistant CSC |

NORTH CAROLINA - GUILFORD COUNTY
CERTIFIED A TRUE COPY OF ORIGINAL
ON FILE IN THIS OFFICE.
THIS 6th Feb 2014

AOC-E-403, Rev. 5/96
©1997 Administrative Office of the Courts