# EXHIBIT D.13

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 67390

# Surrogate's Court of the State of New York
## Kings County
### Certificate of Appointment of Administrator

File #: 2002-5237A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | |
|---|---|
| Name of Decedent: | **Janis Ruth Coulter** |
| Domicile: | **2011 Ocean Avenue, Brooklyn, NY, 11229, Usa** |
| Date of Death: | **July 31, 2002** |
| Fiduciary Appointed: Mailing Address: | **Robert Coulter Sr** 8 Ironwood Path Mashpee Usa 02649 |

Type of Letters Issued: **LETTERS OF ADMINISTRATION**

Letters Issued On: **May 7, 2007**

Limitations: **Restrained from Collecting /// ///**

and such Letters are unrevoked and in full force as of this date.

**Dated: March 5, 2014**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Kings County Surrogate's Court at Brooklyn, New York.

WITNESS, Hon. Margarita López Torres, Judge of the Kings County Surrogate's Court.

_Doreen A. Quinn_
Doreen A. Quinn, Chief Clerk
Kings County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Kings County Surrogate's Court*