# EXHIBIT D.14

| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. BE06P0610AD | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| Estate of: David Gritz  Date of Death: 07/31/2002 | | Berkshire Probate and Family Court 44 Bank Row Pittsfield, MA 01201 (413)442-6941 |

To:

**Nevenka Gritz**

**3 Greylock Circle**

**Peru, MA 01235-9803**

You have been appointed and qualified as Personal Representative in ☐ Supervised  ☒ Unsupervised administration of this estate on _____October 29, 2007_____ .
(date)

These letters are proof of your authority to act pursuant to G.L. c. 190B, except for the following restrictions if any:

☒ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇ ⬇ (Do Not Write Below This Line-For Court Use Only) ⬇ ⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date _____February 7, 2014_____    _____
Francis B Marinaro, Register of Probate

MPC 751 (3/31/12)