# EXHIBIT A.30



**PLAINTIFF'S EXHIBIT 30**

 **LEGAL LANGUAGE SERVICES**



An affiliate of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free  (800) 788-0450
Telefax   (212) 349-0964
www.legallanguage.com

June 10, 2010

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the document received by this office. This document is designated as:

Document titled "President Declares a Cease-Fire"

George Alves, Manager of Translation Services of this company, certifies that Rasha Toppozada-Yow, who translated this document, is fluent in Arabic and standard North American English and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 10th day of June, 2010

Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

DEFENDANT'S EXHIBIT NO. 44

02:008458

# Palestinian Planning Center

[Emblem]
Palestine

## President Declares a Cease-Fire

On 12/16/2001, in an effort to prove good intentions, President Yasser Arafat gave a speech to the Palestinian people and the entire world in which he declared: "Today, I reaffirm the comprehensive and immediate cessation of all armed operations, particularly suicide attacks."

Palestinian Planning Center / Center's Magazine / Special File / Issues Five and Six

03:000718

02:008459

 

الرئيس يعلن وقف إطلاق النار

في 2001/12/16، وفي محاولة لإثبات حسن النية، وجه الرئيس ياسر عرفات، خطاباً للشعب الفلسطيني، وللعالم أجمع، في 2001/12/16، أعلن فيه: "إنني أؤكد مجدداً اليوم الوقف الشامل والفوري لجميع الأعمال المسلحة، وبخاصة الهجمات الانتحارية

مركز التخطيط الفلسطيني /مجلة المركز / ملف خاص /العدد الخامس والسادس

03:000718

**02:008460**