# EXHIBIT 2

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
SOKOLOW, et al,                           :  04-CV-397
                                          :
                  Plaintiffs,             :  November 17, 2011
                                          :
             v.                           :  500 Pearl Street
                                          :  New York, New York
PALESTINE LIBERATION ORGANIZATION, et al, :
                                          :
                  Defendants.             :
------------------------------------------X


         TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
           BEFORE THE HONORABLE RONALD L. ELLIS
              UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:         ROBERT J. TOLCHIN, ESQ.
                           AARON SOLOMON, ESQ.
                           Berkman Law Office
                           111 Livingston Street
                           Brooklyn, NY 11201


For the Defendants:        BRIAN A. HILL, ESQ.
                           Miller & Chevalier, Chtd.
                           655 15th Street, North West #900
                           Washington, DC 20005




Court Transcriber:         MARY GRECO
                           TypeWrite Word Processing Service
                           211 N. Milton Road
                           Saratoga Springs, NY 12866




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

5

1   that we sought the court, I'd just go ahead and memorialize
2   that in an order.
3           The plaintiffs have asked that conditions be attached
4   to the order, specifically that they only come once for
5   depositions and Rule 35 exams. We're obviously willing to try
6   and coordinate this as much as possible but we don't think that
7   should be ordered because it would essentially give the
8   plaintiffs a veto over the ability to proceed with the case in
9   an orderly fashion and we're still waiting on a lot of material
10  from the plaintiffs about their damages. So at this point I'm
11  uncertain as to when depositions and Rule 35 exams are going to
12  happen.
13          THE COURT: Okay. With respect to that, do you have
14  a disagreement?
15          MR. TOLCHIN: There's a lot in there. We agree about
16  coming to New York, we agree about that we would like them to
17  only have to make one international flight for their deposition
18  and examination. There are a few plaintiffs who it's not as
19  big an issue for because they're much more local. It's one
20  thing to fly in from Israel, it's another thing to come in from
21  New Jersey. I would not stick to the you only have to make one
22  trip obviously for people who are more local.
23          As to the damages information, we provided the
24  defendants with medical records that we had but those were
25  gathered several years ago. Aaron here has been methodically

```
                                                                    6
 1   attempting to communicate with each and every plaintiff which
 2   is easier said than done because quite a few of the plaintiffs
 3   have emotional difficulty dealing with this case because of the
 4   nature of the case.  But we have pared down claims removing,
 5   you know, we've advised the defendant we've removed, for
 6   example, people who decided that, for example, lost wages
 7   claims are not worth pursuing for whatever reason.  We are
 8   gathering information about what additional medical providers
 9   there may be that we didn't know about that we didn't have
10   records from what was gathered several years ago.  We are well
11   in the process of obtaining from each of the plaintiffs medical
12   record authorizations so that we could obtain those additional
13   documents and we will be providing the defendant with
14   authorizations so that they could obtain them as well whether
15   by subpoena or just by request.  That process is well under
16   way.
17           So it depends on doctors' offices.  I can't tell you
18   we will have all the documents by X date because really it's
19   documents from doctors' offices, but they do deal with --
20   doctors' offices do field requests for medical records all the
21   time and it's not going to go on forever.
22           THE COURT:  Okay.  I'm not sure which point you were
23   addressing there to tell you the truth.  He was talking about
24   the Rule 35 and the deposition.  The damages information,
25   you're talking about that as a prelude to the deposition?
```