# EXHIBIT 5

```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF NEW YORK
 2
 3     ------------------------------------X
                                           :
 4     SOKOLOW, et al.,                    : 04-CV-00397 (GBD) (RLE)
                                           :
 5                         Plaintiffs,     :
                                           :
 6                  v.                     : 500 Pearl Street
                                           : New York, New York
 7     PALESTINE LIBERATION ORGANIZATION,  :
         et al.,                           :
 8                                         : March 20, 2012
                                           :
 9                         Defendants.     :
       ------------------------------------X
10
11              TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
                 BEFORE THE HONORABLE RONALD L. ELLIS
12                   UNITED STATES MAGISTRATE JUDGE

13
       APPEARANCES:
14
       For the Plaintiffs:         ROBERT J. TOLCHIN, ESQ.
15                                 Berkman Law Office
                                   111 Livingston Street
16                                 Brooklyn, NY 11201

17     For the Defendants:         BRIAN A. HILL, ESQ.
                                   MARK J. ROCHON, ESQ.
18                                 Miller & Chevalier, Chtd.
                                   655 15th Street, North West #900
19                                 Washington, DC 20005

20
21     Court Transcriber:          RUTH ANN HAGER, C.E.T.**D-641
                                   TypeWrite Word Processing Service
22                                 211 N. Milton Road
                                   Saratoga Springs, NY 12866
23
24
25


       Proceedings recorded by electronic sound recording,
       transcript produced by transcription service
```

63

1  clear.  I don't want any last-minute documents being produced
2  by your client.  If they have any documents that pertain to
3  their injuries either physical or emotional, I would expect
4  them to have been produced to the defendant.  And I would
5  expect them to be produced already.  To the extent that they
6  haven't, then you can expect that presumptively you don't get
7  to have your expert opine on what those documents mean.
8           MR. TOLCHIN:  Your Honor, we are -- like the
9  defendants we are constantly investigating and if we come
10 across or discover or realize that we haven't looked for or
11 found some pile of W-2s from the -- from one of the decedents
12 and say, oh, look, here's some additional documents that go to
13 what this poor woman would have earned --
14          THE COURT:  Okay.
15          MR. TOLCHIN:  -- had she not been blown up --
16          THE COURT:  I want to repeat.  Presumptively if you
17 haven't produced it you don't get to produce it.  If you think
18 that you can overcome the presumption, give it a shot.  I'll
19 give you -- and that's -- you always -- each of you has that
20 opportunity if -- I mean, look.  I mean, there could be a
21 document in a safe someplace that nobody has.  If you come in
22 and show that, you know, there was a -- you know, a police raid
23 and they came up with a document and nobody knew it existed
24 before, you know, we'll deal with it then but --
25          MR. TOLCHIN:  The only thing that isn't fair is --