# EXHIBIT 7

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3   -----------------------------------------X
                                              :
 4   SOKOLOW, et al,                          : 04-CV-397 (GBD)
                                              :
 5                 Plaintiffs,                : November 20, 2011
                                              :
 6             v.                             : 500 Pearl Street
                                              : New York, New York
 7   PALESTINE LIBERATION ORGANIZATION, et al, :
                                              :
 8                 Defendants.                :
     -----------------------------------------X
 9

10         TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
           BEFORE THE HONORABLE RONALD L. ELLIS
11              UNITED STATES MAGISTRATE JUDGE

12   APPEARANCES:

13   For the Plaintiffs:        DAVID I. SCHOEN, ESQ.
                                David I. Schoen, Attorney at Law
14                              2800 Zelda Road, Suite 100-6
                                Montgomery, Alabama  36106
15
                                AARON NATHANIEL SOLOMON, ESQ.
16                              The Berkman Law Office, LLC
                                111 Livingston Street
17                              Brooklyn, New York  11201

18   For the Defendant:         BRIAN A. HILL, ESQ.
                                MARK JOHN ROCHON, ESQ.
19                              Miller & Chevalier, Chtd.
                                655 15th Street NW, #900
20                              Washington, D.C.  20005

21

22   Court Transcriber:         RUTH ANN HAGER, C.E.T.**D-641
                                TypeWrite Word Processing Service
23                              211 N. Milton Road
                                Saratoga Springs, NY 12866
24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

6

1          And the other point I would make is that the response

2     by Mr. Schoen indicated that they might not be pursuing this

3     30(b)(6) topic on behalf [indiscernible].  Obviously they're

4     not going to pursue the topic.

5          THE COURT:  Well, let --

6          MR. HILL:  There's no point in having a ruling at

7     this point, so --

8          THE COURT:  Well, let me -- I don't know if they're

9     planning to pursue it, but my ruling on a situation such as

10    this would be that to the extent that you have not identified

11    any evidence either by pointing to it or responding to it,

12    you'd be precluded from presenting such evidence.

13          To the extent that you have responded that you have

14    given all of the evidence and pointed it out to the plaintiffs,

15    then you need not worry.

16          MR. HILL:  Your Honor, a point of clarification.  I

17    don't at this point have an interrogatory that would require me

18    to point out the specific documents in my production that we

19    rely on.  As I've suggested, we're happy to answer such

20    interrogatory or if you want me to informally do that, I'm

21    happy to do that just so there's no question about --

22          THE COURT:  I mean --

23          MR. ROCHON:  -- a subset of production as pertinent

24    to this issue.

25          THE COURT:  Okay.  Although I think you said that the