# EXHIBIT 8

```
                                                                    1
     CBJ7SOKM
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   MARK I. SOKOLOW, individually
     and as a natural guardian of
 4   Plaintiff Jamie A. Sokolow,
     et al.,
 5
                Plaintiffs,
 6
           v.                                 04 Civ. 397 (GBD)
 7
     PALESTINE LIBERATION
 8   ORGANIZATION, et al.,
 9              Defendants.
10   ------------------------------x
11                                            November 19, 2012
                                              2:30 p.m.
12   Before:
13                    HON. GEORGE B. DANIELS
14                                            District Judge
15                         APPEARANCES
16   DAVID I. SCHOEN
17   AARON SOLOMON
          Attorneys for Plaintiffs
18
     MILLER & CHEVALIER CHARTERED
19        Attorneys for Defendants
     BY:  BRIAN A. HILL
20
     MILLER KORZENIK SOMMERS LLP
21        Attorneys for Movant
     BY:  DAVID S. KORZENIK
22        ITAI MAYTAL
23
24
25
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

```
                                                                  113
     CBJPSOK2
1              MR. HILL:  Of course.  I have, your Honor, and they
2    would have an obligation to give it to me.  You won't be
3    surprised that we're 17 months into discovery, they've had it
4    the entire 17-month discovery period.  Rule 26(a)(1) required
5    them to give it to me when Judge Ellis entered the scheduling
6    order last June, and they still haven't given it to me, which
7    is another reason why --
8              MR. SCHOEN:  Judge, a bunch of nonsense.  A bunch of
9    nonsense.  And that's why he's here today.  Wait until you see
10   the papers that have been filed and what's been given and what
11   hasn't been given.
12             THE COURT:  I don't need a debate about it.
13             MR. SCHOEN:  We don't need to be cheap shot either.
14             THE COURT:  Look, gentlemen, I don't need to debate
15   about that.  I'm a very practical guy.  There's a lot of cute
16   arguments, but the reality is that you got the tape.  If you
17   intend to use it as evidence, you better make sure, if he's
18   asked for it, that he gets it.  Okay?
19             And you know what the issues are, that -- you know,
20   I'm not responding to you.  I'm responding to them, their
21   argument that somehow I should be persuaded to force them to
22   give the outtakes because you might make the argument that
23   somehow their tape is inadmissible and it's not complete.
24             Well, make that argument out here, but right now, it's
25   not a very persuasive argument to me because I hear of no
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```