UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

        vs.                                        No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

### NOTICE OF PLAINTIFFS' MOTION FOR AN ANONYMOUS JURY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of

Plaintiffs' Motion for an Anonymous Jury, and the Declaration of Phillip W. Horton in Support

of Plaintiffs' Motion for an Anonymous Jury, each dated July 2, 2014, the Plaintiffs, by their

undersigned counsel, will move this Court, before the Honorable George B. Daniels, United

States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York

10007, as soon as counsel may be heard, for an order that (1) the names, addresses, and

workplaces of members of the *venire* and *petit* juries shall remain undisclosed; (2) jurors shall be

kept together during recesses and taken to or provided lunch as a group each day during trial; (3)

jurors shall be escorted to and from the courthouse each day during trial in a manner to be

arranged by the United States Marshals Service; and (4) such other further relief as the Court

deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of May 23,

2014, any opposing affidavits and answering memorandum shall be served on or before July 23,

2014.

Dated: New York, New York
       July 2, 2014

ARNOLD & PORTER LLP

By:_____

Kent A. Yalowitz
    KENT.YALOWITZ@APORTER.COM
Philip W. Horton
    PHILIP.HORTON@APORTER.COM
Lucy S. McMillan
    LUCY.MCMILLAN@APORTER.COM
Ken L. Hashimoto
    KEN.HASHIMOTO@APORTER.COM
Carmela T. Romeo
    CARMELA.ROMEO@APORTER.COM
Tal R. Machnes
    TAL.MACHNES@APORTER.COM

399 Park Avenue
New York, New York  10022
(212) 715-1000

*Attorneys for Plaintiffs*

TO:    Mark J. Rochon
       Laura G. Ferguson
       Brian A. Hill
       Miller & Chevalier Chartered
       655 Fifteenth Street, N.W.
       Suite 900
       Washington, DC 20005-5701

       *Attorneys for Defendants*

2