IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                  Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                  Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF PHILIP W. HORTON IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN ANONYMOUS JURY**

PHILIP W. HORTON hereby declares:

1. I am a member of the law firm of Arnold & Porter LLP, appearing *pro hac vice* as counsel for the plaintiffs in the above-captioned action. I submit this declaration to provide documents in support of plaintiffs' motion for an anonymous jury.

2. Attached as exhibits to this declaration are true and correct copies of the following Plaintiffs' Trial Exhibits, preceded by a tab that corresponds to the trial exhibit number.

| Trial Exhibit and Tab Number | Description |
|---|---|
| 376 | Abdel Karim Aweis Israeli Military Court Sentencing Hearing |
| 435 | Abdullah Barghouti Israeli Military Court Sentencing Hearing |
| 503 | Robert Pape, Dying to Win: the Strategic Logic of Suicide Terrorism (2006) (excerpt) |
| 644 | PA TV Broadcast, Official Sermon by PA Cleric Dr. Ahmed Yousef Abu Halabiah, "Kill Jews" (Oct. 13, 2000), cited in Expert Report of Itamar Marcus |

- 2 -

| | |
|---|---|
| 1072 | PA Publication, Al Hayat Al Jadida, Cartoon Depicting Osama Bin Laden (Sept. 12, 2007) |
| 1073 | PA Publication, Al Hayat Al Jadida, Cartoon Depicting Uncle Sam (Sept. 11, 2002) |
| 1074 | PA Publication, Al Hayat Al Jadida, Op-Ed, Peace with Ourselves (Sept. 11, 2001) |

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
July 2, 2014

_____
Philip W. Horton