# EXHIBIT 1074

From an op-ed by Adli Sadeq, currently (2014) the PA ambassador to India:

"The Martyrdom seekers of today are the finest successors of the finest predecessors. They are the sons of Muhammad Hussein, Al-Qassam, Ata Al-Zir, Fuad Hijazi, Muhammad Jamjoum (i.e., all killed by the British during the British Mandate) and the rest of our earliest Jihad fighters. They are the brothers of the Lebanese Martyrdom seekers, who taught the American marines a harsh lesson (i.e., suicide bombing in which 241 American servicemen were killed), and then raised the price for the Israeli aggression [that is being paid] with lives...

These Martyrdom seekers are the salt of the earth and the engines of history. They are the strict teacher, who is capable of opening the locks of racist minds and their strong latches, and they are more honorable than us all."

["Peace with Ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001)]


PLAINTIFF'S EXHIBIT 1074

P 1: 4497

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF ROEE COHEN**

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Peace with ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Peace with ourselves", Al-Hayat Al-Jadida (Sept. 11, 2001).

Dated: March 6, 2014

_____
ROEE COHEN

الحياة المحلية

## عدلي صادق — من هنا وهناك

### سلام مع النفس

لا يتوافر سلام مع النفس، في أعماق إنسان يتأهب لاستقبال الموت، مثلما توافر للمؤمنين بعدالة قضاياهم، ومن بين هؤلاء، المؤمنون بعدالة القضية الفلسطينية. ولنا، في تاريخ التضحيات، على درب الاستقلال والحرية، ما يندر مثله، في حكايات البطولة!

ففي تموز (يوليو) 1938، كان المجاهد الوطني محمد محمود أحمد حسين، قابعاً في سجن عكا، وعندما أبلغ بموعد تنفيذ حكم الإعدام فيه، شنقاً، وأتيحت له فرصة إبلاغ أهله، برسالة يخطها بيده، كتب محمد ـ بالحرف الواحد ـ يقول في رسالة جديرة بالتأمل:

[ سبحان الحي الذي لا يموت. سبحان من له الدوام، ولا دايم غير الله

لحضرة والدنا العزيز محمود أحمد حسين المحترم

بعد تقبيل أياديكم، والسؤال عن شريف خاطركم، مع كثرة الأشواق اليكم، أعرفكم يا والدنا، إن سالتم عنا، فإننا سننتقل الى رحمة الله يوم الاثنين، الواقع في 25/7/ 1938 الساعة 8 صباحاً، لأن القائد العام وافق على إعدامي في التاريخ المذكور، ولأن مدير سجن عكا ابلغنا ذلك. فالرجاء يا والدنا أن تحضروا أنتم وجميع المحبين من أهل بلدنا، لأجل رؤياكم، لأننا مُشتاقون لكم، وذلك عند وصول تحريرنا هذا قبل تنفيذ الحكم. ويا والدنا، أرجو أن تقول للشيخ حسن الإمام، أن يقول لأهل البلد، رجالاً ونساءً وأولاداً، أن يسامحونا بما عملنا في دار الدنيا.

سلامي لأرواحكم الطاهرة، والى والدتنا الحنون، والى إخوتنا عموما، والى أخينا علي، ألف سلام، والى دار عمنا سليم وأهل بيته وأولاده عموما، ألف سلام، وسلامي الى جميع أقاربنا، كل حي باسمه، وسلامي لأهل بلدتنا عموما، ألف سلام. وأرجو يا والدنا وأرجوكم، أنه عندما تتسلمون جثتي أن لا تبكوا أبداً، بل يجب أن تهللوا وتُكبروا وتصبروا، إن الله مع الصابرين، لقوله تعالى «ولا تحسبن الذين قُتلوا في سبيل الله أمواتاً، بل أحياءٌ عند ربهم يرزقون».

الداعي لكم بطول العمر
ولدكم
محمد محمود أحمد حسين
يقبل أياديكم
سجن عكا المركزي ]

* * *

كان الشهيد الناطق، يقول في سطور نادرة: "إن سالتم عنا، فإننا سننتقل الى رحمة الله (تعالى) يوم الاثنين.." وكانت نفسه السخية المتواضعة، تطلب الصفح من أهل قريته، ربما عن أية هفوة ارتكبها في دار الدنيا. وكانت روحه، أشد إصراراً، حتى الرمق الأخير، على إجزال الاحترام لوالده، تقبيلاً ليده "الطاهرة"، ولم يخطر في باله، وهو يرسل القبلة الى يد والده، أنه أجدر بأن يتلقى تقبيل يده وحتى قدمه، وكان يرسل سطوره النادرة، الى والده، من خلال أخيه المسيحي نخلة بشارة. وكان ـ وهذا هو الأهم ـ أعمق إيماناً بالله، مقتنعاً بقضية شعبه، فلا يعتبر نفسه بصدد مناسبة حزينة أو مأساوية، وإنما في صدد زفاف الى دار الحياة الأخرى، مع الصديقين والأنبياء، "إذ وافق الحاكم العام" على الإعدام!

* * *

استشهاديو اليوم، هم خير خلف لخير سلف. هم أبناء محمد حسين والقسام وعطا الزير وفؤاد حجازي ومحمد جمجوم، وغيرهم من أوائل مجاهدينا. وهم أشقاء الاستشهاديين اللبنانيين، الذين لقنوا "المارينز" الأميركي درساً قاسياً في بلادهم، ثم عمدوا الى رفع كلفة العدوان الإسرائيلي، في الأرواح، بمعدلات أشبعت شارون صفعاً على الوجه، وخيبة، ثم طردوا بقايا جنود العدو، من "الشريط" بلا قيد ولا شرط!

هؤلاء الاستشهاديون هم ملح الأرض، ومحرك التاريخ، والمعلم الصارم، القادر على فتح مغاليق العقول العنصرية وأقفالها المنيعة، وهم الأكرم منا جميعاً. يبذلون دمهم، ليكون بالمُستطاع تخيير العدو، بين سلام عادل، بين الطرفين، أو سلام عادل، مع النفس، في أعماق الاستشهاديين، كبير الشبه بسلام محمد محمود حسين مع نفسه، عندما قال "إن سالتم عنا، فإننا سننتقل الى رحمة الله في يوم الاثنين.."!

---

## عزّز الأمن الوطني بطمون

للعدوان المتواصل على شعبنا وإرهاب حقيقي ترعاه دولة الاحتلال. وفيما يتعلق بتحميل السلطة مسؤولية حفظ الأمن والتنسيق، والالتزام بالاتفاقيات الموقعة، قال أرشيد: لقد كتب الإسرائيليون بمحض إرادتهم نهاية الاتفاقيات، ويطالبون بأن نوفر لهم الأمن في الوقت الذي يوفرون له القتل.

وقد شيعت جماهير محافظة جنين الشهيد في موكب جنائزي، حيث خرج موكب التشييع من مستشفى جنين الحكومي تتقدمه السيارات العسكرية، وردد المشاركون في التشييع هتافات تدعو للانتقام من الاحتلال وتنفيذ المزيد من العمليات الفدائية ضد الاحتلال وأهدافه.

ووافقت سلطات الاحتلال في وقت متأخر من يوم امس السماح بنقل جثمان الشهيد أبو صيام الى الأردن، حيث تقيم زوجة الشهيد وأهله، وجاءت هذه الموافقة المتأخرة بعد أن أخرج الجثمان من مستشفى جنين الحكومي الى مخيم الفارعة لدفنه هناك حيث تقيم عمته، وبعد ذلك اعيد الجثمان الى مستشفى جنين الحكومي.

وينقل جثمان الشهيد اليوم الى الأردن حيث تجري استعدادات حثيثة لنقل الشهيد الى ذويه الذين طلبوا توديع ابنهم الشهيد ودفنه بالقرب منهم.

### اعتقلت أحد الشبان وقادته الى جهة مجهولة
### الاحتلال تداهم قريتي بيت قاد الشمالية والجنوبية في محافظة جنين المحاصرة

الحياة الجديدة - عاطف أبو الرب - فرضت قوات الاحتلال امس نظام منع التجول بيت قاد الشمالية والجنوبية، وقامت بتجميع الأهالي في أحد المدارس، وانتشرت في شوارع القريتين وقاموا بملاحقة المواطنين، حيث تم التحقيق مع عدد من المواطنين لساعات طويلة، هذا وتم اعتقال الشاب خضر نصر تركمان 22 عاماً.

محافظة جنين تحركات مريبة لقوات الاحتلال التي دفعت بعدد من الدبابات إلى «مابو دوتان»، وكثفت من تواجدها في محيط بلدتي عرابه ويعبد، فيما حلقت طائرات الاحتلال طوال الليلة الماضية في سماء المحافظة.

وات الأمن وعدد من المؤسسات مقاربتها تحسباً لأي اعتداء قد تقوم بها طائرات أهداف في المدينة. كما تم إخلاء عدد من المدارس القريبة من المواقع الأمنية، حيث عن قلقهم على مصير العام الدراسي الحالي، وطالب عدد من الآباء بأن يتم عمليات إخلاء المدارس خاصة ونحن في بداية عام دراسي.

### تجدد القصف الاحتلالي على مدرسة تياسير الأساسية

الحياة الجديدة - لليوم الثاني على التوالي تعرضت مدرسة تياسير الأساسية للبنين لهجمي الذي يستهدف غرف المدرسة خلال ساعات الليل، وقد أدى القصف إلى مادية كبيرة في المدرسة، بالإضافة إلى الهدم والدمار الذي خلفه القصف، فقد تلاف كمبيوتر المدرسة وإتلاف غرفة سكرتير المدرسة.

مدرسة تياسير مقلل دراغمه إن الدوام في المدرسة لم ينتظم بشكل عادي الة الخوف التي شاعت بين الطلبة من جهة، ونظراً لعدم تمكن طلاب منطقة يسون في المدرسة من الوصول إلى مقاعد الدراسة صباح امس.

الاحتلال في معسكر شيخم المقام على مقربة من المدرسة قد قصفت الليلة قبل ألحقت أضراراً في الغرف والصفوف، حيث اضطر طلبة الصفين التاسع دوام خارج الغرف الدراسية.

### ود الاحتلال يعرقلون المسيرة ايمية في اربع مدارس بالخضر

الحياة الجديدة - اسامة العيسة - قامت قوات الاحتلال صباح امس، بالاعتداء على بلدة الخضر الثاني تم توجهم الى مقاعدهم الدراسية.

ان الجنود تعمدوا إطلاق قنابل الغاز صوب الطلبة في منطقة التل ومحيط القديمة الواقعة فيها أربع مدارس، وكان الجو في المنطقة كانت هادئة ولم تشهد اي جهات.

إصابة العديد من الطلبة بالاختناق

---



جامعة النجاح الوطنية
كلية هشام حجاوي التكنولوجية