UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | Docket No. <br> 04-cv-397 (GBD) (RLE) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Separate Trials and for Bifurcation of the Liability and Damages Phases of the Trial, Defendants, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' Motion for Separate Trials and for Bifurcation of the Liability and Damages Phases of the Trial.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of May 23, 2014, any opposing affidavits and answering memorandum shall be served on or before July 30, 2014.

Dated:  July 9, 2014

1

1425458.1

2

**MILLER & CHEVALIER CHARTERED**

By: \_\_\_\_/s/ Mark J. Rochon_____
      Mark J. Rochon
       mrochon@milchev.com
      Laura G. Ferguson
       lferguson@milchev.com
      Brian A. Hill
       bhill@milchev.com

655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 (tel)
(202) 626-5801(fax)

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:**   Kent A. Yalowitz
      Philip W. Horton
      Lucy S. McMillan
      Sara K. Pildis
      Carmela T. Romeo
      Tal R Machnes
      Arnold & Porter LLP
      399 Park Avenue
      New York, NY 10022

      Robert J. Tolchin, Esq.,
      225 Broadway, 24th Floor
      New York, NY 10007
      (212)227-2181

1425458.1