IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                    Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

                    Defendants.

-------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

## [PROPOSED] ORDER

Having considered Defendants' Memorandum of Law in Support of Defendants' Motion for Separate Trials and for Bifurcation of the Liability and Damages Phases of the Trial, and any oppositions and replies thereto, it is hereby

**ORDERED**, that Defendants' Motion for Separate Trials and Bifurcation is Granted.

.

Date: _____, 2014

                                                                      _____
                                                                      Hon. George B. Daniels
                                                                      United States District Court Judge

Copies via ECF to all counsel of record.

1401009.1