IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS

KENT A. YALOWITZ hereby declares:

1.　I am a member of the bar of this Court and of the law firm of Arnold & Porter LLP, counsel for the plaintiffs in the above-captioned action. I make this declaration to provide additional documents in support of plaintiffs' motion for sanctions.

2.　Attached as exhibits to this declaration are true and correct copies of the following Plaintiffs' Trial Exhibits, preceded by a tab that corresponds to the trial exhibit number. Each such document is referred to in the Reply in Support of Plaintiffs' Motion for Sanctions.

| Trial Exhibit and Tab Number | Document Bates Number |
|---|---|
| 55 | D 02: 009042 |
| 103 | D 02: 009501-04 |
| 128 | D 02: 009642-52 |
| 354 | P 5: 159-160 |
| 1114 | P 5: 339-357 |

3.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 26, 2014

_____
Kent A. Yalowitz