# EXHIBIT 55

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER