# EXHIBIT 103

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER