# EXHIBIT 128

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER