# EXHIBIT 354

עברית   العربية   فارسى   Русский



# ISRAEL MINISTRY OF FOREIGN AFFAIRS

## Most Wanted Terrorists - Status Report - 22-Apr-2002

22 Apr 2002

E-mail to a friend
Print the article
Add to my bookmarks

**See also**

› operation defensive shield: special update

Israel
MFA
Israel
MFA
Green Israel
MFA
CultureBuzzIsrael
Green Israel
MFA&NGOs
MASHAV
Study in Israel
Israeli Vibe
Flickr

MFA newsletter

About the Ministry
MFA events
Foreign Relations
Facts About Israel
FAQs
Government
Jerusalem
Treaties
History of Israel
Peace Process
Palestinian statehood
Terrorism
The Iranian Threat
Anti-Semitism
Israel Experience
Innovative Israel
Humanitarian Aid
Int'l development
Israeli Economy
MFA Video Library

22 April 2002

## Most Wanted Terrorists - Status Report

(Communicated by Israel security sources)

In December 2001, Israel presented US peace envoy Anthony Zinni with a list of 33 most wanted terrorists, requesting their arrest by the Palestinian Authority. The list was subsequently given by Zinni to the Palestinians.

Five of these most wanted terrorists have been arrested by Israel during Operation Defensive Shield:

1. Ibrahim Mahmoud Roub of Ramallah - Hamas
2. Nasser Aweis of Nablus - Tanzim
3. Abd el Karim Aweis of Jenin - Tanzim
4. Salim Haja of Burka - Hamas
5. Muhammed Abu Toul of Jenin - Tanzim

To date, three of these most wanted terrorists have been killed:

1. Ra'ed Karmi of Tulkarm - Tanzim (December 2001)
2. Riyadh Bader of Tulkarm - Islamic Jihad
3. Kais Adwan of Jenin - Hamas



PLAINTIFF'S EXHIBIT 354

P 5: 159

MFA Publications  
Our Bookmarks  
News Archive  
MFA Library

**Feedback** | **Map** | **Hebrew**

© 2008 Israel Ministry of Foreign Affairs - The State of Israel. All rights reserved.   *Terms of use*   *Use of cookies*