# EXHIBIT 1114

PLAINTIFF'S
EXHIBIT
1114

From: _Adi_                                    Date of interrogation: _June 4, 2002_

Place of interrogation: _Room 8_                        Start time: _7:00 p.m._

### Memorandum from interrogation of _Nasser Shawish_

He was questioned about his military activity and stated the following:

Shooting attacks in which he participated:

He stated that he had he had participated in many shooting attacks. [He] added that he was unable to remember all of the attacks in which he had participated.

His involvement in shooting at the IDF during the IDF attack on the Jenin Refugee Camp:

He said that about a year ago, during the first attack on the Jenin Refugee Camp, he participated in shooting at IDF forces, using a Kalashnikov that he was in his possession.

He added that the attack on the refugee camp lasted for about four days, during which he participated in shooting each day at the army. He does not know what the results of the shooting were; he added that the following individuals fired with him:

Abdel Karim Aweis / Jenin Refugee Camp.

Mahmoud Tualba / Jenin Refugee Camp.

Thabet Mardawi / Arabeh

Mohamed al Anini / Anin.

Rabia Abu Rub / Kabatia.

* Haj Ali Sifuri / Jenin Refugee Camp

Jamal Tawil / Jenin Refugee Camp.

Nidal al Badami / Jenin Refugee camp.

[Stamp] P 5: 339

1

He added that besides the persons above, more than a hundred others participated in shooting, people whom he does not know or does not remember.

~~Comments~~

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../2

[Stamp] P 5: 339 [continued]

2

From: _____         -2-         Date of interrogation: _____

Place of interrogation: _____               Start time: _____

### Memorandum from interrogation of _____

He stated that during the first IDF attack on the refugee camp, improvised explosive devices were not used, but they were used the next time.

Shooting attack at a military camp near Tayasir:

He stated that

His involvement in shooting laying improvised explosive devices against the army during the attack on the Jenin Refugee Camp by the IDF, the second time:

He stated that about three months after the IDF's attack on the refugee camp, the army returned and attacked the refugee camp again.

He added that the action lasted about a week during which during which the subject participated in laying improvised explosive devices at the entrance to the Jenin Refugee Camp together with the following persons:

The subject

Abdel Karim Aweis

Nidal Badawi

Mahmoud Tualba

Rabia Abu Rub

He stated that the following persons engaged in the manufacture of the improvised explosive devices:

Mahmoud Tualba

Rabia Abu Rub

[Stamp] P 5: 340

3

He stated that they laid 4-5 improvised explosive devices of various weights and sizes.

He added that he had a pistol that he had received from Mahmoud Tualba and he says that he did not participate in the shooting, but he did participate in laying the improvised explosive devices.

~~Comments~~

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../3

[Stamp] P 5: 340 [continued]

4

From:_____     -3-        Date of interrogation: _____

Place of interrogation: _____        Start time: _____

Memorandum from interrogation of _____

His involvement in shooting at a military camp next to Tayasir:

He stated that during the intifada [uprising] he had participated on 4-5 occasions in shooting at an IDF camp near Tayasir together with the following persons:

Mohamed Basharat / Tamun, who was in possession of an M16

Fuad Basharat / Tamun, who was in possession of a Kalashnikov

Khaled Shawish / Fara Refugee Camp, the brother of the subject, who was in possession of an M16.

He added that the shooting attacks were carried out using a black BMW vehicle that Mohamed Basharat had brought. All of the shooting attacks were carried out in the early evening.

He stated that the shooting was carried out by the above individuals from the direction of the Tayasir School towards the military camp. Sometimes they were shot at, without being hit.

His involvement in the shooting at the Bazak military camp:

He stated that after cases of shooting at the Tayasir Camp, he participated in 6-7 cases of shooting at the Bazak Camp, in the evening / nighttime, together with the following:

He added that they used to go out to shoot using a vehicle, possibly a stolen white Mazda belonging to Rabia Sa'adi / Jenin Refugee Camp, who is about 23 years if age and single.

He stated that the following persons participated in shooting at the Bazak Camp:

The subject – who was in possession of an M16 belonging to Abdel Karim Aweis

Thaer Abu al Kafa / Jenin Refugee Camp, about 24 years of age, single, works for the special police, in possession of an M16.

[Stamp] P 5: 341

5

Firas Khalilia / Jaba, about 26 years of age, single, worked in the DCO, in possession of an M16.

Rabia Sa'adi – in possession of an M16.

He stated that the soldiers shot back at them. On one of the occasions Thaer was slightly hurt by a ricochet.

~~Comments~~

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../4

[Stamp] P 5: 341 [continued]

6

From: _____     -4-          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

Memorandum from interrogation of _____

His involvement in shooting at the Sanur Camp:

He stated that during the same period, he participated in shooting, on another occasion, in the evening, at the Sanur IDF camp ~~together.~~

He added that they had departed from Jenin in the Mazda vehicle of Rabia Sa'adi. They arrived at the village of Sanur, approached the edge of the village near the IDF camp, and opened fire.

He stated that the following individuals participated in the shooting:

The subject – fired a Kalashnikov

Thaer – fired an M16

Firas Khalilia – fired an M16

Rabu Abu Rub – fired a Kalashnikov

He stated that the soldiers fired back, but none of the shooters was hit. He added that after the shooting they fled to Jenin.

Laying of improvised explosive devices on the Jaba road:

He stated that a month after shooting at Sanur, the subject participated in laying improvised explosive devices on the main road near Jaba.

He added that Rabia Abu Rub brought 4 improvised explosive devices weighing about 5 kg each, from the Jenin Refugee Camp and estimates that two improvised explosive devices were from Abdel Karim Aweis and two were from Mahmoud Tualba.

[Stamp] P 5: 342

7

He added that the following persons departed in the ~~of black Mazda~~ vehicles in the direction of Jaba:

The subject – in possession of an M16

Rabia Abu Rub – in possession of a Kalashnikov

Firas Khalilia – in possession of a Kalashnikov

Mansur/ Jaba, about 26 years of age, single, worked at the DCO – in possession of a Kalashnikov

Amjad Fahuri/ Jaba, about 30 years of age, single, a worker, unarmed.

Another person, Kabatia, about 23 years of age, single, working at the DCO – in possession of a Kalashnikov.

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../5

[Stamp] P 5: 342 [continued]

8

From: _____    -5-    Date of interrogation: _____

Place of interrogation: _____    Start time: _____

### Memorandum from interrogation of _____

He added that the gang had departed in two vehicles – a black Mazda [and] a private blue vehicle.

He stated that at about 10:00 p.m., they traveled from Jenin towards a place where the road climbs upward near Jaba.

Upon arriving at the site, they parked the vehicles, waited at the site until about midnight, when they traveled in one vehicle to Jaba.

The subject, together with ~~the following individuals:~~ Firas, Manur and Amjad, traveled towards Jaba and hid among the olives [sic] while the others stayed to observe the road.

Amjad: Feared that residents from Jaba would recognize him, during the school children's exit from the school, so he asked Rabia to attach the mobile phones that were supposed to activate the improvised explosive devices and Amjad was to lay the improvised explosive devices.

Rabia attached the mobile phones to the improvised explosive devices, Amjad put the improvised explosive devices next to one another near the road and after that, the subject, Amjad, Firas, Mansur returned to the rest of the gang.

They waited until [illegible] a.m., when a military jeep drove near the improvised explosive devices. The above mentioned individuals activated the improvised explosive devices, but not at the right time, due to which the jeep was not damaged.

After the detonation of the improvised explosive devices, the above mentioned individuals traveled to Jenin.

[Stamp] P 5: 343

9

Laying of an explosive device near Araba:

He stated that during that period he participated in the laying of an improvised explosive device near Araba together with Mahmoud Tualba.

· He added that Mahmoud Tualba had brought a wireless activated improvised explosive device. the subject and Mahmoud went out The following individuals departed in the afternoon in a stolen black Mazda vehicle of the subject, from the Jenin Refugee Camp in the direction of Araba:

Comments

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

...16

[Stamp] P 5: 343 [continued]

10

From:_____     -6-        Date of interrogation: _____

Place of interrogation: _____      Start time: _____

Memorandum from interrogation of _____

The subject – possessed an M16

Mahmoud Tualba – possessed an M16

Rabia Abu Rub – possessed a Kalashnikov

Upon arriving in the Marka area, near Arabeh, the subject and Rabia laid the improvised explosive device next to the main road.

Thereafter, the three waited for about an hour, after which a military jeep passed by. He stated that Mahmoud activated the improvised explosive device that struck the jeep. In his estimation, none of the soldiers was hurt, but the jeep was damaged.

He stated that after activating the improvised explosive device, they returned to Jenin without having opened fire and without having been shot at.

Laying of an improvised explosive device in the Jordan Valley:

In the same period, the subject participated in the laying of an improvised explosive device on the road leading to an army camp in Tayasir.

He stated that the following individuals departed from the direction of Tubas to the Jordan Valley while in possession of improvised explosive devices:

The subject

Mohamed Basharat, Palestinian Islamic Jihad

Samer Abu Hanish / Nablus, about 25 years if age, single, Palestinian Islamic Jihad

He stated that they departed in a white private vehicle, in the afternoon, in the direction of the Tayasir Camp.

[Stamp] P 5: 344

11

Upon arriving near the camp, Mohamed got out of the vehicle and laid the improvised explosive device.

The above mentioned individuals waited in the vehicle until a military jeep passed by. They tried to activate the improvised explosive device, but in vain, due to a malfunction.

After [it] passed, Mohamed collected the improvised explosive device and the above mentioned individuals returned in the direction of Jenin.

Comments

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../7

[Stamp] P 5: 344 [continued]

12

From:_____     -7-          Date of interrogation: _____

Place of interrogation: _____            Start time: _____ ·

<div align="center">Memorandum from interrogation of _____</div>

Laying of an improvised explosive device near Kutzin Junction:

He stated that at about the same time, he participated in the laying of an improvised explosive
device in the Kutzin area.

He added that Mohamed Nasser al-Bachar / Kabatia, killed,

He added that Haj Ali Sifuri suggested to Abdel Karim Aweis that he enlist a person who
would carry out a joint attack by the Palestinian Islamic Jihad and the al-Aqsa Martyrs
Brigades.

Abdel Karim asked the subject to meet with Ali Safuri in order to carry out the attack and that
he would meet [illegible] who would be at Ali's place.

The subject, who was in Nablus, rented a vehicle from the Adil Company and departed for
Jenin in a white Hyundai vehicle. The subject went to Ali and met with Mohamed Nasser
Bakar al Sabar / Kabatia, [who was] killed.

The subject and Mohamed The following individuals traveled in the direction of Kutzin
while in possession of a wire activated improvised explosive device:

   The subject

   Mohamed

   Abu Bakar/ Yabed, 26 years of age, a guard at the university

In Kutzin, they parked the vehicle in the area of the outermost house in the village. The
subject and Mohamed went out towards the main road, where a military patrol passed,
causing them to hide.

<div align="right">[Stamp] P 5: 345</div>

<div align="center">13</div>

After that, they laid the improvised explosive device on the main road, but workers were passing by. The military patrol returned to the site and stopped near the improvised explosive device.

The subject, who feared hitting the group of workers, went out towards the improvised explosive device, pretended to be picking prickly pears and placing them in a bucket, put the improvised explosive device inside it and left the place.

He added that he was dressed like a woman so as not to arouse the suspicions of the soldiers at the scene.

He returned to Nablus and from there to Jenin, on the following day.

~~Comments~~

~~The Interrogation ended at~~

Persons present in the Interrogation

F/0101/321003

.../8

[Stamp] P 5: 345 [continued]

14

From: _____   -8-   Date of interrogation: _____

Place of interrogation: _____   Start time: _____

Memorandum from interrogation of _____

His involvement in shooting at military forces in the Ramallah area:

He stated that about four months ago, he relocated to Ramallah and lived in the Mukata'a in Ramallah.

He added that during the entry of IDF forces into Ramallah, the subject participated on occasion in shooting at Israeli tanks in Um Sharait and in Manara Square.

He stated that the following individuals known to the subject participated in the shooting:

The subject – fired a Kalashnikov

Darwish Duhader / Ramallah, about 23 years of age, single, working in a restaurant, was in possession of a Kalashnikov

Many others from Ramallah

He added that when the IDF recently entered Ramallah, he participated in shooting at Israeli tanks in the area of Manara Square, together with the following individuals:

Firas / Ramallah, about 29 years of age, married, a General Intelligence operative

Aiman Malaki / Ramallah, about 30 years of age, an operative in the General Intelligence, one of the "repatriates."

Other individuals.

Departure to carry out an attack that was not performed [illegible]:

He stated that before the IDF entered Ramallah, before the death of Mohanad Abu Halawa, the following individuals departed in a stolen green Magnum jeep that Mohanad had brought, to carry out an attack:

[Stamp] P 5: 346

15

The subject

Fawzi / Ramallah, killed.

Omar / Ramallah, killed.

Another individual, a National Security Operative, serves in Ramallah.

He added that they had planned to shoot at a settlers' vehicle in the Atarot area but due to a malfunction in the vehicle, they had to return and did not carry out the shooting.

Comments

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../9

[Stamp] P 5: 346 [continued]

16

From:_____         -9-            Date of interrogation: _____

Place of interrogation: _____         Start time: _____

Memorandum from interrogation of _____

His awareness of a shooting attack in which an Israeli was killed:

He stated that two days after their attempt to depart for a shooting attack against a vehicle in the Atarot area, the following individuals departed to carry out a shooting attack:

> Mohamed Abu Rabia / Tul Karm, was in Ramallah, about 30+ years of age, an operative in the General Intelligence.
>
> Abdel Karim Aweis
>
> Mohanad Abu Halawa
>
> Fawzi (the subject is not certain – the investigator)

He added that

He added that he had heard that the settler who had been killed in the Atarot area was killed by the above mentioned individual. He stated that the one who told him about the perpetrators of the attack was Khaled Shawish, his brother, when the subject visited him in the hospital.

He stated that Khaled had told him that the above mentioned individuals had returned from the attack and after their return, they visited Khaled in the hospital and updated him on the details of the attack.

Planning to murder two Israelis who distributed goods in Nablus – [the plan] was not executed

He stated that about a year ago, before his security activity began, when he was living in Nablus, Thabet Mardawi / Arabeh, about 27 years of age, newly wed, a friend of the subject, was in his home.

[Stamp] P 5: 347

17

Thabet asked the subject to show him places from which a shooting attack could be carried out. The subject suggested to Thabet to murder two Israelis who often came to Nablus on Saturdays to distribute merehandise cloth.

He added that on one of the Saturdays, the subject and Thabet, while in possession of an M16 type weapon, went out towards Junetion Kutzin Junction. He added that they departed in a rented blue Hyundai vehicle that Thabet had rented.

He added that they waited in the Kutzin junction area for about four hours until 11:00 a.m.. Thereafter, as the Israeli vehicle had not arrived, they returned to Nablus.

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../10

[Stamp] P 5: 347 [continued]

18

From: _____    -10-    Date of interrogation: _____

Place of interrogation: _____    Start time: _____

Memorandum from interrogation of _____

His involvement in carrying out suicide attacks:

An attack carried out by Safwat Abu Aisha and Baha Salhati:

He stated that about five months ago, the following individuals approached the subject and told him that they knew two people who were interested in carrying out a suicide attack:

Rabia Abu Rub

Zayad Yunis / Asira Shimalia, about 28 years of age, single, a Force 17 operative.

He added that Zayad had asked the subject to assist in the transfer of the attacker from his home to an apartment to prepare him for the attack.

The subject departed together with Zayad, in the subject's vehicle to the house of ~~Baha~~ Baha Shalhati / New Askar Refugee Camp, about 24 years of age, single, a laborer.

The subject and Zayad transferred Baha to an apartment in the [illegible] building in the Mahafia neighborhood in Nablus.

At the same time, Rabia Abu Rub transferred Safwat Abdel Rahman Abu Aisha / Beit Wazan, to that apartment in Mahafia, together with Mohanad Abu Aisha / Bait Wazan, about 25 years of age, single, the owner of the al Kadari photo studio.

~~Thereafter~~

~~In the apartment~~ Mohanad filmed Baha and Safwat using a video camera and using a stills camera, ~~before~~ while in possession of ~~an M16 that Sayad Yunis had brought and a Kalashnikov~~ weapons of the M16 and Kalashnikov type that Zayad Yunis had brought.

Thereafter, Rabia Abu Rub prepared the improvised explosive device that was inside a television box.

[Stamp] P 5: 348

19

Rabia asked the subject to transfer Bahā and Safwat to Tul Karm and from there they departed with the help of another person from Tira.

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../11

[Stamp] P 5: 348 [continued]

From:_____          -11-          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

Memorandum from interrogation of _____

He stated that in the afternoon at noon the following individuals departed in the vehicle of the subject from Nablus to Tul Karm:

The subject, in possession of the subject a pistol

Baha, in possession of a Kalashnikov inside a bag

Safwat, in possession of the box containing the improvised explosive device

Salah Mohamed Hasin Buhari / Nablus, about 27 years of age, married, working in Israel, the brother in law of the subject.

Zayad Yunis

He added that Salah joined the above people because of his being a brother in law familiarity with the roads and his familiarity with Israel.

He added that when they reached Zawata, they parted from Zayad, who returned in the vehicle of the subject to Nablus. The rest crossed the checkpoint on foot and departed in two taxis towards Tul Karm, the first vehicle containing Salah, who made sure that the way was clear for the rest, who were in the second taxi.

In the early afternoon evening hours, they arrived in Tul Karm

When they arrived at [illegible], Rabia called the subject and gave him a telephone number of a resident of [illegible] (does not remember – the investigator) in order for [that person] to help make sure the way was clear.

The subject tried to call the number but it went unanswered. Later the subject learned that the man had been arrested.

[Stamp] P 5: 349

21

In the early evening hours, the above mentioned individuals arrived in Tul Karm. The subject called <u>Rabia</u> and stated that they were looking for a place to sleep. <u>Rabia</u> gave the subject the telephone number of <u>Anwar</u> / Nur Shams.

The subject called <u>Anwar</u> and stated that he was acting on behalf of <u>Rabia</u> and wanted to meet with him urgently. <u>Anwar</u> stated that he was in Tul Karm Refugee Camp and that he would meet him near the taxi station.

After about an hour, <u>Anwar</u> arrived and took the gang to a house in the Tul Karm Refugee Camp, in which there were 4-5 others who came and went.

The gang stayed to sleep in the house in Tul Karm Refugee Camp. In the morning hours they departed in a taxi…

~~Comments~~

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

....../12

[Stamp] P 5: 349 [continued]

22

From:_____   -12-   Date of interrogation: _____

Place of interrogation: _____   Start time: _____

## Memorandum from interrogation of _____

for the taxi station in the market in Tul Karm, where the subject parted from the following individuals:

Salah

Baha

Safwat

He added that after that he returned to Nablus and that the three traveled to Tira where, via Salah, they were transferred to Tel Aviv.

He stated that after at about 11:00 a.m. the attack was carried out in Tel Aviv. In the attack, people were injured but no one was killed.

He added that after that, Salah called the subject and stated that he was on his way back. The subject said that he was in Nablus and that they would meet after Salah's return.

Suicide attack that Darine Abu Aisha carried out at the Modi'in checkpoint:

He stated that before the subject moved to Ramallah, Darin Abu Aisha / Beit Wazan, about 22 years of age, single, approached him and stated that she wanted to carry out a suicide attack.

Initially, the subject responded that he was unable to send her to an attack because he was not familiar with the roads and with preparing improvised explosive devices.

After the subject moved to Ramallah, Darine came to Ramallah and called the subject, said that she wanted to meet with him urgently.

[Stamp] P 5: 350

23

The subject met with <u>Darine</u> in a restaurant in Manara Square in Ramallah. <u>Darine</u> said that she wanted to carry out a suicide attack and that she was prepared to carry out a stabbing attack in a settlement and asked whether the subject could assist her.

The subject suggested to <u>Abdel Karim Aweis</u> that there was a young woman who wanted to carry out an attack. <u>Abdel Karim</u> stated that he would prepare an improvised explosive device and film her for the attack.

~~Comments~~

The interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../13

[Stamp] P 5: 350 [continued]

24

From:_____    -13-    Date of interrogation: _____

Place of interrogation: _____    Start time: _____

Memorandum from interrogation of _____

The subject took Darine to the home of Khaled, his brother in Bitunia.

~~On the following day, in the morning hours, Abdel Karim came to the apartment of Khaled together with the following individuals.~~

~~Mohanad Abu Halawa~~

~~Mohamed Abu Rabia~~

~~In the house of Khaled~~

Thereafter, the subject went out and brought to Khaled's house Ahmed A'adi / Um a Sharait, about 32 years of age, married, an employee of the ANN television network, who had cameras with him.

Upon their arrival at Khaled's house, Ahmed and the subject filmed Darine, who read out her will, and then Ahmed left the site.

On the following day, in the morning hours, the following individuals came to the house of Khaled in Bitunia:

Abdel Karim Aweis

Mohanad Abu Halawa

Mohamed Abu Rabia

He added that the above mentioned individuals brought with them the explosive belt that was intended for the attack.

He stated that Darine refused to let a man put the belt on her, ~~For this reason, he called~~ The subject went and brought to the apartment Layla Mohamed Hasin Bukhari / Nablus, about 25 years of age, single, who was also prepared to carry out a suicide attack.

[Stamp] P 5: 351

25

Thereafter, Layla put the explosive belt on <u>Darine.</u> ~~The subject~~ Thereafter the rest went into the house.

After about an hour, the following individuals left the house:

Abdel Karim

Mohanad

Mohamed

~~Comments~~

~~The Interrogation ended at~~

~~Persons present in the Interrogation~~

F/0101/321003

.../14

[Stamp] P 5: 351 [Continued]

26

From: _____        -14-        Date of interrogation: _____

Place of interrogation: _____        Start time: _____

Memorandum from interrogation of _____

The subject stayed in the apartment together with Darine and Layla.

~~After about half-an-hour at 7:00 p.m.~~

In the evening hours, the subject departed with Darine and Layla in the direction of the Abu Raya Hospital in Ramallah. He added that before that, Abdel Karim had called him and said that Fawzi was waiting for them at the site.

When they arrived at the hospital, the subject met with the following individuals:

Abdel Karim

Mohanad

Mohamed Abu Rabia

Fawzi

The subject transferred Darine to a vehicle, to a four passenger taxi. The subject remained with Layla in the [illegible] vehicle in Ramallah.

He added that Fawzi had agreed with two Israeli Arabs who stole vehicles [illegible] transfer Darine for the attack (the subject did not see or meet with them – the investigator).

At about 11:00 p.m., they announced on the news that there had been an explosion at a checkpoint. Thereafter, the subject and Layla stayed to sleep in the home of Khaled in Bitunia.

His involvement in the filming of Durghab before departing on an attack

[Stamp] P 5: 352

27

He stated that after the attempted attack by Darine

He stated that about three weeks to a month after the attack that Darine Abu Aisha carried out, when the subject visited his brother Khaled, who was hospitalized at Sheikh Zaid Hospital in Ramallah, he met Abdel Karim Aweis.

Abdel stated that there was a person who wanted to carry out an attack and that he needed a place to film him.

The subject He added that together with Abdel Karim was Durghab / Dir Ghazale, about 20 years of age, single, who was intended to be the attacker.

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../15.

[Stamp] P 5: 352 [continued]

28

From:_____     -15-          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

Memorandum from interrogation of _____

The following individuals traveled to the apartment of Khaled in Bitunia:

The subject

Durghab

Ahmed al A'adi

A young woman, about 20 years of age, with a heavy build, short, a journalist

Samer Aweis, the brother of Abdel Karim.

The subject brought the above mentioned individual to the house of Khaled, where they filmed Durghab, who read out his will.

Thereafter the above mentioned individuals left the house and the subject stayed at home.

He added that thereafter he is not aware of the rest of the details.

His involvement in a suicide attack that Mohamed Hashaika carried out:

He stated that in the months after the attack that Safwat Abu Aisha carried out, while the subject was in Nablus, Rabia Abu Rub approached him and asked him to take a person to Tul Karm and that he had "objects," and therefore they must avoid passing through checkpoints.

After about an hour, the subject met with Rabia and with Mohamed Hashaika / Taluza, about 24 years of age, single, a Palestinian police officer.

The subject went with Mohamed; together they traveled in a 4 passenger taxi to Tul Karm. He stated that during this journey, he learned that Mohamed was wearing an explosive belt and that he wanted to carry out an attack.

[Stamp] P 5: 353

29

He added that upon arriving in Tul Karm, there were aircraft in the skies and the town was [illegible]. In addition, they announced that there was an attack being planned and that ~~the sub~~ Israel had given the name of the subject and the name of Mohamed to the Preventive Intelligence.

Upon arriving in Tul Karm, the subject and Mohamed stayed in the home of Nahad Abdel Rahim [illegible] / Nur Shams, about 30 years of age, a Preventive Intelligence officer. While he was in his home, they were arrested by the Preventive Intelligence.

~~Comments~~

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../16

[Stamp] P 5: 353 [continued]

From: _____   -16-   Date of interrogation: _____

Place of interrogation: _____   Start time: _____

### Memorandum from interrogation of _____

He added that he told [illegible] that Mohamed wanted to carry out an attack, who in turn reported this to Maher Dawikat because the Preventive Intelligence in Tul Karm [Illegible] arrived with a force.

The subject removed the explosive belt from Mohamed and transferred it to Maher Dawikat in order for them to detonate it. Thereafter, Mohamed's transfer to Ramallah was coordinated.

He stated that they were in the detention of the General Intelligence in Ramallah for about a month. After During the month they went out of the prison freely. They only had to sleep in the prison.

While he was in Ramallah, Mohamed Hashaika said to Abdel Karim Aweis that he wanted to carry out a suicide attack. Abdel replied that he would organize everything and within a few days would send him on the attack.

After a few days, Abdel Karim called the subject and asked to meet him. They met in the city center of Ramallah. Abdel Karim stated that he had prepared an explosive belt for Mohamed and that he wished to take it down to the a-Ram checkpoint. In addition, he wanted to dispatch additional suicide bombers together with Mohamed.

In the afternoon hours The subject went to Darwish Duhader / Ramallah and stated that they wanted a place to film to operate. Darwish stated that he was renting an apartment [in] Um a Sharait.

The subject and Abdel Karim went to the restaurant in which Darwish was working, took the key to the apartment, thereafter picked up Mohamed Hashaika from the center of Ramallah and Sujud Shuli Asira Shimalia, about 27 years of age, single, from the home of Khaled in Bitunia.

[Stamp] P 5: 354

31

He stated that Sujud had approached the subject earlier, in order to carry out a suicide attack, through Darine Abu Aisha. The subject tried to convince her that she could help in other ways and not commit suicide.

~~The subject~~ The subject called Ahmed al A'adi and agreed with him that he would come in order to film Mohamed. Thereafter the subject sent Darwish [illegible] brought Mohamed to the house in Um a Sharait.

~~Comments~~

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../17

[Stamp] P 5: 354 [continued]

32

From:_____   -17-   Date of interrogation: _____

Place of interrogation: _____   Start time: _____

**Memorandum from interrogation of _____**

Ahmed filmed Mohamed Hashaika and Sujud Shuli separately. According to the subject, he prevented the departure of Sujud. He added that he called Sujud's father and said that she wanted to carry out an attack and asked him to look after her.

He added that thereafter, Sujud returned to Nablus and later went to Jordan and also talked to the subject from Jordan.

On the following day After the filming, [illegible] following day, Abdel Karim went to the office of Tawfik Tirawi also known as Abu Hasin, the Head of the General Intelligence, and brought explosives from there, with which he prepared an explosive belt.

Thereafter, Abdel Karim called the subject and said that he had prepared, and wanted a young woman to help take Mohamed out for an attack [illegible].

The subject called Sana'a / Kalandia, about 24 years of age, single, a college student, and asked to meet with her.

After a short time, Sana'a came alone and met with the subject and with Abdel Karim in the center of Ramallah. Abdel Karim stated that he wanted to send out an attacker to [illegible] and they were asking for her assistance due to her studies in Jerusalem and her familiarity with the roads.

Sana agreed to bring the attacker in. The above mentioned individuals went to a house rented by Abdel Karim near Manara square, where the following were then present:

Mohamed Hashaika

Haj Khader / Jenin Refugee Camp, about 19 years of age, single, of short stature, under arrest.

Muzid al Masri / Akabeh, Jenin, about 26 years of age, serving in Force 17 in Ramallah.

[Stamp] P 5: 355

33

Abdel Karim and Muzid prepared Mohamed for the attack, Muzid put the belt on Mohamed while Abdel Karim briefed Sana'a about taking Mohamed to the attack.

Thereafter, the above mentioned individuals went to al Ghayar Hospital. AbdulAbdel Karim called another young woman from Jerusalem so that she would go with Sana'a (I think that second young woman is under arrest – the investigator)

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../18

[Stamp] P 5: 355 [continued]

34

From: _____ -18- Date of interrogation: _____

Place of interrogation: _____ Start time: _____

**Memorandum from interrogation of** _____

After about half an hour, the second young woman arrived.

The following individuals departed in a vehicle that the subject had rented:

The subject

Mohamed Hashaika, wearing the explosive belt.

Sana'a

The additional young woman

The subject drove the three who were with him to the Kalandia Checkpoint. The subject returned to Ramallah while the rest continued inward.

After returning, the subject met Abdel Karim and went to eat in the Darwish Abu Darwish Restaurant. While they were eating they heard about the attack in Jerusalem.

After that Abdel Karim gave the subject a video tape in order to be transferred to the television. The subject transferred the cassette to Ahmed al [illegible].

Thereafter, the subject and Abdel Karim Aweis went to the house of Hasin a Sheikh, also known as Abu Jihad / Ramallah, the Secretary General of the Fatah.

Abdel Karim and Hasin a Sheikh wrote an announcement claiming responsibility for the attack. Thereafter the subject went to the ANN television studios, where he was filmed claiming [illegible] responsibility for the attack.

[Stamp] P 5: 356

35

Thereafter, the subject returned to the house of Hussein a Sheikh. At that time, a decision had arrived from Abu Amar, the Chairman of the Palestinian Authority, to arrest the subject and Abdel Karim.

Tawfik Tirawi called and asked for them to come to the General Intelligence Office. The subject, together with Abdel Karim and Hussein a Sheikh, went to the General Intelligence Office.

Abu Hasin stated that the time of the attack was inappropriate and there was a decision to arrest them. He stated that they had caused problems because Mohamed was allegedly being detained.

Comments

The Interrogation ended at

Persons present in the Interrogation

F/0101/321003

.../19

[Stamp] P 5: 356 [continued]

36

From: _____          -19-          Date of interrogation: _____

Place of interrogation: _____          Start time: _____

Memorandum from interrogation of _____

He added that Abu Hasin asked the subject to call Rabia Abu Rub, in order for him to claim responsibility on behalf of the Palestinian Islamic Jihad for the attack, in order to extricate the Palestinian Authority from the problem.

The subject tried to call Rabia but without success. Later, the Palestinian Islamic Jihad also claimed responsibility for the attack.

Abu Hasin said that it was not detention but hiding them from the Israelis for a short time, and they were in allegedly detained for about two days.

Abu Hasin asked Abdel Karim to give another interview on television and disavow the attack, Abdel Karim refused.

Comments: Was given cigarettes, coffee, identified Layla Bukhari as holder of Identity Card No. 900128737 in a photograph

The Interrogation ended at *2:30 a.m.*

Persons present in the Interrogation *Rani, partially at the beginning of the evening*

F/0101/321003

[Stamp] P 5; 357

37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.  The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5: 339-357.

2.  I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated as P 5: 339-357.

Dated: May 28, 2014

Rina Ne'eman

ss.: New Jersey

On the _28th_ day of May, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
___ day of May, 2014

Notary Public

JACKIE CM CHUANG
Notary Public # 2350150
State of New Jersey
Commission Expires Nov. 9, 2016

| | |
|---|---|
| 5/6/02 | תאריך החקירה |
| 18:00 | שעת התחלה |

מאת _____ 3/ _____

מקום החקירה _____ חי 8 _____

תאריך החקירה

שעת התחלה

זכ"ד מחקירת _____ (אונ) חיט _____

*[טקסט בכתב יד - לא קריא]*

ה.ערוה _____

התקירה הסתיימה בשעה _____

נכחו בחקירה _____

ס/321003/01017

P 5: 339

2/...

תאריך התקירה ‎_____    מאת ‎_____
‎-2-
שעת התחלה ‎_____    מקום החקירה ‎_____

זכ״ד מחקירת ‎_____

‎[handwritten Hebrew/Arabic text — several lines, largely illegible cursive]

החקירה הסתיימה בשעה ‎_____
נכתב בחקירה ‎_____
‎321003/01010/ט.

‎3/...

תאריך החקירה

שעת התחלה

-3-

מאת

מקום החקירה

~~[illegible] מחקירה~~

[illegible]
[illegible]
[illegible]

[illegible]
[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
[illegible]
[illegible]

[illegible]
[illegible] 23 [illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible] 26 [illegible]

[illegible]

הערות [illegible]
[illegible]

החקירה הסתיימה בשעה

נכחו בחקירה

321003/0101/ט

4/...

$- 4 -$

מאת _____

תאריך החקירה _____

מקום החקירה _____

שעת התחלה _____

זכ"ד מחקירת _____

[handwritten Hebrew text]

_____ הערות

_____ והחקירה הסתיימה בשעה

_____ נכון בחקירה

ט/0103/001321

מאת ______ -5- תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

החקירה הסתיימה בשעה ______

נכחו בחקירה ______

6/...

321003/0101/0

מקום החקירה _____    מאת _____ -6-    תאריך החקירה _____
שעת התחלה _____

זכ״יד מחקירת _____

(handwritten Hebrew text — illegible)

ההקירה הסתיימה בשעה _____
נכחו בחקירה _____

7/...

מאת _____
מקום החקירה _____
תאריך החקירה _____
שעת התחלה _____
— 7 —

זכ"ד מחקירת _____

[handwritten Hebrew text, illegible]

321003/01021/0
נכתב בחקירה
ההקירה הסתיימה בשעה _____

- 8 -

תאריך החקירה _____ _____ מאת

מקום החקירה _____ _____ שעת התחלה

זכ"ד מחקירת _____

*[טקסט בכתב יד — רובו בלתי קריא]*

החקירה הסתיימה בשעה _____

נכחו בחקירה _____

ט/0101/321001

-9-

מאת ______________________

תאריך החקירה ______________________

מקום החקירה ______________________

שעת התחלה ______________________

זכ״ד מחקירת ______________________

[illegible]

[illegible]

[illegible]

לאחר [illegible] כי [illegible]

[illegible]

ציין כי [illegible]

[illegible]

ציין כי [illegible]

[illegible]

[illegible]

הוסיף כי [illegible]

[illegible]

הוסיף כי [illegible]

הערה: [illegible]

החקירה הסתיימה בשעה ______________________

נכחו בחקירה ______________________

321-03/0101/0

[illegible]

מאת ______ -10- תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

[illegible]

[illegible]

[illegible] 22 [illegible] 17

[illegible] 3 [illegible]

[illegible] 27 [illegible]

[illegible]

[illegible] 3 [illegible]

[illegible] 25 [illegible]

[illegible]

[illegible]

[illegible]

הערה [illegible]

החקירה הסתיימה בשעה ______

נכתב בחקירה ______

321003/0101/ט

[illegible]

מאת _____

מקום החקירה _____

‏- 11 -

תאריך החקירה _____

שעות התחלה _____

זכ"ד מחקירת _____

‏3 -‏2 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

החקירה הסתיימה בשעה _____

נכחו בחקירה _____

ט/0102/321003

-12-

P 5: 350

-13-

מאת ____________ תאריך החקירה ____________

מקום החקירה ____________ שעת התחלה ____________

זכ"ד מחקירת ____________

[illegible],

~~[illegible]~~

~~[illegible]~~

~~[illegible]~~

~~[illegible]~~

[illegible] ([illegible]),
[illegible] 22 [illegible] ANN [illegible]

[illegible]
[illegible].

[illegible]:
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]
[illegible] 25
[illegible]

[illegible]
[illegible].

[illegible]:
[illegible]
[illegible]
[illegible]

הערות:

~~החקירה הסתיימה בשעה~~ ____________

~~נכחו בחקירה~~ ____________

ט/321003/0101

14/...

מאת ________ -14-

תאריך החקירה ________

מקום החקירה ________

שעת התחלה ________

זכ"ד מחקירת ________

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

הערות: [illegible]

החקירה הסתיימה בשעה [illegible]

נכחו בחקירה [illegible]

323003/0101/ט

[illegible]

מאת _____ - $15$ - _____ תאריך החקירה _____

מקום החקירה _____ שעת התחלה _____

זכ"יד מחקירת _____

הנ"מ (a) מן 1/2 נגמר נהלך להשע

_____

יל/ שאני.

_____ _____

להשע. _____ _____, 20 נשאר, אל נשאר.

לבנו, נשאר.

מותו הנאש מי מי ניכ, של לג גלן לנש, היה הנ

_____

את מי נישם, _____

להשו __ נ _____ _____ _____

נ_____

_____

_____

החקירה הסתיימה בשעה _____

נכחו בחקירה _____

ט/0101/321003

$16$/...

מאת _____
מקום החקירה _____

- /6 -

האריך החקירה _____
שעת התחלת _____

זכ"ד מחקירת _____

_[טקסט בכתב יד - לא קריא]_

החקירה הסתיימה בשעה _____
נכחו בחקירה _____

321003/0101/ט

/7/..

-17-

מאת ______ תאריך החקירה ______

מקום החקירה ______ שעת התחלה ______

זכ"ד מחקירת ______

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

~~החקירה הסתיימה בשעה~~ [illegible]

~~נכחו בחקירה~~ [illegible]

[illegible]

321003/0101/ט

-13-

מאת ________

מקום החקירה ________ תאריך החקירה ________

שעת התחלה ________

זכ"ד מחקירת ________

[illegible]

הקריאה ________

החקירה הסתיימה בשעה ________ [illegible]

נכחו בחקירה ________

[illegible]

מאת _____
מקום החקירה _____

תאריך החקירה _____
שעה התחלה _____

זכ"ד מחקירת _____

_____ _____ _____
_____ _____ _____
_____

_____ _____ _____
_____ _____

_____ _____ _____
_____ _____

_____ _____ _____
_____

העדות _____
_____
החקירה הסתיימה בשעה _6230_
נכחו בחקירה _____
ס/321003/0101