# EXHIBIT A

Palestinian National Authority

Palestinian General Security
General Intelligence
West Bank Governorates Directorate
Department: _____



No.: _____
Date: <u>12/22/2001</u>

Brother Head of Intelligence in the Ramallah and al-Bireh Governorate, may Allah protect him.

Greetings of the homeland.

<u>Subject: Holy Land Foundation</u>

This is an Arab foundation, which was established in America in the mid-1970s. It has branches in most of the countries in the region. The Palestinian branch was headed by Anis al-Qeiq, the principle of the Arab Orphan Vocational School. Its branch in Ramallah was opened during the Intifada and its chairman was Dr. Naji Abd al-Jabbar from the al-Tarbiya neighborhood in Turmus'iya. The Foundation sponsors families of prisoners, who are members or supporters of Hamas. It also provides financial aid to Hamas-affiliated needy people, and to university students from Hamas, whether it be by providing them with tuition fees, or paying for their books and rental fees. In addition, it supports Hamas's election campaign in the university, and in general.

The Foundation's sources of income: Arabs and Muslims who live in America and Europe.

Upon its formation in Ramallah, the Foundation provided financial aid in the amount of $10,000 to the Ramallah Hospital. It did so through the governor, in order to obtain the license it needed.

With the utmost respect,

Head of the Operations' Room
Major Khaled Abu Yaman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "PA Document, dated December 22, 2001."

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "PA Document, dated December 22, 2001."

Dated: June 20, 2014

_____
Yaniv Berman

السلطة الوطنية الفلسطينية

الرئاسة العامة الفلسطينية
المخابرات العامة
مديرية محافظات الضفة
دائرة:

الرقم:
التاريخ: ٢٠٠٣/١٠/٢٢

الأخ/مدير مخابرات محافظة رام الله والبيرة...حفظه الله

تحية الوطن،،،

الموضوع: جمعية الأراضي المقدسة

هي جمعية عربية تأسست في أمريكا في منتصف السبعينات ولها أفرع في معظم دول المنطقة. فرع فلسطين كان برئاسة أنيس القق مدير مدرسة اليتيم العربي الصناعية. تم افتتاح فرعها في رام الله خلال الانتفاضة برئاسة الدكتور نلجي عبدالجبار من ترمسعيا وسكان ضاحية التربية. الجمعية تقوم على رعاية أسر المعتقلين من حماس والموالين لهم وكذلك دعم مادي للفقراء المحسوبين على حماس ومساعدة طلبة الجامعات من حماس سواء في الأقساط أو ثمن الكتب وأجرة السكن عدا عن دعم الدعاية الانتخابية لحماس في الجامعة ولحركة حماس بشكل عام.

مصادر دخل الجمعية من العرب والمسلمين المقيمين في أمريكا وأوروبا.

عند مباشرة تأسيسها في رام الله قدمت الجمعية مساعدة مالية مقدارها (١٠٠،٠٠٠)دولار لمستشفى رام الله عن طريق المحافظ للحصول على التراخيص اللازمة لها.

وتفضلوا بقبول فائق الاحترام

مدير غرفة العمليات
رائد/خالد ابو بدن

6-51