# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

July 16, 2014

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      The parties are currently scheduled to appear before the Court for oral argument on July 22, 2014.

      Pursuant to the Southern District of New York's Standing Order M10-468 (Revised), plaintiffs respectfully request permission to bring a laptop to the courtroom for the argument. Attached to this letter is the standard form of order for the Court's endorsement.

      As the Court is aware, plaintiffs submitted a DVD containing voluminous exhibits to their opposition to defendants' *motion in limine* and motion for summary judgment. As such, having a laptop may aid both the parties and the Court during the argument.

                                    Respectfully,

                                    Kent A. Yalowitz/ctr

                                    Kent A. Yalowitz

cc:    Brian A. Hill