# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

July 16, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 17 2014

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
    Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

The parties are currently scheduled to appear before the Court for oral argument on July 22, 2014.

Pursuant to the Southern District of New York's Standing Order M10-468 (Revised), plaintiffs respectfully request permission to bring a laptop to the courtroom for the argument. Attached to this letter is the standard form of order for the Court's endorsement.

As the Court is aware, plaintiffs submitted a DVD containing voluminous exhibits to their opposition to defendants' *motion in limine* and motion for summary judgment. As such, having a laptop may aid both the parties and the Court during the argument.

Respectfully,

Kent A. Yalowitz/ctr

Kent A. Yalowitz

cc: Brian A. Hill

# EXHIBIT A

Case 1:04-cv-00397-GBD-RLE   Document 566-1   Filed 07/16/14   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
--------------------------------------------------------------- x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __Sokolow, et al. v. Palestinian Liberation Organization, et al._____

_____, No. _04-CV-397_.

The date(s) for which such authorization is provided is (are) _July 22, 2014_____.

| Attorney | Device(s) |
|---|---|
| 1. Kent A. Yalowitz | Laptop |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
George B. Daniels
United States Judge

Revised: February 26, 2014

JUL 17 2014