# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

July 30, 2014

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04 Civ. 397 (GBD) (RLE)

Dear Judge Daniels:

      I respectfully submit the enclosed proposed jury questionnaire. The parties have conferred concerning the questionnaire and have agreed on a number of proposed questions. However, the parties disagree about other questions. In order to present the dispute to the Court in the clearest manner possible, we have highlighted in blue the text that plaintiffs seek to which defendants object; conversely, we have highlighted in yellow the text that defendants seek to which plaintiffs object.

      Respectfully,

      Kent A. Yalowitz

cc:   All ECF Counsel