UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | Docket No. <br> 04-cv-397 (GBD) (RLE) |

**NOTICE OF SUPPLEMENTAL AUTHORITY ON ISSUES RAISED IN DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT**

Defendants' motion for summary judgment is pending before the Court. The Court held a hearing on the motion on July 22. On July 28, the U.S. District Court for the District of Columbia (Judge Kessler) granted the Defendants' motion for summary judgment in *Gilmore v. Palestinian Interim Self-Government Authority*, No. 1:01-cv-853. The *Gilmore* case, like the case pending before the Court, is a case brought against the Palestinian Authority and PLO under the U.S. Anti-Terrorism Act. Judge Kessler's 52-page opinion, which is attached as Exhibit 1, addresses issues and evidence relevant to the Court's resolution of Defendants' motion for summary judgment including: (1) the non-admissibility of Israeli government webpages (Opinion at 20-24); (2) the non-admissibility of claims of responsibility by Palestinian militants (*id.* at 26-27); (3) the standard for determining whether statements of incarcerated Palestinians receiving payments from the PA are vicarious party admissions (*id.* at 27-32); (4) the non-admissibility of Palestinian custodial statements (*id.* at 34-35, 35-36 n.16, 42-43); and (5) the non-admissibility of the expert opinion of Plaintiffs' expert Alon Eviatar (*id.* at 43-50).

July 30, 2014                    Respectfully Submitted,


    /s/ Laura G. Ferguson
Laura G. Ferguson
Mark J. Rochon
Brian A. Hill
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
mrochon@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

2

1440057.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of July, 2014, a true and genuine copy of the foregoing was filed by ECF, which automatically provided service to all ECF counsel, including the following:

> Robert J. Tolchin, Esq.
> The Berkman Law Office, LLC
> 111 Livingston Street – Suite 1928
> Brooklyn, NY 11201
>  (718) 855-3627
> E-mail:  rtolchin@berkmanlaw.com
>
> Kent A. Yalowitz
> Philip W. Horton
> Arnold & Porter LLP
> 399 Park Avenue
> New York, NY 10022
> (212) 715-1000
> Email:  Kent.Yalowitz@aporter.com

> /s/ Laura G. Ferguson
> Laura G. Ferguson

1440057.1