JUROR # _____

---------------------------------------------x
UNITED STATES OF AMERICA   :
   :
   – v –   :   **JURY QUESTIONNAIRE**
   :   07-CR-543 (DLI)
KAREEM IBRAHIM   :
---------------------------------------------x

HON. DORA L. IRIZARRY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

JURORS ARE INSTRUCTED TO CALL: 1-800-522-5100

ON **THURSDAY, APRIL 28TH AFTER 4:30 P.M.**

FOR FURTHER REPORTING INSTRUCTIONS.

IT IS **EXTREMELY** IMPORTANT THAT YOU KNOW THE

JUROR NUMBER WRITTEN ON THE TOP OF THIS FORM

WHEN YOU MAKE YOUR CALL.

THANK YOU.

JUROR # _____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

**JUROR QUESTIONNAIRE**

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED
ONLY TO THE APPROPRIATE COURT PERSONNEL
AS DIRECTED BY THE PRESIDING JUDGE**

Please print the following information in blue or black ink:

Name: _____

Home Address: _____

_____

Home Phone: _____

Cellular Phone: _____

Job & Department: _____

Business Address: _____

_____

Business Phone (Including Extensions): _____

Business Fax: _____

I hereby declare, under penalty of perjury, that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge, and that I have answered all of the questions myself.  I further certify that I have not discussed my answers with others or received assistance in completing this questionnaire.

Date:   April ___, 2011

_____
SIGNATURE

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

## <u>JUROR QUESTIONNAIRE</u>

## <u>JUDGE'S PRELIMINARY INSTRUCTIONS TO PROSPECTIVE JURORS</u>

Upon your oath or affirmation, you must give true and complete answers to **<u>all</u>** questions in this questionnaire, which is designed to assist the judge in quickly selecting a fair and impartial jury.  We realize that the questionnaire is lengthy, but its use will shorten the jury selection process, and, thus, your cooperation is vitally important.   These questions are not meant to pry unnecessarily about personal matters, but rather, will help evaluate your ability to serve as a fair and impartial juror in this case.   Part of the selection process depends on your ability and promise to follow the law as it is explained by the judge.  Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

Please answer each question by placing an **"X"** next to the correct response or by providing the information requested.  Please write only your **<u>assigned juror number</u>** in the space provided at the top of **<u>each</u>** page as indicated.  Please answer **<u>all</u>** questions, writing as legibly as possible, and answering as accurately, completely, and as reasonably as you can.  If a question does not apply to you, fill in the space with an **"N/A"** for "not applicable."  **Do not leave any answer blank.**  If you require additional space for your responses or wish to make further comments regarding any of your answers, use the margins or the extra sheets at the end and indicate the question number to which you are responding. Remember, complete answers are more helpful than incomplete answers.  Since we will be making copies of this questionnaire, **please do not write on the back of any page**.

**The court instructs you not to discuss the questionnaire or your answers with your fellow jurors or anyone else.  It is very important that the answers be yours and yours**

3

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

alone.   Please answer as thoughtfully and candidly as possible. Your answers must be true and complete – they are the equivalent to statements under oath.   This case involves sensitive issues about which we all have opinions and feelings.   It is of the utmost importance that you answer all questions without regard to how you think anyone else would answer the same question or whether your answer is popular or "correct." Remember, there are no "right" or "wrong" answers.  Honest answers are always correct.

You may have heard or learned something about this case before coming to court today. You are instructed that you may not seek out any additional information concerning this case, the defendant, attorneys, or the court. You may not investigate or do any research concerning this case at any time by any means, including, but not limited to newspapers, magazines, or other print media, television, radio, and the Internet, regardless of how it may be accessed.  The jury must decide the case based only on the evidence introduced in court and the court's instructions on the law.  Do not discuss the case with anyone, including your family, friends, co-workers and fellow jurors.

In many federal court cases, it is a common practice to keep the names and identities of the jurors in confidence. This is not unusual in any way. Experience has shown that, in a case like this, it is wise to take such steps as are deemed necessary to make certain that the juror's right to privacy is respected.  Accordingly, we are following this procedure. The media and members of the public will be curious about the identity of the jurors, the witnesses, the lawyers, and all other participants, and may seek to inquire into their personal affairs.  Anonymity will assure that the jury will not be exposed to such prying and to opinions, commentaries, and inquiries that might impair its ability to decide the case solely upon the evidence presented in

JUROR # _____

**U.S. v.  Ibrahim, 07-CR-543 (DLI)**

court and upon the law as the court instructs.  It is important to insure that the jury will in no way be influenced by the public, by the members of the media, and their articles and reports.  The court emphasizes that it is taking these measures to protect your rights of privacy and to assist you in discharging your responsibility as jurors independently, fairly and impartially.  It will also permit the media complete freedom of coverage of this trial.

To insure that your rights of privacy will be respected, only the second page of the attached questionnaire asks you to state your name and other identifying information.  That page will be detached from the questionnaire when you have completed it and will be locked securely in the office of the Clerk of the Court to be disclosed <u>only</u> to appropriate court personnel as the judge directs.  It will not be available to anyone, including the prosecutors, the defendant, and his attorneys.  On the remaining pages of the questionnaire, you are instructed not to give names or addresses or any information that will permit anyone, even the judge, to identify you.  **However, you must be sure to write the Juror Number assigned to you at the top of <u>each</u> page in the space provided.**

JUROR # _____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

## SUMMARY OF THE CASE

In this criminal case, *United States v. Kareem Ibrahim,* the defendant is charged, by way of an indictment issued by a grand jury, with conspiracies to: 1) attack a public transportation system, specifically JFK Airport, 2) damage and destroy JFK Airport by means of fire and explosives, 3) attack aircraft and aircraft material, 4) destroy international airport facilities, specifically JFK Airport, and 5) attack a mass transportation facility, specifically fuel tanks, pipelines and buildings at JFK Airport. These acts allegedly occurred from January 1, 2006 through June 2, 2007. This is just a summary of the charges to give you some background on the case. The court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

The indictment is simply the means by which the government gives the defendant notice of the charges against him and brings him before the court. The indictment is merely an accusation, and nothing more. It is not evidence and is not to be considered by the jury in arriving at a verdict. In response to the indictment, the defendant pled "not guilty." He is presumed to be innocent until his guilt has been proven by the government beyond a reasonable doubt and that presumption alone, unless overcome, is sufficient to acquit him. The defendant is presumed innocent unless the jury unanimously decides that the government has proven him guilty beyond a reasonable doubt. If the government does not meet its burden, the jury must find the defendant not guilty.

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### <u>BACKGROUND QUESTIONS</u>

1. What is your age: _____          Are you:  [  ] Male     [  ] Female

2. What city, state and country were you born and raised in?

   Born: _____          Raised: _____

   (a) If born outside the United States, are you a naturalized citizen?
               [  ] Yes          [  ] No

   (b) Where were your parents born?

   Father: _____          Mother: _____

   (c) Did you, your parents, spouse, or significant other (if applicable) immigrate to the United States?
               [  ] Yes          [  ] No

   If yes, please indicate who immigrated to the United States, when and from where (*please do not list the person's name*):

   _____

   _____

3. Where do you currently live?

   County (e.g., Brooklyn, Queens, Suffolk, Nassau, Staten Island): _____

   City/town (e.g., Dix Hills, Hempstead, East Meadow, etc.): _____

   Neighborhood (e.g. Canarsie, Jackson Heights, Stapleton, etc.): _____

   (a)  How long have you lived at your present address? _____

   (b) Who do you live with? _____

   (c)  In what other areas, states, cities, or neighborhoods have you lived in the past 10 years?
   _____

   _____

   _____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

4.    What is your race and/or your ethnic background and that of your spouse, domestic partner or roommate (if applicable):

Yours: _____    Spouse/Partner/Roommate: _____

(a)  Have you ever felt discriminated against on the basis of your race/ ethnicity?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

5.    What is your marital status (check all that apply):

[ ] Single                           [ ] Single, living with another person as a couple
[ ] Divorced / Separated             [ ] Single, living with a roommate(s)
[ ] Married _____ years            [ ] Widowed

6.    Do you have any children, step children or grandchildren?       [ ] Yes        [ ] No

If 'yes,' please indicate the following (*please do not list the person's name*):

| Age | M/F | Highest Education | Current Occupation | Lives with you? |
|-----|-----|-------------------|--------------------|-----------------|
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |
|     |     |                   |                    |                 |

JUROR # _____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

7. What is the highest level of education you have completed?

[ ] less than high school (grade_____)      [ ] four-year college degree
[ ] high school/ GED  degree                 [ ] post college graduate studies
[ ] some community/ technical/ business school [ ] graduate school degree
[ ] two-year college degree                  [ ] other: _____

(a)  Please list your major areas of study or area of concentration and any degrees or
certificates, licenses, etc. that you have received.

_____

_____

_____

8. If you are married or living with someone, what is that person's highest level of education
and area of study:

_____

_____

_____

9. Employment Status:  Are you currently? (check all that apply)

Employed:    [ ] full time      [ ] part-time       [ ] have more than one job
Unemployed:  [ ] laid off       [ ] looking for work [ ] not looking for work
Other:       [ ] homemaker      [ ] retired          [ ] disabled
Student:     [ ] full time      [ ] part time        Studying: _____

10. What is your current occupation or most recent occupation, in other words, what type of
work do you do and, if not currently working, what type of work were you doing
previously?  *Please do not list the employer.*

_____

_____

_____

(a)  What is your current job title and duties? _____

_____

(b)  How long have you been in your present job? _____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

(c) Are you self-employed or do you work for others? _____

    If self-employed, what type of business is it? _____

(d) Check the following category that best describes your employer?

    [ ] Private, for profit organization         [ ] State government agency
    [ ] Private, not for profit organization    [ ] County government agency
    [ ] Federal government agency        [ ] City or local government
    [ ] Other: _____

(e) Have you ever supervised others?             [ ] Yes     [ ] No

    If yes, please describe what supervisory or management positions you have held, the
    type of supervising and the number of people supervised.

    _____

    _____

(f) Have you ever owned your own business?       [ ] Yes     [ ] No

    If yes, what type of business was it? _____

11.    Please describe your occupations during the previous 10 years.  If you have not worked
      in the last 10 years, please describe your most recent job. *Please do not name the
      employer.*

| Dates Worked | Title | Type of Work | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

JUROR # _____

## U.S. v.  Ibrahim, 07-CR-543 (DLI)

12.    If you are married or living with someone, what is that person's employment status and
what type of work does he or she do (if not working now, please indicate any prior
work)?  *Please do not name the employer.*

_____

_____

_____

13.    Have you, or a close family member, or close friend, ever served in the military, including the
reserves, National Guard or ROTC?  (*Please do not list names*)

[  ] Yes          [  ] No

| Person's Relationship to You | Branch | Rank | Location | Duties | Dates of Service | Type of Discharge? |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(a)  Have you, a close family member or close friend, ever served in a combat or military
zone whether in Iraq, Afghanistan or elsewhere?               [  ] Yes  [  ] No

If yes, do you know anyone who was injured or killed while serving?  [  ] Yes  [  ] No

What was that person's relationship to you (if any)?  _____

(b)  Did you ever serve in the Military Police or on a Court Martial?        [  ] Yes  [  ] No

JUROR # _____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

14.    Have you, or a close family member, or close friend, ever been a civilian military employee or worked for a company whose primary business was as a government, defense or military contractor or vendor?

                                                                   [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

_____

15.    Have you, or anyone close to you, ever had any education or training in the following areas?  (please check all that apply)

                Law / Legal Field                    [ ] myself [ ] family/friend

                Criminal Justice / Law Enforcement    [ ] myself [ ] family/friend

                Security / Intelligence             [ ] myself [ ] family/friend

                Private Investigations             [ ] myself [ ] family/friend

                Corrections / Jails / Prisons        [ ] myself [ ] family/friend

                Firearms / Explosives             [ ] myself [ ] family/friend

                Firefighting, Rescue Squad or EMT     [ ] myself [ ] family/friend

                Engineering                      [ ] myself [ ] family/friend

                Political Science / Foreign Affairs     [ ] myself [ ] family/friend

                Religion or Philosophy            [ ] myself [ ] family/friend

                Mass Transportation              [ ] myself [ ] family/friend

                Transporting / Maintaining Gas Pipelines [ ] myself [ ] family/friend

                Aircraft / Airline Industry / Aviation    [ ] myself [ ] family/friend

                Counseling, Psychology, Psychiatry,
                Mental Health or Social Services       [ ] myself [ ] family/friend

(a)  If you answered 'yes' to any of the above, please state the nature of the training and, if other than yourself, please state the person(s) relationship to you:

      _____

      _____

      _____

      _____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

16.   Have you or any of your relatives or close friends ever worked at John F. Kennedy International Airport or any other Airport?

[ ] Yes          [ ] No

If you answered 'yes,' for each person state what type of work the person performed, at what airport and the person's relationship to you.

_____

_____

_____

(a)  Is there anything about that employment that would make it difficult for you to sit as a fair and impartial juror in this case?

[ ] Yes          [ ] No

If 'yes,' please explain:_____

_____

_____

17.   Would the frequency of any travel in or out of JFK Airport by you or any relatives or close friends affect your ability to be fair and impartial in this case?

[ ] Yes          [ ] No

If 'yes,' please explain:_____

_____

_____

18.   (a)  How often do you currently attend religious services?

[ ] Regularly  [ ] Occasionally  [ ] Seldom [ ] Never

(b)  Growing up, how often did you attend religious services?

[ ] Regularly  [ ] Occasionally [ ] Seldom [ ] Never

(c)  Have you or anyone in your family ever studied for or served in any position of responsibility in your church, temple, mosque or other religious organization?

[ ] Yes      [ ] No

If 'yes,' please explain:_____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

(d)  Do you belong to any Bible or other religious study group?      [ ] Yes      [ ] No

(e)  Have you ever felt discriminated against because of your religious beliefs:

[ ] Yes      [ ] No

If yes, please explain: _____

_____

(f)  Describe the importance, if any, of religion in your life.

_____

_____

_____

19.    Are you close to anyone who is a student of, or practices, the Muslim or Islamic faith?

[ ] Yes                    [ ] No

If yes, please describe your relationship to that person and whether you have discussed that person's faith with him or her.

_____

_____

20.    Do you have any feelings about Islam that will affect your ability to be fair and impartial in this case?

[ ] Yes      [ ] No

If yes, please explain: _____

_____

_____

(a)  Have you or anyone close to you had any experiences, feelings or impressions about Muslims or persons who have converted to Islam that would make it difficult for you to listen to evidence with an open mind in a case against a Muslim defendant accused of conspiring to commit terrorist acts?

[ ] Yes      [ ] No

If yes, please explain: _____

_____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

21.    (a)  Do you believe that Islam endorses the use of violence?

[ ] Yes        [ ] No

(b)  If yes, do you believe Islam endorses violence to a greater, lesser, or the same extent than other major religions?

[ ] Greater extent     [ ] Lesser extent   [ ] Same extent

(c)  Would your views affect your ability to be fair and impartial in this case?

[ ] Yes        [ ] No

If 'yes,' please explain:_____

_____

_____


22.    The defendant is charged with conspiring to commit a terrorist attack at John F. Kennedy International Airport.  Is there anything about the nature of these charges that would interfere with your ability to decide, based solely on the evidence, whether the government has proven the defendant guilty beyond a reasonable doubt?

[ ] Yes        [ ] No

If 'yes,' please explain:_____

_____

_____

_____


23.    Do you closely follow media reports relating to terrorist plots or past or pending criminal prosecutions of people charged with committing terrorist acts or any other terrorism related cases or topics?

[ ] Yes        [ ] No

If 'yes,' please explain:_____

_____

_____

15

JUROR # _____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

24.     Have you ever written to any elected or appointed government official, newspaper or magazine, or called in to a television or radio program or written to any internet chat room or blog to express your opinion about Islam, immigration, terrorism, or the U.S. efforts to combat terrorism?

[ ] Yes          [ ] No

If 'yes,' please indicate what opinions you expressed and over what media:

_____

_____

25.     The proceedings in this Court will be conducted pursuant to the Constitution and laws of the United States. Individuals charged with terrorist acts against the United States are entitled to a fair and impartial jury trial. Will you be able to follow this rule of law?

[ ] Yes          [ ] No

If 'no,' please explain: _____

_____

_____

26.     Is there any racial or ethnic group that you do not feel comfortable being around?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### HOBBIES AND ACTIVITIES

27.    What community, civic, social, union, professional, fraternal, political, religious or
       recreational organizations do you belong to (e.g., PTA, Kiwanis, American Legion, NRA,
       NEA, Knights of Columbus, etc.)?

       _____

       _____

       _____


       (a) Have you held any offices or positions of leadership?    [ ] Yes        [ ] No

        If yes, please describe:  _____

       _____


       (b) What community, civic, social, union, professional, fraternal, political or religious
       organizations does your spouse or significant other belong to and what leadership
       positions, if any, have been held?

       _____

       _____


28.    What are your hobbies / interests?  What do you like to do in your spare time?

       _____

       _____


29.    What television shows do you watch most often?_____

       _____


30.    What newspapers do you read most often? _____

       _____

JUROR # _____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

31.    What magazines or journals do you read most often? _____

       _____


32.    What kind of books do you read most often? _____

       _____


33.    What radio programs do you listen to most often? _____

       _____


34.    What television news programs, radio programs, or internet websites do you watch, listen
       to, or visit on a regular basis?

       _____

       _____


35.    Have you ever called in to a talk show, written a letter to the editor or participated in any
       web-blogs or chat rooms on the internet?

              [ ] talk show caller     [  ] editorial        [  ] blog/chat room      [ ] No

       What topics do you usually address: _____

       _____


36.    Have you, or anyone close to you, ever been a member of, or otherwise involved with,
       any group that:  (check all that apply)

              [ ] takes a position on social or legal issues?  (e.g., gun control/right to bear arms,
                  health care, abortion, tax policy, etc.)
              [ ] focuses on crime prevention (e.g., neighborhood watch, crime stoppers, etc.)
              [ ] focuses on victims' rights (e.g., shelters or crisis centers, etc.)

       If any, please indicate who was involved and the name(s) of the organization(s):

       _____

       _____

       _____


18

**JUROR # _____**

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

37.     How often do you seek out positions of leadership at work or with other group activities:

[  ] always        [  ] often    [  ] sometimes        [  ] seldom        [  ] never

38.     What is the most important issue we face today?

At the national level: _____

At the local level: _____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

LEGAL EXPERIENCE

39.     Have you ever served as a juror?

[  ] Yes, at trial    [  ] Yes, on a grand jury  [  ] No

(a)  Please complete for each case on which you have served:  *(Please do not state what verdict, if any, you reached in any case).*

| Year | Civil, Criminal or Grand Jury | State or Federal | Nature of the case | Reach a Verdict? (Yes or No Only) | Were you Foreperson? (Yes or No Only) | Positive or Negative Experience |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(b)  Is there anything about your experience as a juror that would make you not want to serve again, or that affected your opinion about the jury system?   [  ] Yes      [  ] No

If yes, please explain: _____

_____

(c)  Is there anything about your experience as a juror that would make it difficult for you to sit as a fair and impartial juror in this case?                    [  ] Yes      [  ] No

If yes, please explain: _____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

40.     Have you, or anyone close to you, ever been the victim of or witness to a crime, whether or not that crime was reported to law enforcement?

[ ] Yes        [ ] No

(a)  Please complete for each incident, but do not include the person's name:

| Person's relation to you | Victim/Witness | Type of Crime | Reported: Yes or No | Testify: Yes or No | Outcome |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(b)  What are your opinions or attitudes toward law enforcement and / or the criminal justice system as a result of your experience?

_____

_____

_____

(c)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?                                      [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

_____

21

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

41. Have you, or anyone close to you, ever been involved in or the target of a criminal investigation or charged with a crime?

[ ] Yes          [ ] No

| Person's relation to you | Nature of Accusations / Target of or witness in Investigation | Charges | Outcome |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(a) Do you feel the individual investigated or charged was treated fairly by the criminal justice system?          [ ] Yes          [ ] No

Please explain: _____

_____

_____

(b) What are your opinions or attitudes toward the criminal justice system as a result of the experience?

_____

_____

_____

(c) Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?          [ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

42.     Have you ever appeared or testified in any legal proceeding or investigation for any reason, whether as a plaintiff, defendant, victim, or witness?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

(a)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

43.     Have you ever been questioned or subpoenaed in any matter by the New York City Police Department, any state or local law enforcement agency, the Department of Justice or any United States investigative agency (e.g., the FBI, DEA, IRS, Customs Service, etc.)?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

(a)  Do you feel that you were treated fairly in connection with this matter?

[ ] Yes          [ ] No

If not, please explain:_____

(b)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

JUROR # _____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

44.    Are you, or anyone close to you, including family and friends, now under subpoena to testify in any criminal case?

                    [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

(a)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?          [ ] Yes        [ ] No

      If 'yes,' please explain: _____

      _____

45.    To your knowledge, have you, a family member, or a close friend ever been the subject of surveillance (visual, photographic, or electronic) by law enforcement or had a car or home searched by law enforcement?

                    [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

(a)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?          [ ] Yes        [ ] No

      If 'yes,' please explain: _____

      _____

46.    Have you, or anyone close to you, ever been involved in any legal action or dispute with any federal, state, or local government body?

                    [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

(a)  Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?          [ ] Yes        [ ] No

      If 'yes,' please explain: _____

      _____

JUROR # _____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

47.     Have you, a family member, or close friend ever worked in any aspect of the legal field as a lawyer, legal secretary, paralegal, investigator, law clerk, judge, court employee, etc.?

                                                               [ ] Yes          [ ] No

If 'yes,' please explain:

_____

_____

(a)   Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

                                                               [ ] Yes          [ ] No

If yes, please explain: _____

_____

48.     Have you, a family member, or close friend ever worked as, or for, a criminal defense attorney, public defender office, private investigator, or private security firm?

                                                               [ ] Yes          [ ] No

If 'yes,' please explain:

_____

_____

(a)   Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

                                                               [ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

25

JUROR # _____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

49.   Have you, a family member, or close friend ever worked for the court system or any correctional institution, jail or penitentiary whether local, state or federal?

            [ ] Yes       [ ] No

If 'yes,' please explain:

_____

_____

(a)   Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

            [ ] Yes       [ ] No

If 'yes,' please explain: _____

_____

50.   Have you, or anyone close to you, ever applied or worked for, or volunteered in, or otherwise affiliated with any local state or federal law enforcement (e.g. Police, Sheriff, DA's Office, U.S. Attorney's Office, Department of Corrections, FBI, DEA, U.S. Marshal Service, Homeland Security, IRS, etc.)?

            [ ] Yes       [ ] No

If 'yes,' please indicate the relationship of the person, describe the job and the law enforcement agency name:

_____

_____

(a)   Is there anything about this that would make it difficult for you to sit as a fair and impartial juror in this case?

            [ ] Yes       [ ] No

If 'yes,' please explain: _____

_____

JUROR # _____

## U.S. v.  Ibrahim, 07-CR-543 (DLI)

### OTHER EXPERIENCES AND BELIEFS

51.    Without revealing the names of these individuals, do you personally know anyone who was killed or injured in any terrorist attack, including the September 11, 2001 attacks on the World Trade Center, the Pentagon, the downed flight in Pennsylvania, or related to Oklahoma City, USS Cole, U.S. Embassies bombings or any other terrorist attack domestic or abroad?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

52.    Have you, family members or close friends ever assisted or participated, in any way, in rescue or relief efforts, advocacy efforts or any other support for victims of any terrorist attack occurring in the United States or abroad?                                           .

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

53.    Have you, a family member, or a close friend, ever been affected by a terrorist act or threat?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

54.    How concerned are you that terrorists will commit acts of violence near where you and your family live or work?

[ ] very concerned      [ ] somewhat concerned       [ ] not concerned

JUROR # _____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

55. Have you ever heard of Jamaat Al Muslimeen, also known as JAM?

[ ] Yes        [ ] No

If 'yes,' please describe what you have heard: _____

_____

_____

(a) Is there anything about this knowledge that would make it difficult for you to sit as a fair and impartial juror in this case?        [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

56. Have you ever heard of the Joint Terrorism Task Force, also known as JTTF?

[ ] Yes        [ ] No

If 'yes,' please describe what you know about this task force: _____

_____

_____

57. Have you, a family member or close friend ever visited, lived, studied or worked in the Middle East?

[ ] Yes        [ ] No

If 'yes,' please list the countries they visited, lived, studied or worked in and the purpose of their time in the Middle East:

_____

_____

_____

58. Have you, a family member or close friend ever studied about, visited, lived or worked in Guyana or Trinidad & Tobago?

[ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

JUROR # _____

### U.S. v.  Ibrahim, 07-CR-543 (DLI)

(a)  Have you formed any impressions or opinions about Guyana or Trinidad & Tobago,
the people or their governments?                        [ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

59.  The defendant in this case is an Afro-Caribbean Muslim man from Trinidad & Tobago. Is
there anything about your views about Afro-Caribbean Muslims or people from Trinidad
& Tobago that would affect your ability to be fair and impartial?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

60.  The defendant in this case is a Muslim spiritual guide. Is there anything about your views
about Muslims or Muslim spiritual guides that would affect your ability to be fair and
impartial?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

61.  Do you have any feelings about African Americans, Afro-Caribbeans, Arabs, Muslims, or
the religion of Islam that would make it difficult for you to listen to evidence and decide a
case with an open mind?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

29

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### CONTACT WITH COURT AND PARTIES

62.   Please indicate if you, or any of your relatives or friends, knows or has a connection to, or has read or heard anything about any of the following people, or any of their relatives or friends:

| | | |
|---|---|---|
| (a) The presiding U.S. District Court Judge, Hon. Dora L. Irizarry | [ ] Yes | [ ] No |
| Any of the following members of her staff: | | |
|     Adam Rodriguez | [ ] Yes | [ ] No |
|     Maya Krugman | [ ] Yes | [ ] No |
|     Aleah Borghard | [ ] Yes | [ ] No |
|     Ledra Horowitz | [ ] Yes | [ ] No |
|     Christy Carosella | [ ] Yes | [ ] No |
| | | |
| (b) Anyone who works in this Federal Courthouse | [ ] Yes | [ ] No |
| | | |
| (c) United States Attorney Loretta Lynch | [ ] Yes | [ ] No |
| | | |
| (d) Anyone connected to the Office of the U.S. Attorney | [ ] Yes | [ ] No |
| | | |
| (e) Assistant U.S. Attorneys: | | |
|     Marshall Miller | [ ] Yes | [ ] No |
|     Berit Berger | [ ] Yes | [ ] No |
|     Zainab Ahmad | [ ] Yes | [ ] No |
| | | |
| (f) Law Enforcement Officers: | | |
|     Robert Addonizio, Kings Co. District Attorney's Office | [ ] Yes | [ ] No |
|     John Darino, New York City Police Department | [ ] Yes | [ ] No |
|     Ken Dibella, Special Agent, FBI | [ ] Yes | [ ] No |
|     Robert Losada, Investigator, U.S. Attorney's Office | [ ] Yes | [ ] No |
|     Michael Zeller, Investigator, U.S. Attorney's Office | [ ] Yes | [ ] No |
| | | |
| (g) Defense Attorneys and Staff: | | |
| | | |
|     Michael Hueston | [ ] Yes | [ ] No |
|     Zoe Dolan | [ ] Yes | [ ] No |
|     Karloff C. Commissiong | [ ] Yes | [ ] No |
|     Andrew Patel | [ ] Yes | [ ] No |

If 'yes' to any of the above, please explain: _____

_____

JUROR # _____

## U.S. v.  Ibrahim, 07-CR-543 (DLI)

63.  (a)  Do you, or any close friend or family member, know or have any connection to the defendant Kareem Ibrahim or his relatives or friends?

[ ] Yes          [ ] No

If 'yes,' please tell us about any connection: _____

_____

   (b)  Do you, or any close friend or family member, know or have any connection to Russell Defreitas, Abdul Kadir, Abdel Nur, or their relatives or friends?

[ ] Yes  [ ] No

If 'yes,' please tell us about any connection: _____

_____

64.  At any time, have you read any articles or internet blogs, seen any news programs, talked about with friends, co-workers or family members or overheard discussions regarding the defendant or the alleged conspiracy to commit an attack at JFK International Airport?

[ ] Yes          [ ] No

If 'yes,' please indicate what you read, watched or heard: _____

_____

_____

   (a)  What stands out most in your mind about what you have read, seen or heard about this case?

_____

_____

_____

_____

   (b)  Please also indicate the source of your information (e.g., newspaper, television, radio, magazines, internet, friends, word of mouth, etc.):

_____

_____

_____

_____

**JUROR # _____**

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

65.  Have you formed any opinions about this case based on anything you have read, seen or heard in the media?

_____

_____

_____

_____

[Rest Of Page Intentionally Left Blank – Continue To Next Page]

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### WITNESSES, EVIDENCE AND LEGAL PRINCIPLES

66. Some witnesses in this case will be law enforcement officers.

    (a) Do you have any strong feelings, impressions, or opinions that would prevent you from evaluating the testimony of a law enforcement officer fairly and impartially?

                  [ ] Yes       [ ] No

If 'yes,' please explain: _____

_____

_____

    (b) The fact that a witness is employed by the government or acts in a law enforcement capacity does not mean that his or her testimony is deserving of more or less consideration or greater or lesser weight that that of an ordinary witness. Will you be able to follow the Court's instructions in this regard?

                  [ ] Yes       [ ] No

If 'no,' please explain: _____

_____

_____

67. The evidence in this case may include testimony provided, or evidence obtained, by individuals, working with the government in exchange for payment or other benefits. Similarly, the evidence may include testimony provided, or evidence obtained, by individuals who entered into cooperation agreements with the government, whose cooperation the government promised to bring to the attention of the individuals' sentencing court(s). The government is permitted to enter into such agreements.

Do you have any views regarding the use of such evidence that will keep you from fairly evaluating whether to believe these individuals?

                  [ ] Yes       [ ] No

If 'yes,' please explain: _____

_____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

68.   You may hear evidence at trial of the following:

(a)   Conversations and meetings recorded secretly at the direction of law enforcement agents during this investigation;

(b)   Visual, photographic and video surveillance conducted secretly by law enforcement agents during this investigation;

(c)   Searches of homes, bags and computers, conducted by law enforcement agents during this investigation; and

(d)   Post-arrest statements or confessions.

Evidence is admitted at trial only when the court determines that it is consistent with our laws.  Do you have any feelings about such evidence, if admitted, that would make it difficult for you to consider the evidence fairly?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

69.   The indictment that was filed in this case is the means by which the government gives the defendant notice of the charges against him and brings him before the court.  The indictment is an accusation, and nothing more. The indictment is not evidence and the jury must not give it any weight in arriving at its verdict.

Will you be able to follow this rule of law?

[ ] Yes          [ ] No

If 'no,' please explain: _____

_____

(a) Do you believe that if a defendant is arrested or indicted, he or she must be guilty?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

34

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

70. The defendant, in response to the indictment, pled "not guilty." He is presumed to be innocent unless the jury unanimously decides that the government has proven his guilt beyond a reasonable doubt. This presumption of innocence alone, unless overcome, is sufficient to acquit him.

Will you be able to follow this rule of law?

[ ] Yes      [ ] No

If 'no,' please explain: _____

_____

71. As the law presumes the defendant to be innocent, the burden of proving his guilt beyond a reasonable doubt rests entirely on the government throughout the trial and it never shifts to the defendant. The defendant never has the burden of proving his innocence, and the defendant never has to present any evidence of innocence at all.

Will you be able to follow this rule of law?

[ ] Yes      [ ] No

If 'no,' please explain: _____

_____

72. The defendant has the constitutional right to remain silent and not testify at his trial. If the defendant does not testify, the jury must not draw any inference of guilt from his silence or hold it against him in any way during deliberations. The jury may not speculate as to why the defendant did not testify or attach any significance whatsoever to that fact.

Will you be able to follow this rule of law?

[ ] Yes      [ ] No

If 'no,' please explain: _____

_____

73. Should the defendant decide to testify and/or present evidence on his own behalf, the fact that he did so does not shift the burden of proof to the defendant. It remains with the government at all times.

Will you be able to follow this rule of law?

[ ] Yes      [ ] No

If 'no,' please explain: _____

_____

### U.S. v. Ibrahim, 07-CR-543 (DLI)

74.     Can you accept that the defendant is at this moment presumed to be innocent of any and all crimes charged in this indictment and that he is presumed to be innocent of these charges throughout the course of this trial?

[ ] Yes          [ ] No

If 'no,' please explain: _____

_____

75.     At this point in time, do you have an opinion about whether the defendant is guilty of the crimes charged?

[ ] Yes          [ ] No

If 'yes,' what is your opinion? _____

_____

_____

76.     A defendant who is not a citizen of the United States is entitled to the same rights and consideration at trial as a citizen of the United States.

Will you be able to accept and follow this rule of law?          [ ] Yes          [ ] No

If 'no,' please explain: _____

_____

_____

77.     You may hear testimony from or about the people listed on Attachment A during the trial. Please turn to Attachment A at the end of this packet, and circle the name of any person or place that you know or have any connection with.

Have you read or heard about someone on the list or any of the places mentioned?

[ ] Yes          [ ] No

If 'yes,' please explain and indicate the name of the person:

_____

_____

_____

_____

_____

JUROR # _____

## U.S. v.  Ibrahim, 07-CR-543 (DLI)

### CONCLUDING QUESTIONS

78.    Do you have any religious, philosophical, moral or other belief that might make you unable to render a verdict for reasons unrelated to the law and evidence?

                                                    [ ] Yes        [ ] No

       If 'yes,' please explain: _____

       _____

       _____

79.    The jurors are the sole judges of the facts.  However, the jury must accept and follow the principles of law as instructed by the judge. The jury may not follow some rules and ignore others.  Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them.  Do you have any personal beliefs that would make it difficult to follow the court's legal instructions, whatever they may be?

                                                    [ ] Yes        [ ] No

       If 'yes,' please explain: _____

       _____

       _____

80.    The question of possible punishment of the defendant is of no concern to the jury and, pursuant to your oath as jurors, you cannot allow a consideration of the punishment that may be imposed upon the defendant, if he is convicted, to enter into or influence your deliberations in any sense or manner.  The duty of imposing sentence rests exclusively upon the court.  Will you be able to follow this rule without any difficulty?

                                                    [ ] Yes        [ ] No

       If 'no,' please explain: _____

       _____

       _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

81.    Under the law, emotions such as sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of the defendant has been proven beyond a reasonable doubt.  Will you be able to follow this rule without any difficulty?

                                                             [ ] Yes        [ ] No

If 'no,' please explain: _____

_____

_____

82.    As a potential juror in this case, you must avoid reading, viewing or listening to any and all media coverage in any form.  You may not use the internet, by any electronic means, for any purpose, including research, as to any aspect of this case.  In other words, you are forbidden from reading any magazine, newspaper, or any printed articles about this case, Googling this case or from emailing, instant messaging, blogging/tweeting about it or talking about it with anyone by computer, cell phone, or any other electronic device.  Do you have any reservations or concerns about your ability or willingness to follow this instruction?

                                                             [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

_____

(a)  Will you immediately inform the Court if you are exposed to any such coverage, or make any postings whether accidentally or otherwise?

                                                             [ ] Yes        [ ] No

83.    The Court will instruct you not to discuss the case with anyone, except with your fellow jurors in the jury room <u>after</u> the judge directs you to begin your deliberations at the end of the case.  Will you have any difficulty following the Court's instructions?

                                                             [ ] Yes        [ ] No

If 'yes,' please explain: _____

_____

_____

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

84.   If you were chosen to serve as a juror on this case, would you be influenced in any way by the feelings or opinions of family, friends, or co-workers?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

(a)  Would you feel pressure to explain your vote to family, friends, or co-workers?

[ ] Yes          [ ] No

85.   Is there anything about the nature of the charges, or the facts of the case, as they have been explained to you thus far that cause you to doubt your ability to be fair and impartial?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

86.   Is there any other matter that you should bring to the Court's attention that may have any bearing on your qualifications as a juror or may affect your ability to render a fair and impartial verdict based solely on the evidence and the Court's instructions on the law?

[ ] Yes          [ ] No

If 'yes,' please explain: _____

_____

_____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### SCHEDULING AND HARDSHIP INFORMATION

Jury selection will begin on May 2, 2011. The jury selection process will last approximately one to two weeks and the trial will commence immediately afterward. Trial usually will be in session 4 days per week from 9:30 a.m. to approximately 5:00 p.m. There may be some days when the trial may begin before 9:30 a.m. and/or may go to 6:00 or 6:30 p.m. There may be some court-scheduled breaks. It is expected that the trial will last 3 to 5 weeks. To be on the safe side, we are requiring that the jurors who serve on this case be available through June 17, 2011.

If you are selected as a juror, you will be required to be present for the taking of all testimony for as long as the case lasts. There are no plans to sequester the jury during the trial, which means you will go home every day after court.

The court views jury service in a federal criminal trial to be one of the highest duties a citizen owes to the United States. Mere inconvenience or the usual financial hardships of jury service will not be sufficient to excuse a prospective juror.

Please complete the following:

1. Do you have an unusual financial hardship or other serious problem that would prevent you from serving as a juror in this case?

                                                              [ ] Yes     [ ] No

If 'yes,' please explain briefly the nature of the hardship: _____

_____

_____

_____


2. Do you have any difficulty speaking, reading or understanding English?   [ ] Yes     [ ] No

If yes, please explain: _____

_____

_____


What other languages do you read or understand?   _____

_____

**JUROR # _____**

**U.S. v. Ibrahim, 07-CR-543 (DLI)**

3.  Do you have any physical problem (for example, sight, hearing, inability to sit for long periods of time) or emotional problem that would interfere with your ability to serve?

    [ ] Yes   [ ] No

    If 'yes,' please describe:_____

    _____

    _____

4.  If you currently visit with a doctor or other medical professional on a regular basis, would those visits interfere with your ability to serve?

    [ ] Yes   [ ] No

    If 'yes,' please briefly describe how often these visits occur and why they would interfere with your ability to serve:

    _____

    _____

    _____

5.  Are you taking any medication that could affect your ability to serve as a juror?

    [ ] Yes   [ ] No

    If 'yes,' please explain:_____

    _____

    _____

6.  Do you have any dietary or physical restrictions that need to be accommodated?

    [ ] Yes   [ ] No

    If 'yes,' please explain:_____

    _____

7.  Is there <u>any</u> reason why you think you cannot serve on the jury?

    _____

    _____

JUROR # _____

## U.S. v. Ibrahim, 07-CR-543 (DLI)

### Additional Pages to Complete Responses to any Question

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

### U.S. v.  Ibrahim, 07-CR-543 (DLI)

### Additional Pages to Complete Responses to any Question