UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                          Plaintiffs,<br><br>   vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                          Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

      Defendants have asked the Court to take notice of the decision granting defendants' motion for summary judgment in *Gilmore v. Palestinian Interim Self-Government Authority*, No. 1:01-cv-853 (D.D.C.). Judge Kessler's decision was based on a completely different factual record and contained rulings relating to the specific topics, items of evidence, and *issue-specific* expert declarations that were before her—none of which are part of the plaintiffs' evidence in this case. Nor did Judge Kessler address whether Alon Eviatar has the professional knowledge and experience necessary to qualify as a testifying expert about any topic, much less the topics on which he will testify in this case.

      The two cases are therefore apples and oranges, and any attempt to even *analogize* from Judge Kessler's decision to the different facts and issues in this case would require this Court to examine the underlying evidence and declarations in *Gilmore*.

      If the Court desires and so directs, plaintiffs are prepared to provide those materials and briefing detailing in full how the issues in *Gilmore* differ from those in this case.

Dated:  New York, New York
        August 1, 2014

**ARNOLD & PORTER LLP**

By: /s/ Kent A. Yalowitz
    Kent A. Yalowitz
        *KENT.YALOWITZ@APORTER.COM*
    Philip W. Horton
        *PHILIP.HORTON@APORTER.COM*
    Sara K. Pildis
        *SARA.PILDIS@APORTER.COM*
    Ken L. Hashimoto
        *KEN.HASHIMOTO@APORTER.COM*
    Carmela T. Romeo
        *CARMELA.ROMEO@APORTER.COM*
    Tal R. Machnes
        *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York  10022
(212) 715-1000