UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

COURTNEY LINDE, et al.,

                        Plaintiffs,

     - against -

ARAB BANK, PLC,

                       Defendant.

-------------------------------------------------------------

CV-04-2799 (BMC)(VVP)
and all related cases[1]

 

## DEFENDANT ARAB BANK PLC'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN CATEGORIES OF PLAINTIFFS' CASE-IN-CHIEF EXHIBITS

 

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, N.Y. 10020
(212) 335-4500

Attorneys for Defendant Arab Bank plc

---

[1]      *Litle, et al. v. Arab Bank, PLC,* No. CV-04-5449 (E.D.N.Y. 2004) (BMC) (VVP); *Almog v. Arab Bank, PLC*, No. CV-04-5564 (E.D.N.Y. 2004) (BMC) (VVP); *Coulter, et al. v. Arab Bank, PLC*, No. CV-05-365 (E.D.N.Y. 2005) (BMC) (VVP); *Afriat-Kurtzer v. Arab Bank, PLC,* No. CV-05-388 (E.D.N.Y. 2005) (BMC) (VVP); *Bennett, et al. v. Arab Bank, PLC,* No. CV-05-3183 (E.D.N.Y. 2005) (BMC) (VVP); *Roth, et al. v. Arab Bank, PLC,* No. CV-05-3738 (E.D.N.Y. 2005) (BMC) (VVP); and *Weiss, et al. v. Arab Bank, PLC,* No. CV-06-1623 (E.D.N.Y. 2006) (BMC) (VVP).

## <u>TABLE OF CONTENTS</u>

**Page**

I.      THE BOOK ENTITLED *THE INDOMITABLE ARAB*, ARAB BANK'S ANNUAL REPORTS FROM YEARS NOT IN ISSUE, AND RELATED DOCUMENTS.................................................................................................... 1

II.     HOLY LAND FOUNDATION TRIAL EXHIBITS ........................................................ 2

III.    ISRAELI GOVERNMENT MEMOS, BULLETINS AND OTHER RELEASES ........... 3

      A.   Israeli Governmental Memos, Bulletins and Releases Cannot Be Authenticated And Lack Foundation. ................................................................. 4

      B.   The Israeli Governmental Releases Also Constitute Inadmissible Hearsay. ......... 5

IV.     ISRAELI MILITARY COURT DOCUMENTS ............................................................... 6

      A.   Many Of The Israeli Military Court Documents Cannot Be Authenticated. ......... 6

      B.   Israeli Military Court Indictments Are Inadmissible. ........................................... 6

      C.   None Of The Israeli Military Court Documents Proffered By Plaintiffs Are Sufficiently Reliable. ........................................................................................... 7

V.      NEWSPAPER ARTICLES .............................................................................................. 8

VI.     WEBSITE CAPTURES (PRINTOUTS, COMMUNIQUÉS, PHOTOGRAPHS AND VIDEOS) ................................................................................................................ 9

      A.   The Website Capture Exhibits Cannot Be Authenticated And Lack Foundation. ......................................................................................................... 10

      B.   The Website Captures Constitute Inadmissible Hearsay. ................................... 11

VII.    VIDEOS FROM SOURCES OTHER THAN WEBSITES ........................................... 12

VIII.   PLAINTIFFS EXPERTS SHOULD NOT BE ALLOWED TO DISCLOSE TO THE JURY OTHERWISE INADMISSIBLE EVIDENCE. ......................................... 13

CONCLUSION.......................................................................................................................... 15

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Al–Bihani v. Obama,*
590 F.3d 866 (D.C. Cir. 2010) ...................................................................................8

*Anam v. Obama,*
696 F. Supp. 2d 1 (D.D.C. 2010) ...............................................................................8

*Beech Aircraft Corp. v. Rainey,*
488 U.S. 153 (1988) ....................................................................................................6

*Estate of Parsons v. Palestinian Auth.,*
715 F. Supp. 2d 27 (D.D.C. 2010) ...........................................................................14

*Gill v. Arab Bank, PLC,*
893 F. Supp. 2d 542 (E.D.N.Y. 2012) ............................................................5, 11, 12

*Gowan v. Amaranth Advisors LLC,*
2014 WL 47774 (Bkrtcy. S.D.N.Y. Jan. 3, 2014).......................................................7

*In re Columbia Sec. Litig.,*
155 F.R.D. 466 (S.D.N.Y. 1984) ................................................................................9

*In re Homestore.com, Inc. Sec. Litig.,*
347 F. Supp. 2d 769 (C.D. Cal. 2004) ......................................................................10

*In re September 11 Litig.,*
621 F. Supp. 2d 131 (S.D.N.Y. 2009).........................................................................7

*In re Worldcom, Inc. Securities Litig.,*
No. 02 CIV 3288 (DLC), 2005 WL 375315 (S.D.N.Y. Feb. 17, 2005) ....................6

*Novak v. Tucows, Inc.,*
06CV1909(JFB)(ARL), 2007 WL 922306 (E.D.N.Y. Mar. 26, 2007)...............10, 11

*Ruffalo's Truck. Serv. v. National Ben-Franklin Ins. Co.,*
243 F.2d 949 (2d Cir. 1957).......................................................................................6

*Samad Bros., Inc. v. Bokara Rug Co., Inc.,*
09 CIV. 5843, 2012 WL 43613 (S.D.N.Y. Jan. 9, 2012).............................................4

*St. Clair v. Johnny's Oyster & Shrimp, Inc.,*
76 F. Supp. 2d 773 (S.D. Tex.1999) .........................................................................11

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 4 of 52
Case 1:04-cv-02799-BMC-VVP   Document 1039   Filed 07/21/14   Page 4 of 20 PageID #: 82262

Page

*Strauss v. Credit Lyonnais, S.A.*,
    925 F. Supp. 2d 414 (E.D.N.Y. 2013) ...................................................................9

*Terbush v. United States*,
    No. 1:02-CV-5509SMS, 2005 WL 3325954 (E.D. Cal. 2005)..............................10

*United States v. Jackson*,
    208 F.3d 633 (7th Cir. 2000) ...............................................................................10

*United States v. Liew*,
    CR 11-00573-1 JSW, 2014 WL 554491 (N.D. Cal. Feb. 7, 2014)......................14

*United States v. Mejia*,
    545 F.3d 179 (2d Cir. 2008)..................................................................................14

*United States v. Salah*,
    462 F. Supp. 2d 915 (N.D. Ill. 2006) .....................................................................7

*Victaulic Co. v. Tieman*,
    499 F.3d 227 (3d Cir. 2007)..................................................................................10

**OTHER AUTHORITIES**

31 Fed. Prac. & Proc. Evid. § 7137 (1st ed.) ..............................................................4

2 McCormick On Evid. § 324.3 (7th ed. 2013) ........................................................14

4–703 Weinstein's Federal Evidence § 703.05[2].................................................14, 15

Fed. R. Evid. 703 ..................................................................................................13, 14

Fed. R. Evid. 801 .........................................................................................................11

Fed. R. Evid. 801(d)(2) ...............................................................................................12

Fed. R. Evid. 803(8) ......................................................................................................5

Fed. R. Evid. 803(8)(C) ................................................................................................5

Fed. R. Evid. 804(b)(3) ...............................................................................................11

Fed. R. Evid. 807 .........................................................................................................11

Fed. R. Evid. 901 ...........................................................................................................6

Fed. R. Evid. 901(b)(1) .................................................................................................4

Fed. R. Evid. 901(b)(7)..............................................................................................4, 5

Case 1:04-cv-02799-BMC-VVP   Document 1035   Filed 07/21/14   Page 5 of 20 PageID #: 82263

| | Page |
|---|---|
| Fed. R. Evid. 902(3) ........................................................................................................ | 4 |
| Fed. R. Evid. Rule 803 ...................................................................................................... | 12 |

Defendant Arab Bank plc (the "Bank") respectfully moves for entry of an order deeming inadmissible each of the Plaintiffs' exhibits addressed herein.[2] The exhibits remain on Plaintiffs' case-in-chief exhibit list in the face of contrary determinations from this Court at the July 30, 2013 hearing. These rulings followed the parties' submission of motions *in limine* in the First Supplement to the Joint Pre-Trial Order (ECF No. 970).[3]

## I. THE BOOK ENTITLED *THE INDOMITABLE ARAB*, ARAB BANK'S ANNUAL REPORTS FROM YEARS NOT IN ISSUE, AND RELATED DOCUMENTS

The Bank's *in limine* motion No. 1 sought the exclusion of the following category of documents:

> [a]ll evidence concerning the book entitled THE INDOMITABLE ARAB: THE LIFE AND TIMES OF ABDUL HAMEED SHOMAN (1890-1974) FOUNDER OF ARAB BANK (Third World Center, 1st ed. 1984), Arab Bank annual reports, including reports dated between 1956 and 1971 and referencing Israel as an "enemy," Arab Bank calendars referencing events of aggression, and any "donations" or "contributions" by employees or officers of the Bank purportedly made "in support of the Al-Aqsa Intifada."

(MIL No. 1.) This motion addressed Plaintiffs' exhibits PX 45 (*The Indomitable Arab*) and PX 78-84 and PX 4746 (Arab Bank annual reports from 1956 to 1971). (*See* <u>Ex.</u> A, I.)

Considering this category of documents, the Court noted that this "*might be the place where all probative value eludes us . . . .*" (*See* July 30, 2013 Hr'g Tr. at 120:23-121:2 (emphasis supplied)). Accordingly, the Court ruled that these documents "may be usable for impeachment only, *not as substantive evidence of the plaintiffs' case.*" (*See id.* at 122:14-17 (emphasis supplied)). In apparent defiance of this ruling, Plaintiffs continue to list these documents as case-in-chief exhibits. These exhibits should be excluded.

---

[2]      A schedule of the Plaintiff Exhibit numbers ("PX __") addressed in each section of this memorandum is annexed as Exhibit A ("<u>Ex.</u> A"). These PX numbers refer to the exhibit numbers listed in Plaintiffs' Revised Exhibit List, filed by Plaintiffs on July 18, 2014 as Exhibit A to "Plaintiffs' Updated Proposed Pretrial Order" (ECF No. 1027(2)).

[3]      The Bank's numbered *in limine* motions, as listed in the First Supplement to the Joint Pre-Trial Order and referenced by the Court during the hearing dated July 30,. 2013, are referenced herein as "motion *in limine* No. __" or "MIL No. __."

## II.     HOLY LAND FOUNDATION TRIAL EXHIBITS

Plaintiffs' revised exhibit list also includes 34 documents (*see* Ex. A, II, listing

PX numbers) which Plaintiffs obtained in connection with a criminal prosecution of the Holy

Land Foundation for Relief and Development ("HLF").   The Bank sought to exclude these

documents in its *in limine* motion No. 5 and at the Court concluded that unless these third-party

documents can be authenticated, and additionally demonstrated not to constitute hearsay, they

would not be admitted:

> THE COURT:  . . .  To the extent that the plaintiffs seek to admit documents that
> were produced to them from defendant, those are admissible.   To the extent
> documents were referred in the first request for admissions, those are admissible.
> To the extent there's other documents, they are going to have to be authenticated
> and proven to be non-hearsay as any other document would.

(July 30, 2013 Hr'g Tr. at 116-17.)   The 34 documents addressed in this category were not

produced by the Bank, nor were they the subject of the first request for admissions.   Plaintiffs

continue to list, for example, PX 1077 which is a 1991 letter from an unstated author to an

unknown recipient, described by Plaintiffs in their revised exhibit list as follows:   "Letter that

elaborates the level of control Hamas has on various Zakat committees."   (*See* Pls.' Revised Ex.

List (ECF No. 1027(2), PX 1077.)   Similarly, PX 1063 purports to be a transcript of an audio

recording of a conversation between someone named "Akram," someone named "Muin," and 11

other persons, and is described by Plaintiffs in their revised exhibit list as "Transcript from 1993

'Philadelphia Meeting'."   (*See id.*, PX 1063.)

Plaintiffs cannot authenticate any of these HLF documents.   But even were they

somehow able to do so, all of them are plainly intended to be introduced for the truth of matters

stated within them, and are rank hearsay. These 34 HLF documents cannot reasonably be

"authenticated and proven to be non-hearsay" as this Court has already required.   Accordingly,

they should be excluded.

III.    **ISRAELI GOVERNMENT MEMOS, BULLETINS AND OTHER RELEASES**

Plaintiffs' designate 41 documents (*see* Ex. A, III, listing PX numbers) which were the subject of the Bank's *in limine* motion No. 7, seeking the exclusion of "intelligence reports by the Israeli government and other third parties" as inadmissible hearsay.  This category of documents includes memoranda, bulletins and other releases purportedly from government agencies – the Israeli Ministry of Foreign Affairs, the Israeli Prime Minister's Office, the Israeli police, the Israeli Security Agency, the Israel Defense Forces and the Israeli Civil Administration.  (MIL No. 7.)  The Court agreed that such documents are problematic:

> The hearsay objection motions, that is defendant's . . . [*in limine* motion number] 7 . . ., I thought most of these are pretty good objections . . . .  Each seems to me to ensure the plaintiffs are seeking to put in, for example, documents that can't be authenticated . . . it's a problem for the plaintiffs.

(July 30, 2013 Hr'g Tr. at 105:4-10.)  As Plaintiffs themselves noted at the July 30 hearing: "There's no exception in the hearsay bar for musings of government officials . . . ."  (*Id.* at 70:24-25.)

Yet Plaintiffs continue to designate such documents, including the following document referenced in the Bank's motion as an example:  "a May 6, 2002 IDF report entitled "Large Sums of Money Transferred by Saudi Arabia to the Palestinians are Used for Financing Terrorist Organizations (Particularly the Hamas) and Terrorist Activities (Including the Suicide Attacks Inside Israel)."  (*See* MIL No. 7; *see also* Pls.' Revised Ex. List (ECF No. 1027(2)), PX 509.)  Plaintiffs similarly continue to list another document cited in the Bank's *in limine* motion No. 7, described by them as an "IDF Intelligence Corps Report: "Islamic Charitable Associations in the Territories and Their Connection to Hamas."  (*See id.*, PX 1492.)

Plaintiffs cannot authenticate these documents, nor can they establish, as this Court has required, that these discrete memoranda, bulletins and releases are anything other than rank hearsay.[4]

### A. Israeli Governmental Memos, Bulletins and Releases Cannot Be Authenticated And Lack Foundation.

Pursuant to Federal Rule of Evidence 902(3), a foreign public record is self-authenticating only when:  (1) the document "purports to be signed or attested by a person who is authorized by a foreign country's law to do so," *and* (2) the document is accompanied by "a final certification by a United States official that the document is genuine."  *Samad Bros., Inc. v. Bokara Rug Co., Inc.*, 09 CIV. 5843, 2012 WL 43613, at *7 (S.D.N.Y. Jan. 9, 2012).  *See also* 31 Fed. Prac. & Proc. Evid. § 7137 (1st ed.) ("A document that lacks the requisite signature cannot be self-authenticating under Rule 902(3) even where it has a final certification.").  In most instances, the reports that Plaintiffs have proffered in evidence are not only unsigned, but do not even identify or name any author at all; nor are they accompanied by final certifications.

Plaintiffs have not proffered witnesses with personal knowledge about the drafting of these government agency releases, such that they plainly lack foundation.  *See* Fed. R. Evid. 901(b)(1) (establishing "testimony of a witness with knowledge" as a method for authentication).  Nor are Plaintiffs able to present evidence that the reports were either "recorded or filed in a public office as authorized by law" or that they are "from the office where items of this kind are kept."  Fed. R. Evid. 901(b)(7).

---

[4]     PX802, PX1234, PX1235, PX1236, PX1237, PX1239, PX1240 are documents designated by Plaintiffs as purported IDF documents or documents allegedly seized by the IDF.  Those documents are separately addressed in the Bank's bench memo seeking the exclusion of Colin Hames as a witness.

**B.     The Israeli Governmental Releases Also Constitute Inadmissible Hearsay.**

Even were Plaintiffs able to authenticate these documents, they plainly intend to use many of them in an attempt to establish the truth of their attribution allegations, as is evident from Plaintiffs' own descriptions .  *See*, *e.g.*, Ex. A, PX 3811 (described by Plaintiffs as "ISA report on Palestinian suicide bombers (Sept. 2000 - Sept. 2007) . . ."); *id.*, PX 3834 (described by Plaintiffs as "Israeli Prime Minister's Office report on Mike's Place bombers").  Indeed, Plaintiffs' expert Ronni Shaked cites these documents as "proof" of Plaintiffs' allegations.  *See* Shaked Report (ECF No. 822-3 (filed under seal)) at 139, 201 (attributing responsibility to Hamas for Sheffield Club and Mike's Place incidents).  In *Gill v. Arab Bank, PLC*, 893 F. Supp. 2d 542, 570-71 (E.D.N.Y. 2012) ("*Gill III*"), Judge Weinstein ruled that the hearsay exception under Federal Rule of Evidence 803(8)(A)(iii) (then Rule 803(8)(C)) addressing "factual findings" from an authorized investigation was not applicable to such releases.  Just as in *Gill*, these and many of the other memos and releases now listed as exhibits by Plaintiffs are based in large part on Hamas's own alleged claims of responsibility.  These claims thus constitute hearsay within hearsay requiring their own exceptions.  *See Gill III* at 571.

Nor, as Judge Weinstein found, do Hamas's claims of responsibility constitute statements against interest.  *Id.* at 569 ("Under the perverse assumptions of terrorists, an armed attack on civilians reflects glory.  Taking 'credit' for such an attack is deemed a benefit, not a detriment, and is not reliable under the circumstances.")[5]; *see also* Fed. R. Evid. 803(8) and *Gill III* at 571 (such documents are based largely on the "relaying of information of uncertain

---

[5]     Plaintiffs' own expert concedes that Hamas has many reasons to falsely claim responsibility for attacks, including: "attention," "recognition," "financial support," "political support," "terrify[ing] its adversaries," forcing "policy changes" and "recruiting."  (Kohlmann Dep. (ECF No. 807-4 (filed under seal)) at 237:11-238:12.)

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 11 of 52
Case 1:04-cv-02799-BMC-VVP   Document 1033   Filed 07/21/08   Page 11 of 24 PageID #:
82269

provenance," by unreliable sources not subject to cross-examination and therefore lack "trustworthiness.").[6]

Because these 41 Israeli memos, bulletins and other releases cannot be authenticated and, in any event, constitute inadmissible hearsay, they should be excluded.

## IV.   ISRAELI MILITARY COURT DOCUMENTS

Plaintiffs' exhibit list includes 53 Israeli military court documents.  (*See* Ex. A, IV(A), listing PX numbers.)  As discussed below, nineteen of these have not been apostilled and therefore cannot be authenticated.  (Ex. A, IV (B).)  Nine are indictments, for which there is no conceivable permissible use at trial.  (Ex. A, IV(C).)   All of these Israeli military court documents, described by Plaintiffs with titles such as "revised indictment (plea bargain)," "plea and verdict," "verdict and sentencing," "court file," and "military record," also should be excluded because they lack reliability.

### A.   Many Of The Israeli Military Court Documents Cannot Be Authenticated.

Plaintiffs are unable to authenticate the 19 non-apostilled Israeli court documents included in their revised exhibit list.  (Ex. A, IV(B).)  Unless they are able to present witnesses with personal knowledge concerning the issuance of these court documents—and their witness proffers offer no indication that will be able to do—Fed. R. Evid. 901 requires their exclusion. *See supra* at Section III.A (discussing authentication and foundation).

### B.   Israeli Military Court Indictments Are Inadmissible.

Nine of the Israeli military court records listed as exhibits are indictments.  (Ex. A IV(C).)   These indictments are both "hearsay" and "clearly inadmissible for any purpose." *Ruffalo's Truck. Serv. v. National Ben-Franklin Ins. Co.*, 243 F.2d 949, 953 (2d Cir. 1957); *In re*

---

[6]      "[A] trial judge has the discretion, and indeed the obligation, to exclude an entire report or portions thereof—whether narrow 'factual' statements or broader 'conclusions'—that she determines to be untrustworthy." *Beech Aircraft Corp. v. Rainey,* 488 U.S. 153, 167-68 (1988).

*Worldcom, Inc. Securities Litig.*, No. 02 CIV 3288 (DLC), 2005 WL 375315, *8-9 (S.D.N.Y. Feb. 17, 2005) ("The indictments are not admissible evidence."); *Gowan v. Amaranth Advisors LLC*, 2014 WL 47774, *10-11 (Bkrtcy. S.D.N.Y. Jan. 3, 2014) ("The Government cannot rely on an indictment to prove its case at trial, and the parties here cannot rely on the Government's indictment to prove theirs."). Even when followed by a conviction, the facts alleged in a charging document have not been adjudicated as true. The Israeli indictments listed by Plaintiffs should be stricken.

### C. None Of The Israeli Military Court Documents Proffered By Plaintiffs Are Sufficiently Reliable.

All of these 53 court documents, which principally comprise plea bargains and military verdicts, are the records of Israeli military court proceedings conducted against civilians, offered with no indication that they are sufficiently reliable and are not the result of interrogation techniques that would be impermissible in United States criminal proceedings.[7]

Statements that may be the result of military or police interrogation are generally considered to be hearsay, precisely because there is no evidence as to the circumstances under which they were obtained. *See, e.g., In re September 11 Litig.*, 621 F. Supp. 2d 131, 160 (S.D.N.Y. 2009) ("A reasonable person in [the accused's] place, intent on winning favor from

---

[7]    *See, e.g.*, Report of the Special Rapporteur on Independence of Judges and Lawyers, U.N. Doc. A/HRC/14/26/Add.1 (June 18, 2010), available at: http://unispal.un.org/UNISPAL.NSF/0/57 (United Nations report concluding, with regard to the Israeli military justice system, that "the exercise of jurisdiction by a military court over civilians not performing military tasks is normally inconsistent with the fair, impartial and independent administration of justice."). Interrogation techniques that have been used in Israeli military court proceedings were referenced by the court in *United States v. Salah*, 462 F. Supp. 2d 915, 917-18 (N.D. Ill. 2006):

(a)    The use of hoods, handcuffs, and shackles;
(b)    The ability between interrogation sessions to handcuff a detainee behind the back either to a regular-sized chair in an interrogation room or to a regular-sized or small chair in the hallway where the detainee might also be hooded to avoid the detainee observing other detainees in the hallway;
(c)    Threatening to harm a detainee or threatening to arrest family members of the detainee;
(d)    Depriving the detainee of sleeping conditions by withholding access to a mattress and blankets for up to 48 hours;
(e)    When the interrogator determines that the detainee is withholding information that relates to an imminent threat to human life, and with supervisory approval, slapping a detainee.

his jailers or causing them to stop harsh interrogation methods, might well have been motivated to tell his jailers what he thought they would want to hear, regardless of its truth."); *Anam v. Obama*, 696 F. Supp. 2d 1, 3 (D.D.C. 2010) (documents containing statements from a prisoner at Guantanamo Bay, Cuba were "tainted by the coercive interrogation techniques to which [the prisoner] was subject and lack sufficient indicia of reliability"). Information "relayed through an interrogator's account" presents an additional "level of technical hearsay because the interrogator is a third party unavailable for cross examination." *Al–Bihani v. Obama*, 590 F.3d 866, 879 (D.C. Cir. 2010).

Even were all of these military court records otherwise admissible, as they are not, they should in any event be excluded as evidence lacking sufficient reliability to fit within any hearsay exception.

## V.    NEWSPAPER ARTICLES

Despite this Court's admonitions to the contrary, Plaintiffs continue to designate 68 newspaper articles (*see* Ex. A, V, listing PX numbers) which were the subject of the Bank's *in limine* motion No. 11, seeking the exclusion of "news reports proffered to suggest  (a) that the Bank and/or its former chairman supported the Second Intifada (inadmissible hearsay), or (b) purported "knowledge" by the Bank that certain individuals were terrorists and/or that the Saudi Committee was providing support to the Second Intifada (inadmissible hearsay) . . . ."  (*See* MIL No. 11.)  The Bank's motion listed 16 news articles by way of example, most of which, along with many other such articles, continue to be listed by Plaintiffs.  *E.g.*, *compare* PX 13, 18 *with* MIL No. 11(a)(5) ("Addustour article: Shoman visited the injured in the medical city and gave a personal donation: Employees of Arab Bank donate 5% of their salaries in support of Palestinian Intifada in Jerusalem.")  (*See* MIL No. 11; Plaintiffs Revised Exhibit List (ECF No. 1027(2)), PX 13, 18.)

Case 1:04-cv-00397-GBD-RLE Document 581-2 Filed 08/06/14 Page 14 of 52
Case 1:04-cv-02799-BMC-PK Document 1035-1 Filed 07/21/08 Page 14 of 42 PageID #:
82272

As this Court clearly stated::

> The hearsay objection motions, that is defendant's . . . [*in limine* motion number] 11 . . ., . . . [T]o the extent the plaintiffs are seeking to put in . . . newspaper articles, or things like that, it's a problem for the plaintiffs."

(July 30, 2013 Hr'g Tr. at 105:4-10.) Indeed, newspaper articles are almost always inadmissible hearsay. *See, e.g.*, *Strauss v. Credit Lyonnais, S.A.*, 925 F. Supp. 2d 414, 449 (E.D.N.Y. 2013) ("The newspaper reports are inadmissible hearsay and cannot be relied upon"). Newspaper articles containing quoted remarks, moreover, constitute hearsay within hearsay, requiring an additional exception before they may be admitted. *See, e.g.*, *In re Columbia Sec. Litig.*, 155 F.R.D. 466, 474 (S.D.N.Y. 1984) ("Often, when offered to prove that certain statements were made, newspaper and magazine articles are held inadmissible as hearsay."). Plaintiffs have not put forward any potential hearsay exceptions that could salvage these proposed exhibits.

## VI. WEBSITE CAPTURES (PRINTOUTS, COMMUNIQUÉS, PHOTOGRAPHS AND VIDEOS)

Similarly in apparent defiance of this Court's prior rulings, Plaintiffs continue to list among their case-in-chief exhibits 152 printouts, communiqués, photographs and videos that purportedly were captured from websites that Plaintiffs in turn contend, solely in the opinions of their experts, to be controlled by Hamas. (*See* Ex. A, VI, listing PX numbers.)[8] This Court has already ruled, in response to the Bank's *in limine* motion no. 13, that these documents will not be admitted unless Plaintiffs can properly authenticate them and, if they include hearsay, demonstrate that they fall within a hearsay exception. (*See* July 30, 2013 Hr'g Tr. at 118-19.) Plaintiffs can do neither.

---

[8]    A few purported website captures designated by Plaintiffs, although not from websites Plaintiffs contend to be controlled by Hamas, are equally inadmissible for the reasons discussed below. These exhibits are the following: PX 761 (purported capture of al-Mujamaa al-Islami website; PX 766 and 812 (purported captures of al-Ansar Charitable Society website); PX 1160-61 (purported capture of Islamic Society-Gaza website); PX 1401 (purported capture of Union of Good website); PX 764 (purported capture of Shahid Palestine website); and PX 1474 (purported capture of Bahrain Forum website).

## A.   The Website Capture Exhibits Cannot Be Authenticated And Lack Foundation.

As the Court has already ruled:

THE COURT:  You know, [regarding Arab Bank *in limine* motion] 13, screen shots of websites?  Soliciting donations to support the Second Intifada?  You will need to authenticate those . . . .  Okay.  So let me say this, just to say it again, you are going to have to authenticate what you use.

(July 30, 2013 Hr'g Tr. at 118-19.)

To authenticate material from a website, the proponent must show that "the information was posted by the organization/s to which it is attributed."[9]  Plaintiffs must present evidence that alleged captures from palestine-info.com and alqassam.ps not only accurately reflect pages on those websites, but that Hamas controls those sites and is responsible for the particular posts that they seek to admit.  *See In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 769, 782–83 (C.D. Cal. 2004) ("some statement or affidavit from someone with knowledge is required; for example, Homestore's web master . . . ."); *Novak v. Tucows, Inc.*, 06CV1909(JFB)(ARL), 2007 WL 922306, at *5 (E.D.N.Y. Mar. 26, 2007).  Plaintiffs' own expert has conceded that he does not know who controls Hamas's purported websites, who runs them, who authors posts on them, the source of their information or even whether a particular author has any connection to Hamas whatsoever.  (*See* Kohlmann Dep. (ECF No. 807-4 (filed under seal)) at 159:5-12, 233:4-237:10 ; *see also* Kohlmann Crédit Lyonnais Dep. (ECF No. 807-6 (filed under seal)) at 382:8-387:16.)  Nor can Plaintiffs can provide a foundation for the

---

[9]      *Terbush v. United States*, No. 1:02-CV-5509SMS, 2005 WL 3325954, *5 n.4 (E.D. Cal. 2005), *aff'd in part, rev'd in part on other grounds*; *see also United States v. Jackson*, 208 F.3d 633, 638 (7th Cir. 2000) ("Jackson needed to show that the web postings in which the white supremacist groups took responsibility for the racist mailings actually were posted by the groups"); *Victaulic Co. v. Tieman*, 499 F.3d 227, 236 (3d Cir. 2007) ("Anyone may purchase an internet address, and so, without proceeding to discovery or some other means of authentication, it is premature to assume that a webpage is owned by a company merely because its trade name appears in the uniform resource locator.").

use of these exhibits, as they are unable to produce any witness with personal knowledge about any of these websites.  All of these exhibits must be excluded.

**B.    The Website Captures Constitute Inadmissible Hearsay.**

Moreover, if these exhibits contain hearsay (which they do) and are offered for the truth of their contents (which they will be), then they must fall within an exception to the prohibition against hearsay in order to be admissible, even if they can be authenticated (which they cannot be).  (July 30, 2013 Hr'g Tr. at 118-20.)  The information contained in these exhibits does not fall within any recognized hearsay exception or exclusion.

"Where postings from internet websites are not statements made by declarants testifying at trial and are offered to prove the truth of the matter asserted, such postings generally constitute hearsay under Fed. R. Evid. 801."  *Novak*, 2007 WL 922306, at *5.  As Judge Weinstein previously held in *Gill*, "[t]hese [website] claims are unreliable hearsay that do not fit under any recognized exception that would permit introduction against the Bank."  *See Gill III*, 893 F. Supp. 2d at 569; *see also St. Clair v. Johnny's Oyster & Shrimp, Inc.*, 76 F. Supp. 2d 773, 775 (S.D. Tex.1999) ("[A]ny evidence procured off the Internet is adequate for almost nothing, even under the most liberal interpretation of the hearsay exception rules.").

For the reasons noted *supra* at III.B, as found by Judge Weinstein, Hamas's claims of responsibility cannot be deemed statements against interest that would be admissible pursuant to Fed. R. Evid. 804(b)(3); nor, because of the extremely unreliable nature of these hearsay statements, may Plaintiffs rely upon the rarely permitted residual hearsay exception. Fed. R. Evid. 807 (proponent must provide "name and address of declarant" and statement must have, among other criteria, "circumstantial guarantees of trustworthiness" that are "equivalent"

Case 1:04-cv-00397-GBD-RLE    Document 581-2    Filed 08/06/14    Page 17 of 52
Case 1:04-cv-02799-BMC-VVP    Document 1033    Filed 07/21/08    Page 17 of 24 PageID #:
82275

to statements covered by Rule 803 or 804.”); *see also Gill III*, 893 F. Supp. 2d at 569 (denying

application of a residual hearsay exception to these very types of documents).[10]

        Similarly, although already addressed by the Court in its consideration of the

Bank's *in limine* motion 13, Plaintiffs continue to designate exhibits containing solicitations for

donations to the accounts of Hamas leaders and charitable organizations that purported were

obtained from the websites of those organizations.  Even if these exhibits were capable of

authentication, as they are not, these solicitations constitute out-of-court statements introduced to

prove the truth of the matters asserted, and they clearly are not subject to any exception for the

reasons discussed above.  As this Court ruled:

> THE COURT:  And, again, to the extent those documents are hearsay, they are
> going to have to fall within the hearsay exception, if you are going to admit them
> for the truth of what they assert.  I'm not telling you anything you don't know.
> What I'm saying is I'm granting the defendant's motion, to the extent that you
> cannot overcome those obstacles.

(July 30, 2013 Hr'g Tr. at 119-20.)  All of Plaintiffs' 152 website captures should be excluded.

## VII.    VIDEOS FROM SOURCES OTHER THAN WEBSITES

        Plaintiffs' revised exhibit list also includes 48 video exhibits that do not appear to

be, nor are described as being, captures of websites.  (*See* <u>Ex.</u> A, VII, listing PX numbers.)

Nonetheless, the Court has previously held that videos and photographs proffered by Plaintiffs,

even if from sources other than websites, are generally inadmissible if they are unrelated to the

issue of attribution for the 24 attacks.  (*See* July 30, 2013 Hr'g Tr. at 134:22-141:3

("Photographs and videotapes of the attacks.  I see that in the damages phase.  I'm not sure I see

that in this phase of the trial, especially considering its prejudicial impact.").)

---

[10]    Judge Weinstein further rejected any claim of a hearsay exception pursuant to Fed. R. Evid. 801(d)(2), regarding a statement of a party or coconspirator, noting that Hamas is not a party to this action and "there is no proof that Hamas and the Bank conspired, or that Hamas and the Bank enjoyed a principal-agent relationship."  *Gill III*, 893 F. Supp. 2d at 569.

Plaintiffs' insistence on designating numerous videos that are completely unrelated to attribution is in plain violation of this Court's order. By way of example, Plaintiffs designate PX 3342, which they describe as "Video of Sbarro aftermath." This video will provide jurors with no information whatsoever about attribution for the Sbarro attack, but will indisputably inflame their passion and prejudice.[11] All such videos, unrelated to attribution, should be stricken in accordance with this Court's prior ruling.[12]

## VIII. PLAINTIFFS EXPERTS SHOULD NOT BE ALLOWED TO DISCLOSE TO THE JURY OTHERWISE INADMISSIBLE EVIDENCE.

While the Court has "outlined conceptually" that some inadmissible materials, such as videos related to attribution, may be displayed to the jury so that they can assess the credibility of Plaintiffs' expert witnesses (July 30, 2013 Hr'g Tr. at 137-40), Fed. R. Evid. 703 discourages such disclosure. The Bank respectfully urges the Court to deny any such display to the jury. At most, even should the Court consider such disclosure to be warranted, the Bank urges that a description of the videos from Plaintiffs' experts through testimony alone should suffice. Actually showing the videos to the jury will provide them with only limited—if any—additional insight into the expert's credibility, but will undoubtedly create significant additional prejudice to the Bank.

Although Fed. R. Evid. 703 permits experts to rely on inadmissible facts and data in reaching their conclusions, it creates an express presumption against the disclosure of such facts and data to the jury:

---

[11]    On July 7, a week before the pre-trial conference, Defendant offered to stipulate that the acts at issue were "acts of international terrorism" within the meaning of the ATA if Plaintiffs identified which witnesses and exhibits would be unnecessary by virtue of that stipulation. Plaintiffs refused to identify what evidence they would withdraw. Defendant's proposal remains outstanding, and, if accepted, presumably would materially shorten the trial.

[12]    Even purported videos of Hamas members, which Plaintiffs may seek to use for attribution purposes, plainly constitute hearsay and are not subject to any exception. Even if capable of authentication, they should nonetheless be excluded as well.

An expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed.  If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted.  *But if the facts or data would otherwise be inadmissible, the proponent of the opinion may disclose them to the jury only if their probative value in helping the jury evaluate the opinion substantially outweighs their prejudicial effect.*

(Emphasis supplied).  The Second Circuit has clearly held that that expert testimony may not be used to circumvent otherwise applicable rules of evidence.  *United States v. Mejia*, 545 F.3d 179, 197 (2d Cir. 2008) (a party may not use an expert witness to "simply transmit that hearsay to the jury").  Indeed, in *Estate of Parsons v. Palestinian Auth.*, 715 F. Supp. 2d 27, 33 (D.D.C. 2010), the court discounted the report of Matthew Levitt, Plaintiffs' expert here, precisely because "[e]xpert opinions may be based on hearsay, but they may not be a conduit for the introduction of factual assertions that are not based on personal knowledge."

Here, it will be unduly prejudicial to the Bank if Plaintiffs' expert witnesses are permitted to disclose to the jury inadmissible evidence, including Israeli government agency releases, Israeli military court records, newspaper articles and website captures.  *See* 4–703 Weinstein's Federal Evidence § 703.05[2] ("In balancing the risk of prejudice, the trial court should consider the probable effectiveness of a limiting instruction under the circumstances of the case . . ."); 2 McCormick On Evid. § 324.3 (7th ed. 2013) ("In those instances where the inadmissible facts or data would have an important impact if used for the truth and would therefore be subject to abuse, a danger exists of Rule 703 improperly becoming a 'backdoor' hearsay exception.").

The probative value of these unauthenticated hearsay documents is also nil. Exhibits based, for example, on Hamas's own claims of responsibility and on multiple levels of hearsay are extremely unreliable and thus ripe for exclusion.  *See United States v. Liew*, CR 11-

- 14 -

00573-1 JSW, 2014 WL 554491 (N.D. Cal. Feb. 7, 2014) (expert witness prohibited from testifying about unreliable document that he relied upon); 4–703 Weinstein's Federal Evidence § 703.05[2] ("In balancing the risk of prejudice, the trial court should consider . . . the apparent authoritativeness of the underlying information."). Plaintiffs should not be permitted to use their experts as conduits for such questionable and inadmissible materials.

## **CONCLUSION**

For the reasons set forth herein, and pursuant to the prior rulings of this Court, the Bank respectfully urges that all of the PX numbered exhibits listed in Exhibit A be stricken.

Dated: July 21, 2014
New York, New York

Respectfully submitted,

_____/s/_____
By: Shand S. Stephens

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
*Attorneys for Defendant Arab Bank plc*

79394568

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 09/06/14   Page 21 of 52
Case 1:04-cv-02799-MC-VVP   Document 1035-1   Filed 07/23/14   Page 1 of 31 PageID #:
82279

## EXHIBIT A

### Plaintiffs' Inadmissible Exhibits

## I.   THE BOOK ENTITLED *THE INDOMITABLE ARAB*, ARAB BANK'S ANNUAL REPORTS FROM YEARS NOT IN ISSUE, AND RELATED DOCUMENTS

| PX Number | Description[1] | Date |
|---|---|---|
| 45 | The Indomitable Arab | 1984 |
| 78 | Arab Bank Annual Report, Arabic | 1956 |
| 79 | Arab Bank Annual Report, English | 1964 |
| 80 | Arab Bank Annual Report, Arabic | 1964 |
| 81 | Arab Bank Annual Report, English | 1971 |
| 82 | Arab Bank Annual Report, Arabic | 1971 |
| 83 | Arab Bank Annual Report, English | 1968 |
| 84 | Arab Bank Annual Report, Arabic | 1968 |
| 4746 | Arab Bank Annual Report, Arabic (Shoman Deposition Exhibit 10) | 1969 |

## II.   HOLY LAND FOUNDATION TRIAL EXHIBITS

| PX Number | Description | Date |
|---|---|---|
| 1062 | Letter from Ahmed Al Kurd to Holy Land Foundation | 1/19/2000 |
| 1063 | Transcript from 1993 "Philadelphia Meeting" | |
| 1064 | Tulkarem Zakat Committee Bank Account records from Arab Bank London. The statements are from May 1991-August 1997 | 9/9/2003 |
| 1065 | Nablus Zakat Committee's account Records from London. The statements are from September 1991-December 1999 | 9/9/2003 |
| 1068 | Jenin Zakat Committee Bank Account records from Arab Bank London. The statements are from September 1991-September 1997 | 9/9/2003 |

---

[1]   The descriptions and dates provided herein are those that appear in Plaintiffs' Revised Exhibit List (ECF No. 1027(2)).

| PX Number | Description | Date |
|---|---|---|
| 1073 | Al Aqsa Foundation Brochure regarding Al Mujama Al Islami | 00/00/2000 |
| 1074 | A brochure of the Islamic Society Gaza - Jabalia about the society's activities with a recommendation letter by Sheikh Ahmad Yasin | 12/22/2000 |
| 1077 | Letter that elaborates the level of control Hamas has on various Zakat committees. | 07/14/1991 |
| 1078 | A document issued by the Israeli Ministry of Justice: Certification of Designations of Organizations as Unlawful Associations Pursuant to Israel's Defense (Emergency) Regulations (State of Emergency) (1945) and as Terrorist Organizations Pursuant to Israel's Prevention of Terrorism Ordinance, (5708-1948) | 06/17/2007 |
| 1079 | A Poster of senior Hamas leaders (Jamal Mansur and Jamal Salim) and an illegible list of martyrs | 07/31/2001 |
| 1080 | Hamas Document found during IDF search of the Islamic Charitable Society - Hebron discussing close relationship between Hamas's da'wa and the Izz al-Din al-Qassam Brigades. | |
| 1086 | Four thank you letters which indicate that Al-Jam'iya al-Islamiya received funds from the Holy Land Foundation | 06/10/1994; 12/11/2000 |
| 1090 | HAMAS Posters | |
| 1101 | Hamas poster of Salah Shahada | |
| 1109 | Letter from the Jenin Zakat Committee to UoG and Interpal on various charitable projects and funds. The letter shows that JZC received funds from the Al-Aqsa Foundation | 1/12/2001 |

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 09/06/14   Page 23 of 52
Case 1:04-cv-02799-MC-VVP   Document 1035-1   Filed 07/29/14   Page 3 of 3 PageID #:
82281

| PX Number | Description | Date |
|-----------|-------------|------|
| 1110 | Hamas Martyr Poster (Sheikh Ahmed Yassin); seized by the IDF from the office of the Jenin Zakat Committee depicting senior members of Hamas, including Sheikh Ahmed Yassin | |
| 1111 | Hamas Martyr Poster (Abd al-Aziz Rantisi) seized by the IDF from the office of the Jenin Zakat Committee depicting senior members of Hamas, including Abd al-Aziz al-Rantisi. | |
| 1112 | Hamas Martyr Poster (Muhammad Ali al-Hilwa); seized by the IDF from the office of the Jenin Zakat Committee depicting senior members of Hamas | |
| 1114 | Hamas Martyr Poster (Salah al-Din Nur al-Din Darawzeh). seized from the Quran Memorization Committee (of the Nablus Zakat Committee) during an IDF search in June 2002. | |
| 1115 | Hamas Martyr Poster (Hashem al-Najar and Hamed Abu Hijla); seized from the Quran Memorization Committee (of the Nablus Zakat Committee) during an IDF search in June 2002. | |
| 1116 | (Hamas Key chain with the picture of Sheikh Yassin) seized from the Quran Memorization Committee (of the Nablus Zakat Committee) during an IDF search in June 2002. | |
| 1117 | (Hamas Key chain with the picture of Yahya Ayash) seized from the Quran Memorization Committee (of the Nablus Zakat Committee) during an IDF search in June 2002. | |

| PX Number | Description | Date |
|---|---|---|
| 1119 | P.A. - General Intelligence Service, "Security Work Plan - Accomplishments of the Ramallah-Al-Bireh District Within and Outside of the Work Plan Since the Beginning of the Crisis" | 05/22/2000 |
| 1124 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1125 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1126 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1128 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | 3/27/2002 |
| 1129 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1130 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1131 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1299 | The 2004 Indictment of HLF identified the Ramallah Zakat Committee as "Hamas-controlled." See, e.g. pp. 19, 24-25 and 27-28. | 7/26/2004 |

Case 1:04-cv-00397-GBD-RLE    Document 581-2    Filed 08/06/14    Page 25 of 52
Case 1:04-cv-02799-MG-VVP    Document 1053-1    Filed 07/29/14    Page 5 of 32 PageID #:
82283

| PX Number | Description | Date |
|---|---|---|
| 1353 | Certification that Designation and Blocking Memorandum, FAC no. SDT-214876 are true copies of official records, maintained in the Office of Foreign Assets Control, U.S. v. HLF, et al. | 1/17/2006 |
| 3546 | Hamas Claim of Responsibility for Park Hotel Bombing (HLF trial exhibit) | 3/27/2002 |
| 4731 | Blackmore Exhibit 10 - L_C118192-242 - Qalqilya Zakat Committee's London account records | |

## III.    ISRAELI GOVERNMENT MEMOS, BULLETINS AND OTHER RELEASES

| PX Number | Description | Date |
|---|---|---|
| 509 | IDF report, titled: "Large Sums of Money Transferred by Saudi Arabia to the Palestinians are Used for Financing Terrorist Organizations (Particularly the Hamas) and Terrorist Activities (Including the Suicide Attacks Inside Israel)" | 5/6/2002 |
| 1492 | IDF Intelligence Corps Report: "Islamic Charitable Associations in the Territories and Their Connection to Hamas" | 10/19/2001 |
| 1497 | ISA Report: Dawa - Hamas' Civilian Infrastructure and its Role in Terror Financing | |
| 1498 | IDF Intelligence Corps/Research Branch Report: Financing Terrorism: Transfer of Donations from Charitable Funds Abroad to Charities in the West Bank, Which are Identified with Hamas, Via the Islamic Charitable Society in Hebron | 3/20/2003 |
| 1501 | ISA report: Union of Good - mapping and analysis of terrorist funding system | |

- 5 -

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 26 of 52
Case 1:04-cv-00397-GBD-RLE   Document 583-1   Filed 07/29/14   Page 6 of 32   PageID #:
82284

| PX Number | Description | Date |
|---|---|---|
| 3216 | Israel Police Expert Opinion of Ezra Rachmani | 3/31/2004 |
| 3241 | Israel Ministry of Foreign Affairs report: Details regarding Ayman Halaweh | 10/22/2001 |
| 3244 | Israeli Police forensics report | 6/11/2001 |
| 3271 | Israeli Ministry of Foreign Affairs report on Tel-Aviv suicide bombing at the Dolphinarium June 1, 2001 | 6/2/2001 |
| 3294 | Statements to the police by Abdalla Barguthi | March and May 2002 |
| 3307 | Israel Police - Expert Opinion of Sarah Abramowitz-Bar | 11/6/2001 |
| 3332 | Israeli Ministry of Foreign Affairs report on Suicide bombing at the Sbarro pizzeria in Jerusalem | 8/9/2001 |
| 3357 | Police Expert Opinion of Ron Yaniv | 9/11/2002 |
| 3358 | Israel Police - Expert Opinion of Marko Elmaliah | 7/28/2002 |
| 3484 | Suicide bombing at Café Moment in Jerusalem March 9, 2002 | 3/9/2002 |
| 3485 | Police Expert Opinion of Igor Parkman | 7/28/2002 |
| 3511 | Report from the Prime Minister's office re the Silwan Cell | 8/21/2002 |
| 3513 | Report from the Israeli Prime Minister's Office providing details about several terrorist attacks, including the ones in Café Moment and Bus 4. | 11/17/2002 |
| 3524 | Abbas Al Sayed's police interrogation | 5/13/2002 |
| 3568 | Israel Police Records Initial Attack Report of Park Hotel in Netanya | 03/28/2002 |
| 3625 | Israel Police Expert Opinion of Igor Parkman | 10/20/2003 |
| 3645 | Israeli Ministry of Foreign Affairs report on Suicide bombing at Patt junction in Jerusalem - 18-Jun-2002 | 6/18/2002 |

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 27 of 52
Case 1:04-cv-00397-GBD-RLE   Document 603-1   Filed 09/23/14   Page 7 of 32   PageID #:
82285

| PX Number | Description | Date |
|:---:|:---|:---:|
| 3661 | Israeli Police Forensic Expert Opinion of Ariel Ya'ari | 8/28/2002 |
| 3692 | Police summary on explosive Device Detonated by Suicide Bomber, on "Dan" Bus Line #4 at 99 Allenby | |
| 3764 | Report by the Israeli Ministry of Foreign Affairs: ISA- IDF arrest Hamas terrorists connected to Haifa suicide bombing | 12/24/2001 |
| 3779 | Israeli Ministry of Foreign Affairs Publication regarding Bus 37 bombing (Haifa) (www.mfa.gov.il/MFA/MFAArchive/2000_2009 /2004/1/Suicide+bombing+of+Egged+bus +No+37+in+Haifa+ -+5-Ma.htm) | 3/5/2003 |
| 3797 | Prime Minister's Office report about the Kiryat Arba Shooting | 3/7/2003 |
| 3811 | ISA report on Palestinian suicide bombers (Sept. 2000 - Sept. 2007), including the ones from the Mike's Place bombing. | |
| 3813 | Israeli MFA report on Mike's Place suicide bombers | 6/3/2003 |
| 3819 | Israeli Police forensics report | 5/5/2003 |
| 3834 | Israeli Prime Minister's Office report on Mike's bombers | 6/15/2003 |
| 3855 | Israeli Police Forensic Expert Opinion of Igor Peckerman | 6/15/2003 |
| 3882 | Police forensics report. | 06/29/2003 |
| 3913 | Israeli Ministry of Foreign Affairs Report regarding "senior Hamas military wing terrorists Ahmad Uthman Muhammad Bader and Izz al-Din Khader Shams al-Din Misk" | 9/9/2003 |
| 3917 | Israel police report re: Matanya Nathansen | 12/10/2003 |
| 3950 | Police report: Expert Opinion of Sarah Abramowitz-Bar | 10/23/2003 |
| 3990 | Police investigative file re Café Hillel Bombing | 10/00/2003 |

| PX Number | Description | Date |
|---|---|---|
| 4047 | Israel Police Forensic Expert Opinion of Yaniv Ron | 4/19/2004 |
| 4066 | ISA document on the Bus 19 attack and its perpetrators | 2/2/2004 |
| 4236 | Israel Security Agency report, The Union of Good - Analysis and Mapping of Terror Funds Network | 3/11/2001 |
| 4254 | Israeli Ministry of Foreign Affairs report on Suicide bombing at the Ben-Yehuda pedestrian mall in Jerusalem | 12/1/2001 |

## IV.  ISRAELI MILITARY COURT DOCUMENTS

### (A)  All Israeli Military Court Records

| PX Number | Description | Date |
|---|---|---|
| 1054 | Plea and Verdict of Ahmed Salatneh | 06/20/2006 |
| 1055 | Zeid Zakarneh - Indictment, Revised Indictment (Plea Bargain), Verdict | 06/20/2006 |
| 1060 | Ahmed Salatneh's court file | 12/19/2005 |
| 1224 | Jamal Tawil Court file | November 2002 - November 2003 |
| 1500 | Ahmad Salatneh's Revised indictment | 4/12/2005 |
| 1506 | Sheikh Yassin's Indictment | |
| 3205 | Bilal Barghuthi Apostilled verdict and sentencing | 01/16/2003 |
| 3300 | Muhammad Wa'el Daghlas Apostilled Verdict | 01/16/2003 |
| 3301 | Ahlam Tamimi Apostilled verdict and sentencing | 06/22/2003 - 10/23/2003 |
| 3310 | Verdict of Jamal Abed El-Salah Assad Abu Al-Hija. Samaria Military Court Protocol. Case 7227/02 | 4/11/2005 |
| 3311 | Revised indictment of Jamal Abd al-Salam Assad Abu-Hija | 2/9/2003 |
| 3335 | Abdalla Barghuthi's indictment | 05/29/2003 |
| 3336 | Abdalla Barghuthi's sentencing | 11/30/2004 |

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 09/06/14   Page 29 of 52
Case 1:04-cv-00397-GBD-RLE   Document 663-1   Filed 07/25/14   Page 9 of 32   PageID #:
82287

| PX Number | Description | Date |
|---|---|---|
| 3341 | Abdallah Barghouti's verdict | 1/6/2003 |
| 3354 | Muhammad Abdalla Hasan Halabiya Apostilled verdict | 02/16/2003 |
| 3476 | Falah Taher Abdallah Nada Complete Court Record | March -November 2003 |
| 3478 | Fatma Ibrahim Mahmud Zayed Apostilled verdict and sentencing | 07/7-24/2003 |
| 3488 | Military Record for: Ibrahim Jamil Mar'i Hamed V IDF Military Prosecutor | 11/7/2006 |
| 3489 | Military Record: IDF for: Ibrahim Jamil Mar'i Hamed V IDF Military Prosecutor | 07/25/2006 |
| 3553 | Naser Sami Abd al-Razeq Yataima, Muhanand Talal Mansur Sharim, Mu'mamr Fathi Sharif Abu al-Sheikh and Fathio Raji' Ahmad Khatib's Apostilled verdict and sentencing | 04/14/2003 |
| 3555 | Abas Muhammad Mustafa al-Sayd Apostilled appeals verdict | 1/3/2011 |
| 3591 | Indictment against Ibrahim Hamed, Prosecution File 3181/6, Military Court of Judea | 08/21/2006 |
| 3617 | Fahmi Ayd Ramadan Mushahara Apostilled verdict and sentencing | 07/31/2005 |
| 3646 | Ramadan Mushahara's Revised Indictment | |
| 3647 | Ramadan Mushahara's sentencing | 07/31/2005 |
| 3658 | Walid Abd al-Aziz Anjas and Muhammad Hasan Arman's Apostilled sentencing | 08/03/2003, 11/30/2003 |
| 3686 | Mahmud Hamad Mahmud Sharitah Apostilled verdict and sentencing | 08/31/2003 |
| 3741 | Mua'yed Shukri Abd al-Hamid Hamed Apostilled verdict and sentencing | 12/18/2006, 07/11/2006 |
| 3742 | Yaser Hasan Muhammad Hamad Apostilled sentencing | 07/16/2006 |
| 3743 | Jaser Isma'il Musa al-Barghuthi Apostilled indictment and summary of the trial result | 3/10/2004 |

| PX Number | Description | Date |
|---|---|---|
| 3754 | Muadh Wael Taleb Abu Sharakh Apostilled verdict and sentencing | 02/13-15/2005 |
| 3755 | Fadi Muhammad Ibrahim Ju'ba Apostilled verdict and sentencing | 02/13-15/2005 |
| 3782 | Abdallah Ahmad Mahmoud Abu Saif's Indictment | 11/26/2003 |
| 3783 | Izz al-Din Khader Shams al-Din Misk Apostilled verdict and sentencing | 08/22/2000 |
| 3852 | Samer Abd al-Sami' Ahmad Atrash Apostilled verdict and sentencing | 06/10/2004 - 09/26/2004 |
| 3853 | Basel Muhammad Shafiq Qawasmeh Apostilled verdict and sentencing | 09/17/2000 |
| 3881 | Omar Saleh Muhammad Faiq Sharif Apostilled verdict and sentencing | 09/26/2005, 07/10/2005 |
| 3944 | Majdi Barakat Abd al-Ghafar Za'tari Apostilled sentencing | 9/5/2005 |
| 3945 | Jalal Jamal Hilmi Yaghmur Apostilled verdict and sentencing | 07/11/2005 - 09/22/2005 |
| 3946 | Abdallah Adnan Yihya Sharibati Apostilled verdict and sentencing | 06/14/2005 |
| 3947 | Nasim Rashed Abd al-Wudud Za'tari Apostilled verdict and sentencing | 06/07/2005, 07/11/2005 |
| 3986 | Fawaz Mahmud Ali Naser Apostilled verdict and sentencing | 12/15/2005 |
| 3987 | Saleh Subhi Dawud Musa Apostilled verdict and sentencing | 07/14/2005 |
| 4007 | Hisham Abd al-Qader Ibrahim Hijaz Apostilled verdict and sentencing | 11/14/2005 - 08/16/2006 |
| 4008 | Khaled Abd al-Mua'z Zein al-Din Omar Apostilled verdict and sentencing | 09/13-20/2005 |
| 4009 | Ahmad Mustafa Saleh Hamed Apostilled verdict and sentencing | 05/29/2006, 07/11-16/2006 |
| 4010 | Murad Walid Khaled Barghuthi Apostilled sentencing | 10/05/2006, 11/07/2006 |
| 4011 | Ahmad Khaled Dawud Hamed Apostilled sentencing | 1/8/2006 |

| PX Number | Description | Date |
|---|---|---|
| 4018 | Bahaa Muhammad Fadel Awf Zaheda Apostilled verdict and sentencing | 6/7/2005 |
| 4019 | Bashar Hafez Awf Zaheda Apostilled verdict and sentencing | 6/7/2005 |
| 4044 | Nufal Jihad Nufal Adawin Apostilled verdict and sentencing | 10/03/2006 - 12/04/2006 |
| 4045 | Muhammad Kayed Nashash Apostilled verdict and sentencing | 03/15/2006 - 04/09/2006 |
| 4714 | Plea and Verdict of Ahmed Salatneh | |

**(B) Non-Apostilled Israeli Military Court Documents**

| PX Number | Description | Date |
|---|---|---|
| 1054 | Plea and Verdict of Ahmed Salatneh | 06/20/2006 |
| 1055 | Zeid Zakarneh - Indictment, Revised Indictment (Plea Bargain), Verdict | 06/20/2006 |
| 1060 | Ahmed Salatneh's court file | 12/19/2005 |
| 1224 | Jamal Tawil Court file | November 2002 - November 2003 |
| 1500 | Ahmad Salatneh's Revised indictment | 4/12/2005 |
| 1506 | Sheikh Yassin's Indictment | |
| 3310 | Verdict of Jamal Abed El-Salah Assad Abu Al-Hija. Samaria Military Court Protocol. Case 7227/02 | 4/11/2005 |
| 3311 | Revised indictment of Jamal Abd al-Salam Assad Abu-Hija | 2/9/2003 |
| 3335 | Abdalla Barghuthi's indictment | 05/29/2003 |
| 3336 | Abdalla Barghuthi's sentencing | 11/30/2004 |
| 3341 | Abdallah Barghouti's verdict | 1/6/2003 |
| 3476 | Falah Taher Abdallah Nada Complete Court Record | March -November 2003 |
| 3488 | Military Record for: Ibrahim Jamil Mar'i Hamed V IDF Military Prosecutor | 11/7/2006 |

| PX Number | Description | Date |
|---|---|---|
| 3489 | Military Record: IDF for: Ibrahim Jamil Mar'i Hamed V IDF Military Prosecutor | 07/25/2006 |
| 3591 | Indictment against Ibrahim Hamed, Prosecution File 3181/6, Military Court of Judea | 08/21/2006 |
| 3646 | Ramadan Mushahara's Revised Indictment | |
| 3647 | Ramadan Mushahara's sentencing | 07/31/2005 |
| 3782 | Abdallah Ahmad Mahmoud Abu Saif's Indictment | 11/26/2003 |
| 4714 | Plea and Verdict of Ahmed Salatneh | |

### (C)  Military Court Indictments

| PX Number | Description | Date |
|---|---|---|
| 1500 | Ahmad Salatneh's Revised indictment | 4/12/2005 |
| 1505 | Jamal al-Tawil's court records (Indictment, Testimony) ; And two news reports - one about the arrest of Jamal al-Tawil, and the other about Fadel Hamdan. | 05/2002-2003 |
| 1506 | Sheikh Yassin's Indictment | |
| 3311 | Revised indictment of Jamal Abd al-Salam Assad Abu-Hija | 2/9/2003 |
| 3335 | Abdalla Barghuthi's indictment | 05/29/2003 |
| 3591 | Indictment against Ibrahim Hamed, Prosecution File 3181/6, Military Court of Judea | 08/21/2006 |
| 3646 | Ramadan Mushahara's Revised Indictment | |
| 3743 | Jaser Isma'il Musa al-Barghuthi Apostilled indictment and summary of the trial result | 3/10/2004 |
| 3782 | Abdallah Ahmad Mahmoud Abu Saif's Indictment | 11/26/2003 |

## V.    NEWSPAPER ARTICLES

| PX Number | Description | Date |
|:---:|:---|:---:|
| 23 | Financial Times Article: Patriarch with a Mission - Profile: Abdulmajeed Shoman | 8/12/1998 |
| 24 | "Shoman calls on Arab businessman to support Intifada Fund" | 5/30/2001 |
| 25 | Article from Ad-Dustur: The Jews Have no Right to Palestine, Shoman to Al Dustur: No Real Arab Support for Palestinians in their Negotiations | 7/20/2000 |
| 26 | advertisement in Jordanian daily Al-Dustur report: Donations requested for the Al-Aqsa Fund | 10/7/2000 |
| 27 | Jordanian daily Ad-Dustur report: The Executive Committee for the Support of the Intifada to Meet Tomorrow | 10/16/2000 |
| 28 | Report in Al-Nahar daily: Islamic March in Ain Al-Hilweh In Support of the Intifada that Criticized Arafat. | 10/28/2000 |
| 33 | Re: Arab Bank Events and Sponsorships - Arab Bank sponsors the event Recognizing Mothers of Martyrs and Prisoners (report by Al-Safir daily) | 3/21/2003 |
| 294 | Hamas will target top Israelis as retribution. The Seattle Times. | 8/10/2002 |
| 295 | CNN: Osama Hamdan, HAMAS Spokesman claiming responsibility for Israel Suicide Bombing. | 3/27/2002 |
| 464 | Al-Jazeera Article on Saudi Committee's activities | 10/2/2001 |
| 465 | Saudi Committee Announcement in Al-Quds newspaper asking the Intifada's Injured who reside in Jerusalem and Bethlehem to arrive to Arab Bank's branches and collect their payments. | 11/23/2001 |

| PX Number | Description | Date |
|---|---|---|
| 484 | Al Jazeerah newspaper special report on the Saudi Committee; (http://www.al-jazirah.com.sa/2001jaz/feb/10/th1.htm) | 10/2/2001 |
| 485 | Hamed Faleh Mustafa Abu Hijla's Tadamun file | |
| 489 | Newspaper article: Saudi telethon funds go direct to Palestinian victims | 5/27/2002 |
| 490 | Newspaper article: Saudi Telethon in support of Palestinians raises SR 410.3 million | 04/14/2002 |
| 502 | Advertisement of the Saudi Committee, calling on beneficiaries to arrive at local Arab Bank branches to collect their payments. | 2/18/2002 |
| 576 | Al-Salah newspaper advertisement about its Ramadan Project Funded by Saudi Committee | |
| 577 | Al-Jazirah Newspaper article on the Saudi Committee's Activities | 11/22/2002 |
| 578 | Al-Hayat Al-Jadida article, Saudi Committee Sends $3 Million via Al-Salah | 11/9/2001 |
| 602 | Arab News article on the Saudi Arabia's telethon for support of Palestinian victims | 05/27/2002 |
| 1044 | Article in Al Quds about charitable org. in Gaza | 08/29/2003 |
| 1045 | Article in Al-Hayat Al-Jadida regarding monthly payments to martyrs families in Gaza by al-Ansar Society | 10/23/2001 |
| 1104 | Hamas charity, Nablus Zakat Committee's complaint to U.S. television network (CBS) regarding news report setting for allegations that the Holy Land Foundation has ties to terrorism. | 10/13/1994 |

| PX Number | Description | Date |
|---|---|---|
| 1157 | BBC Report: Palestinian Authority Closes Down Islamic Institutions, Societies | 1/1/2002 |
| 1158 | Financial Times: "Fundamentalists Split Palestinian Unity" | 9/9/1988 |
| 1159 | Knight Ridder Washington Bureau: "Hamas wedding a political event" | 7/23/1999 |
| 1164 | Article from The Independent: The Thin Green Line: "The Gaza school, the Light of Islam kindergarten, is run by the Islamic Society which is controlled by Hamas, the militant Islamic movement..." | 8/22/1993 |
| 1165 | Mail on Sunday article about the Islamic Society in Gaza. | 6/30/2002 |
| 1167 | Sunday Times article about the reaction in the Palestinian street to the Oslo Accord. | 9/5/1993 |
| 1177 | Washington Post, "Radical Movements Thrive on Loose Structure" | 8/12/1993 |
| 1188 | NY Times Article: Kidnapping of Soldier leads Israel to Halt PLO Talks | 10/12/1994 |
| 1189 | The Economist: article about Ahmad Yassin | 12/19/1992 |
| 1197 | Hebrew translation of al-Ayam article about Sheikh Ahmed Yassin praises the contribution of two major Saudi charities | 10/8/2003 |
| 1201 | Associated Press article referencing the Islamic Charitable Society - Hebron (ICSH) and Al-Salah. | 2/3/2001 |
| 1206 | al-Hayat al-Jadida, referencing al-Natshe as a member of the Hamas Political Bureau (Hebrew translation) | 11/13/2001 |

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 36 of 52
Case 1:04-cv-02799-BMC-VVP   Document 1093-5   Filed 01/21/14   Page 16 of 32 PageID #:
82294

| PX Number | Description | Date |
|:---:|:---|:---:|
| 1250 | BBC Monitoring International Reports, "Palestinian Authority Closes Down Islamic Institutions, Societies, Newspapers," | 1/1/2002 |
| 1295 | Al-Sharq Al-Awsat daily report, includes the bank account in Arab Bank for the support of the Intifada | 9/4/2001 |
| 1351 | Al-Quds daily report: Al-Ansar Society Distributes Monthly Allocations of Martyrs in Gaza | 10/23/2001 |
| 1389 | Newspaper report about a Follow-Up Committee Report on Donations Granted by Arab States and Arab Popular Organizations to the Palestinian People. | 3/25/2001 |
| 1392 | Report in Filastin al-Muslima: Dr. Ibrahim Al-Yazouri gives an interview to Filastin al-Muslima, about the PA decision to shut down charities. | 1/00/1998 |
| 1431 | al-Watan.com. Ismail Abu Shanab Interview | 1/6/2001 |
| 1436 | The Hamas monthly Filastin al-muslima published an article in October 2006 entitled, "How do the Families of Martyrs Live in Palestine? Hamas's Institutions and Charitable Initiatives Care for Members of the Family, Both Economically and Morally." In the article, reference was made to the 'al-Salah Islamic School for the Children and Orphans of Martyrs,' "which was built by Hamas to care for the children of martyrs and orphans. The school belongs to the al-Salah Charitable Society, which provides many services to the families of martyrs." | 10/1/2006 |
| 3230 | Article in Al-Quds regarding claim of responsibility for the suicide attack in Tel Aviv | 4/6/2001 |

| PX Number | Description | Date |
|---|---|---|
| 3245 | Al-Ayyam article: "Hamas" claims responsibility for the Tel Aviv operation, its performer is from Qalqilya | 6/4/2001 |
| 3308 | Obituary of Iz A-Din Shusil Ahmed Al-Masri from Al-Ayyam Newspaper; Claim of responsibility and report about the attack from Al-Ayyam Newspaper | 8/10/2001 |
| 3330 | BBC New Report, "Israel stunned by Jerusalem blast" | 8/9/2001 |
| 3356 | News regarding attack 12.01.2001 Ben Yehuda | |
| 3988 | Efrat Weiss article regarding terrorists behind Café Hillel bombing | |
| 4157 | Arafat: Hamas using Gaza as launching pad | 9/4/1995 |
| 4219 | Dar al hayat - The Khaled Mishaal Interview | 12/31/2003 |
| 4231 | The Globe and Mail, "Hamas evolves from political to military group" | 4/14/1994 |
| 4232 | New York Times Article: Israeli Raid Snares A Foe, but Leaves Family Motherless | 3/4/2003 |
| 4233 | New York Times: "In Gaza, Peace Meets Pathology" | 12/18/1994 |
| 4234 | The Jerusalem Post: "… Two Hamas leaders, Muhammad Sham'a and Dr. Mahmud al-Zahar, met with PA Chairman Yasir Arafat, Mahmoud Abbas (Abu Mazen), Jamil Surani and Salim Zanun, who serves as spokesman for the Palestinian National Council…" | 1/29/1996 |
| 4235 | New York Times: "Self-Rule Pact is Major Challenge to Islamic Militant Group in Gaza" | 11/7/1993 |
| 4249 | New York Times, An Exhibit On Campus Celebrates Grisly Deed | 9/26/2001 |

Case 1:04-cv-00397-GBD-RLE   Document 581-2   Filed 08/06/14   Page 38 of 52
Case 1:04-cv-02799-BMC-VVP   Document 1093-2   Filed 01/21/14   Page 18 of 32 PageID #:
82296

| PX Number | | Description | Date |
|---|---|---|---|
| 4729 | | Haaretz article - "PA feezes Islamic charities' accounts" | |
| 13 | 18 | Addustour article: Shoman visited the injured in the medical city and gave a personal donation: Employees of Arab Bank donate 5% of their salaries in support of Palestinian Intifada in Jerusalem | 10/2000 |
| 14 | 494 | Ad-Dustur website report re: Abd al-Majid Shoman Abd headed the meeting of the Jordanian Popular Committee in support of Aqsa Intifada. | 10/2000 |
| 575 | 483 | al Quds article re Saudi Committee | 02/14/2002 |

## VI.    WEBSITE CAPTURES (PRINTOUTS, COMMUNIQUÉS, PHOTOGRAPHS AND VIDEOS)

| PX Number | Description | Date |
|---|---|---|
| 285 | Osama Hamdan interview on Palestine Info website | 06/14/2003 |
| 286 | Osama Hamdan interview on Palestine Info website | 08/10/?? |
| 288 | Transcript of Osama Hamdan interview on Palestine Info website | |
| 289 | Hamas calls for donations on the Palestinian Information Center website. | |
| 473 | Ayman Halawa bio on al-Qassam Brigades website | |
| 474 | Interview with Ayman Halawa's Wife on al-Qassam Brigades website | |
| 528 | Arab Labor Organization calls to donate money to bank account 124448 (www.aralo.org) | 8/28/2001 |
| 531 | Information regarding the relationship between the Saudi Committee and the more established Saudi charities. | 06/21/2003 |

| PX Number | Description | Date |
|---|---|---|
| 558 | List of Islamic organization and their bank details for donations (www.hamasna.com) | |
| 565 | The Union of Good's web: List of member organizations | 10/29/2001 |
| 570 | List of member organizations of Union of Good | 02/27/2007 |
| 573 | Lists of beneficiaries of the Saudi Committee Relief for Palestine on its website | 03/13/2005 |
| 761 | Al-Mujamaa al-Islami's official website displays 17 pictures, one of which is a picture of Hamas leaders, Sheikh Ahmed Yassin and Abdel Aziz Rantisi, titled: "The founders, Yassin and Rantisi | |
| 764 | Shahidpalestine Website, List of Martyrs | |
| 766 | The Al-Ansar Charitable Society, Gaza website | |
| 812 | Al-Ansar Charitable Society website | |
| 1144 | Asem Rihan tribute Page on al-Qassam Brigades Website | |
| 1154 | Ibrahim Al-Muqadama's Bio Page on Palestine Information Center Website | |
| 1160 | Article from the Islamic Society-Gaza website about a kindergarten graduation ceremony. | |
| 1161 | Letter from Sheik Ahmed Yassin soliciting funds for the Islamic Society of Gaza (from the Islamic Society of Gaza website) | |
| 1300 | Islam Online publishes several account numbers through which one can donate money to the Palestinians. | 10/14/2000 |
| 1401 | Union of Good ask for donations on its website | |
| 1432 | PLC website: Ahmed Al Kurd's bio | 3/8/2011 |
| 1452 | Article about Hamed Bitawi on the al-Qassam website | 4/9/2008 |

| PX Number | Description | Date |
|---|---|---|
| 1453 | Article about Hamas' representatives to the 2006 PLC elections from the Nablus Region on the Palestine Info | |
| 1454 | Article about Adli Ya'ish - the mayor of Nablus on behalf of Hamas Palestine-Info website | |
| 1457 | Article about Jamal Salim Ibrahim Damuni on the al-Qassam website | |
| 1474 | Interview with Abd al-Aziz Rantisi on Bahrain Forum Website | 9/9/2001 |
| 1476 | Biographical details of Riyad Abu Zaid on Palestine Info website | 00/00/2003 |
| 1477 | Biographical details of Muna Salim Saleh Mansur (Umm Bakr) and her husband Jamal Mansur (Umm Bakr) on Palestine Info website | 01/00/2006 |
| 1480 | The names of the members of the Union of Good were published on the Union of Good's web site. | 2/27/2007 |
| 3207 | Photo of Fadi Amer from Izz al-Din al-Qassam Brigades website | |
| 3213 | Tribute page To Fadi Atallah on the al-Qassam Brigades Website | |
| 3222 | Izz al-Din al-Qassam Brigades announcement claiming responsibility for the Neve Yamin attack on al-Qassam Brigades website | |
| 3225 | The Daily Beast uses a Newsweek interview with Jamal Mansur, titled: "Anatomy of a Assassination" | 8/1/2001 |
| 3226 | Picture of Sa'id al-Hutari, titled: Perpetrator of the Blessed Friday Tel Aviv Operation, 1 June 2001. In Al-Qassam Brigades website. | |
| 3227 | Two photos of Sa'id al-Hutari, from Izz al-Din al-Qassam Brigades website | |
| 3228 | Photo of Sa'ed Hutari from Izz al-Din al-Qassam Brigades website | |

| PX Number | Description | Date |
|---|---|---|
| 3248 | Biography of Abd al-Rahman Hamad, on the al-Qassam Brigades website | |
| 3249 | Biography of Ayman Halawah, on the al-Qassam Brigades website | |
| 3252 | Hamas claims responsibility for the Sa'id Hutari's attack, on al-Qassam Brigades website | 6/4/2001 |
| 3272 | Video of Hamas rally that took place in Tripoli, Lebanon praising Sa'id al-Hutari | |
| 3273 | Video of the mourner's tent for martyr Sa'id Hasan Hussein al-Hutari | |
| 3275 | Jamal Abu al-Hijaa's bio on al-Qassam Brigades Website | |
| 3276 | Picture of Izz al-Din al-Masri in the al-Qassam Brigades website. | |
| 3277 | Photo of Izz al-Din al-Masri from Izz al-Din al-Qassam Brigades website | |
| 3278 | Photo of Izz al-Din al-Masri from Izz al-Din al-Qassam Brigades website | |
| 3279 | Tribute page for Izz al-Din al-Masri on al-Qassam Brigades website (http://www.alqassam.ps/arabic/sohdaa5.php?id=250) | |
| 3287 | Izz al-Din al-Masri's Martyr Page on the al-Qassam Brigades website | |
| 3288 | Izz al-Din al-Masri's Martyr Page on the Palestine Information Center website | |
| 3314 | Photo of Izz al-Din al-Masri on al-Qassam Brigades website | |
| 3324 | Official announcement accepting responsibility for the terrorist attack at Sbarro on al-Qassam Brigades website | 8/9/2001 |
| 3344 | Photo of Nabil Halabiya from Izz al-Din al-Qassam Brigades website | |

| PX Number | Description | Date |
|---|---|---|
| 3345 | Photo of Nabil Halabiya and Osama Id from Izz al-Din al-Qassam Brigades website | |
| 3366 | Official announcement of Izz al-Din al-Qassam Brigades claiming responsibility of the for the Ben Yehuda attack on al-Qassam Brigades website | 12/1/2001 |
| 3370 | Pictures of the site after the Ben Yehuda Street attack on al-Qassam Brigades website | |
| 3379 | Photo of Asem Rihan from Izz al-Din al-Qassam Brigades website | |
| 3380 | Photo of Asem Rihan from Izz al-Din al-Qassam Brigades website | |
| 3381 | Photo of Asem Rihan from Izz al-Din al-Qassam Brigades website | |
| 3382 | Photo of Asem Rihan from Izz al-Din al-Qassam Brigades website | |
| 3383 | Photo of Asem Rihan from Izz al-Din al-Qassam Brigades website | |
| 3385 | Al-Qassam Brigades claim of responsibility for the Emanuel attack on July 16, 2002. | |
| 3392 | Article from MFA website: Terrorist attack on bus at Emmanuel; December 12, 2001 | 12/18/2009 |
| 3398 | Video of the Will of Assem Rihan on al-Qassam Brigades website | |
| 3406 | Tribute page to Nasser Assida on al-Qassam Brigades website | |
| 3408 | Tribute page to Assem Rihan on al-Qassam Brigades website | |
| 3410 | Report about the Emmanuel attack, on al-Qassam Brigades website | |
| 3416 | Information re Nasser Assida on Palestine Information Center website | |

| PX Number | Description | Date |
|---|---|---|
| 3428 | An official announcement of Anan Kadusi death (involved in the Emmanuel Settlement Bombing - 12/12/2001) on the Al-Qassam Brigades website | 07/24/2002 |
| 3429 | Al-Qassam Brigades claim of responsibility for Atzmona Shooting Attack from al-Qassam Brigades website | |
| 3430 | Two photos of Muhammad Farahat from Izz al-Din al-Qassam Brigades website | |
| 3431 | Photo of Muhammad Farahat from Izz al-Din al-Qassam Brigades website | |
| 3432 | Photo of Muhammad Farahat from Izz al-Din al-Qassam Brigades website | |
| 3433 | Photo of the suicide bomber Muhammad Fathi Farhat from Pal-Info website | |
| 3434 | Al-Qassam Brigades claim of responsibility for Atzmona attack from Pal-Info website | 3/7/2002 |
| 3466 | Al-Qassam Brigades claim of responsibility for Café Moment attack | 3/9/2002 |
| 3467 | Photo of Fuad Hurani from Izz al-Din al-Qassam Brigades website | |
| 3496 | Two photographs honoring Fuad Hurani (included in his martyr page in the pictures section) on the Al Qassam Brigades Website | |
| 3509 | Muhammad Hasan Arman Bio on the Al Qassam Brigades Website | |
| 3528 | Photo of Abd al-Baset Awda | |
| 3529 | Martyr's page of Abd al-Baset Awda | |
| 3544 | Hamas Park Hotel Claim of Responsibility - on the Al-Qassam Brigades website. | 3/27/2002 |

| PX Number | Description | Date |
|---|---|---|
| 3563 | MFA website article: Passover suicide bombing at Park Hotel in Netanya - 27 - Mar-2002 | 3/27/2002 |
| 3598 | Official announcement of the Izz al-Din al-Qassam Brigades claiming Sheffield Club Bombing on the Al Qassam Brigades Website | |
| 3602 | Muhammad Jamil Nabil Awda martyr page on the Al-Qassam Brigades website | |
| 3611 | Al-Qassam Brigades claim of responsibility for the Patt Junction attack | 06/18/2002 |
| 3612 | Photo of Muhammad al-Ghu from Izz al-Din al-Qassam Brigades website | |
| 3613 | Martyr's page of Muhammad al-Ghul from al-Qassam website | |
| 3614 | Article about of al-Ghul's family | |
| 3628 | Izz al-Din al-Qassam Brigades official announcement claiming responsibility for Bus No. 32 attack on the Al-Qassam Brigades website | 6/18/2002 |
| 3636 | Poster prepared by Hamas following the death of Muhanad Taher and pictures from his funeral on the Palestine Information Website | |
| 3644 | Muhanad al-Taher's bio and pictures of him and from attacks he initiated on the Al Qassam Brigades Website | 6/30/2010 |
| 3648 | Al-Qassam Brigades claim of responsibility for Hebrew University attack from Pal-Info website | 07/31/2002 |
| 3650 | Biography of Abdalla Barghuthi on the al-Qassam Brigades website | |
| 3651 | Hamas claim of responsibility for Hebrew University Bombing | 7/31/2002 |

| PX Number | Description | Date |
|---|---|---|
| 3669 | Photographs from the scene of the Hebrew University attack on the Al Qassam Brigades Website | |
| 3680 | Al-Qassam Brigades claim of responsibility for Tel Aviv Bus #4 attack | 09/19/2002 |
| 3694 | Izz al-Din al-Qassam official announcement claiming the Bus No. 4 Allenby Street Attack. (published in Iyad Naim Radad's martyr page) on the Al Qassam Brigades Website | 6/7/2008 |
| 3698 | Photograph of suicide bomber Iyad Raddad on his martyr page on the Al Qassam Brigades Website | |
| 3699 | Photograph of Iyad Naim Raddad as the perpetrator of the September 19, 2002 attack (Allenby St.) on the Al Qassam Brigades Website | |
| 3719 | Special article about al-Qassam cell responsible for several attacks | |
| 3744 | Report about Hamas cells from Ramallah, on the Palestine Information Website | |
| 3775 | Hamas claim of responsibility for the suicide bombing that was committed by Mahmoud Qawasmeh. On the al-Qassam Brigades website | 3/7/2003 |
| 3777 | Hamas claims responsibility for Mahmud Qawasmeh's attack. | 3/7/2003 |
| 3780 | Al Qassam official claim of responsibility for the Suicide bombing on the No. 37 Bus, Haifa on the Al-Qassam Brigades website | 3/7/2003 |
| 3781 | Al-Qassam brigades claim of responsibility (Tareq Dufash Cell) for Kiryat Arba Shooting Attack | 3/7/2003 |
| 3786 | Photographs of Hazem Qawasmeh on al-Qassam Brigades website | |

| PX Number | Description | Date |
|---|---|---|
| 3789 | Tribute page for Muhsin Muhammad Omar al-Qawasmeh on the al-Qassam Brigades website | |
| 3790 | Tribute page for Hazem al-Qawasmeh on al-Qassam Brigades website | |
| 3807 | al-Qassam Brigades claim of responsibility for Mike's Place attack | 04/30/2003 |
| 3812 | Article about the Mike's Place Bombing + claim of responsibility, on the Al-Qassam Brigades website. | |
| 3817 | Photos of Hanif and Sharif, Mike's Place perpetrators | |
| 3818 | Photos of Hanif and Sharif, Mike's Place perpetrators | |
| 3826 | Videotaped will of the two Mike's Place bombers, on Al Qassam Brigades Website | |
| 3837 | Picture of Basem Takruri in Al-Qassam Brigades website. | |
| 3838 | al-Qassam Brigades claim of responsibility for the Commuter Bus Bombing, Jerusalem | 05/18/2003 |
| 3839 | Martyr's page of Basem al-Takruri, from Izz al-Din al-Qassam Brigades website | |
| 3850 | Basel Qawasmeh's Bio on Palestine Information Center Website | |
| 3857 | Hamas's claim of responsibility for the Bus No. 6, French Hill bombing, on al-Qassam Brigades website | 5/18/2003 |
| 3863 | Video of Bassam Takruri's Will on youtube | 00/00/00 |
| 3866 | Official Hamas communiqué about the attack of Abd al-Mu'ti Shabana.<br>In Al-Qassam Brigades website. | 6/13/2006 |

| PX Number | Description | Date |
|---|---|---|
| 3868 | Picture of Abd al-Mu'ti Shabana, holding two rifles.<br>In Al-Qassam Brigades website. | |
| 3869 | Biography of Abd al-Mu'ti Shabana on al-Qassam Brigades website | |
| 3893 | Article concerning the Silwad Cell on the al-Qassam Brigades Website | |
| 3909 | Picture of Raed Misk, holding a rifle.<br>In Al-Qassam Brigades website. | |
| 3910 | Raed Misk - tribute page in the Al-Qassam Brigades website. | |
| 3911 | Raed Misk - biography in the old Al-Qassam Brigades website. | |
| 3912 | Video of Raed Misk | |
| 3931 | Ra'ed Abd al-Hamid Abd al-Razaq Misk's pictures on the al-Qassam Brigades website. | |
| 3952 | Hamas's claim of responsibility for the Bus No. 2 Jerusalem attack, on Al Qassam Brigades Website | 8/19/2003 |
| 3993 | Hamas claim of responsibility, naming Ramez Salame Izz al-Din Abu Salim as responsible for the Café Hillel, Jerusalem attack - on Al Qassam Brigades Website | 9/10/2003 |
| 4030 | Rafiq Qanibi's Bio on Al Qassam Brigades Website | |
| 4035 | Picture of Ali Ja'ara, holding a rifle, in Al-Qassam Brigades website. | |
| 4049 | Izz al-Din al-Qassam claim of responsibility for Bus no. 19 bombing on al-Qassam Brigades website | |
| 4051 | Ali Munir Ja'ara's martyr's page from al-Qassam Brigades website | |
| 4073 | Al Qassam Brigades claim of responsibility for the Mortar attack at Neve Dekalim on al-Qassam Brigades website | |

| PX Number | Description | Date |
|-----------|-------------|------|
| 4074 | Al Qassam Brigades claim of responsibility for the Mortar attack at Neve Dekalim on al-Qassam Brigades website | |
| 4090 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4091 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4092 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4093 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4094 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4095 | Video of Shahadeh Interview from Al Qassam Brigades Website | |
| 4170 | Khalad Mashal Interview with Ghassan Charbel republished on Palestine-Info from Al Hayat | 12/6/2003 |
| 4181 | The Union of Good's web: Joinment Conditions to the Union of Good | 10/20/2001 |
| 4182 | Article about Ahmad Sa'eed Khalil Al-Ja'bari (Abu Muhammad) on al-Qassam Brigades website | 9/14/2010 |
| 4197 | Ibrahim Abd al-Karim Bani Odah's Bio on Palestine Info website | |
| 4198 | Martyr's page of Mahmud Abu Hunud on al-Qassam Brigades website | |
| 4712 | A movie made by the Izz al-Din al-Qassam Brigades on the life of Muhanad Hafez al-Taher | |
| 4735 | Basel Qawasmeh appears as Martyr #193 on the *Al-Ansar*'s list of martyrs whose families received payments from the *Shahid* Foundation in Lebanon. | |

| PX Number | Description | Date |
|---|---|---|
| 4737 | Basel Qawasmeh appears as Martyr #193 on the *Al-Ansar*'s list of martyrs whose families received payments from the *Shahid* Foundation in Lebanon. | |
| 454        510 | Al-Salah and the Islamic Charitable Society-Hebron chosen by the Saudi Committee to collect information for potential beneficiaries. | |

## VII.    VIDEOS FROM SOURCES OTHER THAN WEBSITES

| PX Number | Description | Date |
|---|---|---|
| 50 | NBC Nightly News story about al-Masri family titled "Terror ties at a Middle Eastern bank" - "They told me to go to the Arab Bank and open an account, and you will receive a salary" says the bomber's father, Shuhail Ahmed Al-Masri." (Video Clip) | 5/10/2005 |
| 1132 | Posters and other propaganda materials seized from the Tulkarem Zakat Committee during IDF searches in April 2002. | |
| 1244 | Video of Khaled Mash'al and Sheik Yousef Al-Qaradawi | 7/16/2007 |
| 3215 | Picture depicting scene of gas station bombing | |
| 3224 | Pictures of Dolphinarium scene | |
| 3238 | Pictures of Dolphinarium scene | |
| 3239 | Pictures of Dolphinarium scene | |
| 3240 | Pictures of Dolphinarium scene | |
| 3281 | Video of a conversation between prisoners and interview with Abdalla Barghuthi - from the Ronni Shaked Prison Video Collection | |

| PX Number | Description | Date |
|---|---|---|
| 3284 | Interview with Abdalla Ghaleb Abdalla Barghuthi - from the Ronni Shaked Prison Video Collection | |
| 3285 | Interview with Fatma Hamed Isma'il Masri, the mother of the suicide bomber Izz al-Din Shuhayl Ahmad al-Masri - from the Ronni Shaked Prison Video Collection | |
| 3302 | Photo of Sbarro aftermath Inbal Rose can authenticate | |
| 3342 | Video of Sbarro aftermath | |
| 3343 | Photos of the Sbarro bombing | |
| 3436 | Photo of room in building at Atzmona where grenade was thrown | |
| 3437 | Photo of jeep in Atzmona with terrorist's bullets | |
| 3482 | Photo of bombing that Inbal Rose took | |
| 3483 | Picture in immediate aftermath of Café Moment bombing | |
| 3532 | Interview with Abbas al-Sayd - from the Ronni Shaked Prison Video Collection | |
| 3533 | Interview with Abas Muhammad Mustafa al-Sayd - from the Ronni Shaked Prison Video Collection | |
| 3556 | Photo depicting scene of Park Hotel bombing | |
| 3558 | Park Hotel-Netanya 3/27/2002 News Footage CNN: Victims of Terror | |
| 3580 | CNN video re the Park Hotel bombing with an interview with Osama Hamdan | 3/27/2002 |
| 3582 | Photos depicting scene of Sheffield Club bombing | |
| 3593 | Photo depicting scene of Sheffield Club bombing | |
| 3660 | Picture of Hebrew U. aftermath | |
| 3678 | Photos of Bus No. 4 bombing | |

| PX Number | Description | Date |
|:---:|:---|:---:|
| 3687 | Photo of Bus No. 4 bombing | |
| 3688 | Photo of Bus No. 4 bombing | |
| 3689 | Photos of Bus No. 4 bombing | |
| 3763 | Photo of Bus No. 37 bombing | |
| 3799 | Photos of Mike's Place scene | |
| 3805 | Photo of Mike's Place scene | |
| 3816 | Photo of Mike's Place scene | |
| 3835 | Raw Footage of Mike's Place Suicide Bombing | |
| 4001 | Pictures of Café Hillel scene | |
| 4002 | Picture of Tzippy Cohen at Café Hillel scene | |
| 4017 | A video clip of the Tel Romeda Attack that was filmed minutes after the terrorist was killed | 10/22/2003 |
| 4020 | Photograph taken by Wilder of scene after Tel Romeida shooting, showing one of the injured from Ben Itzak family | |
| 4021 | Photograph taken by Wilder of terrorist lying dead in the street | |
| 4022 | Photograph taken by Wilder of scene after Tel Romeida shooting, with terrorist wearing Hamas headband | |
| 4023 | Photograph taken by Wilder of scene after Tel Romeida shooting, with terrorist wearing Hamas headband | |
| 4024 | Photograph taken by Wilder of scene after Tel Romeida shooting, showing vehicle hit by bullets | |
| 4025 | Photograph taken by Wilder of scene after Tel Romeida shooting, showing bullets in Apharsemon family house | |
| 4026 | Photograph taken by Wilder of scene after Tel Romeida shooting, showing bullet fragments | |
| 4075 | Photo of Neve Dekalim bombing | |
| 4078 | Photo of Neve Dekalim bombing scene | |

| PX Number | Description | Date |
|:---------:|:-----------|:----:|
| 4079 | Photo of Neve Dekalim bombing scene | |

79462277