## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>         Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>         Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## PLAINTIFFS' OBJECTIONS AND CROSS-DESIGNATIONS TO DEFENDANTS' COUNTER-DESIGNATIONS

| HUSSEIN AL SHEIKH (April 1, 2009) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 14:14-22 | | |
| 15:7-10 | | |
| 15:14-15, 19-20 | | |
| 16:8-21 | Beyond the scope of plaintiffs' designation | |
| 17:3-17 | Beyond the scope of plaintiffs' designation | |
| 18:24-19:17 | Beyond the scope of plaintiffs' designation | |
| 20:21-21:13 | Beyond the scope of plaintiffs' designation | |
| 22:7-10 | Beyond the scope of plaintiffs' designation | |
| 24:3-14 | Beyond the scope of plaintiffs' designation | |
| 25:14-18 | Beyond the scope of plaintiffs' designation | |
| 26:5-16 | | |
| 27:17-28:6 | | |
| 38:18-22 | | |
| 41:25-42:9 | | |
| 49:25-50:13 | | |
| 56:23-57:15 | | |
| 61:10-24 | Beyond the scope of plaintiffs' designation; relevance | |
| 62:11-23 | Beyond the scope of plaintiffs' designation; relevance | |
| 63:3-15 | Beyond the scope of plaintiffs' designation; relevance | |
| 64:20-65:10 | Beyond the scope of plaintiffs' designation; relevance | |
| 67:23-68:22 | Beyond the scope of plaintiffs' designation (67:23 to 68:4 only) | |
| 70:17-22 | | |
| 72:14-74:6 | Beyond the scope of plaintiffs' designation; Non-responsive; Lack of personal knowledge; Speculation | |

| **HUSSEIN AL SHEIKH (April 1, 2009)** | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 78:5-13 | | |
| 79:21-80:9 | | |
| 112:2-20 | | |
| 112:24-113:4 | | |
| 133:14-18 | | |
| 137:13-17 | | |
| 141:5-14 | Beyond the scope of plaintiffs' designation | |
| 143:12-16 | Beyond the scope of plaintiffs' designation; Not evidence | |
| 147:5-12 | | |
| 150:5-151:4 | | |
| 153:4-8 | Beyond the scope of plaintiffs' designation | |
| 154:2-3 | Not evidence | |
| 155:21-156:3 | Beyond the scope of plaintiffs' designation; relevance | |
| 156:7-157:3 | Beyond the scope of plaintiffs' designation; relevance | |
| 157:25-159:24 | Beyond the scope of plaintiffs' designation; relevance | |
| 160:15-25 | Not evidence | |
| 161:15-25 | Beyond the scope of plaintiffs' designation; relevance | |
| 162:25-163:4 | Not evidence | |
| 166:20-168:16 | Beyond the scope of plaintiffs' designation; Lack of foundation; No personal knowledge; Relevance | |
| 169:17-170:3 | | |
| 171:24-172:22 | Beyond the scope of plaintiffs' designation; relevance | |
| 174:5-9 | Beyond the scope of plaintiffs' designation | |
| 174:12-175:3 | Beyond the scope of plaintiffs' designation; Not responsive | |
| 179:3-10 | Beyond the scope of plaintiffs' designation; Relevance; Not responsive; Foundation | |
| 179:14-180:10 | Beyond the scope of plaintiffs' designation; Relevance; Not Responsive; Foundation | |
| 199:15-18 | | 199:19-200:2 |
| 200:3-6 | | 200:7-9 |
| 200:10-15 | | 200:16-18 |
| 200:19-22 | | 200:23-201:14; 202:10-14 |
| 204:4-205:14 | Not evidence | |
| 209:20-22 | Not evidence | |
| 219:23-24 | Beyond the scope of plaintiffs' designation | |
| 220:3-11 | Beyond the scope of plaintiffs' designation | |

| **YOTAM FELDNER (March 4, 2010)** | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 9:23-11:23 | | |

| YOTAM FELDNER (March 4, 2010) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 15:20-25 | | |
| 22:18-20 | | |
| 23:12-13 | | |
| 24:1-5 | | |
| 29:1-17 | | 29:18-30:19 |
| 31:23-32:16 | | |
| 34:7-19 | | |
| 34:24-35:9 | | |
| 36:4-18 | | 37:1-7 |
| 37:8-14 | | |
| 74:20-75:14 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge | 76:5-18 |
| 75:18-76:4 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge | |
| 76:21-78:15 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge | |
| 79:8-80:7 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge; Lack of foundation; Speculation | |
| 80:10 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge; Lack of foundation; Speculation | |
| 83:14-20 | Beyond the scope of plaintiffs' designation; Relevance | |
| 83:23-84:5 | Beyond the scope of plaintiffs' designation; Relevance | |

| SHAUL GORDON (March 2, 2010) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 12:14-13:18 | Beyond the scope of plaintiffs' designation | |
| 15:4-16:10 | Beyond the scope of plaintiffs' designation | |
| 17:10-20 | Beyond the scope of plaintiffs' designation | |
| 18:2-17 | Beyond the scope of plaintiffs' designation | |
| 23:9-24 | Beyond the scope of plaintiffs' designation | |
| 25:10-26:14 | | |
| 30:22-31:14 | | |
| 32:17-34:5 | Beyond the scope of plaintiffs' designation | |
| 39:2-40:9 | Beyond the scope of plaintiffs' designation | |
| 44:23-45:5 | | |
| 45:20-46:11 | | |
| 47:21-48:1 | | |
| 49:14-20 | | |
| 51:25-52:3 | | |
| 54:12-55:4 | | |
| 57:6-15 | Beyond the scope of plaintiffs' designation; Relevance | |

| SHAUL GORDON (March 2, 2010) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 57:20-21 | Beyond the scope of plaintiffs' designation; Relevance | |
| 58:13-59:5 | Beyond the scope of plaintiffs' designation; Relevance | 59:6-8 |
| 59:20-22 | Beyond the scope of plaintiffs' designation; Relevance | |
| 65:5-20 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence; Lack of foundation | 66:1-17 |
| 67:12-17 | Beyond the scope of plaintiffs' designation | |
| 67:20 | Beyond the scope of plaintiffs' designation | |
| 67:23-68:3 | Beyond the scope of plaintiffs' designation | |
| 68:16-69:9 | Beyond the scope of plaintiffs' designation; Relevance; Lack of personal knowledge | |
| 71:14-72:2 | Beyond the scope of plaintiffs' designation | 72:3-12 |
| 72:21-74:16 | 72:21-73:3 Lack of foundation; Lack of personal knowledge<br>73:4 - 74:16 Beyond the scope of plaintiffs' designation, relevance | |
| 75:24-76:1 | | |
| 76:3-14 | | 76:15-21 |
| 77:13-20 | | |
| 77:24-78:3 | | |
| 79:25-81:14 | | |
| 116:16-118:17 | Beyond the scope of plaintiffs' designation | |
| 124:21-128:4 | Beyond the scope of plaintiffs' designation | |
| 129:13-17 | Beyond the scope of plaintiffs' designation | |
| 131:2-11 | Beyond the scope of plaintiffs' designation | |

| MOSAAB HASSAN YOUSEF (January 10, 2012) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 18:9-17 | Beyond the scope of plaintiffs' designation | 134:3-6 |
| 125:4-9 | Beyond the scope of plaintiffs' designation | 180:14-16 |
| 125:20-126:2 | Beyond the scope of plaintiffs' designation | 204:3-205:5 |
| 126:6-14 | Beyond the scope of plaintiffs' designation | 205:11-19 |
| 127:15-18 | Beyond the scope of plaintiffs' designation; Hearsay; Lack of foundation | 210:4-10 |
| 127:24-128:2 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | 222:8-13 |
| 130:12-131:6 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 131:22-132:13 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 132:19-21 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 133:23-134:2 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |

4

| MOSAAB HASSAN YOUSEF (January 10, 2012) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 134:7-11 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 134:12-17 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 134:20-25 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 135:12-16 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge | |
| 175:19-23 | Beyond the scope of plaintiffs' designation; Relevance | |
| 177:6-8 | Beyond the scope of plaintiffs' designation; Relevance | |
| 178:13-15 | Beyond the scope of plaintiffs' designation; Relevance | |
| 178:20-25 | Beyond the scope of plaintiffs' designation; Relevance | |
| 179:16-180:12 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge; Lack of foundation | |
| 185:9-186:2 | Beyond the scope of plaintiffs' designation | |
| 187:23-188:5 | Beyond the scope of plaintiffs' designation; Relevance | |
| 189:8-11 | Beyond the scope of plaintiffs' designation; Relevance | |
| 189:13-16 | Beyond the scope of plaintiffs' designation; Relevance | |
| 195:16-196:18 | Beyond the scope of plaintiffs' designation; Relevance | |
| 197:11-12 | Beyond the scope of plaintiffs' designation; Relevance | |
| 197:17-25 | Beyond the scope of plaintiffs' designation; Relevance | |
| 198:6-14 | Beyond the scope of plaintiffs' designation; Relevance | |
| 203:18-204:2 | Beyond the scope of plaintiffs' designation; Relevance | 204:3-205:5 |
| 205:6-10 | Beyond the scope of plaintiffs' designation; Relevance | 205:11-19 |
| 209:25-210:3 | Beyond the scope of plaintiffs' designation; Relevance; | 210:4-16 |
| 212:25-213:5 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence | |
| 218:11-220:9 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence | |
| 221:4-9 | Beyond the scope of plaintiffs' designation; Relevance | |
| 221:14-222:7 | Beyond the scope of plaintiffs' designation; Relevance | |
| 222:14-223:3 | Vague; Relevance; Beyond the scope of plaintiffs' designation | |
| 223:14-15 | Beyond the scope of plaintiffs' designation; Relevance | 223:4-13 |
| 233:2-7 | Beyond the scope of plaintiffs' designation; Relevance | |
| 233:25-234:12 | Beyond the scope of plaintiffs' designation; Relevance | |
| 235:18-236:6 | Beyond the scope of plaintiffs' designation; Relevance | |
| 236:12-21 | Beyond the scope of plaintiffs' designation; Relevance; Lack of foundation; Lack of personal knowledge | |
| 238:16-24 | Beyond the scope of plaintiffs' designation; Relevance | |
| 239:5-8 | Beyond the scope of plaintiffs' designation; Relevance; Speculation | |
| 239:10-12 | Beyond the scope of plaintiffs' designation; Relevance; Speculation | |
| 239:24-240:3 | Beyond the scope of plaintiffs' designation; Relevance | |

5

| **MOSAAB HASSAN YOUSEF (January 10, 2012)** | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 241:4-19 | Beyond the scope of plaintiffs' designation; Relevance; Speculation; Lack of personal knowledge; Lack of foundation | 241:2-3, 241:20-242:11 |
| 243:8-10 | Beyond the scope of plaintiffs' designation; Relevance | |
| 249:10-24 | Beyond the scope of plaintiffs' designation; Relevance | |
| 252:9-19 | Beyond the scope of plaintiffs' designation; Relevance | |
| 253:20-254:12 | Beyond the scope of plaintiffs' designation; Relevance | |
| 257:5-10 | Beyond the scope of plaintiffs' designation; Relevance | |
| 257:18-258:5 | Beyond the scope of plaintiffs' designation; Relevance, Speculation; Not Evidence | 258:6-9 |
| 258:25-263:3 | Beyond the scope of plaintiffs' designation; Relevance; Lack of foundation; Speculation | |
| 263:23-264:13 | Beyond the scope of plaintiffs' designation; Relevance; Not responsive | 264:14-265:14 |
| 265:15-20 | Beyond the scope of plaintiffs' designation; Relevance | |
| 269:2-19, 23 | | |
| 270:20-271:7 | Beyond the scope of plaintiffs' designation; Relevance | 271:9-15 |
| 271:17-20 | Beyond the scope of plaintiffs' designation; Relevance | |
| 275:10-15 | Beyond the scope of plaintiffs' designation; Relevance | |
| 276:2-10 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence | 276:11-17 |
| 276:18-25 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence | |
| 281:18-282:11 | Beyond the scope of plaintiffs' designation; Relevance; Not evidence | 282:12-14 |
| 326:11-14 | Beyond the scope of plaintiffs' designation; Vague; Lack of foundation | 326:15-20 |
| 327:8-15 | Beyond the scope of plaintiffs' designation; Relevance | |
| 328:4-5, 9 | Beyond the scope of plaintiffs' designation; Relevance | |
| 328:16-22 | Beyond the scope of plaintiffs' designation; Relevance | 328:23-329:17 |
| 329:24-330:20 | Beyond the scope of plaintiffs' designation; Relevance | |

| **AHMED QUREI (June 17, 2010)** | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 11:19-12:6, 10-11 | | |
| 16:11-19 | | |
| 17:21-23 | Not evidence | |
| 58:5-7 | | 57:20-58:4 |
| 62:8-11 | | |
| 203:7-9 | Beyond the scope of plaintiffs' designation | |
| 203:14-204:3 | Beyond the scope of plaintiffs' designation | |
| 204:19-205:3 | Beyond the scope of plaintiffs' designation | 205:4-8 |

6

| AHMED QUREI (June 17, 2010) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 210:24-211:6 | Beyond the scope of plaintiffs' designation; Not evidence | |
| 239:17-240:5 | Relevance; Not evidence | |
| 240:15-19 | Document speaks for itself | |
| 240:24-241:2 | Lack of Foundation, Speculation | |
| 241:9-25 | Lack of foundation; Speculation | |
| 242:2-3 | Lack of foundation; Speculation | |
| 242:5-18 | Lack of foundation; Speculation | |
| 242:20 | Lack of foundation; Speculation | |
| 242:24-25 | Lack of foundation; Speculation | |
| 243:1-7 | Lack of foundation; Speculation | |
| 243:19-21 | Vague; Lack of foundation; Relevance | |
| 244:6 | Vague; Lack of foundation; Relevance | |
| 244:8-9 | Vague; Lack of foundation; Relevance | |
| 244:14 | Vague; Lack of foundation; Relevance | |
| 244:16-25 | Beyond the scope of plaintiffs' designation | |
| 245:2-4 | Beyond the scope of plaintiffs' designation; Relevance, Non-responsive | |
| 247:22-24 | Vague; Relevance | |
| 248:7-12 | Vague; Relevance | |
| 248:16-18 | Vague; Relevance | |

| ABDULLAH BARGHOUTI (June 20, 2012) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 10:3-24 | Beyond the scope of plaintiffs' designation; Not evidence | |

| IBRAHIM DAHBOUR (September 12, 2012) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 19:17-18 | | |
| 19:24-20:3 | | |
| 92:4-15 | Beyond the scope of plaintiffs' designation; Non-responsive | |
| 106:2-107:4 | Beyond the scope of plaintiffs' designation; Relevance | |
| 109:3 | | |
| 109:21-23 | | |
| 110:23-111:7 | Beyond the scope of plaintiffs' designation; Lack of foundation; Lack of personal knowledge | |

| RAJA SHEHADEH (October 13, 2013) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 9:18-19 | | |
| 55:2-8 | Non-responsive; lack of foundation | |
| 90:9-91:13 | Non-responsive; Lack of personal knowledge; Speculation | 91:14-20; 91:25-92:15 |
| 96:6-14 | | |
| 110:25-112:7 | Non-responsive; Speculation; Lack of personal knowledge | 112:8-13 |
| 146:3-149:9 | Non-responsive; Speculation; Not evidence; Lack of personal knowledge | |

| GLENN ROBINSON (October 29, 2013) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 23:12-16 | | |
| 28:1-29:6 | | |
| 52:8-12 | Beyond the scope of plaintiffs' designation | |
| 118:21-119:12 | Speculation; Lack of personal knowledge; Non-responsive; Improperly political; Relevance | |
| 128:22-129:5 | Beyond the scope of plaintiffs' designation | |
| 142:1-25 | Beyond the scope of plaintiffs' designation | 143:6-17 |
| 154:8-21 | Beyond the scope of plaintiffs' designation; Lack of personal knowledge; Speculation | |
| 207:3-24 | Beyond the scope of plaintiffs' designation; Speculation; Not responsive; No personal knowledge | |

| DR. LORI ALLEN (November 19, 2013) | | |
|---|---|---|
| **Defendants' Counter-Designations** | **Plaintiffs' Objections** | **Plaintiffs' Cross-Designations** |
| 15:17-17:20 | Non-responsive | |
| 20:1-6 | | 19:25 |
| 21:5-9 | | |
| 28:23-24 | | 29:1 |
| 138:5-11 | Not evidence | |
| 217:15-22 | Beyond the scope of plaintiffs' designation | |

8

Dated: New York, New York
August 28, 2014

                                      ARNOLD & PORTER LLP

By: _____
    Kent A. Yalowitz
       *KENT.YALOWITZ@APORTER.COM*
    Philip W. Horton
       *PHILIP.HORTON@APORTER.COM*
    Sara K. Pildis
       *SARA.PILDIS@APORTER.COM*
    Ken L. Hashimoto
       *KEN.HASHIMOTO@APORTER.COM*
    Carmela T. Romeo
       *CARMELA.ROMEO@APORTER.COM*
    Tal R. Machnes
       *TAL.MACHNES@APORTER.COM*

399 Park Avenue
New York, New York  10022
(212) 715-1000