# Exhibit 3

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARK I. SOKOLOW, et al.,

                              PLAINTIFFS,


      -against-        Case No:
                    04CV397 (GBD)(RLE)


THE PALESTINE LIBERATION ORGANIZATION, et
al.,

                              DEFENDANTS.
------------------------------------X


            DATE: August 1, 2012

            TIME:  2:17 P.M.
```

DEPOSITION of ALAN BAUER, taken by the Defendants, pursuant to Notice and to the Federal Rules of Civil Procedure, held at the offices of Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104, before Robert X. Shaw, CSR, a Notary Public of the State of New York.

1                    Alan Bauer
2    treatment?
3        A.    No, sir.
4        Q.    Okay.  Are you claiming to have
5    a mental illness as a result of the attack?
6        A.    No, sir.  And I don't believe
7    -- asked the same --
8              No, sir.
9        Q.    Okay.  Prior to the date when
10   you and your son were injured in the
11   bombing, had you wife had any mental health
12   treatment?
13       A.    No, sir.
14             My wife has seen, people who
15   are not necessarily psychiatrists, but she
16   had seen a woman who was more of an
17   adviser, and this was on the issue of
18   advice in raising the children.
19             And she would meet with her to
20   discuss, um, having the right perspective
21   in raising children.  This was a woman who
22   had experience.
23             After the attack, I believe
24   that she spoke with her about issues
25   related to the attack itself.

1                    Alan Bauer
2        Q.    That's quite all right.
3              Are you claiming, on behalf of
4    your oldest son Yehonathan, any mental
5    illness as a result of the injuries he
6    suffered in the bombing?
7              MR. SOLOMON:  Again, we talked
8         about emotional trauma, and the grief
9         and anxiety, all claimed in this
10        suit, but I think counsel is asking
11        about a diagnosed metal disorder.
12             THE WITNESS:  Yes.
13       A.    I don't believe so.  If it's a
14   diagnosed mental condition, no.
15       Q.    Okay.  So, you're not claiming
16   that your son, your oldest son has a mental
17   illness as a result of the bombing?
18       A.    No, sir.
19       Q.    You agree with me on that?
20       A.    I agree with you, yes.
21       Q.    How about the next oldest, is
22   that Benyamin?
23       A.    Yes.  That's correct, sir.
24       Q.    Okay.  Has he ever had any
25   mental health treatment?

 1                    Alan Bauer
 2        Q.    You've described, for two of
 3   your sons, issues, for lack of a better
 4   term.  Does Daniel have any issues that you
 5   think might be related to the bombing?
 6        A.    Not to my knowledge, sir.
 7        Q.    Any other issues that Benyamin
 8   or Yehuda have that you think may be
 9   related to the bombing?
10        A.    No, sir.
11        Q.    Apart from the bombing, have
12   you had any major health issues yourself?
13        A.    Um, approximately three months
14   before the bombing, I put the same arm that
15   was injured in the attack through a window
16   of our house and had surgery for the repair
17   of two, um, arteries in that arm, by the
18   same doctor.
19        Q.    So, three months before the
20   bombing, you cut your arm on a window?
21        A.    That's correct, sir.
22        Q.    That was an accident?  How did
23   that happen?
24        A.    It was an accident.  I put my
25   arm through -- it was -- we lived in what

1                    Alan Bauer
2    was a very old house, and the window was
3    very thin.  I was leaning against it, and
4    the arm went through, and when I pulled it
5    back, it just simply cut the arteries.
6          Q.    And I notice that you have some
7    scarring on your arm.  Is some of that
8    scarring due to the prior injury with the
9    window?
10         A.    No, sir.  The original scar was
11   what they call a Z-scar, but it's since
12   been covered by the two, um, skin grafts
13   that were taken from my leg.  So, actually
14   that original, the original scar is not
15   visible.
16         Q.    Okay.  It's been covered up by
17   the subsequent skin grafting from the
18   injury from the bombing?
19         A.    That's correct, sir.
20         Q.    Are you claiming any loss of
21   function of your hand in connection with
22   the lawsuit?
23         A.    No, sir.
24         Q.    And your hand works as well as
25   it did before the bombing?

1                    Alan Bauer
2        A.    I wouldn't go that far.
3              But again, two things:  It
4    works extremely well, and I would not be
5    able to differentiate between the two
6    events to say this is from the bombing and
7    this is not from the window, so --
8        Q.    Okay.  So, the healing from the
9    injury at the window, is it fair to say,
10   wasn't complete at the time of the bombing?
11       A.    That's --
12             That's correct, sir.
13       Q.    So, you're not able to say, to
14   the extent you have any lack of
15   functionality of the hand, or the arm, how
16   much of it was due to the injury with the
17   window, versus how much was due to the
18   injury of the bombing?
19       A.    That's correct, sir.
20       Q.    Okay.  And for that reason
21   you're not claiming any damages for loss of
22   function to the hand?
23       A.    That's correct, sir.
24       Q.    What damages are you claiming
25   related to the injury of your arm -- in

1                    Alan Bauer
2     this, in the lawsuit?
3          A.    I would say that the initial
4     condition of my arm, and my arm from the
5     original, from the window accident had
6     improved, um, after which it became less
7     functional for a period of time, due to the
8     bombing and the subsequent surgery.
9                Obviously, I have skin grafts
10    taken off my leg in order to cover this
11    area.
12               I had a vein taken out of my
13    leg to replace one of the arteries that had
14    been damaged in the bombing.
15               I underwent six hours of
16    surgery to do -- microsurgery, to repair
17    the two arteries that had been damaged.
18               At the time of the bombing,
19    when I arrived at Hadassah Hospital, they
20    were unable to find a pulse initially in my
21    fingers, and were concerned about the issue
22    of circulation of blood to the fingers.
23               There was a period of time
24    where the arm did not function as well as
25    it could.  It was a challenge taking a

1                    Alan Bauer
2    shower.  It was a challenge buttoning a
3    shirt on my right arm.  It was a challenge
4    doing any activity that required use of
5    both hands.
6              So, I would say, for that
7    period of time where there was reduced
8    functionality in my arm, I would seek
9    appropriate damages for those, that lack of
10   ability.
11        Q.    Okay.  Are you able to say,
12   um -- well, let me just get the record
13   straight, I suppose.
14              So, you had the injury three
15   months before the bombing to the hand, and
16   to the arm, and that impaired the
17   functionality of the arm; right?
18        A.    Correct.
19        Q.    And you had not returned to 100
20   percent at the time of the bombing?
21        A.    That's correct.
22        Q.    Okay.  And then, the bombing
23   necessitated additional surgeries and skin
24   grafts, and after those operations, you
25   continued to have reduced functionality of

1                     Alan Bauer
2    the arm?
3           A.    It was significantly reduced
4    from where it had improved up until the
5    bombing; that's correct.
6           Q.    And then, at some period after
7    that, it improved again, as you healed;
8    correct?
9           A.    That's correct, sir.
10          Q.    Are you able to say how much
11   worse the arm was after the bombing than it
12   was before the bombing, taking into account
13   that it was healing from a prior injury?
14          A.    From the prior injury I've been
15   doing physical therapy, and it had returned
16   to functionality, it returned almost
17   completely.
18                There was an issue of a nerve
19   damage from the first injury that was years
20   in recovery.  So, in terms of pure
21   functionality, it had returned almost to
22   normal.  In terms of nerve damage, there
23   was still -- the bombing did not affect the
24   nerves.  There were two arteries that were
25   knocked out with two projectiles that were,

1                 Alan Bauer
2    that entered my armed.  So, there was
3    definitely reduced functionality, not only
4    the week that I was in the hospital, but I
5    had a cast on my arm for that week, but
6    also afterwards it was reduced to use of
7    the arm for a period of, I'd say, several
8    months.
9         Q.    Okay.
10              So, the damages that you're
11   claiming with respect to functionality is
12   for the loss of the use of it for a few
13   months after the bombing; is that fair to
14   say?
15        A.    That's correct, sir.
16        Q.    How many months, would you say?
17        A.    I would say, three months.
18        Q.    Three months?  Okay.
19              And then, obviously you had
20   discomfort and pain associated with the
21   surgery and the treatment?
22        A.    That's correct, sir.  The skin
23   grafts were exceptionally painful in the
24   leg, not in the arm.
25        Q.    Okay.  So, you had pain in the

 1                    Alan Bauer
 2  leg.
 3            MR. SOLOMON:  Or was it the
 4       skin?
 5            THE WITNESS:  Yes.
 6       Q.   Okay.  And did that eventually
 7  resolve itself?
 8       A.   Yes, sir.
 9       Q.   How long did that take?
10       A.   It took the time that I was in
11  Hadassah, approximately a week.
12       Q.   So, you had one week of pain in
13  the leg from the skin graft?
14       A.   Yes, sir.
15       Q.   Does that have any continuing
16  issues for you?
17       A.   There's physical scars on the
18  leg, but no pain.
19       Q.   Are you claiming damages for
20  the scars?
21            MR. SOLOMON:  Tell him what
22       happened.
23       A.   Yes, sir.  That's part of the
24  bombing, I believe.
25       Q.   So, you're claiming damages for