# Exhibit 5

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     MARK I. SOKOLOW, et al.,
 4
                                  PLAINTIFFS,
 5
 6          -against-         Case No:
                              04CV397 (GBD)(RLE)
 7

 8   THE PALESTINE LIBERATION ORGANIZATION, et
     al.,
 9
                                  DEFENDANTS.
10   ------------------------------------------X

11

12                DATE: August 2, 2012

13                TIME: 3:50 P.M.

14

15          DEPOSITION of YEHONATHAN BAUER,

16   taken by the Defendants, pursuant to Notice

17   and to the Federal Rules of Civil

18   Procedure, held at the offices of Morrison

19   & Foerster, 1290 Avenue of the Americas,

20   New York, New York 10104, before Robert X.

21   Shaw, CSR, a Notary Public of the State of

22   New York.

23

24

25
```

```
 1                    Yehonathan Bauer
 2          A.    I did not follow all of the
 3    doctors' recommendations.
 4          Q.    Mr. Bauer, are you claiming to
 5    have a mental illness as a result of the
 6    bombing?
 7                MR. SOLOMON:  Objection.
 8          A.    I do not know.
 9          Q.    Are you saying you don't know
10    if you have a mental illness?
11          A.    Not that I know of.
12          Q.    Are you claiming to have a
13    mental illness for the purposes of the
14    lawsuit?
15          A.    Not that I know of any mental
16    illness that I have.
17          Q.    Okay.  I think the answer to
18    this is clear, but let me make sure.
19                Are you asking to be paid money
20    in this lawsuit for a mental illness?
21                MR. SOLOMON:  Objection.
22          A.    I do not know.
23          Q.    Okay.  Who would know?
24          A.    Maybe my father.
25          Q.    Is it your father who's made
```

```
 1                  Yehonathan Bauer
 2     the decision about what claims to bring in
 3     this lawsuit?
 4             MR. SOLOMON:  Objection.
 5        A.   I do not know who was the
 6     decisive body.  And anyway, I wasn't the
 7     one who decided.
 8        Q.   Okay.  Mr. Bauer, I'm sorry to
 9     ask you this question, but are you sexually
10     active?
11             MR. SOLOMON:  Objection.
12        A.   No.
13        Q.   Mr. Bauer, are you claiming
14     that you want to receive money in this
15     lawsuit for injury to your sex life?
16        A.   I think I'm claiming
17     compensation for the possibility to be
18     married.
19        Q.   What do you mean by that?
20        A.   In the circle in which I live,
21     before every marriage, each side finds out
22     thoroughly about the other side, the other
23     party; and when there is a defect, there is
24     no possibility of receiving those offers
25     completely, unless the other party has some
```