# ATTACHMENT 1

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER