IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>Defendants. | Civil Action No. 04cv397 (GBD) (RLE) |

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' CROSS-DESIGNATIONS

Defendants The Palestine Liberation Organization ("PLO") and The Palestinian Authority ("PA") (collectively "Defendants"), by counsel, and pursuant to Federal Rules of Civil Procedure 26(a)(3)(B) and 32(a), respectfully submit the following Objections to Plaintiffs Cross-Designations (DE 589).

### General Objections

1.   Defendants object to Plaintiffs reading into evidence any deposition testimony for any purpose (other than impeaching the testimony of the deponent as a witness) to the extent that the deposition would be hearsay and does not fall within the prior deposition testimony exception to the hearsay rule under Rule 804(b)(1) of the Federal Rules of Evidence or Rule 32(a) of the Federal Rules of Civil Procedure. This objection specifically applies, but is not limited to, the following depositions: Lori Allen, Glenn Robinson, Raja Shehadeh, Yotam Feldner, Shaul Gordon, Ahmed Qurei, and Hussein al Sheikh.

1450995.1

2. Defendants further object to Plaintiffs reading into evidence any deposition testimony for any purpose (other than impeaching the testimony of the deponent as a witness) for any witnesses who were not identified by Plaintiffs during discovery in the manner and to the extent required by the Federal Rule of Civil Procedure 26(a)(1) and this Court's Scheduling Order in this case.

3. Defendants further object to Plaintiffs reading into evidence any deposition testimony for any purpose (other than impeaching the testimony of the deponent as a witness) through whom Plaintiffs intend to proffer opinion, evidence or testimony that Plaintiffs were required to disclose at the time, and in the manner, required under Federal Rule of Civil Procedure 26(a)(2) and this Court's Scheduling Order in this case.  This objection specifically applies, but is not limited to, the following depositions:  Lori Allen, Glenn Robinson, Raja Shehadeh, and Shaul Gordon.

4. Defendants further object to Plaintiffs reading into evidence any deposition testimony for any purpose (other than impeaching the testimony of the deponent as a witness) on the grounds of relevance and prejudice, and reserve that objection as to all of Plaintiffs' deposition designations.  Additionally, Defendants object to all of Plaintiffs' deposition designations that in whole or part touch upon subjects excluded by the Court's possible rulings on Motions in Limine filed by either Plaintiffs or Defendants.

5. Defendants further object to Plaintiffs reading into evidence any statements, "speaking objections," or arguments made by Plaintiffs' counsel at a deposition on the grounds that such statements are argumentative, unduly prejudicial and of no probative evidentiary value to the jury.

1450995.1

6.  To the extent applicable, Defendants incorporate herein by reference their Objections to Trial Exhibits of Plaintiffs.

7.  Defendants reserve the right to revise, supplement or amend (including to withdraw) any of their objections following good faith discussions with Plaintiffs concerning their designations.

Specific Objections

Subject to the foregoing General Objections, Defendants further object to the specific portions of Plaintiffs' Deposition Designations as listed in Exhibit A.

September 11, 2014    Respectfully submitted,

/s/ Brian A. Hill
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-5701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
bhill@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

1450995.1

## EXHIBIT A

| "NS" | = | Witness Not Sworn or Affirmed[1] | "O" | = | Improper Opinion |
| "F" | = | Lack of Foundation/No Personal Knowledge | "R" | = | Relevancy |
| "H" | = | Hearsay | "PV" | = | Probative Value Outweighed[2] |
| "NR" | = | No Response by Witness | "AS" | = | As Stated At Deposition |
| "V" | = | Vague | "S" | = | Speculation |
| "NP" | = | Not Produced in Discovery | | | |
| "T" | = | No Certified English Translation | | | |

| **HUSSEIN AL SHEIKH (April 1, 2009)** | **Plaintiffs' Cross-Designations** | **Defendant's Objections to Plaintiffs' Cross-Designations** |
|---|---|---|
| | 199:19-200:2 | R, PV, T |
| | 200:7-9 | R, PV, T |
| | 200:16-18 | R, PV |
| | 200:23-201:14; 202:10-14 | R, PV, F, O, S, H |
| | | |
| **YOTAM FELDNER (March 4, 2010)** | 29:18-30:19 | R, PV, F, S, O |
| | 37:1-7 | R, PV, F, S, O |
| | 76:5-18 | R, PV, F, S, O |
| | | |
| **SHAUL GORDON (March 2, 2010)** | 59:6-8 | R, PV |
| | 66:1-17 | R, PV, S, O |
| | 72:3-12 | R, PV, O |
| | 76:15-21 | R, PV, O |
| | | |
| **MOSAAB HASSAN YOUSEF (January 10, 2012)** | 134:3-6 | R, PV, H, O, S, F |
| | 180:14-16 | R, PV, H, O, S, F |
| | 204:3-205:5 | R, PV, H, O, S, F |
| | 205:11-19 | R, PV, H, O, S, F |

---

[1] As required by Federal Rule of Civil Procedure 30(b)(5) and (c)(1).

[2] As provided in Federal Rule of Evidence 403.

1450995.1

| | | |
|---|---|---|
| | 210:4-10 | R, PV, H, O, S, F |
| | 222:8-13 | R, PV |
| | 204:3-205:5 | R, PV, H, O, S, F |
| | 205:11-19 | R, PV, H, O, S, F |
| | 210:4-16 | R, PV, H, O, S, F |
| | 223:4-13 | R, V |
| | 241:2-3, 241:20-242:11 | R, PV, H, O, S, F |
| | 258:6-9 | R, PV |
| | 264:14-265:14 | R, PV, H, O, S, F |
| | 271:9-15 | R, PV, O, S, F |
| | 276:11-17 | R, PV, H, O, S, F |
| | 282:12-14 | R, PV |
| | 326:15-20 | R, PV |
| | 328:23-329:17 | R, PV |
| | | |
| **AHMED QUREI (June 17, 2010)** | 57:20-58:4 | R, PV |
| | 205:4-8 | R, PV, O |
| | | |
| **RAJA SHEHADEH (October 13, 2013)** | 91:14-20; 91:25-92:15 | R, PV |
| | 112:8-13 | R, PV |
| | | |
| **GLENN ROBINSON (October 29, 2013)** | 143:6-17 | R, PV |
| | | |
| **DR. LORI ALLEN (November 19, 2013)** | 19:25 | |
| | 29:1 | R, PV |

1450995.1