IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION )
TO BRING PERSONAL ELECTRONIC DEVICES(S) )
OR GENERAL PURPOSE COMPUTING DEVICE(S) )
INTO THE COURTHOUSES OF THE )
SOUTHERN DISTRICT OF NEW YORK )
FOR USE IN A PROCEEDING OR TRIAL )
)
)
)
)



    The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*,**
**Case No. 04-cv-397 (GBD)(RLE).**

    The date(s) for which such authorization is provided is (are) **September 16, 2014.**

| Attorney | Device(s) |
|---|---|
| Mark J. Rochon | (1) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs) |
| Brian A. Hill | (2) Laptop & iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) |
| Michael J. Satin | (3) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs) |

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

1422452.1

SO ORDERED:

Dated: SEP 15 2014

_____
United States Judge