# Exhibit 1

# ARNOLD & PORTER LLP

**Ken L. Hashimoto**

Ken.Hashimoto@aporter.com
+1 212.715.1077
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

September 8, 2014

**VIA FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    Earlier today, plaintiffs filed on the Court's ECF system a letter setting forth agenda items for the upcoming September 16, 2014 conference. DE 594.

    An attachment to the letter, containing unredacted information previously designated confidential by the defendants, was inadvertently filed on the ECF system as well. Upon discovering the error, plaintiffs immediately contacted Your Honor's chambers, and the Court's Clerk restricted public access to both the letter and its attachment.

    Plaintiffs respectfully request that the Court instruct the Clerk to remove Attachment 1 to the Letter from the ECF system and replace it with the enclosed reference sheet, indicating that the Exhibit is filed under seal. Plaintiffs further request that the Court instruct the Clerk to unrestrict access to the letter itself, DE 594.

Respectfully,

Ken L. Hashimoto

cc:    Brian A. Hill (via email)

Encl.

# ATTACHMENT 1

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER