UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## NOTICE OF RELEVANT AUTHORITY

Plaintiffs respectfully bring to the Court's attention the Jury Charges and Verdict Form (attached as Exhibit 1) ordered by Judge Cogan in *Linde v. Arab Bank*, Civ. No. 04-2799 (BMC) (E.D.N.Y.). [DE 1162]. Judge Cogan made subsequent revisions. [*See*, *e.g.*, ECF Minute Entry 9/17/14]. Accordingly, we also enclose the transcript of Judge Cogan's jury charge, highlighting language that differs from the charges ordered in DE 1162 (*see* Exhibit 2).

Dated:  New York, New York
            September 24, 2014

                    **ARNOLD & PORTER LLP**

                    By: /s/  Kent A. Yalowitz
                        Kent A. Yalowitz
                            *KENT.YALOWITZ@APORTER.COM*
                        Philip W. Horton
                            *PHILIP.HORTON@APORTER.COM*
                        Sara K. Pildis
                            *SARA.PILDIS@APORTER.COM*
                        Ken L. Hashimoto
                            *KEN.HASHIMOTO@APORTER.COM*
                        Carmela T. Romeo
                            *CARMELA.ROMEO@APORTER.COM*
                        Tal R. Machnes
                            *TAL.MACHNES@APORTER.COM*

                    399 Park Avenue
                    New York, New York  10022
                    (212) 715-1000