UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Sokolow

                Plaintiff,

Case No. 04cv397

-against-

Palestine Liberation
Organization        Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robert J. Tolchin
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RT3713   My State Bar Number is 2546596

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Law Office of Robert Tolchin
FIRM ADDRESS: 225 Broadway, 24th floor, New York NY 10007
FIRM TELEPHONE NUMBER: 212-227-2181
FIRM FAX NUMBER:

NEW FIRM:
FIRM NAME: The Berkman Law Office, LLC
FIRM ADDRESS: 111 Livingston Street, Ste 1928, Brooklyn, NY 11201
FIRM TELEPHONE NUMBER: 7188553627
FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10-2-14

*Robert J. Tolchin* (signature)
ATTORNEY'S SIGNATURE