REDACTED - PUBLICLY FILED VERSION

# EXHIBIT  A

**From:** bhill@milchev.com
**Sent:** Monday, October 13, 2014 4:41 PM
**To:** Horton, Philip W.
**Cc:** Rochon, Mark; Hibey, Richard; Ferguson, Laura; Yalowitz, Kent A.
**Subject:** RE: Supplementation of Discovery Responses

Phil,

I don't believe any further supplementation is required at this time because, subject to and without waiving Defendants' objections to Plaintiffs' discovery requests, our prior disclosures and discovery responses are not currently incomplete or incorrect in any material respect that has not otherwise been made known to plaintiffs during the discovery process or in writing.  Even if this were not the case, there is no personal jurisdiction over the defendants as well, making any purported supplementation inappropriate.

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801

**From:** Horton, Philip W. [mailto:Philip.Horton@APORTER.COM]
**Sent:** Thursday, October 09, 2014 11:33 AM
**To:** Hill, Brian
**Cc:** Rochon, Mark; Hibey, Richard; Ferguson, Laura; Yalowitz, Kent A.
**Subject:** RE: Supplementation of Discovery Responses

Hi Brian.  Please let us know now if you intend to supplement your discovery responses as required. We are requesting the actual supplementation no later than November 1, but we need to well before then if there is going to be a problem because we will seek relief from Judge Ellis if there is.

And, of course, the November 1 date does not end defendants' obligation to supplement, which will continue to the trial.  Given the defendants' failure to supplement until now, however, it is important to make a supplementation by trial in order to give the plaintiffs sufficient time to prepare to use any new information or documents that already exist at trial.

Phil

**From:** Horton, Philip W.
**Sent:** Friday, October 03, 2014 4:09 PM
**To:** bhill@milchev.com

REDACTED - PUBLICLY FILED VERSION

**Cc:** 'Rochon, Mark'; 'Hibey, Richard'; 'lferguson@milchev.com'; Yalowitz, Kent A.
**Subject:** Supplementation of Discovery Responses

Dear Brian:

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, plaintiffs hereby demand that defendants make all appropriate supplementations to their initial responses under Rule 26(a) and to all of plaintiffs' discovery requests.  In view of the impending trial date, such supplementations should be made no later than November 1, 2014.

Defendants' supplementation should include, without limitation, the items listed below, although all unproduced responsive documents and information covered by defendants' obligations under Rule 26(e) must be produced, whether or not specifically listed.

(1) All documents, including all PA employment records, Ministry of Detainee records, and martyr files that reflect any payments, promotions or other benefits paid by defendants to any of the perpetrators of the seven attacks at issue in this case or to their families. ███ ███████████████████████████████████████████ additional responsive documents should exist and should have been produced before now.

(2) All GIS records regarding the perpetrators.

(3) All PA Ministry of Finance Statements of Account showing payments to Fatah.

(4) All PLO charters or other governing documents not already produced pursuant to request no. 1 of the first request for production of documents by the Bauer plaintiffs.

(5) All documents relating to payment to attorneys representing Fuad Shubaki not already produced pursuant to request no. 8 of the third request for production of documents by the Bauer plaintiffs.

Phil

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com