# ARNOLD & PORTER LLP

Ken L. Hashimoto

Ken.Hashimoto@aporter.com
+1 212.715.1077
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

October 15, 2014

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      I enclose a chambers copy of Plaintiffs' Objections to Magistrate Judge Ellis's September 30, 2014 Memorandum Opinion and Order denying plaintiffs' motion for sanctions. A copy of Plaintiffs' Objections is being served electronically upon the defendants and, pursuant to the Court's confidentiality rulings, is being filed under seal.

      In addition, enclosed please find courtesy copies of the following documents that are referred to and relevant to Plaintiffs' Objections and that were earlier served upon or by the defendants, but that are either sealed or available on ECF only in redacted form:

1. Letter from Kent A. Yalowitz to Hon. Ronald L. Ellis, dated January 15, 2014, with accompanying exhibits.

2. Letter from Brian A. Hill to Hon. Ronald L. Ellis, dated January 27, 2014, with accompanying exhibit.

3. Motion papers filed concerning Plaintiffs' Motion for Discovery Sanctions:

    a. Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants (May 15, 2014).

    b. Memorandum of Law in Support of Plaintiffs' Motion for Discovery Sanctions (May 15, 2014).

    c. Declaration of Kent A. Yalowitz in Support of Plaintiffs' Motion for Discovery Sanctions Against Defendants, with exhibits (May 15, 2014).

# ARNOLD & PORTER LLP

Hon. George B. Daniels
October 15, 2014
Page 2

      d. The Palestinian Authority's Opposition to Plaintiffs' Motion for Discovery Sanctions, with exhibits (June 13, 2014).

      e. Reply in Support of Plaintiffs' Motion for Sanctions (June 26, 2014).

      f. Declaration of Kent A. Yalowitz in Support of Plaintiffs' Motion for Sanctions, with exhibits (June 26, 2014).

      g. Declaration of Arieh Dan Spitzen, with exhibits (June 25, 2014)

4. Sealed Memorandum Opinion & Order of Hon. Ronald L. Ellis (Sept. 30, 2014).

Respectfully,

Ken L. Hashimoto

Encl.

cc:    Brian A. Hill (via electronic mail enclosing only Plaintiffs' Objections)