# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 15, 2014

**BY ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
               Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

      We write to request that the Sealed Memorandum Opinion & Order of September 30, 2014 [DE 605] (the "September 30, 2014 Order") be unsealed and filed publicly on ECF.

      At a conference on April 11, 2014, Judge Daniels declined to engage in a document-by-document review for confidentiality prior to ruling on summary judgment. Tr. at 76:20-23 ("I'm not going to go through every single document, the thousands and thousands of documents that you want to fight about, to determine whether or not you've got an extra argument to make that somehow it is or isn't confidential.")  However, Judge Daniels reviewed the document discussed in the September 30, 2014 Order, and found it does not contain any confidential material.  Tr. at 76:4-76:8 ("I have the first document that you are both arguing about. The defense makes an argument that there's some compelling reason not to disclose this document. Quite frankly, that document does not fall under any of [the Protective Order's confidential] categories."); 79:17-80:1 ("I don't see how it falls into any of these categories.").

      In view of this finding, the September 30, 2014 Order contains no confidential information within the scope of the Court's Protective Order, and plaintiffs respectfully submit that it should be unsealed and filed on ECF.

ARNOLD & PORTER LLP

Hon. Ronald L. Ellis
October 15, 2014
Page 2

                                            Respectfully,

                                            Kent A. Yalowitz

cc:    All Counsel of Record (via ECF)