UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-14

MARK I. SOKOLOW, et al.,

                                        Plaintiffs,

                                                            ORDER
                - against -                        04-cv-397  (GBD)(RLE)


PALESTINE LIBERATION ORGANIZATION, et al.,

                                        Defendants.

_____


RONALD L. ELLIS, United States Magistrate Judge:


        IT IS HEREBY ORDERED that the Parties are scheduled  for a TELEPHONIC

CONFERENCE with the Court  on **October 21,  2014 at 12:00 p.m.**  On the day of the

conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L.

Ellis,  at  **212-805-0563**. Upon receipt of  this  order, if you need further information, direct

inquiries to Rupa Shah, 212-805-0242.


SO ORDERED
October 15, 2014

                                                    _____
                                                    The Honorable Ronald L. Ellis
                                                    United States Magistrate Judge