UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
MARK I. SOKOLOW, *et al.*,                                   :
                                                             :
                             Plaintiffs,   :   No. 1:04-cv-00397 (GBD) (RLE)
                                                             :
   -vs.-                                                      :   **NOTICE OF APPEARANCE**
                                                             :
THE PALESTINE LIBERATION                                     :
ORGANIZATION, *et al.*,                                      :
                                                             :
                             Defendants.   :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Ken L. Hashimoto of Arnold & Porter LLP hereby appears on behalf of all plaintiffs in the above-referenced action, certifies that he is admitted to practice in this Court, and requests notice of all matters in this action.

Dated:  New York, New York
         October 16, 2014

                                                          ARNOLD & PORTER LLP

                                                          By:  /s/ Ken L. Hashimoto
                                                                Ken L. Hashimoto
                                                                399 Park Avenue
                                                                New York, NY 10022
                                                                Tel: (212) 715-1113
                                                                Fax: (212) 715-1399
                                                                Ken.Hashimoto@aporter.com

66238820v1