

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

October 16, 2014

VIA ECF
Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Sokolow v. Palestine Liberation Organization et al.* — 04-CV-397(GBD) (RLE)

Dear Judge Ellis:

    I write in response to Plaintiffs' letter dated October 15, 2014 (DE 614), and in response to the request of Your Honor's law clerk, to confirm that, in light of Judge Daniels' oral ruling on April 11, 2014 regarding the document discussed in Your Honor's September 30, 2014 Order, Defendants will not object to the unsealing of the September 30, 2014 Order. However, Defendants non-objection to the unsealing of the September 30, 2014 Order is without prejudice to Defendants' right to continue asserting confidentiality protection with regard to other documents designated as confidential under the Protective Order.

                        Sincerely,

                        Brian A. Hill

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 • Washington, D.C. 20005-5701 • 202-626-5800 • 202-626-5801 FAX • millerchevalier.com
1466605.1