USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-16-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

      Plaintiffs,

 - against -

PALESTINE LIBERATION ORGANIZATION, et al.,

      Defendants.

ORDER

04-CV-397 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On September 30, 2014, the undersigned issued a Memorandum Opinion and Order, which was filed under seal. (Doc. No. 605.) On October 15, 2014, Plaintiffs requested that the document be unsealed and filed publicly on ECF. (Doc. No. 614.) Defendants have no objections to this request. (Doc. No. 617.)

**IT IS THEREFORE ORDERED** that the September 30, 2014 Memorandum Opinion and Order be unsealed and filed publicly on ECF.

**SO ORDERED this 16th day of October 2014**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge