# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
Rosalie Valentino (RV 1232)
GOETZ FITZPATRICK LLP
One Penn Plaza—Suite 3100
New York, NY 10119
212-695-8100
rcoleman@goetzfitz.com
*Attorneys for Intervenors*
*Sharyl Attkisson, Edwin Black and Steven Emerson*

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>        *Plaintiffs,*<br><br>        *vs.*<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>        *Defendants.* | No. 04 Civ. 00397 (GBD) (RLE)<br><br>**NOTICE OF MOTION TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS** |

PLEASE TAKE NOTICE, that upon the accompanying declaration of counsel and memorandum of law press applicants Sharyl Attkisson, Edwin Black and Steven Emerson will, at a date and time to be determined by the Court, move the Court for an Order permitting intervention pursuant to Federal Rule of Civil Procedure 24(b) for the limited purpose of unsealing certain judicial documents.

GOETZ FITZPATRICK LLP

By: _____
        RONALD D. COLEMAN (RC 3875)
Rosalie Valentino (RV 1232)
One Penn Plaza—Suite 3100
New York, New York 10119
(212) 695-8100
rcoleman@goetzfitz.com
*Attorneys for Intervenors*
*Sharyl Attkisson, Edwin Black and Steven Emerson*