# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 31, 2014

**BY ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
                 Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Ellis:

      Please find enclosed a stipulation executed by the parties in the above-referenced action.

                                         Respectfully,

                                         Kent A. Yalowitz

cc:    All Counsel of Record (via ECF)

Encl.