UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for Plaintiffs and Defendants, as follows:

1. The statement set forth in Exhibit A hereto is hereby stipulated, subject to Paragraph 2 below.

2. Plaintiffs will not argue that the entry into this stipulation has waived any objection or defense Defendants may have in this matter, including, but not limited to, the relevance or admissibility of this stipulation or the defense of lack of personal jurisdiction.

**MILLER & CHEVALIER**

By: _____
Brian A. Hill
*bhill@milchev.com*
Laura Ferguson
*lferguson@milchev.com*

**ARNOLD & PORTER LLP**

By: _____
Kent A. Yalowitz
*kent.yalowitz@aporter.com*
Philip W. Horton
*philip.horton@aporter.com*
Sara K. Pildis
*sara.pildis@aporter.com*
Ken L. Hashimoto
*ken.hashimoto@aporter.com*
Carmela T. Romeo
*carmela.romeo@aporter.com*
Tal R. Machnes

1469321.1

*tal.machnes@aporter.com*

655 Fifteenth Street, NW
Washington, DC 20005
(202) 626-5800

*Attorneys for Defendants*

399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

## Exhibit A

Since the close of fact discovery on December 21, 2012 through October 31, 2014, the Palestinian Authority's practices concerning the promotions of prisoners, payments to prisoners' families, and payments to martyrs' families have not materially changed.