UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### NOTICE OF NEW SUPREME COURT AUTHORITY
### RELEVANT TO PENDING SUMMARY JUDGMENT MOTION

Plaintiffs respectfully bring to the Court's attention the U.S. Supreme Court's decision in *Johnson, et al. v. City of Shelby*, No. 13–1318 (Nov. 10, 2014) holding that under Rule 8(a) of the Federal Rules of Civil Procedure a complaint need only plead facts, and need not invoke provisions of law or legal theories. (Exhibit 1).

Defendants have argued in their summary judgment motion that plaintiffs are precluded from relying on provisions of law that are not specifically cited in their First Amended Complaint. Plaintiffs have previously refuted this argument, and *City of Shelby* constitutes further—and dispositive—authority for rejecting defendants' argument in this regard.

Dated:  New York, New York
         November 12, 2014

**ARNOLD & PORTER LLP**

By: /s/  Kent A. Yalowitz
    Kent A. Yalowitz
       *KENT.YALOWITZ@APORTER.COM*
    Philip W. Horton
       *PHILIP.HORTON@APORTER.COM*
    Sara K. Pildis

*SARA.PILDIS@APORTER.COM*
Ken L. Hashimoto
 *KEN.HASHIMOTO@APORTER.COM*
Carmela T. Romeo
 *CARMELA.ROMEO@APORTER.COM*
Tal R. Machnes
 *TAL.MACHNES@APORTER.COM*
399 Park Avenue
New York, New York  10022
(212) 715-1000