# EXHIBIT B

# General Intelligence Law No. 17 of 2005

**The Chairman of the Executive Committee of the Palestine Liberation Organisation,**
**The President of the Palestinian National Authority,**

Having reviewed the *Amended Basic Law of 2003* and its Amendments,
Having reviewed the *Law of Civil Service No. 4 of 1998* and its Amendments,
Having reviewed the *Law of Insurance and Pensions of the Palestinian Security Forces No. 16 of 2004* and its Amendments,
Having reviewed the *Law of Public Retirement No. 7 of 2005*,
Having reviewed the *Law of Service in the Palestinian Security Forces No. 8 of 2005*,
Based upon approval of the Legislative Council during its session of 21 September, 2005,
Based upon the powers bestowed upon me, and
In the name of the Arab Palestinian People,

**I hereby promulgate the following law:**

## Chapter I. Definitions and General Provisions

### Article 1

In applying the provisions of this law, the following terms and expressions shall have the meanings specified below, unless the context determines otherwise:

| | |
|---|---|
| **National Authority:** | The Palestinian National Authority. |
| **President:** | The President of the Palestinian National Authority. |
| **Intelligence:** | The Palestinian General Intelligence. |
| **Head of Intelligence:** | The Head of the Palestinian General Intelligence. |
| **Member:** | Any officer, non-commissioned officer, or member of personnel appointed in the Intelligence. |

### Article 2

The Intelligence shall be a regular security agency subordinate to the President. It shall perform its functions and commence its jurisdictions pursuant to the provisions of the law under the presidency and command of its Head, who shall issue the decisions necessary for the management of its work and the regulation of all of its affairs.

' of 2005

Palestine Liberation

:ndments,
; Amendments,
*estinian Security Forces*

*; Forces No. 8 of 2005,*
:ssion of 21 September,

**Provisions**

; and expressions shall
rmines otherwise:

ity.

National Authority.

:nce.

eral Intelligence.

officer, or member of
ligence.

dinate to the President.
ctions pursuant to the
l of its Head, who shall
/ork and the regulation



**Article 3**

The Intelligence shall consist of a Head, a Deputy, and a sufficient number of officers and individuals expedient to carry out the work in accordance with the organisational structure to be issued by the President. The provisions of this law shall apply to all members thereof.

**Article 4**

1. The Head of Intelligence shall be appointed by the President in the rank of a minister.
2. The duration of the appointment of the Head of Intelligence shall last for three (3) years. It may be extended for one (1) year only.

**Article 5**

The Head of Intelligence shall be the authority competent to enforce the provisions of this law and defining the jurisdictions of the units in the light of the bylaw. He may delegate some of his authority to whomever he deems fit from among the officers.

**Article 6**

1. The Deputy-Head of Intelligence shall be appointed by the President and upon the nomination of the Head of Intelligence.
2. The appointment in the function of a director of a department at the Intelligence shall be made by the Head of Intelligence and upon the nomination of the Committee of Officers.
3. The directors of departments shall be part of the executive command of the Intelligence and fully responsible for the implementation of the duties assigned to them.

**Article 7**

1. The Head of Intelligence shall assume the authority of supervising the activities of the Intelligence and its members. He may establish necessary committees and issue decisions and orders required for the regulation of the progress of work and the ensurement of good performance.
2. The Head of Intelligence shall be accountable to the President or the person whom he may authorise to maintain the confidentiality of the work of the Intelligence, the information and the means of accessing it, and its sources. Investigations or information of the Intelligence may not be viewed, except by a special permission of the President or the person whom he may authorise.
3. The Head of Intelligence shall notify the President or the person whom he may authorise of all matters of significant or urgent nature.

# Chapter II. The Duties of the Intelligence

### Article 8

1. The Intelligence shall be officially assigned to exercise security activities and duties beyond the geographical boundaries of Palestine.
2. The Intelligence shall exercise specific security duties within the geographical boundaries of the State of Palestine to complete the measures and activities commenced beyond those boundaries.

### Article 9

The Intelligence shall perform the following:

1. Take the measures necessary to prevent acts that may endanger the security and safety of Palestine and expedient measures against their perpetrators pursuant to the provisions of the law.
2. Reveal external dangers which may jeopardise the Palestinian national security in the fields of espionage, collusion and sabotage, and any other acts which may threaten the unity, security, independence, and resources of the homeland.
3. Jointly cooperate with similar agencies of friendly states to fight all acts which may threaten the joint peace and security or any fields of external security, upon the condition of reciprocal treatment.

### Article 10

The acts upon which the provisions under the preceding Article are applicable shall be:

1. Communicating with a foreign state in order to perform a hostile act against Palestine.
2. Joining the service of a foreign army which is in a state of war with Palestine.
3. Delivering or helping to deliver a secret of the defence of Palestine in the military, political, economic or social domain to a foreign state.
4. Any intentional act which may result in the death, a critical physical injury, or loss of freedom of any of the:
   a) Monarchs and Presidents of States and their spouses or their ascendants or descendants.
   b) The heirs to the throne or deputies of the Presidents of States or Prime Ministers or ministers.
   c) Persons who are in charge of public responsibilities or those occupying public positions, if such acts are directed toward them in their capacities.
   d) Ambassadors or diplomats who are accredited with the State of Palestine.
5. The purposeful sabotage or damage of public or private properties for public purposes which belong to or are subject to the authorities of a state connected with Palestine by diplomatic or friendly relations.



6.

7.

Pu
inf
the
Int
to
to
Fu
jur
thr

Th
un

Th
law

Pu
inv
sea
de
sta
or
to

1.

2.

telligence

ise security activities and
line.
s within the geographical
e measures and activities

endanger the security and
ieir perpetrators pursuant

the Palestinian national
otage, and any other acts
nce, and resources of the

ates to fight all acts which
elds of external security,

ng Article are applicable

form a hostile act against

ate of war with Palestine.
fence of Palestine in the
eign state.
critical physical injury, or

ouses or their ascendants

idents of States or Prime

lities or those occupying
toward them in their

ited with the State of

vate properties for public
rities of a state connected



6. The manufacturing, possession or acquisition of weapons, explosives or any detrimental materials with the intention to perpetrate any of the aforementioned acts in any state.
7. Any act of violence or threat, whatever its motives or purposes, which occurs in the implementation of an individual or collective criminal plot aimed at creating fear among the people or intimidating them by harming them or putting their life, freedoms or security in danger, or by causing damage to the environment or to any facilities or public properties, or occupying or seizing control of them, or forfeiting land, or subjecting a national resource to danger.

**Article 11**

Pursuant to the provisions of the law, the Intelligence shall have the right to collate information in the jurisdictions which the law approves and to request it from the agencies of the National Authority and others without objection. The Head of Intelligence may request from the Attorney-General pursuant to the law the right to bring about legal decisions to prevent foreign nationals from travelling from or to Palestine and, for reasons of national security, to prevent citizens from travelling. Furthermore, the Intelligence shall have, in the cause of the commencement of its jurisdictions set forth under this law, the authority of oversight and investigation through various technical and professional means pursuant to the law.

**Article 12**

The Intelligence, in the cause of the commencement of its jurisdiction set forth under this law, shall have the capacity of the Judicial Police.

**Article 13**

The Intelligence must heed the rights and guarantees set forth in the Palestinian laws and the rules of the international law in this domain.

**Article 14**

Pursuant to the provisions of the law, the Intelligence shall conduct preliminary investigations into incidents ascribed to the detained person; exercise oversight; search; investigate and inspecte; may request the attachment of properties and the detention of individuals; may summon and interrogate individuals and hear their statements; and may request data, information and documents from any person or keep them and take such actions as it deems necessary in their regard pursuant to the law.

**Article 15**

1. If the detained person is a foreign national, he must be assisted to contact the closest representative of the state to which he is a subject.
2. The Intelligence may notify any other state of interest if it deems appropriate for the fact of such measure and the circumstances which required it to be taken.





### Article 16

In a manner not contradicting the provisions of this law, the treaties pertaining to the extradition of defendants in crimes subject to extradition between the National Authority and any other state must be abided by.

## Chapter III. The Budget

### Article 17

1. Pursuant to the provisions of the law, the Intelligence shall have its own independent budget, which shall be included as one figure within the General Budget of the State. The Intelligence shall manage its own budget and expend from it under the supervision of the President.
2. The Legislative Council shall form an ad hoc-committee of three (3) members that shall assume the discussion and approval of the budget of the Intelligence, as part of the approval of the General Budget.
3. A financial controller shall be appointed in the Intelligence by the President and upon the nomination of the Head of Intelligence. The financial controller shall be responsible for reviewing the items of expenditure, have direct supervision over the auditing of accounts, and ensure that they are sound.

### Article 18

1. The Head of Intelligence shall be responsible for preparing the Intelligence's annual budget and submitting it to the President for approval.
2. The Head of Intelligence shall issue the decisions which include the bases and procedures pertaining to the implementation of the items of the budget for the purposes designated thereto. He shall have the power to disburse confidential expenditures in the manner which he decides without abiding by the bylaws and decisions applicable to other governmental agencies. All the items and procedures related thereto shall be deemed confidential.

### Article 19

The Head of Intelligence shall prepare a regulation for purchases which shall conform to the nature of the function of the Intelligence, which regulation is subject to approval by the President. The Head of Intelligence shall have the full power to enforce it.

## Chapter IV. The Committees

### Article 20

The Head of Intelligence may establish committees in accordance with the requirements of the work. The decision of establishment shall determine the duties, powers and restrictions of the function of a committee, provided that the function of a committee does not conflict with the duties of administrations and units already in existence. Committees of investigation which are established for specific purposes shall be excepted therefrom.

the treaties pertaining to
ion between the National

et

gence shall have its own
figure within the General
s own budget and expend

ittee of three (3) members
budget of the Intelligence,

elligence by the President
e. The financial controller
expenditure, have direct
re that they are sound.

eparing the Intelligence's
r approval.
hich include the bases and
tems of the budget for the
er to disburse confidential
ut abiding by the bylaws
encies. All the items and
tial.

hases which shall conform
ation is subject to approval
ll power to enforce it.

tees

in accordance with the
ent shall determine the
mittee, provided that the
es of administrations and
which are established for



### Article 21

Pursuant to the provisions of the *Law of Service in the Palestinian Security Forces* and by decision of the Head of Intelligence, a subcommittee of officers shall be established in the Intelligence.

### Article 22

The committee shall exercise its jurisdictions over all members of the Intelligence. It may also include in its meetings persons from whom it deems fit to seek assistance.

## Chapter V. The Obligations of the Members and Prohibited Acts

### Article 23

The Head of Intelligence, his Deputy or any of the members may not bear witness before the courts, even following their retirement from work, with regard to information which came to their knowledge during the performance of their work, but which was not disseminated in a legal manner and which the National Authority did not allow to be disseminated. The permission of the competent authority shall be given to the Head of Intelligence and his Deputy by the President. Other members shall thus be given by the Head of Intelligence.

### Article 24

1. The members must abide by the provisions of this law and its bylaw. They must also abide by the bylaws and regulations operating inside and outside of the Intelligence.
2. A manual for the members which regulates their demeanour and ethics is to be issued.

### Article 25

In addition to prohibitions set forth under the *Law of Service in the Palestinian Security Forces*, the members shall be prohibited from the following:

1. Combining work at the Intelligence with any other work, unless the interest of the work so requires and by decision of the Head of Intelligence.
2. Negligence or failure due to which a right of the State may be lost.
3. Revealing any data pertaining to the matters of work to the media, whether during the service or thereafter, except through a person authorised thereof.
4. Performing any political or media activity.
5. Affiliating with associations, institutions or clubs, unless the interest of the work thus requires and by decision of the Head of Intelligence.
6. Exploiting the function in order to achieve personal goals.
7. Keeping for themselves any official documents, even if they pertained to activities to which they were assigned.

8. Contravening the security measures of which a decision is issued by the competent authority.
9. Concealing errors and contraventions by their colleagues at work.
10. Communicating or establishing special relationships with foreign nationals or members of embassies and missions accredited at the State, unless the interest of the work so requires and by decision of the Head of Intelligence.

## Chapter VI. Appointments

### Article 26

The following shall be required from a person to be appointed in the Intelligence:

1. Be of Palestinian nationality and Palestinian parents.
2. Not be previously convicted of a crime or misdemeanour violating honour or trust.
3. Be physically fit for service.
4. Not be married to a non-Arab.
5. Be between eighteen (18) and thirty (30) years of age.
6. Not have been dismissed from former service by a disciplinary decision.
7. Be of good conduct and repute.
8. Hold the academic qualifications required for the function.
9. Pass the examinations necessary to occupy the function.

### Article 27

1. Any person who is appointed as an officer in the Intelligence shall swear the *Oath of Allegiance* in accordance with the following formula:

   *'I swear by the Almighty God to be sincere to the homeland and the people, to defend them and sacrifice my soul in their cause, to preserve my weapon and military honour, to respect the laws and regulations and enforce them, to safeguard the secrets of my career, and to perform all of my functional and national obligations in honour, trustworthiness and sincerity. God shall hereby be witness upon what I say.'*

2. The swearing of the oath by the Head of Intelligence and his Deputy shall be before the President.
3. The swearing of the oath shall be before the Head of Intelligence or the person whom he delegates therefor. The officer shall sign the form of the 'Swearing of the Oath' which shall be kept in the service file.

### Article 28

Assistance may be sought from experienced retirees who were previously members of the Intelligence for the performance of particular functions by special work contracts for a period of one (1) year that shall be renewable for three (3) years in return for a fixed remuneration.





Chapte

Every member of the
and measures issued

Information regardir
documents, headqua
secret of national se
to any member of th
following the expirat

Any person who de
or commits any of th
appears in a manner
shall be punished pu

In cases other than
a member or interr
Intelligence.

Chap

The Legislative Cou
hold the Head of Inte

1. Pursuant to the p
to prepare, train
2. The Head of Inte
courses and shal
interest and achie

In a manner not contr
*of Service in the Palest*
appointment, seniorit
scholarships, salaries,
badges, and medals, t
any other matter of w

uthority

on is issued by the

at work.
foreign nationals or
e, unless the interest
telligence.

d in the Intelligence:

violating honour or

linary decision.

n.

gence shall swear the
la:

*d the people, to defend*
*n and military honour,*
*feguard the secrets of*
*obligations in honour,*
*on what I say.'*

l his Deputy shall be

ligence or the person
orm of the 'Swearing

previously members
ons by special work
for three (3) years in



## Chapter VII. Confidentiality and Discipline

**Article 29**

Every member of the Intelligence shall be subject to the security directives, restrictions, and measures issued by the Head of Intelligence.

**Article 30**

Information regarding the regulation of the Intelligence and its activities, functions, documents, headquarters and properties and the data of its members shall be a secret of national security, the revealing of which is prohibited. Such shall apply to any member of the Intelligence and those working by special contracts, even following the expiration of their service.

**Article 31**

Any person who deviates from the requirements of the functional obligation, or commits any of the prohibited acts set forth under this law and its bylaw, or appears in a manner that violates the dignity of the function and its requirements shall be punished pursuant to the *Penal Law* in force.

**Article 32**

In cases other than *flagrante delicto*, the competent authorities may not detain a member or interrogate him except following notification of the Head of Intelligence.

## Chapter VIII. Concluding Provisions

**Article 33**

The Legislative Council, through its ad hoc-committees, shall have the right to hold the Head of Intelligence accountable.

**Article 34**

1. Pursuant to the provisions of this law, a security academy shall be established to prepare, train and qualify the members of the Intelligence.
2. The Head of Intelligence shall assume the supervision over the curricula and courses and shall appoint trainers and instructors in accordance with the interest and achievement of the goals.

**Article 35**

In a manner not contradicting the provisions of this law, the provisions of the *Law of Service in the Palestinian Security Forces* shall apply to the members regarding appointment, seniority, promotion, delegation, assignment, transfer, secondment, scholarships, salaries, leaves, obligations, prohibited acts, penalties, decorations, badges, and medals, transfer to provisional retirement, expiration of service, and any other matter of which a relevant provision is not mentioned in this law.

Article 36

The Head of Intelligence shall draft the bylaw of this law and the regulations necessary for the function of the Intelligence, which shall be issued by decision of the President.

Article 37

All competent authorities, each one within its sphere of jurisdiction, shall implement the provisions of this law, which shall enter into force as of the date of its publication in the *Official Gazette*.

**Issued in the city of Ramallah on 26 October, 2005 AD, corresponding to 23 Ramadan 1426 AH.**

Mahmoud Abbas
**Chairman of the Executive Committee of the Palestine Liberation Organisation**
**President the Palestinian National Authority**