# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

November 14, 2014

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write in response to defendants' letter of earlier today asking that the Court postpone the commencement of trial in this action. Plaintiffs oppose that request.

    Plaintiffs very much appreciate that the Court has cleared its calendar for trial beginning January 12 and will be ready to begin the trial on schedule.

                                    Respectfully,

                                    Kent A. Yalowitz

cc:    All ECF Counsel