UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,
                Plaintiff,

-against-

THE PALESTINE LIBERATION
ORGANIZATION, et al. Defendant.

No. 04 cv 00397 (GBD )(RLE)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __RACHEL MAY WEISER, ESQ.__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiffs__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Ohio__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: _____, 2014

Respectfully Submitted,

/s/ Rachel May Weiser
Applicant Signature

Applicant's Name: Rachel May Weiser
Firm Name: Milano Law Offices
Address: 2639 Wooster Road
City / State / Zip: Rocky River, Ohio 44116
Telephone / Fax: 440-356-2828 / 440-256-2873
E-Mail: rachel@israellawcenter.org