UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiff,

-against-

THE PALESTINE LIBERATION
ORGANIZATION, et al.,
          Defendant.

No. 04 cv 00397 (GBD)(RLE)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __RACHEL MAY WEISER, ESQ.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Ohio__; and that his/her contact information is as follows (please print):

Applicant's Name: __Rachel May Weiser__

Firm Name: __Milano Law Offices__

Address: __2639 Wooster Road__

City / State / Zip: __Rocky River, Ohio  44116__

Telephone / Fax: __440-356-2828 / 440-256-2873__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge