IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION            )
TO BRING PERSONAL ELECTRONIC DEVICES(S)    )
OR GENERAL PURPOSE COMPUTING DEVICE(S)     )
INTO THE COURTHOUSES OF THE                )
SOUTHERN DISTRICT OF NEW YORK              )
FOR USE IN A PROCEEDING OR TRIAL           )
                                           )
                                           )
                                           )



The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*,**
**Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are) **November 20, 2014.**

| Attorney | Device(s) |
| --- | --- |
| Mark J. Rochon | (1) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs) <br> ~~(2) Cell phone for scheduling purposes~~ |
| Brian A. Hill | (1) iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) <br> ~~(2) Cell phone for scheduling purposes~~ |
| Michael J. Satin | (1) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs) <br> ~~(2) Cell phone for scheduling purposes~~ |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

1422452.1

SO ORDERED:

Dated: NOV 18 2014

George B. Daniels
United States Judge

1422452.1