UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalie Valentino (RV 1232)
GOETZ FITZPATRICK LLP
One Penn Plaza—Suite 3100
New York, NY 10119
212-695-8100
rvalentino@goetzfitz.com
*Attorneys for Intervenors*
*Sharyl Attkisson, Edwin Black and Steven Emerson*

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> *Defendants.* | No. 04 Civ. 00397 (GBD) (RLE) <br><br> **APPEARANCE OF COUNSEL** |

To: Clerk of Court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Intervenors, Sharyl Attkisson, Edwin Black and Steven Emerson.

Dated: New York, New York
       November 19, 2014

                                        GOETZ FITZPATRICK LLP

                                        By: *Rosalie Valentino*
                                        Rosalie Valentino (RV 1232)
                                        One Penn Plaza—Suite 3100
                                        New York, New York 10119
                                        (212) 695-8100
                                        rvalentino@goetzfitz.com
                                        *Attorneys for Intervenors*
                                        *Sharyl Attkisson, Edwin Black and Steven Emerson*