Case 1:04-cv-00397-GBD-RLE   Document 643-2   Filed 11/21/14 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

    Plaintiff,

-against-

THE PALESTINE LIBERATION
ORGANIZATION, et al.,
    Defendant.

No. 04 cv 00397 (GBD) (RLE)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of  RACHEL MAY WEISER, ESQ. , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of  Ohio ; and that his/her contact information is as follows (please print):

Applicant's Name: Rachel May Weiser

Firm Name: Milano Law Offices

Address: 2639 Wooster Road

City / State / Zip: Rocky River, Ohio 44116

Telephone / Fax: 440-356-2828 / 440-256-2873

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for  Plaintiffs  in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: NOV 21 2014

*George B. Daniels*
United States District / Magistrate Judge