USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK I. SOKOLOW, et al.,

          Plaintiffs,

   -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

------------------------------------- x

ORDER
04 Civ. 397 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' objections to Magistrate Judge Ellis's denial of their motion for sanctions are OVERRULED, and their request that this Court impose evidentiary sanctions for Defendants' failure to timely produce documents from the Palestinian Authority's General Intelligence Service ("GIS") is DENIED.

Dated: November 21, 2014
      New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge