UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

      -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

------------------------------------ x

ORDER

04 Civ. 397 (GBD) (RLE)

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: NOV 21 2014*

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' motion for an anonymous jury is GRANTED to the extent that the names, addresses, and workplaces of the venire and petit jury shall remain undisclosed.

    Plaintiffs' further motion that the jury be sequestered during trial or deliberations is DENIED.

    Reasonable steps will be taken by the Court to ensure that a fair and impartial jury will not be tainted by outside influences during trial and deliberations.

    The Clerk of the Court is instructed to close the motion at ECF No. 556.

Dated: November 21, 2014
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge