UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

     -against-

PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.
------------------------------------- x

ORDER
04 Civ. 397 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

    Defendants' motion for separate trials and for bifurcation of the liability and damages phases of the trial is DENIED.

    The Clerk of the Court is instructed to close the motion at ECF No. 560.

Dated: November 21, 2014
      New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge