# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

November 24, 2014

<u>**VIA ECF**</u>

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
               <u>Docket No. 04-CV-397 (GBD)(RLE)</u>

Dear Judge Daniels:

     I write with respect to the Court's decision on defendants' fourth affirmative defense. It has come to my attention that plaintiff Eva Waldman is not a national of the United States within the meaning of the Anti-Terrorism Act.

     The Court's summary judgment decision dismissing the claims of non-U.S. nationals applies to Mrs. Waldman.

     Plaintiffs bring this fact to the Court's attention while respectfully reserving all of Mrs. Waldman's rights.

                                         Respectfully,

                                         Kent A. Yalowitz

cc:    All ECF Counsel