# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

November 24, 2014

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
> Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      Further supplementing the proposed joint pretrial order, I enclose three summary exhibits that the plaintiffs intend to use at trial, Pl. Tr. Exs. 1119-1121. These exhibits, which summarize numerous plaintiffs' trial exhibits, will streamline the presentation of evidence.

      Plaintiffs also supplement Exhibit 2-1 of the Joint Proposed Pretrial Order, Deposition Designations of Plaintiffs, to include five additional lines from the transcript of the deposition of Mazen Jadallah (June 15, 2010), in which Mr. Jadallah identifies his name and place of employment. I have enclosed an excerpt of the deposition transcript highlighting the five lines which due to a clerical error were inadvertently omitted from Exhibit 2-1.

Respectfully,

Kent A. Yalowitz

cc: All ECF Counsel

Encl. (Pl. Tr. Exs. 1120, 1121 filed under seal).