# Summary of Defendants' Statements to U.S. Media Regarding Political Objectives

| Date | Outlet and Program | Statement by PA/PLO Official | Ex. |
|---|---|---|---|
| Oct. 17, 2000 | CNN- "CNN Today" | I tell you how we end all of this. The Palestinian people have been living under Israeli military occupation for 33 years….As long as Israel continues to occupy them and to want to impose its will on the Palestinian people by sheer force, I don't think that peace the possible. | 1080 |
| May 29, 2001 | Forum of the Center for Policy Analysis | Again, the original sin is the occupation. Occupation is not normal, and therefore occupation provokes resistance, provokes protest, and no one can expect the Palestinians to remain silent when their freedom and their land is being raped and confiscated. | 1082 |
| Dec. 3, 2001 | CNN- "Larry King Live" | [O]ur problem with Israel is over the 35 years of military occupation forced on the Palestinian people by Israel, denied the Palestinians, I mean, denied their very basic human and political rights and robbed of their dignity, freedom, right of self-determination and their livelihood through the process of building Jewish settlements in Palestinian territories….This is the cause of all the troubles. | 1081 |
| Jan. 29, 2002 | CNN- "Q&A with Zain Verjee" | [I]t is difficult to succeed in combatant violence, unless there is a commitment and change of behavior by the Israeli military forces of occupation. | 1083 |
| Feb. 3, 2002 | CNN- "CNN Sunday Night" | The Jewish settlements…have to be removed in order for us to be able to establish the kind of peace that we want to establish with Israel. Ex. H.131 at 60. | 1084 |
| Feb. 25, 2002 | MSNBC- "Alan Keyes is Making Sense" | But in order to achieve peace in our region, there needs to be an end to Israel's 35 years of military occupation of the Palestinians….if the Israeli government continues to want to control the lives of the Palestinians…I don't think that we can expect any peace in the near future. | 1085 |
| Mar. 18, 2002 | MSNBC- "The News with Brian Williams" | Let's also not forget that the origin of all the problems is the existence of the occupation. And what we are looking for is ending this occupation and reaching a settlement between Palestine and Israel. | 1086 |
| Mar. 18, 2002 | CNBC- "Hardball" | We said that if Israel complies with the requirements—and that is to withdraw its troops from the Palestinian cities that it occupied in the last two weeks, yes we are ready to engage in a cease-fire. | 1087 |
| Mar. 19, 2002 | CNN- "Lou Dobbs Moneyline" | We are saying yes, we welcome the efforts of the United States, the engagement of the United States, and we are hopeful that with the efforts of General Zinni and the engagement of Vice President Cheney and the engagement of President Bush that they will lead us into a political horizon that will end Israel's occupation of the Palestinian territories…. | 1103 |

PLAINTIFF'S EXHIBIT 1119

| Date | Outlet and Program | Statement by PA/PLO Official | Ex. |
|---|---|---|---|
| Mar. 28, 2002 | CNN-"Q&A with Jim Clancy" | If the Israelis move out of our territories and leave us alone, to live in peace, then I assure you that they will have peace. | 1089 |
| Mar. 29, 2002 | PBS-"Newshour" | Mr. Colin Powell is missing the point.  He should point fingers to Mr. Sharon to move his soldiers, his army, his settlers, from the Palestinian territories….Peace can be achieved only when those guys leave us alone and leave us as a free people.  If the situation continues, if the occupation continues…no one can stop the Palestinians.  The only way to stop the violence is to eliminate the causes of violence and the cause of violence is the illegal military occupation. | 1104 |
| Apr. 7, 2002 | NBC-"Meet the Press" | Can't we defend our country and our nation from an illegal, brutal foreign occupation like the Israeli brutal occupation of our people, who has denied us our very basic liberties and freedoms? | 1091 |
| Apr. 12, 2002 | CNN-"Wolf Blitzer Reports" | What takes Palestinians to the situation we are in is 36 years of one of the most brutal occupations in modern history.  That's what turns people into suicide bombers. | 1092 |
| Apr. 14, 2002 | CNN-"Larry King Weekend" | I think the involvement of the United States on the site would be very, very helpful because obviously the two parties trust the United States and they want the United States to be involved….We feel that 35 years of foreign, illegal occupation is more than enough. | 1106 |
| Apr. 15, 2002 | CNN-"American Morning with Paula Zahn" | Yasser Arafat essentially told Colin Powell over the weekend that we're not going to talk about any kind of ceasefire until the Israelis pull out of the occupied territories. | 1105 |
| Apr. 15, 2002 | Fox News-"On the Record with Greta van Susteran" | You get the Israelis out of the West Bank and Gaza, and you will have a peace agreement. | 1093 |
| May 3, 2002 | Fox News-"On the Record with Greta van Susteran" | The day the Israelis accept to withdraw their army from the Palestinian territories and take away their Taliban Jewish settlers from the Palestinian territories, we will have peace. | 1094 |
| May 8, 2002 | CNBC-"Hardball" | Occupation is the infrastructure of terrorism, and if Mr. Pinkas and his government are true to what they preach, they have to dismantle the occupation…otherwise we will have violence because occupation is the systematic violence and a system of violence. | 1095 |
| May 9, 2002 | National Press Club | Mr. Bush and Colin Powell both believe that President Arafat is essential for any progress to be made on the Palestinian-Israel track and that his role is very very important to move the process forward. | 1107 |

| Date | Outlet and Program | Statement by PA/PLO Official | Ex. |
|---|---|---|---|
| May 9, 2002 | National Press Club | So the United States can and has the possibilities to pressure Sharon. Sharon cannot defy the whole international community. | 1108 |
| May 9, 2002 | National Press Club | So occupation generates resistance.  And if we [are] to deal with the whole situation of violence in the region, occupation must end.  With all that it entails including, of course, the construction of illegal Jewish settlements in the Palestinian territories. | 1096 |
| May 19, 2002 | CNN-"Breaking News" | The shortest way to peace and security, to us and to the Israelis is to end the Israeli occupation and to establish a Palestinian state, next to the state of Israel.  I believe this is the only way out. | 1097 |
| June 18, 2002 | Fox News-"Hannity and Colmes" | I think that the only way to really reduce the level of violence is to try something that has not been tried, and that is to withdraw its troops from the Palestinian territories, stop illegal occupation, stop illegal construction of Jewish settlements. | 1098 |
| Nov. 24, 2002 | CNN-"Late Edition with Wolf Blitzer" | Israel is an occupying power.  And the only issue that it has to do is to end its occupation, as the United States by the way repeatedly called for, and allow the existence of a Palestinian state—a real one, with full sovereignty over its land and its people. | 1099 |
| Mar. 5, 2003 | MSNBC-"Countdown: Iraq" | You know how you control it?  By getting the hell out of the Palestinian territories and let the Palestinians live free because you cannot have occupation and peace together. | 1100 |
| Sept. 15, 2003 | CNBC-"Special Report with Maria Bartiromo" | Well, let me first say before that, it is not only about ending terror.  It's about ending terror and ending occupation as well. | 1101 |
| Sept. 19, 2003 | CNN-"Q&A with Jim Clancy" | [Y]ou have always to remember that the essence of the whole thing is the existence of the Israeli occupation.…For this peace to be achieved, we need to have a different Israeli position, one that says, yes, we want to end this occupation, that says yes, we want to end the colonization of the Palestinian land.  Only this could bring hope, and will then open the door for any practical steps on the ground. | 1102 |