# PLAINTIFFS' TRIAL EXHIBIT 1120 FILED UNDER SEAL

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER