# PLAINTIFFS' TRIAL EXHIBIT 1121 FILED UNDER SEAL

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER