```
 1              THE UNITED STATES DISTRICT COURT
 2                  THE DISTRICT OF COLUMBIA
 3
 4
 5   THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                           )
 6                        Plaintiff,       )
                                           )
 7           vs.                           )   Case No.
                                           )04-1173(PLF)(JMF)
 8                                         )
     THE PALESTINIAN AUTHORITY, et al.,    )
 9                                         )
                          Defendants.      )
10   _____)
11
12
13
14                      DEPOSITION OF
15                      MAZEN JADALLAH
16                  East Jerusalem, Israel
17                      June 15, 2010
18
19
20
21
22
23
24
25   REPORTED BY:  AMY R. KATZ, RPR
```

```
 1            MR. HEIDEMAN:  If, however, either you or
 2   the witness do not understand any question, please stop
 3   whoever is questioning and ask us to repeat.  Do you
 4   understand?
 5            INTERPRETER MASARWAH:  Yes.
 6            MR. HEIDEMAN:  Please translate to the
 7   witness.
 8            (Last colloquy translated.)
 9            MR. HEIDEMAN:  Thank you.
10   BY MR. HEIDEMAN:
11       Q.   Would you state your name, please, sir?
12       A.   Mazen Jadallah.
13       Q.   Would you spell that for the court reporter?
14       A.   In Arabic or English?
15       Q.   Since I understand that you do speak English
16   and read English well, if you could spell it in
17   English, it would save some time.
18       A.   (In English) M-A-Z-E-N, J-A-D-A-L-L-A-H.
19       Q.   Mr. Jadallah, please tell the court where
20   you were born.
21       A.   Anabta, Tulkarm.
22            MR. HEIDEMAN:  Madam Court Reporter, let me
23   inquire if you were able to hear the witness and
24   understand the witness' answer, or do you need it
25   translated by the interpreter?
```

```
 1              Do I understand correctly that your first
 2    position with the Palestinian National Authority was in
 3    May, 1997?
 4         A.   Right.
 5         Q.   Do I understand that that position was with
 6    the Ministry of Planning and International Cooperation?
 7         A.   Right.
 8         Q.   And do I understand that your first
 9    assignment was in Gaza?
10         A.   Right.
11         Q.   And do I understand that from May 1997 until
12    March 1998 you were in that position?
13         A.   Right.
14         Q.   And do I understand correctly, sir, that
15    from March of 1998 until now, you have worked
16    continuously for the Palestinian National Authority
17    Ministry of Finance?
18         A.   Yes.
19         Q.   Thank you.
20              Tell us, sir, what was your first position
21    with the Ministry of Finance for the Palestinian
22    National Authority, and where were you based?
23         A.   I was assistant deputy -- assistant director
24    general at the Ministry of Finance in Gaza, working
25    with the budget department.
```