

| | |
|---|---|
| Date: 9 Shevat 5763<br>January 12, 2003 | Case No.: [illegible] |

## The Military Court in Beit El

### Transcript of the Hearing of a Panel Session

**Before the President of the Court:** Lt. Col. Netanel Benishu
                                     Judge: Major Yoel Hadar
                                     Judge: Captain David Shonberg

**Prosecutor:** Lieutenant Ra'id Shanan - Present
**Defense counsel:** Adv. Akram Samara – Present

**Defendant:** Mohamed Abd-Al Rahman Salem Moslah, Identity No. 902845643 /
               Israel Prison Service – Present

**Interpreter:** Staff Sergeant Mohamed Nasraladin
**Stenographer:** Corporal Inbal Hess

**The President of the Court opens the session and identifies the Defendant.**

### Course of the hearing

Plaintiff: We have reached a plea bargain within the framework of which I ask to submit an amended indictment, the Defendant will ask to withdraw his Not Guilty plea, will plead Guilty to the amended indictment, and the parties will plead for the sentencing in the next session. The military prosecution wishes to declare before the Defendant that it will not be able to make that use of his notice before the Court in other cases that are related to his accomplices.

Defense Counsel: I confirm the statements of the Prosecutor and ask to permit my client to withdraw his Not Guilty plea.

### Decision

We permit the Prosecutor to file an amended indictment and the Defendant to withdraw his Not Guilty plea.

**Handed down and announced this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

Defense Counsel: I have explained the amended indictment to my client.

Defendant: My Counsel has explained the amended indictment to me and I plead Guilty to it.

[Stamp] P 6: 61

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P6: 61.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P6: 61.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_[signature]_
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2392704

Case 1:04-cv-00397-GBD-RLE   Document 660-25   Filed 12/04/14   Page 4 of 5

תאריך: ט' שבט, תשס"ג
12 ינואר, 2003

1
2 בית המשפט הצבאי בבית אל
3
4 פרוטוקול הדיון של ישיבת הרכב
5
6 בפני האב"ד: סא"ל נתנאל בנישו
7 שופט: רס"ן יואל הדר
8 שופט: סרן דוד שונברג
9
10 תובע: סגן ראיד שנאן - נוכח
11 סניגור: עו"ד אכרם סמרה - נוכח
12
13 נאשם: מחמד ע"א רחמן סאלם מצלח ת.ז 902845643 / שב"ס - נוכח
14
15 מתורגמן: סמ"ר מחמד נסראלדין
16 רשמת: רב"ט ענבל הס
17 -------------------------------------------------
18 אבה"ד פותח את הישיבה ומזהה את הנאשם.
19
20 **מהלך הדיון**
21
22 תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן, הנאשם
23 יבקש לחזור בו מכפירתו, יודה בכתב האישום המתוקן, והצדדים יטענו לעונש
24 בישיבה הבאה. התביעה הצבאית רוצה להצהיר בפני הנאשם כי לא תוכל לעשות כי
25 שימוש בהודעתו בפני ביהמ"ש בתיקים אחרים הנוגעים לשותפיו.
26
27 סניגור: אני מאשר את דברי התובע ומבקש להתיר למרשי לחזור בו מכפירתו.
28
29 **החלטה**
30
31 אנו מתירים לתובע להגיש כתב אישום מתוקן, ולנאשם לחזור בו מכפירתו.
32
33 ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.
34
35
36
37 שופט                אב"ד                שופט
38
39
40 סניגור: הסברתי למרשי את כתב האישום המתוקן.
41
42 נאשם: סנגורי הסביר לי את כתב האישום המתוקן ואני מודה בו.
43
44
45
46
47

P 6: 61