

PLAINTIFF'S EXHIBIT 419

Date: 9 Shevat 5763  
January 12, 2003

Case No.: 3250/02

## Verdict

Based on his admission of the charges, we convict the Defendant of the offenses that are attributed to him in the amended indictment.

**Handed down and announced this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

The parties: we ask to defer the hearing for the pleas for sentencing.

## Decision

The hearing for the case has been deferred to the meeting for pleas for sentencing on January 20, 2013 at 2:00 p.m.

**Handed down and announced this day, January 12, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

[Stamp] P 6: 60

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P6: 60.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P6: 60.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28/ day of February, 2014

_____
Notary Public

MIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

תאריך: ט' שבט, תשס"ג    מספר התיק: 3250/02
12 ינואר, 2003

## ה כ ר ע ת - ד י ן

1
2
3  על יסוד הודאתו באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
4  האישום המתוקן.
5
6
7  ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.
8
9
10
11  שופט        אב"ד        שופט
12
13  הצדדים: אנו מבקשים לדחות את הדיון לטיעונים לעונש.
14

## ה ח ל ט ה

15
16
17  הדיון בתיק נדחה לישיבת טיעונים לעונש ליום 20/1/03 בשעה 14:00.
18
19  ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.
20
21
22
23  שופט        אב"ד        שופט
24
25
26

2