מס. No. 1037/13

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked "A" is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני הח"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "A" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day 28th December 2013

היום 28/12/2013

Paid 83.00 shekels (including VAT)

שולם סך של 83.00 ש"ח (כולל מע"מ)

SIGNATURE _____    חתימה

NOTARY'S SEAL    חותם הנוטריון

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

   This public document

2. Has been signed by Yitzhak Weinberg - Advocate

   Advocate _____ 33 Soreq Street, Israel
   L.N.24260

3. Acting in capacity of Notary

4. Bears the seal/stamp of

   the above Notary

   **Certified**

5. At the Magistrates Court of Jerusalem

6. Date _____ -1-01-2014

7. By an official appointed by

   Minister of Justice under the

   Notaries Law, 1976.

8. Serial number _____ 73/14

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

   מסמך ציבורי זה

2. נחתם בידי יצחק וויינברג עו"ד

   עו"ד _____

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת

   של הנוטריון הנ"ל

   **אושר**

5. בבית משפט השלום בירושלים

6. ביום _____

7. על ידי מי שמונה בידי שר

   המשפטים לפי חוק הנוטריונים,

   התשל"ו - 1976

8. מס' סידורי _____

9. החותם / החותמת _____

10. חתימה _____

תאריך: ט' שבט, תשס"ג
12 ינואר, 2003

מספר התיק: 3251/02

1
2  בית המשפט הצבאי בבית אל
3
4  פרוטוקול הדיון של ישיבת הרכב
5
6  בפני האב"ד: סא"ל נתנאל בנישו
7  שופט: רס"ן יואל הדר
8  שופט: סרן דוד שונברג
9
10  תובע: סגן ראיד שנאן - נוכח
11  סניגור: עו"ד אכרם סמרה - נוכח
12
13  נאשם: מחמד סאמי אברהים עבדאללה ת.ז 979469954 / שב"ס - נוכח
14
15  מתורגמן: סמ"ר מחמד נסראלדין
16  רשמת: רב"ט ענבל הס
17  ------------------------------------------------
18  אבה"ד פותח את הישיבה ומזהה את הנאשם.
19



20  **מהלך הדיון**
21
22  תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן, הנאשם
23  יבקש לחזור בו מכפירתו, יודה בכתב האישום המתוקן, והצדדים יטענו לעונש
24  בישיבה הבאה. התביעה הצבאית רוצה להצהיר בפני הנאשם כי לא תוכל לעשות
25  שימוש בהודעתו בפני ביהמ"ש בתיקים אחרים הנוגעים לשותפיו.
26
27  סניגור: אני מאשר את דברי התובע ומבקש להתיר למרשי לחזור בו מכפירתו.
28
29  **ה ח ל ט ה**
30
31  אנו מתירים לתובע להגיש כתב אישום מתוקן, ולנאשם לחזור בו מכפירתו.
32
33  ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.
34
35
36
37
38  שופט        אב"ד        שופט
39
40  סניגור: הסברתי למרשי את כתב האישום המתוקן והוא מודה בו.
41
42  נאשם: סניגורי הסביר לי את כתב האישום המתוקן ואני מסכים למה שאמר
43  סניגורי.
44
45
46
47
48

1

מספר התיק: 3251/02                                     תאריך: ט' שבט, תשס"ג
                                                              12 ינואר, 2003

**ה כ ר ע ת - ד י ן**

על יסוד הודאתו באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב האישום המתוקן.

ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.



_____        _____        _____
    שופט                 אב"ד                 שופט

הצדדים: אנו מבקשים לדחות את הדיון לטיעונים לעונש.

**ה ח ל ט ה**

הדיון בתיק נדחה לישיבת טיעונים לעונש ליום 5/2/03.

ניתן והודע היום, 03/01/12, בפומבי ובמעמד הצדדים.

      

_____        _____        _____
    שופט                 אב"ד                 שופט



נאמן למקור

2

P 6: 88