מס. No. 1054/13

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני הח״מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית ושהוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ״ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 131.00 shekels (including VAT)

שולם סך של 131.00 ש״ח (כולל מע״מ)

SIGNATURE  חתימה

NOTARY'S SEAL     חותם הנוטריון



# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

   This public document

2. Has been signed by **Yitzhak Weinberg - Advocate**

   Advocate ___33 Soreg Street, Israel___

   L.N.24260

3. Acting in capacity of Notary

4. Bears the seal/stamp of

   the above Notary

   **Certified**

5. At the Magistrates Court of Jerusalem

6. Date ___- 1 -01- 2014___

7. By an official appointed by

   Minister of Justice under the

   Notaries Law, 1976.    90/14

8. Serial number _____

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

2. נחתם בידי **יצחק וויינברג עו"ד**

    עו"ד

3. המוכן בתור נוטריון.

4. נושא את החותמת/החותמות

    של הנוטריון הנ"ל

    אושר

5. בבית משפט השלום בירושלים

6. ביום

7. על ידי מי שמונה בידי שר

    המשפטים לפי חוק הנוטריונים,

    התשל"ו - 1976

8. מס' סידורו

9. החותם / החותמת

10. חתימה.

| צבא | הגנה | לישראל |
|---|---|---|
| בבית המשפט הצבאי | תיק ביהמ"ש : | 3251/02 |
| בבית אל | תיק תביעה : | 241/02 |
| בפני הרכב | תיק פ.א. : | 39/02 בנימין |
| | | ציון 7915/01 |
| | | ציון 481/01 |
| | | ציון 8379/01 |
| | | ציון 502/02 |



במשפט שבין התובע הצבאי - המאשים

- נ ג ד -

מחמד סאמי אברהים עבדאללה
ת.ז. 979469954, יליד 04.05.74, תושב ביר נבאללה
עצור מיום 20.02.02

- ה נ א ש ם -

## כתב - אישום מתוקן

### הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:

#### פרט ראשון:

**מהות העבירה:** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנות 84(1)(א) ו-85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מאמצע שנת 2001 ועד ליום מעצרו, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו :
הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בחוליה צבאית, אשר שמה לה למטרה ביצוע פיגועים נגד אזרחים ישראליים הן באיזור, הן מחוצה לו. הנאשם פעל בחוליה הצבאית האמורה ביחד עם מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה"), חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי"), היתם אלמותפק חמדאן, זידאן אל בדווי, ניזאר והדאן ועלי עליאן.

הנאשם פעל בחוליה הצבאית האמורה כפי שיתואר בפרטי האישום הבאים.

פרט שני: (ת.פ.א. 7915/01 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 26 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם חייל, בין בעצמו ובין בצוותא חדא עם אחרים, פרט או אחדים מהם באו בכוונה למותו של אחד, דהיינו:

1. הנאשם הנ"ל, במועד האמור, ברמאללה, נפגש עם חוסאם עקל רזיק שחאדה, היות אלמונתפק חמדאן ועלי עליאן. חוסאם שחאדה גרם בכוונה למותו של אחד, דהיינו: מחמד עיאנם (המכונה "אל חיטאווי"), אשר אותו קיבל ביחד עם פראס עיאנם מידי מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטאחה") לצורך ביצוע פיגוע ירי. (עילו היות הגיע לפגישה הנ"ל כשהוא חמוש בתמק ק-50, חמדאן הגיע כשהוא חמוש באקדח טופז.

2. הנאשם וחבריו הנ"ל החליטו לצאת לירושלים ולבצע שם פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.

3. בסביבות השעה 22:00, ביום 15.09.01, הנאשם וכל חבריו הנ"ל נסעו מרמאללה לירושלים ברכב איסוזו נודד של פראס עיאנם.

4. פראס עיאנם נהג ברכב האיסוזו הנ"ל ונסע ביחד עם הנאשם וחבריו על מנת להראות להם מקום שבו יבצעו את פיגוע הירי המתוכנן וכן על מנת להראות לנאשם וחבריו איך להימלט לאחר ביצוע הפיגוע האמור. פראס עיאנם הסיע את הנאשם וחבריו לכביש מס' 9 המחובר בין שכונת רמות לבין שכונת הגבעה הצרפתית בירושלים. פראס עיאנם הראה לנאשם וחבריו איפה לבצע את הפיגוע המתוכנן ואיך להימלט לאחר מכן. בסיום הסיור האמור, הנאשם וחבריו הנ"ל חזרו לרמאללה.

5. סביבות השעה 22:30, באותו היום, הנאשם ביחד עם חוסאם שחאדה והיותם חמדאן נסע ברכב גונב בצבע אפור עם לוחיות רישוי ישראליות, אשר אותו סיפק להם עלי עליאן לצורך ביצוע הפיגוע המתוכנן (להלן: הרכב). לפני הנאשם נסע פראס עיאנם ברכב האיסוזו הנ"ל וזאת על מנת להודיע באמצעות טלפון סלולרי לנאשם וחבריו על מחסומי משטרה וכוה"ל.

6. הנאשם נהג ברכב הנ"ל, לידו ישב חוסאם שחאדה, חמוש בתמק MP-5, ובמושב האחורי ישב היותם חמדאן, חמוש באקדח טופז.

7. הנאשם וחבריו הנ"ל נעצרו בכביש מס' 9 בסמוך לצומת המוביל לשכונת רמות שלהם והמתינו לרכב ישראלי בודד שיגיע למקום במטרה לבצע לעברו פיגוע ירי ולגרום למותם של נוסעי הרכב.

8. לאחר מספר דקות, בסמוך לשעה 23:10, הגיע למקום רכב אקספרס לבן, מ.ר. 2273706, (להלן: הרנו) אשר נסע מכיוון שכונת רמות שלהם ופנה לכיוון מס' 9 לכיוון שכונת רמות.

9. הנאשם החל לנסוע אחרי הרנו ועקף אותו.

10. כשהרכב, שבו נהג הנאשם, נסע במקביל לרנו, חוסאם שחאדה והיותם חמדאן פתחו באש בתמק MP-5 ובאקדח טופז לעבר נוסעי הרנו במטרה לגרום למותם.

11. מספר קליעים שנורו על-ידי חוסאם שחאדה והיותם חמדאן פגעו ברנו ובשני נוסעי הרנו - משה ווייס ומאיר וייסבויז ז"ל. הנאשם שמע אם אחד מנוסעי הרנו צועק "איי איי".

12. לאחר מכן, הנאשם המשיך לנסוע לכיוון שכונת רמות ובסמוך למקום שבו בונים גשר חדש פנה ימינה לדרך עפר המובילה לכיוון נבאללה.

13. לפני הכניסה לכפר נבאללה, הנאשם וחבריו שניו עמו ברכב נפגשו עם פראס עיאנם שהמתין להם במקום ברכב האיסוזו, משם הנאשם וחבריו הנ"ל, ביחד עם פראס עיאנם, המשיכו בנסיעה לכפר נבאללה ולאחר מכן נמלטו לרמאללה.

14. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותו של **מאיר וייסבויז ז"ל**, אשר נפטר בבית החולים מאוחר יותר באותו היום כתוצאה מפגיעותיו הקליעים שנורו על-ידי חברי הנאשם.



ויומן למקור

<u>פרט שלישי:</u> (פ.א. 7915/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשכ"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 23:10, במקום המתואר בפרט האישום הקודם, באמצעי האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותו של מנוח וייס, אשר נהג ברכב רנו אקספרס לבן, מ.ר. 2273706, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשו של משה וייס ופצע אותו

נאמן למקור

<u>פרט רביעי:</u> (פ.א. 481/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשי"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בראשית חודש אוקטובר 2001, ברמאללה או בסמוך לכך, ביחד עם מחמד ע'רחמאן סאלם מצלח (מכונה "אבו סטחח"), חוסאם עקל רגיב שחאדה ופראס צאדק מחמד עיאם (המכונה "אל חיטאווי"), החליט לבצע פיגוע ירי במטרה לגרום למותם של אזרחים ישראלים.

2. לצורך ביצוע פיגוע הירי המתוכנן, הנאשם קיבל מידי טארק מאלחי א-נוף רכב מזדה 323 גווב בצבע אפור עם לוחיות רישוי ישראליות. לצורך ביצוע פיגוע הירי המתוכנן, מחמד מצלח קיבל מאחמד ברגותי, שומר ראשו של מרוואן ברגותי, ראש "התנוזים" של הפתייח באיזור, שהוא התאחזות בלתי מותרת, תמ"ק MP-5.

3. ביום 03.10.01, הנאשם יצא מרמאללה לכיוון ירושלים לבצע שם את פיגוע הירי המתוכנן כשהוא נוהג ברכב המזדה הנ"ל. מחמד מצלח נסע ביחד עם הנאשם, כשהוא חמוש בתמ"ק MP-5 הנ"ל.

4. פראס עיאם וחוסאם שחאדה נסעו ברכב איסוזו טנדר של פראס עיאם לפני רכב המזדה שבו נסע הנאשם וזאת במטרה לחודיע על מחסומי המשטרה וזה"ל בדרך. הנאשם וכל חבריו הנ"ל הגיעו לבית חנינא החדשה בסמוך לירושלים. שם הנאשם החנה את רכב המזדה, וביחד עם מחמד מצלח הסתיר בתוך הרכב את תמ"ק MP-5 הנ"ל. הנאשם ומחמד מצלח עלו לרכב האיסוזו ומשם המשיכו ברכב האיסוזו ביחד עם פראס עיאם וחוסאם שחאדה לכיוון כביש בנין.

5. הנאשם וחבריו הנ"ל הגיעו לכביש בנין. שם, פראס עיאם הראה לנאשם ושאר חבריו איפה לבצע את פיגוע הירי המתוכנן ואיך להימלט לאחר ביצוע פיגוע הירי. הנאשם וחבריו הנ"ל החליטו לבצע את פיגוע הירי המתוכנן במנהרה הראשונה של כביש בנין מכיוון רמות וזאת על מנת שלא ישמעו את קולות הירי. לאחר מכן, הנאשם וכל חבריו הנ"ל חזרו לבית חנינא, למקום שבו הושאר רכב המזדה.

6. הנאשם עלה לרכב המזדה, לידו התיישב מחמד מצלח החמוש בתמ"ק MP-5. משם הנאשם נהג ברכב המזדה לכביש בנין במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראלים.

7. הנאשם ומחמד מצלח נסעו בכביש בנין הלוך ושוב מספר פעמים כשהם מחפשים רכב ישראלי בודד במטרה לבצע לעברו את פיגוע הירי המתוכנן במטרה לגרום למותם של נוסעי הרכב.

8. בסמוך לשעה 23:35, כשהם נוסעים לכיוון צפון, במנהרה האחרונה בכיוון נסיעתם, הנאשם ומחמד מצלח הבחינו ברכב חונדה אקורד, מ.ר. 1103217, הנוסע בכביש בנין לכיוון צפון. ברכב החונדה נסעו טוני עמשאל, פניו ממזון ופזית מימוני.

9. הנאשם עקף את רכב החונדה הנ"ל. בעת שהנאשם נסע במקביל לרכב החונדה הנ"ל, מחמד מצלח ירה כדור אחד בתמ"ק MP-5, אשר בו החזיק, לעבר נוסעי רכב החונדה, במטרה לגרום למותם. הקליע שנורה על-ידי מחמד מצלח לא פגע ברכב החונדה הנ"ל.

10. לאחר ביצועו פיגוע הירי האמור, הנאשם ומחמד מצלח המשיכו בנסיעתם לכיוון כביש מס' 9 המחבר בין שכונת רמות לשכונת הגבעה הצרפתית.

ת.פ. 1/24/02 מתוקן

3

PE 86



**פרט חמישי:** (פ.א. 8379/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. לאחר שהנאשם, יחד עם מחמד ע/רחמאני סאלם מצלח (המכונה "אבו סטחה"), ביצע את פיגוע הירי כפי שתואר בפרט האישום הקודם, השניים המשיכו בנסיעה ברכב המזדה, המתואר בפרט האישום הקודם, לכיוון כביש מס' 9, המחובר בין שכונת רמות לשכונת הגבעה הצרפתית במכוון להגיע משם לבית חנינא ובהמשך לרמאללה.
2. במהלך הנסיעה הנ"ל, מחמד מצלח, על-פי בקשת הנאשם, בדק את תקינותו של תמ"ק MP-5, אשר בו החזיק, ואף ירה מספר כדורים באוויר.
3. במהלך הנסיעה בכביש מס' 9 הנ"ל, בסמוך לשעה 23:45, הנאשם ומחמד מצלח הבחינו ברכב סקודה, מ.ר. 6567709, אשר נסע בכביש מס' 9 לכיוון הגבעה הצרפתית. ברכב הסקודה הנ"ל נסעו מלכה כהן ופנחס כהן.
4. הנאשם ומחמד מצלח החליטו לבצע פיגוע ירי לעבר רכב הסקודה הנ"ל ולגרום למותם של הנוסעים בו.
5. הנאשם, אשר, כאמור, נהג ברכב המזדה, עקף את רכב הסקודה.
6. בעת שהנאשם נסע במקביל לרכב הסקודה הנ"ל, מחמד מצלח ירה בתמ"ק MP-5 מספר יריות לעבר רכב הסקודה הנ"ל במטרה לגרום למותם של נוסעי רכב הסקודה.
7. מספר קליעים שנורו על-ידי מחמד מצלח פגעו ברכב הסקודה. שני קליעים שנורו על-ידי מחמד מצלח פגעו בפנחס כהן וקליע נוסף פגע במלכה כהן.
8. פנחס כהן נפצע באורח בינוני מפגיעת שני קליעים בבטנו, ואילו מלכה כהן, שהיתה בשבוע ה-28 להריון, נפצעה באורח בינוני מפגיעת קליע בראשה.
9. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד מצלח המשיכו בנסיעה לכיוון הגבעה הצרפתית ומשם הגיעו לבית חנינא החדשה. שם, הנאשם ומחמד מצלח החנו את רככב ויצרו קשר טלפוני עם חוסאם עקל רביע שחאדה ופראס צאדק מחמד עיאנב (המכונה "אל חיטאווי"), אשר אשר הגיעו למקום ברכב האיסוזו של פראס עיאנב על מנת לאסוף את הנאשם ומחמד מצלח, זאת לפי התכנון האמור בפרט האישום הקודם.
10. הנאשם ומחמד מצלח הסתירו את תמ"יק MP-5 הנ"ל ברכב האיסוזו ועלו לרכב האיסוזו.
11. הנאשם ושלושת חבריו הנ"ל ניסו לחזור מירושלים לרמאללה, אך לא הצליחו לעשות כן בגלל מחסומי צה"ל והמשטרה. הנאשם וחבריו הנ"ל נשארו ללון אצל יאסר אבו אלחטיב, חברו של חוסאם שחאדה, בבית חנינא החדשה בירושלים.
12. יום למחרת, 04.10.01, הנאשם חזר ברכב המזדה הנ"ל לרמאללה והחזיר את הרכב לידי טארק א-נוף.

**פרט שישי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. ביום 14.01.02 נהרג ראאד כרמי אשר היה פעיל צבאי בכיר ב"תנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת. בעקבות מותו של ראאד כרמי הנ"ל, ראש "התנזים" של הפת"ח באיזור - מרואן ברגותי פתח אוהל אבלים בלעבירה.
2. ביום 15.01.02, הנאשם הגיע לאוהל האבלים הנ"ל ונפגש עם ממחד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה"), פראס צאדק מחמד עיאנב (המכונה "אל חיטאווי"), טארק מאלחי א-נוף, זידאן אל בדוי ואחמד ברגותי (המכונה "אל פראנסיי") שהוא שומר ראשו של מרואן ברגותי הנ"ל. אחמד ברגותי הנ"ל מסר לנאשם ולחבריו הנ"ל כי מרואן ברגותי, ראש "התנזים" של הפת"ח באיזור, מבקש כי הנאשם וחבריו יבצעו באופן מיידי פיגוע נקמה על מותו של ראאד כרמי הנ"ל ויגרמו למותם של אזרחים ישראליים.

3. הנאשם וחבריו הנ"ל, באוהל האבלים הנ"ל, החליטו לבצע עוד בערב פיגוע בתחנת הדלק בגבעתם הממצאת בכביש 443 בסמוך לכניסה לבגעים ואב ולגרום למות של אזרחים ישראלים.

4. בשעות הערב באותו היום, 15.01.02, הנאשם יצא מאוהל האבלים הנ"ל ביחד עם פראס עיאם. הנאשם ופראס עיאם נסעו ברכב איסוזו טנדר של פראס עיאם לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן. אחרי רכב האיסוזו הנ"ל נסעו זיאד, החמוש באקדח 16, מחמד מצלח, החמוש באקדח נוסף, וטארק א-נוף, החמום בתמ"ק MP-5. השלושה נסעו ברכב מזדה בצבע חום בהיר לעבר תחנת הדלק הנ"ל במטרה לבצע שם את הפיגוע המתוכנן.

5. הנאשם וכל חבריו הנ"ל הגיעו עד ערמת עפר החוסמת את היציאה מכפרים ביר נבאללה ואלג'יב לכביש 443 במרחק של כ-100 מטר מתחנת הדלק הנבנעים. הנאשם וחבריו החנו את כלי הרכב שלהם, איסוזו ומזדה, עם הפנים לכיוון הכפר ביר נבאללה על מנת שיוכלו להמלט מהמקום מיד לאחר ביצוע הפיגוע המתוכנן.

6. מחמד מצלח, החמוש באקדח 14 שלו, וזיאד, החמוש באקדח 16, וטארק א-נוף, החמוש ב-MP-5, ירדו מכלי הרכב והלכו לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למות של אזרחים ישראלים.

7. הנאשם ופראס עיאמם נשארו בכלי הרכב הנ"ל על מנת לשמור שלא יגיע למקום סיור של צה"ל או אנשים אחרים. הנאשם ישב ברכב תוהב ברכב המוזדה על מנת שיוכל למלט באופן מיידי את שלושת חבריו שיצאו לבצע את הפיגוע המתוכנן מיד לאחד ביצוע הפיגוע.

8. טארק א-נוף ומחמד מצלח נעמדו בכניסה לתחנת הדלק הנ"ל. לאחר מספר דקות, בסמוך לשעה 19:45, מחמד מצלח וטארק א-נוף הבחינו ברכב פיאט אונו לבן, מ.ר. 6424905, שנכנס לתחנת הדלק הנ"ל ואשר בו נהגה יואלה חן ז"ל וילדה ישבה רשל (רחל) עיני. טארק א-נוף ומחמד מצלח ניצשו אל כלי הרכב הפיאט במטרה לבצע לעברו פיגוע ירי ולגרום למותן של נוסעות הרכב. נוסעות רכב הפיאט הבחינו באקדח שבו החזיק מחמד מצלח והחלו לצעוק ולצפור. מחמד מצלח הכניס את האקדח למכונית ואמר לנוסעות הרכב שלא יפחדו. בשלב זה, טארק א-נוף פתח באש אוטומטית בתמ"ק MP-5 לעבר נוסעות רכב הפיאט במטרה לגרום למותן. אז גם מחמד מצלח שוב הוציא את האקדח והחל לירות לעבר נוסעות הרכב במטרה לגרום למותן.

9. מחמד מצלח וטארק א-נוף ירו מטווח קצר מאוד מספר רב של כדורים לעבר יואלה חן ז"ל ולעבר רשל (רחל) עיני שהיו ברכב הפיאט הנ"ל.

10. כ-28 קליעים, שנורו על-ידי טארק א-נוף ומחמד מצלח, פגעו בשמשה הקדמית של הרכב, מספר קליעים פגעו בצד הרכב ובשמשות חלון דלת הנהג.

11. במהלך ביצוע פיגוע הירי המתואר, זיאד, אשר עמד במרחק קצר מאחורי מחמד מצלח וטארק א-נוף, שימש כשומר ומתריע.

12. פראס עיאם, מיד לאחר ששמע את קולות הירי, נסע מהמקום ברכב האיסוזו שלו על מנת להודיע לנאשם חבריו אם יש מחסומים בדרך לרמאללה.

13. טארק א-נוף, זיאד ומחמד מצלח, לאחר שביצעו את פיגוע הירי כאמור לעיל, חזרו בריצה אל רכב המזדה שבו המתין הנאשם, לאחר שהשלושה הנ"ל עלו לרכב הנאשם חיסע אותם לרמאללה. ברמאללה, הנאשם, טארק א-נוף, מחמד מצלח וזיאד נפגשו עם פראס עיאם.

14. במעשים המתוארים לעיל, הנאשם גרם בכוונה למותה של **יואלה חן ז"ל**, אשר נפטרה במקום כתוצאה מפגיעת הקליעים שנורו על-ידי טארק א-נוף ומחמד מצלח.

**פרט שביעי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשי"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 19:45, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותה של רשל (רחל) עיני, אשר נסעה ברכב פיאט אונו לבן, מ.ר. 6424905, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשה של רשל (רחל) עיני, ושני קליעים נוספים פגעו בכתפה השמאלי ופצעו אותה באורח בינוני.

5

ת.ת. 241/02 מזוקק

P 6: 68

<u>פרט שמיני:</u> (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם במוונה למותו של אחר, דהיינו

1. באמצע חודש ינואר 2002, התקשר אל הנאשם פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי"). פראס עיאנם מסר לנאשם כי אחמד ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרוואן ברגותי - ראש "התנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל, אשר יבצע בירושלים פיגוע התאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.
2. ביום 22.01.02, פראס עיאנם התקשר אל הנאשם והודיע לו כי אחמד ברגותי שוחח עמו והודיעו כי המחבל המתאבד לצורך ביצוע הפיגוע המתוכנן מוכן וצריך להכניס אותו לירושלים. הנאשם שוב הביע את הסכמתו להשתתף בהוצאה לפועל של הפיגוע המתוכנן.
3. מאוחר יותר, באותו היום, הנאשם ופראס עיאנם נפגשו ברמאללה. פראס עיאנם הגיע לפגישה ברכבו איסוזו טנדר עם לוחיות רישוי ישראליות.
4. הנאשם ופראס עיאנם נסעו ברכב האיסוזו הנ"ל מרמאללה לירושלים על מנת למצוא דרך שאין בה מחסומי משטרה וצה"ל וזאת במטרה להסיע יותר באותה הדרך את המחבל המתאבד שיבצע את הפיגוע המתוכנן בירושלים.
5. הנאשם ופראס עיאנם נסעו מרמאללה דרך ראפאת והגיעו לאיזור התעשייה עטרות, שם השניים חזרו לכביש הראשי ירושלים-רמאללה ונסעו שמאלה עד לצומת המובילה למחנה רמה, שם הם פנו ימינה ונסעו עד לצומת אדם. בצומת אדם הנאשם וחברו פנו שמאלה ונסעו עד לצומת חיזמא, שם הם פנו ימינה ונכנסו לענתא. דרך ענתא, הנאשם וחברו, הגיעו לצומת הנגבה הצרפתית, שם השניים פנו ימינה וחזרו לרמאללה. הנאשם ופראס עיאנם ראו כי דרך שבה נסעו ניתן להוביל את המחבל המתאבד לירושלים מבלי להיעצר במחסומי משטרה וצה"ל.
6. בהגיעם לרמאללה, הנאשם ופראס עיאנם נסעו למלון "סיטי אין", הנמצא בסמוך לצומת איי"ש. באיזור המלון "סיטי אין", הנאשם ופראס עיאנם נפגשו עם אחמד ברגותי הנ"ל, אשר הכיר לנאשם ולפראס עיאנם את סעיד רמדאן, תושב כפר תל באיזור שכם, אשר היה חמוש ברוסי"ר M-16 ושתי מחסניות לרוסי"ר M-16 המוחבאות בצולחת.
7. אחמד ברגותי מסר לנאשם כי סעיד רמדאן הנ"ל הוא המחבל המתאבד, אשר אותו הם צריכים להוביל לירושלים על מנת שיבצעו שם פיגוע התאבדות כשירות לעבר אזרחים ישראליים במטרה לגרום למותם של אזרחים רבים ככל הניתן.
8. הנאשם ופראס עיאנם הסתירו את הרוסי"ר M-16 והמחסניות חנ"יל ברכב האיסוזו הנ"ל.
9. פראס עיאנם נהג ברכב האיסוזו, סעיד רמדאן ישב בכיסא שליד כיסא הנהג ואילו הנאשם התיישב במושב האחורי.
10. הנאשם ופראס עיאנם הסיעו את סעיד רמדאן לירושלים בדרך, אשר עליה בדקנו מוקדם יותר באותו היום כפי שתואר לעיל.
11. בירושלים, הנאשם ופראס עיאנם נסעו לרחוב שיח' ג'ראח. שם הם הוציאו את הרוסי"ר M-16 והמחסניות שהיו מוסתרים בתוך הרכב ומסרו אותם לידי סעיד רמדאן. הנאשם עבר לשבת בכיסא שליד כיסא הנהג ואילו סעיד רמדאן עבר למושב האחורי, כשהוא מחזיק בידיו את הרוסי"ר M-16 ואת המחסניות.
12. הנאשם ופראס עיאנם הסיעו את סעיד רמדאן לרחוב הנביאים.
13. במהלך הנסיעה, סעיד רמדאן התלונן בפני הנאשם ופראס עיאנם כי קנו לו נעליים חדשות עבור הפיגוע, אך הן קטנות ולוחצות לו. הנאשם הוריד את נעלי "ריבוק" ומסר אותם לסעיד רמדאן באומרו "תעלה לגן עדן עם נעלי "ריבוק"".
14. בהגיעם לצומת הרחובות שטראוס והנביאים, הנאשם ופראס עיאנם עצרו את רכב האיסוזו.
15. הנאשם ופראס עיאנם אמרו לסעיד רמדאן לרדת ברגל לרחוב יפו ולהתחיל לירות במקום שראיחה בו הרבה אנשים.
16. לאחר שסעיד רמדאן ירד מהרכב עם הרוסי"ר M-16 והתחמושת, הנאשם ופראס עיאנם נסעו מהמקום ברכב האיסוזו, יצאו דרך שכונת מוסררה לכביש מספר 1, ומשם נסעו דרך הכביש הראשי לרמאללה.
17. סעיד רמדאן, מספר דקות לאחר שירד מהרכב של הנאשם ופראס עיאנם, הגיע לרחוב יפו.



ת.ח 241/02 מתוקן

P 6: 69

18. בסביבות השעה 16:20, כשהוא עומד מול בית מסי 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן טען את רוסי"ר M-16 שבו החזיק, צעק "אללה הוא אכבר" ופתח בירי אוטומטי לכל עבר, לעבר האנשים שהיו ברחוב יפו, בתחנת האוטובוס הנמצאת במקום, בתוך אוטובוס "אגד" קו 27 שהיה באותה עת בתחנה הנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות במסתרה לגרום למותם של אנשים רבים בכל הניתן. סעיד רמדאן, כשהוא ממשיך לירות, נמלט מהמקום לעבר החניון הנמצא ברחוב הרב קוק. שם סעיד רמדאן החליף מחסניות והמשיך לירות לעבר האזרחים במטרה לגרום למותם. סעיד רמדאן ירה ברוסי"ר M-16, שבו החזיק, מעל 38 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים והשוטרים שהגיעו למקום.

19. כמעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותה של **אורה (סבטלנה) סנדלר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן.

**פרט תשיעי:** (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במעשה האמור, במקום האמור בפרט האישום הקודם, במעשים המתוארים בפרט האישום הקודם, גרם בכוונה למותה של **שרה המבורגר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ופראס צאדק מחמד עיאנן (המכונה "אל חיטאווי").

**פרט עשירי:** (פ.א. 502/02 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במעשה האמור, במקום האמור בפרט האישום השמיני, במעשים המתוארים בפרט האישום השמיני, ניסה לגרום בכוונה למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברחוב יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ופראס צאדק מחמד עיאנן (המכונה "אל חיטאווי"), **נפצעו מעל 45 אזרחים.**

**פרט אחד-עשר:**

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש ינואר - תחילת חודש פברואר 2002 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. במועד האמור, התקשר אל הנאשם פראס צאדק מחמד עיאנן (המכונה "אל חיטאווי"), פראס עיאנן מסר לנאשם כי אחמד ברגותי (המכונה "אל פראנסי"), שומר ראש של מרואן ברגותי - ראש "התנזים" של ארגון הפתייח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל נוסף, אשר יבצע בירושלים פיגוע התאבדות, דוגמא הפיגוע המתואר בפרט האישום השמיני, במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסדת המחבל המתאבד הנ"ל לירושלים.
2. הנאשם ופראס עיאנן סיכמו כי יסיעו את המחבל המתאבד לירושלים ברכב סוברו, אשר אותו יבקש מאחמד ברגותי.

ת.ה 241/02 מתוקן

7

P 6: 70

3. באותו היום, הנאשם ופראס עיאנס נסעו לרמאללה ושם נפגשו עם אחמד ברגותי. הנאשם ופראס עיאנס ביקשו מאחמד לקבל רכב לצורך הסעת המחבל המתאבד לירושלים. אחמד ברגותי מסר לידי הנאשם רכב סובארו אפור, ששייך למשפחתו של אחמד ברגותי. הנאשם חזר עם רכב הסובארו לביתו בביר נבאללה, ואילו פראס עיאנס נסע עם רכב איסוזו טנדר שלו לביתו בכפר עקב.
4. יום למחרת, פראס ברגותי התקשר אל הנאשם ואל פראס עיאנס והורה להם להגיע לתחנת הדלק הנמצאת ברמאללה תחת ולאסוף משם את המחבל המתאבד ולהסיע אותו לירושלים על מנת שיבצע שם את פיגוע ההתאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים.
5. הנאשם נסע ברכב הסובארו עד למחסום קלנדיה, שם הוא החנה את הרכב ועלה לרכב האיסוזו של פראס עיאנס שהגיע למקום. משם המשיכו השניים למקום המפגש האמור.
6. ברמאללה, בתחנת הדלק הנ"ל, הנאשם ופראס עיאנס נפגשו עם אחמד ברגותי, אשר הציג בפניהם את המחבל המתאבד שהיה עמו. אחמד ברגותי מסר לידי המחבל המתאבד רוסי"ר M-16 ושלוש מחסניות מלאות בכדורים לרוסי"ר M-16.
7. הנאשם ופראס עיאנס הסתירו את רוסי"ר M-16 והמחסניות בתוך רכב האיסוזו.
8. הנאשם ופראס עיאנס נסעו ביחד עם המחבל המתאבד לירושלים במטרה שהאחרון יבצע שם פיגוע ירי ויגרום למותם של אזרחים רבים ככל הניתן.
9. הנאשם, פראס עיאנס והמחבל המתאבד הגיעו למחסום קלנדיה ועקפו אותו. לאחר מכן הנאשם עבר לרכב הסובארו, שהשאיר במקום קודם לכן ונסע לצומת א-ראם. הנאשם עבר ברכב הסובארו את מחסום א-ראם והמתין במקום לפראס עיאנס והמתאבד המתאבד שעקפו את מחסום א-ראם ברגל. לאחר מכן, פראס עיאנס חזר, עלה לרכב האיסוזו, שבו היה מוסתר הנשק, ועבר את מחסום א-ראם כשהוא נוסע לבד ליד רכב האיסוזו עם הנשק.
10. הנאשם הסיע את המחבל המתאבד עד למסגד בשועפאט. לשם הגיע גם פראס עיאנס ברכב האיסוזו עם הנשק והתחמושת.
11. שם, המחבל המתאבד ביקש להיכנס למסגד ולהתפלל לפני שיבצע את פיגוע ההתאבדות. הנאשם ופראס עיאנס הסכימו לבקשת המחבל המתאבד.
12. בזמן שהמחבל המתאבד התפלל במסגד האמור, הנאשם ופראס עיאנס נסעו ברכב הסובארו לגבעת שאול שבירושלים במטרה לבדוק אם יש בדרך מחסומי צה"ל או משטרה. הנאשם ופראס עיאנס תכננו להסיע את המחבל המתאבד לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן וזאת מכיוון שיש בגבעת שאול במקום האמור אורחים רבים.
13. כאשר הנאשם ופראס עיאנס חזרו למסגד בשועפעט על מנת לאסוף משם את המחבל המתאבד ולהסיע אותו לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן, השניים לא מצאו את המחבל המתאבד במסגד.
14. הנאשם ופראס עיאנס התקשרו אל אחמד ברגותי ודיווחו לו כי המחבל המתאבד ברח להם. אחמד ברגותי הורה לנאשם ופראס עיאנס לחזור לרמאללה.
15. הנאשם ופראס עיאנס חזרו לרמאללה, נפגשו שם עם אחמד ברגותי ומסרו לידי האחרון את רכב הסובארו, את רוסי"ר M-16 ואת המחסניות.





8

ת.פ. 741/02 מתוקן



## עדי התביעה:

1. רס"מ יעקב ברזני, מ.א. 99106, לח"ק יהודה. [גובה אמרת הנאשם מיום 11.03.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח תפיסה וסימון]
2. רס"ר יצחק יעקובוף, מ.א. 1008358, לח"ק יהודה. [גובה אמרת הנאשם מיום 01.04.02 ומגיש כתב-ידו של הנאשם בערבית]
3. מחמד ע/רחמאן סאלם מטלח, ת.ז. 902845643. (עצור) (ת.ת. 242/01)
4. חוסאם עקל רביע שתאדה, ת.ז. 9755564733. (עצור) (ת.ת. 243/02)
5. הייתם אלמותפפק חמדאן. (עצור)

### פ.א. 7915/01 ציון

6. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
7. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
8. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
9. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
10. צוערת אדוה מלכה, מ.א. 1049089, מת"מ - תחנת ציון. [מגישה טופס לוואי למוצגים]
11. רס"ן זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעו"צ - קבלת מוצגים לבדיקה] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
12. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ ב/07 - 4539/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
13. ד"ר אייל יצחאקי, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
14. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר ווייסבויז ז"ל] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
15. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
16. יפה וקניין, ת.ז. 058857863. (פרטים בתביעה) (עדת ראיה)

### פ.א. 481/01 ציון

17. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
18. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
19. פזית מימוני, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

### פ.א. 8379/01 ציון

20. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
21. רס"ר גבריאל עבד, מ.א. 958736, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
22. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
23. צוער דרור אברם, מ.א. 1039080, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
24. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
25. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
26. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ ב/2 - 4723/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
27. סיגל אשאוי, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
28. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
29. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגע בפיגוע)
30. אוהב עמי יחיאל, ת.ז. 059214320. (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
31. ד"ר יאיר קן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
32. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]

### פ.א. 39/02 בנימין

33. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]

ת.ת 241/02 מתוקן

9

P 6 72



34. רס"מ קובי סבג, מ.א. 56494, תחנות בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
35. רס"מ אלי קוגמן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
36. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דוי"ח בדיקת רכב]
37. רס"ר מאיר רענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
38. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעודת - קבלת מוצגים לבדיקה] (הזימון לפי דרישה מפורשת של הסניגוריה בלבד)
39. סגן ד"ר ניר אילון, מ.ר 33216, צה"ל. [פרטים בתביעה] (עדות - קביעת מוצת של יואלה חן ז"ל + טיפול בפצועים)
40. ד"ר שאול בייס, מ.ר 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (הזימון לפי דרישה מפורשת של הסניגוריה בלבד)
41. רחל (רשל) עיני, ת.ז. 075966614. [פרטים בתביעה] (נפצעה בפיגוע)
42. סמי יעקנין, ת.ז. 027798040. [פרטים בתביעה] [עדות + סקירה] (עד ראיה)
43. נחשון בראשי, ת.ז. 05033235. [פרטים בתביעה] (זיהוי ההרוגה)

פ.א. 502/02 ציון

44. פקד דרור אסרף, מ.א. 942276, מתי"מ - תחנת ציון. [מגיש דוי"ח זכ"ד, תפיסה וסימון]
45. רס"ב יגאל דניאל, מתי"מ - תחנת ציון. [מגיש דוי"ח תפיסה וסימון]
46. צוער צביקה ריינור, מתי"מ - תחנת ציון. [מגיש דוי"ח זכ"ד, תפיסה וסימון + תצלומים]
47. רס"ל ציון טבדי, מ.א. 1043413, מתי"מ - תחנת ציון. [מגיש דוי"ח פעולה - מציאת צולבת]
48. רס"ב אשר לוי, מ.א. 47720, תשאו"ל - תחנת ציון. [מגיש דוי"ח תפיסה וסימון]
49. בני עוריאל, ת.ז. 303647598. [פרטים בתביעה] (עד ראיה - דף אחרי המחבל)
50. עמאד ענידה, מ.א. 739037, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
51. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
52. נועם בגאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
53. חן בגעם, ת.ז. 1049188, יס"ם אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
54. נגאדי (גיא) מלניק, ת.ז. 309130540. [פרטים בתביעה] (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
55. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
56. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
57. חיים צאלח, ת.ז. 033401019. [פרטים בתביעה] (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
58. בוריס אבטיסיאן, ת.ז. 309086171. [פרטים בתביעה] (עד ראיה)
59. יקותיאל-ישראל עלוש, ת.ז. 310101647. [פרטים בתביעה] (עד ראיה)
60. משה ממן, ת.ז. 06246911. [פרטים בתביעה] (עד ראיה)
61. טובה יצחקי, ת.ז. 051270353. [פרטים בתביעה] (עד ראיה)
62. מזל יצחקי, ת.ז. 04330150. [פרטים בתביעה] (עדות ראיה)
63. ירון אברהמי, ת.ז. 640712770. [פרטים בתביעה] (עד ראיה)
64. פנחס בנטורה, ת.ז. 055611230. [פרטים בתביעה] (עד ראיה)
65. כפיר קדם, ת.ז. 039381249. [פרטים בתביעה] (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
66. יעקב סנדלר, ת.ז. 307750984. [פרטים בתביעה] (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
67. ד"ר דפנה וילנר, מ.ר 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (הזימון לפי דרישה מפורשת של הסניגוריה בלבד)
68. ד"ר ילנה וסלנו, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המנוגר ז"ל] (הזימון לפי דרישה מפורשת של הסניגוריה בלבד)

רשימות עדים נוספת כנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט

סרן
מיכאל קוטליק
תובע צבאי

תאריך: 12.01.2003
סימוכין: 241-02 מתוקן

10

ת.ת. 241/02 מתוקן

P 6: 73