No. 1022/13 .מס

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני הח"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 83.00 shekels (including VAT)

שולם סך של 83.00 ש"ח (כולל מע"מ)

SIGNATURE_____   חתימה

NOTARY'S SEAL    חותם הנוטריון




# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

   This public document

2. Has been signed by Yitzhak Weinberg - Advocate
   Advocate _____ 33 Soreq Streer, Israel
   L.N.24260

3. Acting in capacity of Notary

4. Bears the seal/stamp of

   the above Notary

   **Certified**

5. At the Magistrates Court of Jerusalem

6. Date _____ 1 -01- 2014

7. By an official appointed by
   Minister of Justice under the
   Notaries Law, 1976.

   55/14

8. Serial number _____

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

   מסמך ציבורי זה

2. נחתם בידי "יצחק וויינברג עו"ד
   עו"ד _____

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת
   של הנוטריון הנ"ל

   **אושר**

5. בבית משפט השלום בירושלים

6. ביום _____

7. על ידי מי שמונה בידי שר
   המשפטים לפי חוק הנוטריונים,
   התשל"ו - 1976

8. מס' סידורי _____

9. החותם / החותמת _____

10. חתימה _____

תיק מס': 3529/02                                            תאריך: כ"ו תמוז, תשס"ד
                                                                    15 יולי, 2004

## בית המשפט הצבאי יהודה

בפני כב' הנשיא: סא"ל שלומי כוכב
שופט: רס"ן יאיר תירוש
שופט: רס"ן רונן עצמון

**התביעה הצבאית**
(באמצעות סגן אשר אוחיון)

נגד

הנאשמת: קאהירה סעיד עלי סעיד ת.ז 903946960 / שב"ס - נוכחת
(באמצעות ב"כ עו"ד אזברגה - נוכח)

רשמת: רב"ט סיון קדמי
מתורגמן: סמ"ר פארס פאלח

אב"ד פותח את הישיבה ומזהה את הנאשמת.

### מהלך הדיון

נאשמת: מייצג אותי עו"ד אזברגה.

תובע: הגענו להסדר טיעון במסגרתו אני מבקש לתקן את כתב האישום בגופו. הנאשמת תודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן פתוח. התיקון הוא על דרך של מחיקת פרטי האישום 5,6,8 והמרת אישומים 1-4 לסיוע לגרימת מוות.

### החלטה

אנו מורים על תיקון כתב האישום כפי שתוקן בגופו ומתירים לנאשמת לחזור בה מכפירתה.

ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.



שופט            אב"ד            שופט

סניגור: אני מאשר את דברי התובע. הקראתי למרשי את כתב האישום, הסברתי לו את תוכנו, הוא הבינו ומודה במיוחס לו בו.

**בית המשפט מבהיר לנאשם ולצדדים כי אינו כבול להסדר הטיעון שנקשר ביניהם.**

נאשמת: אני מאשרת את דברי סניגורי ומודה בכתב האישום המתוקן.

-1-

P 5: 147

תיק מס׳: 02/...           תאריך: כ״ו תמוז, תשס״ד
                                         15 יולי, 2004

## הכרעת - דין

על יסוד הודאתה באשמה, אנו מרשיעים את הנאשם,בעבירות המיוחסות לה בכתב האישום המתוקן.

ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.

_____  _____  _____
שופט                  אב״ד                שופט

הצדדים : נבקש לדחות את הטיעונים לעונש למועד אחר ואין לנו התנגדות להחלפת הרכב לטיעונים לעונש.

## החלטה

אנו דוחים את התיק לטיעונים לעונש ליום 29/8/04.

ניתן והודע היום, 15/07/2004 , בפומבי ובמעמד הצדדים.

_____  _____  _____
שופט                  אב״ד                שופט



יצחק ווינברג / YITZHAK WEINBERG / NOTARY

-2-