מס. No. 1052/13

| CERTIFICATION OF COPY | אישור העתק |
|---|---|
| I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me. | אני הח"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש מאשר כי המסמך המצורף והמסומן באות "A" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית ושהוצג בפני. |
| In witness whereof I certify the correctness of the copy and I hereto set my signature and seal, | ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי, |
| This day 28th December 2013 | היום 28/12/2013 |
| Paid 83.00 shekels (including VAT) | שולם סך של 83.00 ש"ח (כולל מע"מ) |

SIGNATURE _____   חתימה

NOTARY'S SEAL   חותם הנוטריון

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL** — מדינת ישראל

   This public document — מסמך ציבורי זה

2. Has been signed by Yitzhak Weinberg - Advocate — נחתם בידי

   Advocate  33 Soreq Street, Israel — עו"ד  יצחק וויינברג עו"ד
   
   L.N.24260

3. Acting in capacity of Notary — המכהן בתור נוטריון.

4. Bears the seal/stamp of — נושא את החותם/החותמת

   the above Notary — של הנוטריון הנ"ל

   **Certified** — אושר

5. At the Magistrates Court of Jerusalem — בבית משפט השלום בירושלים

6. Date  1 -01- 2014 — ביום

   88/14

7. By an official appointed by — על ידי מי שמונה בידי שר

   Minister of Justice under the — המשפטים לפי חוק הנוטריונים,

   Notaries Law, 1976. — התשל"ו - 1976

8. Serial number _____ — מס' סידורי

9. Seal/Stamp _____ — החותם / החותמת

10. Signature _____ — חתימה

תאריך: 22/01/03                                              תיק מס': 3478/02

## בית המשפט הצבאי
## ב י ת - א ל
### (במושבו בבית אל)

| | |
|---|---|
| דיון בית משפט מיום: 22/01/03 | בפני האב"ד: רס"ן אלי בר-און |
| | שופט: סרן שמעון אורי |
| | שופט: סרן אריק בוקטמן |

תובע: סרן מיכאל קוטליק - נוכח
סניגור: עו"ד סמרה - נוכח

נאשם: ע/כרים ראתב יונס עוויס    ת.ז.: 980136675 / שב"ס - נוכח

רשמת: רב"ט סיון הראל
מתורגמן: טור' כרים סאלמה

אב"ד פותח את הישיבה ומזהה את הנאשם.

### מהלך דיון

סניגור: התעוררה בעיה כלשהי הקשורה לנסיבות חיצוניות כלשהן. אני מבקש לדחות את התיק לישיבה נוספת.

תובע: אני מסכים כי התעוררה בעיה כלשהי לגבי ההסכמה הנוגעת לעניינים של אנשים אחרים. אנו מגישים כתב אישום מתוקן בתיק.

סניגור: אבקש לדחות את הדיון לישיבת הקראה נוספת.

תובע: אני מבקש הפסקה.

### לאחר הפסקה

תובע: הגענו להסדר בתיק, לפיו הנאשם יודה בכתב האישום המתוקן והתביעה מתחייבת שלא לעשות שימוש בהודעה של הנאשם היום בפני ביהמ"ש בתיקים אחרים.

סניגור: אני מאשר את דברי חברי. הסברתי למרשי את כתב האישום המתוקן, הוא מבין אותו ומודה בו.

נאשם: סנגורי הסביר לי את כתב האישום המתוקן, אני מבין אותו ומודה בו. אני מבקש, בכל הקשור לפרט אישום 19, באם באופן מפורש או באופן משתמע אני מפליל את אחי חסאן, אני לא מודה בכך. אני מודה כי שלחתי עם אחי את מוצטפא סריה וע/כרים אבו נעסן, אולם אחי לא ידע כי הם נשלחים לביצוע פיגוע, וביקשתי שאחי יוביל אותם בהיותו נהג מונית, מבלי שידע על הכוונות לבצע פיגוע.

1

P 5: 40

תאריך: 22/01/03   תיק מס׳: 3478/02

1  תובע: דברי הנאשם מקובלים עלינו, בכל הקשור לתיקו של הנאשם. ממילא כתב
2  האישום בעניינו של הנאשם, לא מתייחס לאחיו של הנאשם כמי שידע על הפיגוע.
3
4  ## ה כ ר ע ת - ד י ן
5
6  על יסוד ההודאה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
7  האישום המתוקן.
8
9  **ניתן והודע היום, 22/01/03, בפומבי ובמעמד הצדדים.**
10
11
12
13  שופט                              אב״ד                         שופט
14
15
16  הצדדים: אנו מבקשים לטעון לעונש בתאריך 12/03/03, ואנו מבקשים לזמן את עד
17  התביעה 11 מכתב האישום המתוקן כעד לעניין העונש מטעם ההגנה.
18
19  ## ה ח ל ט ה
20
21  הדיון בתיק נדחה לשמיעת טיעוני הצדדים לעונש לתאריך 12/03/03.
22
23  למועד זה תזמן מזכירות ביהמ״ש את עד התביעה מס׳ 11.
24
25  **ניתן והודע היום, 22/01/03, בפומבי ובמעמד הצדדים.**
26
27
28
29  שופט                              אב״ד                         שופט
30
31

2