No. 080/14 .מס

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני החי"מ יצחק ווינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "A" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית ושהוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day 24th December 2013

היום 24/12/2013

Paid 84.00 shekels (including VAT)

שולם סך של 84.00 ש"ח (כולל מע"מ)

SIGNATURE _____

חתימה

NOTARY'S SEAL       חותם הנוטריון



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | 2. נחתם בידי |
| Advocate YITZHAK VEINBERG | עו"ד יצחק וויינברג |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | 4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date  3 - -03- 2014 | 6. ביום |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | 7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו – 1976 |
| 1896/14 | |
| 8. Serial number _____ | 8. מס' סידורי _____ |
| 9. Seal/Stamp _____ | 9. החותם / החותמת _____ |
| 10. Signature _____ | 10. החתימה _____ |

תיק מס': 3380/03                                                               01/06/

## בית המשפט הצבאי
## ב י ת - א ל
## - פ ר ו ט ו ק ו ל -

תאריך בית משפט מיום: 01/06/2003          בפני האב"ד: סא"ל נתנאל בנישו
                                          שופט: סא"ל חנן רובינשטיין
                                          שופט: רס"ן אלי בר-און

התובע: סרן ראיד שנאן
הסניגור: עו"ד בסול - נוכח

הנאשם: עבדאללה ע'אלב עבדאללה ברגותי ת.ז.: 30300028 / מגרש הרוסים - נוכח

העד: סמל סיון הראל
המתורגמן: סמ"ר מוחמד נסראדלין

אב"ד פותח את הישיבה ומזהה את הנאשם.

### מהלך דיון

התובע: בהמלצת ביהמ"ש הנכבד בדיון הארכת מעצרו של הנאשם מהיום, נבקש כי תוקראת כתב האישום תתבצע עתה.

### החלטה

מתבקש.

ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.

_____ שופט        _____ אב"ד        _____ שופט

הסניגור: הסברתי למרשי את כתב האישום, הוא מבין אותו ומבקש להודות בו.

הנאשם: אני מאשר את דבריו של סניגורי ומודה במיוחס לי בכתב האישום.

### הכרעת - דין

על יסוד ההודאה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב האישום.

ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.

_____ שופט        _____ אב"ד        _____ שופט

1

תיק מס': 3380/03    תאריך: 01/06/03

1
2  הצדדים: נבקש לקבוע את התיק לישיבת סיום.
3
4  **ה ח ל ט ה**
5
6  הדיון בתיק נדחה לישיבת סיום אשר תתקיים בתאריך 13/07/03.
7
8  מזכירות ביהמ"ש תפנה למזכירות ביהמ"ש הצבאי בשומרון על מנת לשחרר את
9  עו"ד בסול מהופעה בתיקים שנקבעו לו בתאריך זה בבית המשפט בשומרון.
10
11  ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.
12
     
שופט         אב"ד          שופט

   

2

P 11-6: 175