מס. No. 1042/13

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a
Notary in 33 Soreq Street, Beit
Shemesh, Israel
Hereby certify that the attached document
marked **"A"** is a correct copy of the
original document which is drawn up in
the Hebrew language and has been
produced to me.

אני החי״מ יצחק וויינברג נוטריון
בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן
באות ״א״ הינו העתק מדייק של
המסמך המקורי שנערך בשפה העברית
ושהוצג בפני.

In witness whereof I certify the
correctness of the copy and I hereto set
my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק
הנ״ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 77.00 shekels (including VAT)

שולם סך של 77.00 שי״ח (כולל מעי״מ)

SIGNATURE _____          חתימה

NOTARY'S SEAL          חותם הנוטריון



# APOSTILLE

**(Convention de la Haye du 5 Octobre 1961)**

| | |
|---|---|
| **1. STATE OF ISRAEL** | ‫1. מדינת ישראל‬ |
| This public document | ‫מסמך ציבורי זה‬ |
| 2. Has been signed by _Yitzhak Weinberg - Advocate_ | ‫2. נחתם בידי‬ |
| Advocate _____ 33 Spreq Street, Israel | ‫יצחק ויינברג עו"ד‬ ‫עו"ד‬ |
| 3. Acting in capacity of Notary   L.N.24260 | ‫3. המכהן בתור גוטריון.‬ |
| 4. Bears the seal/stamp of | ‫4. נושא את החותם/החותמת‬ |
| the above Notary | ‫של הנוטריון הנ"ל‬ |
| **Certified** | **‫אושר‬** |
| 5. At the Magistrates Court of Jerusalem | ‫5. בבית משפט השלום בירושלים‬ |
| 6. Date _____   - 1 -01- 2014 | ‫6. ביום _____‬ |
| 7. By an official appointed by | ‫7. על ידי מי שמונה בידי שר‬ |
| Minister of Justice under the | ‫המשפטים לפי חוק הנוטריונים,‬ |
| Notaries Law, 1976. | ‫התשל"ו - 1976‬ |
| 8. Serial number _____ | ‫8. מס' סידורי _____‬ |
| 9. Seal/Stamp _____ | ‫9. החותם / החותמת _____‬ |
| 10. Signature _____ | ‫10. חתימה _____‬ |

7 8/14

תיק מס': 3459/02

תאריך: י"ג אייר, תשס"ג
15 מאי, 2003

**בית המשפט הצבאי**
**ב י ת - א ל**
**- פ ר ו ט ו ק ו ל -**

1
2
3
4

בפני האב"ד: סא"ל נתנאל בנישו
שופט: סרן מנחם ליברמן
שופט: סרן שלמה כץ

דיון בית משפט מיום: 15/05/03

5
6
7

תובע: סרן מיכאל קוטליק
סניגור: עו"ד אחמד צפיה - נוכח

8
9
10

**נאשם: אחמד טאלב מוצטפא ברגותי     ת.ז.: 9944466860 / שב"ס - נוכח**

11
12

רשמת: טורי סיוון קדמי
מתורגמן: רב"ט כרים סלאמה

13
14
15
16

**אב"ד פותח את הישיבה ומזהה את הנאשם.**

17
18

**מהלך דיון**

19
20

<u>סניגור:</u> אנחנו מבקשים לחזור בנו מהכפירה ולהודות בכתב האישום המתוקן
שהוגש ביום 01/10/02.

21
22
23

<u>נאשם:</u> אני מאשר את דברי סניגורי.

24
25

<u>תובע:</u> אבקש להרשיע את הנאשם ע"פ הודאתו.

26
27

**הכרעת דין**

28
29

על יסוד הודאתו ובאשמה אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
האישום המתוקן.

30
31
32

**ניתן והודע היום, 15/05/03 , בפומבי ובמעמד הצדדים.**

33
34
35
36
37

<u>הצדדים:</u> נבקש לדחות לטיעונים לעונש.

38
39

<u>סניגור:</u> אני מבקש לזמן במסגרת הראיות לעונש את מרואן חסיב חסין ברגותי ת.ז
959251745 המצוי בכלא רמלה.

40
41
42

1

