מס. No. 1048/13

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני הח"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 83.00 shekels (including VAT)

שולם סך של 83.00 ש"ח (כולל מע"מ)

SIGNATURE _____ חתימה



NOTARY'S SEAL   חותם הנוטריון



# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. STATE OF ISRAEL | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by Yizhak Weinberg – Advocate, 33 Soreq Street, Israel, Advocate L.N.24260 | 2. נחתם בידי יצחק וינברג עו"ד |
| | עו"ד |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | 4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date  1-01-2014 | 6. ביום |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | 7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו – 1976 |
| 8. Serial number   84/14 | 8. מס' סידורי |
| 9. Seal/Stamp | 9. החותם / החותמת |
| 10. Signature | 10. חתימה |

[Seal: Magistrates Court of Jerusalem / בית משפט השלום בירושלים]

| בבית המשפט | הצבאי | הגנה | | לישראל |
|---|---|---|---|---|
| בבית | אל | תיק ביחמ"ש: | 3159/02 | |
| בפני | דן | תיק תביעה: | 146/02 | |
| | יחיד | תיק פ.א.: | 357/02, | 358/02 |
| | | | בנימין | |

**במשפט שבין התובע הצבאי – המאשים**

-נגד-

**בשאר חסן עבד ברגותי**
ת.ז. 934469768, יליד 01.07.75, תושב אל-בירה
עצור מיום 23.01.02

**הנאשם**

# כתב - אישום מתוקן

**הנאשם הנ"ל מואשם בזאת בביצוע העבירה הבאה:**

**מהות העבירה**: אי-מניעת עבירה, עבירה לפי סעיפים 51, 59 ו-92 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשי"ל-1970.

**פרטי העבירה**: הנאשם הנ"ל, באיזור, ביום 20.01.02 או במועד הסמוך לכך, שידע או היה לו יסוד סביר לחשוד כי אדם אחר עובר או מתכנן לעבור עבירה על דין או תחיקת בטחון שעונשה עולה על שלוש שנות מאסר, לא מסר הודעה על כך מיד למפקד צבאי או לתחנת המשטרה הקרובה ולכל קצין צה"ל או לא פעל באופן סביר אחר כדי למנוע את עשייתה או המשכתה או השלמתה, כדלקמן:

הנאשם נהג לארח בביתו את אחמד ברגותי, שומר ראשו ונהגו של מנהיג פלג "תנזיים" של "פתייח" בגדה, מרואן ברגותי. אחמד ברגותי עצמו הינו חבר במנגנון הצבאי של הפתייח הנקרא "גדודי חללי אל-אקצא", אשר הינו אחראי לביצוע מאות פיגועים קטלניים. אחמד ברגותי הנ"ל השתתף בעצמו בביצוע פיגועי ירי כנגד חיילי צה"ל ודווח על כך לנאשם.

ביום 20.01.02 התארח אחמד ברגותי בביתו של הנאשם. באותה פגישה דווח אחמד ברגותי לנאשם, כי חבריו ב"גדודי חללי אל-אקצא" הם שביצעו את הפיגוע בחדרה וכן פיגועים קטלניים נוספים.

לאחר מכן שוחח אחמד ברגותי באמצעות מכשיר הפלאפון שלו עם אדם משכם ובמהלך השיחה שאל אחמד את הנאשם האם יוכל לשוחח עם אותו אדם באמצעות מכשיר הטלפון שבבית הנאשם ולא באמצעות מכשיר סלולארי, מאחר שמדובר בנושא שאינו לשיחה באמצעות פלאפון ומחשש לציתות. הנאשם הסכים, ואחמד מסר את מספר הטלפון שבבית הנאשם לאדם משכם. אותו אדם התקשר לבית הנאשם ושוחח עם אחמד ברגותי. הנאשם שמע את תוכן השיחה בה שאל אחמד על הגעת בחור וציודו בנשק. כן הנחה אחמד את אותו אדם שהבחור שצריך להגיע יסתפר וכן דיברו על כך שהבחור נראה יפה.

תאריך: 13.01.03
סימוכין: ולד"ח/m146-02

P 6: 320

לאחר שאחמד ברגותי סיים את השיחה הנ"ל, הוא הודיע לנאשם כי ביומיים שלאחר מכן יתבצע פיגוע בירושלים. כן ציין אחמד ברגותי בפני הנאשם כי מבצע הפיגוע יגיע מאיזור שכם לרמאללה ואח"כ יצא לבצע את הפיגוע בירושלים. כמו כן מסר אחמד לנאשם כי מבצע הפיגוע יגיע מאיזור שכם לרמאללה, ומשם יצא לירושלים, וכי אותו המחבל יבצע פיגוע התאבדות. אחמד ברגותי ציין בפני הנאשם כי מבצע הפיגוע הינו יפה ולכן לא תהיה לו בעיה לצאת לירושלים. עוד מסר אחמד ברגותי לנאשם כי ישנם בעלי תעודות זהות ישראלית מזויפת, אשר אינם חשודים בביצוע פעילות חבלנית והם יכולים לצאת מן האיזור ולבצע פיגועים בישראל. עוד דווח אחמד לנאשם על פיגועים נוספים שביצעו חברי חולייתו ודרך ביצוע הפיגועים.

כאשר אחמד ברגותי מסר לנאשם על ביצוע הפיגוע, הנאשם שאל את אחמד ברגותי כיצד יגיע מבצע הפיגוע משכם לרמאללה, ואחמד השיב לו כי המחבל יגיע בדרך הרגילה.

אחמד ברגותי מסר לנאשם כי הפיגוע המתוכנן יבוצע כנקמה על הריגתו של פעיל הפלג הצבאי של הפתח"ח - "גדודי חללי אל-אקצא", ראאד כרמי. עוד מסר אחמד ברגותי לנאשם כי "גדודי חללי אל-אקצא" החליטו על מלחמה נגד ישראל והחליטו לעשות הרבה פיגועים ולהרוג הרבה אנשים כנקמה על מותו של ראאד כרמי, עימו פעל אחמד ברגותי.

הנאשם לא פעל באופן סביר כדי למנוע את הפיגוע המתוכנן כפי שמסר לו אחמד ברגותי.

ביום 22.01.02 בוצע פיגוע ירי בצומת הרחובות יפו וקינג ג'ורג' בירושלים ע"י פעיל הזרוע הצבאית של תנזים "גדודי חללי אל-אקצא". בפיגוע זה ירה המחבל לעבר עוברים ושבים ברחוב מתוך כוונה לגרום למותם. בפיגוע זה נהרגו שתי נשים, אורה סנדלר ז"ל ושרה המבורגר ז"ל ונפצעו עשרות אנשים.

לאחר הפיגוע בעת שהנאשם היה בעבודתו בבית החולים "מוקאסד", התקשר אליו אחמד ברגותי וידא עם הנאשם האם שמע על הפיגוע שבוצע. הנאשם השיב בחיוב וידע כי המדובר בפיגוע שתכנן אחמד כאמור לעיל.

**עדי התביעה:**

1. רס"מ יעקב ברזני, 99106, לח"ק יהודה, גובה אמרת הנאשם.
2. רס"ר יצחק יעקבוף, 1008358, לח"ק יהודה, גובה אמרת הנאשם.
3. צוער צבי רייזנר, דו"ח תפיסה וסימון + תמונות, חקירות מת"ימ.
4. רינת גולן, 021370200, פרטים בתביעה.
5. ג'נט ביטון, 003111341, פרטים בתביעה + תעודות.
6. אבישג נבטי, 0380141426, פרטים בתביעה.
7. תעודות פטירה.

דליה קאופמן
תובעת

סרן
צבאית

<pre>                                                2
</pre>

תאריך: 13.01.03
סימוכין: ולד"ח-02/m146

P 6: 321