32



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

בתמליל חקירתו של הנאשם (ת/98ד עמי 23-21), הוא מספר על כך שמוהנד הודיע לו
שהחוליה שלו נתפסה, והסביר שמוהנד התייחס **"לאלה שאנחנו סידרנו להם נשק".**

44.    קשריו של הנאשם עם מוהנד עולים גם מדברים שאמר בהודעתו כמאל אבו ועבר
(להלן : **"ועבר"**), לפיהם הוא היה מקבל כסף ממוהנד בידיעתו ובהוראתו של הנאשם. בדרך
זו הוא קיבל מהנאשם, באמצעות מוהנד, סכום של כ- 25,000 ₪, שרובו יועד לייצור
מרגמה וקניית אקדחים. בשלב מסוים החל הנאשם להתקשר ישירות אל ועבר, ולברר מהם
צרכיו. כמו כן אמר ועבר בחקירתו כי הנאשם היה מעביר לו כספים גם דרך ג׳מאל אחויל,
וכי לאחר ביצוע הפיגוע במירב התקשר אליו הנאשם כדי לברר שמות האנשים שהשתתפו
בפיגוע, על מנת להעביר להם כספים (ת/181ד עמי 4-5, וזכ״ד ת/181ד סעי 6). ועד אמר
בחקירתו כי הוא ומהנד היו מחליטים ביניהם למה הוא זקוק, ואז הנאשם היה שולח להם
את הכסף ; הנאשם נהג להתקשר לועבר ולברר שהכסף ששלח לו עם מוהנד אכן הגיע (זכ״ד
ת/181ד סעי 6.1). בשלב מסוים ניתק הקשר בין ועבר לבין מוהנד, והנאשם אמר לועבר כי יש
לו בעיות כלכליות, ואין לו כסף לקנות כדורים ; בשלב זה הפנה הנאשם את ועבר לג׳מאל
אחויל לצורך קבלת כספים (זכ״דים ת/181ד סעי 15 ו- ת/181ד סעי 6.1).

45.    ועבר ביצע מספר פיגועי ירי במסגרת פעילותם של גדודי חללי אלאקצא, והוא פרט
את הפיגועים בהם השתתף בהודעותיו במשטרה ובחקירתו בשב״כ. בעדותו סרב להשיב על
שאלות (עמי 189-188), ולפיכך הוגשה הודעתו במשטרה (ת/181א-ב) לפי סעיף 10א.
לפקודת הראיות, באמצעות החוקר גדיר סאלח, שהעיד כי היא נמסרה מרצונו החופשי של
ועבר בשפה הערבית, אך נרשמה בעברית (עמי 209). כמו כן הוגשו שני זכ״דים מחקירתו של
ועבר בשב״כ (ת/181ג-ד), שהוגשו באמצעות החוקר "נווה" בעמי 205). אמרות החוץ של ועבר
אמנם אינן נתמכות בראיות נוספות, אך הובאו ראיות רבות על הסיוע שהגיש הנאשם
לאנשי השטח לצורך רכישת נשק לביצוע פיגועים.

33



בתי המשפט

תפ"ח 1158/02                     ת המשפט המחוזי בתל-אביב-יפו

<u>נאסר (חלום) נאג'י אבו חמיד</u>

נאסר חלום נאג'י אבו חמיד (להלן : **"חלום"**) הוא אחיו של אבו חמיד, והוא ביצע
גועי ירי מסגרת גדודי חללי אל-אקצא. חלום היה מעורב בפיגוע בו נורתה למוות
שוטרת גלית ארביב ז"ל בנווה יעקב בירושלים (ראה פרק ה(10) להלן). הוא גם השתתף
הכנת הפיגוע הקטלני במסעדת "סי פוד מרקט" בתל אביב (ראה פרק ה(12) להלן). הוא
נרשע על פי הודאתו ונדון לעונש של חמישה מאסרי עולם מצטברים (ת/161א'-ב').
גדותו סרב חלום להשיב על שאלות (עמ' 73-76), וטען כי הנאשם הוא מנהיג פוליטי שאין
ו קשר עם "עניינים צבאיים". לפיכך הוגשו הודעותיו במשטרה (ת/162א'-ג' על ידי
שוטרים מזרחי ואלקרעאן בעמ' 184, 194). הקשר של חלום היה עם אחמד ברגותי, שהיה
וזרו הקרוב של הנאשם.

10)     <u>זיאד חמודה</u>

47.     זיאד חמודה (להלן : **"חמודה"**) היה פעיל בתנזים. בעדותו סרב חמודה להשיב על
שאלות, ולאחר שהוגשה הודעתו לפי סעיף 10א. לפקודת הראיות, כאשר הוכרז כעד עוין,
הוא טען כי חתם על הודעתו על מנת שיעשו לו ניתוח אפנדציט (עמ' 166-197). הוא הכחיש
את הדברים שאמר בהודעתו ת/167ב', וטען כי הנאשם הוא "איש שלום". הודעתו של
חמודה נגבתה על ידי השוטר אבי עקיבא, אשר לא הובא לעדות, ולפיכך היא לא הוגשה
כדין ויש להתעלם ממנה.

חמודה הורשע על פי הודאתו בשורה ארוכה של עבירות ביטחוניות (ת/167א). בכתב
האישום נאמר כי הוא גויס לתנזים על ידי הנאשם, לצורך הכשרה צבאית,
והובטח לו כי הנאשם ידאג לו לסיוע כספי. כמו כן נטען בכתב האישום כי הודה חמודה כי
הוא פנה אל הנאשם לקבלת נשק לצורך ביצוע פיגוע ירי לעבר הישוב פסגות, והנאשם
הפנה אותו אל מוהיר לצורך קבלת נשק (פרט חמישי ופרט שביעי לכתב האישום).
בחקירתו בשב"כ אישר הנאשם כי חמודה ביקש ממנו נשק, ולמיטב זכרונו לא קיבל זאת
(זכ"ד ת/34 ס' 5 שהוגש ואושר על ידי החוקר "איתי" בעמ' 52).

34



בתי המשפט

תפ"ח 1158/02

ן המשפט המחוזי בתל-אביב-יפו

קום אחר בחקירתו אמר הנאשם כי ייתכן שחמודה קיבל ממנו רובה MP-5 (תמליל
ירה ת/98הי עמי 67). אין בחומר הראיות דבר המפליל את הנאשם זולת הודאתו של
ודה בעובדות כתב האישום לפיו הורשע, ולא ניתן לבסס ממצאי כלשהו על סמך הודאה
:זו (ראה סעיף 132(ג) להלן). אך הובאו ראיות רבות אחרות בדבר הסיוע שהגיש הנאשם
אנשי השטח לצורך רכישת נשק לביצוע פיגועים.

### (11) ריאד עמור

4.       ריאד עמור (להלן: "עמור") היה פעיל שטח נוסף של התנזים, שפרט בחקירתו את
זפיגועים בהם נטל חלק. בעדותו סרב להשיב על שאלות (עמי 172-174), וטען כי לא היה לו
קשר עם הנאשם. הוא הוכרז כעד עויין, והודעותיו ת/169א'-ב' הוגשו באמצעות השוטרים
יוד מזרחי ויעקב ברזאני, שהעידו כי עמור מסר אותן וחתם עליהם מרצונו החופשי (עמי
186,208). ההודעות נגבו בערבית אך נרשמו בעברית (שלא על פי המקובל והדרוש). עמור
הורשע עפ"י הודאתו בביצוע פיגועים רבים (ת/169גי-ד').

49.      עמור סיפר בחקירתו כי פגש את הנאשם כחצי שנה לפני מעצרו, והנאשם אמר לו
כי הוא מרוצה מהפעילות של עמור וחבריו בבית לחם, וכי עדיף שיעשו פיגועים כנגד הצבא
ולא כנגד מטרות אזרחיות, כי "זה עושה בעיות", וייגורם כאב ראש ליו"ר" (ת/169אי עמי
3, ת/169בי עמי 11). הנאשם טען בחקירתו במשטרה כי איננו מכיר כלל את ריאד עמור
(ת/104 עמי 9), ואין כל ראיה לסתור טענה זו זולת אמרת החוץ של עמור הטעונה חיזוק,
שלא נמצא לה. אך הובאו ראיות רבות אחרות בדבר עמדתו הכללית של הנאשם בעד ביצוע
פיגועים כנגד חיילים ומתנחלים.

### (12) נאצר חאגי

50.      נאצר חאגי (להלן: "חאגי") פעל אף הוא במסגרת הפתח"ח, ופרט בהודעתו ת/170אי
את הפיגועים בהם נטל חלק. בעדותו סרב תחילה להשיב על שאלות, ולאחר מכן  הכחיש
את כל מה שאמר בחקירתו (עמי 175-176).

35



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

לפיכך הוגשה הודעתו לפי סע' 10א. לפקודת הראיות, באמצעות החוקר משה לוי, שהעיד
כי חאג' מסר את ההודעה מרצונו החופשי לאחר שהוזהר בדבר זכויותיו (עמ' 211-212).

בהודעתו הנ"ל אמר חאג' כי פנה יחד עם פעילים אחרים למשרדו של הנאשם בבקשה
לקבל כספים ונשק. הנאשם אמר להם לחפש נשק, וכי הוא ימנן את רכישתו. מאוחר יותר
נתן לו הנאשם 1,200 דולר לצורך רכישת נשק (עמ' 4-5). אין בחומר הראיות דבר לחיזוק
אמרת החוץ הנ"ל של חאג' הטעונה חיזוק, אך הובאו ראיות רבות לסיוע שהגיש הנאשם
לאנשי השטח ברכישת נשק לצורך ביצוע פיגועים.

**(13)    תחריר ברגותי**

51.    תחריר ברגותי (להלן : **"תחריר"**), שהוא קרוב משפחה של הנאשם, ביצע על פי מה
שנמסר בחקירתם פיגועי ירי רבים. הוא סרב להשיב על שאלות בבית משפט (עמ' 177-178),
ולפיכך הוגשו הודעותיו במשטרה לפי סע' 10א. לפקודת הראיות (ת/171א'-ד'), באמצעות
השוטר יעקב ברזאני שגבה אותן, והעיד כי ההודעות נמסרו מרצונו החופשי של תחריר
בשפה הערבית, ותורגמו לעברית לאחר מכן (עמ' 207).

52.    תחריר אמר בחקירתו כי פנה אל הנאשם בבקשה לסייע לו להקים חוליה. הנאשם
הבטיח לעזור לתחריר בכסף ובתחמושת, ולסייע לאנשיו אם ייעצרו. הנאשם אף הציע
לתחריר להיות אחראי על החוליה, ולהתרחק מפעילות בעצמו. תחריר הסביר בחקירתו כי
פנה אל הנאשם על מנת לקבל נשק לחוליה שהקים (ת/171ד' עמ' 3). לאחר מכן נמשך
הקשר באמצעות מוהנד, שרמז לו כי הנאשם אינו מעונין שהוא יקח חלק בפעילות;
הנאשם עצמו הסביר לתחריר כי עמדתו זו נובעת מכך שחברי החוליה שלו הם נוכלים
(ת/171 עמ' 4).

הנאשם הכחיש בחקירתו במשטרה את כל דבריו של תחריר (ת/104 עמ' 9-10). ואולם
בחקירתו בשב"כ הודה הנאשם כי תחריר פנה אליו על מנת לבצע פיגועים, וביקש נשק
לצורך כך.

36



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו    תפ״ח 1158/02

שלא שלטענת הנאשם הוא לא נענה לבקשה (זכ״ד ת/30 סי 1, שהוגש ואושר על ידי החוקר ‎...מילי״ בעמי 54). אין בחומר הראיות דבר זולת אמרת החוץ של תחריר, הטעונה חיזוק ‎...לא נמצא, לסתירת טענתו של הנאשם. אך הובאו ראיות רבות לכך שהנאשם סייע לאנשי ‎...וליות הטרור לרכוש נשק לצורך ביצוע פיגועים.

[14]    **אחמד מוצפר**

53.    אחמד מוצפר היה סוחר נשק שסיפק כלי נשק לאנשי התנזים ולגדודי חללי ‎...לאקצא. בעדותו (עמי 186-188) סרב להשיב על שאלות, והתכחש לכל מה שאמר ‎...חקירתו. מוצפר הוכרז כעד עוין והודעתו במשטרה הוגשה לפי סעיף 10א. לפקודת ‎...ראיות (ת/179), באמצעות החוקר יעקב ברזאני, שהעיד כי ההודעה נמסרה לאחר ‎...ומוצפר קיבל אזהרה לגבי זכויותיו, וחתם על ההודעה שנגבתה בערבית, אך נרשמה ‎...עברית (עמי 208).

‎...הודעתו סיפר מוצפר על פגישה שלו ושל חבריו במשרדו של הנאשם, יומיים לפני הריגתו ‎...ל ראיד כרמי. הנאשם אמר להם כי הם צריכים להמשיך בפעילות בכפר מגוריהם, ולא ‎...רמאללה, והבטיח לעזור להם. לאחר מותו של כרמי קיבל מוצפר הוראה לבצע פיגוע ‎...מה; ההוראה הגיעה ממחמוד גיאבר, שעבד במשרדו של הנאשם, ולכן הבין מוצפר ‎...מדובר בהנחיה של הנאשם (ת/179 עמי 6-7). הנאשם הכחיש בחקירתו במשטרה את ‎...ריו של מוצפר (ת/104 עמי 3), ואין ראיה לחיזוק אמרת החוץ של מוצפר, זולת הראיות ‎...רבות שהובאו בדבר קריאתו של הנאשם לנקום בדרך פיגוע את מותו של כרמי.

[1    **שריף נאג׳י**

‎.    שריף נאג׳י (להלן: **״שריף״**), היה חבר בחוליה של אחיו אבו חמיד, שביצעה ‎...געים כנגד אזרחים ישראלים, והוא גם היה שומר ראשו של הנאשם. שריף היה זה ‎...יווה את המתאבד אברהים חסונה, אשר ביצע את הפיגוע ב״סי פוד מרקט״ בתל-אביב, ‎...א פירט בהודעתו את כל מעלליו.

37



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                           תפ"ח 1158/02

שריף, כמו יתר חבריו, סרב בעדותו להשיב על שאלות, פרט לכך שטען כי הכיר את הנאשם
רק מהטלוויזיה. הוא הוכרז כעד עוין והודעתו ת/182, אליה צורף כתב ידו המתורגם
בערבית ת/182א, הוגשה באמצעות החוקר אבי בן לולו, שהעיד כי ההודעה נמסרה מרצונו
החופשי של שריף (עמ' 210).

55.     בהודעתו ת/182 מספר שריף על פיגועי הירי שביצע לעבר חיילים ומתנחלים
במסגרת ארגון התנזים של פת"ח. הוא הסביר כי ביצע את הפיגועים על מנת
שהאינתיפאדה תימשך דווקא משום שהוא מעוניין בשלום, והוסיף: **"כך היו אומרים לנו
ערפאת ומרואן ברגותי וחוסין אשיך היו אומרים בטלוויזיה הפלשתינאית ובאלג'זירה...
הם היו אומרים שאם האינתיפאדה תימשך אז אנחנו נקבל יותר שטחים ויותר דברים
מישראל"** (עמ' 4). הנאשם הכחיש בחקירתו במשטרה אמירת דברים אלו (ת/103 עמ' 5).

לאחר שהחולייה של שריף התפרקה בשל מותו של מוחמד עומסי, החל שריף לשמש כשומר
ראשו של הנאשם במשך כחצי שנה עד למעצרו. הוא אמר בחקירתו על הנאשם: **"הייתי
שומע אותו אומר לאנשים שלו שימשיכו בפיגועים והיה אומר זאת בטלוויזיה הישראלית
והערבית באופן חופשי"** (עמ' 5). בחלקה השני של הודעתו סיפר שריף על חלקו בפיגוע
במסעדת "סי פוד מרקט" בתל-אביב, ועל מעורבותו של אחמד ברגותי בפיגוע (עמ' 5-11).
הנאשם הכחיש בחקירתו כי היה לו קשר כלשהו עם שריף, אם כי הכיר אותו (זכ"ד ת/34
סי' 4, שהוגש ואושר על ידי החוקר "איתי" בעמ' 52). ואולם הדברים שאמר שריף נתמכים
בראיות רבות שהובאו על כך שהנאשם היה קורא באמצעי התקשורת לבצע פיגועים כנגד
ישראל, וכך אף הורה לאנשיו לעשות.

(16)    אמיד אבו רדאחה

56.     אמיד אבו רדאחה (להלן: **"אבו רדאחה"**) היה פעיל נוסף בתנזים שביצע פיגועי ירי
לעבר חיילים ומתנחלים, כפי שסיפר בחקירתו. בעדותו טען שלא היה לו שום קשר עם
הנאשם ועם אחמד ברגותי, וכי לא קיבל נשק מהנאשם אלא מהרשות הפלשתינאית.

38



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

הוא טען שהחוקרים כתבו בהודעתו דברים שלא אמר, והכחיש את הדברים המופיעים
בהודעתו (עמ' 192-194). הודעתו של אבו רדאחה (ת/183) הוגשה באמצעות החוקר מאיר
סכן, אשר העיד כי ההודעה נמסרה מרצונו החופשי של אבו רדאחה, נגבתה בערבית אך
נרשמה בעברית (שלא על פי המקובל והנדרש), והנחקר חתם עליה (עמ' 209).

54.     אבו רדאחה סיפר בהודעתו כי את הנשק והתחמושת לביצוע פיגועים קיבל
הנאשם ומאחמד ברגותי, שאף נתנו לאנשי החוליה כסף להוצאות שוטפות (עמ' 2, 6).
הנאשם הכחיש בחקירתו במשטרה את דבריו של אבו רדאחה (ת/104 עמ' 3). ואולם הובאו
ראיות רבות על כך שהנאשם עסק באספקת כספים ונשק לאנשי השטח של התנזים לצורך
ביצוע פיגועים כנגד ישראל.

(17)    אשרף ג'אבר

55.     אשרף ג'אבר (להלן: "ג'אבר") היה אף הוא פעיל שטח בתנזים, שביצע פיגועים
כנגד מטרות ישראליות יחד עם אחרים, וביניהם אבו רדאחה. ג'אבר סרב להשיב על
שאלות בעדותו (עמ' 195-197), ולפיכך הוגשה הודעתו בצרוף שרטוט שערך (ת/184א-ב)
באמצעות החוקר משה לוי, אשר העיד כי ההודעה נמסרה מרצונו הטוב של הנחקר, נגבתה
בערבית ותורגמה לעברית (עמ' 212).

56.     בהודעתו ת/184א סיפר ג'אבר על הפיגועים שביצע, וציין כי פנה עם חבריו למשרדו
של הנאשם בבקשה לקבל תחמושת וכספים לחברי החוליה; הנאשם הבטיח כי הוא ישלם
עבור התחמושת, ואכן עשה כן באמצעות אחמד ברגותי, שהכדורים נמסרו לו תמורת סך
של 3,000 ₪. ג'אבר הסביר  כי מסר את הכדורים לנאשם, משום שהוא ראש התנזים והוא
מחלק את הכדורים לפעילי התנזים (עמ' 3-4).

הנאשם הודה בחקירתו כי ג'אבר ביקש ממנו סיוע כספי ונשק, אך אמר שאיננו זוכר מה
בדיוק נתן לו (זכ"ד ת/48 ס' 2-3, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62).

בתי המשפט

**בית המשפט המחוזי בתל-אביב-יפו** | **תפ"ח 1158/02**

**ד. דברי הנאשם בחקירתו וראיות נוספות בדבר תפקידו ומעורבותו בפיגועים נגד ישראל**

**(1) אחריותו הכוללת של הנאשם לפעילות חוליות הטרור ומידת שליטתו בהן**

60. הנאשם, כאמור לעיל, לא הכחיש בחקירתו בשב"כ כי היה מפקדם ומנהיגם של פעילי השטח של הפת"ח בגדה, היה מפקד הפת"ח והתנזים בגדה, הקים את גדודי חללי אלאקצא והיה אחראי על פעילותם. הוא גם אישר כי היה אחראי על אספקת כספים ואמל"ח לחוליות השטח, וכן היה אחראי על פעילותן הצבאית (ראה סעיף 17 לעיל). הנאשם הסביר בחקירתו כי מצא עצמו מעורב יותר ויותר בקשר עם "החוליות הצבאיות", אשר היו פונות אליו בבקשות סיוע שונות, שכן אנשים כמו ראיד כרמי ונאצר עויס ראו בו את מפקדם. הוא גם אמר כי הקשר שלו עם אנשי החוליות בוצע באמצעות עוזרו ונהגו האישי אחמד ברגותי. הנאשם עשה אבחנה בין פיגועים בתוך ישראל, שעליהם סרב לקחת אחריות, לבין פיגועים שביצע הפת"ח בגדה המערבית, עליהם הוא לוקח בחקירתו אחריות מלאה (זכ"ד ת/25 ס' 20, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). הנאשם הדגיש כי הוא אחראי לפעילות של הפת"ח בגדה, אך איננו בקיא בפרטים, כגון סוג הנשק, אופן רכישתו, תכנון הפיגועים וביצועם (זכ"ד ת/27 ס' 1, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

בחלק מחקירותיו טען הנאשם כי הוא איננו אחראי באופן ישיר מבחינה פיקודית לפעילותן של חוליות השטח (זכ"ד ת/42 ס' 7, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). ואולם בשלבים אחרים של חקירתו הודה הנאשם כי הוא אחראי לפעילותן של החוליות שפעלו עם אחמד ברגותי ואבו סטחה, משום שאלה היו קרובים אליו והוא מימן את פעילותם; ביתר פירוט הוא ציין כי הוא רואה עצמו אחראי לשלושה פיגועים, בגבעת זאב, בגבעה הצרפתית, ובגשר עטרה (המבוא לזכ"ד ת/38 שהוגש ואושר על ידי החוקר "סמית" בעמ' 85). הנאשם לא ראה עצמו אחראי, בדבריו אלה, לפיגועים שביצעו החוליות של עויס, מנצור שרם ואחרים שציין, ולא ראה עצמו כמפקדם. הנאשם אמר על יחסיו עם עויס: "**אני יש לי שליטת כבוד על נאצר, לא שליטה בפועל**" (תמליל שיחה ת/98א עמ' 17).

NOTAIRE * NOTARY יצחק וויינברג YITZHAK WEINBERG נוטריון

40



**בתי המשפט**

<u>בית המשפט המחוזי בתל-אביב-יפו</u>  תפ"ח 1158/02

הנאשם הסביר בחקירתו, בהתייחסו לחוליות השטח שביצעו פיגועים כנגד ישראל (תמליל שיחה ת/98יא עמ' 4):

**"החוליות האלה מצאה לעצמה יותר מכתובת אחת. מה זאת אומרת כתובת. כתובת שהיא פונה אליו ומבקשת מימון. לתאם איתו את העבודה שלה, אני אחד מהכתובות האלה, אני כתובת מכמה כתובות. ראשי מנגנוני הביטחון הם גם כתובות".**

מכאן נובע כי לדברי הנאשם לפחות חלק מהחוליות תיאמו עמו את הפיגועים, וראו בו כתובת למימונם, כפי שאכן עולה מראיות רבות שהובאו בפנינו. הנאשם אמר בעניין זה כי הקשר שלו עם החוליות לא היה ישיר, משום שהוא לא רצה להיכנס לתחום הצבאי, ולא רצה לעסוק "בהרס" (תמליל שיחה ת/98יא עמ' 6). אכן, בעיקרו של דבר, הקשר של הנאשם עם חוליות הפיגוע התקיים באמצעות אנשי קשר שהיו מקורבים אל הנאשם, ובעיקר אחמד ברגותי. כפי שאמר הנאשם על אחמד ברגותי : **"הוא יוצר קשר עם החוליות האלה. באופן ישיר איתם ישירות. יעני בלעדיו לא היתה לי התקשרות ישירה עם שום חוליה"** (תמליל שיחה ת/98יא עמ' 8).

הנאשם טען אמנם כי חוליות השטח היו מבצעות פיגועים גם אלמלא תמיכתו בהן, וגם אלמלא הסיוע הכספי והארגוני שהעניק להן (זכ"ד ת/63 ס' 18-20 שהוגש ואושר על ידי החוקר "נאור" בעמ' 82). טענה זו איננה מפחיתה במאומה מאחריותו של הנאשם לפיגועים שביצעו חוליות אלו.

61.    בתחילת חקירתו בשב"כ הכחיש הנאשם כי היה אחראי למתן כספים ונשק לשם ביצוע פיגועים (זכ"ד ת/14 ס' 4 שהוגש ואושר על ידי החוקר "גבי" בעמ' 93, זכ"ד ת/10 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). ואולם בהמשך חקירתו הודה הנאשם (זכ"ד ת/29 ס' 1ג-ד שהוגש ואושר על ידי החוקר "סמית" בעמ' 85) :

41



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו          תפ"ח 1158/02

"במסגרת תפקידי כמזכיר הפת"ח אני אחראי לכל הנעשה כגון אספקת כספים
לחוליות, רכישות נשק וביצוע פיגועים. יש חוליות רבות בשטח, חלקן מאורגנות
תחת פיקודי באמצעות מס' אנשים כגון אחמד ברגותי, נאצר עויס, ויש בשטח גם
חוליות לא מאורגנות מטעם הפת"ח שאליהן ועימן אין לי קשר".

הנאשם לא התכחש ליכולת ההשפעה שלו על חוליות הטרור שלהן סייע בכסף ובמתן נשק,
ואמר בהתייחסו לחוליה שכזו (תמליל בחקירתו ת/98ד עמ' 32): "אם אתה קנית לה נשק,
אם אתה נותן לה את הנשק, אם אתה ממומן אותה ואתה מתכנן בשבילה. על זו אתה יכול
להשפיע". ואולם הנאשם הוסיף: "משפיע, אתה לא יכול לשלוט" (שם, עמ' 37).

62.    הנאשם סיפר בחקירתו כי כאשר קיבל החלטה אסטרטגית לבצע פיגועים כנגד
ישראל על מנת להתנגד לכיבוש, הוא הקים חוליה, וסיפק לה באופן לא ישיר כספים
ואמל"ח לצורך ביצוע פיגועים. הוא ציין כי את הפיגועים הובילו בעיקר אבו חמיד, אחמד
ברגותי ועויס (זכ"ד ת/35 סי' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). מבחינתו, מי
שהיה מטפל בפעילות הצבאית באזור רמאללה היו אחמד ברגותי ואבו חמיד, שהפעילו
כמה חוליות (זכ"ד ת/27 סי' 2, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

הנאשם הודה כי תמך באחמד ברגותי וסייע לו בכספים, וכי ידע שהוא אחראי לביצוע
פיגועים שונים (תמליל ת/98ח עמ' 20-24). כמו כן, הודה הנאשם כי היה מעודד את ראיד
כרמי לבצע "פעילות כנגד הכיבוש", וסייע לו מבחינה כספית, כאשר בקשות הסיוע הועברו
לערפאת שאישר אותם (זכ"ד ת/67 סי' 8, שהוגש ואושר על ידי החוקר "אמיל" בעמ' 54).
בחקירתו במשטרה, לעומת זאת, הכחיש הנאשם כל קשר עם ראיד כרמי (ת/104 עמ' 8),
ובתחילת חקירתו בשב"כ טען כי העביר לו כספים בלא שידע לאיזו מטרה נועדו (זכ"ד
ת/18 סי' 5, שהוגש ואושר על ידי החוקר "נדב" בעמ' 78).

63.    קשריו של הנאשם עם פעילי הטרור של הפת"ח, והסיוע השוטף שהגיש להם,
עולים בבירור מן המסמכים שנתפסו על ידי צה"ל במבצע "חומת מגן" במשרדי הארגונים,
כולל משרדו של הנאשם (קלסר ת/5).

42



בתי המשפט

תפ"ח 1158/02

בית המשפט המחוזי בתל-אביב-יפו

התביעה הגישה חוות דעת של מומחה מז"פ המוכיחה כי הנאשם חתום על חלק
מהמסמכים, ולגבי חלקם האחר ניתן להסיק מסקנות מתחייבות מעצם העובדה שהם
נשלחו אל הנאשם, או נמצאו במשרדו. רס"ן ל', סגן מפקד היחידה העוסקת באיסוף
מסמכי שלל, העיד על תפיסת המסמכים, סימונם ומיונם (בעמ' 46-48). המסמכים שנתפסו
הועברו לחוקר השב"כ "עוגן" (ראה עדותו בעמ' 48), אשר זיהה בעדותו את המסמכים
שצורפו לכזד"יים מחקירתו של הנאשם (עמ' 48-50). הנאשם אמר בשיחתו עם אחמד
ברגותי, שהוקלטה בלא ידיעתם של שניים, כי מדובר במסמכים שנתפסו במשרדו,
והשניים היו מוטרדים מאוד מכך שתפסו את "כל הארכיון" של הנאשם; הנאשם אמר
"כל הארכיון המשרד, כאן" (ת/127גג עמ' 61-62).

חוות דעת מז"פ לגבי כתב ידו של הנאשם (ת/5), ניתנה על ידי יאיר בן שמש, והיא
התבססה על שלושה כתבי יד של הנאשם, שלגביהם הוא אישר בחקירתו כי הם נכתבו
בכתב ידו (שלושת המסמכים בת/5 הם 12, 94-96 ו- 35, והנאשם מתייחס אליהם בכזד"יים
ת/28, ת/28בב, ת/47, ת/85 ות/85אא, שהוגשו ואושרו על ידי חוקרי השב"כ "ואדי" בעמ' 96
ו"אופיר" בעמ' 87). חוקר מז"פ חילק את המסמכים לארבעה קטגוריות: אלה שנכתבו על
ידי הנאשם ללא ספק של ממש; אלה שקיימת אפשרות סבירה שנכתבו על ידו; אלה
שסביר מאוד שנכתבו על ידו; ואלה שהנאשם זיהה בחקירתו כי הם נכתבו על ידו.
בחקירתו במשטרה הכחיש הנאשם לגבי כל מסמך שהוצג לו כי כתב ידו מופיע עליו (ת/108
109-).

64.    מסמך ת/5 (3-5) הוא דו"ח שנשלח לנאשם ביום 8.5.01, וסוקר את פעילות גדודי
חללי אלאקצא באזור ג'נין. בדו"ח מופיעים מספר החברים והמבוקשים בקרב גדודי חללי
אלאקצא, חלוקתם של הגדודים, פירוט פעילותם ותוצאות הפגיעים שביצעו.
בין הפעולות שביצעו הגדודים לפי מסמך זה מנויים פיגועי ירי בכבישי יהודה ושומרון,
הריגתם ופציעתם של מתנחלים, ופיגוע בתוך שטח ישראל (אום אלפאחם), שבו נהרג קצין
ישראלי ונפצעה אזרחית. בנוסף כולל המכתב בקשה לסייע לגדודים מבחינה כספית.

43



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו          תפ"ח 02/1158

**מעורבותו האישית של הנאשם בפיגועי הטרור שביצעו חוליות שתחת פיקודו**    (2)

65.    מייד עם מעצרו טען הנאשם כי הוא "איש פוליטי", אשר אינו מעורב בפעילות
צבאית ובביצוע, תכנון, מימון או הנחיה של פיגועים נגד כוחות הביטחון או כנגד ישראלים
(זכ"דים ת/6 ס' 3 ות/9 ס' 2 שהוגשו ואושרו ע"י החוקר "רוברט" בעמ' 62, זכ"ד ת/14 ס' 4
שהוגש ואושר על ידי החוקר "גבי" בעמ' 93). ואולם, בהמשך חקירתו בשב"כ הודה
הנאשם במעורבות עמוקה בפעילות "הצבאית", שהיא שפה נקיה לביצוע פיגועי רצח כנגד
אזרחים ישראליים. במקרים מסוימים, כך מסתבר מדברי הנאשם, הוא אף הורה על
ביצוע פיגועים באופן ספציפי, או נתן את אישורו המוקדם לביצועם.

הנאשם טען בחקירתו כי הוא עצמו מעולם לא תכנן פיגוע לפרטי פרטיו, וכי החוליות היו
מערבות את אחמד ברגותי, ולא אותו, בביצוע הפיגועים שלא תמיד היו על דעתו (זכ"ד
ת/72 ס' 3, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). כך למשל הדגיש הנאשם כי הוא
דחה את כל ניסיונותיו של אחמד ברגותי להביא אליו אנשים שיבצעו פיגועי התאבדות
(זכ"ד ת/53 ס' 13-11, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). עם זאת, הנאשם
הודה כי הוא **"נושא באחריות קולקטיבית על הפעילות של אנשי הפת"ח הצבאיים"**
(זכ"ד ת/21 ס' 14, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 63). הנאשם אמר
בחקירתו : **"אני לא הוצאתי פקודות לשום חוליה שוואלה באנו ואמרנו ואלה אנו רוצים
את הפיגוע פלוני במקום מסויים כזה, את זה אנחנו משאירים בשבילה ובשביל האווירה
שלה, ולרצון האישי שלה..."** (תמליל שיחה ת/98יא עמ' 9).

לדברי הנאשם, לאחר הריגתו של ראיד כרמי בחודש ינואר 2001, עברו הפיגועים לתוך
שטח ישראל. הוא ניסה להפעיל את השפעתו על החוליות שסרו למרותו על מנת למתן את
הפיגועים בתוך ישראל, אך לא תמיד הצליח בכך (זכ"ד ת/70 ס' 17יז, שהוגש ואושר על ידי
החוקר "סטיבי" בעמ' 53). כך למשל אירע בעניינו של מנצור שרם, שהיה אחראי לפיגוע
ההתאבדות בחדרה כנקמה על הריגתו של כרמי.

44



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו    תפ"ח 1158/02

הנאשם שוחח על כך לאחר הפיגוע עם עויס ומנצור ודיווח על כך לערפאת (זכ"ד ת/45 ס' 6 11-, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). יצויין כי מנצור שרם היה מחליפו של ראיד כרמי, ומינוי זה אושר על ידי הנאשם (ראה דברי אחמד ברגותי בהודעתו ת/165יג עמ' 5).

הנאשם אמר בחקירתו כי בדרך כלל היה שומע על הפיגועים לאחר ביצועם מעויס או מאחמד ברגותי, וכי לא היה יורד לפרטים כיצד בוצע הפיגוע ועל ידי איזו חוליה; הוא פירט בחקירתו את הפיגועים שלגביהם קיבל דיווח לאחר ביצועם (זכ"ד ת/70 ס' 9, 12, 17, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53, וזכ"ד ת/39 ס' 8 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). הנאשם הדגיש אמנם לכל אורך חקירתו כי פרט למקרה אחד הוא לא היה מעורב בעצמו בנטילת האחריות הפומבית על הפיגועים שביצעו גדודי חללי אלאקצא. מי שהיה מוציא את גילוי הדעת לאחר הפיגוע היה עויס בתיאום עם אחמד ברגותי. ואולם לא זו בלבד שאחמד ברגותי פעל כזרועו הארוכה של הנאשם, אלא שהנאשם עצמו הוסיף על הדברים דלעיל ואמר : **"אני נותן כיסוי לעניין הזה. פוליטי תקשורתי... אני מדבר על העניין הזה... אני קורא למאבק, אני מעריך את הפיגועים האלה במאבק וכו'..."** (תמליל שיחה ת/98יא עמ' 40-46). במילים אחרות: הנאשם היה נוטל אחריות על הפיגועים באמצעי התקשורת, בצורה עקיפה וכוללנית מבלי להתייחס לפיגוע ספציפי, ואילו פקודיו היו נוטלים את האחריות הספציפית לכל פיגוע ופיגוע.

מה שברור מדברי הנאשם הוא שמפקדי חוליות הטרור ראו בו את מנהיגם, וכי הוא תמך בהם וסייע להם באספקת אמל"ח לאורך כל פעילותם, ביודעו שהם מבצעים פיגועי רצח כנגד מטרות צבאיות ומטרות אזרחיות בשטחי יהודה ושומרון ובתוך ישראל, כולל פיגועי התאבדות - שלטענת הנאשם היו למורת רוחו. העובדה שפעילי הטרור חבו חובת דיווח לנאשם, מוכיחה שהם הבינו כי הם כפופים לנאשם וכי הם סרו למרותו. כאשר המשיך הנאשם לתמוך בפעילים אלו ולסייע להם לאחר שדיווחו לו על פיגועים - גם כשהיו אלה פיגועי התאבדות בתוך ישראל - הביע הנאשם בכך את תמיכתו בהמשך פעילותם, כולל פעילות שהוא כביכול לא תמך בה.

45



בתי המשפט

תפ"ח 1158/02

המשפט המחוזי בתל-אביב-יפו

אשם עצמו סיפר בחקירתו כי יאסר ערפאת נזף בו על הפיגועים שבוצעו בתוך ישראל ...שם עצמו סיפר בחקירתו כי יאסר ערפאת נזף בו על הפיגועים שבוצעו בתוך ישראל ...יד ת/141 ס' 10, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 58) ; מכאן נובע שגם ...יפאת ראה בנאשם אחראי לכל הפיגועים שבוצעו על ידי חוליות התנזים וגדודי חללי ...לאקצא שתחת פיקודו של הנאשם.

הנאשם נתן אישור, ולו בדיעבד, לפיגועים שביצעו החוליות שסרו למרותו : בחלקם תמך ...מפורש, ובחלקם האחר תמך בהתנהגות או בהסכמה שבשתיקה. הוא הפעיל את החוליות ...שתחת פיקודו בצורה עקיפה, באמצעות הכפופים והמקורבים לו, כגון אחמד ברגותי, אבו ...חמיד, אבו סטחה ועויס, תוך שמירה על ריחוק מן המפגעים עצמם, והימנעות מכוונת ...מלערב עצמו באופן אישי בתכנון הפיגועים וביצועם. גם נטילת האחריות על הפיגועים ...נעשתה על ידי הנאשם בצורה "נקיה" ועקיפה - לא באמצעות גילוי דעת של גדודי חללי ...אלאקצא, אלא בצורה פוליטית, כביכול, ומרומזת בתקשורת.

66.    מן האמור לעיל עולה כי הנאשם הודה בחקירתו בדברים אשר עולים בבירור גם ...מעדותיהם של פעילי הטרור, דהיינו, כי מבחינה פיקודית הוא היה אחראי על פעילות ...התנזים וגדודי חללי אלאקצא בגדה המערבית, שראו בנאשם את מנהיגם ; סייע לפעילי ...הטרור במתן כספים ואמל"ח לצורך ביצוע הפיגועים; הנהיג באופן אישי חלק מחוליות ...הטרור, באמצעות מקורביו ; עודד את חוליות הטרור לבצע פיגועים כנגד ישראל ; קיבל ...דיווחים מן החוליות לאחר ביצוע הפיגועים - וכל זאת ביודעו כי חוליות אלו מבצעות ...פיגועי רצח והתאבדות גם בתוך ישראל, וגם כנגד אזרחים.

זאת ועוד : הנאשם אף הודה בחקירתו במעורבות **אישית** הנוגעת לפיגועי רצח ספציפיים ...של החוליות שבהנהגתו, כדלקמן :

46



בתי המשפט

תפ"ח 1158/02

בית המשפט המחוזי בתל-אביב-יפו

(אא)   הפיגוע בתחנת הדלק בגבעת זאב

לאחר הריגתו של ראיד כרמי ביום 14.1.02, קרא הנאשם בטלוויזיה של אבו דאבי לנגדודי חללי אלאקצא לבצע פיגועי נקמה כנגד ישראל (ת/3 מיום 14.1.02). ואולם הנאשם לא הסתפק בקריאה פומבית זו. הוא הורה לאחמד ברגותי להוציא לפועל פיגוע נקמה על מותו של כרמי. ואכן, ביום 15.1.02 בערב נתן אחמד ברגותי נשק לאבו סטחה על מנת לבצע את הפיגוע כאמור. בערב יום זה ירו חברי החוליה של אבו סטחה לעבר מכוניתה של יואלה חן ז"ל ליד גבעת זאב, רצחו אותה ופצעו את הנוסעת שהיתה עמה (על פיגוע זה ראה פרק ה(7) להלן).

הנאשם הודה בחקירתו כי לאחר מותו של כרמי הוא אמר לאחמד ברגותי כי הוא מעוניין בפיגוע נקם, ואחמד וחבריו ביצעו את הפיגוע בגבעת זאב, ודיווחו לו לאחר מכן כי היתה הרוגה אחת בפיגוע (תמליל ת/98יא, עמ' 44-45). הוא אף הודה כי פיגוע זה בוצע על פי הוראתו, ונטל אחריות לביצועו (זכ"ד ת/23 סי' 8-10, שהוגש ואושר על ידי החוקר "דני" בעמ' 90 ; זכ"ד ת/24 סי' 5 והמבוא לזכ"ד ת/38 שהוגשו ואושרו על ידי החוקר "סמיות" בעמ' 85 ; זכ"ד ת/26 סי' 3-6, שהוגש ואושר על ידי החוקר "נדב" בעמ' 79). הנאשם אמר : "אני דיברתי בסוכת האבלים, שצריך לנקום ולהשיב על המעשה הזה...", אם כי לטענתו לא היה מדובר ב"פקודה" שהוא נתן לאחמד ברגותי. באחד מחקירותיו הודה הנאשם "אמרנו לאחמד שיעני יבצע פיגוע" (תמליל שיחה ת/98 עמי 19, וכן עמי 45-20).

הנאשם הסביר כי חיסולו של כרמי הביא לאובדן השליטה בפת"ח, ולכן "קרא לתשובה על חיסול של ראיד כרמי בכל אמצעי התקשורת... ובאמת החלו התגובות. ובפעם הראשונה פת"ח חוצה את הקו האדום בביצוע פיגועים בתוך ישראל" (תמלילי חקירה ת/98י עמי 30-31, ו- ת/98יא עמי 9-10, 15-12, 44-45). הוא ציין בחקירתו כי ההוראה שנתן לבצע פיגוע נקמה בעקבות הריגתו של כרמי נבעה מכך שהוא חש אחריות למותו של כרמי בעיצומה של הפסקת אש, שבה קרא הנאשם לכל הפלגים להפסיק את הפיגועים על סמך התחייבות של ראש השב"כ שלא לבצע פעולות חיסול כנגד אנשי הפת"ח ;

47



בתי המשפט

<div dir="rtl">

ת המשפט המחוזי בתל-אביב-יפו       תפ"ח 1158/02

זה זו הפעם היחידה בה הימרה את פיו של ערפאת, אשר דרש באותה עת שלא לבצע
רעים (זכ"ד ת/31 סי 12, שהוגש ואושר על ידי החוקר "מופז" בעמי 58, תמליל שיחה ת/
עמי 31-29, תמליל שיחה ת/98יא' עמי 11-13). הודאה זו של הנאשם תואמת את
ברים שאמר בחקירתו אחמד ברגותי (ראה סעיף 30 לעיל), וכן הדברים שאמרו אבו
וחה (הודעה ת/156ב עמי 5) ומוצפר (סעיף 53 לעיל).

**ב)** **רצח הנזיר היווני במעלה אדומים**

אשם אישר כי כאשר הציע לו רדאידה לבצע פיגוע התאבדות, הוא הפנה אותו אל מוהנד
! מנת שיכוון אותו לביצוע פיגועים מהסוג שחוליית הפת"ח מבצעות; בעקבות כך בוצע
יגוע במעלה אדומים בו נרצח נזיר יווני, מתוך מחשבה כי מדובר ביהודי (ראה דברי
־אידה בסעיפים 42-43 להלן, ופרק ה(3) להלן הדן בפיגוע זה).

**ג)** **הפיגוע במסעדת "סי פוד מרקט" בתל-אביב**

נאשם קשר עצמו בחקירתו בצורה ברורה לפיגוע במסעדת "סי פוד מרקט" בתל-אביב,
בו נרצחו שלושה אנשים (על פיגוע זה ראה פרק ה(12) להלן). אמנם בתחילת חקירתו
שב"כ טען הנאשם כי אין לו קשר לפיגוע זה, שעויס עומד מאחוריו, וכי ערפאת כעס מאוד
ל ביצוע פיגוע זה (זכ"ד ת/25 סי 13-12, שהוגש ואושר על ידי החוקר "מופז" בעמי 58).
אולם, בהמשך חקירתו הודה הנאשם כי ידע מפי מקורבו אחמד ברגותי, שהיה אחד
ומתכנני הפיגוע, על הכוונה לבצע את הפיגוע, וזאת כשבוע **לפני** ביצועו; אחמד הודיע
נאשם כי אברהים חסונה - המפגע - מוכן לביצוע הפיגוע. הנאשם הדגיש כי הוא לא ליווה
ת ביצוע הפיגוע, ואף הנחה את אחמד ברגותי שהפיגוע יבוצע ביהודה ושומרון,
התנחלות או במחסום צבאי, ולא בתוך ישראל (זכ"דים ת/44 סעיפים 3-7-1-ו- ת/53 סי 3,
שהוגשו ואושרו על ידי החוקר "מופז" בעמי 58; זכ"ד ת/50 סי 1, שהוגש ואושר על ידי
חוקר "ואדי" בעמי 96; זכ"ד ת/52 שהוגש ואושר על ידי החוקר "סמיתי" בעמי 85).

</div>



בתי המשפט

תפ"ח 1158/02                    בית המשפט המחוזי בתל-אביב-יפו

דבריו אלו של הנאשם תואמים את גרסתו בחקירה של אחמד ברגותי, פרט לכך שהאחרון
אמר בחקירתו כי דיווח לנאשם לא רק זמן מה לפני הפיגוע, אלא גם ממש בשעה שבה יצא
המפגע לדרך, וכי הנאשם היה מעורב בניסוח הכרוז הנוטל אחריות לאחר ביצוע הפיגוע
(ראה ס' 29 לעיל). הנאשם, לעומת זאת, אמר בחקירתו כי לא היה מעורב בניסוח הכרוז
שקיבל אחריות על הפיגוע הנ"ל, אם כי הודה שנתן אישור לפרסם כרוז הנוטל אחריות על
פיגוע אחר שהתבצע בגשר עטרה (פיגוע מס' 18 בנספח לכתב האישום) (זכ"ד ת/52 הנ"ל
וזכ"ד ת/58 ס' 3, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58).

**סיכומו של דבר** : הנאשם הודה, כפי שאף עולה מדברי אחמד ברגותי, כי הוא אישר מראש
את ביצוע הפיגוע הנ"ל, אם כי ההוראה היתה להרוג אנשים אחרים במקום אחר.

(דד)    **ניסיון לפיגוע ליד קניון מלחה בירושלים**

הנאשם סיפר בחקירתו כי העניק סיוע, באמצעות אחמד ברגותי, לפעילים שביצעו פיגועים
באזור חברון. באחד הימים דיווח לו אחמד ברגותי כי אחד מפעילים אלה (ג'יהאד
ג'ועאברה) מתכנן פיגוע התאבדות בירושלים. הנאשם אמר כי נתן הנחיה באמצעות אחמד
ברגותי שהפיגוע יבצע בשטחים הכבושים ולא בתוך ישראל (על פיגוע זה ראה פרק ה/(20)
להלן). למחרת דווח לו כי פיגוע ההתאבדות ליד קניון מלחה בירושלים נכשל (זכ"ד ת/36,
שהוגש ואושר על ידי החוקר "סמית'" בעמ' 85). גם כאן אישר הנאשם לבצע פיגוע כנגד
ישראל, אם כי במקום אחר.

(3)    **אספקת כספים ואמל"ח לשם ביצוע פיגועי טרור**

67.    בתחילת חקירתו בשב"כ טען הנאשם כי איננו עוסק בטרור, וכי מעולם לא מסר
לאף אדם נשק ולא ירה בנשק (זכ"ד ת/10 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ'
90). ואולם בהמשך חקירתו הודה הנאשם כי היה אחראי על מתן כספים ואמצעי לחימה
לחוליות השטח של התנזים וגדודי חללי אלאקצא, וכי ידע כי אלה משמשים לביצוע
פיגועים כנגד ישראל.

49



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

כפי שאמר הנאשם: "במסגרת תפקידי כמזכיר הפת"ח אני אחראי לכל הנעשה כגון
אספקת כספים לחוליות, רכישות נשק וביצוע פיגועים" (ראה הציטוט מזכ"ד ת/29 בס'
61 לעיל, וכן ראה זכ"ד ת/59 ס' 7, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96).
הנאשם הסביר כי היה מעביר את בקשות הפעילים לרכישת אמל"ח ליאסר ערפאת תחת
הכותרת "סיוע אישי", או "סיוע כללי" (זכ"דיים ת/22 ס' 6, ו-ת/25 ס' 14 שהוגשו ואושרו
על ידי החוקר "מופז" בעמ' 58). הנאשם אף הודה כי בכך שרכש נשק לחוליות, הוא השיג
השפעה על פעילותן (ס' 61 לעיל). עוד הודה הנאשם כי סייע מבחינה כספית לאחמד ברגותי
ולראיד כרמי, ותמך בהם לצורך ביצוע פיגועים (ראה ס' 62 לעיל).

מסמך ת/5 (70-73) שנתפס במבצע "חומת מגן", הוא מכתב של ראיד כרמי אל הנאשם
מיום 20.1.02, בו מבקש כרמי סיוע לרשימה של פעילים, ובהם כאלו שהיו מעורבים
בפיגועי טרור על פי הראיות שהובאו בתיק זה; הנאשם הפנה את הבקשה ליאסר ערפאת
בכתב ידו (לפי חוות דעת מז"פ ת/5). מכתב נוסף שנתפס הוא ת/5(140), שבו פנה מבוקש
בשם סאמח אבו חניש לנאשם בבקשה להחזיר לו נשק שהוחרם; כתב ידו של הנאשם
נמצא על המכתב (חוות דעת מז"פ ת/5). במכתב ת/5(103) פנתה אל הנאשם קבוצת פעילים
בבקשה לרכישת כלי נשק, וציינו כי הם ביצעו התקפות רבות כנגד הצבא ומתנחלים, והפכו
למבוקשים; גם על מכתב זה מצוי כתב ידו של הנאשם (לפי חוות דעת מז"פ ת/5).

68.    הנאשם הסביר בחקירתו כי הן החוליות, והן בודדים מן החוליות, היו פונים אליו
לקבלת כספים לשם מימון רכישת נשק ולמטרות אחרות, והוא היה מעביר בקשות אלו
ליאסר ערפאת (זכ"ד ת/19 ס' 14, זכ"ד ת/22 ס' 6 וזכ"ד ת/25 ס' 14, 19, שהוגשו ואושרו
על ידי החוקר "מופז" בעמ' 58 ; זכ"ד ת/70 ס' 10, שהוגש ואושר על ידי החוקר "סטיב"
בעמ' 53 ; תמלילי חקירתו של הנאשם: ת/798 בעמ' 13-16, 20-21, ת/798א עמ' 7, 17-18,
30, ות/98 עמ' 13-14). לדבריו הוא לא היה מציין בפנייתו לערפאת כי הכסף מיועד
לרכישת נשק (זכ"ד ת/30 ס' 6, שהוגש ואושר על ידי החוקר "אמיל" בעמ' 54). במסגרת
פעילות זו נרכשו כ- 15 כלי נשק ותחמושת בהם בוצעו פיגועים (זכ"ד ת/29 ס' ה', שהוגש
ואושר על ידי החוקר "סמית" בעמ' 85, זכ"ד ת/60 ס' 5, שהוגש ואושר על ידי החוקר
"אמיל" בעמ' 54).

50



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

הנאשם הדגיש כי הפעילות הצבאית לא היתה יכולה להתקיים בלא מימון של ערפאת
(ת/60 הנ"ל ס' 7). הוא אמר בעניין זה: **"יש מישהו שבא ואומר לי אני רוצה אלף שקל,
אולי הוא מקבל אלף שקל, אני לא שואל אותו, אולי אחרי שבוע הוא ילך לבית, לא אכפת
לי"** (ת/98יא עמ' 30). הנאשם לא יכול היה לזכור בחקירתו את פרטי הסיוע הכספי שהגיש
לפעילי השטח של הפת"ח, והסביר כי מאות פעילים היו פונים אליו בבקשת סיוע כספי
לשם מימון הפעילות הצבאית (זכ"ד ת/49 ס' 10, שהוגש ואושר על ידי החוקר "אמילי"
בעמ' 54).

69.    במסגרת רכישות הנשק עבור פעילי הטרור, הסכים הנאשם לממן רכישה מרגמה
בסך של 1,500 דינר, והנאשם  פירט בחקירתו את הבעיות המבצעיות שבהפעלתה (זכ"ד
ת/29 ס' ו' וזכ"ד ת/38 ס' 2, שהוגשו ואושרו על ידי החוקר "סמיתי" בעמ' 85 ; זכ"ד ת/42
ס' 15-13, שהוגש ואושר על ידי החוקר "ואדי", בעמ' 96 ; תמליל חקירתו של הנאשם ת/98
יא עמ' 7-8). הנאשם ציין בחקירתו כי הוא עצמו התנגד לירי ממרגמה לעבר ישראל, משום
שהוכח שהירי אינו גורם נזק לישראלים, אך עלול לגרום נזק רב לפלשתינאים (זכ"ד ת/38
הנ"ל). גרסתו של הנאשם בעניין זה תואמת את גרסתו של אבו-חמדי, אשר הסביר כי הירי
במרגמה בוצע לעבר הישוב פסגות, וכי הנאשם ביקש שלא לדבר על כך עם איש (ראה סעיף
25 לעיל).

(4)    **סיוע למבוקשים ולמשפחות העצורים והחללים**

70.    הנאשם מימן בפעילותו לא רק את פעילי הטרור, אלא גם את בני משפחותיהם.
הוא הודה בחקירתו כי העביר לערפאת בקשות לסייע למשפחות המתאבדים, ואף הצדיק
זאת בכך שאין הבדל בין מתאבד לבין אדם שנהרג, כולם בעיניו "שהידים", קרי: מי שמת
מות קדושים (זכ"ד ת/10 שהוגש ואושר על ידי החוקר "דני" בעמ' 90 ; זכ"ד ת/54 ס' 5,
שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96 ; שיחת הנאשם עם המדובב "פלוני 3" ת/124
ג עמ' 7, 23-22). כמו כן דאג הנאשם למימון משפחות העצורים והמבוקשים מקרב פעילי
הפת"ח (שיחת הנאשם עם "פלוני 3" ת/124ג עמ' 23-22).

51



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                              תפ"ח 1158/02

בנושא זה נתפסו כמה וכמה מסמכים במבצע "חומת מגן", אשר מהווים בקשות סיוע
שהפנו המבוקשים לנאשם לצורך רכישת אמל"ח, ועל מנת להסיר מעליהם את עול
הפרנסה (ראה: ת/5 (2-12) שהנאשם אישר בעת חקירתו אשר תועדה בזכ"ד ת/47 שהוגש
ואושר על ידי החוקר "ואדי" בעמ' 96; ת/5 (64-65), ת/5 (87), ת/5 (105), ת/5 (117), ת/5
(118)). כמו כן דאג הנאשם להסדיר מינויים או מקומות עבודה למבוקשים (ראה למשל
המכתבים ת/5 (78-79), שלפי חוות דעת מז"פ ת/5 סביר מאוד להניח כי נכתבו על ידי
הנאשם).

מסמך נוסף הוא ת/5 (133), הכולל פניה לנאשם לסייע לאנשים בתנועת הפת"ח שביצעו
פיגועים ונעצרו על ידי ישראל, ולמבוקשים אחרים; הנאשם העיר על מסמך זה: "יש
עדיפות להכללתם בסיוע", ולפי חוות דעת מז"פ ת/5 הערה זו נכתבה, במידה שאינה
מותירה ספק של ממש, בידי הנאשם.

עימאד אלשקיר הוא פעיל תנזים שרצח ישראלי בסלפית, וכאשר הפך להיות מבוקש פנה
לנאשם בבקשה לקבלת עזרה, ואף סיפר לו על מעשה הרצח שביצע. הוא הסביר בעדותו כי
פנה אל הנאשם, משום שהיה ידוע שהנאשם מסייע במקרים שכאלו, אך תיאר את הנאשם
"כאיש פוליטי שלא משתתף בדברים צבאיים" (עמ' 182-184).

(5)    גיוס פעילים לאירגוני הטרור והדרכתם

71.    הנאשם אישר בחקירתו בשב"כ את הדברים שמסר במשטרה אבו חמיד, לפיהם
העניק הנאשם סיוע כספי לשם הקמת מחנה אימונים צבאי לפעילי התנזים, על מנת
להכשירם ללוחמת גרילה ושימוש בנשק (הודעת אבו חמיד ת/149ג עמי 1-2). הנאשם אף
אישר כי ראיין בעצמו את הצעירים המתאמנים במשרדו (זכ"ד ת/28 סעיפים 10-11,
שהוגש ואושר על ידי החוקר "ואדי" בעמי 96, זכ"ד ת/34 סי 3, שהוגש ואושר על ידי
החוקר "איתי" בעמי 52, ותמליל חקירת הנאשם ת/98יא עמי 9). בחקירתו במשטרה
הכחיש הנאשם כל קשר לאימונים או הדרכה של פעילי השטח (ת/106 עמי 3).

52



בתי המשפט

ית המשפט המחוזי בתל-אביב-יפו          תפ"ח 1158/02

בו חמיד סיפר בהודעתו הנ"ל (עמ' 6-7) כיצד מינה הנאשם את מוהנד כמפקד חוליה
אחר מותו של המפקד הקודם. הנאשם גם אישר בחקירתו את הדברים שאמר במשטרה
דאידה, בנוגע לתהליך גיוסו באמצעות הנאשם (ראה ס' 43 לעיל). מדברי הנאשם
ראידה עולה כי הנאשם שמע מרדאידה על כוונתו לבצע פיגוע ירי, והפנה אותו למטרה זו
ל מוהנד, שהיה מפקד שטח בכיר שביצע פיגועים כנגד מטרות ישראליות. כתוצאה
והפנייה זו בוצע הפיגוע שבו נרצח הנזיר היווני.

6)          **קריאותיו הפומביות של הנאשם לבצע פיגועים כנגד ישראל**

7.          כפי שכבר בואר לעיל, לא הסתיר הנאשם בחקירתו את תמיכתו בביצוע פיגועים
נגד מטרות צבאיות ואזרחיות בגדה המערבית, קרי: חיילים ומתנחלים (ראה ס' 13-16
עיל). הנאשם גם הסביר כי מידי פעם היה מורה לחוליות שסרו למרותו להפסיק את
פיגועים, ולאחר מכן היה מודיע על חידושם, וזאת באמצעות הופעות פומביות בטלוויזיה
־אה ס' 16 לעיל). הנאשם היה ער להשפעה שיש לדבריו על מבצעי הפיגועים, ואמר : **"אני**
**שפיע כי אני מדבר באמצעי התקשורת. יעני אני אומר את העמדה באמצעי**
**תקשורת... המילה שלי נשמעת וכאילו אני דובר בשם תנועת הפת"ח"** (תמליל חקירה
/98ד עמ' 33, וכן ראה עמ' 37-39). הנאשם אף לא הכחיש כי אנשי החוליות היו פונים
ליו לקבלת סיוע, משום שהיה מופיע כדובר הפת"ח בתקשורת, ונקט עמדה הקוראת
מאבק מזוין (תמליל חקירה ת/98ה עמ' 61). הוא הודה כי עודד בהופעותיו הפומביות את
פעילים לבצע פיגועים בתוך השטחים כנגד הצבא (תמליל חקירה ת/98י עמ' 25, וזכ"ד
/29 ס' 1ב, שהוגש ואושר על ידי החוקר "סמיתי" בעמ' 85).

7.          קריאותיו הפומביות של הנאשם לביצוע פיגועים כנגד ישראל תועדו בידי אמ"ן,
הוגשו בקלסר ת/3 (כולל הקלטות המקוריות ת/3א-ב) על ידי ראש חטיבת המחקר
אמ"ן, תא"ל י. קופרווסר (עמ' 38). בעניין זה יש להתעלם ממסמכים הכלולים בקלסר
/3, אשר אינם תיעוד של דברים שאמר הנאשם עצמו ברדיו או בטלוויזיה, ושאף הוקלטו.
תבה עיתונאית או ידיעה אחרת המייחסת לנאשם אמירת דברים כאלה או אחרים אינה
בילה לפי דיני הראיות, בהיותה עדות שמיעה.



53

בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו    תפ"ח 1158/02

יפן כללי ניתן לומר כי מעיון בדברים שאמר הנאשם לכלי התקשורת השונים, עולה
רור כי הוא מדבר בשם גדודי חללי אלאקצא והתנזים, ועומד בראשם. הנאשם קורא
פים אלה - לעיתים בצורה ברורה ולעיתים בצורה משתמעת - להמשיך ולבצע פיגועים
ד ישראל. לאחר כל פעולה של ישראל, הוא הודיע בשם תנועת הפת"ח וגדודי חללי
אקצא כי הנקמה לא תאחר לבוא (ראה למשל ראיונות בטלוויזיה של אבו דאבי בימים
14.1, ו- 15.8.01). למרות טענתו של הנאשם כי התנגד לפיגועים בתוך ישראל, הוא
מע בראיונות השונים תומך בפיגועים שבוצעו בתוך ישראל, ואף משבח את מבצעיהם
זה הצדקת הפיגוע בנתניה בראיון לטלוויזיה של אלג'זירה ביום 18.5.01, הצדקת הפיגוע
רושלים בטלוויזיה של אלג'זירה ביום 9.8.01, ופיגוע נוסף בירושלים אותו הצדיק הנאשם
ולוויזיה "וטן" ביום 31.10.02).

.    במהלך הלווייתו של עמאד אלענאתי ביום 2.10.00, אמר הנאשם בטלוויזיית "וטן"
ואללה: "חלפו הימים בהם רק אנו מקריבים קורבנות. עלינו לנקום. יש להרוג
וראלים. יש להרוג ישראלים. כן. יש לנו כדורים. יש לנו רובים והם יופנו לעבר
ז'יבוש".

ראיון טלפוני לעיתון "אלשרק אלאוסט" ביום 1.3.01 נשאל הנאשם האם ההתנגדות של
פלסטינאים עלולה להתפתח מאבנים לכלי נשק, והשיב: "המאבק המזוין הוא חלק
האינתיפאדה כעת ואין מסתמכים רק על אבנים. מאז החלה האינתיפאדה הצלחנו
הרוג מתוכם 66 ופצענו 416 וזוהי תוצאה טובה".

ום 29.10.01 התראיין הנאשם לטלוויזיית "וטן" רמאללה, ונשאל מהי תגובתו לשני
וגעים שהתבצעו באותו יום בחדרה ובבאקה אלע'רביה, והשיב: "זכותו של העם
פלסטיני, ולמעשה חובה על לוחמיו, להגיב על התוקפנות בנקמה על מעשי הטבח
התבצעו בבית רימא, בית לחם וטול כרם. לפיכך מה שארע היום הינו תגובה טבעית של
לוחמים הפלסטינים למעשי הטבח הישראליים".

54



בתי המשפט

<u>בית המשפט המחוזי בתל-אביב-יפו</u>                    תפ"ח 1158/02

ביום 4.3.02 התראיין הנאשם לעיתון "אלזמאן" היוצא בלונדון, ולדברי הכתב נג'אל אלליתי אמר הנאשם כי שני פיגועי ההתאבדות (בבית ישראל וליד עפרה) הינם **"מסר המופנה לישראלים כדי שיחדלו מתמיכתם בשרון"**.

לאחר מותו של ראיד כרמי ביום 14.1.02 קרא הנאשם לגדודי חללי אלאקצא לבצע פיגועי נקמה כנגד ישראל, וזאת בטלוויזיה של אבו דאבי (ת/3 - מיום 14.1.02). כך הודה הנאשם בחקירתו (תמליל שיחה ת/198 עמ' 78).

ביום 19.5.01 שודרה בטלוויזיה של "וטן" רמאללה תהלוכה שבראשה עמדו הנאשם ובכיר בחמאס. במהלך התהלוכה דיבר הנאשם ברמקול אל ההמון, והילל את הרוגי האינתפיאדה, וביניהם מבצע הפיגוע בנתניה. כמו כן הבטיח הנאשם להמשיך ולפגוע במתנחלים, וביֵרך את הפוגעים במתנחלים.

55



בתי המשפט

ית המשפט המחוזי בתל-אביב-יפו                    תפ"ח 1158/02

## הקשר של הנאשם לפיגועים נשוא כתב האישום

בכתב האישום מיוחסת לנאשם מעורבות ב- 37 פיגועים שפורטו בנספח לכתב
אישום, ואשר בוצעו על ידי מפקדי השטח ופעילי הטרור שהיו כפופים לנאשם.
סיכומים התייחסה התביעה אך ורק ל- 21 פיגועים מתוך הנספח שצורף לכתב האישום,
פיכך גם הכרעת הדין תתייחס אך ורק לאותם 21 פיגועים, שבעניינם הובאו ראיות
לטענת התביעה קושרות את הנאשם לבצועם. ההתייחסות לפיגועים אלה תכלול את
ראיות שהובאו לגבי התרחשות הפיגוע עצמו, מי היו מתכנניו ומבצעיו ומה היה הקשר
ל הנאשם לפיגוע או למתכננים או למבצעים.

## רצח טליה ובנימין כהנא ז"ל ליד עפרה

ביום 31.12.00 בשעה 06.30, בוצע ירי מן המארב בכביש מספר 60 ליד הישוב
רה, לעבר מכוניתם של בני הזוג טליה ובנימין כהנא ז"ל וחמשת ילדיהם. כתוצאה מן
ירי התדרדרה המכונית לתעלה בצד הכביש. בפיגוע נרצאו בני הזוג כהנא (תעודות פטירה
/128אי-בי), ונפצעו חמשת ילדיהם (ראה דוחו"ת פעולה של אלי קוג'ימן ורפי'ק עפר שלוש
/128גי-ד'י, לוחות התצלומים ת/128וחי- ט' שהוגשו ע"יי קוג'ימן ושלוש בעדויותיהם בעמ'
1, 127, ותעו"ץ של רפי'ק עובדיה ת/128הי). בבדיקת מז"פ התברר על פי התרמילים של
בה הקלצ'יניקוב שנתפסו בזירה כי הנשק ששימש בפיגוע זה, שימש גם בפיגוע מספר 6
ספח לכתב האישום, שבו נרצח אליהו כהן ז"ל ליד גבעת זאב (חוו"ד המומחה האוורד
ילברווטר ת/128וי-זי).

בחקירתו במשטרה הודה אבו חמיד כי הוא היה זה שסיפק את הנשק והתחמושת
מפגע שרצח את בני הזוג כהנא ז"ל, אחמד עינדאוו (הודעתו של אבו חמיד ת/149(א) עמי 4-
שנגבתה ע"יי רס"ר אברהים אלקוראען, על פי עדותו בעמי 194). בהודעתו הנ"ל סיפר
בו חמיד כי עינדאוו ביקש ממנו את הנשק (קלצ'יניקוב) והתחמושת לצורך ביצוע ירי לעבר
ב ישראלי ליד רמאללה, ולמחרת דיווח לו על ביצוע רצח בני הזוג כהנא ז"ל, כפי
יסתבר לו מן הדיווח ברדיו.

56



בתי המשפט

## תפ"ח 1158/02

ת המשפט המחוזי בתל-אביב-יפו

ענין זה רשאים אנו להתייחס אך ורק לעדותו של אבו חמיד, ומצווים אנו להתעלם מן
דברים שאמר לו בעידנר לגבי ביצוע הפיגוע, בהיותם עדות שמיעה. לפיכך, אין בפני בית
המשפט ראיה קבילה על ביצוע הרצח בנשק שמסר אבו חמיד לעינדור. לכן, גם אין ראיה
הקושרת את הנאשם לרצח בני הזוג כהנא ז"ל (הנאשם סיפר בחקירתו כי הכיר את עינדור,
שנהרג מפליטת כדור - זכ"ד ת/68 סי' 2). אמנם הובאו ראיות למכביר בדבר אחריותו
הכוללת והעליונה של הנאשם לפיגועים שנעשו על ידי אנשי הפתח"ח בגדה המערבית,
בהיותו מי שהנהיג פעילות זו, קרא לביצועה וסייע להוצאתה לפועל באספקת כספים
ואמלי"ח. ואולם אין ראיה קבילה על כך שהפיגוע הנ"ל אכן בוצע בידי אנשי הפתח"ח.

הראיה הקבילה היחידה שיש בעניין זה היא שהנאשם סייע לאבו חמיד לרכוש נשק
ותחמושת לצורך ביצוע פיגועים, כפי שהודו בחקירתם אבו חמיד והנאשם (ראה פרק ג(2)
לעיל), וכי אבו חמיד אכן מסר את הנשק שרכש בסיועו של הנאשם לעינדור למטרת ביצוע
פיגוע ירי. מעבר לכך אין בפנינו ראיות.

## (2)  רצח עקיבא פשקוס ז"ל באזור התעשיה בעטרות

78.     ביום 25.1.01 בשעה 18:25 בוצע ירי מן המארב לעבר רכבו של אלעזר עקיבא
פשקוס ז"ל באזור התעשייה בעטרות. המנוח נסע ברכב .G.M.C, ונורה באקדח קליבר 9
מ"מ (ראה חוו"ד מז"פ ת/129ג). כתוצאה מן הירי נפטר המנוח (תעודת פטירה ת/129א),
והוא נמצא במכוניתו ללא רוח חיים כדקה לאחר הירי (ראה עדותו של הרמן ספאק בעמ'
150, דו"ח של רפ"ק ליאור נדיבי ת/129ב, ועדותו בעמ' 132). האירוע מתואר גם בתמונות
שצולמו על ידי אבינועם אליה, שצורפו לתעודת ציבור שהגיש (ת/129ד).

79.     אחמד ברגותי הודה בחקירתו כי הוא מסר לאבו סטחה ולאדם אחר רכב לצורך
ביצוע פיגוע, ולאחר כמה שעות, השניים דיווחו לו כי ירו על יהודי שנסע ברכב G.M.C
באיזור עטרות, וכי הוא נפגע מהירי (הודעה ת/165א' עמי 3, שהוגשה ע"י רס"ר דוד מזרחי
בעמי 184).

57



**בתי המשפט**

‏ת המשפט המחוזי בתל-אביב-יפו      **תפ"ח 1158/02**

‏ סטחה הודה בחקירתו כי ביצע את הפיגוע באיזור התעשיה בעטרות, וירה באקדח אל

‏ר נהג שנסע ברכב G.M.C ספארי בצבע אפור (כפי שנראה בתמונות ת/129ד' שצולמו

‏חר הפיגוע), ולאחר מכן דיווח על כך לאחמד ברגותי, שהוא - כפי שאמר אבו סטחה -

‏גו **ויד ימינו**" של הנאשם (הודעה ת/156ב', שהוגשה ע"י השוטר מרקו דהן בעמ' 198).

‏ אין בידי התביעה ראיה כלשהי הקושרת את הנאשם בצורה ישירה לפיגוע הנ"ל.

‏ זאת, הובאו ראיות כלליות למכביר לפיהן היה אחמד ברגותי עוזרו הקרוב של הנאשם,

‏ל בידיעתו ותחת חסותו בארגון וביצוע פיגועים. הנאשם הודה כי מימן פיגועים שאחמד

‏ותי היה מעורב בהם ותמך בפעולותיו, וכי אחמד ברגותי היה מדווח לו לאחר ביצוע

‏יגועים. הנאשם גם הודה כי מבחינתו אחמד ברגותי היה האחראי על הפעילות הצבאית

‏יזור רמאללה, וכי הוא פעל בתיאום עם הנאשם. הנאשם אף הבהיר בחקירתו כי הקשר

‏ עם חוליות הטרור נעשה באמצעות אחמד ברגותי (ראה פרק ג)(3) לעיל).

‏ אבו סטחה היה מקורב לנאשם, ובתקופה מסוימת אף שימש כשומר ראשו. הנאשם

‏ שר בחקירתו כי אבו סטחה עבד במשרדו והיה תחת אחריותו, באמצעות אחמד ברגותי,

‏א ידע שהשניים מבצעים פיגועים כנגד אזרחים באיזור ירושלים (ראה פרק ג)(4) לעיל).

‏ הנאשם אמר בחקירתו כי הוא רואה עצמו אחראי לפעילותם של החוליות שפעלו עם

‏מד ברגותי ואבו סטחה - להבדיל מחוליות אחרות - משום ששניים אלו היו קרובים

‏יו, והוא מימן את פעילותם (ראה סעיף 60 לעיל). הנאשם אף הכיר בכך שבאמצעות

‏יוע והנשק שנתן לחוליות אלו הוא רכש השפעה על פעילותן (ראה סעיף 61 לעיל).

‏ אלה באים בנוסף לאחריות העל של הנאשם כמפקדם ומנהיגם של כל פעילי הטרור של

‏ת"ח בגדה המערבית, כפי שהוא עצמו הודה (ראה סעיף 65 לעיל), ובנוסף לעובדה

‏נאשם עודד באופן פומבי ופרטני את פעילי הטרור לבצע פיגועים.

‏יאלה המשפטית הקשה, האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם

‏עשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע

‏בחן בפרק המסקנות.

58



**בתי המשפט**

<u>בית המשפט המחוזי בתל-אביב-יפו</u>                        תפ"ח 1158/02

(3)    <u>רצח הנזיר היווני ציפוקטקיס גרמנוס ז"ל במעלה אדומים</u>

81.    ביום 12.6.01 בשעה 22.30 בוצע ירי מן המארב בכביש ירושלים מעלה אדומים, לעבר רכבו הפרטי של הנזיר היווני ציפוקטקיס גרמנוס ז"ל מסוג טנדר פג'ו, שנשא לוחית זיהוי ישראלית. מן הירי נרצח גרמנוס ז"ל (תעודת פטירה ת/132א'י וחוו"ד פתולוגית של פרופ' היס ת/130ב'י). על פיגוע זה העידו רפ"ק ניסים מזרחי (עמ' 131), שהגיש את דו"ח הביקור הראשוני בזירה ותצלומים (ת/130ג'-ד'י), וכן הוגשה תע"צ (ת/130ו'י) על ידי רס"ב אבי לוי ממז"פ. התרמילים שנתפסו בזירה נבדקו במז"פ (ראה חוו"ד מומחה של רפ"ק אבי קופמן, ת/130ז'-ט'י).

82.    רדאידה הודה בחקירתו כי הוא ביצע את הפיגוע הנ"ל, ותאר את נסיבות ביצועו. הוא סיפר כי פנה אל הנאשם על מנת לבצע פיגוע התאבדות. הנאשם הפנה אותו אל מוהנד, והורה למוהנד לתת נשק לרדאידה, וכך היה. הנאשם אמר לרדאידה כי התנזים עושה פיגועים נגד הצבא והמתנחלים, ולא פיגועי התאבדות, וכי הוא נותן לו נשק למטרה זו. ואכן, בנשק (קלצ'ניקוב) שקיבל רדאידה ממוהנד, על פי הוראתו הישירה של הנאשם, הוא ביצע את רצח הנזיר גרמנוס ז"ל כפי שתאר בחקירתו, בהסבירו כי סבר בטעות שמדובר במתנחל (ראה פרק ג(8) לעיל סעי' 41-42).

83.    הנאשם עצמו אישר בחקירתו את דבריו של רדאידה, ואמר כי הפנה אותו אל מוהנד לאחר שביקש להתאבד, ולאחר מכן שמע כי הוא הרג בטעות את הנזיר היווני (סעיף 43 לעיל). לאור כל אלה ברורה אחריותו הישירה והאישית של הנאשם לפיגוע זה.

(4)    <u>רצח יניב ושרון בן שלום ז"ל ודורון יוסף סווירי ז"ל בכביש 443</u>

84.    ביום 25.8.01 בשעה 22.30 נרצחו בני הזוג יניב ושרון בן שלום ז"ל, וכן יוסף סווירי ז"ל (אחיה של שרון), שנסעו יחד עם שני ילדיהם במכונית מסוג "פאסאט" בעלת לוחית זיהוי ישראלית, וזאת שעה שנסעו בכביש 443 ליד תחנת דלק "דור אנרגיה" (ראה תעודות פטירה וחוו"ד פתולוגיות ת/131א'-ג'י).

59



**בתי המשפט**

תפ"ח 1158/02

ת המשפט המחוזי בתל-אביב-יפו

תוצאות הפיגוע תיארו השוטרים חיים טולדנו ורס"מ שבי עובדיה (עמי 123, 139,
דוחי"ות הפעולה שלהם ת/131ד'-ה', בליווי לוח תצלומים ת/131ו'). הקליעים שנתפסו
שלחו לבדיקת מז"פ, ונמצא שהם גורו משני כלי נשק : תת מקלע MP5 וקלצ'ניקוב (חוו"ד
ומחה ת/131ז').

85.     אחמד ברגותי סיפר בחקירתו כי מסר את רובה ה- MP5 שלו לאבו סטחה, לאחר
שאבו סטחה ביקש זאת עבור החוליה שלו, וכעבור זמן מה, שמע מאבו סטחה, וגם
בחדשות, כי חברי החוליה שלו ביצעו פיגוע בו הרגו 3 יהודים ליד בית עור (הודעה ת/165א'
עמי 2, שהוגשה על ידי רס"ר מזרחי בעמי 184). גם אבו סטחה סיפר בחקירתו, כי קיבל
מאחמד ברגותי את רובה ה- MP5 ומחסנית מלאה בכדורים, ומסר אותם לשניים מהחוליה
שלו : חוסאם ופיראס. השניים סיפרו לו כי ביצעו את הפיגוע ליד בית עור, בו נהרגו 3
ישראלים (הודעה ת/156בי עמי 3, שהוגשה על ידי החוקר דהן בעמי 198).

מבצע הפיגוע, חוסאם שחאדה, אישר בחקירתו כי הוא ואחר ביצעו את הפיגוע ליד בית
עור בכביש 443, בסמוך לתחנת הדלק "דור", כאשר ירה במכונית לבנה מסוג "פאסאט"
(ראה התצלומים). הוא ציין כי את הירי ביצע ברובה ה- MP5 שקיבל מאחמד ברגותי,
ושותפו לפיגוע היה מצוייד בקלצ'ניקוב. למחרת שמע שחאדה בחדשות כי נהרגו 3
ישראלים כתוצאה מהפיגוע, ודיווח על כך לאחמד ברגותי, שהעביר את הדיווח לנאשם
(הודעה ת/160א' עמי 5-4, שהוגשה על ידי דהאן בעמי 198). שחאדה סירב להשיב על
שאלות בעדותו. לפיכך הוכרז כעד עוין והוגשו הודעותיו ת/160א'-ג'. כמו כן הוגשו כתב
האישום, הכרעת הדין וגזר הדין שניתנו בעניינו (ת/159א'-ד'). הוא אמר בעדותו אך ורק :
**"אני סיפרתי מה שהיה ולא רוצה להגיד כלום"** (עמי 73). שחאדה הורשע בביצוע פיגוע זה.

86.     לא הובאה ראיה הקושרת את הנאשם לפיגוע זה, זולת הקשר העקיף של הנאשם,
כאמור לעיל, לפיגועים בהם היו מעורבים מקורביו, אחמד ברגותי ואבו סטחה (ראה סעיף
80 לעיל). הנאשם סיפק כספים ונשק לחברי החוליות, באמצעות אחמד ברגותי, לשם
ביצוע פיגועים, והנשק ששימש בפיגוע זה סופק על ידי אחמד ברגותי.

60



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו                          תפ"ח 02/1158

השאלה האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשי הרצח שבוצעו
בפיגוע זה, כאשר אין ראיה הקושרת את הנאשם ישירות לפיגוע, תבחן בפרק המסקנות.

### (5)   רצח מאיר וייזבוייז ז"ל בכביש מס' 9 בירושלים

87.   ביום 15.9.01 בשעה 23:15 נורה מן המארב רכב שנסע בכביש מס' 9 בירושלים,
מהגבעה הצרפתית לשדרות גולדה מאיר. ברכב מסוג רנו אקספרס בצבע לבן נהג משה
וייס, אשר העיד כי נפגע מכדור הנמצא בגופו עד היום בעמוד השדרה, ואילו בן דודו מאיר
וייזבוייז ז"ל נהרג מן הירי (עמ' 138, תעודת פטירה ת/132ב, דו"ח פעולה של רפ"ק ליאור
נדיבי ת/132ג ועדותו של נדיבי בעמ' 132, וכן לוח התצלומים ת/132א). בזירה נתפסו
תרמילי רובה שנשלחו לבדיקת מז"פ, ונקבע כי הם נורו, כפי הנראה, מאקדח ומתת-מקלע
MP-5, שממנו נורו גם היריות הקטלניות שרצחו שלושה אנשים באירוע מס' 4 הנ"ל (חוו"ד
מז"פ ת/132ד).

88.   חוסאם שחאדה אמר בהודעתו ת/160א עמ' 6, שנגבתה על ידי רס"מ מרק דהן (עמ'
198 לפרוטוקול), כי קיבל מאחמד ברגותי אקדח ותת-מקלע MP-5, ונסע עם שניים אחרים
(פיראס והייתם) ברכב עד שהגיע לכביש מס' 9 לכיוון רמות והגבעה הצרפתית. כאשר
הבחינו ברכב טנדר מסחרי בצבע לבן, הם פתחו באש לעבר נוסעי הרכב ונמלטו לרמאללה.
לאחר האירוע ביקש שחאדה מאבו סטחה, שעבד במשרדו של הנאשם, לדווח לנאשם
ולאחמד ברגותי על ביצוע הירי. למחרת הוא שמע כי אחד הנוסעים שנפגע מן היריות מת
מפצעיו (ראה גם סעיף 85 לעיל בנוגע לעדותו של שחאדה). דבריו של שחאדה נתמכים
בדברים שאמרו אחמד ברגותי ואבו סטחה בחקירותיהם (ראה סעיף 85 לעיל).

89.   הקשר של הנאשם לפיגוע זה, כמו לפיגוע מס' 4 הנ"ל שבוצע אף הוא על ידי
שחאדה, איננו ישיר, שכן לא הובאו ראיות למעורבותו של הנאשם בפיגוע זה.
הקשר העקיף של הנאשם לפיגוע נובע מכך שהוא הוצא לפועל על ידי מקורביו ועוזריו של
הנאשם, אחמד ברגותי ואבו סטחה, שהנאשם אף מימן את פעולותיהם, כולל רכישת כלי
נשק.

61



**בתי המשפט**

בית המשפט המחוזי בתל-אביב-יפו                          תפ"ח 1158/02

השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח
שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק
המסקנות.

(6) **רצח אליהו כהן ז"ל בפיגוע ירי בכביש 443 ליד גבעת זאב**

90.    ביום 21.12.00 בשעה 30 :20 נורה מן המארב רכבו של אליהו כהן ז"ל, בנוסעו
בכביש 443 כקילומטר וחצי מהישוב גבעת זאב (ראה תעודת פטירה ת/133א, חוו"ד
פתולוגית ת/133ב, ודו"ח מעבדה ניידת מז"פ ת/133ג שעליו העיד רפ"ק שלוש בעמ' 127).
על פיגוע זה העיד בריאן מלקולם שפירא, שהיה עד ראיה לפיגוע (עמ' 149). בבדיקת
התרמילים שנתפסו בזירה נמצא כי כלי הנשק ששימש לפיגוע היה כפי הנראה רובה
קלצ'ניקוב, ששימש גם לביצוע רצח בני הזוג כהנא ז"ל (ראה חוו"ד ת/133ד ו- ת/128ו).

91.    אבו חמיד סיפר בחקירתו על פעילותו של חוליית אחמד עידור, שביצעה פיגוע זה
(הודעה ת/149א עמי 10-12, שנגבתה על ידי אלקוראען: עדותו בעמ' 194). אבו חמיד אמר
בחקירתו כי סיפק לעינדור רובה קלצ'ניקוב ותחמושת שקיבל למטרה זו מאחמד ברגותי,
וכי אישר לעינדור לבצע את הירי בכביש 443 שבו נהרג אליהו כהן ז"ל. עוד סיפר אבו חמיד
כי את הפיגוע ביצעו מוהנד ושוויש, וזאת על פי מה שסיפר לו מוהנד לאחר ביצוע הפיגוע.
מוהנד לא היה עד במשפט, ואילו חקירתו של שוויש, שגם העיד בפנינו, איננה מתייחסת
לאירוע זה, והפיגוע הנ"ל לא נכלל בכתב האישום שהוגש כנגד שוויש (ת/157א).

לאור האמור לעיל, יש בידינו אך ורק את עדותו של אבו חמיד, לפיה אישר לבצע פיגוע ירי
כנגד רכב ישראלי בסוף שנת 2000 בכביש 443 וסיפק נשק לביצועו. אין בפנינו ראיה קבילה
לגבי זהות מבצע הפיגוע, ולכן גם אין ראיה קבילה הקושרת את הנאשם לפיגוע באמצעות
אבו חמיד.

62



בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו          תפ"ח 02/1158

שיש בפנינו הן ראיות לפיהן הנאשם סייע לאבו חמיד לרכוש נשק ותחמושת לצורך
ביצוע פיגועים, וכי אבו חמיד מסר את הנשק שרכש בסיוע הנאשם לעינדור למטרת ביצוע
פיגועי ירי (זה המצב גם לגבי רצח בני הזוג כהנא ז"ל, שבוצע באותו כלי נשק: ראה פרק
13 לעיל).

### רצח יואלה חן ז"ל ליד תחנת דלק גבעונים בכביש 443

92.     ביום 15.1.02 בשעה 19:55 הגיעה יואלה חן ז"ל ברכב "פיאט אונו" לתחנת הדלק
גבעונים, וילדה ישבה ברשל עיני. שני מחבלים התקרבו לעבר רכבה, וירו בשתיים
מטווח קצר עשרות כדורים. כתוצאה מן הירי נרצחה יואלה חן ז"ל (תעודת פטירה 134א),
ורשל עיני נפצעה בראשה ובכתפה. עד ראיה לאירוע, סמי וקנין, העיד כי ראה שני בחורים
מלטים בריצה לעבר הכפר השכן אלג'יב לאחר ביצוע הירי, והוא סייע בחילוץ הנוסעות
(עמי 143). כמו כן תיארו את האירוע רפ"ק עמי לייפר ורס"ב אלי קוגימן (בעמי 130
לפרוטוקול ודו"חות ת/134ב-ד1, בנוסף ללוח תצלומים ת/134ב1 ות- 134/ד).

93.     הפיגוע בו נרצחה יואלה חן ז"ל בוצע בהוראתו הישירה של הנאשם, כנקמה על
הריגתו של ראיד כרמי יום לפני הפיגוע, ובכך הודה הנאשם בחקירתו. הנאשם סיפר
בחקירתו כי הורה למקורבו אחמד ברגותי לבצע פיגוע נקמה זה, וכי אחמד דיווח לו על
ביצוע הפיגוע. הנאשם אף נטל אחריות לביצוע פיגוע זה, וציין כי זו היתה הפעם הראשונה
בה ביצע הפתח"ח פיגוע בתוככי ישראל (ראה סעיף 66(א) לעיל).

דבריו של הנאשם בחקירתו מתייישבים עם הדברים שאמרו בחקירתם אחמד ברגותי, אבו
סטחה ומוצפר (ראה סעיפים 30 ו- 53 לעיל, הודעת אבו סטחה ת/156ב עמי 5-6 שעל
בייתה העיד דהן בעמי 198, והודעות אחמד ברגותי ת/165א עמי 3 ות/165ג עמי 2-1 שעל
בייתן העיד מזרחי בעמי 184). הם תיארו את הפיגוע שבוצע בתחנת הדלק באמצעות ירי
לעבר מכונית "פיאט אונו", שבו נרצחה אישה אחת ונפצעה חברתה. אבו סטחה, שביצע
את הירי, טען כי תחילה החליט שלא לירות בשתיים בהיותן נשים, אך לאחר שהחלו
לצעוק ירה עליהן יחד עם חברו טארק.

בתי המשפט

בית המשפט המחוזי בתל-אביב-יפו | תפ"ח 1158/02

אבו סטחה טען כי ביצע את הפיגוע לפי הוראת אחמד ברגותי, בעוד שהאחרון טען כי אבו סטחה היה יוזם הפיגוע, ולשם כך מסר לו רובה MP - 5. אחמד ברגותי טען בהודעתו כי אבו סטחה אמר לו כי דיווח על כוונתו לבצע את הפיגוע לנאשם לפני הביצוע, וכי הנאשם אמר לו שלא יצא לפיגוע זה.

אחמד ברגותי הסביר כי אבו סטחה היה שומר ראשו ונהגו של הנאשם, ולכן הנאשם חשש ממנו. בשיחה שהתקיימה בין הנאשם לבין אחמד ברגותי במהלך מעצרם, כאשר הוקלטו ללא ידיעתם, תיאמו השניים גרסאות לגבי פיגוע זה, ואחמד ברגותי אמר לנאשם כי הדגיש בחקירתו שהוא הורה על ביצוע הפיגוע מאחורי גבו של הנאשם (תמליל שיחה ת/128ג עמ' 14, 17). ואולם הנאשם, כאמור לעיל, הודה כי הורה לבצע את הפיגוע, ומכאן ברור כי מקורבו אחמד ברגותי ניסה לחלצו מן המעורבות הישירה בפיגוע זה, כמו גם בפיגועים אחרים.

(8) רצח 6 אנשים באולם השמחות "ארמון דוד" בחדרה

94. ביום 17.1.02 בשעה 22:45 בוצע פיגוע ירי באולמי "ארמון דוד" בחדרה. המחבל עבד אלסאלם חסונה ירה במאבטח בכניסה לאולם, פרץ פנימה ופתח באש מנשק אוטומטי לעבר קהל החוגגים באירוע בת-המצווה של נינה קרדשוב, עד שכמה מהם השתלטו עליו, והוא נורה למוות (חוו"ד פתולוגית ת/135י). כתוצאה מן הירי נרצחו 6 אנשים ועשרות נפצעו, חלקם באורח קשה. הנרצחים הם: בוריס מליחוב ז"ל (תעודת פטירה ת/135ב), דינה בינייב ז"ל (תעודת פטירה ת/135ג), אנטולי בקשייב ז"ל (תעודת פטירה ת/135ד), אבי יזדי ז"ל (תעודת פטירה ת/135ה), אדוארד בקשייב ז"ל (חוו"ד פתולוגית ת/135ו) ואהרון בן ישראל אליס ז"ל (חוו"ד פתולוגית ת/135ז). עד הראיה קונסטנטין קרדשוב סיפר בעדותו על התרחשות האירוע (עמ' 125), וניתן לראות את האירוע גם במצגת של המשטרה וקלטות שצולמו בעת האירוע (ת/135א, ת/135יא-יב). בזירה נתפס רובה סער אם-16 ורימון ששימשו את המחבל (ראה חוו"ד ת/135ח-ט ועדותו של רפ"ק לייפר בעמ' 130).

NOTARY יצחק וינברג YITZHAK WEINBERG NOTAIRE

64



**בתי המשפט**

<u>משפט המחוזי בתל-אביב-יפו</u>    <u>תפ"ח 1158/02</u>

נאסר עויס היה אחראי על ביצוע הפיגוע הנ"ל, והוא זה שמסר את הנשק לצורך
למחבל חסונה (הודעתו ת/172ב, שעל גבייתה העיד רס"ן עאמר בעמ' 191). כך עולה
ודעתו של אחמד ברגותי, שסיפר כי עויס דיווח לו על ביצוע הפיגוע באולם השמחות
ה (הודעה ת/165ד שעל גבייתה העיד רס"ר יעקובוף מעמ' 171). אחמד ברגותי סיפר
ע על ביצוע הפיגוע בטלוויזיה בהיותו עם הנאשם, ומיד התקשר לעויס שנטל אחריות
 צוע הפיגוע.

ו חמיד התייחס בחקירתו לפיגוע זה, והסביר כי אף הוא היה נקמה על חיסולו של
כרמי, ולכן המפגע יצא מטול-כרם, שבה התגורר כרמי (ת/149ב עמ' 14-15, שעל
ה העיד רס"ר אלקורעאן בעמ' 194).

אין כל ראיה ישירה לכך שהנאשם היה מעורב באופן ישיר בתכנון הפיגוע הנ"ל, או
ל ביצועו מראש. הנאשם טען כי היה שומע דיווח על הפיגועים מאחמד ברגותי ומעויס
אחר ביצועם, ובשיחתו עם המדובב "פלוני 1" אמר כי ידע על הפיגוע רק בדיעבד
ת/118ו סי' 4 שהוגש על ידי "רובינו"). הקשר העקיף של הנאשם לפיגוע בחדרה נובע
שסיפק לעויס כספים ואמל"ח לצורך ביצוע הפיגועים, הלה ראה בו מנהיג ומפקד,
גם דיווח לו לאחר כל פיגוע. הנאשם הודה באספקת כספים לעויס לצורך רכישת נשק,
י כאשר רצה להבטיח הפסקה של הפיגועים היה פונה בעניין זה גם לעויס (ראה
23 לעיל). עם זאת, הנאשם לא ראה עצמו אחראי לפעולותיו של עויס, בניגוד
לותיהם של אחמד ברגותי, אבו סטחה ואבו חמיד (ראה סעיפים 60 ו- 65 לעיל). גם
סיפר בחקירתו כי ביצע את הפיגועים שהוציא לפועל במסגרת תנזים פתח"ח, שעליו
אחראי הנאשם, וכי הנאשם סייע לו במימון הפיגועים ואספקת נשק. הוא ציין כי
שם היה ממונה עליו (ראה סעיפים 21-22 לעיל).

לה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשי הרצח
ע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק
קנות.

65



בתי המשפט

תפ"ח 1158/02                                                ת המשפט המחוזי בתל-אביב-יפו

<u>רצח שתי נשים בפיגוע ירי ברחוב יפו פינת לונץ בירושלים</u>                      (

9.    ביום 22.1.02 בשעה 16:20 פתח המחבל סעיד רמדאן באש מרובה M-16 לעבר
וברים ושבים ברחוב יפו פינת לונץ בירושלים, עד אשר נורה ונהרג. כתוצאה מן הירי
רצחו שרה המבורגר ז"ל ואורה סנדלר ז"ל (תעודות פטירה ת/136-ב-ג), ונפצעו עשרות
זרחים. על האירוע העיד חנן בן נעים, שהרג את המחבל (עמ' 121). כמו כן הוגשה מצגת
ל המשטרה לגבי האירוע, והוגש דו"ח פעולה של רפ"ק נדיבי שהעיד במשפט (ת/136א,
ד/136ד והעדות בעמ' 132). נשקו של המחבל נתפס ונשלח למז"פ (ת/136ה ועדותם של
ס"מ אזולאי ורפ"ק לייפר בעמ' 130-134).

98.    אחמד ברגותי נטל בחקירתו אחריות על הוצאתו לפועל של הפיגוע הנ"ל (ראה
ודעה ת/165א עמ' 4-5, שעל גבייתה העיד מזרחי בעמ' 184). הוא סיפר כי החליט להחדיר
מחבל מתאבד לתוך ישראל, ולשם כך נעזר בעויס, אשר שלח אליו את המפגע סעיד
רמאדן. השניים הכינו את המפגע לפיגוע, לקחו אותו להתפלל, קנו לו בגדים והשיגו עבורו
רובה M-16 וכדורים. באותו יום אחר הצהריים שמע אחמד על ביצוע הפיגוע בירושלים.

אין ראיה ישירה הקושרת את הנאשם לפיגוע הנ"ל, והוא אף סיפר בחקירתו כי הוא
וערפאת כעסו על אחמד ברגותי בשל ביצוע הפיגוע (תמליל שיחה ת/98יא עמ' 32).
מעורבותו העקיפה של הנאשם בפיגועים שביצעו אחמד ברגותי ועויס, בעצמם או
באמצעות אחרים, בוארה לעיל. השאלה המשפטית האם די בכל אלה כדי לבסס אחריות
פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את
הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

(10)    <u>פיגוע ירי בשכונת נוה-יעקב בירושלים בו נהרגה השוטרת גלית ארביב ז"ל</u>

99.    ביום 25.2.02 בשעה 18:25 בוצע פיגוע ירי על ידי מפגע בודד חמוש ברובה M-16
ורימון יד בכביש הראשי של שכונת נוה-יעקב בירושלים.

66



בתי המשפט

<div dir="rtl">

ת המשפט המחוזי בתל-אביב-יפו                 תפ"ח 1158/02

ּדותו של עד הראיה, השוטר אדם גרפילד, עולה כי המחבל פתח באש לעבר כלי רכב
ּעו בכביש, וכן לעבר אזרחים ושוטרים שהגיעו למקום. בניידת המשטרה של גרפילד
ּיבה גם השוטרת גלית ארביב ז"ל, אשר הסתתרה על המחבל באקדח שלוף. המחבל רצח
ּריות את השוטרת ארביב ז"ל (תעודת פטירה ת/137ב3), פצע קשות את השוטר גרפילד,
ּנותר נכה עד היום, ואת השוטר עמיחי דהן. רימון שהשליך המחבל לא התפוצץ (ראה
ּדותו של גרפילד בעמ' 127, עדותו של רפ"ק ליאור נדיבי בעמ' 132 והדו"חות והצילומים
ּהגיש ת/137ג3, ת/137ז, וכן המצגת ת/137א3 ולוח התצלומים ת/137ז). נשקו של המחבל,
ּרימון שלא התפוצץ ותרמילי הכדורים שירה נתפסו והועברו לבדיקת מז"פ (עדות רפ"ק
ּמי לייפר בעמ' 130,  חוו"ד של רפ"ק אבי קאופמן ת/137ד-ה  וחוו"ד של פק"ד יניב רון
ּ(137/3).

100.    המחבל שנתפס במהלך הפיגוע הוא ראמי נור, כפי שאמר נאסר אבו חמיד בהודעתו
ּ149/ג בעמ' 12-11 (שהוגשה על ידי רס"מ יעקב בראזני בעמ' 207). אבו חמיד סיפר כי
ּבעת שהוא ואחיו, חלום אבו חמיד, צפו בפיגוע הנ"ל בנוה-יעקב בטלוויזיה, הזכיר לו אחיו
ּכי המפגע ראמי נור היה בביתם יום לפני כן, וחלום אמר כי הוא זה שמסר לראמי נור רובה
ּ16-M וכדורים, ושילח אותו לפיגוע לאחר שצילם קלטת וידאו שהראה לאחיו נאסר לאחר
ּהפיגוע. חלום אמר לאחיו נאסר כי קיבל את הנשק ואת המפגע ראמי נור מאחמד ברגותי.
ּאבו חמיד הביע בהודעתו הנ"ל כעס על כך, בהסבירו שפיגוע זה עלול לסבך את הנאשם,
ּבשל קרבתו לאחמד ברגותי, כאשר הסתבר שהמפגע שנותר בחיים נותר בידי השב"כ.

עוד סיפר אבו חמיד בהודעתו הנ"ל, כי יאסר ערפאת הזמין למשרדו את הנאשם ואת
ּאחמד ברגותי בעקבות הפיגוע; אחמד ברגותי ברח, והודיע לאבו חמיד שיתכן שעומדים
ּלעצור את הנאשם בגלל הפיגוע הנ"ל. הנאשם אמר לאבו חמיד לאחר מכן, כי הסביר
ּלערפאת שבאותו שלב לא היתה הוראה על הפסקת אש, וכי הוא - הנאשם - עומד מאחורי
ּאנשיו כל עוד ערפאת לא יוציא הוראה נשיאותית להפסקת הפיגועים. אבו חמיד גם סיפר
ּבהודעתו כי אחמד ברגותי הודה בפניו כי מסר את הנשק לאחיו של אבו חמיד (חלום),
ּלצורך ביצוע הפיגוע בנוה-יעקב.

</div>

67



בתי המשפט

<u>ית המשפט המחוזי בתל-אביב-יפו</u>                    תפ"ח 1158/02

10.    מן הדברים האמורים לעיל עולה כי נאסר אבו חמיד לא נטל חלק בתכנון ובהוצאה
פועל של הפיגוע הנ"ל, ומי שעשו זאת היו אחיו חלום ואחמד ברגותי, שהיו עדים במשפט.
חלום אבו חמיד הורשע על פי הודאתו בשורה של מעשי טרור, כולל אחריותו לביצוע
הפיגוע הנ"ל בנוה-יעקב (ראה פרט 13 בכתב האישום המתוקן ת/161א, ופסק הדין ת/161
:). חלום סיפר על אחריותו לפיגוע הנ"ל, כמפורט לעיל, בהודעותיו ת/162א-ב, שנגבו על
די אברהים אלקורעאן (עדותו בעמ' 194) ורס"ר דוד מזרחי (עדותו בעמ' 184).

חלום סיפר בהודעותיו הנ"ל (ת/162א עמ' 6-9, ת/162ב עמ' 2-4) כי הכין את ראמי נור
לביצוע הפיגוע, ארגן לו מסייע ומסר לו רימון רסס ורובה 16-M עם כדורים. בעת שהכין את
ראמי נור לפיגוע, הגיע אחמד ברגותי ובירר כיצד מתקדמים העניינים בעניין תכנון הפיגוע;
אחמד ברגותי רצה שהפיגוע יעשה במקום הומה אדם בירושלים, אך לבסוף סוכם שהוא
יבוצע בצפון ירושלים בשל המחסומים, ואחמד ברגותי אישר זאת.

102.    אחמד ברגותי אישר בחקירתו את הקשר שלו לפיגוע בנוה-יעקב. בהודעתו ת/165א
סיפר כי נאסר עויס שלח אליו את המפגע ראמי נור לצורך ביצוע הפיגוע בנוה-יעקב, ואז
הפנה את ראמי נור אל חלום אבו חמיד כדי שיסייע לו להיכנס לירושלים (הודעה ת/165א
עמ' 6, שנגבתה על ידי רס"ר מזרחי לפי עדותו בעמ' 184). גם אחמד ברגותי, כמו חברו
נאסר אבו חמיד, סיפר בחקירתו על כך שבעקבות הפיגוע זומן יחד עם הנאשם למשרדו של
ערפאת; הנאשם שאל אותו אם הוא אחראי לפיגוע, אחמד ברגותי השיב בחיוב, ושמע
מהנאשם שערפאת כעס על ביצוע הפיגוע (הודעה ת/165ג עמ' 5 שנגבתה על ידי רס"ר
מזרחי לפי עדותו בעמ' 184).

103.    לאור האמור לעיל מתכנני הפיגוע היו עויס ואחמד ברגותי. בעת פגישתם של אחמד
ברגותי והנאשם בחקירה, כאשר הוקלטו ללא ידיעתם, חזר אחמד כמה פעמים והדגיש
בפני הנאשם כי סיפר בחקירתו שהנאשם שמע על הפיגוע הנ"ל רק לאחר הביצוע (תמליל
שׂיחה ת/127ג עמ' 4, 11).

68



## בתי המשפט

תפ"ח 1158/02                              ת המשפט המחוזי בתל-אביב-יפו

ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו
ללת והעקיפה בפיגועים שתכננו וביצעו אחמד ברגותי ועויס, כמבואר לעיל (ראה
פים 80, 86 ו-96 לעיל). לא לחינם זימן יאסר ערפאת את ברגותי לבירות לאחר ביצוע
גוע הנ"ל, שכן גם הוא סבר שהנאשם הוא הכתובת לטענות בענין. השאלה המשפטית
ם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה -
שר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

### (נ)   רצח גד רג'ואן ז"ל במפעל בשקביץ בעטרות

1.   ביום 27.2.02 בשעה 06:30 נרצח גד רג'ואן ז"ל במפעל "קפה בשקביץ" באיזור
געשיה בעטרות, על ידי עבד אלמגיד מהדי שהועסק בעבר במפעל (תעודת פטירה ת/138א,
וו"ד פתולוגית ת/138ב). זהרן שחאדה שהיה במקום סיפר כי כאשר שמע את היריות
אה אדם נמלט מן המקום, וגד רג'ואן שכב על הרצפה וביקש להזעיק עזרה (עמ' 146).

ז"ל נפטר כתוצאה מן הירי, ומותו נקבע במקום (ראה דו"ח פעולה ת/138ג
ל רפ"ק ליאור נדיבי בעמ' 132, וכן דו"ח המעבדה הניידת שרשם רפ"ק ניסים
138 ועדותו בעמ' 131). תצלומי זירת האירוע הוגשו כמוצגים ת/138ד ו- 138,
ורחי ונדיבי בעדויותיהם. הרצח בוצע באמצעות אקדח (חוו"ד ת/138ה), שכמה
מ מהם פגעו פגיעות קטלניות בגופו של המנוח (חוו"ד ת/138ב).

מיד סיפר בהודעתו ת/149ב (עמ' 28-25) כי פנה אליו עבד אלמגיד שסיפר לו
ל של משפחת רג'ואן, וביקש לבצע פיגוע יחד עם אדם בשם רמזי. השלושה
את הפיגוע, ואבו חמיד נתן לכל אחד מן השניים אקדח. כעבור 20 דקות דיווח
מיד על ביצוע הפיגוע, ועבד אלמגיד סיפר כיצד ירה למוות ברג'ואן ז"ל.
התקשר למשטרה ונטל אחריות על ביצוע הפיגוע בשם גדודי חללי אלאקצא
ל אבו חמיד הוגשה על ידי רס"ר אלקוראען בעמ' 194).