No. 1047/13 מס.

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked "A" is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני החי"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 77.00 shekels (including VAT)

שולם סך של 77.00 ש"ח (כולל מע"מ)

SIGNATURE _____   חתימה

NOTARY'S SEAL    חותם הנוטריון




# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | 2. נחתם בידי |
| Advocate _Yitzhak Weinberg - Advocate_ | עו״ד יצחק וויינברג עו״ד |
| _33 Soreq Street, Israel_ | |
| 3. Acting in capacity of Notary  L.N.24260 | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of | 4. נושא את החותם/החותמת |
| the above Notary | של הנוטריון הנ״ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date  -1-01-2014 | 6. ביום |
| 83/14 | |
| 7. By an official appointed by | 7. על ידי מי שמונה בידי שר |
| Minister of Justice under the | המשפטים לפי חוק הנוטריונים, |
| Notaries Law, 1976. | התשל״ו - 1976 |
| 8. Serial number _____ | 8. מס׳ סידורי _____ |
| 9. Seal/Stamp _____ | 9. החותם / החותמת _____ |
| 10. Signature _____ | 10. חתימה _____ |

(Seal: Magistrates Court of Jerusalem)

תאריך: 29/06/03            1            תיק מס': 6446/02

בית המשפט הצבאי
ש ו מ ר ו ן
- פ ר ו ט ו ק ו ל -

דיון בית משפט מיום: 29/06/2003   בפני הרכב: אב"ד: סא"ל ארז חסון
                                              שופט: רס"ן עמית פרייז
                                              שופט: סרן פאלח זאיד

תובע: קמ"ש לירון אברבך
סניגור: עו"ד ויסאם אגברייה + עו"ד עיראקי.

נאשם: אבראהים עדנאן נג'יב עבד-אלחי    ת.ז.: 411124423

רשמת: טורי איה
מתורגמן: רב"ט אוסאמה

- אב"ד זיהה את הנאשם -

נ: מייצג אותי גם עו"ד עיראקי.

אב"ד מבהיר לנאשם את מהות כת"א המתוקן.

ס: הנאשם מבין ומודה בכת"א המתוקן.
נ: אני מודה בכת"א כולל בכך שאני ומחמוד טיטי היינו שותפים ברצח של זאהר טוראבי, שאני ונאסר עוויס שלחנו את סעיד רמאדן לבצע פיגוע בלב ירושלים, שאני ואחמד ברגותי ונאסר עוויס שלחנו את המחבל שביצע את הפיגוע במסעדת "סי פוד" בתל אביב, שהייתי שותף בשליחת ג'האד טיטי לפתח תיקווה באירוע שבו נהרגו הסבתא ונכדתה.

**הכרעת דין**

לאור הודאתו של הנאשם בפנינו, הן מפי סנגורו והן במו פיו ולאחר ששב ואישר באוזנינו את הודאתו ואת אחריותו לעבירות המרכזיות המיוחסות לו, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכת"א המתוקן מיום 23/10/02.
התיק נקבע לישיבת טיעונים לעונש ביום 09/07/03.

**זכות ערעור כחוק**

ניתן והודע היום, 29/06/03 , בפומבי ובמעמד הצדדים.

_____        _____        _____
      שופט                    אב"ד                   שופט

P 5: 236