No. 1079/13 מס.

## CERTIFICATION OF COPY          אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני החי"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "A" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day 28th December 2013        היום 28/12/2013

Paid 83.00 shekels (including VAT)     שולם סך של 83.00 ש"ח (כולל מע"מ)

SIGNATURE _____     חתימה

NOTARY'S SEAL    חותם הנוטריון



# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by Yitzhak Weinberg - Advocate | 2. נחתם בידי |
| Advocate 33 Soreq Street, Israel L.N.24260 | עו"ד יצחק וויינברג עו"ד |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | 4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date  -1 -01- 2014 | 6. ביום |
| 119/14 | |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | 7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976 |
| 8. Serial number _____ | 8. מס' סידורי _____ |
| 9. Seal/Stamp _____ | 9. החותם / החותמת _____ |
| 10. Signature _____ | 10. חתימה _____ |

[Seal: Magistrates Court of Jerusalem]

תאריך: ט' שבט, תשס"ג
12 ינואר, 2003

בית המשפט הצבאי בבית אל

פרוטוקול הדיון של ישיבת הרכב

בפני האב"ד: סא"ל נתנאל בנישו
שופט: רס"ן יואל הדר
שופט: סרן דוד שונברג

תובע: סגן ראיד שנאן - נוכח
סניגור: עו"ד אכרם סמרה - נוכח

נאשם: מחמד ע"א רחמן סאלם מצלח ת.ז 902845643 / שב"ס - נוכח

מתורגמן: סמ"ר מחמד נסראלדין
רשמת: רב"ט ענבל חס

--------------------------------------------------

אבה"ד פותח את הישיבה ומזהה את הנאשם.

## מהלך הדיון

תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן, הנאשם יבקש לחזור בו מכפירתו, יודה בכתב האישום המתוקן, והצדדים יטענו לעונש בישיבה הבאה. התביעה הצבאית רוצה להצהיר בפני הנאשם כי לא תוכל לעשות כי שימוש בהודעתו בפני ביהמ"ש בתיקים אחרים הנוגעים לשותפיו.

סניגור: אני מאשר את דברי התובע ומבקש להתיר למרשי לחזור בו מכפירתו.

## החלטה

אנו מתירים לתובע להגיש כתב אישום מתוקן, ולנאשם לחזור בו מכפירתו.

ניתן והודיע היום, 12/01/03, בפומבי ובמעמד הצדדים.

שופט            אב"ד            שופט

סניגור: הסברתי למרשי את כתב האישום המתוקן.

נאשם: סנגורי הסביר לי את כתב האישום המתוקן ואני מודה בו.

מספר תיק 3258/02                                             תאריך· ט' שבט, תשס"ג
                                                             12 ינואר, 2003

## הכרעת - דין

על יסוד הודאתו באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
האישום המתוקן.

ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.



שופט                          אב"ד                    שופט

הצדדים: אנו מבקשים לדחות את הדיון לטיעונים לעונש.

## החלטה

הדיון בתיק נדחה לישיבת טיעונים לעונש ליום 20/1/03 בשעה 14:00.

ניתן והודע היום, 12/01/03, בפומבי ובמעמד הצדדים.



שופט                          אב"ד                    שופט

2