מס. No. 1035/13

## CERTIFICATION OF COPY

אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel Hereby certify that the attached document marked "A" is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני החי"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "A" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day 28th December 2013

היום 28/12/2013

Paid 149.00 shekels (including VAT)

שולם סך של 149.00 ש"ח (כולל מע"מ)

SIGNATURE _____

חתימה

NOTARY'S SEAL         חותם הנוטריון

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by Yitzhak Weinberg - Advocate | 2. נחתם בידי |
| Advocate  33 Soreq Street, Israel  L.N.24260 | יצחק וויינברג עו"ד  עו"ד |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of | 4. נושא את החותם/החותמת |
| the above Notary | של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date  - 1 -01- 2014 | 6. ביום |
| 7. By an official appointed by   69/14 | 7. על ידי מי שמונה בידי שר |
| Minister of Justice under the | המשפטים לפי חוק הנוטריונים, |
| Notaries Law, 1976. | התשל"י - 1976 |
| 8. Serial number | 8. מס' סידורי |
| 9. Seal/Stamp | 9. החותם / החותמת |
| 10. Signature | 10. חתימה |

| צבא | | תגנה | לישראל |
|---|---|---|---|
| בבית המשפט הצבאי | | תיק ביה״ימ | 3250/02 |
| בבית הרכב | | תיק תביעה | 242/02 |
| בפני | | תיק פ.א | 3135/00 בנימין |
| | | | 234/01 מת״מ י-ם |
| | | | 2159/01 בנימין |
| | | | 39/02 בנימין |
| | | | 7915/01 ציון |
| | | | 461/01 ציון |
| | | | 8379/01 ציון |
| | | | 5/01 בנימין |
| | | | 457/01 בנימין |
| | | | 502/02 ציון |

## במשפט שבין התובע הצבאי - המאשים

### - נ ג ד -

מחמד י׳/רחמאן סאלם מצלח (מכונה ״אבו סטחתי)
ת.ז 902845643, יליד 25.04.77, תושב עין אום שראיית - רמאללה
עצור מיום 17.02.02

### - הנאשם -

## כתב - אישום מתוקן

הנאשם הנ״ל מואשם בזאת בביצוע העבירות הבאות:

**פרט ראשון:** (פ.א. 234/01 מת״מ י-ם)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש״ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ״ח-1968.

**פרטי העבירה:** הנאשם הנ״ל, בין באיזור ובין מחוצה לו, ביום 25.01.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו

1. הנאשם הנ״ל, במועד האמור, נפגש ברמאללה עם ג׳אד אברהים מעלא וטארק מאלחי א-נוף
2. הנאשם קשר עם חבריו הנ״ל לנסוע לא-ראם ולגנוב שם רכב
3. הנאשם, ביחד עם טארק א-נוף וג׳אד מעלא נסע לא-ראם שם, הנאשם וחבריו הנ״ל חיפשו רכב לגנוב. לאחר שלא מצאו רכב שאפשר לגנוב אותו, הנאשם חזר לרמאללה, ואילו טארק א-נוף וג׳אד מעלא נשארו בא-ראם במטרה להמשיך לחפש רכב שניתן לגנוב אותו
ברמאללה, הנאשם נפגש עם אחמד טאלב מצטופא ברנותי, שומר ראשו של מרואן ברנותי -
ראש ״התנונים״ של הפת״ח. הנאשם ביקש מאחמד ברנותי אקדח ורכב לצורך ביצוע פיגוע ירי נגד יהודים

4. לפי בקשתו של הנאשם, אחמד ברגותי מסר לו אקדח 16 עם מחסנית המלאה בכדורים וכן רכב פולקסווגן בורה גנוב בצבע כסף.

5. הנאשם נסע ברכב הפולקסווגן הנ"ל לא-ראם, כשהוא חמוש באקדח 16 הנ"ל. בא-ראם, הנאשם נפגש עם ג'אד מעלא וטארק א-נוף.

6. הנאשם הציע לג'אד מעלא לעלות לרכב הפולקסווגן ולנסוע לאיזור עטרות לחפש רכב ישראלי במטרה לבצע לעברו פיגוע ירי ולגרום למיתם של נוסעי הרכב. ג'אד מעלא הסכים להצעתו של הנאשם ועלה לרכב הפולקסווגן.

7. הנאשם המשיך לנהוג ברכב הפולקסווגן ומסר את אקדח 16 הנ"ל לידי ג'אד מעלא. הנאשם הורה לג'אד מעלא לירות באמצעות האקדח הנ"ל לעבר רכב ישראלי, אשר אותו השניים ימצאו באיזור עטרות, וזאת במטרה לגרום למותם של נוסעי הרכב.

8. סמוך לשעה 18:15, באיזור התעשיה עטרות, הנאשם וג'אד מעלא הבחינו ברכב GMC ספארי, מ.ר. 7901306, (להלן: הרכב) אשר בו נהג אלעזר עקיבא פשקוס ז"ל.

9. הנאשם החל לנסוע אחרי הרכב. הנאשם עקב אחרי הרכב מאיזור התעשיה עטרות עד צומת א-ראם ובחזרה.

10. כאשר הרכב חזר לאיזור התעשיה עטרות ונסע בכביש הראשי, הנאשם נסע ברכב הפולקסווגן בסמוך לרכב.

11. ג'אד מעלא פתח את החלון וירה באקדח 16, אשר אותו מסר לו הנאשם, כ-7-6 כדורים לעבר הרכב במטרה לגרום למותו של נהג הרכב. מספר קליעים פגעו ברכב, כאשר קליע אחד פגע בצווארו ואחד בחזהו של אלעזר עקיבא פשקוס ז"ל, אשר נהג ברכב.

12. משהבחינו הנאשם כי הרכב נעצר, הוא נמלט ברכב הפולקסווגן, ביחד עם ג'אד מעלא, לרמאללה.

13. ברמאללה, הנאשם החזיר את הרכב ואת האקדח 16 לאמיר אבו רדאחה. הנאשם מסר לאמיר אבו רדאחה מספר כדורים במקום הכדורים, אשר אותם ירה ג'אד מעלא כאמור לעיל.

14. לאחר מכן הנאשם יצר קשר עם אחמד ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרוואן ברגותי, ראש ה"חתנזים" של הפת"ח באיזור, שהוא ההתאחדות בלתי מותרת, ודיווח לו על הפיגוע שביצע ביחד עם ג'אד מעלא.

15. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותו של **אלעזר עקיבא פשקוס ז"ל**, אשר נפטר כתוצאה מפגיעת הקליעים שנורו על-ידי ג'אד מעלא כפי שתואר.

16. לאחר יום, אחמד ברגותי מסר לג'אד מעלא כ-300 דולר ארה"ב עבור ביצוע הפיגוע הנ"ל. את הכסף האמור אחמד ברגותי קיבל מידי פרג'י ברגותי.

## פרט שני:

**מהות העבירה:** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנות 84(1)(א) ו-85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מאמצע שנת 2001 ועד ליום מעצרו, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו:

הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בחוליה צבאית, אשר שמה לה למטרה ביצוע פיגועים נגד אזרחים ישראליים הן באיזור, הן מחוצה לו. הנאשם פעל בחוליה הצבאית האמורה ביחד עם מחמד סאמי אברהים עבדאללה, חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי"), היית'ם אלמותפק חמדאן, זיד'אן אל בדווי, ניזאר והד'אן ועלי עליאן.

לצורכי פעילותו בחוליה האמורה, הנאשם וחבריו לחוליה נהנו לקבל סיוע כספי מאחמד טאלב ברגותי, עזרו ושל ראש ה"חתנזים" של הפת"ח, מרוואן ברגותי. הנאשם עצמי קיבל במספר הזדמנויות סכומי כסף שונים, בין 100 ל-300 דולר ארה"ב בכל פעם.

הנאשם פעל בחוליה הצבאית האמורה כפי שיתואר בפרטי האישום הבאים.

פרט שלישי: (ת.פ. 2159/01 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בחודש אוגוסט 2001, בעין אום שראייט שברמאללה, נפגש עם חוסאם עקל רנב שחאדה, פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי") וטארק מאלחי א-נוף.

2. טארק א-נוף, חוסאם שחאדה ופראס עיאנם אמרו לנאשם כי בכוונתם לבצע פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים השלושה ביקשו מהנאשם כי יספק להם כלי נשק לצורך ביצוע פיגוע הירי המתוכנן.

3. ביום 25.08.01, פנו אל הנאשם פראס עיאנם, חוסאם שחאדה וטארק א-נוף וביקשו לקבל עוד באותו היום כלי נשק לצורך ביצוע פיגוע הירי המתוכנן.

4. באותו היום, הנאשם פנה אל אחמד טאלב מוצטפא ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרואן ברגותי, ראש "התנזים" של פתח באיזור, שהוא התאחדות בלתי מותרת. הנאשם ביקש מאחמד ברגותי לקבל כלי נשק לצורך ביצוע פיגוע ירי נגד אזרחים ישראליים. לאחר זמן קצר, עוד באותו היום, אחמד ברגותי מסר לידי הנאשם תמ"ק MP-5 עם מחסנית מלאה בכדורים.

5. בשעות הערב, באותו היום, ברמאללה או בסמוך לכך, הנאשם מסר את תמ"ק MP-5 והתחמושת הנ"ל לפראס עיאנם וחוסאם שחאדה, אשר הגיעו ברכב איסוזו טנדר של פראס, וזאת על מנת שפראס וחוסאם יבצעו באמצעות הנשק חנ"ל פיגוע ירי ויגרמו למותם של אזרחים ישראליים.

6. מיד לאחר קבלת הנשק, פראס עיאנם, חוסאם שחאדה, היית[ם] אלמותפק חמדאן ועלי עליאן יצאו מרמאללה לכיוון כביש 443 במטרה לבצע שם את פיגוע הירי המתוכנן. האנשים הנ"ל נסעו בשני כלי רכב - האחד, איסוזו טנדר של פראס עיאנם והשני, רכב סובארו גנוב שהביא עלי עליאן לצורך ביצוע הפיגוע המתוכנן.

7. בהגיעם לכביש 443, פראס עיאנם המשיך לנסוע לבדו ברכב האיסוזו, כקילומטר לפני רכב הסובארו שבו נסעו חוסאם, היית[ם] ועלי עליאן, על מנת להודיע לחבריו הנ"ל על מחסומי צה"ל והמשטרה בדרך.

8. כל האנשים הנ"ל נסעו בכביש 443 לכיוון תל-אביב, כאשר עלי נוהג ברכב הסובארו, לידו יושב היית[ם] חמדאן, החמוש ברוסי"ר קלצ'ניקוב, ובמושב האחורי יושב חוסאם שחאדה החמוש בתמ"ק MP-5, אשר אותו סיפק הנאשם.

9. באותו היום, 25.08.01, סמוך לשעה 22:30, ליד תחנת הדלק "דור אנרגיה", הבחינו עצי רכב הסובארו הנ"ל ברכב פולקסווגן פאסאט, מ.ר. 6902818, אשר בו נסעו בני הזוג יניב ישראל בן שלום ז"ל עם שני ילדיהם ודורון יוסף סווירי ז"ל.

10. עלי עליאן, שנהג ברכב הסובארו, עקף את רכב הפולקסווגן הנ"ל ונסע במקביל אליו. בשלב זה, היית[ם] חמדאן וחוסאם שחאדה פתחו באש אוטומטית בתמ"ק MP-5, אשר אותו סיפק הנאשם, וברוסי"ר קלצ'ניקוב, לעבר רכב הפולקסווגן הנ"ל במטרה לגרום למותם של נוסעיו.

11. מספר רב של הקליעים שנורו על-ידי היית[ם] חמדאן וחוסאם שחאדה פגעו ברכב הפולקסווגן ובנוסעיו.

12. לאחר שנוסעי רכב הסובארו הבחינו כי רכב הפולקסווגן נוסע בזיגזג, הם האיצו את המהירות ונמלטו לכפר בית ליקיא. שם המתין להם פראס עיאנם. עלי עליאן, חוסאם שחאדה והיית[ם] חמדאן עלו לרכב האיסוזו של פראס עיאנם ונסעו לכפר בית סירא, שם הם הסתירו את כלי הנשק בסמוך לביתו של היית[ם] חמדאן. לאחר מכן, חוסאם שחאדה, פראס עיאנם, היית[ם] חמדאן ועלי עליאן חזרו לרמאללה ברכבו של פראס עיאנם.

13. מיד לאחר חזרתם לרמאללה, הנאשם נפגש בעין אום שראייט עם פראס עיאנם, אשר דיווח לנאשם על הפיגוע שבוצע באמצעות הנשק שנמסר למטרה זו על-ידי הנאשם.

14. לאחר מספר ימים, פראס עיאנם הביא את תמ"ק MP-5 הנ"ל מבית סירא והחזירו לנאשם. הנאשם העביר את כלי הנשק הנ"ל לידי אחמד ברגותי הנ"ל ודיווח לאחרון על פיגוע הירי שבוצע בכלי הנשק הנ"ל.

15. הנאשם הנ"ל, במעשיו המתוארים לעיל, גרם בכוונה למותו של **יניב בן שלום** ז"ל, אשר נפטר כתוצאה מפגיעות קליעים בראשו ובגנו, אשר נורו מתמ"ק MP-5 החמותאר לעיל. ומרוסי"ר קלצ'ניקוב על-ידי והיית[ם] חמדאן וחוסאם שחאדה.

16. לאחר מספרי ימים, על-פי בקשתו של הנאשם, אחמד ברגותי מסר לנאשם סכום של 500 דולר ארה"ב על מנת שהנאשם יחלק אותו לחבריו, אשר ביצעו את הפיגוע המתואר לעיל.

3

**פרט רביעי:** (פ.א. 2159/01 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלישי, במעשיו המתוארים בפרט האישום החמישי, גרם בכוונה למותה של **שרון בן שלום ז"ל**, אשר נפטרה כתוצאה מפגיעות קליעים בראשה ובגבה, אשר נורו מתמ"ק MP-5, אשר אותו סיפק הנאשם כמתואר בפרט האישום השלישי, וברוסי"ר קלצ'ניקוב.

**פרט חמישי:** (פ.א. 2159/01 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 25.08.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלישי, במעשיו המתוארים בפרט האישום החמישי, גרם בכוונה למותו של **דורון יוסף סוורי ז"ל**, אשר נפטר כתוצאה מפגיעות הקליעים, אשר נורו מתמ"ק MP-5, אשר אותו סיפק הנאשם כמתואר בפרט האישום השלישי, ומרוסי"ר קלצ'ניקוב.

**פרט שישי:** (פ.א. 7915/01 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. באמצע חודש ספטמבר 2001, פנה אל הנאשם פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי") ביחד עם אדם נוסף וביקש לקבל תמ"ק MP-5 על מנת לבצע באמצעותו פיגוע ירי במטרה לגרום למותם של אזרחים ישראלים.
2. הנאשם הסכים לספק את כלי הנשק המבוקש לצורך ביצוע פיגוע הירי המתוכנן וביום 15.09.01 פנה אל אחמד ברגותי, שומר ראשו של מרואן ברגותי, ראש "התנוזים" של הפת"ח באיזור, שהוא התאחדות בלתי מותרת אחמד ברגותי הפנה את הנאשם אל חאלד שוויש הנאשם פנה אל חאלד שוויש וקיבל מהאחרון תמ"ק MP-5.
3. מאוחר יותר באותו היום, הנאשם מסר את תמ"ק MP-5 הנ"ל לפראס עיאנם במטרה שהאחרון יבצע באמצעותו פיגוע ירי ויגרום למותם של אזרחים ישראלים.
4. יותר מאוחר באותו היום, מחמד סאמי אברהים עבדאללה נפגש ברמאללה עם חוסאם עקל רג'יב שחאדה, פראס צאדק מחמד עיאנם (המכונה "אל חיטאווי"), הייתם אלמותפק חמדאן ועלי עליאן. חוסאם שחאדה הגיע לפגישה הנ"ל כשהוא חמוש בתמ"ק MP-5, אשר אותו קיבל פראס עיאנם מידי הנאשם לצורך ביצוע פיגוע ירי, ואילו הייתם חמדאן הגיע כשהוא חמוש באקדח טופי.
5. חברי הנאשם הנ"ל החליטו לצאת לירושלים ולבצע שם פיגוע ירי במטרה לגרום למותם של אזרחים ישראלים.
6. בסביבות השעה 22.00, ביום 15.09.01, האנשים הנ"ל נסעו מרמאללה לירושלים ברכב איסוזו טנדר של פראס עיאנם.
7. פראס עיאנם נהג ברכב האיסוזו הנ"ל ונסע ביחד עם מחמד עבדאללה וחבריו על מנת להראות להם מקום שבו יבצעו את פיגוע הירי המתוכנן וכן על מנת להראות לחבריו איך להימלט לאחר ביצוע פיגוע האמור. פראס עיאנם הסיע את חבריו לכביש מס' 9 המחבר בין שכונת

4

רמות לבין שכונת הגבעה הצרפתית בירושלים פראס עיאנם הראה לחבריו איפה לבצע את הפינוע המתוכנן ואיך להימלט לאחר מכן. בסיום הסיור האמור, החבורה הנ"ל חזרה לרמאללה.

8. בסביבות השעה 22:30, באותו היום, מחמד עבדאללה ביחד עם חוסאם שחאדה והייתם חמדאן נסע ברכב גנוב בצבע אפור עם לוחיות רישוי ישראליות, אשר אותו סיפק להם עלי עליאן לצורך ביצוע הפיגוע המתוכנן (להלן הרכב). לפניהם נסע פראס עיאנם ברכב האיסוזו הנ"ל וזאת על מנת להודיע באמצעות טלפון סלולרי לחבריו על מחסומי משטרה וצה"ל

9. מחמד עבדאללה נהג ברכב הנ"ל, לידו ישב חוסאם שחאדה, החמוש בתמ"ק MP-5, ובמושב האחורי ישב הייתם חמדאן, חמוש באקדח טופי.

10. החבורה הנ"ל נעצרה בכביש מס' 9 בסמוך לצומת המוביל לשכונת רמת שלמה והמתינה לרכב ישראלי בודד שיגיע למקום במטרה לבצע לעברו פיגוע ירי ולגרום למותם של נוסעי הרכב.

11. לאחר מספר דקות, בסמוך לשעה 23:10, הגיע למקום רכב רנו אקספרס לבן, מ.ר. 2273706 (להלן הרנו) אשר נסע מכיוון שכונת רמת שלמה ופנה לכביש מס' 9 לכיוון שכונת רמות.

12. מחמד עבדאללה החל לנסוע אחרי הרנו ועקף אותו.

13. כשהרכב נסע במקביל לרנו, חוסאם שחאדה והייתם חמדאן פתחו באש בתמ"ק MP-5 ובאקדח טופי לעבר נוסעי הרנו במטרה לגרום למותם.

14. מספר קליעים שנורו על-ידי חוסאם שחאדה והייתם חמדאן פגעו ברנו ובשני נוסעי הרנו - משה וייס ומאיר וייסבויז ז"ל. לאחר מכן, מחמד עבדאללה המשיך לנסוע לכיוון שכונת רמות ובסמוך למקום שבו בונים גשר חדש פנה ימינה לדרך עפר המובילה לביר נבאללה.

15. לפני הכניסה לביר נבאללה, מחמד עבדאללה וחבריו שהיו עמו ברכב נפגשו עם פראס עיאנם שהמתין להם במקום ברכב האיסוזו משם כולם ביחד המשיכו בנסיעה לביר נבאללה ולאחר מכן נמלטו לרמאללה.

16. לאחר מכן, פראס עיאנם, חוסאם שחאדה, מחמד עבדאללה וחאתם חמדאן, חטארק א-נוף הגיעו אל הנאשם, החזירו לו את תמ"ק MP-5 הנ"ל ודיווחו על הפיגוע, אשר אותו ביצעו באמצעות כלי הנשק הנ"ל.

17. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותו של **מאיר וייסבויז** ז"ל, אשר נפטר בבית החולים מאוחר יותר באותו היום כתוצאה מפגיעות הקליעים שנורו על-ידי חברי הנאשם בתמ"ק MP-5, אשר אותו סיפק הנאשם ובאקדח טופי.

**פרט שביעי:** (פ.א. 7915/01 ציון)O

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 23:10, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותו של משה וייס, אשר נהג ברכב רנו אקספרס לבן, מ.ר. 2273706, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשו של משה וייס ופצע אותו.

**פרט שמיני:** (פ.א. 481/01 ציון ו-פ.א. 8379/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בראשית חודש אוקטובר 2001, ברמאללה או בסמוך לכך, ביחד עם מחמד סאמי אברהים עבדאללה, חוסאם עקל רגיב שחאדה ופראס צאדק מחמד עיאנם (המכונה "אל חיטאווי"), החליט לבצע פיגוע ירי במטרה לגרום למותם של אורחים ישראליים

2. לצורך ביצוע פיגוע הירי המתוכנן, הנאשם קיבל מידי מאגיד, תושב אלבירה, רכב מזדה 323 גנוב בצבע אפור עם לוחיות רישוי ישראליות

5

3. לצורך ביצוע פיגוע הירי המתוכנן, הנאשם קיבל מאחמד ברגותי, שומר ראשו של מרואן ברגותי, ראש "התנזים" של הפתייח באיזור, שהוא התאחדות בלתי מותרת, תמ"יק MP-5.

4. ביום 03.10.01, הנאשם יצא מרמאללה לכיוון ירושלים במטרה לבצע שם את פיגוע הירי המתוכנן כשהוא מחזיק בתמ"יק MP-5 הנ"ל ונוסע ברכב המזדה הנ"ל, אשר בו נהג מחמד עבדאללה.

5. פראס עיאנס וחוסאם שחאדה נסעו ברכב איסוזו טנדר של פראס עיאנס לפני רכב המזדה שבו נסע הנאשם וזאת במטרה להודיע על מחסומי המשטרה וצה"ל בדרך.

6. הנאשם וכל חבריו הנ"יל הגיעו לבית חנינא החדשה שבירושלים. שם מחמד עבדאללה החנה את רכב המזדה וביחד עם הנאשם הסתיר בתוך הרכב את תמ"יק MP-5 הנ"ל.

7. הנאשם ומחמד עבדאללה עלו לרכב האיסוזו ומשם המשיכו ברכב האיסוזו ביחד עם פראס עיאנס וחוסאם שחאדה לכיוון כביש בגין.

8. הנאשם וחבריו הנ"ל הגיעו לכביש בגין. שם, פראס עיאנס הראה לנאשם ושאר חבריו איפה לבצע את פיגוע הירי המתוכנן ואיך לחימלט לאחר ביצוע פיגוע הירי. הנאשם וחבריו הנ"ל החליטו לבצע את פיגוע הירי המתוכנן במנהרה הראשונה של כביש בגין מכיוון רמות וזאת על מנת שלא ישמעו את קולות הירי. לאחר מכן, הנאשם וכל חבריו הנ"ל חזרו לבית חנינא, למקום שבו הושאר רכב המזדה.

9. הנאשם עלה לרכב המזדה כשהוא חמוש בתמ"יק MP-5 הנ"ל, ואילו מחמד עבדאללה נהג ברכב המזדה האמור. משם הנאשם נסע ברכב המזדה לכביש בגין במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראליים.

10. הנאשם ומחמד עבדאללה נסעו בכביש בגין הלוך ושוב מספר פעמים כשהם מחפשים רכב ישראלי בודד במטרה לבצע לעברו את פיגוע הירי המתוכנן במטרה לגרום למותם של נוסעי הרכב.

11. בסמוך לשעה 23:35, כשהם נוסעים לכיוון צפון, במנהרה האחרונה בכיוון נסיעתם, הנאשם ומחמד עבדאללה הבחינו ברכב הונדה אקורד, מ.ר 1103217, חנוסע בכביש בגין לכיוון צפון. ברכב ההונדה נסעו טוני עמיאל, פיני מימון ופויט מימון.

12. מחמד עבדאללה עקף את רכב ההונדה הנ"ל. בעת שמחמד עבדאללה נסע במקביל לרכב ההונדה הנ"ל, הנאשם ירה כדור אחד בתמ"יק MP-5, אשר בו החזיק, לעבר נוסעי רכב ההונדה, במטרה לגרום למותם. הקליע שנורה על-ידי הנאשם לא פגע ברכב ההונדה הנ"ל.

13. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד עבדאללה המשיכו בנסיעתם לכיוון כביש מס' 9 המחבר בין שכונת רמות לשכונת הגבעה הצרפתית.

14. לאחר שהנאשם ביחד עם מחמד סאמי אברהים עבדאללה ביצע את פיגוע הירי כפי שתואר לעיל, השניים המשיכו בנסיעה ברכב המזדה לכיוון כביש מס' 9, המחבר בין שכונת רמות לשכונת הגבעה הצרפתית במטרה להגיע משם לבית חנינא ובהמשך לרמאללה.

15. במהלך הנסיעה הנ"ל, הנאשם, על-פי בקשתו של מחמד עבדאללה, בדק את תקינותו של תמ"יק MP-5, אשר בו החזיק, ואף ירה מספר כדורים באוויר.

16. במהלך הנסיעה בכביש מס' 9 הנ"ל, בסמוך לשעה 23:45, הנאשם ומחמד עבדאללה הבחינו ברכב סקודה, מ.ר 6567709, אשר נסע בכביש מס' 9 לכיוון הגבעה הצרפתית. ברכב הסקודה הנ"ל נסעו מלכה כהן ופנחס כהן.

17. הנאשם ומחמד עבדאללה החליטו לבצע פיגוע ירי לעבר רכב הסקודה הנ"ל ולגרום למותם של הנוסעים בו. מחמד עבדאללה, אשר, כאמור, נהג ברכב המזדה, עקף את רכב הסקודה.

18. בעת שמחמד עבדאללה נסע במקביל לרכב הסקודה הנ"ל, הנאשם ירה בתמ"יק MP-5 מספר יריות לעבר רכב הסקודה הנ"ל במטרה לגרום למותם של נוסעי רכב הסקודה.

19. מספר קליעים שנורו על-ידי הנאשם פגעו ברכב הסקודה. שני קליעים שנורו על-ידי הנאשם פגעו בפנחס כהן וקליע נוסף פגע במלכה כהן.

20. פנחס כהן נפצע כאורח בינוני מפגיעת שני קליעים בבטנו, ואילו מלכה כהן, שהיתה בשבוע ה-28 להריון, נפצעה באורח בינוני מפגיעת קליע בראשה.

21. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד עבדאללה המשיכו בנסיעה לכיוון הגבעה הצרפתית ומשם הגיעו לבית חנינא החדשה. שם, הנאשם ומחמד עבדאללה החנו את רכבם ויצרו קשר טלפוני עם חוסאם עקל רג'ב שחאדה ופראס צאדק מחמד עיאנס (המכונה "אל חיטאווי"), אשר הגיעו למקום ברכב האיסוזו של פראס עיאנס על מנת לאסוף את הנאשם ומחמד עבדאללה, וזאת לפי התכנון האמור בפרט האישום הקודם.

22. הנאשם ומחמד עבדאללה הסתירו את תמ"יק MP-5 הנ"ל ברכב האיסוזו ועלו לרכב האיסוזו. הנאשם ושלושת חבריו הנ"ל ניסו לחזור מירושלים לרמאללה, אך לא הצליחו לעשות כן בגלל מחסומי צה"ל והמשטרה. הנאשם וחבריו הנ"ל נשארו ללון אצל יאסר אבו אלחטיב, חברו של חוסאם שחאדה, בבית חנינא החדשה בירושלים.

23. יום למחרת, 04.10.01, פראס עיאנס הסיע את הנאשם, ברכב האיסוזו שלו, לרמאללה.

פרט תשיעי: (פ.א. 39/02 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) [מס' 378], תשי"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. ביום 14.01.02 נהרג ראאד כרמי אשר חזה פעיל צבאי בכיר ב"תנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת. בעקבות מותו של ראאד כרמי הנ"ל, ראש "התנזים" של הפת"ח באיזור - מרוואן ברגותי פתח אוהל אבלים באלבירה.
2. ביום 15.01.02, הנאשם הגיע לאוהל האבלים הנ"ל ונפגש שם עם מחמד סאמי אברהים עבדאללה, פראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), טארק מאלחי א-נוף, זידאן אל בדווי ואחמד ברגותי (המכונה "אל פראנסי") שהוא שומר ראשו של מרוואן ברגותי הנ"ל.
3. אחמד ברגותי הנ"ל מסר לנאשם ולחבריו הנ"ל כי מרוואן ברגותי, ראש "התנזים" של הפת"ח באיזור, מבקש כי הנאשם וחבריו יבצעו באופן מיידי פיגוע נקמה על מותו של ראאד כרמי הנ"ל ויגרמו למותם של אזרחים ישראליים לצורך ביצוע הפיגוע, אחמד ברגותי מסר לנאשם תמ"ק MP-5 ואקדח 16.
4. הנאשם וחבריו הנ"ל, באוהל האבלים הנ"ל, החליטו לבצע עוד באותו הערב פיגוע בתחנת הדלק גבעוני הנמצאת בכביש 443 בסמוך לכניסה לגבעת זאב ולגרום למותם של אזרחים ישראליים.
5. בשעות הערב באותו היום, 15.01.02, מחמד עבדאללה יצא מאוהל האבלים הנ"ל ביחד עם פראס ע'אנם. מחמד עבדאללה ופראס ע'אנם נסעו ברכב איסוזו טנדר של פראס ע'אנם לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן. אחרי רכב האיסוזו הנ"ל נסעו הנאשם, החמוש באקדח 14, זידאן, החמוש באקדח 16, וטארק א-נוף, החמוש בתמ"ק MP-5. השלושה נסעו ברכב מזדה בצבע חום בחיר לעבר תחנת הדלק הנ"ל במטרה לבצע שם את הפיגוע המתוכנן.
6. הנאשם וכל חבריו הנ"ל חנעו עד ערמת עפר החוסמת את היציאה מכפרים ביר נבאללה ואלג'יב לכביש 443 במרחק של כ-100 מטר מתחנת הדלק חגבעוני. הנאשם וחבריו חמו את כלי הרכב שלחם, איסוזו ומזדה, עם הפנים לכיוון הכפר ביר נבאללה על מנת שיוכלו לחימלט מהמקום מיד לאחר ביצוע הפיגוע המתוכנן.
7. הנאשם, החמוש באקדח 14 שלו, זידאן, החמוש באקדח 16, וטארק א-נוף, החמוש בתמ"ק MP-5, ירדו מכלי הרכב והלכו לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראליים.
8. מחמד עבדאללה ופראס ע'אנם נשארו בכלי הרכב הנ"ל על מנת לשמור שלא יגיע למקום סיור של צה"ל או אנשים אחרים. מחמד עבדאללה ישב בכיסא הנהג ברכב המזדה על מנת שיוכל למלט באופן מיידי את שלושת חבריו שיצאו לבצע את הפיגוע המתוכנן מייד לאחד ביצוע הפיגוע.
9. הנאשם וטארק א-נוף נעמדו בכניסה לתחנת הדלק הנ"ל.
10. לאחר מספר דקות, בסמוך לשעה 19:45, הנאשם וטארק א-נוף הבחינו ברכב פיאט אונו לבן, מ.ר. 6424905, שנכנס לתחנת הדלק הנ"ל ואשר בו נחנה יואלה חן ז"ל וילדה ישבה רשל (רחל) עיני.
11. הנאשם וטארק א-נוף ניגשו אל רכב הפיאט הנ"ל במטרה לבצע לעברו פיגוע ירי ולגרום למותן של נוסעות הרכב. נוסעות רכב הפיאט הבחינו באקדח שבו החזיק הנאשם והחלו לצעוק ולצפור. הנאשם חנוס את האקדח למכנסיו ואמר לנוסעות הרכב שלא יפחדו.
12. בשלב זה, טארק א-נוף פתח באש אוטומטית בתמ"ק MP-5 לעבר נוסעות רכב הפיאט במטרה לגרום למותן. אז גם הנאשם שוב הוציא את אקדחו והחל לירות לעבר נוסעות הרכב במטרה לגרום למותן.
13. הנאשם וטארק א-נוף ירו מטווח קצר מאוד מספר רב של כדורים לעבר יואלה חן ז"ל ולעבר רשל (רחל) עיני שהיו ברכב הפיאט הנ"ל.
14. כ-28 קליעים, שנורו על-ידי הנאשם וטארק א-נוף, פגעו בשמשה הקדמית של הרכב, מספר קליעים פגעו בצד הרכב ובשמשת חלון דלת הנהג.
15. במהלך ביצוע פיגוע הירי המתואר, זידאן, אשר עמד במרחק קצר מאחורי הנאשם וטארק א-נוף, שימש כשומר ומתריע.
16. פראס ע'אנם, מיד לאחר ששמע את קולות הירי, נסע מהמקום ברכב האיסוזו שלו על מנת להודיע לנאשם וחבריו אם יש מחסומים בדרך לרמאללה.

17. הנאשם, טארק א-נוף וזיידאן, לאחר שביצעו את פיגוע הירי כאמור לעיל, חזרו בריצה אל רכב המודה שבו המתין מחמד עבדאללה. לאחר שהשלושה הנ"ל עלו לרכב, מחמד עבדאללה הסיע אותם לרמאללה.
18. ברמאללה הנאשם, טארק א-נוף, מחמד עבדאללה וזיידאן נפגשו עם פראס ע'אנם.
19. לאחר מכן, הנאשם נפגש ברמאללה עם אחמד ברגותי חנ"ל, החזיר לו את תמ"ק ה-M16 ואת הרכב וכן דיווח על הפיגוע שביצע כמתואר לעיל.
20. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותה של **יואלה חן ז"ל**, אשר נמצאה במקום כתוצאה מפגיעות הקליעים שנורו על-ידי הנאשם וטארק א-נוף.

**פרט עשירי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 19:45, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותה של רשל (רחל) עיני, אשר נסעה ברכב פיאט אונו לבן, מ.ר. 6424905, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי הנאשם וטארק א-נוף, כפי שתוארו בפרט האישום הקודם, פגע בראשה של רשל (רחל עיני) ושני קליעים נוספים פגעו בכתפה השמאלי ופצעו אותה באורח בינוני.

**פרט אחד-עשר:** (פ.א. 3135/00 בנימין)

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 12.10.00 או במועד הסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, היזק, הפרעה או סכנה לביטחון האיזור או לביטחון צה"ל וחייליו או לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אווירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד המשמש מסוגל לשמש לייצורם, הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

1. ביום 12.10.00, בסמוך לשעה 10:00, נכנסו שני חיילי צה"ל, רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל בטעות לתוך העיר רמאללה, הנתונה לשליטת הרשות הפלסטינית. מאחר ושני חיילי צה"ל הנ"ל נסעו ברכב הנושא לוחיות רישוי ישראליות, הבחינו בהם השוטרים הפלסטינים המשרתים בתחנת המשטרה הפלסטינית ברמאללה ועצרו אותם.
2. לאחר שהשוטרים הפלסטינים הבינו כי מדובר בשני חיילי צה"ל, הם נטלו מרס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל את נשקיהם ואת החפצים האישיים. הוציאו אותם מתוך הרכב, בו נסעו השניים, והכניסו אותם לתוך תחנת המשטרה הפלסטינית ברמאללה. בתוך תחנת המשטרה נחקרו רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל בנוגע להגעתם לרמאללה ואף הוכו על-ידי השוטרים הפלסטינים שהיו במקום.
3. בסמוך לתחנת המשטרה הפלסטינית ברמאללה עברה באותה עת תהלוכת הלוויה, אשר בה השתתף הנאשם, ונפוצה השמועה כי בתוך תחנת המשטרה נמצאים שני חיילים ישראלים. אז פנו האנשים שהשתתפו בלוויה אל תחנת המשטרה בכוונה לרצוח את שני חיילי צה"ל שהיו שם. הנאשם עצמו המשיך עם תהלוכת הלוויה.
4. המון המתפרעים, לאחר שהגיע אל תחנת המשטרה הפלסטינית ברמאללה, הרס והעלה באש את רכבו של רב"ט ודים נורז'יץ ז"ל, אשר נשאר מחוץ לתחנת המשטרה הנ"ל.
5. ההמון ביקש להיכנס אל תוך תחנת המשטרה הנ"ל במטרה לרצוח את רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל.
6. ההמון ניסה להגיע אל הדלת של תחנת המשטרה הנ"ל, אך שם נעצר על-ידי שוטרים פלסטיניים, אשר ביקשו מההמון לא להתפרץ אל תוך התחנה, כאשר הם מבטיחים להוציא את שני חיילי צה"ל אל מחוץ לתחנת המשטרה ואז ההמון יוכל לרצוח אותם.

8

7. למרות הכל הצליחו מספר רב של המתפרעים להיכנס אל תוך תחנת המשטרה הנ"ל כשבידיהם אלות, סכינים וצינורות ברזל.

8. המתפרעים אשר הצליחו להיכנס לתחנת המשטרה הנ"ל, הגיעו אל החדר בקומה השניה שבו היו באותה עת רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל המתפרעים, ביחד עם השוטרים הפלסטינים שהיו במקום, היכו את רס"ל יוסף אברהמי ז"ל ורב"ט ודים נורז'יץ ז"ל בידיים, בעטו בהם, היכו אותם במכשירים קהים ודקרו אותם במכשירים חדים.

9. המתפרעים הנ"ל השליכו את רב"ט ודים נורז'יץ ז"ל, כשהוא פצוע קשה, מחלונו של החדר הנ"ל בקומה השניה של תחנת המשטרה האמורה, אל חצר התחנה.

10. מספר רב של המתפרעים הגיעו אל רב"ט ודים נורז'יץ ז"ל, במטרה לרצוח אותו. החמון הוציא את רב"ט ודים נורז'יץ ז"ל לרחוב מחוץ לחצר תחנת המשטרה הנ"ל, שם המון המתפרעים המשיך להכות את רב"ט ודים נורז'יץ ז"ל בכל חלקי גופו.

11. בשלב זה, אנשים שהיו בין המון המתפרעים גררו את רב"ט ודים נורז'יץ ז"ל לכיכר מנארה.

12. הנאשם היה בכיכר מנארה, כשהוא חמוש ברוסי"ר M-16. הנאשם הנ"ל ירה באמצעות רוסי"ר ה-M-16 הנ"ל מספר כדורים ברב"ט ודים נורז'יץ ז"ל. המון האנשים שהיו במקום הרימו את הנאשם על כתפיהם לאור המעשה שביצע כאמור לעיל אל מול עיניהם.

13. לאחר מכן, האנשים שהיו במקום שפכו על רב"ט ודים נורז'יץ ז"ל בנזין והציתו אותו.

14. כתוצאה מהמכות וחדקירות שגרם המון המתפרעים ונהרגו חיילי צה"ל רב"ט ודים נורז'יץ ורס"ל יוסף אברהמי ז"ל.

### פרט שנים-עשר:

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף שנת 2000 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו

הנאשם הנ"ל, במהלך התקופה האמורה, בסמוך לצומת איו"ש, ב-3-2 הזדמנויות שונות, ירה ברוסי"ר M-16, אשר אותו קיבל מזידאן אלמחרב (אלבדוי), לעבר חיילי צה"ל שהיו במקום, וזאת בכוונה לגרום למותם של חיילי צה"ל הנ"ל

ביחד עם הנאשם היו אנשים רבים נוספים, אשר גם הם ירו לעבר חיילי צה"ל הנ"ל בכוונה לגרום למותם.

### פרט שלושה-עשר: (פ.א. 5/01 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיוזר, ביום 01.01.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו

1. הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם טארק מלחי א-נוף ועם ויאד אלמחרב. טארק מלחי ווידאן אלמחרב נסעו ברכב סיאט בצבע לבן, נושא לוחיות רישוי ישראליות. טארק מלחי ווידאן רמדאן היו חמושים כל אחד באקדח. טארק מלחי ווידאן אלמחרב הציעו לנאשם לבצע פיגוע ירי לעבר כלי רכב ישראליים באיזור קלנדיה במטרה לגרום למותם של אזרחים ישראליים.

2. הנאשם הסכים להצעה האמורה הנ"ל. הנאשם עלה לרכב הסיאט הנ"ל והתיישב בכיסא הנהג. הנאשם נהג ברכב הסיאט מרמאללה לכיוון קלנדיה על מנת לבצע שם את פיגוע הירי המתוכנן. טארק מלחי ווידאן מחרב נסעו ביחד עם הנאשם ברכב הסיאט הנ"ל, כשהם חמושים באקדחותיהם הנ"ל.

3. הנאשם וחבריו הנ"ל נסעו לצומת קלנדיה ושם פנו שמאלה לכביש המוביל לצומת אדם. לאחר הנסיעה של כ-500 מטר. הנאשם וחבריו הנ"ל הבחינו ברכב רנו קנגו לבן, מ.ר 4424829, אשר בו נסעו זאב אדר ואברהם דוד, מכיוון עטרות לכיוון הישוב אדם.

4. הנאשם וחבריו הנ"ל החליטו לבצע פיגוע ירי לעבר רכב רנו הנ"ל בכוונה לגרום למיתם של הנוסעים בו.

5. הנאשם עקף את רכב הרנו ובזמן שהנאשם נסע במקביל לרכב הרנו, טארק מלחי וזידאן אלמחרב פתחו באש באקדחים, אשר בהם החזיקו, לעבר רכב הרנו בכוונה לגרום למותם של נוסעי רכב הרנו.
6. מספר קליעים, אשר נורו על-ידי חברי הנאשם, פגעו ברכב הרנו.
7. קליע אחד, אשר נורה על-ידי חבריו הנ"ל של הנאשם, פגע בגב עליון שמאל של אברהם דוד, שאר נסע ברכב הרנו הנ"ל, ופצע את אברהם דוד
8. מיד לאחר ביצוע פיגוע הירי הנ"ל, הנאשם וחבריו הנ"ל נמלטו לרמאללה.

## פרט ארבעה-עשר:   (פ.א. 457/01 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס׳ 378), תשי"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס׳ 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, ביאזור, ביום 25.02.01 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו

1. הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם מהנד אבו חלאווה, טארק מלחי (א-נוף) ואחמד טאלב מוצטפא ברנותי, שומר ראשו של מרואן ברנותי, שהוא ראש "התנוזים" של הפתי"ח
2. הנאשם וחבריו הנ"ל דנו במצב באיזור. הנאשם וחבריו הנ"ל טענו כי אין פעילות נגד חמטרות הישראליות. אחמד ברנותי שאל את הנאשם וחבריו הנ"ל מה ניתן לעשות על מנת לשפר את פיגועע נגד האזרחים הישראליים בכוונה לגרום למותם
3. אחמד ברנותי הסכים להצעה הנ"ל. אחמד ברנותי מסר לידי הנאשם וחבריו הנ"ל רכב מסוג פולקסווגן בורה, צבע אפור, מודל שנת 2001, נושא לוחיות רישוי ישראליות, וכן תמ"ק MP-5 עם מחסנית וכדורים.
4. הנאשם, מהנד אבו חלאווה וטארק מלחי (א-נוף) נסעו ברכב הנ"ל, כשהם חמושים בתמ"ק MP-5 הנ"ל ובריסי"ר קלציניקוב. הנאשם וחבריו הנ"ל הגיעו לאיזור גשר עטארה.
5. בסמוך לשעה 13:15, הנאשם וחבריו הנ"ל הבחינו ברכב GMC ואנדורה, מ.ר. 3082518, אשר בה נהג יוסף כהן, כשהרכב האמור יוצא מיישוב עטרת ופונה לכיוון גשר עטארה.
6. הנאשם וחבריו הנ"ל החליטו לבצע פיגוע ירי לעבר רכב ה-GMC הנ"ל בכוונה לגרום למותם של הנוטעים בו.
7. הנאשם וחבריו הנ"ל החליטו להמתין עד שרכב הסיטרואן שנסע לפניהם יעקוף את רכב ה-GMC ואז לעקוף את רכב ה-GMC ולבצע לעברו את פיגוע חירי המתוכנן
8. ברכב הסיטרואן הנ"ל נסעו וויליאם סאמח פארס אלחטיב (רימאווי), רבחי זוהדי אלאסמר (רימאווי) ואברם עבדאללה מחמד קאסם (עזאוי), החמושים ב-2 רוסי"רי קלציניקוב ורוסי"ר M-16. נוסעי רכב הסיטרואן הנ"ל פתחו באש בכלי חנשק הנ"ל לעבר רכב ה-GMC הנ"ל ה-GMC הנ"ל 3 קליעים פגעו בראשו ובצווארו של יוסף כהן, אשר נהג ברכב ה-GMC הנ"ל, כתוצאה מפגיעות הקליעים הנ"ל וכן מפגיעות הרסיסים בכל חלקי גופו, יוסף כהן נפצע באורח קשה.
9. לאחר שהנאשם וחבריו הבחינו כי כתוצאה מפיגוע הירי שבוצע מרכב הסיטרואן שנסע לפניהם, רכב ה-GMC נפגע, ירד מהכביש ונהג הרכב נפצע, הנאשם וחבריו הנ"ל נמלטו בחזרה לרמאללה.
10. ברמאללה, הנאשם וחבריו הנ"ל החזירו לאחמד ברנותי את רכב הפולקסווגן הנ"ל ואת תמ"ק MP-5 הנ"ל. הנאשם, מהנד אבו חלאווה וטארק מלחי (א-נוף) דיווחו לאחמד ברנותי כי ביצעו פיגוע ירי באמצעות חרכב וכלי חנשק הנ"ל וכי כתוצאה מכך נפצע נהג יהודי.

10

פרט חמישה-עשר:

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, באמצע שנת 2001 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם ג'אד אברהים מוסא מעלא ועם נאצר מחמד יוסף נאג'י (אבו-חמיד). הנאשם וחבריו הנ"ל החליטו לבצע פיגוע ירי, אשר במהלכו יירו מרכב חולף לעבר רכב ישראלי באיזור עטרות בכוונה לגרום למותם של אזרחים ישראליים.

הנאשם וחבריו הנ"ל יצאו מרמאללה ברכב, אשר בו נהג הנאשם, ליד הנאשם ישב נאצר אבו-חמיד, החמוש באקדח וינ-זאור וברוסי"ר M-16, ובמושב האחורי ישב ג'אד מעלא, החמוש באמדה 14.

הנאשם וחבריו הנ"ל הגיעו לעטרות. שם הנאשם וחבריו הנ"ל חבינו ברכב GMC עם לוחיות רישוי ישראליות. הנאשם וחבריו הנ"ל החלו לנסוע אחרי רכב ה-GMC הנ"ל במטרה לעקוף אותו ולבצע לעברו פיגוע ירי בכוונה לגרום למותם של הנוסעים ברכב ה-GMC. אך ג'אד מעלא טען כי נהג רכב ה-GMC הינו ערבי ולכן הנאשם וחבריו הנ"ל לא ביצעו את פיגוע הירי המתוכנן וחזרו לרמאללה.

פרט שישה-עשר: (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו: - מרואן ברגותי

1. אחמד טאלב מוצטפא ברגותי, שומר ראשו של ראש "התנזים" של פתח - מרואן ברגותי, בחודש ינואר 2002, החליט כי ברצונו להוציא לפועל פיגוע התאבדות בתוך שטחה של מדינת ישראל על מנת לגרום למותם של אזרחים ישראליים רבים בכיר ב"תנזים" של הפת"ח.

2. אחמד ברגותי פנה באמצעות טלפון אל נאצר מחמוד עוויס, פעיל בכיר ב"תנזים" של הפת"ח, שהוא התאחדות בלתי מותרת, בשכם. אחמד ברגותי ביקש מנאצר עוויס לשלוח אליו אדם המוכן לבצע פיגוע התאבדות. אחמד ברגותי מסר לנאצר עוויס כי הוא עצמו ידאג להכניס את המחבל המתאבד לירושלים על מנת שיבצע שם פיגוע התאבדות.

3. לאחר מספר ימים, ביום 22.01.02, ברמאללה, אחמד ברגותי נפגש עם סעיד רמדאן, תושב כפר תל בנפת שכם, אשר חודיע כי נשלח על-ידי נאצר עוויס לצורך ביצוע פיגוע התאבדות אליו.

4. אחמד ברגותי התקשר אל הנאשם וביקש מהאחרון הנ"ל באותו היום ברמאללה. הנאשם ערך.

5. הנאשם נפגש עם אחמד ברגותי ועם סעיד רמדאן הנ"ל ברמאללה למספרה על מנת שיסתפר ויכרות בין השניים. הנאשם ומחמד מצלח לקחו את סעיד רמדאן לפני ביצוע פיגוע התאבדות המתוכנן.

6. לאחר מכן, הנאשם ואחמד ברגותי התקשרו אל פראס צאדק מחמד עיאנס (מכונה "חיטאווי") וביקשו מהאחרון להסיע מחבל מתאבד מרמאללה לירושלים על מנת שהמחבל המתאבד יבצע בירושלים פיגוע התאבדות וינרום למותם של אזרחים ישראליים רבים ככל האפשר.

7. פראס עיאנס הגיע לרמאללה ביחד עם מחמד סאמי אברהים עבדאללה, וזאת לאחר שהאחרון הסכים להשתתף בהסעת המחבל המתאבד מרמאללה לירושלים. פראס עיאנס הגיע לפגישה ברכבו איסוזו טנדר עם לוחיות רישוי ישראליות.

8. לפי הוראתו של אחמד ברגותי, פראס עיאנס ומחמד עבדאללה נסעו ברכב האיסוזו הנ"ל מרמאללה לירושלים על מנת למצוא דרך שאין בה מחסומי משטרה וצה"ל וזאת במטרה להסיע יותר מאוחר באותה הדרך את המחבל המתאבד שיבצע את הפיגוע המתוכנן בירושלים.

11

9. מחמד עבדאללה ופראס עיאנס נסעו מרמאללה דרך ראפאת והגיעו לאיזור התעשיה עטרות, שם השניים חזרו לכביש הראשי ירושלים-רמאללה ונסעו שמאלה עד לצומת המוביל למחנה רמה, שם הם פנו ימינה ונסעו עד לצומת אדם, בצומת אדם השניים פנו ימינה ונסעו עד לצומת חיזמא, שם הם פנו ימינה ונכנסו לענתא. דרך ענתא, הם הגיעו לצומת הגבעה הצרפתית, שם השניים פנו ימינה וחזרו לרמאללה. מחמד עבדאללה ופראס עיאנס ראו כי בדרך שבה נסעו ניתן להוביל את המחבל המתאבד לירושלים מבלי להיעצר במחסומי משטרה וצה"ל.

10. באותו הזמן, ברמאללה, הנאשם ואחמד ברגותי לקחו את סעיד רמדאן הנ"ל להתפלל ואף קנו עבור סעיד רמדאן הנ"ל אוכל, בגדים ונעלים חדשות. אחמד ברגותי שילם בכספו שלו עבור הקניות הנ"ל סכום של 1,200 ש"ח. הנאשם ואחמד ברגותי לקחו את סעדי רמדאן לביתו של אחיו של הנאשם על מנת שיחליף שם בגדיו.

11. הנאשם, על-פי בקשתו של אחמד ברגותי, הביא רוסי"ר M-16 ו-3 מחסניות לרוסי"ר הנ"ל מלאות בכדורים. כאשר שתי מחסניות היו מחוברות בצולבת.

12. לפי התכנון של הנאשם וחבריו הנ"ל, היה על סעיד רמדאן להגיע לירושלים ולירות שם באזרחים ישראליים בכוונה לגרום למותם עד שהוא עצמו ייהרג מאש כוחות הביטחון הישראליים.

13. לאחר מכן, באותו היום, הנאשם, אחמד ברגותי וסעיד רמדאן נפגשו עם מחמד עבדאללה ופראס עיאנס באיזור המלון "סיטי אין" באלבירה.

14. אחמד ברגותי הסביר למחמד עבדאללה ולפראס עיאנס כי סעיד רמדאן הנ"ל הוא המחבל המתאבד, אשר אותו הם צריכים להוביל לירושלים על מנת שיבצע שם פיגוע התאבדות כשירה לעבר אזרחים ישראליים במטרה לגרום למותם של אזרחים רבים ככל הניתן.

15. מחמד עבדאללה ופראס עיאנס הסתירו את רוסי"ר M-16 והמחסניות, אשר אותם הביא הנאשם לצורך ביצוע פיגוע ההתאבדות המתוכנן, ברכב האיסוזו הנ"ל.

16. הנאשם ואחמד ברגותי איחלו לסעיד רמדאן הצלחה והשלושה נסעו לירושלים. הנאשם אמר למחמד עבדאללה ופראס עיאנס כי עליהם לקחת את סעיד רמדאן לבצע את פיגוע ההתאבדות בכל מקום בירושלים שהם יבחרו.

17. פראס עיאנס נהג ברכב האיסוזו, סעיד רמדאן ישב בכיסא שליד כיסא הנהג ומחמד עבדאללה התיישב במושב האחורי.

18. מחמד עבדאללה ופראס עיאנס הסיעו את סעיד רמדאן לירושלים בדרך, אשר אותה בדקו מוקדם יותר באותו היום כפי שתואר לעיל.

19. בירושלים, מחמד עבדאללה ופראס עיאנס נסעו לרחוב שיחי ג'ראח. שם הם הוציאו את רוסי"ר M-16 והמחסניות שהיו מוסתרים בתוך הרכב ומסרו אותם לידי סעיד רמדאן מחמד עבדאללה עבר לשבת בכיסא שליד כיסא הנהג ואילו סעיד רמדאן עבר למושב האחורי, כשהוא מחזיק בידיו את רוסי"ר M-16 ואת המחסניות.

20. מחמד עבדאללה ופראס עיאנס הסיעו את סעיד רמדאן לרחוב הנביאים.

21. במהלך הנסיעה, סעיד רמדאן התלונן בפני מחמד עבדאללה ופראס עיאנס כי הנעלים החדשות, אשר אותם קנה לו הנאשם עבור הפיגוע, קטנות ולוחצות לו. מחמד עבדאללה הוריד את נעליו "ריבוק" ומסר אותן לסעיד רמדאן באומרו "תעלה לגן עדן עם נעלי ריבוק".

22. בהגיעם לצומת הרחובות שטראוס והנביאים, מחמד עבדאללה ופראס עיאנס עצרו את רכב האיסוזו.

23. מחמד עבדאללה ופראס עיאנס אמרו לסעיד רמדאן לרדת ברגל לרחוב יפו ולהתחיל לירות במקום שיראה בו הרבה אנשים.

24. לאחר שסעיד רמדאן ירד מהרכב עם רוסי"ר M-16 והתחמושת, מחמד עבדאללה ופראס עיאנס נסעו מהמקום ברכב האיסוזו, יצאו דרך שכונת מוסררה לכביש מספר 1, ומשם נסעו דרך הכביש הראשי לרמאללה.

25. סעיד רמדאן, מספר דקות לאחר שירד מהרכב של מחמד עבדאללה ופראס עיאנס, הגיע לרחוב יפו.

26. בסביבות השעה 16:20, כשהוא עומד מול בית מסי 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן טען את רוסי"ר M-16, אשר אותו סיפק הנאשם, צעק "אללה הוא אכבר" ופתח בירי אוטומטי לכל עבר, לעבר האנשים שהיו ברחוב יפו. בתחנת האוטובוס הנמצאת במקום, בתוך אוטובוס "אגד" קו 27 שהיה באותה עת בתחנה הנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות בכוונה לגרום למותם של אנשים רבים ככל הניתן. סעיד רמדאן, כשהוא ממשיך לירות, נמלט מהמקום לעבר החניון הנמצא ברחוב הרב קוק. שם סעיד רמדאן החליף מחסניות והמשיך לירות לעבר האזרחים בכוונה לגרום למותם. סעיד רמדאן ירה ברוסי"ר M-16, שנו החזיק, מעל 36 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים והשוטרים שהגיעו למקום.

27. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותה של **אורה (סבטלנה) סנדלר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן.

28. לאחר שנודע לאחמד ברגותי על ביצוע הפיגוע חנ"ל, אחמד ברגותי ניגש אל עלי פרג' ברגותי וקיבל מהאחרון סכום של 1,000 דולר ארה"ב עבור ביצוע הפיגוע הנ"ל. אחמד ברגותי נתן לנאשם וכן למחמד עבדאללה ופראסי עיאנם 100 דולר ארה"ב לכל אחד עבור השתתפותם בהוצאה לפועל של הפיגוע הנ"ל.

**פרט שבעה-עשר:** (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51)א) לצו בדבר הוראות ביטחון [יהודה והשומרון] (מס' 378), תש"ל-1970 וסעיף 114)א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום הקודם, במעשיו המתוארים בפרט האישום הקודם, גרם בכוונה למותה של **שרה המבורגר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן ברוסי"ר 16-M, אשר אותו סיפק הנאשם.

**פרט שמונה-עשר:** (פ.א. 502/02 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51)א) לצו בדבר הוראות ביטחון [יהודה והשומרון] (מס' 378), תש"ל-1970 וסעיפים 114)א) ו-19 לצו בדבר כללי האחריות לעבירה [יהודה והשומרון] (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט השישה-עשר, במעשיו המתוארים בפרט האישום השישה-עשר, ניסה לגרום בכוונה למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברחוב יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן ברוסי"ר 16-M, אשר אותו סיפק הנאשם **נפצעו מעל 45 אזרחים**.

**עדי התביעה:**

1. רסי"מ יעקב ברזני, מ.א 99106, לחי"ק יהודה. [גובה אמרת הנאשם מיום 25.02.02]
2. רסי"מ מרקו דהן, מ.א. 568394, לחי"ק יהודה. [גובה אמרת הנאשם מיום 19.03.02]
3. רסי"ר משה לוי, מ.א. 902845643, לחי"ק יהודה. [גובה אמרת הנאשם מיום 18.04.02]
4. מחמד סאמי אברהים עבדאללה, ת.ז. 979469954. (עצור) (ת.ת. 241/02)
5. חוסאם עקל רגיב שחאדה, ת.ז. 975564733. (עצור) (ת.ת. 243/02)
6. הייתם אלמותמק חמדאן, ת.ז. 906934823. (עצור) (ת.ת. 265/02)
7. אחמד טאלב מוצטפא ברגותי, ת.ז. 994466860. (עצור) (ת.ת. 444/02)
8. נאצר מחמד יוסף נאג'י (אבו-חמיד), ת.ז. 923918882. (עצור)
9. אמיר חסן סעיד אבו רדאחה, ת.ז. 954263042. (עצור) (ת.ת. 356/02)
10. ויליאם סאמח פארס אלחטיב (רימאווי), ת.ז. 904383452. (עצור) (ת.ת. 322/02)
11. אכרם עבדאללה מחמד קאסם, ת.ז. 900959677. (עצור)

**פ.א. 3135/00 בנימין**

12. זיאד חמודה יעקוב חמודה, ת.ז. 902924117. (עצור) (ת.ת. 353/02)
13. ראאד מחמוד ג'מיל שייך, ת.ז. 900248998. (עצור) (ת.ת. 633/00)
14. מחמד האשם אחמד-חסן נוארה, ת.ז. 921746111. (עצור) (ת.ת. 561/01)
15. מחמד עיסא יוסף גיבר, ת.ז. 943584052. (עצור) (ת.ת. 573/01)
16. ע/עוזי יוסף מוצטפא צאלחה, ת.ז. 911615599. (עצור) (ת.ת. 621/01)
17. רסי"ר חורחה הספר, מ.א. 1021658, תחנת בנימין. [עדות]
18. אברהם לוי, ת.ז. 036360642. (פרטים בתביעה) [עדות]

13

19. ד"ר מרק גוטקין, מ.ר. 72365, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא מיום 13.07.01] [יזומן ע"פ דרישה מפורשת של הסניגוריה בלבד]
20. ד"ר חן קוגל, המרכז הלאומי לרפואה משפטית. [מגיש חווי"ד מומחה] [יזומן ע"פ דרישה מפורשת של הסניגוריה בלבד]

### פ.א. 5/01 בנימין

21. רס"מ שבי עובדיה, מ.א. 560441, ויהוי יהודה. [מגיש דו"ח ביקור/תפיסה וסימון + דו"ח פעולה/תפיסה וסימון + לוחות תצלומים]
22. זאב אדר, ת.ז. 00260114. [פרטים בתביעה] [נסע ברכב שנפגע]
23. אברהם דוד, ת.ז. 033781949. [פרטים בתביעה] [נפצע בפיגוע]

### פ.א. 234/01 מת"מ י-ם

24. הרמן ספאק, מ.א. 6961290, צה"ל. [פרטים בתביעה] [עדות]
25. אריה רקח, ת.ז. 032271918. [פרטים בתביעה] [עדות]
26. יובל לב, ת.ז. 05405709. [פרטים בתביעה] [עדות]
27. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
28. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב]
29. רס"ר אבי ברקמן, מ.א. 972762, חקירות - תחנת ציון. [מגיש טופס לוואי למוצגים]
30. רס"ל דניאל תורגימן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
31. רפ"ק אורי בן-טובים, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חווי"ד מומחה מתיק מז"פ זב/07 - 555/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
32. ד"ר דוד חזן, מ.ר. 29086, צה"ל. [עדות - קביעת מותו של אלעזור עקיבא פשקוס ז"ל]
33. ד"ר דוד מורל, מ.ר. 20952, קופ"ח כללית - ירושלים. [עדות + מגיש הודעת פטירה]

### פ.א. 457/01 בנימין

34. רס"מ אלי סוטו, מ.א. 588038, תחנת בנימין. [מגיש דו"ח פעולה]
35. רס"מ משה לביא, מ.א. 903260, תחנת בנימין. [מגיש זכ"ד-רכב GMC + שרטוט זירת האירוע + דו"ח תפיסה וסימון + טופס לוואי למוצגים]
36. רס"מ שבי עובדיה, מ.א. 560441, מז"פ יהודה. [מגיש לוחות תצלומים + מזכר]
37. רפ"ק ניסים מזרחי, מ.א. 926998, המעבדה חניידת, מז"פ - מטא"ר, ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
38. יוסף כהן, ת.ז. 069397198. [פרטים בתביעה] [נפצע בפיגוע חירי]
39. אבי בן-שימול, ת.ז. 031310677. [פרטים בתביעה] [הגיע ראשון לזירת הפיגוע]
40. ד"ר איזבלה שוורץ, מ.ר. 28684, ביה"ח הדסה - הר-הצופים, ירושלים. [מגישה תעודת רופא - סכום ביניים] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]

### פ.א. 2159/01 בנימין

41. רס"ר רונן עאמר, מ.א. 956813, תחנת בנימין. [מגיש דו"ח פעולה]
42. רס"מ שבי עובדיה, מ.א. 560441, מז"פ, ותחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]
43. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע - תפיסת תרמילים ושרידי קליעים]
44. רס"ר חיים טולדנו, מ.א. 1004332, תחנת בנימין. [מגיש זכ"ד - שרשרת מוצג + טופס לוואי למוצגים + דו"ח ביקור בזירת העבירה]
45. רס"ל דניאל תורגימן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
46. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חווי"ד מומחה מתיק מז"פ זב/07 - 4238/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
47. ד"ר ולדימיר גולר, מ.ר. 26163, מד"א - תחנת לוד. [מגיש דו"חות רפואיים מהשטח + הודעות פטירה + עדות]
48. ד"ר ניר אלון, ת.ז. 031849201, צה"ל. [עדות]
49. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. [מגיש שתי חווי"ד מומחה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
50. ציון סוויר, ת.ז. 000048850. [פרטים בתביעה] [זיהוי חרוגים]

14

ת.א. 7915/01 ציון

51. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
52. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
53. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
54. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
55. צוערת אדוח מלכה, מ.א. 1049089, מח"מ - תחנת ציון [מגישה טופס לוואי למוצגים]
56. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעו"צ - קבלת מוצגים לבדיקה] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
57. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ 1ב/07 - 4539/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
58. ד"ר אויל יצחיאק, מ.ר 31004, ביה"ח הדסה עין-כרם, ירושלים [מגיש תעודת שחרור של משה וייס] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
59. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וויסבויז ז"ל] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
60. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
61. יפה וקנין, ת.ז. 058857863. (פרטים בתביעה) (עדת ראיה)

ת.א. 481/01 ציון

62. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
63. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
64. פוית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

ת.א. 8379/01 ציון

65. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
66. רס"ר גבריאל עבד, מ.א. 958736, מח"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
67. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
68. צוער דרור אברם, מ.א. 1039080, מח"מ - תחנת ציון [מגיש טופס לוואי למוצגים]
69. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
70. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
71. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
72. סיגל שאוי, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
73. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
74. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגעה בפיגוע)
75. אוהב עמי יחיאל, ת.ז. 059214320. (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
76. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים [מגיש תעודת שחרור של פנחס כהן] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
77. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]

ת.א. 39/02 בנימין

78. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]
79. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
80. רס"ב אלי קוניטן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
81. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
82. רס"ר מאיר וענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
83. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעו"צ - קבלת מוצגים לבדיקה] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
84. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל. (פרטים בתביעה) (עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]

15

85. ד"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
86. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפגעה בפיגוע)
87. סמי ועקנין, ת.ז. 027798040. (פרטים בתביעה) (עדות + סקיצה) (עד ראיה)
88. נחשון בראשי, ת.ז. 05033235. (פרטים בתביעה) (זיהוי ההרוגה)

**פ.א. 502/02 ציון**

89. פקד דרור אסרף, מ.א. 942276, מתי"ם - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
90. רס"ב יגאל דניאל, מתי"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
91. צוער צביקה רייזנר, מתי"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + צלומים]
92. רס"ל ציון טבדי, מ.א. 1043413, מתי"מ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
93. רס"ב אשר לוי, מ.א. 47720, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
94. בני עזריאל, ת.ז. 303647598. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
95. עמאד ענידת, מ.א. 739037, מג"ב ירושלים. (עד ראיה. רדף אחרי המחבל וירה לעבר המחבל)
96. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
97. נועם נבאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
98. חנן בנעים, מ.א. 1049188, יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
99. גנאדי (גיא) מלניק, ת.ז. 309130540. (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
100. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
101. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
102. חיים צאלה, ת.ז. 033401019. (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
103. בוריס אבטיסיאן, ת.ז. 309086171. (פרטים בתביעה) (עד ראיה)
104. יקותיאל-ישראל עלוש, ת.ז. 310101647. (פרטים בתביעה) (עד ראיה)
105. משה ממן, ת.ז. 06246911. (פרטים בתביעה) (עד ראיה)
106. טובה יצחקי, ת.ז. 051270353. (פרטים בתביעה) (עד ראיה)
107. מזל יצחקי, ת.ז. 04330150. (פרטים בתביעה) (עדת ראיה)
108. ירון אברהמי, ת.ז. 640712770. (פרטים בתביעה) (עד ראיה)
109. פנחס בנטורה, ת.ז. 055611230. (פרטים בתביעה) (עד ראיה)
110. כפיר קדם, ת.ז. 039381249. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
111. יעקב סנדלר, ת.ז. 307750984. (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
112. ד"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
113. ד"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

<u>רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות המשורות לפציעתם תימסר במהלך המשפט</u>

מיכאל חולדאי
תובע
סרן
צבאי

תאריך: 12.01.2003
סימוכין: 242-02 מתוקן

16

ת.ח. 242-02 מתוקן