מס. No. 1032/13

## CERTIFICATION OF COPY     אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked "A" is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני החי"מ יצחק ווינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 89.00 shekels (including VAT)

שולם סך של 89.00 ש"ח (כולל מע"מ)

SIGNATURE _____ חתימה

NOTARY'S SEAL    חותם הנוטריון



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by Yitzhak Weinberg - Advocate | 2. נחתם בידי |
| Advocate 33 Soreq Street, Israel | יצחק וויינברג עו"ד |
| L.N.24260 | עו"ד |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of | 4. נושא את החותם/החותמת |
| the above Notary | של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Jerusalem | 5. בבית משפט השלום בירושלים |
| 6. Date        - 1 -01- 2014 | 6. ביום |
| 7. By an official appointed by    65/14 | 7. על ידי מי שמונה בידי שר |
| Minister of Justice under the | המשפטים לפי חוק הנוטריונים, |
| Notaries Law, 1976. | התשל"ו - 1976 |
| 8. Serial number | 8. מס' סידורי |
| 9. Seal/Stamp | 9. החותם / החותמת |
| 10. Signature | 10. חתימה |

מס' תיק: 3739/02                                תאריך: י"א שבט, תשס"ג
                                                14 ינואר, 2003

בית המשפט הצבאי בבית אל

פרוטוקול הדיון של ישיבת הרכב

בפני אב"ד: סא"ל נתנאל בנישו
שופט: סרן בן ציון שפר
שופט: סרן יצחק אוזדין

תובע: סרן מיכאל קוטליק - נוכח
סנגור: ללא ייצוג

נאשם: נאצר ג'מאל מוסא שוויש ת.ז 993006188 /שב"ס -נוכח

מתורגמן: סמל חמדאן חאמד
רשמת: רב"ט לירון מזרחי

-----------------------------------------------------------------

אב"ד פותח את הישיבה ומזהה את הנאשם

**מהלך הדיון**

עדת הגנה מס' 3  לילה מוחמד אחסן בוכארי
העדה מוזהר לומר את האמת.

**חקירה ראשית**

ש: אני מבקש ממך להתייחס לעבירה המיוחסת לי לפיה הייתי מעורב בתכנון פיגוע שבוצע ע"י מישהי בשם דרין.
ת: אני לא יודעת מה היה עם דרין, ישבנו במלון ונאסר ביקש להביא אוכל, הלכנו אני והילדה שלו ובדרך הוא עצר ולקח את דרין לבית חולים אבו ריא ולאחר מכן נסענו הביתה ומה שהיה אני לא יודעת.
ש: האם את יודעת עוד פרטים בנוגע לפעילות של דרין?
ת: לא.
ש: האם את יודעת שהבחורה שהיתה ברכב איתי היתה לה כוונה להתאבד?
ת: אני לא ידעתי.
ש: באמרתך במשטרה כתוב שהיית בבית, אני חושב שלקחו ממך את האמרה בכח, תתייחסי לזה.
ת: כן בהתחלה החוקר איים עליי ולכן הייתי מוכרחה לדבר.
ש: כמה אנשים היו נוכחים שלקחו ממך את אמרתך?
ת: שניים חוץ מהשוטרת שהייתה נוכחת.
ש: מה האיומים שהשמיעו לך?
ת: איימו עלי הרבה. אנחנו נוציא אותך לתאים וניתן להם לאנוס אותך אם לא תדברי.
ש: בנוגע לפיגוע של מוחמד חשאייקה לפי אמרתך שאני תכננתי את הפיגוע, מה את יודעת לגבי הפיגוע הזה, ואם את יכולה להגיד לביהמ"ש את אופן ביצוע הפיגוע.
ת: אני לא מכירה את מוחמד חשאייקה, ראיתי אותו רק בטלוויזיה.
נאשם: אין לי שאלות נוספות.

**חקירה נגדית**

ש: את זוכרת שכבר העדת בתיק זה פעם?
ת: כן.
ש: מה שסיפרת אז זה היה נכון?

1

מס' תיק: 3739/02                                        תאריך: י"א שבט, תשס"ג
                                                              14 ינואר, 2003

1   ת: אני שכחתי את מה שאמרתי.
2   ש: יכול להיות ששקרת אז לביהמ"ש.
3   ת: אני לא זוכרת מה אמרתי.
4   ש: יכול להיות ששקרת או שאת תמיד אומרת אמת.
5   ת: אני רוצה לדעת מה אמרתי פעם שעברה וככה אני אדע אם שיקרתי או לא.
6   ש: שיקרת אז!
7   ת: אני חוזרת ואומרת שאני לא זוכרת מה אמרתי בשביל לדעת אם שיקרתי או לא.
8   ש: פעם קודמת סיפרת על איך הלבשת חגורה על דרין את זוכרת?
9   ת: אני אמרתי את זה פה? אני לא זוכרת שאמרתי דבר כזה.
10  ש: אמרת שלא הציעו שאת תעשי פיגוע.
11  ת: אף אחד לא הציע לי ולא חשבנו על זה.
12  ש: ואת זוכרת שהתובע הקריא מן העדות שלך ואת אישרת את הדברים.
13  ת: הסכמתי? לא זוכרת.
14  ש: את זוכרת איפה חקרו אותך?
15  ת: אני חושבת שכן, בעופר.
16  ש: אז את כן זוכרת משהו.
17  ת: כן, זה חקירה.
18  ש: את זוכרת מי שלח את מוחמד חשאייקה להתאבד.
19  ת: מה הקשר למוחמד חשאייקה לעניין שלי?
20  ש: יש קשר בין מוחמד חשאייקה לעניין שלך?
21  ת: לא. את מוחמד חשאייקה אני מכירה כמו שכולכם מכירים דרך הטלוויזיה. הם
22      חקרו אותי בעניין של מוחמד חשאייקה מבלי שאני אדע?
23  ש: חקרו אותך על מוחמד חשאייקה?
24  ת: לא.
25  לשאלת ביהמ"ש: בחקירה שלך במשטרה נכח שוטר אחד זה נכון?
26  ת: כן.
27  נאשם: אני מגיש לביהמ"ש דף בנוגע לתלונות שלי נגד השב"כ ופירסומים אשר
28  פורסמו בעיתון ידיעות אחרונות. (מתקבל ומסומן ס/1).
29
30  עד הגנה מס' 4 ע/כרים ראטב עויס
31  העד מוזהר לומר את האמת.
32
33  חקירה ראשית
34  ש: אתה לספר משהו בנוגע למוחמד חשאייקה.
35  ת: בעניין של סנאא שחאדה לי ולה אין כל קשר. אם אתה רוצה שאני אסביר לך על
36      אופן ביצוע הפיגוע אני מוכן.
37  ש: תספר לביהמ"ש על אופן ביצוע הפיגוע.
38  ת: בכתב האישום שלי לא מוזכר השם שלה.
39  העד והנאשם מדברים.
40  ש: מה הקשר שלי לפיגוע שביצע מוחמד שחאייקה?
41  ת: נאסר לקח את מוחמד חשאייקה למחסום קלנדיה והכיר לי אותו, לאחר שהם
42      הכינו אותו, אני התקשרתי לקאירה סעדי והיא לקחה את חשאייקה עד לירושלים
43      והוא ביצע את הפיגוע.
44  לשאלת ביהמ"ש: לאחר שהם הכינו את מוחמד חשאייקה הם הכינו אותו, מי הכין
45      אותו?
46  ת: אני ומוזייד.
47  נאשם: בקשר למבצע של מוחמד שחאייקה, פרטי האירוע, באמרה שלי יש דברים
48      שלא נכונים ויש דברים שנכונים. אני רוצה להבהיר לביהמ"ש את הפרטים הנכונים.
49      מוחמד חשאייקה, אני זה ששלחתי אותו וצילמתי אותו והסברתי לו את מקום

2

מס' תיק: 3739/02 | תאריך: י"א שבט, תשס"ג
14 ינואר, 2003

1. הפיגוע בקשר לזמן הפיגוע ויום הפיגוע והכנת הפיגוע אני קיבלתי את החגורה
2. והכנתי אותה והלבשתי אותה למתאבד. לאחר מכן בדקתי את המקום לפיגוע
3. והבאתי את הרכב והסעתי את מוחמד חשאייקה עד למחסום קלנדיה, מהמחסום
4. העלתי אותו למונית, לא ידוע לי איזה מונית, והסברתי לנהג של המונית שיסיע
5. אותו לרחוב קינג ג'ורג', הייתי בקשר עם מוחמד, הוא עבר את כל המחסומים בדרך
6. לירושלים והוא מצא את המקום הנכון להתאבד והתאבד. בקשר למוחמד חאשייקה
7. יש הודאה אצל סנאא שחאדה שאני התקשרתי אליה שהיא תסיע את המתאבד זה
8. לא נכון וזה מוכיח על כך שהאמרה נלקחה בכח. אלא הפרטים המדויקים והנכונים
9. ויכול להיות שבעת החקירה היא פחדה, זה טבעי שבחורה נמצאת תחת חקירה,
10. כמובן הופעל עליה לחץ והקשר של סנאא, אני הודעתי לתקשורת על הפיגוע והיא
11. ידעה מהפיגוע רק לאחר שהוא בוצע. ע/כריס אויס ידע על הפיגוע אבל הוא לא
12. השתתף בו. בקשר לדרין אבו עישה שהייתי נוכח ברמאללה הגיע אלי דרין לשם
13. וביקשה ולא ידוע לי מהיכן הביאה את מס' הטלפון שלי כשהיא הגיעה לרמאללה
14. היא התקשרה וסיפרה לי כי היא מעוניינת לצאת לפיגוע התאבדות. בהתחלה
15. סירבתי לשגר אותה ובחזרה לשכם התקשרו אליי אנשים וסיפרו לי שיש סכין לדרין
16. והיא מעוניינת ללכת להתנחלות, חשבתי שהיא תלך בחינם הכנתי לה את חגורת
17. הנפץ בראמללה הלבשתי לה אותה והסעתי אותה למונית והמונית הסיעה אותה
18. למחסום מודיעין כמובן תכננתי את הפיגוע על מחסום מודיעין שהוא מחסום צבאי
19. ושם התרחש הפיגוע.

20. תוב"צ: אני מסתפק בהודאתיו של הנאשם כפי שנמסרו בתאריכים 06/10/02,
21. 10/12/02 וכעת. אני מבקש להבהיר לביהמ"ש כי הודאת הנאשם אינה באה כתוצאה
22. מהסדר או הבטחה שהבטחנו לו.

23. נאשם: אני רוצה להוסיף בנוגע לפיגוע של דרין בקשר להלבשה של דרין ובקשר
24. לפיגוע בעת ההכנה זה בגלל שאני רוצה להוכיח שיש הרבה טעיות באמרות,
25. וההודאה של לילה שאמרה שהיא הלבישה את החגורה זה לא נכון. אני זה שיצר את
26. החגורה והלבשתי לה את זה. אני צילמתי אותה ואני זה שצילם את הפיגוע
27. והלבשתי לה את החגורה בנוכחות ע/כריס אויס. ללילה אין שום קשר אך היא
28. הייתה איתי נוכחת ברכב.

29. תוב"צ: אניחוזר על בקשתי להרשיע את הנאשם על פי הודאתו, אני מבקש לאחר
30. שביהמ"ש ירשיע את הנאשם, ולדחות את התיק לטיעונים לעונש לתאריך 17/03/03.

3

מס' תיק: 3739/02            14/01/03

בית המשפט הצבאי בבית אל

פרוטוקול הדיון של ישיבת הרכב

בפני: - אב"ד סא"ל נתנאל בנישו
- שופט סרן יצחק אוזדין
- שופט סרן בן ציון שפר

תובע: סרן מיכאל קוטליק - נוכח

נאשם: נאצר ג'מאל מוסא שוויש ת.ז.993006188 / שב"ס - נוכח

מתורגמן: סמ"ר מוחמד נאסר אלדין
רשמת: טור' הדס ביליצקי

--------------------------------------------------------

אב"ד פותח את הישיבה ומזהה את הנאשם.

הכרעת דין

על יסוד הודאותיו של הנאשם בישיבות ביהמ"ש מיום 06/10/02, 24/11/02, 10/12/02, 14/01/03, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בפרטי האישום הבאים:
1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 21 (בהתאם לדברי הנאשם מיום 10/12/02), 22 (בכפוף לתיאור הדברים כפי שנמסר על ידי הנאשם), 23, 24 (בהסתייגות כי הנאשם תיכנן שהפיגוע יבוצע לעבר חיילים במחסום ארם), 25 (בכפוף לתיאור הדברים כפי שנמסר על ידי הנאשם), 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 42.

אנו מזכים את הנאשם מפרטי האישום הבאים: 4,16,20,37,38,40,41,43.

ניתן והודע היום, 14/01/03, בפומבי ובמעמד הצדדים.

שופט       אב"ד       שופט

1

תאריך: ו' תשרי, תשס"ג
12 ספטמבר, 2002

מס' תיק: 3739/02

## בית המשפט הצבאי בית אל

### פרוטוקול הדיון בישיבת דן יחיד

בפני המשנה לנשיא: רס"ן נתנאל בנישו

תובע: סרן מיכאל קוטליק - נוכח
סנגור: ללא ייצוג

נאשם: נאצר ג'מאל מוסא שוויש ת.ז. 993006188 /שב"ס - נוכח

מתורגמן: טור' וג'די חטאר
רשמת: רב"ט ענבל הס

---

אבה"ד פותח את הדיון ומזהה את הנאשם.

### מהלך הדיון

תובע: אבקש לעצור את הנאשם עד לתום ההליכים המשפטיים נגדו, הנאשם הודה ברוב המיוחס לו, וכמו כן הופלל ע"י עדי תביעה נוספים. מדובר במספר רב של פיגועי תופת בישראל וכן פיגועי ירי והכנת מטעניים באזור.

נאשם: זה לא אשמה שאני עשיתי כמה פיגועים. אני הייתי המארגן של חמישה פיגועי התאבדות, וזה כבוד לי שאני מגן על העם שלי. כדי להוכיח לצה"ל שאנו בגדודי אל אקצא יכולים כמו שצה"ל יכול להרוס את הכפרים שלנו, להגיע לערים בישראל. אני לא מתחרט על מעשיי. אני לא מכיר בסמכותו של ביהמ"ש, אני נחטפתי מאזורי הרשות. אני הייתי במודיעין הפלסטיני.

### החלטה

לאחר שעיינתי בחומר הראיות, נחה דעתי כי יש בו ראיות לכאורה להוכחת אשמתו של הנאשם, בשלב זה, בדמות הודאתו בעבירות המיוחסות לו גם בחקירה וגם בפניי.

המדובר בעבירות חמורות ביותר, אשר אין ספק כי הן מקימות את עילת המסוכנות.

אשר על כן, אני מורה על הארכת מעצרו של הנאשם עד לתום ההליכים המשפטיים נגדו.
הסניגור לכשימונה, יהיה זכאי להגיש בקשה לעיון חוזר.

ניתן והודע היום, 12/09/02, בפומבי ובמעמד הצדדים.

המשנה לנשיא

1