מס. 1015/13 .No

## CERTIFICATION OF COPY      אישור העתק

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel
Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

אני הח"מ יצחק וויינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית והוצג בפני.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

This day December 28, 2013

היום 28 דצמבר 2013

Paid 83.00 shekels (including VAT)

שולם סך של 83.00 ש"ח (כולל מע"מ)

SIGNATURE _____  חתימה

NOTARY'S SEAL   חותם הנוטריון




# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

   This public document

2. Has been signed by  Yitzhak Weinberg - Advocate
   33 Soreq Street, Israel
   Advocate _____ L.N.24260

3. Acting in capacity of Notary

4. Bears the seal/stamp of
   the above Notary

**Certified**

5. At the Magistrates Court of Jerusalem

6. Date _____  1-01-2014

7. By an official appointed by
   Minister of Justice under the
   Notaries Law, 1976.         48/14

8. Serial number _____

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

   מסמך ציבורי זה

2. נחתם בידי

   עו"ד _____ יצחק ווינברג עו"ד

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת
   של הנוטריון הנ"ל

**אושר**

5. בבית משפט השלום בירושלים

6. ביום _____

7. על ידי מי שמונה בידי שר
   המשפטים לפי חוק הנוטריונים,
   התשל"ז - 1976

8. מס' סדורי _____

9. החותם / החותמת _____

10. חתימה _____

תיק מס': 3544/02                    תאריך: ח' אייר, תשס"ד
                                          29 אפריל, 2004

## בית המשפט הצבאי יהודה

בפני אב"ד: סא"ל נתנאל בנישו
שופט: סרן אריה דורני
שופט: סרן זאב אפיק

**התביעה הצבאית**
(באמצעות סרן ולדי בורודובסקי)

נגד

הנאשמת: סנאא מחמד שחאדה   ת.ז 81021198 / שב"ס - נוכחת
(באמצעות ב"כ עו"ד אחלאם חדאד)

רשמת: רב"ט רוזי איבגי
מתורגמן: סמל נעמן מאדי

אב"ד פותח את הישיבה ומזהה את הנאשמת.

### מהלך הדיון

תובע: הגענו להסדר טיעון, במסגרתו אני מבקש לתקן את כתב האישום בגופו, הנאשמת תבקש לחזור בה מכפירתה ותודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן חופשי.

סניגורית: אני מאשרת את דברי התובע ומבקשת להתיר למרשתי לחזור בה מכפירתה.

### החלטה

אנו מתירים לתובע לתקן את כתב האישום בגופו ולנאשמת לחזור בה מכפירתה.

ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.

_____שופט_____       _____אב"ד_____       _____שופט_____

סניגורית: הסברתי למרשתי את כתב האישום המתוקן, היא הבינה אותו ומודה בו.

נאשמת: סנגוריתי הסבירה לי את כתב האישום המתוקן ואני מצטרפת לדבריה.



-1-

תאריך: ח׳ אייר, תשס״ד  
29 אפריל, 2004

תיק מס׳: 3544/02

## הכרעת - דין

על יסוד הודאתה באשמה, אנו מרשיעים את הנאשמת בעבירות המיוחסות לו בכתב האישום המתוקן.

ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.

_____   _____   _____
שופט            אב״ד            שופט

הצדדים: נבקש לדחות לטיעונים לעונש.

## החלטה

התיק נדחה לטיעונים לעונש לתאריך 13/05/04.

ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.

_____   _____   _____
שופט            אב״ד            שופט



יצחק ווינברג  
YITZHAK WEINBERG  
NOTARY

-2-