

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**STIPULATION AND ORDER**

Upon consent of both parties, The Court Reporter/Transcriber is hereby Ordered to enter the following corrections in the recently filed transcript of the official court proceeding held on November 20, 2014, in the above-referenced action:

| Page:Line | Correction |
|---|---|
| 11:17 | "weight" should be "waiver" |
| 11:21 | "common" should be "comity" |
| 11:22 | "certain person of" should be "assertion of personal" |
| 12:14 | "a certain" should be "assertion of" |
| 12:18 | "common" should be "comity" |
| 24:18 | "veneer" should be "venire" |

**MILLER & CHEVALIER**

By: _____

Brian A. Hill
*bhill@milchev.com*
Laura Ferguson
*lferguson@milchev.com*

655 Fifteenth Street, NW
Washington, DC 20005
(202) 626-5800
*Attorneys for Defendants*

**ARNOLD & PORTER LLP**

By: _____

Kent A. Yalowitz
*kent.yalowitz@aporter.com*
Philip W. Horton
*philip.horton@aporter.com*
Sara K. Pildis
*sara.pildis@aporter.com*
Ken L. Hashimoto
*ken.hashimoto@aporter.com*
Carmela T. Romeo
*carmela.romeo@aporter.com*

Tal R. Machnes
*tal.machnes@aporter.com*

399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

SO ORDERED:

/s/ George B. Daniels            DEC 08 2014
Hon. George B. Daniels

December ___, 2014

2