# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |   |
|---|---|---|
| MARK I. SOKOLOW, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Stay All Proceedings Pending Resolution of Their Petition for a Writ of Mandamus, Plaintiffs' opposition, and any replies thereto, it is hereby

**ORDERED** that Defendants' Motion to Stay All Proceedings Pending Resolution of Their Petition for a Writ of Mandamus is **GRANTED**; and it is further

**ORDERED** that this matter is stayed pending resolution of Defendants' petition for a writ of mandamus by the United States Court of Appeals for the Second Circuit; and it is further

**ORDERED** that the January 12, 2015 trial date set for this case is suspended pending resolution of Defendants' petition for a writ of mandamus by the United States Court of Appeals for the Second Circuit; and it is further

**ORDERED** that all other pretrial deadlines are suspended pending resolution of Defendants' petition for a writ of mandamus by the United States Court of Appeals for the Second Circuit.

Date: December ____, 2014

                                          Hon. George B. Daniels
                                          United States District Court Judge

Copies via ECF to all counsel of record.