IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARK I. SOKOLOW, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law in Support of Their Motion to Stay All Proceedings Pending Resolution of Their Petition for a Writ of Mandamus, Defendants will move this Court before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' motion and staying this matter until the Second Circuit has resolved Defendants' pending petition for a writ of mandamus.

December 8, 2014                     Respectfully Submitted,

/s/ Mark J. Rochon
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Dawn E. Murphy-Johnson
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 [tel]
(202) 626-5801 [fax]
mrochon@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:**  Kent A. Yalowitz
Philip W. Horton
Lucy S. McMillan
Sara K. Pildis
Ken L. Hashimoto
Carmela T. Romeo
Tal R. Machnes
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert J. Tolchin, Esq.,
225 Broadway, 24th Floor
New York, NY 10007