# EXHIBIT A

S.D.N.Y.-N.Y.C.
04-cv-397
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand fourteen.

Present:
      Christopher F. Droney,
            *Circuit Judge*.

In re Palestine Liberation Organization, Palestinian Authority,

            *Petitioners*.           14-4449

Petitioners move for expedited review of a petition for a writ of mandamus and for an order requiring Respondents to file responses. Upon due consideration, it is hereby ORDERED that the motion to expedite is GRANTED to the following extent: Respondents are ordered to file a response to the mandamus petition by December 15, 2014.

            FOR THE COURT:
            Catherine O'Hagan Wolfe, Clerk

