IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | )
|---|---|
| IN THE MATTER OF AN APPLICATION | ) |
| TO BRING PERSONAL ELECTRONIC DEVICES(S) | ) |
| OR GENERAL PURPOSE COMPUTING DEVICE(S) | ) |
| INTO THE COURTHOUSES OF THE | ) |
| SOUTHERN DISTRICT OF NEW YORK | ) |
| FOR USE IN A PROCEEDING OR TRIAL | ) |

The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*,
Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are) **December 16, 2014.**

| **Attorney** | **Device(s)** |
|---|---|
| Brian A. Hill | (1) iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) <br> (2) Cell phone |
| Laura G. Ferguson | (1) iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) <br> (2) Cell phone |
| Michael J. Satin | (1) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs) |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.
SO ORDERED:

Dated: DEC 11 2014

*George B. Donald*
United States Judge

1

1485677.1