

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARK I. SOKOLOW, et al.,

                     Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

                    Defendants.

------------------------------------x

ORDER
04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Self-inculpatory statements of unavailable witnesses may be admissible at this trial as statements against interest under Federal Rule of Evidence 804(b)(3).

    Statements of unavailable witnesses inculpating third parties may not be admissible at this trial as statements against interest under Federal Rule of Evidence 804(b)(3).

Dated: December 18, 2014
       New York, New York

                                      SO ORDERED:

                                      GEORGE B. DANIELS
                                      United States District Judge