UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW, et al.,                    :
                                            :
                    Plaintiffs,             :
                                            :
        -against-                           :
                                            :           ORDER
PALESTINE LIBERATION ORGANIZATION and       :           04 Civ. 397 (GBD)
PALESTINIAN AUTHORITY,                      :
                                            :
                    Defendants.             :
                                            :
                                            :
                                            :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    With regard to guilty pleas involving the attacks at issue in this case, those portions of the hearing record which include the guilty plea, decision, and verdict, along with the indictment, are admissible at this trial pursuant to Federal Rule of Evidence 803(22). The names of accomplices and witnesses must be redacted from all guilty plea documents.

    With regard to trials involving the attacks at issue in this case, bench and trial verdicts are admissible at this trial pursuant to Federal Rule of Evidence 803(22). The names of accomplices and witnesses must be redacted from all trial documents.

    Sentencing records are not admissible at this trial as part of the judgment of conviction.

Dated: December 18, 2014
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge