**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW, et al.,                       :

                      Plaintiffs,        :

          -against-                          :

PALESTINE LIBERATION ORGANIZATION and :
PALESTINIAN AUTHORITY,                         :

                     Defendants.        :

                              :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 18 2014

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Defendants' Motion to Stay All Proceedings Pending Resolution of Their Petition for a

Writ of Mandamus is DENIED.

Dated: December 18, 2014
      New York, New York

                              SO ORDERED:

                              *George B. Daniel*

                              GEORGE B. DANIELS
                              United States District Judge