# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

December 19, 2014

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      As discussed during the conference on December 16, 2014, I enclose three additional Trial Exhibits that constitute records of convictions in Israeli courts.

      Two of these documents, Exhibits 275 and 261, are indictments in cases where the convictions are based on the perpetrator admitting the *facts* in the indictment but refusing to enter a guilty plea. The third document, Ex. 362 will replace the copy of a trial verdict filed with the Court on December 4, 2014. These documents are attached hereto as Exhibits A-C together with copies of the relevant apostilles.

      Attached as Exhibit D are revised indexes of the records of convictions and corresponding apostilles.

      I will send the Court an updated courtesy copy binder of documents evidencing the convictions of perpetrators of the attacks.

                                          Respectfully,

                                          Kent A. Yalowitz

cc:    All ECF Counsel
Encl.