12

עי"א-רחמאן מקדאד את אחיו מאהר מוקדאד בדבר יציאתו של המתאבד
לביצוע פיגוע ההתאבדות.

13. מוחמד מעאלי הוביל את המתאבד למקום הנמצא בסמוך לקניון מלחה
בירושלים; שם נפרד ממנו וחזר לאיזור.

14. בסמוך לאחר-מכן עלה המתאבד לאוטובוס אגד בקו 14 שנסע מכיוון דניה
לכיוון גן הפעמון, כשברשותו תיק הנפץ. כשנעצר האוטובוס באחד
הרמזורים הפעיל המתאבד את תיק הנפץ בכוונה לגרום למותם של מספר
רב של בני אדם, כתוצאה מכך התפוצץ תיק הנפץ בתוך האוטובוס (להלן –
**פיגוע ההתאבדות**).

15. כתוצאה מפיגוע ההתאבדות נגרם מותה של **גב' יפה בן שימול ז"ל**.

**פרט שמונה עשר :(פ"א 17869/04 תחנת מוריה)**

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה**: הנאשם הנ"ל, באיזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של **מר יובל אוזנה ז"ל**.

**פרט תשעה עשר :(פ"א 17869/04 תחנת מוריה)**

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה**: הנאשם הנ"ל, באיזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של **מר רחמים דוגה ז"ל**.

13

<u>**פרט עשרים**</u>: (פ"א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>**מר יהודה חיים ז"ל.**</u>

<u>**פרט עשרים ואחד**</u>: (פ"א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>**מר אילן אביסדריס ז"ל.**</u>

<u>**פרט עשרים ושנים**</u>: (פ"א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>**מר בניה יונתן צוקרמן ז"ל.**</u>

14

<u>**פרט עשרים ושלושה**</u>: (פ״א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו הוראות ביטחון
(יו״ש) (מס׳ 378), תש״ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו״ש) (מס׳ 225), תשכ״ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ״ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>**מר אזולאי ליאור ז״ל**</u>.

<u>**פרט עשרים וארבעה**</u>: (פ״א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו״ש) (מס׳ 378), תש״ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו״ש) (מס׳ 225), תשכ״ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ״ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>**מר נתנאל חבשוש ז״ל**</u>.

<u>**פרט עשרים וחמישה**</u>: (פ״א 17869/04 תחנת מוריה)

<u>**מהות העבירה**</u>: ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות
ביטחון (יו״ש) (מס׳ 378), תש״ל – 1970 ; וסעיפים 20-19, 14 ו- 2 לצו בדבר כללי
האחריות לעבירה (יו״ש) (מס׳ 225), תשכ״ח – 1968.

<u>**פרטי העבירה**</u>: הנאשם הנ״ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לניסיון גרימת
מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נפצעו יותר מ-50 אזרחים בדרגות פציעה קשות וקלות ; וכן מת
המחבל המתאבד.

15

סרן      עאמר,      נאג'י
צבאי                   תובע

רשימת עדי התביעה:

1. 95311-7 רס"ר משה לוי (גובה הודאת הנאשם מיום 10/3/04 מיום 16/3/04 ומיום 17/3/04 תופס כתב ידו של הנאשם + עורך מסדר תמונות).

2. 99106 רס"מ יעקב ברוני (גובה הודאת הנאשם מיום 17/3/04).

3. 907377113 מוחמד עיסא מוחמד מעאלי (עצור בת.ת. 1338/04).

4. 901415984 חילמי ע"א-כרים מוחמד המאש (עצור בת.ת. 1300/04).

5. 906194063 עז-אלדין ח'אלד חסין חמאמרה (עצור בת.ת. 1246.04).

6. 920629276 עלי מוחמד חמאד אבו-הלאיל (עצור בת.ת. 1216/04).

7. 410066625 ע"א-רחמאן (זאהר) יוסף ע"א-רחמאן מקדאד (עצור בת.ת. 1332/04).

פ"א 09891/04 מת"מ ירושלים : (פיגוע התאבדות בתוך אוטובוס קו 19)

8. 43438654 ניר אזולאי (פרטים בתביעה).

9. 80408453 עדנאן סעידה (פרטים בתביעה).

10. רישא קריז (פרטים בתביעה).

11. סבטלנה מילניקר (פרטים בתביעה).

12. אולנה סקריפה (פרטים בתביעה).

13. 055661458 דוריה שלוי (פרטים בתביעה).

14. 07788383 יוסף חדד (פרטים בתביעה).

15. 0300679925 משה בניטה (פרטים בתביעה).

16. 038583837 כרמל שרייר (פרטים בתביעה).

17. 053927372 עליזה אליהו (פרטים בתביעה).

18. 0307353110 ליליה שריגה (פרטים בתביעה).

19. 307207332 ארינה פוטיומקין (פרטים בתביעה).

20. 058123977 גד ליסטנברג (פרטים בתביעה).

21. 002379493 מרים דרעי (פרטים בתביעה).

22. 056521644 ורד לוזון (פרטים בתביעה).

23. 035816180 דוד בר-סלע (פרטים בתביעה).

24. 034325944 יעל רובינשטיין (פרטים בתביעה).

16

25. 071666614 נעים ברזאוי (פרטים בתביעה).

26. 001909134 שרה קיסר (פרטים בתביעה).

27. 321135395 לידייה ווינר (פרטים בתביעה).

28. 054584362 בהירה סעדו (פרטים בתביעה).

29. מ.ר. 73774 ד"ר קומבר (מסמכים רפואיים הנוגעים למר נעים ברזאוי).

30. מ.ר. 24151 ד"ר מיכלבסקי (מסמכים רפואיים הנוגעים לגב' שרה קיסר).

31. מ.ר. 25068 ד"ר יוטקין (מסמכים רפואיים הנוגעים לגב' בהירה סעדו).

32. ד"ר א. וולף (מסמכים רפואיים הנוגעים לגב' בהירה סעדו).

33. חווי"ד מעבדת חבלה (תועבר בהמשך).

34. מסמכים רפואיים.

35. רשימות נפגעים (רשומה מוסדית).

__(פ"א 17869/04 תחנת מוריה):__ (פיגוע התאבדות בתוך אוטובוס קו 14)

36. 7449502 אמוץ נילי (פרטים בתביעה).

37. 9797523 אברהם דוד (פרטים בתביעה).

38. 31464167 בנימין בן לולו (פרטים בתביעה).

39. 7633634 אזולאי שושנה (פרטים בתביעה).

40. 03083175 דויד בן חמו (פרטים בתביעה).

41. 024942724 יניב לוי (פרטים בתביעה).

42. 303717631 בוריס פיסקרה (פרטים בתביעה).

43. 0304050040 ויקטוריה טטוריק (פרטים בתביעה).

44. 311825574 מאיה מליניצר (פרטים בתביעה).

45. 003416716 דוב גולדפלם (פרטים  בתביעה).

46. 040182115 אסף כהן (פרטים בתביעה).

47. ד"ר א. דויטש (מסמכים רפואיים).

48. 324605005 אלה לורנקו (פרטים בתביעה).

49. ד"ר פלור (מסמכים רפואיים).

50. 321868663 נטליה סורפין (פרטים בתביעה).

51. ד"ר פלור שרון (מסמכים רפואיים).

52. 065322471 אברהם פור (פרטים בתביעה).

53. 0801523812 עיסא עביד (פרטים בתביעה).

54. 039276126 אליהו מזרחי (פרטים בתביעה).

55. 075775239 מאיר אהרון (פרטים בתביעה).

56. 039195862 אפרת סיוון סימון (פרטים בתביעה).

17

57. 200713410 גל-אור שמש (פרטים בתביעה).

58. 34985 ד"ר חמורה גירבי (מסמכים רפואיים).

59. 009797523 דוד אברהם (פרטים בתביעה).

60. 21503 ד"ר שלום פרידמן (מסמכים רפואיים).

61. 043553338 לירן בן סימן-טוב (פרטים בתביעה).

62. 22674 ד"ר פרסון בנימין (מסמכים רפואיים).

63. 066079948 יוסף סלבוסקי (פרטים בתביעה).

64. 024942724 יניב לוי (פרטים בתביעה).

65. 009797523 דויד אברהם (פרטים בתביעה).

66. 034441659 נועה דיאטלוביצקי (פרטים בתביעה).

67. 34991 ד"ר מיקי אביטל (מסמכים רפואיים).

68. 030803175 דוד בן חמו (פרטים בתביעה).

69. 054973698 שמעון שושן (פרטים בתביעה).

70. 0300302668 מאי שיריזלי (פרטים בתביעה).

71. 35035 ד"ר גולדמן (מסמכים רפואיים).

72. 025300955 יהודה מלול (פרטים בתביעה).

73. 031503105 עודד חבשוש (פרטים בתביעה).

74. מסמכים רפואיים (רשומה מוסדית).

75. 307048298 לימור בטרייאב (דו"ח תפיסה).

76. 969480516 עיסא זעול (דגימות גנטיות).

77. 969480524 בדיעה זעול (דגימות גנטיות).

78. סמ"ר שאדי רבאח (זכ"ד).

79. 4668654 אלי מלכה (מזכר).

80. חווי"ד מעבדת חבלה (תועבר בהמשך).

81. 73160-4 פקד איגור פקרמן (דו"ח תפיסה וסימון).

82. פרופי י.היס (חווי"ד פתולוגית).

83. ד"ר ו. קרסין.

84. ד"ר קנט פרנק גרסטון (חווי"ד פתולוגית).

85. ד"ר צ' כהנא.

86. ד"ר ר.נחמן (חווי"ד פתולוגית).

87. ד"ר קי זייצב.

88. ד"ר חן קוגל (חווי"ד המכון הלאומי לרפואה משפטית).

89. ד"ר בירטולון לוי (חווי"ד פתולוגית).

90. ד"ר קנט פרנק גרסטון (חווי"ד פתולוגית).

18

‏91. תעודות פטירה.‏

## CERTIFICATION OF COPY

I the undersigned Yitzhak Weinberg, a Notary in 33 Soreq Street, Beit Shemesh, Israel Hereby certify that the attached document marked **"A"** is a correct copy of the original document which is drawn up in the Hebrew language and has been produced to me.

In witness whereof I certify the correctness of the copy and I hereto set my signature and seal,

This day December 28, 2013

Paid 179.00 shekels (including VAT)

SIGNATURE _____

NOTARY'S SEAL



## אישור העתק

אני הח"מ יצחק ווינברג נוטריון בירושלים ברחוב נחל שורק 33 בית שמש

מאשר כי המסמך המצורף והמסומן באות "א" הינו העתק מדויק של המסמך המקורי שנערך בשפה העברית ושהוצג בפני.

ולראיה הנני מאשר את דיוק ההעתק הנ"ל, בחתימת ידי ובחותמי,

היום 28 דצמבר 2013

שולם סך של 179.00 ש"ח (כולל מע"מ)

חתימה

חותם הנוטריון



# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

**1. STATE OF ISRAEL**

This public document

2. Has been signed by Yitzhak Weinberg - Advocate
   Advocate            33 Soreq Street, Israel
                       L.N.24260

3. Acting in capacity of Notary

4. Bears the seal/stamp of

   the above Notary

## Certified

5. At the Magistrates Court of Jerusalem

6. Date _____  - 1 -01- 2014

                              30/14

7. By an official appointed by

   Minister of Justice under the

   Notaries Law, 1976.

8. Serial number _____

9. Seal/Stamp _____

10. Signature _____

---

ו. מדינת ישראל

מסמך ציבורי זה

2. נחתם בידי

עי״ד ___ יצחק וויינברג עו״ד

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת

   של הנוטריון הנ״ל

# אושר

5. בבית משפט השלום בירושלים

6. ביום _____

7. על ידי מי שמונה בידי שר

   המשפטים לפי חוק הנוטריונים,

   התשל״ו - 1976

8. מס׳ סידורי _____

9. החותם / החותמת _____

10. חתימה _____

צבא        הגנה        לישראל

בבית המשפט הצבאי                    תיק בימ"ש 04/ סו 2270
ב   י   ה   ו   ד   ה                  תיק תביעה 1247/04
בפני        הרכב                   תיק פ.א.  1329/04 חברון
                                   9891/04 מתי"מ י-ם
                                   178694/04 מוריה

                                   במשפט שבין :

התובע הצבאי

- המאשים -

- נ ג ד -

כתב אישום זה התקבל              אחמד צלאח אחמד צלאח
בתוכרין _____
ונרשם ביומן בתיק _____       (עצור מיום 8/3/04)
 בי המ"יש _____             ת.ז. 901739656 יליד 23/1/77 מבית-לחם

- הנאשם -

## כתב אישום

הנאשם הנ"ל מואשם בזאת, בביצוע העבירות הבאות :

**פרט ראשון :**

**מהות העבירה :** ייצור פצצה, עבירה לפי סעיף 53(א)(3) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשכ"ל – 1970.

**פרטי העבירה :** הנאשם הנ"ל, באזור, בהלק חודש מרץ 02' או בסמוך לכך, ייצר פצצה מבלי שהיה ברשותו היתר ממפקד צבאי או מטעמו.

דהיינו, במועד הנ"ל, פנה עי"א-רחמאן (זאהר) יוסף עי"א-רחמאן מקדאד (להלן –
**עי"א-רחמאן מקדאד**) אל הפעיל הצבאי אחמד מוגרבי וביקש ממנו מטעני חבלה.
אחמד מוגרבי היפנה את עי"א-רחמאן מקדאד אל הנאשם ואמר לו כי הנאשם
ימסור לו חומר נפץ מסוג "אום-אלעבד"י לייצור מטעני החבלה.

עי"א-רחמאן מקדאד נפגש עם הנאשם וקיבל ממנו 4 ק"ג חומר נפץ מסוג "אום-
אלעבד"י. עי"א-רחמאן מקדאד ייצר באמצעות חלק מהכמות שקיבל 4 מטעני
צינור, ואת יתר הכמות שמר.

C:\Documents and Settings\s6903112\Local Settings\Temporary Internet Files\OLK2\1247-04.doc

P 2: 149

2

**פרט שני :**

**מהות העבירה :** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) ו- 84(1)(א) לתקנות
ההגנה (שעת חירום), 1945.

**פרטי העבירה :** הנאשם הנ"ל, באזור, החל מתחילת שנת 04' או בסמוך לכך, היה חבר
בהתאחדות בלתי מותרת, דהיינו :

במועד הנ"ל, היה הנאשם הנ"ל חבר בחוליה צבאית של ארגון גדודי חללי
"אלאקצא".

חברותו של הנאשם בארגון נמשכה עד יום מעצרו.

**פרט שלישי :**

**מהות העבירה :** ירי לעבר אדם או מקום שבני אדם עשויים להימצא בו, עבירה לפי תקנה 58(א)
לתקנות ההגנה (שעת חירום), 1945 ; וסעיף 14 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה :** הנאשם הנ"ל, באזור, בתחילת שנת 04' או בסמוך לכך, היה שותף לירי לעבר
אדם או מקום שבני אדם עשויים להימצא בו, דהיינו :

במועד הנ"ל, יצא הנאשם הנ"ל יחד עם חברי חולייתו הצבאית אחמד תאופיק
תאיה, ואיל חיליל פרג'י וחלמי ע"א-כרים מוחמד המאש (להלן – **חלמי המאש**)
שהיה חמוש ברובה קלצ'ניקוב וריומון יד וזאת ע"מ לבצע פיגוע ירי כנגד כוחות
צה"ל בבסיס הצבאי של ה- D.C.O. כשהגיעו למקום יידו הנאשם ואחמד תאיה
מהרכב כשברשותם תאמליח ע"מ לבצע את פיגוע הירי ואילו חלמי המאש וחברו
ואיל פרג'י נותרו ברכב.

כעבור מספר דקות דקות ירו הנאשם וחברו לעבר כלי רכב, (או-אז (מולט)חלמי המאש
וחברו מהמקום לכיוון ביתו של הנאשם.

שם המתינו לחזרתו של הנאשם.

**פרט רביעי :**

**מהות העבירה :** ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיפים 19-20, 14 לצו בדבר כללי האחריות
לעבירה (יו"ש) (מס' 225), תשכ"ח- 1968.

**פרטי העבירה :** הנאשם הנ"ל, באזור, בסוף שנת 03' או בסמוך לכך, היה שותף לניסיון גרימת
מותם של אחרים בכוונה, דהיינו :

1. במועד הנ"ל, הציע הנאשם הנ"ל לע"א-רחמאן מקדאד מקדימל לצאת עימו לבצע
פיגוע ירי לעבר כלי רכב ישראליים. האחרון נענה בחיוב, ויצא יחד עם

P 2: 150

3

הנאשם וערך סיור מקדים במקום שאותו איתר הנאשם. הנאשם וע"א-
רחמאן מקדאד הגיעו לאיזור בית-הספר "תליתא קומי" ומצאו כי מקום זה
טוב לביצוע הפיגוע. הנאשם הורה לע"א-רחמאן מקדאד לבצע במקום פיגוע
ירי יחד עם פעילים נוספים.

2.  בסמוך לכך, ביקש ע"א-רחמאן מקדאד מהפעיל הצבאי עלי מחמד חמאד
    אבו-הלאיל (להלן – **עלי אבו-הלאיל**) לצאת ולבצע סיור מקדים באיזור
    בית-הספר "תליתא קומי" וזאת מכיוון שמתוכנן פיגוע ירי בעזור. עלי אבו-
    הלאיל נענה בחיוב, ויצא בסמוך לשעה 2:00 למקום וזאת כדי לודא שאין
    מכשולים בדרך. בנוסף גייס ע"א-רחמאן מקדאד את עז-אלדין חיאלד חסין
    חמאמרה (המכונה עז-אלדין עליאן) (להלן – **עז-אלדין עליאן**) והפעיל
    הצבאי אסמאעיל ע"א-רחמאן מחמד אלפראגין (להלן – **אסמאעיל
    אלפראגין**) לביצוע יחד עימם את פיגוע הירי.

3.  בסמוך לשעה 3:00, התקשר עלי אבו-הלאיל לע"א-רחמאן מקדאד ועידכן
    אותו כי אין מניעה לבצע את הפיגוע המתוכנן.

4.  בהתאם לכך, יצא ע"א-רחמאן מקדאד כשהוא חמוש ברובה קלצ'ניקוב יחד
    עם עז-אלדין עליאן שהיה חמוש ברובה M-16 ואסמאעיל אלפראגין
    כשהוא חמוש ברובה 16 – M לכיוון האיזור ע"מ לבצע את הפיגוע
    אסמאעיל אלפראגין הסיע אותם ברכב שהביא.

5.  כשהגיעו לאיזור המתוכנן, הורה ע"א-רחמאן לעלי אבו-הלאיל לחזור
    לביתו, וע"א-רחמאן מקדאד ועז-אלדין עליאן ארבו בסמוך למקום במרחק
    20 מטר מהכביש לכלי רכב ישראליים שיעברו במקום. אסמאעיל
    אלפראגין נתר ברכב.

6.  בסמוך לשעה 3:30, עבר במקום ג'יפ צבאי, או-אז פתחו ע"א-רחמאן
    מקדאד וחברו באש לעבר הג'יפ.

7.  הג'יפ המשיך בנסיעה, ע"א-רחמאן מקדאד וחברו נמלטו לכיוון הרכב בו
    המתין להם אסמאעיל אלפראגין, וביחד נמלטו מהמקום.

<u>פרט חמישי :(פ"א 09891/04 מת"מ ירושלים)</u>

**מהות העבירה** : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשכ"ל – 1970; וסעיף 14 א ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה** : הנאשם תניל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מוות
של אחרים בכוונה, דהיינו :



P 2: 151

4

1. בתחילת חודש ינואר 04' או בסמוך לכך, יצר עי"א-רחמאן מקדאד קשר עם
הפעיל הצבאי אחמד מוג'רבי וביקש ממנו כי יכיר לו פעילים צבאיים
שיעזרו לו בייצור חומרי נפץ ומטעני חבלה וזאת עיים לבצע פיגועים נגד
מטרות ישראליות, וכן איתור מתאבדים לצורך ביצוע פיגועי התאבדות.
בהתאם לכך, יצר אחמד מוג'רבי קשר עם הפעיל הצבאי עלי אבו-חלאיל
וביקש ממנו כי ייפגש עם פלוני [בכוונון לעי"א-רחמאן מקדאד] עיים לעזור לו
בפעילותו הצבאית. עלי אבו-חלאיל נפגש עם עי"א-רחמאן מקדאד בהתאם
להנחיותיו של אחמד מוג'רבי, בפגישה ביקש ממנו עי"א-רחמאן מקדאד כי
יעזור לו בייצור חומרי נפץ. הלה הסכים לכך.

2. בסמוך לכך פנה הפעיל הצבאי חלמי עי"א-כרים מחמד המנאש [להלן – **חלמי
המנאש**] אל עלי ג'ישארה והציע לו להפגישו עם פעיל צבאי שישלח אותו
לביצוע פיגוע התאבדות. עלי ג'ישארה [להלן – **המתאבד**] הביע נכונות לכך.

בהתאם לכך, הפגיש חלמי המנאש את **הנאשם** הנ"ל עם המתאבד בפגישה
שבמחלכה בירר הנאשם עם המתאבד את מידת נכונותו לבצע פיגוע
התאבדות.

במהלך הפגישה הביע המתאבד נכונות לבצע את הפיגוע. בהתאם ביקש
הנאשם מהמתאבד להתכונן לביצוע פיגוע ההתאבדות.

3. בסמוך לכך, פנה עלי אבו-חלאיל לעי"א-רחמאן מקדאד ועידכן אותו כי
הצליח להשיג שני ק"ג חומר נפץ מסוג אום-אלעבד וכן חומר כימי מסוג
אצטון. בהזדמנות זו העביר עלי אבו-חלאיל לעי"א-רחמאן מקדאד את חומר
הנפץ מסוג אום-אלעבד, ועי"א-רחמאן מקדאד ביקש ממנו כי יעביר אליו
את האצטון ובנוסף חומר כימי מסוג מי-חמצן המשמשים לייצור חומר נפץ.

4. ביום שלמוחרת, נפגש עי"א-רחמאן מקדאד עם עלי אבו-חלאיל וקיבל ממנו
36 ליטר של אצטון וכן 10 ליטר של מי-חמצן, עי"א-רחמאן מקדאד סיפר
לעלי אבו-חלאיל כי בכוונתו להשתמש בחומרים אלה עיים לייצר חומר נפץ
שישמש מתאבד בביצוע פיגוע התאבדות; בהזדמנות זו הסביר עלי אבו-
חלאיל לעי"א-רחמאן מקדאד כיצד יש לערבב את החומרים כדי ליצור את
חומר הנפץ. עי"א-רחמאן מקדאד הסתיר את החומרים בביתו.

5. כעבור מספר ימים הגיע הנאשם לביתו של עי"א-רחמאן וסיפר לו כי איתר
אדם המוכן לבצע פיגוע התאבדות.

ביום 28/1/04 או בסמוך לכך, פנה שוב הנאשם לעי"א-רחמאן מקדאד,
וביקש ממנו כי יכין בדחיפות תיק נפץ באמצעות חומר הנפץ שברשותו וזאת
מאחר ובכוונתו לשלוח את המתאבד לפיגוע ההתאבדות.

או-אז, ביקש עי"א-רחמאן מקדאד מהנאשם כי יקנה עבורו חומרים לייצור
תיק הנפץ [שכללו בין היתר: תיק, סוללות, מפסק וכו'...]. הנאשם נענה



5

בחיוב וקנה ביחד עם חלמי המאש עבור עייא-רחמאן מקדאד את כל
שנתבקש וזאת כדי שיוכל להכין את תיק הנפץ בהקדם האפשרי. בנוסף,
ניסו הנאשם וחלמי המאש למצוא מצלמת וידאו עיימ לצלם את המתאבד
בטרם ביצוע הפיגוע, אולם לא הצליחו בכך – ולפיכך החליטו להוציא את
המתאבד לביצוע חפיגוע מבלי לצלמו במצלמת וידאו.

6. בסמוך לכך, פנה הנאשם אל חפעיל הצבאי מוחמד עיסא מוחמד מעאלי
(להלן – **מוחמד מעאלי**) וביקש ממנו להוביל מתאבד החמוש בחגורת נפץ
לביצוע פיגוע התאבדות בתוך שטח מדינת ישראל. מוחמד מעאלי הביע
נכונות לכך.

בחתאם לכך, חפגיש הנאשם את מוחמד מעאלי עם המתאבד.

7. במקביל לאמור לעיל, ייצר עייא-רחמאן מקדאד כמות נוספת של חומר הנפץ
ייאום אלעבדיי במשקל 12 קייג, וייצר באמצעותו תיק נפץ לביצוע פיגוע
התאבדות.

עייא-רחמאן מקדאד ביקש מההשאשם לבוא עיימ לקחת את תיק הנפץ.

8. כעבור מספר דקות הגיע הנאשם יחד עם המתאבד ומוחמד מעאלי לביתו
של עייא-רחמאן מקדאד; מוחמד מעאלי חמתין בחוץ ואילו חמתאבד
והנאשם נכנסו לביתו של עייא-רחמאן מקדאד. עייא-רחמאן מקדאד הסביר
לנאשם ולמתאבד כיצד לחפעיל את תיק הנפץ וחעניר להם את תיק הנפץ
עיימ שזה ישמש בפיגוע התאבדות וזאת בכוונה לגרום למותם של אזרחים
ישראליים.

9. בסמוך לכך, יצאו הנאשם, מוחמד מעאלי וחמתאבד לכיוון האוניברסיטה
בבית-לחם; שם נטרל הנאשם את מנגנון האבטחה של מטען חחבלה עיימ
להכין אותו לפעולה. לאחר-מכן עזב הנאשם את מוחמד מעאלי עם
המתאבד.

10. לאחר-מכן בסמוך לשעה 30 .6, חוביל מוחמד מעאלי את המתאבד לכיוון
ירושלים דרך כפר וולגח עד שהגיעו סמוך לקניון מלחה בירושלים. שם
נפרד מוחמד מעאלי מהמתאבד וחזר לאיזור.

11. בסמוך לכך, עלה המתאבד לאוטובוס אגד בקו 19 שנסע לכיוון ככר פריז
כשהגיע האוטובוס לפינת רחובות ארלוזורוב ועוח, סמוך לשעה 45 :8,
חפעיל המתאבד את תיק הנפץ שחחזיק עליו בכוונה לגרום למותם של
מספר רב של בני אדם. כתוצאה מכך, התפוצץ תיק נפץ בתוך האוטובוס
(להלן – **פיגוע ההתאבדות**).

12. כתוצאה מפיגוע ההתאבדות נגרם מותו של **אברהם בלחסן** זייל.



6

<div dir="rtl">

<u>פרט שישי</u> (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע התהתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותה של <u>גב' חנה בונדר ז"ל</u>.

<u>פרט שביעי</u> (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע התהתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותה של <u>גב' ענת דרום ז"ל</u>.

<u>פרט שמיני</u> (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע התהתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותו של <u>מר יחזקאל גולדברג ז"ל</u>.

</div>



7

<u>פרט תשיעי</u>: (פ"א 09891/04 מת"מ ירושלים)

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, חיה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיאארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותו של <u>מר ולדי צדיק מנברה</u> ז"ל.

<u>פרט עשירי</u>: (פ"א 09891/04 מת"מ ירושלים)

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, חיה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיאארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותו של <u>מר ויורל אוקטביא פלורסקו</u> ז"ל.

<u>פרט אחד עשר</u>: (פ"א 09891/04 מת"מ ירושלים)

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיאארה בכוונה לגרום למותם של אזרחים ישראליים ושהתאשם היה כאמור בפרט האישום הרביעי – נגרם מותה של <u>גב' רוח בונה</u> ז"ל.



8

## פרט שנים עשר (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u> : גרימת מוות בכוונה, עבירה לפי סעיף (א)51(ג) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשל"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותה של <u>גב' דנה איטח ז"ל</u>.

## פרט שלושה עשר (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u> : גרימת מוות בכוונה, עבירה לפי סעיף (א)51(ג) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשל"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותו של <u>מר רומן חונדיאשווילי ז"ל</u>.

## פרט ארבעה עשר (פ"א 09891/04 מת"מ ירושלים):

<u>מהות העבירה</u> : גרימת מוות בכוונה, עבירה לפי סעיף (א)51(ג) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשל"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי גיעארה בכוונה לגרום למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום הרביעי – נגרם מותו של <u>מר אלי צפורה ז"ל</u>.



9

<u>פרט חמישה עשר</u> :(פ"א 09891/04 מת"מ ירושלים)

<u>מהות העבירה</u> : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי ג'יעארה בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
תרביעי – נגרם מותח של <u>גב' נטליה גמריל</u> ז"ל.

<u>פרט שישה עשר</u> :(פ"א 09891/04 מת"מ ירושלים)

<u>מהות העבירה</u> : ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות
ביטחון (יו"ש) (מס' 378), תשי"ל – 1970 ; וסעיפים 19-20, 14 ו- 2 לצו בדבר כללי
האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 29/1/04, היה שותף לניסיון גרימת
מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד עלי ג'יעארה בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
תרביעי – נפצעו יותר מ-50 אזרחים בדרגות פציעה קשות וקלות ; וכן מת המחבל
המתאבד.

<u>פרט שבעה עשר</u> :(פ"א 17869/04 תחנת מוריה)

<u>מהות העבירה</u> : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

1. מספר ימים לפני המועד הנ"ל, תיכנן ע"א-רחמאן מקדאד והפעיל הצבאי
עז-אלדין עליאן לבצע פיגוע התאבדות וזאת במטרה לגרום למותם של
אזרחים ישראליים.

עז-אלדין עליאן הודיע לע"א-רחמאן מקדאד כי איתר אדם בשם מוחמד
זעול (להלן – <u>המתאבד</u>) המוכן לבצע פיגוע התאבדות.

10

2. ביום 17/2/04 או בסמוך לכך, נפגש עז-אלדין עליאן עם חמתאבד בכפר
חוסאן, בבמהלך הפגישה חסכים חמתאבד לבצע את פיגוע ההתאבדות
המתוכנן. בסיומה סיכם עז-אלדין עליאן עם חמתאבד להיפגש עימו בסמוך
לכניסיית המולד בבית-לחם ביום 21/2/04 בשעה 16:00.

3. עז-אלדין עליאן עידכן את ע"א-רחמאן מקדאד בדבר תוכן הפגישה ובדבר
הסכמתו של חמתאבד לבצע את פיגוע ההתאבדות; בהתאם לכך, יצר ע"א-
רחמאן מקדאד קשר עם אחיו חפעיל הצבאי מאהר מקדאד שגר בעזה,
עידכן אותו בדבר התכנון לבצע פיגוע ההתאבדות, וביקש ממנו סכום של
3,000 ₪ עמ"י להכין את תיק הנפץ לפיגוע ההתאבדות וכן לקנות מצלמת
וידאו לצורך צילום החמתאבד (וזאת בהתאם לבקשתו של מאהר מקדאד
לצלם את החמתאבד בטרם ביצוע פיגוע ההתאבדות).

מאהר מקדאד נענה בחיוב לבקשתו של ע"א-רחמאן מקדאד והעביר
לחשבון בבנק הערבי בבית-לחם, שרשום על שמו של ע"א-רחמאן מקדאד,
סכום של 3,000 ₪ לצורך מימון פיגוע ההתאבדות, וזאת כפי שסוכם עם
ע"א-רחמאן מקדאד.

4. ביום 18/2/04 או בסמוך לכך, ניגש ע"א-רחמאן מקדאד לבנק הערבי בבית-
לחם ומשך את סכום הכסף שהועבר אליו ממאהר מקדאד.

ע"א-רחמאן מקדאד רכש באמצעות חלק מסכום הכסף מצלמת וידאו
ומצלמה רגילה לצורך צילום המתאבד. כמו-כן העניר ע"א-רחמאן מקדאד
לעלי אבו-הלאיל **ולנאשם** סכום כסף וזאת עמ"י שירכשו חומרים לצורך
הכנת תיק הנפץ לפיגוע ההתאבדות.

5. בהתאם, עלי אבו-הלאיל קיבל מחפעיל הצבאי חאתם זכריא מחמוד
אלסאורי (להלן – **חאתם אלסאורי**) ארבעה ליטר של חומר כימי מסוג מי-
חמצן ומחפעיל הצבאי אחמד עודה 40 ליטר חומר כימי מסוג מי מסוג אצטון; עלי
אבו-הלאיל העניר לע"א-רחמאן מקדאד 12 ליטר חומר כימי מסוג מי-
חמצן ו- 12 ליטר חומר כימי מסוג אצטון.

6. ביום 20/2/04 ייצר ע"א-רחמאן מקדאד יחד עם עלי אבו-הלאיל ועז-אלדין
עליאן בביתו של ע"א-רחמאן מקדאד את חומר הנפץ מסוג "אום-אלעבד"
המיועד לביצוע פיגוע ההתאבדות. ע"א-רחמאן מקדאד הסביר לעלי אבו-
הלאיל כיצד להכין קופסה מעץ לתיק הנפץ, וזה הכין את הקופסה כפי
שהסביר לו ע"א-רחמאן מקדאד.

7. בסמוך לכך, ביקש ע"א-רחמאן מקדאד מהנאשם לבדוק עם מוחמד מאאלי
אם הוא מוכן להוביל את חמתאבד לביצוע פיגוע ההתאבדות. בהתאם לכך,
נפגש הנאשם עם מוחמד מאאלי וביקש ממנו כי יוביל מתאבד נוסף לביצוע
פיגוע ההתאבדות בתוך שטח מדינת ישראל. מוחמד מאאלי נענה בחיוב לכך.



11

באותו יום בשעות הערב, הגיע הנאשם לביתו של עי'א-רחמאן מקדאד כאשר ברשותו כרוז שעליו כתוב "חוליית איימן ג'ודה של ארגון ג'דודי חללי אלאקצא"; הנאשם העביר את הכרוז לעי'א-רחמאן מקדאד וזאת כדי שישמש כתמונת רקע בעת צילומו של המתאבד – וכמו-כן עידכן את עי'א-רחמאן מקדאד כי מוחמד מעאלי מוכן להוביל את המתאבד.

8.  למחרת בבוקר, העביר הנאשם ל עי'א-רחמאן מקדאד מסמרי ברזל, וזאת עי'מ שהאחרון ידביק אותם לתיק הנפץ וזאת כדי להגביר ולהחמיר את הפגיעות בעת פיצוץ מטען הנפץ. עי'א-רחמאן מקדאד קיבל את מסמרי הברזל והדביק אותם לתיק הנפץ.

באותו יום, בסמוך לשעה 16:10, הגיע עז-אלדין עלי'אן מלווה במתאבד לביתו של עי'א-רחמאן מקדאד עי'מ להכין אותו לקראת היציאה לפיגוע.

בנוסף, הביא ה<u>נאשם</u> לעי'א-רחמאן מקדאד רובה קלצ'ניקוב ורימון יד עי'מ שעי'א-רחמאן מקדאד יצלם את המתאבד כשהוא מחזיק ברשותו אמלי'ח זה.

9.  עי'א-רחמאן מקדאד ועז-אלדין עלי'אן נתנו למתאבד אוכל ובגדים חדשים. לאחר שסעדו ביחד עם המתאבד את ארוחת הערב כתב עז-אלדין עלי'אן צוואה עבור המתאבד; עי'א-רחמאן מקדאד ועז-אלדין עלי'אן צילמו את המתאבד כשהוא מקריא את הצוואה שלו. כשסיימו לצלם את המתאבד החל עי'א-רחמאן מקדאד לייצר את תיק הנפץ שישמש בביצוע פיגוע ההתאבדות. סמוך לשעה 5:30 בבוקר של היום שלמחרת סיים עי'א-רחמאן מקדאד לייצר את תיק הנפץ.

10.  כשסיים לייצר את תיק הנפץ, כאמור ביום 22/9/04, התקשר עי'א-רחמאן מקדאד אל הנאשם, הודיע לו כי הכל מוכן ובייקש ממנו לבוא עי'מ להוציא את המתאבד לביצוע פיגוע ההתאבדות.

בהתאם לכך, יצר הנאשם קשר עם מוחמד מעאלי ובייקש ממנו כי ייפגש עימו. שניהם נפגשו וביחד נסעו לכיוון ביתו של עי'א-רחמאן מקדאד שבו הסתתר המתאבד. הנאשם בייקש ממוחמד מעאלי כי ימתין בסמוך למקום הנמצא במרכז בית-לחם.

11.  בסמוך לשעה 6:00 הגיע הנאשם לביתו של עי'א-רחמאן מקדאד, לקח מעי'א-רחמאן מקדאד את תיק הנפץ ויצא ביחד עם המתאבד לכיוון מרכז בית-לחם; שם הפגיש את המתאבד עם מוחמד מעאלי. משם יצא המתאבד יחד עם מוחמד מעאלי לכיוון ירושלים כאשר הם עוברים דרך כפר הוולונג'ה וזאת עי'מ לבצע את פיגוע ההתאבדות המתוכנן.

12.  סמוך לשעה 6:15 נפגש הנאשם עם עי'א-רחמאן מקדאד ועידכן אותו כי המתאבד יצא עם המוביל לביצוע פיגוע ההתאבדות. בהתאם לכך, עידכן



12

עייא-רחמאן מקדאד את אחיו מאהר מוקדאד בדבר יציאתו של המתאבד
לביצוע פיגוע ההתאבדות.

13. מוחמד מעאלי הוביל את המתאבד למקום הנמצא בסמוך לקניון מלחה
בירושלים; שם נפרד ממנו וחזר לאיזור.

14. בסמוך לאחר-מכן עלה המתאבד לאוטובוס אגד בקו 14 שנסע מכיוון דניה
לכיוון גן הפעמון, כשברשותו תיק הנפץ. כשעצר האוטובוס באחד
הרמזורים הפעיל המתאבד את תיק הנפץ בכוונה לגרום למותם של מספר
רב של בני אדם, כתוצאה מכך התפוצץ תיק הנפץ בתוך האוטובוס (להלן –
**פיגוע ההתאבדות**).

15. כתוצאה מפיגוע ההתאבדות נגרם מותה של **גב' יפה בן שימול ז"ל**.

### פרט שמונה עשר :(פ"א 17869/04 תחנת מוריה)

**מהות העבירה** : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה** : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד ועול בכוונה לגרום
למותם של אזרחים ישראליים ושחםאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של **מר יובל אוזנה ז"ל**.

### פרט תשעה עשר :(פ"א 17869/04 תחנת מוריה)

**מהות העבירה** : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה** : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד ועול בכוונה לגרום
למותם של אזרחים ישראליים ושחםאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של **מר רחמים דוגה ז"ל**.



13

<u>פרט עשרים: (פ"א 17869/04 תחנת מוריה)</u>

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשל"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו:

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>מר יהודה חיים ז"ל</u>.

<u>פרט עשרים ואחד: (פ"א 17869/04 תחנת מוריה)</u>

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשל"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו:

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>מר אילו אביסדריס ז"ל</u>.

<u>פרט עשרים ושנים: (פ"א 17869/04 תחנת מוריה)</u>

<u>מהות העבירה</u>: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשל"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו:

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>מר בניה יונתן צוקרמן ז"ל</u>.



פרט עשרים ושלושה :(פ"א 17869/04 תחנת מוריה)

מהות העבירה : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) 1- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

פרטי העבירה : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>מר אזולאי ליאור ז"ל.</u>

---

פרט עשרים וארבעה :(פ"א 17869/04 תחנת מוריה)

מהות העבירה : גרימת מוות בכוונה, עבירה לפי סעיף 51(א) 1- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תש"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

פרטי העבירה : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נגרם מותו של <u>מר נתנאל חבשוש ז"ל.</u>

---

פרט עשרים וחמישה :(פ"א 17869/04 תחנת מוריה)

מהות העבירה : ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) 1- 7(ג) לצו בדבר הוראות
ביטחון (יו"ש) (מס' 378), תש"ל – 1970 ; והסעיפים 20-19, 14 ו- 2 לצו בדבר כללי
האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

פרטי העבירה : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לניסיון גרימת
מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף לו כאמור בפרט האישום
השבעה עשר – נפצעו יותר מ-50 אזרחים בדרגות פציעה קשות וקלות ; וכן מת
המחבל המתאבד.



I the
Nota
She
Her
mar
orig
the
pro

In
c
n

נאג'י    עאמר,    סרן
תובע                  צבאי

רשימת עדי התביעה:

1. 95311-7 רסייר משה לוי (גובה הודאת הנאשם מיום 10/3/04 מיום 16/3/04 ומיום 17/3/04 תוסף כתב ידו של הנאשם + ערוך מסדר תמונות).

2. 99106 רסיים יעקב ברוזי (גובה הודאת הנאשם מיום 17/3/04).

3. 907377113 מוחמד עיסא מוחמד מטאלי (עצור בת.ת. 1338/04).

4. 901415984 חילמי עי"א-כרים מוחמד המנשש (עצור בת.ת. 1300/04).

5. 906194063 עז-אלדין חיאלד חסין חמאמרה (עצור בת.ת. 1246.04).

6. 920629276 עלי מוחמד חמאד אבו-חלאיל (עצור בת.ת. 1216/04).

7. 410066625 עי"א-רחמאן (ואהרן) יוסף עי"א-רחמאן מקדאל (עצור בת.ת. 1332/04).

מ"א 09891/04 מת"מ ירושלים: (פיגוע התאבדות בתוך אוטובוס קו 19)

8. 43438654 ניר אזולאי (פרטים בתביעה).

9. 80408453 עדטאן סעידה (פרטים בתביעה).

10. רישה קריו (פרטים בתביעה).

11. סבטלנה מילניקר (פרטים בתביעה).

12. אולנה סקריפח (פרטים בתביעה).

13. 055661458 דוריח שליו (פרטים בתביעה).

14. 077766383 יוסף חדד (פרטים בתביעה).

15. 0300679925 משה בנייה (פרטים בתביעה).

16. 038583837 כרמל שרייר (פרטים בתביעה).

17. 053927372 עליזה אליוה (פרטים בתביעה).

18. 0307353110 לילית שריגה (פרטים בתביעה).

19. 307207332 ארינה פוטיומקין (פרטים בתביעה).

20. 058123977 גד ליסטנברג (פרטים בתביעה).

21. 002379493 מרים דרעי (פרטים בתביעה).

22. 056521644 ורד לוזון (פרטים בתביעה).

23. 035816180 דוד בר-סלע (פרטים בתביעה).

24. 034325944 יעל רובינשטיין (פרטים בתביעה).



יצחק
וויינברג
YITZHAK
WEINBERG
NOTARY

P 2: 163

16

25. 071666614 נעים ברזאוי (פרטים בתביעה).

26. 001909134 שרה קיסר (פרטים בתביעה).

27. 321135395 לידייה וינר (פרטים בתביעה).

28. 054584362 בהירה סעדו (פרטים בתביעה).

29. מ.ר. 73774 דייר קומבר (מסמכים רפואיים הנוגעים למר נעים ברזאוי).

30. מ.ר. 24151 דייר מיכלבסקי (מסמכים רפואיים הנוגעים לגבי שרה קיסר).

31. מ.ר. 25068 דייר יוטקין (מסמכים רפואיים הנוגעים לגבי בהירה סעדו).

32. דייר א. וולף (מסמכים רפואיים הנוגעים לגבי בהירה סעדו).

33. חוו״ד מעבדת חבלה (תועבר בהמשך).

34. מסמכים רפואיים.

35. רשימות נפגעים (רשומה מוסדית).

**(פ״א 17869/04 תחנת מוריה): (פיגוע התאבדות בתוך אוטובוס קו 14)**

36. 7449502 אמוץ נילי (פרטים בתביעה).

37. 9797523 אברהם דוד (פרטים בתביעה).

38. 31464167 בנימין בן לולו (פרטים בתביעה).

39. 7633634 אזולאי שושנה (פרטים בתביעה).

40. 03083175 דויד בן חמו (פרטים בתביעה).

41. 024942724 יניב לוי (פרטים בתביעה).

42. 303717631 בורים פיסקרה (פרטים בתביעה).

43. 0304050040 ויקטוריה טטריק (פרטים בתביעה).

44. 311825574 מאיה מליניצר (פרטים בתביעה).

45. 003416716 דוב גולדפלם (פרטים בתביעה).

46. 040182115 אסף כהן (פרטים בתביעה).

47. דייר א. דויטש (מסמכים רפואיים).

48. 324605005 אלה לורנקו (פרטים בתביעה).

49. דייר פלור (מסמכים רפואיים).

50. 321868663 נטליה סורפין (פרטים בתביעה).

51. דייר פלור שרון (מסמכים רפואיים).

52. 065322471 אברהם פור (פרטים בתביעה).

53. 0801523812 עיסא עביד (פרטים בתביעה).

54. 039276126 אליהו מזרחי (פרטים בתביעה).

55. 075775239 מאיר אהרון (פרטים בתביעה).

56. 039195862 אפרת סיוון סימון (פרטים בתביעה).



57. 200713410 גל-אור שמש (פרטים בתביעה).
58. 34985 דייר חמרה גירבי (מסמכים רפואיים).
59. 009797523 דוד אברהם (פרטים בתביעה).
60. 21503 דייר שלום פרידמן (מסמכים רפואיים).
61. 043553338 לירן בן סימן-טוב (פרטים בתביעה).
62. 22674 דייר פרסון בנימין (מסמכים רפואיים).
63. 066079948 יוסף סלבוסקי (פרטים בתביעה).
64. 024942724 יניב לוי (פרטים בתביעה).
65. 009797523 דוד אברהם (פרטים בתביעה).
66. 034441659 נועה דיאטלוביצקי (פרטים בתביעה).
67. 34991 דייר מיקי אביטל (מסמכים רפואיים).
68. 030803175 דוד בן חמו (פרטים בתביעה).
69. 054973698 שמעון שושן (פרטים בתביעה).
70. 0300302668 מאי שירזידלי (פרטים בתביעה).
71. 35035 דייר גולדמן (מסמכים רפואיים).
72. 025300955 יהודה מלול (פרטים בתביעה).
73. 031503105 עודד חבשוש (פרטים בתביעה).
74. מסמכים רפואיים (רשומה מוסדית).
75. 307048298 לימור בסטרייאב (דוייח תפיסה).
76. 969480516 עיסא זעל (דגימות גנטיות).
77. 969480524 בדיעה זעל (דגימות גנטיות).
78. סמייר שאדי רבאח (זכיייד).
79. 4668654 אלי מלכה (מוזכר).
80. חוויייד מעבדת חבלה (תעובר בהמשך).
81. 73160-4 פקד אינגר פקרמן (דוייח תפיסה וסימון).
82. פרופי י.הייס (חוויייד פתולוגית).
83. דייר ו. קרסין.
84. דייר קנט פרנק גרסטון (חוויייד פתולוגית).
85. דייר צי כהנא.
86. דייר ר.נחמן (חוויייד פתולוגית).
87. דייר קי זייצב.
88. דייר חן קוגל (חוויייד המכון הלאומי לרפואה משפטית).
89. דייר בירקולון לוי (חוויייד פתולוגית).
90. דייר קנט פרנק גרסטון (חוויייד פתולוגית).



P 2: 165

18

‏91. תעודות פטירה.

