"כן היו לי מספר כינויים במהלך ביצוע הפיגועים כמו אלמם אלחאג' אלשיך אלכביר... וכן לכחתי... שני טיילי טנק ישנים על מנת להוציא מהם את החומר נפץ ואשתמש בחומר למטעני נפץ ובמטעניים השתמשתי על כביש העוקף בזואתה... ואני גייסתי אותו (הכוונה לאדם בשם לואי עודה) לכתאב שוהדאא אל אקצא לפני כחודשיים לערך והמטרה מגויסו לשוהדא אל אקצא על מנת שיסייע לנו בפיגועים באזור ירושלים ושיכניס מתאבדים (מוסתשהידים) לירושלים ואני גם כן ביקשתי מלואי שילמד אותנו ייצור חומר נפץ יותר חזק מחהכימו שהשתמשנו בו ולואי הסביר לי בטלפון כיצד מייצרים חומר (אומאלעבד) והשבתי לו שאנחנו יודע לייצר אומאלעבד. ולפני חודש וחצי לערך ביקשתי מלואי שיבדוק דרך להכנסת מתאבד לירושלים... ותפקידיי היה לתאם בין מחמוד ולואי על מנת להכניס את המתאבד לירושלים והפגיעה הזה בוצע אף ללא הצלחה מאחר ושוטרים ירו לעבר המתאבד לפני הביצוע... וג'אוזי חוסיני ביקש ממני שאסכים לקבל שיחה מאדם ואחרי מספר ימים התקשר אלי מונייר מקדח המכונה אבו חוסיין וביקש שנמשיך בביצוע פיגועים והציע לי מימון כספי ואני הבעתי את הסכמתי ומסרתי לאבו חוסיין מספר חשבון הבנק שלי בבנק ערבי בשכם על מנת שיעביר לי כסף ואכן אבו חוסיין העביר לי כסף שש פעמים לערך והפקיד 3,000 או 5,000 דולר...

ש. מה עשית בכסף שהעביר לך מונייר מקדח

ת. לשם ביצוע פיגועים... על פי הסיכום עמו היה ממומן אותנו בכסף לביצוע פיגועים ואני הייתי מדווח לו אודות הפיגועים במהלך השיחות שניהלתי עמו באמצעות הטלפון והאינטרנט... שוחחתי עמו אודות הרבה פיגועים... ודיווחתי לו גם כן אודות פיגועי התאבדות בירושלים ובחדרה שביצענו...

ש. איזה קשר צבאי היה בינך לבין יאסר אבו בכר

ת. אחרי פרוץ אינתיפאדת אל אקצא התגייס יאסר אבו בכר לכתאב שוהדאא אל אקצא וביקשתי מיאסר שישתתף עמנו בפיגועים ויאסר הסכים להצעה ומסרתי לו נשק מסוג M16 ויאסר ביצע פיגוע ירי מהנשק שמסרתי לו. הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועל פי דברי יאסר אל פגעו ברכב...

ש. האם היה קשר ליאסר עם מתאבדים

ת. כן אני ויאסר עבדנו יחד לשלוח מתאבדים עם מחמוד אלטיטי ואחמד אבו חדר... ובמידה והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים ביאסר ולפני כניסת הצבא לשכם כשבועיים ביקשתי מיאסר שינהל את השיג חגורת נפץ למתאבד על מנת לבצע פיגוע בתוך ישראל ויאסר אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע בישראל וכשהגיע לבקשה אל גרביה ירו חיילים לעברו ונעצרו נהרגו... מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי לאחמד 3,500 ₪ על מנת שיקנה רכב גנוב להעברת המתאברים ואחמד נסע עמם לטול כרם והראה להם את הדרך וחזר ברכב ציבורי...".

ובהודעתו ת/7 בתשובה לשאלות:

"... ומחמוד פנה אלי בענין זה מאחר ואנחנו חוליה צבאית ואני הבעתי את הסכמתי לפיגוע זה... יש לציין שאחמד אבו חדר פנה אלי כי כי אני אחראי כתאב שוהדאא אל אקצא... ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלל תקשורת והודעתי להם שהפיגוע בוצע על ידי כתאב אל אקצא... אך כשהודעתי שאנחנו לוקחים אחריות על הפיגוע מחמוד אמר לי את השמומ... כן היה לי קשר בפיגוע הירי בנתניה שבוצע על ידי מתאבדים שלא ידעתי לי שמותיהם ולפני הפיגוע הזה ביומיים התקשר אלי אחמד אבו חדר ואמר לי שביכולתו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי למחמוד טיטי ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי לאחמד שני רימונים ומחמוד טיטי מסר להם שני נשקים מסוג M16 ואחמד אבו חדר צילם אותם והסביר להם על הפיגוע... ואחרי מספר שעות שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה והתקשרתי לכלי התקשורת ולקחתי אחריות על הפיגוע...".

ובהודעה ת/8

"ש. האם היה לך קשר עם עבד אלכרים עויס

ת. כן... ואני יצרתי איתו קשר וביקשתי ממנו שיבצע פעולות צבאיות...

ש. מה עשה מחמוד במטענים שמסרת לו

ת. לפיגועים ולא זכור לי היכן בוצעו הפיגועים.

ש. האם אתה מכיר אדם בשם מג'די סמיר חילוס

ת. אני מכיר אותו ....ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי...

ש. האם אתה מכיר אדם בשם חאתם אבו חדיר

ת. ...ואני לקחתי מחאתם באמצעות אחמד כעשרים אקדחים וכעשרים רובה קלצ'ניקוב....ו – M16 ותמורת האמל"ח היתי משלם מכספי....".

במסגרת הודעתו של הנאשם לפני שופט המעצרים וכעולה מהעברות המיוחסות לו בבקשה להארכת פקודת המעצר (ת/23) הודה הנאשם בחברות בארגון עויין "כתאב שוהדא אלאקצא" השייך לתנזים פת"ח, בהשתתפות בפיגועי ירי לעבר מטרות ישראליות באזור שומרון, במעורבות בגיוס מתאבדים ושליחתם לתוך ישראל, מתאבדים שביצעו פיגועי רצח כמו כן הודה בגיוס פעילים לביצוע פיגועים ובייצור חומר נפץ ומטענים.

עד התביעה אחמד אבו חדר מספר בהודעתו ת/12 "אני מודה שבמהלך חודש אפריל משנת 2001 הוצע לי ע"יי נאצר עוויס להתגייס לכתאב שוהדא אלאקצה והסכמתי להצעה זו ומאז אני חבר פעיל בארגון שוהדא אלאקצה השייך לתנזים פת"ח ועד היום הזה ולאחר שהצטרפתי לארגון הנ"ל נאצר עוויס ביקש ממני להפגיר כרוזים בשם שוהדא אלאקצה וכן עשיתי את זה...ואחרי זה התחלתי להיות מעורב בפעילות צבאית השתתפתי בפיגועי ירי לעבר הצבא והשתתפתי בהנחת מטעני חבלה והשתתפותי גם בהכנת מס' מתאבדים ושליחתם לתוך ישראל לביצוע פיגועי התאבדות... נאצר עוויס הינו תושב מחנה בלאטה כבן 29 שנים ומכונה אל חאג' רוזק והוא אחד האחראים בכתאב שוהדא אלאקצה ושימש כאחראי שלי בארגון ונאצר עובד בביטחון הלאומי בשכם ומשתייך לתנזים פת"ח...חברי הקבוצה שאליה הצטרפתי בשוהדאא אלאקצה הם 1. נאצר עוויס- שימש כאחראי על כתאב שוהדא אלאקצא...".

בהודעה ת/13 מספר אבו חדר "אני מודה שבמהלך חודש מרץ לפני כחודש ביקש ממני נאצר עוויס להוביל מתאבד משכם... ברכב מסוג פונטיאק גנוב שקיבלתי אותו מנאצר... אני הודעתי לעאמר שאיני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס למחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטענים ואז נאצר התקשר למחמוד טיטי... וכעבור שעה מחמוד טיטי הגיע והביא עימו שני מטענים... ואחרי זה עאמר קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מעאמר שביצע פיגוע נגד ג'יפ צבאי ... ומאחר וסעדי פנה מס' פעמים לכן הודעתי לנאצר עוויס שאישר לי להמשיך ולתכנן פיגוע התאבדות עבור סעדי ולכן פגשתי את סעדי והצעתי לו לבצע פיגוע משולב...וכעבור שבוע חזר סעדי ואמר לי שהוא מסכים

20

להצעתי אך בתנאי שהצטרפו אליו שני חבריו עלאא ומחמד חמודה אז פניתי לנאצר והודעתי לו את בקשתו של סעדי ונאצר הורה לי לבדוק באם השלושה רציניים בכוונתיהם לבצע פיגוע התאבדות... לאחר שאימנתי אותם בירי ב M16 צילמתי בוידיאו בביתי את עלאא ואת סעדי ביחד כשכל אחד מהם מחזיק M16 ומאחוריהם דגל פלשתין ודגל שוהדאא אלאקצה וסעדי קרא את הצוואה שנאצר עוויס שלח אותה... ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד הזה ולמחרת לקחתי את מג'די לסטודיו בשכם להצילם ומשם לביתו של נאצר עוויס והשארתי אותו שם ובערבו יומיים נאצר ביקש ממני לרכוש רכב עם לוחיות ישראליות ואכן קניתי רכב מיצובישי שחור גנב תמורת 3500 שקל ... את הכסף עבור הרכב קיבלתי מנאצר עוויס  אחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם מג'די ... הופתעתי שישנו אדם נוסף בשם פתחי עמירי... ואז נאצר עוויס סיפר לי כי שני הנ"ל מג'די חנפאר ופתחי עמירי עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר למג'די נשק מסוג M16 ולפתחי מסר שני רימוני יד...לפני שנה בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של דשן לצורך ייצור מטעונים... וקניתי... ומסרתי אותם לנאצר עוויס לצורך מטעני חבלה...לפני כשנה קניתי שני רובים מסוג M16 ...את הכסף עבור הנשקים האלה קיבלתי מנאצר עוויס...

ש. מהיכן היית מקבל את הכספים עבור הוצאות לפעילות הצבאית

ת. מנאצר עוויס שמשמש האחראי עלי מטעם שוהדאא אלאקצה"

ובהודעה ת\18 "יהה תוכנן של מבצעי הפיגוע התאבדות בתוך התחנה המרכזית בחדרה בכך שאני וזיאד... ונאצר עוויס העלינו רעיון שנשלח מתאבד או שניים שיבצעו פיגוע משולב של ירי ולאחר מכן פיצוץ המטען שיהיה על גופם ובכך התוצאה הינה גדולה ותגרום למוות המונים ונאצר עוויס לקח על עצמו גיוס המתאבד ואני לקחתי על עצמי להציא ישראלי שייסע בהכנסת המתאבד לישראל...ובסופו של דבר לא הצלחנו להוציא פיגוע זה אל הפועל... זיאד עצאצעה סיפר לי ...שהוא הבחין במס' דתיים שמתרכזים בבית כנסת בים בקה אלגרביה לחדרה והציע לי שנארגן פיגוע התאבדות במקום. אני הסכמתי והודעתי זאת לנאצר עוויס האחראי עלי והוא אמר לי הולך ניקח את זה בחשבון אך בסופו של דבר זה לא יצא לפועל. בנוסף לזה אני ומחמוד טיטי ונאצר עוויס שוחחנו האפשרות לבצע פיגוע בתחנת הדלק הראשונית בישראל בכך שנמתין להגעת מיכלית דלק שמגיע לחלק דלק בשכם ולהניח מטען חבלה במיכלית בלי שהנהג ירגיש מטען שמחובר לפלא פון ובשלב יותר מאוחר ובעת שהמיכלית חודרת לתחנת הדלק האם אז מפעילים את המטען בכך שמתקשרים לפלא פון שמחובר למטען זה היה רק תכנון ולא יצא לפועל... חשבתי שנבצע פיגוע במשרד הביטחון בתל אביב אני שוחחתי על כך עם נאצר עוויס ומחמוד טיטי והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה...את הנשקים היתי מביא מנאצר עוויס לפני כל יציאה לפיגוע... "

ובהודעה ת\20 "... אני בטוח שיאסר (אבו בכר) ידע שהרובים מיועדים למתאבדים שיוצאים לבצע פיגועים בתוך ישראל כי יאסר הוא איש סודו של נאצר עוויס וכי יאסר הוא כותב הכרוזים של נאצר עוויס כרוזי נטילת אחריות על פיגועים שתוכננו על ידי נאצר עוויס... "

העד מחמוד ידכ מסבר בהודעתו ת\40 א' "פנה אלי מחמוד אלטיטי ואמר לי שהוא מתכנן להקים חוליה צבאית שייכת לתנזים פת"ח והציע לי להתגייס לחוליה הצבאית ואמר מחמוד שמטרת הקמת החוליה היא לבצע פיגועים נגד הצבא הישראלי באיזור שכם. אני הסכמתי לקח ובמסגרת החוליה הצבאית אני השתתפתי בעשרה פיגועי ירי לעבר הצקן באיזור שכם. והשתתף איתי בפיגועי הירי ... נאצר עוויס כבן 35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם...

ש. מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת

ת. נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים והוא זה שהיה מספק לנו את כלי הנשק ...""

21

ובהודעה ת40\ab' "בתחילת חודש 10 שנת 2001 נפגשתי אני ומחמוד אלטיטי עם נאצר עוויס ... ושם
הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולספק מטעונים לאחרים
בתנים פת"ח ולאחר הסכמתי והסכמת מחמוד בא אלינו נאצר עוויס לדירה שבה מתגוררים אני ומחמוד
אלטיטי ברפידיה והיה ברשות נאצר עוויס חומר נפץ בתוך חמש שקיות כל שק עשרה ק"ג והיה ברשותו
בערך 10 בלונו גז בגדלים שונים וחוטי חשמל וסוללות ובדירה נאצר עוויס לימד אותנו על אופן הכנת מטען
חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן הכנת חומר נפץ מחומרים 1. דשן חקלאי אשלגני
2. גופרית 3. פחם...נאצר עוויס מספק לנו את החומרים הדרושים להכנת המטעונים... הדירה ברפידיה
שימשה להכנת חומר נפץ והמטעונים... המטעונים שהכנו היינו מוסרים לאנשים מתנזים לצורך ביצוע
פיגועים צבאיים נגד מטרות ישראליות בגדה המערבית..."

בהודעה ת40\au' "ש. בהודעתך הראשונה מסרת שנאצר עוויס הוא זה שהיה מתכנן ביצוע הפיגועים
והיה אחראי על תנזים פת"ח בשכם האם אתה היית מודיע לנאצר עוויס אודות ביצוע הפיגועים שבהם
השתתפת והפיגועים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנזים פת"ח

ת. כן אני ומחמוד אלטיטי היינו מודיעים לנאצר עוויס אודות כל פיגוע שביצענו ועל פיגועים שבוצעו על
ידי נוספים היינו בקשר איתם ...

ש. האם היה לך קשר עם מרואן ברגותי

ת. לא היה לי כל קשר עימו היה לנאצר עוויס קשר עימו עם מרואן ברגותי והיה מודיע אודות ביצוע
הפיגועים שבוצעו נגד מטרות ישראליות ..."

ובהודעה ת40\ad' " לאחר הפיגוע בהתנחלות גדעונים כחודש הגיע אלי כמאל אבואר וביקש ממני הרובה
M16 אשר לקחתי אותו מהשומר שרצחתי בגידעונים ואני נתתי את הנשק לכמאל אבואר להשתמש בו
בפיגוע והוא החזיר לי את הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורוצה להוסיף כי נאצר עוויס לקח
ממני את נשק ה M16 פעמיים בכדי שישתמש בו פעילי התנזים ובחודש 9\2001 לקח ממני נאצר עוויס את
הנשק בשל הנחת מטען...שביצע אותה אבושהדיר פעיל כוח 17 ...בחודש 10\01 לקח ממני נאצר עוויס את
הנשק בשל ירי ...נקודת צבאית..."

העד אחמד ברגותי מספר בהודעתו ת43\aא' "ש. למה התקשרת לנאצר עוויס  ת. כי הוא האחראי על
שוהדא אלאקצה והוא עושה דברים כאלה אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי
מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי שישלח לי
מישהו...

בהודעה ת43\aג' "אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע המתואר
באישום הראשון אשר ארע במסעדת "סי פוד מרקט") כי נאצר עוויס הוא אחראי כתאב שוהדא
אלאקצה... ש. ספר לי מהיכן הכסף לפעילות   ת. אני נתתי לנאצר עוויס את מס' חשבון בנק שלי והוא
הכניס לחשבון שלי כ- 7000 שקל...

ש. ספר לי על קשריך עם נאצר עוויס

ת. היה לי את המספר פלא פון של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ומרואן ברגותי
ידע על הקשר הזה שאנחנו מדברים ואיזה יום אמר לי נאצר שישלח לי את פאזי שאני אכין אותו ואשלח
אותו לעשות פיגוע התאבדות... ואז עלי אמר לי שמרואן אמר לו לא לתת לי באותו זמן כסף ונשק אני
אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שנמשיך וכי הוא יביא לי נשק וכסף אני זוכר שנאצר
עוויס אמר לי שיש לו עוד אנשים שרוצים לעשות פיגועי התאבדות והוא ישלח לי אותם..."

22

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 258

ובהודעה 43\ד' " באותו לילה שהיה הפיגוע באולם השמחות בחדרה...אני התקשרתי לנאצר עוויס והוא
אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה סיכמתי עם
נאצר עוויס שלמחרת הוא ייתן לי כרוז שבו הוא לוקח אחריות על הפיגוע למחרת נאצר שלח לי בפקס את
הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה...״

בהודעה ת\43ה' "אני אחמד ברגותי הכינוי שלי פרנס הייתי אחראי ביחד עם נאצר עוויס על גדודי
שוהדא אלאקצה ...״

העד יאסר אבו בכר בהודעתו ת\47א4' מספר "נאצר עוויס הוא האחראי על גדודי שוהדא אלאקצה
ומבוקש לישראל בחודש ספטמבר 2001 נאצר עוויס התקשר אלי וביקש ממני להכין לו כרוז ליום השנה
הראשון לאינתיפאדת אל אקצא... הכנתי כרוז כזה ונתתי אותו לנאצר בביתו בבלאטה כמו כן לאחר מותו
של ראאד אל כרמי נאצר עוויס היה מתקשר אלי לאחר פיגועים וזיה מבקש ממני לכתוב כרוזים שבהם
גדודי שוהדא אלאקצה לוקחים אחריות על הפיגועים ואני הסכמתי...לאחר שהיה פיגוע נאצר עוויס היה
מתקשר אלי ומספר לי היכן היה הפיגוע ומי היה הבחור שעשה את הפיגוע ההתאבדות ואני הייתי מכין את
הכרוזים וכותב שגדודי שוהדא אלאקצה לוקחים אחריות על הפיגוע נאצר אחר כך הייתי מעביר את הכרוז
לנאצר עוויס ונאצר היה שולח את הכרוז בפקס לעיתונאים   ש. סיפרת לי קודם שנאצר עוויס אחראי על
גדודי שוהדא אלאקצה בבלאטה ומבוקש לישראל   אתה יכול לומר לי מי חבריו של נאצר עוויס לחוליה
הצבאית ת. הם חוליה של גדודי שוהדא אלאקצה נאצר עוויס הוא האחראי על החוליה

ובת\47ב' " בערך לפני כשלושה שבועות נאצר עוויס התקשר אלי ואמר לי להשיג לו בדחיפות שתי
חגורות נפץ עבור פיגוע ההתאבדות. נאצר עוויס אמר לי להביא חגורות נפץ מאדם אחר ולא ממחמוד טיטי
כי הפיגוץ מחגורות הנפץ שהכין ממחמוד טיטי היה חלש הם ניסו את חגורת הנפץ הזאת והפיצוץ היה
חלש...אני פניתי לחאלד אל אסמאר כי יש לו חבר שיודע לייצר חגורות נפץ...לאחר יומיים חאלד אל
אסמאר אמר לי שרביע אבו רוב הכין לנו חגורת נפץ אחת...והעברתי אותה לאחמד אבו חדר...״

בת\47ג' " בתחילת שנת 2001 הייתי בביתו של נאצר עוויס במחנה הפליטים בלאטה ואז נאצר עוויס
הציע לי גיוס לפעילות צבאית בגדודי חללי אל אקצא ואני הסכמתי.  ש. האם נאצר עוויס אמר לכם מה
הפעילות שתעשו  ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע לנו לעשות פיגוע מטען
וירי על רכב צבאי...״

בת\47ד' " לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עוויס אחראי התנזים כתאב  אל
שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני שמעתי
שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה הנאצר אמר לי עכשיו
לשכוח מנושא זה וביקש שאדבר בנושא זה עם אחמד אבו חדר בשנת העשרים לחיי פעיל בכיר בתנזים
עוזר של נאצר עוויס... לפני כחודשיים בערך פנה אלי נאצר עוויס סיפרתי לך עליו וביקש ממני לפנות
לפעילי גאף ולבדוק איתם עזרה בביצוע פעילות צבאית ופיגועים אמרתי לנאצר שאני מכיר פעיל
גאף...נאצר אישר לי ללכת אליו נפגשתי עם ...וסיפרתי לו שאני פועל עם נאצר עוויס...״

ובהודעה ת\47ה' "...גילי סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אחרי מס' דקות
התקשרתי לנאצר עוויס ואמרתי לו שיש מפגע מתאבד שמוכן לבצע פיגוע התאבדות ואז נאצר עוויס הנחה

23

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

אותי שהבחור ירד לרמאללה ...אחרי שבוע חמישה ימים בערך שמעתי בחדשות שהיה מפגע מתאבד בשם ראמי נור משכם שביצע פיגוע ירי באזור דתיית אל ... בירושלים ומתפגיגע נהרגו שני יהודים ויש פצועים וראמי נור נפצע קשה כי נורה על ידי החיילים. אחרי החדשות באותו היום של הפיגוע התקשר אלי נאצר עוויס ומסר לי שהמפגע הוא ראמי נור פעיל תנזים והנחה אותי להכין כרוז בשם כתאב שוהדא אל אקצה שבו הארגון לוקח אחריות...."

על פי סעיף 1 לפקודת מניעת טרור התש"ח 1948, """ארגון טרוריסטי" פירושו חבר אנשים המשתמש בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים במעשי – אלימות כאלה, " חבר בארגון טרוריסטי" פירושו אדם הנמנה עליו , וכולל אדם המשתתף בפעולותיו, המפרסם דברי-תעמולה לטובת ארגון טרוריסטי , או פעולותיו.""

על פי סעיף 2    לפקודה זו    יחשב אדם הממלא בין השאר תפקיד   בהנהלה או בהדרכה של ארגון טרוריסטי או משותף בדיוניו או בקבלת החלטותיו של ארגון טרוריסטי, פעיל בארגון כזה.

הציטוטים שהבאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך הודעות הנאשם והודעות שותפיהו עליהן הסתמכנו, יריעה עובדתית המבססת כהלכה את המסקנה המשפטית  שיסודות העבירות בניגוד לסעיפים  3 1 2  לפקודה הוכחו כדבעי כמו גם את המסקנה שהארגונים אליו השתייכו הנאשם ושותפיו הם ארגונים טרוריסטים.

מלבד עבירתו על פקודת הטרור אותן מייחסת המדינה לנאשם שפורטו בכתב האישום היא מייחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

עיקרה של עבירת הקשר טמון בהסכמה בין שניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות צריכה להיות לשם השגתה של מטרה משותפת וצריך שההתקשרות תלווה בכוונה שהמטרה המשותפת תוגשם. המדובר כאמור במטרה שהינה מטרה פסולה בעיני החוק.

היריעה העובדתית שהוזכרה לעיל מבססת אף את המסקנה שהנאשם עבר עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

הודאתו של הנאשם על תפקידו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה ביצוע פעולות טרור שאף הניבו תוצאות רצחניות וחבלניות כפי שעוד יתואר להלן, נתמכת במלואה בדבר מה נוסף מהותי הנובע ממקורות נפרדים ועצמאיים,  אימרות כל אחד ואחד מן השותפים, המסבכות – כל אחת על פי דרכה – את הנאשם בעבירות המיוחסות לו תוך התייחסות לנקודות ממשית השנויה במחלוקת. על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.

המדינה הוכיחה את המעשים האלה המיוחסים לנאשם.

**האישום הראשון :**

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

בתאריך ה- 5.3.02 הגיע המחבל אברהים חסונה (להלן חסונה) למסעדת "סי פוד מרקט" בתל אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

בעת שחסונה הגיע למקום המסעדה היתה המסעדה מלאה בעשרות רבות של אנשים. חסונה החל לירות לעבר האנשים במסעדה מגשר מערבי" , השליך לתוכה רימוני יד שבדרך נס לא התפוצצו ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושבים הכל במטרה לגרום בכוונה תחילה למותם של אנשים רבים שהתארחו במסעדה.

באירוע זה נדקרו למוות מסכינו של חסונה רס"ר סלים בריכאת ז"ל, בן 33, שהיה אחד השוטרים הראשונים שהגיעו לזירת הפיגוע והסתתער על חסונה במטרה לעצרו, יוסף חבי ז"ל, בן 52, ואליהו דהן ז"ל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכוחות הביטחון הגיעו למקום הפיגוע נורה חסונה למוות. (עיין עדויות: ע"ית מס' 3 נצ"מ חגי דותן ; ע"ית מס' 4 תנ"צ אורי ברלב (מצ"ת ת/4) ; ע"ית מס' 8 אוראל אליהו ; ע"ית מס' 9 סמ"ר שי כהן ; ע"ית מס' 11 ליאון גורנשטיין ; ע"ית מס' 13 עדי מעוז ; ע"ית מס' 17 אפר ימין ; ת/32 (דו"ח פעולה על הנצחת הזירה ותפיסת מוצגים) ; ת/33 (רובה -M 16) ; ת/34 (סכין מגואלת בדם) ; ת/35 (לוח תצלומים) ;ת/24(דו"ח פעולה);ת/25 (דו"ח פעולה) ; ת/52 עד ת/57 (חו"ד מומחים)).

לטענת המדינה הנאשם היה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם פעילים אחרים בארגון ובינהם מחמוד טיטי ואחמד ברגותי (ע"ית מס' 23) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שהנאשם עמד בראשה חסונה גויס צויד והוסע לתל אביב אל מקום המסעדה. הנאשם הורה בין השאר למחמוד טיטי לצלם את חסונה לפני יציאתו לביצוע הפיגוע כמתבד מתאבד זאת על מנת שלאחר מכן ניתן יהיה לשלוח את הקלטת בה הוא מצולם לתחנות הטלוויזיה השונות. ואכן, לאחר הפיגוע במסעדה התקשר אמנם הנאשם לתחנות הטלוויזיה השונות ולאמצעי תקשורת אחרים והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

<div align="center">הודיית הנאשם :</div>

"ש. האם היה לך קשר לפיגועי התאבדות בת"א

ת. כן מחמוד טיטי מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך שאחמד ברגותי ביקש ממני אדם שיבצע פיגוע התאבדות (איסתשהאד) בת"א והודיע לי שהוא עומד לפנות לאדם בשם אברהים חסונה במקזר מעזה שמשרת בכוח הימי בשכם ומחמוד מסר לאברהים נשק מסוג M16 ורימוני יד ומחמוד פנה אלי בעניין זה מאחר ואנחנו חולים צבאית ואני הבעתי את הסכמתי לפיגוע זה והוא שלח את אברהים ברכב ציבורי לרמאללה וסיכמנו עם אחמד ברגותי שיפגוש את אברהים חסונה ברמאללה וכן סוכם שמחמוד יצלם את אברהים לפני ביצוע הפיגוע ואחרי זה נשלח את הקלטת לתחנות הטלוויזיה, אכן לאחר מכן הגיע אברהים לרמאללה ולפי הידוע לי אחמד הכניס אותו לישראל ואברהים הגיע לת"א ושמעתי בחדשות שירה לכיוון הישראלים למסעדה ונהרג ואז התקשרתי לתחנות הטלוויזיה והתקשרתי ומסרתי שהפיגוע בוצע על ידי כתאב שוהדא אלאקצה

ש. כמה אנשים נהרגו בפיגוע ת"א על פי הידוע לך

ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים

ש. לאיזה תחנות טלוויזיה התקשרת והודעת להם שהפיגוע בוצע על ידכם

ת. אלג'זיירה, אבודבי – ישראל – אלמנאר – ולתקשורת המקומית

<div align="center">25</div>

ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב

ת. לא, אך באותה תקופה פנה אלי אחמד אבו חאדר מכתאב שוהדאא אלאקצה ואמר לי שישם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי לאחמד בר'גותי אודות עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם אחמד אבו חי'דיר שעלאא אבו מוצטפא ואימם בדר יעבירו את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי לאחמד בר'גותי ומסרתי לו שהאנשים בדרך אליו יש לציין שאחמד אבו חי'דיר פנה אלי כי אני אחראי כתאב שוהדאא אלאקצה".

(ראה ת\7)

דבר מה נוסף:

העד אחמד בר'גותי,

"... התקשר אלי נאצר עוויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח לי אותו ואני אמרתי בסדר והתקשר אלי בחור שאמר לי כי הגיע בשמו של נאצר עוויס ואני שלחתי את א-נוף שיביא אותו ונתתי לא-נוף 1000 שקל ואמרתי לא-נוף שיקנה לבחור הזה בגדים חדשים וישייקח אותו להסתפר ואמרתי לא-נוף שיביא אותו אחרי כן לדירה השכורה ברמאלה ליד הבנק הערבי שבה היה לפני כן רמוי נור ולאחר מכן כשהגעתי לדירה השכורה ראיתי את הבחור שאמר לי כי שמו אברהים חסונה שהוא בן 21 והוא אמר שהוא מעזה ואני לאחר מכן אמרתי לא-נוף שייקח את אברהים חסונה לישראל שיעשה שם פיגוע ואמרתי לא-נוף כי אבא לו גם נשק שיעשה פיגוע ואחרי כן הביא א-נוף רובה M16 ונתן אותו לאברהים חסונה ואחרי כן לקח א-נוף את אברהים חסונה למ.פ. אמערי לחלום אבו חמיד והם נשארו שם 3 ימים ובסופם התקשר אלי א-נוף ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו אברהים חסונה עשה פיגוע בתל אביב במסעדה וכי נסע לשם עם מוראאד עגלוני ומאדן אלקאדי שתפסו אותם... לאחר כמה ימים התקשר אלי מחמוד אלתיתי שהוא פעיל שוהדאא אלאקצה ופועל יחד עם נאצר עוויס ... ומחמוד אמר לי שיש לו מישהו שרוצה לעשות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אמרתי לו בסדר..." (ראה ת\43א\י)

העד אחמד בר'גותי בת\43גי: "ש. ספר לנו על פעילותך בעניין הפיגוע בתל אביב במסעדת סי פוד

ת. מי שעשה את הפיגוע הוא אברהים חסונה שהגיע מאזור שכם מנאצר עוויס... לאחר מכן אני התקשרתי לפלא פון של מרואן בר'גותי שאיתו אני הייתי בקשר ואני הייתי אומר לו שהפיגוע יצא לביצוע. מרואן בר'גותי אמר לי שאינו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אמרתי לו שיהיה בסדר ואחרי כן זה היה בשעה שלוש בלילה התקשר אלי טארק אנוף שעשה את הפיגוע והוא אמר לי להסתכל בטלוויזיה ואני זה התקשרתי אל מרואן בר'גותי ואמרתי לו שבוצע הפיגוע שיסתכל בטלוויזיה ומרואן אמר לי שהוא רואה בטלוויזיה. מרואן לא אמר לי כלום שהוא שמע שעשה את הפיגוע בתוך ישראל ולא כמו שהוא אמר שיהיה באיזור הגדמע. אני אחרי כן התקשרתי אל נאצר עוויס ואמרתי לו על הפיגוע כי נאצר עוויס הוא אחראי כתאב שוהדא אלאקצה".

**אישום שני**

-

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 262

פח (ת"א) 1137/02                                     מדינת ישראל נ' טאסר מחמוד אחמד עוויס

בתאריך 17.1.02 הגיע המחבל עבד אל סלאם חסונה( להלן עבד אל סאלם)    לאולם אירועים "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימוני יד ועל גופו אפוד ובתוכו מחסניות בכוונה לבצע פיגוע רצחני.

באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדישוב והשתתפו בה עשרות רבות של אורחים. עבד אל סאלם התפרץ לאולם וירה לכל עבר  ובטרם השתלטו עליו כמה מן האורחים הצליח לגרום בכוונה תחילה למותם של שישה מן האורחים והם אנטולי בקשייב ז"ל בן 63, אדוארד בקשייב ז"ל בן 48, בוריס מליחוב ז"ל בן 56, דינה בינייב ז"ל בת 48, אליס בן ישראל (אהרון) ז"ל בת 32, אבי יוזדי ז"ל בן 25 ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות (עניין עדויות ; ע"ת מס' 1 תניצ משה ולדמן ; ע"ת מס' 24 שמעון לוגסי ; ע"ת מס' 12 קונסטנטין קרדישוב ; ע"ת מס' 20 רפ"ק יהודה פרץ ; ת\1 (מוצג) ; ת\27 (מסמכים רפואיים) ; ת\36) (רובה M 16 ) ; ת\44 (קלטות) ; ת\58 (חו"ד מומחה) ; ת\59(הודעת פטירה אנטולי בקשייב ז"ל) ; ת\60(הודעת פטירה יוזדי אבי ז"ל) ; ת\61(הודעת פטירה מליחוב בוריס ז"ל) ; ת\62(הודעת פטירה בינייב דינה ז"ל) ; ת\63 עד ת\66- (חו"ד מומחה)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם אחמד אבו חדר (ע"ת 6) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשה גייס עבד אל סאלם אומן בירי ברובה M16 צויד בנשק ומחסניות לצורך אימונו הירי ולצורך ביצוע המעשה והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם עבד אל סאלם לפי הוראת הנאשם כשהוא קורא צוואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השייך לנאשם כדי שלאחר הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי התקשורת ולאחר הפיגוע אף הורה הנאשם ליאסר אבו בכר (ע"ת 25 ) להכין כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5:

"12. סיפקתי לעבד אלסלאם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה".

ת/6:

"ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ומואייד ג'מיל ומחמוד אלטיטי ובאיד אבו מוצטפא בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרת זואתה ובפיגועים הללו השתתפתי מואייד ג'מיל ומחמוד – ידכ ומחמוד אטיטי ואחמד אבו חידר ודיווחתי לו גם כן אודות פיגוע ההתאבדות בירושלים ובחדרה שבצענו

ש. איזה פיגוע התאבדות בחדרה

ת. הפיגוע שבוצע ע"י עבד אלסלאם חסונה".

"האם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים

ת. כן עבד אלסלאם חסונה תושב בית אמרין פנה – לאחמד אבו חד"ר (ע"ת מס' 6) ואמר לי שרוצה להתאבד (אללאסת שהאד) ואחמד פנה אליי והודיע לי ואחרי פטירת ראאד אלכרמי החלטנו לבצע פיגוע ואחמד צילם את ע. אלסלאם חסונה במחנה בלאטה ואני מסרתי לו נשק מסוג M16 ורימון יד ומסרנו לעבד

27

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

אלסלאם 400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם מחמוד אלטיטי אצל מנצור שרים תושב
טולכרם ושם ע״פ הפיגוע היה מחמוד אחראי לשליחותו לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו
מספר אנשים בפיגוע הזה״.

דבר מה נוסף :

אחמד אבו חדר, ת/17, עמ׳ 3 :

״אני מודה גם שאני זה שציילמתי את עבד אלסלאם חסונה מבית אמריין לפני שיצא לבצע פיגוע
ההתאבדות בחדרה לפני כחצי שנה בערך״.

ת/18, עמ׳ 14 : ״את האמת אני אשר גייסתי את עבד אלסלאם חסונה תושב בית אמרון, עבד אלסלאם
הוא חבר שלי ועבדנו יחד בשכם בבטחון הלאומי עבד אלסלאם ביקש ממני לפני כחצי שנה לסדר לו שיבצע
פיגוע התאבדות... לאחר שביקש ממני עבד אלסלאם לסדר לו יציאה לבצע פיגוע התאבדות בישראל אני
פניתי לנאצר עוויס וסיפרתי לו על עבד אלסלאם, ... ואז החלטנו להוציא אותו לפיגוע התאבדות כנקמה
למותו של ראאד אלכרמי. נאצר ביקש ממני לאמן אותו על נשק כדי שיהיה מוכן לבצע את הפיגוע
בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16 ... את הנשק ושמונה מחסניות לקחתי מנאצר
עוויס. יום לאחר מכן הבאתי את עבד אלסלאם לבית של נאצר במחנה בלאטה ובביתו של נאצר ובנוכחותו
צלמתי את עבד אלסלאם שהוא קורה (כך במקור) את הצוואה שכתב נאצר שהוא מחזיק בנשק M16 של
נאצר כשהוא עושה תנועה של השהאדה באצבע, צלמנו אותו במצלמת וידיו ומצלמה רגילה את הקלטת
והתמונות לקח נאצר מסרנו לעבד אלסלאם נשק M16 ושש מחסניות ושני רימוני יד אשר הביא נאצר.
לאחר הצילום בערך בשעה שמונה בערב אני יצאתי לחפש מונית ואכן מצאתי את אימן נהג מונית תושב
בלאטה כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוכי׳ מבלי לספר לו שמדובר במתאבד והוא הסכים
לכך והסיע את עבד אל סאלם לטוכי׳. את הרובה M16 והמחסניות ורימוני היד לקח בתיק לאחר שפירק את
ה-M16 לשניים. כאשר עבד אל סאלם נסע לתוכי׳ במונית של אימן . נאצר התקשר למחמוד טיטי ועדכן
אותו שהבחור בדרך אליו, לציין שנאצר דיבר עם מחמוד טיטי לפני כן בכדי שיכיון את עצמו לקבלת עבד
אלסלאם ובכדי לתת לו סיוע לשם כניסתו לישראל את זה ידעתי מנאצר אני לא היה מעורב בשיחות
ביניהם. נודע לי לאחר מכן שמחמוד טיטי קיבל את עבד אלסאלם בתוכ׳ וכשהוא הגיע לחדרה הוא ביצע
פיגוע באולם השמחות ושהוא נהרג והרג מספר ישראלים אני חושב שישה במספר...״

אחמד ברגותי, ת/43ד׳ :

״באותו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם מרוואן ברגותי, עם כרים עוויס
ו״אבו רביעה״ במסעדת האורתודוכסים ברמאללה פתאום הודיעו הודיעו בטלויזיה על הפיגוע באולם השמחות
בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שאנשי גדודי
שוהדא אל אקצא עשו את הפיגוע הזה ובהמשך הזה סיכמתי עם נאצר עוויס שלמחרת הוא יתן לי כרוז שבו הוא לוקח
אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו
ברמאללה״.

אישום שלישי :

נבו הוצאה לאור בע״מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ במרכז ירושלים כשהוא חמוש ברובה M16 ושתי מחסניות וזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים שעברו במקום באותה עת וגרם בכוונה תחילה למותם של שרה המבורגר ז"ל בת 79 ואורה (סבטלנה)סנדלר ז"ל בת 56, אשר הלכו לתומן ברחוב ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות. רמדאן נורה למוות על ידי שוטרים שהגיעו למקום. (עיין עדויות: ע"ת מס' 22 אבי בן עמי; ע"ת מס' 26 אסף אזולאי; ע"ת מס' 3 נצ"מ חגי דותן; ע"ת מס' 14 בן נעים חנן;ע"ת מס' 15 נועם גבאי;ת\30(מצגת);ת\48 (M-16) ; ת\48א' (דו"ח תפיסת מוצגים);ת\77(תצלומים מזירת האירוע); ת\78 (הודעת פטירה של המבורגר שרה ז"ל); ת\79 (הודעת פטירה של סנדלר אורה ז"ל)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם מחמוד טיטי ופעילים אחרים לבצע פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים לשם קידומו של הקשר והוצאתו אל הפועל בהנחתגנו של הנאשם גויס רמדאן צויד, צולם כמחבל מתאבד הכל על פי הדפוס האופייני לארגון כפי שתואר באישומים קודמים והוסע למקום הפיגוע. לאחר הפיגוע הופץ הצילום של המחבל לאמצעי התקשורת.

הודיית הנאשם:

ת/5:

"11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".

ת/6:

"ש. איזה פיגוע בירושלים

ת. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".

"... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל מחמוד אלטיטי ואמר שהוא חבר של ראאד כרמי וברצונו לנקום את הריגתו ומחמוד הודיע לי ואז נפגשתי עם סעיד והבנתי שהוא רוצה לבצע את הפיגוע והתקשרתי לאחמד ברנותי ברמאללה וביקשתי אותו שיוביל את סעיד לירושלים ואחמד הסכים לכך וסעיד נסע ברכב ציבורי לרמאללה ושם נפגש עם אחמד ברנותי ולמחרת נסע סעיד לירושלים וירה לעבר קבוצת שוטרים ואזרחים ובפיגוע הזה נהרגו שני אנשים וסעיד".

דבר מה נוסף:

אחמד ברגותי, ת/43א':

"אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו ולאחר כמה זמן הגיע אלי סעיד רמאדן מכפר תל שכם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד הקולנוע ברמאללה והתקשרתי למחמד אבו סטחא שיבוא גם כן ויהיה איתנו ומשם הלכנו לסלון שסעיד הסתפר ואז התקשרנו לפראס חטאוי ושאלנו אותו אם יוכל להכניס את הבחור הזה שרוצה לעשות פיגוע התאבדות לירושלים ופראס אמר שהוא יכול לעשות זאת ואז הלך פראס חטאוי במכוניתו לראות את הדרך מה קורה. ואני עם אחמד

29

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

אבו סטרה לקחנו את סעיד שיפלל ויאכל וקניתי לו מכספי בגדים ונעליים חדשים ב- 1,200 ₪ ואחרי כן אני אמרתי למחמד אבו סטרה שיביא רובה M16 ו- 3 מחסניות עם כדורים שיינתן אותם לסעיד והוא הביא ואז הגיעו למקום פראס חטאוי ומחמד סאמי במכונית האיסוזו של פראס וזה היה בצהרים שהם נסעו עם סעיד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם סעיד. אני לא אמרתי להם לאן שיסעו, לאן שרצו הם היו יכולים לקחת אותו.

ש-ת. אנחנו לא צילמנו את סעיד בוידאו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן.

שאלה: בתחילת העדות אמרת לי שאינם מכיר את פראס חטאוי מחמד סאמי וכל השאר ועכשיו אני רואה שפגשת בהם. איך זה.

תשובה: אני הכרתי אותם באוהל האבלים של ראאד כרמי ושם ראיתי אותם. בערך בארבע וחצי בצהרים שמעתי בחדשות שהיה פגוע ירי ברחוב יפו בירושלים ואני ידעתי שזה הפגוע של סעיד. ואז התקשרותי אל פראס חטאוי ושאלתי אותו אם זה הם ... שלקחו את סעיד לרחוב יפו ופראס אמר שהם הורידו אותו ברחוב יפו ושמעו את הירייות שירה לאחר שירד מהאוטו. למחרת היום לקחתי מעלי פרג' ברגותי 1000 דולר ואמרתי לו שיצאו האנשים לבצע פיגוע וכי אבד הנשק בפגוע. ונתתי לפראס חטאוי מחמד אבו סטרה ומחמד סאמי כל אחד 100 דולר על הפגוע הזה. לאחר מכן הגיעו אלי פראס חטאוי מחמד סאמי וא-נוף ועוד בחור ששמו חוסאם שחאדה מקטנדוה ושאלו אותי למה לא שילמתי להם על הפגועים שעשו ואמרתי להם שאבדוק זאת".

## אישום רביעי :

בתאריך 9.3.02 הגיעו המחבלים שאהדי אלנג'מי וסעיד בטא לאזור מלון "ג'רמי" ברח' גד מכנס בנתניה כשהם חמושים ברובי M16 וברימוני רסס. השניים ירו בצרורות לעבר אולם הכניסה של המלון וכן השליכו שני רימוני רסס. השניים הצליחו לגרום בכוונה תחילה למותם של התינוקת אביה מקלבה ז"ל בת שנה במהלך השתלטות כוחות הביטחון על השניים נורה גם ויחים ישראל ז"ל בן 29 אשר שהה בקרבת מקום. כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים ולחלקם נגרמו חבלות חמורות (עיין עדויות; ע"ת מספר 2 תנ"צ פרנקו אהרון; מצגת 2\ת; ע"ת מספר 10 ג.מ; ע"ת מספר 16 רסי"ג מלכה ;הדו"ח ת28\; ת26\ (מסמכים רפואיים של ע"ת מסי 11; ת29\-ת30\ (רובי סער); ת31\(תצלומים); ת67\ (חו"ד מומחה); ת68\(הודעת פטירה של מלכה אביה ז"ל) ; ת69\- ת71\ (חו"ד מומחה)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם טיטי וחדר (ע"ת מספר 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שבצעוצ בהנחתו של הנאשם ולשם הוצאתו אל הפועל גייסו שהאדי וסעיד  צוידו ברובה M16 שתים עשר מחסניות ושני רימוני יד צולמו קוראים את צוואתם כשהם מחזיקים רובה M16 והוסעו למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם לכלי התקשורת והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5:

"6. מסרתי נשקים לביצוע פיגוע בנתניה".

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ת/7:

"ש. האם יש לך קשר לפיגוע ירי בנתניה

ת. כן היה לי קשר בפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני הפיגוע הזה כיומיים התקשר אלי אחמד אבו חדיר ואמר לי שביכולתנו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי למחמוד טיטי ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי לאחמד שני רימונים ומחמוד טיטי מסר להם שני נשקים מסוג M16 ואחמד אבו חדר צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקה אלשרקיה ושם עזב אותם והלכו בדרך עפר לישראל ומשם לנתניה ואחמד חזר לשם באותו מספר שעות שמעون בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשרתי לכלי התקשורת ולקחתי אחריות על הפיגוע

ש. האם יש לך מה להוסיף בקשר לפיגוע בנתניה

ת. לאי".

דבר מה נוסף:

אחמד אבו חדר (ע״ת 6 ) בת\13

"אני מודה שלפני כחודש סיפר לי נאצר עוויס כי הוא מתכונן לשלוח שני מתאבדים לעיר נתניה לביצוע פיגוע התאבדות ובקש שאני אסייע להוביל את המתאבדים משכם לכפר ראעי וכמובן אני הסכמתי.

שאלה: מי הם שני המתאבדים האלה.

תשובה: המתאבד הראשון הוא שאדי אל נג׳מי תושב מחנה עין בית אלמא והשני שמו סעיד בטא תושב מחנה עסקר ..... שניהם נפגעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי שאדי נג׳מי עבד בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכרה תושב אלעין שהוא בן 28 שנים נשוי עובד במשטרה הימית בשכם והוא פעיל בכתאבב שוהדהאא אל אקצא. מכדי הוא שותפו של נאצר ושלי בתכנון ושליחת המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים בפרונטיאק הגונבה בעלת לוחיות זיהוי ישראליות משכם לכפר ראעי ואני הסכמתי, באותו יום של הפיגוע יצאתי בסביבות השעה שלוש בצהריים במכונית לאזור גבל שמאלי בשכם ושם חיכו לי מכדי מכרה ועמו שני המתאבדים בפרונטיאק. שאדי לבש מכנסי ג׳ינס כחולים וחולצה שחורה וסעיד לבש מכנסיים ירוקים ושם מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפרונטיאק. שאלה: איזה נשקים היו למתאבדים הנ״ל. תשובה: ברשות כל אחד מהם היה רובה M-16 וראיתי את שאדי מחזיק שקית ניילון שחורה שבתוכה היה מטען נפץ ואחרי שהגענו לכפר ראעי התקשרתי לנאצר עוויס והודעתי לו כי הגענו ונאצר ביקש לשוחח עם שאדי, ושמעתי את שאדי אומר לנאצר כי הוא מכיר את   הדרך משם, ואז שאדי נתן לי את הפלאפון ונאצר הורה לי לחזור לשכם במכונית ואכן זה מה שעשיתי וכאשר חזרתי לשכם שמעתי בחדשות אודות הפיגוע בנתניה שבו נהרגו שני המתאבדים ואני זוכר שדיברו על פיגוע בבית מלון בנתניהי".

ת/18:

"שאלה: אתה בעדותך השניה אשר מסרת דיברת על פיגוע התאבדות בנתניה חודש לפני מסירתך העדות ואתה טענת שתפקידך היה להוביל את שני המתאבדים משכם לכפר ראעי , מהיכן לקחת אותם בדיוק והאם ידוע לך האם צולמו לפני יציאתם לבצע את הפיגוע?

31

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

פח (ת"א) 1137/02          מדינת ישראל נ' נאסר מחמוד אחמד עוויס

<u>תשובה</u>: בנוסף לכך שהובלתי את שני המתאבדים שאדי וסעיד אני מודה שיום לפני הפיגוע התקשר אלי
נאצר עוויס וביקש ממני להגיע לכיכר בשכם ולאסוף את שאדי וסעיד ולאחר מכן להגיע אליו לביתו במחנה
בכדי שיתן לי צוואה שהכין עבור שני המתאבדים וביקש ממני לקחת את שני המתאבדים אף הביתה לצלם
אותם ולהמתין להוראות.

וזה מה שעשיתי, אספתי אותם, לקחתי את הצוואה מנאצר גם מצלמת וידאו וכשהגעתי הביתה אני
צלמתי את שניהם שאדי קורא את הצוואה ושהם מחזיק בידיהם M-16 כל אחד.

<u>שאלה</u>: ממי קיבלתי את הנשקים?

<u>תשובה</u>: אני לקחתי את הצוואה ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה
מחסניות מלאות בכדורים ורימון יד אחד ואני מסרתי להם אותם".

**אישום חמישי:**

בתאריך 30.3.02 המחבלים מג'די חנפר ופתחי עמירי (להלן: מג'די ופתחי) היו בדרכם לביצוע פיגוע
בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. מג'די ופתחי נתקלו בכוח של שוטרי
מג"ב בסמוך לבאקה אל גרביה ופתחו בירי לעבר השוטרים וכן השליכו רימון רסס.

השניים הצליחו לגרום בכוונה תחילה למותם של שוטר מג"ב רס"ל קונסטנטין דנילוב ז"ל ולפציעתו של
השוטר רס"ב אמל אמל איברהים (עיין עדויות; ע"ת מס' 27 עמיר שר; ע"ת מס' 18 סנ"צ גנים פריד; ע"ת מס'
19 פקד טל ורמוט; ת\49 (דוח תפיסת מוצגים); ת\72 - ת\73 (חו"ד מומחה); ת\74 - ת\75 (תצלומים); ת\76
(חו"ד מומחה)).

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם טיטי וחדר (ע"ת
מס' 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת
התארגנות זו, שבוצעה בהנחתגו של הנאשם ולשם הוצאתו אל הפועל, גויסו מג'די ופתחי, צוידו ברובה M-
16, ברימוני יד ובחגורת נפץ. הנאשם אף הורה לדאוג להגיעתם של השניים לישראל, העביר סכום כסף בסך
3,500 ₪ שנועדו לרכישת רכב גנוב שישמש להעברתם, וכן הורה לחדר ללוות השניים חלק מהדרך. לאחר
הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם:

ת/5:

נבו הוצאה לאור בע"מ nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

"10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התאבדות) שהיתה אמורה להתבצע
בחדרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקא אלגרביה".

ת/6:

"ת. כן אני ויאסר עבדנו יחד לשלוח מתאבדים עם מחמוד אלטיטי ואחמד אבו חדר מסילת

אלד׳הר ובמידה והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים ביאסר
ולפני כניסת הצבא לשכם כשבועיים ביקשתי מיאסר שינסה להשיג חגורת נפץ למתאבד על מנת לבצע פיגוע
בתוך ישראל ויאסר אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע
בישראל וכשהגיע לבאקה אלגרביה ירו חיילים לעברו ושניהם נהרגו ובזמן חילופי הירי נהרג שוטר משמר
הגבול בבאקה

ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר

ת. בחדרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ עצמו...

ש. מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי לאחמד 3,500 ₪ במספר על מנת שיקנה רכב גנוב להעברת המתאבדים ואחמד
נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבורי".

ת/7:

"אחרי מעצר הארבעה בדרכם לרמאללה פנה אלי מחמוד אלטיטי והודיע לי שברצונו לבצע פיגוע
התאבדות ליד חיילים ישראלים וביקש ממני נשק מסוג M16 והיה ברשותי חגורת נפץ ואני אכן מסרתי לו
M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אחר יבצע ירי ועל פי
דברי מחמוד אלטיטי הצליח לאתר שני אנשים שיבצעו את הפיגוע אדם אחד בשכם והשני מגיוס

ש. איך הכיר מחמוד אלטיטי שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים

ת. על פי מה שסיפר לי שאחמד אבו חדיר הוא זה שהכיר לו את האדם משכם ומחמוד אלטיטי הכיר
את תושב ג'יוס

ש. מי הכניס את המתאבדים לישראל

ת. אדם בשם מנסור שרים מטול כרם

ש. איך נכנסו ואיך בוצע הפיגוע בישראל

ת. נכנסו ברכב גנוב על ידי מנסור שרים ואחרי שנכנסו לישראל והיו בדרכם לחדרה על מנת לבצע את
הפיגוע, אחרי מספר שעות שמעו ברדיו שהמשטרה הישראלית חשדה ברכב והיו חילופי ירי עם
המתאבדים ונהרגו ונפגעו שניים מהמשטרה למיטב ידיעתי

ש. איך בוצע חילופי האש עם המשטרה

ת. בדרך לחדרה רכב משטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואחר כך
הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלי התקשורת והודעתי
להם שהפיגוע בוצע על ידי כתאב אלאקצה".

דבר מה נוסף:

נבו הוצאה לאור בע"מ nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ת/13 (ע/ת 6), אחמד אבו חדר :

"...ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר בקש לפגוש את המתאבד הזה.
ולמחרת לקחתי את מג'די לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי אותו שם
וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור
גנוב תמורת 3,500 ₪ מתושב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס ואחרי שקניתי את הרכב
הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם מג'די עם ג'יאד חנפר והופתעתי שישנו אדם
נוסף בשם פתחי עמירי תושב שכם כבן 20 שנים וזו פעם ראשונה שאני רואה את הבחור הזה ואז נאצר
עוויס סיפר לי כי שני הנ"ל מג'די חנפר ופתחי עמירי עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר
מסר למג'די נשק מסוג M-16 ולפתחו מסר שני רימוני יד, ובתכנית היתה ששניהם יכנסו לישראל לכל
מקום שאליו יוכלו להגיע ושם יבצעו פיגוע התאבדות תוך כדי ירי ב-M-16 וזריקת רימונים ואחרי שהכנו
אותם הסעתי אותם עד כפר ראעי ושם מסרתי אותם לזיאד אצאאעצה . אותו זיאד שהוביל את המתאבד
שספרתי עליו קודם ובאותו יום הגעתי לכפר ראעי בסביבות השעה 11:00. ... וכעבור שעה זיאד התקשר
וסיפר כי שמע ששניהם נהרגו בבאקה לאחר שפגעו בשוטר של משמר הגבול".

<br>

**אישום שישי :**

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מחבלים שזהותם אינה ידועה בדרכם לביצוע
פיגוע בירושלים, כשהם חמושים ברובי קלצ'ניקוב וברימוני יד. המחבלים נתפסו במחסום צה"ל על ידי
כוחות הביטחון ובכך נמנע בדרך נס פיגוע הרג המוני אליו יצאו השניים במטרה לגרום בכוונה תחילה
למותם של אזרחים ישראלים רבים.

לטענת המדינה הנאשם שכאמור היה אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר עם
אחמד אבו חדר ואחמד ברגותי ופעילים נוספים להוציא לפועל פיגוע שמטרתו יגרום למותם בכוונה תחילה
של אזרחים ישראלים רבים. במסגרת ההתארגנות שהנאשם עמד בראשה גוייסו המחבלים, צוידו ברובי
קלצ'ניקוב ורימוני יד ואף הוסעו בדרך למקום הפיגוע.

הודיית הנאשם :

ת/7 :

" ...באותה תקופה פנה אלי אחמד אבו ח'דר מכתאב אל אקצה ואמר לי שישנם שני אנשים
ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי לאחמד בר'גותי'י אודות עניין זה ושאלתי
אותו באם יוכל להכניס אותם וסוכם עם אחמד אבו ח'ד'ר שעלאא אבו מוצטפא ואימן בדר יעבירו את שני
האנשים המוסמכידים לרמאללה ואחר כך תתקשרתי לאחמד בר'גותי'י ומסרתי לו שהאנשים בדרך אליו ,
יש לציין שאחמד אבו ח'ד'ר פנה אלי כי אני אחראי כתאב שוהדאא אל אקצה

ש. האם ידע אימן בדר ועלאא אבו מוצטפא אודות הפיגוע

ת. אימן עובד נהג רכב ציבורי ועלאא חבר של אחמד אבו ח'דר ולא ידוע לי באם היו יודעים אודות
הפיגוע

<div align="center">34</div>

ש. היכן סוכם שיפגשו ברמאללה

ת. עפ"י הסיכום אחמד אבו חיד"ר היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה יתקשר אליי ואני אתקשר עם אחמד ברגותי ואודיע לו על מקומם על מנת שיפגוש אותם

ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע

ת. פיגוע ירי וזריקת רימונים ואחמד אבו חיד"ר מסר למתאבדים שני רימונים יד ועפ"י הסיכום אחמד ברגותי היה אמור לתת להם שני רובים מסוג קלצ'ניקוב

ש. היכן היה אמור לבצע את הפיגוע

ת. בירושלים המערבית

ש. האם הפיגוע בוצע

ת. הארבעה נעצרו במחסום בדרכם לרמאללה

דבר מה נוסף :

ת/17, עד תביעה 6, אחמד אבו חדר :

"כמו כן תכנו לבצע פיגוע התאבדות בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת חגורת נפץ אך בדרך הם נעצרו והשניים שרצו לבצע את הפיגוע התאבדות הם (1) סעדי מקבול משכם, כבן 20 רווק ומובטל (2) עלאא חלאפוות תושב שכם כבן 20 רווק ועובד כמכונאי רכבים אסווד זה שם כינוי וזה היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר עוויס ... שנבצע פיגוע במשרד הבטחון בת"א. אני שוחחתי על כך עם נאצר עוויס ומחמוד טיטי והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה ובסופו של דבר לא חיפשנו פעילים ולא ביצענו זאת. בקשר לשני המתאבדים סעדי מקבול ועלאא אל אסווד אשר היו בדרכם לרמאללה לקבלת חגורות נפץ בכדי שימשיכו לירושלים לבצע פיגוע התאבדות ועל זה סיפרתי בעדותי השניה. ברצוני להוסיף מספר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת וידאו כשהם קוראים את הצוואה וברקע הנוחתי דגל כתאאב שוהדאא אלאקצה ובזמן הצילום נופף בנשק מסוג ברטה שאני מסרתי לו את הקלטות מסרתי לנאצר עוויס לאחר מכן, באותו לילה ישן שלושתנו בדירה ולמחרת בבוקר התקשרתי לאימן נהג מונית, אני מתכן התקשרתי לחברי בשם עולה מוצטפא ובקשתי ממנו שישלח לי מונית לדירה שבה אני הייתי עם הצעירים והוא שלח לי נהג מונית בשם אימן, ושהגיע בשעה 10 בבוקר שני הצעירים עלו למונית ואני בקשתי מהם שברגע שהם מגיעים לרמאללה הם מתקשרים אלי ואני לפי התוכנית מתקשר לנאצר עוויס והוא דואג לשלוח להם את אלו שאמורים לספק להם חגורות נפץ, שכחתי לציין שאני מסרתי להם רימון יד שקיבלתי מנאצר עוויס בכדי שישתמשו בו. הכוונה להשליך את הרימון לפני פיצוץ חגורות הנפץ. שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני הצעירים עלו למונית אני הודעתי זאת לנצר עוויס".

**אישום שביעי :**

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע פיגוע התאבדות בירושלים כשהוא חמוש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים. בהיותו בדרכו למקום הפיגוע, ליד בית חנינה, נעצר המחבל הזה על-ידי שוטרים ונורה למוות.

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם טיטי להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל גויס המחבל וצויד באמל"ח.

הודיית הנאשם :

ת/6 " שאלה : האם אתה מכיר אדם בשם לואי עודה

תשובה : כן הכרתי אותו באוניברסיטת אלנג'אח והוא השתייך לחזית העממית ואני גייסתי אותו לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה בגיוסו לשוהדא-אלאקצה על מנת שיסייע לנו בפיגועים באיזור ירושלים ושיכניס מתאבדים(מוסתשהידים) לירושלים ואני גם כן ביקשתי מלואי שילמד אותנו ייצור חומר נפץ יותר חזק מהחנ"מ שהשתמשנו בו ולואי הסכיר לי בטלפון כיצד מייצרים חומר (אום אלעבד) והשבתי לו שאנחנו יודע לייצר אום אלעבד. ולפני חודש וחצי לערך ביקשתי מלואי שיבדוק דרך להכנסת מתאבד לירושלים ואמר לי שיבדוק את העניין ועי"פ התכנון מחמוד אלטיטי הוא זה שאיתר מתאבד ותפקידי היה לתאם בין מחמוד ולואי על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע אך ללא הצלחה מאחר והשוטרים ירו לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון רמאללה ולא ידוע לי שמו של המתאבד".

דבר מה :

להודיה באישום זה לא נמצא דבר מה ישיר ונפרד.

אלא, שהעובדות שהוכחו - על היות הנאשם מנהיג בארגון טרוריסטי שמטרתו לבצע מעשי אלימות המכוונים לגרום למותם של בני אדם ולחבלתם, ובהיות הנאשם בעל מניע ברור להוציא אל הפועל מעשים כאלה ובעל הזדמנות לבצעם ואף הנשים חלק גדול מהם, כפי שהוכח בכל אחד מהאישומים האחרים - מבססות מסקנה כי ניתן לראות בדבר המה המצטבר שנמצא לגבי כל אחת מההודיות באישומים האחרים, דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין ולצורך זה את סדרת העבירות בהן קשור הנאשם כמסכת אחת.

**אישום שמיני :**

לטענת המדינה באישום השמיני :

36

י"א. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בסמוך לקבר יוסף בשכם.

במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה"ל שהייתה ממוקמת בסמוך לקבר יוסף.

ב. עובר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בהר גריזים, וכן לעבר עמדות נוספות של צה"ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.

במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועים כנגד אזרחים ישראלים וחיילי צה"ל.

במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם, בפיגועים שיפורטו להלן :

1. פיגוע הירי על התנחלות חומש.
2. הנחת מטען חבלה בכביש עוקף זועתא-עצירה.
3. פיגוע ירי ברובה M-16 כנגד סיור צבאי בדיר-שארף.
4. הנחת מטען בצרה".

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים ומעשיו אלה הם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם :

ת/5אי "2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם

3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זוואתה...".

"13. סיפקתי לעבד אל רחמן עבדאללה שני מטענים + קלצ'ינקוב שהניח אותם בקרבת כפר צרה שכם

14. סיפקתי למג'די חלוס מטען נפץ שהניח אותה בדרך לדיר שרף לעבר סיור ישראלי".

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי

ת/6א': "ת. כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...".

"ש. על איזה פיגועים שוחחת עם מוניר מקדח

ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ומואייד
ג'מיל ומחמוד אלטיטי וקאהיד אבו מוצטפה בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות
הנחת מטעני נפץ בקרבת זיאתה ובפיגועים הללו השתתפתי אני ומואייד ג'מיל ומחמוד ידכ ומחמוד אלטיטי
ואחמד אבו ח'ד'ר...".

"ש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר

ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור המחנה
בחוארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרף 5. פיגוע ירי לעבר רכבים צבאיים... 7.
ירי לעבר רכבים

ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים

ת. כן לפני כשבעה חודשים השתתפתי עם מג'ד אל מצרי בזיו ויאסר אל באמו בירי כשלוש פעמים לעבר
עמדה צבאית בהר גריזים...".

"ש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חוארה

ת. לפני כחצי שנה השתתפנו לערך בפיגוע ירי לעבר ג'יפ במחנה חוארה וכל אחד ירה
חצי מחסנית לערך והחיילים השיבו באש לעברנו

ש. האם אתה יכול לפרט פיגוע ירי לעבר מכונית כפי שציינת לעיל

ת. כן השתתפתי בפיגוע ירי עם יאסר אל בדו ומואייד ג'מיל וכאיד אבו מוצטפה וירינו לעבר טנק באזור
חוארה (המחנה) וירינו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבע אחה"צ לערך וכל אחד ירה
מחסנית לעבר הטנק".

"... וכן לקחתי מאבו שראר שני טילי טנק ישנים על מנת להוציא מהם את חומר הנפץ ואשתמש בחומר
למטעני נפץ ובמטעננים השתמשתי על הכביש העוקף בזוואתה – עצירה כנגד רכבים צבאיים

ש. כמה מטעננים יצרת מהטילים שנתן לך אבו שרר השתמשתם בהם

ת. אחרי שלקחתי את הטילים מאבו שרר מסרתי אותם למחמוד אלטיטי ממחנה בלאטה ומחמוד ייצר
מהם מטען והוא זה שהניח את המטען בכביש העוקף

ש. האם זכור לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען

ת. המטען הונח במהלך אינתיפאדת אלאקצה ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא פוצץ את
המטען לפני שהתפוצץ".

"שלחתי את מהדי מרקה שיסיע את מחמד קאסם ומואייד ג'מיל וקאהד אבו מוצטפא שיניחו מטען על
הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק והחזירו את המטען
והשתמשנו בו באזור זוואתה נגד רכב צבאי ולא ידוע לי אם נפגעו אנשים בפיגוע הזה".

"ש. האם היה לך קשר עם מג'די חלוס

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

ת. כן לפני כעשרה חודשים לערך לקחנו מהם מטען והניח אותו על הכביש בדיר שרן ופוצץ את המטען לעבר סיור צבאי".

"...ומסרתי לו נשק מסוג M16 ואיסר ביצע פיגוע ירי מהנשק שמסרתי לו, הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועי"פ דברי יאסר לא פגעו ברכב".

"ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל

ת. כן לפני שמונה חודשים לערך פנה אלי מגי'די סמיר חולוס ממחנה בלאטה שמתגורר בדיר שרן וביקש ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק"ג שקיבלתי ממוחאייד גי'מיל והפעלה באמצעות חוטים ועל פי מה שידוע לי מגי'די הניח את המטען על הכביש הראשי בדיר שרן ופוצץ את המטען לעבר סיור צבא ונגרם נזק לגי'פ ולא ידוע לי באם נפגעו אנשים".

"ת. כן לפני מספר חודשים הציע לי עבד אל רחמן עבדאללה תושב צרה בעת שלמד באוניברסיטת אלנג'אח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטענים וקלצי'ניקוב וכשמסרתי לו את המטענים והנשק היה עמו אדם שקוראים לו לוטפי עבדאללה תושב צרה והם פוצצו את המטענים לעבר טנק באזור חוארה והתפוצץ מטען אחד ואחרי זה ירו לעבר הטנק ואחרי הפיגוע החזירו לי את הנשק".

ת/8 "... והיה עמו אדם אחר מדיר שרן ומגי'די ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי ממוחאייד גי'מיל וסנסור ועי'פ המידע שברשותי מגי'די ביצע את הפיגוע נגד סיור צבאי באזור דיר שרן".

"ת. כן לפני חמישה חודשים לערך מוחאייד גי'מיל הכיר לי אדם בשם איאד שיודע להכין חומר נפץ ומטענים ולקחתי ממנו חמש מטענים ומחמוד אלטיטי ומוחאייד גי'מיל הניחו את המטענים ליד זואתה ופעם נסעתי אני ומוחאייד להניח מטען החיילים זיהו אותנו ונמלטנו והיה יחד עמנו כאיד אבו מוצטפא ואת המטען עזבנו כשנמלטנו".

דבר מה נוסף:

ת/12, עד תביעה 6, אחמד אבו חדר:

"תשובה: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר עמדת צבא שנמצאת על הר גריזים, באותו יום נאצר עויס נתן לי נשק מסוג M-16 וכולנו יצאנו לכיוון העמדה, התמקמנו באזור דאחיה בשכם ומשם בצענו ירי לעבר עמדת הצבא לעבר הר גריזים. אני אישית יריתי כעורים כדורים ושאר האנשים ירו כל אחד מהנשק שהיה ברשותו לעבר העמדה וזה היה בסביבות השעה עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום. שאלה: האם השתתפת בפיגועי ירי נוספים לעבר העמדה הזו או לעבר עמדות נוספות.

תשובה: אני מודה שהשתתפתי עוד כשש פעמים בירי לעבר אותה עמדה בהר גריזים עם אותם אנשים ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שנמצאת בני'ב שמאלי מעל מחנה עין בית אלמא וכמובן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה, בכל הפעמים האלה נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עויס".

39

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ת/13:

"...ובאותו יום עאמר הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים לטובת הפיגוע ואני הודעתי לעאמר שאמר יודע לייצר מטעני חבלה ולכן לקחתי אותו לנאצר עוויס במחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטענים ואז נאצר התקשר למחמוד טיטי ובקש ממנו שני מטענים, וכעבור שעה מחמוד טיטי הגיע והביא עמו שני מטענים שמורכבים מציינור באורך 30 ס"מ קוטר 40 ס"מ כל צינור סגור משני צדדיו ומצד אחד יוצאים חשמל לבנים ואחרי זה עאמר קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מעאמר שבוצע פיגוע נגד ג'יפ צבאי בסילת אל דהר בשעות הלילה והפעילו את המטענים כנגד הג'יפ אך לא קרה לו דבר".

ת/18:

"תשובה: אני בעדותי השניה הודיתי שאני יחד עם החברים שלי פאדי אבו עלי ויאסר רחאל ביצענו שני פיגועי ירי לעבר הישוב חומש וזה ... הכל האמיתי ששלושתינו ביצענו בארבעה חמשה פעמים ירי לעבר הישוב חומש והירי כוון לעבר מגדל השמירה שנמצא בקצה של חומש מצד סילת הלדהה ולעבר הבתים בישוב וזה היה במהלך השלושה החודשים הראשונים בתחילת אנתיפאדת אלאקצה, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזוכר לי שבכל המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמל"ח בכל הפיגועים הזכורים לעיל אש ירייה ב-M-16 ולפאדי מסרתי קלצ'ניקוב וליאסר מסרתי גלוק את הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה לפיגוע.

שאלה: מאיזה מרחק יריתם לעבר הישוב חומש!

תשובה: מרחק של כק"מ.

שאלה: איזה פיגועי ירי נוספים בהם השתתפת!

תשובה: בערך בתחילת שנת 2001 אני ופאדי אבו עלי ויאסר רחאל יריונ לעבר ג'יפ אבטחה בתוך הישוב חומש במרחק של 500-0 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני יריתי מנשק 16M, פאדי ירה בקלצ'ניקוב ויאסר ירה בקרלו אותם נשקים שהשתמשנו בהם בירי הקודם לעבר חומש אותם נשקים שאני לקחתי מנאצר עוויס, לאחר הירי שלנו החיילים השיבו באש ואנחנו ברחנו מהמקום ...

תשובה: אני והוא לא עשינו דבר חוץ ממה שהזכרתי לעיל אך ברצוני לציין שחכם גיוארי בקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגועי ירי לעבר חיילי צה"ל ואני נעניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מנאצר עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשק".

ת/47בג, עד תביעה 25, יאסר אבו בכר:

"מחמוד פארס כבן 25 תושב שכם ואסעף אסמעיל כבן 27 תושב בית איבא עשינו פיגוע מטען חבלה וירי בכביש העוקף ליד בית איבא. כאשר הגענו לכניסה לבית איבא אני תתכשרתי לנאצר עוויס והוא אמר לי שהוא שולח לנו אנשים ואמל"ח עבור הפיגוע. לאחר חצי שעה הגיע למקום מחמוד טיטי ואתמר אבו חדר הם הגיעו ברכב בצבע לבן. כל אחד מהם היה עם רובה M-16 וכמו כן ברכב היה מקלע 250 ומטען חבלה בתוך מוטף כיבוי (אטפאייה). בערך בשעה 23:30 יצאנו כולנו ברכב הלבן כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. אסעף אסמעיל ועאהד מחמוד פארס הניחו את מטען החבלה על הכביש וחיבשו חוט

40

למטען החבלה כי זה היה מטען שמופעל ע"י חוטים ובטריה. איך שהם חיברו את החוטים ופתאום חיילי
צה"ל שהיו במארב פתחו עליהם באש. עאחד נהרג ואסעד נפצע ברגלו. מחמוד טיטי ומחמד אבו חאדר ירו
לעבר חיילי צה"ל אחר כך יחד עם מחמוד טיטי ומחמד אבו חאדר ברחנו מהמקום".

ת/40אא, עד תביעה 21, מחמד ידך:

"תשובה: בתחילת אינתיפאדת אלאקצא, השתתפי בפעילות זריקת אבנים לעבר קבר יוסף בשכם, ועל
כוחות הצבע בשכם, בחודש 6 שנת 02 פנה אלי מחמוד אלטיטי ואמר לי שהוא מתכוון להקים חוליה
צבאית שייכת לתנזים פתי"ח, והציע לי להתגייס לחוליה הצבאית, ואמר לי מחמוד שמטרת הקמת החוליה
הוא לבצע פיגועים נגד הצבא הישראלי באזור שכם, אני הסכמתי לכך, ובמסגרת החוליה הצבאית
השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגועי הירי (1) מחמוד אלטיטי (2)
אחמד אבו חדר לעיל (3) נאצר עוויס כבן 35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם ...

שאלה: מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת.

תשובה: נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים, והוא זה שהיה מספק לנו כלי נשק. שאלה:
לאיזה עמדות בצבאית ישראליות ביצעתם את הירי.

תשובה: לעבר ירי לעבר עמדה צבאית הנמצאת בהר אלטנה, כמו כן ירינו לעבר ההתנחלות אלון מורה
וירינו גם לעבר מחסום צקן סמוך לחואוארה ...

הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי מחמוד טיטי, נאצר עוויס ואמר לנו שצעירים
מתנזים רוצים להניח מטען חבלה בכביש העוקף באזור בית איריא ובקש ממני ומן מחמוד אלטיטי
להשתתף עם הצעירים בפיגוע הנחת המטען. ... הפיגוע העשירי היה פיגוע ירי לעבר ההלוויה ... ההלוויה
עברה מחוואארה ליצרת וכאשר הגיעו לכניסה למחנה חוזארה אני ונאצר עוויס ויאסר אלכדוי ומחמוד
אלטיטי ביצענו ירי לעבר משתתפים בהלוויה. הצבא השיב אש ואני ונאצר ומחמוד ויאסר ברחנו מהמקום
ופנינו למחנה...".

עובדות האישום הוכחו.

עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה

המדינה מייחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.

עבירות של ניסיון לרצח בכל האישומים.

עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.

עבירות של ניסיון לגרימת חבלה חמורה באישום השישי והשביעי.

בהקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.

סעיף 29(א) לחוק העונשין תשל"ז-1977 משמיענו כי כמבצע עבירה יחשב גם מבצעה בצוותא או
באמצעות אחר.

41

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ בתוצאות המעשים הנפשעים בכל מאודו והיה ראש להגשמת תכנית משותפת המבוצעת בצוותא לגרום בכוונה תחילה למוות ולחבלות של קורבנותיו כפי שהוכח.

אין לנו ספק ספיקא על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועבדי ני מדינת ישראל, פ"ד נ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלוני ני מדינת ישראל, פ"ד נא(3) 388).

התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית, בזדון במטרה והחלטה לגרום למוות, מתוך מחשבה קרה התנהגות נשלטת ויישוב הדעת ולאחר הכנה קפדנית ומדוקדקת.

אין לנו ספק ספיקא כי יסודות עבירות הרצח בכוונה תחילה מולאו כי העבירות הוכחו וכי כפי שפורט לעיל הנאשם ביצע אותן.

פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

תוכניתו של הנאשם לגרום בכוונה תחילה למוות של אזרחים רבים והוצאתה אל הפועל כמתואר לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

<u>נשיאת נשק שלא כדין</u>

המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "נשק" כהגדרתו בסעיף 144(ג) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן ;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי לעבד אל סאלם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת\5)

וכן את הודאתו בפיגועי הירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמחבלים סעיד רמדאן ועבד אל סאלם עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאחר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

נבו הוצאה לאור בע"מ nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

<u>סיכום</u>

לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל
המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :

חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש"ח- 1948

קשר לבצע פשע בניגוד  לסעיף 499 לחוק העונשין תשל"ז-1977

רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל"ז-1977

ניסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל"ז-1977

גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל"ז-1977

ניסיון לגרימת חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25לחוק העונשין תשל"ז-1977ונשיאת
נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל"ז-1977

_____

ע' סלומון צ'רניאק,

שופטת

<u>השופט ש' טימן, אב"ד , והשופט נ' אחיטוב:</u>

קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד השופטת צ'רניאק ואנו מסכימים
לתוצאה אליה הגיעה.

_____                    _____

נ'    אחיטוב,                      ש' טימן, שופט

שופטת                              אב"ד

43

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

פח (ת"א) 1137/02         מדינת ישראל נ' נאסר מחמוד אחמד עוויס

לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור     בחוות-
דעתה של כב' השופטת צ'רניאק.

_____         _____         _____

ע. צ'רניאק, שופטת         נ. אחיטוב, שופטת         ש. טימן, שופט- אב"ד

ניתן והודע היום, כ"ט בניסן תשס"ג, 01 במאי 2003, במעמד ב"כ הצדדים והנאשם.

נוסח זה כפוף לשינויי עריכה וניסוח

נבו הוצאה לאור בע"מ nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 280

מקור



בתי המשפט

001137/02 פח

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

בעניין:                    מדינת ישראל
                          ע"י ב"כ עוה"ד      דבורה חן ותמר אניס
                                            נ ג ד

הנאשם                       נאסר מחמוד אחמד עוויס
                          ע"י ב"כ עו"ד       בולוס

## הכרעת דין

השופטת ע' סלומון-צ'רניאק:

### האישום



1
2
3
4
5
6
7     המדינה טוענת כי בתקופה הרלבנטית לאירועים המתוארים בכתב האישום, היה הנאשם מפקד
8     אזור שכם וצפון השומרון של ארגון תנזים-פתח וכן מפקד ארגון "כתאאב שהדאא אלאקצא"
9     (גדודי חללי אל אקצא) באזור זה.
10
11    המדינה טוענת כי ארגונים אלה הם ארמוני טרור על פי הגדרתם בפקודה למניעת טרור התשי"ח-
12    1948 והנאשם אשר מילא בהם תפקיד בכיר כמתואר, יזם, ארגן והפעיל מעשי פיגוע רצחניים כנגד
13    מטרות ישראליות במדינה ובאיו"ש ופעילותו כללה בין השאר גם רכישת וייצור של אמצעי לחימה
14    מסוגים שונים והעברתם בין במישרין ובין בעקיפין לידי המחבלים שביצעו בפועל את הפיגועים
15    מטעם הארגון הטרוריסטי.
16
17    המדינה טוענת כי כתוצאה ממעשיו של הנאשם נרצחו נפצעו ונפגעו אזרחים רבים  והיא מבקשת
18    להרשיע כמפורט בשמונת האישומים הכלולים בכתב האישום בעבירות המיוחסות לו והן:
19    חברות ופעילות בארגון טרוריסטי עבירות בניגוד לסעיפים 2 -1 3 לפקודת מניעת טרור התשי"ח-
20    1948.

בית המשפט המחוזי בתל-אביב
אני מאשר
שהעתק זה נכון ומתאים למקור
עם טוב - אחכיב
30 10/09/09

2

בתי המשפט

<div dir="rtl">

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2   מעשי קשירת קשר לביצוע פשע, עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977.
3
4   מעשי רצח ונסיונות למעשים כאלה עבירות בניגוד לסעיפים 300(א)(2) ו- 305(1) לחוק העונשין
5   התשל"ז-1977.
6
7   מעשי גרימת חבלה בכוונה מחמירה ונסיונות למעשים כאלה, עבירות בניגוד לסעיפים 329(1) ו-
8   329(1) ביחד עם סעיף 25 לחוק העונשין התשל"ז-1977.
9
10  נשיאת נשק שלא כדין, עבירות בניגוד לסעיף 144(ב) לחוק העונשין תשל"ז-1977.
11
12
13  קו ההגנה של הנאשם
14
15  בתחילת הדרך שכר הנאשם את שרותיו של ע"ד בולוס ושיתף עמו פעולה.
16  הסנגור קיבל לידיו את מלוא חומר החקירה ואף הודיע כי יטען בשמו של הנאשם טענות מקדמיות
17  כאלה ואחרות ובהן טענת חוסר סמכות.
18
19  ניתן לקן הנ ההגנה העתידי של הנאשם נמצא בפרוטוקול ישיבת 10.9.02. בישיבה זו טען הסנגור (בפני
20  הרכב אחר) בין השאר "אחרי שהסברתי לו את הענין, הוא אומר שהוא לא רוצה עורך דין, שהוא
21  מיצג את עצמו אנחנו מקוים שתוך זמן קצר נוכל לדחוף קדימה את הדיון, זמן של לפחות
22  שבועיים".
23  באותה ישיבה – כעולה מהפרוטוקול – אמר הנאשם לעורך דינו ובאמצעות המתורגמן "אל תדבר
24  בשמי אני עורך דין של עצמי, אני מיצג את עצמי" וכבר אז החליט ביהמ"ש כי "משרדו של עו"ד
25  בולוס ימשיך ליצג את הנאשם גם אם האחרון יחליט לנהל את הדיון בעצמו".
26  בישיבת 22.1.03  (בפני הרכב האחר) הודיע הסנגור את הדברים הבאים "אנחנו חוזרים בנו
27  מהטענה של חוסר סמכות. אני מסכים שהיתה החלטה להגיש סיכומים תוך 30 יום לגבי טענת
28  חוסר הסמכות, אבל לאור ההתפתחויות שהיו בנשוא של ברנותי ולאור החלטה בית המשפט
    המחוזי לדחות את הטענה הזאת, החלטנו לחזור מהטענה לחוסר סמכות בתיק זה."

</div>


3



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1
2   לאחר מכן הגיש הסנגור בקשה לפטור אותו מהיצוג והבקשה נדחתה בהחלטתינו מיום 2.3.03.
3

4   המשפט החל נמשך ונסתיים בנוכחות הנאשם וסנגורו ובתרגום מלא לשפה הערבית. הנאשם
5   וסנגורו שתקו לאורך כל הדרך. הם לא השיבו לכתב האישום (ראינו בכך כפירה גורפת) הם לא
6   טענו טענות מקדמיות, לא חקרו עדים בחקירה נגדית ולא העלו טענות משפטיות. הנאשם לא
7   העיד  ולא הובאו עדים מטעמו. השניים אף בחרו שלא לסכם.
8   עמדה זו תבחן על רקע הודעתו בכתב של הסנגור לאמור :
9   "...4. החיים שוחח עם הנאשם בכמה הזדמנויות ונסה לשכנע אותו לקבל ייצוג במשפט ע"י עו"ד,
10  אולם הנאשם בחר שלא להיות מיוצג ע"י עו"ד.
11  5. החיים הסביר לנאשם כי הוא אמור לייצג את האינטרסים שלו במשפט, בתשובה הבהיר הנאשם
12  כי החליט שלא לקחת חלק פעיל בהליך המשפטי, זכותו לבחור ולנקוט בדרכים שהוא בוחר לעצמו
13  לרבות באמצעות קו הגנה פסיבי של שתיקה במהלך משפטו.
14  6. הנאשם ביקש שאם ביהמ"ש יכפה עליו הופעה בדיונים עלינו אך ורק לשתוק.
15  7. ביום 11.3.03 ולאחר החלטת כב' ביהמ"ש שוב הסביר החי"מ לנאשם את החלטות כבודם ואת
16  הסיטואציה שהוא נמצא בה וכי במידה וישנה טענה משפטית במהלך הדיון מן הראוי שהחי"מ
17  יתייחס אליה, אולם הנאשם שלל אפשרות זו וחזר על דבריו שאינו מעוניין לשתף פעולה ואינו
18  רוצה אותנו כסנגורים שלו ומבקש ביקש שעלינו לשתוק...
19  10. הנאשם מודע היטב למשמעות הדברים, והוא אינו פסול דין ויש לו היכולת השכלית
20  והאינטלקטואלית לבחור כיצד לנהל את המשפט...
21  13. בהעדר שתוף פעולה עם הנאשם והוראותיו לסנגור לשתוק במהלך המשפט לא לחקור עדים
22  ו/או לטעון טענות משפטיות ו/או אחרות ולא לדבר בשמו ו/או לטעון טענות עובדתיות ו/או
23  משפטיות לא נותר לחים אלא למלות את פי מים ויהיה מונע מלעשות אחרת וזאת גם מטעמים
24  מובנים שמקורם בכללי האתיקה המחייבים כל עו"ד...".
25
26  שוכנענו מהנאמר בהודעה, מדברים שנאמרו לנו בע"פ  ומהתנהגות הנאשם וסנגורו
27  ערב המשפט ובכל עת מהלכו, כי הנאשם נוקט עמדה המבקשאת קו הגנה אותו בחר ביודעין ברצון
28  מלא וחופשי ובשיקול דעת.



4

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1
2    לפנינו בחירה שהיא פרי מהלך מחשב מכוון מודע מושכל ומניפולטיבי אשר נעשתה על ידי נאשם
3    המבין היטב וער לכל השלכותיה.
4

5    לנאשם ניתנה בכל עת האפשרות המלאה ליטול חלק פעיל בדיון אף ניסינו לדרבן את סנגורו
6    לעשות מלאכתו ככל שיוכל גם בהעדר שיתוף פעולה מצדו של הנאשם ולכל הפחות כאשר מדובר
7    בטיעון משפטי גרידא.
8

9    הסנגור הנכבד שב והסביר כי אין הוא מתערב בדיון שמדובר בטיעון משפטי מן הטעם
10   שחזקה עליו מצוות קו ההגנה של הלקוח.
11

12   במילים אחרות, לא במחדל עסקינן או באדישות אלא בקו הגנה ברור והחלטי.
13

14   חזקה על הנאשם וסנגורו שהם מודעים מראשית הדברים לנפקות המשפטית שנושא עמו קו הגנה
15   זה.
16

17   **הודעות הנאשם**
18

19   הנאשם הודה בעבירות המיוחסות לו בכתב האישום במסגרת הודעותיו במשטרה.
20   ההודעות ת/5 מיום 21.4.02, ת/6 מיום 28.4.02 מיום 28.4.02 ת/7 מיום 30.4.02 ת/8 מיום 1.5.02 ו- ת/9 מיום
21   14.5.02 נכתבו על פי עדותו של ע"ת 5 חוקר בחולית פח"ע רוני עמואר בערבית בכתב ידו של
22   הנאשם ולאחר שהסביר לנאשם בערבית את החשדות המיוחסים לו והזהירו כדת וכדין. על פי
23   עדות החוקר, לאחר שהנאשם אישר בפניו כי הוא מבין הן את החשדות והן את מהות האזהרה,
24   ביקש הוא לכתוב את הדברים בכתב ידו ועשה כן מרצונו הטוב והחופשי.
25   על פי עדות החוקר הנאשם חתם בפניו  על ההודעות. החוקר תרגם את ההודעות מערבית לעברית
26   (לכל הודעה צמוד תרגומה לעברית ת/5א' עד ת/9א' כולל בהתאם).
27

5



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2    ההודעה ת/22 מיום 27.6.02 נגבתה על ידי ע"ת מס' 7 החוקר האדי חלבי אשר הסביר כי גבה את
3    העדות בשפה הערבית השגורה על פיו לאחר שהנאשם הוזהר כדין, הבין את מהות החקירה ואת
4    האזהרה ונמסר דברי מרבעון טוב וחופשי. הנאשם חתם על ההודעה שהחוקר רשם אותה בערבית.
5    גם חוקר זה תרגם את ההודעה לערבית והתרגום צמוד להודעה (ת/22א).
6
7    נסיבות גביית ההודעות  באופן המתואר לעיל, העובדה שברובן המכריע (חמש מתוך שש הודעות)
8    נכתבו על ידי הנאשם  בכתב ידו והעובדה שהנאשם שב ואישר בפני שופט צבאי (ראה פרוטוקול
9    מישיבת הארכת מעצר- ת/23 תעדות ע"ת מס' 5 ) כי "אני מאשר כאמיתיות ונכונות האימרות
10   והודאות שמסרתי בחקירתי בערבית קראתי אותם וחתמתי עליהם. נכון שהייתי מעורב בכל
11   המעשים והפגיעות שהודיתי עליהם. ייכל אחד ותהפקיד שלי" אינני מתנגד להארכת והמעצר
12   המבוקשתי", הן הנותנות שראיות אלה קבילות ואין חשש כי הופעל על הנאשם לחץ חיצוני אשר
13   הביאו להודות בביצוע מעשים שאין לו חלק ונחלה בהם.
14
15   בחינת תוכן של ההודעות ובכללן ההודאות אכן מעלה שלפנינו דבר דבור על אופנו סיפור דברים
16   כהווייתם מתוך מחשבה בהירה בדעה צלולה והגיונית ומיושבת והן בעלות משקל עצמי
17   פנימי גבוה אשר מצביע לכשעצמו על אמיתותן.
18
19   בריו שהוודאת הנאשם בפני שופט המעצרים ובפיקוחו נעשתה ללא לחץ או השפעה ובהיותה נושאת
20   עגה תוצאות חמורות לנאשם, מהווה ראיה מאמנת מהותית ובעלת משקל מיוחד המעצימה את
21   כוחן של הודיותיו הקודמות מלבד היותה עומדת כראיה עצמאית (עיין ד"נ 3081/91 קוזלי נ' מ"י
22   פ"ד מח(4) 441 וכן ע"פ 6613/99 סטיבן סמירנו נ' מ"י, פיד נו(3) 529 וע"פ 3338/99 פד נז(5) 667).
23
24   הדרישה לייד בר-מה" נוסף אשר מפיג חשש שמא לחץ פנימי הוא שהביא את הנאשם להודות
25   נמלאה עד תום, באימרות בכתב שנתנו עדים אחרים מחוץ לכותלי בית המשפט אותן אנו
26   מקבלים כראיות קבילות ומהימנות כפי שנפרט להלן.
27

6



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :    כב' השופט ש' טימן - אב"ד
          כב' השופטת נ' אחיטוב
          כב' השופטת ע' סלומון-צ'רניאק

1

2

השותפים

3    עדי התביעה אחמד אבו חדר (ע"ת מס' 6), מחמוד ידכ (ע"ת מס' 21), אחמד ברגותי (ע"ית מס' 23)
4    ויאסר אבו באכר (ע"ת מס' 25) הם שותפיו לעבירות של הנאשם (להלן הארבעה). להוציא ע"ית
5    מס' 6 אחמד אבו חדר אשר דינו הוכרע ונגזר בטרם העיד (עיין כ"א פרוטוקול הכרעת דין וגזר דין
6    אשר סומנו יחדיו ת/11) שלוש האחרים נקראו להעיד בטרם נסתיים משפטם  ונתעוררה השאלה
7    אם עדותם קבילה אל נוכח הלכת קינזי (ע"פ 194/75 מנחם קינזי נ' מ"י פ"ד ל(2) 477), הלכה אשר
8    כבליה לא נתגמשה עדיין (עיין ע"פ 1774/02 שמעון קדוש נ' מ"י) והיא מורה לנו ישאין להעיד
9    נאשם אחד נגד נאשם שני, אפילו הוגשו נגדם כתבי אישום נפרדים, כל זמן שיש חשש, כי העד
10   עלול לצפות לטובת הנאה על ידי המתקת דינו במשפט התלוי ועומד נגד. דבר זה אפשר למנוע בין
11   על ידי כך שמשפטו יתברר לפני מתן העדות ובין על ידי הפיכתו לעד מלך ועיכוב ההליכים או
12   הצהרה מטעם התביעה שהמשפט נגדו יבוטל עם סיום העדות...".
13

14 [ 1 ]   המדינה ניווטה דרכה בהתאם למה שנקבע בע"פ 579/88 סוויסה נגד מדינת ישראל פ"ד  מד
15   529. לטענה, הנאשם לא התנגד להעדת עדים אלה אף שידע היטב כפי שידע סנגורו שמשפטם לא
16   נסתיים, הוא לא הציב מחסום - שעמד לרשותו מן הבחינה הדיונית - בדרכם של שותפיו אל דוכן
17   העדים, בכך ויתר ביודעין על זכותו להתנגד להשמעתם ואין דין הוא יכול יותר לתקוף את קבילותן
18   של ראיות אלה, אשר מלכתחילה בגדר עדויות כשרות על פי דין הן (ס. 2 לפקודת הראיות (נ"ח)
19   תשל"א-1971) ונותרה שאלת משקל בלבד.
20

21   אכן זוהי תוצאה צפויה על פי קו ההגנה שהנאשם בחר בו ואין לבוא בטרוניה על ב"כ המדינה
22   תנכבדה.
23   האויל ווו תוצאה צפויה ומסתברת של קו ההגנה אשר ננקט על ידי הנאשם במחשבה תחילה,
24   צודקת היא שהאחריות עליה רובצת על הנאשם.
25

26   שאלנו אות ב"כ המדינה בענין זה משום שסברנו שאפשר היתה מעלה הנושא בגדר את "פתח לוי"
27   אך נזכור כי המדינה הצהירה בראשית כל עדות כי לא הובטחה לאיש מעדים אלה טובת הנאה
28   כלשהי וכי אין בדעתה להפנות עדויות אלה כנגדם בכל דרך שהיא.

7



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני:    כב׳ השופט ש׳ טימן - אב״ד
         כב׳ השופטת נ׳ אחיטוב
         כב׳ השופטת ע׳ סלומון-צ׳רניאק

1
2    בין כה וכה כל אחד  מהארבעה הוכרז כעד עוין ולגבי העדויות של כל אחד מעדים אלה נתבקשנו
3    לנהוג לפי הוראת סעיף 10א לפקודת הראיות (נוסח חדש), תשל״א-1971 (להלן פקודת הראיות)
4    ולהעדיף אמרתו בכתב על פני עדותו בעל פה.
5
6    ספק איפוא אם הלכת קינזי חלה בנסיבות אלה כשהסכנות אשר ביסוד ההלכה אינן מתקיימות.
7
8    הדרך בה העידו הארבעה בבית המשפט כפי שיתואר להלן, היתה  עניינ למדינה.
9
10   ע״ת מס׳ 6 – אחמד אבו חאדר נכנס לאולם החליף חיוכים עם הנאשם והצדיע לו. מכאן ואילך
11   גילה דעתו במילים ובהתנהגות שלא ישתף פעולה ולא יענה לשאלות.
12
13   כך נהג אם כי פנה אלינו פעם אחת מיוזמתו ואמר ״אני מכיר את הנאשם שכאן ואני שם אותו
14   מעל ראשי למעלה״. הוא אף ענה לשאלת ב״כ המדינה יש. ב 23.12.02 היית בבית המשפט הצבאי
15   והודה (ציינל תודית) בכתב האישום הזה שהגשתי עכשיו לביהמ״ש כולל המעורבות שלך בפגיע
16   בתדרה ת. אנחנו רצינו לעצור את הפעולות הצבאיות והם רצחו את המנהיג ראאד אל כאמל ורצחו
17   ילדים פלשתינאים וזה שדחף אותי לעשות את הדבר הזה״ לאחר שלפני כן טען כי כתב האישום
18
19   מזוייף.
20   ע״ת מס׳ 21 מוחמד ידכ פתח את דבריו במילים ״אני לא רוצה לדבר, אני לא רוצה להעיד״ לאחר
21   מכן ענה על שאלות הנוגעות לעניינים שוליים אך בכל הנוגע לפרטים מהותיים לא שיתף פעולה. כך
22   לכושל ענה לשאלות מתי הכרת את הנאשם או באיזח פעילות צבאית השתתפת יחד עם הנאשם או
23   לשאלה מי היה חבר בחוליה הצבאית שבה היה גם הוא חבר, בתשובה ״זה דבר פרטי שלי ולא
24   עניננ של ביהמ״ש״.  עם זאת, לאחר שהוזכרו כעד עוין כך ענה על השאלות הבאות:
25   ״ש. היית חבר מתחילת האינתיפדה בחוליה שעשתה פיגועים ובין היתר מי שהיה אחראי על
26   החוליה הזאת זה הנאשם פה נאסר עויווס.
27   ת. מה הטעות בדברים האלה? מה אסור בדברים האלה?

8

בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   ש. סיפרת במשטרה שנאסר עוויס הוא זה שהיה מתכנן את ביצוע הפיגועים והוא זה שהיה מספק
2   לכל חברי החוליה את הנשק
3   ת. אין לי תשובה
4   ש. סיפרת במשטרה שהשתתפת בלפחות עשרה פיגועי יורי לעבר הצבא באזור שכם
5   ת. זו זכותי
6   ש. סיפרת גם לאן בדיוק היו פיגועי הירי, לעבר התנחלות אלון מורה, לעבר מחסום צה"ל סמוך
7   לתאוערה
8   ת. אני מסרב לעמוד לדין כבימ"ש זה אין לי על פה מה לעמוד לדין, אם עשיתי או לא עשיתי אפילו
9   אם עשיתי את הדברים האלה, אין בזה שום פגם
10  ש. אתה לא עומד פה לדין אתה כאן מעיד וצריך לתת תשובות
11  ת. אני מסרב שנאסר יעמוד לדין על הדברים האלה
12  ש. על איזה דברים
13  ת. על מאבקו נגד הכבוש
14  ש. אתה בהוראת נאסר עוויס תכננתם לעשות פגוע של הנחת מטען חבלה בשטחים ליד שכם.
15  ת. זה לא מעניין אף אחד.
16  ש. סיפרת במשטרה שהיית עוזר לנאסר עוויס להעביר כלי נשק מפעיל כזה לפעיל כזה
17  ת. אני לא אמרתי את הדברים האלה כדי לעמוד לדין עליהם
18  ש. לאיזה צורך אמרת אותם
19  ת. ככה שאלו אותי ואני סיפרתי".
20  מכאן ואילך שתק אף סרב לענות
21
22  ע"ת מס' 23-אחמד ברגותי אף הוא הבהיר מיד עם עלותו לדוכן העדים כי "הבנתי מה שאמר
23  המתורגמן ואני לא אגיד כלום" גם הוא הבהיר במהלך החקירה הן במילים והן בהתנהגות שלא
24  ישתף פעולה וכך עשה.
25
26  ע"ת מס' 25 יאסר אבו בכר לא שינה ממנהגם של האחרים ועל כל שאלה הפנה את ב"כ המדינה
27  לערוך דינו אך הוסיף וטען כי כל הדברים שנאמרו על ידו הוצאו בלחץ אנשי השב"כ לאחר ששפכו
28  עליו תה, ירקו עליו, סטרו לו וקשרו אותו למספר ימים.