9

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת ג' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2  נוכחנו אם כן לדעת כי עדות הארבעה. מקיימת את התנאי הקבוע בסעיף 10א(א)(3) לפקודת
3  הראיות.
4
5  הארבעה היו עדים במשפט וניתנה לצדדים ההזדמנות לחקרם על כן נתקיים התנאי הקבוע בסעיף
6  10א(א)(2) לפקודת הראיות (עיין דנ"פ 4390/91 מדינת ישראל נ' חאג' יחיא, פ"ד מז (3) 679).
7
8
9  על הנסיבות בהן נגבו עדויות הארבעה העידו השוטרים גובי ההודעות.
10
11  ההודעות ת/12 ות/13 נגבו מהעד אבו אחדר על ידי ע"ת מס' 28 לוטוף מרעי, על פי עדות האחרון
12  הוא חקר את אבו אחדר בשפה הערבית תוך שהוא כותב את הדברים בערבית ולאאר שהזהיר את
13  אבו אחדר' כדין והסביר לו את מהות החשדות נגדו. על פי עדות מרעי הוא הצ'ע לאבו אחדר'
14  לרשום בעצמו את הודעתו בערבית אך זה הסביר כי אינו טוב בקריאה ובכתיבה ואין הוא מתנגד
15  שהודעתו תרשם בערבית. על פי עדות מרעי הודעתו של אבו אחדר ניתנה מרצון טוב וחופשי.
16
17  ההודעות ת/14 ות/15 נגבו מהעד אבו אחדר על ידי ע"ת מס' 34 עאוני מטר. על פי עדות מטר הוא
18  הציג עצמו בפני אבו אחדר כאיש משטרה גם הוא כמו העד לוטוף מרעי חקר את העד בערבית
19  ותרגם את העדות לעברית באופן סימולטני ולאחר שהזהיר את אבו אחדר והסביר לו מהות
20  העבירות המיוחסות לו ניתנו הודעותיו של האחרון מרצון טוב וחופשי.
21
22  גובה ההודעה ת/16 לא נמנה על עדי התביעה נתייחס לכך בהמשך.
23
24  ההודעות ת/17 ת/18 ות/19 נגבו מאבו אחדר ע"י ע"ת מס' 29 גמאל. שאקור גם עד זה הצ'ג עצמו
25  בפני אבו אחדר כאיש משטרה הסביר לו את זכויותיו ואת מהות החשדות נגדו הזהירו כדין
26  והודיע לו על זכותו לרשום בעצמו את ההודעה בערבית. גם עד זה העיד כי אבו אחדר הצהיר
27  שאינו יודע לכתוב ערבית וכי אין לו בעיה שהעדות תכתב בשפה הערבית.

10



· בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' טלמון-צ'רניאק

1
2   את ההודעה ת/20 גבה מאבו חאדר ע"ת מס' 33 חרב מאדי, מאדי הסביר כי העדות נגבתה לאחר
3   ש"האשים" את אבו חאדר בחשדות המיוחסים לו,הזהירו,תרגם לו את תוכן האזהרה, והודיע לו
4   כי הוא זכאי לרשמה בכתב ידו בערבית אך מאחר ואבו חאדר טען שאינו יודע לכתוב הוא גבה את
5   העדות בערבית ושב ותרגם את שכתב לערבית.
6
7   מאחר ואבו חאדר טען על פי כל העדויות שאינו יודע לקרוא ולכתוב בשפה הערבית העובדה
8   שההודעות נרשמו בעברית אינה מעלה ואינה מורידה משום שגם לו היו נרשמות בערבית היה אבו
9   חאדר חותם עליהן בהסתמך על דברי גובי ההודעות.
10
11  אנו נותנים אמון בעדויות השוטרים גובי ההודעות ת/12 עד ת/20 כולל וקובעים כי נגבו כנוהד אבו
12  חאדר כדת וכדין תוך שמירה על זכויותיו וכי אבו חאדר מסר הודעותיו מרצון טוב וחופשי.
13
14  ודוק, אבו חאדר עצמו אינו טוען כי נפל פגם במהלך חקירתו. תשובתו לתובעת על שאלתה "אני
15  אגיד לך על כל הפעילות שפעלת עם נאסר עוויס על פי הוראות של עוויס במסגרת האינתיפדה"
16  לאמור "כל הדברים שאת אומרת אלה דברים מזויפים" נדמית על רקע כלל התנהגותו
17  והתבטאויותיו לפנינו כהתרסה בעלמא העומדת בניגוד קוטבי להודאתו המלאה בכל פרטי
18  האישום שיוחסו לו בכתב האישום המתוקן מיום 7.8.02 בפני שלושה שופטי ההרכב של בית
19  המשפט הצבאי (ראה ת/11).
20  לכך נוסיף את נסיבות הימנעות הנאשם מחקירתם הנגדית של עדים אלה הימנעות המחזקת את משקל
21  עדותם.
22
23  אנו קובעים כי מתן האימרות הכלולות בהודעות הללו הוכח כנדרש על פי סעיף 10א(א)(1) לפקודת
24  הראיות.
25
26  משנתקיימו כל התנאים הנדרשים בסעיף 10א(א) לפקודת הראיות אנו קובעים כי אימרותיו של
27  אבו חאדר הן ראיות קבילות.
28

11



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:   כב' השופט ש' טימן - אב"ד
        כב' השופטת נ' אחיטוב
        כב' השופטת ע' סלומון-צ'רניאק

1   נסיבות גביית ההודעה ת/16 לא הוכחו. גובה ההודעה לא נמנה על עדי התביעה. למרות זאת, בצעד
2   לא מובן לנו לא נמנעה ב"כ המדינה מלכלול אותה בין ההודעות הקבילות לטענותה (עיין ע' 80-81
3   לי' סיכומי התביעה-ראשי פרקים" שנמסרו לנו בכתב). אנו מתעלמים מראיה זו (ת/16) אשר
4   קבילותה לא הוכחה ומוציאים אנו אותה מכלל הראיות שנלקחו על ידנו בחישבון.
5
6
7   רשאים אנו להניח במידת ודאות גבוהה שהודאתו המלאה של אבו חאדר בעבירות שיוחסו לו בפני
8   הרכב של שלושה שופטים מבססת את אמיתות אימרותיו במשטרה, כפי שהצביעה על קבילותן
9   של האימרות מבחינת נסיבות גבייתן.
10
11  במהלך עדותו בבית המשפט ועד כמה שניסה להרחיק עצמו מאימרותיו בכתב בדרכים שונות לא
12  היתה משנתו של אבו חאדר עקבית. מדי פעם לרגע קט הבליחה האמת, כך למשל מיד עם תחילת
13  העדות ענה בתשובה לשאלת התובעת "הדברים שאני עשיתי אותם ומה שדחף אותי לעשות אותם
14  אלה בגלל פושעי המלחמה שרון ומופזי" ולאחר מכן "אנחנו רצינו לעצור את הפעולות הצבאיות
15  והם רצחו את המנהיג ראעד אל כאמל ורצאו ילדים פלשתינאים וזה שדחף אותי לעשות את הדבר
16  הזה" ואח"כ "כל הדברים שאת אומרת אלה דברים מזויפים, תלכי תשאלי את הסיבות לדברים
17  האלה" וכן "יעד רמע זה העם היחידי שהוא תחת כיבוש זה העם הפלשתינים וכל החוקים
18  הבינלאומיים מרשים לי להיאבק בכיבוש, אל תייפי את עצמך אל ונשאלי אותי שום שאלה" וכן
19  "את חסונה אני מכיר אותו הוא חבר שלי ושירת איתי ברשות והכיבוש הוא שדחף את חסונה
20  לעשות מה שעשה".
21
22  גם הצדעתו של אבו חאדר לנאשם עם הכניסה לאולם והצהרתו כי הוא מכיר את הנאשם ושם
23  אותו מעל לראשו למעלה, סימנים הם לאמיתות אימרותיו של הנאשם על הקשר ההיררכי
24  ביניהם כמתואר בין השאר בת/12 "נאצר עוויס הינו תושב מחנה בלאטה... המכונה אל חג' רזוק
25  והוא אחד האחראים בכתאאב שהודה אל אקצא וישמש כאחראי שלי בארגון ונאצר עובד בבטחון
26  הלאומי בשכם ומשחריך לתנזים פתח...".
27

12



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2  אנו מעדיפים אימרותיו, של אבו חאדר אשר ניתנו בכתב מחוץ לכתלי ביהמ"ש הכללות בהודעותיו
3  דלעיל על פני עדותו במשפט.

4

5  הודעות העד מחמד ידכ ת/40א' ב' ג' נגבו על ידי עי"ת מס' 7 האדי חלבי. על פי עדותו של חלבי
6  ההודעות נגבו ונרשמו בערבית לאחר שהסביר לידכ את החשדות המיוחסים לו והזהירו כדין,
7  ההודעות נגבו ונרשמו בערבית לאחר שהסביר לידכ את החשדות המיוחסים לו והזהירו כדין.
8  לדבריו, העד מסר את הדברים ברצון טוב וחופשי וחתם בפניו בסוף כל עמוד של כל אחת
9  מההודעות. על פי עדותו של חלבי את ההודעות תרגם לעברית אך ידכ נתבקש לחתום וחתם על
10  המקור בלבד.
11  את ת/40ד' גבה ממחמד ידכ עי"ת מס' 35 עאטף אוואידה גם עד זה העיד כי גבה את ההודעה באותה
12  דרך בה עשה זאת חלבי.

13  אנו מאמינים לשניים כי גבו את ההודעות ידכ בדרך נאותה וכי האימרות הכללות בהן נמסרו
14  מרצונו הטוב והחופשי של ידכ.
15  לפנינו לא העלה ידכ טענה כי הדרך בה נגבו הודעותיו פסולה.  על השאלה אם מזהה הוא את
16  חתימתו לא רצה לענות, לא רצה להסתכל אך לא הכחיש ומענהו בשלילה לשאלה אם הזהירו
17  אותו כדין אינו משכנע. גם כאן הימנעות הנאשם מחקירת גובי ההודעות מחזקת את עדותם ואנו
18  קובעים כי מתן האימרות הוכח במשפט כנדרש בסעיף 10א(א)(1) לפקודת הראיות.

19

20  אימרותיו של ידכ שניתנו מחוץ לכותלי בית המשפט קבילות כראיה בהליך דנן משנתקיימו תנאי
21  סעיף 10א(א) לפקודת הראיות במלואם.

22

23  אנו מעדיפים את אימרותיו של ידכ כפי שקיבלו ביטוי בהודעותיו ת/40א' עד ד' על פני עדותו בבית
24  המשפט. מתשובותיו של ידכ לשאלות שנשאל להבחין על נקלה כי התנהגותו בבית המשפט
25  משקפת את החלטתו שלא להראות כמשתף פעולה, דבר, מרמזות הן עצמן על כך  שאימרותיו
26  במשטרה אמיתיות.

27

28  לא למותר לשוב ולצטטן :

13



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן – אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1    "ש. מתי הכרת את נאסר עוויס
2    ת. זה דבר פרטי שלי ולא עניינו של בית המשפט
3    ש. באיזו פעילות צבאית השתתפת יחד עם נאסר עוויס
4    ת. זה דבר פרטי שלי ולא עניינו של ביהמ"ש
5    ש. מי היה חבר בחוליה הצבאים שבה היית חבר גם?...
6    ת. זה לא ענינו של ביהמ"ש
7    ש. היית חבר מתחילת האינתיפדה בחוליה שעשתה פיגועים, ובין היתר מי שהיה אוחראי על
8    החוליה הזאת זה הנאשם פה נאסר עוויס
9    ש. מה הטעות בדברים האלה! מה אסור בדברים האלה
10   ש. סיפרת במשטרה שנאסר עוויס הוא זה שהיה מתכנן את בצוע הפינוחים והוא זה שהיה מספק
11   לכל חברי החוליה את הנוק
12   ת. אין לי ותשובה
13   ש. סיפרת במשטרה שהשתתפת בלפחות עשרה פיגועי ירי לעבר הצבא באזור שכם
14   ת. זו זכותי
15   ש. אותם עשרה פיגועי ירי שסיפרת עליהם היו בתכנונו של נאסר עוויס והוא זה שסיפק את הנשק
16   לירי
17   ת. אני לא רוצה לענות
18   ש. סיפרת גם לאן בדיוק היו פיגועי הירידי לעבר התנחלות אלון מורה מחסום צה"ל לחאוערה
19   ת. אני מסרב לעמוד לדין בביכמש זה. אין לי על מה לעמוד לדין. אם עשיתי או לא עשיתי. אפילו
20   אם עשיתי את הדברים האלה, אין בוה שום פגם.
21   ש. אתה לא עומד פה לדין. את כאן מעיד וצריך לענות תשובות
22   ת. אני מסרב שנאשם יעמוד לדין על הדברים האלה.
23   ש. על איזה דברים
24   ת. על מאבקנו נגד הכבוש
25   ש. אתה בהוראת נאסר עוויס תכננתם לעשות פגוע של הנחת מטען חבלה במשטחים ליד שכן
26   ת. זה לא מעניין אף אחד
27   ש. סיפרת במשטרה שהיית עוזר לנאסר עוויס להעביר כלי נשק מפעיל כזה לפעיל בזה
28   ת. אני לא אמרתי את הדברים האלה כדי לעמוד לדין עליהם.
29   ש. לאיזה צורך אמרת אותם

Case 1:04-cv-00397-GBD-RLE    Document 674-9    Filed 12/19/14    Page 6 of 35

15



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:   כב' השופט ש' טימן - אב"ד
        כב' השופטת נ' אחיטוב
        כב' השופטת ע' סלומון-צ'רניאק

1   מהימנים עלינו דברי העדים מזרחי יעקובוף ומשה על אופן ניהול החקירה ונסיבות גביית
2   אימרותיו של ברגותי, אשר מצדו איננו טוען שאלה נגבו בדרך פסולה. גם כאן הימנעות הנאשם
3   מחקירה נגדית מחזקת את הדברים שנשמעו מפי גובי ההודעות ומתן האימרות הוכח במשפט
4   כדבעי.

5

6   משנתקיימו תנאי סעיף 10א(א) לפקודת הראיות אנו קובעים כי האימרות בכתב שנתן ברגותי
7   והכלולות בהודעותיו ת/43א עד ה' הן קבילות כראיה בהליך דנן.

8

9   אנו מעדיפים  אימרותיו של ברגותי על פני עדותו במשפט. מרבית תשובותיו כוונו להעברת המסר
10  שאין הוא מכיר בסמכותו של בית המשפט ( "אני לא מכיר בביהמ"ש, אתם לא מביניםז... אני לא
11  מכיר בביהמ"ש ולא בישראל... אינני מכיר בביהמ"ש") ולא בהכחשת אימרותיו.
12  בכל זאת, מדי פעם פרצו ונתגלו הסימנים המעידים על כך שהאימרות אמיתיות:
13  ייש. מתי התחלת את הפעלות הצבאית שלך
14  ת. זה לא ענינך...
15  ש. מראון ברגותי קרוב משפחה שלך
16  ת. זה לא ענינך למה את שואלת אותי שאלות אישיות
17  ש. אתה היית הנהג ושומר הראש של מראון ברגותי משנת 96 ועד היום שנעצרת
18  ת. נו, מה את רוצה
19  ש. האם זה נכון
20  ת. איך את שואלת שאלות כאלה? אני לא מכיר בך
21  ש. אלה דברים שאתה סיפרת
22  ת. הדבר הזה הוא לא שלי
23  ש. אתה סיפרת גם שנעצרת יחד עם מראון ברגותי
24  ת. אין לי תשובות בכלל יותר טוב שלא תשאלי...
25  ש. אתה דאגת להכין את סעיד לפני הפגוע דאגת לוה שיהיה מי שיסיע אותו לירושלים למקום
26  קניתם לו בגדים ונעליים לקחתם אותו להסתפר ואתה להנחוית באסר עוויס שהיה מתכנן
27  והמארגן אתה גם דאגת להשיג לסעיד רמאדן נשק רובה M16 ומחסניות עם כדורים
28  ת. (העד שותק ואיננו משיב)

בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת ג' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1  ש. אתה סיפרת בעצמך את כל הפרטים האלה בהודעה שלך
2  ת. אני אומר מה שאני רוצה מה שבא לי אני אומר
3  ש. זה מה שאו בא לך להגיד
4  ת. זה לא ממני זה לא הכתב שלי. אם באמת נאסר עשה את כל הדברים האלה הוא רק רצה
5  לשחרר לנו את פלסטין זה דבר מרומם את הראש...
6  ש. לא רק שסיפרת בהודעות שלך על הרבה מקרים של פיגועי ירי התאבדות ובהתייחס לכל
7  הפיגועים שעשית אתה מצטער על מה שעשית
8  ת. אם שרון מצטער על מה שהוא עשה אז אני מצטער על מה שעשיתי.
9  ש. אתה לא מצטער על ששלחת מחבלים להתפוצץ פה בארץ ולהרוג?
10  ת. אני רוצה לשחרר את ארצי זו שאתם כובשים...
11  ש. מציגת לך את ההודעה מס' 5 5.9 גם בהודעה זו אני מראה לך את האזהרה את החתימה על
12  האזהרה והחתימה על כל עמ' בהודעה ואת החתימה בסוף ההודעה
13  ת. מה שאני רוצה אני עושה. אין לך אף אחד שימוע בעדי, אני אכתוב ואגיד מה שאני רוצה..."
14

15  אמת ניתנה להאמר שהתשובה "אני רוצה לשחרר את ארצי זו שאתם כובשים" היא בגדר ראשית
16  הודייה .
17

18  יפים לענייננו הדברים שנאמרו בע"פ 735/80 אברהם כהן נ' מ"י, פ"ד לה(3) 94, "משקרובע עתה
19  סעיף 10א שבית המשפט יכול להעדיף את האימרה על העדות בבית המשפט, יכול היה הסניגור
20  לנסות ולחזק מצידו את גירסת העד בחקירתו הראשית, על ידי חקירה נגדית שמטרתה להסביר
21  שהאימרה למשטרה היתה אימרת כוזבת, אך הסניגור לא חקר את העד כלל".
22

23  הודעות העד יאסר אבו בכר ת/47א' עד ב' נגבו על ידי עד עד התובעה מס' 31 יצחק יעקובוף. העד לא
24  זכר את מעמד גביית העדות ורען וכבלונו מהאימרות. על פי עדותו הוא הזדהה בפני אבו בכר
25  כשוטר, ניהל את השיחה עם אבו בכר בערבית ותרגם לו את הדברים. על פי עדותו של יעקובוף
26  כאשר תרגם לערבית את שכתב בהודעות יכול היה אבו בכר להשיב על כך לתקן או לסרב לחתום.
27  על פי עדותו הוא רשם רק מה שאבו בכר אמר לו ואבו בכר אישר בפניו את כתב היד שנעשה
28  בפני חוקרי שב"כ בכתב ידו. על פי עדותו לו היו נסיבות חריגות היה מציין זאת ולו נשמעו תלונות

17



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני: כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1   היה רושם אותן כמו שהיה מציין אם היה רואה סימנים ויזואלים. יעקובוף הבהיר שכאשר חשוד
2   מגיע לחקירה משטרתית הוא אדם חופשי "יזו ההזדמנות שלו למסור או לא למסור את גירסתו
3   וזאת מבלי למה שקדם לכך בשב"כ. אם היתה איזה שהיא בעיה הייתי רושם כי זו חובתי כל מה
4   שרשום בעדות זו נאמר מפי החשוד". יעקובוף הבהיר הבהיר כי "גם בעדויות הקודמות וגם בעדות הזאת,
5   הצגתי עצמי כשוטר, זה הדבר הראשון מעבר לכך הם (הכוונה לנחקרים מסוגו של העד ) עושים
6   את האבחנה מי שוטר ומי חוקר שב"כ, הם נתקלים איתנו בהארכות המעצר והם לא יכולים
7   לטעות בעניין הזה...".
8
9   ההודעה ת/47ד' נגבתה מאבו בכר על ידי עד תביעה מס' 30 משה לוי לדבריו גבה ההודעה לאחר
10  שהחשוד הוזהר כדין העדות נכתבה בערבית אך החקירה התנהלה בערבית. בתום ההודעה הוא
11  קרא בפני אבו בכר את הדברים וזה חתם בפניו. על פי עדותו של לוי שלא זכר ספציפית את
12  המקרה הרי אם היה אבו בכר מתלונן בפניו הדבר היה נרשם. עוד הבהיר לוי כי אין לו צורך
13  להזכיר אם הזדמנה כשוטר משום שזו חובתו והוא עושה את זה עם כל חשוד. בהתייחס לקשר שבין
14  החקירה שלו כשוטר לזיכרונות הדברים המוגשים לו מהשב"כ הסביר כי חקירתו עצמאית והוא
15  מתייחס לזכ"ד ירק כעיקרי דברים ואם חשוד אומר שלא היו דברים מעולם זה מה שירשם בסופו
16  של דבר כלומר מה שהוא אומר זה מה שירשם".
17  ההודעות ת/47ה' ות/47ו' נגבו ע"י עד מס' 36 משה משה. היות שאבו בכר טען טען לפניו בין והשאר כי
18  הודעותיו נגבו בלחץ אנשי השב"כ הרחיב משה דבריו (לאחר שהתובעת המלומדת ואף אנו הפנינו
19  תשומת לבו לטענותיו של אבו בכר) לא רק על הדרך בה נגבה ההודעות אלא גם על אופן חקירתו
20  את אבו בכר אל נוכח חקירה קודמת שמערכת לו ועורכת גם לאחרים על ידי השב"כ, חקירה
21  הנעשית לצורך סיכול וכדבריו "כשאני מקבל לידי זכ"ד חקירה שמגיע מאנשי השב"כ אני בודק
22  את הנקודות שעולות בו מה החשדות שיש נגד אותו חשוד ולאחר מכן אנחנו כותבים את תוכן
23  האזהרה תוכן החשדות מקריאים ומסבירים ודואגים לראות שאכן מבין את תוכן האזהרה וידע
24  על מה הוא נחקר וזה בשפה הערבית, אני דובר את השפה הערבית על בוריה, אינני כותב ואינני
25  קורא אבל דובר את השפה הערבית, חלק מתהליך שבו אנו מקריאים, אני מודיע לו שאני איש
26  משטרה, והוא מודע לכך שאני איש משטרה והוא עומד לתת עדות משטרתית. לאחר שאני בודק
27  באיזה נקודות התייחסות היתה אליו בשב"כ, ועל מה דיבר אני בונה את החשדות נגדו, אם זה
28  השתייכות לארגון או התזקת אמל"ח או לחלופין סיוע למבוקשים או כל עבירה אחרת, ובהתאם
29  לכך אני נערך גם מבחינת החקירה עצמה.

18



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

השב"כ חוקר את נושא הסיכול, הוא עוסק בתחום שעליו לסכל את הדבר העתידי, כלומר את
הפגוע העתידי. תפקידי כחוקר משטרה הוא לעסוק בסוף אך ורק בנושא החקירה המתייחסת לאיסוף
תראיות כנגד החשוד דאז, זאת אומרת שאם אני חוקר אדם אני חייב לעבוד על פי דיני הראיות
ולהבין את החוק...".

כאשר עימתה התובעת את אבו בכר עם העובדה שההודעות נגבו ממנו על ידי שוטר ולא על ידי
אנשי השב"כ ענה "לא ראיתי שוטר שאני אדבר איתו כולם קציני שב"כ".

התרשמותנו היא שהשוטר משה הזדהה בפני אבו בכר כשוטר כפי שנהג השוטרים
האחרים והדברים שנמסרו בהודעות שגבו משה והשוטרים האחרים (יעקובוף ולוי) נאמרו להם
מפיו של אבו-בכר מרצונו הטוב והחופשי ואין הן תוצאת התנהגותם של חוקרי השב"כ כלפיו.

הנאשם ובא כוחו לא חקרו את השוטרים בחקירה נגדית גם לא ביקשו לזמן את אנשי השב"כ
עורכי זכרונות הדברים לחקירה. הנאשם ובא כוחו לא חקר בחקירה נגדית את העד אבו בכר
במטרה לחזק גירסתו כי ההודעות נגבו ממנו באמצעים פסולים.

המסקנה זו אמנם אינה יוצרת חזקה לפיה גירסת השוטרים היא הנכונה אולם היא מוסיפה
ומחזקת את התרשמותינו בדבר מהימנות עדותם של לוי יעקובוף ומשה. בנסיבות דנן, קרי
המסקנה מכוונת ומגמתית של הנאשם ובא כוחו — כפי שהדגישו בפנינו לא אחת — מחקירה נגדית
או מזימונם של עדים רלבנטיים, אשר לא ניתן לשקלה על רקע עדויות סותרות אחרות שממילא
לא הובאו. אנו מעדיפים עדותם על הדרך בה ניתנו אימרות החוץ של אבו בכר על פני גירסתו של
האחרון (עיין ע"פ 38/61 משה בן דוד יצחק נ. היוהמ"ש פד טז 514 ע"פ 639/79 אסלן נ' מ"י פד
לד(3) 561 ע"פ 2603/90 אלפאר כ. מ"י פד מה(3) 799).

בכל מקרה כמו שנקבע בע"פ 242/85 חזן נ' מדינת ישראל, פ"ד מא(1), עצם העובדה כי אימרת
נאשם במשטרה אינה קבילה במשפטו שלו אין בה כדי להביא לידי כך שאותה אימרה לא תהא
קבילה במשפט אחר בו נדון עניני של שותפו על פי הוראת סעיף 10 (ודוק, לא קבענו שנתעוררה
אפשרות כזו.).

19



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1     אמרותיו של אבו בכר שניתנו במסגרת ההודעות ת/47 עד ו' הוכחו במשפט ומשנתקיימו כל תנאי

2     הסעיף 10א(א) לפקודה אנו מקבלים אותן כראיות קבילות.

3

4     אנו מעדיפים את אימרותיו של אבו בכר על פני עדותו בבית משפט. בהתייחס למרבית השאלות

5     המפורטות את מעשיו של אבו בכר יחד עם הנאשם הפנה אבו בכר את התובעת הנכבדה לנאשם

6     היושב מולו, נאשם אשר בחר כאמור שלא לחקור בחקירה נגדית את אבו בכר או כל עד אחר. וכך

7     אבו בכר

8     "ש. מפנה להודעה מס׳ 3... שם שאלו אותך מתי התחלת את הפעילות הצבאים שלך ומי גייס

9     אותך לפעילות הצבאים ואמרת שבתחילת שנת 2001 הייתי בביתו של נאסר עוויס במחנה הפליטים

10     בלטה ואז טאסר עוויס הציע לך להתגייס לגדודי חללי אל אקצא לפעילות צבאים והסכמת.

11     ת. הדברים האלה לא נכונים ואתם יכולים לשאול אותו הנה הוא פה...

12     ש. מפנה להודעה מס׳ 4... אתה הצעת לנאסר עוויס במהלך הפעילות שלכם לעשות פגוע בבית

13     חולים תל השומר בישראל

14     ת. אין דבר כזה תשאולי אותו

15     ש. תכננתם את כל הפרטים ואפילו השיגו מפה של האזור, ובסופו של דבר נאסר אמר שצריך

16     לחכות קצת, שזה עוד לא הזמן המתאים

17     ת. אין דבר כזה. את יכולה לשאול אותו

18     ש. מפנה לעמוד ב... עוד אחד מהתפקידים שלך היה לסייע לנאסר עוויס לגייס עוד פעילים

19     מחבלים לפעילות הצבאים שיעזרו להוציא אל הפועל פיגועים

20     ת. לא היו דברי כאלה הנה הוא תשאלי אותו...

21     ש. היית מדווח לנאסר עוויס כל פעם על מחבל שנודע לך שרוצה לעשות פגוע

22     ת. פעם ראשונה אני שומע את הדברים האלה בנוסף לכך הדברים האלה הם של השבכ נאסר

23     נמצא פה תשאלו אותו".

24

25     אל מול השאלות האלה שהפנתה התובעת לאבו בכר וזה הפנה אותן מצידיו לנאשם, לא הציב

26     הנאשם גירסה מטעמו ונותרנו עם אותן הודעות אשר בהודעותיו ועם הודאתו לעינו הפקוחה של

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' טלומון-צ'רניאק

1     שופט המעצרים שראוי לחזור עליה כאן "אני מאשר כאמיתיות ונכונות האימרות וההודאות
2     שמסרתי בחקירתי בערבית קראתי אותם וחתמתי עליהם. נכון שהייתי מעורב בכל המעשים
3     והפגועים שהודיתי עליהם "כל אחד והתפקיד שלי" אינני מתנגד להארכת המעצר המבוקש".
4
5     נציין כי הנאשם עצמו מספר ביחס ליאסר אבו בכר בין השאר את הדברים הבאים (עיין הודעת
6     הנאשם ת\6) "אחרי פרוץ אינתיפדת אלאקצה התגייס יאסר אבו בכר לכתאב שוהדאא אל אקצה
7     וביקשתי מיאסר שישתתף עימענו בפיגועים ויאסר הסכים להצעה ומסרתי לו נשק מסוג M-16
8     ויאסר ביצע פיגוע ירי מהנשק שמסרתי לו הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית
9     לשכם ועל פי דברי יאסר לא פגעו ברכבי" ובתשובה לשאלה באיזה פיגועים נוספים היה יאסר
10     מעורב בשם כתאאב שוהדאא אלאקצה "פיגוע חדרה שבוצע על ידי סעיד רמדאן...פיגועים שבוצעו
11     באיזור שכם...".
12
13     עובדות אלה לכשעצמן בימן מובהק לאמיתות האימרות שניתנו במשטרה ולכך שיש להעניק להן
14     משקל ניכר.
15
16     סימן נוסף לאמיתות אימרותיו מצאנו בגירסאות הסותרות של העד אבו בכר שנמסרו בבית
17     המשפט לגבי אימרה אחרת אשר על פי אימרותיו נעשתה בכתב ידו.
18     המדובר בכתב יד בערבית לגבי נשאל אבו בכר בהודעתו ת/47 א' גיליון מס' 4 את השאלה "אני
19     מציג בפניך כתב יד בערבית (סה"כ עשרה עמודים בצבע צהוב אותם קיבלתי מהמכונה "בסאמי)
20     האם זה כתב ידך!
21     ת. כן זה כתב ידי ואני כתבתי את מה שספרתי לך עכשיו בעדותי"
22
23     בעוד לשאלה שנשאל ע"יי התובעת "ש. אני מציגה לך הודעה שצמודה להודיעה מ 15.4 שזו הודעה
24     בכתב ידך 10 עמודים". ענה "הם מכתיבים לאנשים לכתוב בעל כורחם. תעמידו אותם לדין לא
25     אותני" הרי לשאלה "ש. זה לא כתב היד שלך" ענה "זה הכתב של קצזי השב"כ הם כתבו את
26     הדברים האלה" ובדרך אף עונה על שאלוגן דומת "ש. אלה דברים שאתה כתבה בעצמך ת
27     כשנשפך עליך תה או כשאתה ארבעה חמישה ימים לא אוכל וללא שינה או אתה אומר את
28     הדברים כדי להתפטר, ש. אתה את הדברים האלה כתבת?, יש לי ע"יד אתם צריכים לראות איך

21

בתי המשפט

פ"ח 001137/02    בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1  השב"כ נוהג עם אנשים ש. אתה מזהה את כתב היד ת. אני לא רוצה לענות לך את מתנהגת כמוהם
2  וצועקת עלי (עונה גם בעברית וגם באנגלית)"
3
4  **סיכום ביניים**
5
6  חזרנו ובררנו שכל הכללים החייבים להתקיים בטרם יוכשר כראיה אימרות ארבעת שותפי
7  הנאשם מחוץ לכותלי ביהמ"ש במסגרתו של סעיף 10א לפקודת הראיות נתקיימו (ובכללם הוכחת
8  האימרות במשפט מתן ההזדמנות לנאשם לחקור את העדים, השאלה אם העדויות בבית המשפט
9  שונות באופן מהותי מהדברים שנרשמו בהודעות)
10
11  שקלנו בדבר בזהירות המתחייבת ואנו מעדיפים את אימרותיהם של ארבעת העדים שוונפיו של
12  הנאשם המצויות בהודעותיהם במשטרה על פני עדותם במשפט.
13
14  עדות הטענונה תוספת כלשהי תוכל לשמש כשלעצמה תוספת מכל סוג שהוא לעדות אחרת הטעונה
15  תוספת. על כן, אימרות ארבעת השותפים יכולות להוות "דבר מה" נוסף להודיות הנאשם מחוץ
16  לכותלי בית המשפט.
17  (עיין, קדמי  על ראיות חלק ראשון וכן ע"פ 6147/92 מ"יי נ' יוסף כהן, פ"ד מח(1) 62; ע"פ 6214/94
18  מ"יי נ' פלוני דינים עליון,כרך לח 665; ע"פ 5249/98 מ"יי נ' מירילאשוילי, פ"ד נג(3) 550).
19
20  על כל אחת מהאימרות ובכללן אימרות שניתנו על ידי חלק מהארבעה בכתב יד – עליהן יש
21  להשקיף כחלק אינטגרלי מאותן הודעות בהתאם (עיין ע"פ 6411/98 מנבר נ' מדינת ישראל, פ"ד
22  נה(2) 150) – ניתן להסתמך כראיה תומכת בדמות "דבר מה" נוסף לראיות אחרות שהובאו כנגד
23  הנאשם בדמות הודיותיו הוא.
24
25  כשותפים לנאשם ובהתאם להוראת סעיף 54א(א) לפקודת הראיות נדרשנו למצוא "דבר לחיזוקה"
26  של עדותם.
27

22

בתי המשפט

בית משפט מחוזי תל אביב-יפו                      פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

| | |
|---|---|
| 1 | נדרש לנו דבר לחיזוק אף בהתאם להוראת סעיף 10א(ד) לפקודת הראיות המורה לנו כי לא יורשע |
| 2 | אדם על סמך אימרה שנתקבלה לפי סעיף 10א לפקודת הראיות "אלא אם יש בחומר הראיות דבר |
| 3 | לחיזוקה". |
| 4 | מבחינת אופיה של דרישת הדבר לחיזוק (המוטג זהה בהקשר לשני הסעיפים דלעיל) מדובר |
| 5 | בתוספת ראיה מאומתת להבדיל מראיה מסבכת. הדבר לחיזוק אינו חייב להיות ראיה עצמאית |
| 6 | ויכול הוא לעלות מן העדות הטעונה חיזוק. |
| 7 | |
| 8 | דבר לחיזוק זה נמצא לנו מעל ומעבר לדרוש בראיות מסבכות שבאו ממקור עצמאי ונפרד והן : |
| 9 | הודאתו המלאה של הנאשם בפני שופט המעצרים |
| 10 | אימרות כל אחד מארבעת השותפים בהתייחס לאימרות רעהו ובהתאם. |
| 11 | שתיקות הנאשם והימנעותו מלהעיד במשפט  שבאה על רקע האמור לעיל ועל רקע קו ההגנה שבחר |
| 12 | הנאשם (עליו עמדנו בפתח הדברים) שהיא לכשעצמה ראיה המגרשת לכדי ראית סיוע על פי סעיף |
| 13 | 162 לחוק סדר הדין הפלילי תשמ"ב-1982 המשמיענו כי "המנעות הנאשם מלהעיד עשויה לשמש |
| 14 | חיזוק למשקל הראיות של התביעה וכן סיוע לראיות התביעה במקום שדרוש להן סיוע". |
| 15 | |
| 16 | מאחר ונמצא לנו קורפוס דליקטי (ראה עדויות ע"ת מס' 1  תנ"צ משה וולדמן, ע"ת מס' 2 תנ"צ |
| 17 | אהרון פרנקו, ע"ת מס' 3 נצ"מ חגי דותן, ע"ת מס' 4 תנ"צ אורי ברלב, ע"ת מס' 8  אוריאל אליהו, |
| 18 | ע"ת מס' 9 סמי"ר שי כהן, ע"ת מס' 10 ג.מ, ע"ת מס' 11 ליאון גורנשטיין, ע"ת מס' 12 קונסטנטין |
| 19 | קרדשוף, ע"ת מס' 13 עדי מורוז, ע"ת מס' 14 בן נעים חנן, ע"ת מס' 15 נועם גבאי, ע"ת מס' 16 |
| 20 | רסי"ר רמי מלכה, ע"ת מס' 17 אפי ימין, ע"ת מס' 18 סני"צ פריד גאנם, ע"ת מס' 19 טל ורמוט, |
| 21 | ע"ת מס' 20 רפי"ק יהודה פרץ, ע"ת מס' 22 אבי בן עמי, ע"ת מס' 24 שמעון לוגאסי, ע"ת מס' 26 |
| 22 | אסף אזולאי, ע"ת מס' 27 עמיר שר והמוצגים ת\1 עד ת\4 כולל, ת\21, ת\21א, ת\24 עד ת\37 כולל, |
| 23 | ת\48א, ת\49, ת\52 עד ת\97 כולל), מאחר והנאשם לא הכחיש את עצם מסירת ההודיות בפני גובי |
| 24 | הודעותיו או בפני שופט המעצרים הנכבד .  מאחר והנאשם אף חזר וחזה בפה מלא ובנפש חפצה |
| 25 | בפני שופט המעצרים בכל המעשים שיוחסו לו תוך הבנת מעשהו זה ומאחר ומצאנו כי משקל |
| 26 | הפנימי של הודאותיו גבוה,נקט בהתאם הנשקל הנדרש לי"דבר מהי" הנוסף לשם אימות. |
| 27 | |

23

בתי המשפט

פ״ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב׳ השופט ש׳ טימן - אב״ד
כב׳ השופטת נ׳ אחיטוב
כב׳ השופטת ע׳ סלומון-צ׳רניאק

1   והנה, גם בעניין דבר המה הנוסף (אשר מבחינת מטרתו לא בא אלא להראות שהנאשם לא בדה
2   דברים מלבו ועל כן לא נדרש הוא להיות בגדר ראיה מסייעת המסבכת את הנאשם דווקא ודי
3   בראיה מאשרת), מצאנו כי הוא בעל משקל של ממש ועונה בנקל לדרישה מוגברת וכהחמירה
4   בהיותו מסבך את הנאשם בביצוע העבירות המיוחסות לו, בא ממקור נפרד ועצמאי ומתייחס
5   לנקודה ממשית השנויה במחלוקת.

6

7   עבירות בניגוד לפקודת מניעת טרור וקשירת קשר

8

9   בהתאם להכרזה לפי סעיף 8 לפקודת מניעת טרור, התש״ח-1948, נקבע כי התנזים הוא ״ארגון
10   טרוריסטי״ כהגדרת סעיף 1 לפקודה (ילקוט הפרסומים (תשס״ב), עמ׳ 800 מ-06.12.2001.

11

12   עפ״י חוות דעת מומחים אשר הוגשו ללא התנגדות הנאשם וסנגורו (ת/50 ת/51) הרי (בין השאר)
13   ״למן ראשית הארועים האלימים ב״שטחים״ שהחלו בספטמבר 2000 נטל ה״תנזים״ תפקיד
14   מרכזי ומוביל בבצוע פעילות טרור. פעילי הארגון ביצעו פיגועים במתווים שונים לרבות פיגועי הרג
15   המוני בשטח ישראל ובאיו״ש... התארגניות הטרור של התנזים ברצועת עזה ואיו״ש (שלעיתים
16   חברו אליהם גורמים נוספים בשטח) החלו להשתמש (נובמבר 2000) בכינוי ״גדודי חללי אל אקצא
17   (״כתאאב שהדאא אלאקצא״) במיוחד לצורך קבלת אחריות על פיגועים בידיהם ישראליים ..
18   במהלך העימותים האלימים קיבלו ״הגדודים״ אחריות על פיגועים רבים שבוצעו במתווים שונים
19   ב״שטוחים״ ובתחומי ה״קו הירוק״ בכללם פיגועים קטלניים. התארגניות הטרור של ה״גדודים״
20   אחראיות לאלפי פיגועי ירי ומטען בצירים העוקפים באיו״ש ולעשרות פיגועי הרג המוני בשטח
21   ישראל בהם נהרגו עשרות ישראלים... המאפיינים המרכזיים של פיגועי ההרג ההמוני כוללים
22   התמקדות המפגעים במקומות הומי אדם (מרכזי ערים ומתחמים ציבוריים המחווים מקור
23   משיכה לציבור הרחב דוגמת בתי קפה ומסעדות, תחנות אוטובוס ומרכזים מסחריים וכו׳)
24   והוצאת לפועל של פיגועי התאבדות (באמצעות חגורת נפץ, או מטען שנושאת המפגעות עט הגיעם
25   ליעד) ופיגועי הקרבה (פיגוע ממנו סיכויי המפגע להמלט קלושים במרבית הפגועים במוונווה זה
26   עושים מבצעיו שימוש בכלי יורים מסוגים שונים) בהם נהרגו רבות עשרות ישראלים...״.

27

24



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :   כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   הנאשם סיפר בהודעותיו כי "אחרי פרוץ אינתיפאדת אלאקצא התחלתי בביצוע פיגועים נגד

2   מטרות ישראליות מפאת הכיבוש לאדמה הפלסטינאית... לאחר מכן החלטתי לבצע פיגועי ירי

3   ופיגועים נוספים נגד מטרות ישראליות בגדה ובתוך הקו הירוק, הפיגועים שביצעתי אותם הם

4   כדלקמן :-

5   "1. ביצעתי פיגוע ירי לעבר עמדת שמירה על הצבא הישראלי ליד קבר יוסף בשכם וזה היה לפני

6   יציאת הצבא מהקבר בשבועיים לערך

7   2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם...

8   3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

9   4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי  בקרבת זואתה

10   5. מסרתי לשני אנשים רימוני יד על מנת לבצע פיגוע בירושלים

11   6. מסרתי נשקים לביצוע פיגוע בנתניה...

12   9. אני מסרתי נשק לביצוע פיגוע בחדרה

13   10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה שהיתה אמורה להתבצע בחדרה אך הפיגוע לא

14   הצליח והאנשים נהרגו בקרבת באקה אלגרביה

15   11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים

16   12. סיפקתי לעבד אלסלאם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה

17   13. סיפקתי לעבד אל רחמאן עבדאללה שני מטענים + קלצ'ניקוב...

18   14. סיפקתי למגיידי חלוס מטען נפץ שהניח אותה בדרך... לעבר סיור ישראלי".

19

20   הנאשם ענה לשאלות הבאות כדלקמן :

21   "ש. בשם מי היית מבצע את הפגועים שצעיינת לעיל

22   ת. בשם כתאאב שוהדאא אלאקצה שהוא משתייך לפתי"ח.

23   ש. מי אחראי על תנועת הפתח

24   ת. יאסר ערפאת האחראי ויור תנועת פתח

25   ש. מי אחראי על תנויוס פתח

26   ת. מזכיר תנועת פתח בגדה המערבית מרואן ברגותי...

27   ש. למי משתייכים שוהדאא אל אקצא

28   ת. שוהדאא אל אקצה משתייכים לתנועת פתח ולתנזים פתח

29   ש. מה הקשר שלך למזכיר תנועת פתח בגדה המערבית מרואן ברגותי

25

בתי המשפט

בית משפט מחוזי תל אביב-יפו                     פח 001137/02

בפני:    כב' השופט ש' טימון - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   ת. הקשר שלי למרואן ברגותי מזכיר תנועת פתח התחיל בשנת 1992 כשהתגוררנו באותה שכונה
2   באמאן בעת שגורשנו על ידי השלטונות הישראלים ומרואן חזר לגדה בשנת 1994 לערך ואני חזרתי
3   בשנת 1995 וכשחזרתי לגדה התחדשו הקשרים עם מרואן והייתי נפגש עם מרואן במשרד תנזים
4   בשכם. וכן הייתי נפגש עמו במשרד ברמאללה ואחרי פרוץ האינתיפדה אלאקצה המשכתי להיות
5   בקשר עם מרואן ברגותי והיינו מארגנים הפגנות בשם תנזים פתח והכרוזים היינו מפיצים בשם
6   ועדת התיאום (הארגונית) (אלפסאלי) והאחראים בועדה יוסף חרב מטעם פתח וג'מאל' סלים
7   מטעם חמאס ואחרי מותו קיבל את התפקיד אדם אחר ויור התועדה היה יוסף חרב ומרואן ברגותי
8   חבר בועדת התיאום העליונה ומהועדה העליונה היו מנחים ועדת התיאום הארגונית (אלפסאלי)....
9   ש. מי היה ממומן את הכסף לביצוע פיגועים נגד מטרות ישראליות
10  ת. היה ממומן אותי בכסף אנשים מתנזים פתח בגדה ובלבנון
11  ש. מי הם האנשים שמימנו אותך בכסף לקניית נשק על מנת לבצע פיגועים נגד מטרות ישראליות
12  ת. לקחתי ממאגד אלמיצרי 12,000 שקלים וכן לקחתי מעצאם אבו בכר 8000 שקלים כהוצאות
13  וקבלתי ממונר מקדח בלבנון קיבלתי 50,000 דולר
14  ש. במה עוסק מאג'ד אל מצרי
15  ת. קצין במשטרה הפלסטינאית בשכם וחבר בפתח
16  ש. במה עוסק עאצם אבו בכר
17  ת. אחראי תנועת פתח בשכם ומשתייך למרואן ברגותי
18  ש. במה עוסק מונר מקדח
19  ת. אחראי פתח בלבנון ומשתייך ליאסר ערפאת
20  ש. האם היה קשר ביניך לבין מרואן ברגותי
21  ת. הייתי בקשר עם מרואן ברגותי כל הזמן
22  ש. האם מרואן ברגותי היה יודע שאתה מבצע פיגועים נגד מטרות ישראליות
23  ת. כן ידע ושמע אף פורסם בעתונות ובטלביזיה וברדיו והייתי משוחח עימו מידי פעם וכשהמצב
24  הפוליטי היה מדרדר ורע לנו היה מבקש שנמשיך בפיגועים וכשנפגש שמעון פרס ועומרי שרון עם
25  מנהיגים ברשות התקשר אליי מרואן ברגותי וביקש שנעצור את הפיגועים ואני השבתי לו שאעשה
26  זאת ובאותה תקופה היה זיני באיזור ומרואן אמר לי שעדיין מאחר והנגרל זיני נפגש עם מנהיגים
27  ברשות שלא נבצע פיגועים בשם שוהדאא אלאקצה ויש לציין כשהתקדמו בשיחות לא בוצעו
28  פיגועים
29  ש. מי היה ממומן את עאצם אבו בכר שהיה ממומן אותך בכסף לקניית נשק

26

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :    כב׳ השופט ש׳ טימן - אב״ד
כב׳ השופטת נ׳ אחיטוב
כב׳ השופטת ע׳ סלומון-צ׳רניאק

| | |
|---|---|
| 1 | ות. עאצם אבו בכר היה לוקח כסף מתנועת פתח מהתקציב שהיה מאשר יור תנועת פתח יאסר |
| 2 | ערפאת |
| 3 | ש. מי היה ממומן את מאג׳ד אל מצרי שהיה ממומן אותך לקניית נשק על מנת לבצע פיגועים נגד |
| 4 | מטרות ישראליות |
| 5 | ת. מאג׳ד אל מצרי סיפר לי שהוא לוקח כסף ממוראן ברגותי ומאג׳ד היה מודע לכך והשונותף עמי |
| 6 | במספר פיגועי ירי נגד מטרות ישראליות... |
| 7 | ש. האם מרואן ממומן אותך בכסף באופן ישיר |
| 8 | ת. כן ממומן אותי מרואן ברגותי פעמים באופן ישיר בפעם הראשונה העביר לי באמצעות הפקדה |
| 9 | בבנק 3,000 ₪ ובפעם השניה העביר לי דרך הפקדה בבנק 5,000 ₪ |
| 10 | ש. האם מרואן ברגותי ידע שאתה מבצע פיגועים נגד מטרות ישראליות |
| 11 | ת. כן ידע וכפי שציינתי לעיל שמי אף פורסם בעיתונות והשלטונות הישראלים מסרו לרשות |
| 12 | הפלסטינאית שאני מבוקש בגין פיגועים ושמי גם פורסם בעיתונות העברית ובעיתונות המקומית |
| 13 | בגדה ורבוצעה |
| 14 | ש. האם מרואן ברגותי סייע לך במימון כסף פרט למה שהזכרת לעיל |
| 15 | ת. כן פעם קיבלתי ממנו שיק על סך 2,300 ₪ מאושר על ידי היור מרואן ערפאת...״. (עיין הודעת הנאשם |
| 16 | ת/5). |
| 17 | |
| 18 | עוד ענה לשאלות (עיין הודעת ת/6) כדלקמן : |
| 19 | ״כן היו לי מספר כינויים במהלך ביצוע הפיגועים כמו אלעם אלחאג׳ אלשיך אלכביר... וכן |
| 20 | לקחתי... שני טיולי טנק ישנים על מנת להוציא מהם את החומר נפץ ואשתמש בחומר למטעני נפץ |
| 21 | ובמטענים השתמשתי על כביש העוקף בזאתה... ואני נייסתי אותו (הכוונה לאדם בשם לואי |
| 22 | עודה) לכתאב שוהדאא אל אקצא לפני כחודשיים לערך והמטרה מגיוסו לשוהדא אל אקצא על |
| 23 | מנת שיסייע לנו בפיגועים באזור ירושלים ושיכניס מתאבדים (מוסתשהידים) לירושלים ואני גם |
| 24 | כן ביקשתי מלואי שילמד אותנו ייצור חומר נפץ יותר חזק מהחנ׳׳מ שהשתמשנו בו ולואי הסביר |
| 25 | לי בטלפון כיצד מייצרים חומר (אומאלענד) וחשבתי לו שאנחנו יודע לייצר אומאלענד. ולפני |
| 26 | חודש וחצי לערך ביקשתי מלואי שיכדוק דרך להכנסת מתאבד לירושלים... ותפקידי היה לתאם |
| 27 | בין מחמוד ולואי על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע אף ללא הצלחה |
| 28 | מאחר ושוטורים ירו לעבר המתאבד לפני הביצוע... וגיאוי חוסייני ביקש ממני שאסכים לקבל שיחה |
| 29 | מאדם ואחרי מספר ימים התקשר אלי מוניר מקדח המכונה אבו חוסיין וביקש בביצוע |

27

בתי המשפט

בית משפט מחוזי תל אביב-יפו                                              פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   פיגועים והציע לי מימון כספי ואני הבעתי את הסכמתי ומסרתי לאבו חוסיין מספר חשבון הבנק
2   שלי בבנק ערבי בשכם על מנת שיעביר לי כסף ואכן אבו חוסיין העביר לי כסף שש פעמים לערך
3   והפקיד 3,000 או 5,000 דולר...
4   ש. מה עשית בכסף שהעביר לך מונ יר מקדח
5   ת. לשם ביצוע פיגועים... על פי הסיכום עמו היה ממ מן אותנו בכסף לביצוע פיגועים ואני הייתי
6   מדווח לו אודות הפ ניגועים במהלך השיחות שניהלתי עמו באמצעות הטלפון והאינטרנט... שוחחתי
7   עמו אודות הרבה פיגועים... ודיווחתי לו גם כן אודות פיגוע התאבדות בירושלים ובחדרה
8   שביצענו...
9   ש. איזה קשר צבאי היה בינך לבין יאסר אבו בכר
10  ת. אחרי פרוץ אינתיפאדת אל אקצא התגייס יאסר אבו בכר לכתאב שוהדא אל אקצא וביקשתי
11  מיאסר שישתתף עמו בפיגועים ויאסר הסכים להצעה ומסרתי לו נשק מסוג M16 ויאסר ביצע
12  פיגוע ירי מהנשק שמסרתי לו. הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועל פי
13  דברי יאסר לא פגע נגזר ברכב...
14  ש. האם היה קשר ליאסר עם מתאבדים
15  ת. כן אני ויאסר עבדנו יחד לשלוח מתאבדים עם מוחמוד אלטיטי ואחמד אבו חדר... ובמידה
16  והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו מ עוזרים ביאסר ולפני
17  כניסת הצבא לשכם כשבועיים ביקשתי מיאסר שינ סה להשיג חגורת נפץ למתאבד על מנת לבצע
18  פיגוע בתוך ישראל ויאסר אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר
19  לביצוע פיגוע בישראל וכשהגיע לבאקה אל גרביה ירו חיילים לעברן ושניהם נהרגו... מה טוב הרכב
20  שנסעו בו המתאבדים
21  ת. לא ידוע לי אך מסרתי לאחמד 3,500 ₪ על מנת שיקנה רכב גנוב להעברת המ תאבדינו ואחמד
22  נסע עמם לטול כרם והראה להם את הדרך וחזר ברכב ציבורי...".
23
24  ובהודעתו ת/7 בתשובה לשאלות:
25  "... ומחמוד פנה אלי בעניין זה מאחר ואנחנו חוליה צבאית ואני הבעתי את הסכמתי לפיגוע זה...
26  יש לציין שאחמד אבו חדר פנה אלי כי אני אחראי כתאב שוהדא אלאקצה... ואחרי ששמעתי
27  ברדיו שנהרגו התקשרתי לכלי תקשורת והודעתי להם שהפיגוע בוצע על ידי כתאב אל אקצה... אך
28  כשהודעתי שאנחנו לוקחים אחריות על הפיגוע מחמוד אמר לי את השמות... כן היה לי קשר

28

בתי המשפט

פ״ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש: טימן - אב״ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1    בפיגוע הירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני הפיגוע הזה ביומיים
2    התקשר אלי אחמד אבו חדר ואמר לי שביכולתו להכניס שניים לישראל על מנת שיבצעו פיגוע
3    התאבדות ואני פניתי למחמוד טיטי ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי
4    בחיוב ואני מסרתי לאחמד שני רימונים ומחמוד טיטי מסר להם שני נשקים מסוג M16 ואחמד
5    אבו חדר צילם אותם והסביר להם על הפיגוע... ואחרי מספר שעות שמיענו בטלוויזיה שהיו חילופי
6    אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע ונרצחו
7    שניים ושניים אחרים נהרגו על ידי המשטרה והתקשרתי לכלי התקשורת ולקחתי אחריות על
8    הפיגוע...".

9

10   וכהודעה ת/8

11   "ש. האם היה לך קשר עם עבד אלכרים עויס

12   ת. כן... ואני יצרתי איתו קשר וביקשתי ממנו שיבצע פעולות צבאיות...

13   ש. מה עשה מחמוד במטענים שמסרת לו

14   ת. לפיגועים ולא זכור לי היכן בוצעו הפיגועים.

15   ש. האם אתה מכיר אדם בשם מג׳די סמיר ח׳לוס

16   ת. אני מכיר אותו ....ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני
17   הסכמתי לכך ומסרתי לו מטען שקיבלתי...

18   ש. האם אתה מכיר אדם בשם חאתם אבו חד״ר

19   ת. ...ואני לקחתי מחאתם באמצעות אחמד כעשרים אקדחים וכעשרים רובה קלצ׳יניקוב....ו —

20   M16 ותמורת האמלי״ח היתי משלם מכספי....".

21

22   במסגרת הודאתו של הנאשם לפני שופט המעצרים וכעולה מהעבירות המיוחסות לו בבקשה

23   להארכת פקודת המעצר (ת/23) הודה הנאשם בחברות בארגון עויין "כתאב שוהדא אלאקצה"

24   השייך לתנזים פתי״ח, בהשתתפות בפיגועי ירי לעבר מטרות ישראליות באזור שומרון, במעורבות

25   בגיוס מתאבדים ושליחתם לתוך ישראל, מתאבדים שביצעו פיגועי רצח כמו כן הודה בגיוס

26   פעילים נוספים לביצוע פיגועים וביצוע חומר נפץ ומטענים.

27

28



בתי המשפט

בית משפט מחוזי תל אביב-יפו    פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1    עד התביעה אחמד אבו.חדר מספר בהודעתו ת\12 "אני מודה שבמהלך חודש אפריל משנת 2001
2    הוצע לי ע"י נאצר עוויס להתגייס לכתאב שוהדא אלאקצה והסכמתי להגעה זו ומאז אני חבר
3    פעיל בארגון שוהדא אלאקצה השייך לתנזים פת"ח ועד היום הזה ולאחר שהצטרפתי לארגון הנ"ל
4    נאצר עוויס ביקש ממני להפיץ כרוזים בשם שוהדא אלאקצה וכן עשיתי את זה...ואחרי זה
5    התחלתי להיות מעורב בפעילות צבאית השתתפתי בפיגועי ירי לעבר הצבא והשתתפתי בהנחת
6    מטעני חבלה והשתתפתי גם בהכנת מסי מתאבדים ושליחתם לתוך ישראל לביצוע פיגועי
7    התאבדות... נאצר עוויס הינו תושב מחנה בלאטה כבן 29 שנים ומכונה אל חאג' רווק והוא אחד
8    האחראים בכתאב שוהדא אלאקצה ושימש כאחראי שלי בארגון ונאצר עובד בביטחון הלאומי
9    בשכם ומשתייך לתנזים פת"ח...חברי הקבוצה שאליה הצטרפתי בשוהדאא אלאקצה הם 1. נאצר
10   עוויס- שימש כאחראי על כתאב שוהדא אלאקצא..."
11
12   בהודעה ת\13 מספר אבו חדר "אני מודה שבמהלך חודש מרץ לפני כחודש ביקש ממני נאצר עוויס
13   להוביל מתאבד משכם... ברכב מסוג פונטיאק גונב שקיבלתי אותו מנאצר... אני הודעתי לעאמר
14   שאיני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס למחנה בלאטה וביקשתי מנאצר שיסדר
15   לו שני מטענים ואז נאצר התקשר למחמוד טיטי... וכעבור שעה מחמוד טיטי הגיע והביא עימו שני
16   מטענים... ואחרי זה עאמר קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי
17   מעאמר שביצע פיגוע נגד ג'יפ צבאי ... ומאחר וסעדי פנה מסי פעמים לכן הודיעתי לנאצר עוויס
18   שאישר לי להמשיך ולתכנן פיגוע התאבדות עבור סעדי ולכן פגשתי את סעדי והעצתי לו לבצע
19   פיגוע משולב...וכעבור שבוע חזר סעדי ואמר לי שהוא מסכים להצעתי אך בתנאי שהצטרפו אליו
20   שני חבריו עלאא ומחמד חמודה אז פניתי לנאצר והודעתי לו את בקשתו של סעדי ונאצר הורה לי
21   לבדוק באם השלושה רציניים בכוונותיהם לבצע פיגוע התאבדות... לאחר שאימנתי אותם בירי ב
22   M16 צילמתי בוידיאו בביתי את עלאא ואת סעדי ביחד כשכל אחד מהם מחזיק M16
23   ומאחוריהם דגל פלשתין ודגל שוהדא אלאקצה וסעדי קרא את הצוואה שנאצר עוויס שלח
24   אותה... ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד
25   הזה ולמחרת לקחתי את מגדי לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי
26   אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב
27   מיצובישי שחור גנוב תמורת 3500 שקל ... את הכסף עבור הרכב קיבלתי מנאצר עוויס אחרי
28   שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם מגדי ... הופתעתי

30

בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

| | |
|---|---|
| 1 | שישנו אדם נוסף בשם פתחי עמירי... ואז נאצר עוויס סיפר לי כי כי שני הנ"יל מגידי חנפאר ופתחי |
| 2 | עמירי עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר למגידי נשק מסוג M16 ולפתחי |
| 3 | מסר שני רימוני יד...לפני שנה בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של דיו[ן] כימי |
| 4 | לצורך ייצור מטעונים... וקניתי... ומסרתי אותם לנאצר לצורך הכנת מטעני חבלה...לפני |
| 5 | כשנה קניתי שני רובים מסוג M16 ...את הכסף עבור הנשקים האלה קיבלתי מנאצר עוויס... |
| 6 | ש. מהיכן היית מקבל את הכספים עבור הוצאות לפעילות הצבאית |
| 7 | ת. מנאצר עוויס ששימש האחראי עלי מטעם שוהדא אלאקצה" |
| 8 | ובהודעה ת18/ "יהה תכנון של מבצעי הפגוע התאבדות בתוך התחנה המרכזית בחדרה בכך שאני |
| 9 | ונאצר... ונאצר עוויס העלינו רעיון שנשלח מתאבד או שניים שיבצעו פיגוע משולב של ירי ולאחר |
| 10 | מכן פיצוץ המטען שיהיה על גופם ובכך התוצאה הינה גדולה ותגרום למוות המוני ונאצר עוויס |
| 11 | לקח על עצמו גיוס המתאבד ואני לקחתי על עצמי למצוא ישראלי שיישיע בהכנסת המתאבד |
| 12 | לישראל...ובסופו של דבר לא הצלחנו להוציא פיגוע זה אל הפועל... זיאד עצאנעצה טיפר לי |
| 13 | ...שהוא הבחין במסי דתיים שמתרכזים בבית כנסת בים בקה אלגרביה לחדרה והציע לי שנארגן |
| 14 | פיגוע התאבדות במקום. אני הסכמתי והודעתי זאת לנאצר עוויס האחראי עלי והוא אמר לי הולך |
| 15 | ניקח את זה בחשבון אך בסופו של דבר זה לא יצא לפועל. בנסף לות אני ומחמוד טיטי ונאצר |
| 16 | עוויס שוחחנו האפשרות לבצע פיגוע בתחנת הדלק הראשית בישראל בכך שנמתין להגעת מיכלית |
| 17 | דלק שמגיע לחלק דלק בשכם ולהניח מטען חבלה במיכלית בלי שהנהג ירגיש מטען שמחובר לפלא |
| 18 | פון ובשלב יותר מאוחר ובעת שהמיכלית חודרת לתחנת האם אז מפעילים את המטען בכך |
| 19 | שמתקשרים לפלא מן שמחובר למטען זה היה רק תכנון ולא יצא לפועל... חשבתי שנבצע פיגוע |
| 20 | במשרד הביטחון בתל אביב אני שוחחתי על כך עם נאצר עוויס ומחמוד טיטי והחלטנו לחפש |
| 21 | פעילים מאומנים שיבצעו פיגוע שכזה...את הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה |
| 22 | לפיגוע... " |
| 23 | ובהודעה ת20/ "... אני בטוח שיאסר (אבו בכר) ידע שהרובים מיועדים למתאבדים שיוצאים |
| 24 | לבצע פיגועים בתוך ישראל כי יאסר הוא איש סודו של נאצר עוויס וכי יאסר הוא כותב הכרוזים |
| 25 | של נאצר עוויס כרוזי נטילת אחריות על פיגועים שתוכננו על ידי נאצר עוויס... " |
| 26 | |
| 27 | |

31

בתי המשפט

בית משפט מחוזי תל אביב-יפו

פח 001137/02

בפני:     כב' השופט ש' טימן - אב"ד
          כב' השופטת נ' אחיטוב
          כב' השופטת ע' סלומון-צ'רניאק

1   העד מחמוד ידכ מסר בהודעתו ת40a אי  "פנה אלי מחמוד אלטיטי ואמר לי שהוא מתכנן להקים
2   חוליה צבאית שייכת לתנזים פתיח והציע לי להתגייס לחוליה הצבאית ואמר מחמוד שמטרת
3   הקמת החוליה היא לבצע פיגועים נגד הצבא הישראלי באיזור שכם. אני הסכמתי לקח ובמסגרת
4   החוליה הצבאית אני השתתפתי בעשרה פיגועי ירי לעבר הקן באיזור שכם. והשתתף איתי
5   בפיגועי הירי ... נאצר עויוס כבן 35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם...
6   ש. מי היה מתכנן ומכין לביצוע הפינועים שבהם אתה השתתפת
7   ת. נאצר עויוס הוא זה שהיה מתכנן לביצוע הפיגועים והוא זה שהיה מספק לנו את כלי הנשק ...'

8

9   ובהודעה ת40a2 "בתחילת חודש 10 שנת 2001 נפגשתי אני ומחמוד אלטיטי עם נאצר עויוס ...
10  ושם הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולספק וטעניים
11  לאחרים בתנזים פתיח ולאחר הסכמתי והסכמת מחמוד בא אלינו נאצר עויוס לדירה שבה
12  מתגוררים אני ומחמוד אלטיטי ברפידיה והיה ברשות נאצר עויוס חומר נפן בתוך חמש שקיות כל
13  שק עשרה ק"ג והיה ברשותו בערך 10 בלוני גז בגדלים שונים וחוטי חשמל וסוללות ובדירה נאצר
14  עויוס לימד אותנו על אופן הכנת מטע חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן
15  הכנת חומר נפן מהחומרים 1. דשן חקלאי אשלגני 2. גופרית 3. פחם...נאצר עויוס מספק לנו את
16  החומרים הדרושים להכנת המטעניים... הדירה ברפידיה שימשה להכנת חומר נפן והמטעניים...
17  המטעניים שהכנו היינו מוסרים לאנשים מתנזים לצורך ביצוע פיגועים צבאיים נגד מטרות
18  ישראליות בגדה המערבית...'

19

20  בהודעה ת40a1: "ש. בהודעתך הראשונה מסרת שנאצר עויוס הוא זה שהיה מתכנן לביצוע
21  הפיגועים והיה אחראי על תנזים פתיח בשכם האם אתה היית מודיע לנאצר עויוס אודות ביצוע
22  הפיגועים שבהם השתתפת והפיגועים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנזים
23  פתיח
24  ת. כן אני ומחמוד אלטיטי היינו מודיעים לנאצר עויוס אודות כל פיגוע שביצענו ועל פיגועים
25  שבוצעו על ידי נוספים היינו בקשר איתם ...
26  ש. האם היה לך קשר עם מרואן ברגותי
27  ת. לא היה לי כל קשר עימו היה לנאצר עימו קשר עימו עם מרואן ברגותי והיה מודיע אודות
28  ביצוע הפיגועים שבוצעו נגד מטרות ישראליות ...'

Case 1:04-cv-00397-GBD-RLE    Document 674-9    Filed 12/19/14    Page 24 of 35

32

בתי המשפט

001137/02 פח

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן – אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

וכהודעה ת40\די' "' לאחר הפיגוע בהתנחלות גדעונים כחודש הגיע אלי כמאל אבואר וביקש ממני
הרובה M16 אשר לקחתי אותו מהשומר שרצחתי בגידעונים ואני נתתי את הנשק לכמאל אבואר
להשתמש בו בפיגוע והוא החזיר לי אֶת הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורוצה
להוסיף כי נאצר עוויס לקח ממני את נשק M16 פעמיים בכדי שישתמשו בו פעילי התנזים ובחודש
2001\9 לקח ממני נאצר עוויס את הנשק בשל הנחת מטען...שביצע אותה אבושהדי פעיל כוח 17
...בחודש 10\01 לקח ממני נאצר עוויס את הנשק בשל ירי ...נקודה צבאית ...''

העד אחמד ברגותי מספר בהודעתו ת4\8אי' '"ש. למה התקשרת לנאצר עוויס ת. כי הוא האחראי
על שוהדא אלאקצה והוא עושה דברים כאלה אני שאלתי את נאצר עוויס אם הוא יוכל לעזור לי בכך
שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי
שישלח לי מישהו...

בהודעה ת4\3אי' "אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע
המתואר באישום הראשון אשר ארע במסעדת "סי פוד מרקטי") כי נאצר עוויס הוא אחראי כתאב
שוהדא אלאקצה... ש. ספר לי מהיכן הכסף לפעילות.  ת. אני נתתי לנאצר עוויס את מסי חשבון
בנק שלי והוא הכניס לחשבון שלי כ- 7000 שקל...
ש. ספר לי על קשריך עם נאצר עוויס
ת. היה לי את המספר פלא פון של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ומראן
ברגותי ידע על הקשר הזה שאנחנו מדברים ואיזה יום אמר לי נאצר שישלח לי את פאיז שאני
אכין אותו ואשלח אותו לעשות פיגוע התאבדות... ואז עלי אמר לי שמראון אמר לו לא לתת לי
באותו זמן כסף ונשק ואני אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שנמשיך וכי הוא
יביא לי נשק וכסף ואני זוכר שנאצר עוויס אמר לי שיש לו עוד אנשים שרוצים לעשות\פיגועי
התאבדות והוא ישלח לי אותם...''

ובהודעה ת43ודי' " באותُ לَילَה שהיה הפיגוע באולם השמחות בחדרה...אני התקשרתי לנאצר עוויס
והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה

ff

34



בתי המשפט

פ״ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב׳ השופט ש׳ טימן - אב״ד

כב׳ השופטת נ׳ אחיטוב

כב׳ השופטת ע׳ סלומון-צ׳רניאק

1  אמר לכם מה הפעילות שתעשו ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע

2  לנו לעשות פיגוע מטען וירי על רכב צבאי...״

3

4  בת47/ד׳ ״ לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עויס אחראי התנזים כתאב  אל

5  שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני

6  שמעתי שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה

7  הנאצר׳ אמר לי עכשיו לשכוח מנושא זה וביקש שאדבר בנושא זה עם אחמד אבו חדר בשנות

8  העשרים לחייו פעיל בכיר בתנזים עוזרו של נאצר עויס... לפני כחודשיים בערך פנה אלי נאצר

9  עויס סיפרתי לך עליו וביקש ממני לפנות לפעילי נאף ולבדוק איתם עזרה בביצוע פעילות צבאית

10  ופיגועים אמרתי לנאצר שאני מכיר פעיל גאף...נאצר אישר לי ללכת אליו נפגשתי עם ...וסיפרתי לו

11  שאני פועל עם נאצר עויס...״

12

13  ובהודעה ת47/ה׳ ״...גיליל סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אוזרי מסי

14  דקות התקשרתי לנאצר עויס ואמרתי לו שיש מפגע מתאבד שמוכן לבצע פיגוע התאבדות ואז

15  נאצר עויס הנחה אותי שהבחור ירד לרמאללה ...אחרי שבוע חמישה ימים בערך שמעתי בחדשות

16  שהיה מפגע מתאבד בשם ראמי נור משכב שביצע פיגוע ירי באזור ירי אל ... בירושלים

17  ומהפיגוע נהרגו שני יהודים ויש פצועים וראמי נור נפצע קשה כי נורה על ידי החיילים. אחרי

18  החדשות באותו היום של הפיגוע התקשר אלי נאצר עויס ומסר לי שהמפגע הוא ראמי נור פעיל

19  תנזים והנחה אותי להכין כרוז בשם כתאב שוהדא אל אקצא שבו תארגון לוקח אחריות...״

20

21  על פי סעיף 1 לפקודת מניעת טרור התש״ח 1948, ״״ארגון טרוריסטי״ פירושו חבר אנשים

22  המשתמש בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים

23  במעשי – אלימות כאלה, ״ חבר בארגון טרוריסטי״ פירושו אדם הנמנה עליו , וכולל אדם

24  המשתתף בפעולותיו, המפרסם דברי-תעמולה לטובת ארגון טרוריסטי , או פעולותיו.״

25

26  על פי סעיף 2 לפקודה זו יחשב אדם הממלא בין השאר תפקיד בהנהלה או בהדרכה של ארגון

27  טרוריסטי או משתתף בדיוניו או בקבלת החלטותיו של ארגון טרוריסטי, פעיל בארגון כזה.

28

35

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1    הציטוטים שהובאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך הודעות
2    הנאשם  והודעות שותפיו עליהן הסתמכנו, יריעה עובדתית המבססת כהלכה את המסקנה
3    המשפטית  שיסודות העבירות בניגוד לסעיפים 1 ו 3 לפקודה הוכחו כדבעי כמו גם את המסקנה
4    שהארגונים אליו השתייכו הנאשם ושותפיו הם ארגונים טרוריסטים.
5
6    מלבד עבירות על פקודת הטרור אותן מייחסת המדינה לנאשם בכל האישומים שפורטו בכתב
7    האישום היא מייחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977.
8
9    עיקרה של עבירת הקשר טמון בהסכמה בין שניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות
10   צריכה להיות לשם השגתה של מטרה משותפת וצריך שההתקשרות תלווה בכוונה שהמטרה
11   המשותפת תוגשם. המדובר כאמור במטרה שהיא מטרה פסולה בעיני החוק.
12
13   היריעה העובדתית שהוזכרה לעיל מבססת כהלכה אף את המסקנה שהנאשם עבר עבירות בניגוד
14   לסעיף 499 לחוק העונשין תשל"ז-1977.
15
16   הודאתו של הנאשם על תפקידו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה
17   ביצוע פעולות טרור שמרור שאף הניבו תוצאות רצחניות וחבלניות כפי שעוד יתואר להלן, נתמכת
18   במלואה בדבר מה נוסף מהותי הנובע ממקורות נפרדים ועצמאיים, אימרות כל אחד ואחד מן
19   השותפים, המסובכות – כל אחת על פי דרכה -- את הנאשם בעבירות המיוחסות לו תוך התייחסות
20   לנקודה ממשית השנויה במחלוקת. על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.
21
22                            והמדינה הוכיחה את המעשים האלה המיוחסים לנאשם.
23
24   ## האישום הראשון:
25
26   בתאריך ה- 5.3.02 הגיע המחבל אברהם חסונה (להלן חסונה) למסעדת "סי פוד מרקט" בתל
27   אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

36



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד

כב' השופטת נ' אחיטוב

כב' השופטת ע' סלומון-צ'רניאק

1   בעת שחסונה הגיע למקום המסעדה היתה מלאה בעשרות רבות של אנשים. חסונה החל לירות
2   לעבר האנשים במסעדה מגשר "בית מערבי" , השיליך לתוכה רימוני יד שבדרך נס לא התפוצצו
3   ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושביה הכל במטרה לגרום בכוונה תחילה
4   למותם של אנשים רבים שהתארחו במסעדה.

5   באירוע זה נדקרו למות מסכינו של חסונה רס"ר סלים בריכאת ז"ל, בן 33, שהיה אחד השוטרים
6   הראשונים שהגיע לזירת הפיגוע והסתער על חסונה במטרה לעצרו, יוסף הבי ז"ל, בן 52, ואליהו
7   דהן ז"ל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכוחות
8   הביטחון הגיעו למקום הפינוע נורה חסונה למוות. (עניין עדויות, ע"ת מס' 3 נצי"מ חגי דותן; ע"ת
9   מס' 4 תנ"צ אורי כרלב (מוצגת ת/48); ע"ת מס' 8 אוריאל אליהו; ע"ת מס' 9 סמ"ר שי כהן; ע"ת
10  מס' 11 ליאון גורנשטיין; ע"ת מס' 13 עדי מעוז; ע"ת מס' 17 אפי ימין; ת/32) (דו"ח פעולה על
11  הנצחת הזירה ותפיסת מוצגים); ת/33) (רובה M-16); ת/34) (סכין מוגאלת בדם); ת/35) (לוח
12  תצלומים); ת/24)(דו"ח פעולה);ת/25) (דו"ח פעולה); ת/52 עד ת/57 (חו"ד מומחים)).

13

14  לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר
15  עם פעילים אחרים בארגון ובינהם מחמוד טיטי ואחמד ברגותי (ע"ת מס' 23) להוציא לפועל פיגוע
16  שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו
17  שהנאשם עמד בראשה חסונה גויס צויד והוסע לתל אביב אל מקום המסעדה. הנאשם הורה בין
18  השאר למחמוד טיטי לצלם את חסונה לפני יציאתו לביצוע הפיגוע כמחבל מתאבד זאת על מנת
19  שלאחר מכן ניתן יהיה לשלוח את הקלטת בה הוא מצולם לתחנות הטלויזיה השונות. ואכן, לאחר
20  הפיגוע במסעדה התקשר אמנם הנאשם לתחנות הטלויזיה השונות ולאמצעי תקשורת אחרים
21  והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

22
23                                                            הודיית הנאשם:
24
25  יש. האם היה לך קשר לפיגועי התאבדות בתי"א.
26  ת. כן מחמוד טיטי מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך שאחמד
27  ברגותי ביקש ממני אדם שיבצע פיגוע התאבדות (איסתשהאד) בתי"א והודיע לי שהוא עומד לפנות
28  לאדם בשם אברהים חסונה במקור מעזה שמשרת בכוח הימי בשכם ומחמוד מסר לאברהים נשק

37

בתי המשפט

בית משפט מחוזי תל אביב-יפו                                        פח 001137/02

בפני:     כב' השופט ש' טימן - אב"ד
          כב' השופטת נ' אחיטוב
          כב' השופטת ע' סלומון-צ'רניאק

1    מסוג M16 ורימוני יד ומחמוד פנה אלי בעניין זה מאחר ואנחנו חוליה צבאית ואני הבעתי את
2    הסכמתי לפיגוע זה והוא שלח את אברהים ברכב ציבורי לרמאללה וסיכמנו עם אחמד ברגותי
3    שיפגוש את אברהים חסונה ברמאללה וכן סוכם שמחמוד יצלם את אברהים לפני ביצוע הפיגוע
4    ואחרי זה נשלח את הקלטת לתחנות הטלוויזיה, אכן לאחר מכן הגיע אברהים לרמאללה ולפי
5    ידוע לי אחמד הכניס אותו לישראל ואברהים הגיע לתי"א ושמעתי בחדשות שירה לכיוון
6    הישראלים למסעדה ונהרג ואז התקשרתי לתחנות הטלוויזיה והתקשרתי ומסרתי שהפיגוע בוצע
7    על ידי כתאב שוחדא אלאקצה
8    ש. כמה אנשים נהרגו בפיגוע ת"א על פי הידוע לך
9    ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים
10   ש. לאיזה תחנות טלוויזיה התקשרת והודעת להם שהפיגוע בוצע על ידכם
11   ת. אלג'זיירה, אבוד'בי – ישראל – אלמנאר – ולתקשורת המקומית
12   ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב
13   ת. לא, אך באותה תקופה פנה אלי אחמד אבו חאדר מכתאב שוחדאא אלאקצה ואמר לי שישנם
14   שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודיעתי לאחמד ברגותי
15   אודות עניין זה ושאלתי אותו באם יוכל, להכניס אותם וסוכם עם אחמד אבו חידר שעלאא אבו
16   מוצטפא ואימן בדר יעבירו את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי
17   לאחמד ברגותי ומסרתי לו שהאנשים בדרך אליו יש לציין שאחמד אבו חידר פנה אלי כי אני
18   אחראי כתאב שוחדאא אלאקצה".
19   (ראה ת/7)
20
21
22   דבר מה נוסף:
23   העד אחמד ברגותי,
24   "... התקשר אלי נאצר עוויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח
25   לי אותו ואני אמרתי בסדר ואחרי כן התקשר אלי בחור שאמר לי כי הגיע בשמו של נאצר עוויס
26   ואני שלחתי את א-נוף שיביא אותו ונתתי לא-נוף 1000 שקל ואמרתי לא-נוף שיקנה לבחור הזה
27   בגדים חדשים ושייקח אותו להסתפר ואמרתי לא-נוף שיביא אותו אחרי כן לדירה השכורה
28   ברמאללה ליד הבנק הערבי שבה היה לפני כן ראמי נור ולאחר מכן כשהגעתי לדירה השכורה ראיתי

38



בתי המשפט

פ"ח 001137/02                                    בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1  את הבחור שאמר לי כי שמו אברהים חסונה שהוא בן 21 והוא אמר שהוא מעזה ואני לאחר מכן
2  אמרתי לא-נוף שייקח את אברהים חסונה לישראל שיעשה שם פיגוע ואמרתי לא-נוף כי אביא לו
3  גם נשק שיעשה פיגוע ואחרי כן הביא א-נוף רובה M16 ונתן אותו לאברהים חסונה ואחרי כן לקח
4  א-נוף את אברהים חסונה למ.פ. אמערי לחלום אבו חמיד הם נשארו שם 3 ימים ובסופם התקשר
5  אלי א-נוף ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו אברהים חסונה עשה פיגוע בתל אביב
6  במסעדה וכי נסע לשם עם מוראד עגלוני ומאזן אלקאדי שתפסו אותם... לאחר כמה ימים התקשר
7  אלי מחמוד אלתיתי שהוא פעיל שוהדא אלאקצה ופעל יחד עם נאצר עוויס ... ומחמוד אמר לי
8  שיש לו מישהו שרוצה לעשות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אנורתי לו
9  בסדר..." (ראה ת43אני)

10

11  העד אחמד ברגותי בת/43אני : "ש. ספר לנו על פעילותך בענין הפיגוע בתל אביב במסעדת סי פוד
12  ת. מי שעשה את הפיגוע הוא אברהים חסונה שהגיע מאזור שכם מנאצר עוויס... לאחר מכן אני
13  התקשרתי לפלא פון של מוראן ברגותי שאותו אני הייתי בקשר ואני הייתי אומר לו שהפיגוע יצא
14  לביצוע. מוראן ברגותי אמר לי שאינו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אנורתי לו
15  שיהיה בסדר ואחרי כן זה היה בשעה שלוש בלילה התקשר אלי טארק אנוף ואמר לי שעשו את
16  הפיגוע והוא אמר לי להסתכל בטלויזיה ואני אז התקשרתי אל מוראן ברגותי ואמרתי לו שבוצע
17  הפיגוע שיסתכל בטלויזיה ומוראן אמר לי שהוא ראה בטלויזיה. מוראן לא אמר לי כלום שהוא
18  שמע שעשו את הפיגוע בתוך ישראל ולא כמו שהוא אמר שיהיה באיזור הגדמע. אני ואחרי כן
19  התקשרותי אל נאצר עוויס ואמרתי לו על הפיגוע כי נאצר עוויס הוא אחראי כתאב שוהדא
20  אלאקצה".

21
22
23                                                  אישום שני

24

25  בתאריך 17.1.02 הגיע המחבל עבד אל סלאם חסונה( להלן עבד אל סאלם)   לאולם אירועים
26  "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימוני יד ועל גופו אפוד ובתוכו מחסניות בכוונה
27  לבצע פיגוע רצחני.

39



בתי המשפט

<div dir="rtl">

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

</div>

<div dir="rtl">

1   באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדישוב והשתתפו בה עשרות רבות של

2   אורחים. עבד אל סאלם התפרץ לאולם וירה לכל עבר  ובטרם השתלטו עליו כמה מן האורחים

3   הצליח לגרום בכוונה תחילה למותם של שישה מן האורחים והם אנטולי בקשייב ז"ל בן 63,

4   אדוארד בקשייב ז"ל בן 48, בוריס מליחוב ז"ל בן 56, דינה ביניייג ז"ל בת 48, אליס בן ישראל

5   (אהרון) ז"ל בת 32, אבי יזדי ז"ל בן 25 ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם

6   נגרמו חבלות חמורות (עיין עדויות ; ע"ת מס' 1 תנ"צ משה ולדמן ; ע"ת מס' 24 שמעון לוגסי ; ע"ת

7   מס' 12 קונסטנטין קרדישוב; ע"ת מס' 20 רפ"ק יהודה פרץ; ת\1 (מוצגת); ת\27 (בוסמכים

8   רפואיים) ; ת\36(רובה M 16 ) ; ת\44 (קלטות); ת\58 (חוד מומחה); ת\59(הודעת פטירה אנטולי

9   בקשייב ז"ל); ת\60(הודעת פטירה יזדי אבי ז"ל); ת\61(הודעת פטירה מליחוב בוריס ז"ל); ת\62

10  (הודעת פטירה ביניייב דינה ז"ל); ת\63 עד ת\66- (חוד מומחה)).

11

12  לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר

13  עם אחמד אבו חדר (ע"ת 6) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה

14  תחילה של אזרחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשה גויס עבד אל

15  סאלם אומן בירי ברובה M16 צוייד בנשק ומחסניות לצורך אימוני הירי ולצורך ביצוע המעשה

16  והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם עבד אל סאלם על ידי הוראות הנאשם כשהוא קורא

17  צוואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השירי לנאשם כדי שלאחר

18  הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי התקשורת ולאחר הפיגוע אף הורה הנאשם ליאסר

19  אבו בכר (ע"ת 25 ) להכין כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע

20  אותו.

21

22

23

24                                                                          הודיית הנאשם:

25                                                                          ת\5:

26  "12. סיפקתי לעבד אלסלאם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה".

27

</div>

40

בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני: כב' השופט ש' טימן - אב"ד
       כב' השופטת נ' אחיטוב
       כב' השופטת ע' סלומון-צ'רניאק

ת/6:

1
2    "ת. שוחחתי עמו אודות הרבה פיגועים וזכר לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני
3    ומואייד ג'מיל ומחמוד אלטיטי ובאיד אבו מוצטפא בקרבת מחנה חוארה לעבר רכב צבאי וכן
4    שוחחתי עמו אודות הנחת מטעני נפץ בקרת זואתה ובפיגועים הללו השתתפו ומואייד ג'מיל
5    ומחמד – ידכ ומחמוד אטיטי ואחמד אבו חידר ודיווחתי לו גם כן אודות פיגוע ההתנאבדות
6    בירושלים ובחדרה שבצענו
7    ש. איזה פיגוע התאבדות בחדרה
8    ת. הפיגוע שבוצע ע"י עבד אלסלאם חסונה".
9
10   "האם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים
11   ת. כן עבד אלסלאם חסונה תושב בית אמריק פנה – לאחמד אבו חידר (עיית מס' 6) ואמר לי
12   שרוצה להתאבד (אללאסת שהאד) ואחמד פנה אליי והודיע לי ואחרי פטירת ראאד אלכרמי
13   החלטנו לבצע פיגוע ואחמד צילם את ע. אלסלאם חסונה במחנה בלאטה ואני מסרתי לו נשק מסוג
14   M16 ורימון יד ומסרנו לעבד אלסלאם 400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם
15   מחמוד אלטיטי אצל מנצור שרים תושב טולכרם ושם ע"פ הפיגוע היה מחמוד אחראי לשליחתו
16   לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו מספר אנשים בפיגוע הזה".
17
18   דבר מה נוסף:
19
20   אחמד אבו חדר, ת/17, עמ' 3:
21   "אני מודה גם שאני זה שצילמתי את עבד אלסלאם חסונה מבית אמרין לפני שיצא לבצע פיגוע
22   ההתאבדות בחדרה לפני כחצי שנה בערך".
23
24   ת/18, עמ' 14: "יאות האמת אני אשר גייסתי את עבד אלסלאם חסונה תושב בית אמרון, עבד
25   אלסלאם הוא חבר שלי ועבדנו יחד בשכם בבטחון הלאומי עבד אלסלאם ביקש ממני לפני כחצי
26   שנה לסדר לו שיבצע פיגוע התאבדות... לאחר שביקש ממני עבד אלסלאם לסדר לו יציאה לבצע
27   פיגוע התאבדות בישראל אני פניתי לנאצר עוויס וסיפרתי לו על עבד אלסלאם, ... ואז החלטנו
28   להוציא אותו לפיגוע התאבדות בנקמה למותו של ראאד אלכרמי. נאצר ביקש ממני לאבן אותו על

41



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   נשק וכדי שיהיה מוכן לבצע את הפיגוע בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16
2   ... את הנשק ושמונה מחסניות לקחתי מנאצר עוויס. יום לאחר מכן הבאתי את עבד אלסלאם
3   לביתו של נאצר במחנה בלאטה ובביתו של נאצר ובנוכחותו צלמתי את עבד אלסלאם שהוא קורא
4   (כך במקור) את הצוואה שכתב נאצר שהוא מחזיק בנשק M16 של נאצר כשהוא עושה תנועה של
5   השהאדה באצבע. צלמנו אותו במצלמת וידיו ומצלמה רגילה את הקלטת והתמונות לקח נאצר
6   מסרנו לעבד אלסלאם נשק M16 ושש מחסניות רשני רימוני יד אשר הביא נאצר. לאחר הצילום
7   בערך בשעה שמונה בערב אני יצאתי לחפש מונית ואכן מצאתי את אימן נהג מונית תושב בלאטה
8   כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוכי׳ מבלי לספר לו שמדובר במתאבד והוא הסכים
9   לכך והסיע את עבד אל סאלם לטוכי׳. את הרובה M16 והמחסניות ורימוני היד לקח בתיק לאחר
10  שפירקן את ה- M16 לשניים. כאשר עבד אל סאלם נסע לטוכי׳ במונית של אימן . נאצר התקשר
11  למחמוד טיטי ועדכן אותו שהבחור בדרך אליו, לציין שנאצר דיבר עם מחמוד טיטי לפני כן בכדי
12  שיכין את עצמו לקבלת עבד אלסלאם ובכדי לתת לו סיוע לשם כניסתו לישראל את זה ידעתי
13  מנאצר אני לא היה מעורב בשיחות ביניהם. נודע לי לאחר מכן שמחמוד טיטי קיבל את עבד
14  אלסאלם בטוכי׳ וכשהוא הגיע לחדרה הוא ביצע פיגוע באולם השמחות ושהוא נהרג והרג מספר
15  ישראלים אני חושב שישה במספר..."
16
17  אחמד ברנותי, ת/43ד׳:
18  "באותו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם מרואן ברנותי, עם כרים
19  עוויס ו"אבו רביעה" במסעדת האורתודוכסים ברמאללה פתאום הודיעו בטלויזיה על הפיגוע
20  באולם השמחות בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה
21  כלומר שאנשי גדודי שהדא אל אקצא עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא
22  יתן לי כרוז שבו הוא לוקח אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני
23  צילמתי אותו באלף עותקים והפצתי אותו ברמאללה"
24
25  אישום שלישי:
26
27  בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ במרכזי ירושלים כשהוא
28  חמוש ברובה M16 ושתי מחסניות וזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים

42



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד

כב' השופטת נ' אחיטוב

כב' השופטת ע' סלומון-צ'רניאק

1   שעברו במקום באותה עת וגרם בכוונה תחילה למותן של שרה המבורגר ז"ל בת 79 ואורה
2   (סבטלנה)סנדלר ז"ל בת 56, אשר הלכו לתנומן ברחוב ולפציעתם של עשרות אנשים נוספים אשר
3   לחלק מהם נגרמו חבלות חמורות. רמבדן נרה למותן על ידי שוטרים שהגיעו למקום. (ועיין
4   עדויות; ע"ת מסי 22 אבי בן עמי; ע"ת מסי 26 אסף אזולאי; ע"ת מסי 3 נצ"מ חגי דותן; ע"ת מסי
5   14 בן נעים חן; ע"ת מסי 15 נועם גבאי;ת\30(מוצגות);ת\48 (16-M ); ת\48א' (דו"ח תפיסת
6   מוצגים),ת\77(תצלומים מזירת האירוע); ת\78 (הודעת פטירה של המבורגר שרה ז"ל), ת\79
7   (הודעת פטירה של סנדלר אורה ז"ל)).
8
9   לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם מחמוד טיטי
10  ופעילים אחרים לבצע 'פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים
11  לשם קידומו של הקשר והוצאתו אל הפועל בהנחתגנו של הנאשם גיים רמדאן צויד, צולם כמחבל
12  נתאבד הכל על פי הדפוס האופייני לארגון כפי שתואר באישומים קודמים והוסע למקום הפיגוע.
13  לאחר הפיגוע הופץ הצילום של המחבל לאמצעי התקשורת.
14
15  הודיית הנאשם:
16  ת/5:
17  "11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".
18
19  ת/6:
20  "ש. איזה פיגוע בירושלים
21  ות. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".
22
23  "... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל מחמוד אלטיטי ואמר שהוא חבר של ראאד
24  כרמי וברצונו לנקום את הריגתו ומחמוד הודיע לי ואז נפגשתי עם סעיד והבנתי שהוא רוצה לבצע
25  את הפיגוע והתקשרתי לאחמד ברגותי ברמאללה וביקשתי שיוביל אותו לירושלים ואחמד הסכים
26  לכך וסעיד נסע ברכב צ'ובארי לרמאללה ושם נפגש עם אחמד ברגותי ולמחרת נסע סעיד לירושלים
27  וירה לעבר קבוצת שוטרים ואורחים ובפיגוע הזה נהרגו שני אנשים וסעיד".
28

43

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

| | |
|---|---|
| 1 | |
| 2 | דבר מה נוסף: |
| 3 | |
| 4 | אחמד ברגותי, ת/43א': |
| 5 | "אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני |
| 6 | אשלח אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו ולאחר כמה זמן הגיע |
| 7 | אלי סעיד רמאדן מכפר תל שכם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד |
| 8 | הקולנוע ברמאללה והתקשרתי למחמד אבו סטחה שיבוא גם כן ויהיה איתנו ומשם הלכנו לסלון |
| 9 | שסעיד הסתפר ואז התקשרנו לפראס חטאוי ושאלנו אותו אם יוכל להכניס את הבחור הזה |
| 10 | שרוצה לעשות פיגוע והנאבדות לירושלים ופראס אמר שהוא יכול לעשות זאת ואז הלך פראס |
| 11 | חטאוי במכוניתו לראות את הדרך מה קורה. ואני עם אחמד אבו סטרה לקחנו את סעיד שיפלל |
| 12 | ויאכל וקניתי לו מכספי בגדים ונעליים חדשים ב- 1,200 ש ואחרי כן אני אמרתי למחמד אבו |
| 13 | סטרה שיביא רובה M16 ו- 3 מחסניות עם כדורים ושייתן אותם לסעיד והוא הביא ואז הגיעו |
| 14 | למקום פראס חטאוי ומחמד סאמי במכונית האיסוזו של פראס וזה היה בצהרים שהם נסעו עם |
| 15 | סעיד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם סעיד. אני לא אמרתי להם לאן |
| 16 | שיסעו, לאן שרצו הם היו יכולים לקחת אותו. |
| 17 | ש-ת. אנחנו לא צילמנו את סעיד בוידאו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן. |
| 18 | שאלה: בתחילת העדות אמרת לי שאינם מכיר את פראס חטאוי מחמד סאמי וכל השאר ועכשיו |
| 19 | אני רואה שפגשת בהם. איך זה. |
| 20 | ותשובה: אני הכרתי אותם באוהל האבלים של ראאד כרמי ושם ראיתי אותם. בערך בארבע וחצי |
| 21 | בצהרים שמעתי בחדשות שהיה פגוע ירי ברחוב יפו בירושלים ואני ידעתי שזה הפגוע של סעיד. |
| 22 | ואז התקשרתי אל פראס חטאוי ושאלתי אותו אם זה הם ... שלקחו את סעיד לרחוב יפו ופראס |
| 23 | אמר שהם הורידו אותו ברחוב יפו ושמעו את היריות שירד לאחר שירד מהאוטו. למחרת היום |
| 24 | לקחתי מעלי פרזי ברגותי 1000 דולר ואמרתי לו שיצאו האנשים לבצע פיגוע וכי אבד הנשק בפגוע. |
| 25 | ונתתי לפראס חטאוי מחמד אבו סטריה ומחמד סאמי כל אחד 100 דולר על הפגוע הזה. לאחר מכן |
| 26 | הגיעו אלי פראס חטאוי מחמד סאמי וא-נוף ועוד בחור ששמו חוסאם שחאדה מקטנדוה ושאלו |
| 27 | אותי למה לא שילמתי להם על הפגוע שעשו ואמרתי להם שאבדוק זאתי". |
| 28 | |