44



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן – אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1
2    אישום רביעי:
3
4    בתאריך 9.3.02 הגיעו המחבלים שאהדי אלגיימי וסעיד בטא לאזור מלון "גרמי" ברחי גד מכנס
5    בנתניה כשהם חמושים, ברובי M16 ובריומני רסס. השניים ירו בצרורות לעבר אולם הכניסה של
6    המלון וכן השליכו שני ריומוני רסס. השניים הצליחו לגרום בכוונה תחילה למותה של התינוקת
7    אביה מלכה ז"ל בת שנה במהלך השתלטות כוחות הביטחון על השניים נורה גם ויחיא ישראל ז"ל
8    בן 29   אשר שהה בקרבת מקום. כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים
9    ולחלקם נגרמו חבלות חמורות (עיין עדויות; ע"ת מספר 2 תמ"צ פרנקו אהרון; מוצגת ת\2; ע"ת
10    מספר 10 ג.מ ; ע"ת מספר 16 רס"ר מלכה; הדוח ת\28; ת\26 (מסמכים רפואיים של ע"ת מסי 11;
11    ת\29-ת\30 (רובי סער); ת\31(תצלומים); ת\67 (חוד מומחה); ת\68(הודעת פטירה של מלכה אביה
12    ז"ל; ת\69- ת\71 (חוד מומחה)).
13
14    לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם טייטי וחדר
15    (ע"ת מספר 6) להוציא לפעל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אורחים ישראלים
16    רבים ובמסגרת התארגנות זו שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפעל גויסו שהיאדי
17    וסעיד  צוידו ברובה M16 שתים עשר מחסניות ושני ריומוני יד צולמו קוראים את צוואתם כשהם
18    מחזיקים רובה M16 והוסעו למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם
19    לכלי התקשורת והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ובוצע אותו.
20
21    הודיית הנאשם:
22    ת\5:
23    "6. מסרתי נשקים לביצוע פיגוע בנתניה".
24
25    ת\7:
26    "ש. האם יש לך קשר לפיגוע ירי בנתניה

45

בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:   כב' השופט ש' טימן - אב"ד
        כב' השופטת נ' אחיטוב
        כב' השופטת ע' סלומון-צ/רניאק

| | |
|---|---|
| 1 | ת. כן היה לי קשר בפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני |
| 2 | הפיגוע הזה כיומיים התקשר אלי אחמד אבו חדיר ואמר לי שביכולתו להכניס שניים לישראל על |
| 3 | מנת שיבצעו פיגוע התאבדות ואני פניתי למחמוד טיטי ושאלתי אותו באם הוא יכול להכניס |
| 4 | מתאבדים והשיב לי בחיוב ואני מסרתי לאחמוד שני רימונים ומחמוד טיטי מסר להם שני נשקים |
| 5 | מסוג M16 ואחמד אבו חדר צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקה אלשרקיה |
| 6 | ושם עזב אותם והלכו בדרך עפר לישראל ומשם לנתניה ואחמד חזר לשכם ואחרי מספר שעות |
| 7 | שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים |
| 8 | ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשרותי לכלי |
| 9 | התקשורת ולקחתי אחריות על הפיגוע |
| 10 | ש. האם יש לך מה להוסיף בקשר לפיגוע לפיגוע נתניה |
| 11 | ות. לא". |
| 12 | |
| 13 | דבר מה נוסף: |
| 14 | |
| 15 | אחמד אבו חדר (ע"ת 6 ) בת\13 |
| 16 | |
| 17 | "אני מודה שלפני כחודש סיפר לי נאצר עוויס כי הוא מתכוון לשלוח שני מתאבדים לעיר נתניה |
| 18 | לביצוע פיגוע התאבדות ובקש שאני אסייע להוביל את המתאבדים משכם לכפר ראעי וכנמובן אני |
| 19 | הסכמתי. |
| 20 | שאלה: מי הם שני המתאבדים האלה. |
| 21 | תשובה: המתאבד הראשון הוא שאדי אל נג'מי תושב מחנה עין בית אלמא והשני שמו סעיד בטא |
| 22 | ותשב מחנה עסקר ... שניהם נפגעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי שאדי נג'מי עבד |
| 23 | בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכה תושב אלעין שהוא בן 28 |
| 24 | שנים נשוי עובד במשטרה הימית בשכם והוא פעיל בכתאאב שהדאא אל אקצא. מכדי הוא שותפו |
| 25 | של נאצר ושלי בתכנון ושליחת המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים |
| 26 | בפונטיאק הגנובה בעלת לוחיות זיהוי ישראליות משכם לכפר ראעי ואני הסכמתי, באותו יום של |
| 27 | הפיגוע יצאתי בסביבות השעה שלוש בצהריים במונית לאזור גבל שמאלי בשכם ושם חיכו לי מכדי |
| 28 | מכהר ועמו שני המתאבדים בפונטיאק. שאדי לבש מכנסי ג'ינס כחולים וחולצה שחורה וסעיד |

46



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1    לבש מכנסיים ירוקים גשם מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפונטיאק. <u>שאלה</u>

2    איזה נשקים היו למתאבדים הנ"ל. <u>תשובה</u>: ברשות כל אחד מהם היה רובה M-16 וראיתי את

3    שאדי מחזיק שקית ניילון שחורה שבתוכה היה מטען נפץ ואחרי שהגענו לכפר ראעי התקשרתי

4    לנאצר עוויט והודעתי לו כי הגענו ונאצר ביקש לשוחח עם שאדי, ושמעתי את שאדי אומר לנאצר

5    כי הוא מכיר את  הדרך משם, ואז שאדי נתן לי את הפלאפון ונאצר הורה לי לחזור לשכם במונית

6    ואכן זה מה שעשיתי וכאשר חזרתי לשכם שמעתי בחדשות אודות הפיגוע בנתניה שבו נהרגו שני

7    המתאבדים ואני זוכר שדיברו על פיגוע בבית מלון בנתניה".

8

9    ת/18:

10    "<u>שאלה</u>: אתה בעדותך השניה אשר מסרת דיברת על פיגוע ההתאבדות בנתניה חודש לפני מסירתך

11    העדות ואתה טענת שתפקידך היה להוביל את שני המתאבדים משכם לכפר ראעי , מהיכן לקחת

12    אותם בדיוק והאם ידוע לך האם צולמו לפני יציאתם לבצע את הפיגוע?

13    <u>תשובה</u>: בנוסף לכך שהובלתי את שני המתאבדים שאדי וסעיד אני מודה שיום לפני הפיגוע

14    התקשר אלי נאצר עוויט וביקש ממני להגיע לכיכר בשכם ולאסוף את שאדי וסעיד ולאחר מכן

15    להגיע אליו לביתו במחנה בכדי שיתן לי צוואה שהכין עבור שני התאבדים וביקש ממני לקחת את

16    שני המתאבדים אף הביתה לצלם אותם ולהמתין להוראות.

17    וזה מה שעשיתי, אספתי אותם, לקחתי את הצוואה מנאצר גם מצלמת וידאו וכשהגעתי הביתה

18    אני צלמתי את שניהם שאדי קורא את הצוואה ושהם מחזיק בידיהם M-16 כל אחד.

19    <u>שאלה</u>: ממי קיבלו את הנשקים?

20    <u>תשובה</u>: אני לקחתי את הצוואה ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה

21    מחסניות מלאות בכדורים ורימון יד אחד ואני מסרתי להם אותם".

22

23

24

25

26

27

47

בתי המשפט

ביית משפט מחוזי תל אביב-יפו                                    פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2    אישום חמישי :
3
4    בתאריך 30.3.02 המחבלים מג'די חנפר ופתחי עמירי (להלן : מג'די ופתחי) היו בדרכם לביצוע פיגוע
5    בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. מג'די ופתחי נתקלו בכוח
6    של שוטרי מג"ב בסמוך לבאקה אל גרביה ופתחו בירי לעבר השוטורים וכן השליכו רימון רסט.
7    השניים הצליחו לגרום בכוונה תחילה למותו של שוטר מג"ב רס"ל קונסטנטין דנילוב ז"ל
8    ולפציעתו של השוטר רס"ב אמל איברהים (עיין עדויות ; ע"ת מס' 27 עמיר שר ; ע"ת מס' 18 סנ"צ
9    גנס פריד ; ע"ת מס' 19 פקד טל ורמוט ; ת\94 [דוח תפיסת מוצגים]; ת\72 - ת\73 (חריד מומחה) ;
10   ת\74 - ת\75 (תצלומים) ; ת\76 (חו"ד מומחה)).
11
12
13
14
15   לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם טיטי וחדר
16   (ע"ת מס' 6) להוציא לפעל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים
17   רבים ובמסגרת התארגנות זו, שבוצעה בהנחתו של הנאשם ולשם הוצאתו אל הפועל, גוייסו מג'די
18   ופתחי, צוידו ברובה M-16, ברימוני יד ובחמורת נפץ. הנאשם אף הורה לדאוג להגעתם של השניים
19   לישראל, העביר סכום כסף בסך 3,500 ₪ שנועדו לרכישת רכב גנוב ששימש להעברתם, וכן הורה
20   לחדר ללוות השניים חלק מהדרך. לאחר הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי
21   הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.
22
23   הודיית הנאשם :
24   ת\5 :
25   "10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התאבדות) שהיתה אמורה
26   להתבצע בחדרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקה אלגרביה".
27

48



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת ג' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

| | |
|---|---|
| 1 | ת/6: |
| 2 | "ת. כן אני ויאסר עבדנו יחד לשלוח מתאבדים עם מחמוד אלטיטי ואחמד אבו חדר מסילת |
| 3 | אלד"והר ובמרידה והיינו נוקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים |
| 4 | ביאסר ולפני כניסת הצבא לשכם כשבועיים ביקשתי מיאסר שינסה להשיג חגורת נפץ למתאבד על |
| 5 | מנת לבצע פיגוע בתוך ישראל ויאסר אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם |
| 6 | אחר לביצוע פיגוע בישראל וכשהגיע לבאקה אלגרביה ירו חיילים לעברו ושניהם נהרגו ובזמן |
| 7 | חילופי הירי נהרג שוטר משמר הגבול בבאקה |
| 8 | ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר |
| 9 | ת. בחדרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ |
| 10 | עצמו... |
| 11 | ש. מה סוג הרכב שנסעו בו המתאבדים |
| 12 | ת. לא ידוע לי אך מסרתי לאחמד 3,500 ₪ במספר על מנת שיקנה רכב גנוב להעברת המתאבדים |
| 13 | ואחמד נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבורי". |
| 14 | |
| 15 | |
| 16 | ת/7: |
| 17 | "ואחרי מעצרו הארבעה בדרכם לרמאללה פנה אלי מחמוד אלטיטי והודיע לי שברצונו לבצע פיגוע |
| 18 | התאבדות ליד חיילים ישראלים וביקש ממני נשק מסוג M16 והיה ברשותי חגורת נפץ ואני אכן |
| 19 | מסרתי לו M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אחר |
| 20 | יבצע ירי ועל פי דברי מחמוד אלטיטי הצליח לאתר שני אנשים שיבצעו את הפיגוע אדם אחד |
| 21 | בשכם והשני מגיוס |
| 22 | ש. איך הכיר מחמוד אלטיטי שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים |
| 23 | ת. על פי מה שסיפר לי שאחמד אבו חידאר הוא זה שהכיר לו את האדם משכם ומחמוד אלטיטי |
| 24 | הכיר את תושב גיוס |
| 25 | ש. מי הכניס את המתאבדים לישראל |
| 26 | ת. אדם בשם מנסור שריס מטול כרם |
| 27 | ש. איך נכנסו ואיך בוצע הפיגוע בישראל |

49



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

ת. נכנסו ברכב גנוב על ידי מנסור שרים ואחרי שנכנסו לישראל והיו בדרכם לחדרה על מנת לבצע    1
את הפיגוע, אחרי מספר שעות שמענו ברדיו שהמשטרה הישראלית חשדה ברכב והיו חילופי ירי    2
עם המתאבדים ונהרגו ונפגעו שניים מהמשטרה למיטב ידיעתי    3
ש. איך בוצע חילופי האש עם המשטרה    4
ת. בדרך לחדרה רכב משטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואחר    5
כך הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלי התקשורת    6
והודעתי להם שהפיגוע בוצע על ידי כתאב אלאקצה".    7

    8

דבר מה נוסף:    9

    10

ת/13 (עי"ת 6), אחמד אבו חדר:    11

"...ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר בקש לפגוש את המתאבד הזה.    12
ולמחרת לקחתי את מג'די לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארוני אותו    13
שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב    14
מיצובישי שחור גנוב תמורת 3,500 ₪ מתוצב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס    15
ואחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם מג'די עם    16
ג'יאד חנפר והופתעתי שישנו אדם נוסף בשם פתחי עמירי תושב שכם כבן 20 שנים וזו פעם    17
ראשונה שאני רואה את הצעיר הזה ואז נאצר עוויס סיפר לי כי שני הנ"יל מג'די חנפר ופתחי עמירי    18
עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר למג'די נשק מסוג 16-M ולפתחי מסר    19
שני רימוני יד, ובתוכנית היתה ששניהם יכנסו לישראל לכל מקום שאליו יוכלו להגיע ושם יבצעו    20
פיגוע התאבדות תוך כדי ירי ב-16-M וזריקת רימונים ואחרי שהכנו אותם הסעתי אותם עד כפר    21
ראעי ושם מסרתי אותם לזיאד אצאעצה . אותו זיאד שהוביל את המתאבד שספרתי עליו קודם    22
ובאותו יום הגעתי לכפר ראעי בסביבות השעה 11:00 .... וכעבור שעה נאצר התקשר וסיפר כי שמע    23
ששניהם נהרגו בבאקה לאחר שפגעו בשוטר של משמר הגבול".    24

    25

    26

    27



50



בתי המשפט

בית משפט מחוזי תל אביב-יפו                                    פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1
2                                                              אישום שישי :
3
4  במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מחבלים שזהותם אינה ידועה בדרכם
5  לביצוע פיגוע בירושלים, כשהם חמושים ברובי קלצ'ניקוב ורימוני יד. המחבלים נתפסו במחסום
6  צה"ל על ידי כוחות הביטחון ובכך נמנע בדרך נס פיגוע הרג המוני אליו יצאו השניים במטרה
7  לגרום בכוונה תחילה למותם של אזרחים ישראלים רבים.
8
9  לטענת המדינה הנאשם שכאמור היה אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר
10 עם אחמד אבו חדר ואחמד ברגותי ופעילים נוספים להוציא לפועל פיגוע שמטרתו יגרום למותם
11 בכוונה תחילה של אזרחים ישראלים רבים, במסגרת ההתארגנות שהנאשם עמד בראשה גייסו
12 המחבלים, צוידו ברובי קלצ'ניקוב ורימוני יד ואף הוסעו בדרך למקום הפיגוע.
13
14 הודיע הנאשם:
15
16                                                              ת/7:
17 " ...ואותה תקופה פנה אלי אחמד אבו חדר מכתאב שוהדאא אל אקצה ואמר לי שישנם שני
18 אנשים  ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי לאחמד ברגותי אודות
19 עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם אחמד אבו חד"ר שעלאא אבו מוצטפא
20 ואימן בדר יעבירו את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי לאחמד
21 ברגותי ומסרתי לו שהאנשים בדרך אליו , יש לציין שאחמד אבו חד"ר פנה אלי כי אני אחראי
22 כתאב שוהדאא אל אקצה
23 ש. האם ידע אימן בדר ועלאא אבו מוצטפא אודות הפיגוע
24 ת. אימן עובד נהג רכב ציבורי ועלאא חבר של אחמד אבו חד"ר ולא ידוע לי באם היו יודעים אודות
25 הפיגוע
26 ש. היכן סוכם שיפגשו ברמאללה
27 ת. עי"פ הסיכום אחמד אבו חיד"ר היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה
28 יתקשר אליי ואני אתקשר עם אחמד ברגותי ואודיע לו על מקומם על מנת שיפגוש אותם

51



בתי המשפט

בית משפט מחוזי תל אביב-יפו                          פ"ח 001137/02

בפני :    כב' השופט ש' טימן - אב"ד
          כב' השופטת נ' אחיטוב
          כב' השופטת ע' סלומון-צ'רניאק


| | |
|---|---|
| 1 | ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע |
| 2 | ת. פיגוע ירי וזריקת רימונים ואחמד אבו חדר מסר למתאבדים שני רימוני יד ועי"פ הסיכום |
| 3 | אחמד ברגותי היה אמור לתת להם שני רובים מסוג קלצ'ניקוב |
| 4 | ש. היכן היה אמור לבצע את הפיגוע |
| 5 | ת. בירושלים המערבית |
| 6 | ש. האם הפיגוע בוצע |
| 7 | ת. הארבעה נעצרו במחסום בדרכם לרמאללה |
| 8 | |
| 9 | דבר מה נוסף : |
| 10 | |
| 11 | ת/17, עד תביעה 6, אחמד אבו חדר : |
| 12 | "וכמו כן תכנו לבצע פיגוע התאבדות בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת |
| 13 | חגורות נפץ אך בדרך הם נעצרו והשניים שרצו לבצע את הפיגוע התאבדות הם (1) סעדי מקבול |
| 14 | משכות, כבן 20 רווק ומובטל (2) עלאא חלפפור תושב שכם כבן 20 רווק ועובד כמכונאי רכבים |
| 15 | אסוור זה שם כינוי וזה היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר |
| 16 | עווים ... שנבצע פיגוע במשרד הבטחון בת"א. אני שוחחתי על כך עם נאצר עווים ומחמוד טיטי |
| 17 | והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה ובסופו של דבר לא חיפשנו פעילים ולא |
| 18 | ביצענו זאת. בקשר לשני המתאבדים סעדי מקבול ועלאא את אסוור אשר היו בדרכם לרמאללה |
| 19 | לקבלת חגורות נפץ בכדי שימשיכו לירושלים לבצע פיגוע התאבדות ועל זה סיפרתי בעדותי |
| 20 | השניה. ברצוני להוסיף מספר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת וידאו כשהם |
| 21 | קוראים את הצוואה וברקע הנחתי דגל כתאבב שוהדאא אלאקצה ובזמן הצילום נופף בנשק מסוג |
| 22 | ברטה שאני מסרתי לו את הקליט..שאורתי ונאצר עווים לאחר מכן, באותו לילה ישנו שלושתנו |
| 23 | בדירה ולמחרת בבוקר התקשרתי לאימן (נהג מונית, אני מתקן התקשרתי לחברי בשם עולה |
| 24 | מוצטפא ובקשתי ממנו שישלח לי מונית לדירה שבה אני הייתי עם הצעירים והוא שלח לי נהג |
| 25 | מונית בשם אימן, ושהגיע בשעה 10 בבוקר שני הצעירים עלו במונית ואני בקשתי מהם שברגע |
| 26 | שהם מגיעים לרמאללה.הם מתקשרים.אלי ואני לפי התוכנית מתקשר לנאצר עווים והוא דואג |
| 27 | לשלוח להם את אלו שאמוֹדים לספק להם חגורות נפץ, שכחתי לציין שאני מסרתי להם רימון יד |
| 28 | שקינבלתי מנאצר עווים בכדי שישתמשו בו. הכוונה להשליך את הרימון לפני פיצוץ חגורות הנפץ. |

52



בתי המשפט

בית משפט מחוזי תל אביב-יפו                                   פח 001137/02

בפני:     כב' השופט ש' טימן - אב"ד
           כב' השופטת נ' אחיטוב
           כב' השופטת ע' סלומון-צ'רניאק

1    שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני הצעירים יעלו למכונית אני
2    הודעתי זאת לנצר עוויס".
3
4    אישום שביעי :
5
6    במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע
7    פיגוע התאבדות בירושלים כשהוא חמוש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים.
8    בהיוותו בדרכו למקום הפיגוע, ליד בית חנינא, נעצר המחבל הזה על-ידי שוטרים ונורה למות.
9
10   לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם טיטי להוציא
11   לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת
12   התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל גייס המחבל גויס ואצויד באמל"ח.
13
14
15
16
17
18   הודיית הנאשם :
19   ת/6 " שאלה : האם אתה מכיר אדם בשם לואי עודה
20   תשובה : כן הכרתי אותו באוניברסיטת אלנג'אח והוא השתייך לחזית העממית ואני גייסתי אותו
21   לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה בגיוסו לשוהדא-אלאקצה על מנת
22   שיסייע לנו בפיגועים באיזור ירושלים ושיכנוע מתאבדים(מוסתשהידים) לירושלים ואני גם כן
23   ביקשתי מלואי שילמד אותנו ייצור חומר נפץ יותר חזק מהחני"מ שהשתמשנו בו ולואי הסביר לי
24   בטלפון כיצד מייצרים חומר (אום אלעבד) והשבתי לו שאנחנו יודע לייצר אום אלעבד. ולפני חודש
25   וחצי לערך ביקשתי מלואי שיבדוק דרך להכנסת מתאבד לירושלים ואמר לי שיבדוק את העניין
26   ועי"פ התכנון מחמוד אלטיטי הוא זה שאיתר מתאבד ותפקידי היה לתאם בין מחמוד ולואי על
27   מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע אך ללא הצלחה מאחר והשוטרים ירו

53



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון רמאללה ולא ידוע לי שמו של
2   המתאבד".
3
4   דבר נוה :
5   להודיה באישום זה לא נמצא דבר מה ישיר ונפרד.
6   אלא, שהעובדות שהוכחו - על היות הנאשם מהנהיג בארגון טרוריסטי שמטרתו לבצע מעשי
7   אלימות המכוונים לגרום למותם של בני אדם ולחבלתם, ובהיות הנאשם בעל מניע ברור להוציא
8   אל הפועל מעשים כאלה ובעל הזדמנות לבצעם ואף הגשים חלק גדול מהם, כפי שהוכח בכל אחד
9   מהאישומים האחרים - מבססות מסקנה כי ניתן לראות בדבר המה המצטבר שנמצא לגבי כל
10  אחת מההודיות באישומים האחרים, דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין
11  ולצורך זה את סדרת העבירות בהן קשור הנאשם כמסכת אחת.
12
13
14
15
16
17
18                                                              אישום שמיני :
19
20   לטענת המדינה באישום השמיני :
21   "יא. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים
22   בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים
23   ישראלים, בסמוך לקבר יוסף בשכם.
24   במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים
25   בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה"ל שהייתה ממוקמת בסמוך לקבר יוסף.
26

54



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

ב. עו"ר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגוע
ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בהר גריזים, וכן לעבר
עמדות נוספות של צה"ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.
במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם
פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית
בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר
מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים
בארגון הטרוריסטי, לבצע פיגועים כנגד אזרחים ישראלים וחיילי צה"ל.
במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע
הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם,
בפיגועים שיפורטו להלן:

1. פיגוע הירי על התנחלות חומש.
2. הנחת מטען חבלה בכביש עוקף זועתא-עצירה.
3. פיגוע ירי ברובה M-16 כנגד סיור צבאי בדיר-שארף.
4. הנחת מטען בצרה".

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים
ומעשיו אלה הם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם:
ת/5א' 2". ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם
3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

55



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

| | |
|---|---|
| 1 | 4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זוואתה...". |
| 2 | |
| 3 | "13. סיפקתי לעבד אל רחמן עבדאללה שני מטענים + קלצניקוב שהניח אותם בקרבת כפר צרה |
| 4 | שכם |
| 5 | 14. סיפקתי למגידי חלוס מטען נפץ שהנים אותם בדרך לדיר שרן לעבר סיור ישראלי". |
| 6 | |
| 7 | ת/6אי : "ת. כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...". |
| 8 | |
| 9 | "יש. על איזה פיגועים שוחחת עם מוניר מקדח |
| 10 | ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגועי ירי שביצעתי אני |
| 11 | ומואייד ג'מיל ומחמוד אלטיטי וקאחיד אבו מוצטפה בקרבת מחנה חוארה לעבר רכב צבאי וכן |
| 12 | שוחחתי עמו אודות הנחת מטעני נפץ בקרבת זוואתה ובפיגועים הללו השתתפתי אני ומואייד ג'מיל |
| 13 | ומחמד יאכ ומחמוד אלטיטי ואחמד אבו חידיר...". |
| 14 | |
| 15 | "יש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר |
| 16 | ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור |
| 17 | המחנה בחוארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרן 5. פיגוע ירי לעבר |
| 18 | רכבים צבאיים... 7. יריי לעבר רכבים |
| 19 | ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים |
| 20 | ת. כן לפני כשבעה חודשים השתתפתי עם מג'ד אל מצרי בזיו ויאסר אל באמי בירי בשלוש פעמים |
| 21 | לעבר עמדה צבאית בהר גריזים...". |
| 22 | |
| 23 | "יש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חוארה |
| 24 | ת. לגני כחצי שנה לערך השתתפתי עם יאסר אלבדר בפיגוע ירי לעבר ג'יפ במחנה חוארה וכל אחד |
| 25 | ירה וחצי מחסנית לערך והחיילים השיבו באש לעברנו |
| 26 | ש. האם אתה יכול לפרט פיגוע ירי לעבר מכונית כפי שציינת לעיל |

56



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני :    כב׳ השופט ש׳ טימן - אב״ד
          כב׳ השופטת נ׳ אחיטוב
          כב׳ השופטת ע׳ סלומון-צ׳רניאק

1   ת. כן השתתפתי בפיגוע ירי עם יאסר אלבדו ומואייד ג׳מיל וכאיד אבו מוצטפא ויריון לעבר טנק
2   באזור חוארה (המחנה) ויריגו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבעה אחה״צ לערך וכל
3   אחד ירה מחסנית לעבר הטנק״.
4
5   ״... וכן לקחתי מאבו שראאר שני טילי טנק ישנים על מנת להוציא מהם את חומר הנפץ ואשתמש
6   בחומר למטעני נפץ ובמטענים השתמשתי על הכביש העוקף בזואתה – עצירה כנגד רכבים צבאיים
7   ש. כמה מטענים יצרת מהטילים שנתן לך אבו שרר ואיך השתמשת בהם
8   ת. אחרי שלקחתי את הטילים מאבו שרר מסרתי אותם למחמוד אלטיטי ממחנה בלאטה ומחמוד
9   ייצר מהם מטען והוא זה שהניח את המטען בכביש העוקף
10  ש. האם זכר לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען
11  ת. המטען הונח במהלך אינתיפאדת אלאקצה ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא
12  פוצץ את המטען לפני שהתפוצץ״.
13
14  ״שלחותי את מהדי מרקה שיסיע את מחמד קאסם ומואייד ג׳מיל וקאיד אבו מוצטפא שיניחו
15  מטען על הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק
16  והחזירו את המטען והשתמשו בו באזור וזואתה נגד רכב צבאי ולא ידוע לי באם נפגעו אנשים
17  בפיגוע הזה״.
18
19  ״יש. האם היה לך קשר עם מגידי חלוס
20  ת. כן לפני כעשרה חודשים לערך לקחנו מהם מטען והניח אותו על הכביש בדיר שרן ופוצץ את
21  המטען לעבר סיור צבאי״.
22
23  ״...ומסרתי לו נשק מסוג M16 ויאסר ביצע פיגוע ירי מהגשק שמסרתי לו, הפיגוע היה לעבר רכב
24  ישראלי בכביש העוקף מזרחית לשכם ועי״פ דברי יאסר לא פגעו ברכבי״.
25
26  ״ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל
27  ת. כן לפני שמונה חודשים לערך פנה אלי מגידי סמיר חלוס ממחנה בלאטה ואמר שמתגורר בדיר שרן
28  וביקש ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק״ג שקיבלתי ממואייד

57

בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' טלומון-צ'רניאק

1  ג'ימיל והפעילה באמצעות חוטים ועל פי מה שידוע לי מג'די הניח את המטען על הכביש הראשי
2  בדיר שרן ופוצץ את המטען לעבר סיור צבא ונגרם נזק לג'יפ ולא ידוע לי באם נפגעו אנשים".
3

4  "ת. כן לפני מספר חודשים הציע לי עבד אל רחמן עבדאללה תושב צרה בעת שלמד באוניברסיטת
5  אלנג'אח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטעינים וקלצ'ניקוב
6  וכשמסרתי לו את המטענים והנשק היה עמו אדם שקוראים לו לוטפי עבדאללה תושב צרה ותם
7  פוצצו את המטענים לעבר טנק באזור תוארה והתפוצץ מטען אחד ואחרי זה ירו לעבר הטנק
8  ואחרי הפיגוע החזירו לי את הנשק".
9

10  8/ת "... והיה עמו אדם מדיר שרן ומג'די ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור
11  צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי ממוחמד ג'מיל סנסור ועי"פ המידע
12  שברשותי מג'די ביצע את הפיגוע נגד סיור צבאי באזור דיר שרן".
13

14  "ת. כן לפני חמישה חודשים לערך מואייד ג'ימיל הכיר לי אדם בשם איאד שיודע להכין חומר נפץ
15  ומטעינים ולקחתי ממנו חמש מטענים ומחמד אלטיטי ומואייד ג'מיל הניח את המטענים ליד
16  זאותה ופעם נסעתי אני ומואייד להניח מטען מחיילים ...., אותנו ונמלטנו והיה יחד עמו כאיד
17  אבו מוצטפא ואת המטען עזבנו כשנמלטנו".
18
19  דבר מה נוסף:
20
21
22  12/ת, עד תביעה 6, אחמד אבו חדר:
23  "תשובה: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר
24  עמדת צבא שנמצאת על הר גריזים, באותו יום נאמר עווייס נתן לי נשק מסוג M-16 וכולנו יצאנו
25  לכיוון העמדה, התמקמנו באזור דאחיה בשכם ומשם בצענו ירי לעבר עמדת הצבא לעבר הר
26  גריזים. אני אישית יריתי כעורים כדורים ושאר האנשים ירו כל אחד מהנשק שהיה ברשותו לעבר
27  העמדה זהו היה בסביבות השעה עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום.
   שאלה: האם השתתפת בפיגועי ירי נוספים לעבר העמדה הזו או לעבר עמדות נוספות.

58



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני:    כב' השופט ש' טימן - אב"ד

כב' השופטת נ' אחיטוב

כב' השופטת ע' סלומון-צ'רניאק

1    <u>תשובה</u> : אני מודה שהשתתפתי עוד כשש פעמים בירי אותה עמדה בהר גריזים עם אותם

2    אנשים ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שנמצאת בגיבל שמאלי מעל מחנה

3    עין בית אלמא וכמובן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה,

4    בכל הפעמים האלה נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עוויס".

5

6    ת/13 :

7    "...ובאותו יום עאמר הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים

8    לטובת הפיגוע ואני הודעתי לעאמר שאני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס

9    במחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטענים ואז נאצר התקשר למחמוד טיטי ובקש

10    ממנו שני מטענים, וכעבור שעה מחמוד טיטי הגיע והביא עמו שני מטענים שמורכבים מצינור

11    באורך 30 ס"מ קוטר 40 ס"מ כל צינור סגור משני צדדיו ומצד אחד יוצאים חשמל לבנים ואחרי

12    זה עאמר קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מעאמר שבוצע

13    פיגוע נגד ג'יפ צבאי בסילת אל דכר בשעות הלילה והפעילו את המטענים כנגד הג'יפ אך לא קרה לו

14    דבר".

15

16

17    ת/18 :

18    "<u>תשובה</u> : אני בעדותי השניה הודיתי שאני יחד עם החברים שלי פאדי אבו עלי ויאסר רחאל

19    ביצענו שני פיגועי ירי לעבר הישוב חומש וזה ... הכל האמיתי ששלושתינו ביצעו בארבעה חמשה

20    פעמים ירי לעבר הישוב חומש והירי כוון לעבר מגדל השמירה שנמצא בקצה של חומש מצד סילת

21    הלדהה ולעבר הבתים בישוב וזה היה במהלך השלושה החודשים הראשונים בתחילת אנתיפאדת

22    אלאקצה, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזכור לי שבכל

23    המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמל"ח בכל

24    הפיגועים הזכורים לעיל אני יריתי ב-M-16 ולפאדי מסרתי קלצניקוב וליאסר מסרתי גלוק את

25    הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה לפיגוע.

26    <u>שאלה</u> : מאיזה מרחק יריתם לעבר הישוב חומש?

27    <u>תשובה</u> : מרחק של כק"מ.

     <u>שאלה</u> : איזה פיגועי ירי נוספים בהם השתתפת?

59



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני : 　כב' השופט ש' טימן - אב"ד

כב' השופטת נ' אחיטוב

כב' השופטת ע' סלומון-צ'רניאק

תשובה : בערך בתחילת שנת 2001 אני ופאדי אבו עלי ויאסר רתאל ירינו לעבר ג'יפ אבטחה בתוך 1

הישוב חומש במרחק של כ-500 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני 2

יריתי מנשק 16M, פאדי ירה בקלצ'ניקוב ויאסר ירה בקרלו אותם נשקים שהשתמשנו בהם בירי 3

הקודם לעבר חומש אותם נשקים שאני לקחתי מנאצר עוויס, לאחר הירי שלנו החיילים השיבו 4

באש ואנחנו ברחנו מהמקום ... תשובה : אני והוא לא עשינו דבר חוץ ממה שהזכרתי לעיל אך 5

ברצוני לציין שחכם גיזארי בקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגוע ירי 6

לעבר חיילי צה"ל ואני מניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מנאצר 7

עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשק". 8

ת/47ב, עד תביעה 25, יאסר אבו בכר : 12

"מחמוד פארס כבן 25 תושב שכם ואסעד אסמעיל כבן 27 תושב בית איבא עשינו פיגוע מטען 13

חבלה וירי בכביש העוקף ליד בית איבא. כאשר הגענו לכניסה לבית איבא אני התקשרתי לנאצר 14

עוויס והוא אמר לי שהוא שולח לנו אנשים ואמל"ח עבור הפיגוע. לאחר חצי שעה הגיעו למקום 15

מחמוד טיטי ואחמד אבו חדר הם הגיעו ברכב ברכב בצבע לבן. כל אחד מהם היה עם רובה 16-M וכמו 16

כן ברכב היה מקלע 250 ומטען חבלה בתוך מטף כיבוי (אטפאייה). בערך בשעה 23:30 יצאנו כולנו 17

ברכב הלבן כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. אסעד אסמעיל ועאמד מחמוד 18

פארס הניחו את מטען החבלה על הכביש וחיברו חוט למטען החבלה כי זה היה מטען שמופעל ע"י 19

חוטים ובטריה. איך שהם חיברו את החוטים ופתאום חיילי צה"ל שהיו במארב פתחו עליהם 20

באש. שאחד נהרג ואסעד נפצע ברגלו. מחמוד טיטי ומחמד אבו חאדר ירו לעבר חיילי צה"ל אחר 21

כך אני יחד עם מחמוד טיטי ומחמד אבו חאדר ברחנו מהמקום". 22

ת/40א, עד תביעה 21, מחמד ידך : 24

"תשובה : בתחילת אינתיפאדת אלאקצא, השתתפי בפעילות וזריקת אבנים לעבר קבר יוסף בשכם, 25

ועל כוחות הצבע בשכם, בחודש 6 שנת 02 פנה אלי מחמוד אלטיטי ואמר לי שהוא מתכוון להקים 26

חוליה צבאית שייכת לתנזים פתיח, והציע לי להתגייס לחוליה הצבאית, ואמר לי מחמוד שמטרת 27

הקמת החוליה הוא לבצע פיגועים נגד הצבא הישראלי באזור שכם, אני הסכמתי לכך, ובמסגרת 28

60



בתי המשפט

בית משפט מחוזי תל אביב-יפו                    פח 001137/02

בפני:    כב' השופט ש' טימן - אב"ד
         כב' השופטת נ' אחיטוב
         כב' השופטת ע' סלומון-צ'רניאק

1   החוליה הצבאית השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגועי
2   תירי (1) מחמוד אלטיטי (2) אחמד אבו חדר לעיל (3) נאצר עויס כבן 35 שנה ממחנה בלאטה והוא
3   אחראי התנזים בשכם ...
4   שאלה: מי היה מתכנן ומכין לביצוע הפינועים שבהם אתה השתתפת.
5   תשובה: נאצר עויס הוא זה שהיה מתכנן לביצוע הפינועים, והוא זה שהיה מספק לנו כלי נשק.
6   שאלה: לאיזה עמדות צבאיות ישראליות ביצעתם את הירי.
7   תשובה: בצענו ירי לעבר עמדה צבאית הנמצאת בהר אלטנה, כמו כן ירינו לעבר ההתנחלות אלון
8   מורה וירינו גם לעבר מחסום צקן סמוך לחווארה ...
9   הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי מחמוד טיטי, נאצר עויס ואמר לנו שצעירים
10  מתנזים רוצים להניח מטען חבלה בכביש העוקף באזור בית אירה ובקש ממני ומן מחמוד אלטיטי
11  להשתתף עם הצעירים בפינוע הנחת המטען. ... הפיגוע העשירי היה פיגוע ירי לעבר ההלוויה ...
12  ההלוויה עברה מחווארה ליצהר וכאשר הגיעו לכניסה למחנה חוזארה אני ונאצר עויס ויאסר
13  אלכדוי ומחמוד אלטיטי ביצענו ירי לעבר משתתפים בהלוויה. הצבא השיב אש ואני ונאצר
14  ומחמוד ויאסר ברחנו מהמקום ופנינו למחנה...".
15
16   עובדות האישום הוכחו.
17
18
19
20   עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה
21
22   והמדינה מיחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.
23   עבירות של ניסיון לרצח בכל האישומים.
24   עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.
25   עבירות של ניסיון לגרימת חבלה חמורה באישום השישי והשביעי.
26
27   בהקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.
28

61



בתי המשפט

בית משפט מחוזי תל אביב-יפו

בפני :   כב' השופט ש' טימן – אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1    סעיף 29(א) לחוק העונשין תשל"ז-1977 משמיענו כי כמבצע עבירה יחשב גם מבצעה בצוותא
2    או באמצעות אחר.

3
4    הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ
5    בתוצאות המעשים הנפשעים בכל מאודו והיה ראש להגשמת תכנית משותפת המבוצעת
6    בצוותא לגרום בכוונה תחילה למותם ולחבלתם של קורבנותיו כפי שהוכח.
7    אין לנו ספק ספיקא על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועבודי נ' מדינת
8    ישראל, פ"ד מ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלוני נ' מדינת ישראל, פ"ד
9    נ(3) 388).

10
11    התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית,
12    בזדון במטרה והחלטה לגרום למות, מתוך מחשבה קרה התנהגות נשלטת ויישוב הדעת
13    ולאחר הכנה קפדנית ומדוקדקת.
14    אין לנו ספק ספיקא כי יסודות עבירות הרצח בכוונה תחילה מולאו כי העבירות הוכחו וכי כפי
15    שפורט לעיל הנאשם ביצע אותן.

16
17    פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

18
19    תוכניתו של הנאשם לגרום בכוונה תחילה למותם של אזרחים רבים והוצאתה אל הפועל כמתואר
20    לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה
21    וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

22
23    נשיאת נשק שלא כדין
24
25    המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.
26
27

בתי המשפט

בית משפט מחוזי תל אביב-יפו

פח 001137/02

בפני: כב' השופט ש' טימן - אב"ד

כב' השופטת נ' אחיטוב

כב' השופטת ע' סלומון-צ'רניאק

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "נשק" כהגדרתו בסעיף 144(ג) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי לעבד אל סאלם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת\5)

וכן את הודאתו בפיגועי הירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמחבלים סעיד רמדאן ועבד אל סאלם עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאחר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

63



בתי המשפט

פ"ח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני : כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

‎1‎
‎2‎
## סיכום
‎3‎ לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל
‎4‎ המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :
‎5‎
‎6‎ חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש"ח- 1948
‎7‎ קשר לבצע פשע בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977
‎8‎ רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל"ז-1977
‎9‎ ניסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל"ז-1977
‎10‎ גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל"ז-1977
‎11‎ ניסיון לגרימת חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25לחוק העונשין תשל"ז-1977
‎12‎ נשיאת נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל"ז-1977
‎13‎

ע' סלומון צ'רניאק,
שופטת

‎14‎ ## השופט ש' טימן, אב"ד , והשופט נ' אחיטוב:
‎15‎ קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד השופטת צ'רניאק ואנו מסכימים
‎16‎ לתוצאה אליה הגיעה.
‎17‎

נ' אחיטוב,
שופטת

ש' טימן, שופט
אב"ד

‎18‎
‎19‎
‎20‎

64



בתי המשפט

פח 001137/02

בית משפט מחוזי תל אביב-יפו

בפני :    כב' השופט ש' טימן - אב"ד
כב' השופטת נ' אחיטוב
כב' השופטת ע' סלומון-צ'רניאק

1
2
לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור
בחוות-דעתה של כב' השופטת צ'רניאק.

3
4
5
6       ע. צ'רניאק, שופטת        נ. אחיטוב, שופטת      ש. טימן, שופט- אב"ד
7
8       ניתן והודע היום, כ"ט בניסן תשס"ג, 1 במאי 2003, במעמד ב"כ הצדדים והנאשם.
9
10
11



I, Alon Gillon, Judge,
Deputy Director of Courts,
certify that the signature and seal
appearing on the document overleaf
are the signature and seal of

M. 7 AKAFA

Date _16.6.2010_

Deputy Director of Courts

אני אלון גילון, שופט, סגן מנהל בתי המשפט,
מאשר בזה, כי החתימה על חמסמך מעבר
לדף היא חתימתו של _____
כשהנגשנא מזרם/רשם/שופט ראשי/שופט
מוכיר ראשי של בימ״ש המחוזי/שלום _____
וכי החותמת היא חתימת של בית משפט
המחוזי/שלום _____

תאריך _16.6.2010_

סגן מנהל בתי המשפט _____

אני לon בנמלך, רשמת בימ״ש העליון
מאשרת בזה, כי החתימה על מסמך מעבר
לדף היא חתימתו של _____
כשהנגשנא מזרם/רשם/שופט ראשי/שופט
מוכיר ראשי של ביומ״ש המחוזי/שלום _____
וכי החותמת היא החותמת של בית משפט
המחוזי/שלום _____

תאריך _27.2.14_



ליאת בנמלך
27-02-2014
רשמת בית המשפט העליון

ליאת בנמלך
27-02-2014
רשמת בית המשפט העליון

I, Liat Benmelech
Registrar of the Supreme Court,
certify that the signature and seal
appearing on the document overleaf
are the signature and seal of

Zeharya Akele, Dep Gen Sec, District, court Tel-Aviv

Date: _27.2.1_

## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

| | | | |
|---|---|---|---|
| 1. | STATE OF ISRAEL | | מדינת ישראל | 1. |
| 2. | THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY MR./MS | בנמלך ליאת benmelech liat | מסמך ציבורי זה נחתם בידי מר/גב׳ | 2. |
| 3. | ACTING IN THE CAPACITY OF | | המכהן בתור רשמית | 3. |
| 4. | BEARS THE SEAL/STAMP OF THE MINISTRY OF | בית משפט עליון JUSTICE | נושא את החותם/חותמת של משרד | 4. |
| 5. | CERTIFIED AT THE MINISTRY OF FOREIGN AFFAIRS | | אושר במשרד החוץ | 5. |
| 6. | THE | HILA OHANA 27/2/2014 חילה אוחנה | ביום | 6. |
| 7. | BY | החוזר למיניציה קונסיליריים | על-ידי | 7. |
| 8. | NO 740460. | | מס׳ 740460 | 8. |
| 9. | SEAL/STAMP | | חותם/חותמת | 9. |
| 10. | SIGNATURE, JERUSALEM | | חתימה, ירושלים | 10. |