# EXHIBIT D

# DOCUMENTS EVIDENCING CONVICTIONS
*Sokolow, et al. v. PLO, et al.*

| PERPETRATOR | TAB | EXHIBIT | DOCUMENT |
|---|---|---|---|
| Mohamed Abdullah | A | 424 | Hearing Record (Guilty Plea, Decision and Verdict) |
| | B | 422 | Amended Indictment |
| Majed Al-Masri | A | 384 | Summary Verdict, Sentencing Arguments, Sentencing and Full Verdict |
| Qahira Al-Sa'adi | A | 349 | Hearing Record (Decision, Guilty Plea, Verdict and Decision) |
| | B | 348 | Amended Indictment |
| Abdel Karim Aweis | A | 375 | Hearing Record (Guilty Plea, Verdict and Decision) |
| | B | 356 | Amended Indictment |
| Nasser Mahmoud Aweis | A | 362 | Trial Verdict |
| Abdullah Barghouti | A | 431 | Hearing Record (Decision, Guilty Plea, Verdict and Decision) |
| | B | 452 | Indictment |
| Ahmed Barghouti | A | 358 | Hearing Record (Guilty Plea and Verdict) |
| | B | 357 | Amended Indictment |
| Bashar Barghouti | A | 398 | Hearing Record (Decision, Guilty Plea, and Verdict) |
| | B | 390A | Amended Indictment, Sentencing |
| Marwan Barghouti | A | 451 | Trial Verdict |
| Fares Ghanem | A | 390B | Bench Verdict |
| Ibrahim Abdel Hai | A | 361 | Hearing Record (Guilty Plea and Verdict) |
| | B | 360 | Amended Indictment |
| Ali Mohamed Abu Haliel | A | 303 | Bench Verdict |
| Hilmi Hamash | A | 313 | Bench Verdict |
| Mohamed Ma'ali | A | 291 | Hearing Record (Decision, Decision, Guilty Plea, Verdict, Sentencing Arguments, Decision) |
| | B | 289 | Indictment |
| Abdul Rahman Maqdad | A | 295 | Hearing Record (Guilty Plea, Verdict, Sentencing Arguments and Sentencing) |
| | B | 275 | Indictment |
| Mohamed Mousleh | A | 419 | Hearing Record (Verdict and Decision) |
| | B | 420 | Hearing Record (Decision and Guilty Plea) |

| PERPETRATOR | TAB | EXHIBIT | DOCUMENT |
|---|---|---|---|
| | C | 418 | Amended Indictment |
| | | | |
| Munzar Noor | A | 322 | Bench Verdict |
| | | | |
| Ahmed Sa'ad | A | 298 | Bench Verdict |
| | | | |
| Ahmed Salah | A | 260 | Hearing Record (Decision, Guilty Plea, Verdict, Sentencing Arguments and Sentencing) |
| | B | 261 | Indictment |
| | | | |
| Nasser Shawish | A | 382G | Hearing Record (including Trial Verdict)(p. 80) |
| | B | 366 | Indictment |
| | | | |
| Sana'a Shehadeh | A | 342B | Hearing Record (Decision and Guilty Plea) |
| | B | 342C | Hearing Record (Verdict and Decision) |
| | C | 342A | Amended Indictment |
| | | | |
| Fuad Shubaki | A | 889 | Trial Verdict |

2

**APOSTILLES FOR DOCUMENTS EVIDENCING CONVICTIONS**
*Sokolow, et al. v. PLO, et al.*

| PERPETRATOR | TAB | EXHIBIT | DOCUMENT |
|---|---|---|---|
| Mohamed Abdullah | A | 424 | Hearing Record (Guilty Plea, Decision and Verdict) |
| | B | 422 | Amended Indictment |
| Majed Al-Masri | A | 384 | Summary Verdict, Sentencing Arguments, Sentencing and Full Verdict |
| Qahira Al-Sa'adi | A | 349 | Hearing Record (Decision, Guilty Plea, Verdict and Decision) |
| | B | 348 | Amended Indictment |
| Abdel Karim Aweis | A | 375 | Hearing Record (Guilty Plea, Verdict and Decision) |
| | B | 356 | Amended Indictment |
| Nasser Mahmoud Aweis | A | 362 | Trial Verdict |
| Abdullah Barghouti | A | 431 | Hearing Record (Decision, Guilty Plea, Verdict and Decision) |
| | B | 452 | Indictment |
| Ahmed Barghouti | A | 358 | Hearing Record (Guilty Plea and Verdict) |
| | B | 357 | Amended Indictment |
| Bashar Barghouti | A | 398 | Hearing Record (Decision, Guilty Plea, and Verdict ) |
| | B | 390A | Amended Indictment, Sentencing |
| Marwan Barghouti | A | 451 | Trial Verdict |
| Fares Ghanem | A | 390B | Bench Verdict |
| Ibrahim Abdel Hai | A | 361 | Hearing Record (Guilty Plea and Verdict ) |
| | B | 360 | Amended Indictment |
| Ali Mohamed Abu Haliel | A | 303 | Bench Verdict |
| Hilmi Hamash | A | 313 | Bench Verdict |
| Mohamed Ma'ali | A | 291 | Hearing Record (Decision, Decision, Guilty Plea, Verdict, Sentencing Arguments, Decision) |
| | B | 289 | Indictment |
| Abdul Rahman Maqdad | A | 295 | Hearing Record (Guilty Plea, Verdict, Sentencing Arguments and Sentencing)Indictment |
| | B | 275 | Indictment |
| Mohamed Mousleh | A | 419 | Hearing Record (Verdict and Decision) |
| | B | 420 | Hearing Record (Decision and Guilty Plea) |

| PERPETRATOR | TAB | EXHIBIT | DOCUMENT |
|---|---|---|---|
| | C | 418 | Amended Indictment |
| | | | |
| Munzar Noor | A | 322 | Bench Verdict |
| | | | |
| Ahmed Sa'ad | A | 298 | Bench Verdict |
| | | | |
| Ahmed Salah | A | 260 | Hearing Record (Decision, Guilty Plea, Verdict, Sentencing Arguments and Sentencing) |
| | B | 261 | Indictment |
| | | | |
| Nasser Shawish | A | 382G | Hearing Record (including Trial Verdict)(p. 80) |
| | B | 366 | Indictment |
| | | | |
| Sana'a Shehadeh | A | 342B | Hearing Record (Decision and Guilty Plea) |
| | B | 342C | Hearing Record (Verdict and Decision) |
| | C | 342A | Amended Indictment |
| | | | |
| Fuad Shubaki | A | 889 | Trial Verdict |