# EXHIBIT A

```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARK SOKOLOW,
 4
                                    PLAINTIFF,
 5

 6              -against-          Case No:
                                   04-397(GBD)(RLE)
 7

 8    PALESTINE LIBERATION ORGANIZATION,

 9                                  DEFENDANT.
      ------------------------------------------X
10

11              DATE:  January 10, 2012

12              TIME:  10:00 A.M

13

14

15         VIDEOTAPED DEPOSITION of the

16    non-party witness, MOSAAB HASSAN YOUSEF,

17    taken by the Plaintiff and Defendant,

18    pursuant to an Order and to the Federal

19    Rules of Civil Procedure, held at The

20    Berkman Law Offices, 111 Livingston Street,

21    Brooklyn, New York  11201, before RICHARD

22    W. BARRY, a Notary Public of the State of

23    New York.

24

25
```

```
 1                    - Y O U S E F -
 2               Are you comfortable with that?
 3        A.     Well, I will do my best to be
 4   comfortable.
 5        Q.     Okay.
 6               Thank you.
 7               Where were you born?
 8        A.     Ramallah.
 9        Q.     Where is that?
10        A.     It is in the West Bank.
11        Q.     And I will ask the Court
12   Reporter to-- there will be a lot of Arabic
13   words, names, so, it is important to us
14   that they come out in some coherent way.
15               So either, ask the witness for
16   the spelling or just keep track of it and
17   we will give you all the spellings at the
18   end.  But, we want to be careful about
19   that.
20               Where did you grow up?
21        A.     Ramallah area.
22        Q.     Are you familiar with a--
23   sorry, when were you born?
24        A.     19-- May 6th, 1978.
25        Q.     And, are you familiar with an
```

```
 1                  - Y O U S E F -
 2    organization called Hamas?
 3          A.    Yes.
 4          Q.    What is the organization called
 5    Hamas?
 6          A.    It is the Islamic resistance
 7    movement and my father was one of the
 8    founders of Hamas.
 9          Q.    What is your father's name?
10          A.    Siekh Hassan Yousef.
11          Q.    When you say that your father
12    was one of the founders of Hamas, can you
13    explain what you mean by that?
14          A.    He was one of the founding
15    members of the movement and he still is one
16    of the leaders of the movement.
17          Q.    When did your father found
18    Hamas?
19          A.    Back in 1986.
20          Q.    Did you yourself have any
21    personal involvement with Hamas?
22          A.    Well, I was very close to Hamas
23    and its leadership.  There is no standard
24    of who is a member.  There is no membership
25    cards or numbers for members.
```

```
 1                - Y O U S E F -
 2        Q.    Did you have a general plan of
 3   what you were intending to do with the
 4   guns?
 5        A.    The general plan was to take
 6   revenge from Israel and Israelis.
 7        Q.    Did you have a general plan of
 8   who you were intending to shoot with those
 9   guns?
10        A.    There was no plan at that point
11   but revenge was the motivation for sure.
12        Q.    What were you hoping to get
13   revenge for?
14        A.    Well, I had personal reasons.
15   I had idealogical reasons and political
16   reasons that motivated me and inspired that
17   revenge.
18        Q.    You mentioned that when you
19   were in Israeli prison, you learned
20   something about Hamas, did I get your
21   testimony correct?
22        A.    Well, before that part, I was
23   asked by the Israeli intelligence if I
24   worked for them, and I agreed to work for
25   the Israeli intelligence.  Then I was sent
```

```
 1                  - Y O U S E F -
 2      to prison as a cover, so I don't get
 3      exposed.
 4              And during that time, I
 5      discovered the brutality of Hamas torturing
 6      their own members.  In fact not only the
 7      brutality of Hamas, also the brutality of
 8      Fatah torturing their own members and that
 9      opened the big question who was my enemy.
10      Why would I take revenge from Israel and
11      why I don't take revenge from Hamas
12      torturing and killing our people.
13              And that from that point on, I
14      started a journey of questioning all the
15      facts about my father's organization and
16      about my identity.
17         Q.    Were you ever in your life
18      involved in planning any form of attack of
19      the Hamas organization?
20         A.    I had a desire and I had the
21      motivation of revenge, as I said in my mind
22      all the time.  But, I wasn't-- I never been
23      part of Hamas military plan or any
24      terrorist organization plan.  Out of my
25      work with the Israeli intelligence.
```

```
 1                  - Y O U S E F -
 2     yes, he was there.  Was he in Yasser
 3     Arafat's meeting, yes, he was there.  Did I
 4     read the reports of the meetings, of every
 5     meeting, yes.  Did I give it to the Israeli
 6     government, yes, I did.
 7                Was I in these meetings, yes, I
 8     was in those meetings and I was witnessing
 9     for the cooperation between Hamas and Fatah
10     and other Palestinian factions.
11         Q.     Thank you.
12                And, you say that you were
13     present at meetings.  Tell me what meetings
14     you are referring to.  What meetings were
15     you present at relating to the second
16     Intifada and the involvement of the PA and
17     Hamas.
18         A.     I was working as my father's
19     assistant during the second Palestinian
20     Intifada.
21                And, I was part of few
22     meetings, three or four meetings, with
23     Yasser Arafat, Marwan Barghouti and other
24     Palestinian faction representatives.
25                The meetings that I was not
```

```
 1                    - Y O U S E F -
 2      in-- present in the meeting, I had access
 3      to the report that my father wrote with his
 4      hand and I printed and E-mailed it to all
 5      Hamas locations and offices in Damascus and
 6      Gaza and other West Bank cities, which gave
 7      me access to information of what happened
 8      in every single meeting between my father
 9      and PLO and PA representatives.
10              Q.    I'm sure this is obvious, but
11      just for the record, at the time that you
12      are referring to, who was Arafat?
13              A.    Yasser Arafat was the PA and
14      PLO Chairman.
15              Q.    In the meetings that you were
16      personally present at, what do you recall
17      Mr. Arafat saying with respect to the
18      second Intifada?
19              A.    Excuse me?
20              Q.    Talking about the meetings
21      where you were personally present.  Do you
22      remember Arafat saying anything about the
23      second Intifada?
24              A.    Well, in private meetings, I
25      did not see Yasser Arafat, attempt or
```

```
 1                    - Y O U S E F -
 2          foundation.
 3          A.    If I remember right he was born
 4    in Kuwait and lived in different Arab
 5    countries and moved back to the Palestinian
 6    territories, couple of years before the
 7    Palestinian, second Intifada started.
 8          Q.    Have you met Abdula Barghouti.
 9          A.    Well, I never met him in
10    person, like in a meeting.  But I was at
11    the location where he was arrested.
12          Q.    Where was that?
13          A.    It happened that that was just,
14    the building next to our residence in
15    Ramallah.  We heard the-- some fire,
16    gunfire, and in a couple of minutes we
17    received a phone call and it was Marwan
18    Barghouti, telling my father to meet with
19    him outside because Jaber Perju, the PA
20    were trying to arrest two Hamas people.
21              Now, we didn't know who are the
22    two Hamas people and it happened that it
23    was Abdula Barghouti and Bila Barghouti and
24    that was their second arrest.
25              Now, Marwan Barghouti was
```

- Y O U S E F -

trying to force Jaber Perju not to arrest them, and this why he called my father.

So now, there was a huge argument between Jaber Perju, Marwan Barghouti and my father just steps away from where Bila and Abdula were hiding.

Now, the Palestinian Authority was afraid that if they get into the place, they get shot. And they were afraid at the same time to kill Hamas bomb maker.

So, I was in that area, in that sensitive situation, hearing all the argument, listening to Abdula saying things and threatening to kill anybody who gets into the apartment.

Finally, Marwan Barghouti had kind of deal with Jaber Perju on the side, I didn't know what they said and he talked to Abdula and had actually my father to talk to him, convince him to go with the forces, and they would release him afterwards. That was the closest time that I got to Abdula.

After he was released, I did