# EXHIBIT D

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   SHABTAI SCOTT SHATSKY, et al.,    )
                                       )
 5            Plaintiffs,              )
                                       )
 6   v.                                ) Civil Action No.
                                       ) 1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al., )
                                       )
 8            Defendants.              )
     _____)
 9

10

11

12

13              VIDEOCONFERENCE DEPOSITION OF

14                     YASSER SHAQBU'A

15                   JERUSALEM, ISRAEL

16                  SEPTEMBER 12, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR
```

| | | |
|---|---|---|
| 16:22:14 | 1 | categories, my point is simply that, to the extent that |
| 16:22:28 | 2 | Mr. Shaqbu'a is here to testify regarding financial |
| 16:22:34 | 3 | transactions, if any, that might be responsive to |
| 16:22:39 | 4 | Categories 1 and 2, there simply may be overlap with |
| 16:22:56 | 5 | the financial aspects of Categories 3 and 4, depending |
| 16:23:10 | 6 | upon what questions you ask, unfortunately's, Categories |
| 16:23:21 | 7 | 1, 2, 3, and 4 are very overbroad and vague. |
| 16:23:40 | 8 |     MR. SCHOEN:  Let's just leave it that I have |
| 16:23:43 | 9 | a continuing objection to that kind of characterization, |
| 16:23:46 | 10 | and I'm not going to respond each time to such a |
| 16:23:51 | 11 | characterization. |
| 16:23:51 | 12 | |
| 16:23:51 | 13 |     (The following proceedings were conducted |
| 16:23:51 | 14 |     through the official Arabic interpreters, unless |
| 16:23:51 | 15 |     otherwise indicated.) |
| 16:23:51 | 16 | |
| 16:23:51 | 17 |             EXAMINATION |
| 16:24:03 | 18 | BY MR. SCHOEN: |
| 16:24:03 | 19 |     Q.   Okay.  Mr. Shaqbu'a, could you tell us your |
| 16:24:07 | 20 | full name, please. |
| 16:24:12 | 21 |     A.   My name is Yasser Musa Hassan Shaqbu'a. |
| 16:24:19 | 22 |     Q.   How old are you? |
| 16:24:25 | 23 |     A.   46 years old. |
| 16:24:29 | 24 |     Q.   Where do you live? |
| 16:24:34 | 25 |     A.   I live in Amman. |

```
16:26:53   1        Q.   After 1989, or after you got your degree, you
16:26:57   2   returned to Amman to live?
16:27:12   3        A.   I returned to Amman, and I started to work.
16:27:14   4   And I worked in the Palestinian National Fund starting
16:27:25   5   from December 1, 1989.
16:27:28   6        Q.   And you've been employed by the Palestine
16:27:31   7   National Fund since December 1, 1989, until today?
16:27:48   8        A.   Yes, until today.
16:27:50   9        Q.   Have you had any other job since 1989?
16:28:03  10        A.   I had some -- I had some private works,
16:28:07  11   a private company.
16:28:09  12        Q.   What's the -- what kind -- what kind of
16:28:13  13   private --
16:28:19  14        A.   It was in accounting and computer services.
16:28:26  15        Q.   When did you have those jobs?
16:28:37  16        A.   This was in addition to my regular position.
16:28:42  17        Q.   Okay.
16:28:45  18        A.   From 1993 until 1997.
16:28:49  19        Q.   Okay.  And other than 1985 until 1989, you
16:28:56  20   have always lived in Amman?
16:29:08  21        A.   Yes.
16:29:08  22        Q.   As an employee of the -- I'm going to call
16:29:16  23   it "PNF" for the "Palestine National Fund."
16:29:20  24             As an employee -- oh, sorry.  Go ahead.
16:29:23  25             (Last comment by counsel translated.)
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
16:29:23   1          Q.    BY MR. SCHOEN:  Who pays your salary?
16:29:32   2          A.    I receive my salary from the Fund, the
16:29:43   3   National Fund.
16:29:44   4          Q.    You get a check from the PNF?
16:29:51   5          A.    Yes.
16:29:53   6          Q.    Does the PA -- I'm going to call the "PA"
16:29:58   7   for "Palestine Authority."
16:30:03   8                Does the PA have any role in paying your
16:30:06   9   salary?
16:30:12  10          A.    Yes.
16:30:12  11          Q.    What is --
16:30:12  12                THE COURT REPORTER:  Counsel, I'm sorry to
16:30:12  13   interrupt.  I just realized something.  You all gave
16:30:12  14   your appearances, and I haven't affirmed the witness.
16:30:12  15                MR. SCHOEN:  Aah, okay.  I'm sorry.
16:30:28  16                On this end, we have to have the witness
16:30:31  17   sworn or affirmed.
16:30:47  18                THE COURT REPORTER:  And the interpreters.
16:30:47  19                THE WITNESS:  I promise to tell the truth,
16:30:47  20   all the truth.
16:30:47  21                THE COURT REPORTER:  I have to swear the
16:30:47  22   interpreters first.
           23   //
           24   //
           25   //
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
 1                    ALBERT AGHAZARIAN
 2                         -and-
 3                    DOV RABINOVITCH,
 4           the Official Arabic Interpreters, were
 5           duly affirmed to translate from English
 6           to Arabic and from Arabic to English.
 7
 8                    YASSER SHAQBU'A,
 9           called as a witness, being first duly
10           affirmed, was examined and testified
11           as hereinafter set forth.
12
16:31:16  13      Q.   BY MR. SCHOEN:  And that applies to all
16:31:18  14  testimony you've given so far also; correct?
16:31:25  15      A.   Yes.  Correct.
16:31:26  16      Q.   Okay.  What role does the PA play in the
16:31:32  17  paying of your salary?
16:31:43  18      A.   I want here to clarify a certain matter.  The
16:31:54  19  PNF was established in 1964, and the PA came into being
16:32:10  20  in 1993 after the Oslo agreement.  The PA, through the
16:32:30  21  Ministry of Finance, finances the PNF since 1994.
16:32:36  22      Q.   Okay.  And the Ministry -- oh, sorry.
16:32:51  23      A.   And the PNF specialized in funding PLO
16:32:57  24  activities outside the Palestinian territories,
16:33:04  25  including the offices and the embassies across the
```

| | | |
|---|---|---|
| 16:35:18 | 1 | is that the PA's Ministry of Finance? |
| 16:35:29 | 2 | A.   Yes.  The Ministry of Finance, which is |
| 16:35:31 | 3 | part -- which is under the PA. |
| 16:35:36 | 4 | Q.   Is there an agency under the PA that funds |
| 16:35:41 | 5 | PLO activities inside the Palestinian territories? |
| 16:36:12 | 6 | A.   No.  Before the establishment of the PA, the |
| 16:36:16 | 7 | National -- the PNF was the funder of all activities |
| 16:36:21 | 8 | of the PLO. |
| 16:36:23 | 9 | Q.   And after the establishment of the PA, is |
| 16:36:28 | 10 | there an agency that funds the activities of the PLO |
| 16:36:38 | 11 | inside the Palestinian territories? |
| 16:36:53 | 12 | A.   The activities in the West Bank and the |
| 16:36:55 | 13 | Gaza Strip is not part of the mandate of the PNF. |
| 16:37:06 | 14 | And I want to ask here what kind of activities you're |
| 16:37:10 | 15 | talking about, or functions. |
| 16:37:12 | 16 | Q.   I was just using the term you used. |
| 16:37:24 | 17 | Mr. Shaqbu'a, what is your position in the |
| 16:37:27 | 18 | PNF? |
| 16:37:33 | 19 | A.   I am the head of public accounts, the manager. |
| 16:37:41 | 20 | Q.   Can you tell me what jobs you have held with |
| 16:37:43 | 21 | the PNF since you started there in 1989 and when you |
| 16:37:58 | 22 | held each job? |
| 16:38:17 | 23 | A.   For less than three years, two years, some, |
| 16:38:21 | 24 | I was working within the management of embassies abroad. |
| 16:38:32 | 25 | After that, I was transferred into the management of |

```
17:37:31   1              THE WITNESS:  Absolutely not.  But -- but you
17:37:40   2     asked me until 2002.  That was your question.
17:37:49   3         Q.   BY MR. SCHOEN:  Before 2009, did the PNF pay
17:38:02   4     the expenses for the PLO Executive Committee member
17:38:09   5     offices?
17:38:16   6         A.   No.
17:38:21   7              MR. SCHOEN:  He said something after that.
17:38:23   8              OFFICIAL INTERPRETER RABINOVITCH:  "Absolutely
17:38:25   9     not."
17:38:28  10         Q.   BY MR. SCHOEN:  Prior to 2009, did the PNF
17:38:32  11     pay any expense -- strike the word "expense."
17:38:42  12              Prior to 2009 -- prior to 2009, did the PNF
17:38:53  13     pay any money to the PLO in connection with any PLO
17:39:05  14     activity inside the Palestinian territories?
17:39:20  15         A.   Before 2009, all the expenses for these
17:39:26  16     offices were covered by the Finance Ministry --
17:39:30  17         Q.   By the --
17:39:33  18         A.   -- and not through the PNF.
17:39:37  19         Q.   The PA's Finance Ministry paid all expenses
17:39:40  20     of the PLO inside the West Bank prior to 2009?
17:39:54  21         A.   Yes.
17:39:56  22         Q.   The PA's -- that was a confusing question,
17:40:00  23     maybe.
17:40:01  24              ==The PA's Finance Ministry paid for all PLO==
17:40:11  25     ==activities, all PLO expenses, inside the West Bank==
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
17:40:23   1    prior to 2009; correct?
17:40:28   2            MR. McALEER:  Objection.  Beyond the scope.
17:40:32   3        Q.  BY MR. SCHOEN:  Is that right?
17:40:34   4        A.  Yes.  Yes.
17:40:39   5        Q.  Is your answer the same with respect to PLO
17:40:42   6    activities or expenses in the Gaza Strip prior to 2009?
17:40:56   7            MR. McALEER:  Same objection.
17:41:07   8            THE WITNESS:  There isn't any office in Gaza
17:41:10   9    which represents the PLO.
17:41:12  10        Q.  BY MR. SCHOEN:  Okay.  So does the PA pay
17:41:16  11    any money to any office operating in Gaza or for any
17:41:19  12    activity in Gaza that you're aware of?
17:41:31  13            MR. McALEER:  Same objection.
17:41:33  14            THE WITNESS:  Absolutely not.
17:41:34  15        Q.  BY MR. SCHOEN:  Okay.  Does the -- if you
17:41:39  16    know, today, does the PNF pay any money to Mr. Abdel
17:41:50  17    Rahim Malouh?
17:41:51  18        A.  Absolutely not.
17:42:02  19        Q.  Does the PNF pay Mr. Malouh any salary?
17:42:14  20        A.  No.
17:42:15  21        Q.  Are you aware that Mr. Malouh is a member of
17:42:19  22    the PLO Executive Committee?
17:42:31  23        A.  To the best of my knowledge, not actually now.
17:42:43  24    Currently, the Executive Committee members do not touch
17:42:47  25    any salaries from the PNF.
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A