# EXHIBIT E

1

2       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
3       ------------------------------------------X
        MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
4       AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
        DAFNA SAPERSTEIN; the ESTATE of
5       AHUVA AMERGI, by and through RAFI AMERGI,
        As Administrator, Executor and/or Personal
6       Representative, RAFI AMERGI, individually,
        minor; and EFRAIM AMERGI, minor; DAN
7       DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
        DAVIDOVIC; ARIEL DAVIDOVIC; and
8       SARAH ZWEIG,

9                                    PLAINTIFFS,

10                 -against-         Case No:
                                     04-CV-20225
11
        THE PALESTINIAN AUTHORITY; THE PALESTINE
12      LIBERATION ORGANIZATION; THE PALESTINIAN
        PREVENTATIVE SECURITY SERVICES; THE ESTATE
13      OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
        NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                     DEFENDANTS.
15      ------------------------------------------X
                            DATE: April 1, 2009
16                          TIME: 12:19 p.m.

17

18              TRANSCRIPTION OF AUDIO CD OF

19      DEPOSITION of the Defendant, THE

20      PALESTINIAN AUTHORITY, by a Witness,

21      HUSSEIN AL SHEIKH, held in Jerusalem,

22      Israel.

23

24

25

```
1                    HUSSEIN AL SHEIKH
2              Saperstein; the translator Amal
3              Shehadeh; the audio-video team Miri
4              Aharon, Shimon Ben Avi.
5       H U S S E I N   A L   S H E I K H, called
6       as a witness, having been first duly sworn
7       by the Commissioner, was examined and
8       testified as follows:
9       EXAMINATION BY
10      MR. TOLCHIN:
11           Q.    Please state your name for the
12      record.
13           A.    Hussein Al Sheikh.
14           Q.    Sir, did you show any form of
15      identification to the Commissioner?
16           A.    (Translator.)  To who?
17           Q.    To the Commissioner.
18           A.    (Translator.)  All of my
19      identification is with the lawyer.
20           Q.    Which lawyer?
21           A.    (Translator.)  Osama Saadi.
22           Q.    You gave your identification to
23      your lawyer?
24           A.    (Translator.)  Of course.
25           Q.    Do you generally have your
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.     (Translator.)  Before I was in
 3     prison I was a member of Fatah.
 4          Q.     How old were you when you
 5     became a member of Fatah?
 6          A.     (Translator.)  Sixteen and a
 7     half.
 8          Q.     You testified earlier that you
 9     were in prison because you were a member of
10     the PLO.  Is that what you said?
11          A.     (Translator.)  Fatah is part of
12     the PLO.
13          Q.     Is there such a thing as being
14     a member of the PLO itself?
15          A.     (Translator.)  Once you are a
16     member of Fatah, you immediately become a
17     member of the PLO.
18          Q.     Is it possible to be a member
19     of the PLO without being a member of a
20     constituent group?
21          A.     (Translator.)  Yes, you can be
22     an independent.
23          Q.     But you became a member of the
24     PLO by virtually being a member of Fatah
25     since the age 16 1/2?
```

```
1                        HUSSEIN AL SHEIKH
2      BY MR. TOLCHIN:
3           Q.    Can you tell me, sir, when
4      exactly you were elected as Secretary of
5      Fatah?
6           A.    (Translator.)   In the last
7      months of 1999.
8           Q.    At the time that you were
9      elected as Secretary of Fatah, did you stop
10     having a job working for the Palestinian
11     Authority?
12          A.    (Translator interpreted
13     question.)
14          Q.    I'll rephrase the question.
15     I'll just withdraw the question and ask it
16     more clearly.
17                When you became Secretary of
18     Fatah, did you stop being employed by the
19     Palestinian Authority?
20          A.    (Translator.)   Yes.   When I was
21     elected, I no longer had any executive
22     position at the Palestinian Authority.
23          Q.    The job as Secretary of Fatah,
24     was that a volunteer job or were you paid a
25     salary for that job?
```

```
1                    HUSSEIN AL SHEIKH
2          he went.
3               MR. TOLCHIN:  He went to call
4          someone.  He was talking on his
5          cellphone.
6               MR. HIBEY:  Oh, is that right?
7               MR. SAADI:  It's GPC, General
8          Personnel Council.
9          Q.   During the time that you worked
10    as Secretary of Fatah, you were paid a
11    salary by the General Personnel Council of
12    the PA; is that correct?
13         A.   (Translator.)  Correct.
14         Q.   Why did the Palestinian
15    Authority continue to pay you a salary
16    while you were working as Secretary of
17    Fatah?
18         A.   (Translator.)  I was working
19    for the Palestinian Authority until 1999.
20    When I finished and was elected as the
21    Secretary of Fatah, I lost my executive
22    position in the PA, so my portfolio was
23    transferred from my executive position to
24    the GPC.
25               I was given a limited period.
```

```
1                    HUSSEIN AL SHEIKH
2     was no longer stable.  Different
3     organizations were not working or active as
4     they used to be before the Intifada.  The
5     working hours were not regulated anymore.
6     This is what I mean specifically.
7               MR. SAADI:  Mr. Hussein was
8          referring to the Department of
9          General Personnel Affairs, we call it
10         GPC.  The General Personnel Council,
11         that it is where public servants are
12         usually paid.
13         Q.    How long did you serve as
14    Secretary of Fatah?
15         A.    (Translator.)  I took this
16    position from 1999 until 2005.
17         Q.    For what period of time did you
18    continue to receive a salary from the GPC?
19         A.    (Translator.)  During the whole
20    five years, except for one year during the
21    government of Hamas, following the victory
22    of Hamas in the elections.  I assume about
23    a year I did not have a salary.
24         Q.    Do you know what year that was?
25         A.    (Translator.)  Hamas succeeded
```

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    Sir, during the break, did you
 3    have an opportunity to verify the website
 4    address of the Civil Affairs Authority?
 5         A.    (Translator.)  Yes.
 6         Q.    What is the website address?
 7              MR. SAADI:  It is
 8    www.mca.gov.ps.
 9         Q.    That is the website that we
10    discussed earlier that Mr. Abu Jundi
11    supervises on behalf of your authority?
12         A.    (Translator.)  Yes.
13         Q.    Sir, you were a member of Fatah
14    for approximately the last 33 years; is
15    that correct?
16         A.    (Translator.)  Approximately,
17    yes.
18         Q.    Other than the position that
19    you were elected to as Secretary of Fatah
20    from 1999 to 2005, have you ever held any
21    other positions within Fatah?
22         A.    (Translator.)  No, only this
23    position.
24         Q.    I'm referring specifically to
25    the period of 2000 to 2004.  Spanning that
```

```
 1                  HUSSEIN AL SHEIKH
 2        period of years, can you explain to me what
 3        was the organizational structure of Fatah?
 4             A.     (Translator.)  We had a general
 5        commander Yasser Arafat.  Beneath it the
 6        Central Committee, beneath it the
 7        Revolutionary Council, and beneath it the
 8        leadership in the West Bank and the
 9        leadership of Gaza.  And then comes the
10        leadership of Fatah in the different areas.
11        This is the structure.
12             Q.     When you referred to the
13        Central Committee, who were the members of
14        the Central Committee?  And all these
15        questions are about the period of 2000 to
16        2004.  And I just want to say that if it
17        changed during that period, you can tell me
18        that.  I'm not trying to put words in your
19        mouth.
20             A.     (Translator.)  Nothing is
21        secretive about it.  Yasser Arafat was.
22             Q.     He was both the general
23        commander and a member of the Central
24        Committee?
25             A.     (Translator.)  Yes, of course.
```

```
1                     HUSSEIN AL SHEIKH
2      in the West Bank, comprising 70 people, it
3      is the same thing as the High Committee for
4      Fatah in the West Bank?
5             A.    (Translator.)   Correct.
6             Q.    Thank you.
7                   Did Fatah have a Treasurer
8      between 2000 and 2004?
9             A.    (Translator.)   What do you mean
10     Treasurer?
11            Q.    Let me back up.   Did Fatah have
12     a budget between 2000 and 2004?
13            A.    (Translator.)   Of course.
14            Q.    What was the source of the
15     money that was used for Fatah's budget?
16            A.    (Translator.)   I do not know.
17     This is not my field -- it is not my
18     expertise.
19            Q.    Who was in charge of
20     supervising Fatah's money?
21            A.    (Translator.)   Achmed Qurei.
22            Q.    Did Mr. Qurei have a title that
23     had something to do with his function of
24     supervising the money of Fatah?
25            A.    (Translator.)   He is a member
```

```
 1                    HUSSEIN AL SHEIKH
 2      of the Central Committee in Fatah, and he
 3      is responsible for the finance of Fatah.
 4           Q.    Was he elected to that
 5      position?  How did he get that
 6      responsibility?
 7           A.    (Translator.)  He was elected
 8      in the conference of 1989.
 9           Q.    Is he known by any nicknames or
10      noms de guerre?
11           A.    (Translator.)  He is known for
12      Abu Ala, who was previously negotiating
13      with Tzipi Livni.
14           Q.    What is Mr. Qurei's job today?
15           A.    (Translator.)  He is a member
16      of the Central Committee and the head of
17      Palestinian Negotiation Delegation with
18      Israel.
19           Q.    He is a member of the Central
20      Committee of Fatah?
21           A.    (Translator.)  Correct.
22           Q.    He is also employed by the
23      Palestinian Authority?
24           A.    (Translator.)  He has nothing
25      to do with the PA.  He belongs only to the
```

```
 1                    HUSSEIN AL SHEIKH
 2      Abbas Zaki; he is responsible of the
 3      Palestinian portfolio in Lebanon, et
 4      cetera.
 5           Q.    I just want to clarify about
 6      Mr. Kadoumi.  You said he has a problem,
 7      but does he have a portfolio?
 8           A.    (Translator.)  Currently he is
 9      carrying no official portfolio.
10           Q.    How well did you know Yasser
11      Arafat?
12           A.    (Translator.)  Good.
13           Q.    Did you consider him a friend,
14      or just somebody you knew from work, or
15      something else?
16           A.    (Translator.)  I considered him
17      a leader and responsible.
18           Q.    In the period of 2000 to 2004,
19      did you meet with Mr. Arafat?
20           A.    (Translator.)  Of course.
21           Q.    How often?
22           A.    (Translator.)  Hundreds of
23      times.
24           Q.    Was that for social purposes or
25      business purposes?
```

```
1                    HUSSEIN AL SHEIKH
2           A.    (Translator.)  Things which are
3      connected to Fatah.
4           Q.    Did you receive directives or
5      instructions from Mr. Arafat during that
6      period?
7           A.    (Translator.)  Instructions in
8      what field?
9           Q.    Anything connected to Fatah.
10          A.    (Translator.)  I used to
11     receive daily instructions from him.
12          Q.    Was that verbally or in
13     writing?
14          A.    (Translator.)  Mostly verbally.
15          Q.    Did you ever receive written
16     instructions from him?
17          A.    (Translator.)  In what field?
18          Q.    Something connected with Fatah.
19          A.    (Translator.) Of course, but I
20     cannot remember what was verbally and what
21     was written.
22          Q.    Did you ever write to Mr.
23     Arafat about anything?
24          A.    (Translator.)  Hundreds of
25     letters.
```

```
 1                    HUSSEIN AL SHEIKH
 2          Q.    What types of issues would you
 3    have written to Mr. Arafat, and I'm talking
 4    about 2000 to 2004.
 5          A.    (Translator.)   I used to write
 6    him for giving medical treatment for
 7    families who cannot afford it, for their
 8    children.   I used to ask him for assistance
 9    and help for students who are in need so
10    they can go for studies, and also social
11    assistance for deprived families.
12          Q.    Why would you write those
13    letters to Mr. Arafat and not to Mr. Qurei
14    who you told us handled the finances?
15          A.    (Translator.)   I was not the
16    one who determined where it should be
17    directed.   The one who determined that was
18    Yasser Arafat, who was the Commander.
19    Because Abu Ala does not have a direct
20    responsibility upon me, Abu Amar had direct
21    responsibility upon me.
22          Q.    Let me clarify.   Is it fair to
23    say that if you felt that a particular
24    student should receive financial aid, you
25    would have written to Mr. Arafat, asking to
```

```
 1                    HUSSEIN AL SHEIKH
 2      give money to this student, and if Mr.
 3      Arafat agreed, he asked Mr. Qurei to
 4      disburse the money?
 5           A.    (Translator.)  Not necessarily
 6      from Qurei.  The one who determined from
 7      whom to receive the money, that was Yasser
 8      Arafat.
 9           Q.    Let me break it down.  You
10      would ask Mr. Arafat to give money to Mr.
11      X, and if Mr. Arafat agreed, he would
12      direct somebody, he would pick to disburse
13      the money?
14           A.    (Translator.)  Correct.
15           Q.    And what we are talking about
16      is the money of Fatah.  We are not talking
17      about the Palestinian Authority or PLO?
18           A.    (Translator.)  Fatah and PLO
19      are the same because the Fatah and the PLO
20      budget are with Arafat.
21           Q.    During the period of 2000 to
22      2004, who directed the budget of the PA?
23           A.    (Translator.)  Do you mean the
24      Minister of Finance?
25           Q.    I don't mean any particular
```

```
 1                    HUSSEIN AL SHEIKH
 2    person.  I am asking you.
 3         A.    (Translator.)  What do you mean
 4    the money of PA?
 5         Q.    I will clarify.  In the period
 6    2000 to 2004, who was in charge of making
 7    decisions of spending the money of the PA?
 8         A.    (Translator.)  Again I cannot
 9    understand the question.  It is not clear
10    enough.  In the PA there is a Minister of
11    Finance.  If I am not mistaken, I think it
12    was Salam Fayad, if this is what you mean
13    by your question.  And who determines the
14    financial policy is Salam Fayad.
15         Q.    What was Yasser Arafat's role
16    in the PA between 2000 and 2004?
17         A.    (Translator.)  Do you mean his
18    status or his capacity in the PA?
19         Q.    Yes.
20         A.    (Translator.)  At that time he
21    was the head of the PA and the PLO.
22         Q.    He was the President and the
23    Prime Minister?
24         A.    (Translator.)  The President
25    and the Prime Minister at the same time.
```

```
1                    HUSSEIN AL SHEIKH
2           Q.    Did he hold any other positions
3       besides the President and the Prime
4       Minister?
5           A.    (Translator.)  In government?
6           Q.    In the PA government.
7           A.    (Translator.)  This is what I
8       remember were the official capacities of
9       Yasser Arafat.  Previously, before 2000, he
10      used to take the capacity of Interior
11      Minister sometimes, but I cannot remember
12      at what periods.
13          Q.    As President and Prime Minister
14      of the Palestinian Authority, between 2000
15      and 2004, did Yasser Arafat have any
16      authority over expenditures of the
17      Palestinian Authority?
18          A.    (Translator.)  Of course, he
19      was the President.
20          Q.    You told us, sir, that you
21      would often write letters to Mr. Arafat
22      asking him to award money from Fatah to
23      particular people.
24          A.    (Translator.)  Correct.
25          Q.    Do you have any idea, sir, how
```

```
1              HUSSEIN AL SHEIKH
2    much money was awarded by Fatah altogether
3    as a result of your requests?
4        A.     (Translator.)  I cannot count
5    them.
6        Q.    Can you give it in order of
7    magnitude?  Are we talking hundreds of
8    dollars, thousand of dollars, hundreds of
9    thousands of dollars?
10       A.     (Translator.)  I would say
11   hundreds of thousands of dollars.
12       Q.    Do you have any idea what the
13   annual expenses of Fatah were during the
14   period of 2000 to 2004?
15       A.    (Translator.)  No, it is not
16   part of my expertise.
17       Q.    Are you familiar with an
18   individual named Mohammed Rashid?
19       A.    (Translator.)  Of course.
20       Q.    Who is Mohammed Rashid?
21       A.    (Translator.)  He was
22   responsible for the investment fund.
23       Q.    What investment fund?
24       A.    (Translator.)  I have no idea
25   about it.
```

```
1                      HUSSEIN AL SHEIKH
2            A.    (Translator.)  Yes, of course.
3      In all the area of the West Bank and in the
4      Gaza Strip.
5            Q.    Did Fatah have a main office?
6            A.    (Translator.)  Yes, of course.
7            Q.    Where was the main office of
8      Fatah?
9            A.    (Translator.)  The headquarters
10     was where Yasser Arafat was, because he is
11     the General Commander of the movement.
12           Q.    Was that location known as the
13     Mukata?
14           A.    (Translator.)  Correct.
15           Q.    So the Mukata was where the
16     main office of Fatah was located?
17           A.    (Translator.)  There are
18     others.
19           Q.    There are other what?
20           A.    (Translator.)  There are other
21     offices.
22           Q.    Other main offices?
23           A.    (Translator.)  For instance,
24     Abu Ala also had a main office as well as
25     Hakam Balaui also had a main office.  Also,
```

```
 1                    HUSSEIN AL SHEIKH
 2    Abdallah el Franji had an office for
 3    external relations.  The headquarters of
 4    the head command since Abu Amar was the
 5    General Commander was at the Makata.
 6         Q.   Is it correct that the Mukata
 7    was also the main office of the PA?
 8         A.   (Translator.)  Of course, since
 9    the PA was also Yasser Arafat.
10         Q.   Was the Mukata also the main
11    office of the PLO?
12         A.   (Translator.)  Correct, since
13    Yasser Arafat was also the head of the
14    Executive Committee of the PLO.
15         Q.   We are talking about 2000 to
16    2004?
17         A.   (Translator.)  Correct.
18         Q.   You mentioned that there were
19    some other main offices of Fatah.  Did you
20    say, sir, that there were other main
21    offices of Fatah?
22              MR. McALEER:  Object to the
23         form.
24         A.   (Translator.)  Correct.
25         Q.   Were those other main offices
```

```
 1                    HUSSEIN AL SHEIKH
 2    objected to it?
 3         A.     (Translator.)   Who opposed?
 4         Q.     Anybody.
 5         A.     (Translator.)   If it is
 6    security issue, then it derives or obeys
 7    the security system, if they were requested
 8    to return, then they will return.
 9         Q.     This is for the Commissioner.
10    This is Exhibit 4.
11              (Whereupon, the aforementioned
12         document was marked as Plaintiff's
13         Exhibit 4 for identification as of
14         this date by the Commissioner.)
15         Q.     First of all, is this a
16    document you have ever seen before, sir?
17         A.     (Translator.)   No, I do not
18    recall seeing it.
19         Q.     At the top in the upper
20    right-hand corner there is a handwritten
21    comment there.  Are you able to read that?
22         A.     (Translator.)   Yes, of course.
23         Q.     What does it say?
24         A.     (Translator.)   It should be
25    sent to the District of Ramalla to Hussein
```

```
1                    HUSSEIN AL SHEIKH
2       systems are sending a warning to all those
3       who were not returning that they might be
4       sacked from work.  This is my
5       interpretation.
6            Q.    Do you recall the situation?
7            A.    (Translator.)  I do not
8       remember particularly the circumstances
9       here.
10           Q.    You can give the original
11      document to the Commissioner.  I may ask
12      you, sir, if this is a document you have
13      ever seen.
14           A.    (Translator.)  Yes.
15           Q.    What is this document?
16           A.    (Translator.)  I presented this
17      to Yasser Arafat, financial aid for certain
18      people.
19           Q.    Did you write this document?
20           A.    (Translator.)  Yes.
21           Q.    Is all of this document yours,
22      or is there a part that was written by
23      somebody else?
24           A.    (Translator.)  This is my
25      handwriting, and the handwriting of Yasser
```

```
 1                    HUSSEIN AL SHEIKH
 2    Arafat.
 3           Q.     Is it accurate that the
 4    handwriting which is horizontal is yours
 5    and the handwriting which is diagonal is
 6    Mr. Arafat's?
 7           A.     (Translator.)   This is an area
 8    with the handwriting where the date is
 9    stated and the signature, this is of Yasser
10    Arafat.
11               MR. TOLCHIN:   Can we agree, Mr.
12           Hibey, that the witness is indicating
13           that the diagonal handwriting towards
14           the lower left as being Mr. Arafat's?
15               MR. HIBEY:   Yes.
16           Q.     What did you write in this
17    letter?
18           A.     (Translator.)   I requested from
19    Abu Amar to allocate money for three
20    people.
21           Q.     Just for the sake of the
22    record, and since it's your handwriting,
23    could you read the letter slowly and let
24    the translator translate?
25           A.     (Translator.)   Of course.   "Mr.
```

```
1                    HUSSEIN AL SHEIKH
2        President, the warrior of combatant,
3        President of combatant."
4                    MR. SAADI:  No, no, fight is --
5                 (Arabic)  This (word) is someone who
6                 declares Jihad because of unjust
7                 conditions.
8                    MR. SHEHADEH:  It can be both a
9                 fighter and a combatant.
10                   MR. TOLCHIN:  What is the
11                Arabic word we are talking about?
12                   MR. SHEHADEH:  Mujahed.
13       A.    (Translator.)  I would like to
14   explain.  To assert that Mujahed is not a
15   fighter, if we want to take the linguistic
16   phrase, you can make Jihad through talking.
17       Q.    But the word is connected to
18   the root Jihad.  Can I make a suggestion;
19   let the Interpreter say what she thinks,
20   you say what you think, and then we'll ask
21   the witness to clarify and then we'll have
22   it on the record.
23       A.    (Translator.)  I have not
24   finished yet.  I would like to clarify.
25   Mujahed does not mean in any way combatant
```

```
 1                    HUSSEIN AL SHEIKH
 2    or fighter.  Because, according to Islam,
 3    Mujahed means that you can do Jihad through
 4    your words and there is an internal thing
 5    within your soul, the Jihad of your soul.
 6    What is the Jihad of the soul?  That means
 7    do not commit adultery, do not steal, and
 8    such things.  Therefore Mujahed does not
 9    necessarily mean a fighter.
10         Q.    Would you agree that Mujahed
11    can mean fighter?
12         A.    (Translator.)  Each person can
13    interpret it as he sees fit.
14         Q.    Just finish the letter, please.
15         A.    (Translator.)  (Reading.)  My
16    brother Abu Amar, may God protect you and
17    keep you well.  I grant you with the salute
18    of homeland and nation.  We request from
19    you Highness to be kind and to allocate a
20    financial amount of two thousand five
21    hundred dollars to the brothers number 1,
22    Raid ed Karmi, second Ziad Machmud Daas,
23    third Omar Kahaden, and we leave this to
24    your decision, your son Hussein al Sheikh.
25    The thing that was offered Yasser Arafat,
```

```
1                    HUSSEIN AL SHEIKH
2     the Finance Ministry in Ramallah, the
3     allocation of six hundred dollars would be
4     given to each person.
5          Q.    Who is Raid ed Karmi?
6          A.    (Translator.)    Raid el Karmi is
7     a person from the Tul Karem area.
8          Q.    Why did you want to allocate
9     2500 dollars to Mr. El Karmi?
10         A.    (Translator.)    These were the
11    recommendations of the responsible in
12    charge person of Fatah in Tul Karem area,
13    since I do not know any of these three
14    people personally.    I am given
15    recommendations from the different Fatah
16    representatives in these area within my
17    capacity of the Secretary of Fatah I report
18    this to Yasser Arafat within the framework
19    of the Humanitarian Aid.    And I have
20    brought thousands of humanitarian aid to
21    people.
22         Q.    Who asked you or who
23    recommended to you that you request 2500
24    dollars for Mr. El Karmi?
25         A.    (Translator.)    If I am not
```

```
 1                    HUSSEIN AL SHEIKH
 2    mistaken, the Secretary of the area of Tul
 3    Karem.  What period are we talking about?
 4    2001?  I cannot see the date.
 5         Q.   2001.
 6         A.   (Translator.)  I think that the
 7    Secretary, maybe it was Dr. Thabet or Fayet
 8    Kanaan.  I am not certain who it was, but I
 9    am sure one of them was the Secretary at
10    the time.
11         Q.   Who is Fayed Kanaan?
12         A.   (Translator.)  The Secretary of
13    Tul Karem area at that time, maybe.  I do
14    not recall if it was Dr. Thabet or Fayet
15    Kanaan.
16         Q.   Who is Amar Kadan?
17         A.   (Translator.)  I do not know
18    him.
19         Q.   Are you familiar with something
20    called Force 17?
21         A.   (Translator.)  Of course I am.
22         Q.   Was Mr. Kadan connected somehow
23    to Force 17?
24         A.   (Translator.)  Surely.
25         Q.   Briefly what is Force 17?
```

```
 1                    HUSSEIN AL SHEIKH
 2          A.    (Translator.)  It is the
 3     Private Presidential Guard.
 4              MR. TOLCHIN:  This goes to the
 5          commission, 6.
 6                  (Whereupon, the aforementioned
 7              document was marked as Plaintiff's
 8              Exhibit 6 for identification as of
 9              this date by the Commissioner.)
10          Q.    Sir, is this a document that
11     you have ever seen before?
12          A.    (Translator.)  No, of course
13     not.
14          Q.    Did you review this document
15     before you came here today in preparation
16     for the deposition?
17          A.    (Translator.)  Yes, I saw it by
18     the lawyers.
19          Q.    Take a moment to read it.  Who
20     wrote this document?  Who signed it?
21          A.    (Translator.)  According to
22     what I see, the one who signed it is Fayed
23     Kanaan.
24          Q.    The same individual that we
25     spoke about a minute ago?
```

```
 1                    HUSSEIN AL SHEIKH
 2           A.    (Translator.)  Yes, for sure.
 3           Q.    Where is Fayed Kanaan today?
 4           A.    (Translator.)  I do not know.
 5    This is a period between 2001 and 2009,
 6    eight years, maybe in Tul Karem.
 7           Q.    Is he employed by the
 8    Palestinian Authority today?
 9           A.    (Translator.)  I do not know.
10           Q.    Do you know if he's still alive
11    today?
12           A.    (Translator.)  Of course.  If
13    he would have passed away, I would have
14    known about it.
15           Q.    The diagonal writing on the
16    left, is that Mr. Arafat's writing?
17           A.    (Translator.)  The diagonal
18    handwriting on the left is the writing of
19    Yasser Arafat.
20           Q.    There is a list of 15 names.
21    Do you recognize any of these names?
22           A.    (Translator.)  Not one of them.
23           Q.    Are you familiar with an
24    individual named Wafa Idris?
25           A.    (Translator.)  I do not know
```