USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 23 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARK I. SOKOLOW, et al.,

      Plaintiffs,

 -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER
04 Civ. 00397 (GBD)

GEORGE B. DANIELS, United States District Judge:

 The Press Applicants' motion to intervene and unseal judicial documents is granted in part and denied in part.

 The Press Applicants' request to unseal all documents designated as confidential by the parties during the discovery process pursuant to this Court's protective order is denied.

 All documents admitted as exhibits at trial will be made publicly available to the press in redacted or unredacted form as provided to the jury.

 The Clerk of the Court is instructed to close the motion at ECF No. 626.

Dated: December 23, 2014
   New York, New York

             SO ORDERED:

             */s/ George B. Daniels*
             GEORGE B. DANIELS
             United States District Judge