UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Docket No. |
| ) | 04-cv-397 (GBD) (RLE) |
| v. ) | |
| ) | |
| THE PALESTINE LIBERATION ORGANIZATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Renewed Motion for Summary Judgment in Light of Court's Evidentiary Rulings, Defendants will move this Court before the Honorable George B. Daniels on January 6, 2014 at 11:00 am for an order granting Defendants Renewed Motion for Summary Judgment In Light of Court's Evidentiary Rulings, pursuant to Federal Rule of Civil Procedure 56.

Dated:  December 29, 2014

**MILLER & CHEVALIER CHARTERED**

By:  \_\_\_\_/s/ Mark J. Rochon_____
  Mark J. Rochon
  mrochon@milchev.com
  Laura G. Ferguson
  lferguson@milchev.com
  Brian A. Hill
  bhill@milchev.com

1

1534949.1

2

Dawn E. Murphy-Johnson
dmurphyjohnson@milchev.com
Michael J. Satin
msatin@milchev.com

655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 (tel)
(202) 626-5801(fax)

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:** Kent A. Yalowitz
Philip W. Horton
Lucy S. McMillan
Sara K. Pildis
Carmela T. Romeo
Tal R Machnes
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert J. Tolchin, Esq.,
225 Broadway, 24th Floor
New York, NY 10007
(212)227-2181

2