## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARK I. SOKOLOW, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

Having considered Defendants' Renewed Motion for Summary Judgment in Light of Court's Evidentiary Rulings, Plaintiffs' opposition, and any replies thereto, it is hereby

**ORDERED** that Defendants' Renewed Motion for Summary Judgment in Light of Court's Evidentiary Rulings is **GRANTED**; and it is further

**ORDERED** that all claims related to the July 31, 2002 incident are dismissed; and it is further

**ORDERED** that all claims related to the January 27, 2002 incident are dismissed; and it is further

**ORDERED** that all claims related to the June 19, 2002 incident are dismissed; and it is further

**ORDERED** that all claims against the PLO are dismissed.

Date: _____                       _____
                                       Hon. George B. Daniels
                                       United States District Court Judge

Copies via ECF to all counsel of record.